## Exhibit C

**Vendor Agreement**

**[Name of Applicable Debtor]**

_____, 2022

TO:     [Vendor]
        [Name]
        [Address]

Dear Valued Supplier:

As you are aware, Core Scientific, Inc. and certain of its subsidiaries (collectively, the "**Company**") each filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Cases**" and the "**Bankruptcy Court**," respectively) on December 21, 2022 (the "**Petition Date**").  On the Petition Date, the Company requested the Bankruptcy Court's authority to pay certain suppliers and service providers (collectively, "**Critical Vendors**") in recognition of the importance of the Company's relationship with those Critical Vendors and the Company's desire that the Bankruptcy Cases have as little effect on certain Critical Vendors as possible.  On _____, 2022, the Bankruptcy Court entered an [interim/final] order (the "**Order**") authorizing the Company, under certain conditions, to pay prepetition claims of certain Critical Vendors that agree to the terms below as well as agree to be bound by the terms of the Order.  A copy of the Order is annexed hereto (collectively with this letter, the "**Letter Agreement**").

To receive payment on prepetition claims pursuant to the Order, each selected Critical Vendor must agree to continue to supply goods or services to the Company based on "Customary Trade Terms."  As used herein and in the Order, "Customary Trade Terms" are the normal and customary trade terms, practices, and programs (including credit limits, pricing rebates, cash discounts, timing of payments, coupon reconciliation, and other applicable terms

8

and programs), that were most favorable to the Company and in effect between the Critical

Vendor and the Company at any time within the 24-month period before the Petition Date, or, if

applicable, the trade terms of the agreement between the parties in effect on the Petition Date, or

such other trade terms as agreed by the Company and the Critical Vendor.

For purposes of administration of this program, the Company and you agree as

follows:

1. The estimated balance of your aggregate prepetition claim(s) against the Debtors is $[____] (the "**Agreed Vendor Claim**").

2. Nothing herein waives the Company's or your rights under section 365 of the Bankruptcy Code.

3. If there is an agreement in effect as of the Petition Date between you and the Company, you will continue to provide goods or services in accordance with the agreement's terms.  Otherwise, you will provide Customary Trade Terms as follows (if    more    space    is    required,    continuation    pages    are    attached):
   _____
   _____
   _____

4. You agree that you shall not require a lump-sum payment upon the confirmation or consummation of a plan of reorganization in these cases on account of any administrative expense claim that you may assert, but instead agree that such claims will be paid in the ordinary course of business after confirmation of a plan under applicable Customary Trade Terms, if the plan provides for the ongoing operations of the Company.

5. You will hereafter extend to the Company all Customary Trade Terms and agree to abide by any purchase order terms and conditions between you and the Company as in effect before the Petition Date (the "**Current PO(s)**").

Payment of your Agreed Vendor Claim in the manner set forth in the Order may only occur upon execution of this Letter Agreement by a duly authorized representative of your company and the return of this letter to the Company.  Your execution and return of this Letter Agreement constitutes an agreement between you and the Company:

a. to the Customary Trade Terms and, subject to the reservations contained in the Order, to the amount of the Payment set forth above;

b.      that, for a period lasting until the later of two years from the Petition Date, or the date upon which the term of your Current PO(s) expire, you will continue to supply the Company with goods or services pursuant to Customary Trade Terms and that the Company will pay for those goods or services in accordance with Customary Trade Terms;

c.      that you will continue to supply goods or provide services, as applicable, to any non-debtor affiliate of the Company with which you do business, on the terms set forth in the applicable contracts or purchase orders;

d.      that you have reviewed the terms and provisions of the Order and consent to be bound by the same;

e.      that you will not separately seek payment for reclamation, or other similar claims outside of the terms of the Order unless your participation in the vendor payment program authorized by the Order (the "**Vendor Payment Program**") is terminated;

f.      that, in consideration for the Payment, you agree not to file or otherwise assert against the Company, its estate, or any other person or entity, or any of their respective assets or property (real or personal) any lien (regardless of the statute or other legal authority upon which the lien is asserted) on account of any remaining prepetition amounts allegedly owed to you by the Company arising from agreements entered into before the Petition Date.  Furthermore, if you have taken steps to file or assert a lien before entering into this Letter Agreement, you agree to take all necessary steps to remove the lien as soon as possible at your sole cost and expense;

g.      that if you fail to comply with the terms and provisions of this Letter Agreement, (a) the Company may demand repayment in cash and otherwise take all action to have such payment be deemed to be an improper postpetition transfer on account of a prepetition claim and (b) upon recovery by the Company, your prepetition claim will be reinstated as if the payment had not been made, and you must file a reinstated claim by the later of (i) the general bar date established by order of this Court or (ii) 30 days after the Debtors provide written notice to the party of the reinstatement of its claim; and

h.      that you will keep the existence and the terms of this Letter Agreement confidential and will not disclose it to any person or entity without the prior written consent of the Company, other than as required by law to any court or governmental authority.

The Company and you also hereby agree that any dispute concerning this Letter Agreement, the Order, or your participation in the Vendor Payment Program shall be determined by the Bankruptcy Court and that all litigation arising out of or relating to this Letter Agreement, the Order, or your participation in the Trade Payment Program or its subject matter must be commenced in the Bankruptcy Court.

If you have any questions about this Letter Agreement or our financial restructuring, do not hesitate to call.

                                           Sincerely,
                                           [Name of Applicable Debtor]

                                           By:  _____
                                           Title: _____

Agreed and Accepted by:
[Critical Vendor]

By:  _____
Title:  _____
Dated: _____

11