IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*, | § | Case No. 22-90341 (DRJ) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | |

**ORDER EXTENDING TIME FOR DEBTORS TO FILE SCHEDULES OF
ASSETS AND LIABILITIES, SCHEDULES OF CURRENT INCOME AND CURRENT
EXPENDITURES, SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED
LEASES, STATEMENTS OF FINANCIAL AFFAIRS, AND RULE 2015.3 REPORTS**

Upon the motion, dated December 21, 2022 (the "**Motion**")[2] of Core Scientific, Inc. and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), for entry of an order pursuant to section 521 of the Bankruptcy Code and Bankruptcy Rules 1007(c) and 9006 (i) extending the deadline by which the Debtors must file their Schedules and Statements, by an additional 30 days, for a total of 44 days from the Petition Date, through and including February 3, 2023 , without prejudice to the Debtors' ability to request additional extensions; and (ii) extending the deadline by which the Debtors must (a) file their initial 2015.3 Reports or (b) file a motion with the Court seeking a modification of such reporting requirements for cause, all as more fully set forth in the Motion; and upon consideration of the Bros Declaration; and this Court having jurisdiction to consider the Motion

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198).  The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and this Court having held a hearing to consider the relief requested in the Motion; and all objections, if any, to the Motion have been withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors and their respective estates and creditors; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. Pursuant to section 521 of the Bankruptcy Code and Bankruptcy Rules 1007(c) and 9006, the time by which the Debtors must file their Schedules and Statements is extended through and including February 3, 2023. The Debtors may obtain a further extension of the time periods set forth in this paragraph by further order of the Court or entering into a stipulation with the U.S. Trustee and filing such stipulation on the Court's docket without the need for further Court order.

2. The Debtors are granted an extension until the later of (i) 15 days after the initial 341 Meeting and (ii) 45 days from the Petition Date to file their initial 2015.3 Reports or to file a motion seeking a modification of such reporting requirements, for cause.

3. Such extensions are without prejudice to the Debtors' rights to request further extensions.

4. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

5. The Debtors are authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

6. This Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2022
      Houston, Texas

_____
UNITED STATES BANKRUPTCY JUDGE