# Exhibit C

## Bank Accounts

| Entity | Bank | Account Number | Account Type |
|---|---|---|---|
| Core Scientific Operating Company | Bank of America | 7713 | Operating |
| Core Scientific Operating Company | Bank of America | 7817 | Concentration |
| Core Scientific Acquired Mining LLC | Bank of America | 7616 | Operating |
| Core Scientific Operating Company | Bank of America | 7360 | Utilities Deposit |
| Core Scientific Operating Company | Bank of America | 8262 | Overnight Deposits |
| Core Scientific, Inc. | Bank of America | 6773 | DIP Proceeds |
| Core Scientific, Inc. | Bank of America | 6786 | Professional Fees |
| Core Scientific Operating Company | City National Bank | 7395 | Operating |
| Core Scientific, Inc. | City National Bank | 7589 | Credit Card |
| Core Scientific Operating Company | Bremer Bank | 1154 | Loan Payments |
| Core Scientific, Inc. | Coinbase Non-Trading Wallet – Core | 826C | Digital Assets |
| Core Scientific Acquired Mining LLC | Coinbase Non-Trading Wallet – Blockcap | 9cFY | Digital Assets |
| Core Scientific, Inc. | Coinbase Trading Wallet – Core | N/A | Digital Assets |
| Core Scientific Acquired Mining LLC | Coinbase Trading Wallet – Blockcap | N/A | Digital Assets |