**Exhibit D**

**Diagram of Cash Management System**

