## Exhibit C

## List of Insurance Programs

| Type of Coverage | Underwriter Name | Policy No. | Policy Term | Premium |
|---|---|---|---|---|
| Workers' Compensation | Policies Held by PEOs TriNet and Globalization Partners | N/A | N/A | N/A |
| General Liability | Berkley National Insurance Company | TCP7021027-10 | August 24, 2022 – August 24,2023 | $50,674 |
| **Property** | | | | |
| Property - Primary 100% | General Casualty Co of WI (QBE) | QCI1398232 | August 24, 2022 – August 24,2023 | $3,957,130 |
| Property - 1st Layer 5% | Aspen Specialty Ins Co (via AmWins) | PX00TEM22 | August 24, 2022 – August 24,2023 | $30,000 |
| Property - 1st Layer 10% | Lexington Insurance Company (via Amwins) | 061383689 | August 24, 2022 – August 24,2023 | $100,000 |
| Property - 1st Layer 10% | Arch Specialty Ins Co (via AmWins) | ESP1014113-00 | August 24, 2022 – August 24,2023 | $62,500 |
| Property - 1st Layer 20% | AXIS Surplus Ins Co (via Amwins) | ELF663142-22 | August 24, 2022 – August 24,2023 | $100,000 |
| Property - 1st Layer 10% | Swiss Re Corporate Solutions Capacity Ins Corp (via Amwins) | ESP 2005609 00 | August 24, 2022 – August 24,2023 | $50,000 |
| Property - 1st Layer 10% | Landmark American Insurance Compnay (RSUI via Amwins) | LHD429175 | August 24, 2022 – August 24,2023 | $75,000 |
| Property - 1st Layer 10% | Kinsale Insurance Company (via Amwins) | 0100203815-0 | August 24, 2022 – August 24,2023 | $55,000 |
| Property - 1st Layer 5% | Ascot Syndicate No. 1414 (Ethos via AmWins) | UB221256A0008 | August 24, 2022 – August 24,2023 | $25,000 |
| Property - 1st Layer 20% | The Princenton Excess & Surplus Lines Ins Co (Munich Re via Amwins) | 78-A3-XP-0000935-00 | August 24, 2022 – August 24,2023 | $150,000 |
| Property - 2nd Layer 100 | Endurance American Specialty Insurance Company (Sompo) | TPB30024043400 | August 24, 2022 – August 24,2023 | $190,000 |
| Property - Cargo | Navigators Insurance Co (Hartford) | SF21CARZ05RDN01 | August 24, 2022 – August 24,2023 | $24,150 |
| **Management Liability** | | | | |
| D&O - Primary | XL Specialty Ins Co | ELU178146-21 | December 16, 2022 – December 16, 2023 | $305,000 |
| D&O - 1st Excess | QBE Insurance Corporation | 130002175 | December 16, 2022 – December 16, 2023 | $1,935,000 |
| D&O - 2nd Excess | Columbia Casualty Company (CNA) | 652403528 | December 16, 2022 – December 16, 2023 | $822,375 |
| D&O - 3rd Excess | Obsidian Specialty Insurance Company (Orion via RT Specialty) | OSIC371DOX120220 | December 16, 2022 – December 16, 2023 | $822,375 |
| D&O - 3rd Excess | Pennsylvania Insurance Company (Applied via RT Specialty) | BFLXLDPTX01120002025401 | December 16, 2022 – December 16, 2023 | $700,000 |

| Type of Coverage | Underwriter Name | Policy No. | Policy Term | Premium |
|---|---|---|---|---|
| D&O - 3rd Excess | Vantage Risk Specialty Insurance Company (RT Specialty) | ML202100056900 | December 16, 2022 – December 16, 2023 | $700,000 |
| 4th Excess Lead Side-A DIC | Berkley Prof Liability | BPRO8074986 | December 16, 2022 – December 16, 2023 | $153,151 |
| 5th Excess DIC | Lloyd's Syndicate No. 2623 (Beazley UK) | FSGDO2101332 | December 16, 2022 – December 16, 2023 | $860,000 |
| 6th Excess DIC | Berkshire Hathaway Specialty Ins Company | 47EPC31981301 | December 16, 2022 – December 16, 2023 | $775,000 |
| 7th Excess DIC | National Union Fire Ins Co of Pittsburgh (AIG) | 027019707 | December 16, 2022 – December 16, 2023 | $697,500 |
| Employment Practices Liability | Beazley (Lloyd's Syndicate 2623) | W28ADC210301 | September 28, 2021 – January 19, 2023 | $73,360 |
| **Umbrella and Excess Liabilities** | | | | |
| Umbrella (15M) | Berkley National Insurance Company | TCP7021027-10 | August 24, 2022 – August 24,2023 | $24,189 |
| Excess Liability (10M x 15M) | Federal Insurance Company (Chubb) | 93651960 | August 24, 2022 – August 24,2023 | $20,500 |
| **Other Insurance** | | | | |
| Automobile | Berkley National Insurance Company | TCP7021027-10 | August 24, 2022 – August 24,2023 | $17,789 |
| Business Travel Accident | Starr Indemnity & Liability Co | BTAI 001381 | December 1, 2021 – December 1, 2024 | $8,076 |
| Crime | Beazley Insurance Company | V25562210401 | November 30, 2021 - January 19, 2023 | $30,061 |
| Special Crime | Hiscox Insurance Company | UKA301609121 | September 25, 2021 - September 25, 2024 | $12,838 |
| Cyber | AmTrust | AES122721000 | October 30, 2022 - October 30, 2023 | $280,000 |
| Flood - XS of NFIP- Calver City | Lexington Insurance Company (AIG) via RT Specialty | 026710904-01 | September 16, 2022 – August 24, 2023 | $83,453 |
| Flood - NFIP- Calver City | Wright National Flood Ins Co (NFIP) | 16 1151993327 02 | September 28, 2022 - September 28, 2023 | $1,189 |