UNITED STATES BANKRUPTCY COURT　　　　　SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In re: Core Scientific, Inc. *et al.,* | | |

This lawyer, who is admitted to the State Bar of New York:

| | |
|---|---|
| Name | Ronit J. Berkovich |
| Firm | Weil, Gotshal & Manges LLP |
| Street | 767 Fifth Avenue |
| City & Zip Code | New York, New York 10153 |
| Telephone | (212) 310-8000 |
| Email | Ronit.Berkovich@weil.com |
| Licensed: State & Number | New York/4258836 |

Seeks to appear as the attorney for this party:

| Core Scientific, Inc. and Its Affiliated Debtors | |
|---|---|
| Dated: December 21, 2022 | Signed: */s/ Ronit J. Berkovich* |

COURT USE ONLY: The applicant's state bar reports their status as:_____.

Dated:　　　　　　Signed: _____
　　　　　　　　　　　　　　　Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge