| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In re: Core Scientific, Inc. *et al.,* | | |

This lawyer, who is admitted to the State Bar of New York:

| | |
|---|---|
| Name | Destiny I. Reyes |
| Firm | Weil, Gotshal & Manges LLP |
| Street | 767 Fifth Avenue |
| City & Zip Code | New York, New York 10153 |
| Telephone | (212) 310-8000 |
| Email | Destiny.Reyes@weil.com |
| Licensed: State & Number | New York/5966692 |

Seeks to appear as the attorney for this party:

| Core Scientific, Inc. and Its Affiliated Debtors ||
|---|---|
| Dated: December 21, 2022 | Signed: */s/ Destiny Reyes* |

| |
|---|
| COURT USE ONLY: The applicant's state bar reports their status as:_____. |
| Dated:           Signed: _____ Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                         United States Bankruptcy Judge