| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of _____New York_____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Sayan Bhattacharyya<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6000<br>New York # 4500831 |
|---|---|

Seeks to appear as the attorney for this party:

| Ad Hoc Group of Secured Convertible Noteholders |
|---|
| Dated: 12/21/2022 | Signed: /s/ Sayan Bhattacharyya |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated: | Signed: _____<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____                         _____
                                          United States Bankruptcy Judge