UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 |
|---|---|---|---|
| Debtor | In Re: CORE SCIENTIFIC, INC., *et al* | | |

This lawyer, who is admitted to the State Bar of  New York  :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Richard Kanowitz<br>Haynes and Boone, LLP<br>30 Rockefeller Plaza, 26th Floor<br>New York, NY 10112<br>212-659-7300<br>New York, 2521607 |

Seeks to appear as the attorney for this party:  BlockFi, Inc. and its affiliated entities

| Dated: December 21, 2022 | Signed: /s/ Richard Kanowitz |
|---|---|

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

Order

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                         United States Bankruptcy Judge