IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., | § | Case No. 22-90341 (DRJ) |
| et al.[1], | § | |
| | § | |
| DEBTORS. | § | (Joint Administration Requested) |

## NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES, AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Craig E. Power and Maria M. Bartlett appear as counsel for creditor MP2 Energy Texas, LLC d/b/a Shell Energy Solutions ("Shell") and hereby submit this notice of appearance in the above-captioned proceeding and request notice of all hearings and conferences herein and make a demand for service of all papers herein, including, but not limited to, papers and notices pursuant to Bankruptcy Rules 1009, 2002, 3017, 9007 and 9010 and § 342 (if applicable) of the Bankruptcy Code. All notices given or required to be given in this case shall be given to and served upon Craig E. Power and Maria M. Bartlett at the following address:

> Craig E. Power
> Maria M. Bartlett
> COKINOS | YOUNG
> Four Houston Center
> 1221 Lamar Street, 16th Floor
> Houston, Texas 77010

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address in 210 Barton Springs Road, Suite 300, Austin, Texas 78704

notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleadings or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, whether or not filed with or delivered to the Bankruptcy Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above-referenced bankruptcy case and any proceedings related thereto.

**PLEASE TAKE FURTHER NOTICE** that Shell intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (i) the rights of Shell to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) the rights of Shell to trial by jury in any proceedings so triable in these cases or any case, controversy or proceeding related to these cases; (iii) the rights of Shell to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Shell is or may be entitled under agreements, at law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoff, and recoupments the undersigned expressly reserves on behalf of Shell.

    Respectfully submitted,

    **COKINOS | YOUNG**

    By: */s/ Craig E. Power*
        CRAIG E. POWER
        Bar No. 16210500
        Fed No. 3868
        cpower@cokinoslaw.com

        MARIA M. BARTLETT
        Bar No: 24087147
        Fed No. 2200693
        mbartlett@cokinoslaw.com
        Four Houston Center
        1221 Lamar Street, 16th Floor
        Houston, Texas 77010-3039
        (713) 535-5500
        Fax: (713) 535-5533

**COUNSEL FOR CREDITOR MP2 ENERGY TEXAS LLC D/B/A SHELL ENERGY SOLUTIONS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2022, true and correct copies of the foregoing Notice of Appearance and Request for Service of Papers were served by the Court's Electronic Filing system.

        */s/ Craig E. Power*
        CRAIG E. POWER