

**Debtors' Exhibit No. 2**
**Page 1 of 1**