IN THE UNITED STATES BANKRUPTCY
COURT FOR THE SOUTHERN DISTRICT OF
TEXAS HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § | Case No. 22-90341 (DRJ) |
| Debtors[1] | § § § | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appear in the above-captioned cases on behalf of Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. (collectively, "Barings") as prepetition secured lenders under that certain Master Security Agreement, dated as of March 24, 2022 (as amended, restated, supplemented or otherwise modified from time to time, the "Master Security Agreement" and all Collateral Schedules thereto, each a "Schedule") among Barings and Core Scientific, Inc.[2]

Pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") and Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned respectfully request that all notices and papers filed or entered in these cases be given to and served upon the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] Barings BDC, Inc., Barings Capital Investment Corporation and Barings Private Credit Corp. are each a prepetition secured lender solely with respect to each Schedule executed by it.

C. Thomas Kruse
**ARNOLD & PORTER KAYE SCHOLER LLP**
700 Louisiana St, Suite 4000
Houston, Texas 77002
Telephone: (713) 576-2400
Facsimile: (713) 576-2499
E-mail:   tom.kruse@arnoldporter.com

- and -

Michael D. Messersmith
Brian J. Lohan
**ARNOLD & PORTER KAYE SCHOLER LLP**
70 West Madison Street, Suite 4200
Chicago, Illinois 60602
Telephone: (312) 583-2300
Facsimile: (312) 583-2360
E-mail:  michael.messersmith@arnoldporter.com
            brian.lohan@arnoldporter.com

- and -

Jeffrey A. Fuisz
Madelyn A. Nicolini
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
E-mail:   jeffrey.fuisz@arnoldporter.com
            madelyn.nicolini@arnoldporter.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any orders, notices, applications, complaints, demands, motions, petitions, pleadings, disclosure statements, plans of reorganization, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, hand delivery, telephone, electronic filing, facsimile, or otherwise, in the above-referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither filing of this *Notice of Appearance and Request for Service of Notices and Papers* (this "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall be deemed, or construed to constitute, a waiver of any substantive or procedural right of Barings, including, without limitation: (i) the right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (ii) the right to have final orders in non-core matters entered only after *de novo* review by a higher court, (iii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iv) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, (v) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (vi) any election of remedy, or (vii) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

[*Remainder of page intentionally left blank.*]

Dated: December 21, 2022              Respectfully submitted,


  /s/ C. Thomas Kruse
**ARNOLD & PORTER KAYE SCHOLER LLP**
C. Thomas Kruse (Texas Bar No. 11742535)
700 Louisiana St, Suite 4000
Houston, Texas 77002
Telephone: (713) 576-2400
Facsimile: (713) 576-2499
E-mail:    thomas.kruse@arnoldporter.com

- and -

Michael D. Messersmith (*pro hac vice* pending)
Brian J. Lohan (*pro hac vice* pending)
70 West Madison Street, Suite 4200
Chicago, Illinois 60602
Telephone: (312) 583-2300
Facsimile: (312) 583-2360
E-mail:    michael.messersmith@arnoldporter.com
               brian.lohan@arnoldporter.com

- and -

Jeffrey A. Fuisz (*pro hac vice* pending)
Madelyn A. Nicolini (*pro hac vice* pending)
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
E-mail:    jeffrey.fuisz@arnoldporter.com
               madelyn.nicolini@arnoldporter.com


*Counsel to Barings BDC, Inc., Barings Capital Investment Corporation and Barings Private Credit Corp.*

## Certificate of Service

I certify that on December 21, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ C. Thomas Kruse*
C. Thomas Kruse