UNITED STATES BANKRUPTCY COURT	SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | CORE SCIENTIFIC, INC., et al., | |

This lawyer, who is admitted to the State Bar of __Illinois and New York__:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Brian J. Lohan<br>Arnold & Porter Kaye Scholer LLP<br>70 W. Madison St., Suite 4200<br>Chicago, IL 60602-4231<br>(312) 583-2300<br>IL Bar No.: 6283398; NY Bar No.: 5127295 |

Seeks to appear as the attorney for this party:

Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. (collectively, "Barings")

Dated: 12/21/2022        Signed: /s/Brian J. Lohan

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:        Signed: _____
                    Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                    United States Bankruptcy Judge