UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | CORE SCIENTIFIC, INC., et al., | |

This lawyer, who is admitted to the State Bar of  New York and District of Columbia :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Jeffrey A. Fuisz<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, New York 10019-9710<br>(212) 836-7131<br>NY Bar No.: 2472868; DC Bar No.: 1019216 |
|---|---|

Seeks to appear as the attorney for this party:

| Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. (collectively, "Barings") |
|---|
| Dated: 12/21/2022      Signed: /s/Jeffrey A. Fuisz |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:      Signed: _____<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                          United States Bankruptcy Judge