IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.*, | § | Case No. 22-90341 (DRJ) |
| | § | |
| | § | (Jointly Administered) |
| **Debtors.**[1] | § | |
| | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned case on behalf of Tenaska Power Services Co. ("TPS") pursuant to section 1109(b) of chapter 11 of title 11 of the United States Code (as amended, the "Bankruptcy Code") and rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and respectfully requests that the name of counsel listed below be added to the mailing list maintained by the Court, and that all notices given or required to be given in this case, and all pleadings and other papers served, or required to be served, in this case, be given to and served upon the following:

> Jason Binford
> Ross & Smith, PC
> 2003 N. Lamar Blvd., Suite 100
> Austin, Texas 78705
> Telephone: 512-351-4778
> Facsimile: 214-437-6650
> Email: jason.binford@judithwross.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code provision and Bankruptcy Rules specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, electronic mail, or otherwise, that is filed or given in connection with the above-captioned case and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this request shall not be deemed or construed to be a consent to the jurisdiction of the Bankruptcy Court for the Southern District of Texas or a waiver of any substantive or procedural rights of TPS, including, for any rights, claims, actions, defenses, setoffs or recoupments to which TPS may be entitled under agreements in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

*[Remainder of page left intentionally blank.]*

Austin, Texas
December 21, 2022          **ROSS & SMITH, PC**

By: */s/ Jason Binford*
Jason Binford
State Bar No. 24045499
S. Dist. Bar No. 574720
Ross & Smith, PC
2003 N. Lamar Blvd., Suite 100
Austin, Texas 78705
Telephone: 512-351-4778
Facsimile: 214-437-6650
Email: jason.binford@judithwross.com

*Counsel to Tenaska Power Services Co.*

### Certificate of Service

I certify that on December 21, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Jason Binford*
Jason Binford