UNITED STATES BANKRUPTCY COURT　　　　SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | In re: Core Scientific, Inc. et al., | |

This lawyer, who is admitted to the State Bar of  Commonwealth of Massachusetts :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Thomas O. Bean<br>Verrill Dana, LLP<br>One Federal Street, 20th Floor<br>Boston, MA 02110<br>617-309-2606<br>Commonwealth of Massachusetts; BBO 548072 |
|---|---|

Seeks to appear as the attorney for this party:

| MassMutual Asset Finance, LLC |
|---|
| Dated: 12/21/2022　　Signed: /s/ Thomas O. Bean |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:　　　　　Signed: _____
　　　　　　　　　　　　Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____　　　　　_____
　　　　　　　　　　　　　　United States Bankruptcy Judge