UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | In re: Core Scientific, Inc. et al., | |

This lawyer, who is admitted to the State Bar of __Maine__:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Nathaniel R. Hull<br>Verrill Dana, LLP<br>One Portland Square<br>Portland, Maine 04101<br>207-253-4726<br>nhull@verrill-dana.com<br>State of Maine: Bar No. 004532 |

Seeks to appear as the attorney for this party:

| MassMutual Asset Finance, LLC |
|---|
| Dated: 12/21/2022    Signed: /s/ Nathaniel R. Hull |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:        Signed: _____
                     Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                           United States Bankruptcy Judge