United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 21, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In re: Core Scientific, Inc. *et al.,* | | |

This lawyer, who is admitted to the State Bar of New York:

| | |
|---|---|
| Name | David J. Lender |
| Firm | Weil, Gotshal & Manges LLP |
| Street | 767 Fifth Avenue |
| City & Zip Code | New York, New York 10153 |
| Telephone | (212) 310-8000 |
| Email | david.lender@weil.com |
| Licensed: State & Number | New York/2583722 |

Seeks to appear as the attorney for this party:

| Core Scientific, Inc. and Its Affiliated Debtors |
|---|
| Dated: December 21, 2022    Signed: /s/ David J. Lender |

| |
|---|
| COURT USE ONLY: The applicant's state bar reports their status as:_____. |
| Dated:    Signed: _____ Deputy Clerk |

Order   (Docket No. 15)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.
This lawyer is admitted *pro hac vice*.

**Signed:   December 21, 2022**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**