United States Bankruptcy Court
Southern District of Texas

**ENTERED**
December 21, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In re: Core Scientific, Inc. *et al.*, | | |

This lawyer, who is admitted to the State Bar of New York:

| | |
|---|---|
| Name | Ronit J. Berkovich |
| Firm | Weil, Gotshal & Manges LLP |
| Street | 767 Fifth Avenue |
| City & Zip Code | New York, New York 10153 |
| Telephone | (212) 310-8000 |
| Email | Ronit.Berkovich@weil.com |
| Licensed: State & Number | New York/4258836 |

Seeks to appear as the attorney for this party:

| Core Scientific, Inc. and Its Affiliated Debtors | |
|---|---|
| Dated: December 21, 2022 | Signed: */s/ Ronit J. Berkovich* |

| COURT USE ONLY: The applicant's state bar reports their status as:_____. |
|---|
| Dated: _____ Signed: _____<br>Deputy Clerk |

Order   (Docket No. 17)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed: December 21, 2022**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**