|  |  |
|---|---|
| United States Bankruptcy Court | |
| Southern District of Texas | |
| **ENTERED** | |
| December 21, 2022 | |
| Nathan Ochsner, Clerk | |

UNITED STATES BANKRUPTCY COURT      SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In re: Core Scientific, Inc. *et al.,* | | |

This lawyer, who is admitted to the State Bar of New York:

| | |
|---|---|
| Name | Theodore E. Tsekerides |
| Firm | Weil, Gotshal & Manges LLP |
| Street | 767 Fifth Avenue |
| City & Zip Code | New York, New York 10153 |
| Telephone | (212) 310-8000 |
| Email | theodore.tsekerides@weil.com |
| Licensed: State & Number | New York/2609642 |

Seeks to appear as the attorney for this party:

| Core Scientific, Inc. and Its Affiliated Debtors |
|---|
| Dated: December 21, 2022     Signed: */s/ Theodore E. Tsekerides* |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____ |
|---|---|
| | Deputy Clerk |

Order   (Docket No. 18)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed:  December 21, 2022**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**