United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 21, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In re: Core Scientific, Inc. *et al.,* | | |

This lawyer, who is admitted to the State Bar of New York:

| | |
|---|---|
| Name | Mark Polishuk |
| Firm | Weil, Gotshal & Manges LLP |
| Street | 767 Fifth Avenue |
| City & Zip Code | New York, New York 10153 |
| Telephone | (212) 310-8000 |
| Email | Mark.Polishuk@weil.com |
| Licensed: State & Number | New York/5931894 |

Seeks to appear as the attorney for this party:

| Core Scientific, Inc. and Its Affiliated Debtors |
|---|
| Dated: December 21, 2022     Signed: */s/ Mark Polishuk* |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| | |
|---|---|
| Dated: | Signed: _____ |
| | Deputy Clerk |

Order   (Docket No. 25)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed: December 21, 2022**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**