IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*, | § | Case No. 22-90341(DRJ) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE that the undersigned appear as counsel to NYDIG ABL LLC (f/k/a Arctos Credit, LLC) ("NYDIG") and, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010(b), hereby request that all notices given and required to be given in this case be given and served upon:

Dennis M. Twomey (*pro hac vice* pending)
Jackson T. Garvey (*pro hac vice* pending)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036
Email: dtwomey@sidley.com
Email: jgarvey@sidley.com

-and-

Maegan Quejada (24105999)
SIDLEY AUSTIN LLP
1000 Louisiana Street, Suite 5900
Houston, Texas 77002
Telephone:  (713) 495-4500
Facsimile:  (713) 495-7799
Email: mquejada@sidley.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

1

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether written or oral, formal or informal, and whether transmitted or conveyed by mail, hand delivery, facsimile transmission, e-mail, telephone, telegraph, telex, or otherwise, which affects the above-captioned debtor or the property of or in the possession, custody, or control of the debtor or which is otherwise filed or given with regard to the above-referenced case.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Notices and Documents is without prejudice to NYDIG's rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or in equity, against the debtor and any other entities either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

[*Remainder of page intentionally left blank.*]

Dated:  December 21, 2022

Respectfully Submitted,

*/s/ Dennis M. Twomey*
**SIDLEY AUSTIN LLP**
Dennis M. Twomey (*pro hac vice* pending)
Jackson T. Garvey (*pro hac vice* pending)
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036
Email:  dtwomey@sidley.com
Email:  jgarvey@sidley.com

-and-

Maegan Quejada (24105999)
1000 Louisiana Street, Suite 5900
Houston, Texas 77002
Telephone:  (713) 495-4500
Facsimile:  (713) 495-7799
Email:  mquejada@sidley.com

*Counsel to NYDIG ABL LLC*