United States Bankruptcy Court
Southern District of Texas

**ENTERED**

December 21, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of New York:

| | |
|---|---|
| Name | Sayan Bhattacharyya |
| Firm | Paul Hastings LLP |
| Street | 200 Park Avenue |
| City & Zip Code | New York, NY 10166 |
| Telephone | 212-318-6000 |
| Licensed: State & Number | New York # 4500831 |

Seeks to appear as the attorney for this party:

Ad Hoc Group of Secured Convertible Noteholders

Dated: 12/21/2022      Signed: /s/ Sayan Bhattacharyya

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:      Signed: _____
                          Deputy Clerk

Order    (Docket No. 33)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed: December 21, 2022**

DAVID R. JONES
**UNITED STATES BANKRUPTCY JUDGE**