United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 21, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT                SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 |
|---|---|---|---|
| Debtor | In Re: CORE SCIENTIFIC, INC., *et al* | | |

This lawyer, who is admitted to the State Bar of **New York**:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | Richard Kanowitz<br>Haynes and Boone, LLP<br>30 Rockefeller Plaza, 26th Floor<br>New York, NY 10112<br>212-659-7300<br>New York, 2521607 |
|---|---|

Seeks to appear as the attorney for this party:   BlockFi, Inc. and its affiliated entities

Dated: December 21, 2022      Signed: /s/ Richard Kanowitz

COURT USE ONLY: The applicant's state bar reports their status as: _____ .

Dated:                                                Signed: _____
                                                              Deputy Clerk

Order   (Docket No. 37)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed: December 21, 2022**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**