United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 21, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT                    SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | CORE SCIENTIFIC, INC., et al., | |

This lawyer, who is admitted to the State Bar of _____Illinois_____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Michael D. Messersmith<br>Arnold & Porter Kaye Scholer LLP<br>70 W. Madison St., Suite 4200<br>Chicago, IL 60602-4231<br>(312) 583-2300<br>IL Bar No.: 6270267 |
|---|---|

Seeks to appear as the attorney for this party:

| Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. (collectively, "Barings") |
|---|
| Dated: 12/21/2022 | Signed: /s/Michael D. Messersmith |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated: | Signed: _____<br>Deputy Clerk |

Order    (Docket No. 44)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.
This lawyer is admitted *pro hac vice*.

**Signed:  December 21, 2022**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**