United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 21, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT　　　　　　　　SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | CORE SCIENTIFIC, INC., et al., | |

This lawyer, who is admitted to the State Bar of _Illinois and New York_:

| | |
|---|---|
| Name | Brian J. Lohan |
| Firm | Arnold & Porter Kaye Scholer LLP |
| Street | 70 W. Madison St., Suite 4200 |
| City & Zip Code | Chicago, IL 60602-4231 |
| Telephone | (312) 583-2300 |
| Licensed: State & Number | IL Bar No.: 6283398; NY Bar No.: 5127295 |

Seeks to appear as the attorney for this party:

Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. (collectively, "Barings")

Dated: 12/21/2022　　　　Signed: /s/Brian J. Lohan

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:　　　　Signed: _____
　　　　　　　　　　　　Deputy Clerk

Order　(Docket No. 45)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

Signed: December 21, 2022

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**