United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 21, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT　　　　　　　　SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | CORE SCIENTIFIC, INC., et al., | |

This lawyer, who is admitted to the State Bar of __New York and District of Columbia__:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Jeffrey A. Fuisz<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, New York 10019-9710<br>(212) 836-7131<br>NY Bar No.: 2472868; DC Bar No.: 1019216 |

Seeks to appear as the attorney for this party:

| Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. (collectively, "Barings") |
|---|
| Dated: 12/21/2022　　　　Signed: /s/Jeffrey A. Fuisz |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:　　　　Signed: _____<br>Deputy Clerk |

Order　(Docket No. 46)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.
This lawyer is admitted *pro hac vice*.

**Signed: December 21, 2022**

DAVID R. JONES
**UNITED STATES BANKRUPTCY JUDGE**