United States Bankruptcy Court
Southern District of Texas

**ENTERED**
December 21, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | CORE SCIENTIFIC, INC., et al., | |

This lawyer, who is admitted to the State Bar of ___New York___:

| | |
|---|---|
| Name | Madelyn Nicolini |
| Firm | Arnold & Porter Kaye Scholer LLP |
| Street | 250 West 55th Street |
| City & Zip Code | New York, New York 10019-9710 |
| Telephone | (212) 836-7854 |
| Licensed: State & Number | NY Bar No.: 5842679 |

Seeks to appear as the attorney for this party:

Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. (collectively, "Barings")

Dated: 12/21/2022          Signed: /s/Madelyn Nicolini

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:          Signed: _____
                        Deputy Clerk

Order   (Docket No. 47)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed:  December 21, 2022**

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE