United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 21, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | In re: Core Scientific, Inc. et al., | |

This lawyer, who is admitted to the State Bar of   Commonwealth of Massachusetts  :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Thomas O. Bean<br>Verrill Dana, LLP<br>One Federal Street, 20th Floor<br>Boston, MA 02110<br>617-309-2606<br>Commonwealth of Massachusetts; BBO 548072 |

Seeks to appear as the attorney for this party:

| MassMutual Asset Finance, LLC |
|---|
| Dated: 12/21/2022        Signed: /s/ Thomas O. Bean |

COURT USE ONLY: The applicant's state bar reports their status as:  _____ .

Dated:         Signed: _____
                          Deputy Clerk

Order    (Docket No. 50)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.
This lawyer is admitted *pro hac vice*.

**Signed:  December 21, 2022**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**