United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 21, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | In re: Core Scientific, Inc. et al., | |

This lawyer, who is admitted to the State Bar of ___Maine___:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | Nathaniel R. Hull<br>Verrill Dana, LLP<br>One Portland Square<br>Portland, Maine 04101<br>207-253-4726<br>nhull@verrill-dana.com<br>State of Maine: Bar No. 004532 |
|---|---|

Seeks to appear as the attorney for this party:

MassMutual Asset Finance, LLC

Dated: 12/21/2022    Signed: /s/ Nathaniel R. Hull

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:    Signed: _____
Deputy Clerk

Order   (Docket No. 51)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed: December 21, 2022**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**