United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 21, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT　　　　　SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | In re: Core Scientific, Inc. et al., | |

This lawyer, who is admitted to the State Bar of __Minnesota__ :

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number |
|---|
| John R. McDonald<br>Taft Stettinius & Hollister LLP<br>2200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>(612) 977-8400<br>jmcdonald@taftlaw.com<br>MN Bar No.: 168592 |

Seeks to appear as the attorney for this party:

**Bremer Bank, National Association**

Dated: December 21, 2022　　　Signed: /s/ John R. McDonald

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:　　　Signed: _____
　　　　　　　　　　　　Deputy Clerk

Order　(Docket No. 53)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed: December 21, 2022**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**