United States Bankruptcy Court
Southern District of Texas

**ENTERED**

December 21, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of _____Illinois_____ :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Dan Latona<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>312-862-6000<br>IL: 6324219 |

Seeks to appear as the attorney for this party:

| Celsius Mining, LLC | |
|---|---|
| Dated: December 21, 2022 | Signed: /s/ Dan Latona |

| |
|---|
| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
| Dated:                     Signed: _____<br>Deputy Clerk |

Order   (Docket No. 57)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.
This lawyer is admitted *pro hac vice*.

**Signed:  December 21, 2022**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**