United States Bankruptcy Court
Southern District of Texas

**ENTERED**
December 21, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of **Tennessee, Washington DC**:

| | |
|---|---|
| Name | Judson Brown |
| Firm | Kirkland & Ellis LLP |
| Street | 1301 Pennsylvania Avenue NW |
| City & Zip Code | Washington, DC 20004 |
| Telephone | 202-859-5000 |
| Licensed: State & Number | TN: 023530; DC:496772 |

Seeks to appear as the attorney for this party:

| Celsius Mining, LLC |
|---|
| Dated: December 21, 2022    Signed: /s/ Judson Brown |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:          Signed: _____
                        Deputy Clerk

Order   (Docket No. 58)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed: December 21, 2022**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**