United States Bankruptcy Court
Southern District of Texas

**ENTERED**
December 21, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of  Illinois :

| | |
|---|---|
| Name | Patrick J. Nash, Jr. |
| Firm | Kirkland & Ellis LLP |
| Street | 300 North LaSalle Street |
| City & Zip Code | Chicago, Illinois 60654 |
| Telephone | 312-862-6000 |
| Licensed: State & Number | IL: 6237749 |

Seeks to appear as the attorney for this party:

Celsius Mining, LLC

Dated: December 21, 2022        Signed: /s/ Patrick J. Nash, Jr.

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:        Signed: _____
                      Deputy Clerk

Order   (Docket No. 59)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed: December 21, 2022**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**