United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 21, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of _____Illinois_____ :

| | |
|---|---|
| Name | Ross M. Kwasteniet |
| Firm | Kirkland & Ellis LLP |
| Street | 300 North LaSalle Street |
| City & Zip Code | Chicago, Illinois 60654 |
| Telephone | 312-862-6000 |
| Licensed: State & Number | IL: 6276604 |

Seeks to appear as the attorney for this party:

Celsius Mining, LLC

Dated: December 21, 2022     Signed: /s/ Ross M. Kwasteniet

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:     Signed: _____
                    Deputy Clerk

Order    (Docket No. 60)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed: December 21, 2022**

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE