United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 21, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 |
|---|---|---|---|
| Debtor | In Re: Core Scientific, Inc. et al. (Jointly Administered) | | |

This lawyer, who is admitted to the State Bar of _____Illinois_____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Dennis M. Twomey<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>(312) 853-7000; dtwomey@sidley.com<br>Illinois - 6273190 |
|---|---|

Seeks to appear as the attorney for this party:

NYDIG ABL LLC (f/k/a Arctos Credit, LLC)

Dated: December 21, 2022      Signed: /s/ Dennis M. Twomey

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:          Signed: _____
                            Deputy Clerk

Order   (Docket No. 74)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed: December 21, 2022**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**