United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 22, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 |
|---|---|---|---|
| Debtor | In Re: Core Scientific, Inc. et al. (Jointly Administered) | | |

This lawyer, who is admitted to the State Bar of __Illinois__:

| | |
|---|---|
| Name | Jackson T. Garvey |
| Firm | Sidley Austin LLP |
| Street | One South Dearborn Street |
| City & Zip Code | Chicago, Illinois 60603 |
| Telephone | (312) 853-0496; jgarvey@sidley.com |
| Licensed: State & Number | Illinois - 6320652 |

Seeks to appear as the attorney for this party:

NYDIG ABL LLC (f/k/a Arctos Credit, LLC)

Dated: December 21, 2022     Signed: /s/ Jackson T. Garvey

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:     Signed: _____
Deputy Clerk

Order   (Docket No. 75)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed: December 21, 2022**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**