IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § § § § § § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, |  | Case No. 22-90341 (DRJ) |
| Debtors.[1] |  | (Joint Administration Requested) (Emergency Hearing Requested) |

# DEBTOR'S AMENDED WITNESS AND EXHIBIT LIST
# FOR EMERGENCY FIRST DAY HEARING ON DECEMBER 22, 2022

Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), hereby files this amended witness and exhibit list (the "**Amended Witness and Exhibit List**") for the emergency hearing scheduled for December 22, 2022 at 9:15 a.m. (Prevailing Central Time) (the "**Hearing**"):

## WITNESSES

The Debtor may call any of the following witnesses at the Hearing:

1. Michael Bros, Senior Vice President of Capital Markets & Acquisitions at Core Scientific, Inc.;

2. John Singh, Partner at PJT Partners LP;

3. Sheryl Betance, Senior Managing Director of Stretto, Inc.;

4. Any witness called or listed by any other party; and

5. Any rebuttal witnesses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

## EXHIBITS

The Debtors may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief **(ECF No. 5)** (the "**First Day Declaration**") | | | | |
| 2. | Company's Organizational Chart, attached to the First Day Declaration as **(ECF No. 5, Exhibit A)** | | | | |
| 3. | Notice of Commencement, attached to the Consolidated Creditor Matrix **(ECF No. 9-1, Exhibit 1 to Proposed Order)** | | | | |
| 4. | Declaration of Sheryl Betance in Support of Debtors' Emergency Ex Parte Application for Entry of an Order Authorizing the Employment and Retention of Stretto, Inc. as Claims, Noticing, and Solicitation Agent **(ECF No. 14-2, Exhibit B)** | | | | |
| 5. | Declaration of John Singh in Support of Emergency Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Providing Claims With Superpriority Administrative Expense Status, (D) Granting Adequate Protection to the Prepetition Secured Parties, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, And (G) Granting Related Relief **(ECF No. 98)** | | | | |
| 6. | Notice of Filing of Exhibit B to the Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief **(ECF No. 72)** | | | | |
| 7. | Notice of Filing of Initial Budget **(ECF No. 97)** | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 8. | Notice of Filing of Draft DIP Loan Agreement **(ECF No. 96)** | | | | |
| 9. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |
| 10. | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party | | | | |
| 11. | Any exhibit listed by any other party | | | | |

*[Remainder of page intentionally left blank]*

**RESERVATION OF RIGHTS**

The Debtor's reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list at any time prior to the hearing.

Dated: December 22, 2022
      Houston, Texas

Respectfully submitted,

  /s/  *Alfredo R. Pérez*
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email: Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Moshe A. Fink (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Ray.Schrock@weil.com
        Ronit.Berkovich@weil.com
        Moshe.Fink@weil.com

*Proposed Attorneys for Debtors
and Debtors in Possession*

**Certificate of Service**

I hereby certify that on December 22, 2022, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                         /s/ Alfredo R. Pérez
                                         Alfredo R. Pérez