IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § § | (Joint Administration Requested) (Emergency Hearing Requested) |

### AMENDED AGENDA OF MATTERS SET FOR HEARING ON DECEMBER 22, 2022 AT 9:15 A.M. (PREVAILING CENTRAL TIME)

Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), hereby file this Agenda of Matters Set for Hearing on December 22, 2022 at 9:15 a.m. (Prevailing Central Time) (the "**Hearing**") before the Honorable David R. Jones. The hearing will be conducted in Courtroom 400, 4th floor, 515 Rusk Avenue, Houston, TX 77002. You may participate in the hearing by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510 and entering the conference code 205691. Video communication will be by use of the Gotomeeting Platform. Connect via the free Gotomeeting Application or click the link on Judge Jones's home page. The meeting code is

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6791); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR, LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

"judgejones". Click the settings icon in the upper right corner and enter your name under the personal information setting.

1.  Request for Emergency Consideration of Certain "First Day" Matters **(Docket No. 42)**

    <u>Status</u>:   This matter is going forward.

    <u>Related Documents</u>:

    A.  Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 5)**

    B.  Notice of Filing of Exhibit B to the Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 72)**

    C.  Debtors' Witness and Exhibit List for First Day Hearing on December 22, 2022 **(Docket No. 41)**

    D.  Debtors' Amended Witness and Exhibit List for Emergency First Day Hearing on December 22, 2022 **(Docket No. 99)**

2.  Emergency Motion of Debtors Pursuant to Bankruptcy Rule 1015(b) and Bankruptcy Local Rule 1015-1 for Entry of an Order Directing Joint Administration of Chapter 11 Cases **(Docket No. 2)**

    <u>Status</u>:   This matter is going forward.

    <u>Related Documents</u>:

    A.  Notice of Filing of Revised Proposed Order **(Docket No. 52)**

    B.  Order for Joint Administration **(Docket No. 26)**

    C.  Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 5)**

    D.  Notice of Filing of Exhibit B to the Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 72)**

    E.  Debtors' Witness and Exhibit List for First Day Hearing on December 22, 2022 **(Docket No. 41)**

    F.  Debtors' Amended Witness and Exhibit List for Emergency First Day Hearing on December 22, 2022 **(Docket No. 99)**

3. Emergency Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Post-Petition Financing, (B) Authorizing the Debtors to use Cash Collateral, (C) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (D) Granting Adequate Protection to the Prepetition Secured Parties, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief **(Docket No. 38)**

   Status:   This matter is going forward.

   Related Documents:

   A. Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 5)**

   B. Notice of Filing of Exhibit B to the Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 72)**

   C. Declaration of John Singh in Support of Emergency Motion of Debtors for Interim and Final Orders (A) Authorizing the Debtors to Obtain Post-Petition Financing, (B) Authorizing the Debtors to use Cash Collateral, (C) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (D) Granting Adequate Protection to the Prepetition Secured Parties, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief **(Docket No. TBD)**

   D. Debtors' Witness and Exhibit List for First Day Hearing on December 22, 2022 **(Docket No. 41)**

   E. Debtors' Amended Witness and Exhibit List for Emergency First Day Hearing on December 22, 2022 **(Docket No. 99)**

   F. Notice of Filing of Draft DIP Loan Agreement **(Docket No. 96)**

   G. Notice of Filing of Initial Budget **(Docket No. 97)**

   H. Declaration of John Singh in Support of Emergency Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (D) Granting Adequate Protection to the Prepetition Secured Parties, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief **(Docket No. 98)**

4. Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay (A) Critical Vendor Claims and (B) Lien Claims; and (II) Granting Related Relief **(Docket No. 4)**

   Status:   This matter is going forward.

<u>Related Documents</u>:

  A. Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 5)**

  B. Notice of Filing of Exhibit B to the Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 72)**

  C. Debtors' Witness and Exhibit List for First Day Hearing on December 22, 2022 **(Docket No. 41)**

  D. Debtors' Amended Witness and Exhibit List for Emergency First Day Hearing on December 22, 2022 **(Docket No. 99)**

5. Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue Insurance Programs and Surety Bonds, and (B) Pay Certain Obligations with Respect thereto; (II) Granting Relief from Automatic Stay with Respect to Workers' Compensation Claims; and (III) Granting Related Relief **(Docket No. 13)**

 <u>Status</u>: This matter is going forward.

 <u>Related Documents</u>:

  A. Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 5)**

  B. Notice of Filing of Exhibit B to the Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 72)**

  C. Debtors' Witness and Exhibit List for First Day Hearing on December 22, 2022 **(Docket No. 41)**

  D. Debtors' Amended Witness and Exhibit List for Emergency First Day Hearing on December 22, 2022 **(Docket No. 99)**

6. Emergency Motion of Debtors for Entry of an Order (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees Owed to Taxing Authorities and (II) Granting Related Relief **(Docket No. 3)**

 <u>Status</u>: This matter is going forward.

 <u>Related Documents</u>:

  A. Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 5)**

  B. Notice of Filing of Exhibit B to the Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 72)**

  C. Debtors' Witness and Exhibit List for First Day Hearing on December 22, 2022 **(Docket No. 41)**

      D.    Debtors' Amended Witness and Exhibit List for Emergency First Day Hearing on December 22, 2022 **(Docket No. 99)**

7. Emergency Motion of Debtors for Entry of an Order Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Current Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and Rule 2015.3 Reports **(Docket No. 11)**

    Status:  This matter is going forward.

    Related Documents:

        A.    Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 5)**

        B.    Notice of Filing of Exhibit B to the Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 72)**

        C.    Debtors' Witness and Exhibit List for First Day Hearing on December 22, 2022 **(Docket No. 41)**

        D.    Debtors' Amended Witness and Exhibit List for Emergency First Day Hearing on December 22, 2022 **(Docket No. 99)**

8. Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue Their Existing Cash Management System, (B) Maintain Existing Business Forms and Intercompany Arrangements, (C) Continue Intercompany Transactions, and (D) Continue Utilizing Employee Credit Cards; and (II) Granting Related Relief **(Docket No. 12)**

    Status:  This matter is going forward.

    Related Documents:

        A.    Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 5)**

        B.    Notice of Filing of Exhibit B to the Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 72)**

        C.    Debtors' Witness and Exhibit List for First Day Hearing on December 22, 2022 **(Docket No. 41)**

        D.    Debtors' Amended Witness and Exhibit List for Emergency First Day Hearing on December 22, 2022 **(Docket No. 99)**

9.     Emergency Motion of Debtors for Entry of an Order (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Compensation, and (B) Maintain Employee Benefits Programs and Pay Related Obligations; and (II) Granting Related Relief **(Docket No. 6)**

    Status:    This matter is going forward.

    Related Documents:

        A.    Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 5)**

        B.    Notice of Filing of Exhibit B to the Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 72)**

        C.    Debtors' Witness and Exhibit List for First Day Hearing on December 22, 2022 **(Docket No. 41)**

        D.    Debtors' Amended Witness and Exhibit List for Emergency First Day Hearing on December 22, 2022 **(Docket No. 99)**

10.    Emergency Motion of the Debtors Pursuant to Sections 362 and 105(a) of the Bankruptcy Code for Entry of Interim and Final Orders Establishing Notification Procedures and Approving Restrictions on (A) Certain Transfers of Interests In the Debtors, and (B) Claiming of Certain Worthless Stock Deductions **(Docket No. 7)**

    Status:    This matter is going forward.

    Related Documents:

        A.    Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 5)**

        B.    Notice of Filing of Exhibit B to the Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 72)**

        C.    Debtors' Witness and Exhibit List for First Day Hearing on December 22, 2022 **(Docket No. 41)**

        D.    Debtors' Amended Witness and Exhibit List for Emergency First Day Hearing on December 22, 2022 **(Docket No. 99)**

11.    Emergency Motion of Debtors for Entry of an Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief **(Docket No. 8)**

    Status:    This matter is going forward.

Related Documents:

    A.    Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 5)**

    B.    Notice of Filing of Exhibit B to the Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 72)**

    C.    Debtors' Witness and Exhibit List for First Day Hearing on December 22, 2022 **(Docket No. 41)**

    D.    Debtors' Amended Witness and Exhibit List for Emergency First Day Hearing on December 22, 2022 **(Docket No. 99)**

12.  Emergency Motion of Debtors for Entry of an Order (I) Authorizing Debtors to (A) File a Consolidated Creditor Matrix and a Consolidated List of 30 Largest Unsecured Creditors and (B) Redact Certain Personal Identification Information; (II) Modifying Requirement to File a List of Equity Security Holders; and (III) Approving Form and Manner of Notifying Creditors of Commencement of Chapter 11 Cases and Other Information **(Docket No. 9)**

Status:   This matter is going forward.

Related Documents:

    A.    Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 5)**

    B.    Notice of Filing of Exhibit B to the Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 72)**

    C.    Debtors' Witness and Exhibit List for First Day Hearing on December 22, 2022 **(Docket No. 41)**

    D.    Debtors' Amended Witness and Exhibit List for Emergency First Day Hearing on December 22, 2022 **(Docket No. 99)**

13.  Emergency Ex Parte Application of Debtors for Entry of an Order Authorizing Employment and Retention of Stretto as Claims, Noticing, and Solicitation Agent **(Docket No. 14)**

Status:   The Order Authorizing the Employment and Retention of Stretto, Inc. as Claims, Noticing, and Solicitation Agent has been entered **(Docket No. 28)**.

Related Documents:

    A.    Order Authorizing the Employment and Retention of Stretto, Inc. as Claims, Noticing, and Solicitation Agent **(Docket No. 28)**

    B.    Declaration of Sheryl Betance in Support of Debtors' Emergency Ex Parte Application for Entry of an Order Authorizing the Employment and

          Retention of Stretto, Inc. as Claims, Noticing, and Solicitation Agent **(Docket No. 14-B)**

    C.    Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 5)**

    D.    Notice of Filing of Exhibit B to the Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 72)**

    E.    Debtors' Witness and Exhibit List for First Day Hearing on December 22, 2022 **(Docket No. 41)**

    F.    Debtors' Amended Witness and Exhibit List for Emergency First Day Hearing on December 22, 2022 **(Docket No. 99)**

14.    Notice of Designation as Complex Cases **(Docket No. 10)**

    <u>Status</u>:    The Order Granting Complex Case Treatment has been entered **(Docket No. 29).**

    <u>Related Documents</u>:

    A.    Order Granting Complex Case Treatment **(Docket No. 29)**

    B.    Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 5)**

    C.    Notice of Filing of Exhibit B to the Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 72)**

    D.    Debtors' Witness and Exhibit List for First Day Hearing on December 22, 2022 **(Docket No. 41)**

    E.    Debtors' Amended Witness and Exhibit List for Emergency First Day Hearing on December 22, 2022 **(Docket No. 99)**

*[Remainder of Page Intentionally Left Blank.]*

Dated: December 22, 2022
       Houston, Texas

Respectfully submitted,

  /s/ Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (*pro hac vice* pending)
Ronit J. Berkovich (*pro hac vice* pending)
Moshe A. Fink (*pro hac vice* pending)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Ray.Schrock@weil.com
        Ronit.Berkovich@weil.com
        Moshe.Fink@weil.com

*Proposed Attorneys for Debtors
and Debtors in Possession*

**Certificate of Service**

I hereby certify that on December 22, 2022, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/  Alfredo R. Pérez
Alfredo R. Pérez