IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.,* | ) Case No. 22-90341 (DRJ) |
| Debtors.[1] | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, James Nguyen-Phan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic on the service list attached hereto as **Exhibit A**:

- **Notice of Filing of Exhibit B to the Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief** (Docket No. 72)

- **Notice of Filing of Draft DIP Loan Agreement** (Docket No. 96)

- **Notice of Filing of Initial Budget** (Docket No. 97)

- **Declaration of John Singh in Support of Emergency Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (D) Granting Adequate Protection to the Prepetition Secured Parties, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief** (Docket No. 98)

- **Debtor's Amended Witness and Exhibit List for Emergency First Day Hearing on December 22, 2022** (Docket No. 99)

- **Second Amended Agenda of Matters Set for Hearing on December 22, 2022 at 9:15 A.M. (Prevailing Central Time)** (Docket No. 101)

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Special Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704

Furthermore, on December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight on the service list attached hereto as **Exhibit B**:

- **Notice of Filing of Exhibit B to the Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief** (Docket No. 72)

- **Notice of Filing of Draft DIP Loan Agreement** (Docket No. 96)

- **Notice of Filing of Initial Budget** (Docket No. 97)

- **Declaration of John Singh in Support of Emergency Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (D) Granting Adequate Protection to the Prepetition Secured Parties, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief** (Docket No. 98)

- **Debtor's Amended Witness and Exhibit List for Emergency First Day Hearing on December 22, 2022** (Docket No. 99)

Furthermore, on December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight on the service list attached hereto as **Exhibit C**, and via electronic on the service list attached hereto as **Exhibit D**:

- **Second Amended Agenda of Matters Set for Hearing on December 22, 2022 at 9:15 A.M. (Prevailing Central Time)** (Docket No. 101)

Dated: December 22, 2022

   /s/ James Nguyen-Phan
James Nguyen-Phan
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 949-404-4152
Email: TeamCoreScientific@stretto.com

# **<u>Exhibit A</u>**



# Exhibit A
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 36th Street Capital Partners, LLC | Attn: Christopher Szopa and AnnMarie Byrne | | jolsen@36thstreetcapital.com<br>clatouche@36thstreetcapital.com<br>gkammerer@36thstreetcapital.com |
| AAF International | Attn: Stuart Nichols | | snichols@AAFintl.com |
| Ad Hoc Group of Secured Convertible Noteholders | c/o Paul Hastings LLP | Attn: James T Grogan III | jamesgrogan@paulhastings.com |
| Ad Hoc Group of Secured Convertible Noteholders | c/o Paul Hastings LLP | Attn: Kristopher M Hansen, Erez E Gilad, Sayan Bhattacharyya & Joanne Lau | krihansen@paulhastings.com<br>erezgilad@paulhastings.com<br>sayanbhattacharyya@paulhastings.com<br>joannelau@paulhastings.com |
| Amazon Web Services Inc | Attn: Rashmi Manchanda | | rmmanch@amazon.com |
| Anchorage Lending CA, LLC | c/o Otterbourg P.C. | Attn: James Drew | jdrew@otterbourg.com |
| Atalaya Capital Management LP | c/o Holland & Knight LLP | Attn: Brent R. McIlwain and Brian Smith | brent.mcIlwain@hklaw.com<br>brian.smith@hklaw.com |
| B. Riley Financial, Inc. | c/o Willkie Farr & Gallagher LLP | Attn: Melanie Mansfield | mmansfield@willkie.com |
| Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. | c/o Arnold & Porter Kaye Scholer LLP | Attn: C. Thomas Kruse | tom.kruse@arnoldporter.com |
| Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. | c/o Arnold & Porter Kaye Scholer LLP | Attn: Jeffrey A. Fuisz & Madelyn A. Nicolini | jeffrey.fuisz@arnoldporter.com<br>madelyn.nicolini@arnoldporter.com |
| Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. | c/o Arnold & Porter Kaye Scholer LLP | Attn: Michael D. Messersmith & Brian J. Lohan | michael.messersmith@arnoldporter.com<br>brian.lohan@arnoldporter.com |
| Bergstrom Electric | Attn: Steve Wasvick | | Swasvick@berstromelectric.com |
| BlockFi Inc | c/o Haynes and Boone LLP | Attn: Matthew Frankle | matthew.frankle@haynesboone.com |
| BlockFi, Inc. | c/o Haynes & Boone, LLP | Attn: Richard Kanowitz | richard.kanowitz@haynesboone.com |
| BlockFi, Inc. | c/o Haynes and Boone, LLP | Attn: Kenric D. Kattner & Arsalan Muhammad | kenric.kattner@haynesboone.com<br>arsalan.muhammad@haynesboone.com |
| BlockFi, Inc. | c/o Haynes and Boone, LLP | Attn: Matt Ferris & Charles M. Jones II | matt.ferris@haynesboone.com<br>charlie.jones@haynesboone.com |
| BRF Finance Co., LLC | Attn: General Counsel | | legal@brileyfin.com |
| CDW Direct | Attn: Rick Kulevich, General Counsel | | credit@cdw.com |
| CES Corporation | Attn: Scott Weatherall | | s.weatherall@cescorp.ca |
| Cherokee County Tax Collector | Attn: Delenna Stiles, Tax Collector | | collections@cherokeecounty-nc.gov |
| Cooley LLP | Attn: Daniel Peale | | dpeale@cooley.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 1 of 3



# Exhibit A
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Core Scientific, Inc., et al. | c/o Weil, Gotshal & Manges LLP | Attn: Alfredo R. Perez | alfredo.perez@weil.com |
| Core Scientific, Inc., et al. | c/o Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, Ronit J. Berkovich and Moshe A. Fink | Ray.Schrock@weil.com Ronit.Berkovich@weil.com Moshe.Fink@weil.com |
| Dalton Utilities | Attn: Tom Bundros | | tbundros@dutil.com |
| DK Construction Company | Attn: Justin Edwards, President | | justin@dkconstructioninc.com |
| Duke Energy | Attn: Tammy Daber, Power Contracts Administrator | | tammy.daber@duke-energy.com |
| FlowTX | Attn: Lucas Leavitt | | lleavitt@flowtx.com |
| Foundry Digital LLC | | | hello@foundrydigital.com |
| Gensler | Attn: Todd Runkle | | todd_runkle@gensler.com |
| Harper Construction Company, Inc | Attn: Stephen Marble | | lpz@harperconstruction.com |
| Herc Rentals | Attn: Leslie Hunziker | | leslie.hunziker@hercrentals.com |
| LiveView Technologies Inc | Attn: Chris Parker | | chris.parker@lvt.com |
| Marshall County Sheriff | Attn: Trent Weaver, Sheriff | | marshallso@marshallco.org |
| McDermott Will and Emery LLP | Attn: Erin West | | eswest@mwe.com |
| MK Marlow Company, LLC | c/o Scott Viscuso, PLLC | Attn: Eric L Scott | escott@sv-legal.com |
| Moss Adams LLP | Attn: Findley Gillespie | | findley.gillespie@mossadams.com |
| MP2 Energy Texas, LLC d/b/a Shell Energy Solutions | c/o Cokinos Young | Attn: Craig E. Power & Maria M. Bartlett | cpower@cokinoslaw.com mbartlett@cokinoslaw.com |
| NYDIG ABL LLC | c/o Sidley Austin LLP | Attn: Dennis M. Twomey, Jackson T. Garvey | dtwomey@sidley.com jgarvey@sidley.com |
| NYDIG ABL LLC | c/o Sidley Austin LLP | Attn: Elizabeth R. Tabas Carson | etabas@sidley.com |
| NYDIG ABL LLC | c/o Sidley Austin LLP | Attn: Maegan Quejada | mquejada@sidley.com |
| Office of the U.S. Trustee | Attn: Stephen Statham & Alicia Barcomb | | stephen.statham@usdoj.gov alicia.barcomb@usdoj.gov |
| OP | Attn: Elise Chittick | | echittick@ophouston.com |
| Priority Power Management LLC | Attn: Robert L. Douglas | | rdouglas@prioritypower.com |
| Reed Wells Benson and Company | Attn: Kenneth Fulk | | kfulk@rwb.net |
| Securitas Security Services USA Inc | Attn: Patrick Melody | | patrick.melody@securitasinc.com |
| Shell Energy Solutions | Attn: Marty Lundstrom | | marty.lundstrom@mp2energy.com |
| Sidley Austin LLP | Attn: Scott Parel | | sparel@sidley.com |
| State Of Kentucky | Office Of The Attorney General | | KyOAGOR@ky.gov |
| State Of North Dakota | Office Of The Attorney General | | ndag@nd.gov |
| Tenaska Power Services Co | Attn: Drew Fossum | | TPMCustomerService@tnsk.com |
| Tenaska Power Services Co. | c/o Ross & Smith PC | Attn: Judith W. Ross | judith.ross@judithwross.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 2 of 3



# Exhibit A
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Tenaska Power Services Co. | c/o Ross & Smith, PC | Attn: Jason Binford | jason.binford@judithwross.com |
| Tenet Solutions | Attn: Attn: Accounting | | Tenet-AR@tenetsolutions.us |
| Trilogy LLC | Attn: Shamel Bersik | | Sam@trilogycorp.com |
| US Attorney's Office for the Southern District of Texas | Attn: Jennifer Lowery | | usatxs.atty@usdoj.gov |
| Wingspire Equipment Finance LLC | c/o Reed Smith LLP | Attn: Richard J. Tannenbaum | rtannenbaum@reedsmith.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 3 of 3

# **Exhibit B**



## Exhibit B
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 36th Street Capital Partners LLC | Attn: C Szopa & A Byrne | 15 Maple Avenue | | Morristown | NJ | 07960 |
| AAF International | Attn: Stuart Nichols | 9920 Corporate Campus Dr Ste 2200 | | Louisville | KY | 40223 |
| Amazon Web Services Inc | Attn: Rashmi Manchanda | 410 Terry Avenue North | | Seattle | WA | 98109-5210 |
| Anchorage Lending CA LLC | c/o Otterbourg P.C. | 230 Park Avenue | Attn: James Drew | New York | NY | 10169 |
| Atalaya Capital Management LP | c/o Holland & Knight LLP | 1722 Routh Street Suite 1500 | Attn: Brent R. McIlwain and B Smith | Dallas | TX | 75201 |
| B. Riley Financial Inc. | c/o Willkie Farr & Gallagher LLP | 300 North LeSalle Dr | Attn: Melanie Mansfield | Chicago | IL | 60654 |
| Bank of America | Attn: Legal Dept | 800 5th Ave | | Seattle | WA | 98104 |
| Barings BDC Inc. | Attn: Legal Dept | 300 S. Tryon St | | Charlotte | NC | 28202 |
| Barings Capital Investment | Attn: Legal Dept | 300 S. Tryon St | | Charlotte | NC | 28202 |
| Barings LLC | Attn: Steve Johnson | 300 South Tryon Street Suite 2500 | | Charlotte | NC | 18202 |
| Barings Private Credit Corp | Attn: Legal Dept | 300 S. Tryon St | | Charlotte | NC | 28202 |
| Bergstrom Electric | Attn: Steve Wasvick | 3100 North Washington Street | | Grand Forks | ND | 58208 |
| BlockFi Inc | c/o Haynes and Boone LLP | 30 Rockefeller Plaza 26th Floor | Attn: Matthew Frankle | New York | NY | 10112 |
| Bremer Bank | Attn: Legal Dept | 3100 South Columbia Road | | Grand Forks | ND | 58201 |
| BRF Finance Co. LLC | Attn: General Counsel | 30870 Russell Ranch Road Ste. 250 | | Westlake Village | CA | 91362 |
| CDW Direct | Attn: Rick Kulevich GC | 200 N. Milwaukee Avenue | | Vernon Hills | IL | 60061 |
| CES Corporation | Attn: Scott Weatherall | 28029-108 Avenue | | Acheson | AB | T7Z 6P7 |
| Cherokee County Tax Collector | Attn: Delenna Stiles Tax Collector | 75 Peachtree Street #225 | | Murphy | NC | 28906-2947 |
| City National Bank | Attn: Legal Dept | 555 South Flower Street | | Los Angeles | CA | 90071 |
| Coinbase Inc | c/o Coinbase Custody Trust Co LLC | 100 Pine St Ste 1250 | | San Francisco | CA | 94111 |
| Cooley LLP | Attn: Daniel Peale | 3 Embarcadero Center 20th Floor | | San Francisco | CA | 94111-4004 |
| Dalton Utilities | Attn: Tom Bundros | 1200 V D Parrott Jr Pkwy | | Dalton | GA | 30721 |
| DK Construction Company | Attn: Justin Edwards President | 5165 Gilbertsville Highway | | Calvert City | KY | 42029-0388 |
| Duke Energy | Attn: T Daber Power Contracts Admin | 9700 David Taylor Dr MailCode DT01X | | Charlotte | NC | 28262 |
| FlowTX | Attn: Lucas Leavitt | 8610 Broadway St Ste 211 | | San Antonio | TX | 78217 |
| Foundry Digital LLC | Attn: Legal Dept | 1100 Pittsford Victor Road | | Pittsford | NY | 14534 |
| Gensler | Attn: Todd Runkle | 1011 S. Congress Ave Bldg 1 Ste 200 | | Austin | TX | 78704 |
| Harper Construction Company Inc | Attn: Stephen Marble | 2241 Kettner Blvd Ste 300 | | San Diego | CA | 92101 |
| Herc Rentals | Attn: Leslie Hunziker | 27500 Riverview Center Blvd Ste 100 | | Bonita Springs | FL | 34134 |
| Internal Revenue Service | Attn: Centralized Insolvency Op | 2970 Market Street | | Philadelphia | PA | 19104-50 |
| Internal Revenue Service | Attn: Centralized Insolvency Op | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service | Attn: Legal Dept | Department of the Treasury | | Ogden | UT | 84201-0045 |
| Internal Revenue Service | Houston Department | 1919 Smith Street | | Houston | TX | 77002 |
| Kentucky Department of Revenue | Attn: Thomas B. Miller | 501 High Street | | Frankfort | KY | 40601 |
| LiveView Technologies Inc | Attn: Chris Parker | 1226 S 1480 W | | Orem | UT | 84058 |
| Luxor Technology Corp | Attn: Legal Dept | 1100 Bellevue Way NE Suite 8A #514 | | Bellevue | WA | 98004 |
| Marshall County Sheriff | Attn: Trent Weaver Sheriff | 52 Judicial Dr | | Benton | KY | 42025 |
| MassMutual Asset Finance LLC | Attn: David Coutu | 2 Hampshire Street Suite 101 | | Foxboro | MA | 02035 |
| McDermott Will and Emery LLP | Attn: Erin West | 1 Vanderbilt Ave | | New York | NY | 10017 |
| Moss Adams LLP | Attn: Findley Gillespie | 999 Third Ave Suite 2800 | | Seattle | WA | 98104 |
| NYDIG ABL LLC | c/o Sidley Austin LLP | 787 7th Ave | Attn: Elizabeth R. Tabas Carson | New York | NY | 10019 |
| Office of the U.S. Trustee | Attn: Stephen Statham & A Barcomb | 515 Rusk Street Suite 3516 | | Houston | TX | 77002 |
| OP | Attn: Elise Chittick | 10030 Bent Oak Dr | | Houston | TX | 77040 |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit B**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Priority Power Management LLC | Attn: Robert L. Douglas | 2201 E Lamar Blvd Suite 275 | | Arlington | TX | 76006 |
| Reed Wells Benson and Company | Attn: Kenneth Fulk | 120010 N Central Expressway | Ste 1100 | Dallas | TX | 75243 |
| Securitas Security Services USA Inc | Attn: Patrick Melody | 4330 Park Terrace Drive | | West Lake Village | CA | 91361 |
| Securities & Exchange Commission | Attn: Andrew Calamari RD | Brookfield Pl 200 Vesey St Ste 400 | | New York | NY | 10281-1022 |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F Street NE | | Washington | DC | 20002 |
| Shell Energy Solutions | Attn: Marty Lundstrom | 21 Waterway Avenue Suite 450 | | The Woodlands | TX | 77380 |
| Sidley Austin LLP | Attn: Scott Parel | 2021 McKinney Avenue Suite 2000 | | Dallas | TX | 75201 |
| State Of Georgia | Office Of The Attorney General | 40 Capitol Sq Sw | | Atlanta | GA | 30334 |
| State Of Kentucky | Office Of The Attorney General | 700 Capitol Ave Ste 118 | | Frankfort | KY | 40601 |
| State Of North Carolina | Office Of The Attorney General | 114 W Edenton St | | Raleigh | NC | 27603 |
| State Of North Dakota | Office Of The Attorney General | State Capitol, 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 |
| Stonebriar Commercial Finance LLC | Attn: Jeffrey L. Wilkison | 5601 Granite Parkway Suite 1350 | | Plano | TX | 75024 |
| Tenaska Power Services Co | Attn: Drew Fossum | 14302 FNB Parkway | | Omaha | NE | 68154 |
| Tenet Solutions | Attn: Attn: Accounting | 1238 Grey Fox Rd | | Arden Hills | MN | 55112 |
| Texas Office of the AG | Attn: Legal Dept | 300 W. 15th Street | | Austin | TX | 78701 |
| Texas Office of the AG | Attn: Legal Dept | PO Box 12548 | | Austin | TX | 78711-2548 |
| Trilogy LLC | Attn: Shamel Bersik | 6255 Saddle Tree Dr | | Las Vegas | NV | 89118 |
| Trinity Capital Inc | Attn: Kyle Brown | 1N 1st Street Suite 302 | | Phoenix | AZ | 85004 |
| US Attorney's Office for SDTX | Attn: Jennifer Lowery | 1000 Louisiana St Suite 2300 | | Houston | TX | 77002 |
| US Customs and Border Patrol | Attn: Raul Ortiz | 1300 Pennsylvania Avenue Ste 4.4-B | | Washington | DC | 20229 |
| Wingspire Equipment Finance LLC | c/o Reed Smith LLP | 599 Lexington Avenue | Attn: Richard J. Tannenbaum | New York | NY | 10022 |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

# **Exhibit C**



# Exhibit C
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| ACM ELF ST LLC | Attn: Legal Dept | One Rockefeller Plaza 32nd Floor | | New York | NY | 10020 |
| Alpha Waste | Attn: Legal Dept | 3372 Chattanooga Rd | | Tunnel Hill | GA | 30755 |
| AmTrust | Attn: Legal Dept | 800 Superior Avenue | | Cleveland | OH | 44114 |
| Anchorage Lending CA LLC | Attn: Rafael Rosa | One Embarcadero Center Ste 2623 | | San Francisco | CA | 94126 |
| Arctos Credit LLC | Attn: Trevor Smyth | 510 Madison Avenue 21st Floor | | New York | NY | 10022 |
| Ascot Syndicate No. 1414 | (Ethos via AmWins) | 55 West 46th Street 26th Floor | | New York | NY | 10036 |
| Austin TX Lease new office | Attn: Legal Dept | 2433 Ridgepoint Drive | | Austin | TX | 78754-5231 |
| Austin TX Lease existing office | Attn: Legal Dept | 2433 Ridgepoint Drive | | Austin | TX | 78754-5231 |
| Bank Financial | Attn: Legal Dept | 48 Orland Square Drive | | Orland Park | IL | 60462 |
| BEAM Concrete Construction Inc. | Attn: Legal Dept | 640 Central Expy | | Melissa | TX | 75454 |
| Beazley Insurance Company | Attn: Legal Dept | 725 South Figueroa Street | | Los Angeles | CA | 90017 |
| Berkley National Insurance Company | Attn: Legal Dept | 222 South 9th Street Suite 2550 | | Minneapolis | MN | 55402 |
| Berkley Prof Liability | Attn: Legal Dept | 475 Steamboat Road | | Greenwich | CT | 06830 |
| Berkshire Hathaway Specialty Ins Co | Attn: Legal Dept | 1314 Douglas Street Suite 1400 | | Omaha | NE | 68102 |
| California Franchise Tax Board | Attn: Legal Dept | PO Box 942857 | | Sacramento | CA | 94257-0531 |
| Calvert City Hall | Attn: Tim | 861 5th Ave SE | | Calvert City | KY | 42029 |
| Carolina Recycling & Consulting LLC | Attn: Legal Dept | PO Box 1461 | | Matthews | NC | 28106 |
| Celsius Networks Lending LLC | Attn: Legal Dept | 221 River Street 9th Floor | | Hoboken | NJ | 7030 |
| CITI Bank N.A. | Attn: Legal Dept | 10201 Centurion Parkway N. #100 | | Jacksonville | FL | 32256 |
| City of Denton Lessor | Attn: Legal Dept | 601 E. Hickory St. Suite F | | Denton | TX | 76205-4305 |
| CM TFS LLC | Attn: Legal Dept | 5480 Corporate Drive #350 | | Troy | MI | 48098 |
| Cogent Communications | Attn: Legal Dept | PO Box 791087 | | Baltimore | MD | 21279-1087 |
| Colorado Department of Revenue | Attn: Legal Dept | PO Box 17087 | | Denver | CO | 80217-0087 |
| Columbia Casualty Company (CNA) | Attn: Legal Dept | 125 Broad Street 8th Floor | | New York | NY | 10004 |
| ComNet Communications LLC | c/o Canterbury PC | 4851 LBJ Pwy Ste 301 | Attn: Brad Gaswirth | Dallas | TX | 75244 |
| Consolidated Electrical Dist. | Misti Beanland and Robert Davis | 8131 LBJ Freeway Suite 700 | | Dallas | TX | 75251 |
| Contech Construction | Convergint Technologies LLC | 211 E 7th Street Ste 620 | c/o Corporation Service Company | Austin | TX | 78701 |
| Contech Inc. | Attn: Legal Dept | 114 S Elm Pl | | Broken Arrow | OK | 74012 |
| Convergint Technologies LLC | Able Communications Inc. | 1413 East Avenue H | Attn: Karla Lopez CFO | Grand Prairie | TX | 75050 |
| Coonrod Electric Co LLC | c/o Branscomb Law | 802 N. Carancahua Ste 1900 | Attn: James Egbert | Corpus Christi | TX | 78401 |
| Corporation Service Company | Attn: Legal Dept | PO Box 2576 | | Springfield | IL | 62708 |
| Countrywide Sanitation Co | c/o Countrywide Sanitation Co | PO Box 5551 | Attn: Seth | Grand Forks | ND | 58206-5551 |
| CT Corporation System as Rep | Attn: SPRS | 330 N Brand Blvd Suite 700 | | Glendale | CA | 91203 |
| Dakota Carrier Network | Attn: Legal Dept | PO Box 2484 | | Fargo | ND | 58108-2484 |
| Dalton Utilities | Attn: Legal Dept | PO Box 869 | | Dalton | GA | 30722-0869 |
| Dalton Whitfield Joint Development | Attn: Legal Dept | 100 S Hamilton Street | | Dalton | GA | 30720-4291 |
| Darrin Feinstein | c/o Core Scientific Inc. | 210 Barton Springs Road Suite 300 | | Austin | TX | 78704 |
| DE Division of Corporations | Attn: Legal Dept | PO Box 5509 | | Binghamton | NY | 13902-5509 |
| Dell Financial Services L.L.C. | Attn: Legal Dept | Mail Stop-PS2DF-23 One Dell Way | | Round Rock | TX | 78682 |
| Denton Municipal Electric | Attn: Legal Dept | 215 E McKinney St | | Denton | TX | 76201 |
| Duke Energy Carolinas | Attn: Legal Dept | PO Box 601297 | | Charlotte | NC | 28260-1297 |
| Eddie Marshall County Sheriff | Attn: Legal Dept | 52 Judicial Drive | | Benton | KY | 42025 |
| Elliot Electric Supply Inc. | Attn: Legal Dept | 2526 N Stallings DrPO Box 630610 | | Nacogdoches | TX | 75963 |
| Endurance American Specialty Ins Co | (Sompo) | 1221 Avenue of the Americas | | New York | NY | 10020 |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 1 of 3



## Exhibit C
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Federal Insurance Company (Chubb) | Attn: Legal Dept | One Post Street 35th Floor | | San Francisco | CA | 94104 |
| Fiber Net | Attn: Legal Dept | PO Box 625 | | Sylva | NC | 28779 |
| Foundry Digital LLC | Attn: Legal Dept | 1100 Pittsford Victor Road | | Pittsford | NY | 14534 |
| Frontier Communications America Inc | Attn: Legal Dept | PO BOX 740407 | | Cincinnati | OH | 45274-0407 |
| Garic Inc. | Attn: Legal Dept | 26 Broadway Suite 961 | | New York | NY | 10004 |
| Garic Inc. | Attn: Legal Dept | 68 35Th Street Suite C653 | | Brooklyn | NY | 11232 |
| Gaylor Electric Inc. | dba Gaylor Inc. | 5750 Castle Creek Pkwy N Dr Ste 400 | | Indianapolis | IN | 46250 |
| Georgia Department of Revenue | Attn: Legal Dept | PO Box 105408 | | Atlanta | GA | 30348-5408 |
| GlobalGig | Attn: Legal Dept | PO Box 227372 | | Dallas | TX | 75222-7372 |
| Graybar Electric Company Inc | Attn: Legal Dept | 34 N Meramec Ave | | St. Louis | MO | 63105 |
| Graybar Electric Company Inc. | c/o Coats Rose | 9 Greenway Plaza Ste 1000 | Attn: Ben Aderholt | Houston | TX | 77046 |
| Hiscox Insurance Company | Attn: Legal Dept | 104 South Michigan Avenue Suite 600 | | Chicago | IL | 60603 |
| Housley Communications Inc. | c/o Carter Boyd Lisson & Hohsensee | 515 West Harris Ave Ste 100 | Attn: Jeffrey S. Lisson | San Angelo | TX | 76903 |
| Huband-Mantor Construction Inc | Attn: Legal Dept | 43000 IH-10 West | | Boerne | TX | 78006 |
| Humphrey & Associates Inc. | Attn: Legal Dept | 1201 Duncan Street | | Denton | TX | 76205 |
| Humprey & Associates Inc | c/o Laperouse Law PC | 5220 Spring Valley Rd Ste 615 | Attn: Jason Kennedy | Dallas | TX | 75254 |
| Imperial Fire Protection LLC | Attn: Legal Dept | 116 Calverley Pl | | Keller | TX | 76248 |
| Indigo Commercial Funding LLC | Attn: Legal Dept | 6700 E Pacific Coast HWY Suite 295 | | Long Beach | CA | 90803 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Internal/Resound Networks | Attn: Legal Dept | PO Box 1741 | | Pampa | TX | 79066 |
| Jobe Ranch Family Ltd Parnership | Attn: Legal Dept | 1150 Southview Drive | | El Paso | TX | 79928 |
| Kentucky Departament of Revenue | Attn: Legal Dept | 501 High Street | | Frankfort | KY | 40601 |
| King County Assessor | Attn: Legal Dept | 201 S. Jackson Street Room 708 | | Seattle | WA | 98104 |
| Kinsale Insurance Company | (via Amwins) | PO Box 17008 | | Richmond | VA | 23226 |
| Landmark American Insurance Compnay | (RSUI via Amwins) | 15303 Ventura Boulevard Suite 500 | | Sherman Oaks | CA | 91403 |
| Level 3 Communications LLC | Attn: Legal Dept | 1025 Eldorado Blvd | | Broomfield | CO | 80021 |
| Lexington Ins Co (AIG) RT Specialty | Attn: Legal Dept | 99 High Street | | Boston | MA | 02110 |
| Lloyd's Syndicate No. 2623 | (Beazley UK) | 6 Concourse Pkway NE | | Atlanta | GA | 30328 |
| LML Services dba FlowTx | Attn: West Winter | 9601 Mcallister Freeway Ste 401 | | San Antonio | TX | 78216 |
| Logix Fiber networks | Attn: Legal Dept | PO Box 734120 | | Dallas | TX | 75373-4120 |
| Maddox Industrial Transformer LLC | Attn: Accounts Payable | 865 Victor Hill Road | | Greer | SC | 29651 |
| Marble Community Water System | Attn: Dianne Chastain | PO Box 274 | | Marble | NC | 28905 |
| Marshall County (KY) Dept Revenue | Attn: Legal Dept | 1101 Main Street | | Benton | KY | 42025 |
| Matt Minnis | c/o Core Scientific Inc. | 106 East 6th Street Suite 900-145 | | Austin | TX | 78701 |
| McCarthy Building Companies Inc | Attn: Legal Dept | 12851 Manchester Road | | St. Louis | MO | 63131 |
| McCarthy Building Companies Inc. | c/o Vitek Lange PLLC | 300 Throckmorton Street Suite 650 | Attn: Ross Vitek | Fort Worth | TX | 76102 |
| McCorvey Sheet Metal Works LP | Attn: Legal Dept | 8610 Wallisville Rd | | Houston | TX | 77029 |
| McElroy Metal Mill Inc | c/o Levy Von Beck Comstock P.S. | 1200 5th Aveue Ste 1850 | dba McElroy Metal | Seattle | WA | 98101 |
| Michael J Levitt | c/o Core Scientific Inc. | 210 Barton Springs Road Suite 300 | | Austin | TX | 78704 |
| Minnkota Power Cooperative | Attn: Legal Dept | 5301 32nd Avenue South | | Grand Forks | ND | 58201 |
| MK Marlow Company LLC | Attn: Legal Dept | 16116 College Oak | | San Antonio | TX | 78249 |
| Morsco Supply LLC | dba Morrison Supply Company | 10130 Jones Maltsberger Rd | | San Antonio | TX | 78216-4149 |
| Murphy Electric Power Board | Attn: Chris Raper | PO Box 1009 | | Murphy | NC | 28905 |
| National Union Fire Ins Pittsburgh | (AIG) | 1271 Avenue of the Americas 37th Fl | | New York | NY | 10020 |
| NC Department of Revenue | Attn: Legal Dept | PO Box 25000 | | Raleigh | NC | 27640-0640 |



## Exhibit C
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| ND Office of State Tax Commissioner | Attn: Legal Dept | 600 E. Boulevard Ave. Dept. 127 | | Bismarck | ND | 58505-0599 |
| Network Cabling Services Inc. | Ben Westcott & Andrews Myers PC | 1885 Saint James Place #1500 | | Houston | TX | 77056 |
| NODAK Electric Cooperative | Attn: Matt Marshall | 4000 32nd Ave South | | Grand Forks | ND | 58208-3000 |
| North Dakota Department of Revenue | Attn: Legal Dept | 600 E. Boulevard Ave. Dept. 127 | | Bismarck | ND | 58505-0599 |
| North Mill Credit Trust | Attn: Legal Dept | 9 Executive Circle Suite 230 | | Irvine | CA | 92614 |
| NYDIG ABL LLC | Attn: Legal Dept | 2443 Fillmore Street #406 | | San Francisco | CA | 94115 |
| Obsidian Specialty Insurance Co | (Orion via RT Specialty) | 1330 Avenue of the Americas Ste 23A | | New York | NY | 10019 |
| Oklahoma Department of Revenue | Attn: Legal Dept | 2501 North Lincoln Boulevard | | Oklahoma City | OK | 73194 |
| Optilink | Attn: Legal Dept | 1200 VD Parrott Jr Pkwy #101 | | Dalton | GA | 30721 |
| Pennsylvania Insurance Company | (Applied via RT Specialty) | 10825 Old Mill Road | | Omaha | NE | 68154 |
| Power & Digital Infrastructure Corp | Attn: Legal Dept | 2800 Northup Way Suite 220 | | Bellevue | WA | 98004 |
| Princeton Excess & Surplus Lines | (Munich Re via Amwins) | 555 College Road East P.O Box 5241 | | Princeton | NJ | 08543-5214 |
| Priority Power | Attn: Legal Dept | 2201 E Lamar Blvd Ste 275 | | Arlington | TX | 76006 |
| QBE Insurance Corporation | Attn: Legal Dept | 55 Water Street | | New York | NY | 10041 |
| Regional Disposal and Metal LLC | Attn: Legal Dept | PO Box 1029 | | Murphy | NC | 28906 |
| Shell Energy Solutions | Attn: Legal Dept | 21 Waterway Avenue | | The Woodlands | TX | 77380 |
| Silverpeak Credit Partners LP | Attn: Legal Dept | 40 West 57Th Street 29Th Floor | | New York | NY | 10019 |
| Spectrum | Attn: Legal Dept | PO Box 223085 | | Pittsburgh | PA | 15251-2085 |
| Starr Indemnity & Liability Co | Attn: Legal Dept | 399 Park Avenue | | New York | NY | 10022 |
| Stonebriar Commercial Finance LLC | Attn: Jeffrey L. Wilkison | 5601 Granite Parkway Suite 1350 | | Plano | TX | 75024 |
| Summit Electric Supply | Attn: Carl Williams | 2900 Stanford NE | | Albuquerque | NM | 87107 |
| Sure Steel - Texas LP | Attn: Legal Dept | 7528 Cornia Dr | | South Weber | UT | 84405 |
| T&D Moravits & Co. | Attn: Legal Dept | 10511 Shaenfield Rd | | San Antonio | TX | 78254 |
| TanMar Rentals LLC | Attn: Pony | PO Box 1376 | | Lafayette | LA | 70508 |
| TCF National Bank | Attn: Legal Dept | 800 Burr Ridge Parkway | | Burr Ridge | IL | 60527 |
| Tennessee Department of Revenue | Attn: Legal Dept | Andrew Jackson 500 Deaderick St | | Nashville | TN | 37242 |
| Tennessee Valley Authority | Attn: Legal Dept | 26 Century Blvd Ste. 100 | | Nashville | TN | 34214 |
| Texas AirSystems LLC | SCG Mechanical dba Way Mechanical | 720 Industrial Blvd #200 | | Grapevine | TX | 76051 |
| Texas Comptroller | Attn: Legal Dept | PO Box 13528 Capitol Station | | Austin | TX | 78711-3528 |
| Time Warner Cable | Attn: Legal Dept | PO Box 223085 | | Pittsburgh | PA | 15251-2085 |
| TN Valley Authority Economic | Attn: Legal Dept | 26 Century Blvd. Suite 100 OCP 6D | | Nashville | TN | 37214 |
| Toyota Industries Commercial Fin. | Attn: Legal Dept | PO Box 9050 | | Dallas | TX | 75019-9050 |
| Travis County TX (Austin TX HQ) | Attn: Legal Dept | 2433 Ridgepoint Drive | | Austin | TX | 78754-5231 |
| US Customs and Border Protection | Attn: Barbara Algarin FP&F Officer | FP&F Office 5600 Pearl Sreet | | Rosemond | IL | 6018 |
| Vantage Risk Specialty Insurance Co | (RT Specialty) | River Point 17th Fl 444 W Lake St | | Chicago | IL | 60606 |
| VFSOX LLC | Attn: Legal Dept | 60 S. Washington Street | | Oxford | MI | 48371 |
| Way Mechanical | Attn: Legal Dept | 1077 Central Pkwy S Suite 100 | | San Antonio | TX | 78232 |
| Wesley-Thompson Hardware Inc. | Attn: Legal Dept | 102 Interloop | | San Antonio | TX | 78216 |
| Whitfield County Board of Assessors | Attn: Legal Dept | 303 W. Waugh Street | | Dalton | GA | 30720-4291 |
| Windstream Communications | Attn: Legal Dept | PO Box 9001908 | | Louisville | KY | 40290-1908 |
| Wright National Flood Ins Co | (NFIP) | PO Box 33003 | | St. Petersburg | FL | 33733-8003 |
| Xcel Energy | Attn: Legal Dept | PO Box 9477 | | Minneapolis | MN | 55484-9477 |
| XL Specialty Ins Co | Attn: Legal Dept | 100 Constitution Plaza 17th Floor | | Hartford | CT | 06103 |
| XPDI Merger Sub Inc. | Attn: Legal Dept | 2800 Northup Way Suite 220 | | Bellevue | WA | 98004 |
| XPDI Sponsor LLC | Attn: Legal Dept | 321 North Clark Street Suite 2440 | | Chicago | IL | 60654 |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

# **Exhibit D**



## Exhibit D
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Ascot Syndicate No. 1414 (Ethos via AmWins) | | | james.dumelow@ascotgroup.com |
| Beazley Insurance Company | | | usainfo@beazley.com |
| Berkley National Insurance Company | | | info@berkley-tech.com |
| Berkshire Hathaway Specialty Ins Company | | | info@bhspecialty.com |
| Calvert City Hall | Attn: Tim | | gadair@calvertcityky.gov |
| CITI Bank, N.A. | | | contact@cit.com |
| Cogent Communications | | | support@cogentco.com |
| Colorado Department of Revenue | | | DOR_TAC_Bankruptcy@state.co.us |
| Columbia Casualty Company (CNA) | | | cna_help@cna.com |
| ComNet Communications, LLC | c/o Canterbury, PC | Attn: Brad Gaswirth | info@canterburylaw.com |
| Consolidated Electrical Distributors, Inc. dba Sun Valley Electric Supply | Attn: Misti Beanland and Robert Davis | c/o Matthews, Shiels, Knott, Eden, Davis & Beanland, LLP | dknott@mssattorneys.com<br>reden@mssattorneys.com<br>bdavis@mssattorneys.com<br>beanland@mssattorneys.com<br>mthomson@mssattorneys.com |
| Coonrod Electric Co, LLC | c/o Branscomb Law | Attn: James Egbert | jegbert@branscomblaw.com |
| Countrywide Sanitation Co | c/o Countrywide Sanitation Co | Attn: Seth | rachel@countrywidesanitation.com |
| Dalton Utilities | | | customercontact@dutil.com |
| Denton Municipal Electric | | | citysecretary@cityofdenton.com |
| Elliot Electric Supply, Inc. | | | helpdesk@elliottelectric.com |
| Fiber Net | | | support@fiber.net |
| Foundry Digital LLC | | | hello@foundrydigital.com |
| Garic, Inc. | | | jennifer@www.garicinc.com |
| Gaylor Electric, Inc. DBA Gaylor, Inc. | | | contactus@gaylor.com |
| GlobalGig | | | us.sales@globalgig.com |
| Graybar Electric Company, Inc. | c/o Coats Rose | Attn: Ben Aderholt | baderholt@coatsrose.com |
| Housley Communications, Inc. | c/o Carter, Boyd, Lisson & Hohsensee | Attn: Jeffrey S. Lisson | jlisson@carterboyd.com |
| Humprey & Associates, Inc | c/o Laperouse Law, PC | Attn: Jason Kennedy | jason.kennedy@laperouselaw.com |
| Internal/Resound Networks | | | info@resoundnetworks.com |
| Kinsale Insurance Company (via Amwins) | | | marketing@kinsaleins.com |
| Landmark American Insurance Compnay (RSUI via Amwins) | | | info@rsui.com |
| Lexington Insurance Company (AIG) via RT Specialty | | | lexingtonins@aig.com |
| Lloyd's Syndicate No. 2623 (Beazley UK) | | | usainfo@beazley.com |
| Logix Fiber networks | | | info@logix.com |
| Maddox Industrial Transformer LLC | Attn: Accounts Payable | | ap@maddoxtransformer.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 1 of 2



# Exhibit D
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Marble Community Water System | Attn: Dianne Chastain | | info@ncrwa.org |
| McCorvey Sheet Metal Works, LP | | | sales@mccorvey.com |
| McElroy Metal Mill, Inc dba McElroy Metal | c/o Levy Von Beck Comstock, P.S. | | info@mcelroymetal.com |
| Minnkota Power Cooperative, Lessor (9/30/2021) | | | minnkota@minnkota.com |
| Morsco Supply LLC dba Morrison Supply Company | | | customerservice@morsco.com |
| Murphy Electric Power Board | Attn: Chris Raper | | customerservice@murphypower.com |
| Network Cabling Services, Inc. | Ben Westcott,Andrews Myers, PC - Attorneys at Law | | sales@ncs-tx.com |
| NODAK Electric Cooperative | Attn: Matt Marshall | | nodak@nodakelectric.com |
| North Dakota Department of Revenue | | | individualtax@nd.gov |
| Optilink | | | helpdesk@optilink.us |
| Regional Disposal and Metal LLC | | | office@837junk.com |
| Starr Indemnity & Liability Co | | | public.relations@starrcompanies.com |
| State of Delaware - Division of Corporations | | | DOSDOC_Ftax@delaware.gov |
| Summit Electric Supply | Attn: Carl Williams | | info@summit.com |
| Tennessee Valley Authority | | | tvainfo@tva.com |
| Tennessee Valley Authority - Economic Development - Thomas Buehler (Calvert City) (2/1/2020) | | | TVAINFO@TVA.COM |
| Texas Comptroller | | | sales.applications@cpa.texas.gov |
| Travis County, TX (Austin, TX HQ) | | | TaxOffice@TravisCountyTX.gov |
| US Customs and Border Protection | Attn: Barbara Algarin, FP&F Officer | | 3901CHGOFPFTECHNICIANS@CBP.DHS.GOV |
| Vantage Risk Specialty Insurance Company (RT Specialty) | | | inquiries@vantagerisk.com |
| Whitfield County Board of Assessors | | | aodonald@whitfieldcountyga.com |
| Wright National Flood Ins Co (NFIP) | | | customerservice@weareflood.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 2 of 2