## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CORE SCIENTIFIC, INC., *et al.,* | ) Case No. 22-90341 (DRJ) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |

## AMENDED CERTIFICATE OF SERVICE

I, James Nguyen-Phan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic on the service list attached hereto as **Exhibit A**:

- **Notice of Filing of Exhibit B to the Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief** (Docket No. 72)

- **Notice of Filing of Draft DIP Loan Agreement** (Docket No. 96)

- **Notice of Filing of Initial Budget** (Docket No. 97)

- **Declaration of John Singh in Support of Emergency Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (D) Granting Adequate Protection to the Prepetition Secured Parties, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief** (Docket No. 98)

- **Debtor's Amended Witness and Exhibit List for Emergency First Day Hearing on December 22, 2022** (Docket No. 99)

- **Second Amended Agenda of Matters Set for Hearing on December 22, 2022 at 9:15 A.M. (Prevailing Central Time)** (Docket No. 101)

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Special Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704

- **Notice of Filing of Demonstrative to be Used by the Debtors at the December 22, 2022 Hearing at 9:15 AM (Central Time)** (Docket No. 103)

Furthermore, on December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight on the service list attached hereto as **Exhibit B**:

- **Notice of Filing of Exhibit B to the Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief** (Docket No. 72)

- **Notice of Filing of Draft DIP Loan Agreement** (Docket No. 96)

- **Notice of Filing of Initial Budget** (Docket No. 97)

- **Declaration of John Singh in Support of Emergency Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (D) Granting Adequate Protection to the Prepetition Secured Parties, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief** (Docket No. 98)

Furthermore, on December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit C**:

- **Debtor's Amended Witness and Exhibit List for Emergency First Day Hearing on December 22, 2022** (Docket No. 99)

Furthermore, on December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight on the service list attached hereto as **Exhibit D**, and via electronic on the service list attached hereto as **Exhibit E**:

- **Second Amended Agenda of Matters Set for Hearing on December 22, 2022 at 9:15 A.M. (Prevailing Central Time)** (Docket No. 101)

Dated: December 22, 2022

    _/s/ James Nguyen-Phan_
James Nguyen-Phan
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 949-404-4152
Email: TeamCoreScientific@stretto.com

# **Exhibit A**

# **Exhibit B**

# **Exhibit C**

# **Exhibit D**

# **Exhibit E**

# **Exhibit F**

# **Exhibit G**

# **Exhibit H**

# **Exhibit I**

# **<u>Exhibit J</u>**

# **Exhibit K**

# **<u>Exhibit L</u>**

# **Exhibit M**

# **Exhibit N**

# **Exhibit O**

# **<u>Exhibit P</u>**