UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | | In Re: | Core Scientific, Inc., et al. |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jennifer L. Kneeland<br>Watt, Tieder, Hoffar & Fitzgerald, LLP<br>1765 Greensboro Station Place, Suite 1000<br>McLean, Virginia 22102<br>703-749-1026  jkneeland@watttieder.com<br>Virginia (71187) and Eastern District of Virginia (no federal bar number assigned) |

| | |
|---|---|
| Name of party applicant seeks to appear for: | McCarthy Building Companies, Inc. |

| |
|---|
| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ _____<br><br>On a separate sheet for each sanction, please supply the full particulars. |

| | | |
|---|---|---|
| Dated:  12/21/2022 | Signed: | /s/ Jennifer L. Kneeland |

| |
|---|
| The state bar reports that the applicant's status is: Active |
| Dated:     Clerk's signature: |

**Order**     **This lawyer is admitted *pro hac vice*.**

Dated: _____     _____
                                                                                                                                                                      United States Bankruptcy Judge