IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | CASE NO. 22-90341 |
| | § | |
| **CORE SCIENTIFIC, INC.** | § | |
| | § | CHAPTER 11 |
| | § | |
| **DEBTOR.** | § | |

**TRAVIS COUNTY'S NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICE AND OTHER DOCUMENTS**

Notice is hereby given that Jason A. Starks, Assistant Travis County Attorney, will appear as counsel for Travis County in the above-entitled case and requests that service of notices and other documents be made upon this attorney of record.

         **Respectfully submitted,**

         **DELIA GARZA**
         Travis County Attorney
         P.O. Box 1748
         Austin, TX  78767
         (512) 854-9092 Telephone
         (512) 854-9316 Telecopier

By:  */s/ Jason A. Starks*
         **JASON A. STARKS**
         Assistant County Attorney
         Texas Bar No. 24046903
         Jason.Starks@traviscountytx.gov

1099112-1

## CERTIFICATE OF SERVICE

I, Jason A. Starks, Assistant County Attorney, hereby certify that a true and correct copy of **Travis County's Notice of Appearance and Request for Service of Notice and Other Documents** has been sent to all interested parties registered for electronic service with the U. S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on this **22ⁿᵈ** day of **December, 2022** and mailed by United States First Class Mail to any party listed below that is not registered.

/s/ Jason A. Starks
JASON A. STARKS

**DEBTOR**
Core Scientific, Inc.
210 Barton Springs Rd., Ste. 300
Austin, Texas 78704

**DEBTOR'S ATTORNEY**
Alfredo R. Perez
WEIL GOTSHAL et al
700 Louisiana, Ste. 1700
Houston, Texas 77002
(served electronically)

**TRUSTEE**
US Trustee
515 Rusk Ave., Ste. 3516
Houston, Texas 77002
(served electronically)

1099112-1