Electronic Appearance Sheet

Kathleen LaManna, Shipman & Goodwin LLP
Client(s): U.S. Bank National Association, as prepetition Note Agent

Cathy Ta, Reorg Research
Client(s): Media

Kris Hansen, Paul Hastings LLP
Client(s): Ad Hoc Group of Secured Convertible Noteholders

Sayan Bhattacharyya, Paul Hastings LLP
Client(s): Ad Hoc Group of Secured Convertible Noteholders

Erez Gilad, Paul Hastings LLP
Client(s): Ad Hoc Group of Secured Convertible Noteholders

Joanne Lau, Paul Hastings LLP
Client(s): Ad Hoc Group of Secured Convertible Noteholders

James Grogan, Paul Hastings LLP
Client(s): Ad Hoc Group of Secured Convertible Noteholders

Peter Lewis, Scheef & Stone
Client(s): Board of Directors of Core Scientific, Inc.

Kim Posin, Latham & Watkins LLP
Client(s): Trinity Capital

scott cragg, asbg
Client(s): core scientific

James Drew, Otterbourg P.C.
Client(s): Anchorage Lending CA, LLC

Hugh Bellamy, Pro Se, None, Pro Se
Client(s): Observer

Matthew Silverman, Pryor Cashman LLP
Client(s): Sphere 3D Corp.

Matt Ferris, Haynes and Boone, LLP
Client(s): BlockFi, Inc. and its affiliated entities

Alex McWilliams, Pro Se, None, Pro Se
Client(s): B.Riley

Arsalan Muhammad, Haynes and Boone, LLP
Client(s): BlockFi, Inc. and its affiliated entities

Electronic Appearance Sheet

Daniel Eggermann, DEggermann@KRAMERLEVIN.com
Client(s): Interested Party

Daniel Eggermann, Kramer Levin Naftalis & Frankel
Client(s): Interested Party

Caroline Gange, Kramer Levin Naftalis & Frankel
Client(s): Interested Party

Ashish Virmani, Kramer Levin Naftalis & Frankel
Client(s): Interested Party

Dennis Twomey, Sidley Austin LLP
Client(s): NYDIG ABL LLC

Jackson Garvey, Sidley Austin LLP
Client(s): NYDIG ABL LLC (f/k/a Arctos Credit, LLC)

Jennifer Hardy, Willkie Farr & Gallagher LLP
Client(s): B. Riley Financial

Jayson Ruff, US DOJ
Client(s): US Trustee

Frances Smith, Ross & Smith, PC
Client(s): Tenaska Power Services

Patrick Autry, Branscomb Law
Client(s): CEC Energy Services LLC

Maria Bartlett, Cokinos | Young
Client(s): MP2 Energy Texas LLC d/b/a Shell Energy Solutions

Chris Koenig, Kirkland & Ellis LLP
Client(s): Celsius Mining LLC

Brian Lohan, Arnold & Porter
Client(s): Barings

Jason Binford, Ross & Smith, PC
Client(s): Tenaska Power Services Co.

Jeffrey Fuisz, Arnold & Porter
Client(s): Barings

Brian Lohan, Arnold Porter
Client(s): Barings

Electronic Appearance Sheet

Nathaniel Hull, Verrill Dana, LLP
Client(s): MassMutual Asset Finance, LLC

Madelyn Nicolini, Arnold & Porter
Client(s): Barings

Michael Messersmith, Arnold & Porter
Client(s): Barings

Marguerite DeVoll, Watt, Tieder, Hoffar & Fitzgerald, LLP
Client(s): McCarthy Building Companies, Inc.

John McDonald, Taft Stettinius & Hollister
Client(s): Bremer Bank, National Association

Brian Smith, Holland & Knight LLP
Client(s): ACM ELF ST LLC

David J. Lender, Weil, Gotshal & Manges LLP
Client(s): Debtors Counsel

Theodore E. Tsekerides, Weil, Gotshal & Manges LLP
Client(s): Debtors Counsel

Ray C. Schrock, P.C., Weil, Gotshal & Manges LLP
Client(s): Debtors Counsel

Ronit Berkovich, Weil, Gotshal & Manges LLP
Client(s): Debtors Counsel

Moshe A. Fink, Weil, Gotshal & Manges LLP
Client(s): Debtors Counsel

Destiny I. Reyes, Weil, Gotshal & Manges LLP
Client(s): Debtors Counsel

Alexandra D. Kane, Weil, Gotshal & Manges LLP
Client(s): Debtors Counsel