IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| Core Scientific, Inc., et al, | § | Case No. 22-90341 |
| | § | |
| Debtors | § | (Jointly Administered |
| | § | Chapter 11 Cases) |

**ENTRY OF APPEARANCE AND**
**REQUEST FOR NOTIFICATION**

TO THE HONORABLE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Now comes **CEC ENERGY SERVICES, LLC** interested party in the above-styled and numbered case ("Applicant"), by and through its attorneys, Branscomb PLLC, by Patrick H. Autry, and files this Entry of Appearance and Request for Notification pursuant to Bankruptcy Rules 9010 and 2002 and the Local Rules of this Court, and would show the Court as follows:

1) Applicant is an interested party in this case. Applicant has a right to receive notice of those matters filed in this case which affect Applicant, including, but not limited to, CONTESTED and NON-CONTESTED MATTERS and ADVERSARY PROCEEDINGS, pursuant to Bankruptcy Rule 2002 and the Local Rules of this Court.

2) Applicant requests that notice of those CONTESTED or NON-CONTESTED matters or ADVERSARY PROCEEDINGS affecting Applicant and set for hearing in this case be sent to the following:

> Patrick H. Autry
> BRANSCOMB PLLC
> 4630 North Loop 1604 West, Suite 206
> San Antonio, Texas 78249
> Email: pautry@branscomblaw.com

PLEASE TAKE FURTHER NOTICE that in filing this Entry of Appearance and Request for Notification, Applicant does not consent to have any matter heard in the Bankruptcy Court; does not waive any right that it may have to contest jurisdiction in any proceeding involving its claims or interests; does not waive the right to seek dismissal of the case, does not waive the right under applicable non-bankruptcy law to trial by jury; and does not consent to have any such trial conducted in the Bankruptcy Court.

WHEREFORE, PREMISES CONSIDERED, Applicant respectfully requests that the name and address of its counsel as hereinabove stated be put on the mailing matrix to receive notices of any and all CONTESTED or NON-CONTESTED matters affecting Applicant filed in this case, including any ADVERSARY PROCEEDING affecting Applicant within the context of this case, pursuant to Bankruptcy Rule 2002 and the Local Rules of this Court.

Dated: December 22, 2022

Respectfully submitted,

BRANSCOMB PLLC
4630 North Loop 1604 West, Suite 206
San Antonio, Texas  78249
Telephone     210-598-5401
Telecopier    210-598-5405
Email         pautry@branscomblaw.com

BY:   /s/ Patrick H. Autry
      Patrick H. Autry
      State Bar No. 01447600
      ATTORNEYS FOR
      CEC ENERGY SERVICES, LLC

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the foregoing Entry of Appearance and Request for Notification was served by email this 22nd day of December 2022 upon the following:

*<u>Counsel for Debtor:</u>*

Alfredo R. Perez
WEIL GOTSHAL & MANGES LLP
700 Louisiana Street. Suite 1700
Houston, Texas  77002
Email:  Alfredo.Perez@weil.com

Ray Schrock
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
Ne York, New York  10153
Email: Ray.Schrock@weil.com

*<u>U.S.Trustee</u>:*

Alicia Lenae Barcomb
Office of the US Trustee
515 Rusk Street, Suite 3516
Houston, TX  77002
Email: alicia.barcomb@usdoj.gov

                                                    ___/s/ Patrick H. Autry_____
                                                    Patrick H. Autry