# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Core Scientific Inc., et al, | § | Case No. 22-90341 (DRJ) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that Troutman Pepper Hamilton Sanders LLP and Howley Law PLLC hereby appear in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to Counsel to the City of Dalton, Georgia by and through its Board of Water, Light and Sinking Fund Commissioners d/b/a Dalton Utilities ("Dalton Utilities") and requests, pursuant to Bankruptcy Rules 2002, 9007, and 9010 and sections 342 and 1109(b) of chapter 11, title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office address, telephone number and e-mail address:

**Matthew Ray Brooks**
*(Application for Pro Hac Vice Admission Forthcoming)*
TROUTMAN PEPPER HAMILTON SANDERS LLP
875 Third Avenue
New York, NY 10022
Telephone: 212-704-6000
Email : matthew.brooks@troutman.com

-and –

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

**Marcy J. McLaughlin Smith**
*(Application for Pro Hac Vice Admission Forthcoming)*
TROUTMAN PEPPER HAMILTON SANDERS LLP
PO Box 1709
Wilmington, DE 19899-1709
Telephone: 302-777-6500
Email: marcy.smith@troutman.com

-and-

**Tom A. Howley**
**Eric Terry**
HOWLEY LAW PLLC
Pennzoil Place – South Tower
711 Louisiana St., Suite 1850
Houston, Texas 77002
Telephone:  713-333-9125
Email:  tom@howley-law.com

Email: eric@howley-law.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, e-mail or otherwise, which affect the Debtors or property of the Debtors.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of Dalton Utilities' rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to any other rights, claims, actions, setoffs, or recoupments to which Dalton Utilities is or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments Dalton Utilities expressly reserves, or (5) to any and all defenses or objections Dalton Utilities may have to any

claims asserted against it in this action including, without limitation, any defense based on insufficient service of process, jurisdiction (including personal jurisdiction), or capacity to be sued.

Dated: December 23, 2022     Respectfully submitted,

    */s/ Tom A. Howley*
**Tom A. Howley**
Texas Bar No. 24010115
**Eric Terry**
Texas Bar No. 00794729
HOWLEY LAW PLLC
Pennzoil Place – South Tower
711 Louisiana St., Suite 1850
Houston, Texas 77002
Telephone: 713-333-9125
Email: tom@howley-law.com
Email: eric@howley-law.com

 -and-

**Matthew Ray Brooks**
New York Bar No.
*(Application for Pro Hac Vice Admission Forthcoming)*
TROUTMAN PEPPER HAMILTON SANDERS LLP
875 Third Avenue
New York, NY 10022
Telephone: 212-704-6000
Email : matthew.brooks@troutman.com

-and-

**Marcy J. McLaughlin Smith**
Delaware Bar No. 6184
*(Application for Pro Hac Vice Admission Forthcoming)*
TROUTMAN PEPPER HAMILTON SANDERS LLP
PO Box 1709
Wilmington, DE 19899-1709
Telephone: 302-777-6500
Email: marcy.smith@troutman.com

**Counsel to City of Dalton, Georgia by and through its Board of Water, Light and Sinking Fund Commissioners d/b/a Dalton Utilities**

## CERTIFICATE OF SERVICE

I certify that on December 23, 2022, I caused a copy of the foregoing document to be served by electronic transmission to all registered ECF users appearing in this case.

                                         */s/ Tom A. Howley*
                                         Tom A. Howley