IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CORE SCIENTIFIC, INC., *et al.,* | ) Case No. 22-90341 (DRJ) |
|  | ) |
| Debtors.[1] | ) (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, James Nguyen-Phan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On December 23, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Ward County Assessor (TX) at 808 S Betty Avenue, Monahans, TX 78756:

- **Emergency Motion of Debtors for Entry of an Order (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees Owed to Taxing Authorities and (II) Granting Related Relief** (Docket No. 3)

- **Amended Notice of Emergency Hearing Regarding First Day Matters** (Docket No. 35)

- **Request for Emergency Consideration of Certain "First Day" Matters** (Docket No. 42)

- **Debtor's Amended Witness and Exhibit List for Emergency First Day Hearing on December 22, 2022** (Docket No. 99)

- **Second Amended Agenda of Matters Set for Hearing on December 22, 2022 at 9:15 A.M. (Prevailing Central Time)** (Docket No. 101)

- **Order (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and Assessments Owed to Taxing Authorities and (II) Granting Related Relief** (Docket No. 123)

[SPACE LEFT INTENTIONALLY BLANK]

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Special Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704

Furthermore, on December 23, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Emergency Motion of Debtors for Entry of an Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief** (Docket No. 8)

- **Amended Notice of Emergency Hearing Regarding First Day Matters** (Docket No. 35)

- **Request for Emergency Consideration of Certain "First Day" Matters** (Docket No. 42)

- **Debtor's Amended Witness and Exhibit List for Emergency First Day Hearing on December 22, 2022** (Docket No. 99)

- **Second Amended Agenda of Matters Set for Hearing on December 22, 2022 at 9:15 A.M. (Prevailing Central Time)** (Docket No. 101)

- **Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief** (Docket No. 119)

Dated: December 27, 2022

　　/s/ James Nguyen-Phan
James Nguyen-Phan
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-330-2531
Email: TeamCoreScientific@stretto.com

# **<u>Exhibit A</u>**



## Exhibit A
Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Resound Networks LLC | PO Box 1741 | 100 N Cuyler St | Pampa | TX | 79066 |
| Time Warner Cable | PO Box 60074 | | City Of Industry | CA | 91716-0074 |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)