IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | (JOINTLY ADMINISTERED) |
| | § | |
| CORE SCIENTIFIC, INC. *et al.* | § | CASE NO. 22-90341-DRJ |
| | § | |
| DEBTORS | § | CHAPTER 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTE THAT, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, Humphrey & Associates, Inc., creditor and party in interest herein, request that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

Jason R. Kennedy
Laperouse, PC
5220 Spring Valley Rd., Suite 615
Tel: (214) 396-1105
jason.kennedy@laperouselaw.com

| | |
|---|---|
| Date: December 28, 2022 | Respectfully submitted,<br><br>/s/ Jason R. Kennedy<br>Jason R. Kennedy<br>State Bar No. 24027100<br>**LAPEROUSE, P.C.**<br>5220 Spring Valley Rd., Suite 615<br>Dallas, Texas 75254<br>214-396-1099 (Main)<br>214-396-1105 (Direct)<br>214-396-1096 (Fax)<br>Jason.Kennedy@laperouselaw.com<br><br>ATTORNEYS FOR HUMPHREY & ASSOCIATES, INC. |

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of December 2022, a true and correct copy of this document was served via the ECF System on all parties registered to receive ECF service in this case.

/s/Jason R. Kennedy
Jason R. Kennedy