## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re:: | ) | Chapter 11 |
|  | ) |  |
| CORE SCIENTIFIC, INC., *et al*, | ) | Case No.22-90341 (DRJ) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned appear in the above-captioned case on behalf of GEM Mining 1, LLC; GEM Mining 2, LLC; GEM Mining 2B, LLC; GEM Mining 3, LLC; and GEM Mining 4, LLC (collectively, "GEM Mining"), and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), request that all notices given or required to be given and all papers served in this case be delivered to and served upon GEM Mining at the following address:

Stephen C. Jackson
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
Suite 1700
Birmingham, AL 35203
(205) 254-1000
sjackson@maynardcooper.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to sections 901 and 1109 of title 11 of the U.S. Code § 101, *et seq.* (the "Bankruptcy Code"), the foregoing demand includes not

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198).  The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

only the notice and papers referred to in the aforementioned Bankruptcy Rules, but without limitation, all orders and notices of any application, motion, hearing, petition, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, personal delivery, telephone, telegraph, telex, facsimile, electronic mail or otherwise, which affect or seek to affect in any way any right or interest of the debtor in the above-captioned case.

This appearance and demand for notice and service of the papers is not and may not be deemed or construed to be a waiver of any substantive or procedural rights of GEM Mining or any member thereof, including, but not limited to any right (i) to require that where any adversary proceeding is initiated against GEM Mining or any member thereof in this or any related case, or where any proceeding is initiated by complaint against GEM Mining or any member thereof, the Bankruptcy Rules, the Federal Rules of Civil Procedure, and non-bankruptcy law, as applicable, shall apply, such that service upon the undersigned counsel is insufficient for any such proceeding; (ii) to have any final order in a matter entered only after *de novo* review by the United States District Court, as appropriate; (iii) to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case; or (iv) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or of any other right, claim, action, defense, setoff or recoupment to which GEM Mining or any member thereof is or may be entitled in law or at equity, all of which rights, claims, actions, defenses, setoffs or recoupments GEM Mining expressly reserves.

Respectfully submitted this the 28th day of December, 2022.

*/s/ Stephen C. Jackson*

Stephen C. Jackson

*One of the Attorneys for GEM Mining*

**MAYNARD, COOPER & GALE, P.C.**
Stephen C. Jackson, Texas Bar No. 24090637
1901 Sixth Avenue North
Suite 1700
Birmingham, AL 35203
(205) 254-1000
sjackson@maynardcooper.com

*and*

**MAYNARD, COOPER & GALE, P.C.**
Evan N. Parrott, Ala. Bar No. ASB-1950-O65A
(*Pro Hac Vice* Motion to be filed)
11 North Water Street
RSA Battle House Tower
Suite 24290
Mobile, AL 36602
(251) 432-0001
eparrott@maynardcooper.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on all parties entitled to notice electronically through the CM/ECF system on this the 28th day of December, 2022.

*/s/ Stephen C. Jackson*
Stephen C. Jackson