IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re: | CHAPTER 11 |
| CORE SCIENTIFIC, INC., et al. | CASE NO. 22-90341 (DRJ) |
| Debtors[1]. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND PLEADINGS

Please enter my appearance as attorney for U.S. Bank National Association, as Prepetition Note Agent and Collateral Agent, in the above-captioned matter.

Pursuant to 11 U.S.C. Section 1109(b) and Bankruptcy Rules 2002(g), 2015(c), and 3017(a), the undersigned requests that she receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plan, disclosure statements, proposed orders, and any other documents filed in the above-referenced matter. All such documents should be served upon the following:

>Kathleen M. LaManna, Esq.
>Shipman & Goodwin LLP
>One Constitution Plaza
>Hartford, CT 06103
>Telephone: 860-251-5603
>Facsimile: 860-251-5218
>klamanna@goodwin.com
>bankruptcy@goodwin.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

bankruptcyparalegal@goodwin.com

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. 1109(b), the foregoing demand includes notices of applications, motions, petitions, and pleadings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, telephone, telephone, telex, telecopy, facsimile or otherwise, which affects the Debtors or the property of the Debtors.

Dated at Hartford, Connecticut, this 28th day of December 2022.

By: /s/ Kathleen M. LaManna
Kathleen M. LaManna, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
Telephone: 860-251-5603

*Counsel for U.S. Bank National Association, as Prepetition Note Agent and Collateral Agent*

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2022, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**Via First Class Mail**
Bremer Bank
Attn. General Agent, Managing Agent or Agent for Service of Process
372 St. Peter Street
St. Paul, MN 55102

Stretto
Attn. General Agent, Managing Agent or Agent for Service of Process
8269 E. 23rd Avenue, Suite 275
Denver, CO 80238

/s/ Kathleen M. LaManna
Kathleen M. LaManna, Esq.