UNITED STATES BANKRUPTCY COURT         SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of _____Alabama_____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Evan N. Parrott<br>Maynard, Cooper & Gale, P.C.<br>11 N. Water Street, Suite 24290<br>Mobile, AL 36602<br>(251) 206-7449<br>Alabama (1950O65A) |
|---|---|

Seeks to appear as the attorney for this party:

| GEM Mining 1, LLC; GEM Mining 2, LLC; GEM Mining 2B, LLC; GEM Mining 3, LLC; GEM Mining 4, LLC |
|---|
| Dated: 12/27/2022    Signed: /s/ Evan N. Parrott |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:        Signed: _____
                     Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                              United States Bankruptcy Judge