IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.,* | ) Case No. 22-90341 (DRJ) |
| Debtors.[1] | ) (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, James Nguyen-Phan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On December 28, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Whitfield County Board of Assessors, Attn: Legal Dept at 201 S Hamilton St., 3rd Floor, Dalton, GA 30720:

- **Emergency Motion of Debtors for Entry of an Order (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees Owed to Taxing Authorities and (II) Granting Related Relief** (Docket No. 3)

- **Notice of Emergency Hearing Regarding First Day Matters** (Docket No. 27)

- **Amended Notice of Emergency Hearing Regarding First Day Matters** (Docket No. 35)

- **Debtor's Witness and Exhibit List for Emergency First Day Hearing on December 22, 2022** (Docket No. 41)

- **Request for Emergency Consideration of Certain "First Day" Matters** (Docket No. 42)

[SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Special Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704

Furthermore, on December 28, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Garic Inc., Attn: Legal Dept at 68 35th Street, Suite C653, Mailbox #4, Brooklyn, NY 11232:

- **Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay (A) Critical Vendor Claims and (B) Lien Claims; and (II) Granting Related Relief** (Docket No. 4)

- **Notice of Emergency Hearing Regarding First Day Matters** (Docket No. 27)

- **Amended Notice of Emergency Hearing Regarding First Day Matters** (Docket No. 35)

- **Debtor's Witness and Exhibit List for Emergency First Day Hearing on December 22, 2022** (Docket No. 41)

- **Request for Emergency Consideration of Certain "First Day" Matters** (Docket No. 42)

Dated: December 29, 2022
          /s/ James Nguyen-Phan
James Nguyen-Phan
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 949-404-4152
Email: TeamCoreScientific@stretto.com