# **Exhibit A**

## MECHANIC'S AND MATERIALMAN'S LIEN BY CONDAIR INC.

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF REEVES** | § |

BEFORE ME, the undersigned authority, personally appeared Steve Chapman who, upon his oath, deposed and stated the following:

1.  "My name is Steve Chapman. I am the Chief Financial Officer of Condair Inc. hereinafter sometimes referred to as "Claimant." I am over twenty-one (21) years of age; have personal knowledge of the facts set forth below based on my position with the company and my relation to the events set out below; and I am competent and authorized to make this affidavit. The statements in this affidavit are true and correct.

2.  Claimant's mailing address is 835 Commerce Park Drive, Ogdensburg, New York 13669.

3.  Pursuant to a contract between Claimant and Core Scientific Inc. ("Core Scientific"), whose last known address is 2800 Northup Way, Suite 200, Bellevue, Washington 98004, Claimant furnished labor, equipment, and specially fabricated materials, including, but not limited to, custom ME control evaporative systems, which includes tank modules, media modules, hydraulic units, double hydraulic covers, control panels, base install kits, and conductivity controlled drain systems, for The Cottonwood Project located at 1851 FM 2119, Pecos, Texas 79772 and as more particularly described in Exhibit A, which is incorporated by reference herein (the "Project").

4.  Claimant acted as the original contractor to Core Scientific.

5.  The real property, improvements, and/or leasehold interest sought to be charged with a lien by Claimant is the real property, improvements, and/or leasehold interest located at

1851 FM 2119, Pecos, Texas 79772, as more particularly described in <u>Exhibit A</u>, which is incorporated by reference herein.

6.     The owner, lessee or easement beneficiary, or reputed real property owner, lessee or easement beneficiary, of the above-described real property and improvements located thereon is Core Scientific, whose last known address is 2800 Northup Way, Suite 200, Bellevue, Washington 98004, and/or Jobe Ranch Family Limited Partnership, whose last known address is 1150 Southview Drive, El Paso, Texas 79928.

7.     After allowing all and just credits, offsets, and payments, and after subtracting the fair salvage value of any specially fabricated materials, the amount of $2,566,892.93 is owed to Claimant on the Project. The current amount of Claimant's claim is $2,566,892.93 and is true, just and correct. Claimant claims a lien on the above-described property, improvements, removables, and/or leasehold interest to the fullest extent permitted under the provisions of the Texas Property Code § 53.001 *et seq.* to secure payment of said amount.

[signature page follows]

FURTHER AFFIANT SAYETH NOT.

By: _____

Steve Chapman
Chief Financial Officer
Condair Inc.

SOLEMNLY DECLARED BEFORE ME at the City of Ottawa, Ontario, on:



Commissioner of Oaths for Ontario

After Recording, Return To:
John S. Collins
Vorys, Sater, Seymour & Pease, LLP
909 Fannin St., Suite 2700
Houston, Texas 77010

*Signature page to Condair Lien Affidavit – Pecos Property*

## EXHIBIT "A"



# EXHIBIT
## REEVES COUNTY, TEXAS
### T. & P. RR. CO. SURVEY, SECTION 6, BLOCK 55, ABSTRACT 3149

PRIORITY POWER
COTTONWOOD
JOBE RANCH FAMILY LIMITED PARTNERSHIP

#### 50.00 ACRE SURFACE LEASE

Being a 50.00 acre surface lease located in the T. & P. RR. Co. Survey, Section 6, Block 55, Abstract 3149, Reeves County, Texas; being part of a tract of land described in Deed to Jobe Ranch Family Limited Partnership as recorded in Volume 937, Page 328 of the Official Public Records of Reeves County Texas; said surface lease being more particularly described as follows:

BEGINNING at a 3-inch iron pipe found for the Northwest corner of said Section 6;

THENCE S 88°21'43" E, a distance of 1,351.08 feet, to a 1/2-inch capped iron rod stamped "DATAPOINT 10194585" set for corner;

THENCE S 62°55'34" E, a distance of 783.60 feet, to a 1/2-inch capped iron rod stamped "DATAPOINT 10194585" set for corner;

THENCE S 01°38'17" W, a distance of 779.22 feet, to a 1/2-inch capped iron rod stamped "DATAPOINT 10194585" set for corner;

THENCE N 88°21'43" W, a distance of 2,058.72 feet, to a 1/2-inch capped iron rod stamped "DATAPOINT 10194585" set for corner, from which a 1/2-inch capped iron rod found for the Northeast corner of Public School Lands Survey, Section 48, Block 57, Abstract 5055 bears S 01°44'36" W a distance of 2,355.25 feet;

THENCE N 01°38'17" E, a distance of 1,115.78 feet, to the POINT OF BEGINNING, in all containing 2,178,000 square feet or 50.00 acres, more or less.

I, Matthew Tomerlin, Registered Professional Land Surveyor No. 6503 of the State of Texas, do hereby certify this plat shows the results of an on the ground survey made under my direction.
Original signed and stamped in red ink.

_____ Date of Signature: October 4, 2021

MATTHEW TOMERLIN
REGISTERED PROFESSIONAL LAND SURVEYOR NO. 6503
FIRM REGISTRATION/LICENSE NO. 10194585
FOR DATAPOINT SURVEYING AND MAPPING
12450 NETWORK BLVD, SUITE 300
SAN ANTONIO, TX. 78249
(777) 726-4240 OFFICE
(777) 726-4241 FAX



PLAT OF SURVEY OF A 50.00 ACRE TRACT OF LAND
SITUATED IN
SECTION 34, BLOCK 51, P.S.L. SURVEY, ABSTRACT NO. 1989
REEVES COUNTY, TEXAS



REEVES COUNTY, TEXAS

HAWKINS INVESTMENTS, INC.
TRACT 12
VOL. 562, PG. 774
D.R.R.C.T.

Sidered in
PUBLIC SCHOOL LANDS SURVEY, SECTION NO. 37,
BLOCK 57, ABSTRACT NO. 3705
REEVES COUNTY, TEXAS

COTTONWOOD
HAWKINS INVESTMENTS, INC.
PROPOSED ELECTRIC EASEMENT

SCALE: 1" = 1000'

DATAPOINT
SURVEYING & MAPPING

12450 Network Blvd., Suite 300
San Antonio, TX 78249
Phone: 726 777 4340
Firm No. 10199085

## REEVES COUNTY, TEXAS
### PUBLIC SCHOOL LANDS SURVEY, SECTION 37, BLOCK 57, ABSTRACT 5705

PRIORITY POWER
COTTONWOOD
HAWKINS INVESTMENTS, INC.

#### PROPOSED 60 FEET WIDE
#### ELECTRIC EASEMENT

Being a Centerline description of a proposed 60 foot-wide easement being located in the Public
School Lands Survey, Section 37, Block 57, Abstract 5705, Reeves County, Texas; being part of a tract of
land (Tract 12) described in Deed to Hawkins Investments, Inc. as recorded in Volume 562, Page 774 of the
Deed Records of Reeves County Texas; said easement being described by a centerline which is bound by
lines 30 feet each side and parallel to said centerline and being more particularly described as follows:

**BEGINNING** at a point in the West line of said Section 37, from which a 1/2-inch capped iron rod found for
the Southwest corner of said Section 37, bears S 01°42'51" W, a distance of 4,846.37 feet;

**THENCE** S 59°21'38" E, a distance of 555.19 feet to a point;

**THENCE** S 62°55'34" E, a distance of 1,321.13 feet to the **POINT OF TERMINATION**, from which a 1/2-inch
capped iron rod found for the Southeast corner of said Section 37, bears S 01°42'36" W, a distance of
4,014.26 feet, with said easement containing 112,520 square feet or 2.583 acres of land, more or less, said
easement having a centerline length of 1,876.32 feet or 113.716 rods.

I, Matthew Tomerlin, Registered Professional Land Surveyor No. 6503 of the State of Texas, do hereby
certify this plat shows the results of an on the ground survey made under my direction.
**Original signed and stamped in red ink.**

_____ Date of Signature: April 29, 2022
MATTHEW TOMERLIN
REGISTERED PROFESSIONAL LAND SURVEYOR NO. 6503
FIRM REGISTRATION/LICENSE NO. 10194585
FOR DATAPOINT SURVEYING AND MAPPING
12450 NETWORK BLVD, SUITE 300
SAN ANTONIO, TX. 78249
(777) 726-4240 OFFICE
(777) 726-4241 FAX



## REEVES COUNTY, TEXAS

### PUBLIC SCHOOL LANDS SURVEY, SECTION 37, BLOCK 57, ABSTRACT 5705

COTTONWOOD
HAWKINS INVESTMENTS, INC.

**PROPOSED 60 FEET WIDE
ELECTRIC EASEMENT**

Being a Centerline description of a propcsed 60 foot-wide easement being located in the Public School Lands Survey, Section 37, Block 57, Abstract 5705, Reeves County, Texas; being part of a tract of land (Tract 12) described in Deed to Hawkins Investments, Inc. as recorded in Volume 562, Page 774 of the Deed Records of Reeves County Texas; said easement being described by a centerline which is bound by lines 30 feet each side and parallel to said centerline and being more particularly described as follows:

BEGINNING at a point in the West line of said Section 37, from which a 1/2-inch capped iron rod found for the Southwest corner of said Section 37, bears S 01°42'51" W, a distance of 4,846.37 feet;

THENCE S 59°21'38" E, a distance of 523.90 feet to a point;

THENCE S 62°55'34" E, a distance of 1,351.44 feet to the **POINT OF TERMINATION**, from which a 1/2-inch capped iron rod found for the Southeast corner of said Section 37, bears S 01°42'36" W, a distance of 4,014.26 feet, with said easement containing 112,520 square feet or 2.583 acres of land, more or less, said easement having a centerline length of 1,875.34 feet or 113.657 rods.

I, Matthew Tomerlin, Registered Professional Land Surveyor No. 6503 of the State of Texas, do hereby certify this plat shows the results of an on the ground survey made under my direction.
**Original signed and stamped in red ink.**

_____ Date of Signature: November 4, 2021
MATTHEW TOMERLIN
REGISTERED PROFESSIONAL LAND SURVEYOR NO. 6503
FIRM REGISTRATION/LICENSE NO. 10194585
FOR DATAPOINT SURVEYING AND MAPPING
12450 NETWORK BLVD, SUITE 300
SAN ANTONIO, TX. 78249
(777) 726-4240 OFFICE
(777) 726-4241 FAX



## Reeves County
### Dianne O. Florez
**Reeves County Clerk**

---

**Instrument Number:** 2022008811

eRecording - Real Property

LIEN

Recorded On: December 16, 2022 01:58 PM          Number of Pages: 12

---

**" Examined and Charged as Follows: "**

Total Recording: $66.00

---

*********** **THIS PAGE IS PART OF THE INSTRUMENT** ***********
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

**File Information:**                          **Record and Return To:**
Document Number:      2022008811              Simplifile
Receipt Number:       20221216000018
Recorded Date/Time:   December 16, 2022 01:58 PM
User:                 Rebecca G
Station:              CLERK07

---



**STATE OF TEXAS**
**COUNTY OF REEVES**

I hereby certify that this Instrument was FILED In the File Number sequence on the date/time
printed hereon, and was duly RECORDED in the Official Records of  County, Texas.

Dianne O. Florez
Reeves County Clerk
Reeves County, TX