# **<u>Exhibit A</u>**

## MECHANIC'S AND MATERIALMAN'S LIEN BY CONDAIR INC.

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF WARD** | § |

BEFORE ME, the undersigned authority, personally appeared Steve Chapman who, upon his oath, deposed and stated the following:

1.      "My name is Steve Chapman.  I am the Chief Financial Officer of Condair Inc. hereinafter sometimes referred to as "Claimant."  I am over twenty-one (21) years of age; have personal knowledge of the facts set forth below based on my position with the company and my relation to the events set out below; and I am competent and authorized to make this affidavit.  The statements in this affidavit are true and correct.

2.      Claimant's mailing address is 835 Commerce Park Drive, Ogdensburg, New York 13669.

3.      Pursuant to a contract between Claimant and Core Scientific Inc. ("Core Scientific"), whose last known address is 2800 Northup Way, Suite 200, Bellevue, Washington 98004, Claimant furnished labor, equipment, and specially fabricated materials, including, but not limited to custom ME control evaporative systems, which includes tank modules, media modules, hydraulic units, double hydraulic covers, control panels, base install kits, and conductivity controlled drain systems, for The Cedarvale Project located at 3015 Ranch Road and 516, Barstow, Texas 79719 and as more particularly described in Exhibit A, which is incorporated by reference herein (the "Project").

4.      Claimant acted as the original contractor to Core Scientific.

5.      The real property, improvements, and/or leasehold interest sought to be charged with a lien by Claimant is the real property, improvements, and/or leasehold interest located at 3015 Ranch Road and 516, Barstow, Texas 79719, and as described in Exhibit A.

6.      The owner, lessee or easement beneficiary, or reputed real property owner, lessee or easement beneficiary, of the above-described real property and improvements located thereon is Core Scientific, whose last known address is 2800 Northup Way, Suite 200, Bellevue, Washington 98004, and/or Manning Land, LLC, whose last known address is 5701 Time Square Boulevard, Suite 300, Amarillo, Texas 79119.

7.      After allowing all and just credits, offsets, and payments, and after subtracting the fair salvage value of any specially fabricated materials, the amount of $1,319,788.93 is owed to Claimant on the Project.  The current amount of Claimant's claim is $1,319,788.93 and is true, just and correct.  Claimant claims a lien on the above-described property, improvements, removables, and/or leasehold interest to the fullest extent permitted under the provisions of the Texas Property Code § 53.001 *et seq.* to secure payment of said amount.


[signature page follows]

FURTHER AFFIANT SAYETH NOT.

**CONDAIR INC.**

By: _____

Steve Chapman
Chief Financial Officer

This instrument was SUBSCRIBED AND SWORN TO before me on the 21 day of December 2022, by Steve Chapman, Chief Financial Officer of Condair Inc, on behalf of said company, which I witness and certify by my signature and seal of office.



Marie Botros, LL.B.
601 Mistwell Lane
Ottawa, ON K1X 0C1
613-265-6703

_____

Commission of Oaths for Ontario

SOLEMNLY DECLARED BEFORE ME at the City of Ottawa, Ontario, on the 21 day of December 2022.

_____

Commission of Oaths for Ontario

Marie Botros, LL.B.
601 Mistwell Lane
Ottawa, ON K1X 0C1
613-265-6703

<u>After Recording, Return To:</u>
John S. Collins
Vorys, Sater, Seymour & Pease, LLP
909 Fannin St., Suite 2700
Houston, Texas 77010

*Signature page to Condair Lien Affidavit – Barstow Property*

## "EXHIBIT A"

### WARD COUNTY, TEXAS

### LEGAL DESCRIPTION:

BEING A 43.41 ACRE TRACT OF LAND SITUATED IN SECTION 229, BLOCK 34, H. & T.C. RR. CO. SURVEY, ABSTRACT NO. 292, WARD COUNTY, TEXAS, BEING A PART OF A CALLED 135 ACRE TRACT OF LAND CONVEYED TO C. S. MAJORS, AS RECORDED IN VOLUME 33, PAGE 592, OFFICIAL PUBLIC RECORDS, WARD COUNTY, TEXAS. SAID 43.41 ACRE TRACT BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING AT A 1/2" CAPPED IRON ROD STAMPED "TRANSGLOBAL SERVICES" SET FOR THE SOUTHEAST CORNER OF SAID 43.41 ACRE TRACT, FROM SAID CORNER A 1/2" CAPPED IRON ROD FOUND FOR THE SOUTHEAST CORNER OF SAID SECTION 229 BEARS S 07°25'59" W, A DISTANCE OF 2395.13 FEET (TIE). SAID SET 1/2" CAPPED IRON ROD STAMPED "TRANSGLOBAL SERVICES" BEING CALLED THE POINT OF BEGINNING AND HAVING A TEXAS COORDINATE SYSTEM OF 1983, CENTRAL ZONE (4203), STATE PLANE COORDINATE OF N: 10528546.63, E: 1326591.79 FEET, FOR REFERENCE.

THENCE N 59°29'33" W, A DISTANCE OF 567.34 FEET TO A 1/2" CAPPED IRON ROD STAMPED "TRANSGLOBAL SERVICES" SET FOR THE SOUTHWEST CORNER OF SAID 43.41 ACRE TRACT FROM WHICH A FOUND 1" IRON ROD BEARS S 42°42'20" W, A DISTANCE OF 1840.32 FEET (TIE);

THENCE N 42°42'20" E, A DISTANCE OF 3483.15 FEET TO A 1/2" CAPPED IRON ROD STAMPED "TRANSGLOBAL SERVICES" SET FOR THE NORTHWEST CORNER OF SAID 43.41 ACRE TRACT, FROM WHICH A FOUND 60D NAIL BEARS S 30°18'49" E, A DISTANCE OF 70.14 FEET (TIE);

THENCE S 47°19'55" E, A DISTANCE OF 550.09 FEET TO A 1/2" CAPPED IRON ROD STAMPED "TRANSGLOBAL SERVICES" SET FOR THE NORTHEAST CORNER OF SAID 43.41 ACRE TRACT, FROM WHICH A MONUMENT FOUND FOR THE NORTHEAST CORNER OF SAID SECTION 229 BEARS S 47°19'55" E, A DISTANCE OF 1443.13 FEET (TIE);

THENCE S 42°37'48" W, A DISTANCE OF 3363.64 FEET TO THE POINT OF BEGINNING, CONTAINING 43.41 ACRES OR 1,890,906 SQUARE FEET OF LAND, MORE OR LESS.

3

**EXHIBIT A**

