IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § § | (Jointly Administered) (Emergency Hearing Requested) |

### DEBTOR'S WITNESS AND EXHIBIT LIST
### FOR EMERGENCY HEARING ON JANUARY 3, 2023

Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), files this witness and exhibit list (the "**Witness and Exhibit List**") for the emergency hearing scheduled for January 3, 2023 at 11:00 a.m. (Prevailing Central Time) (the "**Hearing**"):

### WITNESSES

The Debtor may call any of the following witnesses at the Hearing:

1. Michael Bros, Senior Vice President of Capital Markets & Acquisitions at Core Scientific, Inc.;

2. Any witness called or listed by any other party; and

3. Any rebuttal witnesses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

## EXHIBITS

The Debtors may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Declaration of Michael Bros in Support of Debtors' Emergency Motion for Entry of an Order Authorizing Rejection of Executory Contracts with Celsius Mining LLC **(ECF No. 189-2, Exhibit B)** | | | | |
| 2. | Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief **(ECF No. 5)** | | | | |

*[Remainder of page intentionally left blank]*

## **RESERVATION OF RIGHTS**

The Debtor's reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list at any time prior to the hearing. The Debtors reserve the right to offer into evidence any exhibit necessary to rebut evidence or testimony offered by any other party and any exhibits listed or used by any other party.

Dated: December 30, 2022
      Houston, Texas

      Respectfully submitted,

      /s/ Alfredo R. Pérez
      WEIL, GOTSHAL & MANGES LLP
      Alfredo R. Pérez (15776275)
      700 Louisiana Street, Suite 1700
      Houston, Texas 77002
      Telephone: (713) 546-5000
      Facsimile: (713) 224-9511
      Email: Alfredo.Perez @weil.com

      -and-

      WEIL, GOTSHAL & MANGES LLP
      Ray C. Schrock, P.C. (*pro hac vice* pending)
      Ronit J. Berkovich (*pro hac vice* pending)
      Moshe A. Fink (*pro hac vice* pending)
      767 Fifth Avenue
      New York, New York 10153
      Telephone: (212) 310-8000
      Facsimile: (212) 310-8007
      Email:   Ray.Schrock@weil.com
              Ronit.Berkovich@weil.com
              Moshe.Fink@weil.com

      *Proposed Attorneys for Debtors*
      *and Debtors in Possession*

**Certificate of Service**

I hereby certify that on December 30, 2022, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                               /s/ Alfredo R. Pérez
                                                                               Alfredo R. Pérez