IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § § | (Jointly Administered) (Emergency Hearing Requested) |

**NOTICE OF AGENDA OF MATTERS SET FOR EMERGENCY
HEARING ON JANUARY 3, 2023 AT 11:00 A.M. (CST)**

The above-referenced debtors and debtors in possession (collectively, the "**Debtors**") hereby file their Agenda of Matters Set for Emergency Hearing on January 3, 2023 at 11:00 a.m. (CST) before the Honorable David R. Jones. The hearing will be conducted in Courtroom 400, 4th floor, 515 Rusk Avenue, Houston, TX 77002. You may participate in the hearing by an audio and video connection. The audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510 and enter the conference code 205691. The video communication will be by use of the Gotomeeting Platform. Connect via the free Gotomeeting Application or click the link on Judge Jones's home page. The meeting code is "judgejones." Click the settings icon in the upper right corner and enter your name under the personal information setting.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR, LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

1. **Debtors' Emergency Motion for Entry of an Order Authorizing Rejection of Executory Contracts with Celsius Mining, LLC (ECF No. 189)**

    Status: This matter is going forward.

    Related Documents:

    A.  Declaration of Michael Bros in Support of Debtors' Emergency Motion for Entry of an Order Authorizing Rejection of Executory Contracts with Celsius Mining LLC (ECF No. 189-2, Exhibit B)

    B.  Debtors' Witness and Exhibit List for Emergency Hearing on January 3, 2023 (ECF No. 201)

Dated: December 30, 2022
    Houston, Texas

           Respectfully submitted,

            /s/ Alfredo R. Pérez
           WEIL, GOTSHAL & MANGES LLP
           Alfredo R. Pérez (15776275)
           700 Louisiana Street, Suite 1700
           Houston, Texas 77002
           Telephone: (713) 546-5000
           Facsimile: (713) 224-9511
           Email: Alfredo.Perez@weil.com

           -and-

           WEIL, GOTSHAL & MANGES LLP
           Ray C. Schrock, P.C. (*admitted pro hac vice*)
           Ronit J. Berkovich (*admitted pro hac vice*)
           Moshe A. Fink (*admitted pro hac vice*)
           767 Fifth Avenue
           New York, New York 10153
           Telephone: (212) 310-8000
           Facsimile: (212) 310-8007
           Email: Ray.Schrock@weil.com
                    Ronit.Berkovich@weil.com
                    Moshe.Fink@weil.com

           *Proposed Attorneys for Debtors*
           *and Debtors in Possession*

## Certificate of Service

I hereby certify that on December 30, 2022, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                           */s/ Alfredo R. Pérez*
                                                           Alfredo R. Pérez