**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CORE SCIENTIFIC, INC., *et al.*, | ) Case No. 22-90341 (DRJ) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |

## CERTIFICATE OF SERVICE

I, James Nguyen-Phan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On December 30, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Order Granting Complex Case Treatment** (Docket No. 29)

- **Notice of Chapter 11 Bankruptcy Case** (attached hereto as **Exhibit B**)

Dated: December 30, 2022

     */s/ James Nguyen-Phan*
James Nguyen-Phan
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 949-404-4152
Email: TeamCoreScientific@stretto.com

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Special Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704

# **Exhibit A**

 STRETTO

## Exhibit A
Served via First-Class Mail

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Aetna | 151 Farmington Avenue | Hartford | CT | 06156 |
| Aflac | PO Box 5388 | Columbus | GA | 31906-0388 |
| American Security and Protection Services LLC | 375 Little Ranger Rd | Murphy | NC | 28906 |
| Blue Cross Blue Shield CA | 601 12th Street | Oakland | CA | 94607 |
| Blue Cross Blue Shield NC | 4615 University Drive | Durham | NC | 27707 |
| BNY Mellon Bank | 240 Greenwich Street | New York | NY | 10286 |
| Chubb Personal Excess Liability Insurance | 1133 Avenue of the Americas | New York | NY | 10036 |
| Citibank (Administered by PayFlex) | 388 Greenwich Street | New York | NY | 10013 |
| Delta Dental | 1515 W. 22nd St. Suite 450 | Oak Brook | IL | 60523 |
| Delta Dental | PO Box 1809 | Alpharetta | GA | 30023-1809 |
| Expensify Payments LLC | 401 SW 5th Ave | Portland | OR | 97204 |
| Farmers Group Select Home & Auto Insurance | 6301 Owensmouth Avenue | Woodland Hills | CA | 91367 |
| Florida Blue | PO Box 45296 | Jacksonville | FL | 32232-5296 |
| Globalization Partners Professional Services | 175 Federal Street 17th Floor | Boston | MA | 02110 |
| Group Health Aetna | 151 Farmington Avenue | Hartford | CT | 06156 |
| Guardian | 10 Hudson Yards | New York | NY | 10001 |
| Kaiser Permanente | One Kaiser Plaza | Oakland | CA | 94612 |
| MetLife | 200 Park Avenue | New York | NY | 10166 |
| Optum Bank | 2525 Lake Park Blvd, | Salt Lake City | UT | 84120 |
| Securitas Security Services USA, Inc. | 150 South Wacker Drive Suite LL50 | Chicago | IL | 60606 |
| TriNet HR III, LLC | One Park Place Suite 600 | Dublin | CA | 94568 |
| Tufts | 1 Wellness Way | Canton | MA | 02021 |
| UnitedHealthcare (UHC) | PO Box 1459 | Minneapolis | MN | 55440-1459 |
| Vision Service Plan (VSP) | 3333 Quality Drive | Rancho Cordova | CA | 95670 |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)