United States Bankruptcy Court
Southern District of Texas

**ENTERED**
January 02, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of __Alabama__:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Evan N. Parrott<br>Maynard, Cooper & Gale, P.C.<br>11 N. Water Street, Suite 24290<br>Mobile, AL 36602<br>(251) 206-7449<br>Alabama (1950O65A) |
|---|---|

Seeks to appear as the attorney for this party:

| GEM Mining 1, LLC; GEM Mining 2, LLC; GEM Mining 2B, LLC; GEM Mining 3, LLC; GEM Mining 4, LLC |
|---|
| Dated: 12/27/2022     Signed: /s/ Evan N. Parrott |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:     Signed: _____<br>Deputy Clerk |

Order (Docket No. 187)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed: January 02, 2023**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**