United States Bankruptcy Court
Southern District of Texas

**ENTERED**

January 02, 2023

Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific Inc., et al. | |

This lawyer, who is admitted to the State Bar of _____New York_____ :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Matthew Ray Brooks<br>Troutman Pepper Hamilton Sanders LLP<br>875 Third Avenue<br>New York, NY 10022<br>Telephone: 212-704-6000<br>New York Bar No. 1176951 |

Seeks to appear as the attorney for this party:

| Dalton Utilities | |
|---|---|
| Dated: December 23, 2022 | Signed: /s/ Matthew Ray Brooks |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:          Signed: _____<br>Deputy Clerk |

| Order   (Docket No. 132) |
|---|

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.
This lawyer is admitted *pro hac vice*.

**Signed:  January 02, 2023**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**