United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 02, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific Inc., et al. | |

This lawyer, who is admitted to the State Bar of _____Delaware_____ :

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | Marcy J. McLaughlin Smith<br>Troutman Pepper Hamilton Sanders LLP<br>1313 North Market Street<br>Wilmington, DE 19801<br>Telephone: 302-777-6500<br>Delaware Bar No. 6184 |
|---|---|

Seeks to appear as the attorney for this party:

| Dalton Utilities |
|---|
| Dated: December 23, 2022     Signed: /s/ Marcy J. McLaughlin Smith |

| COURT USE ONLY: The applicant's state bar reports their status as: _____ . |
|---|
| Dated:     Signed: _____ Deputy Clerk |

Order     (Docket No. 133)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.
This lawyer is admitted *pro hac vice*.

**Signed:  January 02, 2023**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**