United States Bankruptcy Court
Southern District of Texas

**ENTERED**
January 02, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT　　SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | | In Re: | Core Scientific, Inc., et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jennifer L. Kneeland<br>Watt, Tieder, Hoffar & Fitzgerald, LLP<br>1765 Greensboro Station Place, Suite 1000<br>McLean, Virginia 22102<br>703-749-1026 jkneeland@watttieder.com<br>Virginia (71187) and Eastern District of Virginia (no federal bar number assigned) |
|---|---|

| Name of party applicant seeks to appear for: | McCarthy Building Companies, Inc. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | 12/21/2022 | Signed: | /s/ Jennifer L. Kneeland |
|---|---|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: | Clerk's signature: |

**Order**
(Docket No. 110)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.

**This lawyer is admitted *pro hac vice*.**

**Signed:  January 02, 2023**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**