IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § § | (Jointly Administered) (Emergency Hearing Requested) |

**NOTICE OF AMENDED AGENDA OF MATTERS SET FOR EMERGENCY
HEARING ON JANUARY 3, 2023 AT 11:00 A.M. (CST)**

The above-referenced debtors and debtors in possession (collectively, the "**Debtors**") hereby file their Amended Agenda of Matters Set for Emergency Hearing on January 3, 2023 at 11:00 a.m. (CST) before the Honorable David R. Jones. The hearing will be conducted in Courtroom 400, 4th floor, 515 Rusk Avenue, Houston, TX 77002. You may participate in the hearing by an audio and video connection. The audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510 and enter the conference code 205691. The video communication will be by use of the Gotomeeting Platform. Connect via the free Gotomeeting Application or click the link on Judge Jones's home page. The meeting code is "judgejones." Click the settings icon in the upper right corner and enter your name under the personal information setting.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR, LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

1. **Debtors' Emergency Motion for Entry of an Order Authorizing Rejection of Executory Contracts with Celsius Mining, LLC (ECF No. 189)**

    Status:     This matter is going forward.

    Response:

    A.  Celsius Mining LLC's Preliminary Objection to the Debtors' Emergency Motion for Entry of an Order Authorizing Rejection of Executory Contracts with Celsius Mining LLC (ECF No. 211)

    Related Documents:

    B.  Declaration of Michael Bros in Support of Debtors' Emergency Motion for Entry of an Order Authorizing Rejection of Executory Contracts with Celsius Mining LLC (ECF No. 189-2, Exhibit B)

    C.  Debtors' Witness and Exhibit List for Emergency Hearing on January 3, 2023 (ECF No. 201)

    D.  Affidavit of Judson Brown, P.C. in Support of Celsius Mining LLC's Preliminary Objection to the Debtors' Emergency Motion for Entry of an Order Authorizing Rejection of Executory Contracts with Celsius Mining LLC (ECF No. 212)

    E.  Celsius Mining LLC's Preliminary Objection to the Debtors' Emergency Motion for Entry of an Order Authorizing Rejection of Executory Contracts with Celsius Mining (ECF No. 213 - Filed Under Seal)

    F.  Affidavit of Judson Brown, P.C. in Support of Celsius Mining LLC's Preliminary Objection to the Debtors' Emergency Motion for Entry of an Order Authorizing Rejection of Executory Contracts with Celsius Mining LLC (ECF No. 214 - Filed Under Seal)

    G.  Celsius Mining LLC's Ex Parte Motion for Entry of an Order Authorizing Celsius Mining LLC to File Under Seal the Preliminary Objection to the Debtors' Emergency Motion for Entry of an Order Authorizing Rejection of Executory Contracts with Celsius Mining LLC (ECF No. 215)

Dated: January 3, 2023
      Houston, Texas

                                    Respectfully submitted,

                                     /s/  Alfredo R. Pérez
                                WEIL, GOTSHAL & MANGES LLP
                                Alfredo R. Pérez (15776275)
                                700 Louisiana Street, Suite 1700
                                Houston, Texas 77002
                                Telephone:  (713) 546-5000
                                Facsimile:  (713) 224-9511
                                Email:   Alfredo.Perez@weil.com

                                -and-

                                WEIL, GOTSHAL & MANGES LLP
                                Ray C. Schrock, P.C. (*admitted pro hac vice*)
                                Ronit J. Berkovich (*admitted pro hac vice*)
                                Moshe A. Fink (*admitted pro hac vice*)
                                767 Fifth Avenue
                                New York, New York 10153
                                Telephone:  (212) 310-8000
                                Facsimile:  (212) 310-8007
                                Email:   Ray.Schrock@weil.com
                                              Ronit.Berkovich@weil.com
                                              Moshe.Fink@weil.com

                                *Proposed Attorneys for Debtors*
                                *and Debtors in Possession*

**Certificate of Service**

I hereby certify that on January 3, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                            */s/ Alfredo R. Pérez*
                                            Alfredo R. Pérez