UNITED STATES BANKRUPTCY COURT — SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of _____New York_____:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | James V. Drew<br>Otterbourg P.C.<br>230 Park Avenue<br>New York, NY 10169<br>(212) 661-9100<br>New York (4033296) |
|---|---|

Seeks to appear as the attorney for this party:

| Anchorage Lending CA, LLC |
|---|
| Dated: January 3, 2023    Signed: _____ |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:    Signed: _____<br>Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
United States Bankruptcy Judge