Electronic Appearance Sheet

Yanbing Tan, Pro Se, None, Pro Se
Client(s): Research

Evan Parrott, Maynard, Cooper & Gale, P.C.
Client(s): GEM Mining 1, LLC; GEM Mining 2, LLC; GEM Mining 2B, LLC; GEM Mining 3, LLC; GEM Mining 4, LLC (pro hac vice application pending)

Kris Hansen, Paul Hastings LLP
Client(s): Ad Hoc Group of Secured Convertible Noteholders

Sayan Bhattacharyya, Paul Hastings LLP
Client(s): Ad Hoc Group of Secured Convertible Noteholders

Brian Lohan, Arnold & Porter Kaye Scholer LLP
Client(s): Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp.

Michael Messersmith, Arnold & Porter Kaye Scholer LLP
Client(s): Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp.

Madelyn Nicolini, Arnold & Porter Kaye Scholer LLP
Client(s): Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp.

Freya Gilbert, Pro Se, None, Pro Se
Client(s): Journalist

Victor Ubierna de las Heras , Pro Se, None, Pro Se
Client(s): Celsius pro se creditor

Alfredo R. Perez, Weil, Gotshal & Manges LLP
Client(s): Debtors' Counsel

Theodore E. Tsekerides, Weil, Gotshal & Manges LLP
Client(s): Debtors' Counsel

Ronit J. Berkovich, Weil, Gotshal & Manges LLP
Client(s): Debtors' Counsel

Ronit Berkovich, Weil, Gotshal & Manges LLP
Client(s): Debtors' Counsel

Ray Schrock, Weil, Gotshal & Manges LLP
Client(s): Debtors' Counsel

David Lender, Weil, Gotshal & Manges LLP
Client(s): Debtors' Counsel

Theodore Tsekerides, Weil, Gotshal & Manges LLP
Client(s): Debtors' Counsel

Electronic Appearance Sheet

Daniel Eggermann, Kramer Levin Naftalis & Frankel
Client(s): Interested Party

Ashland Bernard, Kramer Levin Naftalis & Frankel
Client(s): Interested Party

Caroline Gange, Kramer Levin Naftalis & Frankel
Client(s): Interested Party

Ashish Virmani, Kramer Levin Naftalis & Frankel
Client(s): Interested Party

Matt Ferris, Haynes and Boone, LLP
Client(s): BlockFi, Inc. and its affiliated entities

James Drew, Otterbourg P.C.
Client(s): Anchorage Lending CA, LLC

Kathleen LaManna, Shipman & Goodwin LLP
Client(s): U.S. Bank National Association, as Prepetition Note Agent and Collateral Agent

Jayson Ruff, US DOJ
Client(s): US Trustee

Chris Koenig, Kirkland & Ellis LLP
Client(s): Celsius Mining LLC

Ross Kwasteneit, Kirkland & Ellis
Client(s): Celsius Mining, LLC

Judson Brown, Kirkland & Ellis LLP
Client(s): Celsius Mining, LLC

Maria Bartlett, Cokinos | Young
Client(s): MP2 Energy Texas LLC d/b/a Shell Energy Solutions

Jason Binford, Ross, Smith & Binford PC
Client(s): Tenaksa Power Services Co.

Kristopher Hansen, Paul Hastings LLP
Client(s): Ad Hoc Group of Secured Convertible Noteholders