Electronic Appearance Sheet

Jayson Ruff, US DOJ
Client(s): US Trustee

Brian Lohan, Arnold Porter
Client(s): Barings

James Drew, Otterbourg P.C.
Client(s): Anchorage Lending CA, LLC

Brian Smith, Holland & Knight LLP
Client(s): ACM ELF ST LLC

Peter Lewis, Scheef & Stone
Client(s): Core Scientific, Inc. Board of Directors

Chris Koenig, Kirkland & Ellis LLP
Client(s): Celsius Mining LLC