IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **CORE SCIENTIFIC, INC.**, *et al.*, | § | Case No. 22-90341 (DRJ) |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |

**NOTICE OF APPEARANCE AND**
<u>**REQUEST FOR SERVICE AND PAPERS**</u>

Please take notice that the undersigned are counsel for Sphere 3D Corp. in the above-referenced cases and hereby enter their appearance pursuant to section 1109(b) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002, 3017(a), 9007, and 9010. All such notices should be addressed as follows:

| | |
|---|---|
| Timothy A. ("Tad") Davidson II | Seth H. Lieberman |
| Ashley L. Harper | Matthew W. Silverman |
| **HUNTON ANDREWS KURTH LLP** | **PRYOR CASHMAN LLP** |
| 600 Travis Street, Suite 4200 | 7 Times Square |
| Houston, Texas 77002 | New York, New York 10036 |
| Telephone: (713) 220-4200 | Telephone: (212) 421-4100 |
| Facsimile: (713) 220-4285 | Facsimile: (212) 326-0806 |
| Email:    taddavidson@HuntonAK.com | E-mail:    slieberman@pryorcashman.com |
| ashleyharper@HuntonAK.com | msilverman@pryorcashman.com |

Please take further notice that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile or otherwise filed or made with regard to the referenced cases and the proceedings.

Dated: January 3, 2023         Respectfully submitted,

/s/ Timothy A. ("Tad") Davidson II
Timothy A. ("Tad") Davidson II (TX Bar No. 24012503)
Ashley L. Harper (TX Bar No. 24065272)
**HUNTON ANDREWS KURTH LLP**
600 Travis Street, Suite 4200
Houston, Texas 77002
Telephone:   (713) 220-4200
Facsimile:    (713) 220-4285
E-mail:        taddavidson@HuntonAK.com
                  ashleyharper@HuntonAK.com

- and -

Seth H. Lieberman (*pro hac vice* pending)
Matthew W. Silverman (*pro hac vice* pending)
**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
Telephone:   (212) 421-4100
Facsimile:    (212) 326-0806
E-mail:        slieberman@pryorcashman.com
                  msilverman@pryorcashman.com

*Co-Counsel for Sphere 3D Corp.*

**CERTIFICATE OF SERVICE**

I certify that on January 3, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

/s/ Timothy A. ("Tad") Davidson II
Timothy A. ("Tad") Davidson II