UNITED STATES BANKRUPTCY COURT             SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of   New York and New Jersey   :

| | |
|---|---|
| Name | Seth H. Lieberman |
| Firm | Pryor Cashman LLP |
| Street | 7 Times Square |
| City & Zip Code | New York, NY 10036 |
| Telephone | (212) 326-0819 |
| Licensed: State & Number | New York Bar No. 4317145 |
| | New Jersey Bar No. 022892004 |

Seeks to appear as the attorney for this party:

| Sphere 3D Corp. |
|---|
| Dated: January 3, 2023   Signed: /s/ Seth H. Lieberman |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:           Signed: _____
                         Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____           _____
                                    United States Bankruptcy Judge