| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of __New York__:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Matthew W. Silverman<br>Pryor Cashman LLP<br>7 Times Square<br>New York, NY 10036<br>(212) 326-0824<br>New York Bar No. 5198783 |
|---|---|

Seeks to appear as the attorney for this party:

| Sphere 3D Corp. |
|---|
| Dated: January 3, 2023    Signed: /s/ Matthew W. Silverman |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:          Signed: _____
                        Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                United States Bankruptcy Judge