United States Bankruptcy Court
Southern District of Texas

**ENTERED**
January 04, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of _____ New York _____ :

| Name | James V. Drew |
|---|---|
| Firm | Otterbourg P.C. |
| Street | 230 Park Avenue |
| City & Zip Code | New York, NY 10169 |
| Telephone | (212) 661-9100 |
| Licensed: State & Number | New York (4033296) |

Seeks to appear as the attorney for this party:

Anchorage Lending CA, LLC

Dated: January 3, 2023     Signed: /s/

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:     Signed: _____
Deputy Clerk

Order (Docket No. 217)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

Signed: January 04, 2023

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE