United States Bankruptcy Court
Southern District of Texas

**ENTERED**
January 04, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | CORE SCIENTIFIC, INC., et al., | |

This lawyer, who is admitted to the State Bars of __California__:

| | |
|---|---|
| Name | Kimberly A. Posin |
| Firm | Latham and Watkins LLP |
| Street | 355 South Grand Avenue, Suite 100 |
| City & Zip Code | Los Angeles, CA 90071-1560 |
| Telephone | (213) 485-1234 |
| Licensed: State & Number | 223091 (CA) |

Seeks to appear as the attorney for this party:

TRINITY CAPITAL INC.

Dated: 01/03/2023      Signed: /s/ Kimberly A. Posin

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:      Signed: _____
Deputy Clerk

Order   (Docket No. 220)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed: January 04, 2023**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**