UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of __New York and New Jersey__:

| | |
|---|---|
| Name | Seth H. Lieberman |
| Firm | Pryor Cashman LLP |
| Street | 7 Times Square |
| City & Zip Code | New York, NY 10036 |
| Telephone | (212) 326-0819 |
| Licensed: State & Number | New York Bar No. 4317145 |
| | New Jersey Bar No. 022892004 |

Seeks to appear as the attorney for this party:

Sphere 3D Corp.

Dated: January 3, 2023     Signed: /s/ Seth H. Lieberman

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:     Signed: _____
                    Deputy Clerk

Order   (Docket No. 225)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.
This lawyer is admitted *pro hac vice*.

**Signed:  January 04, 2023**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**