United States Bankruptcy Court
Southern District of Texas

**ENTERED**
January 04, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Matthew W. Silverman<br>Pryor Cashman LLP<br>7 Times Square<br>New York, NY 10036<br>(212) 326-0824<br>New York Bar No. 5198783 |

Seeks to appear as the attorney for this party:

Sphere 3D Corp.

Dated: January 3, 2023    Signed: /s/ Matthew W. Silverman

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:    Signed: _____
                    Deputy Clerk

Order   (Docket No. 226)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed: January 04, 2023**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**