IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.,* | § | Case No. 22-90341 (DRJ) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES, PLEADINGS, ORDERS AND OTHER PAPERS

PLEASE TAKE NOTICE that the undersigned counsel and the law firm of Munsch Hardt Kopf & Harr, P.C. hereby appear on behalf of SRPF A QR Riversouth LLC ("SRPF"), a party-in-interest in the bankruptcy case (the "Bankruptcy Case") of the above-captioned debtors, and pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure hereby enters this appearance and requests that all notices given or required to be given in the Bankruptcy Case, and all papers served or required to be served in the Bankruptcy Case, be served upon the undersigned counsel at the following address:

Deborah M. Perry
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7565
Facsimile: (214) 978-5335
E-mail: dperry@munsch.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, motions, applications, complaints, demands, notices of motions, notices of applications, notices of hearing, petitions, objections, claims, and all other pleadings or requests, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, other commercial carrier, hand-delivery, facsimile, telegraph, telex, e-mail, telephone or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed or construed as SRPF's:  (a) waiver of the right to have final orders in non-core matters entered only after de novo review by the United States District Court; (b) waiver of the right to trial by jury in any proceeding to which such right exists in the Bankruptcy Case or in any case, controversy, or proceeding related to the Bankruptcy Case; (c) waiver of the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (d) waiver of the right to contest jurisdiction or appropriate venue in any related proceeding; or (e) waiver of any other rights, claims, actions, defenses, setoffs or recoupments which SRPF has or may hereafter obtain, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments SRPF hereby expressly reserves.

Dated: January 6, 2023

**MUNSCH HARDT KOPF & HARR, P.C**.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail:  dperry@munsch.com

By: /s/ Deborah M. Perry
      Deborah M. Perry
      Texas Bar No. 24002755

ATTORNEYS FOR SRPF A QR RIVERSOUTH LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of January, 2023, she caused a true and correct copy of the foregoing Notice of Appearance to be served electronically on those parties requesting electronic service through the Court's ECF system.

/s/ Deborah M. Perry
Deborah M. Perry