United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 04, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of __New York__:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Matthew W. Silverman<br>Pryor Cashman LLP<br>7 Times Square<br>New York, NY 10036<br>(212) 326-0824<br>New York Bar No. 5198783 |
|---|---|

Seeks to appear as the attorney for this party:

| Sphere 3D Corp. | |
|---|---|
| Dated: January 3, 2023 | Signed: /s/ Matthew W. Silverman |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. | |
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

Order   (Docket No. 226)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.
This lawyer is admitted *pro hac vice*.

**Signed:  January 04, 2023**

_____
**DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE**

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 22-90341-drj |
| Core Scientific, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 4 |
| Date Rcvd: Jan 04, 2023 | Form ID: pdf002 | Total Noticed: 14 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Core Scientific, Inc., 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| intp | + | Condair Inc., c/o John S. Collins, Vorys, Sater, Seymour and Pease LLP, 909 Fannin, Suite 2700, Houston, TX 77010-1009 |
| cr | + | Dalton Utilities, Howley Law PLLC, 711 Louisiana Street, Ste. 1850, Houston, TX 77002-2790 |
| cr | + | GEM Mining 1, LLC, c/o Evan N. Parrott, 11 North Water Street, Suite 24290, Mobile, AL 36602-5024 |
| cr | + | GEM Mining 2, LLC, c/o Evan N. Parrott, 11 North Water Street, Suite 24290, Mobile, AL 36602-5024 |
| cr | + | GEM Mining 2B, LLC, c/o Evan N. Parrott, 11 North Water Street, Suite 24290, Mobile, AL 36602-5024 |
| cr | + | GEM Mining 3, LLC, c/o Evan N. Parrott, 11 North Water Street, Suite 24290, Mobile, AL 36602-5024 |
| cr | + | GEM Mining 4, LLC, c/o Evan N. Parrott, 11 North Water Street, Suite 24290, Mobile, AL 36602-5024 |
| intp | + | McCarthy Building Companies, Inc., c/o Watt, Tieder, Hoffar & Fitzgerald, L, 1765 Greensboro Station Place, Suite 1000, McLean, VA 22102-3468 |
| op | + | Stretto, Stretto, 8269 E. 23rd Avenue, Suite 275, Denver, CO 80238-3597 |
| cr | + | Tenaska Power Services Co., c/o Ross & Smith, P.C., Attn: Jason Binford, 2003 N. Lamar Blvd., Suite 100 Austin, TX 78705-4932 |
| cr | + | Travis County, c/o Jason A. Starks, P.O. Box 1748, Austin, TX 78767-1748 |
| intp | + | U.S. Bank National Association, as Prepetition Not, c/o Shipman & Goodwin LLP, One Constitution Plaza, Hartford, CT 06103-1803 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: neil.orleans@judithwross.com | Jan 04 2023 20:11:00 | Tenaska Power Services Co., c/o Ross & Smith, P.C., Attn: Judith W. Ross, 700 N. Pearl Street, Suite 1610, Dallas, TX 75201-7459 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | 36th Street Capital Partners, LLC |
| cr | | Ad Hoc Group of Secured Convertible Noteholders |
| cr | | Anchorage Lending CA, LLC |
| cr | | Barings BDC, Inc. |
| cr | | Barings Capital Investment Corporation |
| cr | | Barings Private Credit Corp. |
| cr | | BlockFi, Inc. and its affiliated entities |
| cr | | Bremer Bank |
| cr | | CEC Energy Services LLC |
| cr | | Celsius Mining, LLC |
| cr | | City of Denton |
| cr | | Humphrey & Associates, Inc. |
| cr | | MP2 Energy Texas LLC d/b/a Shell Energy Solutions |
| cr | | MassMutual Asset Finance, LLC |
| cr | | NYDIG ABL LLC |
| cr | | Prime Alliance Bank, Inc. |
| cr | | Sphere 3D Corp. |

| District/off: 0541-4 | User: ADIuser | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 04, 2023 | Form ID: pdf002 | Total Noticed: 14 |

| | |
|---|---|
| intp | Trinity Capital Inc. |
| cr | Wingspire Equipment Finance, LLC |

TOTAL: 19 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2023       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alfredo R Perez | on behalf of Debtor Core Scientific Specialty Mining (Oklahoma) LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor Radar Relay Inc. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor RADAR LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor Core Scientific Mining LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor American Property Acquisitions VII LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor American Property Acquisitions I LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor Starboard Capital LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor Core Scientific Acquired Mining LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor American Property Acquisition LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor Core Scientific Operating Company alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo |

| | |
|---|---|
| District/off: 0541-4 | User: ADIuser                      Page 3 of 4 |
| Date Rcvd: Jan 04, 2023 | Form ID: pdf002                    Total Noticed: 14 |

Alfredo R Perez
 @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

 on behalf of Debtor Core Scientific Inc. alfredo.perez@weil.com,
 alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
 @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alicia Lenae Barcomb
 on behalf of U.S. Trustee US Trustee alicia.barcomb@usdoj.gov

Arsalan Muhammad
 on behalf of Creditor BlockFi Inc. and its affiliated entities arsalan.muhammad@haynesboone.com,
 kenneth.rusinko@haynesboone.com

Ashley L. Harper
 on behalf of Creditor Sphere 3D Corp. ashleyharper@HuntonAK.com

Charles Thomas Kruse
 on behalf of Creditor Barings Capital Investment Corporation tom.kruse@arnoldporter.com

Charles Thomas Kruse
 on behalf of Creditor Barings Private Credit Corp. tom.kruse@arnoldporter.com

Charles Thomas Kruse
 on behalf of Creditor Barings BDC Inc. tom.kruse@arnoldporter.com

Craig E Power
 on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions cpower@cokinoslaw.com
 mbartlett@cokinoslaw.com;eolson@cokinoslaw.com

Devan Joan Dal Col
 on behalf of Creditor Prime Alliance Bank Inc. ddalcol@reedsmith.com

Devan Joan Dal Col
 on behalf of Creditor 36th Street Capital Partners LLC ddalcol@reedsmith.com

Devan Joan Dal Col
 on behalf of Creditor Wingspire Equipment Finance LLC ddalcol@reedsmith.com

Eric L Scott
 on behalf of Creditor MK Marlow Company LLC escott@sv-legal.com

Hector Duran, Jr
 on behalf of U.S. Trustee US Trustee Hector.Duran.Jr@usdoj.gov

James Drew
 on behalf of Creditor Anchorage Lending CA LLC jdrew@otterbourg.com

James Tillman Grogan, III
 on behalf of Creditor Ad Hoc Group of Secured Convertible Noteholders jamesgrogan@paulhastings.com

Jason Starks
 on behalf of Creditor Travis County bkecf@traviscountytx.gov

Jason B. Binford
 on behalf of Creditor Tenaska Power Services Co. jason.binford@judithwross.com

Jason R Kennedy
 on behalf of Creditor Humphrey & Associates Inc. jason.kennedy@laperouselaw.com, holly@harrisonsteck.com

Jayson B. Ruff
 on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

Jennifer L. Kneeland
 on behalf of Interested Party McCarthy Building Companies Inc. jkneeland@watttieder.com, shope@watttieder.com

John Stuart Collins
 on behalf of Interested Party Condair Inc. jscollins@vorys.com mdwalkuski@vorys.com

Judith W Ross
 on behalf of Creditor Tenaska Power Services Co. judith.ross@judithwross.com

Kelli S. Norfleet
 on behalf of Creditor City of Denton kelli.norfleet@haynesboone.com kenneth.rusinko@haynesboone.com

Maegan Quejada
 on behalf of Creditor NYDIG ABL LLC mquejada@sidley.com
 txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com

Marguerite Lee DeVoll
 on behalf of Interested Party McCarthy Building Companies Inc. mdevoll@watttieder.com

Maria Mulrooney Bartlett

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 4 of 4 |
| Date Rcvd: Jan 04, 2023 | Form ID: pdf002 | Total Noticed: 14 |

| | |
|---|---|
| | on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions mbartlett@cokinoslaw.com |
| Matthew D Cavenaugh | |
| | on behalf of Creditor Celsius Mining  LLC mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net |
| Nathaniel Richard Hull | |
| | on behalf of Creditor MassMutual Asset Finance  LLC nhull@verrilldana.com |
| Patrick Holder Autry | |
| | on behalf of Creditor CEC Energy Services LLC pautry@branscombpc.com  slee@branscomblaw.com |
| Stephen Clark Jackson | |
| | on behalf of Creditor GEM Mining 1  LLC sjackson@maynardcooper.com |
| Stephen Clark Jackson | |
| | on behalf of Creditor GEM Mining 3  LLC sjackson@maynardcooper.com |
| Stephen Clark Jackson | |
| | on behalf of Creditor GEM Mining 2  LLC sjackson@maynardcooper.com |
| Stephen Clark Jackson | |
| | on behalf of Creditor GEM Mining 2B  LLC sjackson@maynardcooper.com |
| Stephen Clark Jackson | |
| | on behalf of Creditor GEM Mining 4  LLC sjackson@maynardcooper.com |
| Thomas A Howley | |
| | on behalf of Creditor Dalton Utilities tom@howley-law.com  roland@howley-law.com;eric@howley-law.com |
| Thomas O. Bean | |
| | on behalf of Creditor MassMutual Asset Finance  LLC tbean@verrilldana.com |
| Timothy Alvin Davidson, II | |
| | on behalf of Creditor Sphere 3D Corp. taddavidson@andrewskurth.com |
| US Trustee | |
| | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 48