IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | Case No. 22-90341 (DRJ) |
| Debtors. [1] | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Priority Power Management, LLC ("**Priority Power**") hereby enters its appearance by and through its counsel, Baker Botts L.L.P., pursuant to section 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and such counsel hereby requests that all papers served or required to be served in this case and in any cases consolidated or administered herewith, be given to and served upon, and that Baker Botts L.L.P. be added to the mailing matrix on file with the Clerk of the Bankruptcy Court, as follows:

**BAKER BOTTS L.L.P.**
Danny David (TX Bar 24028267)
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995

*-and-*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

**BAKER BOTTS L.L.P.**
Eric T. Haitz (TX Bar 24101851)
Shelby V. Saxon (TX Bar 24126439)
2001 Ross Avenue, Suite 900
Dallas, Texas 75201-2980
Telephone:   (214) 953-6500
Email:  eric.haitz@bakerbotts.com
shelby.saxon@bakerbotts.com

-and-

**BAKER BOTTS L.L.P.**
Scott R. Bowling (NY Bar 4848131)
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-2500
Email: scott.bowling@bakerbotts.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in the Bankruptcy Rules and also includes, without limitation, any chapter 11 plan and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these cases, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, personal delivery, telephone, telegraph, telex, facsimile, electronic mail or otherwise.

This Notice of Appearance is not and shall not be construed as a waiver of any of Priority Power's jurisdictional, substantive, or procedural rights and remedies in connection with the above-captioned cases, all of which are hereby expressly reserved.

[*remainder of page intentionally blank*]

Dated: January 7, 2023
      Houston, Texas

/s/ *Danny David*
BAKER BOTTS L.L.P.
Danny David (TX Bar 24028267)
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
Telephone:  (713) 229-1234
Email:      danny.david@bakerbotts.com

-and-

BAKER BOTTS L.L.P.
Eric T. Haitz (TX Bar 24101851)
Shelby V. Saxon (*pro hac vice* admission pending)
2001 Ross Avenue, Suite 900
Dallas, Texas 75201-2980
Telephone:  (214) 953-6500
Email:      eric.haitz@bakerbotts.com
           shelby.saxon@bakerbotts.com

-and-

BAKER BOTTS L.L.P.
Scott R. Bowling (*pro hac vice* admission pending)
30 Rockefeller Plaza
New York, New York 10112
Telephone:  (212) 408-2500
Email:      scott.bowling@bakerbotts.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was served on January 7, 2023 by the Electronic Case Filing system for the Bankruptcy Court for the Southern District of Texas, which gives notice to all parties registered to receive electronic notice through the Court's CM/ECF automatic electronic notice system.

                                              /s/ *Eric T. Haitz*
                                              Eric T. Haitz