## **Exhibit A**

Amended Affidavit for Mechanic's Lien

NOTICE
THIS IS NOT A LIEN
THIS IS ONLY AN AFFIDAVIT CLAIMING A LIEN

**AMENDED AFFIDAVIT FOR MECHANIC'S LIEN**

THE STATE OF TEXAS

COUNTY OF WARD

  BEFORE ME, the undersigned authority, personally appeared John J. Bick, as Chief Commercial Officer of Priority Power Management, LLC, who upon his oath, deposed and stated the following:

1. My name is John J. Bick. I am the Chief Commercial Officer of Priority Power Management, LLC (hereafter referred to as "Claimant"). I am over the age of 18, I have personal knowledge of the facts set forth below, and I am competent and authorized to make this amended affidavit. The facts contained herein are true and correct to the best of my knowledge, information, and belief.

2. The real property owner, lessee, or easement beneficiary, or reputed real property owner, lessee, or easement beneficiary, of the below described Property is Core Scientific, Inc., a Delaware corporation (hereinafter referred to as "Owner"). Owner's last known address is: 2800 Northup Way, Suite 220, Bellevue, WA 98004.

3. Pursuant to that certain *Energy Services Agreement* (the "Agreement") dated to be effective as of August 6, 2021 and made and entered into by and between Claimant and Owner, Claimant performed labor, including engineering, equipment procurement, design, and construction services, and furnished materials and equipment to develop, engineer, procure, and construct a high voltage and medium voltage utility-class electrical infrastructure (collectively, the "Infrastructure") upon that certain tract of real property located in Ward County, Texas (the "Property"), which Property is more fully illustrated and described in Exhibit A hereto. The Infrastructure includes, but is not limited to, a high voltage substation, 138 kilovolt (kV) transmission lines, a 34.5kV distribution system, and a 25kV distribution system, complete with wood and concrete structures and related appurtenances. Claimant performed such labor and furnished such materials and equipment to Owner beginning on August 6, 2021.

4. Pursuant to the written Agreement between Claimant and Owner, Claimant performed the labor and furnished the materials and equipment as described more fully above to Owner at Owner's request through Owner's agent and Chief Construction Officer, Weston Adams.

5. Claimant acted as an original contractor to Owner.

6. The real property sought to be charged with a lien by Claimant is the Property as illustrated and described more fully in Exhibit A hereto.

7. Claimant's mailing address is as follows: Priority Power Management, LLC, 2201 E. Lamar Blvd., Suite 275, Arlington, Texas 76006.

8. After allowing all just credits, offsets, and payments, the amount of $8,920,490 remains unpaid and is due and owing to Claimant under the Agreement. Claimant claims a lien on the Property and its improvements to secure payment of the above amount. The above amount does not include attorneys' fees, interest, or costs which may be recovered by law.

9. Claimant claims the liens against all of the above described Property and improvements thereon in the amount shown above pursuant to Chapter 53 of the Property Code of the State of Texas, and makes this sworn statement of claim in support thereof. Claimant also claims these liens pursuant to the provisions of Article 16, Section 37 of the Texas Constitution.

10. This Amended Affidavit for Mechanic's Lien amends the Affidavit for Mechanic's Lien previously recorded by Claimant in the Real Property Records of Ward County, Texas on August 19, 2022, as identified by Document Number 2022 - 3219.

Sworn to and executed on this 14th day of December 2022.

**CLAIMANT:**

PRIORITY POWER MANAGEMENT, LLC

By: _____
John J. Bick, Chief Commercial Officer

STATE OF TEXAS §
§
COUNTY OF TARRANT §

Before me, the undersigned authority, personally appeared John J. Bick, Chief Commercial Officer of Priority Power Management, LLC, known to me to be the person and officer whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed it for the purposes therein expressed and in the capacity therein stated as the act and deed of such company.

Sworn to and subscribed before me, under my official hand and seal of office, on December 14, 2022.

CHARLES D. HEWITT
Notary Public, State of Texas
Comm. Expires 12-11-2024
Notary ID 126872963

_____
Notary Public, State of Texas

# EXHIBIT A
# TO AMENDED AFFIDAVIT FOR MECHANIC'S LIEN

## DESCRIPTION OF PROPERTY

See attached.

*AMENDED AFFIDAVIT FOR MECHANIC'S LIEN*  *EXHIBIT A*



FILED FOR RECORD
DENISE VALLES - COUNTY CLERK
WARD COUNTY, TEXAS

# INST NO:2022-4794

FILED ON: DECEMBER 15, 2022 AT 1:15pm
THE INSTRUMENT CONTAINED 5 PAGES AT FILING

THE STATE OF TEXAS
COUNTY OF WARD

I, Denise Valles, Clerk County Court in and for said county hereby do certify that the foregoing instrument was filed for record in my office on the 15th day of December 2022 at 1:15 PM and duly recorded on that date, in the Official Public Records of said county.

**Instrument # 2022-4794, 5 Pages**
Denise Valles, County Clerk

REC NO: 196156

# Ward County, Texas
## Denise Valles, County Clerk
400 S. Allen Suite 101
Monahans, Texas 79756
(432) 943-3294



DATE : 12/15/2022

TIME : 01:14pm

YOUR CASHIER WAS: BCHILDRESS

REGISTER NO : 2

RECVD FROM:   PRIORITY POWER MANAGEMENT LLC

| ITEM DESCRIPTION | GFE NO. | CLERK/CAUSE NO. | QTY | FEES PAID |
|---|---|---|---|---|
| OFFICIAL PUBLIC RECORDS | | 2022-4794 | 4 | $ 38.00 |
| | | TOTAL FEES PAID | | $ 38.00 |

------------------ AMOUNT TENDERED ------------------

| | |
|---|---|
| CASH RECEIVED | $ 0.00 |
| CHECKS RECEIVED | $ 38.00 |
| TIME SERVED | $ 0.00 |
| WAIVED FEES | $ 0.00 |
| DEPOSITORY DEBIT | $ 0.00 |
| DIRECT DEPOSIT | $ 0.00 |
| **TOTAL RECEIVED** | **$ 38.00** |

--------------- TRANSACTION SUMMARY ---------------

| | |
|---|---|
| TOTAL RECEIVED | $ 38.00 |
| TOTAL FEES PAID | $ 38.00 |
| **CHANGE DUE BACK** | **$ 0.00** |

---- CHECKS, MONEY ORDERS or DIRECT DEPOSITS ----

1 Checks, Money Orders, or Direct Deposits Received

CK# 004726                    $ 38.00

**REC NO. 196156 CLOSED**

Thank you

*Denise Valles*
County Clerk

**PRIORITY POWER MANAGEMENT, LLC**

004726

Ward County Clerk

| Date | Description | Orig. Amt. | Amt. Due | Discount | Amount |
|---|---|---|---|---|---|
| 12/14/2022 | Bill #CKRQST 12142022 | 38.00 | 38.00 | | 38.00 |

4726
12/14/2022

110104 Cash and cash equivalents :   38.00