IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*[1] | § | Case No. 22-90341 |
| | § | (Jointly Administered) |
| Debtors. | § | |

NOTICE OF APPOINTMENT OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE DAVID R. JONES,
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the United States Trustee, pursuant to § 1102(a) and 1102(b)(1) of the Bankruptcy Code, and hereby appoints the following eligible creditors to the official committee of unsecured creditors in the above captioned case:

| | |
|---|---|
| 1. | Dalton Utilities<br>c/o Matthew R. Brooks<br>Troutman Pepper Hamilton Sanders LLP<br>600 Peachtree Street NE, Suite 3000<br>Atlanta, GA 30308 |
| 2. | Sphere 3D Corp.<br>10 Glenville St.<br>Greenwich, CT 06831 |
| 3. | BRF Finance Co., LLC<br>299 Park Ave. 21st Floor<br>New York, NY 10171 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR, LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

1

Dated: January 9, 2023               KEVIN M. EPSTEIN
                                     UNITED STATES TRUSTEE

                                     By: */s/ Alicia L. Barcomb*
                                     Alicia L. Barcomb
                                     Trial Attorney
                                     Texas Bar No. 24106276
                                     Office of the United States Trustee
                                     515 Rusk Avenue, Suite 3516
                                     Houston, TX 77002
                                     (713) 718-4661
                                     (713) 718-4670 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants and by email to the following individuals on January 9, 2023.

                                     */s/ Alicia L. Barcomb*
                                     Alicia L. Barcomb
                                     Trial Attorney

Matthew R. Brooks (matthew.brooks@troutman.com)

Seth H. Lieberman (slieberman@pryorcashman.com)

Jennifer J. Hardy (Jhardy2@willkie.com)

John Thomas (jthomas@dutil.com)

Patricia Trompeter (Patricia.trompeter@sphere3d.com)

Perry M. Mandarino (pmandarino@brileyfin.com)