IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*[1] | § | Case No. 22-90341 |
| | § | (Jointly Administered) |
| Debtors. | § | |

NOTICE OF ORGANIZATIONAL MEETING
FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The organizational meeting for the Official Committee of Unsecured Creditors in the above captioned case will be convened by telephone conference on January 9, 2023, at 9:00 am, Central Standard Time. Members of the committee have been provided call-in instructions.

Dated: January 9, 2023

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

By: /s/ *Alicia L. Barcomb*
Alicia L. Barcomb
Trial Attorney
Texas Bar No. 24106276
Office of the United States Trustee
515 Rusk Avenue, Suite 3516
Houston, TX 77002
(713) 718-4661
(713) 718-4670 Fax

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR, LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Organizational Meeting for the Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants and by email to the following individuals on January 9, 2023.

/s/ *Alicia L. Barcomb*
Alicia L. Barcomb
Trial Attorney

Matthew R. Brooks (matthew.brooks@troutman.com)

Seth H. Lieberman (slieberman@pryorcashman.com)

Jennifer J. Hardy (Jhardy2@willkie.com)

John Thomas (jthomas@dutil.com)

Patricia Trompeter (Patricia.trompeter@sphere3d.com)

Perry M. Mandarino (pmandarino@brileyfin.com)