United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 09, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT      SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of __New York__:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Scott R. Bowling<br>Baker Botts L.L.P.<br>30 Rockefeller Plaza<br>New York, New York 10112<br>(212) 408-2500<br>NY State Bar No. 4848131 |
|---|---|

Seeks to appear as the attorney for this party:

Priority Power Management, LLC

Dated: 1.7.2023      Signed: /s/ Scott R. Bowling

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:      Signed: _____
                    Deputy Clerk

Order   (Docket No. 251)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.
This lawyer is admitted *pro hac vice*.

**Signed: January 09, 2023**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**