United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 09, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of __New York__:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number |
|---|
| Shelby V. Saxon<br>Baker Botts L.L.P.<br>2001 Ross Avenue, Suite 900<br>Dallas, Texas 75201<br>(214) 953-6500<br>TX State Bar No. 24126439 |

Seeks to appear as the attorney for this party:

Priority Power Management, LLC

Dated: 1.7.2023     Signed: /s/ Shelby V. Saxon

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:     Signed: _____ Deputy Clerk

Order   (Docket No. 252)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.
This lawyer is admitted *pro hac vice*.

**Signed: January 09, 2023**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**