IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., et al.,[1] | § | Case No. 22-90341 (DRJ) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE AND NOTICE OF PLEADINGS

**PLEASE TAKE NOTICE THAT** the undersigned hereby appear as counsel for creditor and party-in-interest Marnoy Interests, Ltd. d/b/a Office Pavilion ("OP Houston") in the above-captioned bankruptcy case, and such counsel hereby enters an appearance pursuant to § 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon counsel at the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
OF NOTICES AND PLEADINGS – Page 1

FERGUSON BRASWELL FRASER KUBASTA PC
Rachael L. Smiley
2500 Dallas Parkway, Suite 600
Plano, TX 75093
Telephone: 972-378-9111
Facsimile: 972-378-9115
Email: rsmiley@fbfk.law

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, email, or otherwise filed or made with regard to the referenced case and proceedings herein that: (1) affects or seeks to affect in any way, any rights or interests of any creditor or party of interest in this case, with respect to: a) the debtor; b) property of th estate, or proceeds thereof in which the alleged debtor may claim an interest; or c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment, or other conduct by OP Houston.

**PLEASE TAKE FURTHER NOTICE THAT**, neither this Notice of Appearance nor any former or later appearance, pleading, claim or suit shall waive (1) OP Houston's right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) OP Houston's right to trial by jury in any proceeding in this case or any case, controversy, or proceeding related to this case, (3) OP Houston's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, action, defenses, including defenses to jurisdiction, setoffs, or recoupment's to which OP

Houston may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments OP Houston expressly reserves.

Dated: January 9, 2023

Respectfully submitted,

**FERGUSON BRASWELL
FRASER KUBASTA PC**

By:  /s/ *Rachael L. Smiley*
Rachael L. Smiley (State Bar No. 24066158)
2500 Dallas Parkway, Suite 600
Plano, Texas 75093
Telephone: 972-378-9111
Facsimile: 972-378-9115
Email: rsmiley@fbfk.law

**COUNSEL FOR MARNOY INTERESTS, LTD.
D/B/A/ OFFICE PAVILION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on January 9, 2023, via court ECF Notice on all parties receiving ECF Notice in this case.

 /s/*Rachael L. Smiley*
Rachael L. Smiley