IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CORE SCIENTIFIC, *et al.*,[1] | ) ) | Case No. 22-90341 (DRJ) |
| Debtors. | ) ) ) | (Jointly Administered) |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, in accordance with Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), the Official Committee of Unsecured Creditors, by and through their proposed counsel, Willkie Farr & Gallagher LLP, hereby request that all notices given or required to be given in the above-captioned cases, and all papers served or required to be served in these cases, be given to and served upon the following:

    Brett H. Miller
    Todd M. Goren
    James H. Burbage
    **WILLKIE FARR & GALLAGHER LLP**
    787 Seventh Avenue
    New York, New York 10019
    Telephone: 212-728-8000
    Facsimile: 212-728-8111
    Email: bmiller@willkie.com
          tgoren@willkie.com
          jburbage@willkie.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

**AND**

Jennifer J. Hardy (Texas Bar No. 24096068)
**WILLKIE FARR & GALLAGHER LLP**
600 Travis Street
Houston, Texas 77002
Telephone:  713-510-1700
Facsimile:  713-510-1799
Email:  jhardy2@willkie.com

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

Dated:   Houston, Texas
         January 10, 2023

          Respectfully Submitted,

          **WILLKIE FARR & GALLAGHER LLP**

          By:  /s/ Jennifer J. Hardy
          Jennifer J. Hardy (Texas Bar No. 24096068)
          600 Travis Street
          Houston, Texas 77002
          Telephone:  713-510-1700
          Facsimile:  713-510-1799
          Email:  jhardy2@willkie.com

          **AND**

          Brett H. Miller (*pro hac vice* motion pending)
          Todd M. Goren (*pro hac vice* motion pending)
          James H. Burbage (*pro hac vice* motion pending)
          787 Seventh Avenue
          New York, New York 10019
          Telephone: 212-728-8000
          Facsimile: 212-728-8111
          Email: bmiller@willkie.com
                tgoren@willkie.com
                jburbage@willkie.com

          *Proposed Counsel to the Official Committee of Unsecured Creditors*

**Certificate of Service**

    I certify that on January 10, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

By:   /s/ Jennifer J. Hardy
        Jennifer J. Hardy