UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, et al. | |

This lawyer, who is admitted to the State Bar of ___New York___:

| | |
|---|---|
| Name Firm Street City & Zip Code Telephone Licensed: State & Number | Todd M. Goren Willkie Farr & Gallagher LLP 787 Seventh Avenue New York, New York 10019 212-728-8000 New York /  4168076 |

Seeks to appear as the attorney for this party:

| Official Committee of Unsecured Creditors |
|---|
| Dated: January 10, 2023    Signed: _____ |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:    Signed: _____
                        Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
                        United States Bankruptcy Judge