IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*[1], | § § § § § | Case No. 22-90341 (DRJ) |
| DEBTORS. | § | (Joint Administration Requested) |

## NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES, AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Stephane O'Rourke and Jay K. Farwell appear as counsel for creditor Huband-Mantor Construction, Inc. ("Huband") and hereby submit this notice of appearance in the above-captioned proceeding and request notice of all hearings and conferences herein and make a demand for service of all papers herein, including, but not limited to, papers and notices pursuant to Bankruptcy Rules 1009, 2002, 3017, 9007 and 9010 and § 342 (if applicable) of the Bankruptcy Code.  All notices given or required to be given in this case shall be given to and served upon Stephanie O'Rourke and Jay K. Farwell at the following address:

> Stephanie O'Rourke
> Jay K. Farwell
> COKINOS | YOUNG
> 10999 I-10 West
> Suite 800
> San Antonio, Texas 78230

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address in 210 Barton Springs Road, Suite 300, Austin, Texas 78704

notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleadings or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, whether or not filed with or delivered to the Bankruptcy Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above-referenced bankruptcy case and any proceedings related thereto.

**PLEASE TAKE FURTHER NOTICE** that Huband intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (i) the rights of Huband to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) the rights of Huband to trial by jury in any proceedings so triable in these cases or any case, controversy or proceeding related to these cases; (iii) the rights of Huband to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Huband is or may be entitled under agreements, at law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoff, and recoupments the undersigned expressly reserves on behalf of Huband.

Respectfully submitted,

**COKINOS | YOUNG**
10999 IH-10 West, Suite 800
San Antonio, Texas 78230
(210) 293-8700 (Telephone)
(210) 293-8733 (Facsimile)

By */s/ Jay K. Farwell*
Stephanie O'Rourke
State Bar No.: 15310800
Email: sorourke@cokinoslaw.com
Jay K. Farwell

State Bar No. 00784038
Email: jfarwell@cokinoslaw.com

**COUNSEL FOR CREDITOR HUBAND-MANTOR CONSTRUCTION, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2023, true and correct copies of the foregoing Notice of Appearance and Request for Service of Papers were served by the Court's Electronic Filing system.

*/s/ Jay K. Farwell*
JAY K. FARWELL