| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, et al. | |

This lawyer, who is admitted to the State Bar of ___New York___ :

| | |
|---|---|
| Name | Todd M. Goren |
| Firm | Willkie Farr & Gallagher LLP |
| Street | 787 Seventh Avenue |
| City & Zip Code | New York, New York 10019 |
| Telephone | 212-728-8000 |
| Licensed: State & Number | New York / 4168076 |

Seeks to appear as the attorney for this party:

| Official Committee of Unsecured Creditors |
|---|
| Dated: January 10, 2023    Signed: /s/ Todd M. Goren |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:     Signed: _____
                        Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____                        _____
                                                                          United States Bankruptcy Judge