| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of ___Oklahoma___:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Gary M. McDonald<br>McDonald Law, PLLC<br>15 West 6th Street, Suite 2606<br>Tulsa, OK  74119<br>(918) 430-3701<br>Oklahoma Bar No. 5960 |
|---|---|

Seeks to appear as the attorney for this party:

| J.W. Didado Electric, LLC |
|---|
| Dated: 01/11/2023 — Signed: /s/ Gary M. McDonald |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated: _____  Signed: _____
                       Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                          United States Bankruptcy Judge