IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § | |

### NOTICE OF CHANGE OF NAME OF LAW FIRM

PLEASE BE ADVISED that as of January 3, 2023, our name changed to the following:

**Ross, Smith & Binford, PC**

PLEASE BE FURTHER ADVISED that as of January 9, 2023, our email addresses have changed to the following:

Judith W. Ross' new email address:  judith.ross@rsbfirm.com
Frances A. Smith's new email address:  frances.smith@rsbfirm.com
Jason Binford's new email address:  jason.binford@rsbfirm.com
Eric Soderlund's new email address:  eric.soderlund@rsbfirm.com
Jessica Lewis' new email address:  jessica.lewis@rsbfirm.com

Our address, telephone numbers, and facsimile numbers remain the same.

Upon receipt, please update your records.  Thank you for your assistance.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

| | |
|---|---|
| Dated:  January 12, 2023 | **ROSS, SMITH & BINFORD, PC** |

                                                                                                                             By: */s/ Jason Binford*
                                                                                                                             Jason Binford
State Bar No. 24045499
S. Dist. Bar No. 574720
Ross, Smith & Binford, PC
2003 N. Lamar Blvd., Suite 100
Austin, Texas 78705
Telephone: 512-351-4778
Facsimile: 214-437-6650
Email: jason.binford@rsbfirm.com

*Counsel to Tenaska Power Services Co.*

## CERTIFICATE OF SERVICE

      I certify that on January 12, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                                    */s/ Jason Binford*
                                                                                    Jason Binford