| UNITED STATES BANKRUPTCY COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of _____Texas_____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Craig M. Crockett<br>The Crockett Firm<br>5201 Camp Bowie Blvd., Suite 200<br>Fort Worth, Texas 76107<br>817-886-0097<br>November 1994, State Bar of Texas #00790533 |
|---|---|

Seeks to appear as the attorney for this party:

| Texas Capitalization Resource Group, Inc. | |
|---|---|
| Dated: 01-13-2023 | Signed: /s/ Craig M. Crockett |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated: _____ Signed: _____<br>Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                                           United States Bankruptcy Judge