**<u>EXHIBIT C</u>**

**Koza Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC.**, *et al.*, | § | **Case No. 22-90341 (DRJ)** |
| | § | |
| **Debtors.** [1] | § | **(Jointly Administered)** |
| | § | |

### DECLARATION OF ERIC S. KOZA IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER APPROVING THE EMPLOYMENT AND RETENTION OF ALIXPARTNERS, LLP AS FINANCIAL ADVISOR TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

I, Eric S. Koza, make this declaration pursuant to 28 U.S.C. § 1746, and state:

1.       I am a Managing Director with AlixPartners, LLP ("**AlixPartners**"), [2] which has a place of business at 909 Third Avenue, New York, New York 10022.

2.       I submit this declaration on behalf of AlixPartners in support of the *Debtors' Application for an Order Authorizing the Employment and Retention of AlixPartners, LLP as Financial Advisor Effective as of the Petition Date* (the "**Application**") by which the Debtors are seeking retention of AlixPartners on the terms and conditions set forth in the Application and the engagement letter between the Debtors and AlixPartners attached to the Application as **Exhibit B** (the "**Engagement Letter**"). Except as otherwise noted,[3] I have personal knowledge of the matters

---

[1]       The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2]       Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

[3]       Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at AlixPartners and are based on information provided by them.

set forth herein. If called and sworn as a witness, I could, and would, testify competently to the matters set forth herein.

## AlixPartners' Qualifications

3.      AlixPartners is an internationally recognized restructuring and turnaround firm with substantial experience in providing financial advisory services and has an excellent reputation for its work in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United States.  In light of the size and complexity of these Chapter 11 Cases, the Debtors require a qualified and experienced financial advisor with the resources, capabilities, and experience of AlixPartners to assist them in taking steps that are crucial to the success of these Chapter 11 Cases.  AlixPartners performs critical services that complement the services provided by the Debtors' other professionals.

4.      AlixPartners has assisted, advised, and provided strategic advice to debtors, creditors, bondholders, investors, and other entities in numerous chapter 11 cases of similar size and complexity to these Chapter 11 Cases.  Its professionals have provided restructuring or crisis management services in numerous large cases, including recent filings in this district.  *See, e.g.*, *In re Carlson Travel Inc.*, No. 21-90017 (MI) (Bankr. S.D. Tex. Jan. 12, 2022); *In re Basic Energy Svcs., Inc.*, No. 21-90002 (DRJ) (Bankr. S.D. Tex. Oct. 21, 2021); *In re Pac. Drilling S.A.*, No. 20-35212 (DRJ) (Bankr. S.D. Tex. Dec. 16, 2020); *In re UTEX Indus., Inc.*, No. 20-34932 (DRJ) (Bankr. S.D. Tex. Dec. 3, 2020); *In re Oasis Petroleum, Inc.*, No. 20-34771 (MI) (Bankr. S.D. Tex. Nov. 10, 2020); *In re Lonestar Res. US Inc.*, No. 20-34805 (DRJ) (Bankr. S.D. Tex. Nov. 6, 2020); *In re Fieldwood Energy LLC*, No. 20-33948 (MI) (Bankr. S.D. Tex. Oct. 6, 2020); *In re Tailored Brands, Inc.*, No. 20-33900 (MI) (Bankr. S.D. Tex. Oct. 6, 2020); *In re Neiman Marcus Group LTD LLC*, No. 20-32519 (DRJ) (Bankr. S.D. Tex. Sept. 25, 2020); *In re Noble Corp.*, No. 20-33826 (DRJ) (Bankr. S.D. Tex. Sept. 14, 2020); *In re Bruin E&P Partners, LLC*, No. 20-33605

(MI) (Bankr. S.D. Tex. Aug. 27, 2020); *In re NPC Int'l, Inc.*, No. 20-33353 (DRJ) (Bankr. S.D. Tex. Aug. 14, 2020); *In re J. C. Penney Co., Inc.*, No. 20-20182 (DRJ) (Bankr. S.D. Tex. July 2, 2020); *In re McDermott Int'l Inc.*, No. 20-30336 (DRJ) (Bankr. S.D. Tex. May 20, 2020); *In re Tri-Point Oil & Gas Prod. Sys., Inc.*, No. 20-31777 (DRJ) (Bankr. S.D. Tex. Apr. 25, 2020); *In re Sheridan Holding Co. I, LLC*, No. 20-31884 (MI) (Bankr. S.D. Tex. Apr. 24, 2020); *In re SRII Opco, LP and SRII Opco GP, LLC*, No. 19-35133 (MI) (Bankr. *S.D. Tex.* Apr. 21, 2020); and *In re Sheridan Holding Co. II, LLC*, No. 19-35198 (MI) (Bankr. S.D. Tex. Oct. 21, 2019).

5.      In addition to AlixPartners' experience and reputation for providing financial advisory services in large, complex chapter 11 cases, AlixPartners has performed significant prepetition work for the Debtors since November of 2022.  As a result, AlixPartners has acquired significant knowledge of the Debtors and their businesses, and familiarity with the Debtors' financial affairs, debt structure, operations, and related matters.  Likewise, in providing prepetition services to the Debtors, AlixPartners' professionals have worked closely with the Debtors' management and their other advisors.  Accordingly, AlixPartners has experience, expertise, and specifically relevant knowledge regarding the Debtors that will assist it in providing effective and efficient services in these Chapter 11 Cases.  The retention of AlixPartners on the terms and conditions set forth herein is necessary and appropriate, in the best interest of the Debtors, their estates, and all parties in interest, and should be granted in all respects.

6.      If the Application is approved, the AlixPartners Personnel, all with substantial expertise in the areas discussed above, will continue to provide necessary services to the Debtors. Such personnel will work closely with the Debtors' management and other professionals throughout the reorganization process.  By virtue of the expertise of its restructuring personnel and the significant work that AlixPartners performed for the Debtors during its prepetition

representation of the Debtors, AlixPartners is well-qualified to provide services to and represent the Debtors' interests in these Chapter 11 Cases.

### Services to be Provided

7.      Prior to the Petition Date, the Debtors and AlixPartners entered into the Engagement Letter, which governs the relationship between them.  The terms and conditions of the Engagement Letter were negotiated between the Debtors and AlixPartners and reflect the parties' mutual agreement as to the substantial efforts that will be required in this engagement. Subject to further order of the Court, AlixPartners may provide the services described in the Engagement Letter as AlixPartners and the Debtors shall deem appropriate and feasible in order to advise the Debtors in the course of these Chapter 11 Cases, including, but not limited to, the following:

- Advise and assist in development of the Debtors' short and long-term liquidity outlook and funding needs analysis, subject to various strategic alternatives being evaluated.

- Advise and assist the Debtors with development and implementation of cash management strategies, tactics and processes.

- Advise and assist the Debtors to identify and implement both short-term and long-term liquidity generating initiatives.

- Advise and assist the Debtors with development of their revised business plan, and such other related forecasts as may be required by the creditors in connection with negotiations or by the Debtors for other corporate purposes.

- Advise and assist the Debtors in the design and implementation of a restructuring strategy designed to maximize enterprise value, taking into account the unique interests of all constituencies.

- Advise and assist the Debtors' financial function, without limitation, with: (i) strengthening the core competencies of the finance organization, particularly cash management, planning, general accounting and financial reporting information management; and (ii) formulation and negotiation with respect to a plan of reorganization.

- Advise and assist the Debtors to negotiate and implement restructuring initiatives and evaluate strategic alternatives.

- Advise and assist the Debtors with their communications and/or negotiations with outside parties including the Debtors' stakeholders, banks and potential acquirers of Company assets.

- Advise and assist the Debtors on the financial reporting requirements attendant to a bankruptcy filing, including but not limited to court orders, court approved transactions, emergence and fresh-start reporting.

- Assist the Debtors with such other matters as may be requested that fall within AlixPartners' expertise and that are mutually agreeable.

8.     Such financial advisory services are necessary to the Debtors' restructuring efforts and in the ongoing operation and management of the Debtors' businesses while subject to chapter 11 of the Bankruptcy Code.

9.     When necessary, the AlixPartners Personnel will be assisted by or replaced by various professionals at various levels.

## No Duplication of Services

10.     The financial advisory services provided by AlixPartners will complement, and not duplicate, the services rendered by any other professional retained in these Chapter 11 Cases.

## Fee and Expense Structure

11.     AlixPartners' decision to accept this engagement to provide services to the Debtors is conditioned upon its ability to be retained in accordance with its customary terms and conditions of employment, compensated for its services, and reimbursed for the out-of-pocket expenses it incurs in accordance with its customary billing practices, as set forth in **Schedule 1** of the Engagement Letter (the "**Fee and Expense Structure**").

12.     AlixPartners' current standard hourly rates for 2023, subject to periodic adjustments, are as follows:

| Title | Hourly Rate |
|---|---|
| Managing Director | $1,140 – $1,400 |
| Partner | $1,115 |
| Director | $880 – $1,070 |
| Senior Vice President | $735 – $860 |
| Vice President | $585 – $725 |
| Consultant | $215 – $565 |
| Paraprofessional | $360 – $380 |

13.     AlixPartners generally reviews and revises its billing rates semi-annually.  Changes in applicable hourly rates will be noted on the invoices for the first time period in which the revised rates become effective.

14.     In addition to compensation for services rendered by the AlixPartners Personnel, AlixPartners will seek reimbursement for reasonable and necessary expenses incurred in connection with these Chapter 11 Cases, including, but not limited to, transportation costs, lodging, and meals.

15.     AlixPartners intends to apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these Chapter 11 Cases, subject to this Court's approval, and in compliance with applicable provisions of the Bankruptcy Code, including sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court, and consistent with the proposed terms of compensation set forth in the Engagement Letter.

16.     AlixPartners will maintain records in support of any fees (in 1/10th of an hour increments), costs, and expenses incurred in connection with services rendered in these Chapter

11 Cases. Records will be arranged by category and nature of the services rendered and will include reasonably detailed descriptions of services provided on behalf of the Debtors.

17. AlixPartners often works for compensation that includes hourly-based fees and performance-based, contingent-incentive compensation earned upon achieving meaningful results. AlixPartners does not seek a success fee in connection with these Chapter 11 Cases.

18. To the extent the Debtors request services related to electronic discovery and data collection, certain monthly hosting fees and consulting fees will apply, as further detailed and outlined by the Engagement Letter.

19. To the extent AlixPartners requires the services of its international divisions or personnel from specialized practices, the standard hourly rates for that international division or specialized practice will apply.

20. To the extent AlixPartners uses the services of independent contractors (the "**Contractors**") in these Chapter 11 Cases, AlixPartners shall: (a) pass through the cost of such Contractors to the Debtors at the same rate that AlixPartners pays the Contractors; (b) seek reimbursement for actual costs only; (c) ensure that the Contractors are subject to the same conflict checks as required for AlixPartners; and (d) file with the Court such disclosures required by Bankruptcy Rule 2014.

21. The Fee and Expense Structure is consistent with and typical of compensation arrangements entered into by AlixPartners and other comparable firms that render similar services. I believe that the Fee and Expense Structure is reasonable, market-based, and designed to compensate AlixPartners fairly for its work and to cover fixed and routine overhead expenses.

22. AlixPartners received a retainer in the amount of $200,000]\ from the Debtors (the "**Retainer**"). According to AlixPartners' books and records, during the 90-day period prior to the

7

Petition Date, the Debtors paid AlixPartners $950,000 in aggregate for professional services performed and expenses incurred, including advanced payments and including the Retainer.

23.     AlixPartners is requesting that any balance of the Retainer constitute an evergreen retainer as security for post-petition services and expenses.  An evergreen retainer is appropriate in these Chapter 11 Cases because it reflects normal business terms in the marketplace and because AlixPartners and the Debtors are sophisticated business entities that have negotiated the Retainer at arm's length.

24.     Due to the ordinary course and unavoidable reconciliation of fees and submission of expenses immediately prior, and subsequent to, the Petition Date, AlixPartners may have incurred fees and reimbursable expenses that relate to the prepetition period which remain unpaid. Approval is sought from this Court for AlixPartners to apply the Retainer to these unpaid amounts. Upon entry of an order approving the relief requested herein, AlixPartners will apply the Retainer to the unpaid amounts, and the Debtors will not owe AlixPartners any sums for prepetition services.

**Indemnification Provisions**

26.     The Engagement Letter contains standard indemnification language with respect to AlixPartners' services including, without limitation, an agreement by the Debtors to indemnify AlixPartners and its affiliates, partners, directors, officers, employees, and agents (each, an "**AlixPartners Party**" and collectively, the "**AlixPartners Parties**") from and against all claims, liabilities, losses, expenses, and damages arising out of or in connection with the engagement of AlixPartners that is the subject of the Engagement Letter, except to the extent caused by gross negligence or willful misconduct of any AlixPartners Party.

27.     The Debtors and AlixPartners believe that the indemnification provisions contained in the Engagement Letter, as may be amended in the Proposed Order, are customary and reasonable

8

for AlixPartners and comparable firms providing financial advisory services, and reflect the qualifications and limitations on indemnification provisions that are customary in this district and others. *See, e.g., In re Tops Holding II Corp.*, No. 18-22279 (Bankr. S.D.N.Y. Mar. 22, 2018); *In re Fieldwood Energy LLC,* No. 18-30648 (Bankr. S.D. Tex. Mar. 8, 2018); *In re Pac. Drilling S.A.,* No. 17-131393 (Bankr. S.D.N.Y. Jan. 26, 2018); *In re Orchard Acquisition Co., LLC (J.G. Wentworth)*, No. 17-12914 (Bankr. D. Del. Jan. 5, 2018); *In re Castex Energy Partners, L.P.*, No. 17-35835 (Bankr. S.D. Tex. Dec. 4, 2017); *In re GulfMark Offshore, Inc.*, No. 17-11125 (Bankr. D. Del. June 15, 2017); *In re Vanguard Nat. Res., LLC*, No. 17-30560 (Bankr. S.D. Tex. Mar. 20, 2017); *In re Azure Midstream Partners, LP*, No. 17-30461 (Bankr. S.D. Tex. Mar. 10, 2017); *In re Am. Gilsonite Co.*, No. 16-12316 (Bankr. D. Del. Nov. 18, 2016); *In re CJ Holding Co.*, No. 16-33590 (Bankr. S.D. Tex. Sept. 12, 2016); *In re Midstates Petrol. Co.,* No. 16-32237 (Bankr. S.D. Tex. July 12, 2016); *In re Chaparral Energy, Inc.*, No. 16-11144 (Bankr. D. Del. June 10, 2016); *In re Ryckman Creek Res., LLC*, No. 16-10292 (Bankr. D. Del. Feb. 29, 2016); *In re Energy & Exp. Partners, Inc.*, No. 15-44931 (Bankr. N.D. Tex. Feb. 8, 2016); *In re Parallel Energy LP*, No. 15-12263 (Bankr. D. Del. Dec. 16, 2015); *In re The Great Atl. & Pac. Tea Co., Inc.*, No. 15-23007 (Bankr. S.D.N.Y. Aug. 11, 2015); *In re Altegrity, Inc.*, No. 15-10226 (Bankr. D. Del. Mar. 16, 2015).

28.     Moreover, the terms and conditions of the indemnification provisions were negotiated by the Debtors and AlixPartners at arm's length and in good faith.  The provisions contained in the Engagement Letter, viewed in conjunction with the other terms of AlixPartners' proposed retention, are reasonable and in the best interest of the Debtors, their estates, and all parties in interest in light of the fact that the Debtors require AlixPartners' services to ensure the success of these Chapter 11 Cases.  Accordingly, as part of this Application, the Debtors request

that the Court approve the indemnification provisions as set forth in the Engagement Letter, as may be amended by the Proposed Order.

### AlixPartners' Disinterestedness

29.     In connection with its proposed retention by the Debtors in these Chapter 11 Cases, AlixPartners undertook a complex process, the details of which are set forth in **Schedule 2**, to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors' estates.  Specifically, AlixPartners obtained from the Debtors and/or their representatives a potential parties in interest list in these Chapter 11 Cases (each party a "**Party in Interest**", and collectively the "**Parties in Interest List**").  The Parties in Interest List is attached hereto as **Schedule 1.** A search was performed for connections to each Party in Interest as to AlixPartners Holdings, LLP, AlixPartners' parent company ("**Holdings**"), and each of Holdings' U.S. and non-U.S. subsidiaries ("**Holdings Enterprise**", collectively "**AP**").  Results for connections to the Parties in Interest List are disclosed on **Schedule 2**.

30.     Based on that review, AlixPartners represents that, to the best of its knowledge, AlixPartners knows of no fact or situation that would represent a conflict of interest, cause it not to be disinterested or hold or represent an interest adverse to the Debtors' estates.

31.     AlixPartners and its affiliates are advisors and crisis managers providing services and advice in many areas, including restructuring and distressed debt.  As part of its diverse practice, AlixPartners appears in numerous cases, proceedings, and transactions involving many different law firms, accountants, investment bankers, and financial consultants, some of whom may represent claimants and parties in interest in these Chapter 11 Cases.  Further, AlixPartners has in the past, and may in the future, be represented by various attorneys and law firms, some of whom may be involved in these Chapter 11 Cases.  In addition, AlixPartners has been in the past,

and likely will be in the future, engaged in matters unrelated to the Debtors or these Chapter 11 Cases in which it works with or in opposition to other professionals involved in these Chapter 11 Cases. Moreover, AlixPartners might have referred work to other professionals retained in these Chapter 11 Cases. Likewise, professionals retained in these Chapter 11 Cases might have referred work to AlixPartners. To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, none of these business relationships constitute interests adverse to the Debtors.

32.     From time to time, AlixPartners has provided services, and likely will continue to provide services, to certain creditors of the Debtors and various other parties adverse to the Debtors in matters wholly unrelated to these Chapter 11 Cases. As described herein, however, AlixPartners has undertaken a detailed search to determine, and to disclose, whether it is providing or has provided services to any significant creditor, equity security holder, insider, or other party in interest in such unrelated matters.

33.     To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, none of the AlixPartners Personnel (a) have any connection with the United States Trustee for the Southern District of Texas (the "**U.S. Trustee**"), or any employee in the Office of the U.S. Trustee; or (b) are related or connected to any United States Bankruptcy Judge for the Southern District of Texas, except as otherwise set forth **Schedule 2**.

34.     To the best of my knowledge, none of the members of the engagement team or AP is a direct holder of any of the Debtors' securities. It is possible that members of the engagement team or certain of AlixPartners' employees, managing directors, board members, equity holders, or an affiliate of any of the foregoing, may own interests in mutual funds or other investment vehicles (including various types of private funds) that own the Debtors' or other parties in interest's debt or equity securities or other financial instruments, including bank loans and other

11

obligations.  Typically, the holders of such interests have no control over investment decisions related to such investment funds or financial instruments.  AlixPartners' policy prohibits its employees from personally trading in the Debtors' securities.

35.     To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, AlixPartners has not been retained to assist any entity or person other than the Debtors on matters relating to, or in direct connection with, these Chapter 11 Cases. AlixPartners will continue to provide professional services to entities that may be creditors or equity security holders of the Debtors or other parties in interest in these Chapter 11 Cases, provided that such services do not relate to, or have any direct connection with, these Chapter 11 Cases.

36.     Certain of AlixPartners' employees, managing directors, board members, equity holders, or an affiliate of any of the foregoing may have financial accounts or insurance relationships with a potential party in interest.

37.     Despite the efforts described above to identify and disclose the connections that AP and its affiliates have with parties in interest in these Chapter 11 Cases, because the Debtors form a large enterprise with numerous creditors and other relationships, AlixPartners is unable to state with certainty that every client relationship or other connection has been identified and disclosed.

38.     In accordance with section 504 of the Bankruptcy Code and Bankruptcy Rule 2016, neither I nor AlixPartners has entered into any agreements, express or implied, with any other party in interest, including the Debtors, any creditor, or any attorney for such party in interest in these Chapter 11 Cases, (a) for the purpose of sharing or fixing fees or other compensation to be paid to any such party in interest or its attorneys for services rendered in connection therewith, (b) for payment of such compensation from the assets of the estates in excess of the compensation allowed by the Court pursuant to the applicable provisions of the Bankruptcy Code, or (c) for payment of

12

compensation in connection with these Chapter 11 Cases other than in accordance with the applicable provisions of the Bankruptcy Code.

39.     Accordingly, except as otherwise set forth herein, insofar as I have been able to determine, neither I, AlixPartners nor any of the AlixPartners Personnel holds or represents any interest adverse to the Debtors or their estates, and AlixPartners is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, in that AlixPartners and its professionals and employees who will work on the engagement:

(a)     are not creditors, equity security holders, or insiders of the Debtors;

(b)     were not, within two years before the Petition Date, a director, officer or employee of the Debtors; and

(c)     do not have an interest materially adverse to the interest of the Debtors' estate or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

40.     If AlixPartners discovers additional information that requires disclosure, AlixPartners will promptly file a supplemental disclosure with the Court as required by Bankruptcy Rule 2014. AlixPartners reserves the right to supplement this Declaration in the event that AlixPartners discovers any facts bearing on matters described in this Declaration regarding AlixPartners' employment by the Debtors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 13, 2023

ALIXPARTNERS, LLP

By:     */s/ Eric S. Koza*                                    
          Eric S. Koza
          Managing Director

## **SCHEDULE 1**

### **Retention Checklist**

- Debtors
- Debtors' Trade Names and Aliases (up to 8 years) (a/k/a, f/k/a, d/b/a)
- Bank Accounts
- Bankruptcy Judges and Staff for the Southern District of Texas
- Bondholders/Noteholders/Indenture Trustees
- Clerk of the Court for the Southern District of Texas
- Contract Counterparties (includes patents and intellectual property)
- Current Officers and Directors
- Affiliation of Current Officers and Directors
- Benefit Providers (Workers Compensation/Pension Plans/Third Party Administrators)
- Debtors Professionals (law firms, accountants and other professionals)
- Former Officers and Directors
- Insurance/Insurance Broker/Insurance Provider/Surety Bonds
- Landlords and Parties to Leases
- Lenders
- List of the Top 30 Unsecured Creditors
- List of the Creditors Holding the Top 100 Largest Unsecured Claims (Excluding Insiders)
- List of 5 Largest Secured Claims
- Litigation Counterparties/Litigation Pending Lawsuits (includes threatened litigation)
- Non-Debtor Affiliates and Subsidiaries
- Non-Debtor Professionals
- Official Committee of Unsecured Creditors
- Other Parties in Interest (Notice of Appearance Parties, and any other person or group appointed)
- Ordinary Course Professionals
- Other Secured Parties (Letters of Credit/ Issuers of Letters of Credit)
- Partnerships (if debtors is a partnership, its general and limited partners)
- Regulatory and Government Authorities – yellow not on excel but ran
- Secured Creditors
- Significant Competitors
- Significant Customers and Contract Counterparties*
- Significant Shareholders (more than 5% of equity)
- Significant Vendors/Suppliers
- Taxing Authorities
- U.S. Attorney's Office for the Southern District of Texas
- UCC Search Results/UCC Lien Search Results
- Unions N/A
- United States Trustee and Staff for the Southern District of Texas
- Utility Providers/ Utility Brokers

**Potential Parties in Interest**

**Debtors:**
Core Scientific Mining LLC
Core Scientific, Inc.
Core Scientific Acquired Mining LLC
Core Scientific Operating Company
Radar Relay, Inc.
Core Scientific Specialty Mining (Oklahoma) LLC
American Property Acquisition, LLC
Starboard Capital LLC
RADAR LLC
American Property Acquisitions I, LLC
American Property Acquisitions VII, LLC

**Debtors' Trade Names and Aliases (up to 8 years) (a/k/a, f/k/a, d/b/a):**
155 Palmer Lane, LLC
Blockcap, Inc.
Core Scientific Holdings Co.
Core Scientific, Inc.
GPU One Holdings, LLC
Mineco Holdings, Inc.
Power & Digital Infrastructure Acquisition Corp.
Radar Relay, LLC
XPDI

**Bank Accounts:**
Bank of America
City National Bank
Bremer Bank

**Bankruptcy Judges and Staff for Southern District of Texas:**
Judge David R. Jones
Judge Marvin Isgur
Judge Christopher M. Lopez
Judge Jeffrey P. Norman
Judge Eduardo V. Rodriguez
Peter Bray
Jason Marchand
Albert Alonzo
Rosario Saldan
Christina Bryan
Melissa Morgan-Faircloth
LinhThu Do
Mario Rios
Yvonne Ho

Samantha Warda
Dena Hanovice Palermo
Carol Felchak
Jeannie Chavez
Sam S. Sheldon
Shannon Jones

**Bondholders/Noteholders/Indenture Trustees:**
U.S. Bank National Association

**Clerk of the Court for Southern District of Texas:**
Darlene Hansen
Nathan Ochsner

**Contract Counterparties (includes patents and intellectual property)**
(See Significant Customers and Contract Counterparties)

**Current Officers and Directors:**
Carol Haines
Darin Feinstein
Denise Sterling
Jarvis Hollingsworth
Jeff Pratt
Jeff Taylor
Katharine ("Katy") Hall
Kneeland Youngblood
Krista Rhynard
Kyle Buckett
Lynn Burgener
Matthew Brown ("Matt")
Matthew Minnis ("Matt")
Michael Bros
Michael Levitt ("Mike")
Neal P. Goldman
Russell Cann
Steve Gitlin
Todd DuChene
Weston Adams
**Affiliation of Current Officers and Directors:**
Baylor Health Care System Foundation
California Institute of Technology (Caltech)
Diamond Offshore Drilling, Inc.
Kayne Anderson BDC, LLC
Kayne Anderson Capital Advisors, L.P.

Kayne Anderson Energy Infrastructure Fund
     Inc. (KYN)
Kayne Anderson NextGen Energy &
     Infrastructure Inc. (KMF)
Laredo Petroleum, Inc.
Mackay Shields, LLC
Mallinckrodt Pharmaceuticals
Memorial Hermann Hospital System
Och Ziff Capital Management, LP
Pledgeling Technologies
Prostate Cancer Foundation
Scientific Games Corporation
Southwestern Medical Foundation
Talos Energy, Inc.
Teacher Retirement System of Texas
The Council on Foreign Relations
The Music Acquisition Corp
TPG Pace Beneficial Finance Corporation I and
     II
Weatherford International

**Benefit Providers:**
     (Workers Compensation/ Pension Plans
     /Third Party Administrators)
Aetna
Aflac
Allstate Benefits
American Security and Protection Services LLC
Blue Cross Blue Shield CA
Blue Cross Blue Shield NC
BNY Mellon Bank
Chubb Personal Excess Liability Insurance
Citibank (Administered by PayFlex)
Delta Dental
Expensify Payments LLC
Farmers Group Select Home & Auto Insurance
Florida Blue
Globalization Partners Professional Services
Group Health Aetna
Guardian
Kaiser Permanente
MetLife
Optum Bank
Securitas Security Services USA, Inc.
TriNet - COBRA
TriNet HR III, LLC
Tufts
UnitedHealthcare ("UHC")
Vision Service Plan ("VSP")

**Debtors Professionals:**
AlixPartners LLP
PJT Partners LP
Stretto, Inc.
Weil, Gotshal & Manges LLP

**Former Officers and Directors:**
Aber Whitcomb
Alan Curtis
Brandon Curtis
Brett Harrison
Brian Neville
Bryce Johnson
Caleb Tebbe
Christel Sice
Christy Barwick
Clark Swanson
Colin Crowell
Dan Christen
Devon Eldridge
George Kollitides
Harlin Dean
Kevin Turner
Larry Rudolph
Matthew Bishop
Michael Truzpek
Peter Dorrius
Peter J. Novak
Peter Sladic
Sharon Orlopp
Stacie Olivares

**Insurance/Insurance Broker/Insurance
Provider/Surety Bonds:**
AmTrust
AON
Arch Specialty Ins. Co (via AmWins)
Ascot Syndicate No. 1414 (Ethos via AmWins)
Aspen Specialty Ins. Co (via AmWins)
AXIS Surplus Ins. Co (via Amwins)
Beazley (Lloyd's Syndicate 2623)
Beazley (Lloyd's Syndicate No. 2623 (Beazley
     UK)
Beazley Insurance Company
Berkley National Insurance Company
Berkley Prof Liability
Berkshire Hathaway Specialty Ins. Company
CAC Specialty
Columbia Casualty Company (CNA)
Endurance American Specialty Insurance
     Company (Sompo)

Federal Insurance Company (Chubb)
General Casualty Co of WI (QBE)
Harco National Insurance Company (360)
Hiscox Insurance Company
Kinsale Insurance Company (via Amwins)
Landmark American Insurance Company (RSUI via Amwins)
Lexington Insurance Company (AIG) via RT Specialty
Lexington Insurance Company (via Amwins)
Lloyd's Syndicate No. 2623 (Beazley UK)
National Union Fire Ins. Co of Pittsburgh (AIG)
Navigators Insurance Co (Hartford)
Obsidian Specialty Insurance Company (Orion via RT Specialty)
Pennsylvania Insurance Company (Applied via RT Specialty)
Policies Held by PEOs TriNet and Globalization Partners
QBE Insurance Corporation
Starr Indemnity & Liability Co
Swiss Re Corporate Solutions Capacity Ins. Corp (via Amwins)
The Princeton Excess & Surplus Lines Ins. Co (Munich Re via Amwins)
U.S. Customs and Border Protection
Vantage Risk Specialty Insurance Company (RT Specialty)
Wright National Flood Ins. Co (NFIP)
XL Specialty Ins. Co.

**Landlords and Parties to Leases:**
Cheryl Ogle & the Crystal Ogle Management Trust
City of Denton
Dalton-Whitfield Joint Development Authority
Elmington Property Management LLC
Elmington Property Mgmt. LLC - Monarch Apartments
Hannig Row Partnership
Hudson GRC LLC
Hurd Real Estate Associates
Jobe Ranch Family Limited Partnership, Lessor (11/15/2021)
Jobe Ranch Family Limited Partnership
Liberty Point Apartments
Minnkota Power Cooperative Inc.
Minnkota Power Cooperative, Lessor (Commercial Lease, Ground Lease)
Mobley Holdings LLC - Liberty Point Apartments

Monarch Apartment Homes
Ncredible Properties
Nodak Electric Cooperative
Nodak Electric Cooperative Inc.
Peerless Events & Tents LLC
SRPF A QR Riversouth LLC
The District
The Preserve at Spring Creek
Tien Yun Investments, LLC (dba TY Properties)
Worksmith, Inc.

**Lenders:**
1994 Steinfeld Family Trust
36th Street Capital
ACM ELF ST, LLC (Atalaya)
Amplify Transformational Data Sharing ETF
Anchorage Lending CA, LLC
Andrew Rosen 2004 Successor Insurance Trust
Apollo Centre Street Partnership, L.P.
Apollo Lincoln Fixed Income Fund, L.P.
Apollo Moultrie Credit Fund, L.P.
Apollo Tactical Value SPN Investments, L.P.
Arctos Credit, LLC
B. Riley Bridge Loan
B. Riley Commercial Capital, LLC
Bank of the West
Barings BDC, Inc.
Barings Capital Investment Corporation
Barings Private Credit Corp
Barkley Investments, LLC
Better Downtown Miami LLC
Birch Grove Strategies Master Fund LP
BlackRock Credit Alpha Master Fund L.P.
BlockFi
BlockFi A
BlockFi B
BlockFi Lending, LLC
Bremer Bank
BRF Finance Co., LLC
Brown Corporation
Cannon Investments LLC
Celsius Core LLC
Corbin Opportunity Fund, L.P.
Cryptonic Black, LLC
David Sarner
De Lage Landen Financial Services, Inc.
Dell Financial Services L.L.C.
Douglas Lipton
Ferro Investments Ltd.
FGK Investments Ltd.
Fidelity Capital Corp.

First Sun Investments, LLC
Frank Pollaro
FTF Diversified Holdings, LP
Galaxy Digital LP
Garic Limited
Genesis Global Capital, LLC
Genesis Global Capital, LLC #1
Greensledge Merchant Holdings, LLC
Gullane Capital Partners, LLC
Gullane Digital Asset Partners OP, LLC
Gullane Digital Asset Partners, LLC
HC NCBR Fund
Holliwood, LLC
Ibex Partners (Core) LP
ICG CoreSci Holdings, LP
Indigo Direct Lending, LLC
James Pulaski
Jason Capello
John Badger Quinn
John P. Joliet
JPAS - Credit LLC ("JPAS" is Jordan Park
    Access Solutions)
JPAS - Crypto Infrastructure-A S.P.
JSK Partnership LLC
Kensico Associates, L.P.
Kensico Offshore Fund Master, Ltd
KMR CS Holdings, LLC
Leon J. Simkins Non-Exempt Trust FBO
    Michael Simkins
Levbern Management LLC
Liberty Commercial Finance, LLC
Liberty Stonebriar
Marsico AXS CS LLC
Mass Mutual Barings
Massachusetts Mutual Life Insurance Company
Milos Core LLC
Monbanc Inc.
Neso Investment Group Ltd
North Mill Equipment Finance
North Star Leasing
Northdata Holdings Inc.
Novak
NYDIG
OIP SPV Core Scientific, LLC
Omega Interceptor Restricted Ltd
Pescadero Capital, LLC
Prime Alliance Bank
Richard Katz 2016 GST Trust
Robert Fedrock
Sabby Volatility Warrant Master Fund, Ltd.
SRPF A QR Riversouth LLC

Stonebriar Commercial Finance LLC
Stonebriar Finance Holdings LLC
SunnySide Consulting and Holdings, Inc.
TBC 222 LLC
Tech Finance Corporation
The Kimmel Family Foundation
The Michael O. Johnson Revocable Trust
The Obsidian Master Fund
The Sear Family 1996 Trust
The William R. Guthy Separate Property Trust
TJC3 LLC
Toyota Commercial Finance
Transatlantic Mobility Holdings II LLC
Trinity Capital Inc.
U.S. Bank National Association
VFS LLC
Vineet Agrawal
Wilmington Savings Fund Society, FSB
Wolfswood Holdings LLC
Wormser Family Partnership II, LP
Wormser Family Partnership 11, LP
XMS Core Convert Holdings LLC

**List of the Top 30 Unsecured Creditors:**
AAF International
Amazon Web Services Inc.
Bergstrom Electric
BRF Finance Co., LLC
CDW Direct
CES Corporation
Cherokee County Tax Collector
Cooley LLP
Dalton Utilities
DK Construction Company
Duke Energy
FlowTx
Gensler
Harper Construction Company, Inc.
Herc Rentals
Kentucky Department of Revenue
LiveView Technologies Inc.
Marshall County Sheriff
McDermott Will and Emery LLP
Moss Adams LLP
OP
Priority Power Management, LLC
Reed Wells Benson and Company
Securitas Security Services USA Inc.
Shell Energy Solutions
Sidley Austin LLP
Tenaska Power Services Co

4

Tenet Solutions
Trilogy LLC
U.S. Customs and Border Patrol

**List of the Creditors Holding the Top 100
Largest Unsecured Claims (Excluding
Insiders):**
A to Z pest Control and Services
AAF International
AccuForce HR Solutions LLC
Acme Tools
Altru Health System
Amazon Business
Amazon Web Services Inc.
American Paper and Twine Co
American Security and Protection Service LLC
AT&T
Averitt Express Inc.
Bearden Industrial Supply
Bergstrom Electric
BlockFi Lending LLC
C & W Facility Services, Inc.
C.H. Robinson Company, Inc.
Callahan Mechanical Contractors Inc.
Carolina Recycling & Consulting LLC
CES Corporation
Charter Communications, Inc. (dba Spectrum)
Cherokee County Tax Collector
City of Calvert City
Collier Electrical Service Inc.
ComputerShare Inc.
Condair Inc
Dakota Carrier Network
Data Sales Co Inc.
Delaware Secretary of State
DJNR Interactive LLC
DK Construction Company
Draffen Mart Inc.
EPB of Chattanooga
Equinix Inc.
Equipment Depot of Kentucky Inc.
Frontier Communications America Inc.
Gensler
Globalization Partners LLC
GreatAmerica Financial Services
Grubhub Holdings Inc.
Hannan Supply Company Inc.
Herc Rentals
IEWC Global Solutions
Interstate Welding and Steel Supply
J W Didado Electric LLC

Jackson Purchase Energy Corporation
Jacob John Novak
Kelly Services Inc
Lattice
Lib Fin LLC
Lisa Ragan Customs Brokerage
Manpower
Marble Community Water System
Marnoy Interests Ltd.
Marshall County Sheriff
MassMutual Asset Finance LLC
Moss Adams LLP
Mountain Top Ice
Onyx Contractors Operations, LP
Optilink
Proctor Management
Reed Wells Benson and Company
Regional Disposal and Metal LLC
Resound Networks LLC
Ricks Rental Equipment
Robert Half Talent Solutions
Securitas Security Services USA Inc.
Slalom LLC
Snelling
Stonebriar Finance Holdings LLC
Supreme Fiber LLC
Technology Finance Corporation
Temps Plus of Paducah Inc.
Tenaska Colocation Services LLC
Tennessee Valley Authority
Truckload Connections, LLC
US Customs and Border Patrol
Waste Path Services LLC
Water Works C&R, LLC
XC Container LLC
ZetaMinusOne LLC

**List of 5 Largest Secured Claims:**
(See Significant Vendors/Suppliers)

**Litigation Counterparties/Litigation Pending
Lawsuits (includes threatened litigation):**
Benjamin Thomison & Alpha Asic
Harlin Dean
Jonathan Barrett, et al.
LV net, Mizrahi et al.
McCarthy Buildings Companies, Inc.
Mei Pang
Sphere 3d
Stayfirst Branding Agency

**Non-Debtor Affiliates and Subsidiaries:**
Core Scientific Partners GP, LLC (SMLLC)
Core Scientific Partners, LP
CSP Advisors, LLC (SMLLC)
CSP Liquid Opportunities Fund, LP
CSP Liquid Opportunities GP, LP
CSP Liquid Opportunities Master Fund, LP
CSP Liquid Opportunities Offshore Fund
    (Exempted Ltd)
Team LLC
XPDI Sponsor LLC

**Non-Debtors Professionals:**
Arnold & Porter Kaye Scholer LLP
    (Counsel for Prepetition Secured Lenders)
Duane Morris LLP
Ducera Partners
(Proposed as Investment Banker for the Official
    Committee of Unsecured Creditors)
Moelis & Company LLC
Paul Hastings LLP
    (Counsel for Ad Hoc Group of Secured
    Convertible Noteholders)
Skadden, Arps, Slate, Meagher & Flom LLP
    (Proposed Counsel for Ad Hoc Group of
    Equity Security Holders)
Sidley Austin LLP
    (Counsel of NYDIG ABL LLC)
Troutman Pepper Hamilton Sanders LLP
    (Counsel for Dalton Utilities)
Willkie Farr & Gallagher LLP
    (Proposed Counsel for the Official
    Committee of Unsecured Creditors)

**Official Committee of Unsecured Creditor**
    **Members and Professionals:**
Willkie Farr & Gallagher LLP
Ducera Partners
Dalton Utilities
Sphere 3D Corp.
BRF Finance Co., LLC (a B. Riley affiliate)

**Other Parties in Interest:**
(See Other Parties in Interest (Notice of
    Appearance Parties, and any other person or
    group appointed)

**Notice of Appearance Parties/Interested**
**Parties:**
36th Street Capital Partners, LLC

Barings BDC, Inc. (as prepetition secured
    lenders)
Barings Capital Investment Corporation (as
    prepetition secured lenders)
Barings Private Credit Corp. (as prepetition
    secured lenders)
BlockFi, Inc.
CEC Energy Services LLC
City of Denton
Dalton Utilities
GEM Mining 1, LLC
GEM Mining 2, LLC
GEM Mining 2B, LLC
GEM Mining 3, LLC
GEM Mining 4, LLC
Harper Construction Company, Inc.
Huband-Mantor Construction, Inc.
Humphrey & Associates, Inc.
Marnoy Interests, Ltd. d/b/a Office Pavilion, or
    Office Pavilion
MP2 Energy Texas, LLC d/b/a Shell Energy
    Solutions
NYDIG ABL LLC (f/k/a Arctos Credit, LLC)
    ("NYDIG")
Prime Alliance Bank, Inc.
Priority Power Management, LLC
Sphere 3D Corp.
SRPF A QR Riversouth LLC
Tenaska Power Services Co.
Travis County (TX)
Trinity Capital Inc.
U.S. Bank National Association (as Prepetition
    Note Agent and Collateral Agent)
Willkie Farr & Gallagher LLP (Proposed
    Counsel for the Official Committee of
    Unsecured Creditors)
Wingspire Equipment Finance, LLC

**Ordinary Course Professionals:**
Akin Gump Strauss Hauer & Feld LLP
Alston & Bird LLP
Andersen Tax LLC
Bitmain Technology Inc.
Blue Ridge Law & Policy, P.C.
Campbells Regulatory Services Limited
CO Services Cayman Limited
Cooley LLP
CrossCountry Consulting LLC
CSS Partners, LLC
Cypress Advocacy, LLC dba Mindset
Deloitte & Touche LLP

Deloitte Tax LLP
Deloitte Transactions and Business Analytics
    LLP
Ernst & Young LLP
Ernst & Young Product Sales LLC
Ernst and Young US LLP
Evercore Group LLC
Faegre Drinker Biddle and Reath LLP
Fishman Stewart PLLC
Frost, Brown Todd LLC
Gartner Inc.
Gasthalter and Co LP
Greenberg Traurig, LLP
Holland and Hart LLP
Ironclad, Inc.
Jackson Walker LLP
Kirkland and Ellis LLP
KPMG LLP
Marcum LLP
McDermott Will & Emery LLP
Mintz Group LLC
Morgan, Lewis & Bockius LLP
Moss Adams LLP
Murphy & Grantland, P.A.
NASDAQ Corporate Solutions, LLC
NAVEX Global, Inc.
Netgain Solutions, Inc.
Oracle America, Inc.
PricewaterhouseCoopers LLP
Prickett Jones and Elliott PA
Quinn Emanuel Urquhart & Sullivan, LLP
Registered Agent Solutions, Inc.
Resources Global Professionals
Richards Layton and Finger PA
Riverbend Consulting LLC
Rowlett Hill Collins LLP
Ryan & Associates
Ryan LLC
Sidley Austin LLP
Sitrick and Company
Snell & Wilmer
Sternhell Group
Williams & Connolly LLP
Workday, Inc.
Workiva Inc.
Frost, Brown Todd LLC

**Proposed Ad Hoc Group of Equity Security**
    **Holders and Professionals:**
Skadden, Arps, Slate, Meagher & Flom LLP
Custodian CSPB

Douglas Abrams
Eddie Griffin
Jay Deutsch
Lukasz Gottwald
Mark Beaven
The Rudolph Family Trust
Todd Deutsch
Two Trees Capital Limited BVI

**Other Secured Parties (Letters of Credit/**
    **Issuers of Letters of Credit):**
N/A

**Partnerships (if debtors is a partnership, its**
**general and limited partners):**
N/A

**Regulatory and Government:**
(See Taxing Authorities)
Environmental Protection Agency
Internal Revenue Service ("IRS")
Occupational Safety and Health Administration
Securities and Exchange Commission ("SEC")
U.S. Customs and Border Protection

**Secured Creditors:**
ABLe Communications, Inc.
ComNet Communications, LLC
Consolidated Electrical Distributors, Inc. dba
    Sun Valley Electric Supply
Coonrod Electric Co, LLC
Elliot Electric Supply, Inc.
Harper Construction
Housley Communications, Inc.
Huband Mantor Construction Inc.
Humprey & Associates, Inc.
LML Services dba FlowTx
McElroy Metal Mill, Inc. dba McElroy Metal
MK-Marlow Company, LLC
Morsco Supply LLC dba Morrison Supply
    Company
Network Cabling Services, Inc.
Priority Power
Summit Electric Supply
Sure Steel - Texas, LP
T&D Moravits & Co.
Texas AirSystems, LLC
Wesley-Thompson Hardware, Inc.

**Significant Competitors:**
Argo Blockchain PLC

Bitfarms Technologies Ltd.
    (fka Blockchain Mining Ltd.)
Cipher Mining Inc.
CleanSpark, Inc.
Greenidge Generation Holdings Inc.
Hive Blockchain Technologies Inc.
Hut 8 Mining Corp.
Iris Energy Ltd.
Marathon Digital Holdings, Inc.
Mawson Infrastructure Group Inc.
Riot Blockchain, Inc.

**Significant Customers and Contract Counterparties:**
1277963 B.C. Ltd dba Bitfield
ADQ Financial Services LLC
Agricultural Scientific LLC
Aidant.ai
AJT Trading, LLC
Alloy Ventures Management LLC
Argo Innovation Labs Inc.
AsicXchange Team Inc.
Atlas Technology Group LLC
Bay Colony Law Center, LLC
Bay Online Media
Benjamin Rees
BEP 888, LLC
BEP 999, LLC
Bitdeer, Inc.
Bit Digital USA, Inc.
Bitmain Development Inc.
Bitmain Technologies Georgia Limited
Bitmaintech PTE LTD
Bizmatica Polska JSC
Block One Technology
Blockcap Inc.
Blockchain United Mining Services
Blockfusion Technologies
Blue Hills Co, LLC
Blue Torch Capital LP
Brent Jason Deboer
Burdy Technology Limited
BW Holdings, LLC
CAC Global LLC
CCP Credit Acquisition Holdings, L.L.C.
Celsius Mining LLC
Charles Aram
Chris Chiovitti Holdings Inc.
Clearly Leasing, LLC
Colin Jacobs
Colin Smith

Compass Mining, Inc.
Crypto Garden, Inc.
Cumulus Coin LLC
DCG Foundry LLC
Digifarm Technologies Limited
Dreams and Digital, LLC
DUS Management Inc.
Etcembly Ltd
EverData, LLC
EZ BlockChain LLC
Flourishing Field Limited
Gateway Korea Inc.
GEM Mining
Gilley Enterprises
Global Star Holding Co.
Goodrose 5009, Inc.
Gopher, LLC
GPU.ONE
Greg Pipho
Gryphon Digital Mining, Inc.
Hanwha Energy USA Holdings Corporation
Henry Ho
Hewlett Packard Enterprise Company
Hockomock Mining Company
Horizon Kinetics
Icons8
Isoplex Inc.
Israel Garcia
Jacob McDaniel
JAM Mining Corp.
JMB Capital Partners Lending, LLC
Kaboomracks, Inc.
Kalon Investments, LLC
Kristy-Leigh Minehan
Lake Parime USA Inc.
Leon Hadgis
LivePerson, Inc.
Lonestar Ole Git LLC
Luxor Technology Corp
Mark Bordcosh
Mineority Group
Mineority Group LLC
Mississippi Home Development
N9+, LLC
New Green Network LLC
NextEra Energy Capital Holdings
NFN8 Media, LLC
Nissan North America, Inc.
Nomura Corporate Funding Americas, LLC
North Georgia Data LLC
NVIDIA Corporation

Pete Abdo
Polyphase Capital, LLC
Poolin Technology Pte. Ltd.
Pure Storage, Inc.
Quandefi Opportunities LLC
Quantum Digital Network Assets, LLC
Richard Norman
Rio Verde Holdings Ltd
River Financial Inc.
RJW Digital Solutions
RME Black 100, LLC
RME Black 200, LLC
RME Black 88, LLC
Rodrigo Perusquia
RPM Balance, Inc.
Rudy Worrell
Savage.io
Seagen Inc.
Sensika Technologies OOD
Serge Marin
Socrates Roxas
Spring Mud LLC
Summit Crypto Mining Limited
Supplybit, LLC
Tansley Equipment Limited
Techshop Computers Ltd.
Teslawatt
The Allen Institute for Artificial Intelligence
Timeless Digital Corp.
T-Mobile USA, Inc.
Tomek Group, LLC
Tony Grijalva
TYMIF Coin Ventures, LLC
Union Jack, LLC
UnitX
US Digital Mining and Hosting Co., LLC
Vaerus Mining SPV2 LLC
VCV Power Mining Alpha LLC
William McCarter
*Certain Other Contract Counterparties of a
    Confidential Nature*

**Significant Shareholders (more than 5% of
equity):**
Darin Feinstein
Michael J. Levitt
MPM Life LLC

**Significant Vendors/Suppliers:**
1872 Consulting LLC
2012Exxact Corporation

5Fastenation Inc.
5STAR5 INC
Abu Dhabi Ports Company PJSC – KIZAD
Accent Awnings Inc.
Adaptive Insights LLC
Advanced Business Equipment
Agility Logistics Corp
Agora NW LLC
AIM Summit FZE
Aircraft Services Group Inc.
Airflow Sciences Corporation
Alation, Inc.
Albacross Nordic AB
Alfa Internationals Logistics Inc.
Aliexpress
Alliance Funding Group
Allied Steel Buildings Inc.
Allstream
Alpha Miner LLC
Alpha Vertical Inc.
Alston and Bird LLP
Alteryx Inc.
American Registry for Internet Numbers Ltd
Americord
Ameri-Dedicated Inc.
Andrew Ferraro
Angel Bejarano Borrega
Aon Consulting Inc.
AON Risk Insurance Services West Inc.
Applied Scale Technology
ARIBA INC
Armstrong Moving Solutions San Antonio LLC
Arrow Exterminators
Arrowfish Consulting
Atlantic Trailer Leasing & Sales, LLC
Atlas Mining
Atrio Inc.
AvTech Capital LLC
Bandy Transport Company
Barnhart Crane and Rigging Co
Beacon Building Products
Bearcom
Belyea Company Inc.
Benton Electric Supply Inc.
Bernard Klopfer
Better IT Solutions LLC
Big Ass Fans
Bigbee Steel Buildings Inc.
Bigeye, Inc.
Bitmain Development Inc.
Bitmain Technologies Limited

Bitwave
Black Box Network Services Inc.
Blackline Safety Corp
Blackpearl Management and Human Resource
    Consulting LLC
Blakes Cassels and Graydon LLP
Blockchain Association
Blue Cross Blue Shield of Texas
Bring Light and Sound LLC
Broadridge ICS
BTC Media
Building Image Group, Inc.
Built In Inc.
Bureau Van Dijk Electronic Publishing Inc.
Business Wire Inc.
BWS Acoustics
Calloway County Board of Education
Calvert Cafe LLC
Calvert City Municipal Water and Sewer
Canaan Convey Co Ltd
Capital City Public Affairs LLC
Capxon Electronics Shenzhen Co Ltd
Carolina Utility Customers Association
Carpet Capital Fire Protection Inc.
Carpet Capital Multi-System Inc.
CCR Corp
CDW Direct
CDW Middle East FZ LLC
CenturyLink
Cesar Gomez Martin
CFS Containers
Chamber of Digital Commerce
Chapeau!
Cherokee County Health Department
Cherokee Well Drilling
Chroma System Solutions, Inc.
Chubb
Ciemat
CIOReview
Circular Technologies Inc.
Cision US Inc.
Citadel Securities Corp Solutions
City Electric Supply
City of Bellevue - Tax Division
Cleerline Technology Group LLC
Cloudflare Inc.
CNA Insurance
Cohen and Company LTD
Coin Center Inc.
Coinbase Inc.
Coindesk Inc.

Colo Properties Atlanta LLC
Color Scapes Landscaping, Inc.
Commercial Acoustics
Common Desk Austin LLC
Compensation Advisory Partners, LLC
Comware
ConGlobal Industries LLC
Consero Global Solutions LLC
Consilio LLC
Constellation New Energy, Inc.
Container Monster LLC
Convergint Technologies LLC
CoreWeave Inc.
Covert Chrysler Dodge Jeep Ram
Crescendo Collective LLC
Crestline Solutions LLC
Critical Components Inc.
Crystal Caverns Spring Water LLC
Cunningham Golf and Utility Vehicles
Cusip Global Services
D16 LLC
Dakota Fire Protection Inc.
Dalton Fence Company
Dalton Service Inc.
Databricks, Inc.
Datasite LLC
David Herrington
Davis Wright Tremaine LLP
Denton Chamber of Commerce Inc.
Dentons Canada LLP
DHL Express (USA) Inc.
DigiCert Inc.
Digi-key
Digital Asset Services Ltd
Digital London Ltd
Digital Mountain Inc.
Dillon Eldridge
Distributed Ledger Inc.
Dockery Auto Parts
Dockzilla Co
Docusign Inc.
Dongguan Fa Site Electronic Technology Co
    Ltd
Donnelley Financial Solutions
DSV Air and Sea Inc.
Eagle Promotions
Eaton Corporation
eCapital Advisors LLC
Elasticsearch Inc.
Electra Link Inc.
Electric Power Engineers Inc.

Electrical Com
Elite Electric Company LLC
Employer Solutions Resources LLC
Engineered Fluids, Inc.
EPIC ASIC Asia Limited
Equisolve Inc
ERI Economic Research Institute Inc.
Ernest Industries Inc.
Esteban LaSalle
EvoTek
Farm & Ranch Construction, LLC
Farming with Stephanie LLC
Fastenal Company
Federico Bohn
FedEx
Felker Construction Company Inc.
Fernando Manuel Sierra Pajuelo
Fidelity Investments Institutional Operations
    Company LLC
Financial Accounting Standards
    Board/Governmental Accounting Standards
    Board
FINRA
Fireblocks Inc.
First Insurance Funding
First National Capital LLC
First-Line Fire Extinguisher Company
Flexential Colorado Corp
FlowTx
ForensisGroup Inc.
Forks Landscaping LLC
Forum Communications Company
Foshan Dilue Supply Chain Mgmt. Co Ltd
Franchise Tax Board
Free Transportation LLC
FreightEx Logistics LLC
Frontline Shredding Inc.
Frost Brown Todd Attorneys LLC
FS.Com Inc.
FXSA
G.I. Joe Landscaping, LLC
Gagnon & Miceli Freight Inc.
Genesis Custody Limited
Gibson and Associates Inc.
Gilmore Kramer Co
GitHub Inc.
Glaze Supply Company Inc.
Goldstein and Lee PC
GoodHire
Goodway Group Inc.
Google LLC

Grand Forks Utility Billing
Great Sports Inc.
Greatland Corporation
Green Business Certification, Inc.
Greenhouse Software Inc.
GreensLedge Capital Markets LLC
Greyline Partners LLC
Griffin C Simerly
Guardian Life
Gustavo Melo Belfort
Hamin Kang
Hannig Row Partnership
Harper Construction Company, Inc.
Heapy
Hill and Wilkinson Construction Group Ltd
HM Tech LLC
Holland LLC
Holloway Updike and Bellen Inc.
HubSpot Inc.
Hudson Incentives Inc.
Hughes Electric Paint & Supplies
Human Rights Foundation
Hurricane Electric LLC
Hutchins Pallet Service, Inc.
Hutchison and Steffen PLLC
ICE Systems, Inc.
ICI Mechanical LLC
ICS Inc.
IDC Research Inc.
INE
Integrated Networking Technologies LLC
Integrity Door Solutions LLC
Intralinks, Inc.
Ironclad Inc.
Jackie L Bryan
Javier Lazaro Jareno
JBM Office Solutions
JCL Energy LLC
Joaquin Pablo Gonzalez
Jobot
John Furner
Jonathan Barrett 2012 Irrevocable Trust dated
    May 31 2012
Juan Jose Galan Lopez
K and E Lawn Service LLC
Katz Marshall and Banks LLP
Keith Larry Watkins
Kenco Material Handling Solutions LLC
Kentucky Cabinet for Economic Development
Kesco Air Inc.
Kilpatrick Townsend and Stockton LLP

11

King Ford
Kings Road RV Park LLC
Know Agency
KnowBe4 Inc.
Labor Finders
Lake Effect Traffic LLC
Lancaster Safety Consulting, Inc.
Landstar Ranger Inc.
Lane Powell PC
LANshack Com
Larry Ledford
Lenz LLC
Level 3 Communications LLC
LHC Capital Partners Inc.
LHH Recruitment Solutions
LinkedIn Corporation
LiveView Technologies Inc.
Lockton Insurance Brokers LLC
Logistica CryptoMining Repair LLC
LRN Corporation
Lukka Inc.
M & S Patterson, Inc.
Manley Four Little Pigs Inc.
Manning Land LLC
Marco Technologies LLC
Marshall County Battery and Golf Carts Inc.
Marshall County Tax Administrator
McMaster-Carr
MDSI Inc.
Mediant Communications Inc.
Megaport USA Inc.
Meridian Equipment Finance LLC
Michael Cruz
Microsoft Azure
Mike Darling Films
Miller Griffin and Marks PSC
Mindset
Mission Critical Facilities International, Inc.
MJDII Architects Inc.
MNP LLP
Mobile Modular Portable Storage
Monnit Corporation
Monoprice Inc.
M-RETS
MSC Industrial Supply Co.
Murphy and Grantland PA
Murtco Inc.
Muskogee City-County Port Authority
Mustache Creative Studio
Nancy C Sayers
Nanning Dinggao Tech Limited

National Association of Corp Directors
Neeraj Agrawal
Next Level Valet LLC
NextLevel
nference, Inc.
Nicolas Carter
Office of State Tax Commissioner
Oklahoma Gas and Electric Company
Oklahoma Tax Commission
Okta Inc.
Old Dominion Freight Line Inc.
Old Republic National Title Ins. Co
Omeir Cargo LLC
Oncor Electric Delivery Company LLC
Onestopmining Technologies Limited
Onin Staffing, LLC
OnlineComponents.com
Oracle Capital LLC
Orange Computers
ORGDEV Limited
Overhead Door Company of Clayton/Overhead
    Door Company of Tri State
Parker Lynch
Paulo Roberto Pereira de Souza Filho
Pax ADR LLC
Paycom Payroll LLC
PeopleReady Inc.
Pepsi MidAmerica
Petter Business Systems
Pioneer Abstract and Title Co of Muskogee Inc.
Plant Tours Communications Company
Platinum Platypus Inc.
Premier Fire and Security Inc.
Prime Mowing and Property Management LLC
Pure Water Technology of the Tri State Area
    LLC
Pye-Barker Fire and Safety LLC
Q4 Inc.
Quality Water Financial LLC
Quik Print of Austin Inc.
Rack and Shelving Consultants
Radiant PPC LLC
Raymond Pope
RBI USA Customs Services LLC
RC Ventures Inc.
Recycling Equipment Corporation
Red Moon 88 LLC
Reffett Associates
Regents Capital Corporation
Reliance Telephone Systems
Rezvani Mining LLC

Robson Forensic Inc.
Rockwell Automation Inc.
Roman Krasiuk
Ruric Inc.
SafetySkills LLC
SAGE Capital Investments, LLC
Salary.com LLC
Salesforce.com, Inc.
Say Technologies LLC
Scott Malewig
Sebastian Javier Marconi
Sharp Business Systems
Sharpertek
Shermco Industries, Inc.
Silver Fox Productions Inc.
Silverpeak Special Situations Lending LP
Slack Technologies LLC
Smartsheet Inc.
Smoky Mountain BBQ Company LLC
Solomon Corporation
Southeastern System Services Inc.
Southern Cargo LLC
Spectrum Business
SpectrumVoIP Inc.
Spotless Cleaning
Stafftax Financial LLC
Standby Service Solutions LLC
State of Tennessee Department of Revenue
Stone Tower Air LLC
Summit Energy Services Inc.
Summit Funding Group Inc.
Sunny Shah
Sunnyside Consulting and Holdings Inc.
SunValley Electric Supply
SuperAcme Technology Hong Kong LTD
Susan Oh Communications
Synopsys Inc
Synovus Bank
Tag Resources LLC
Tangent Energy Solutions Inc.
Tango Lima, LP
Tax Executives Institute Inc.
TDIndustries Inc.
Teague Nall and Perkins Inc.
Technijian Inc.
Technology Navigators LLC
TechSource Global LLC
Telecom Site Solutions LLC
Telfi LLC
Telles Global Consulting Inc.
Temps Plus Inc.

Tenaska Power Services Co
Tenet Solutions
Tennessee Valley Industrial Committee
Texas Blockchain Council
Texas Workforce Commission
The Coindad LLC
The Crown Restaurant
The MacLellan
The Specialty Company - TSC
The Treadstone Group Inc.
Thomson Reuters Tax and Accounting
   checkpoint
Thycotic Software LLC
Time Warner Cable
Top Imprint Limited
Tor Naerheim Brand Design LLC
Total Quality Logistics LLC
Tower Direct
Trace3 LLC
TRACS Manufacturing LLC
Tractor and Palm Inc.
Travis Asphalt
Triangle Enterprises, Inc.
Trilogy LLC
TriNet COBRA
Trinity Risk Solutions LLC
True North Data Solutions US Inc.
TXU Energy Retail Company LLC
TY Properties
U line
United Capital Partners
United Rentals North America Inc
United Rentals North America Inc.
University of California, San Diego
UPS Supply Chain Solutions Inc.
Upstate Containers LLC
Validus Power Corp
Vandco Equipment
VCheck Global LLC
Veriedge LLC
Veritext LLC
Vesco Toyota Lift
VMS Security Cloud Inc.
Volt Management Corp
Wachsman PR LLC
Waste Disposal Solutions Inc.
Waterlogic Americas LLC
Wells and West Inc.
WEX Health Inc.
Whitfield Electric Motor Sales & Service, Inc.
Whitney J Beauxis

Widseth Smith Nolting and Associates, Inc.
Williams Farm LLC
Williams Marston LLC
Wilson Built Fab Shop
Workplace Solutions Inc.
Young MFG Inc.
Zendesk Inc.
Zeus Mining Co Ltd
Zimney Foster PC
Ziply Fiber
Zoom Video Communications Inc.
ZoomInfo Technologies

**Taxing Authorities:**
Austin, TX Lease - existing office (Worksmith)
Austin, TX Lease - new office (Riversouth)
California Franchise Tax Board
Cedarvale, TX
Cherokee County Tax Collector (NC)
City of Calvert City (Calvert City, KY)
City of Denton, TX
Colorado Department of Revenue
Dalton-Whitfield Joint Development Authority;
    Carl Campbell, Executive Director
Eddie McGuire, Marshall County Sheriff
    (Benton, KY)
Georgia Department of Revenue
Internal Revenue Service
Jobe Ranch Family Limited Partnership, Lessor
    (11/15/2021)
Kentucky Department of Revenue
Kentucky State Treasurer
King County Assessor (Seattle, WA)
Marshall County (Kentucky) Department of
    Revenue
Minnkota Power Cooperative
ND Office of State Tax Commissioner
North Carolina Department of Revenue
North Dakota Department of Revenue
North Dakota Office of State Tax Commissioner
Oklahoma Department of Revenue
State of Delaware - Division of Corporations
Tennessee Department of Revenue
Tennessee Valley Authority - Economic
    Development - Thomas Buehler (Calvert
    City)
Texas Comptroller / Texas Comptroller - Sales
    & Use Tax
Travis County, TX (Austin, TX HQ)
US Customs and Border Protection
Ward County Assessor (TX)

Whitfield County Board of Assessors (Dalton, GA)

**U.S. Attorney's Office for Southern District of Texas:**
Jennifer Lowery

**UCC Search Results/UCC Lien Search Results:**
ACM ELF ST LLC
Anchorage Lending CA, LLC
Arctos Credit, LLC
Bank Financial
Barings BDC, Inc.
Barings Capital Investment Corporation
Barings Private Credit Corp.
BEAM Concrete Construction, Inc.
C T Corporation System, as Representative
Celsius Networks Lending LLC
CIT Bank, N.A.
CM TFS LLC
ComNet Communications, LLC
Consolidated Electrical Distributors, Inc. dba
    Sun Valley Electric Supply
Contech Construction
Contech, Inc.
Convergint Technologies LLC
Coonrod Electric Co, LLC
Corporation Service Company
Dell Financial Services L.L.C.
Elliot Electric Supply, Inc.
GARIC INC.
GARIC, INC.
Gaylor Electric, Inc. d/b/a Gaylor, Inc.
Graybar Electric Company Inc.
Graybar Electric Company, Inc.
Housley Communications, Inc.
Huband-Mantor Construction Inc.
Humphrey & Associates, Inc.
Humprey & Associates, Inc.
Imperial Fire Protection, LLC
Indigo Commercial Funding, LLC
LML Services dba FlowTx
Maddox Industrial Transformer LLC
MassMutual Asset Finance LLC
McCarthy Building Companies Inc.
McCarthy Building Companies, Inc.
McCorvey Sheet Metal Works, LP
McElroy Metal Mill, Inc. dba McElroy Metal
MK Marlow Company, LLC
Morsco Supply LLC dba Morrison Supply
    Company

14

Network Cabling Services, Inc.
North Mill Credit Trust
NYDIG ABL LLC
Power & Digital Infrastructure Corp.
Priority Power
Silverpeak Credit Partners LP, as Collateral
    Agent
Stonebriar Commercial Finance LLC
Stonebriar Finance Holdings LLC
Summit Electric Supply
Sure Steel - Texas, LP
T&D Moravits & Co.
TCF National Bank
Texas AirSystems, LLC
Toyota Industries Commercial Finance, Inc.
VFSOX, LLC
Way Mechanical
Wesley-Thompson Hardware, Inc.
XPDI Merger SUB, Inc.

BalsamWest Fiber Net
Calvert City Hall (Kentucky)
Carolina Recycling
CenturyLink
Charter Communications, Inc. (dba Spectrum)

**Unions:**
N/A

**United States Trustee and Staff for Southern
District of Texas:**
Alethea Caluza
Alicia Barcomb
Brian Henault
Christopher R. Travis
Christy Simmons
Clarissa Waxton
Glenn Otto
Gwen Smith
Ha Nguyen
Hector Duran
Ivette Gerhard
Jana Whitworth
Jayson B. Ruff
Kevin M. Epstein
Linda Motton
Luci Johnson-Davis
Millie Aponte Sall
Patricia Schmidt
S. Michele Cox
Stephen Statham
Steven Whitehurst
Valerie Goodwin
Yasmine Rivera

**Utility Providers/Utility Brokers:**
Alpha Waste

## **SCHEDULE 2**

**AlixPartners' Disinterestedness**

- In connection with the proposed employment and retention of AlixPartners, LLP ("AlixPartners") by the Debtors in this Chapter 11 case,* AlixPartners undertook a complex process, the details of which are set forth below, to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors' estates.*

AlixPartners Holdings, LLP, AlixPartners' parent company ("Holdings"), directly or indirectly owns Holdings' U.S. and non-U.S. subsidiaries (collectively, the "Holdings Enterprise"). The equity capital of Holdings is owned by the following investors:

  (i)    Lakeview Capital Holdings, Inc., the Jay Alix Living Trust and other trusts established by Jay Alix (collectively the "Lakeview Parties");
  (ii)   Caisse de dépôt et placement du Québec ("CDPQ");
  (iii)  Investcorp Holdings B.S.C. ("IVC");
  (iv)   Public Sector Pension Investment Board ("PSP"); and
  (v)    current and certain former Managing Directors of AP (as defined below) and their individual and family trusts, as well as certain other individuals, including current members of the Boards (as hereinafter defined) and employees of the Lakeview Parties, and their individual and family trusts.

(Collectively, (i) – (v) above are hereinafter referred to as the "Investors", and the subset (ii) – (iv) above are hereinafter referred to as the "Institutional Investors").

Holdings and AlixPartners, each have a board of directors (together, the "Boards"). No individual or entity controls either of the Boards.  Designees of each of the Investors (i) – (iv) above serve as members of the Boards. The Holdings Enterprise does not invest in distressed assets of any class, nor does it have any investment affiliates.

CDPQ is one of Canada's largest institutional investment managers.  It manages investments on behalf of most of Quebec Canada's public and parapublic pension and insurance funds. CDPQ invests globally in numerous industries.

IVC is a leading global provider and manager of alternative investment products.

PSP is one of Canada's largest pension investment managers. It invests funds for the pension plans of the Public Service, the Canadian Armed Forces, the Royal Canadian Mounted Police and the Reserve Force. PSP manages a diversified global portfolio in numerous industries throughout the world.

The Lakeview Parties and related entities are entities owned or controlled by Jay Alix that, among other things, make investments on behalf of Mr. Alix and his family.

In addition to their investments in Holdings, the Institutional Investors have substantial investments unrelated to AlixPartners.

The Boards are not involved in the delivery of client services and their members do not have access to client files, except for a minority of members of the Boards that are AlixPartners employees. As a precautionary matter, AlixPartners maintains information barriers and guidelines designed to prevent certain confidential client information, including the names of clients likely to be involved in a not-yet-filed case under the Bankruptcy Code, from being shared with the Investors or their designees on the Boards.

To that end, no material nonpublic information about the Debtors (including, before the filing of these Chapter 11 Cases, the fact that AlixPartners was about to undertake an assignment involving the Debtors) has been or will be furnished by AlixPartners to the Investors or their Board designees, and AlixPartners will continue to abide by its confidentiality obligations to the Debtors. Each Investor is independent of each other Investor and is governed by its own board of directors or similar body and managed by its own management team. AlixPartners operates independently and does not share employees, officers or other management with any of the Investors. AlixPartners and each of the Investors have separate offices in separate buildings, use separate internet email addresses, and do not otherwise share IT systems.

AlixPartners formed and currently holds a majority and controlling ownership interest in GSS UK Holdings Limited ("GSS"). GSS and its subsidiaries developed a regulatory technology platform to provide global, centralized sanctions screening services to financial institutions. Various Investors, including certain AlixPartners managing directors and Board members, hold minority ownership interests in GSS. AlixPartners currently has a majority of the seats on the board of directors of GSS. GSS does not share office space or IT systems with AlixPartners, but does share certain employees and services such as finance systems. The names of GSS's investors and customers (but not its vendors and employees) are loaded into the database where AlixPartners' connections are stored and are disclosed as part of the disclosure process described herein.

AlixPartners has one database where connections are stored for all entities in the Holdings Enterprise. The process for the preparation of disclosures is as follows: upon receipt of a potential parties in interest list from Debtors and/or their representatives (the "Parties in Interest List"), all such parties are input to the database by team members familiar with the database. A report of the "hits" is generated, and the team members review those "hits" for connections. Where there is a connection, a disclosure is drafted. After the team completes draft disclosures, the disclosures are reviewed by an in-house bankruptcy attorney. The attorney coordinates with the team to finalize the disclosures, which are then reviewed by the engagement AlixPartners managing director. These initial disclosures (the "Initial Disclosures") are thereafter filed with the Bankruptcy Court as part of the retention pleadings.

Promptly thereafter, a bankruptcy paralegal in the firm uses the Initial Disclosures and the parties in interest list to draft a firmwide email for each bankruptcy filing, including the Debtors' cases. This email is sent to every firm employee as well as the members of the Boards and the Lakeview Parties. The firmwide email requests each recipient to review

3

the attached file that includes the parties in interest and corresponding disclosures, and asks that every recipient: (a) contact the legal department in the event that they have a connection or relationship with an interested party that is not included in our disclosures; (b) if they have a connection or relationship with an interested party that is included in our disclosures, confirm that it is accurately described; and (c) contact the legal department if they own securities of the Debtors. Members of the legal team review all email responses and draft any supplemental disclosures appropriate to reflect information received in response to the firmwide email. After the review process described in the immediately preceding paragraph, supplemental disclosures are thereafter filed with the Bankruptcy Court.

After the Initial Disclosures are filed with the Bankruptcy Court, AlixPartners also provides the names of the Debtors, their owners/investors, lenders and, on a case-by-case basis, other named entities (collectively, the "Investor Search Parties"), to the Institutional Investors, and requests that each Institutional Investor run a check of the Investor Search Parties across all investment portfolios including, upon reasonable investigation, (i) private and public funds, (ii) loan positions, and (iii) known positions across CLO holdings (all of the foregoing subject to the exceptions listed below, the "Investor Connections Check"). The exceptions to the Investor Connections Check are (i) investments over which the Institutional Investors do not possess actual investment authority and discretion ("direct control"), (ii) index replication position, (iii) investments owned in separate accounts managed by independent parties not affiliated with the Institutional Investors, and (iv) pooled investment vehicles in which the Institutional Investors do not exercise actual control or in which the Institutional Investors do not have visibility sufficient to ascertain such vehicle's investments. Members of the legal team review all responses received from the Institutional Investors and draft disclosures appropriate to reflect information received from the Institutional Investors that, following review, are filed with the Bankruptcy Court.

Upon receipt of the responses from the Institutional Investors to the Investor Connections Check, AlixPartners will file any supplemental disclosures which may be required.

To the extent AlixPartners learns of connections that are not included herein, AlixPartners will promptly file a supplemental disclosure.

Further, AlixPartners may have had, currently have or may in the future have business relationships with, among other entities, portfolio companies of the Institutional Investors and portfolio companies of private equity funds in which they are limited partners, in matters unrelated to the Debtors or their affiliates in these Chapter 11 Cases. Based on, among other things, the business separation between each of the Investors and AlixPartners, the contractual client confidentiality obligations of AlixPartners and the information barriers referred to above, AlixPartners believes that it does not hold or represent an interest adverse to the estate with respect to any such engagement.

Other than as specifically noted herein, AlixPartners has not undertaken to determine the existence, nature, and/or full scope of any business relationships or connections that the

Investors may have with the Investor Search Parties, the Debtors and their affiliates, and other parties in interest in these Chapter 11 Cases.

Specifically, AlixPartners obtained from the Debtors and/or their representatives the Parties in Interest List, which is attached hereto as Schedule 1 and conducted a search for connections in accordance with the procedures set forth above.

AlixPartners represents that, to the best of its knowledge, it knows of no fact or situation that would represent a conflict of interest, cause it not to be disinterested or hold or represent an interest adverse to the Debtors' estates, and furthermore wishes to the disclose the following with respect to the Holdings Enterprise (collectively, "AP", unless otherwise noted):

- AP interacts with U.S. Bankruptcy Court judges and representatives of the U.S. Trustee Program regularly in its capacity as a professional consulting firm that offers turnaround and restructuring services.

- AP has issued debt in the form of a USD-denominated senior secured term loan, and a Euro-denominated senior secured term loan (collectively, the "Term Loans"), as well as a Revolving Credit Facility.

  Bank of America, N.A. serves as the Administrative Agent for the Term Loans and the Revolving Credit Facility and as such manages all trading of the Term Loans and Revolving Credit Facility between investors. Many of the holders of the Term Loans are pools organized by banks, mutual fund management companies and other fund managers (collectively, "Fund Managers") who pool debt instruments issued by multiple / different borrowers and offer interests in the pools to investors. The identities of the investors in the pools cannot be ascertained by AP. The Term Loans are actively traded. Thus, the list of Fund Managers and other investors directly holding the Term Loans can become outdated quickly. On a monthly basis, AP reviews the list of investors in the Term Loans for the purpose of making relationship disclosures in chapter 11 cases. As of the last monthly report, no Fund Manager or other investor in the Term Loans held greater than 10% of the combined US-denominated and Euro-denominated Term Loans. In the event that any entity accumulates a 10% or greater interest in the combined US-denominated and Euro-denominated Term Loans, AP will disclose the name of such entity.

  The participants in the Revolving Credit Facility are Bank of America, N.A., Credit Suisse, Deutsche Bank AG Host Bank, Goldman Sachs Lending Partners LLC, HSBC Bank USA, NA, and JPMorgan Chase Bank N.A.

- The Internal Revenue Service ("IRS") is a current and former AP client in matters unrelated to the Debtors. The IRS is a lienholder and adverse litigation party to current and former AP clients in matters unrelated to the Debtors. The IRS is a former employer of a current AP employee.

5

- The United States Department of Justice ("DOJ"), including the United States Attorney General's Office, is a current and former client of AP in matters unrelated to the Debtors. The DOJ is a litigation party, adverse litigation party and professional to current and former AP clients in matters unrelated to the Debtors.

- AP follows a practice to solicit from the members of its Boards their connections to the parties in interest independent of AP. In response, one or more of the members of its Boards have offered the following disclosures:

  o Arnold & Porter Kaye Scholer LLP, a non-Debtors' professional in these bankruptcy cases, is a current or former legal services provider to an AP investor or one of its affiliates.

  o AT&T, a party in interest in these bankruptcy cases, is a vendor to an AP investor or one of its affiliates.

  o Bank of America, a banking service provider to the Debtors, is a lender to an AP investor or one of its affiliates.

  o Blue Cross Blue Shield CA, Blue Cross Blue Shield NC and Blue Cross Blue Shield of TX, benefit providers to the Debtors, and affiliates are vendors to an AP investor or one of its affiliates.

  o Chubb, Chubb Personal Excess Liability Insurance and Federal Insurance Company (Chubb), benefit providers, insurance brokers and/or insurance providers and/or surety bondholders, vendors and/or suppliers to the Debtors, and affiliates are vendors to an AP investor or one of its affiliates. AP has a group insurance program in place for all US managing directors and AP board members under which personal excess liability (umbrella) insurance may be purchased from Chubb at group rates.

  o Consilio LLC, a vendor and/or supplier to the Debtors, and affiliates are vendors to an AP investor or one of its affiliates.

  o Cooley LLP, an ordinary course professional to the Debtors, is a current or former legal services provider to an AP investor or one of its affiliates.

  o Davis Wright Tremaine LLP, a vendor and/or supplier to the Debtors, is a current or former legal services provider to an AP investor or one of its affiliates.

  o Faegre Drinker Biddle and Reath LLP, an ordinary course professional to the Debtors, is a former legal services provider to an AP investor or one of its affiliates.

- o PricewaterhouseCoopers LLP ("PwC") is an ordinary course professional to the Debtors. An AP Board member and an employee of one of his affiliates are former employees of PwC.

- o Quinn Emanuel Urquhart & Sullivan, LLP, an ordinary course professional to the Debtors, is a current or former legal services provider to an AP investor or one of its affiliates.

- o Robert Half Talent Solutions, a party in interest in these bankruptcy cases, and affiliates are vendors to an AP investor or one of its affiliates.

- o Sitrick and Company is an ordinary course professional to the Debtors. An AP investor or one of its affiliates is involved in a litigation matter unrelated to these Chapter 11 Cases in which Sitrick and Company is providing services to an adverse party.

- o U.S. Bank National Association, a lender, bondholder and/or noteholder and/or indenture trustee to the Debtors, and affiliates are vendors to an AP investor or one of its affiliates.

- o UnitedHealthcare (UHC) is a benefit provider to the Debtors. A member of AP's board of directors is also a board member of UnitedHealth Group, Inc., an affiliate of UnitedHealthcare.

- o Veritext LLC is a vendor and/or supplier to the Debtors. A member of AP's board of directors is also a former board member of Veritext.

- o Willkie Farr & Gallagher, LLP, a non-Debtors' professional and party in interest in in these bankruptcy cases, and proposed counsel for the Official Committee of Unsecured Creditors, is a current or former legal services provider to an AP investor or one of its affiliates.

- o Windstream Communications, a utility provider and/or utility broker to the Debtors, is a vendor to an AP investor or one of its affiliates.

- 36th Street Capital, a lender to the Debtors and party in interest in these bankruptcy cases, and affiliates are lienholders and lessors to current AP clients in matters unrelated to the Debtors.

- ACM Elf St LLC and ACM Elf St, LLC, lenders and UCC lien search parties to the Debtors, are lessors to a current AP client in matters unrelated to the Debtors.

- ADQ Financial Services LLC, a customer and contract counterparty to the Debtors, and affiliates are former AP clients in matters unrelated to the Debtors.

- Aetna and Group Health Aetna, benefit providers to the Debtors, and affiliates are adverse litigation parties and shareholders to current and former AP clients in matters unrelated to the Debtors. Aetna is an employee benefits provider to AP.

- Aflac, a benefit provider to the Debtors, is a vendor to AP.

- Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), an ordinary course professional to the Debtors, is a professional, counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtors. Akin Gump is a current and former AP client in matters unrelated to the Debtors. Akin Gump is a current legal services provider to AP.

- Allstate Benefits, a benefits provider to the Debtors, and affiliates ("Allstate") are bondholders, lenders, lienholders, adverse litigation parties and litigation parties to current and former AP clients in matters unrelated to the Debtors. Allstate is a current and former AP client in matters unrelated to the Debtors.

- Alston & Bird LLP ("Alston"), an ordinary course professional, vendor and/or supplier to the Debtors, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors. Alston is a former AP client in matters unrelated to the Debtors.

- Alteryx Inc., a vendor and/or supplier to the Debtors, is a professional to a former AP client in matters unrelated to the Debtors. Alteryx Inc is a vendor to AP.

- Amazon Business and Amazon Web Services Inc., parties in interest in these bankruptcy cases, and affiliates ("Amazon") are adverse litigation parties, litigation parties, related parties and professionals to current and former AP clients in matters unrelated to the Debtors. Amazon is a current and former AP client in matters unrelated to the Debtors. Amazon is a former employer of current AP employees. Amazon is a vendor to AP.

- AmTrust, an insurance broker and/or insurance provider and/or surety bondholder to the Debtors, and affiliates are bondholders and adverse litigation parties to current AP clients in matters unrelated to the Debtors. AmTrust is a former AP client in matters unrelated to the Debtors.

- Anchorage Lending CA, LLC, a lender and UCC lien search party to the Debtors, and affiliates are lenders to a current AP client in matters unrelated to the Debtors.

- Andersen Tax LLC, an ordinary course professional to the Debtors, is a professional to current AP clients in matters unrelated to the Debtors.

- AON, Aon Consulting Inc and AON Risk Insurance Services West Inc, an insurance broker and/or insurance provider and/or surety bondholder, vendors and/or suppliers to the Debtors, and affiliates are related parties, bondholders, litigation parties, adverse litigation parties, lienholders and professionals to current and former AP clients in matters unrelated to the

Debtors.  AON is a current and former AP client in matters unrelated to the Debtors.  AON is a former employer of a current AP employee.  AON is a vendor, insurance provider and benefits provider to AP.

- Apollo Centre Street Partnership, L.P., Apollo Lincoln Fixed Income Fund, L.P., Apollo Moultrie Credit Fund, L.P. and Apollo Tactical Value SPN Investments, L.P., lenders to the Debtors, and affiliates ("Apollo") are adverse litigation parties, affiliates, bondholders, director-affiliated companies, investors, lienholders, litigation parties, lenders, lessors, parent companies and shareholders to current and former AP clients in matters unrelated to the Debtors.  Apollo is a former AP client in matters unrelated to the Debtors.

- Arch Specialty Ins Co., an insurance provider and/or surety bondholder to the Debtors, and affiliates ("Arch") are adverse litigation parties, professionals and litigation parties to current and former AP clients in matters unrelated to the Debtors.  Arch is a current AP client in matters unrelated to the Debtors.  Arch is a former employer of a current AP employee.  Arch is an insurance provider to AP.

- ARIBA Inc, a vendor and/or supplier to the Debtors, is a vendor to AP.

- Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), a non-Debtors' professional in these bankruptcy cases, is a professional, counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtors.  Arnold & Porter is a current and former AP client in matters unrelated to the Debtors.  Arnold & Porter is a former legal services provider to AP.'

- Ascot Syndicate No. 1414, an insurance broker and/or insurance provider and/or surety bondholder to the Debtors, and affiliates are adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Aspen Specialty Ins Co., insurance broker and/or an insurance provider and/or surety bondholder to the Debtors, and affiliates ("Aspen") are adverse litigation parties, bondholders and litigation parties to current and former AP clients in matters unrelated to the Debtors.  Aspen is a former AP client in matters unrelated to the Debtors.

- AT&T, a party in interest in these bankruptcy cases, and affiliates are related parties, director-affiliated companies, joint venture parties, lessors, lessees, litigation parties and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.  AT&T is a former AP client in matters unrelated to the Debtors.  AT&T was a member of the official committee of unsecured creditors that retained AP in Fusion Litigation Trust, Forever 21, Inc. and Windstream Holdings, Inc., former bankruptcy matters unrelated to Debtors.  AT&T is a member of the official committee of unsecured creditors that retained AP in Pareteum Corporation, a former bankruptcy matter unrelated to the Debtors.  AT&T is a vendor to AP.

- AXIS Surplus Ins Co., an insurance broker and/or insurance provider and/or surety bondholder to the Debtors, affiliates ("AXIS") are lenders to a former AP client in matters unrelated to the Debtors.  AXIS is a former AP client in matters unrelated to the Debtors.

- B. Riley Bridge Loan and B. Riley Commercial Capital, LLC, lenders to the Debtors, and affiliates ("B. Riley") are adverse litigation parties, professionals and shareholders to current and former AP clients in matters unrelated to the Debtors. BFR Finance Co., LLC, an affiliate of B. Riley, is a member of the Official Committee of Unsecured Creditors in these bankruptcy cases.

- Bank of America, a banking service provider to the Debtors, and affiliates ("BofA") are bondholders, litigation parties, adverse litigation parties, investors, lenders, lessees, lessors, lienholders, professionals and shareholders to current and former AP clients in matters unrelated to the Debtors.  BofA is a current and former AP client in matters unrelated to the Debtors.  BofA is a former employer of current AP employees.  A current employee of AP who is an attorney in AP's Legal department was previously employed by a law firm where BofA was a primary client.  BofA is a vendor to AP.

- Bank of the West, a lender to the Debtors, is a lienholder, lender and lessor to former AP clients in matters unrelated to the Debtors.

- Barings BDC, Inc., Barings Capital Investment and Barings Private Credit Corp, lenders lenders and UCC lien search parties to the Debtors, and parties in interest in these bankruptcy cases, and affiliates ("Barings") are bondholders, lenders, lienholders, professionals, parent companies and shareholders to current and former AP clients in matters unrelated to the Debtors.  Barings is a current and former AP client in matters unrelated to the Debtors.

- Beazley (Lloyd's Syndicate 2623), Beazley (Lloyd's Syndicate No. 2623 (Beazley UK), Beazley Insurance Company and Lloyd's Syndicate No. 2623 (Beazley UK), insurance brokers and/or insurance providers and/or surety bondholders to the Debtors, and lmaffiliates ("Beazley/Lloyd's") are adverse litigation parties, litigation parties and professionals to current and former AP clients in matters unrelated to the Debtors.  Beazley/Lloyd's is a former employer of a current AP employee.  Beazley/Lloyd's is a current AP client in matters unrelated to the Debtors.  Beazley/Lloyd's is an insurance provider to AP.

- Berkley National Insurance Company and Berkley Prof. Liability, insurance brokers and/or insurance providers and/or surety bondholders to the Debtors, and affiliates ("Berkley") are bondholders and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.  Berkley is an insurance provider to AP.

- Berkshire Hathaway Specialty Ins. Company, an insurance brokers and/or insurance provider and/or surety bondholder to the Debtors, and affiliates ("Berkshire Hathaway") are investors, bondholders, litigation parties, adverse litigation parties, parent companies and shareholders to

current and former AP clients in matters unrelated to the Debtors.  Berkshire Hathaway is an insurance provider to AP.

- Birch Grove Strategies Master Fund LP, a lender to the Debtors, and affiliates are lenders to current and former AP clients in matters unrelated to the Debtors.

- Bitdeer, Inc., a customer and contract counterparty to the Debtors, and affiliates are current AP clients in matters unrelated to the Debtors.

- BlackRock Credit Alpha Master Fund L.P., a lender to the Debtors, and affiliates ("BlackRock") are bondholders, lenders, lessors, lienholders, limited partners, adverse litigation parties, parent companies and shareholders to current and former AP clients in matters unrelated to the Debtors.  BlackRock is a former AP client in matters unrelated to the Debtors.

- Blakes Cassels and Graydon LLP ("Blakes Cassels"), a vendor and/or supplier to the Debtors, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors.  Blakes Cassels is a former AP client in matters unrelated to the Debtors.

- Blue Cross Blue Shield CA, Blue Cross Blue Shield NC and Blue Cross Blue Shield of TX, benefit providers to the Debtors, and affiliates ("BCBS") are adverse litigation parties, litigation parties, director-affiliated companies, lenders, lessors, lienholders and professionals to current and former AP clients in matters unrelated to the Debtors.  BCBS is a current AP client in matters unrelated to the Debtors.  BCBS is a former employer of current AP employees.

- Blue Torch Capital LP, a customer and contract counterparty to the Debtors, and affiliates ("Blue Torch") are lenders to current and former AP clients in matters unrelated to the Debtors.  Blue Torch is a current AP client in matters unrelated to the Debtors.

- BNY Mellon Bank, a benefit provider to the Debtors, and affiliates ("BNY Mellon") are bondholders, litigation parties, adverse litigation parties, lenders, lessors, lienholders and shareholders to current and former AP clients in matters unrelated to the Debtors.  BNY Mellon is a current and former AP client in matters unrelated to the Debtors.  BNY Mellon was a member of the official committee of unsecured creditors that retained AP in Murray Energy Holdings Co. and Chesapeake Energy Corporation, former bankruptcy matters unrelated to the Debtors.

- Broadridge ICS, a vendor and/or supplier to the Debtors, and affiliates are professionals to current and former AP clients in matters unrelated to the Debtors.

- Bureau Van Dijk Electronic Publishing Inc., a vendor and/or supplier to the Debtors, and affiliates are vendors to AP.

- Business Wire Inc, a vendor and/or supplier to the Debtors, is a professional to a former AP client in matters unrelated to the Debtors. Business Wire Inc is a vendor to AP.

- CAC Specialty, an insurance broker and/or insurance provider and/or surety bondholder, is a bondholder to a former AP client in matters unrelated to the Debtors. CAC Specialty CAC Specialty is an insurance broker to AP.

- CCP Credit Acquisition Holdings, L.L.C., a customer and contract counterparty to the Debtors, and affiliates are lenders and shareholders to current and former AP clients in matters unrelated to the Debtors.

- CDW Direct and CDW Middle East FZ LLC, vendors and/or suppliers to the Debtors, and affiliates ("CDW") are current and former AP clients in matters unrelated to the Debtors. CDW is a vendor to AP.

- Celsius Core LLC, Celsius Mining LLC and Celsius Networks Lending LLC, customers and contract counterparties, UCC lien search parties, vendors and/or suppliers to the Debtors, and affiliates ("Celsius") are former AP clients in matters unrelated to the Debtors. Celsius is a former employer of a current AP employee.

- CenturyLink, a utility provider and/or utility broker, and vendor and/or supplier to the Debtors, are lessors, related parties and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors. CenturyLink is vendor to AP.

- Charter Communications, Inc. (dba Spectrum) and Spectrum Business, utility providers and/or utility brokers, and vendors and/or suppliers to the Debtors, and parties in interest in these bankruptcy cases, and affiliates ("Charter/Spectrum") are adverse litigation parties, litigation parties and lessees to current and former AP clients in matters unrelated to the Debtors. Charter/Spectrum is a current and former AP client in matters unrelated to the Debtors.

- Chubb, Chubb Personal Excess Liability Insurance and Federal Insurance Company (Chubb), benefit providers, insurance brokers and/or insurance providers and/or surety bondholders, vendors and/or suppliers to the Debtors, and affiliates ("Federal/Chubb") are bondholders, litigation parties, adverse litigation parties, lessors, lenders and investors to current and former AP clients in matters unrelated to the Debtors. Federal/Chubb is a current and former AP client in matters unrelated to the Debtors. AP has a group insurance program in place for all U.S. managing directors and AP board members under which personal excess liability (umbrella) insurance may be purchased from Chubb at group rates. Federal/Chubb is an insurance provider to AP.

- Cision US Inc., a vendor and/or supplier to the Debtors, and affiliates are vendors to AP.

- CIT Bank, N.A., a UCC lien search party to the Debtors, is a lender, lienholder, lessor and bondholder to current and former AP clients in matters unrelated to the Debtors.

- Citadel Securities Corp Solutions, a vendor and/or supplier to the Debtors, and affiliates ("Citadel") are bondholders, litigation parties, lenders, adverse litigation parties and shareholders to current and former AP clients in matters unrelated to the Debtors. Citadel is a former AP client in matters unrelated to the Debtors.

- Citibank (Administered by PayFlex), a benefit provider to the Debtors, and affiliates ("Citibank") are adverse litigation parties, bondholders, investors, joint venture entities, lenders, lessors, lienholders, litigation parties, parent companies, professionals and shareholders to current and former AP clients in matters unrelated to the Debtors. Citibank is a current and former AP client in matters unrelated to the Debtors. Citibank is a former employer of current AP employees. Citibank is a GSS client.

- City National Bank, a banking service provider to the Debtors, and affiliates are bondholders, lenders, lessors, lienholders, adverse litigation parties and shareholders to current and former AP clients in matters unrelated to the Debtors.

- CNA Insurance and Columbia Casualty Company (CNA), vendors and/or suppliers, insurance broker and/or insurance providers and/or surety bondholders to the Debtors, and affiliates ("Columbia/CNA") are adverse litigation parties, affiliates, bondholders, lenders, lienholders and litigation parties to current and former AP clients in matters unrelated to the Debtors. Columbia/CNA is an insurance provider to AP.

- Coinbase Inc, a vendor and/or supplier to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Colin Smith is a customer and contract counterparty to the Debtors. A Colin Smith is a director to a former AP client in matters unrelated to the Debtors. It is unclear whether this is the same individual.

- Compensation Advisory Partners, LLC, a vendor and/or supplier to the Debtors, is a professional to a former AP client in matters unrelated to the Debtors.

- ComputerShare Inc., a party in interest in these bankruptcy cases, and affiliates ("ComputerShare") are professionals to former AP clients in matters unrelated to the Debtors. ComputerShare is a current AP client in matters unrelated to the Debtors. ComputerShare is a former employer of a current AP employee.

- Consilio LLC, a vendor and/or supplier to the Debtors, and affiliates are professionals to current and former AP clients in matters unrelated to the Debtors.

- Consolidated Electrical Distributors, Inc. dba Sun Valley Electric Supply, a creditor and UCC lien search party to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- Cooley LLP ("Cooley"), an ordinary course professional to the Debtors, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors.  Cooley is a current and former AP client in matters unrelated to the Debtors.  Cooley is a former employer of a current AP employee.

- Corbin Opportunity Fund, L.P., a lender to the Debtors, and affiliates are lenders and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Corporation Service Company ("CSC"), a UCC lien search party to the Debtors, is a professional and director-affiliated company to current and former AP clients in matters unrelated to the Debtors.  CSC is a vendor to AP.

- CSS Partners, LLC, an ordinary course professional to the Debtors, and affiliates are bondholders and lenders to current and former AP clients in matters unrelated to the Debtors.

- CT Corporation System, as Representative ("CT Corporation"), a UCC lien search party to the Debtors, is a lender, lienholder, lessor and professional to current and former AP clients in matters unrelated to the Debtors.  CT Corporation is a vendor to AP.

- Cumulus Coin LLC, a customer and contract counterparty to the Debtors, and affiliates are affiliates to a former AP client in matters unrelated to the Debtors.

- Data Sales Co Inc., a party in interest in these bankruptcy cases, is a lienholder to a current AP client in matters unrelated to the Debtors.

- Databricks, Inc., a vendor and/or supplier to the Debtors, is a vendor to AP through AP's vendor relationship with Microsoft Azure.

- David Herrington is a vendor and/or supplier to the Debtors.  A David Herrington is a lessor to a former AP client in matters unrelated to the Debtors.  It is unclear whether these are the same individual.

- Davis Wright Tremaine LLP ("Davis Wright"), a vendor and/or supplier to the Debtors, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors.  Davis Wright is a former AP client in matters unrelated to the Debtors.

- De Lage Landen Financial Services, Inc., a lender to the Debtors, is a bondholder, lienholder, lessor, lessee, adverse litigation party and lender to current and former AP clients in matters unrelated to the Debtors.

- Dell Financial Services L.L.C, a lender and UCC lien search party to the Debtors, and affiliates ("Dell") are bondholders, litigation parties, lienholders and shareholders to current and former AP clients in matters unrelated to the Debtors.  Dell is a current and former AP client in matters unrelated to the Debtors.  Dell is a former employer of current AP employees.  Dell is a vendor to AP.

14

- Deloitte & Touche LLP, Deloitte Transactions and Business Analytics LLP and Deloitte Tax LLP, ordinary course professionals to the Debtors, and affiliates ("Deloitte") are professionals to current and former AP clients in matters unrelated to the Debtors. Deloitte is a former AP client in matters unrelated to the Debtors. Deloitte is a former employer of current AP employees. Deloitte is an accounting advisor to AP.

- Delta Dental, a benefit provider to the Debtors, is an employee benefits provider to AP.

- Dentons Canada LLP, a vendor and/or supplier to the Debtors, and affiliates ("Dentons") are professionals, counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtors. Dentons is a former employer of a current AP employee. Dentons is a former legal services provider to AP.

- DHL Express (USA) Inc., a vendor and/or supplier to the Debtors, and affiliates ("DHL") are lienholders to a current AP client in matters unrelated to the Debtors. DHL is a vendor to AP.

- DigiCert Inc.¸ a vendor and/or supplier to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Digi-Key, a vendor and/or supplier to the Debtors, is a lienholder to a current AP client in matters unrelated to the Debtors.

- Digital Asset Services LTD, a vendor and/or supplier to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Docusign Inc. ("Docusign"), a vendor and/or supplier to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors. Docusign is a vendor to AP.

- Donnelley Financial Solutions, a vendor and/or supplier to the Debtors, is a professional and adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- DSV Air and Sea Inc., a vendor and/or supplier to the Debtors, and affiliates are litigation parties and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Duane Morris LLP, a non-Debtors' professional in these bankruptcy cases, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors. Duane Morris is a current AP client in matters unrelated to the Debtors. Duane Morris is a legal services provider to AP.

- Ducera Partners, a non-Debtors' professional in these bankruptcy cases and professional to the Official Committee of Unsecured Creditors, is a professional and investor to current and former AP clients in matters unrelated to the Debtors.

- Duke Energy and Duke Energy Carolinas, utility providers and/or brokers to the Debtors, and affiliates are bondholders and adverse litigation parties to former AP clients in matters unrelated to the Debtors. Duke Energy is a former AP client in matters unrelated to the Debtors.

- Eaton Corporation, a vendor and/or supplier to the Debtors, and affiliates ("Eaton") are litigation parties, adverse litigation parties and lenders to current and former AP clients in matters unrelated to the Debtors. Eaton is a former AP client in matters unrelated to the Debtors. Eaton was a member of the official committee of unsecured creditors that retained AP in The NORDAM Group, Inc., a former bankruptcy matter unrelated to the Debtors.

- Elasticsearch Inc., a vendor and/or supplier to the Debtors, is a vendor to AP.

- Electra Link Inc., a vendor and/or supplier to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Endurance American Specialty Insurance Company (Sompo), an insurance broker and/or insurance provider and/or surety bondholder to the Debtors, and affiliates ("Endurance/Sompo") are adverse litigation parties, bondholders and litigation parties to current and former AP clients in matters unrelated to the Debtors. Endurance/Sompo is a current and former AP client in matters unrelated to the Debtors. Endurance/Sompo is an insurance provider to AP.

- Environmental Protection Agency, a regulatory and government agency to the Debtors, is a bondholder, adverse litigation party, and litigation party to current and former AP clients in matters unrelated to the Debtors.

- Equinix Inc, a party in interest in the bankruptcy matter, and affiliates ("Equinix") are lessors to a current AP client in matters unrelated to the Debtors. Equinix is a former AP client in matters unrelated to the Debtors. Equinix is a member of the official committee of unsecured creditors that retained AP in Fusion Litigation Trust, a bankruptcy matter unrelated to Debtors. Equinix is a vendor to AP.

- Ernst & Young LLP, Ernst & Young Product Sales LLC and Ernst and Young US LLP, ordinary course professionals to the Debtors, and affiliates ("E&Y") are director-affiliated companies, professionals and shareholders to current and former AP clients in matters unrelated to the Debtors. E&Y is a current and former AP client in matters unrelated to the Debtors. E&Y is a former employer of current AP employees. E&Y is a vendor to AP.

- Evercore Group LLC, an ordinary course professional to the Debtors, and affiliates ("Evercore") are litigation parties, investors and professionals to current and former AP clients in matters unrelated to the Debtors. Evercore is a current AP client in matters unrelated to the Debtors. Evercore is a former employer of current AP employees.

16

- Faegre Drinker Biddle and Reath LLP ("Faegre Drinker"), an ordinary course professional to the Debtors, is a professional and litigation party to current and former AP clients in matters unrelated to the Debtors.  Faegre Drinker is a current and former AP client in matters unrelated to the Debtors.

- Farmers Group Select Home & Auto Insurance, a benefit provider to the Debtors, and affiliates are adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.

- FedEx, a vendor and/or supplier to the Debtors, and affiliates are adverse litigation parties, investors, lessees, and lienholders to current and former AP clients in matters unrelated to the Debtors.  FedEx is a former employer of a current AP employee.  FedEx is a vendor to AP.

- FINRA, a vendor and/or supplier to the Debtors, is an adverse litigation party to current and former AP clients in matters unrelated to the Debtors.  FINRA is a former employer of a current AP employee.

- First Insurance Funding, a vendor and/or supplier to the Debtors, is a lender to a current AP client in matters unrelated to the Debtors.

- First National Capital LLC, a vendor and/or supplier to the Debtors, is a lessor to a current AP client in matters unrelated to the Debtors.

- Frontier Communications and Frontier Communications America Inc., utility providers and/or utility brokers to the Debtors and parties in interest in these bankruptcy cases, and affiliates are related parties and shareholders to former AP clients in matters unrelated to the Debtors.

- Frost Brown Todd Attorneys LLC ("Frost Brown"), an ordinary course professional to the Debtors, is a professional, lessee, counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtors.  Frost Brown is a former AP client in matters unrelated to the Debtors.

- Garic Limited, a lender to the Debtors, is a lender to a former AP client in matters unrelated to the Debtors.

- Gartner Inc. ("Gartner"), an ordinary course professional to the Debtors, is a professional and related party to current and former AP clients in matters unrelated to the Debtors.  Gartner is a former employer of current AP employees.  Gartner is a vendor to AP.

- General Casualty Co. of WI (QBE), an insurance broker and/or insurance provider and/or surety bondholder to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- GitHub Inc., a vendor and/or supplier to the Debtors, is a vendor to AP.

17

- Google LLC, a vendor and/or supplier to the Debtors, and affiliates ("Google") are lessors and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors. Google is a former AP client in matters unrelated to the Debtors.  Google is a former employer of a current AP employee.

- Graybar Electric Company Inc., a UCC lien search party to the Debtors, is a lessor, litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- Greatland Corporation ("Greatland"), a vendor and/or supplier to the Debtors, is a professional to a former AP client in matters unrelated to the Debtors.  Greatland is a vendor to AP.

- Greenberg Traurig, LLP ("Greenberg"), an ordinary course professional to the Debtors, is a professional, lessee, counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtors.  Greenberg is a current and former AP client in matters unrelated to the Debtors.

- Greenhouse Software Inc., a vendor and/or supplier to the Debtors, is a vendor to AP.

- Grubhub Holdings Inc, a party in interest in these bankruptcy cases, and affiliates are related parties to a former AP client in matters unrelated to the Debtors.

- Guardian and Guardian Life, benefit providers, vendors and/or suppliers to the Debtors, and affiliates are bondholders, lessors and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Hanwha Energy USA Holdings Corporation, a customer and contract counterparty to the Debtors, and affiliates are former AP clients in matters unrelated to the Debtors.

- HC NCBR Fund, a lender to the Debtors, is a lender to a current AP client in matters unrelated to the Debtors.

- Hewlett Packard Enterprise Company, a customer and contract counterparty to the Debtors, and affiliates ("HP") are lenders, lessors, lienholders, adverse litigation parties and litigation parties to current and former AP clients in matters unrelated to the Debtors.  HP is a former AP client in matters unrelated to the Debtors.  HP is a former employer of a current AP employee.  HP is a vendor to AP.

- Hiscox Insurance Company, an insurance provider and/or surety bondholder to the Debtors, and affiliates ("Hiscox") are adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.  Hiscox is a former AP client in matters unrelated to the Debtors.

- Holland and Hart LLP, a professional to the Debtors, is a professional, counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtors.

18

- ICE Systems, Inc., a vendor and/or supplier to the Debtors, is a professional to current and former AP clients in matters unrelated to the Debtors.

- IDC Research Inc, a vendor and/or supplier to the Debtors, is a vendor to AP.

- Indigo Commercial Funding, LLC and Indigo Direct Lending, LLC, lenders and UCC lien search parties to the Debtors, and affiliates are lessors to a current AP client in matters unrelated to the Debtors.

- Intralinks, Inc. ("Intralinks"), a vendor and/or supplier to the Debtors, is a professional to a former AP client in matters unrelated to the Debtors.  Intralinks is a vendor to AP.

- Ironclad Inc., an ordinary course professional, vendor and/or supplier to the Debtors, is a vendor to AP.

- Jackson Walker LLP ("Jackson Walker"), an ordinary course professional to the Debtors, is a professional, counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtors.  Jackson Walker is a former AP client in matters unrelated to the Debtors.

- JMB Capital Partners Lending, LLC, a customer and contract counterparty to the Debtors, and affiliates are litigation parties to a former AP client in matters unrelated to the Debtors.

- Jonathan Barrett is a litigation party to the Debtors.  A Jonathan Barrett is a shareholder to a former AP client in matters unrelated to the Debtors.  It is unclear whether this is the same individual.

- Kaiser Permanente, a benefit provider to the Debtors, and affiliates are lenders and shareholders to current and former AP clients in matters unrelated to the Debtors.  Kaiser Permanente is a former employer of a current AP employee.

- Kayne Anderson BDC, LLC, Kayne Anderson Capital Advisors, L.P., Kayne Anderson Energy Infrastructure Fund Inc. (KYN) and Kayne Anderson NextGen Energy & Infrastructure Inc. (KMF), affiliated companies to current officers and directors to the Debtors, and affiliates are bondholders and lenders to current and former AP clients in matters unrelated to the Debtors.

- Kelly Services Inc., a party in interest in these bankruptcy cases, and affiliates ("Kelly Services") are adverse litigation parties and professionals to current and former AP clients in matters unrelated to the Debtors.  Kelly Services is a former employer of current AP employees.

- Kentucky State Treasurer, a taxing authority to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

19

- Kilpatrick Townsend and Stockton LLP ("Kilpatrick Townsend"), a vendor and/or supplier to the Debtors, is a professional and opposing counsel to current and former AP clients in matters unrelated to the Debtors.  Kilpatrick Townsend is a former employer of a current AP employee.

- Kirkland and Ellis LLP ("Kirkland"), an ordinary course professional to the Debtors, is a professional, counsel, and opposing counsel to current and former AP clients in matters unrelated to the Debtors.  Kirkland is a current and former AP client in matters unrelated to the Debtors.

- Kneeland Youngblood, a current director to the Debtors, is a director, officer and shareholder to current and former AP clients in matters unrelated to the Debtors.

- KnowBe4 Inc., a vendor and/or supplier to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- KPMG LLP, an ordinary course professional to the Debtors, and affiliates ("KPMG") are professionals and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.  KPMG is a former employer of current AP employees.  KPMG is an auditor to AP.

- Landmark American Insurance Company (RSUI), an insurance broker and/or insurance provider and/or surety bondholder to the Debtors, and affiliates ("Landmark/RSUI") are adverse litigation parties and litigation parties to current AP clients in matters unrelated to the Debtors.  Landmark/RSUI is a former AP client in matters unrelated to the Debtors.

- Landstar Ranger Inc., a vendor and/or supplier to the Debtors, and affiliates are adverse litigation parties to former AP clients in matters unrelated to the Debtors.

- Lane Powell PC, a vendor and/or supplier to the Debtors, is a professional to a former AP client in matters unrelated to the Debtors.

- Lexington Insurance Company and Lexington Insurance Company (AIG) via RT Specialty, insurance brokers and/or insurance providers and/or surety bondholders to the Debtors, and affiliates ("Lexington/AIG") are adverse litigation parties, bondholders, lenders, lessors and litigation parties to current and former AP clients in matters unrelated to the Debtors.  Lexington/AIG is a former AP client in matters unrelated to the Debtors.  Lexington/AIG is a former employer of current AP employees.  Illinois National Insurance Company, an affiliate of Lexington/AIG, is a former insurance provider to AP.  Illinois National Insurance Company was adverse to AP in a former litigation regarding an insurance dispute in matters unrelated to Debtors.

- Liberty Commercial Finance, LLC, a lender to the Debtors, is a lessor to a current AP client in matters unrelated to the Debtors.

- LinkedIn Corporation, a vendor and/or supplier to the Debtors, and affiliates ("LinkedIn") are professionals to a former AP client in matters unrelated to the Debtors.  LinkedIn is a vendor to AP.

- LivePerson, Inc., a customer and contract counterparty to the Debtors, is a former AP client in matters unrelated to the Debtors.

- Lockton Insurance Brokers LLC, a vendor and/or supplier to the Debtors, and affiliates ("Lockton") are professionals to current and former AP clients in matters unrelated to the Debtors.  Lockton is a former AP client in matters unrelated to the Debtors.

- LRN Corporation ("LRN"), a vendor and/or supplier to the Debtors, is a professional to a former AP client in matters unrelated to the Debtors.  LRN is a vendor to AP.

- Lukasz Gottwald is a member of the Ad Hoc Group of Equity Security Holders in these bankruptcy cases. A Lukasz Gottwald is an adverse litigation party to a current AP client in matters unrelated to the Debtors. It is unclear whether this is the same individual.

- Mackay Shields, LLC, an affiliated company to current officers and directors to the Debtors, is a bondholder, lender, lienholder, director-affiliated company and shareholder to current and former AP clients in matters unrelated to the Debtors.

- Mallinckrodt Pharmaceuticals, an affiliated company to current officers and directors to the Debtors, and affiliates ("Mallinckrodt") are adverse litigation parties and litigation parties to current and former AP clients in matters unrelated to the Debtors.  Mallinckrodt is a current AP client in matters unrelated to the Debtors.

- Manpower, a party in interest in these bankruptcy cases, and affiliates are former employers of a current AP employee.

- Marcum LLP, an ordinary course professional to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- Mass Mutual Barings, Massachusetts Mutual Life Insurance Company and MassMutual Asset Finance LLC, lenders and UCC lien search parties to the Debtors and parties in interest in these bankruptcy cases, and affiliates ("MassMutual") are bondholders, lenders, lienholders, adverse litigation parties, limited partners and shareholders to current and former AP clients in matters unrelated to the Debtors.  MassMutual is a former AP client in matters unrelated to the Debtors.

- McDermott Will & Emery LLP ("McDermott"), an ordinary course professional to the Debtors, is a professional, counsel, and opposing counsel to current and former AP clients in matters unrelated to the Debtors.  McDermott is a current and former AP client in matters unrelated to the Debtors.

- McMaster-Carr, a vendor and/or supplier to the Debtors, is an adverse litigation party, lienholder and litigation party to current and former AP clients in matters unrelated to the Debtors.

- Mediant Communications Inc., a vendor and/or supplier to the Debtors, is a professional to current and former AP clients in matters unrelated to the Debtors.

- Meridian Equipment Finance LLC, a vendor and/or supplier to the Debtors, and affiliates are adverse litigation parties, litigation parties and professionals to current and former AP clients in matters unrelated to the Debtors.

- MetLife, a benefit provider to the Debtors, and affiliates ("MetLife") are bondholders, litigation parties, lenders, lessors, lienholders and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.  MetLife is a former AP client in matters unrelated to the Debtors.  MetLife is an employee benefits provider to AP.

- Microsoft Azure, a vendor and/or supplier to the Debtors, and affiliates ("Microsoft") are adverse litigation parties and lessors to current and former AP clients in matters unrelated to the Debtors.  Microsoft is a former AP client in matters unrelated to the Debtors.  Microsoft is a former employer of current AP employees.  Microsoft is a vendor to AP.

- MNP LLP, a vendor and/or supplier to the Debtors, is a lessor and professional to current and former AP clients in matters unrelated to the Debtors.

- Mobile Modular Portable Storage, a vendor and/or supplier to the Debtors, and affiliates are lessors to a current AP client in matters unrelated to the Debtors.

- Moelis & Company LLC ("Moelis"), a non-Debtors' professional in these bankruptcy cases, is a lender, professional and investment banker to current and former AP clients in matters unrelated to the Debtors.  Moelis is a current AP client in matters unrelated to the Debtors.

- Morgan, Lewis & Bockius LLP ("Morgan Lewis"), an ordinary course professional to the Debtors, is a director-affiliated company, professional, counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtors.  Morgan Lewis is a former AP client in matters unrelated to the Debtors.

- Moss Adams LLP ("Moss Adams"), a party in interest in these bankruptcy cases and an ordinary course professional to the Debtors, is a professional to current and former AP clients in matters unrelated to the Debtors.  Moss Adams is a former AP client in matters unrelated to the Debtors.

- MSC Industrial Supply Co., a vendor and/or supplier to the Debtors, and affiliates are litigation parties and lienholders to current and former AP clients in matters unrelated to the Debtors.

- Nasdaq Corporate Solutions, LLC, an ordinary course professional to the Debtors, and affiliates ("Nasdaq") are professionals to current and former AP clients in matters unrelated to the Debtors.  Nasdaq is a current AP client in matters unrelated to the Debtors.

- National Association of Corp. Directors, a vendor and/or supplier to the Debtors, is a director-affiliated company to current and former AP clients in matters unrelated to the Debtors.

- National Union Fire Ins Co of Pittsburgh (AIG), an insurance broker and/or insurance provider and/or surety bondholder to the Debtors, and affiliates ("National Union Fire/AIG") are bondholders, lenders, lessors, adverse litigation parties and litigation parties to current and former AP clients in matters unrelated to the Debtors.  National Union Fire/AIG is a former AP client in matters unrelated to the Debtors.  National Union Fire/AIG is a former employer of current AP employees.  Illinois National Insurance Company, an affiliate of National Union Fire/AIG, is a former insurance provider to AP.  Illinois National Insurance Company was adverse to AP in a former litigation regarding an insurance dispute in matters unrelated to Debtors.

- NAVEX Global, Inc. ("NAVEX"), an ordinary course professional to the Debtors, is a professional to current and former AP clients in matters unrelated to the Debtors.  NAVEX is a vendor to AP.

- Navigators Insurance Co (Hartford), an insurance broker and/or insurance provider and/or surety bondholder to the Debtors, and affiliates ("Navigators/Hartford") are lienholders, bondholders, adverse litigation parties, lenders and litigation parties to current and former AP clients in matters unrelated to the Debtors.  Navigators/Hartford is a former AP client in matters unrelated to the Debtors.  Navigators/Hartford is an insurance provider to AP.

- ND Office of State Tax Commissioner, a taxing authority to the Debtors, is a lienholder to a former AP client in matters unrelated to the Debtors.

- Neal P. Goldman, a current director to the Debtors, is a director and officer to current and former AP clients in matters unrelated to the Debtors.

- Network Cabling Services, Inc., a creditor and UCC lien search party to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- NextEra Energy Capital Holdings, a customer and contract counterparty to the Debtors, and affiliates are adverse litigation parties, litigation parties and lenders to former AP clients in matters unrelated to the Debtors.

- Nissan North America, Inc., a customer and contract counterparty to the Debtors, and affiliates ("Nissan") are litigation parties to current AP clients in matters unrelated to the Debtors.  Nissan is a former AP client in matters unrelated to the Debtors.  Nissan is a former employer of current AP employees.

- Nomura Corporate Funding Americas, LLC, a customer and contract counterparty to the Debtors, and affiliates ("Nomura") are lenders, investors, bondholders, lienholders, litigation parties, adverse litigation parties, parent companies, shareholders and professionals to current and former AP clients in matters unrelated to the Debtors. Nomura is a current and former AP client in matters unrelated to the Debtors.

- North Dakota Office of State Tax Commissioner, a taxing authority to the Debtors, is a lienholder to a former AP client in matters unrelated to the Debtors.

- NVIDIA Corporation, a customer and contract counterparty to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Occupational Safety and Health Administration, a regulatory and governmental agency to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Oklahoma Gas and Electric Company, a vendor and/or supplier to the Debtors, is a bondholder to a former AP client in matters unrelated to the Debtors.

- Oklahoma Tax Commission, a taxing authority to the Debtors, is a bondholder to current and former AP clients in matters unrelated to the Debtors.

- Old Republic National Title Insurance Co., a vendor and/or supplier to the Debtors, and affiliates are bondholders, adverse litigation parties and litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Oncor Electric Delivery Company LLC, a vendor and/or supplier to the Debtors, is an affiliate and lender to former AP clients in matters unrelated to the Debtors.

- Onin Staffing, LLC, a vendor and/or supplier to the Debtors, and affiliates are professionals to a former AP client in matters unrelated to the Debtors.

- Optum Bank, a benefit provider to the Debtors, and affiliates ("Optum") are litigation parties and associated companies to current and former AP clients in matters unrelated to the Debtors. Optum is a former employer of a current AP employee. Optum is a vendor to AP.

- Oracle America, Inc., an ordinary course professional to the Debtors, and affiliates ("Oracle") are professionals to a current AP client in matters unrelated to the Debtors. Oracle is a former AP client in matters unrelated to the Debtors. Oracle is a vendor to AP.

- Overhead Door Company of Clayton and Overhead Door Company of Tri State, vendors and/or suppliers to the Debtors, and affiliates ("Overhead Door") are adverse litigation parties to former AP clients in matters unrelated to the Debtors. Overhead Door is a former AP client in matters unrelated to the Debtors.

24

- Paul Hastings LLP ("Paul Hastings"), a non-Debtors' professional in these bankruptcy cases, is a professional, counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtors. Paul Hastings is a current and former AP client in matters unrelated to the Debtors.

- Pennsylvania Insurance Company, an insurance broker and/or insurance provider and/or surety bondholder to the Debtors, and affiliates ("Pennsylvania Insurance") are adverse litigation parties to a current AP client in matters unrelated to the Debtors. Pennsylvania Insurance is an insurance provider to AP.

- Pepsi MidAmerica, a vendor and/or supplier to the Debtors, and affiliates are litigation parties to a former AP client in matters unrelated to the Debtors.

- PJT Partners Inc, ("PJT"), a professional to the Debtors, is a professional and investment banker to current and former AP clients in matters unrelated to the Debtors. PJT is a vendor to AP.

- Power & Digital Infrastructure Acquisition Corp. and Power & Digital Infrastructure Corp., UCC lien search parties and pre-petition merger partners to the Debtors, are related parties to a current AP client in matters unrelated to the Debtors.

- PricewaterhouseCoopers LLP ("PwC"), a professional to the Debtors, is a related party, litigation party and professional to current and former AP clients in matters unrelated to the Debtors. PwC is a current and former AP client in matters unrelated to the Debtors. PwC is a former employer of current AP employees. PwC is a tax advisor to AP.

- QBE Insurance Corporation, an insurance broker and/or insurance provider and/or surety bondholder to the Debtors, and affiliates ("QBE") are lenders, litigation parties and adverse litigation parties to current AP clients in matters unrelated to the Debtors. QBE is an insurance provider to AP.

- Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), an ordinary course professional to the Debtors, is a professional, counsel, and opposing counsel to current and former AP clients in matters unrelated to the Debtors. Quinn Emanuel is a former AP client in matters unrelated to the Debtors.

- RC Ventures Inc, a vendor and/or supplier to the Debtors, is a related party to a current AP client in matters unrelated to the Debtors.

- Registered Agent Solutions, Inc., an ordinary course professional to the Debtors, is a professional to current AP clients in matters unrelated to the Debtors.

- Resources Global Professionals, an ordinary course professional to the Debtors, is a professional to a former AP client in matters unrelated to the Debtors.

- Richards Layton and Finger PA ("Richards Layton"), a professional to the Debtors, is a professional, counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtors.  Richards Layton is a former AP client in matters unrelated to the Debtors.  Richards Layton is a current legal services provider to AP.

- Riot Blockchain, Inc., a competitor to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Robert Half Talent Solutions, a party in interest in these bankruptcy cases, and affiliates ("Robert Half") are professionals to current and former AP clients in matters unrelated to the Debtors.  Robert Half is a former employer of current AP employees.  Robert Half is a vendor to AP.

- Robson Forensic Inc, a vendor and/or supplier to the Debtors, is a former AP client in matters unrelated to the Debtors.

- Rockwell Automation Inc, a vendor and/or supplier to the Debtors, is an adverse litigation party and litigation party to current and former AP clients in matters unrelated to the Debtors.

- RT Specialty, a party in interest in these bankruptcy cases, is an insurance provider to AP.

- Ryan LLC, an ordinary course professional to the Debtors, is a professional to current and former AP clients in matters unrelated to the Debtors.

- Sabby Volatility Warrant Master Fund, Ltd., a lender to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Salesforce.com, Inc. ("Salesforce.com"), a vendor and/or supplier to the Debtors, is an investor to a current AP client in matters unrelated to the Debtors.  Salesforce.com is a vendor to AP.

- Scientific Games Corporation ("Scientific Games"), an affiliated company to current officers and directors to the Debtors, is a litigation party and parent company to a former AP client in matters unrelated to the Debtors.  Scientific Games is a current AP client in matters unrelated to the Debtors.  Scientific Games is a former employer of a current AP employee.

- Sculptor Capital Management, fka Och Ziff Capital Management, LP, an affiliated company to current officers and directors to the Debtors, and affiliates ("Och Ziff") are bondholders, adverse litigation parties and lenders to current and former AP clients in matters unrelated to the Debtors.  Och Ziff is a current AP client in matters unrelated to the Debtors.

- Seagen Inc., a customer and contract counterparty to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Securitas Security Services USA Inc., a benefit provider to the Debtors and a party in interest in these bankruptcy cases, and affiliates are former employers of a current AP employee.

- Sharp Business Systems, a vendor and/or supplier to the Debtors, and affiliates are adverse litigation parties to a former AP client in matters unrelated to the Debtors.

- Shell Energy Solutions, a utility provider and/or broker to the Debtors, and affiliates ("Shell") are bondholders, lenders, lessors, investors, adverse litigation parties, litigation parties and joint venture entities to current and former AP clients in matters unrelated to the Debtors. Shell is a former AP client in matters unrelated to the Debtors. Shell is a former employer of current AP employees.

- Sidley Austin LLP ("Sidley"), an ordinary course professional to the Debtors and a non-Debtors' professional in these bankruptcy cases, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors. Sidley is a former AP client in matters unrelated to the Debtors. Sidley is a current legal services provider to AP.

- Silverpeak Credit Partners LP, as collateral agent, and Silverpeak Special Situations Lending LP, UCC lien search parties and vendors and/or suppliers to the Debtors, and affiliates are lenders to a current AP client in matters unrelated to the Debtors.

- Sitrick and Company, an ordinary course professional to the Debtors, and affiliates ("Sitrick") are professionals to current and former AP clients in matters unrelated to the Debtors. Sitrick is a former AP client in matters unrelated to the Debtors.

- Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden Arps"), a non-Debtors' professional in these bankruptcy cases and professional to the proposed ad-hoc group of equity security holders, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors. Skadden Arps is a current and former AP client in matters unrelated to the Debtors. Skadden Arps is a former employer of current AP employees. Skadden Arps is a former legal services provider to AP.

- Slalom LLC, a party in interest in these bankruptcy cases, and affiliates ("Slalom") are former employers of a current AP employee. Slalom is a vendor to AP.

- Smartsheet Inc ("Smartsheet"), a vendor and/or supplier to the Debtors, is a related party to a current AP client in matters unrelated to the Debtors. Smartsheet is a vendor to AP.

- Snell & Wilmer, an ordinary course professional to the Debtors, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors.

- Starr Indemnity & Liability Co, an insurance broker and/or insurance provider and/or surety bondholder to the Debtors, and affiliates ("Starr") are litigation parties and adverse litigation parties to current AP clients in matters unrelated to the Debtors. Starr is a current and former AP client in matters unrelated to the Debtors. Starr is an insurance provider to AP.

27

- Stonebriar Commercial Finance LLC and Stonebriar Finance Holdings LLC¸ lenders and UCC lien search parties to the Debtors and parties in interest in these bankruptcy cases, and affiliates are lessors to current and former AP clients in matters unrelated to the Debtors.

- Stretto, Inc. ("Stretto"), a professional to the Debtors, is a professional to current and former AP clients in matters unrelated to the Debtors.  Stretto is a former AP client in matters unrelated to the Debtors.  One of Stretto's attorneys is in a personal relationship with an AP employee who is not working on these bankruptcy cases.

- Summit Funding Group Inc., a vendor and/or supplier to the Debtors, is a lender to current and former AP clients in matters unrelated to the Debtors.

- Swiss Re Corporate Solutions Capacity Ins. Corp., an insurance broker and/or insurance provider and/or surety bondholder to the Debtors, and affiliates are adverse litigation parties and bondholders to current and former AP clients in matters unrelated to the Debtors.

- Synopsys Inc., a vendor and/or supplier to the Debtors, is a former employer of current AP employees.

- Synovus Bank, a vendor and/or supplier to the Debtors, and affiliates are lenders and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Talos Energy, Inc., an affiliated company to current officers and directors to the Debtors, is a limited partner and director-affiliated company to current and former AP clients in matters unrelated to the Debtors.

- TCF National Bank, a UCC lien search party to the Debtors, and affiliates are lienholders to a former AP client in matters unrelated to the Debtors.

- TDIndustries Inc., a vendor and/or supplier to the Debtors, is a vendor to AP.

- Teacher Retirement System of Texas, an affiliated company to current officers and directors to the Debtors, is a shareholder to a current AP client in matters unrelated to the Debtors.

- Texas Comptroller, a taxing authority to the Debtors, is a bondholder to a current AP client in matters unrelated to the Debtors.

- The Obsidian Master Fund, a lender to the Debtors, is a lender to a former AP client in matters unrelated to the Debtors.

- The Princeton Excess & Surplus Lines Ins. Co., an insurance broker and/or insurance provider and/or surety bondholder to the Debtors, and affiliates ("Princeton") are parent companies to a former AP client in matters unrelated to the Debtors.  Princeton is a former employer of a current AP employee.

28

- Thomson Reuters Tax and Accounting Checkpoint, a vendor and/or supplier to the Debtors, and affiliates ("Thomson Reuters") are professionals to current and former AP clients in matters unrelated to the Debtors.  Thomson Reuters is a current legal services provider to AP.

- Time Warner Cable, a utility provider and/or utility broker and vendor and/or supplier to the Debtors, and affiliates ("Time Warner") are former AP clients in matters unrelated to the Debtors.  Time Warner is a former employer of a current AP employee.

- T-Mobile USA, Inc., a customer and contract counterparty to the Debtors, and affiliates ("T-Mobile") are related parties, lessors and litigation parties to current and former AP clients in matters unrelated to the Debtors.  T-Mobile is a former AP client in matters unrelated to the Debtors.

- Total Quality Logistics LLC, a vendor and/or supplier to the Debtors, is a former employer of a current AP employee.

- Toyota Commercial Finance and Toyota Industries Commercial Finance, Inc., lenders and UCC lien search parties to the Debtors, and affiliates are litigation parties, bondholders, lessors and lienholders to current and former AP clients in matters unrelated to the Debtors.

- TPG Pace Beneficial Finance Corporation I and II, affiliated companies to current officers and directors to the Debtors, and affiliates ("TPG") are associated companies, bondholders, investors, lenders, parent companies, adverse litigation parties and shareholders to current and former AP clients in matters unrelated to the Debtors.  TPG is a current and former AP client in matters unrelated to the Debtors.

- Triangle Enterprises, Inc, a vendor and/or supplier to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- TriNet COBRA and TriNet HR III, LLC, benefit providers and vendors and/or suppliers to the Debtors, and affiliates are affiliates to a former AP client in matters unrelated to the Debtors.

- Troutman Pepper Hamilton Sanders LLP ("Troutman Sanders"), a non-Debtors' professional in these bankruptcy cases, is a professional, counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtors.  Troutman Sanders is a former AP client in matters unrelated to the Debtors.  Tufts, a benefit provider to the Debtors, and affiliates are joint venture entities to former AP clients in matters unrelated to the Debtors.

- TXU Energy Retail Company LLC, a vendor and/or supplier to the Debtors, and affiliates are shareholders and affiliates to a former AP client in matters unrelated to the Debtors.

- U.S. Bank National Association, a lender, bondholder and/or noteholder and/or indenture trustee to the Debtors and a party in interest in these bankruptcy cases, and affiliates ("U.S. Bank") are bondholders, lessees, lenders, lessors, lienholders, adverse litigation parties,

litigation parties, professionals and shareholders to current and former AP clients in matters unrelated to the Debtors.  U.S. Bank is a former AP client in matters unrelated to the Debtors.  U.S. Bank was a member of the official committee of unsecured creditors that retained AP in Tops Holding II Corporation, a former bankruptcy matter unrelated to the Debtors.

- ULine, a vendor and/or supplier to the Debtors, is a lienholder to a current AP client in matters unrelated to the Debtors.  ULine is a vendor to AP.

- United Rentals North America Inc., a vendor and/or supplier to the Debtors, and affiliates ("United Rentals"), are litigation parties to a former AP client in matters unrelated to the Debtors.  United Rentals is a former AP client in matters unrelated to the Debtors.

- UnitedHealthcare (UHC), a benefit provider to the Debtors, and affiliates ("UnitedHealthcare") are associated companies, lenders, adverse litigation parties, litigation parties and lienholders to current and former AP clients in matters unrelated to the Debtors.  UnitedHealthcare is a former AP client in matters unrelated to the Debtors.

- UPS Supply Chain Solutions Inc, a vendor and/or supplier to the Debtors, and affiliates ("UPS") are adverse litigation parties and lienholders to current and former AP clients in matters unrelated to the Debtors.  UPS is a former AP client in matters unrelated to the Debtors.  UPS was a member of the official committee of unsecured creditors that retained AP in Bluestem Brands, Inc., a former bankruptcy matter unrelated to Debtors.  UPS is a vendor to AP.

- US Customs and Border Patrol and US Customs and Border Protection, taxing authorities to the Debtors and parties in interest in these bankruptcy cases, are litigation parties, bondholders and lienholders to current and former AP clients in matters unrelated to the Debtors.

- US Securities and Exchange Commission ("SEC"), a regulatory and government agency to the Debtors, is an adverse litigation party, litigation party and related party to current and former AP clients in matters unrelated to these bankruptcy cases.  The SEC is a current and former AP client in matters unrelated to the Debtors.  The SEC is a former employer of current AP employees.

- Veritext LLC, a vendor and/or supplier to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Vesco Toyotalift, a vendor and/or supplier to the Debtors, and affiliates are lienholders to a former AP client in matters unrelated to the Debtors.

- Vision Service Plan (VSP), a benefit provider to the Debtors, is an employee benefits provider to AP.

- Waterlogic Americas LLC, a vendor and/or supplier to the Debtors, and affiliates ("Waterlogic") are related parties to current and former AP clients in matters unrelated to the Debtors.  Waterlogic is a vendor to AP.

- Weatherford International, an affiliated company to current officers and directors to the Debtors, and affiliates are adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Weil, Gotshal & Manges LLP ("Weil Gotshal"), a professional to the Debtors, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors.  Weil Gotshal is a former AP client in matters unrelated to the Debtors.  Weil Gotshal is a current legal services provider to AP.

- WEX Health Inc., a vendor and/or supplier to the Debtors, and affiliates ("WEX") are adverse litigation parties to a former AP client in matters unrelated to the Debtors.  WEX is an employee benefits provider to AP.

- Williams & Connolly LLP ("W&C"), an ordinary course professional to the Debtors, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors.  W&C is a former AP client in matters unrelated to the Debtors.

- Willkie Farr & Gallagher LLP ("Willkie Farr"), a non-Debtors' professional and party in interest in these bankruptcy cases and proposed counsel for the Official Committee of Unsecured Creditors, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors.  Willkie Farr is a current and former AP client in matters unrelated to the Debtors.  Willkie Farr is a current legal services provider to AP.

- Wilmington Savings Fund Society, FSB, a lender to the Debtors, and affiliates ("WSFS") are lenders, adverse litigation parties, bondholders and professionals to current and former AP clients in matters unrelated to the Debtors.  WSFS was a member of the official committee of unsecured creditors that retained AP in in Extraction Oil & Gas, Inc. and EP Energy Corporation, former bankruptcy matters unrelated to the Debtors.

- Windstream Communications, a utility provider and/or utility broker to the Debtors, and affiliates ("Windstream") are affiliates and lessors to former AP clients in matters unrelated to the Debtors.  Windstream is a former AP client in matters unrelated to the Debtors.

- Workiva Inc., an ordinary course professional to the Debtors, is a professional to current and former AP clients in matters unrelated to the Debtors.

- Xcel Energy, a utility provider and/or utility broker to the Debtors, is a litigation party to a former AP client in matters unrelated to the Debtors.

- XL Specialty Ins Co, an insurance broker and/or insurance provider and/or surety bondholder to the Debtors, and affiliates ("XL") are bondholders, lessors, litigation parties and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.  XL is a current AP client in matters unrelated to the Debtors.  XL is an insurance provider to AP. Abu Dhabi Ports Company PJSC – KIZAD, a vendor and/or supplier to the Debtors, and affiliates are former AP clients in matters unrelated to the Debtors.

- XPDI Sponsor LLC, a pre-petition merger partner to the Debtors, is a current AP client in matters related to the Debtors but unrelated to these bankruptcy cases.  A separate AP team in a different area of the firm is engaged by XPDI Sponsor LLC to provide data hosting services. AP's scope of work in that engagement is strictly limited to data collection, processing and hosting, and is ministerial and administrative in nature.   No advisory services are being performed.   Out of an abundance of caution, AP has implemented an information barrier between the two engagement teams.

- XPDI and XPDI Merger Sub, Inc., UCC lien search result parties and pre-petition merger partners to the Debtors, and affiliates are current AP clients in matters unrelated to these bankruptcy cases.

- Zendesk Inc., a vendor and/or supplier to the Debtors, is a related party to a former AP client in matters unrelated to the Debtors.

- Zimney Foster PC, a vendor and/or supplier to the Debtors, is a professional to a former AP client in matters unrelated to the Debtors.

- Zoom Video Communications Inc., a vendor and/or supplier to the Debtors, is a vendor to AP.

- ZoomInfo Technologies, a vendor and/or supplier to the Debtors, is a current AP client in matters unrelated to the Debtors.