## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.,* | § | **Case No. 22-90341 (DRJ)** |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| | § | |

## APPLICATION OF DEBTORS FOR
## AUTHORITY TO RETAIN AND EMPLOY
## WEIL, GOTSHAL & MANGES LLP AS ATTORNEYS
## FOR DEBTORS EFFECTIVE AS OF PETITION DATE

> **IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING. UNLESS OTHERWISE DIRECTED BY THE COURT, YOU MUST FILE YOUR RESPONSE ELECTRONICALLY AT HTTPS://ECF.TXSB.USCOURTS.GOV/ WITHIN TWENTY-ONE DAYS FROM THE DATE THIS MOTION WAS FILED. IF YOU DO NOT HAVE ELECTRONIC FILING PRIVILEGES, YOU MUST FILE A WRITTEN OBJECTION THAT IS ACTUALLY RECEIVED BY THE CLERK WITHIN TWENTY-ONE DAYS FROM THE DATE YOU WERE SERVED WITH THIS PLEADING. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), respectfully represent as follows in support of this application (the "**Application**"):

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

**Background**

1.     On December 21, 2022 (the "**Petition Date**"), the Debtors each commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").  The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The Debtors' chapter 11 cases are being jointly administered for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),  and Rule 1015-1 of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Local Rules**").

2.     No trustee, examiner, or statutory committee of creditors has been appointed in these chapter 11 cases.

3.     Additional information regarding the Debtors' business and capital structure and the circumstances leading to the commencement of these chapter 11 cases is set forth in the *Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions* (Docket No. 5) (the "**First Day Declaration**").[2]

**Jurisdiction**

4.     The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the First Day Declaration.

**Relief Requested**

5.      By this Application, pursuant to sections 327(a), 328(a), 329, and 504 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b), and Bankruptcy Local Rules 2014-1 and 2016-1, the Debtors request entry of an Order (i) authorizing the retention and employment of Weil, Gotshal & Manges LLP ("**Weil**" or the "**Firm**") as attorneys for the Debtors effective as of the Petition Date and (ii) granting related relief.

6.      The Debtors request that the Court approve the retention of Weil, under a general retainer, as their attorneys to perform the extensive legal services that will be required during these chapter 11 cases in accordance with Weil's normal hourly rates in effect when services are rendered and Weil's normal reimbursement policies.  In support of this Application, the Debtors submit the declaration of Ray C. Schrock, a partner of Weil, which is annexed hereto as **Exhibit A** (the "**Schrock Declaration**"), and the declaration of Todd DuChene, President and Chief Legal Officer of Core Scientific, which is annexed hereto as **Exhibit B** (the "**DuChene Retention Declaration**").

7.      A proposed form of order granting the relief requested herein is annexed hereto as **Exhibit C** (the "**Proposed Order**").

**Relief Requested Should Be Granted**

8.      Section 327(a) of the Bankruptcy Code provides that "the trustee, with the court's approval, may employ one or more attorneys . . . that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under [the Bankruptcy Code]."  11 U.S.C. § 327(a).

### Weil's Qualifications

9.      Since 2018, Weil has represented the Debtors with respect to various matters, including certain transactional and litigation matters.  Beginning in October 2022, Weil has represented the Debtors with respect to their ongoing litigation with Celsius Network LLC ("**Celsius**") in the Celsius chapter 11 cases.  At around the same time, Weil began advising the Debtors in connection with their evaluation and execution of certain strategic initiatives to help preserve and maximize the Company's enterprise value.  As a result of its prepetition engagement, Weil possesses an in-depth knowledge of the Debtors' capital structure and has gained additional insight into the current condition of the Debtors' industry, business, and operations.  Specifically, Weil was extensively involved in (i) prepetition negotiations with the Debtors' key economic stakeholders (including the Debtors' restructuring efforts as discussed in greater detail in the First Day Declaration), (ii) analyzing strategic alternatives with respect to the Debtors' capital structure and restructuring, (iii) negotiating and executing a restructuring support agreement (the "**RSA**") with an ad hoc group of Convertible Noteholders (the "**Ad Hoc Noteholder Group**"), (iv) securing a $75 million DIP Facility, and (v) the preparation and commencement of these chapter 11 cases.  Accordingly, the Debtors believe Weil is uniquely situated with the necessary background to address the potential legal issues that may arise in the context of the Debtors' chapter 11 cases.

10.      The Debtors have also selected Weil as their attorneys because of the Firm's extensive general experience and knowledge, including Weil's recognized expertise in the field of debtors' protections, creditors' rights, and the administration of cases under chapter 11 of the Bankruptcy Code.  For example, Weil currently represents or has represented, among others, the following debtors and their affiliates: Phoenix Services Topco, LLC; Talen Energy Supply, LLC;

Kabbage, Inc.; SAS AB; Ruby Pipeline; All Year Holdings Ltd.; Evergreen Gardens Mezz LLC; CBL & Associates Properties, Inc., Fieldwood Energy LLC; Brooks Brothers Group, Inc.; Briggs & Stratton Corporation; VIVUS, Inc.; CEC Entertainment, Inc.; ORG GC Midco, LLC; NPC International, Inc.; Chisholm Oil and Gas Operating, LLC; Exide Technologies, LLC; Gavilan Resources, LLC; 24 Hour Fitness Worldwide; SpeedCast International Limited; Chinos Holdings, Inc.; Kingfisher Midstream LLC; EP Energy Corporation; Halcon Resources Corporation; Fusion Connect, Inc.; Insys Therapeutics, Inc.; CTI Foods, LLC; Ditech Holding Corporation; PG&E Corporation and Pacific Gas and Electric Company; Checkout Holding Corp.; Waypoint Leasing Holdings Ltd.; LBI Media, Inc.; Sears Holdings Corporation; Tops Holding Company LLC; Southeastern Grocers, LLC; Claire's Inc.; Walter Inv. Mgmt. Corp.; Westinghouse Electric Company LLC; TK Holdings Inc.; Angelica Corp.; Azure Midstream Partners, LP; Memorial Production Partners LP; CHC Group Ltd.; Breitburn Energy Partners LP; American Gilsonite Company; and Aéropostale, Inc.

11.     The Debtors have been informed that Alfredo R. Pérez, a partner of Weil who will be employed in these chapter 11 cases, is a member in good standing of, among others, the Bar of the State of Texas and the United States District Court for the Southern District of Texas. Other partners of, counsel to, and associates of Weil who will be employed in these cases are members in good standing of other bars and courts.  Accordingly, Weil is both well qualified and uniquely able to represent the Debtors in their chapter 11 cases in an efficient and effective manner.

### Scope of Services

12.     The employment of Weil under a general retainer, and in accordance with its normal hourly rates and disbursement policies in effect from time to time, is appropriate and necessary to enable the Debtors to execute faithfully their duties as debtors and debtors in

possession and to prosecute their chapter 11 cases.  Subject to further order of this Court, it is proposed that Weil be employed to render the following professional services:

    a.    take all necessary action to protect and preserve the Debtors' estates, including the prosecution of actions on the Debtors' behalf, the defense of any actions commenced against the Debtors, the negotiation of disputes in which the Debtors are involved and the preparation of objections to claims filed against the Debtors' estates;

    b.    prepare on behalf of the Debtors, as debtors in possession, all necessary motions, applications, answers, orders, reports and other papers in connection with the administration of the Debtors' estates;

    c.    take all necessary actions in connection with any chapter 11 plan and related disclosure statement and all related documents, and such further actions as may be required in connection with the administration of the Debtors' estates;

    d.    if necessary, take all appropriate actions in connection with the sale of any or all of the Debtors' assets pursuant to section 363 of the Bankruptcy Code, or otherwise;

    e.    perform all other necessary legal services in connection with the prosecution of these chapter 11 cases; *provided, however*, that to the extent Weil determines that such services fall outside of the scope of services historically or generally performed by Weil as lead debtors' counsel in a bankruptcy case, Weil will file a supplemental declaration.

13.    It is necessary for the Debtors to employ attorneys to render the foregoing professional services.  Weil has stated its desire and willingness to act in these cases and render the necessary professional services as attorneys for the Debtors.

14.    In addition to this Application, the Debtors have filed, or expect to file shortly, applications to employ: (i) Stretto, Inc., as claims and noticing agent and solicitation agent; (ii) PJT Partners LP, as investment banker; (iii) AlixPartners, LLP, as financial advisor; and (iv) Marcum LLP, as auditor.  The Debtors may also file applications to employ additional professionals, in connection with the administration of these chapter 11 cases and the Debtors' ordinary course operations.  Rather than resulting in any extra expense to the Debtors' estates, it

is anticipated that the efficient coordination of efforts of the Debtors' attorneys and other professionals will greatly add to the progress and effective administration of these chapter 11 cases.

15.     As described in the Schrock Declaration, Weil will work with the Debtors' other professionals to ensure a clear delineation of each firm's respective roles in connection with representation of the Debtors in these chapter 11 cases to prevent duplication of services and ensure the case is administered in the most efficient fashion possible.  It is anticipated that the efficient coordination of efforts of the Debtors' attorneys and other professionals will greatly add to the progress and effective administration of these chapter 11 cases.

### Weil's Disinterestedness

16.     To the best of the Debtors' knowledge, the partners of, counsel to, and associates of Weil do not have any connection with or any interest adverse to the Debtors, their creditors, or any other party-in-interest, or their respective attorneys and accountants, except as may be set forth in the Schrock Declaration.

17.     Based upon the Schrock Declaration, the Debtors believe that Weil is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code as modified by section 1107(b) of the Bankruptcy Code.  The Debtors have been informed that Weil will conduct an ongoing review of its files to ensure that no disqualifying circumstances arise.  If any new relevant facts or relationships are discovered, Weil will supplement its disclosure to the Court.

### Professional Compensation

18.     As set forth in the Schrock Declaration, for the 90 days prior to the Petition Date, Weil received payments and advances in the aggregate amount of approximately $8,100,000 for professional services performed and to be performed, including the commencement and

prosecution of these chapter 11 cases.  Weil has a remaining credit balance in favor of the Debtors for professional services performed and to be performed, and expenses incurred and to be incurred, in connection with these chapter 11 cases in the amount of approximately $273,614.36 (the "**Fee Advance**").  Weil intends to apply the Fee Advance to any outstanding amounts relating to the period prior to the Petition Date that were not processed through Weil's billing system as of the Petition Date.  Weil intends to retain the balance on account of services rendered and expenses incurred subsequent to the Petition Date.

19.     The Debtors understand and have agreed that Weil hereafter will apply to the Court for allowances of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, the *U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013 (the "**Fee Guidelines**"), and any further orders of the Court (the "**Orders**") for all professional services performed and expenses incurred after the Petition Date.

20.     Subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, the Fee Guidelines, and the Orders, the Debtors propose to compensate Weil for services rendered at its customary hourly rates that are in effect from time to time, as set forth in the Schrock Declaration, and to reimburse Weil according to its customary reimbursement policies.  The Debtors respectfully submit that Weil's rates and policies stated in the Schrock Declaration are reasonable.

## Notice

21.     Notice of this Application will be provided to any party entitled to notice pursuant to Bankruptcy Rule 2002 and any other party entitled to notice pursuant to Bankruptcy Local Rule 9013-1(d).

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: January 15, 2023
      Austin, Texas

**CORE SCIENTIFIC, INC.**
(and each of its affiliated debtors as Debtors and Debtors in Possession)


*/s/ Todd DuChene*
Name: Todd DuChene
Title: President and Chief Legal Officer

## <u>Certificate of Service</u>

I hereby certify that on January 15, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

_/s/  Alfredo R. Pérez_____
Alfredo R. Pérez

## Exhibit A

**Schrock Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.,* | § | Case No. 22-90341 (DRJ) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

DECLARATION OF
RAY C. SCHROCK IN SUPPORT OF
APPLICATION OF DEBTORS FOR AUTHORITY
TO RETAIN AND EMPLOY WEIL, GOTSHAL & MANGES LLP AS
ATTORNEYS FOR DEBTORS EFFECTIVE AS OF PETITION DATE

Pursuant to 28 U.S.C. § 1746, I, Ray C. Schrock, hereby declare as follows:

1.      I am a partner of the firm of Weil, Gotshal & Manges LLP ("**Weil**" or
the "**Firm**"), an international law firm with principal offices at 767 Fifth Avenue, New York, New
York 10153; regional offices in Houston and Dallas, Texas; Washington, D.C.; Miami, Florida;
Boston, Massachusetts; Princeton, New Jersey; Redwood Shores, California; and foreign offices
in London, United Kingdom; Frankfurt and Munich, Germany; Paris, France; Hong Kong; and
Beijing and Shanghai, China.

2.      I submit this declaration (this "**Declaration**") in connection with the
Application submitted on the date hereof (the "**Application**")[2] of Core Scientific, Inc. and its

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired
Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty
Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677);
RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII,
LLC (3198).  The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300,
Austin, Texas 78704.

[2] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the
Application.

debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), for entry of an order authorizing the Debtors to employ and retain Weil as their attorneys in the above-captioned chapter 11 cases, effective as of the Petition Date, at Weil's normal hourly rates in effect from time to time and in accordance with Weil's normal reimbursement policies, in compliance with sections 327(a), 328(a), 329, and 504 of title 11 of the United States Code (the "**Bankruptcy Code**"), and to provide the disclosure required under Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Local Rules**").  Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.  To the extent any information disclosed herein requires amendment or modification upon Weil's completion of further review, or as additional information regarding parties in interest becomes available, a supplemental declaration will be submitted to the Court reflecting such amended, supplemented, or otherwise modified information.

3.       Neither I, Weil, nor any partner of, counsel to, or associate of the Firm represents any entity other than the Debtors in connection with these chapter 11 cases.  In addition, except as set forth herein, to the best of my knowledge, after due inquiry, neither I, Weil, nor any partner of, counsel to, or associate of the Firm represents any party-in-interest in these chapter 11 cases in matters related to these chapter 11 cases.

## Weil's Disclosure Procedures

4.       Weil, which employs approximately 1,100 attorneys, has a large and diversified legal practice that encompasses the representation of many financial institutions and commercial corporations.  Weil has, in the past, represented, currently represents, and may, in the

future, represent, entities that are claimants or interest holders of the Debtors in matters unrelated to these chapter 11 cases.  Some of those entities are, or may consider themselves to be, creditors or parties in interest in these chapter 11 cases or otherwise have interests in these cases.

5.      In preparing this Declaration, I used a set of procedures developed by Weil to ensure compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Bankruptcy Local Rules regarding the retention of professionals by a debtor under the Bankruptcy Code (the "**Firm Disclosure Procedures**").   Pursuant to the Firm Disclosure Procedures, I performed, or caused to be performed, the following actions to identify the parties relevant to this Declaration and to ascertain Weil's connection to such parties:

a.      A comprehensive list of the types of entities that may have contacts with the Debtors was developed through discussions with the Weil attorneys who have provided services to the Debtors and in consultation with the advisors to and senior management of the Debtors (the "**Retention Checklist**").  A copy of the Retention Checklist is attached hereto as **Exhibit 1**.

b.      Weil obtained information responsive to the Retention Checklist through several inquiries of the Debtors' senior management and advisors and review of documents provided by the Debtors to Weil.  Weil then used that information, together with other information identified by Weil, to compile a list of the names of entities that may be parties in interest in these chapter 11 cases (the "**Potential Parties in Interest**").

c.      Weil maintains a master client database as part of its conflict clearance and billing records.  The master client database includes the names of the entities for which any attorney time charges have been billed since the database was first created (the "**Client Database**").  The Client Database includes the name of all current and former clients, the name of the parties who are or were related or adverse to such current and former clients, and the names of the Weil personnel who are or were responsible for current or former matters for such clients.  Weil's policy is that no new matter may be accepted or opened within the Firm without completing and submitting to those charged with maintaining the conflict clearance system the information necessary to check each such matter for conflicts, including the identity of the prospective client, the name of the matter, adverse parties, and, in some cases, parties related to the client or to an adverse party. Accordingly, the database is updated for every new matter undertaken by Weil.  The accuracy of the system is a function of the completeness and accuracy of the information submitted by the attorney opening a new matter.

d.      Weil compared the names of each of the Potential Parties in Interest to client matters in the Client Database for which professional time was recorded during the two years prior to the comparison.[3]  Any matches to names in the Client Database generated by the comparison were compiled, together with the names of the respective Weil personnel responsible for the identified client matters (the "**Client Match List**").

e.      A Weil attorney then reviewed the Client Match List and deleted obvious name coincidences and individuals or entities that were adverse to Weil's clients in both this matter and the matter referenced on the Client Match List.

f.      Using information in the Client Database concerning entities on the Client Match List and making general and, if applicable, specific inquiries of Weil personnel, Weil verified that it does not represent and has not represented any entity on the Client Match List in connection with these chapter 11 cases.

g.      In addition, a general inquiry was sent by electronic mail to all Weil personnel (attorneys and staff) to determine whether any such individuals or any members of their households (i) own any debt or equity securities of the Debtors; (ii) hold a claim against or interest adverse to the Debtors; (iii) are or were officers, directors, or employees of the Debtors or any of the affiliates or subsidiaries; (iv) are related to or have any connections to Bankruptcy Judges for the Southern District of Texas; or (v) are related to or have any connections to anyone working for the U.S. Trustee.

### Weil's Connections with Debtors

6.      Weil compiled responses to the foregoing inquiries for the purpose of preparing this Declaration.  Responses to the inquiry described in paragraph 5(g) above reflect that, as of the Petition Date, Weil is not aware that any Weil personnel or member of the household of any Weil personnel holds any claims against, stock of, or other interests in the Debtors and that no such individuals held significant employment with the Debtors.

---

[3]  For purposes of the Firm Disclosure Procedures, Weil considers an entity a "former client" if professional time was recorded within the past two years, but all matters for such client have since been closed.  Because the Firm Disclosure Procedures only reflect client activity during the past two years, matches to client matters outside that timeframe are not reflected in this Declaration.

7.     Prior to the Petition Date, certain Weil attorneys clerked or otherwise worked with Bankruptcy Judges in the Southern District of Texas.  Effective August 14, 2019, United States Bankruptcy Judge Christopher M. Lopez was appointed to the United States Bankruptcy Court for the Southern District of Texas.  Prior to such appointment, Judge Lopez was employed by and counsel to Weil.  Except for the foregoing, no Weil lawyers or support staff or their family members is related to or has any other connections to Bankruptcy Judges in the Southern District of Texas.

8.     Since 2018, Weil has represented the Debtors with respect to various matters, including certain transactional and litigation matters.  Beginning in October 2022, Weil has represented the Debtors with respect to the ongoing litigation with Celsius in the Celsius chapter 11 cases.  At around the same time, Weil began advising the Debtors in connection with their evaluation and execution of certain strategic initiatives to help preserve and maximize the Company's enterprise value.  Specifically, Weil was extensively involved in (i) prepetition negotiations with the Debtors' key economic stakeholders (including the Debtors' restructuring efforts as discussed in greater detail in the First Day Declaration), (ii) analyzing strategic alternatives with respect to the Debtors' capital structure and restructuring, (iii) negotiating and executing the RSA with the Ad Hoc Noteholder Group, and (iv) securing a $75 million DIP Facility.  Most recently, Weil has provided the necessary services to enable the Debtors to commence the above captioned chapter 11 cases.  Weil was primarily responsible for the preparation of the chapter 11 petitions, initial motions, and applications relating to these chapter 11 cases and their commencement.

**Weil's Connections with Parties in Interest in**
**Matters Unrelated to These Chapter 11 Cases**

9.      Either I, or an attorney working under my supervision, reviewed the connections between Weil and the clients identified on the Client Match List, and the connections between those entities and the Debtors.  After such review, either I, or an attorney working under my supervision, determined, in each case, that Weil does not hold or represent an interest that is adverse to the Debtors' estates and that Weil is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, for the reasons discussed below.

10.      Weil previously represented, currently represents, and may in the future represent the entities (or their affiliates) described below in matters unrelated to the Debtors and their chapter 11 cases.  An entity is described as a "Current Client" if Weil has any open matters for such entity or a known affiliate of such entity and attorney time charges have been recorded on any such matters within the past two years.  An entity is described as a "Former Client" if Weil represented such entity or a known affiliate of such entity within the past two years based on recorded attorney time charges on a matter, but all matters for such entity or any known affiliate of such entity have been formally closed.  Disclosures relating to all other categories on the Retention Checklist, attached hereto as **Exhibit 2**, are the product of implementing the Firm Disclosure Procedures (the "**Disclosure Schedule**").  Except as otherwise disclosed herein, Weil has not represented, does not represent, and will not represent any entities listed on the Disclosure Schedule in matters directly related to the Debtors or these chapter 11 cases.

11.      To the best of my knowledge and information, the annual fees for each of the last two years paid to Weil by any party listed on the Disclosure Schedule or its affiliates, on an aggregate basis, did not exceed 1% of the Firm's annual gross revenue, except for those fees

6

paid by the following entities: (i) TPG Global LLC and certain affiliates, (ii) Cumulus Coin LLC and certain affiliates, and (iii) INE, LLC and certain affiliates. Weil has represented and continues to represent TPG Global LLC and INE, LLC and certain of their respective affiliates in a variety of matters, all of which are unrelated to these chapter 11 cases.

12.    In addition, Weil previously represented Michael Levitt, the Debtors' chief executive officer and director, in connection with certain board service matters. Weil last provided services to Mr. Levitt in 2019. In 2020, Weil represented GreensLedge Capital Markets LLC ("**GreensLedge**") in connection with a potential offering of preferred stock by the Debtors. The transaction was not consummated, and since August 2020, Weil has not provided any services to GreensLedge related to the Debtors.

13.    In addition to the foregoing, through diligent inquiry, I have ascertained no connection, as such term is used in section 101(14)(C) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, and Bankruptcy Rule 2014(a), between Weil and (i) the United States Trustee for Region 7 (the "**U.S. Trustee**") or any person employed by the U.S. Trustee, (ii) any attorneys, accountants, or financial consultants in these chapter 11 cases, or (iii) any investment bankers who represent or may represent the Debtors, claimants, or other parties in interest in these chapter 11 cases, except as set forth herein and on the Disclosure Schedule. As part of its practice, Weil appears in cases, proceedings, and transactions involving many different attorneys, accountants, financial consultants, and investment bankers, some of whom now, or may in the future, represent claimants and other parties in interest in these cases. Weil has not represented, and will not represent, any such parties in relation to the Debtors or their chapter 11 cases. Weil does not have any relationship with any such attorneys, accountants, financial consultants, or investment bankers that would be adverse to the Debtors or their estates.

14.     Additionally, Weil has represented, and may currently represent, entities that hold, or may in the future hold, certain of the Debtors' debt in beneficial accounts on behalf of unidentified parties.  Because distressed debt is actively traded in commercial markets, Weil may be unaware of the actual holder of such debt at any given moment.  Weil also represents numerous entities in unrelated matters that may buy and/or sell distressed debt, claims, or equity interests of chapter 11 debtors.  Moreover, from time to time, Weil is engaged by various entities that buy and/or sell distressed debt to analyze the capital structure of a distressed company based on a review of publicly available information.  The Firm does not undertake such reviews after it has been engaged to represent any such company, including the Debtors, and does not view any public debt review as an adverse representation to the Debtors.  Similarly, as a large firm, Weil may represent creditors/investors of or parties interested in investing in one or more parties in interest in these cases.  Weil does not believe these relationships represent interests adverse to the estates.

15.     Certain of the parties in interest in these chapter 11 cases are or were from time to time, members of ad hoc or official creditors' committees represented by Weil in matters unrelated to these chapter 11 cases.  In such instances, Weil only represented the committee or group, and did not represent the creditors in their individual capacities.  Weil does not and will not represent any of these parties in connection with these chapter 11 cases.

16.     Despite the efforts described herein to identify and disclose Weil's connections with the parties in interest in these chapter 11 cases, and because the Debtors have numerous relationships, Weil is unable to state with certainty that every client relationship or other connection has been disclosed.  Therefore, Weil will continue to apply the Firm Disclosure

Procedures.  If any new material, relevant facts, or relationships are discovered or arise, Weil will promptly file a supplemental disclosure with the Court.

## **Weil Is Disinterested**

17.    Based on the foregoing, insofar as I have been able to ascertain after diligent inquiry, I believe Weil does not hold or represent an interest adverse to the Debtors' estates in the matters upon which Weil is to be employed and that Weil is "disinterested" as such term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

## **Weil's Retainer, Rates, and Billing Practices**

18.    Weil is not a creditor of the Debtors.  During the 90-day period prior to the Petition Date, Weil received payments and advances in the aggregate amount of approximately $8,100,000 for services performed and expenses incurred, and also to be performed and incurred, including in preparation for the commencement of these chapter 11 cases.  As of the Petition Date, Weil held an advance payment retainer of approximately $273,614.36, subject to any amounts Weil intends to apply against the retainer as set forth in this Application.

19.    Weil intends to charge the Debtor for services rendered in these chapter 11 cases at Weil's normal hourly rates in effect at the time the services are rendered.  Weil's current customary hourly rates, subject to change from time to time, are $1,375.00 to $2,095.00 for partners and counsel, $750.00 to $1,345.00 for associates, and $295.00 to $530.00 for paraprofessionals.

20.    Weil also intends to seek reimbursement for expenses incurred in connection with its representation of the Debtors in accordance with Weil's normal reimbursement policies, subject to any modifications to such policies that Weil may be required to make to comply

with orders of this Court, the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and the *U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013 (the "**Fee Guidelines**").  Weil's disbursement policies pass through all out-of-pocket expenses at actual cost or an estimated actual cost when the actual cost is difficult to determine.  For example, with respect to duplication charges, Weil will charge $.10 per printed black and white page and $.50 per color page because the actual cost is difficult to determine.  Similarly, as it relates to computerized research, Weil believes that it does not make a profit on that service as a whole, although the cost of any particular search is difficult to ascertain.  Other reimbursable expenses (whether the service is performed by Weil in-house or through a third-party vendor) include, but are not limited to, facsimiles, overtime, overtime meals, deliveries, court costs, cost of food at meetings, transcript fees, travel fees, and clerk fees.

21.    No promises have been received by Weil, or any partner, counsel, or associate of Weil, as to payment or compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and the Fee Guidelines.  Furthermore, Weil has no agreement with any other entity to share compensation received by Weil or by such entity.

22.    The Application requests approval of Weil's retention on rates, terms, and conditions consistent with what Weil charges non-chapter 11 debtors, namely, prompt payment of Weil's hourly rates, as adjusted from time to time, and reimbursement of out-of-pocket disbursements at cost or based on formulas that approximate the actual cost where the actual cost is not easily ascertainable.  Subject to these terms and conditions, Weil intends to apply for allowance of compensation for professional services rendered in these chapter 11 cases and for

reimbursement of actual and necessary expenses relating thereto, in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, the Fee Guidelines, and any other applicable procedures and orders approved by the Court.

### Coordination with Other Professionals for Debtors

23.     Weil is aware that the Debtors have submitted, or intend to submit, separate applications to retain, among others, (i) Stretto, Inc., as claims and noticing agent and solicitation agent; (ii) PJT Partners LP, as investment banker; (iii) AlixPartners, LLP, as financial advisor; and (iv) Marcum LLP, as auditor.  Weil, in conjunction with the Debtors' management team, intends to monitor carefully and coordinate the efforts of all professionals retained by the Debtors in these chapter 11 cases and will delineate their respective duties so as to prevent duplication of services whenever possible.  It is anticipated that the efficient coordination of efforts of the Debtors' attorneys and other professionals will greatly add to the progress and effective administration of these chapter 11 cases.

### Attorney Statement Pursuant to Fee Guidelines

24.     The following is provided in response to the request for additional information set forth in Appendix B, Paragraph D.1 of the Fee Guidelines.

| | |
|---|---|
| **Question**: | Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? |
| **Response**: | No. |
| **Question**: | Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? |
| **Response**: | No. |
| **Question**: | If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If your billing rates and material financial terms have |

changed postpetition, explain the difference and the reasons for the difference.

**Response**:    Weil represented the Debtors in the 12 months prior to the Petition Date.  In 2022, Weil's hourly rates were $1,250.00 to $1,950.00 for partners and counsel, $690.00 to $1,200.00 for associates, and $275.00 to $495.00 for paraprofessionals.  On January 1, 2023, Weil adjusted its standard billing rates for its professionals in the normal course.  Paragraph 19 herein discloses the billing rates used by Weil from January 1, 2023, subject to annual adjustment.

**Question**:    Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?

**Response**:    Weil is developing a prospective budget and staffing plan for these chapter 11 cases.  Weil and the Debtors will review such budget following the close of the budget period to determine a budget for the following period.

25.    The foregoing constitutes the statement of Weil pursuant to sections 327(a), 328(a), 329, and 504 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b), and Bankruptcy Local Rules 2014-1 and 2016-1.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 15, 2023
New York, New York

*/s/ Ray C. Schrock*
Ray C. Schrock

**Exhibit 1**

**Retention Checklist**

- Debtors
- Debtors' Trade Names and Aliases (up to 8 years) (a/k/a, f/k/a, d/b/a)
- Bank Accounts
- Bankruptcy Judges and Staff for the Southern District of Texas
- Bondholders/Noteholders/Indenture Trustees
- Clerk of the Court for the Southern District of Texas
- Contract Counterparties (includes patents and intellectual property)
- Current Officers and Directors
- Affiliation of Current Officers and Directors
- Benefit Providers (Workers Compensation/Pension Plans/Third Party Administrators)
- Debtors Professionals (law firms, accountants and other professionals)
- Former Officers and Directors
- Insurance/Insurance Broker/Insurance Provider/Surety Bonds
- Landlords and Parties to Leases
- Lenders
- List of the Top 30 Unsecured Creditors
- List of the Creditors Holding the Top 100 Largest Unsecured Claims (Excluding Insiders)
- List of 5 Largest Secured Claims
- Litigation Counterparties/Litigation Pending Lawsuits (includes threatened litigation)
- Non-Debtor Affiliates and Subsidiaries
- Non-Debtor Professionals
- Official Committee of Unsecured Creditors
- Other Parties in Interest (Notice of Appearance Parties, and any other person or group appointed)
- Ordinary Course Professionals
- Other Secured Parties (Letters of Credit/ Issuers of Letters of Credit)
- Partnerships (if debtors is a partnership, its general and limited partners)
- Regulatory and Government Authorities – yellow not on excel but ran
- Secured Creditors
- Significant Competitors
- Significant Customers and Contract Counterparties
- Significant Shareholders (more than 5% of equity)
- Significant Vendors/Suppliers
- Taxing Authorities
- U.S. Attorney's Office for the Southern District of Texas
- UCC Search Results/UCC Lien Search Results
- Unions N/A
- United States Trustee and Staff for the Southern District of Texas
- Utility Providers/Utility Brokers

1

**Potential Parties in Interest**

**Debtors:**
Core Scientific Mining LLC
Core Scientific, Inc.
Core Scientific Acquired Mining LLC
Core Scientific Operating Company
Radar Relay, Inc.
Core Scientific Specialty Mining (Oklahoma) LLC
American Property Acquisition, LLC
Starboard Capital LLC
RADAR LLC
American Property Acquisitions I, LLC
American Property Acquisitions VII, LLC

**Debtors' Trade Names and Aliases (up to 8 years) (a/k/a, f/k/a, d/b/a):**
155 Palmer Lane, LLC
Blockcap, Inc.
Core Scientific Holdings Co.
Core Scientific, Inc.
GPU One Holdings, LLC
Mineco Holdings, Inc.
Power & Digital Infrastructure Acquisition Corp.
Radar Relay, LLC
XPDI

**Bank Accounts:**
Bank of America
City National Bank
Bremer Bank

**Bankruptcy Judges and Staff for Southern District of Texas:**
Judge David R. Jones
Judge Marvin Isgur
Judge Christopher M. Lopez
Judge Jeffrey P. Norman
Judge Eduardo V. Rodriguez
Peter Bray
Jason Marchand
Albert Alonzo
Rosario Saldan
Christina Bryan
Melissa Morgan-Faircloth
LinhThu Do
Mario Rios
Yvonne Ho
Samantha Warda

Dena Hanovice Palermo
Carol Felchak
Jeannie Chavez
Sam S. Sheldon
Shannon Jones

**Bondholders/Noteholders/Indenture Trustees:**
U.S. Bank National Association

**Clerk of the Court for Southern District of Texas:**
Darlene Hansen
Nathan Ochsner

**Contract Counterparties (includes patents and intellectual property)**
(See Significant Customers and Contract Counterparties)

**Current Officers and Directors:**
Carol Haines
Darin Feinstein
Denise Sterling
Jarvis Hollingsworth
Jeff Pratt
Jeff Taylor
Katharine ("Katy") Hall
Kneeland Youngblood
Krista Rhynard
Kyle Buckett
Lynn Burgener
Matthew Brown ("Matt")
Matthew Minnis ("Matt")
Michael Bros
Michael Levitt ("Mike")
Neal P. Goldman
Russell Cann
Steve Gitlin
Todd DuChene
Weston Adams

**Affiliation of Current Officers and Directors:**
Baylor Health Care System Foundation
California Institute of Technology (Caltech)
Diamond Offshore Drilling, Inc.
Kayne Anderson BDC, LLC
Kayne Anderson Capital Advisors, L.P.

2

Kayne Anderson Energy Infrastructure Fund
    Inc. (KYN)
Kayne Anderson NextGen Energy &
    Infrastructure Inc. (KMF)
Laredo Petroleum, Inc.
Mackay Shields, LLC
Mallinckrodt Pharmaceuticals
Memorial Hermann Hospital System
Och Ziff Capital Management, LP
Pledgeling Technologies
Prostate Cancer Foundation
Scientific Games Corporation
Southwestern Medical Foundation
Talos Energy, Inc.
Teacher Retirement System of Texas
The Council on Foreign Relations
The Music Acquisition Corp
TPG Pace Beneficial Finance Corporation I and
    II
Weatherford International

**Benefit Providers:**
    (Workers Compensation/ Pension Plans
    /Third Party Administrators)
Aetna
Aflac
Allstate Benefits
American Security and Protection Services LLC
Blue Cross Blue Shield CA
Blue Cross Blue Shield NC
BNY Mellon Bank
Chubb Personal Excess Liability Insurance
Citibank (Administered by PayFlex)
Delta Dental
Expensify Payments LLC
Farmers Group Select Home & Auto Insurance
Florida Blue
Globalization Partners Professional Services
Group Health Aetna
Guardian
Kaiser Permanente
MetLife
Optum Bank
Securitas Security Services USA, Inc.
TriNet - COBRA
TriNet HR III, LLC
Tufts
UnitedHealthcare ("UHC")
Vision Service Plan ("VSP")

**Debtors Professionals:**
AlixPartners LLP
PJT Partners LP
Stretto, Inc.
Weil, Gotshal & Manges LLP

**Former Officers and Directors:**
Aber Whitcomb
Alan Curtis
Brandon Curtis
Brett Harrison
Brian Neville
Bryce Johnson
Caleb Tebbe
Christel Sice
Christy Barwick
Clark Swanson
Colin Crowell
Dan Christen
Devon Eldridge
George Kollitides
Harlin Dean
Kevin Turner
Larry Rudolph
Matthew Bishop
Michael Truzpek
Peter Dorrius
Peter J. Novak
Peter Sladic
Sharon Orlopp
Stacie Olivares

**Insurance/Insurance Broker/Insurance
Provider/Surety Bonds:**
AmTrust
AON
Arch Specialty Ins. Co (via AmWins)
Ascot Syndicate No. 1414 (Ethos via AmWins)
Aspen Specialty Ins. Co (via AmWins)
AXIS Surplus Ins. Co (via Amwins)
Beazley (Lloyd's Syndicate 2623)
Beazley (Lloyd's Syndicate No. 2623 (Beazley
    UK)
Beazley Insurance Company
Berkley National Insurance Company
Berkley Prof Liability
Berkshire Hathaway Specialty Ins. Company
CAC Specialty
Columbia Casualty Company (CNA)

Endurance American Specialty Insurance
  Company (Sompo)
Federal Insurance Company (Chubb)
General Casualty Co of WI (QBE)
Harco National Insurance Company (360)
Hiscox Insurance Company
Kinsale Insurance Company (via Amwins)
Landmark American Insurance Company (RSUI
  via Amwins)
Lexington Insurance Company (AIG) via RT
  Specialty
Lexington Insurance Company (via Amwins)
Lloyd's Syndicate No. 2623 (Beazley UK)
National Union Fire Ins. Co of Pittsburgh (AIG)
Navigators Insurance Co (Hartford)
Obsidian Specialty Insurance Company (Orion
  via RT Specialty)
Pennsylvania Insurance Company (Applied via
  RT Specialty)
Policies Held by PEOs TriNet and Globalization
  Partners
QBE Insurance Corporation
Starr Indemnity & Liability Co
Swiss Re Corporate Solutions Capacity Ins.
  Corp (via Amwins)
The Princeton Excess & Surplus Lines Ins. Co
  (Munich Re via Amwins)
U.S. Customs and Border Protection
Vantage Risk Specialty Insurance Company (RT
  Specialty)
Wright National Flood Ins. Co (NFIP)
XL Specialty Ins. Co.

**Landlords and Parties to Leases:**
Cheryl Ogle & the Crystal Ogle Management
  Trust
City of Denton
Dalton-Whitfield Joint Development Authority
Elmington Property Management LLC
Elmington Property Mgmt. LLC - Monarch
  Apartments
Hannig Row Partnership
Hudson GRC LLC
Hurd Real Estate Associates
Jobe Ranch Family Limited Partnership, Lessor
  (11/15/2021)
Jobe Ranch Family Limited Partnership
Liberty Point Apartments
Minnkota Power Cooperative Inc.

Minnkota Power Cooperative, Lessor
  (Commercial Lease, Ground Lease)
Mobley Holdings LLC - Liberty Point
  Apartments
Monarch Apartment Homes
Ncredible Properties
Nodak Electric Cooperative
Nodak Electric Cooperative Inc.
Peerless Events & Tents LLC
SRPF A QR Riversouth LLC
The District
The Preserve at Spring Creek
Tien Yun Investments, LLC (dba TY Properties)
Worksmith, Inc.
**Lenders:**
1994 Steinfeld Family Trust
36th Street Capital
ACM ELF ST, LLC (Atalaya)
Amplify Transformational Data Sharing ETF
Anchorage Lending CA, LLC
Andrew Rosen 2004 Successor Insurance Trust
Apollo Centre Street Partnership, L.P.
Apollo Lincoln Fixed Income Fund, L.P.
Apollo Moultrie Credit Fund, L.P.
Apollo Tactical Value SPN Investments, L.P.
Arctos Credit, LLC
B. Riley Bridge Loan
B. Riley Commercial Capital, LLC
Bank of the West
Barings BDC, Inc.
Barings Capital Investment Corporation
Barings Private Credit Corp
Barkley Investments, LLC
Better Downtown Miami LLC
Birch Grove Strategies Master Fund LP
BlackRock Credit Alpha Master Fund L.P.
BlockFi
BlockFi A
BlockFi B
BlockFi Lending, LLC
Bremer Bank
BRF Finance Co., LLC
Brown Corporation
Cannon Investments LLC
Celsius Core LLC
Corbin Opportunity Fund, L.P.
Cryptonic Black, LLC
David Sarner
De Lage Landen Financial Services, Inc.
Dell Financial Services L.L.C.

Douglas Lipton
Ferro Investments Ltd.
FGK Investments Ltd.
Fidelity Capital Corp.
First Sun Investments, LLC
Frank Pollaro
FTF Diversified Holdings, LP
Galaxy Digital LP
Garic Limited
Genesis Global Capital, LLC
Genesis Global Capital, LLC #1
Greensledge Merchant Holdings, LLC
Gullane Capital Partners, LLC
Gullane Digital Asset Partners OP, LLC
Gullane Digital Asset Partners, LLC
HC NCBR Fund
Holliwood, LLC
Ibex Partners (Core) LP
ICG CoreSci Holdings, LP
Indigo Direct Lending, LLC
James Pulaski
Jason Capello
John Badger Quinn
John P. Joliet
JPAS - Credit LLC ("JPAS" is Jordan Park
    Access Solutions)
JPAS - Crypto Infrastructure-A S.P.
JSK Partnership LLC
Kensico Associates, L.P.
Kensico Offshore Fund Master, Ltd
KMR CS Holdings, LLC
Leon J. Simkins Non-Exempt Trust FBO
    Michael Simkins
Levbern Management LLC
Liberty Commercial Finance, LLC
Liberty Stonebriar
Marsico AXS CS LLC
Mass Mutual Barings
Massachusetts Mutual Life Insurance Company
Milos Core LLC
Monbanc Inc.
Neso Investment Group Ltd
North Mill Equipment Finance
North Star Leasing
Northdata Holdings Inc.
Novak
NYDIG
OIP SPV Core Scientific, LLC
Omega Interceptor Restricted Ltd
Pescadero Capital, LLC

Prime Alliance Bank
Richard Katz 2016 GST Trust
Robert Fedrock
Sabby Volatility Warrant Master Fund, Ltd.
SRPF A QR Riversouth LLC
Stonebriar Commercial Finance LLC
Stonebriar Finance Holdings LLC
SunnySide Consulting and Holdings, Inc.
TBC 222 LLC
Tech Finance Corporation
The Kimmel Family Foundation
The Michael O. Johnson Revocable Trust
The Obsidian Master Fund
The Sear Family 1996 Trust
The William R. Guthy Separate Property Trust
TJC3 LLC
Toyota Commercial Finance
Transatlantic Mobility Holdings II LLC
Trinity Capital Inc.
U.S. Bank National Association
VFS LLC
Vineet Agrawal
Wilmington Savings Fund Society, FSB
Wolfswood Holdings LLC
Wormser Family Partnership II, LP
Wormser Family Partnership 11, LP
XMS Core Convert Holdings LLC

**List of the Top 30 Unsecured Creditors:**
AAF International
Amazon Web Services Inc.
Bergstrom Electric
BRF Finance Co., LLC
CDW Direct
CES Corporation
Cherokee County Tax Collector
Cooley LLP
Dalton Utilities
DK Construction Company
Duke Energy
FlowTx
Gensler
Harper Construction Company, Inc.
Herc Rentals
Kentucky Department of Revenue
LiveView Technologies Inc.
Marshall County Sheriff
McDermott Will and Emery LLP
Moss Adams LLP
OP

Priority Power Management, LLC
Reed Wells Benson and Company
Securitas Security Services USA Inc.
Shell Energy Solutions
Sidley Austin LLP
Tenaska Power Services Co
Tenet Solutions
Trilogy LLC
U.S. Customs and Border Patrol

**List of the Creditors Holding the Top 100
Largest Unsecured Claims (Excluding
Insiders):**
A to Z pest Control and Services
AAF International
AccuForce HR Solutions LLC
Acme Tools
Altru Health System
Amazon Business
Amazon Web Services Inc.
American Paper and Twine Co
American Security and Protection Service LLC
AT&T
Averitt Express Inc.
Bearden Industrial Supply
Bergstrom Electric
BlockFi Lending LLC
C & W Facility Services, Inc.
C.H. Robinson Company, Inc.
Callahan Mechanical Contractors Inc.
Carolina Recycling & Consulting LLC
CES Corporation
Charter Communications, Inc. (dba Spectrum)
Cherokee County Tax Collector
City of Calvert City
Collier Electrical Service Inc.
ComputerShare Inc.
Condair Inc
Dakota Carrier Network
Data Sales Co Inc.
Delaware Secretary of State
DJNR Interactive LLC
DK Construction Company
Draffen Mart Inc.
EPB of Chattanooga
Equinix Inc.
Equipment Depot of Kentucky Inc.
Frontier Communications America Inc.
Gensler
Globalization Partners LLC

GreatAmerica Financial Services
Grubhub Holdings Inc.
Hannan Supply Company Inc.
Herc Rentals
IEWC Global Solutions
Interstate Welding and Steel Supply
J W Didado Electric LLC
Jackson Purchase Energy Corporation
Jacob John Novak
Kelly Services Inc
Lattice
Lib Fin LLC
Lisa Ragan Customs Brokerage
Manpower
Marble Community Water System
Marnoy Interests Ltd.
Marshall County Sheriff
MassMutual Asset Finance LLC
Moss Adams LLP
Mountain Top Ice
Onyx Contractors Operations, LP
Optilink
Proctor Management
Reed Wells Benson and Company
Regional Disposal and Metal LLC
Resound Networks LLC
Ricks Rental Equipment
Robert Half Talent Solutions
Securitas Security Services USA Inc.
Slalom LLC
Snelling
Stonebriar Finance Holdings LLC
Supreme Fiber LLC
Technology Finance Corporation
Temps Plus of Paducah Inc.
Tenaska Colocation Services LLC
Tennessee Valley Authority
Truckload Connections, LLC
US Customs and Border Patrol
Waste Path Services LLC
Water Works C&R, LLC
XC Container LLC
ZetaMinusOne LLC

**List of 5 Largest Secured Claims:**
(See Significant Vendors/Suppliers)

**Litigation Counterparties/Litigation Pending
 Lawsuits (includes threatened litigation):**
Benjamin Thomison & Alpha Asic

Harlin Dean
Jonathan Barrett, et al.
LV net, Mizrahi et al.
McCarthy Buildings Companies, Inc.
Mei Pang
Sphere 3d
Stayfirst Branding Agency

**Non-Debtor Affiliates and Subsidiaries:**
Core Scientific Partners GP, LLC (SMLLC)
Core Scientific Partners, LP
CSP Advisors, LLC (SMLLC)
CSP Liquid Opportunities Fund, LP
CSP Liquid Opportunities GP, LP
CSP Liquid Opportunities Master Fund, LP
CSP Liquid Opportunities Offshore Fund
    (Exempted Ltd)
Team LLC
XPDI Sponsor LLC

**Non-Debtors Professionals:**
Arnold & Porter Kaye Scholer LLP
    (Counsel for Prepetition Secured Lenders)
Duane Morris LLP
Ducera Partners
    (Proposed as Investment Banker for the
    Official Committee of Unsecured Creditors)
Moelis & Company LLC
Paul Hastings LLP
    (Counsel for Ad Hoc Group of Secured
    Convertible Noteholders)
Skadden, Arps, Slate, Meagher & Flom LLP
    (Proposed Counsel for Ad Hoc Group of
    Equity Security Holders)
Sidley Austin LLP
    (Counsel of NYDIG ABL LLC)
Troutman Pepper Hamilton Sanders LLP
    (Counsel for Dalton Utilities)
Willkie Farr & Gallagher LLP
    (Proposed Counsel for the Official
    Committee of Unsecured Creditors)

**Official Committee of Unsecured Creditor
    Members and Professionals:**
Willkie Farr & Gallagher LLP
Ducera Partners
Dalton Utilities
Sphere 3D Corp.
BRF Finance Co., LLC (a B. Riley affiliate)

**Other Parties in Interest:**
(See Other Parties in Interest (Notice of
    Appearance Parties, and any other person or
    group appointed)

**Notice of Appearance Parties/Interested
Parties:**
36th Street Capital Partners, LLC
Barings BDC, Inc. (as prepetition secured
    lenders)
Barings Capital Investment Corporation (as
    prepetition secured lenders)
Barings Private Credit Corp. (as prepetition
    secured lenders)
BlockFi, Inc.
CEC Energy Services LLC
City of Denton
Dalton Utilities
GEM Mining 1, LLC
GEM Mining 2, LLC
GEM Mining 2B, LLC
GEM Mining 3, LLC
GEM Mining 4, LLC
Harper Construction Company, Inc.
Huband-Mantor Construction, Inc.
Humphrey & Associates, Inc.
Marnoy Interests, Ltd. d/b/a Office Pavilion, or
    Office Pavilion
MP2 Energy Texas, LLC d/b/a Shell Energy
    Solutions
NYDIG ABL LLC (f/k/a Arctos Credit, LLC)
    ("NYDIG")
Prime Alliance Bank, Inc.
Priority Power Management, LLC
Sphere 3D Corp.
SRPF A QR Riversouth LLC
Tenaska Power Services Co.
Travis County (TX)
Trinity Capital Inc.
U.S. Bank National Association (as Prepetition
    Note Agent and Collateral Agent)
Willkie Farr & Gallagher LLP
    (Proposed Counsel for the Official
    Committee of Unsecured Creditors)
Wingspire Equipment Finance, LLC

**Ordinary Course Professionals:**
Akin Gump Strauss Hauer & Feld LLP
Alston & Bird LLP
Andersen Tax LLC

Bitmain Technology Inc.
Blue Ridge Law & Policy, P.C.
Campbells Regulatory Services Limited
CO Services Cayman Limited
Cooley LLP
CrossCountry Consulting LLC
CSS Partners, LLC
Cypress Advocacy, LLC dba Mindset
Deloitte & Touche LLP
Deloitte Tax LLP
Deloitte Transactions and Business Analytics
    LLP
Ernst & Young LLP
Ernst & Young Product Sales LLC
Ernst and Young US LLP
Evercore Group LLC
Faegre Drinker Biddle and Reath LLP
Fishman Stewart PLLC
Frost, Brown Todd LLC
Gartner Inc.
Gasthalter and Co LP
Greenberg Traurig, LLP
Holland and Hart LLP
Ironclad, Inc.
Jackson Walker LLP
Kirkland and Ellis LLP
KPMG LLP
Marcum LLP
McDermott Will & Emery LLP
Mintz Group LLC
Morgan, Lewis & Bockius LLP
Moss Adams LLP
Murphy & Grantland, P.A.
NASDAQ Corporate Solutions, LLC
NAVEX Global, Inc.
Netgain Solutions, Inc.
Oracle America, Inc.
PricewaterhouseCoopers LLP
Prickett Jones and Elliott PA
Quinn Emanuel Urquhart & Sullivan, LLP
Registered Agent Solutions, Inc.
Resources Global Professionals
Richards Layton and Finger PA
Riverbend Consulting LLC
Rowlett Hill Collins LLP
Ryan & Associates
Ryan LLC
Sidley Austin LLP
Sitrick and Company
Snell & Wilmer

Sternhell Group
Williams & Connolly LLP
Workday, Inc.
Workiva Inc.
Frost, Brown Todd LLC

**Proposed Ad Hoc Group of Equity Security**
    **Holders and Professionals:**
Skadden, Arps, Slate, Meagher & Flom LLP
Custodian CSPB
Douglas Abrams
Eddie Griffin
Jay Deutsch
Lukasz Gottwald
Mark Beaven
The Rudolph Family Trust
Todd Deutsch
Two Trees Capital Limited BVI

**Other Secured Parties (Letters of Credit/**
    **Issuers of Letters of Credit):**
N/A

**Partnerships (if debtors is a partnership, its**
**general and limited partners):**
N/A

**Regulatory and Government:**
(See Taxing Authorities)
Environmental Protection Agency
Internal Revenue Service ("IRS")
Occupational Safety and Health Administration
Securities and Exchange Commission ("SEC")
U.S. Customs and Border Protection
**Secured Creditors:**
ABLe Communications, Inc.
ComNet Communications, LLC
Consolidated Electrical Distributors, Inc. dba
    Sun Valley Electric Supply
Coonrod Electric Co, LLC
Elliot Electric Supply, Inc.
Harper Construction
Housley Communications, Inc.
Huband Mantor Construction Inc.
Humprey & Associates, Inc.
LML Services dba FlowTx
McElroy Metal Mill, Inc. dba McElroy Metal
MK-Marlow Company, LLC
Morsco Supply LLC dba Morrison Supply
    Company

Network Cabling Services, Inc.
Priority Power
Summit Electric Supply
Sure Steel - Texas, LP
T&D Moravits & Co.
Texas AirSystems, LLC
Wesley-Thompson Hardware, Inc.

**Significant Competitors:**
Argo Blockchain PLC
Bitfarms Technologies Ltd.
    (fka Blockchain Mining Ltd.)
Cipher Mining Inc.
CleanSpark, Inc.
Greenidge Generation Holdings Inc.
Hive Blockchain Technologies Inc.
Hut 8 Mining Corp.
Iris Energy Ltd.
Marathon Digital Holdings, Inc.
Mawson Infrastructure Group Inc.
Riot Blockchain, Inc.

**Significant Customers and Contract
Counterparties:**
1277963 B.C. Ltd dba Bitfield
ADQ Financial Services LLC
Agricultural Scientific LLC
Aidant.ai
AJT Trading, LLC
Alloy Ventures Management LLC
Argo Innovation Labs Inc.
AsicXchange Team Inc.
Atlas Technology Group LLC
Bay Colony Law Center, LLC
Bay Online Media
Benjamin Rees
BEP 888, LLC
BEP 999, LLC
Bitdeer, Inc.
Bit Digital USA, Inc.
Bitmain Development Inc.
Bitmain Technologies Georgia Limited
Bitmaintech PTE LTD
Bizmatica Polska JSC
Block One Technology
Blockcap Inc.
Blockchain United Mining Services
Blockfusion Technologies
Blue Hills Co, LLC
Blue Torch Capital LP

Brent Jason Deboer
Burdy Technology Limited
BW Holdings, LLC
CAC Global LLC
CCP Credit Acquisition Holdings, L.L.C.
Celsius Mining LLC
Charles Aram
Chris Chiovitti Holdings Inc.
Clearly Leasing, LLC
Colin Jacobs
Colin Smith
Compass Mining, Inc.
Crypto Garden, Inc.
Cumulus Coin LLC
DCG Foundry LLC
Digifarm Technologies Limited
Dreams and Digital, LLC
DUS Management Inc.
Etcembly Ltd
EverData, LLC
EZ BlockChain LLC
Flourishing Field Limited
Gateway Korea Inc.
GEM Mining
Gilley Enterprises
Global Star Holding Co.
Goodrose 5009, Inc.
Gopher, LLC
GPU.ONE
Greg Pipho
Gryphon Digital Mining, Inc.
Hanwha Energy USA Holdings Corporation
Henry Ho
Hewlett Packard Enterprise Company
Hockomock Mining Company
Horizon Kinetics
Icons8
Isoplex Inc.
Israel Garcia
Jacob McDaniel
JAM Mining Corp.
JMB Capital Partners Lending, LLC
Kaboomracks, Inc.
Kalon Investments, LLC
Kristy-Leigh Minehan
Lake Parime USA Inc.
Leon Hadgis
LivePerson, Inc.
Lonestar Ole Git LLC
Luxor Technology Corp

Mark Bordcosh
Mineority Group
Mineority Group LLC
Mississippi Home Development
N9+, LLC
New Green Network LLC
NextEra Energy Capital Holdings
NFN8 Media, LLC
Nissan North America, Inc.
Nomura Corporate Funding Americas, LLC
North Georgia Data LLC
NVIDIA Corporation
Pete Abdo
Polyphase Capital, LLC
Poolin Technology Pte. Ltd.
Pure Storage, Inc.
Quandefi Opportunities LLC
Quantum Digital Network Assets, LLC
Richard Norman
Rio Verde Holdings Ltd
River Financial Inc.
RJW Digital Solutions
RME Black 100, LLC
RME Black 200, LLC
RME Black 88, LLC
Rodrigo Perusquia
RPM Balance, Inc.
Rudy Worrell
Savage.io
Seagen Inc.
Sensika Technologies OOD
Serge Marin
Socrates Roxas
Spring Mud LLC
Summit Crypto Mining Limited
Supplybit, LLC
Tansley Equipment Limited
Techshop Computers Ltd.
Teslawatt
The Allen Institute for Artificial Intelligence
Timeless Digital Corp.
T-Mobile USA, Inc.
Tomek Group, LLC
Tony Grijalva
TYMIF Coin Ventures, LLC
Union Jack, LLC
UnitX
US Digital Mining and Hosting Co., LLC
Vaerus Mining SPV2 LLC
VCV Power Mining Alpha LLC

William McCarter
*\* Certain Other Contract Counterparties of a
   Confidential Nature*
**Significant Shareholders (more than 5% of
equity):**
Darin Feinstein
Michael J. Levitt
MPM Life LLC

**Significant Vendors/Suppliers:**
1872 Consulting LLC
2012Exxact Corporation
5Fastenation Inc.
5STAR5 INC
Abu Dhabi Ports Company PJSC – KIZAD
Accent Awnings Inc.
Adaptive Insights LLC
Advanced Business Equipment
Agility Logistics Corp
Agora NW LLC
AIM Summit FZE
Aircraft Services Group Inc.
Airflow Sciences Corporation
Alation, Inc.
Albacross Nordic AB
Alfa Internationals Logistics Inc.
Aliexpress
Alliance Funding Group
Allied Steel Buildings Inc.
Allstream
Alpha Miner LLC
Alpha Vertical Inc.
Alston and Bird LLP
Alteryx Inc.
American Registry for Internet Numbers Ltd
Americord
Ameri-Dedicated Inc.
Andrew Ferraro
Angel Bejarano Borrega
Aon Consulting Inc.
AON Risk Insurance Services West Inc.
Applied Scale Technology
ARIBA INC
Armstrong Moving Solutions San Antonio LLC
Arrow Exterminators
Arrowfish Consulting
Atlantic Trailer Leasing & Sales, LLC
Atlas Mining
Atrio Inc.
AvTech Capital LLC

Bandy Transport Company
Barnhart Crane and Rigging Co
Beacon Building Products
Bearcom
Belyea Company Inc.
Benton Electric Supply Inc.
Bernard Klopfer
Better IT Solutions LLC
Big Ass Fans
Bigbee Steel Buildings Inc.
Bigeye, Inc.
Bitmain Development Inc.
Bitmain Technologies Limited
Bitwave
Black Box Network Services Inc.
Blackline Safety Corp
Blackpearl Management and Human Resource
    Consulting LLC
Blakes Cassels and Graydon LLP
Blockchain Association
Blue Cross Blue Shield of Texas
Bring Light and Sound LLC
Broadridge ICS
BTC Media
Building Image Group, Inc.
Built In Inc.
Bureau Van Dijk Electronic Publishing Inc.
Business Wire Inc.
BWS Acoustics
Calloway County Board of Education
Calvert Cafe LLC
Calvert City Municipal Water and Sewer
Canaan Convey Co Ltd
Capital City Public Affairs LLC
Capxon Electronics Shenzhen Co Ltd
Carolina Utility Customers Association
Carpet Capital Fire Protection Inc.
Carpet Capital Multi-System Inc.
CCR Corp
CDW Direct
CDW Middle East FZ LLC
CenturyLink
Cesar Gomez Martin
CFS Containers
Chamber of Digital Commerce
Chapeau!
Cherokee County Health Department
Cherokee Well Drilling
Chroma System Solutions, Inc.
Chubb

Ciemat
CIOReview
Circular Technologies Inc.
Cision US Inc.
Citadel Securities Corp Solutions
City Electric Supply
City of Bellevue - Tax Division
Cleerline Technology Group LLC
Cloudflare Inc.
CNA Insurance
Cohen and Company LTD
Coin Center Inc.
Coinbase Inc.
Coindesk Inc.
Colo Properties Atlanta LLC
Color Scapes Landscaping, Inc.
Commercial Acoustics
Common Desk Austin LLC
Compensation Advisory Partners, LLC
Comware
ConGlobal Industries LLC
Consero Global Solutions LLC
Consilio LLC
Constellation New Energy, Inc.
Container Monster LLC
Convergint Technologies LLC
CoreWeave Inc.
Covert Chrysler Dodge Jeep Ram
Crescendo Collective LLC
Crestline Solutions LLC
Critical Components Inc.
Crystal Caverns Spring Water LLC
Cunningham Golf and Utility Vehicles
Cusip Global Services
D16 LLC
Dakota Fire Protection Inc.
Dalton Fence Company
Dalton Service Inc.
Databricks, Inc.
Datasite LLC
David Herrington
Davis Wright Tremaine LLP
Denton Chamber of Commerce Inc.
Dentons Canada LLP
DHL Express (USA) Inc.
DigiCert Inc.
Digi-key
Digital Asset Services Ltd
Digital London Ltd
Digital Mountain Inc.

Dillon Eldridge
Distributed Ledger Inc.
Dockery Auto Parts
Dockzilla Co
Docusign Inc.
Dongguan Fa Site Electronic Technology Co
    Ltd
Donnelley Financial Solutions
DSV Air and Sea Inc.
Eagle Promotions
Eaton Corporation
eCapital Advisors LLC
Elasticsearch Inc.
Electra Link Inc.
Electric Power Engineers Inc.
Electrical Com
Elite Electric Company LLC
Employer Solutions Resources LLC
Engineered Fluids, Inc.
EPIC ASIC Asia Limited
Equisolve Inc
ERI Economic Research Institute Inc.
Ernest Industries Inc.
Esteban LaSalle
EvoTek
Farm & Ranch Construction, LLC
Farming with Stephanie LLC
Fastenal Company
Federico Bohn
FedEx
Felker Construction Company Inc.
Fernando Manuel Sierra Pajuelo
Fidelity Investments Institutional Operations
    Company LLC
Financial Accounting Standards
    Board/Governmental Accounting Standards
    Board
FINRA
Fireblocks Inc.
First Insurance Funding
First National Capital LLC
First-Line Fire Extinguisher Company
Flexential Colorado Corp
FlowTx
ForensisGroup Inc.
Forks Landscaping LLC
Forum Communications Company
Foshan Dilue Supply Chain Mgmt. Co Ltd
Franchise Tax Board
Free Transportation LLC

FreightEx Logistics LLC
Frontline Shredding Inc.
Frost Brown Todd Attorneys LLC
FS.Com Inc.
FXSA
G.I. Joe Landscaping, LLC
Gagnon & Miceli Freight Inc.
Genesis Custody Limited
Gibson and Associates Inc.
Gilmore Kramer Co
GitHub Inc.
Glaze Supply Company Inc.
Goldstein and Lee PC
GoodHire
Goodway Group Inc.
Google LLC
Grand Forks Utility Billing
Great Sports Inc.
Greatland Corporation
Green Business Certification, Inc.
Greenhouse Software Inc.
GreensLedge Capital Markets LLC
Greyline Partners LLC
Griffin C Simerly
Guardian Life
Gustavo Melo Belfort
Hamin Kang
Hannig Row Partnership
Harper Construction Company, Inc.
Heapy
Hill and Wilkinson Construction Group Ltd
HM Tech LLC
Holland LLC
Holloway Updike and Bellen Inc.
HubSpot Inc.
Hudson Incentives Inc.
Hughes Electric Paint & Supplies
Human Rights Foundation
Hurricane Electric LLC
Hutchins Pallet Service, Inc.
Hutchison and Steffen PLLC
ICE Systems, Inc.
ICI Mechanical LLC
ICS Inc.
IDC Research Inc.
INE
Integrated Networking Technologies LLC
Integrity Door Solutions LLC
Intralinks, Inc.
Ironclad Inc.

Jackie L Bryan
Javier Lazaro Jareno
JBM Office Solutions
JCL Energy LLC
Joaquin Pablo Gonzalez
Jobot
John Furner
Jonathan Barrett 2012 Irrevocable Trust dated
    May 31 2012
Juan Jose Galan Lopez
K and E Lawn Service LLC
Katz Marshall and Banks LLP
Keith Larry Watkins
Kenco Material Handling Solutions LLC
Kentucky Cabinet for Economic Development
Kesco Air Inc.
Kilpatrick Townsend and Stockton LLP
King Ford
Kings Road RV Park LLC
Know Agency
KnowBe4 Inc.
Labor Finders
Lake Effect Traffic LLC
Lancaster Safety Consulting, Inc.
Landstar Ranger Inc.
Lane Powell PC
LANshack Com
Larry Ledford
Lenz LLC
Level 3 Communications LLC
LHC Capital Partners Inc.
LHH Recruitment Solutions
LinkedIn Corporation
LiveView Technologies Inc.
Lockton Insurance Brokers LLC
Logistica CryptoMining Repair LLC
LRN Corporation
Lukka Inc.
M & S Patterson, Inc.
Manley Four Little Pigs Inc.
Manning Land LLC
Marco Technologies LLC
Marshall County Battery and Golf Carts Inc.
Marshall County Tax Administrator
McMaster-Carr
MDSI Inc.
Mediant Communications Inc.
Megaport USA Inc.
Meridian Equipment Finance LLC
Michael Cruz

Microsoft Azure
Mike Darling Films
Miller Griffin and Marks PSC
Mindset
Mission Critical Facilities International, Inc.
MJDII Architects Inc.
MNP LLP
Mobile Modular Portable Storage
Monnit Corporation
Monoprice Inc.
M-RETS
MSC Industrial Supply Co.
Murphy and Grantland PA
Murtco Inc.
Muskogee City-County Port Authority
Mustache Creative Studio
Nancy C Sayers
Nanning Dinggao Tech Limited
National Association of Corp Directors
Neeraj Agrawal
Next Level Valet LLC
NextLevel
nference, Inc.
Nicolas Carter
Office of State Tax Commissioner
Oklahoma Gas and Electric Company
Oklahoma Tax Commission
Okta Inc.
Old Dominion Freight Line Inc.
Old Republic National Title Ins. Co
Omeir Cargo LLC
Oncor Electric Delivery Company LLC
Onestopmining Technologies Limited
Onin Staffing, LLC
OnlineComponents.com
Oracle Capital LLC
Orange Computers
ORGDEV Limited
Overhead Door Company of Clayton/Overhead
    Door Company of Tri State
Parker Lynch
Paulo Roberto Pereira de Souza Filho
Pax ADR LLC
Paycom Payroll LLC
PeopleReady Inc.
Pepsi MidAmerica
Petter Business Systems
Pioneer Abstract and Title Co of Muskogee Inc.
Plant Tours Communications Company
Platinum Platypus Inc.

13

Premier Fire and Security Inc.
Prime Mowing and Property Management LLC
Pure Water Technology of the Tri State Area
    LLC
Pye-Barker Fire and Safety LLC
Q4 Inc.
Quality Water Financial LLC
Quik Print of Austin Inc.
Rack and Shelving Consultants
Radiant PPC LLC
Raymond Pope
RBI USA Customs Services LLC
RC Ventures Inc.
Recycling Equipment Corporation
Red Moon 88 LLC
Reffett Associates
Regents Capital Corporation
Reliance Telephone Systems
Rezvani Mining LLC
Robson Forensic Inc.
Rockwell Automation Inc.
Roman Krasiuk
Ruric Inc.
SafetySkills LLC
SAGE Capital Investments, LLC
Salary.com LLC
Salesforce.com, Inc.
Say Technologies LLC
Scott Malewig
Sebastian Javier Marconi
Sharp Business Systems
Sharpertek
Shermco Industries, Inc.
Silver Fox Productions Inc.
Silverpeak Special Situations Lending LP
Slack Technologies LLC
Smartsheet Inc.
Smoky Mountain BBQ Company LLC
Solomon Corporation
Southeastern System Services Inc.
Southern Cargo LLC
Spectrum Business
SpectrumVoIP Inc.
Spotless Cleaning
Stafftax Financial LLC
Standby Service Solutions LLC
State of Tennessee Department of Revenue
Stone Tower Air LLC
Summit Energy Services Inc.
Summit Funding Group Inc.

Sunny Shah
Sunnyside Consulting and Holdings Inc.
SunValley Electric Supply
SuperAcme Technology Hong Kong LTD
Susan Oh Communications
Synopsys Inc
Synovus Bank
Tag Resources LLC
Tangent Energy Solutions Inc.
Tango Lima, LP
Tax Executives Institute Inc.
TDIndustries Inc.
Teague Nall and Perkins Inc.
Technijian Inc.
Technology Navigators LLC
TechSource Global LLC
Telecom Site Solutions LLC
Telfi LLC
Telles Global Consulting Inc.
Temps Plus Inc.
Tenaska Power Services Co
Tenet Solutions
Tennessee Valley Industrial Committee
Texas Blockchain Council
Texas Workforce Commission
The Coindad LLC
The Crown Restaurant
The MacLellan
The Specialty Company - TSC
The Treadstone Group Inc.
Thomson Reuters Tax and Accounting
    checkpoint
Thycotic Software LLC
Time Warner Cable
Top Imprint Limited
Tor Naerheim Brand Design LLC
Total Quality Logistics LLC
Tower Direct
Trace3 LLC
TRACS Manufacturing LLC
Tractor and Palm Inc.
Travis Asphalt
Triangle Enterprises, Inc.
Trilogy LLC
TriNet COBRA
Trinity Risk Solutions LLC
True North Data Solutions US Inc.
TXU Energy Retail Company LLC
TY Properties
U line

14

United Capital Partners
United Rentals North America Inc
United Rentals North America Inc.
University of California, San Diego
UPS Supply Chain Solutions Inc.
Upstate Containers LLC
Validus Power Corp
Vandco Equipment
VCheck Global LLC
Veriedge LLC
Veritext LLC
Vesco Toyota Lift
VMS Security Cloud Inc.
Volt Management Corp
Wachsman PR LLC
Waste Disposal Solutions Inc.
Waterlogic Americas LLC
Wells and West Inc.
WEX Health Inc.
Whitfield Electric Motor Sales & Service, Inc.
Whitney J Beauxis
Widseth Smith Nolting and Associates, Inc.
Williams Farm LLC
Williams Marston LLC
Wilson Built Fab Shop
Workplace Solutions Inc.
Young MFG Inc.
Zendesk Inc.
Zeus Mining Co Ltd
Zimney Foster PC
Ziply Fiber
Zoom Video Communications Inc.
ZoomInfo Technologies

**Taxing Authorities:**
Austin, TX Lease - existing office (Worksmith)
Austin, TX Lease - new office (Riversouth)
California Franchise Tax Board
Cedarvale, TX
Cherokee County Tax Collector (NC)
City of Calvert City (Calvert City, KY)
City of Denton, TX
Colorado Department of Revenue
Dalton-Whitfield Joint Development Authority;
    Carl Campbell, Executive Director
Eddie McGuire, Marshall County Sheriff
    (Benton, KY)
Georgia Department of Revenue
Internal Revenue Service

Jobe Ranch Family Limited Partnership, Lessor
    (11/15/2021)
Kentucky Department of Revenue
Kentucky State Treasurer
King County Assessor (Seattle, WA)
Marshall County (Kentucky) Department of
    Revenue
Minnkota Power Cooperative
ND Office of State Tax Commissioner
North Carolina Department of Revenue
North Dakota Department of Revenue
North Dakota Office of State Tax Commissioner
Oklahoma Department of Revenue
State of Delaware - Division of Corporations
Tennessee Department of Revenue
Tennessee Valley Authority - Economic
    Development - Thomas Buehler (Calvert
    City)
Texas Comptroller / Texas Comptroller - Sales
    & Use Tax
Travis County, TX (Austin, TX HQ)
US Customs and Border Protection
Ward County Assessor (TX)
Whitfield County Board of Assessors (Dalton,
    GA)

**U.S. Attorney's Office for Southern District
of Texas:**
Jennifer Lowery

**UCC Search Results/UCC Lien Search
Results:**
ACM ELF ST LLC
Anchorage Lending CA, LLC
Arctos Credit, LLC
Bank Financial
Barings BDC, Inc.
Barings Capital Investment Corporation
Barings Private Credit Corp.
BEAM Concrete Construction, Inc.
C T Corporation System, as Representative
Celsius Networks Lending LLC
CIT Bank, N.A.
CM TFS LLC
ComNet Communications, LLC
Consolidated Electrical Distributors, Inc. dba
    Sun Valley Electric Supply
Contech Construction
Contech, Inc.
Convergint Technologies LLC

15

Coonrod Electric Co, LLC
Corporation Service Company
Dell Financial Services L.L.C.
Elliot Electric Supply, Inc.
GARIC INC.
GARIC, INC.
Gaylor Electric, Inc. d/b/a Gaylor, Inc.
Graybar Electric Company Inc.
Graybar Electric Company, Inc.
Housley Communications, Inc.
Huband-Mantor Construction Inc.
Humphrey & Associates, Inc.
Humprey & Associates, Inc.
Imperial Fire Protection, LLC
Indigo Commercial Funding, LLC
LML Services dba FlowTx
Maddox Industrial Transformer LLC
MassMutual Asset Finance LLC
McCarthy Building Companies Inc.
McCarthy Building Companies, Inc.
McCorvey Sheet Metal Works, LP
McElroy Metal Mill, Inc. dba McElroy Metal
MK Marlow Company, LLC
Morsco Supply LLC dba Morrison Supply
      Company
Network Cabling Services, Inc.
North Mill Credit Trust
NYDIG ABL LLC
Power & Digital Infrastructure Corp.
Priority Power
Silverpeak Credit Partners LP, as Collateral
      Agent
Stonebriar Commercial Finance LLC
Stonebriar Finance Holdings LLC
Summit Electric Supply
Sure Steel - Texas, LP
T&D Moravits & Co.
TCF National Bank
Texas AirSystems, LLC
Toyota Industries Commercial Finance, Inc.
VFSOX, LLC
Way Mechanical
Wesley-Thompson Hardware, Inc.
XPDI Merger SUB, Inc.

**Unions:**
N/A

**United States Trustee and Staff for Southern District of Texas:**

Alethea Caluza
Alicia Barcomb
Brian Henault
Christopher R. Travis
Christy Simmons
Clarissa Waxton
Glenn Otto
Gwen Smith
Ha Nguyen
Hector Duran
Ivette Gerhard
Jana Whitworth
Jayson B. Ruff
Kevin M. Epstein
Linda Motton
Luci Johnson-Davis
Millie Aponte Sall
Patricia Schmidt
S. Michele Cox
Stephen Statham
Steven Whitehurst
Valerie Goodwin
Yasmine Rivera

**Utility Providers/Utility Brokers:**
Alpha Waste
BalsamWest Fiber Net
Calvert City Hall (Kentucky)
Carolina Recycling
CenturyLink
Charter Communications, Inc. (dba Spectrum)
Cogent Communications
Countrywide Sanitation Co
Dakota Carrier Network
Dalton Utilities
Dellcom (Dell Telephone)
Denton Municipal Electric
Dialog Telecommunications
Digital Realty
Dobson Fiber
Duke Energy
Duke Energy Carolinas
Duke Energy Carolinas, LLC
Frontier Communications
GlobalGig
Internal/Resound Networks
Level 3 Communications LLC
Logix Fiber Networks
Lumen/CenturyLink
Marble Community

16

Murphy Electric Power Board
NODAK Electric Cooperative
Optilink
Regional Waste
Resound Networks
Shell Energy Solutions
Starlink
TanMar Rentals, LLC
Tennessee Valley Authority
Time Warner Cable
Windstream Communications
Xcel Energy, Inc.

**Exhibit 2**

**Disclosure Schedule**

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| ACM ELF ST, LLC (Atalaya) | Lenders<br><br>UCC Search Results/UCC Lien Search Results | **Affiliate or Subsidiary of Current Client** |
| AlixPartners LLP | Debtors Professionals | **Current Client** |
| Amazon Business<br><br>Amazon Web Services Inc. | List of the Creditors Holding the Top 100 Largest Unsecured Claims<br><br>List of the Top 30 Unsecured Creditors | **Related to Current Client** |
| Apollo Centre Street Partnership, L.P.<br><br>Apollo Lincoln Fixed Income Fund, L.P.<br><br>Apollo Moultrie Credit Fund, L.P.<br><br>Apollo Tactical Value SPN Investments, L.P. | Lenders | **Affiliate or Subsidiary of Current Client** |
| AT&T | List of the Creditors Holding the Top 100 Largest Unsecured Claims | **Related to Current Client** |
| Bank of America | Bank Accounts | **Current Client** |
| Bank of the West | Lenders | **Affiliate or Subsidiary of Current Client** |
| Barings BDC, Inc.<br><br>Barings Capital Investment Corporation<br><br>Barings Private Credit Corp.<br><br>Mass Mutual Barings<br><br>MassMutual Asset Finance LLC<br><br>Massachusetts Mutual Life Insurance Company | Lenders<br><br>Notice of Appearance / Interested Party<br><br>UCC Search Results/UCC Lien Search Results | **Affiliate or Subsidiary of Current Client** |
| Berkshire Hathaway Specialty Ins. Company | Insurance/Insurance Broker/ Insurance Provider/Surety Bonds | **Affiliate or Subsidiary of Former Client** |
| BlackRock Credit Alpha Master Fund, L.P | Lenders | **Affiliate or Subsidiary of Current Client** |
| Blue Torch Capital LP | Significant Customers and Contract Counterparties | **Current Client** |

1

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| BW Holdings, LLC | Significant Customers and Contract Counterparties | **Current Client** **and** **Affiliate or Subsidiary of Current Client** |
| CAC Specialty | Insurance/Insurance Broker/ Insurance Provider/Surety Bonds | **Current Client** |
| CCP Credit Acquisitions Holdings, L.L.C. | Significant Customers and Contract Counterparties | **Affiliate or Subsidiary of Current Client** |
| CenturyLink Level 3 Communications LLC Lumen/CenturyLink | Significant Vendors/Suppliers Utility Providers/Utility Brokers | **Current Client** **and** **Affiliate or Subsidiary of Current Client** |
| Citadel Securities Corp Solutions | Significant Vendors/Suppliers | **Affiliate or Subsidiary of Current Client** |
| Citibank (Administered by PayFlex) | Benefit Providers (Workers Compensation/Pension Plans/Third Party Administrators) | **Affiliate or Subsidiary of Current Client** |
| City National Bank | Bank Accounts | **Affiliate or Subsidiary of Current Client** |
| CoinBase, Inc. | Significant Vendors/Suppliers | **Related to Current Client** |
| CoinDesk Inc. DCG Foundry LLC Foundry Digital LLC Genesis Custody Limited Genesis Global Capital, LLC Genesis Global Capital, LLC #1 | Lenders Significant Customers and Contract Counterparties Significant Vendors/Suppliers | **Affiliate or Subsidiary of Current Client** **and** **Former Client** |
| ConGlobal Industries LLC | Significant Vendors/Suppliers | **Affiliate or Subsidiary of Current Client** |
| Cumulus Coin LLC | Significant Customers and Contract Counterparties | **Affiliate or Subsidiary of Current Client** |
| De Lage Landen Financial Services, Inc. | Lenders | **Affiliate or Subsidiary of Former Client** |
| Dell Financial Services L.L.C. | Lenders UCC Search Results/UCC Lien Search Results | **Affiliate or Subsidiary of Current Client** **or** **Related to Current Client** |

2

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| DigiCert Inc. | Significant Vendors/Suppliers | **Current Client** |
| Ernst & Young LLP<br><br>Ernst & Young Product Sales LLC<br><br>Ernst and Young US LLP | Ordinary Course Professionals | **Affiliate or Subsidiary of Former Client** |
| Evercore Group LLC | Significant Vendors/Suppliers | **Affiliate or Subsidiary of Current Client** |
| Faegre Drinker Biddle and Reath LLP | Ordinary Course Professionals | **Related to Current Client** |
| Farmers Group Select Home & Auto Insurance | Benefit Providers (Workers Compensation/Pension Plans/Third Party Administrators) | **Affiliate or Subsidiary of Current Client** |
| Ferro Investments Ltd. | Lenders | **Related to Current Client** |
| Frontier Communications<br><br>Frontier Communications America Inc. | Utility Providers/Utility Brokers<br><br>List of the Creditors Holding the Top 100 Largest Unsecured Claims | **Affiliate or Subsidiary of Current Client** |
| GreensLedge Capital Markets LLC<br><br>Greensledge Merchant Holdings, LLC | Significant Vendors/Suppliers<br><br>Lenders | **Current Client**<br><br>**and**<br><br>**Affiliate or Subsidiary of Current Client** |
| Grubhub Holdings Inc. | List of the Creditors Holding the Top 100 Largest Unsecured Claims | **Affiliate or Subsidiary of Current Client** |
| ICG CoreSci Holdings, LP | Lenders | **Affiliate or Subsidiary of Current Client** |
| INE | Significant Vendors/Suppliers | **Current Client** |
| Kaiser Permanente | Benefit Providers (Workers Compensation/Pension Plans/Third Party Administrators) | **Related to Current Client** |
| Kayne Anderson BDC, LLC<br><br>Kayne Anderson Capital Advisors, L.P.<br><br>Kayne Anderson Energy Infrastructure Fund Inc. (KYN)<br><br>Kayne Anderson NextGen Energy & Infrastructure Inc. (KMF) | Affiliation of Current Officers and Directors (include senior management) | **Current Client**<br><br>**and**<br><br>**Affiliate or Subsidiary of Current Client** |
| Kelly Services Inc. | List of the Creditors Holding the Top 100 Largest Unsecured Claims | **Related to Current Client** |

3

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Lexington Insurance Company (AIG)<br><br>Lexington Insurance Company (via Amwins) | Insurance/Insurance Broker/ Insurance Provider/Surety Bonds | **Affiliate or Subsidiary of Current Client** |
| LinkedIn Corporation | Significant Vendors/Suppliers | **Affiliate or Subsidiary of Current Client** |
| Marathon Digital Holdings, Inc. | Significant Competitors | **Current Client** |
| Mintz Group LLC | Ordinary Course Professionals | **Current Client** |
| Moelis & Company, LLC | Non-Debtor Professionals | **Affiliate or Subsidiary of Current Client** |
| National Union Fire Ins Co of Pittsburgh (AIG) | Insurance/Insurance Broker/ Insurance Provider/Surety Bonds | **Affiliate or Subsidiary of Current Client** |
| Navigators Insurance Co (Hartford) | Insurance/Insurance Broker/ Insurance Provider/Surety Bonds | **Affiliate or Subsidiary of Current Client** |
| Nomura Corporate Funding Americas, LLC | Significant Customers and Contract Counterparties | **Affiliate or Subsidiary of Current Client** |
| NYDIG<br><br>NYDIG ABL LLC<br><br>NYDIG ABL LLC (f/k/a Arctos Credit, LLC)<br><br>Arctos Credit, LLC | Lenders<br><br>UCC Search Results/UCC Lien Search Results<br><br>Notice of Appearance / Interested Party | **Affiliate or Subsidiary of Current Client** |
| Och Ziff Capital Management, LP (n/k/a Sculptor Capital Management, Inc.) | Affiliation of Current Officers and Directors (include senior management) | **Current Client**<br><br>**and**<br><br>**Affiliate or Subsidiary of Current Client** |
| PJT Partners LP | Debtors Professionals | **Current Client** |
| QBE Insurance Corporation<br><br>General Casualty Co of WI (QBE) | Insurance/Insurance Broker/ Insurance Provider/Surety Bonds | **Related to Current Client** |
| Securitas Security Services USA, Inc. | List of the Creditors Holding the Top 100 Largest Unsecured Claims<br><br>List of the Top 30 Unsecured Creditors<br><br>Benefit Providers (Workers Compensation/Pension Plans/Third Party Administrators) | **Affiliate or Subsidiary of Current Client** |
| Shell Energy Solutions | List of the Top 30 Unsecured Creditors | **Related to Current Client** |

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| MP2 Energy Texas LLC d/b/a Shell Energy Solutions | Utility Providers/Utility Brokers<br><br>Notice of Appearance / Interested Party | |
| Stonebriar Commercial Finance LLC<br><br>Stonebriar Finance Holdings LLC | Lender<br><br>UCC Search Results/UCC Lien Search Results | **Affiliate or Subsidiary of Current Client** |
| Time Warner<br><br>Time Warner Cable | Significant Vendors/Suppliers<br><br>Utility Providers/Utility Brokers | **Related to Current Client** |
| TPG Pace Beneficial Finance Corporation I and II | Affiliation of Current Officers and Directors (include senior management) | **Affiliate or Subsidiary of Current Client** |
| U.S. Bank,  National Association | Bondholders/Noteholders/Indenture Trustees<br><br>Lenders<br><br>Notice of Appearance / Interested Party | **Affiliate or Subsidiary of Current Client** |
| WEX Health Inc. | Significant Vendors/Suppliers | **Affiliate or Subsidiary of Current Client** |
| ZoomInfo Technologies | Significant Vendors/Suppliers | **Current Client** |

**<u>Exhibit B</u>**

**DuChene Retention Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.,* | § | Case No. 22-90341 (DRJ) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

**DECLARATION OF TODD DUCHENE
IN SUPPORT OF APPLICATION OF
DEBTORS FOR AUTHORITY TO RETAIN AND
EMPLOY WEIL, GOTSHAL & MANGES LLP AS
ATTORNEYS FOR DEBTORS EFFECTIVE AS OF PETITION DATE**

Pursuant to 28 U.S.C. § 1746, I, Todd DuChene, hereby declare as follows:

1.      I am the President and Chief Legal Officer of Core Scientific, Inc. ("**Core Scientific**," and, collectively with its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession, the "**Debtors**"). In my current role, I am responsible for, among other things, overseeing the Debtors' legal department and managing legal fees and expenses.

2.      Commencing on December 21, 2022 (the "**Petition Date**"), the Debtors each filed with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

3.      I submit this Declaration in support of the Debtors' application (the "**Application**"), pursuant to sections 327(a), 328(a), 329, and 504 of the Bankruptcy Code, Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules of the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Local Rules**"), for authority to employ and retain Weil, Gotshal & Manges LLP ("**Weil**" or the "**Firm**"), as attorneys for the Debtors in the above-captioned chapter 11 cases effective as of the Petition Date.[2]

4.      This Declaration is provided pursuant to Appendix B, Paragraph D.2 of the *U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013 (the "**Fee Guidelines**").  Except as otherwise indicated herein, the facts set forth in this Declaration are based upon my personal knowledge, information provided to me by the Debtors' advisors, or my opinion based upon knowledge and experience as President and Chief Legal Officer of Core Scientific.  I am authorized to submit this Declaration on behalf of the Debtors.

5.      The Debtors recognize that a comprehensive review process is necessary when selecting and managing chapter 11 counsel to ensure that their bankruptcy professionals are subject to the same client-driven market forces, security, and accountability as professionals in non-bankruptcy engagements.  The Debtors chose Weil based upon Weil's prior experience with the Debtors, its reputation and experience in the restructuring field generally, and upon the Debtors' particular circumstances.  Since 2018, Weil has represented the Debtors with respect to

---

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Application.

various matters, including certain transactional and litigation matters.  Beginning in October 2022, Weil has represented the Debtors with respect to their ongoing litigation with Celsius in the Celsius chapter 11 cases.  At around the same time, Weil began advising the Debtors in connection with their evaluation and execution of certain strategic initiatives to help preserve and maximize the Company's enterprise value.  As a result of its prepetition engagement, Weil possesses an in-depth knowledge of the Debtors' capital structure and has gained additional insight into the current condition of the Debtors' industry, business, and operations.  Specifically, Weil was extensively involved in (i) prepetition negotiations with the Debtors' key economic stakeholders (including the Debtors' restructuring efforts as discussed in greater detail in the First Day Declaration), (ii) analyzing strategic alternatives with respect to the Debtors' capital structure and restructuring, (iii) negotiating and executing the RSA with the Ad Hoc Noteholder Group, (iv) securing a $75 million DIP Facility, and (v) the preparation and commencement of these chapter 11 cases.  Accordingly, the Debtors believe Weil is uniquely situated with the necessary background to address the potential legal issues that may arise in the context of the Debtors' chapter 11 cases.

6.    As the President and Chief Legal Officer at Core Scientific, I am familiar with the terms of Weil's engagement.  Weil has confirmed to me that the Firm does not vary its billing rates or the material terms of an engagement depending on whether such engagement is a bankruptcy or a non-bankruptcy engagement.  Weil has advised me that its current customary U.S. hourly rates are $1,375.00 to $2,095.00 for partners and counsel, $750.00 to $1,345.00 for associates, and $295.00 to $530.00 for paraprofessionals.  It is my understanding that Weil reviews and adjusts its billing rates annually.  Weil has advised me that it will inform the Debtors of any adjustment to its existing rate structure.

7.     I am informed by Weil that its attorneys' billing rates are aligned each year to ensure that its rates are comparable to the billing rates of its peer firms.  To the extent that there is any disparity in such rates, however, I nevertheless believe that Weil's retention by the Debtors is warranted in these cases for the reasons set forth in the Application.

8.     I understand that Weil's fees and expenses will be subject to periodic review during the pendency of these chapter 11 cases by, among other parties, the Office of the U.S. Trustee and the Debtors, in accordance with the terms of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and any orders of the Court governing the procedures for approval of interim compensation of professionals retained in chapter 11 cases.

9.     As the President and Chief Legal Officer of Core Scientific, I supervise and manage legal fees and expenses incurred by the Debtors' outside counsel.  Either I or the Debtors' other in-house counsel reviews the Debtors' outside counsel invoices and authorizes all legal fees and expenses prior to the payment of such fees to outside counsel.  In so doing, we assure that all requested fees and expenses are reasonable and correspond with necessary or beneficial services rendered on behalf of the Debtors and their estates.  The aforementioned review and approval process does not differ when the Debtors employ outside counsel for non-bankruptcy matters. Moreover, Weil has informed me that the Debtors will be provided with the opportunity to review all invoices and request adjustments to such invoices to the extent that the Debtors determine that such adjustments are necessary and appropriate, which requests will be carefully considered by Weil.

10.     I will continue to review the invoices that the Debtors submit and, together with Weil, amend such invoices as necessary.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 15, 2023
Austin, Texas

By:      /s/  Todd DuChene
         Todd DuChene
         President and Chief Legal Officer
         Core Scientific, Inc.