## IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.,* | § | **Case No. 22-90341 (DRJ)** |
| | § | |
| **Debtors**[1] | § | **(Jointly Administered)** |
| | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that MassMutual Asset Finance LLC ("**MMAF**"), hereby enters its appearance by and through its counsel, Verrill Dana LLP, pursuant to § 1109(b) of chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 & 9007 and §§ 342 & 1109(b) of the Bankruptcy Code, that further copies of all notices given and pleadings filed in the above-captioned cases be given to and served upon the following at the addresses listed below:

Thomas O. Bean
**VERRILL DANA, LLP**
One Federal Street, 20th Floor
Boston, MA 02110
Tel: 617-309-2606
E-mail: tbean@verrill-law.com

-and-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

Nathaniel R. Hull
**VERRILL DANA, LLP**
One Portland Square
Portland, ME 04101
Tel: 207-253-4726
E-mail: nhull@verrill-law.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and the Bankruptcy Code, but also includes without limitation any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, email, electronic filing or otherwise filed or made with regard to the above-captioned case and proceedings therein, and for the purposes of *CM/ECF*.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance and Request for Service of Notices and Papers* nor any subsequent appearance, pleading, claim, or suit is intended nor shall be deemed to waive MMAF's rights, remedies, and claims against other entities or any objection that may be had to the subject-matter jurisdiction of the Court, and shall not be deemed or construed to submit MMAF to the jurisdiction of the Court. All rights, remedies, and claims are hereby expressly reserved, including without limitation, MMAF's: (i) right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) right to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) right to seek a change of venue, or (v) any other rights, claims, actions, setoffs or recoupments to which MMAF is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments MMAF expressly reserves.

|  |  |
|---|---|
| Dated: January 17, 2023<br>Portland, Maine | Respectfully submitted,<br><br>**VERRILL DANA LLP**<br><br>By: */s/Nathaniel R. Hull*<br><br>Nathaniel R. Hull (admitted *pro hac vice*)<br>**VERRILL DANA, LLP**<br>One Portland Square<br>Portland, Maine 04101<br>Tel: 207-253-4726<br>E-mail: nhull@verrill-law.com<br><br>- and -<br><br>Thomas O. Bean (admitted *pro hac vice*)<br>**VERRILL DANA, LLP**<br>One Federal Street, 20th Floor<br>Boston, Massachusetts 02110<br>Tel: 617-309-2606<br>E-mail: tbean@verrill-law.com<br><br>*Counsel to MassMutual Asset Finance LLC* |

## Certificate of Service

I, Nathaniel R. Hull of Verrill Dana, LLP certify that I am over the age of eighteen and, on January 17, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas in the above-captioned case.

/s/ *Nathaniel R. Hull*
Nathaniel R. Hull (admitted *pro hac vice*)