IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § | (Jointly Administered) Related Docket No. 130 |

## NOTICE OF AMENDED DATES AND DEADLINES WITH RESPECT TO THE DIP LOAN AGREEMENT

**PLEASE TAKE NOTICE** that on December 21, 2022, Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Emergency Motion of Debtors for Entry of Interim and Final Order (A) Authorizing The Debtors to Obtain Postpetition Financing, (B) Authorizing The Debtors to Use Cash Collateral, (C) Granting Liens and Providing Claims With Superpriority Administrative Expense Status, (D) Granting Adequate Protection to The Prepetition Secured Parties, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief* (Docket No. 38) (the "**DIP Motion**").

**PLEASE TAKE FURTHER NOTICE** that, on December 23, 2022, the Court entered the *Interim Order (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims With Superpriority Administrative Expense Status, (III) Granting Adequate*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

*Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* (Docket No. 130) (the "**Interim DIP Order**") approving the Debtors' entry into the DIP Credit Agreement,[2] attached to the Interim DIP Order as **Exhibit 1**, and granting other relief requested in the DIP Motion on an interim basis.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Interim DIP Order, a final hearing to consider approval of the DIP Motion on a final basis (the "**Final DIP Hearing**") was scheduled for January 23, 2023 at 12:00 p.m. (prevailing Central Time), and any objections to the final relief sought in the Motion (the "**DIP Objection Deadline**") was required to be filed with the Court no later than January 17, 2023 at 4:00 p.m. (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE** that the Unsecured Creditors Committee (the "**UCC**") was formed on January 9, 2023 and requested that the Final DIP Hearing and the UCC's objection deadline related thereto be moved.

**PLEASE TAKE FURTHER NOTICE** that the Debtors and the DIP Lenders have agreed to move Final DIP Hearing date to February 1, 2023.

**PLEASE TAKE FURTHER NOTICE** that the Final DIP Hearing has been adjourned to **February 1, 2023 at 11:30 a.m. (prevailing Central Time)**.

**PLEASE TAKE FURTHER NOTICE** that the DIP Objection Deadline for the UCC has been extended to **January 25, 2023 at 4:00 p.m. (prevailing Central Time)**.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the DIP Motion.

Dated: January 17, 2023
       Houston, Texas

Respectfully submitted,

  /s/ Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Moshe A. Fink (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Ray.Schrock@weil.com
        Ronit.Berkovich@weil.com
        Moshe.Fink@weil.com

*Proposed Attorneys for Debtors
and Debtors in Possession*

**Certificate of Service**

I hereby certify that on January 17, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                                         _/s/  Alfredo R. Pérez_
                                                                                         Alfredo R. Pérez