IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 22-90341 |
| | ) | |
| CORE SCIENTIFIC, INC. | ) | Chapter 11 |
| | ) | |
| | ) | |
| | ) | Judge: DAVID R. JONES |
| Debtor(s). | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Please take notice that Alan C. Hochheiser of Maurice Wutscher LLP, 23611 Chagrin Blvd., Suite 207, Beachwood, OH 44122, has been retained as Attorney for AmTrust North America, Inc. on behalf of Associated Industries Insurance Company, Inc., Creditor in the above-referenced Proceedings.

Copies of all further communications, pleadings, court notices, and other papers should be served on said Attorney as Attorney of Record.

Respectfully submitted,

MAURICE WUTSCHER, LLP

/s/ Alan C. Hochheiser
Alan C. Hochheiser
Ohio Bar No. 0041222
23611 Chagrin Blvd., Suite 207
Beachwood, OH 44122
Telephone: (216) 220-1129
Facsimile: (216) 472-8510
Email: ahochheiser@mauricewutscher.com

Counsel for AmTrust North America, Inc. on behalf of Associated Industries Insurance Company, Inc.

**CERTIFICATE OF SERVICE**

    I certify that on this 18th day of January 2023, a copy of the foregoing Notice of Appearance and Request for Service of All Pleadings was filed and served via the Court's Electronical Case Filing System on all parties receiving such notification.

Dated: 01/18/2023

/s/ Alan C. Hochheiser
Alan C. Hochheiser
Ohio Bar No. 0041222
23611 Chagrin Blvd., Suite 207
Beachwood, OH 44122
Telephone: (216) 220-1129
Facsimile: (216) 472-8510
Email: ahochheiser@mauricewutscher.com

Counsel for AmTrust North America, Inc. on behalf of Associated Industries Insurance Company, Inc.