UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

AMENDED MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-bk-90341 |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc. et al. | |

This lawyer, who is admitted to the State Bar of __Florida__:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Shirley Palumbo, Esq.<br>NextEra Energy Resources<br>700 Universe Blvd. (JB)(LAW)<br>Juno Beach FL 33408<br>(5610 304-5523<br>FL 0073520 |

Seeks to appear as the attorney for this party:

| Pescadero Capital, LLC |
|---|
| Dated:           Signed: /s/Shirley Palumbo, Esq. |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:           Signed: _____
                              Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____           _____
                                United States Bankruptcy Judge