| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, et al. | |

This lawyer, who is admitted to the State Bar of ____New York____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Jeffrey B. Korn<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>212-728-8000<br>New York / 3990520 |
|---|---|

Seeks to appear as the attorney for this party:

| Official Committee of Unsecured Creditors |
|---|
| Dated: January 20, 2023 | Signed: /s/ Jeffrey B. Korn |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated: _____   Signed: _____
                         Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____   _____
                    United States Bankruptcy Judge