IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 22-90341 (DRJ) |
| CORE SCIENTIFIC, INC., *et al.,*, | ) | |
| | ) | (Jointly Administered) |
| Debtors.¹ | ) | |
| | ) | |

___

NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES AND OTHER DOCUMENTS
___

COMES NOW Misti L. Beanland of Matthews, Shiels, Knott, Eden, Davis & Beanland, L.L.P. and hereby enters appearance as counsel for BEAM Concrete Construction, Inc. and respectfully requests, pursuant to Fed.R.Bankr.P. 2002 and 9010(b), that all notices which BEAM Concrete Construction, Inc. is entitled to receive as creditor, and all other documents filed by the Debtors or their attorney, by the Trustee, and by all other parties in interest in the proceedings, be addressed and promptly delivered to Misti L. Beanland, Matthews, Shiels, Knott, Eden, Davis &

___

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

Beanland, L.L.P., 8131 LBJ Freeway, Suite 700, Dallas, Texas 75251 via email:

beanland@mssattorneys.com.

Dated: January 21, 2023                              Respectfully submitted,

                                            By:  *s/ Misti L. Beanland*
                                            Misti L. Beanland
                                            State Bar No. 00798057
                                            Christen C. Paquin
                                            State Bar No. 24040640
                                            Misti L. Beanland

                                            MATTHEWS, SHIELS, KNOTT,
                                            EDEN, DAVIS & BEANLAND L.L.P.
                                            8131 LBJ Freeway, Suite 700
                                            Dallas, Texas 75251
                                            (972) 234-3400 Telephone
                                            (972) 234-1750 Telecopier
                                            beanland@mssattorneys.com

                                            Attorneys for BEAM Concrete Construction, Inc.

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on the 21st day of January 2023, a true and correct copy of the above and foregoing instrument was sent via electronic mail to the individuals and parties entitled to notice.

                                            */s/ Misti L. Beanland*
                                            Misti L. Beanland