**Denton County**
**Juli Luke**
County Clerk

**Instrument Number:** 157743

ERecordings-RP

AFFIDAVIT

Recorded On: November 14, 2022 11:50 AM          Number of Pages: 7

**" Examined and Charged as Follows: "**

Total Recording: $50.00

*********** **THIS PAGE IS PART OF THE INSTRUMENT** ***********
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

| File Information: | | Record and Return To: |
|---|---|---|
| Document Number: | 157743 | Corporation Service Company |
| Receipt Number: | 20221114000404 | |
| Recorded Date/Time: | November 14, 2022 11:50 AM | |
| User: | Melissa K | |
| Station: | Station 43 | |



STATE OF TEXAS
COUNTY OF DENTON

I hereby certify that this Instrument was FILED In the File Number sequence on the date/time printed hereon, and was duly RECORDED in the Official Records of Denton County, Texas.

Juli Luke
County Clerk
Denton County, TX

**EXHIBIT "A"**

## MECHANIC'S LIEN AFFIDAVIT

**STATE OF TEXAS** §
§
**COUNTY OF DENTON** §

    I, Erin Hannah, CFO of **BEAM Concrete Construction, Inc.**, **Claimant**, having its mailing and physical address at 640 Central Expressway, Melissa, TX 75454, which Claimant, having furnished labor and materials to improve the property described herein, for the purpose of perfecting a **statutory mechanic's lien** on said LEASEHOLD ESTATE to secure the amount of its claim therefor, make this Affidavit and state:

1. I am over 21 years of age, am not disqualified by law from making this Affidavit, am fully authorized by Claimant to do so, and have personal knowledge of the facts stated herein which facts are true and correct.

2. **Core Scientific, Inc.**, having its mailing address at 106 E. 6th St., STE 900-145, Austin, TX 78701, and 2800 Northrup Way #220, Belview, WA 98004, is the **Owner, or reputed Owner of the LEASEHOLD ESTATE** that is the subject of this Mechanic's Lien Affidavit.

3. **McCarthy Building Companies, Inc.**, having its mailing address at 12001 N. Central Expy, STE 400, Dallas, TX 75243, is the **Original Contractor,** having a contract with Core Scientific, Inc. for the improvements of the LEASEHOLD ESTATE described herein.

4. Claimant is a **Subcontractor** having entered into an Agreement with McCarthy Building Companies, Inc. for the work described herein.

5. The LEASEHOLD ESTATE charged with this lien is commonly known as the **Core Scientific Data Center (South Site and North Site)** located in the City of Denton, Denton County, Texas, and being more particularly described on **Exhibit "A"** which is attached hereto and fully incorporated herein.

6. The labor and materials furnished by Claimant are described as follows: labor, materials, tools, equipment, and appurtenances to provide and install all site concrete, rebar installation and place and finish scope as needed, furnished in accordance with plans and specifications for said Project.

7. The value of the labor and materials furnished by Claimant in the construction and improvement of the Project, and which is now due and unpaid is **$878,306.82**. This sum represents **unpaid progress** in the amount of **$696,481.52** for work performed during the months of **September and October 2022**, and **mature and unpaid retainage** in the amount of **$181,825.30** for work performed during the months of **May through October 2022**. Said claim constitutes the value of the unpaid labor and materials furnished after all credits, offsets and payments have been allowed.

8. This Affidavit of Lien for the amount shown herein is upon the LEASEHOLD ESTATE described herein, and not on the FEE INTEREST of the City of Denton.

9. Notice of this claim and Claimant's retainage agreement was sent to Core Scientific, Inc. and McCarthy Building Companies, Inc., at the addresses stated herein, by certified mail, return receipt requested on **November 14, 2022**.

10. A copy of this Lien Affidavit is being sent to Core Scientific, Inc. and McCarthy Building Companies, Inc., at the addresses stated herein, by certified mail, return receipt requested.

_____
Erin Hannah, CFO
BEAM Concrete Construction, Inc.

**STATE OF TEXAS** §
§
**COUNTY OF COLLIN** §

SWORN TO AND SUBSCRIBED BEFORE ME, by the said Erin Hannah, CFO of Beam Concrete Construction Inc. on this the 14 day of November 2022.

_____
Stamped Name of Notary Public

_____
Notary Public, State of Texas

*After Recording, Return to:*
Cara D. Kennemer
**UNDERWOOD LAW FIRM, P.C.**
1008 Macon Street, Suite 101
Fort Worth, TX 76102
*Phone: (817) 885-7529*

BRANDY MICHELLE JONES
Notary ID #129949467
My Commission Expires
September 8, 2026

# Exhibit A
# Leased Premises

### Site One

BEING a 19.064 acre tract of land situated in the Moses H. Davis Survey, Abstract No. 377, City of Denton, Denton County, Texas, being part of a called 340.469 acre tract of land described in a Deed to the City of Denton, a Texas home-rule municipal corporation, as recorded in Document No. 2016-143882 of the Official Records of Denton County, Texas and being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found for an interior Southwest corner of the above cited 340.469 acre tract and the Northwest corner of a called 116.154 acre tract of land described in a Deed to the Mark Hicks Investments, LLC, as recorded in Document No. 2021-8595 of the Official Records of Denton County, Texas, from which a 1/2 inch iron rod with cap stamped "Vannoy 563-7101" found for an interior ell corner of said 340.469 acre tract, same being the Northeast corner of a called 152 acre tract of land described in a Deed to Walter B. (Bud) Wolf, as recorded in Volume 533, Page 541 of the Deed Records of Denton County, Texas bears North 00°26'46" East, a distance of 599.88 feet;

THENCE South 89°50'49" East along the South line of said 340.469 acre tract and North line of said 116.154 acre tract, for a distance of 506.72 feet to a 5/8 inch iron rod with cap stamped "TNP" set for the POINT OF BEGINNING of the herein described tract;

THENCE North 01°31'40" West departing the South line of said 340.469 acre tract and the North line of said 116.154 acre tract, for a distance of 608.71 feet to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE South 89°59'35" East for a distance of 611.28 feet to an "X" cut set in concrete;

THENCE South 00°00'25" West for a distance of 65.60 feet to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE North 90°00'00" East for a distance of 872.65 feet to a 5/8 inch iron rod with cap stamped "TNP" set at the beginning of a non-tangent curve to the left;

THENCE in a Southern direction, along said non-tangent curve to the left having a central angle of 07°27'36", a radius of 4210.63 feet, a chord bearing of South 03°47'11" West, a chord distance of 547.84 feet and an arc length of 548.23 feet to a 5/8 inch iron rod with cap stamped "TNP" set in the South line of said 340.469 acre tract and the North line of said 116.154 acre tract, from which a 1/2 inch iron rod with cap stamped "Vannoy 563-7101" found for the Northeast corner of said 116.154 acre tract and an interior ell corner of said 340.469 acre tract bears South 89°50'49" East, a distance of 420.07 feet;

THENCE North 89°50'49" West along the South line of said 340.469 acre tract and the North line of said 116.154 acre tract, for a distance of 1431.52 feet to the POINT OF BEGINNING, and containing 19.064 acres of land, more or less.



### Site Two

BEING an 11.256 acre tract of land situated in the Moses H. Davis Survey, Abstract No. 377 and the Johnson, Green, Myers and Brummett Survey, Abstract No. 1699, City of Denton, Denton County, Texas, being part of a called 340.469 acre tract of land described in a Deed to the City of Denton, a Texas home-rule municipal corporation, as recorded in Document No. 2016-143882 of the Official Records of Denton County, Texas and being more particularly described as follows:

COMMENCING at a 5/8 inch iron rod found for the Southwest corner of Lot 1, Block 1 of Krum Tap Electrical Switch Station, per Plat recorded in Document No. 2010-3 of the Plat Records of Denton County, Texas;

THENCE North 89°39'01" East along the South line of said Lot 1, for a distance of 21.24 feet to a 5/8 inch iron rod with cap stamped "TNP" set for the POINT OF BEGINNING of the herein described tract:

THENCE North 89°39'01" East continuing along the South line of said Lot 1, passing a 5/8 inch iron rod found for the Southeast corner of same at a distance of 658.12 feet, and continuing for a total distance of 806.50 to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE South 67°31'07" East, for a distance of 85.93 to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE South 75°20'51" East, for a distance of 150.68 to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE South 56°48'38" East, for a distance of 80.84 to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE South 21°23'05" East, for a distance of 76.31 to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE South 43°26'26" East, for a distance of 72.63 to a 5/8 inch iron rod with c-,ap stamped "TNP" set;

THENCE South 00°24'23" East. for a distance of 179.60 to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE North 90°00'00" West, for a distance of 1259.39 to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE North 70°47'23" West, for a distance of 60.77 to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE North 19°22'19" East, for a distance of 417.32 to the POINT OF BEGINNING, and containing 11.256 acres of land, more or less.

