## EXHIBIT C

**Peter C. Lewis Declaration**

EXHIBIT C

**IN THE UNITED STATES BANKRUPTCY**
**COURT FOR THE SOUTHERN DISTRICT OF**
**TEXAS HOUSTON DIVISON**

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC., et al.,** | § | **Case No. 22-90341 (DRJ)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1.] | § | |

**AMENDED DECLARATION OF PETER C. LEWIS IN SUPPORT OF THE DEBTORS'**
**APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND**
**EMPLOYMENT OF SCHEEF & STONE, L.L.P. AS COUNSEL TO THE BOARD OF**
**DIRECTORS OF CORE SCIENTIFIC, INC.,EFFECTIVE AS OF THE PETITION DATE**

I, Peter C. Lewis, under penalty of perjury, declare as follows to the best of my knowledge,
information, and belief:

1.      I am an attorney admitted to practice in the State of Texas, and I am a partner with
the law firm of Scheef & Stone, L.L.P. ("**Scheef & Stone**"). Scheef & Stone is a law firm of
approximately sixty (60) attorneys with its principal office in Dallas, Texas. There are no
disciplinary proceedings pending against me.

2.      I am duly authorized to make this declaration (the "**Declaration**") on behalf of
Scheef & Stone in support of the Application (the "**Application**") of the Debtors for authority to
retain and employ Scheef & Stone as counsel for the Board of Directors of Core Scientific, Inc.

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired
Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty
Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677);
RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC
(3198).  The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300,   Austin,
Texas 78704.

("**Board**"), effective as of the Petition Date, under the terms and conditions set forth in the Application. I submit this Declaration in accordance with sections 327(e) and 328(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b), and Local Rule 2014-1. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

### Scheef & Stone's Qualifications

3.      Based on the circumstances, the Board has determined that it is necessary to engage counsel independent from the Debtors' legal counsel for it to execute faithfully its responsibilities and duties in connection with these chapter 11 cases. In this regard, the Board has determined to retain the law firm of Scheef & Stone.

4.      Scheef & Stone has extensive experience advising, amongst others, officers, directors, managing members, and managing partners on various matters in the exercise of their fiduciary duties, including the exercise of such duties in connection with restructurings, chapter 11 cases and/or related issues.

5.      Furthermore, attorneys from Scheef & Stone have extensive experience and knowledge in the area of business reorganizations under chapter 11 of the Bankruptcy Code, including the representation of companies (public and private), municipalities, and/or directors and/or officers, in connection with restructurings, reorganizations, and Bankruptcy Code cases, including, e.g., the following matters:

     i.     *In re: AMR Corporation, et al*.; Case No. 11-15463; United States Bankruptcy Court for the Southern District of New York (counsel to City of Fort Worth, Texas & AllianceAirport Authority, Inc.);

    ii.    *In re: Energy Future Holdings, Corp., et al*.; Case No. 14-10979; United States Bankruptcy Court for the District of Delaware (assisted as co-counsel to lead counsel on certain discrete matters);

    iii.    *In re: Caprock Oil Tools, Inc.*; Case No. 17-80109; United States Bankruptcy Court for the Southern District of Texas (counsel to debtor); and

    iv.    *In re: PFO Global, Inc., et al.*; Cause No. 17-30355; United States Bankruptcy Court for the Northern District of Texas (counsel to officers and directors).

### Scope of Services

6. Subject to further order of the Court, the Debtors request authority to retain and employ Scheef & Stone to provide legal services to the Board, including representing the Board in connection with the review, investigation, deliberation and other actions of the Board related to any contemplated or proposed financing, debt or equity issuance, or other transaction related to any in or out of court restructuring or other strategic transaction involving the Company or its business operations, subsidiaries and/or affiliates (the "**Matters**").

### Professional Compensation

7. Subject to this Court's approval and in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, the Local Rules, and other procedures that may be fixed by the Court, Scheef & Stone will be compensated on an hourly basis and will receive reimbursement of actual and necessary expenses incurred in connection with its representation of the Board in these chapter 11 cases. Furthermore, Scheef & Stone intends to apply for compensation for professional services rendered in connection with these chapter 11 cases, subject to this Court's approval, and in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable orders issued by this Court, on an hourly basis, plus reimbursement of all actual, necessary expenses and other charges incurred by Scheef & Stone in connection with these chapter 11 cases.

8. Scheef & Stone will bill at its standard hourly rates in effect when services are

provided.  Scheef & Stone's current hourly rates for matters related to or similar to these chapter 11 cases range as follows:

| Billing Category | Hourly Rates Range |
|---|---|
| Partners | $400.00 - $725.00 |
| Associates | $290.00 - $400.00 |
| Paraprofessionals | $150.00 |

9.      The Debtors and the Board believe that these rates are consistent with market rates for comparable services and understand that Scheef & Stone sets its hourly rates on an annual basis after consulting with various independent market sources. These rates are set at a level designed  to compensate Scheef & Stone fairly for the work of its attorneys and paraprofessionals and to cover  fixed and routine expenses.

10.      While the foregoing hourly rates were effective as of January 1, 2023, Scheef & Stone's billing rates are subject to periodic adjustments (typically in January of each year) to reflect economic and other conditions. This annual adjustment is in accordance with the firm's ordinary practice. As discussed herein, Scheef & Stone was retained by the Board on December 13, 2022,  and during the prepetition period, Scheef & Stone's billed the Board using its hourly rates in effect  at that time. Scheef & Stone billing rates have not changed or increased between December 13,  2022, and the date hereof, except to reflect annual rate increases and/or as disclosed herein.

11.     Subject to this Court's approval, Scheef & Stone will also bill for, and maintain detailed records of, actual and necessary costs and expenses incurred in connection with the legal services described above.  Consistent with Scheef & Stone's policy regarding its other clients, Scheef & Stone will charge for all other services provided and for other charges and disbursements incurred in the rendition of such services.  These charges and disbursements include, among other things, costs for photocopying, telephone calls, travel, travel-related expenses, computerized research, messengers, couriers, and postage. From time to time, Scheef & Stone's employees may be required to work after business hours and during the weekend. Scheef & Stone generally invoices clients for reasonable meals and transportation to or from the office related to work performed during such time on behalf of the applicable client. If the Local Rules or the other applicable orders and procedures of this Court do not permit reimbursement of any of the foregoing expenses (or provide for additional or different requirements in respect thereof), the Debtors respectfully request that this Court waive any per se prohibition or requirements other than that such expenses be actual and reasonable.

### <u>Statement Regarding U.S. Trustee Guidelines</u>

12.     The following information is provided in response to the request for additional information set forth in section D(1) of the Revised UST Guidelines:

**Question:** Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

**Response:** No. The hourly rates set forth in the Application are consistent with the rates that Scheef & Stone charges other comparable chapter 11 clients, and the rate structure provided by Scheef & Stone is appropriate and is not significantly different from (a) the rates that Scheef & Stone charges in other non-bankruptcy representations or (b) the rates of other comparably skilled professionals for similar engagements, except to the extent that Mr. Lewis' rate was increased to his then projected 2023 rate.

**Question**: Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

**Response:**  No.

**Question**: If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and reasons for the difference.

**Response:** As disclosed above, pursuant to the terms of the Scheef & Stone Engagement Letter, Scheef & Stone has represented the Board since December 13, 2022, as described herein.  Scheef & Stone's billing rates have not changed or increased between December 13, 2022, and the date hereof, except as set forth above and/or for annual year end increases.

**Question:** Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?

**Response:** Not yet.

## Compensation Received by Scheef & Stone from Core Scientific

13.      As set forth above, Scheef & Stone has represented the Board since on or about December 13, 2022, in connection with its restructuring and pending chapter 11 cases.  A copy of the Scheef & Stone's Engagement Letter is attached hereto as **Exhibit B**.  As set forth herein, Scheef & Stone received a retainer in the aggregate amount of seventy-five thousand and 00/100 Dollars ($75,000.00) (the "**Retainer**") to cover compensation for fees and reimbursement for expenses related to such services in accordance with the Scheef & Stone's Engagement Letter and its customary billing practices in the aggregate.

14.      In addition, prior to the Petition Date, Scheef & Stone drew on the Retainer in the amount of sixteen thousand four hundred eighty and 00/100 Dollars ($16,480.00).

### <u>Scheef & Stone's Disinterestedness</u>

15.     Section 327(e)  of the Bankruptcy Code requires that proposed counsel "not represent or hold any interest adverse to the debtor or to the estate with respect to the matter on which such attorney is to be employed." 11 U.S.C. §327(e).  As set forth in the Lewis Declaration, Scheef & Stone conducted a thorough conflicts analysis with respect to individuals and entities that may be parties in interest in these chapter 11 cases.  To the best of his knowledge, information, and belief, neither Scheef & Stone, nor any Scheef & Stone's professional working on or connected to the Scheef & Stone's engagement has a conflict with the Debtors, their creditors, or any other party in interest in these chapter 11 cases, or their respective attorneys or accountants.

16.     In connection with its proposed retention by the Board, Scheef & Stone, undertook a thorough review of its computerized database (the "**Conflicts Database**") to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors.

17.     In connection with preparing this Declaration, I submitted to the Conflicts Database the names of the individuals and entities identified on **<u>Schedule 1</u>** (all such  parties, collectively, the "**Searched Parties**").  As may be necessary, Scheef & Stone will supplement this Declaration if it becomes aware of a relationship that may adversely affect Scheef & Stone's retention in these chapter 11 cases or otherwise should be disclosed.

### <u>Scheef & Stone's Connections with Parties in Interest</u><br><u>in Matters Unrelated to These Chapter 11 Cases</u>

18.     After a review of the reports generated by the firm's conflicts check system, no attorney at Scheef & Stone presently represents any of the Searched Parties, except as detailed below:

a. Set forth on **Schedule 2** annexed hereto is a list of those Searched Parties from **Schedule 1** that Scheef & Stone either (a) currently represents or (b) has represented (or represents/represented a related party thereto) in matters wholly unrelated to these chapter 11 cases.

19.     As part of its diverse practice, Scheef & Stone appears in cases, proceedings, and transactions involving many different professionals, including attorneys, accountants, financial consultants, and investment bankers, some of which may represent claimants and parties in interest in the Debtors' chapter 11 cases.  In addition, Scheef & Stone may have in the past or may currently be representing other professionals involved in these chapter 11 cases in matters unrelated to these chapter 11 cases. Based on our current knowledge of the professionals involved, Scheef & Stone does not represent or have a relationship with any attorneys, accountants, financial consultants, or investment bankers that would be materially adverse to the Board,  the Debtors, or their estates on matters upon which Scheef & Stone is to be employed and none are in connection with these chapter 11 cases.

20.     Scheef & Stone and certain of its partners, counsel, and associates also may have in the past represented, may currently represent, and likely in the future will represent creditors, equity security holders, or other parties in interest in these chapter 11 cases in connection with matters unrelated (except as otherwise disclosed herein) to the Board, the Debtors, and these chapter 11 cases. Scheef & Stone believes that its representation of such creditors, equity security holders, or other parties in interest in such unrelated matters will not affect its representation of the Board in these proceedings.

21.     Neither I nor Scheef & Stone has represented or will represent any entity or person in connection with these chapter 11 cases, and neither I nor Scheef & Stone will accept any fee from any other party or parties in these chapter 11 cases, except as otherwise described

herein.

22.     Based on the conflicts search conducted to date and described herein, to the best of my knowledge, neither I, Scheef & Stone, nor any partner, counsel, or associate thereof, insofar as I have been able to ascertain, have any connection with the Board, the Debtors, their creditors, or any other parties in interest, their respective attorneys and accountants, the U.S. Trustee, any person employed with the U.S. Trustee, or any bankruptcy judge currently serving on the United States Bankruptcy Court for the Southern District of Texas, except as disclosed or otherwise described in Schedule 2. None of the representations described herein are materially adverse to the interests of the Board, the Debtors, or the Debtors' estates. Pursuant to section 327(c) of the Bankruptcy Code, Scheef & Stone is not disqualified from acting as the Board's counsel as a result of such representation.

23.     Additionally, to the best of my knowledge and information based on the responses received, no member or employee of Scheef & Stone holds any of the Debtors' debt or equity securities nor is any member or employee of Scheef & Stone an insider of the Debtors.

24.     Scheef & Stone will periodically review its files during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, Scheef & Stone will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 21st day of January, 2023.

/s/ Peter C. Lewis
Peter C. Lewis

**Schedule 1**

**Retention Checklist**

- Debtors
- Debtors' Trade Names and Aliases (up to 8 years) (a/k/a, f/k/a, d/b/a)
- Bank Accounts
- Bankruptcy Judges and Staff for the Southern District of Texas
- Bondholders/Noteholders/Indenture Trustees
- Clerk of the Court for the Southern District of Texas
- Contract Counterparties (includes patents and intellectual property)
- Current Officers and Directors
- Affiliation of Current Officers and Directors
- Benefit Providers (Workers Compensation/Pension Plans/Third Party Administrators)
- Debtors Professionals (law firms, accountants and other professionals)
- Former Officers and Directors
- Insurance/Insurance Broker/Insurance Provider/Surety Bonds
- Landlords and Parties to Leases
- Lenders
- List of the Top 30 Unsecured Creditors
- List of the Creditors Holding the Top 100 Largest Unsecured Claims (Excluding Insiders)
- List of 5 Largest Secured Claims
- Litigation Counterparties/Litigation Pending Lawsuits (includes threatened litigation)
- Non-Debtor Affiliates and Subsidiaries
- Non-Debtor Professionals
- Official Committee of Unsecured Creditors
- Other Parties in Interest (Notice of Appearance Parties, and any other person or group appointed)
- Ordinary Course Professionals
- Other Secured Parties (Letters of Credit/ Issuers of Letters of Credit)
- Partnerships (if debtors is a partnership, its general and limited partners)
- Regulatory and Government Authorities
- Secured Creditors
- Significant Competitors
- Significant Customers and Contract Counterparties
- Significant Shareholders (more than 5% of equity)
- Significant Vendors/Suppliers
- Taxing Authorities
- U.S. Attorney's Office for the Southern District of Texas
- UCC Search Results/UCC Lien Search Results
- Unions N/A
- United States Trustee and Staff for the Southern District of Texas
- Utility Providers/Utility Brokers

1

**Potential Parties in Interest**

**Debtors:**
Core Scientific Mining LLC
Core Scientific, Inc.
Core Scientific Acquired Mining LLC
Core Scientific Operating Company Radar
Relay, Inc.
Core Scientific Specialty Mining (Oklahoma), LLC
American Property Acquisition, LLC
Starboard Capital LLC
RADAR LLC
American Property Acquisitions I, LLC American
Property Acquisitions VII, LLC

**Debtors' Trade Names and Aliases (up to 8 years) (a/k/a, f/k/a, d/b/a):**
155 Palmer Lane, LLC
Blockcap, Inc.
Core Scientific Holdings Co.
Core Scientific, Inc.
GPU One Holdings, LLC
Mineco Holdings, Inc.
Power & Digital Infrastructure Acquisition
    Corp.
Radar Relay, LLC
XPDI

**Bank Accounts:**
Bank of America
City National Bank
Bremer Bank

**Bankruptcy Judges and Staff for Southern District of Texas:**
Judge David R. Jones
Judge Marvin Isgur
Judge Christopher M. Lopez
Judge Jeffrey P. Norman
Judge Eduardo V. Rodriguez
Peter Bray
Jason Marchand
Albert Alonzo
Rosario Saldan
Christina Bryan
Melissa Morgan-Faircloth
LinhThu Do
Mario Rios
Yvonne Ho
Samantha Warda

Dena Hanovice Palermo
Carol Felchak
Jeannie  Chavez
Sam S. Sheldon
Shannon Jones

**Bondholders/Noteholders/Indenture Trustees:**
U.S. Bank National Association

**Clerk of the Court for Southern District of Texas:**
Darlene Hansen
Nathan Ochsner

**Contract Counterparties (includes patents and intellectual property)**
(See Significant Customers and Contract
    Counterparties)

**Current Officers and Directors:**
Carol Haines
Darin Feinstein
Denise Sterling
Jarvis Hollingsworth
Jeff Pratt
Jeff Taylor
Katharine ("Katy") Hall
Kneeland Youngblood
Krista Rhynard
Kyle Buckett
Lynn Burgener
Matthew Brown ("Matt")
Matthew Minnis ("Matt")
Michael Bros
Michael Levitt ("Mike")
Neal P. Goldman
Russell Cann
Steve Gitlin
Todd DuChene
Weston Adams

**Affiliation of Current Officers and Directors:**
Baylor Health Care System Foundation
California Institute of Technology (Caltech)
Diamond Offshore Drilling, Inc.
Kayne Anderson BDC, LLC
Kayne Anderson Capital Advisors, L.P.

Kayne Anderson Energy Infrastructure Fund
    Inc. (KYN)
Kayne Anderson NextGen Energy &
    Infrastructure Inc. (KMF)
Laredo Petroleum, Inc.
Mackay Shields, LLC
Mallinckrodt Pharmaceuticals
Memorial Hermann Hospital System
Och Ziff Capital Management, LP
Pledgeling Technologies
Prostate Cancer Foundation
Scientific Games Corporation
Southwestern Medical Foundation
Talos Energy, Inc.
Teacher Retirement System of Texas
The Council on Foreign Relations
The Music Acquisition Corp
TPG Pace Beneficial Finance Corporation I and
    II
Weatherford International

**Benefit Providers:**
    (Workers Compensation/ Pension Plans
    /Third Party Administrators)
Aetna
Aflac
Allstate Benefits
American Security and Protection Services LLC
Blue Cross Blue Shield CA
Blue Cross Blue Shield NC
BNY Mellon Bank
Chubb Personal Excess Liability Insurance
Citibank (Administered by PayFlex)
Delta Dental
Expensify Payments LLC
Farmers Group Select Home & Auto Insurance
Florida Blue
Globalization Partners Professional Services
Group Health Aetna
Guardian
Kaiser Permanente
MetLife
Optum Bank
Securitas Security Services USA, Inc.
TriNet - COBRA
TriNet HR III, LLC
Tufts
UnitedHealthcare ("UHC")
Vision Service Plan ("VSP")

**Debtors Professionals:**
AlixPartners LLP
PJT Partners LP
Stretto, Inc.
Weil, Gotshal & Manges LLP

**Former Officers and Directors:**
Aber Whitcomb
Alan Curtis
Brandon Curtis
Brett Harrison
Brian Neville
Bryce Johnson
Caleb Tebbe
Christel Sice
Christy Barwick
Clark Swanson
Colin Crowell
Dan Christen
Devon Eldridge
George Kollitides
Harlin Dean
Kevin Turner
Larry Rudolph
Matthew Bishop
Michael Truzpek
Peter Dorrius
Peter J. Novak
Peter Sladic
Sharon Orlopp
Stacie Olivares

**Insurance/Insurance Broker/Insurance Provider/Surety Bonds:**
AmTrust
AON
Arch Specialty Ins. Co (via AmWins)
Ascot Syndicate No. 1414 (Ethos via AmWins)
Aspen Specialty Ins. Co (via AmWins)
AXIS Surplus Ins. Co (via Amwins)
Beazley (Lloyd's Syndicate 2623)
Beazley (Lloyd's Syndicate No. 2623 (Beazley
    UK)
Beazley Insurance Company
Berkley National Insurance Company
Berkley Prof Liability
Berkshire Hathaway Specialty Ins. Company
CAC Specialty
Columbia Casualty Company (CNA)

Endurance American Specialty Insurance
    Company (Sompo)
Federal Insurance Company (Chubb)
General Casualty Co of WI (QBE)
Harco National Insurance Company (360)
Hiscox Insurance Company
Kinsale Insurance Company (via Amwins)
Landmark American Insurance Company (RSUI
    via Amwins)
Lexington Insurance Company (AIG) via RT
    Specialty
Lexington Insurance Company (via Amwins)
Lloyd's Syndicate No. 2623 (Beazley UK)
National Union Fire Ins. Co of Pittsburgh (AIG)
Navigators Insurance Co (Hartford)
Obsidian Specialty Insurance Company (Orion
    via RT Specialty)
Pennsylvania Insurance Company (Applied via
    RT Specialty)
Policies Held by PEOs TriNet and Globalization
    Partners
QBE Insurance Corporation
Starr Indemnity & Liability Co
Swiss Re Corporate Solutions Capacity Ins.
    Corp (via Amwins)
The Princeton Excess & Surplus Lines Ins. Co
    (Munich Re via Amwins)
U.S. Customs and Border Protection
Vantage Risk Specialty Insurance Company (RT
    Specialty)
Wright National Flood Ins. Co (NFIP)
XL Specialty Ins. Co.

**Landlords and Parties to Leases:**
Cheryl Ogle & the Crystal Ogle Management
    Trust
City of Denton
Dalton-Whitfield Joint Development Authority
Elmington Property Management LLC
Elmington Property Mgmt. LLC - Monarch
    Apartments
Hannig Row Partnership
Hudson GRC LLC
Hurd Real Estate Associates
Jobe Ranch Family Limited Partnership, Lessor
    (11/15/2021)
Jobe Ranch Family Limited Partnership
Liberty Point Apartments
Minnkota Power Cooperative Inc.

Minnkota Power Cooperative, Lessor
    (Commercial Lease, Ground Lease)
Mobley Holdings LLC - Liberty Point
    Apartments
Monarch Apartment Homes
Ncredible Properties
Nodak Electric Cooperative
Nodak Electric Cooperative Inc.
Peerless Events & Tents LLC
SRPF A QR Riversouth LLC
The District
The Preserve at Spring Creek
Tien Yun Investments, LLC (dba TY Properties)
Worksmith, Inc.

**Lenders:**
1994 Steinfeld Family Trust
36th Street Capital
ACM ELF ST, LLC (Atalaya)
Amplify Transformational Data Sharing ETF
Anchorage Lending CA, LLC
Andrew Rosen 2004 Successor Insurance Trust
Apollo Centre Street Partnership, L.P.
Apollo Lincoln Fixed Income Fund, L.P.
Apollo Moultrie Credit Fund, L.P.
Apollo Tactical Value SPN Investments, L.P.
Arctos Credit, LLC
B. Riley Bridge Loan
B. Riley Commercial Capital, LLC
Bank of the West
Barings BDC, Inc.
Barings Capital Investment Corporation
Barings Private Credit Corp
Barkley Investments, LLC
Better Downtown Miami LLC
Birch Grove Strategies Master Fund LP
BlackRock Credit Alpha Master Fund L.P.
BlockFi
BlockFi A
BlockFi B
BlockFi Lending, LLC
Bremer Bank
BRF Finance Co., LLC
Brown Corporation
Cannon Investments LLC
Celsius Core LLC
Corbin Opportunity Fund, L.P.
Cryptonic Black, LLC
David Sarner
De Lage Landen Financial Services, Inc.
Dell Financial Services L.L.C.

4

Douglas Lipton
Ferro Investments Ltd.
FGK Investments Ltd.
Fidelity Capital Corp.
First Sun Investments, LLC
Frank Pollaro
FTF Diversified Holdings, LP
Galaxy Digital LP
Garic Limited
Genesis Global Capital, LLC
Genesis Global Capital, LLC #1
Greensledge Merchant Holdings, LLC
Gullane Capital Partners, LLC
Gullane Digital Asset Partners OP, LLC
Gullane Digital Asset Partners, LLC
HC NCBR Fund
Holliowod, LLC
Ibex Partners (Core) LP
ICG CoreSci Holdings, LP
Indigo Direct Lending, LLC
James Pulaski
Jason Capello
John Badger Quinn
John P. Joliet
JPAS - Credit LLC ("JPAS" is Jordan Park
    Access Solutions)
JPAS - Crypto Infrastructure-A S.P.
JSK Partnership LLC
Kensico Associates, L.P.
Kensico Offshore Fund Master, Ltd
KMR CS Holdings, LLC
Leon J. Simkins Non-Exempt Trust FBO
    Michael Simkins
Levbern Management LLC
Liberty Commercial Finance, LLC
Liberty Stonebriar
Marsico AXS CS LLC
Mass Mutual Barings
Massachusetts Mutual Life Insurance Company
Milos Core LLC
Monbanc Inc.
Neso Investment Group Ltd
North Mill Equipment Finance
North Star Leasing
Northdata Holdings Inc.
Novak
NYDIG
OIP SPV Core Scientific, LLC
Omega Interceptor Restricted Ltd
Pescadero Capital, LLC

Prime Alliance Bank
Richard Katz 2016 GST Trust
Robert Fedrock
Sabby Volatility Warrant Master Fund, Ltd.
SRPF A QR Riversouth LLC
Stonebriar Commercial Finance LLC
Stonebriar Finance Holdings LLC
SunnySide Consulting and Holdings, Inc.
TBC 222 LLC
Tech Finance Corporation
The Kimmel Family Foundation
The Michael O. Johnson Revocable Trust
The Obsidian Master Fund
The Sear Family 1996 Trust
The William R. Guthy Separate Property Trust
TJC3 LLC
Toyota Commercial Finance
Transatlantic Mobility Holdings II LLC
Trinity Capital Inc.
U.S. Bank National Association
VFS LLC
Vineet Agrawal
Wilmington Savings Fund Society, FSB
Wolfswood Holdings LLC
Wormser Family Partnership II, LP
Wormser Family Partnership 11, LP
XMS Core Convert Holdings LLC

**List of the Top 30 Unsecured Creditors:**
AAF International
Amazon Web Services Inc.
Bergstrom Electric
BRF Finance Co., LLC
CDW Direct
CES Corporation
Cherokee County Tax Collector
Cooley LLP
Dalton Utilities
DK Construction Company
Duke Energy
FlowTx
Gensler
Harper Construction Company, Inc.
Herc Rentals
Kentucky Department of Revenue
LiveView Technologies Inc.
Marshall County Sheriff
McDermott Will and Emery LLP
Moss Adams LLP
OP

Priority Power Management, LLC
Reed Wells Benson and Company
Securitas Security Services USA Inc.
Shell Energy Solutions
Sidley Austin LLP
Tenaska Power Services Co
Tenet Solutions
Trilogy LLC
U.S. Customs and Border Patrol

**List of the Creditors Holding the Top 100
Largest Unsecured Claims (Excluding
Insiders):**
A to Z pest Control and Services
AAF International
AccuForce HR Solutions LLC
Acme Tools
Altru Health System
Amazon Business
Amazon Web Services Inc.
American Paper and Twine Co
American Security and Protection Service LLC
AT&T
Averitt Express Inc.
Bearden Industrial Supply
Bergstrom Electric
BlockFi Lending LLC
C & W Facility Services, Inc.
C.H. Robinson Company, Inc.
Callahan Mechanical Contractors Inc.
Carolina Recycling & Consulting LLC
CES Corporation
Charter Communications, Inc. (dba Spectrum)
Cherokee County Tax Collector
City of Calvert City
Collier Electrical Service Inc.
ComputerShare Inc.
Condair Inc
Dakota Carrier Network
Data Sales Co Inc.
Delaware Secretary of State
DJNR Interactive LLC
DK Construction Company
Draffen Mart Inc.
EPB of Chattanooga
Equinix Inc.
Equipment Depot of Kentucky Inc.
Frontier Communications America Inc.
Gensler
Globalization Partners LLC

GreatAmerica Financial Services
Grubhub Holdings Inc.
Hannan Supply Company Inc.
Herc Rentals
IEWC Global Solutions
Interstate Welding and Steel Supply
J W Didado Electric LLC
Jackson Purchase Energy Corporation
Jacob John Novak
Kelly Services Inc
Lattice
Lib Fin LLC
Lisa Ragan Customs Brokerage
Manpower
Marble Community Water System
Marnoy Interests Ltd.
Marshall County Sheriff
MassMutual Asset Finance LLC
Moss Adams LLP
Mountain Top Ice
Onyx Contractors Operations, LP
Optilink
Proctor Management
Reed Wells Benson and Company
Regional Disposal and Metal LLC
Resound Networks LLC
Ricks Rental Equipment
Robert Half Talent Solutions
Securitas Security Services USA Inc.
Slalom LLC
Snelling
Stonebriar Finance Holdings LLC
Supreme Fiber LLC
Technology Finance Corporation
Temps Plus of Paducah Inc.
Tenaska Colocation Services LLC
Tennessee Valley Authority
Truckload Connections, LLC
US Customs and Border Patrol
Waste Path Services LLC
Water Works C&R, LLC
XC Container LLC
ZetaMinusOne LLC

**List of 5 Largest Secured Claims:**
(See Significant Vendors/Suppliers)

**Litigation Counterparties/Litigation Pending
        Lawsuits (includes threatened litigation):**
Benjamin Thomison & Alpha Asic

Harlin Dean
Jonathan Barrett, et al.
LV net, Mizrahi et al.
McCarthy Buildings Companies, Inc.
Mei Pang
Sphere 3d
Stayfirst Branding Agency

**Non-Debtor Affiliates and Subsidiaries:**
Core Scientific Partners GP, LLC (SMLLC)
Core Scientific Partners, LP
CSP Advisors, LLC (SMLLC)
CSP Liquid Opportunities Fund, LP
CSP Liquid Opportunities GP, LP
CSP Liquid Opportunities Master Fund, LP
CSP Liquid Opportunities Offshore Fund
    (Exempted Ltd)
Team LLC
XPDI Sponsor LLC

**Non-Debtors Professionals:**
Arnold & Porter Kaye Scholer LLP
    (Counsel for Prepetition Secured Lenders)
Duane Morris LLP
Ducera Partners
    (Proposed as Investment Banker for the
    Official Committee of Unsecured Creditors)
Moelis & Company LLC
Paul Hastings LLP
    (Counsel for Ad Hoc Group of Secured
    Convertible Noteholders)
Skadden, Arps, Slate, Meagher & Flom LLP
    (Proposed Counsel for Ad Hoc Group of
    Equity Security Holders)
Sidley Austin LLP
    (Counsel of NYDIG ABL LLC)
Troutman Pepper Hamilton Sanders LLP
    (Counsel for Dalton Utilities)
Willkie Farr & Gallagher LLP
    (Proposed Counsel for the Official
    Committee of Unsecured Creditors)

**Official Committee of Unsecured Creditor
    Members and Professionals:**
Willkie Farr & Gallagher LLP
Ducera Partners
Dalton Utilities
Sphere 3D Corp.
BRF Finance Co., LLC (a B. Riley affiliate)

**Other Parties in Interest:**
(See Other Parties in Interest (Notice of
    Appearance Parties, and any other person or
    group appointed)

**Notice of Appearance Parties/Interested
Parties:**
36th Street Capital Partners, LLC
Barings BDC, Inc. (as prepetition secured
    lenders)
Barings Capital Investment Corporation (as
    prepetition secured lenders)
Barings Private Credit Corp. (as prepetition
    secured lenders)
BlockFi, Inc.
CEC Energy Services LLC
City of Denton
Dalton Utilities
GEM Mining 1, LLC
GEM Mining 2, LLC
GEM Mining 2B, LLC
GEM Mining 3, LLC
GEM Mining 4, LLC
Harper Construction Company, Inc.
Huband-Mantor Construction, Inc.
Humphrey & Associates, Inc.
Marnoy Interests, Ltd. d/b/a Office Pavilion, or
    Office Pavilion
MP2 Energy Texas, LLC d/b/a Shell Energy
    Solutions
NYDIG ABL LLC (f/k/a Arctos Credit, LLC)
    ("NYDIG")
Prime Alliance Bank, Inc.
Priority Power Management, LLC
Sphere 3D Corp.
SRPF A QR Riversouth LLC
Tenaska Power Services Co.
Travis County (TX)
Trinity Capital Inc.
U.S. Bank National Association (as Prepetition
    Note Agent and Collateral Agent)
Willkie Farr & Gallagher LLP
    (Proposed Counsel for the Official
    Committee of Unsecured Creditors)
Wingspire Equipment Finance, LLC

**Ordinary Course Professionals:**
Akin Gump Strauss Hauer & Feld LLP
Alston & Bird LLP
Andersen Tax LLC

Bitmain Technology Inc.
Blue Ridge Law & Policy, P.C.
Campbells Regulatory Services Limited
CO Services Cayman Limited
Cooley LLP
CrossCountry Consulting LLC
CSS Partners, LLC
Cypress Advocacy, LLC dba Mindset
Deloitte & Touche LLP
Deloitte Tax LLP
Deloitte Transactions and Business Analytics
    LLP
Ernst & Young LLP
Ernst & Young Product Sales LLC
Ernst and Young US LLP
Evercore Group LLC
Faegre Drinker Biddle and Reath LLP
Fishman Stewart PLLC
Frost, Brown Todd LLC
Gartner Inc.
Gasthalter and Co LP
Greenberg Traurig, LLP
Holland and Hart LLP
Ironclad, Inc.
Jackson Walker LLP
Kirkland and Ellis LLP
KPMG LLP
Marcum LLP
McDermott Will & Emery LLP
Mintz Group LLC
Morgan, Lewis & Bockius LLP
Moss Adams LLP
Murphy & Grantland, P.A.
NASDAQ Corporate Solutions, LLC
NAVEX Global, Inc.
Netgain Solutions, Inc.
Oracle America, Inc.
PricewaterhouseCoopers LLP
Prickett Jones and Elliott PA
Quinn Emanuel Urquhart & Sullivan, LLP
Registered Agent Solutions, Inc.
Resources Global Professionals
Richards Layton and Finger PA
Riverbend Consulting LLC
Rowlett Hill Collins LLP
Ryan & Associates
Ryan LLC
Sidley Austin LLP
Sitrick and Company
Snell & Wilmer

Sternhell Group
Williams & Connolly LLP
Workday, Inc.
Workiva Inc.
Frost, Brown Todd LLC

**Proposed Ad Hoc Group of Equity Security**
    **Holders and Professionals:**
Skadden, Arps, Slate, Meagher & Flom LLP
Custodian CSPB
Douglas Abrams
Eddie Griffin
Jay Deutsch
Lukasz Gottwald
Mark Beaven
The Rudolph Family Trust
Todd Deutsch
Two Trees Capital Limited BVI

**Other Secured Parties (Letters of Credit/**
    **Issuers of Letters of Credit):**
N/A

**Partnerships (if debtors is a partnership, its**
**general and limited partners):**
N/A

**Regulatory and Government:**
(See Taxing Authorities)
Environmental Protection Agency
Internal Revenue Service ("IRS")
Occupational Safety and Health Administration
Securities and Exchange Commission ("SEC")
U.S. Customs and Border Protection
**Secured Creditors:**
ABLe Communications, Inc.
ComNet Communications, LLC
Consolidated Electrical Distributors, Inc. dba
    Sun Valley Electric Supply
Coonrod Electric Co, LLC
Elliot Electric Supply, Inc.
Harper Construction
Housley Communications, Inc.
Huband Mantor Construction Inc.
Humprey & Associates, Inc.
LML Services dba FlowTx
McElroy Metal Mill, Inc. dba McElroy Metal
MK-Marlow Company, LLC
Morsco Supply LLC dba Morrison Supply
    Company

Network Cabling Services, Inc.
Priority Power
Summit Electric Supply
Sure Steel - Texas, LP
T&D Moravits & Co.
Texas AirSystems, LLC
Wesley-Thompson Hardware, Inc.

**Significant Competitors:**
Argo Blockchain PLC
Bitfarms Technologies Ltd.
    (fka Blockchain Mining Ltd.)
Cipher Mining Inc.
CleanSpark, Inc.
Greenidge Generation Holdings Inc.
Hive Blockchain Technologies Inc.
Hut 8 Mining Corp.
Iris Energy Ltd.
Marathon Digital Holdings, Inc.
Mawson Infrastructure Group Inc.
Riot Blockchain, Inc.

**Significant Customers and Contract
Counterparties:**
1277963 B.C. Ltd dba Bitfield
ADQ Financial Services LLC
Agricultural Scientific LLC
Aidant.ai
AJT Trading, LLC
Alloy Ventures Management LLC
Argo Innovation Labs Inc.
AsicXchange Team Inc.
Atlas Technology Group LLC
Bay Colony Law Center, LLC
Bay Online Media
Benjamin Rees
BEP 888, LLC
BEP 999, LLC
Bitdeer, Inc.
Bit Digital USA, Inc.
Bitmain Development Inc.
Bitmain Technologies Georgia Limited
Bitmaintech PTE LTD
Bizmatica Polska JSC
Block One Technology
Blockcap Inc.
Blockchain United Mining Services
Blockfusion Technologies
Blue Hills Co, LLC
Blue Torch Capital LP

Brent Jason Deboer
Burdy Technology Limited
BW Holdings, LLC
CAC Global LLC
CCP Credit Acquisition Holdings, L.L.C.
Celsius Mining LLC
Charles Aram
Chris Chiovitti Holdings Inc.
Clearly Leasing, LLC
Colin Jacobs
Colin Smith
Compass Mining, Inc.
Crypto Garden, Inc.
Cumulus Coin LLC
DCG Foundry LLC
Digifarm Technologies Limited
Dreams and Digital, LLC
DUS Management Inc.
Etcembly Ltd
EverData, LLC
EZ BlockChain LLC
Flourishing Field Limited
Gateway Korea Inc.
GEM Mining
Gilley Enterprises
Global Star Holding Co.
Goodrose 5009, Inc.
Gopher, LLC
GPU.ONE
Greg Pipho
Gryphon Digital Mining, Inc.
Hanwha Energy USA Holdings Corporation
Henry Ho
Hewlett Packard Enterprise Company
Hockomock Mining Company
Horizon Kinetics
Icons8
Isoplex Inc.
Israel Garcia
Jacob McDaniel
JAM Mining Corp.
JMB Capital Partners Lending, LLC
Kaboomracks, Inc.
Kalon Investments, LLC
Kristy-Leigh Minehan
Lake Parime USA Inc.
Leon Hadgis
LivePerson, Inc.
Lonestar Ole Git LLC
Luxor Technology Corp

Mark Bordcosh
Mineority Group
Mineority Group LLC
Mississippi Home Development
N9+, LLC
New Green Network LLC
NextEra Energy Capital Holdings
NFN8 Media, LLC
Nissan North America, Inc.
Nomura Corporate Funding Americas, LLC
North Georgia Data LLC
NVIDIA Corporation
Pete Abdo
Polyphase Capital, LLC
Poolin Technology Pte. Ltd.
Pure Storage, Inc.
Quandefi Opportunities LLC
Quantum Digital Network Assets, LLC
Richard Norman
Rio Verde Holdings Ltd
River Financial Inc.
RJW Digital Solutions
RME Black 100, LLC
RME Black 200, LLC
RME Black 88, LLC
Rodrigo Perusquia
RPM Balance, Inc.
Rudy Worrell
Savage.io
Seagen Inc.
Sensika Technologies OOD
Serge Marin
Socrates Roxas
Spring Mud LLC
Summit Crypto Mining Limited
Supplybit, LLC
Tansley Equipment Limited
Techshop Computers Ltd.
Teslawatt
The Allen Institute for Artificial Intelligence
Timeless Digital Corp.
T-Mobile USA, Inc.
Tomek Group, LLC
Tony Grijalva
TYMIF Coin Ventures, LLC
Union Jack, LLC
UnitX
US Digital Mining and Hosting Co., LLC
Vaerus Mining SPV2 LLC
VCV Power Mining Alpha LLC

William McCarter
* *Certain Other Contract Counterparties of a
    Confidential Nature*
**Significant Shareholders (more than 5% of
equity):**
Darin Feinstein
Michael J. Levitt
MPM Life LLC

**Significant Vendors/Suppliers:**
1872 Consulting LLC
2012Exxact Corporation
5Fastenation Inc.
5STAR5 INC
Abu Dhabi Ports Company PJSC – KIZAD
Accent Awnings Inc.
Adaptive Insights LLC
Advanced Business Equipment
Agility Logistics Corp
Agora NW LLC
AIM Summit FZE
Aircraft Services Group Inc.
Airflow Sciences Corporation
Alation, Inc.
Albacross Nordic AB
Alfa Internationals Logistics Inc.
Aliexpress
Alliance Funding Group
Allied Steel Buildings Inc.
Allstream
Alpha Miner LLC
Alpha Vertical Inc.
Alston and Bird LLP
Alteryx Inc.
American Registry for Internet Numbers Ltd
Americord
Ameri-Dedicated Inc.
Andrew Ferraro
Angel Bejarano Borrega
Aon Consulting Inc.
AON Risk Insurance Services West Inc.
Applied Scale Technology
ARIBA INC
Armstrong Moving Solutions San Antonio LLC
Arrow Exterminators
Arrowfish Consulting
Atlantic Trailer Leasing & Sales, LLC
Atlas Mining
Atrio Inc.
AvTech Capital LLC

Bandy Transport Company
Barnhart Crane and Rigging Co
Beacon Building Products
Bearcom
Belyea Company Inc.
Benton Electric Supply Inc.
Bernard Klopfer
Better IT Solutions LLC
Big Ass Fans
Bigbee Steel Buildings Inc.
Bigeye, Inc.
Bitmain Development Inc.
Bitmain Technologies Limited
Bitwave
Black Box Network Services Inc.
Blackline Safety Corp
Blackpearl Management and Human Resource
    Consulting LLC
Blakes Cassels and Graydon LLP
Blockchain Association
Blue Cross Blue Shield of Texas
Bring Light and Sound LLC
Broadridge ICS
BTC Media
Building Image Group, Inc.
Built In Inc.
Bureau Van Dijk Electronic Publishing Inc.
Business Wire Inc.
BWS Acoustics
Calloway County Board of Education
Calvert Cafe LLC
Calvert City Municipal Water and Sewer
Canaan Convey Co Ltd
Capital City Public Affairs LLC
Capxon Electronics Shenzhen Co Ltd
Carolina Utility Customers Association
Carpet Capital Fire Protection Inc.
Carpet Capital Multi-System Inc.
CCR Corp
CDW Direct
CDW Middle East FZ LLC
CenturyLink
Cesar Gomez Martin
CFS Containers
Chamber of Digital Commerce
Chapeau!
Cherokee County Health Department
Cherokee Well Drilling
Chroma System Solutions, Inc.
Chubb

Ciemat
CIOReview
Circular Technologies Inc.
Cision US Inc.
Citadel Securities Corp Solutions
City Electric Supply
City of Bellevue - Tax Division
Cleerline Technology Group LLC
Cloudflare Inc.
CNA Insurance
Cohen and Company LTD
Coin Center Inc.
Coinbase Inc.
Coindesk Inc.
Colo Properties Atlanta LLC
Color Scapes Landscaping, Inc.
Commercial Acoustics
Common Desk Austin LLC
Compensation Advisory Partners, LLC
Comware
ConGlobal Industries LLC
Consero Global Solutions LLC
Consilio LLC
Constellation New Energy, Inc.
Container Monster LLC
Convergint Technologies LLC
CoreWeave Inc.
Covert Chrysler Dodge Jeep Ram
Crescendo Collective LLC
Crestline Solutions LLC
Critical Components Inc.
Crystal Caverns Spring Water LLC
Cunningham Golf and Utility Vehicles
Cusip Global Services
D16 LLC
Dakota Fire Protection Inc.
Dalton Fence Company
Dalton Service Inc.
Databricks, Inc.
Datasite LLC
David Herrington
Davis Wright Tremaine LLP
Denton Chamber of Commerce Inc.
Dentons Canada LLP
DHL Express (USA) Inc.
DigiCert Inc.
Digi-key
Digital Asset Services Ltd
Digital London Ltd
Digital Mountain Inc.

11

Dillon Eldridge
Distributed Ledger Inc.
Dockery Auto Parts
Dockzilla Co
Docusign Inc.
Dongguan Fa Site Electronic Technology Co
    Ltd
Donnelley Financial Solutions
DSV Air and Sea Inc.
Eagle Promotions
Eaton Corporation
eCapital Advisors LLC
Elasticsearch Inc.
Electra Link Inc.
Electric Power Engineers Inc.
Electrical Com
Elite Electric Company LLC
Employer Solutions Resources LLC
Engineered Fluids, Inc.
EPIC ASIC Asia Limited
Equisolve Inc
ERI Economic Research Institute Inc.
Ernest Industries Inc.
Esteban LaSalle
EvoTek
Farm & Ranch Construction, LLC
Farming with Stephanie LLC
Fastenal Company
Federico Bohn
FedEx
Felker Construction Company Inc.
Fernando Manuel Sierra Pajuelo
Fidelity Investments Institutional Operations
    Company LLC
Financial Accounting Standards
    Board/Governmental Accounting Standards
    Board
FINRA
Fireblocks Inc.
First Insurance Funding
First National Capital LLC
First-Line Fire Extinguisher Company
Flexential Colorado Corp
FlowTx
ForensisGroup Inc.
Forks Landscaping LLC
Forum Communications Company
Foshan Dilue Supply Chain Mgmt. Co Ltd
Franchise Tax Board
Free Transportation LLC

FreightEx Logistics LLC
Frontline Shredding Inc.
Frost Brown Todd Attorneys LLC
FS.Com Inc.
FXSA
G.I. Joe Landscaping, LLC
Gagnon & Miceli Freight Inc.
Genesis Custody Limited
Gibson and Associates Inc.
Gilmore Kramer Co
GitHub Inc.
Glaze Supply Company Inc.
Goldstein and Lee PC
GoodHire
Goodway Group Inc.
Google LLC
Grand Forks Utility Billing
Great Sports Inc.
Greatland Corporation
Green Business Certification, Inc.
Greenhouse Software Inc.
GreensLedge Capital Markets LLC
Greyline Partners LLC
Griffin C Simerly
Guardian Life
Gustavo Melo Belfort
Hamin Kang
Hannig Row Partnership
Harper Construction Company, Inc.
Heapy
Hill and Wilkinson Construction Group Ltd
HM Tech LLC
Holland LLC
Holloway Updike and Bellen Inc.
HubSpot Inc.
Hudson Incentives Inc.
Hughes Electric Paint & Supplies
Human Rights Foundation
Hurricane Electric LLC
Hutchins Pallet Service, Inc.
Hutchison and Steffen PLLC
ICE Systems, Inc.
ICI Mechanical LLC
ICS Inc.
IDC Research Inc.
INE
Integrated Networking Technologies LLC
Integrity Door Solutions LLC
Intralinks, Inc.
Ironclad Inc.

Jackie L Bryan
Javier Lazaro Jareno
JBM Office Solutions
JCL Energy LLC
Joaquin Pablo Gonzalez
Jobot
John Furner
Jonathan Barrett 2012 Irrevocable Trust dated
    May 31 2012
Juan Jose Galan Lopez
K and E Lawn Service LLC
Katz Marshall and Banks LLP
Keith Larry Watkins
Kenco Material Handling Solutions LLC
Kentucky Cabinet for Economic Development
Kesco Air Inc.
Kilpatrick Townsend and Stockton LLP
King Ford
Kings Road RV Park LLC
Know Agency
KnowBe4 Inc.
Labor Finders
Lake Effect Traffic LLC
Lancaster Safety Consulting, Inc.
Landstar Ranger Inc.
Lane Powell PC
LANshack Com
Larry Ledford
Lenz LLC
Level 3 Communications LLC
LHC Capital Partners Inc.
LHH Recruitment Solutions
LinkedIn Corporation
LiveView Technologies Inc.
Lockton Insurance Brokers LLC
Logistica CryptoMining Repair LLC
LRN Corporation
Lukka Inc.
M & S Patterson, Inc.
Manley Four Little Pigs Inc.
Manning Land LLC
Marco Technologies LLC
Marshall County Battery and Golf Carts Inc.
Marshall County Tax Administrator
McMaster-Carr
MDSI Inc.
Mediant Communications Inc.
Megaport USA Inc.
Meridian Equipment Finance LLC
Michael Cruz

Microsoft Azure
Mike Darling Films
Miller Griffin and Marks PSC
Mindset
Mission Critical Facilities International, Inc.
MJDII Architects Inc.
MNP LLP
Mobile Modular Portable Storage
Monnit Corporation
Monoprice Inc.
M-RETS
MSC Industrial Supply Co.
Murphy and Grantland PA
Murtco Inc.
Muskogee City-County Port Authority
Mustache Creative Studio
Nancy C Sayers
Nanning Dinggao Tech Limited
National Association of Corp Directors
Neeraj Agrawal
Next Level Valet LLC
NextLevel
nference, Inc.
Nicolas Carter
Office of State Tax Commissioner
Oklahoma Gas and Electric Company
Oklahoma Tax Commission
Okta Inc.
Old Dominion Freight Line Inc.
Old Republic National Title Ins. Co
Omeir Cargo LLC
Oncor Electric Delivery Company LLC
Onestopmining Technologies Limited
Onin Staffing, LLC
OnlineComponents.com
Oracle Capital LLC
Orange Computers
ORGDEV Limited
Overhead Door Company of Clayton/Overhead
    Door Company of Tri State
Parker Lynch
Paulo Roberto Pereira de Souza Filho
Pax ADR LLC
Paycom Payroll LLC
PeopleReady Inc.
Pepsi MidAmerica
Petter Business Systems
Pioneer Abstract and Title Co of Muskogee Inc.
Plant Tours Communications Company
Platinum Platypus Inc.

Premier Fire and Security Inc.
Prime Mowing and Property Management LLC
Pure Water Technology of the Tri State Area
    LLC
Pye-Barker Fire and Safety LLC
Q4 Inc.
Quality Water Financial LLC
Quik Print of Austin Inc.
Rack and Shelving Consultants
Radiant PPC LLC
Raymond Pope
RBI USA Customs Services LLC
RC Ventures Inc.
Recycling Equipment Corporation
Red Moon 88 LLC
Reffett Associates
Regents Capital Corporation
Reliance Telephone Systems
Rezvani Mining LLC
Robson Forensic Inc.
Rockwell Automation Inc.
Roman Krasiuk
Ruric Inc.
SafetySkills LLC
SAGE Capital Investments, LLC
Salary.com LLC
Salesforce.com, Inc.
Say Technologies LLC
Scott Malewig
Sebastian Javier Marconi
Sharp Business Systems
Sharpertek
Shermco Industries, Inc.
Silver Fox Productions Inc.
Silverpeak Special Situations Lending LP
Slack Technologies LLC
Smartsheet Inc.
Smoky Mountain BBQ Company LLC
Solomon Corporation
Southeastern System Services Inc.
Southern Cargo LLC
Spectrum Business
SpectrumVoIP Inc.
Spotless Cleaning
Stafftax Financial LLC
Standby Service Solutions LLC
State of Tennessee Department of Revenue
Stone Tower Air LLC
Summit Energy Services Inc.
Summit Funding Group Inc.

Sunny Shah
Sunnyside Consulting and Holdings Inc.
SunValley Electric Supply
SuperAcme Technology Hong Kong LTD
Susan Oh Communications
Synopsys Inc
Synovus Bank
Tag Resources LLC
Tangent Energy Solutions Inc.
Tango Lima, LP
Tax Executives Institute Inc.
TDIndustries Inc.
Teague Nall and Perkins Inc.
Technijian Inc.
Technology Navigators LLC
TechSource Global LLC
Telecom Site Solutions LLC
Telfi LLC
Telles Global Consulting Inc.
Temps Plus Inc.
Tenaska Power Services Co
Tenet Solutions
Tennessee Valley Industrial Committee
Texas Blockchain Council
Texas Workforce Commission
The Coindad LLC
The Crown Restaurant
The MacLellan
The Specialty Company - TSC
The Treadstone Group Inc.
Thomson Reuters Tax and Accounting
    checkpoint
Thycotic Software LLC
Time Warner Cable
Top Imprint Limited
Tor Naerheim Brand Design LLC
Total Quality Logistics LLC
Tower Direct
Trace3 LLC
TRACS Manufacturing LLC
Tractor and Palm Inc.
Travis Asphalt
Triangle Enterprises, Inc.
Trilogy LLC
TriNet COBRA
Trinity Risk Solutions LLC
True North Data Solutions US Inc.
TXU Energy Retail Company LLC
TY Properties
U line

14

United Capital Partners
United Rentals North America Inc
United Rentals North America Inc.
University of California, San Diego
UPS Supply Chain Solutions Inc.
Upstate Containers LLC
Validus Power Corp
Vandco Equipment
VCheck Global LLC
Veriedge LLC
Veritext LLC
Vesco Toyota Lift
VMS Security Cloud Inc.
Volt Management Corp
Wachsman PR LLC
Waste Disposal Solutions Inc.
Waterlogic Americas LLC
Wells and West Inc.
WEX Health Inc.
Whitfield Electric Motor Sales & Service, Inc.
Whitney J Beauxis
Widseth Smith Nolting and Associates, Inc.
Williams Farm LLC
Williams Marston LLC
Wilson Built Fab Shop
Workplace Solutions Inc.
Young MFG Inc.
Zendesk Inc.
Zeus Mining Co Ltd
Zimney Foster PC
Ziply Fiber
Zoom Video Communications Inc.
ZoomInfo Technologies

**Taxing Authorities:**
Austin, TX Lease - existing office (Worksmith)
Austin, TX Lease - new office (Riversouth)
California Franchise Tax Board
Cedarvale, TX
Cherokee County Tax Collector (NC)
City of Calvert City (Calvert City, KY)
City of Denton, TX
Colorado Department of Revenue
Dalton-Whitfield Joint Development Authority;
    Carl Campbell, Executive Director
Eddie McGuire, Marshall County Sheriff
    (Benton, KY)
Georgia Department of Revenue
Internal Revenue Service

Jobe Ranch Family Limited Partnership, Lessor
    (11/15/2021)
Kentucky Department of Revenue
Kentucky State Treasurer
King County Assessor (Seattle, WA)
Marshall County (Kentucky) Department of
    Revenue
Minnkota Power Cooperative
ND Office of State Tax Commissioner
North Carolina Department of Revenue
North Dakota Department of Revenue
North Dakota Office of State Tax Commissioner
Oklahoma Department of Revenue
State of Delaware - Division of Corporations
Tennessee Department of Revenue
Tennessee Valley Authority - Economic
    Development - Thomas Buehler (Calvert
    City)
Texas Comptroller / Texas Comptroller - Sales
    & Use Tax
Travis County, TX (Austin, TX HQ)
US Customs and Border Protection
Ward County Assessor (TX)
Whitfield County Board of Assessors (Dalton,
    GA)

**U.S. Attorney's Office for Southern District
of Texas:**
Jennifer Lowery

**UCC Search Results/UCC Lien Search
Results:**
ACM ELF ST LLC
Anchorage Lending CA, LLC
Arctos Credit, LLC
Bank Financial
Barings BDC, Inc.
Barings Capital Investment Corporation
Barings Private Credit Corp.
BEAM Concrete Construction, Inc.
C T Corporation System, as Representative
Celsius Networks Lending LLC
CIT Bank, N.A.
CM TFS LLC
ComNet Communications, LLC
Consolidated Electrical Distributors, Inc. dba
    Sun Valley Electric Supply
Contech Construction
Contech, Inc.
Convergint Technologies LLC

Coonrod Electric Co, LLC
Corporation Service Company
Dell Financial Services L.L.C.
Elliot Electric Supply, Inc.
GARIC INC.
GARIC, INC.
Gaylor Electric, Inc. d/b/a Gaylor, Inc.
Graybar Electric Company Inc.
Graybar Electric Company, Inc.
Housley Communications, Inc.
Huband-Mantor Construction Inc.
Humphrey & Associates, Inc.
Humprey & Associates, Inc.
Imperial Fire Protection, LLC
Indigo Commercial Funding, LLC
LML Services dba FlowTx
Maddox Industrial Transformer LLC
MassMutual Asset Finance LLC
McCarthy Building Companies Inc.
McCarthy Building Companies, Inc.
McCorvey Sheet Metal Works, LP
McElroy Metal Mill, Inc. dba McElroy Metal
MK Marlow Company, LLC
Morsco Supply LLC dba Morrison Supply
    Company
Network Cabling Services, Inc.
North Mill Credit Trust
NYDIG ABL LLC
Power & Digital Infrastructure Corp.
Priority Power
Silverpeak Credit Partners LP, as Collateral
    Agent
Stonebriar Commercial Finance LLC
Stonebriar Finance Holdings LLC
Summit Electric Supply
Sure Steel - Texas, LP
T&D Moravits & Co.
TCF National Bank
Texas AirSystems, LLC
Toyota Industries Commercial Finance, Inc.
VFSOX, LLC
Way Mechanical
Wesley-Thompson Hardware, Inc.
XPDI Merger SUB, Inc.

**Unions:**
N/A

**United States Trustee and Staff for Southern
District of Texas:**

Alethea Caluza
Alicia Barcomb
Brian Henault
Christopher R. Travis
Christy Simmons
Clarissa Waxton
Glenn Otto
Gwen Smith
Ha Nguyen
Hector Duran
Ivette Gerhard
Jana Whitworth
Jayson B. Ruff
Kevin M. Epstein
Linda Motton
Luci Johnson-Davis
Millie Aponte Sall
Patricia Schmidt
S. Michele Cox
Stephen Statham
Steven Whitehurst
Valerie Goodwin
Yasmine Rivera

**Utility Providers/Utility Brokers:**
Alpha Waste
BalsamWest Fiber Net
Calvert City Hall (Kentucky)
Carolina Recycling
CenturyLink
Charter Communications, Inc. (dba Spectrum)
Cogent Communications
Countrywide Sanitation Co
Dakota Carrier Network
Dalton Utilities
Dellcom (Dell Telephone)
Denton Municipal Electric
Dialog Telecommunications
Digital Realty
Dobson Fiber
Duke Energy
Duke Energy Carolinas
Duke Energy Carolinas, LLC
Frontier Communications
GlobalGig
Internal/Resound Networks
Level 3 Communications LLC
Logix Fiber Networks

16

Lumen/CenturyLink
Marble Community
Murphy Electric Power Board
NODAK Electric Cooperative
Optilink
Regional Waste
Resound Networks
Shell Energy Solutions
Starlink
TanMar Rentals, LLC
Tennessee Valley Authority
Time Warner Cable
Windstream Communications
Xcel Energy, Inc.

## Schedule 2

**Former Clients / Current Clients**
US Bank National Association
Blue Cross Blue Shield Tx
Duke Energy
Equipment Depot
HERC Rentals
Bank of the West
De Lage Landen Financial Services
Surplus Lines Ins. Co.
Frontier Communications
Starlink
Synovus Bank
Bank of the West
Deloitte & Touche, LLP
Bank of America
Aetna Life Insurance
Guardian Industries
First Guardian Group
Aetna Life Insurance Co.
Bank of the West
Bank of America
Bank of America -FUBI
City National Bank
Cogent Communications
Texas Bank and Trust
TDinstries
Independent Bank
Kneeland Youngblood