## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.,* | § | Case No. 22-90341 (DRJ) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | |

## CERTIFICATE OF NO OBJECTION OF FINAL ORDER
## (I) AUTHORIZING DEBTORS TO PAY (A) CRITICAL VENDOR
## CLAIMS AND (B) LIEN CLAIMS; AND (II) GRANTING RELATED RELIEF

1.      On December 21,  2022, Core Scientific, Inc. and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay (A) Critical Vendor Claims and (B) Lien Claims; and (II) Granting Related Relief* (Docket No. 4) (the "**Motion**")[2] with the Bankruptcy Court for the Southern District of Texas (the "**Court**").

2.      On December 22, 2022, the Court entered the *Interim Order (I) Authorizing Debtors to Pay (A) Critical Vendor Claims, and (B) Lien Claims; and (II) Granting Related Relief.* (Docket No. 124) (the "**Interim Order**").

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198).  The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

3.     Objections to the final relief requested in the Motion were required to be filed on or prior to January 17, 2023 (the "**Objection Deadline**").

4.     A hearing on the Motion (the "**Hearing**") is scheduled to occur on January 23, 2023.

5.     Attached hereto as **Exhibit A** is a revised Proposed Final Order, incorporating informal comments received from the Committee and the Ad Hoc Group (each as defined in the Proposed Final Order) (the "**Revised Proposed Final Order**").

6.     A redline of the Revised Proposed Final Order against the original Proposed Order is attached hereto as **Exhibit B**.

7.     In accordance with paragraph 44 of the *Procedures for Complex Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) the Objection Deadline has passed, (ii) the undersigned counsel is unaware of any unresolved objection to the Motion, and (iii) the undersigned counsel has reviewed the Court's docket and no unresolved objection to the Motion appears thereon.

8.     Therefore, the Debtors respectfully request entry of the Revised Proposed Final Order.

Dated: January 22, 2023
      Houston, Texas

   */s/  Alfredo R. Pérez*

WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email: Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Moshe A. Fink (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Ray.Schrock@weil.com
       Ronit.Berkovich@weil.com
       Moshe.Fink@weil.com

*Proposed Attorneys for Debtors*
*and Debtors in Possession*

## **Certificate of Service**

I hereby certify that on January 22, 2023, a true and correct copy of the foregoing document was served as provided by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.


_/s/ Alfredo R. Pérez_____
Alfredo R. Pérez