IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
|  | § § | (Jointly Administered) |
| Debtors.[1] | § § § |  |

CERTIFICATE OF NO OBJECTION OF
FINAL ORDER (I) AUTHORIZING DEBTORS TO (A) CONTINUE
THEIR EXISTING CASH MANAGEMENT SYSTEM, (B) MAINTAIN
EXISTING BUSINESS FORMS AND INTERCOMPANY ARRANGEMENTS,
(C) CONTINUE INTERCOMPANY TRANSACTIONS, AND (D) CONTINUE
UTILIZING EMPLOYEE CREDIT CARDS AND (II) GRANTING RELATED RELIEF

1. On December 21, 2022, Core Scientific, Inc. and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue Their Existing Cash Management System, (B) Maintain Existing Business Forms and Intercompany Arrangements, (C) Continue Intercompany Transactions, and (D) Continue Utilizing Employee Credit Cards; and (II) Granting Related Relief.* (Docket No. 12) (the "**Motion**")[2] with the Bankruptcy Court for the Southern District of Texas (the "**Court**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2. On December 12, 2022, the Court entered the *Interim Order (I) Authorizing Debtors to (A) Continue Their Existing Cash Management System, (B) Maintain Existing Business Forms and Intercompany Arrangements, (C) Continue Intercompany Transactions, and (D) Continue Utilizing Employee Credit Cards; and (II) Granting Related Relief*. (Docket No. 115) (the "**Interim Order**").

3. Objections to the final relief requested in the Motion were required to be filed on or prior to January 17, 2023 (the "**Objection Deadline**").

4. A hearing on the Motion (the "**Hearing**") is scheduled to occur on January 23, 2023.

5. Attached hereto as **Exhibit A** is a revised Proposed Final Order, incorporating informal comments received from the Committee and the Ad Hoc Group (each as defined in the Proposed Final Order) (the "**Revised Proposed Final Order**").

6. A redline of the Revised Proposed Final Order against the original Proposed Final Order is attached hereto as **Exhibit B**.

7. In accordance with paragraph 44 of the *Procedures for Complex Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) the Objection Deadline has passed, (ii) the undersigned counsel is unaware of any unresolved objection to the Motion, and (iii) the undersigned counsel has reviewed the Court's docket and no unresolved objection to the Motion appears thereon.

8. Therefore, the Debtors respectfully request entry of the Revised Proposed Final Order.

Dated: January 22, 2023
       Houston, Texas

                                      */s/  Alfredo R. Pérez*
                                      WEIL, GOTSHAL & MANGES LLP
                                      Alfredo R. Pérez (15776275)
                                      700 Louisiana Street, Suite 1700
                                      Houston, Texas 77002
                                      Telephone:  (713) 546-5000
                                      Facsimile:  (713) 224-9511
                                      Email: Alfredo.Perez @weil.com

                                      -and-

                                      WEIL, GOTSHAL & MANGES LLP
                                      Ray C. Schrock (admitted *pro hac vice*)
                                      Ronit J. Berkovich (admitted *pro hac vice*)
                                      Moshe A. Fink (admitted *pro hac vice*)
                                      767 Fifth Avenue
                                      New York, New York 10153
                                      Telephone:  (212) 310-8000
                                      Facsimile:  (212) 310-8007
                                      Email:   Ray.Schrock@weil.com
                                                    Ronit.Berkovich@weil.com
                                                    Moshe.Fink@weil.com

                                      *Proposed Attorneys for Debtors*
                                      *and Debtors in Possession*

**Certificate of Service**

I hereby certify that on 22, 2023, a true and correct copy of the foregoing document was served as provided by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                               */s/ Alfredo R. Pérez*
                                               Alfredo R. Pérez