IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*, | § | Case No. 22-90341 (DRJ) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | |

### NOTICE OF AMENDED AGENDA OF MATTERS SET FOR HEARING ON JANUARY 23, 2023 AT 12:00 P.M. (CST)

The above-referenced debtors and debtors in possession (collectively, the "**Debtors**") hereby file their Amended Agenda of Matters Set for Hearing on January 23, 2023 at 12:00 p.m. (CST) before the Honorable David R. Jones. The hearing will be conducted in Courtroom 400, 4th floor, 515 Rusk Avenue, Houston, TX 77002. You may participate in the hearing by an audio and video connection. The audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510 and enter the conference code 205691. The video communication will be by use of the Gotomeeting Platform. Connect via the free Gotomeeting Application or click the link on Judge Jones's home page. The meeting code is "judgejones." Click the settings icon in the upper right corner and enter your name under the personal information setting.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

I.  **UNCONTESTED MATTERS:**

   1. **Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay (A) Critical Vendor Claims and (B) Lien Claims; and (II) Granting Related Relief (ECF No. 4)**

      Status:   This matter is going forward on an uncontested basis.

      Related Documents:

      A.  Interim Order (I) Authorizing Debtors to Pay (A) Critical Vendor Claims, and (B) Lien Claims; and (II) Granting Related Relief (ECF No. 124)

      B.  Debtor's Witness and Exhibit List for Hearing on January 23, 2023 (ECF No. 307)

      C.  United States Trustee's Witness and Exhibit List for January 23, 2023 Hearing (ECF No. 308)

      D.  Certificate of No Objection of Final Order (I) Authorizing Debtors to Pay (A) Critical Vendor Claims and (B) Lien Claims; and (II) Granting Related Relief (ECF No. 318)

   2. **Emergency Motion of Debtors for Entry of an Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections By Utility Companies; (III) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief (ECF No. 8)**

      Status:   This matter is going forward on an uncontested basis.

      Related Document:

      A.  Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief (ECF No. 119)

      B.  Debtor's Witness and Exhibit List for Hearing on January 23, 2023 (ECF No. 307)

      C.  United States Trustee's Witness and Exhibit List for January 23, 2023 Hearing (ECF No. 308)

      D.  Joint Stipulation and Agreed Order (I) Authorizing the Tennessee Valley Authority to Retain and Use the Cash Deposit Maintained Under the Power Contract and (II) Granting Related Relief (ECF No. 311)

    E.      Certificate of No Objection of Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief (ECF No. 319)

3. **Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue Their Existing Cash Management System, (B) Maintain Existing Business Forms and Intercompany Arrangements, (C) Continue Intercompany Transactions, and (D) Continue Utilizing Employee Credit Cards; and (II) Granting Related Relief (ECF No. 12)**

    Status:      This matter is going forward on an uncontested basis.

    Related Documents:

    A.      Notice of Filing of Revised Interim Order (I) Authorizing Debtors to (A) Continue Their Existing Cash Management System, (B) Maintain Existing Business Forms and Intercompany Arrangements, (C) Continue Intercompany Transactions, and (D) Continue Utilizing Employee Credit Cards; and (II) Granting Related Relief (ECF No. 55)

    B.      Interim Order (I) Authorizing Debtors to (A) Continue their Existing Cash Management System, (B) Maintain Existing Business Forms and Intercompany Arrangements, (C) Continue Intercompany Transactions, and (D) Continue Utilizing Employee Credit Cards: and (II) Granting Related Relief (ECF No. 115)

    C.      Debtor's Witness and Exhibit List for Hearing on January 23, 2023 (ECF No. 307)

    D.      United States Trustee's Witness and Exhibit List for January 23, 2023 Hearing (ECF No. 308)

    E.      Certificate of No Objection of Final Order (I) Authorizing Debtors to (A) Continue their Existing Cash Management System, (B) Maintain Existing Business Forms and Intercompany Arrangements, (C) Continue Intercompany Transactions, and (D) Continue Utilizing Employee Credit Cards: and (II) Granting Related Relief (ECF No. 320)

II. **ADJOURNED MATTER:**

4. **Emergency Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (D) Granting Adequate Protection to the Prepetition Secured Parties, (E) Modifying the Automatic**

**Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief (ECF No. 38)**

<u>Status</u>:   This matter has been adjourned to a hearing set for February 1, 2023 at 11:30 a.m. (CST).

<u>Responses</u>:

A. Reservation of Rights and Limited Objection to Emergency Motion of Debtors For Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Providing Claims With Superpriority Administrative Expense Status, (D) Granting Adequate Protection to the Prepetition Secured Parties, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief (ECF No. 104)

B. Reservation of Rights and Limited Objection of Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. to the Emergency Motion of Debtors for Entry of interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Providing Claims With Superpriority Administrative Expense Status, (D) Granting Adequate Protection to the Prepetition Secured Parties, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief (ECF No. 291)

C. Joinder of MassMutual Asset Finance LLC to the Reservation of Rights and Limited Objection of Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. (ECF No. 295)

D. Joinder of Trinity Capital Inc. to Reservation of Rights and Limited Objection of Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. to the Debtors' Emergency DIP Motion (ECF No. 296)

E. Joinder in Reservation of Rights and Limited Objection of Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. to the Emergency Motion of Debtors for Entry of interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Providing Claims With Superpriority Administrative Expense Status, (D) Granting Adequate Protection to the Prepetition Secured Parties, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief (ECF No. 297)

F. BlockFi Lending LLC's (I) Limited Objection to Emergency Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Providing Claims with Superpriority

        Administrative Expense Status, (C) Granting Adequate Protection to the Prepetition Secured Parties, (E) Modifying the Automatic Stay, (F) Limited Objection of Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. to the DIP Motion, and (III) Reservation of Rights (ECF No. 298)

G.     Joinder of Anchorage Lending CA, LLC to Barings Reservation of Rights and Limited Objection to Debtor-In-Possession Financing (ECF No. 300)

Related Documents:

A.     Notice of Filing of Draft DIP Loan Agreement (ECF No. 96)

B.     Notice of Filing of Initial Budget (ECF No. 97)

C.     Declaration of John Singh in Support of Emergency Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (D) Granting Adequate Protection to the Prepetition Secured Parties, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief (ECF No. 98)

D.     Notice of Filing of Revised Proposed DIP Order (ECF No. 108)

E.     Notice of Filing of Second Revised Proposed DIP Order (ECF No. 128)

F.     Interim Order (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (D) Granting Adequate Protection to the Prepetition Secured Parties, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief (ECF No. 130)

G.     Notice of Corrections to DIP Credit Agreement (ECF No. 188)

H.     Notice of Amended Dates and Deadlines with Respect to the DIP Loan Agreement (ECF No. 299)

I.     Updated Notice of Amended Dates and Deadlines with Respect to the DIP Loan Agreement (ECF No. 306)

J.     Debtor's Witness and Exhibit List for Hearing on January 23, 2023 (ECF No. 307)

K.     United States Trustee's Witness and Exhibit List for January 23, 2023 Hearing (ECF No. 308)

Dated: January 22, 2023
      Houston, Texas

Respectfully submitted,

*/s/  Alfredo R. Pérez*
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:   (713) 224-9511
Email:   Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Moshe A. Fink (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Email:   Ray.Schrock@weil.com
         Ronit.Berkovich@weil.com
         Moshe.Fink@weil.com

*Proposed Attorneys for Debtors
and Debtors in Possession*

**Certificate of Service**

I hereby certify that on January 22, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                      */s/ Alfredo R. Pérez*
                                                     Alfredo R. Pérez