United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 23, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT — SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

| | | | |
|---|---|---|---|
| Division | Houston | Main Case Number | 22-90341 |
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of __Oklahoma__:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | Gary M. McDonald<br>McDonald Law, PLLC<br>15 West 6th Street, Suite 2606<br>Tulsa, OK  74119<br>(918) 430-3701<br>Oklahoma Bar No. 5960 |
|---|---|

Seeks to appear as the attorney for this party:

**J.W. Didado Electric, LLC**

Dated: 01/11/2023          Signed: /s/ Gary M. McDonald

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:          Signed: _____
                                Deputy Clerk

Order   (Docket No. 275)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

Signed: January 23, 2023

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE