United States Bankruptcy Court
Southern District of Texas

**ENTERED**
January 23, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of _____Texas_____:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | Craig M. Crockett<br>The Crockett Firm<br>5201 Camp Bowie Blvd., Suite 200<br>Fort Worth, Texas 76107<br>817-886-0097<br>November 1994, State Bar of Texas #00790533 |
|---|---|

Seeks to appear as the attorney for this party:

| Texas Capitalization Resource Group, Inc. | |
|---|---|
| Dated: 01-13-2023 | Signed: /s/ Craig M. Crockett |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. | |
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

Order    (Docket No. 282)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

Signed: January 23, 2023

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE