United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 23, 2023
Nathan Ochsner, Clerk

| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, et al. | |

This lawyer, who is admitted to the State Bar of _____New York_____ :

| | |
|---|---|
| Name | James H. Burbage |
| Firm | Willkie Farr & Gallagher LLP |
| Street | 787 Seventh Avenue |
| City & Zip Code | New York, New York 10019 |
| Telephone | 212-728-8000 |
| Licensed: State & Number | New York / 5404124 |

Seeks to appear as the attorney for this party:

| Official Committee of Unsecured Creditors |
|---|
| Dated: January 10, 2023    Signed: /s/ James H. Burbage |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated: _____    Signed: _____
Deputy Clerk

Order    (Docket No. 269)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.
This lawyer is admitted *pro hac vice*.

**Signed: January 23, 2023**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**