United States Bankruptcy Court
Southern District of Texas

**ENTERED**
January 23, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | CORE SCIENTIFIC, INC., et al., | |

This lawyer, who is admitted to the State Bar of __Illinois and New York__:

| | |
|---|---|
| Name | Sarah Gryll |
| Firm | Arnold & Porter Kaye Scholer LLP |
| Street | 70 W. Madison St., Suite 4200 |
| City & Zip Code | Chicago, IL 60602-4231 |
| Telephone | (312) 583-2300 |
| Licensed: State & Number | IL Bar No.: 6323443; NY Bar No.: 5002126 |

Seeks to appear as the attorney for this party:

Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. (collectively, "Barings")

| Dated: 1/17/2023 | Signed: /s/ Sarah Gryll |
|---|---|

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____ |
|---|---|
| | Deputy Clerk |

Order   (Docket No. 292)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed:  January 23, 2023**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**