UNITED STATES BANKRUPTCY COURT      SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | CORE SCIENTIFIC, INC., et al., | |

This lawyer, who is admitted to the State Bar of **New York**:

| | |
|---|---|
| Name | Robert T. Franciscovich |
| Firm | Arnold & Porter Kaye Scholer LLP |
| Street | 250 West 55th Street |
| City & Zip Code | New York, New York 10019-9710 |
| Telephone | (212) 836-8000 |
| Licensed: State & Number | NY Bar No.: 5172671 |

Seeks to appear as the attorney for this party:

Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. (collectively, "Barings")

Dated: 1/17/2023      Signed: /s/ Robert T. Franciscovich

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:      Signed: _____
Deputy Clerk

Order (Docket No. 293)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed: January 23, 2023**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**