United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 23, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

AMENDED MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-bk-90341 |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc. et al. | |

This lawyer, who is admitted to the State Bar of __Florida__:

| | |
|---|---|
| Name | Shirley Palumbo, Esq. |
| Firm | NextEra Energy Resources |
| Street | 700 Universe Blvd. (JB)(LAW) |
| City & Zip Code | Juno Beach FL 33408 |
| Telephone | (5610 304-5523 |
| Licensed: State & Number | FL 0073520 |

Seeks to appear as the attorney for this party:

Pescadero Capital, LLC

Dated: _____   Signed: /s/Shirley Palumbo, Esq.

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated: _____   Signed: _____
Deputy Clerk

Order   (Docket No. 309)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed: January 23, 2023**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**