IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | Case No. 22-90341 (DRJ) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS**

**PLEASE TAKE NOTICE** that the undersigned hereby appear as counsel for McCarthy Building Companies Inc. ("McCarthy") in the above-captioned Chapter 11 case pursuant to Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request that copies of any and all notices given or required to be given in this case and all pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed, served, entered in and/or required to be served in this case be served upon the following:

Jennifer L. Kneeland
Marguerite Lee DeVoll
**WATT, TIEDER, HOFFAR & FITZGERALD, LLP**
1765 Greensboro Station Place, Suite 1000
McLean, Virginia 22102
Phone: (703) 749-1000
Fax: (703) 893-8029
Email: jkneeland@watttieder.com
Email: mdevoll@watttieder.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Title 11 of the United States Code (the "Bankruptcy Code"), the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

Local Rules, and/or the Bankruptcy Rules, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, and any plan or reorganization or disclosure statement, any letter, application, formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise field or delivered with the Clerk of the Court in connection with and with regard to the above-captioned bankruptcy case and proceedings related thereto.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not be deemed or construed to be a waiver of McCarthy's rights (a) to have final orders in non-core matters entered only after *de novo* review by a United States District Judge, (b) to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case, and (c) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or the waiver of any other rights, claims, actions, setoffs, or recoupments to which McCarthy is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly deemed reserved.

Dated: January 23, 2023         Respectfully submitted,

*/s/ Marguerite Lee DeVoll*
Jennifer L. Kneeland (admitted *pro hac vice*)
Marguerite Lee DeVoll (admitted *pro hac vice*)
**WATT, TIEDER, HOFFAR & FITZGERALD, LLP**
1765 Greensboro Station Place, Suite 1000
McLean, Virginia 22102
Telephone: (703) 749-1000
Facsimile: (703) 893-8029
Email: jkneeland@watttieder.com
Email: mdevoll@watttieder.com

*Counsel to McCarthy Building Companies Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 23, 2023, I caused a true and correct copy of the foregoing document to be served by electronic means through the Court's CM/ECF system to all parties authorized to receive electronic notice in this case.

                                                          */s/ Marguerite Lee DeVoll*
                                                          Marguerite Lee DeVoll