| | | |
|---|---|---|
| **STATE OF TEXAS** | § | |
| | § | **AFFIDAVIT FOR MECHANIC'S LIEN** |
| **COUNTY OF WARD** | § | |

BEFORE ME the undersigned authority, personally appeared Malcolm Scott Farrar, who upon his oath, deposed and stated the following:

1.     "My name is Malcolm Scott Farrar.  I am the Director of Operations of MK Marlow Company, LLC, hereinafter sometimes referred to "Claimant."  I am over 21 years of age, am competent and authorized to make this affidavit and have personal knowledge of the facts set forth below which are true and correct.     Claimant's  business  address  is  16116 College Oak, San Antonio, Texas 78249.

2.     Claimant, a subcontractor, furnished labor and materials for improvements to the real property described herein, pursuant to a contract by and between Claimant and Huband-Mantor Construction, Inc., whose last known address is 43000 IH 10 West, Boerne, Texas 78006.

3.     The labor, materials, and work furnished by Claimant are generally described as Metal Stud Framing, Hollow Metal Frames, Drywall, Drywall Trim, ACT Grid & Tile, Insulation including R-11, R19 and Rigid, Sealant, and Exterior Filter Insulation and further reflected in the invoices/payment requests attached herein as Exhibit "B".  The amount due and owing, and unpaid to Claimant for the labor and/or materials is $536,728.57, including $169,098.39 in retainage that is or will become due when the contract is completed or terminated.  This amount is true, correct and just, and all lawful offsets, payments, and credits known to Claimant have been provided. Claimant furnished the labor, materials and work in the months of July 2022.

4.      The real property and improvements sought to be charged with this lien by Claimant is described as follows:  3013 FM 516 NORTH, BARSTOW, TEXAS 79777 FM 2119, and as further referenced as 50.079 acres out of Section 229, Block 34, H&TC Survey, Ward County, Texas, being Tracts 1, 2, 3 as further shown in the attached Exhibit "A" (collectively "Property")

5.      The name of the owner or reputed owner of the Property is Core Scientific, Inc., whose last known address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704 and 2800 Northup Way, Suite 220, Bellevue, Washington, 98004.

6.      Notice of the claim was sent to the owner or reputed owner and general contractor on October 14, 2022, and November 11, 2022 via certified mail, return receipt requested.

7.      Claimant claims a lien and, if applicable, a constitutional lien upon all of the Property in the amount shown above pursuant to Chapter 53 of the Texas Property Code and the State of Texas Constitution.

8.      One copy of this Affidavit is being sent via certified mail, return receipt requested to the owner and the general contractor at their respective last known addresses."

FURTHER AFFIANT SAYETH NOT.

MK MARLOW COMPANY, LLC

By:_____,

Authorized Representative of Claimant

**STATE OF TEXAS**            §
                             §
**COUNTY OF BEXAR**          §

    SUBSCRIBED AND SWORN TO by the said _Malcolm Scott Farrar_, on this 11th day of November, 2022, who acknowledged to me that he is the authorized agent and representative of MK Marlow Company, LLC, and that he has signed this Affidavit for Mechanic's Lien in his stated capacity with full authority to do so and declared that the statements therein contained are true and correct.

    Given under my hand and seal of office this 11th day of November 2022.

APRIL M RICHARDS
Notary ID #130970840
My Commission Expires
January 20, 2025

_____
Notary Public, State of Texas
My Commission Expires: _01/20/2025_

**After Recording, Return To:**
ERIC L. SCOTT
SCOTT VISCUSO, PLLC
1105 N. BISHOP AVENUE
DALLAS, TEXAS 75208

**AFFIDAVIT FOR MECHANIC'S LIEN**                                                **PAGE 3**



PLAT OF SURVEY OF A 50.079 ACRE TRACT OF LAND

SITUATED IN
SECTION 229, BLOCK 34, H. & T.C. RY. CO. SURVEY, ABSTRACT NO. 292
WARD COUNTY, TEXAS

**PRELIMINARY**

Exhibit "B"

# SUBCONTRACTOR'S/SUPPLIER'S APPLICATION FOR PAYMENT

TO:   Huband-Mantor Construction, Inc.
      43000 IH-10 West
      Boerne, Texas  78006

| | |
|---|---|
| Application No. | 4 |
| Period From: | 07/01/2022 |
| Period To: | 07/31/2022 |
| Invoice #: | 5836 |

From:   MK Marlow Company, LLC

16116 College Oak Drive

San Antonio, TX 78249

*Pay Application due to HMC by*
*20th of each month*

Project: Core Scientific Cedarvale

Barstow, Texas

1. Original Contract Amount...........................................   8,171,795.00

2. Approved Change Orders.........................................   234,000.00

3. Revised Contract Amount.........................................   8,405,795.00

4. Total Complete to Date....................   3,381,967.65

5. Less ~~10%~~ 5 Retainage.........................   169,098.39

6. Total Earned to Date........................   3,212,869.26

7. Less previous Payment Applications.....   2,845,238.98

8. NET AMOUNT DUE THIS ESTIMATE..............................   367,630.28

9. BALANCE LEFT TO DRAW ........................................   5,192,925.74

**CERTIFICATE OF THE SUBCONTRACTOR:**

I Hereby certify that the work performed and the materials supplied to date, as shown on the above represent the actual value of accomplishment under the terms of the Contract (and all authorized changes thereto) between the undersigned and Huband-Mantor Construction, Inc. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received form the contractor, to (1) all my subcontractors (sub-contractors) and (2) for all materials and labor used in or in connection with the performance of this contract. I further certify I have complied with Federal, State and local tax laws, including Social Security laws and Unemployment laws and Workers Compensation laws as applicable to the performance of this contract.

SUBCONTRACTOR:   MK Marlow Company, LLC
BY:
TITLE:   CONTROLLER

# APPLICATION AND CERTIFICATE FOR PAYMENT

INVOICE    Page 1

To(OWNER):  HUBAND-MANTOR CONSTRUCTION
43000 IH-10 WEST
BOERNE, TX 78006

Project:  CORE SCIENTIFIC - CEDARVILLE
UNKNOWN
BARSTOW, TX 79719

Application No: 4
Invoice No: 5836
Period To: 7/31/2022

From:  MK MARLOW COMPANY LLC
16116 COLLEGE OAK DRIVE
SAN ANTONIO, TX 78249

Via(Architect):

Architect's
Project No: 22001
Invoice Date: 7/15/2022
Contract Date: 2/8/2022

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with
the Contract.  Continuation Sheet is attached.

| 1. ORIGINAL CONTRACT SUM | $ | 8,171,795.00 |
| 2. Net change by Change Orders..... | $ | 234,000.00 |
| 3. CONTRACT SUM TO DATE(Line 1 +/- 2)........... | $ | 8,405,795.00 |
| 4. TOTAL COMPLETED & STORED TO DATE............ | $ | 3,381,967.65 |
| 5. RETAINAGE.............. | $ | 169,098.39 |
| 6. TOTAL EARNED LESS RETAINAGE................ (Line 4 less Line 5) | $ | 3,212,869.26 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT...... (Line 6 from prior Certificate) | $ | 2,845,238.98 |
| **8. CURRENT PAYMENT DUE............** | **$** | **367,630.28** |
| 9. BALANCE TO FINISH, PLUS RETAINAGE............ (Line 3 less Line 6) | $ | 5,192,925.74 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Approved previous months | 234,000.00 | 0.00 |
| Approved this month | 0.00 | 0.00 |
| TOTALS | 234,000.00 | 0.00 |
| Net change by change orders | 234,000.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this
Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the
Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current
payment shown herein is now due.
CONTRACTOR: MK MARLOW COMPANY LLC

By: _____    Date: 7/8/2022

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the
Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as
indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the
AMOUNT CERTIFIED.

State of: TX                      County of: Bexar
Subscribed and sworn to before me this 18th day of July, 20 22
Notary Public: April M. Richards
My Commission expires: 1/20/2025

APRIL M RICHARDS
Notary ID #130970840
My Commission Expires
January 20, 2025

AMOUNT CERTIFIED.............................  $_____
(Attach explanation if amount certified differs from the amount applied for.)

ARCHITECT:

By _____    _____
                                              Date

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and
acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

CONTINUATION SHEET

Application Number: 4
Application Date: 7/15/2022
Period To: 7/31/2022
Architect's Project No: 22001

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREV. APPLICATION (D+E) | E THIS PERIOD | F MATERIALS PRESENTLY STORED (Not in D or E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % G/C | H BALANCE TO FINISH (C-G) | I RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Mobilization | 400,000.00 | 140,000.00 | 0.00 | 0.00 | 140,000.00 | 35 | 260,000.00 | 7,000.00 |
| 2 | Equipment | 200,000.00 | 20,000.00 | 0.00 | 0.00 | 20,000.00 | 10 | 180,000.00 | 1,000.00 |
| 3 | Tech Building: Interior Framing (Labor) | 30,054.79 | 30,054.79 | 0.00 | 0.00 | 30,054.79 | 100 | 0.00 | 1,502.74 |
| 4 | Tech Building: Interior Framing (Material) | 37,607.15 | 37,607.15 | 0.00 | 0.00 | 37,607.15 | 100 | 0.00 | 1,880.36 |
| 5 | Tech Building: Insulation (Labor) | 19,129.82 | 1,912.98 | 17,216.84 | 0.00 | 19,129.82 | 100 | 0.00 | 956.49 |
| 6 | Tech Building: Insulation (Materials) | 20,322.76 | 2,032.28 | 18,290.48 | 0.00 | 20,322.76 | 100 | 0.00 | 1,016.14 |
| 7 | Tech Building: Drywall (Labor) | 23,379.39 | 2,337.94 | 21,041.45 | 0.00 | 23,379.39 | 100 | 0.00 | 1,168.97 |
| 8 | Tech Building: Drywall (Material) | 19,691.06 | 1,969.11 | 17,721.95 | 0.00 | 19,691.06 | 100 | 0.00 | 984.55 |
| 9 | Tech Building: Acoustical Ceiling (Labor) | 20,605.32 | 0.00 | 20,605.32 | 0.00 | 20,605.32 | 100 | 0.00 | 1,030.27 |
| 10 | Tech Building: Acoustical Ceiling (Material) | 23,956.56 | 0.00 | 23,956.56 | 0.00 | 23,956.56 | 100 | 0.00 | 1,197.83 |
| 11 | Building A: Exterior Framing (Labor) | 250,741.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 250,741.61 | 0.00 |
| 12 | Building A: Exterior Framing (Material) | 922,442.47 | 500,000.00 | 0.00 | 0.00 | 500,000.00 | 54 | 422,442.47 | 25,000.00 |
| 13 | Building A: Rigid Insulation (Labor) | 158,046.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 158,046.75 | 0.00 |
| 14 | Building A: Rigid Insulation (Materials) | 144,178.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 144,178.80 | 0.00 |
| 15 | Building B: Exterior Framing (Labor) | 250,741.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 250,741.61 | 0.00 |
| 16 | Building B: Exterior Framing (Material) | 922,442.47 | 500,000.00 | 0.00 | 0.00 | 500,000.00 | 54 | 422,442.47 | 25,000.00 |
| 17 | Building B: Rigid Insulation (Labor) | 158,046.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 158,046.75 | 0.00 |
| 18 | Building B: Rigid Insulation (Materials) | 144,178.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 144,178.80 | 0.00 |
| 19 | Building C: Exterior Framing (Labor) | 250,741.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 250,741.61 | 0.00 |

CONTINUATION SHEET

Application Number: 4
Application Date: 7/15/2022
Period To: 7/31/2022
Architect's Project No: 22001

| A | B | C | D | E | F | G | H | | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (Not in D or E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | BALANCE TO FINISH (C-G) | % G/C | RETAINAGE |
| | | | FROM PREV. APPLICATION (D+E) | THIS PERIOD | | | | | |
| 20 | Building C: Exterior Framing (Material) | 922,442.47 | 500,000.00 | 0.00 | 0.00 | 500,000.00 | 422,442.47 | 54 | 25,000.00 |
| 21 | Building C: Rigid Insulation (Labor) | 158,046.75 | 0.00 | 0.00 | 0.00 | 0.00 | 158,046.75 | 0 | 0.00 |
| 22 | Building C: Rigid Insulation (Materials) | 144,178.80 | 0.00 | 0.00 | 0.00 | 0.00 | 144,178.80 | 0 | 0.00 |
| 23 | Building D: Exterior Framing (Labor) | 250,741.61 | 25,074.16 | 37,611.24 | 0.00 | 62,685.40 | 188,056.21 | 25 | 3,134.27 |
| 24 | Building D: Exterior Framing (Material) | 922,442.47 | 500,000.00 | 0.00 | 0.00 | 500,000.00 | 422,442.47 | 54 | 25,000.00 |
| 25 | Building D: Rigid Insulation (Labor) | 158,046.75 | 0.00 | 0.00 | 0.00 | 0.00 | 158,046.75 | 0 | 0.00 |
| 26 | Building D: Rigid Insulation (Materials) | 144,178.80 | 0.00 | 83,925.00 | 0.00 | 83,925.00 | 60,253.80 | 58 | 4,196.25 |
| 27 | Building E: Exterior Framing (Labor) | 250,741.61 | 0.00 | 62,685.40 | 0.00 | 62,685.40 | 188,056.21 | 25 | 3,134.27 |
| 28 | Building E: Exterior Framing (Material) | 922,442.47 | 500,000.00 | 0.00 | 0.00 | 500,000.00 | 422,442.47 | 54 | 25,000.00 |
| 29 | Building E: Rigid Insulation (Labor) | 158,046.75 | 0.00 | 0.00 | 0.00 | 0.00 | 158,046.75 | 0 | 0.00 |
| 30 | Building E: Rigid Insulation (Materials) | 144,178.80 | 0.00 | 83,925.00 | 0.00 | 83,925.00 | 60,253.80 | 58 | 4,196.25 |
| 31 | CO 001 - Ant Buildings | 234,000.00 | 234,000.00 | 0.00 | 0.00 | 234,000.00 | 0.00 | 100 | 11,700.00 |
| | Totals | 8,405,795.00 | 2,994,988.41 | 386,979.24 | 0.00 | 3,381,967.65 | 5,023,827.35 | 40 | 169,098.39 |

FILED FOR RECORD IN:
Ward County
On: 11/15/2022 10:55:42 AM
Doc Number: 2022 – 4351
Number of Pages: 9
Amount: 54.00
Order#:20221115000003
By:  BC

Denise Valles, County Clerk



**Reeves County**
**Dianne O. Florez**
**Reeves County Clerk**

\*VG-192-2022-2022007947\*

---

**Instrument Number:** 2022007947

Real Property Recordings

AFFIDAVIT

Recorded On: November 14, 2022 11:11 AM

Number of Pages: 15

---

**" Examined and Charged as Follows: "**

Total Recording: $78.00

---

**\*\*\*\*\*\*\*\*\*\*\* THIS PAGE IS PART OF THE INSTRUMENT \*\*\*\*\*\*\*\*\*\*\***
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

**File Information:**

Document Number: 2022007947
Receipt Number: 20221114000015
Recorded Date/Time: November 14, 2022 11:11 AM
User: Rebecca G
Station: CLERK07

**Record and Return To:**

MK MARLOW COMPANY LLC

16116 COLLEGE OAK

SAN ANTONIO TX 78249

---



**STATE OF TEXAS**
**Reeves County**
**I hereby certify that this Instrument was filed in the File Number sequence on the date/time**
**printed hereon, and was duly recorded in the Official Records of Reeves County, Texas**

Dianne O. Florez
Reeves County Clerk
Reeves County, TX

| STATE OF TEXAS | § | |
|---|---|---|
| | § | **AFFIDAVIT FOR MECHANIC'S LIEN** |
| **COUNTY OF REEVES** | § | |

BEFORE ME the undersigned authority, personally appeared Malcolm Scott Farrar, who upon his oath, deposed and stated the following:

1.      "My name is Malcolm Scott Farrar.  I am the Director of Operations of MK Marlow Company, LLC, hereinafter sometimes referred to "Claimant."  I am over 21 years of age, am competent and authorized to make this affidavit and have personal knowledge of the facts set forth below which are true and correct.   Claimant's   business   address   is   16116 College Oak, San Antonio, Texas 78249.

2.      Claimant, a subcontractor, furnished labor and materials for improvements to the real property described herein, pursuant to a contract by and between Claimant and Huband-Mantor Construction, Inc., whose last known address is 43000 IH 10 West, Boerne, Texas 78006.

3.      The labor, materials, and work furnished by Claimant are generally described as Metal Framing and Install of Exterior Filter Insulation and further reflected in the invoices/payment requests attached herein as Exhibit "B".  The amount due and owing, and unpaid to Claimant for the labor and/or materials is $83,744.45, including $24,157.65 in retainage that is or will become due upon completion or termination of the contract. This amount is true, correct and just, and all lawful offsets, payments, and credits known to Claimant have been provided. Claimant furnished the labor, materials and work in the month of July 2022.

4.      The real property and improvements sought to be charged with this lien by Claimant is described as follows:  1851 FM 2119, Pecos, Reeves County, Texas 79772, and as further referenced in the attached Exhibit "A" (collectively "Property")

---

**AFFIDAVIT FOR MECHANIC'S LIEN**                                                                 **PAGE 1**

5.     The name of the owner or reputed owner of the Property is JRC/RGG34 Trade Tracts, LTD., c/o Jefferson Realty Co., 600 Jefferson, Suite 330, Houston, Texas 77002 and Core Scientific, Inc. ("CSI"), whose last known address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704 and 2800 Northup Way, Suite 220, Bellevue, Washington, 98004. Claimant understands that some or all of the Property may be leased to CSI and Claimant claims a lien as to CSI's interest in the Property and some or all of the improvements located thereon.

6.     Notice of the claim was sent to the owner or reputed owner, general contractor, and CSI on October 14, 2022, and November 11, 2022 via certified mail, return receipt requested.

7.     Claimant claims a lien and, if applicable, a constitutional lien upon the Property in the amount shown above pursuant to Chapter 53 of the Texas Property Code and the State of Texas Constitution.

8.     One copy of this Affidavit is being sent via certified mail, return receipt requested to the owner, the general contractor and CSI, at their respective last known addresses."

FURTHER AFFIANT SAYETH NOT.

MK MARLOW COMPANY, LLC

By: _____.

Authorized Representative of Claimant


**STATE OF TEXAS**                    §
                                      §
**COUNTY OF BEXAR**                   §

     SUBSCRIBED AND SWORN TO by the said <u>Malcolm Scott Farrar</u>, on this 11th day of November, 2022, who acknowledged to me that he is the authorized agent and representative of MK Marlow Company, LLC, and that he has signed this Affidavit for Mechanic's Lien in his stated capacity with full authority to do so and declared that the statements therein contained are true and correct.

     Given under my hand and seal of office this 11th day of November 2022.



APRIL M RICHARDS
Notary ID #130970840
My Commission Expires
January 20, 2025

_____
Notary Public, State of Texas
My Commission Expires: 01/20/2025

**After Recording, Return To:**
ERIC L. SCOTT
SCOTT VISCUSO, PLLC
1105 N. BISHOP AVENUE
DALLAS, TEXAS 75208

---

**AFFIDAVIT FOR MECHANIC'S LIEN**                                        **PAGE 3**

# EXHIBIT "A"



REEVES COUNTY, TEXAS

# EXHIBIT
## REEVES COUNTY, TEXAS
### T. & P. RR. CO. SURVEY, SECTION 6, BLOCK 55, ABSTRACT 3149

PRIORITY POWER
COTTONWOOD
JOBE RANCH FAMILY LIMITED PARTNERSHIP

#### 50.00 ACRE SURFACE LEASE

Being a 50.00 acre surface lease located in the T. & P. RR. Co. Survey, Section 6, Block 55, Abstract 3149, Reeves County, Texas; being part of a tract of land described in Deed to Jobe Ranch Family Limited Partnership as recorded in Volume 937, Page 328 of the Official Public Records of Reeves County Texas; said surface lease being more particularly described as follows:

BEGINNING at a 3-inch iron pipe found for the Northwest corner of said Section 6;

THENCE S 88°21'43" E, a distance of 1,351.08 feet, to a 1/2-inch capped iron rod stamped "DATAPOINT 10194585" set for corner;

THENCE S 62°55'34" E, a distance of 783.60 feet, to a 1/2-inch capped iron rod stamped "DATAPOINT 10194585" set for corner;

THENCE S 01°38'17" W, a distance of 779.22 feet, to a 1/2-inch capped iron rod stamped "DATAPOINT 10194585" set for corner;

THENCE N 88°21'43" W, a distance of 2,058.72 feet, to a 1/2-inch capped iron rod stamped "DATAPOINT 10194585" set for corner, from which a 1/2-inch capped iron rod found for the Northeast corner of Public School Lands Survey, Section 48, Block 57, Abstract 5055 bears S 01°44'36" W a distance of 2,355.25 feet;

THENCE N 01°38'17" E, a distance of 1,115.78 feet, to the POINT OF BEGINNING, in all containing 2,178,000 square feet or 50.00 acres, more or less.

I, Matthew Tomerlin, Registered Professional Land Surveyor No. 6503 of the State of Texas, do hereby certify this plat shows the results of an on the ground survey made under my direction. Original signed and stamped in red ink.

_____ Date of Signature: October 4, 2021
MATTHEW TOMERLIN
REGISTERED PROFESSIONAL LAND SURVEYOR NO. 6503
FIRM REGISTRATION/LICENSE NO. 10194585
FOR DATAPOINT SURVEYING AND MAPPING
12450 NETWORK BLVD, SUITE 300
SAN ANTONIO, TX. 78249
(777) 726-4240 OFFICE
(777) 726-4241 FAX



PLAT OF SURVEY OF A 50.00 ACRE TRACT OF LAND



# REEVES COUNTY, TEXAS
## PUBLIC SCHOOL LANDS SURVEY, SECTION 37, BLOCK 57, ABSTRACT 5705

PRIORITY POWER
COTTONWOOD
HAWKINS INVESTMENTS, INC.

### PROPOSED 60 FEET WIDE
### ELECTRIC EASEMENT

Being a Centerline description of a proposed 60 foot-wide easement being located in the Public School Lands Survey, Section 37, Block 57, Abstract 5705, Reeves County, Texas; being part of a tract of land (Tract 12) described in Deed to Hawkins Investments, Inc. as recorded in Volume 562, Page 774 of the Deed Records of Reeves County Texas; said easement being described by a centerline which is bound by lines 30 feet each side and parallel to said centerline and being more particularly described as follows:

BEGINNING at a point in the West line of said Section 37, from which a 1/2-inch capped iron rod found for the Southwest corner of said Section 37, bears S 01°42'51" W, a distance of 4,846.37 feet;

THENCE S 59°21'38" E, a distance of 555.19 feet to a point;

THENCE S 62°55'34" E, a distance of 1,321.13 feet to the POINT OF TERMINATION, from which a 1/2-inch capped iron rod found for the Southeast corner of said Section 37, bears S 01°42'36" W, a distance of 4,014.26 feet, with said easement containing 112,520 square feet or 2.583 acres of land, more or less, said easement having a centerline length of 1,876.32 feet or 113.716 rods.

I, Matthew Tomerlin, Registered Professional Land Surveyor No. 6503 of the State of Texas, do hereby certify this plat shows the results of an on the ground survey made under my direction. Original signed and stamped in red ink.

_____  Date of Signature: April 29, 2022
MATTHEW TOMERLIN
REGISTERED PROFESSIONAL LAND SURVEYOR NO. 6503
FIRM REGISTRATION/LICENSE NO. 10194585
FOR DATAPOINT SURVEYING AND MAPPING
12450 NETWORK BLVD, SUITE 300
SAN ANTONIO, TX. 78249
(777) 726-4240 OFFICE
(777) 726-4241 FAX





## REEVES COUNTY, TEXAS
### PUBLIC SCHOOL LANDS SURVEY, SECTION 37, BLOCK 57, ABSTRACT 5705

COTTONWOOD
HAWKINS INVESTMENTS, INC.

**PROPOSED 60 FEET WIDE**
**ELECTRIC EASEMENT**

Being a Centerline description of a proposed 60 foot-wide easement being located in the Public School Lands Survey, Section 37, Block 57, Abstract 5705, Reeves County, Texas; being part of a tract of land (Tract 12) described in Deed to Hawkins Investments, Inc. as recorded in Volume 562, Page 774 of the Deed Records of Reeves County Texas; said easement being described by a centerline which is bound by lines 30 feet each side and parallel to said centerline and being more particularly described as follows:

BEGINNING at a point in the West line of said Section 37, from which a 1/2-inch capped iron rod found for the Southwest corner of said Section 37, bears S 01°42'51" W, a distance of 4,846.37 feet;

THENCE S 59°21'38" E, a distance of 523.90 feet to a point;

THENCE S 62°55'34" E, a distance of 1,351.44 feet to the POINT OF TERMINATION, from which a 1/2-inch capped iron rod found for the Southeast corner of said Section 37, bears S 01°42'36" W, a distance of 4,014.26 feet, with said easement containing 112,520 square feet or 2.583 acres of land, more or less, said easement having a centerline length of 1,875.34 feet or 113.657 rods.

I, Matthew Tomerlin, Registered Professional Land Surveyor No. 6503 of the State of Texas, do hereby certify this plat shows the results of an on the ground survey made under my direction.
Original signed and stamped in red ink.

_____Date of Signature: November 4, 2021
MATTHEW TOMERLIN
REGISTERED PROFESSIONAL LAND SURVEYOR NO. 6503
FIRM REGISTRATION/LICENSE NO. 10194585
FOR DATAPOINT SURVEYING AND MAPPING
12450 NETWORK BLVD, SUITE 300
SAN ANTONIO, TX. 78249
(777) 726-4240 OFFICE
(777) 726-4241 FAX





Exhibit "B"

## SUBCONTRACTOR'S/SUPPLIER'S APPLICATION FOR PAYMENT

TO:    Huband-Mantor Construction, Inc.
43000 IH-10 West
Boerne, Texas  78006

| | |
|---|---|
| Application No. | 3 |
| Period From: | 07/01/2022 |
| Period To: | 07/31/2022 |
| Invoice #: | 5837 |

From:   MK Marlow Company, LLC
16116 College Oak Drive
San Antonio, TX 78249

*Pay Application due to HMC by*
*20th of each month*

Project: Core Scientific Cottonwood #2
Pecos, Texas

1. Original Contract Amount.............................................. 697,900.00

2. Approved Change Orders............................................... 0 00

3. Revised Contract Amount.............................................. 697 900.0 0

4. Total Complete to Date.................... 483,153.00
     5

5. Less 10% Retainage........................... 24,157.65

6. Total Earned to Date........................ 458,995.35

7. Less previous Payment Applications..... 399,408.55

8. NET AMOUNT DUE THIS ESTIMATE............................. 59,586.80

9. BALANCE LEFT TO DRAW ......................................... 238,904.65

**CERTIFICATE OF THE SUBCONTRACTOR:**

I Hereby certify the work performed and the materials supplied to date, as shown on the above represent the actual value of accomplishment under the terms of the Contract (and all authorized changes thereto) between the undersigned and Huband-Mantor Construction, Inc. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received form the contractor, to (1) all my subcontractors (sub-contractors) and (2) for all materials and labor used in or in connection with the performance of this contract. I further certify I have complied with Federal, State and local tax laws, including Social Security laws and Unemployment laws and Workers Compensation laws as applicable to the performance of this contract.

SUBCONTRACTOR: MK Marlow Company, LLC
BY:
TITLE:    CEO

# APPLICATION AND CERTIFICATE FOR PAYMENT

INVOICE   Page 1

To(OWNER): HUBAND-MANTOR CONSTRUCTION
43000 IH-10 WEST
BOERNE, TX 78006

Project: COTTONWOOD-PECOS PROJECT #2
1851 FM 2119
PECOS, TX 79772

Application No: 3
Invoice No: 5837
Period To: 7/31/2022

From: MK MARLOW COMPANY LLC
16116 COLLEGE OAK DRIVE
SAN ANTONIO, TX 78249

Via(Architect): MJDII ARCHITECTS INC
16775 ADDISON RD
SUITE 310
ADDISON, TX 75001

Architect's
Project No: 22009
Invoice Date: 7/15/2022
Contract Date: 4/27/2022

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with
the Contract.  Continuation Sheet is attached.

| | |
|---|---:|
| 1. ORIGINAL CONTRACT SUM | $ 697,900.00 |
| 2. Net change by Change Orders | $ 0.00 |
| 3. CONTRACT SUM TO DATE(Line 1 +/- 2) | $ 697,900.00 |
| 4. TOTAL COMPLETED & STORED TO DATE | $ 483,153.00 |
| 5. RETAINAGE | $ 24,157.65 |
| 6. TOTAL EARNED LESS RETAINAGE | $ 458,995.35 |
|    (Line 4 less Line 5) | |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT | $ 399,408.55 |
|    (Line 6 from prior Certificate) | |
| 8. CURRENT PAYMENT DUE | $ 59,586.80 |
| 9. BALANCE TO FINISH, PLUS RETAINAGE | $ 238,904.65 |
|    (Line 3 less Line 6) | |

### CHANGE ORDER SUMMARY

| | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Approved previous months | 0.00 | 0.00 |
| Approved this month | 0.00 | 0.00 |
| TOTALS | 0.00 | 0.00 |
| Net change by change orders | 0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this
Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the
Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current
payment shown herein is now due.
CONTRACTOR: MK MARLOW COMPANY LLC

By: _____   Date: 07/15/2022

### ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the
Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as
indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the
AMOUNT CERTIFIED.

AMOUNT CERTIFIED..................................  $ _____
(Attach explanation if amount certified differs from the amount applied for.)

ARCHITECT: MJDII ARCHITECTS INC

By: _____   Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and
acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

State of: TX
County of: Bexar
Subscribed and sworn to before me this 15th day of July, 20 22
Notary Public: April M. Richards
My Commission expires: 1/20/2025

APRIL M RICHARDS
Notary ID #13097084O
My Commission Expires
January 20, 2025

CONTINUATION SHEET

Page 2

Application Number: 3
Application Date: 7/15/2022
Period To: 7/31/2022
Architect's Project No: 22009

| A | B | C | D | E | F | G | % | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (Not in D or E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | | | |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREV. APPLICATION (D+E) | THIS PERIOD | | | G/C | BALANCE TO FINISH (C-G) | RETAINAGE |
| 1 | MOBILIZATION | 65,000.00 | 65,000.00 | 0.00 | 0.00 | 65,000.00 | 100 | 0.00 | 3,250.00 |
| 2 | EQUIPMENT | 20,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 20,000.00 | 0.00 |
| 3 | TECH BUILDING: INTERIOR FRAMING LABOR | 30,054.79 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 30,054.79 | 0.00 |
| 4 | TECH BUILDING: INTERIOR FRAMING MATERIAL | 37,607.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 37,607.15 | 0.00 |
| 5 | TECH BUILDING: INSULATION LABOR | 19,129.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 19,129.82 | 0.00 |
| 6 | TECH BUILDING: INSULATION MATERIAL | 20,322.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 20,322.76 | 0.00 |
| 7 | TECH BUILDING: DRYWALL LABOR | 23,379.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 23,379.39 | 0.00 |
| 8 | TECH BUILDING: DRYWALL MATERIAL | 19,691.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 19,691.06 | 0.00 |
| 9 | TECH BUILDING: ACOUSTICAL CEILING LABOR | 20,605.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 20,605.47 | 0.00 |
| 10 | TECH BUILDING: ACOUSTICAL CEILING MATERIAL | 23,956.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 23,956.56 | 0.00 |
| 11 | ANT BUILDING: FRAMING LABOR | 160,520.00 | 136,442.00 | 24,078.00 | 0.00 | 160,520.00 | 100 | 0.00 | 8,026.00 |
| 12 | ANT BUILDING: FRAMING MATERIAL | 117,333.00 | 99,733.05 | 17,599.95 | 0.00 | 117,333.00 | 100 | 0.00 | 5,866.65 |
| 13 | ANT BUILDING: FILTER/SHEATHING LABOR | 140,300.00 | 119,255.00 | 21,045.00 | 0.00 | 140,300.00 | 100 | 0.00 | 7,015.00 |
| | Totals | 697,900.00 | 420,430.05 | 62,722.95 | 0.00 | 483,153.00 | 69 | 214,747.00 | 24,157.65 |



**Reeves County**
**Dianne O. Florez**
Reeves County Clerk

*VG-192-2022-2022007946*

---

**Instrument Number:**   2022007946

Real Property Recordings

AFFIDAVIT

Recorded On: November 14, 2022 11:11 AM                    Number of Pages: 20

---

**" Examined and Charged as Follows: "**

Total Recording: $98.00

---

**\*\*\*\*\*\*\*\*\*\*\* THIS PAGE IS PART OF THE INSTRUMENT \*\*\*\*\*\*\*\*\*\*\***
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

**File Information:**                                        **Record and Return To:**

Document Number:      2022007946                        MK MARLOW COMPANY LLC

Receipt Number:       20221114000015                   16116 COLLEGE OAK

Recorded Date/Time:   November 14, 2022 11:11 AM

User:                 Rebecca G                        SAN ANTONIO TX 78249

Station:              CLERK07

---

**STATE OF TEXAS**
**Reeves County**
**I hereby certify that this Instrument was filed in the File Number sequence on the date/time**
**printed hereon, and was duly recorded in the Official Records of Reeves County, Texas**

Dianne O. Florez
Reeves County Clerk
Reeves County, TX

| | |
|---|---|
| **STATE OF TEXAS** § | |
| § | **AFFIDAVIT FOR MECHANIC'S LIEN** |
| **COUNTY OF REEVES** § | |

BEFORE ME the undersigned authority, personally appeared Malcolm Scott Farrar, who upon his oath, deposed and stated the following:

1.      "My name is Malcolm Scott Farrar.  I am the Director of Operations of MK Marlow Company, LLC, hereinafter sometimes referred to "Claimant."  I am over 21 years of age, am competent and authorized to make this affidavit and have personal knowledge of the facts set forth below which are true and correct.    Claimant's   business   address   is   16116 College Oak, San Antonio, Texas 78249.

2.      Claimant, a subcontractor, furnished labor and materials for improvements to the real property described herein, pursuant to a contract by and between Claimant and Huband-Mantor Construction, Inc., whose last known address is 43000 IH 10 West, Boerne, Texas 78006.

3.      The labor, materials, and work furnished by Claimant are generally described as Metal Stud Framing, Hollow Metal Frames, Drywall, Drywall Trim, ACT Grid & Tile, Insulation including R-11, R19 and Rigid, Sealant, and Exterior Filter Insulation and further reflected in the invoices/payment requests attached herein as Exhibit "B".  The amount due and owing, and unpaid to Claimant for the labor and/or materials is $978,127.96, including $295,425.81 in retainage that is or will become due upon completion or termination of the contract.  This amount is true, correct and just, and all lawful offsets, payments, and credits known to Claimant have been provided. Claimant furnished the labor, materials and work in the months of July 2022 and August 2022.

4.      The real property and improvements sought to be charged with this lien by Claimant is described as follows:  1851 Fm 2119, Pecos, Reeves County, Texas 79772, and as further referenced in the attached Exhibit "A" (collectively "Property")

5.      The name of the owner or reputed owner of the Property is Jobe Ranch Family Limited Partnership, whose last known address is 315 Reeves County Road 223, Toyah, Texas 79785 and c/o Irene Epperson, 1150 Southview Drive, El Paso, Texas 799928 and Core Scientific, Inc. ("CSI"), whose last known address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704 and 2800 Northup Way, Suite 220, Bellevue, Washington, 98004. Claimant understands that some or all of the Property may be leased to CSI and Claimant claims a lien as to CSI's interest in the Property and some or all of the improvements located thereon.

6.      Notice of the claim was sent to the owner or reputed owner, general contractor, and CSI on October 14, 2022, and November 11, 2022 via certified mail, return receipt requested.

7.      Claimant claims a lien and, if applicable, a constitutional lien upon the Property in the amount shown above pursuant to Chapter 53 of the Texas Property Code and the State of Texas Constitution.

8.      One copy of this Affidavit is being sent via certified mail, return receipt requested to the owner, the general contractor and CSI, at their respective last known addresses."

FURTHER AFFIANT SAYETH NOT.

MK MARLOW COMPANY, LLC

By:_____.

Authorized Representative of Claimant

**STATE OF TEXAS**                 §
                                   §
**COUNTY OF BEXAR**                §

    SUBSCRIBED AND SWORN TO by the said _Malcolm Scott Farrar_, on this 11ᵗʰ day of November, 2022, who acknowledged to me that he is the authorized agent and representative of MK Marlow Company, LLC, and that he has signed this Affidavit for Mechanic's Lien in his stated capacity with full authority to do so and declared that the statements therein contained are true and correct.

    Given under my hand and seal of office this 11ᵗʰ day of November 2022.

APRIL M RICHARDS
Notary ID #130970840
My Commission Expires
January 20, 2025

Notary Public, State of Texas
My Commission Expires: _01/20/2025_

**After Recording, Return To:**
ERIC L. SCOTT
SCOTT VISCUSO, PLLC
1105 N. BISHOP AVENUE
DALLAS, TEXAS 75208

---

**AFFIDAVIT FOR MECHANIC'S LIEN**                                      **PAGE 3**

# EXHIBIT "A"



# EXHIBIT
## REEVES COUNTY, TEXAS
### T. & P. RR. CO. SURVEY, SECTION 6, BLOCK 55, ABSTRACT 3149

PRIORITY POWER
COTTONWOOD
JOBE RANCH FAMILY LIMITED PARTNERSHIP

#### 50.00 ACRE SURFACE LEASE

Being a 50.00 acre surface lease located in the T. & P. RR. Co. Survey, Section 6, Block 55, Abstract 3149, Reeves County, Texas; being part of a tract of land described in Deed to Jobe Ranch Family Limited Partnership as recorded in Volume 937, Page 328 of the Official Public Records of Reeves County Texas; said surface lease being more particularly described as follows:

BEGINNING at a 3-inch iron pipe found for the Northwest corner of said Section 6;

THENCE S 88°21'43" E, a distance of 1,351.08 feet, to a 1/2-inch capped iron rod stamped "DATAPOINT 10194585" set for corner;

THENCE S 62°55'34" E, a distance of 783.60 feet, to a 1/2-inch capped iron rod stamped "DATAPOINT 10194585" set for corner;

THENCE S 01°38'17" W, a distance of 779.22 feet, to a 1/2-inch capped iron rod stamped "DATAPOINT 10194585" set for corner;

THENCE N 88°21'43" W, a distance of 2,058.72 feet, to a 1/2-inch capped iron rod stamped "DATAPOINT 10194585" set for corner, from which a 1/2-inch capped iron rod found for the Northeast corner of Public School Lands Survey, Section 48, Block 57, Abstract 5055 bears S 01°44'36" W a distance of 2,355.25 feet;

THENCE N 01°38'17" E, a distance of 1,115.78 feet, to the POINT OF BEGINNING, in all containing 2,178,000 square feet or 50.00 acres, more or less.

I, Matthew Tomerlin, Registered Professional Land Surveyor No. 6503 of the State of Texas, do hereby certify this plat shows the results of an on the ground survey made under my direction.
Original signed and stamped in red ink.

_____ Date of Signature: October 4, 2021
MATTHEW TOMERLIN
REGISTERED PROFESSIONAL LAND SURVEYOR NO. 6503
FIRM REGISTRATION/LICENSE NO. 10194585
FOR DATAPOINT SURVEYING AND MAPPING
12450 NETWORK BLVD, SUITE 300
SAN ANTONIO, TX. 78249
(777) 726-4240 OFFICE
(777) 726-4241 FAX



PLAT OF SURVEY OF A 50.00 ACRE TRACT OF LAND
SITUATED IN
SECTION 14, BLOCK 57, P.S.L. SURVEY, ABSTRACT NO. 1991
REEVES COUNTY, TEXAS



## REEVES COUNTY, TEXAS
### PUBLIC SCHOOL LANDS SURVEY, SECTION 37, BLOCK 57, ABSTRACT 5705

PRIORITY POWER
COTTONWOOD
HAWKINS INVESTMENTS, INC.

### PROPOSED 60 FEET WIDE
### ELECTRIC EASEMENT

Being a Centerline description of a proposed 60 foot-wide easement being located in the Public School Lands Survey, Section 37, Block 57, Abstract 5705, Reeves County, Texas; being part of a tract of land (Tract 12) described in Deed to Hawkins Investments, Inc. as recorded in Volume 562, Page 774 of the Deed Records of Reeves County Texas; said easement being described by a centerline which is bound by lines 30 feet each side and parallel to said centerline and being more particularly described as follows:

BEGINNING at a point in the West line of said Section 37, from which a 1/2-inch capped iron rod found for the Southwest corner of said Section 37, bears S 01°42'51" W, a distance of 4,846.37 feet;

THENCE S 59°21'38" E, a distance of 555.19 feet to a point;

THENCE S 62°55'34" E, a distance of 1,321.13 feet to the POINT OF TERMINATION, from which a 1/2-inch capped iron rod found for the Southeast corner of said Section 37, bears S 01°42'36" W, a distance of 4,014.26 feet, with said easement containing 112,520 square feet or 2.583 acres of land, more or less, said easement having a centerline length of 1,876.32 feet or 113.716 rods.

I, Matthew Tomerlin, Registered Professional Land Surveyor No. 6503 of the State of Texas, do hereby certify this plat shows the results of an on the ground survey made under my direction. Original signed and stamped in red ink.

_____ Date of Signature: April 29, 2022
MATTHEW TOMERLIN
REGISTERED PROFESSIONAL LAND SURVEYOR NO. 6503
FIRM REGISTRATION/LICENSE NO. 10194585
FOR DATAPOINT SURVEYING AND MAPPING
12450 NETWORK BLVD, SUITE 300
SAN ANTONIO, TX. 78249
(777) 726-4240 OFFICE
(777) 726-4241 FAX





# REEVES COUNTY, TEXAS

## PUBLIC SCHOOL LANDS SURVEY, SECTION 37, BLOCK 57, ABSTRACT 5705

COTTONWOOD
HAWKINS INVESTMENTS, INC.

**PROPOSED 60 FEET WIDE
ELECTRIC EASEMENT**

Being a Centerline description of a proposed 60 foot-wide easement being located in the Public School Lands Survey, Section 37, Block 57, Abstract 5705, Reeves County, Texas; being part of a tract of land (Tract 12) described in Deed to Hawkins Investments, Inc. as recorded in Volume 562, Page 774 of the Deed Records of Reeves County Texas; said easement being described by a centerline which is bound by lines 30 feet each side and parallel to said centerline and being more particularly described as follows:

**BEGINNING** at a point in the West line of said Section 37, from which a 1/2-inch capped iron rod found for the Southwest corner of said Section 37, bears S 01°42'51" W, a distance of 4,846.37 feet;

**THENCE** S 59°21'38" E, a distance of 523.90 feet to a point;

**THENCE** S 62°55'34" E, a distance of 1,351.44 feet to the **POINT OF TERMINATION**, from which a 1/2-inch capped iron rod found for the Southeast corner of said Section 37, bears S 01°42'36" W, a distance of 4,014.26 feet, with said easement containing 112,520 square feet or 2.583 acres of land, more or less, said easement having a centerline length of 1,875.34 feet or 113.657 rods.

I, Matthew Tomerlin, Registered Professional Land Surveyor No. 6503 of the State of Texas, do hereby certify this plat shows the results of an on the ground survey made under my direction. Original signed and stamped in red ink.

_____Date of Signature: November 4, 2021
MATTHEW TOMERLIN
REGISTERED PROFESSIONAL LAND SURVEYOR NO. 6503
FIRM REGISTRATION/LICENSE NO. 10194585
FOR DATAPOINT SURVEYING AND MAPPING
12450 NETWORK BLVD, SUITE 300
SAN ANTONIO, TX. 78249
(777) 726-4240 OFFICE
(777) 726-4241 FAX

2022 – 2022007227  10/20/2022  08:45 AM  Page 12 of 13



Exhibit "B"

# SUBCONTRACTOR'S/SUPPLIER'S APPLICATION FOR PAYMENT

TO:   Huband-Mantor Construction, Inc.
      43000 IH-10 West
      Boerne, Texas  78006

| | |
|---|---|
| Application No. | 6 |
| Period From: | 07/01/2022 |
| Period To: | 07/31/2022 |
| Invoice #: | 5835 |

From:   MK Marlow Company, LLC
        16116 College Oak Drive
        San Antonio, TX 78249

*Pay Application due to HMC by*
*20th of each month*

Project:  Core Scientific Cottonwood
          Pecos, Texas

1. Original Contract Amount...................................................   9,780,814.00

2. Approved Change Orders................................................   0.00

3. Revised Contract Amount...............................................   9,780,814.00

4. Total Complete to Date.....................   5,750,492.58
               5
5. Less ~~10%~~ Retainage..........................   287,524.63

6. Total Earned to Date.........................   5,462,967.95

7. Less previous Payment Applications.....  4,930,388.02

8. NET AMOUNT DUE THIS ESTIMATE..............................   532,579.93

9. BALANCE LEFT TO DRAW ..........................................   4,317,846.05

**CERTIFICATE OF THE SUBCONTRACTOR:**
I Hereby certify that the work performed and the materials supplied to date, as shown on the above represent
the actual value of accomplishment under the terms of the Contract (and all authorized changes thereto)
between the undersigned and Huband-Mantor Construction, Inc. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous
payments received form the contractor, to (1) all my subcontractors (sub-contractors) and (2) for all
materials and labor used in or in connection with the performance of this contract. I further certify I have
complied with Federal, State and local tax laws, including Social Security laws and Unemployment laws and
Workers Compensation laws as applicable to the performance of this contract.

SUBCONTRACTOR:  MK Marlow Company, LLC
BY:
TITLE:   CEO

# APPLICATION AND CERTIFICATE FOR PAYMENT

INVOICE    Page 1

To(OWNER):  HUBAND-MANTOR CONSTRUCTION
43000 IH-10 WEST
BOERNE, TX 78006

Project:  CORE SCIENTIFIC COTTONWOOD
1851 FM 2119
PECOS, TX 79772

Application No: 6
Invoice No: 5835
Period To: 7/31/2022

From:  MK MARLOW COMPANY LLC
16116 COLLEGE OAK DRIVE
SAN ANTONIO, TX 78249

Via(Architect):  MDII ARCHITECTS, INC.
16775 ADDISON ROAD
SUITE 310
ADDISON, TX 75001

Architect's
Project No: 21012
Invoice Date: 7/15/2022
Contract Date: 12/31/2021

Application is made for Payment, as shown below, in connection with
the Contract. Continuation Sheet is attached.

| | |
|---|---|
| 1. ORIGINAL CONTRACT SUM | $ 9,780,814.00 |
| 2. Net change by Change Orders | 0.00 |
| 3. CONTRACT SUM TO DATE(Line 1 +/- 2) | $ 9,780,814.00 |
| 4. TOTAL COMPLETED & STORED TO DATE | $ 5,750,492.58 |
| 5. RETAINAGE | $ 287,524.63 |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 less Line 5) | $ 5,462,967.95 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ 4,930,388.02 |
| 8. CURRENT PAYMENT DUE | $ 532,579.93 |
| 9. BALANCE TO FINISH, PLUS RETAINAGE (Line 3 less Line 6) | $ 4,317,846.05 |

State of: TX                    County of: Bexar
Subscribed and sworn to before me this 15th day of July, 2022
Notary Public: April M. Richards
My Commission expires: 1/20/2025

APRIL M RICHARDS
Notary ID #13097840
My Commission Expires
January 20, 2025

AMOUNT CERTIFIED .......................................... $
(Attach explanation if amount certified differs from the amount applied for.)

ARCHITECT:  MDII ARCHITECTS, INC.

By: _____    Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and
acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

## CONTRACTOR'S APPLICATION FOR PAYMENT

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Approved previous months | 0.00 | 0.00 |
| Approved this month | 0.00 | 0.00 |
| TOTALS | 0.00 | 0.00 |
| Net change by change orders | 0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this
Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the
Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current
payment shown herein is now due.
CONTRACTOR:  MK MARLOW COMPANY LLC

By: _____    Date: 07/15/2022

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the
Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as
indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the
AMOUNT CERTIFIED.

# CONTINUATION SHEET

Application Number: 6
Application Date: 7/15/2022
Period To: 7/31/2022
Architect's Project No: 21012

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREV. APPLICATION (D+E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (Not in D or E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % G/C | H BALANCE TO FINISH (C-G) | I RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Mobilization | 500,000.00 | 350,000.00 | 0.00 | 0.00 | 350,000.00 | 70 | 150,000.00 | 17,500.00 |
| 2 | Equipment | 214,443.31 | 64,332.99 | 0.00 | 0.00 | 64,332.99 | 30 | 150,110.32 | 3,216.65 |
| 3 | Engineered Drawings | 18,000.00 | 18,000.00 | 0.00 | 0.00 | 18,000.00 | 100 | 0.00 | 900.00 |
| 4 | Tech Building - Interior Framing (Labor) | 30,054.79 | 30,054.79 | 0.00 | 0.00 | 30,054.79 | 100 | 0.00 | 1,502.74 |
| 5 | Tech Building - Interior Framing (Material) | 38,773.21 | 38,773.21 | 0.00 | 0.00 | 38,773.21 | 100 | 0.00 | 1,938.66 |
| 6 | Tech Building - Insulation (Labor) | 19,129.82 | 19,129.82 | 0.00 | 0.00 | 19,129.82 | 100 | 0.00 | 956.49 |
| 7 | Tech Building - Insulation (Materials) | 20,322.76 | 20,322.76 | 0.00 | 0.00 | 20,322.76 | 100 | 0.00 | 1,016.14 |
| 8 | Tech Building - Drywall (Labor) | 23,379.39 | 23,379.39 | 0.00 | 0.00 | 23,379.39 | 100 | 0.00 | 1,168.97 |
| 9 | Tech Building - Drywall (Material) | 19,691.06 | 19,691.06 | 0.00 | 0.00 | 19,691.06 | 100 | 0.00 | 984.55 |
| 10 | Tech Building - Acoustical Ceiling (Labor) | 20,605.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 20,605.32 | 0.00 |
| 11 | Tech Building - Acoustical Ceiling (Material) | 23,956.56 | 23,956.56 | 0.00 | 0.00 | 23,956.56 | 100 | 0.00 | 1,197.83 |
| 12 | BLDG A - Exterior Framing (Labor) | 250,741.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 250,741.61 | 0.00 |
| 13 | BLDG A - Exterior Framing (Material) | 922,442.47 | 500,000.00 | 0.00 | 0.00 | 500,000.00 | 54 | 422,442.47 | 25,000.00 |
| 14 | BLDG A - Rigid Insulation (Labor) | 158,046.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 158,046.75 | 0.00 |
| 15 | BLDG A - Rigid Insulation (Materials) | 144,178.80 | 0.00 | 104,008.12 | 0.00 | 104,008.12 | 72 | 40,170.68 | 5,200.41 |
| 16 | BLDG B - Exterior Framing (Labor) | 250,741.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 250,741.61 | 0.00 |
| 17 | BLDG B - Exterior Framing (Material) | 922,442.47 | 500,000.00 | 0.00 | 0.00 | 500,000.00 | 54 | 422,442.47 | 25,000.00 |
| 18 | BLDG B - Rigid Insulation (Labor) | 158,046.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 158,046.75 | 0.00 |
| 19 | BLDG B - Rigid Insulation (Materials) | 144,178.80 | 0.00 | 104,008.12 | 0.00 | 104,008.12 | 72 | 40,170.68 | 5,200.41 |

CONTINUATION SHEET

Application Number: 6
Application Date: 7/15/2022
Period To: 7/31/2022
Architect's Project No: 21012

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREV. APPLICATION (D+E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (Not in D or E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % G/C | H BALANCE TO FINISH (C-G) | I RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 20 | BLDG C - Exterior Framing (Labor) | 250,741.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 250,741.61 | 0.00 |
| 21 | BLDG C - Exterior Framing (Material) | 922,442.47 | 500,000.00 | 0.00 | 0.00 | 500,000.00 | 54 | 422,442.47 | 25,000.00 |
| 22 | BLDG C - Rigid Insulation (Labor) | 158,046.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 158,046.75 | 0.00 |
| 23 | BLDG C - Rigid Insulation (Materials) | 144,178.80 | 0.00 | 104,008.12 | 0.00 | 104,008.12 | 72 | 40,170.68 | 5,200.41 |
| 24 | BLDG D - Exterior Framing (Labor) | 250,741.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 250,741.61 | 0.00 |
| 25 | BLDG D - Exterior Framing (Material) | 922,442.47 | 500,000.00 | 0.00 | 0.00 | 500,000.00 | 54 | 422,442.47 | 25,000.00 |
| 26 | BLDG D - Rigid Insulation (Labor) | 158,046.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 158,046.75 | 0.00 |
| 27 | BLDG D - Rigid Insulation (Materials) | 144,178.80 | 0.00 | 104,008.12 | 0.00 | 104,008.12 | 72 | 40,170.68 | 5,200.41 |
| 28 | BLDG E - Exterior Framing (Labor) | 250,741.61 | 200,593.29 | 25,074.16 | 0.00 | 225,667.45 | 90 | 25,074.16 | 11,283.37 |
| 29 | BLDG E - Exterior Framing (Material) | 922,442.47 | 922,442.47 | 0.00 | 0.00 | 922,442.47 | 100 | 0.00 | 46,122.12 |
| 30 | BLDG E - Rigid Insulation (Labor) | 158,046.75 | 0.00 | 47,414.03 | 0.00 | 47,414.03 | 30 | 110,632.72 | 2,370.70 |
| 31 | BLDG E - Rigid Insulation (Materials) | 144,178.80 | 72,089.00 | 72,089.80 | 0.00 | 144,178.80 | 100 | 0.00 | 7,208.94 |
| 32 | BLDG F - Exterior Framing (Labor) | 250,741.61 | 225,667.45 | 0.00 | 0.00 | 225,667.45 | 90 | 25,074.16 | 11,283.37 |
| 33 | BLDG F - Exterior Framing (Material) | 922,442.47 | 922,442.47 | 0.00 | 0.00 | 922,442.47 | 100 | 0.00 | 46,122.12 |
| 34 | BLDG F - Rigid Insulation (Labor) | 158,046.75 | 94,828.05 | 0.00 | 0.00 | 94,828.05 | 60 | 63,218.70 | 4,741.40 |
| 35 | BDLG F - Rigid Insulation (Materials) | 144,178.80 | 144,178.80 | 0.00 | 0.00 | 144,178.80 | 100 | 0.00 | 7,208.94 |
| | Totals | 9,780,814.00 | 5,189,882.11 | 560,610.47 | 0.00 | 5,750,492.58 | 59 | 4,030,321.42 | 287,524.63 |

# SUBCONTRACTOR'S/SUPPLIER'S APPLICATION FOR PAYMENT

TO:   Huband-Mantor Construction, Inc.
     43000 IH-10 West
     Boerne, Texas  78006

Application No.        7
Period From:        10/01/2022
Period To:          10/31/2022
Invoice #:          5888

From:  *MK Marlow Company, LLC*
     *16116 College Oak Drive*
     *San Antonio, TX 78249*

*Pay Application due to HMC by*
*20th of each month*

Project: Core Scientific Cottonwood
      Pecos, Texas

1. Original Contract Amount................................................  9,780,814.00

2. Approved Change Orders...........................................  0.00

3. Revised Contract Amount...........................................  9,780,814.00

4. Total Complete to Date....................  5,908,515.98
     5

5. Less ~~10%~~ Retainage..........................  295,425.81

6. Total Earned to Date.......................  5,613,090.17

7. Less previous Payment Applications.....  5,462,967.95

8. NET AMOUNT DUE THIS ESTIMATE...............................  150,122.22

9. BALANCE LEFT TO DRAW .......................................  4,167,723.83

**CERTIFICATE OF THE SUBCONTRACTOR:**
I Hereby certify that the work performed and the materials supplied to date, as shown on the above represent the actual value of accomplishment under the terms of the Contract (and all authorized changes thereto) between the undersigned and Huband-Mantor Construction, Inc. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received form the contractor, to (1) all my subcontractors (sub-contractors) and (2) for all materials and labor used in or in connection with the performance of this contract. I further certify I have complied with Federal, State and local tax laws, including Social Security laws and Unemployment laws and Workers Compensation laws as applicable to the performance of this contract.

SUBCONTRACTOR: MK Marlow Company, LLC
BY:
TITLE:   CEO

# APPLICATION AND CERTIFICATE FOR PAYMENT

INVOICE    Page 1

To(OWNER):  HUBAND-MANTOR CONSTRUCTION
43000 IH-10 WEST
BOERNE, TX 78006

From:  MK MARLOW COMPANY LLC
16116 COLLEGE OAK DRIVE
SAN ANTONIO, TX 78249

Project:  CORE SCIENTIFIC COTTONWOOD
1851 FM 2119
PECOS, TX 79772

Via(Architect):  MJDII ARCHITECTS, INC.
16775 ADDISON ROAD
SUITE 310
ADDISON, TX 75001

Application No: 7
Invoice No: 5888
Period To: 10/31/2022

Architect's
Project No: 21012
Invoice Date: 10/28/2022
Contract Date: 12/31/2021

Application is made for Payment, as shown below, in connection with
the Contract.  Continuation Sheet is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 9,780,814.00 |
| 2. Net change by Change Orders | $ | 0.00 |
| 3. CONTRACT SUM TO DATE(Line 1 +/- 2) | $ | 9,780,814.00 |
| 4. TOTAL COMPLETED & STORED TO DATE | $ | 5,908,515.98 |
| 5. RETAINAGE | $ | 295,425.81 |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 less Line 5) | $ | 5,613,090.17 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ | 5,462,967.95 |
| 8. CURRENT PAYMENT DUE | $ | 150,122.22 |
| 9. BALANCE TO FINISH, PLUS RETAINAGE (Line 3 less Line 6) | $ | 4,167,723.83 |

## CONTRACTOR'S APPLICATION FOR PAYMENT

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Approved previous months | 0.00 | 0.00 |
| Approved this month | 0.00 | 0.00 |
| TOTALS | 0.00 | 0.00 |
| Net change by change orders | 0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this
Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the
Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current
payment shown herein is now due.
CONTRACTOR: MK MARLOW COMPANY LLC

By: _____    Date: 10/28/2022

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the
Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as
indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the
AMOUNT CERTIFIED.

AMOUNT CERTIFIED..................... $
(Attach explanation if amount certified differs from the amount applied for.)

ARCHITECT:  MJDII ARCHITECTS, INC.

By: _____    Date _____
This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and
acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

State of: TX                          County of: Bexar
Subscribed and sworn to before me this 28th day of October 20 22.
Notary Public: April M. Richards
My Commission expires: 1/20/2025

APRIL M RICHARDS
Notary ID #130970840
My Commission Expires
January 20, 2025

CONTINUATION SHEET

Application Number: 7
Application Date: 10/28/2022
Period To: 10/31/2022
Architect's Project No: 21012

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREV. APPLICATION (D+E) | THIS PERIOD | MATERIALS PRESENTLY STORED (Not in D or E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % G/C | BALANCE TO FINISH (C-G) | RETAINAGE |
| 1 | Mobilization | 500,000.00 | 350,000.00 | 105,973.75 | 0.00 | 455,973.75 | 91 | 44,026.25 | 22,798.69 |
| 2 | Equipment | 214,443.31 | 64,332.99 | 31,444.33 | 0.00 | 95,777.32 | 45 | 118,665.99 | 4,788.87 |
| 3 | Engineered Drawings | 18,000.00 | 18,000.00 | 0.00 | 0.00 | 18,000.00 | 100 | 0.00 | 900.00 |
| 4 | Tech Building - Interior Framing (Labor) | 30,054.79 | 30,054.79 | 0.00 | 0.00 | 30,054.79 | 100 | 0.00 | 1,502.74 |
| 5 | Tech Building - Interior Framing (Material) | 38,773.21 | 38,773.21 | 0.00 | 0.00 | 38,773.21 | 100 | 0.00 | 1,938.66 |
| 6 | Tech Building - Insulation (Labor) | 19,129.82 | 19,129.82 | 0.00 | 0.00 | 19,129.82 | 100 | 0.00 | 956.49 |
| 7 | Tech Building - Insulation (Materials) | 20,322.76 | 20,322.76 | 0.00 | 0.00 | 20,322.76 | 100 | 0.00 | 1,016.14 |
| 8 | Tech Building - Drywall (Labor) | 23,379.39 | 23,379.39 | 0.00 | 0.00 | 23,379.39 | 100 | 0.00 | 1,168.97 |
| 9 | Tech Building - Drywall (Material) | 19,691.06 | 19,691.06 | 0.00 | 0.00 | 19,691.06 | 100 | 0.00 | 984.55 |
| 10 | Tech Building - Acoustical Ceiling (Labor) | 20,605.32 | 0.00 | 20,605.32 | 0.00 | 20,605.32 | 100 | 0.00 | 1,030.27 |
| 11 | Tech Building - Acoustical Ceiling (Material) | 23,956.56 | 23,956.56 | 0.00 | 0.00 | 23,956.56 | 100 | 0.00 | 1,197.83 |
| 12 | BLDG A - Exterior Framing (Labor) | 250,741.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 250,741.61 | 0.00 |
| 13 | BLDG A - Exterior Framing (Material) | 922,442.47 | 500,000.00 | 0.00 | 0.00 | 500,000.00 | 54 | 422,442.47 | 25,000.00 |
| 14 | BLDG A - Rigid Insulation (Labor) | 158,046.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 158,046.75 | 0.00 |
| 15 | BLDG A - Rigid Insulation (Materials) | 144,178.80 | 104,008.12 | 0.00 | 0.00 | 104,008.12 | 72 | 40,170.68 | 5,200.41 |
| 16 | BLDG B - Exterior Framing (Labor) | 250,741.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 250,741.61 | 0.00 |
| 17 | BLDG B - Exterior Framing (Material) | 922,442.47 | 500,000.00 | 0.00 | 0.00 | 500,000.00 | 54 | 422,442.47 | 25,000.00 |
| 18 | BLDG B - Rigid Insulation (Labor) | 158,046.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 158,046.75 | 0.00 |
| 19 | BLDG B - Rigid Insulation (Materials) | 144,178.80 | 104,008.12 | 0.00 | 0.00 | 104,008.12 | 72 | 40,170.68 | 5,200.41 |

Page 3

CONTINUATION SHEET

Application Number: 7
Application Date: 10/28/2022
Period To: 10/31/2022
Architect's Project No: 21012

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREV. APPLICATION (D+E) | E THIS PERIOD | F MATERIALS PRESENTLY STORED (Not in D or E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % G/C | H BALANCE TO FINISH (C-G) | I RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 20 | BLDG C - Exterior Framing (Labor) | 250,741.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 250,741.61 | 0.00 |
| 21 | BLDG C - Exterior Framing (Material) | 922,442.47 | 500,000.00 | 0.00 | 0.00 | 500,000.00 | 54 | 422,442.47 | 25,000.00 |
| 22 | BLDG C - Rigid Insulation (Labor) | 158,046.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 158,046.75 | 0.00 |
| 23 | BLDG C - Rigid Insulation (Materials) | 144,178.80 | 104,008.12 | 0.00 | 0.00 | 104,008.12 | 72 | 40,170.68 | 5,200.41 |
| 24 | BLDG D - Exterior Framing (Labor) | 250,741.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 250,741.61 | 0.00 |
| 25 | BLDG D - Exterior Framing (Material) | 922,442.47 | 500,000.00 | 0.00 | 0.00 | 500,000.00 | 54 | 422,442.47 | 25,000.00 |
| 26 | BLDG D - Rigid Insulation (Labor) | 158,046.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 158,046.75 | 0.00 |
| 27 | BLDG D - Rigid Insulation (Materials) | 144,178.80 | 104,008.12 | 0.00 | 0.00 | 104,008.12 | 72 | 40,170.68 | 5,200.41 |
| 28 | BLDG E - Exterior Framing (Labor) | 250,741.61 | 225,667.45 | 0.00 | 0.00 | 225,667.45 | 90 | 25,074.16 | 11,283.37 |
| 29 | BLDG E - Exterior Framing (Material) | 922,442.47 | 922,442.47 | 0.00 | 0.00 | 922,442.47 | 100 | 0.00 | 46,122.12 |
| 30 | BLDG E - Rigid Insulation (Labor) | 158,046.75 | 47,414.03 | 0.00 | 0.00 | 47,414.03 | 30 | 110,632.72 | 2,370.70 |
| 31 | BLDG E - Rigid Insulation (Materials) | 144,178.80 | 144,178.80 | 0.00 | 0.00 | 144,178.80 | 100 | 0.00 | 7,208.94 |
| 32 | BLDG F - Exterior Framing (Labor) | 250,741.61 | 225,667.45 | 0.00 | 0.00 | 225,667.45 | 90 | 25,074.16 | 11,283.37 |
| 33 | BLDG F - Exterior Framing (Material) | 922,442.47 | 922,442.47 | 0.00 | 0.00 | 922,442.47 | 100 | 0.00 | 46,122.12 |
| 34 | BLDG F - Rigid Insulation (Labor) | 158,046.75 | 94,828.05 | 0.00 | 0.00 | 94,828.05 | 60 | 63,218.70 | 4,741.40 |
| 35 | BDLG F - Rigid Insulation (Materials) | 144,178.80 | 144,178.80 | 0.00 | 0.00 | 144,178.80 | 100 | 0.00 | 7,208.94 |
| | Totals | 9,780,814.00 | 5,750,492.58 | 158,023.40 | 0.00 | 5,908,515.98 | 60 | 3,872,298.02 | 295,425.81 |