IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*, | § | Case No. 22-90341 (DRJ) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |

## CERTIFICATE OF SERVICE

I, James Nguyen-Phan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On January 20, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Joint Stipulation and Agreed Order (I) Authorizing the Tennessee Valley Authority to Retain and Use the Cash Deposit Maintained Under the Power Contract and (II) Granting Related Relief** (Docket No. 311)

- **Notice of Agenda of Matters Set for Hearing on January 23, 2023 at 12:00 P.M. (CST)** (Docket No. 312)

Furthermore, on January 20, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Tennessee Valley Authority, Attn: Brent Powell, Edward C Meade & Vera Dygert at 400 W. Summit Hill Dr., Knoxville, TN 37902, and via electronic mail on Tennessee Valley Authority, Attn: Brent Powell, Edward C Meade & Vera Dygert at ecmeade@tva.gov and vdygert@tva.gov:

- **Joint Stipulation and Agreed Order (I) Authorizing the Tennessee Valley Authority to Retain and Use the Cash Deposit Maintained Under the Power Contract and (II) Granting Related Relief** (Docket No. 311)

[SPACE LEFT INTENTIONALLY BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Special Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

Furthermore, on January 20, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Notice of Agenda of Matters Set for Hearing on January 23, 2023 at 12:00 P.M. (CST)** (Docket No. 312)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: January 23, 2023

   /s/ *James Nguyen-Phan*
James Nguyen-Phan
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 949-404-4152
Email: TeamCoreScientific@stretto.com

# **Exhibit A**



## Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| AAF International | Attn: Ryan McGary, General Counsel | 9920 Corporate Campus Dr Ste 2200 | | Louisville | KY | 40223 | |
| Amazon Web Services Inc | Attn: Rashmi Manchanda | 410 Terry Avenue North | | Seattle | WA | 98109-5210 | |
| Anchorage Lending CA, LLC | c/o Otterbourg P.C. | Attn: James Drew | 230 Park Avenue | New York | NY | 10169 | |
| Atalaya Capital Management LP | c/o Holland & Knight LLP | Attn: Brent R. McIlwain and Brian Smith | 1722 Routh Street Suite 1500 | Dallas | TX | 75201 | |
| B. Riley Financial, Inc. | c/o Willkie Farr & Gallagher LLP | Attn: Melanie Mansfield | 300 North LeSalle Dr | Chicago | IL | 60654 | |
| Bank of America | | 800 5th Ave | | Seattle | WA | 98104 | |
| Barings BDC, Inc. | | 300 S. Tryon St | | Charlotte | NC | 28202 | |
| Barings Capital Investment | | 300 S. Tryon St | | Charlotte | NC | 28202 | |
| Barings LLC | Attn: Steve Johnson | 300 South Tryon Street, Suite 2500 | | Charlotte | NC | 18202 | |
| Barings Private Credit Corp | | 300 S. Tryon St | | Charlotte | NC | 28202 | |
| Bergstrom Electric | Attn: Steve Wasvick | 3100 North Washington Street | | Grand Forks | ND | 58208 | |
| Bremer Bank | | 3100 South Columbia Road | | Grand Forks | ND | 58201 | |
| BRF Finance Co., LLC | | 299 Park Ave. 21st Floor | | New York | NY | 10171 | |
| BRF Finance Co., LLC | Attn: General Counsel | 30870 Russell Ranch Road Ste. 250 | | Westlake Village | CA | 91362 | |
| CDW Direct | Attn: Rick Kulevich, General Counsel | 200 N. Milwaukee Avenue | | Vernon Hills | IL | 60061 | |
| CES Corporation | Attn: Scott Weatherall | 28029-108 Avenue | | Acheson | AB | T7Z 6P7 | Canada |
| Cherokee County Tax Collector | Attn: Delenna Stiles, Tax Collector | 75 Peachtree Street  #225 | | Murphy | NC | 28906-2947 | |
| City National Bank | | 555 South Flower Street | | Los Angeles | CA | 90071 | |
| Coinbase Inc | c/o Coinbase Custody Trust Co LLC | 100 Pine St, Ste 1250 | | San Francisco | CA | 94111 | |
| Cooley LLP | Attn: Daniel Peale | 3 Embarcadero Center, 20th Floor | | San Francisco | CA | 94111-4004 | |
| Dalton Utilities | Attn: Tom Bundros | 1200 V D Parrott Jr Pkwy | | Dalton | GA | 30721 | |
| Dalton Utilities | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Matthew R. Brooks | 600 Peachtree Street NE, Suite 3000 | Atlanta | GA | 30308 | |
| DK Construction Company | Attn: Justin Edwards, President | 5165 Gilbertsville Highway | | Calvert City | KY | 42029-0388 | |
| Duke Energy | Attn: Tammy Daber, Power Contracts Administrator | 9700 David Taylor Dr. | Mail Code: DT01X | Charlotte | NC | 28262 | |
| FlowTX | Attn: Lucas Leavitt | PO Box 90504 | | San Antonio | TX | 78209-9086 | |
| Foundry Digital LLC | | 1100 Pittsford Victor Road | | Pittsford | NY | 14534 | |
| Gensler | Attn: Todd Runkle | 1011 S. Congress Ave, Building 1, Ste 200 | | Austin | TX | 78704 | |
| Harper Construction Company, Inc | Attn: Stephen Marble | 2241 Kettner Blvd Ste 300 | | San Diego | CA | 92101 | |
| Herc Rentals | Attn: Leslie Hunziker | 27500 Riverview Center Blvd Ste 100 | | Bonita Springs | FL | 34134 | |
| Internal Revenue Service | | Department of the Treasury | | Ogden | UT | 84201-0045 | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market Street | | Philadelphia | PA | 19104-50 | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Internal Revenue Service | Houston Department | 1919 Smith Street | | Houston | TX | 77002 | |
| Kentucky Department of Revenue | Attn: Thomas B. Miller | 501 High Street | | Frankfort | KY | 40601 | |
| LiveView Technologies Inc | Attn: Chris Parker | 1226 S 1480 W | | Orem | UT | 84058 | |
| Luxor Technology Corp | | 1100 Bellevue Way NE | Suite 8A #514 | Bellevue | WA | 98004 | |
| Marshall County Sheriff | Attn: Trent Weaver, Sheriff | 52 Judicial Dr | | Benton | KY | 42025 | |
| MassMutual Asset Finance LLC | Attn: David Coutu | 2 Hampshire Street | Suite 101 | Foxboro | MA | 02035 | |
| McDermott Will and Emery LLP | Attn: Erin West | 1 Vanderbilt Ave | | New York | NY | 10017 | |
| Moss Adams LLP | Attn: Findley Gillespie | 999 Third Ave, Suite 2800 | | Seattle | WA | 98104 | |
| NYDIG ABL LLC | c/o Sidley Austin LLP | Attn: Elizabeth R. Tabas Carson | 787 7th Ave | New York | NY | 10019 | |



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Office of the U.S. Trustee | Attn: Jayson Ruff & Alicia Barcomb | 515 Rusk Street, Suite 3516 | | Houston | TX | 77002 | |
| OP | Attn: Elise Chittick | 10030 Bent Oak Dr | | Houston | TX | 77040 | |
| Priority Power Management LLC | Attn: Robert L. Douglas | 2201 E Lamar Blvd Suite 275 | | Arlington | TX | 76006 | |
| Reed Wells Benson and Company | Attn: Kenneth Fulk | 120010 N Central Expressway Ste 1100 | | Dallas | TX | 75243 | |
| Securitas Security Services USA Inc | Attn: Patrick Melody | 4330 Park Terrace Drive | | West Lake Village | CA | 91361 | |
| Securities & Exchange Commission | Attn: Andrew Calamari Regional Director | Brookfield Place 200 Vesey Street, Ste 400 | | New York | NY | 10281-1022 | |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F Street, NE | | Washington | DC | 20002 | |
| Shell Energy Solutions | Attn: Marty Lundstrom | 21 Waterway Avenue Suite 450 | | The Woodlands | TX | 77380 | |
| Sidley Austin LLP | Attn: Scott Parel | 2021 McKinney Avenue Suite 2000 | | Dallas | TX | 75201 | |
| Sphere 3D Corp. | | 10 Glenville St. | | Greenwich | CT | 06831 | |
| State Of Georgia | Office Of The Attorney General | 40 Capitol Sq Sw | | Atlanta | GA | 30334 | |
| State Of Kentucky | Office Of The Attorney General | Capitol Building | 700 Capitol Ave Ste 118 | Frankfort | KY | 40601 | |
| State Of North Carolina | Office Of The Attorney General | 114 W Edenton St | | Raleigh | NC | 27603 | |
| State Of North Dakota | Office Of The Attorney General | State Capitol, 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 | |
| Stonebriar Commercial Finance LLC | Attn: Jeffrey L. Wilkison | 5601 Granite Parkway, Suite 1350 | | Plano | TX | 75024 | |
| Tenaska Power Services Co | Attn: Drew Fossum | 14302 FNB Parkway | | Omaha | NE | 68154 | |
| Tenet Solutions | Attn: Accounting | 1238 Grey Fox Rd | | Arden Hills | MN | 55112 | |
| Texas Office of the Attorney General | | 300 W. 15th Street | | Austin | TX | 78701 | |
| Texas Office of the Attorney General | | PO Box 12548 | | Austin | TX | 78711-2548 | |
| Trilogy LLC | Attn: Shamel Bersik | 6255 Saddle Tree Dr | | Las Vegas | NV | 89118 | |
| Trinity Capital Inc | Attn: Kyle Brown | 1N 1st Street, Suite 302 | | Phoenix | AZ | 85004 | |
| US Attorney's Office for the Southern District of Texas | Attn: Jennifer Lowery | 1000 Louisiana St Suite 2300 | | Houston | TX | 77002 | |
| US Customs and Border Patrol | Attn: Raul Ortiz | 1300 Pennsylvania Avenue, Suite 4.4-B | | Washington | DC | 20229 | |
| Wingspire Equipment Finance LLC | c/o Reed Smith LLP | Attn: Richard J. Tannenbaum | 599 Lexington Avenue | New York | NY | 10022 | |

# **<u>Exhibit B</u>**



# Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 36th Street Capital Partners LLC, Prime Alliance Bank, Inc., and Wingspire Equipment Finance, LLC | c/o Reed Smith LLP | Attn: Devan J. Dal Col | DDalcol@reedsmith.com |
| 36th Street Capital Partners, LLC | c/o Reed Smith LLP | Attn: Devan Dal Col | jolsen@36thstreetcapital.com<br>clatouche@36thstreetcapital.com<br>gkammerer@36thstreetcapital.com |
| AAF International | Attn: Ryan McGary, General Counsel | | rmcgary@aafintl.com |
| Ad Hoc Group of Secured Convertible Noteholders | c/o Paul Hastings LLP | Attn: James T Grogan III | jamesgrogan@paulhastings.com |
| Ad Hoc Group of Secured Convertible Noteholders | c/o Paul Hastings LLP | Attn: Kristopher M Hansen, Erez E Gilad, Sayan Bhattacharyya & Joanne Lau | krishansen@paulhastings.com<br>erezgilad@paulhastings.com<br>sayanbhattacharyya@paulhastings.com<br>joannelau@paulhastings.com |
| Amazon Web Services Inc | Attn: Rashmi Manchanda | | rmmanch@amazon.com |
| AmTrust North America, Inc. on behalf of Associated Industries Insurance Company, Inc. | c/o Maurice Wutscher, LLP | Attn: Alan C. Hochheiser | ahochheiser@mauricewutscher.com |
| Anchorage Lending CA, LLC | c/o Otterbourg P.C. | Attn: James Drew | jdrew@otterbourg.com |
| Atalaya Capital Management LP | c/o Holland & Knight LLP | Attn: Brent R. McIlwain and Brian Smith | brent.mcIlwain@hklaw.com<br>brian.smith@hklaw.com |
| B. Riley Financial, Inc. | c/o Willkie Farr & Gallagher LLP | Attn: Melanie Mansfield | mmansfield@willkie.com |
| Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. | c/o Arnold & Porter Kaye Scholer LLP | Attn: C. Thomas Kruse | tom.kruse@arnoldporter.com |
| Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. | c/o Arnold & Porter Kaye Scholer LLP | Attn: Jeffrey A. Fuisz, Madelyn A. Nicolini & Robert T. Franciscovich | jeffrey.fuisz@arnoldporter.com<br>madelyn.nicolini@arnoldporter.com<br>robert.franciscovich@arnoldporter.com |
| Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. | c/o Arnold & Porter Kaye Scholer LLP | Attn: Michael D. Messersmith, Brian J. Lohan & Sarah Gryll | michael.messersmith@arnoldporter.com<br>brian.lohan@arnoldporter.com<br>sarah.gryll@arnoldporter.com |
| Bergstrom Electric | Attn: Steve Wasvick | | Swasvick@berstromelectric.com<br>Swasvick@bergstromelectric.com |
| BlockFi Inc | c/o Haynes and Boone LLP | Attn: Matthew Frankle | matthew.frankle@haynesboone.com |
| BlockFi, Inc. | c/o Haynes and Boone, LLP | Attn: Kenric D. Kattner & Arsalan Muhammad | kenric.kattner@haynesboone.com<br>arsalan.muhammad@haynesboone.com |
| BlockFi, Inc. | c/o Haynes and Boone, LLP | Attn: Matt Ferris & Charles M. Jones II | matt.ferris@haynesboone.com<br>charlie.jones@haynesboone.com |
| BlockFi, Inc. | c/o Haynes and Boone, LLP | Attn: Richard Kanowitz | richard.kanowitz@haynesboone.com |
| BRF Finance Co., LLC | Attn: General Counsel | | legal@brileyfin.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)



# Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| CDW Direct | Attn: Rick Kulevich, General Counsel | | credit@cdw.com |
| CEC Energy Services, LLC | c/o Branscomb PLLC | Attn: Patrick H. Autry | pautry@branscomblaw.com |
| CES Corporation | Attn: Scott Weatherall | | s.weatherall@cescorp.ca |
| Cherokee County Tax Collector | Attn: Delenna Stiles, Tax Collector | | collections@cherokeecounty-nc.gov |
| City of Dalton, Georgia by and through its Board of Water, Light and Sinking Fund Commissioners d/b/a Dalton Utilities | c/o Howley Law PLLC | Attn: Tom A. Howley and Eric Terry | tom@howley-law.com eric@howley-law.com |
| City of Dalton, Georgia by and through its Board of Water, Light and Sinking Fund Commissioners d/b/a Dalton Utilities | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Marcy J. McLaughlin Smith | marcy.smith@troutman.com |
| City of Dalton, Georgia by and through its Board of Water, Light and Sinking Fund Commissioners d/b/a Dalton Utilities | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Matthew Ray Brooks | matthew.brooks@troutman.com |
| City of Denton | c/o Haynes and Boone, LLP | Attn: Kelli S. Norfleet | kelli.norfleet@haynesboone.com |
| City of Denton | c/o Haynes and Boone, LLP | Attn: Martha Wyrick & Thomas J. Zavala | martha.wyrick@haynesboone.com tom.zavala@haynesboone.com |
| Cooley LLP | Attn: Daniel Peale | | dpeale@cooley.com |
| Dallas County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Dalton Utilities | Attn: Tom Bundros | | tbundros@dutil.com |
| Dalton Utilities | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Matthew R. Brooks | matthew.brooks@troutman.com |
| DK Construction Company | Attn: Justin Edwards, President | | justin@dkconstructioninc.com |
| Duke Energy | Attn: Tammy Daber, Power Contracts Administrator | | tammy.daber@duke-energy.com |
| FlowTX | Attn: Lucas Leavitt | | lleavitt@flowtx.com |
| Foundry Digital LLC | | | hello@foundrydigital.com |
| Gem Mining | c/o Maynard, Cooper & Gale, P.C. | Attn: Stephen C. Jackson | sjackson@maynardcooper.com |
| Gensler | Attn: Todd Runkle | | todd_runkle@gensler.com |
| Harper Construction Company, Inc | Attn: Stephen Marble | | lpz@harperconstruction.com |
| Harper Construction Company, Inc. | c/o Mulinix Eddy & Ewert, PLLC | Attn: Russell L. Mulinix | rusty@lawokc.com |
| Harper Construction Company, Inc. | c/o Porter Hedges LLP | Attn: John F. Higgins, M. Shane Johnson | jhiggins@porterhedges.com sjohnson@porterhedges.com |
| Herc Rentals | Attn: Leslie Hunziker | | leslie.hunziker@hercrentals.com |
| Huband-Mantor Construction, Inc. | c/o Cokinos Young | Attn: Jay K. Farwell & Stephanie O'Rourke | sorourke@cokinoslaw.com jfarwell@cokinoslaw.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 2 of 4



# Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Humphrey & Associates, Inc. | c/o Laperouse, PC | Attn: Jason R. Kennedy | bankruptcy@laperouselaw.com |
| LiveView Technologies Inc | Attn: Chris Parker | | chris.parker@lvt.com |
| Marnoy Interests, Ltd. d/b/a Office Pavilion | c/o Ferguson Braswell Fraser Kubasta PC | Attn: Rachel L. Smiley | rsmiley@fbfk.law |
| Marshall County Sheriff | Attn: Trent Weaver, Sheriff | | marshallso@marshallco.org |
| MassMutual Asset Finance LLC | c/o Verrill Dana LLP | Attn: Nathaniel R. Hull | nhull@verrill-law.com |
| MassMutual Asset Finance LLC | c/o Verrill Dana LLP | Attn: Thomas O. Bean | tbean@verrill-law.com |
| McDermott Will and Emery LLP | Attn: Erin West | | eswest@mwe.com |
| MK Marlow Company, LLC | c/o Scott Viscuso, PLLC | Attn: Eric L Scott | escott@sv-legal.com |
| Moss Adams LLP | Attn: Findley Gillespie | | findley.gillespie@mossadams.com |
| MP2 Energy Texas, LLC d/b/a Shell Energy Solutions | c/o Cokinos Young | Attn: Craig E. Power & Maria M. Bartlett | cpower@cokinoslaw.com  mbartlett@cokinoslaw.com |
| NYDIG ABL LLC | c/o Sidley Austin LLP | Attn: Dennis M. Twomey and Jackson T. Garvey | dtwomey@sidley.com  jgarvey@sidley.com |
| NYDIG ABL LLC | c/o Sidley Austin LLP | Attn: Elizabeth R. Tabas Carson | etabas@sidley.com |
| NYDIG ABL LLC | c/o Sidley Austin LLP | Attn: Maegan Quejada | mquejada@sidley.com |
| Office of the U.S. Trustee | Attn: Jayson Ruff & Alicia Barcomb | | jayson.b.ruff@usdoj.gov  alicia.barcomb@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Willkie Farr & Gallagher LLP | Attn: Brett H Miller, Todd M Goren, James H Burbage, & Joseph R. Brandt | bmiller@willkie.com  tgoren@willkie.com  jburbage@willkie.com  corewillkie@willkie.com  jbrandt@willkie.com |
| Official Committee of Unsecured Creditors | c/o Willkie Farr & Gallagher LLP | Attn: Jennifer J Hardy | jhardy2@willkie.com  corewillkie@willkie.com |
| OP | Attn: Elise Chittick | | echittick@ophouston.com |
| Priority Power Management LLC | Attn: Robert L. Douglas | | rdouglas@prioritypower.com |
| Priority Power Management, LLC | c/o Baker Botts LLP | Attn: Danny David | danny.david@bakerbotts.com |
| Priority Power Management, LLC | c/o Baker Botts LLP | Attn: Eric T. Haitz, Shelby V. Saxon | eric.haitz@bakerbotts.com  shelby.saxon@bakerbotts.com |
| Priority Power Management, LLC | c/o Baker Botts LLP | Attn: Scott R. Bowling | scott.bowling@bakerbotts.com |
| Reed Wells Benson and Company | Attn: Kenneth Fulk | | kfulk@rwb.net |
| Securitas Security Services USA Inc | Attn: Patrick Melody | | patrick.melody@securitasinc.com |
| Shell Energy Solutions | Attn: Marty Lundstrom | | marty.lundstrom@mp2energy.com |
| Sidley Austin LLP | Attn: Scott Parel | | sparel@sidley.com |
| Sphere 3D Corp. | | | patricia.trompeter@sphere3d.com |
| Sphere 3D Corp. | c/o Hunton Andrews Kurth LLP | Attn: Timothy A. ("Tad") Davidson II, Ashley L. Harper | taddavidson@HuntonAK.com  ashleyharper@HuntonAK.com |



# Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Sphere 3D Corp. | c/o Pryor Cashman LLP | Attn: Seth H. Lieberman, Matthew W. Silverman | slieberman@pryorcashman.com msilverman@pryorcashman.com |
| SRPF A QR Riversouth LLC | c/o Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry | dperry@munsch.com |
| State Of Kentucky | Office Of The Attorney General | | KyOAGOR@ky.gov |
| State Of North Dakota | Office Of The Attorney General | | ndag@nd.gov |
| Tenaska Power Services Co | Attn: Drew Fossum | | TPMCustomerService@tnsk.com |
| Tenaska Power Services Co. | c/o Ross, Smith & Binford, PC | Attn: Jason Binford | jason.binford@rsbfirm.com |
| Tenaska Power Services Co. | c/o Ross, Smith & Binford, PC | Attn: Judith W. Ross | judith.ross@rsbfirm.com frances.smith@rsbfirm.com eric.soderlund@rsbfirm.com jessica.lewis@rsbfirm.com |
| Tenet Solutions | Attn: Accounting | | Tenet-AR@tenetsolutions.us |
| Travis County | Attn: Jason A. Starks, Assistant Travis County Attorney | | jason.starks@traviscountytx.gov |
| Trilogy LLC | Attn: Shamel Bersik | | Sam@trilogycorp.com |
| Trinity Capital Inc. | c/o Latham & Watkins LLP | Attn: Kimberly A. Posin | kim.posin@lw.com |
| U.S. Bank National Association, as Prepetition Note Agent and Collateral Agent | c/o Shipman & Goodwin LLP | Attn: Kathleen M. LaManna, Esq. | klamanna@goodwin.com bankruptcy@goodwin.com bankruptcyparalegal@goodwin.com |
| US Attorney's Office for the Southern District of Texas | Attn: Jennifer Lowery | | usatxs.atty@usdoj.gov |
| Wingspire Equipment Finance LLC | c/o Reed Smith LLP | Attn: Richard J. Tannenbaum | rtannenbaum@reedsmith.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 4 of 4

# **Exhibit C**



# Exhibit C
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| ACM ELF ST LLC | | One Rockefeller Plaza | 32nd Floor | New York | NY | 10020 |
| Alpha Waste | | 3372 Chattanooga Rd | | Tunnel Hill | GA | 30755 |
| Anchorage Lending CA, LLC | Attn: Rafael Rosa | One Embarcadero Center | Ste 2623 | San Francisco | CA | 94126 |
| Arctos Credit, LLC | Attn: Trevor Smyth | 510 Madison Avenue | 21st Floor | New York | NY | 10022 |
| Bank Financial | | 48 Orland Square Drive | | Orland Park | IL | 60462 |
| BEAM Concrete Construction, Inc. | | 640 Central Expy | | Melissa | TX | 75454 |
| Calvert City Hall | Attn: Tim | 861 5th Ave SE | | Calvert City | KY | 42029 |
| Carolina Recycling & Consulting LLC | | PO Box 1461 | | Matthews | NC | 28106 |
| Celsius Networks Lending LLC | | 221 River Street, 9th Floor | | Hoboken | NJ | 07030 |
| CITI Bank, N.A. | | 10201 Centurion Parkway N. #100 | | Jacksonville | FL | 32256 |
| CM TFS LLC | | 5480 Corporate Drive, #350 | | Troy | MI | 48098 |
| Cogent Communications | | PO Box 791087 | | Baltimore | MD | 21279-1087 |
| ComNet Communications, LLC | c/o Canterbury, PC | Attn: Brad Gaswirth & Bill Bielmyer Jr | 4851 LBJ Pwy, Ste 301 | Dallas | TX | 75244 |
| Consolidated Electrical Distributors, Inc. dba Sun Valley Electric Supply | Attn: Misti Beanland and Robert Davis | c/o Matthews, Shiels, Knott, Eden, Davis & Beanland, LLP | 8131 LBJ Freeway, Suite 700 | Dallas | TX | 75251 |
| Contech, Inc. | | 114 S Elm Pl | | Broken Arrow | OK | 74012 |
| Convergint Technologies LLC | Able Communications, Inc. | Attn: Karla Lopez, CFO | 1413 East Avenue H | Grand Prairie | TX | 75050 |
| Coonrod Electric Co, LLC | c/o Branscomb Law | Attn: James Egbert | 802 N. Carancahua, Ste 1900 | Corpus Christi | TX | 78401 |
| Corporation Service Company | | PO Box 2576 | | Springfield | IL | 62708 |
| Countrywide Sanitation Co | c/o Countrywide Sanitation Co | Attn: Seth | PO Box 5551 | Grand Forks | ND | 58206-5551 |
| CT Corporation System, as Representative | Attn: SPRS | 330 N Brand Blvd, Suite 700 | | Glendale | CA | 91203 |
| Dakota Carrier Network | | PO Box 2484 | | Fargo | ND | 58108-2484 |
| Dalton Utilities | | PO Box 869 | | Dalton | GA | 30722-0869 |
| Dell Financial Services L.L.C. | | Mail Stop-PS2DF-23, One Dell Way | | Round Rock | TX | 78682 |
| Denton Municipal Electric | | 215 E McKinney St | | Denton | TX | 76201 |
| Duke Energy Carolinas | | PO Box 601297 | | Charlotte | NC | 28260-1297 |
| Elliot Electric Supply, Inc. | | 2526 N Stallings Dr, PO Box 630610 | | Nacogdoches | TX | 75963 |
| Fiber Net | | PO Box 625 | | Sylva | NC | 28779 |
| Frontier Communications America Inc | | PO Box 740407 | | Cincinnati | OH | 45274-0407 |
| Garic Inc. | | 68 35th Street, Suite C653 | Mailbox #4 | Brooklyn | NY | 11232 |
| Garic, Inc. | | 68 35th Street, Suite C653 | | Brooklyn | NY | 11232 |
| Gaylor Electric, Inc. DBA Gaylor, Inc. | | 5750 Castle Creek Parkway North Drive | Suite 400 | Indianapolis | IN | 46250 |
| GlobalGig | | PO Box 227372 | | Dallas | TX | 75222-7372 |
| Graybar Electric Company Inc | | 34 N Meramec Ave | | St. Louis | MO | 63105 |
| Graybar Electric Company, Inc. | c/o Coats Rose | Attn: Ben Aderholt | 9 Greenway Plaza, Ste 1000 | Houston | TX | 77046 |



# Exhibit C
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Housley Communications, Inc. | c/o Carter, Boyd, Lisson & Hohsensee | Attn: Jeffrey S. Lisson | 515 West Harris Ave, Ste 100 | San Angelo | TX | 76903 |
| Huband-Mantor Construction Inc | | 43000 IH-10 West | | Boerne | TX | 78006 |
| Humphrey & Associates, Inc. | | 1201 Duncan Street | | Denton | TX | 76205 |
| Imperial Fire Protection, LLC | | 116 Calverley Pl | | Keller | TX | 76248 |
| Indigo Commercial Funding, LLC | | 6700 E Pacific Coast HWY, Suite 295 | | Long Beach | CA | 90803 |
| Internal/Resound Networks | | PO Box 1741 | | Pampa | TX | 79066 |
| Level 3 Communications LLC | | 1025 Eldorado Blvd | | Broomfield | CO | 80021 |
| LML Services dba FlowTx | Attn: West Winter, Attorney - Counselor at Law | 9601 Mcallister Freeway, Ste 401 | | San Antonio | TX | 78216 |
| Logix Fiber networks | | PO Box 734120 | | Dallas | TX | 75373-4120 |
| Maddox Industrial Transformer LLC | Attn: Accounts Payable | 865 Victor Hill Road | | Greer | SC | 29651 |
| Marble Community Water System | Attn: Dianne Chastain | PO Box 274 | | Marble | NC | 28905 |
| McCarthy Building Companies Inc | | 12851 Manchester Road | | St. Louis | MO | 63131 |
| McCarthy Building Companies, Inc. | c/o Vitek Lange PLLC | Attn: Ross Vitek | 300 Throckmorton Street, Suite 650 | Fort Worth | TX | 76102 |
| McCorvey Sheet Metal Works, LP | | 8610 Wallisville Rd | | Houston | TX | 77029 |
| McElroy Metal Mill, Inc dba McElroy Metal | c/o Levy Von Beck Comstock, P.S. | 1200 5th Aveue, Ste 1850 | | Seattle | WA | 98101 |
| MK Marlow Company, LLC | | 16116 College Oak | | San Antonio | TX | 78249 |
| Morsco Supply LLC dba Morrison Supply Company | | 10130 Jones Maltsberger Rd | | San Antonio | TX | 78216-4149 |
| Murphy Electric Power Board | Attn: Chris Raper | PO Box 1009 | | Murphy | NC | 28905 |
| Network Cabling Services, Inc. | Ben Westcott, Andrews Myers, PC - Attorneys at Law | 1885 Saint James Place #1500 | | Houston | TX | 77056 |
| NODAK Electric Cooperative | Attn: Matt Marshall | 4000 32nd Ave South | | Grand Forks | ND | 58208-3000 |
| North Mill Credit Trust | | 9 Executive Circle, Suite 230 | | Irvine | CA | 92614 |
| NYDIG ABL LLC | | 2443 Fillmore Street #406 | | San Francisco | CA | 94115 |
| Optilink | | 1200 VD Parrott Jr Pkwy #101 | | Dalton | GA | 30721 |
| Power & Digital Infrastructure Corp. | | 2800 Northup Way, Suite 220 | | Bellevue | WA | 98004 |
| Priority Power | | 2201 E Lamar Blvd, Ste 275 | | Arlington | TX | 76006 |
| Regional Disposal and Metal LLC | | PO Box 1029 | | Murphy | NC | 28906 |
| Resound Networks LLC | | PO Box 1741 | 100 N Cuyler St | Pampa | TX | 79066 |
| Shell Energy Solutions | | 21 Waterway Avenue | | The Woodlands | TX | 77380 |
| Silverpeak Credit Partners LP, as Collateral Agent | | 40 West 57Th Street, 29Th Floor | | New York | NY | 10019 |
| Spectrum | | PO Box 223085 | | Pittsburgh | PA | 15251-2085 |
| Summit Electric Supply Company, Inc. | Attn: Carl Williams, Tom Lyman | 2900 Stanford NE | | Albuquerque | NM | 87107 |
| Sure Steel - Texas, LP | | 7528 Cornia Dr | | South Weber | UT | 84405 |
| T&D Moravits & Co. | | 10511 Shaenfield Rd | | San Antonio | TX | 78254 |
| TanMar Rentals, LLC | Attn: Pony | PO Box 1376 | | Lafayette | LA | 70508 |

In re: Core Scientific, Inc., *et al*.
Case No. 22-90341 (DRJ)



**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| TCF National Bank | | 800 Burr Ridge Parkway | | Burr Ridge | IL | 60527 |
| Tennessee Valley Authority | | 26 Century Blvd Ste. 100 | | Nashville | TN | 34214 |
| Texas AirSystems, LLC | SCG Mechanical LP dba Way Mechanical | 720 Industrial Blvd #200 | | Grapevine | TX | 76051 |
| Time Warner Cable | | PO Box 223085 | | Pittsburgh | PA | 15251-2085 |
| Toyota Industries Commercial Finance, Inc. | | PO Box 9050 | | Dallas | TX | 75019-9050 |
| VFSOX, LLC | | 60 S. Washington Street | | Oxford | MI | 48371 |
| Way Mechanical | | 1077 Central Pkwy S Suite 100 | | San Antonio | TX | 78232 |
| Wesley-Thompson Hardware, Inc. | | 102 Interloop | | San Antonio | TX | 78216 |
| Windstream Communications | | PO Box 9001908 | | Louisville | KY | 40290-1908 |
| Xcel Energy | | PO Box 9477 | | Minneapolis | MN | 55484-9477 |
| XPDI Merger Sub, Inc. | | 2800 Northup Way, Suite 220 | | Bellevue | WA | 98004 |

# **<u>Exhibit D</u>**



# Exhibit D
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Calvert City Hall | Attn: Tim | | gadair@calvertcityky.gov |
| CITI Bank, N.A. | | | contact@cit.com |
| Cogent Communications | | | support@cogentco.com |
| ComNet Communications, LLC | c/o Canterbury, PC | Attn: Brad Gaswirth & Bill Bielmyer Jr | info@canterburylaw.com bbielmyerjr@comnetcomm.com |
| Consolidated Electrical Distributors, Inc. dba Sun Valley Electric Supply | Attn: Misti Beanland and Robert Davis | c/o Matthews, Shiels, Knott, Eden, Davis & Beanland, LLP | dknott@mssattorneys.com reden@mssattorneys.com bdavis@mssattorneys.com beanland@mssattorneys.com mthomson@mssattorneys.com |
| Coonrod Electric Co, LLC | c/o Branscomb Law | Attn: James Egbert | jegbert@branscomblaw.com |
| Countrywide Sanitation Co | c/o Countrywide Sanitation Co | Attn: Seth | rachel@countrywidesanitation.com |
| Dalton Utilities | | | customercontact@dutil.com |
| Denton Municipal Electric | | | citysecretary@cityofdenton.com |
| Elliot Electric Supply, Inc. | | | helpdesk@elliottelectric.com |
| Fiber Net | | | support@fiber.net |
| Garic, Inc. | | | jennifer@www.garicinc.com |
| Gaylor Electric, Inc. DBA Gaylor, Inc. | | | contactus@gaylor.com |
| GlobalGig | | | us.sales@globalgig.com |
| Graybar Electric Company, Inc. | c/o Coats Rose | Attn: Ben Aderholt | baderholt@coatsrose.com |
| Housley Communications, Inc. | c/o Carter, Boyd, Lisson & Hohsensee | Attn: Jeffrey S. Lisson | jlisson@carterboyd.com |
| Internal/Resound Networks | | | info@resoundnetworks.com |
| Logix Fiber networks | | | info@logix.com |
| Maddox Industrial Transformer LLC | Attn: Accounts Payable | | ap@maddoxtransformer.com |
| Marble Community Water System | Attn: Dianne Chastain | | info@ncrwa.org |
| McCorvey Sheet Metal Works, LP | | | sales@mccorvey.com |
| McElroy Metal Mill, Inc dba McElroy Metal | c/o Levy Von Beck Comstock, P.S. | | info@mcelroymetal.com |
| Morsco Supply LLC dba Morrison Supply Company | | | customerservice@morsco.com |
| Murphy Electric Power Board | Attn: Chris Raper | | customerservice@murphypower.com |
| Network Cabling Services, Inc. | Ben Westcott,Andrews Myers, PC - Attorneys at Law | | sales@ncs-tx.com |
| NODAK Electric Cooperative | Attn: Matt Marshall | | nodak@nodakelectric.com |
| Optilink | | | helpdesk@optilink.us |
| Regional Disposal and Metal LLC | | | office@837junk.com |
| Summit Electric Supply Company, Inc. | Attn: Carl Williams, Tom Lyman | | info@summit.com tom.lyman@summit.com |
| Tennessee Valley Authority | | | tvainfo@tva.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 1 of 1