IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 22-90341 (DRJ) |
| CORE SCIENTIFIC, INC., et al., | § | |
| | § | Chapter 11 |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE IN CHAPTER 11 CASE

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned Chapter 11 case as counsel for Gaylor Electric, Inc. d/b/a Gaylor, Inc. ("Gaylor, Inc.") pursuant to Rules 2002, 9007 and 9001(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §1109(b), and hereby requests that all notices given or required to be given and all papers or pleadings served or required to be served in this Chapter 11 case be delivered and served upon Gaylor, Inc. at the address of its counsel as set forth below and that the following name be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as set forth below:

> James B. Bailey
> BRADLEY ARANT BOULT CUMMINGS LLP
> One Federal Place
> 1819 5th Avenue N.
> Birmingham, AL 35203
> Ph: 205-521-8000
> Email: jbailey@bradley.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. §1109(b), the foregoing request includes all notices, papers and pleadings referred to in the above-mentioned Federal Rules of Bankruptcy Procedure together with all orders and notices of applications, motions, petitions, pleadings, demands, complaints or other documents which, in any way, affect the above-captioned debtor, its property or any related adversary proceeding.

PLEASE TAKE FURTHER NOTICE that Gaylor, Inc. does not intend for this notice or appearance or any later appearance, pleading, claim, or suit to constitute a waiver of (1) the right of Gaylor, Inc. to have final orders in non-core matters entered only after *de novo* review by the District Court, (2) the right of Gaylor, Inc. to a trial by jury in any proceeding so triable in this case or in any case, controversy or proceeding related to this case, (3) the right of Gaylor, Inc. to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other right, claim, action, defense, set off or recoupment to which Gaylor, Inc. is or may be entitled.  Further, this Entry of Appearance constitutes a special appearance and is not to be deemed a consent to or waiver of the right to challenge the jurisdiction of the Bankruptcy Court, including without limitation, the jurisdiction of the Court to adjudicate non-core matters, all of which rights are reserved without prejudice.

/s/ *James B. Bailey*

James B. Bailey
**BRADLEY ARANT BOULT CUMMINGS LLP**
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
jbailey@bradley.com

**Counsel for Gaylor Electric, Inc. d/b/a Gaylor, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of January, 2023 I electronically filed the foregoing with the Clerk of the Court using the CM-ECF system, which will send notification of such filing to all parties requesting electronic service.

                                                  */s/ James B. Bailey*
                                                  OF COUNSEL