IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*, | § | Case No. 22-90341 (DRJ) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS BY THE BOARD OF DIRECTORS OF CORE SCIENTIFIC, INC.

TO ALL PARTIES:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for the Board of Directors of Core Scientific, Inc. (the "Board"), a party in interest in the above-styled case and requests, as provided in 11 U.S.C. §§1109(b) and 342, and/or Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given or required to be given in the above captioned case(s), and all papers served or required to be served upon the foregoing party-in-interest, also be given to and served, whether electronically or otherwise, upon:

Peter C. Lewis, Esq.
**Scheef & Stone, L.L.P.**
500 North Akard Street, Suite 2700
Dallas, Texas 75201
Telephone: (214) 706-4200
Facsimile: (214) 706-4242
E-Mail: peter.lewis@solidcounsel.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198).  The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices and papers referred to in the Bankruptcy Rules, and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

PLEASE TAKE FURTHER NOTICE that the undersigned additionally requests that the above-styled debtor, its counsel, and the Clerk of the Bankruptcy Court place the foregoing names and addresses on any mailing matrix or list of creditors to be prepared or existing in the above styled matter.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed as a waiver of any right, claim, defense, or argument, at law or in equity, the Board has or may have in this case or any proceeding relating to this case, including, but not limited to, any right to (a) request withdrawal of the reference, (b) demand a trial by jury, and/or (c) contest jurisdiction or venue.

Dated:  January 24, 2023                    Respectfully submitted,

                                          **SCHEEF & STONE, L.L.P.**

                                        By:  */s/ Peter C. Lewis*
                                              Peter C. Lewis
                                              Texas State Bar No. 12302100
                                              peter.lewis@solidcounsel.com
                                              500 N. Akard, Suite 2700
                                              Dallas, Texas 75201
                                              Telephone: (214) 706-4200
                                              Facsimile: (214) 706-4242

                                        **ATTORNEYS FOR THE BOARD OF DIRECTORS OF CORE SCIENTIFIC, INC.**

3

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers was served via electronic notification to the persons and/or entities registered with CM/ECF on this the 24th day of January, 2023.

*/s/ Peter C. Lewis*
Peter C. Lewis