# EXHIBIT A

## AFFIDAVIT CLAIMING MECHANIC'S AND MATERIALMAN'S LIEN

STATE OF TEXAS            §
                          §
COUNTY OF KENDALL         §

Before me, the undersigned notary, on this day personally appeared Kenny Mantor, the undersigned affiant, who swore on his oath the following facts are true.

1. "My name is Kenny Mantor. I am the President of Huband-Mantor Construction, Inc. ("Claimant HMC"). This affidavit is made on behalf of Claimant HMC to perfect a lien under Texas Property Code Chapter 53 and Article 16, Section 37 of the Texas Constitution.

2. Claimant HMC has an unpaid claim in the amount of $10,297,562.23 for labor, materials, equipment, and tools furnished for the construction of improvements generally known as the Core Scientific Cedarvale Barstow Project in Ward County, Texas (the "Project"). The claimed amount of $10,297,562.23 is within my personal knowledge, is just and true, and $8,784,545.05 is due and unpaid. The claimed amount of $10,468,949.12 includes retainage that has been withheld in the amount of $1,513,017.18. All just and lawful offsets, payments, and credits have been allowed. The claimed amount is for labor, materials, equipment, and tools furnished and described below, of which a systematic record has been kept. The claimed amount includes amounts claimed in previously recorded mechanic's lien affidavits which Claimant caused to be recorded in the Ward County, Texas real estate records at Document No. 2022-4334 on or about November 14, 2022, and Instrument No. 2023-0024 on or about January 5, 2023.

3. The name and last known address of the owner(s) or reputed owner(s) of the real property and improvements upon which this claim is made, and the party that employed Claimant HMC or to whom Claimant HMC furnished services are:

   Core Scientific, Inc.
   2800 Northup Way, Suite 220
   Bellevue, WA 98004
   and/or
   Core Scientific, Inc.
   210 Barton Springs Road, Suite 300
   Austin, TX 78704

4. The claimed amount of $10,297,562.23 represents the unpaid contract price due to Claimant HMC for which Claimant HMC is entitled to a lien or, in the alternative, the reasonable value of the unpaid portion of Claimant HMC's labor, materials, equipment, and tools furnished for which Claimant HMC is entitled to a lien.

5. Claimant HMC's claim is for labor, materials, equipment, and tools furnished for the construction of data processing facilities, buildings, drives, and other improvements at the Project. Claimant HMC's unpaid claim includes amounts owed to HMC through December 1, 2022.

6. Claimant HMC furnished its labor, materials, equipment, and tools under a contract with Core Scientific, Inc., 106 E. 6th Street, Austin, Texas 78701, as the original contractor for the Project.

7. The property upon which Claimant HMC seeks to establish and charge its lien is generally described as SEC 229 (A292) BLOCK 34 H&TC and as further described in Exhibit A attached hereto.

8. Claimant HMC claims a mechanic's, contractor's, and materialman's lien upon the above-described real property and improvements to secure payment of its claim in the total amount of $10,297,562.23 in accordance with the Texas Property Code.

8. Claimant HMC, as an original contractor, claims a constitutional lien upon the above-described real property and improvements to secure payment of its claim in the amount of $10,297,562.23 in accordance with the Texas Constitution.

9. Claimant HMC's physical and mailing address is 43000 IH 10 West, Boerne, Texas 78006.

10. In compliance with the Texas Property Code, Claimant HMC is sending copies of this affidavit to the above-described owners at their last known addresses."

Huband-Mantor Construction, Inc.

*Kenny Mantor*
Kenny Mantor, President

Subscribed, sworn to, and acknowledged before me by Kenny Mantor on the 17th day of January 2023, to certify which witness my hand and seal of office.

*Kathleen E. Oser*
Notary Public in and for the State of Texas
My commission expires: 2/13/2024

After recording, please return to:
Jay K. Farwell
jfarwell@cokinoslaw.com
Cokinos | Young
10999 West IH-10, Suite 800
San Antonio, Texas 78230



KATHLEEN E OSER
Notary ID #128883136
My Commission Expires
February 13, 2024



FILED FOR RECORD
DENISE VALLES - COUNTY CLERK
WARD COUNTY, TEXAS

# INST NO:2023-0202

FILED ON: JANUARY 19, 2023 AT 2:11pm
THE INSTRUMENT CONTAINED 4 PAGES AT FILING

THE STATE OF TEXAS
COUNTY OF WARD

I, Denise Valles, Clerk County Court in and for said county hereby do certify that the foregoing instrument was filed for record in my office on the 19th day of January 2023 at 2:11 PM and duly recorded on that date, in the Official Public Records of said county.

**Instrument # 2023-0202, 4 Pages**
Denise Valles, County Clerk