# EXHIBIT A

## AFFIDAVIT CLAIMING MECHANIC'S AND MATERIALMAN'S LIEN

STATE OF TEXAS §
§
COUNTY OF KENDALL §

Before me, the undersigned notary, on this day personally appeared Kenny Mantor, the undersigned affiant, who swore on his oath the following facts are true.

1. "My name is Kenny Mantor. I am the President of Huband-Mantor Construction, Inc. ("Claimant" or "HMC). This affidavit is made on behalf of Claimant HMC to perfect a lien under Texas Property Code Chapter 53 and Article 16, Section 37 of the Texas Constitution.

2. Claimant HMC has an unpaid claim in the amount of $1,967,676.93 for labor, materials, equipment, and tools furnished for the construction of improvements generally known as the Core Scientific Cottonwood Data Center #2 Pecos Project in Reeves County, Texas (the "Project"). The claimed amount of $1,967,676.93 is within my personal knowledge, is just and true, and is due and unpaid. All just and lawful offsets, payments, and credits have been allowed. The claimed amount is for labor, materials, equipment, and tools furnished and described below, of which a systematic record has been kept. The claimed amount of $1,967,676.93 includes amounts claimed in a previously recorded mechanic's lien affidavit which Claimant caused to be recorded in the Reeves County, Texas real estate records at Document No. 2022007953 on or about November 14, 2022.

3. The name and last known address of the owner(s) or reputed owner(s) of the real property and improvements upon which this claim is made are:

   JRC/RGC34 Trade Tracts, LTD.
   c/o Jefferson Realty Co.
   600 Jefferson, Suite 330
   Houston, TX 77002
   and/or
   Core Scientific, Inc.
   210 Barton Springs, Road
   Suite 300
   Austin, TX 78704

   Claimant understands that some or all of the lands on which the improvements described herein are constructed may be leased to Core Scientific, Inc. Claimant claims a lien as to Core Scientific Inc.'s interest in the land and improvement

4. The claimed amount of $1,967,676.93 represents the unpaid contract price due to Claimant HMC for which it is entitled to a lien or, in the alternative, the reasonable

       value of the unpaid portion of Claimant HMC's labor, materials, equipment, and tools furnished for which it is entitled to a lien.

5.    Claimant HMC's claim is for labor, materials, equipment, and tools furnished for the construction of a data processing facility, buildings, drives and other improvements at the Project. Claimant HMC's unpaid claim includes amounts owed to HMC through December 1, 2022.

6.    Claimant HMC furnished its labor, materials, equipment, and tools under a contract with Core Scientific, Inc. 106 E. 6th Street, Austin, Texas 78701, as the original contractor for the Project.

7.    The property upon which Claimant HMC seeks to establish and charge its lien is described in **Exhibits A and B** attached hereto.

8.    Claimant HMC claims a mechanic's, contractor's, and materialman's lien upon the above-described real property and improvements to secure payment of its claim in the amount of $1,967,676.93 in accordance with the Texas Property Code.

9.    Claimant HMC, as an original contractor, claims a constitutional lien upon the above-described real property and improvements to secure payment of its claim in the amount of $1,967,676.93 in accordance with the Texas Constitution.

10.   Claimant HMC's physical and mailing address is 43000 IH-10 West, Boerne, TX 78006.

11.   In compliance with the Texas Property Code, Claimant HMC is sending copies of this affidavit to the above-described owners at their last known addresses."

                                           Huband-Mantor Construction, Inc.

                                           *[signature]*
                                           Kenny Mantor, President

Subscribed, sworn to, and acknowledged before me by Kenny Mantor on the 17th day of January 2023, to certify which witness my hand and seal of office.

                                           *[signature]*
                                           Notary Public, State of Texas
                                           My commission expires: 2/13/2024

After recording, please return to:
Terrie Edwards
tedwards@cokinoslaw.com
10999 West IH-10, Suite 800
San Antonio, Texas 78230

KATHLEEN E OSER
Notary ID #128883136
My Commission Expires
February 13, 2024

# EXHIBIT "A"

REEVES COUNTY, TEXAS
T. & P. RR. CO. SECTION 40 BLOCK 55 ABSTRACT 3148
POB
N: 10538809.26
E: 1214859.87
LAT: 31.534718
PUBLIC SCHOOL LANDS SECTION 37 BLOCK 57 ABSTRACT 6705
FM 3116 120' RIGHT-OF-WAY
S 01°44'36" W 2355.25' (TIE)
1/2" CAP
1" IPF
JOBE RANCH FAMILY LIMITED PARTNERSHIP VOL. 937, PG. 328 O.P.R.R.C.T.
T. & P. RR. CO. SECTION 6 BLOCK 55 ABSTRACT 3149
PUBLIC SCHOOL LANDS SECTION 48 BLOCK 57
T. & P. RR. CO. SECTION 7 BLOCK 55 ABSTRACT 818
STATE OF TEXAS REGISTERED MATTHEW TOMERLIN 6503 PROFESSIONAL LAND SURVEYOR
NOTES
LEGEND
COTTONWOOD
JOBE RANCH FAMILY LIMITED PARTNERSHIP PROPOSED SURFACE LEASE
SCALE 1" = 1000'
DATAPOINT SURVEYING & MAPPING
San Antonio, TX
SHEET 1 OF 3



# EXHIBIT
# REEVES COUNTY, TEXAS
## T. & P. RR. CO. SURVEY, SECTION 6, BLOCK 55, ABSTRACT 3149

PRIORITY POWER
COTTONWOOD
JOBE RANCH FAMILY LIMITED PARTNERSHIP

### 50.00 ACRE SURFACE LEASE

Being a 50.00 acre surface lease located in the T. & P. RR. Co. Survey, Section 6, Block 55, Abstract 3149, Reeves County, Texas; being part of a tract of land described in Deed to Jobe Ranch Family Limited Partnership as recorded in Volume 937, Page 328 of the Official Public Records of Reeves County Texas; said surface lease being more particularly described as follows:

BEGINNING at a 3-inch iron pipe found for the Northwest corner of said Section 6;

THENCE S 88°21'43" E, a distance of 1,351.06 feet, to a 1/2-inch capped iron rod stamped "DATAPOINT 10194585" set for corner;

THENCE S 62°55'34" E, a distance of 783.60 feet, to a 1/2-inch capped iron rod stamped "DATAPOINT 10194585" set for corner;

THENCE S 01°38'17" W, a distance of 779.22 feet, to a 1/2-inch capped iron rod stamped "DATAPOINT 10194585" set for corner;

THENCE N 88°21'43" W, a distance of 2,058.72 feet, to a 1/2-inch capped iron rod stamped "DATAPOINT 10194585" set for corner, from which a 1/2-inch capped iron rod found for the Northeast corner of Public School Lands Survey, Section 48, Block 57, Abstract 5055 bears S 01°44'36" W a distance of 2,355.25 feet;

THENCE N 01°38'17" E, a distance of 1,115.78 feet, to the POINT OF BEGINNING, in all containing 2,178,000 square feet or 50.00 acres, more or less.

I, Matthew Tomerlin, Registered Professional Land Surveyor No. 6503 of the State of Texas, do hereby certify this plat shows the results of an on the ground survey made under my direction. Original signed and stamped in red ink.

_____ Date of Signature: October 4, 2021

MATTHEW TOMERLIN
REGISTERED PROFESSIONAL LAND SURVEYOR NO. 6503
FIRM REGISTRATION/LICENSE NO. 10194585
FOR DATAPOINT SURVEYING AND MAPPING
12450 NETWORK BLVD, SUITE 300
SAN ANTONIO, TX. 78249
(777) 726-4240 OFFICE
(777) 726-4241 FAX





PLAT OF SURVEY OF A 50.00 ACRE TRACT OF LAND
PRELIMINARY

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | S 59°21'39" E | 555.18' |
| L2 | S 62°08'31" E | 1321.13' |

## REEVES COUNTY, TEXAS
### PUBLIC SCHOOL LANDS SURVEY, SECTION 37, BLOCK 57, ABSTRACT 5705

PRIORITY POWER
COTTONWOOD
HAWKINS INVESTMENTS, INC.

#### PROPOSED 60 FEET WIDE
#### ELECTRIC EASEMENT

Being a Centerline description of a proposed 60 foot-wide easement being located in the Public School Lands Survey, Section 37, Block 57, Abstract 5705, Reeves County, Texas; being part of a tract of land (Tract 12) described in Deed to Hawkins Investments, Inc. as recorded in Volume 562, Page 774 of the Deed Records of Reeves County Texas; said easement being described by a centerline which is bound by lines 30 feet each side and parallel to said centerline and being more particularly described as follows:

BEGINNING at a point in the West line of said Section 37, from which a 1/2-inch capped iron rod found for the Southwest corner of said Section 37, bears S 01°42'51" W, a distance of 4,846.37 feet;

THENCE S 59°21'38" E, a distance of 555.19 feet to a point;

THENCE S 62°55'34" E, a distance of 1,321.13 feet to the POINT OF TERMINATION, from which a 1/2-inch capped iron rod found for the Southeast corner of said Section 37, bears S 01°42'36" W, a distance of 4,014.26 feet, with said easement containing 112,520 square feet or 2.583 acres of land, more or less, said easement having a centerline length of 1,876.32 feet or 113.716 rods.

I, Matthew Tomerlin, Registered Professional Land Surveyor No. 6503 of the State of Texas, do hereby certify this plat shows the results of an on the ground survey made under my direction.
Original signed and stamped in red ink.

_____ Date of Signature: April 29, 2022
MATTHEW TOMERLIN
REGISTERED PROFESSIONAL LAND SURVEYOR NO. 6503
FIRM REGISTRATION/LICENSE NO. 10194585
FOR DATAPOINT SURVEYING AND MAPPING
12450 NETWORK BLVD, SUITE 300
SAN ANTONIO, TX. 78249
(777) 726-4240 OFFICE
(777) 726-4241 FAX



2022 - 2022007953 11/14/2022 02:01 PM Page 8 of 11

2022 - 2022007227 10/20/2022 08:45 AM Page 10 of 13

2022 - 2022007953 11/14/2022 02:01 PM Page 9 of 11

2022 - 2022007227 10/20/2022 06:45 AM Page 11 of 13

## REEVES COUNTY, TEXAS
### PUBLIC SCHOOL LANDS SURVEY, SECTION 37, BLOCK 57, ABSTRACT 5705

COTTONWOOD
HAWKINS INVESTMENTS, INC.

**PROPOSED 60 FEET WIDE**
**ELECTRIC EASEMENT**

Being a Centerline description of a proposed 60 foot-wide easement being located in the Public School Lands Survey, Section 37, Block 57, Abstract 5705, Reeves County, Texas; being part of a tract of land (Tract 12) described in Deed to Hawkins Investments, Inc. as recorded in Volume 562, Page 774 of the Deed Records of Reeves County Texas; said easement being described by a centerline which is bound by lines 30 feet each side and parallel to said centerline and being more particularly described as follows:

BEGINNING at a point in the West line of said Section 37, from which a 1/2-inch capped iron rod found for the Southwest corner of said Section 37, bears S 01°42'51" W, a distance of 4,846.37 feet;

THENCE S 59°21'38" E, a distance of 523.90 feet to a point;

THENCE S 62°55'34" E, a distance of 1,351.44 feet to the POINT OF TERMINATION, from which a 1/2-inch capped iron rod found for the Southeast corner of said Section 37, bears S 01°42'36" W, a distance of 4,014.26 feet, with said easement containing 112,520 square feet or 2.583 acres of land, more or less, said easement having a centerline length of 1,875.34 feet or 113.657 rods.

I, Matthew Tomerlin, Registered Professional Land Surveyor No. 6503 of the State of Texas, do hereby certify this plat shows the results of an on the ground survey made under my direction.
Original signed and stamped in red ink.

_____ Date of Signature. November 4, 2021
MATTHEW TOMERLIN
REGISTERED PROFESSIONAL LAND SURVEYOR NO. 6503
FIRM REGISTRATION/LICENSE NO. 10194585
FOR DATAPOINT SURVEYING AND MAPPING
12450 NETWORK BLVD, SUITE 300
SAN ANTONIO, TX. 78249
(777) 726-4240 OFFICE
(777) 726-4241 FAX





# Reeves County
## Evangelina N. Abila
### Reeves County Clerk

Instrument Number: 2023000448

eRecording - Real Property

LIEN

Recorded On: January 18, 2023 10:58 AM          Number of Pages: 11

" Examined and Charged as Follows: "

Total Recording: $62.00

*********** **THIS PAGE IS PART OF THE INSTRUMENT** ***********
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

**File Information:**                          **Record and Return To:**
Document Number:   2023000448                  Simplifile
Receipt Number:    20230118000011
Recorded Date/Time: January 18, 2023 10:58 AM
User:              Rebecca G
Station:           CLERK07



**STATE OF TEXAS**
**COUNTY OF REEVES**

I hereby certify that this Instrument was FILED In the File Number sequence on the date/time printed hereon, and was duly RECORDED in the Official Records of County, Texas.

Evangelina N. Abila
Reeves County Clerk                            *Evangelina N. Abila*
Reeves County, TX