IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., et al | § § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned appears, pursuant to Section 1109(b) of the U.S. Bankruptcy Code, 11 U.S.C. § 101, *et seq.* (the "**Bankruptcy Code**") and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), as counsel for an ad hoc group (the "**Ad Hoc Equity Group**") of beneficial holders of the common stock of Core Scientific, Inc. ("**Core Scientific**" or the "**Company**" and, together with its affiliated debtors and debtors in possession, the "**Debtors**") and hereby submits this notice of appearance and requests notice of all hearings and conferences herein and makes demand for service of all papers herein, including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, and 9007. All notices given or required to be given in these cases shall be served upon:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

**The Ad Hoc Equity Group**

Noelle M. Reed (State Bar No. 24044211)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1000 Louisiana Street
Suite 6800
Houston, Texas 77002
Tel: (713) 655-5122
Fax: (713) 483-9122
Email: Noelle.Reed@skadden.com

-and-

George N. Panagakis
(*Application for pro hac vice Admission Forthcoming*)
Ron E. Meisler
(*Application for pro hac vice Admission Forthcoming*)
Christopher M. Dressel
(*Application for pro hac vice Admission Forthcoming*)
Jennifer Madden
(*Application for pro hac vice Admission Forthcoming*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411
Email: George.Panagakis@skadden.com
Email: Ron.Meisler@skadden.com
Email: Christopher.Dressel@skadden.com
Email: Jennifer.Madden@skadden.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes all notices and papers referred to in the Bankruptcy Code and Bankruptcy Rules and also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, email, or otherwise filed in these cases.

**PLEASE TAKE FURTHER NOTICE** that this Appearance and Request for Notice shall not be deemed to be a waiver of the Ad Hoc Equity Group's rights (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any

2

proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to any other rights, claims, actions, defenses, set-offs, or recoupments to which the Ad Hoc Equity Group is or may be entitled under agreement, in law or in equity, which rights, claims, actions, defenses, set-offs, and recoupments the Ad Hoc Equity Group expressly reserves, or (5) to any and all defenses or objections the Ad Hoc Equity Group may have to any claims asserted against it in this action including, without limitation, any defense based on insufficient service of process, jurisdiction (including personal jurisdiction), or capacity to be sued.

**PLEASE TAKE FURTHER NOTICE** that the Ad Hoc Equity Group respectfully asks that the above e-mail addresses be added to the CM/ECF e-filing recipient list for this matter, which addresses are: Noelle.Reed@skadden.com, George.Panagakis@skadden.com, Ron.Meisler@skadden.com, Christopher.Dressel@skadden.com, Jennifer.Madden@skadden.com.

Dated: January 27, 2023

    Respectfully submitted,

    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

    */s/ Noelle M. Reed*
    Noelle M. Reed
    Attorney-in-Charge
    State Bar No. 24044211
    Federal Bar No. 274247
    1000 Louisiana Street
    Suite 6800
    Houston, Texas 77002
    Tel: (713) 655-5122
    Fax: (713) 483-9122
    Email: Noelle.Reed@skadden.com

    -and-

George N. Panagakis
(Application for pro hac vice Admission Forthcoming)
Ron E. Meisler
(Application for pro hac vice Admission Forthcoming)
Christopher M. Dressel
(Application for pro hac vice Admission Forthcoming)
Jennifer Madden
(Application for pro hac vice Admission Forthcoming)
155 North Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411
Email: George.Panagakis@skadden.com
Email: Ron.Meisler@skadden.com
Email: Christopher.Dressel@skadden.com
Email: Jennifer.Madden@skadden.com

*Attorneys for the Ad Hoc Equity Group*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing document to be served by electronic transmission via the Court's ECF system to all parties registered to receive electronic notice in this case.

/s/ Noelle M. Reed
Noelle M. Reed