### EXHIBIT A

### Organizational Chart



**Debtors' Exhibit No. 2**
**Page 2 of 2**