IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.,* | § | Case No. 22-90341 (DRJ) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |
| | § | |

**COMMITTEE'S WITNESS AND EXHIBIT LIST
FOR HEARING ON FEBRUARY 1, 2023**

The Official Committee of Unsecured Creditors (the "Committee") for Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), files this witness and exhibit list (the "Witness and Exhibit List") for the final hearing to consider the *Emergency Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (D) Granting Adequate Protection to Prepetition Secured Parties, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief* [ECF No. 38] scheduled for February 1, 2023 at 12:30 p.m. (Prevailing Central Time) (the "Final Hearing"):

**WITNESSES**

The Committee may call any of the following witnesses at the Final Hearing:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

1. John Singh, Partner, PJT Partners Inc.;

2. Rodi Blokh, Partner, AlixPartners, LLP;

3. Adam Verost, Ducera Partners LLC;

2. Any witness called or listed by any other party; and

3. Any rebuttal witnesses.

## EXHIBITS

The Committee may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1 | UCC 0001 - Notice of Deposition of John Singh | | | | |
| 2 | UCC 0002 - Notice of Rule 30(b)(6) Deposition of the Debtors | | | | |
| 3 | UCC 0003 - Declaration of John Singh in Support of Emergency Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Providing Claims With Superpriority Administrative Expense Status, (D) Granting Adequate Protection to the Prepetition Secured Parties, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief **[ECF No. 98]** | | | | |
| 4 | UCC 0004 – December 14, 2022 Project Cobalt DIP Discussion Materials | | | | |
| 5 | UCC 0005/5A – December 9, 2022 Letter from K. Hansen to R. Schrock re: Core Scientific, Inc. Convertible Notes | | | | |
| 6 | UCC 0006/6A – December 10, 2022 Project Cobalt Special Committee Discussion Materials | | | | |
| 7 | UCC 0008/8A – December 15, 2022 Project Cobalt Special Committee Discussion Materials | | | | |
| 8 | UCC 009/9A – December 18, 2022 Project Cobalt Special Committee Discussion Materials | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 9 | UCC 0014 – December 20, 2022 Project Cobalt DIP Budget Assumptions | | | | |
| 10 | UCC 0015 – Notice of Filing of Initial DIP Budget **[ECF No. 97]** | | | | |
| 11 | UCC 0016 – January 18, 2023 Draft Proposed DIP Budget Update to Current Approved DIP Budget | | | | |
| 12 | January 17, 2023 Weekly Liquidity Update Variance Report & Preliminary Outlook | | | | |
| 13 | Interim Order (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims With Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief **[ECF No. 130]** | | | | |
| 14 | Notice of Corrections to DIP Credit Agreement **[ECF No. 188]** | | | | |
| 15 | Restructuring Support Agreement **[ECF No. 72]** | | | | |
| 16 | Transcript from January 25, 2023 Deposition of John Singh | | | | |
| 17 | Transcript from January 25, 2023 Deposition of Rodi Blokh | | | | |
| 18 | January 3, 2023 Project Muskogee Term Sheet | | | | |
| 19 | Declaration of Adam W. Verost in Support of the Objection of the Official Committee of Unsecured Creditors to Debtors' Emergency Motion to Obtain Post-Petition Debtor-In-Possession Financing **[ECF No. 364]** | | | | |
| | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |

|  | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party |  |  |  |  |
|---|---|---|---|---|---|
|  | Any exhibit listed by any other party |  |  |  |  |

*[Remainder of page intentionally left blank]*

## RESERVATION OF RIGHTS

The Committee reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserves the right to supplement this list at any time prior to the hearing. The Committee reserves the right to offer into evidence any exhibit necessary to rebut evidence or testimony offered by any other party and any exhibits listed or used by any other party.

Dated: January 30, 2023
      Houston, Texas

    Respectfully submitted,

    */s/ Jennifer J. Hardy*
    Jennifer J. Hardy (Texas Bar No. 24096068)
    600 Travis Street
    Houston, Texas 77002
    Telephone:  713-510-1700
    Facsimile:  713-510-1799
    Email:  jhardy2@willkie.com

    **AND**

    Brett H. Miller (admitted *pro hac vice*)
    Todd M. Goren (admitted *pro hac vice*)
    James H. Burbage (admitted *pro hac vice*)
    787 Seventh Avenue
    New York, New York 10019
    Telephone: 212-728-8000
    Facsimile: 212-728-8111
    Email: bmiller@willkie.com
           tgoren@willkie.com
           jburbage@willkie.com

    *Proposed Counsel to the Official Committee of Unsecured Creditors*

**Certificate of Service**

I hereby certify that on January 30, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Jennifer J. Hardy*
Jennifer J. Hardy