# Exhibit 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § § § § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.* | | Case No. 22-90341 (DRJ) |
| Debtors.[1] | | (Jointly Administered) |

## NOTICE OF DEPOSITION OF JOHN SINGH

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure made applicable to these cases through Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure, counsel for the Official Committee of Unsecured Creditors of Core Scientific, Inc. (the "**Committee**") and its related debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned Chapter 11 cases, will take the deposition by oral examination of John Singh in connection with the above-captioned matter beginning at 9:00 A.M. Eastern Time on January 24, 2023, virtually via Zoom, before a notary public or other officer authorized by law to administer oaths and continuing from day to day until completed. The deposition will be recorded stenographically, and may also be recorded through audio or video means.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.


Exhibit UCC 0001

Dated: January 13, 2023

        **WILLKIE FARR & GALLAGHER LLP**

        /s/*Jennifer J. Hardy*
Jennifer J. Hardy
State Bar No. 24096068
600 Travis Street
Houston, Texas 77002
Telephone: 713-510-1766
Email: jhardy2@willkie.com

Brett Miller
Todd Goren
Jeffrey B. Korn
James C. Dugan
James H. Burbage
787 Seventh Avenue
New York, New York 10019
Email:
bmiller@willkie.com
tgoren@willkie.com
jkorn@willkie.com
jdugan@willkie.com
jburbage@willkie.com

**PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**