# Exhibit 4

Filed Under Seal as Highly Confidential