# Exhibit 5

Filed Under Seal as Highly Confidential