# Exhibit 6

Filed Under Seal as Highly Confidential