# Exhibit 7

Filed Under Seal as Highly Confidential