# Exhibit 8

Filed Under Seal as Highly Confidential