# Exhibit 9

Filed Under Seal as Highly Confidential