# Exhibit 11

Filed Under Seal as Highly Confidential