# Exhibit 12

Filed Under Seal as Highly Confidential