# Exhibit 16

Filed Under Seal as Highly Confidential