# Exhibit 17

Filed Under Seal as Highly Confidential