# Exhibit 18

Filed Under Seal as Highly Confidential