IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*[1] | § | Case No. 22-90341 |
| | § | (Jointly Administered) |
| Debtors. § | | |

### UNITED STATES TRUSTEE'S WITNESS AND EXHIBIT LIST FOR FEBRUARY 1, 2023 HEARING

Kevin M. Epstein, the United States Trustee for Region 7 (the "U.S. Trustee") files this Witness and Exhibit List for the hearing scheduled for February 1, 2023 at 11:30 a.m., Central Time (or as such hearing may be continued or rescheduled, the "Hearing").

### WITNESSES

The U.S. Trustee may examine:

1. Any witnesses called or designated by any other party; and

2. Any witness necessary to rebut testimony of a witness called or designated by any other party.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR, LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

## **EXHIBITS**

The U.S. Trustee may offer into evidence any one or more of the following exhibits at the Hearing:

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| | All exhibits presented or designated by any other parties for the hearing | | | | |
| | All rebuttal exhibits | | | | |

The U.S. Trustee reserves the right to supplement or amend this Witness and Exhibit List at any time prior to the Hearing.

Date: January 30, 2023

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

By: /s/Jayson B. Ruff
Jayson B. Ruff
Trial Attorney
Michigan Bar No. P69893
515 Rusk, Ste. 3516
Houston, TX  77002
Telephone:  (713)718-4662
Facsimile:  (713)718-4670

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2023, I caused a true and correct copy of the foregoing **UNITED STATES TRUSTEE'S WITNESS AND EXHIBIT LIST FOR FEBRUARY 1, 2023 HEARING** to be served upon all parties receiving electronic notice via ECF.

/s/ Jayson B. Ruff
Jayson B. Ruff