# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF TEXAS

# HOUSTON DIVISION

| | |
|---|---|
| IN RE | Chapter 11 |
| CORE SCIENTIFIC, INC., et al., | Case No. 22-90341 |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Charles Basil and Mitch Edwards ("Basil/Edwards"), by and through its counsel, Ervin Cohen & Jessup LLP hereby request pursuant to Bankruptcy Code § 1009(b) and Bankruptcy Rules 2002, 3017, 4001, and 9007 that notice of all matters which may come before the Court be given as follows:

>  Charles Basil and Mitch Edwards
>  c/o Byron Z. Moldo/Russell M. Selmont
>  Ervin Cohen & Jessup LLP
>  9401 Wilshire Boulevard, 12th Floor
>  Beverly Hills, CA 90212

PLEASE TAKE FURTHER NOTICE that Basil/Edwards hereby request that they be included on the official mailing matrix and all limited notice or service lists authorized by the Court in this Case.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all orders, notices, applications, complaints, demands, replies, answers, hearings, motions, petitions, requests, operating reports, plans of reorganization, disclosure statements, including all amendments of any of the foregoing and any other documents brought before the Court in this case, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, email, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Basil/Edwards' (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Basil/Edwards are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED: January 30, 2023

ERVIN COHEN & JESSUP LLP

By: /s/ Byron Z. Moldo
BYRON Z. MOLDO (CA SBN 109652)
RUSSELL M. SELMONT (CA SBN 252522)
ERVIN COHEN & JESSUP LLP
9401 Wilshire Boulevard, 12th Floor
Beverly Hills, CA 90212
Tel: 310.273.6333
Fax: 310.887.6802
Email: bmoldo@ecjlaw.com
rselmont@ecjlaw.com
Attorneys for Charles Basil and Mitch Edwards