| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In re: Core Scientific, Inc. *et al.*, | | |

This lawyer, who is admitted to the State Bar of Texas:

| | |
|---|---|
| Name | Alexander P. Cohen |
| Firm | Weil, Gotshal & Manges LLP |
| Street | 767 Fifth Avenue |
| City & Zip Code | New York, New York 10153 |
| Telephone | (212) 310-8000 |
| Email | Alexander.Cohen@weil.com |
| Licensed: State & Number | Texas/24109739 |

Seeks to appear as the attorney for this party:

| Core Scientific, Inc. and Its Affiliated Debtors ||
|---|---|
| Dated: January 30, 2023 | Signed: */s/ Alexander P. Cohen* |

COURT USE ONLY: The applicant's state bar reports their status as:_____.

Dated: | Signed: _____
       | Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____

United States Bankruptcy Judge