UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CORE SCIENTIFIC, INC., *et al.*, | ) Case No. 22-90341 (DRJ) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |

**AD HOC GROUP OF SECURED CONVERTIBLE NOTEHOLDERS'
WITNESS AND EXHIBIT LIST FOR FEBRUARY 1, 2023 HEARING**

The Ad Hoc Group of Secured Convertible Noteholders (collectively, the "***Ad Hoc Group***") file this Witness and Exhibit List for the hearing to be held on February 1, 2023, at 11:30 a.m. (prevailing Central Time).

**WITNESSES**

The Ad Hoc Group may call the following witnesses at the hearing:

1. Any witness called by any other party;

2. Impeachment witnesses as necessary; and

3. Any witness necessary to rebut testimony of a witness called or designated by any party.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

**EXHIBITS**

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 1 | Any exhibit designated or used by the Debtors or any other party. | | | | | | |
| 2 | Any exhibit necessary to rebut the evidence or testimony of any witness called or designated by the Debtors or any other party. | | | | | | |
| 3 | Any document or pleading filed in the above-captioned cases. | | | | | | |
| 4 | Any exhibit necessary for impeachment and/or rebuttal purposes. | | | | | | |

## **RESERVATION OF RIGHTS**

The Ad Hoc Group reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this Witness and Exhibit List prior to the hearing.

[*Remainder of Page Intentionally Left Blank*]

|  |  |
|---|---|
| Dated:  January 30, 2023<br>          Houston, Texas | Respectfully submitted<br><br>*/s/ James T. Grogan III*<br>**PAUL HASTINGS LLP**<br>James T. Grogan III (TX Bar No. 24027354)<br>600 Travis Street, 58th Floor<br>Houston, Texas 77002<br>Telephone:  (713) 860-7300<br>Facsimile:  (713) 353-3100<br>Email: jamesgrogan@paulhastings.com<br><br>-and-<br><br>Kristopher M. Hansen (admitted *pro hac vice*)<br>Sayan Bhattacharyya (admitted *pro hac vice*)<br>Kenneth Pasquale ( admitted *pro hac vice* )<br>Erez E. Gilad (admitted *pro hac vice*)<br>Joanne Lau (admitted *pro hac vice*)<br>200 Park Avenue<br>New York, New York 10166<br>Telephone:  (212) 318-6000<br>Facsimile:  (212) 319-4090<br>Email:  krishansen@paulhastings.com<br>            sayanbhattacharyya@paulhastings.com<br>            kenpasquale@paulhastings.com<br>            erezgilad@paulhastings.com<br>            joannelau@paulhastings.com<br><br>*Counsel to the Ad Hoc Group* |

## Certificate of Service

I certify that on January 30, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                 */s/ James T. Grogan III*
                                                 James T. Grogan III