| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of __Massachusetts__:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Hampton Foushee, Esq.<br>Choate Hall & Stewart LLP<br>Two International Place<br>Boston, MA  02110<br>(617) 248-4032; hfoushee@choate.com<br>MA Bar #708678 |

Seeks to appear as the attorney for this party:

| B. Riley Commercial Capital, LLC |
|---|
| Dated: 1/31/2023    Signed: *[signature]* |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:                    Signed: _____<br>                                                Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____            _____
                                                    United States Bankruptcy Judge