UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of __Massachusetts__ :

| | |
|---|---|
| Name | Douglas R. Gooding, Esq. |
| Firm | Choate Hall & Stewart LLP |
| Street | Two International Place |
| City & Zip Code | Boston, MA 02110 |
| Telephone | (617) 248-5277; dgooding@choate.com |
| Licensed: State & Number | MA Bar #558976 |

Seeks to appear as the attorney for this party:

| B. Riley Commercial Capital, LLC |
|---|
| Dated: 1/31/2023      Signed: [signature] |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:      Signed: _____
               Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____      _____
               United States Bankruptcy Judge