| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of ___Massachusetts___:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | John F. Ventola<br>Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>(67) 248-5085; jventola@choate.com<br>Massachusetts Bar #567972 |
|---|---|

Seeks to appear as the attorney for this party:

| B. Riley Commercial Capital, LLC |
|---|
| Dated: January 31, 2023    Signed: *John Ventola* |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:        Signed: _____
                              Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                       United States Bankruptcy Judge