| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc. | |

This lawyer, who is admitted to the State Bar of  Illinois  :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Ron E. Meisler<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 N. Wacker Drive<br>Chicago, IL  60606-1720<br>Tel.: (312) 407-0700<br>Illinois Bar No. 6270262 |
|---|---|

Seeks to appear as the attorney for this party:

| Ad Hoc Equity Group | |
|---|---|
| Dated: 1/31/23 | Signed: /s/ Ron E. Meisler |

| COURT USE ONLY: The applicant's state bar reports their status as: _____ . |
|---|
| Dated:          Signed: _____<br>                                          Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　United States Bankruptcy Judge