United States Bankruptcy Court
Southern District of Texas

**ENTERED**
January 31, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In re: Core Scientific, Inc. *et al.*, | | |

This lawyer, who is admitted to the State Bar of New York:

| | |
|---|---|
| Name | Jeremy C. Cain |
| Firm | Weil, Gotshal & Manges LLP |
| Street | 767 Fifth Avenue |
| City & Zip Code | New York, New York 10153 |
| Telephone | (212) 310-8000 |
| Email | Jeremy.Cain@weil.com |
| Licensed: State & Number | New York/5438940 |

Seeks to appear as the attorney for this party:

| Core Scientific, Inc. and Its Affiliated Debtors | |
|---|---|
| Dated: January 27, 2023 | Signed: */s/ Jeremy C. Cain* |

COURT USE ONLY: The applicant's state bar reports their status as:_____.

| Dated: | Signed: _____ |
|---|---|
| | Deputy Clerk |

Order   (Docket No. 368)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed:  January 31, 2023**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**