United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 31, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
# FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | CORE SCIENTIFIC, INC., et al., | |

This lawyer, who is admitted to the State Bars of ___Illinois___:

| | |
|---|---|
| Name | Whit Morley |
| Firm | Latham and Watkins LLP |
| Street | 330 North Wabash Avenue, Suite 2800 |
| City & Zip Code | Chicago, IL 60611 |
| Telephone | (312) 876-7700 |
| Licensed: State & Number | Illinois/6333105 |

Seeks to appear as the attorney for this party:

| TRINITY CAPITAL INC. | |
|---|---|
| Dated: 01/30/2023 | Signed: /s/ Whit Morley |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated: | Signed: _____ Deputy Clerk |

Order   (Docket No. 384)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed:  January 31, 2023**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**