United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 31, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT         SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

| | | | |
|---|---|---|---|
| Division | Houston | Main Case Number | 22-90341 (DRJ) |
| Debtor | In re: Core Scientific, Inc. *et al.*, | | |

This lawyer, who is admitted to the State Bar of Texas:

| | |
|---|---|
| Name | Alexander P. Cohen |
| Firm | Weil, Gotshal & Manges LLP |
| Street | 767 Fifth Avenue |
| City & Zip Code | New York, New York 10153 |
| Telephone | (212) 310-8000 |
| Email | Alexander.Cohen@weil.com |
| Licensed: State & Number | Texas/24109739 |

Seeks to appear as the attorney for this party:

| Core Scientific, Inc. and Its Affiliated Debtors | |
|---|---|
| Dated: January 30, 2023 | Signed: */s/ Alexander P. Cohen* |

| | |
|---|---|
| COURT USE ONLY: The applicant's state bar reports their status as:_____. | |
| Dated: | Signed: _____ Deputy Clerk |

Order   (Docket No. 386)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.
This lawyer is admitted *pro hac vice*.

**Signed:  January 31, 2023**

_____
**DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE**