United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 31, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of    Massachusetts    :

| | |
|---|---|
| Name | Hampton Foushee, Esq. |
| Firm | Choate Hall & Stewart LLP |
| Street | Two International Place |
| City & Zip Code | Boston, MA  02110 |
| Telephone | (617) 248-4032; hfoushee@choate.com |
| Licensed: State & Number | MA Bar #708678 |

Seeks to appear as the attorney for this party:

| B. Riley Commercial Capital, LLC |
|---|
| Dated: 1/31/2023     Signed: *[signature]* |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:     Signed: _____
                         Deputy Clerk

Order    (Docket No. 401)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed:  January 31, 2023**

*[signature]*

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**