United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 31, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT         SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of __Massachusetts__:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Douglas R. Gooding, Esq.<br>Choate Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>(617) 248-5277; dgooding@choate.com<br>MA Bar #558976 |

Seeks to appear as the attorney for this party:

| B. Riley Commercial Capital, LLC | |
|---|---|
| Dated: 1/31/2023 | Signed: *[signature]* |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. | |
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

Order   (Docket No. 402)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed:  January 31, 2023**

*[signature]*

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**