United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 31, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT   SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of _Massachusetts_ :

| | |
|---|---|
| Name | John F. Ventola |
| Firm | Choate, Hall & Stewart LLP |
| Street | Two International Place |
| City & Zip Code | Boston, MA 02110 |
| Telephone | (67) 248-5085; jventola@choate.com |
| Licensed: State & Number | Massachusetts Bar #567972 |

Seeks to appear as the attorney for this party:

B. Riley Commercial Capital, LLC

Dated: January 31, 2023    Signed: *John Ventola*

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:    Signed: _____
Deputy Clerk

Order   (Docket No. 403)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed:  January 31, 2023**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**