IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | Case No. 22-90341 (DRJ) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF PERFECTION OF MECHANIC'S LIEN OF PRIORITY POWER MANAGEMENT, LLC

Priority Power Management, LLC ("**PPM**"), by and through the undersigned counsel, hereby provides notice of perfection, maintenance, and/or continuation of rights in a materialman's and mechanic's lien in accordance with sections 362(b)(3) and 546(b)(2) of title 11 of the United States Code (the "**Bankruptcy Code**").

1. Prior to the commencement of these cases on December 21, 2022 (the "**Petition Date**"), PPM and Core Scientific, Inc. ("**Core Scientific**") entered into that certain *Energy Services Agreement*, dated August 6, 2021, pursuant to which PPM performed labor, including engineering, equipment procurement, design, and construction services, and furnished materials and equipment to develop, engineer, procure, and construct high voltage and medium voltage utility-class electrical infrastructure upon that certain tract of real property located in Ward

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

County, Texas (the "**Cedarvale Project**"), all as set forth more fully in the Lien Filing (as defined below) (such tract, the "**Real Property**").

2. The total amount due and owing to PPM as of the Petition Date, with respect to Texas statutory and constitutional liens, in respect of the Cedarvale Project is at least $11,606,968, plus interest, attorneys' fees, and other charges, which continue to accrue.

3. The interest perfected, maintained, and/or continued by the Lien Filing (as defined below), extends in and to the Real Property, improvements, and/or leasehold interest in the Real Property. A true and correct copy of PPM's *Amended and Restated Affidavit for Mechanic's Lien* (the "**Lien Filing**" and such lien, the "**Cedarvale Lien**") is attached as **Exhibit A** hereto.

4. In accordance with sections 362(b)(3) and 546(b)(2) of the Bankruptcy Code, PPM hereby provides notice to all parties in interest registered to receive electronic notice in these cases of the Cedarvale Lien. PPM is filing this notice out of an abundance of caution to preserve, perfect, maintain, and continue its rights in the Real Property, improvements, and/or leasehold interest in the Real Property under Texas state law. PPM intends to enforce the Cedarvale Lien rights to the fullest extent permitted by applicable law and reserves its rights to amend or supplement the Cedarvale Lien and any other claims against the Debtors.

5. PPM files this notice out of an abundance of caution and does not admit that such filing is required under applicable law. This filing relates only to the Cedarvale Lien and does not address PPM's other mechanic's and materialman's liens against the Debtors and their property. PPM reserves all rights to amend and/or supplement this notice and to file similar notices with respect to its other mechanic's liens.

[*remainder of page intentionally blank*]

Dated: January 31, 2023
       Houston, Texas

/s/ *Danny David*
BAKER BOTTS L.L.P.
Danny David (TX Bar 24028267)
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Email: danny.david@bakerbotts.com

-and-

BAKER BOTTS L.L.P.
Eric T. Haitz (TX Bar 24101851)
Shelby V. Saxon (*pro hac vice* admission pending)
2001 Ross Avenue, Suite 900
Dallas, Texas 75201-2980
Telephone: (214) 953-6500
Email: eric.haitz@bakerbotts.com
shelby.saxon@bakerbotts.com

-and-

BAKER BOTTS L.L.P.
Scott R. Bowling (*pro hac vice* admission pending)
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-2500
Email: scott.bowling@bakerbotts.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on January 31, 2023 by the Electronic Case Filing system for the Bankruptcy Court for the Southern District of Texas, which gives notice to all parties registered to receive electronic notice through the Court's CM/ECF automatic electronic notice system.

/s/ *Eric T. Haitz*
Eric T. Haitz