**Exhibit A**

*Amended and Restated Affidavit for Mechanic's Lien*

# AMENDED AND RESTATED AFFIDAVIT FOR MECHANIC'S LIEN

THE STATE OF TEXAS

COUNTY OF WARD

BEFORE ME, the undersigned authority, personally appeared John J. Bick, as Chief Commercial Officer of Priority Power Management, LLC, who upon his oath, deposed and stated the following:

1. My name is John J. Bick. I am the Chief Commercial Officer of Priority Power Management, LLC (hereafter referred to as "Claimant"). I am over the age of 18, I have personal knowledge of the facts set forth below, and I am competent and authorized to make this amended affidavit. The facts contained herein are true and correct to the best of my knowledge, information, and belief.

2. The real property owner, lessee, or easement beneficiary, or reputed real property owner, lessee, or easement beneficiary, of the below described Property is Core Scientific, Inc., a Delaware corporation (hereinafter referred to as "Owner"). Owner's last known address is: 210 Barton Springs Road, Suite 300, Austin, Texas 78704. Owner's notice address provided in the parties' Agreement (as defined below) is: 2800 Northup Way, Suite 220, Bellevue, WA 98004.

3. Pursuant to that certain *Energy Services Agreement* (the "Agreement") dated to be effective as of August 6, 2021 and made and entered into by and between Claimant and Owner, Claimant performed labor, including engineering, equipment procurement, design, and construction services, and furnished materials and equipment to develop, engineer, procure, and construct a high voltage and medium voltage utility-class electrical infrastructure (collectively, the "Infrastructure") upon that certain tract of real property located in Ward County, Texas (the "Property"), which Property is more fully illustrated and described in Exhibit A hereto. The Infrastructure includes, but is not limited to, a high voltage substation, 138 kilovolt (kV) transmission lines, a 34.5kV distribution system, and a 25kV distribution system, complete with wood and concrete structures and related appurtenances. Claimant performed such labor and furnished such materials and equipment to Owner beginning on August 6, 2021.

4. Pursuant to the written Agreement between Claimant and Owner, Claimant performed the labor and furnished the materials and equipment as described more fully above to Owner at Owner's request through Owner's agent and Chief Construction Officer, Weston Adams.

5. Claimant acted as an original contractor to Owner.

6. The real property sought to be charged with a lien by Claimant is the Property as illustrated and described more fully in Exhibit A hereto.

7. Claimant's mailing address is as follows: Priority Power Management, LLC, 2201 E. Lamar Blvd., Suite 275, Arlington, Texas 76006.

8. After allowing all just credits, offsets, and payments, the amount of $11,606,968 remains unpaid and is due and owing to Claimant under the Agreement. Claimant claims a lien on the Property and its improvements to secure payment of the above amount. The above amount does not include attorneys' fees, interest, or costs which may be recovered by law. The above amount does not include certain additional amounts for unpaid labor and services provided by Claimant which have not yet been calculated.

9. Claimant claims the liens against all of the above described Property and improvements thereon in the amount shown above pursuant to Chapter 53 of the Property Code of the State of Texas, and makes this sworn statement of claim in support thereof. Claimant also claims these liens pursuant to the provisions of Article 16, Section 37 of the Texas Constitution.

10. This Amended and Restated Affidavit for Mechanic's Lien amends the Affidavit for Mechanic's Lien previously recorded by Claimant in the Real Property Records of Ward County, Texas on December 15, 2022, as identified by Document Number 2022 - 4794. Claimant files this Amended and Restated Affidavit for Mechanic's Lien to ensure that it accurately reflects the amount due and owing to it for the labor and services provided to Owner pursuant to the parties' Agreement.

Sworn to and executed on this 24th day of January 2023.

**CLAIMANT:**

PRIORITY POWER MANAGEMENT, LLC

By: _____
John J. Bick, Chief Commercial Officer

STATE OF TEXAS §
§
COUNTY OF TARRANT §

Before me, the undersigned authority, personally appeared John J. Bick, Chief Commercial Officer of Priority Power Management, LLC, known to me to be the person and officer whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed it for the purposes therein expressed and in the capacity therein stated as the act and deed of such company.

Sworn to and subscribed before me, under my official hand and seal of office, on 24th day of January 2023.

CHARLES D. HEWITT
Notary Public, State of Texas
Comm. Expires 12-11-2024
Notary ID 126872963

_____
Notary Public, State of Texas

# EXHIBIT A
# TO AMENDED AFFIDAVIT FOR MECHANIC'S LIEN

## DESCRIPTION OF PROPERTY

See attached.



FILED FOR RECORD
DENISE VALLES - COUNTY CLERK
WARD COUNTY, TEXAS

# INST NO:2023-0260

FILED ON: JANUARY 25, 2023 AT 2:27pm
THE INSTRUMENT CONTAINED 5 PAGES AT FILING

THE STATE OF TEXAS
COUNTY OF WARD

I, Denise Valles, Clerk County Court in and for said county hereby do certify that the foregoing instrument was filed for record in my office on the 25th day of January 2023 at 2:27 PM and duly recorded on that date, in the Official Public Records of said county.

**Instrument # 2023-0260, 5 Pages**
Denise Valles, County Clerk