UNITED STATES BANKRUPTCY COURT　　　　SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc. | |

This lawyer, who is admitted to the State Bar of ___Illinois___ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | George N. Panagakis<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 N. Wacker Drive<br>Chicago, IL  60606-1720<br>Tel.: (312) 407-0700<br>Illinois Bar No. 6205271 |
|---|---|

Seeks to appear as the attorney for this party:

| Ad Hoc Equity Group | |
|---|---|
| Dated: 1/31/23 | Signed: /s/ George N. Panagakis |

COURT USE ONLY: The applicant's state bar reports their status as: _____ .

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

Order

This lawyer is admitted *pro hac vice*.

Dated: _____　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge