UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al | |

This lawyer, who is admitted to the State Bar of ___New York___:

| | |
|---|---|
| Name | James C. Dugan |
| Firm | Willkie Farr & Gallagher LLP |
| Street | 787 Seventh Avenue |
| City & Zip Code | New York, New York 10019 |
| Telephone | 212-728-8000 |
| Licensed: State & Number | New York / 2610699 |

Seeks to appear as the attorney for this party:

| Official Committee of Unsecured Creditors |
|---|
| Dated: 1/31/2023    Signed: /s/ James C. Dugan |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:       Signed: _____
                    Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                             United States Bankruptcy Judge