**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.,* | § | **Case No. 22-90341 (DRJ)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.** [1] | § | |
| | § | |

**NOTICE OF AMENDED AGENDA OF MATTERS**
**SET FOR HEARING ON FEBRUARY 1, 2023 AT 11:30 P.M. (CST)**

The above-referenced debtors and debtors in possession (collectively,
the "**Debtors**") hereby file their Amended Agenda of Matters Set for Hearing on February 1, 2023
at 11:30 a.m. (CST) before the Honorable David R. Jones.  The hearing will be conducted in
Courtroom 400, 4th floor, 515 Rusk Avenue, Houston, TX 77002.  You may participate in the
hearing by an audio and video connection.  The audio communication will be by use of the Court's
dial-in facility.  You may access the facility at 832-917-1510 and enter the conference code
205691.  The video communication will be by use of the Gotomeeting Platform.  Connect via the
free Gotomeeting Application or click the link on Judge Jones's home page.  The meeting code is
"judgejones."  Click the settings icon in the upper right corner and enter your name under the
personal information setting.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax
identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc.
(3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company
(5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327);
American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC
(5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions,
VII, LLC (3198).  The Debtors' corporate headquarters and service address is 210 Barton Springs
Road, Suite 300, Austin, Texas 78704.

1. **Emergency Motion of Debtors for Entry of an Order (I) Authorizing the Sale of Bitmain Coupons, Free and Clear of All Liens, Claims, Interests, and Encumbrances and (II) Granting Related Relief (ECF No. 346)**

   Status:                 This matter is going forward.

   Responses Filed:  None.

   Related Documents:

       A.    Debtors' Witness and Exhibit List for Hearing on February 1, 2023 (ECF No. 379)

       B.    Committee's Witness and Exhibit List for Hearing on February 1, 2023 (ECF No. 380)

       C.    Committee's Witness and Exhibit List for Hearing on February 1, 2023 (ECF No. 381 – FILED UNDER SEAL)

       D.    Witness and Exhibit List of Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. (ECF No. 382)

       E.    United States Trustee's Witness and Exhibit List for February 1, 2023 Hearing (ECF No. 383)

       F.    Ad Hoc Group of Secured Convertible Noteholders' Witness and Exhibit List for February 1, 2023 Hearing (ECF No. 387)

       G.    Declaration of Russell Cann in Support of Emergency Motion of Debtors for Entry of an Order (I) Authorizing the Sale of Bitmain Coupons, Free and Clear of All Liens, Claims, Interests, and Encumbrances and (II) Granting Related Relief (ECF No. 393)

       H.    Debtors' Amended Witness and Exhibit List for Hearing on February 1, 2023 (ECF No. 395)

2. **Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Replacement Senior Secured Non-Priming Superiority Postpetition Financing, (B) Use Cash Collateral, and (C) Pay Off Existing Postpetition Financing Facility, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition**

**Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief (ECF No. 389)**

Status:           This matter is going forward.

Responses Filed:

       A.      Statement of the Official Committee of Unsecured Creditors (I) In Support of Replacement Debtor-In-Possession Financing; and (II) Objecting to Certain Requests of the Original Dip Lenders (ECF No. 397)

Related Documents:

       A.      Emergency Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (D) Granting Adequate Protection to the Prepetition Secured Parties, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief (ECF No. 38)

       B.      Notice of Filing of Draft DIP Loan Agreement (ECF No. 96)

       C.      Notice of Filing of Initial Budget (ECF No. 97)

       D.      Declaration of John Singh in Support of Emergency Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (D) Granting Adequate Protection to the Prepetition Secured Parties, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief (ECF No. 98)

       E.      Notice of Filing of Revised Proposed DIP Order (ECF No. 108)

       F.      Notice of Filing of Second Revised Proposed DIP Order (ECF No. 128)

       G.      Interim Order (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (D) Granting Adequate Protection to the Prepetition Secured Parties, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief (ECF No. 130)

       H.      Notice of Corrections to DIP Credit Agreement (ECF No. 188)

       I.      Notice of Amended Dates and Deadlines with Respect to the DIP Loan Agreement (ECF No. 299)

J.       Updated Notice of Amended Dates and Deadlines with Respect to the DIP Loan Agreement (ECF No. 306)

K.      Debtor's Witness and Exhibit List for Hearing on January 23, 2023 (ECF No. 307)

L.       United States Trustee's Witness and Exhibit List for January 23, 2023 Hearing (ECF No. 308)

M.    Declaration of Adam W. Verost in Support of the Objection of the Official Committee of Unsecured Creditors to Debtors' Emergency Motion to Obtain Post-Petition Debtor-in-Possession Financing (ECF No. 364)

N.     Declaration of Adam W. Verost in Support of the Objection of the Official Committee of Unsecured Creditors to Debtors' Emergency Motion to Obtain Post-Petition Debtor-in-Possession Financing (ECF No. 366 – FILED UNDER SEAL)

O.     Motion for Entry of an Order Authorizing the Official Committee of Unsecured Creditors to File Under Seal Certain Portions of the Committee's Objection to Debtors' Emergency Motion to Obtain Post-Petition Debtor-in-Possession Financing and Related Documents (ECF No. 367)

P.       Notice of Filing Proposed Interim Order (I) Authorizing the Debtors to (A) Obtain Senior Secured Non-Priming Superiority Postpetition Financing, (B) Use Cash Collateral, and (C) Pay off Existing Post petition Financing Facility, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief (ECF No. 378)

Q.      Debtors' Witness and Exhibit List for Hearing on February 1, 2023 (ECF No. 379)

R.       Committee's Witness and Exhibit List for Hearing on February 1, 2023 (ECF No. 380)

S.       Committee's Witness and Exhibit List for Hearing on February 1, 2023 (ECF No. 381 – FILED UNDER SEAL)

T.       Witness and Exhibit List of Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. (ECF No. 382)

U.      United States Trustee's Witness and Exhibit List for February 1, 2023 Hearing (ECF No. 383)

V.      Ad Hoc Group of Secured Convertible Noteholders' Witness and Exhibit List for February 1, 2023 Hearing (ECF No. 387)

W.      Declaration of John Singh in Support of Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Replacement Senior Secured Non-Priming Replacement Superpriority Postpetition Financing, (B) Use Cash Collateral, and (C) Pay Off Existing Postpetition Financing Facility, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief (ECF No. 390)

X.      Declaration of Rodi Blokh in Support of the Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Replacement Senior Secured Non-Priming Superpriority Postpetition Financing, (B) Use Cash Collateral, and (C) Pay Off Existing Postpetition Financing Facility, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief (ECF No. 391)

Y.      Declaration of Russell Cann in Support of Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Replacement Senior Secured Non-Priming Superpriority Postpetition Financing, (B) Use Cash Collateral, and (C) Pay Off Existing Postpetition Financing Facility, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief (ECF No. 392)

Z.      Notice of Emergency Hearing Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Replacement Senior Secured Non-Priming Superpriority Postpetition Financing, (B) Use Cash Collateral, and (C) Pay Off Existing Postpetition Financing Facility, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief (ECF No. 394)

AA.     Debtors' Amended Witness and Exhibit List for Hearing on February 1, 2023 (ECF No. 395)

5

Dated: January 31, 2023
      Houston, Texas

          Respectfully submitted,


          _/s/  Alfredo R. Pérez_
          WEIL, GOTSHAL & MANGES LLP
          Alfredo R. Pérez (15776275)
          700 Louisiana Street, Suite 1700
          Houston, Texas 77002
          Telephone:  (713) 546-5000
          Facsimile:   (713) 224-9511
          Email:   Alfredo.Perez@weil.com

          -and-

          WEIL, GOTSHAL & MANGES LLP
          Ray C. Schrock (admitted *pro hac vice*)
          Ronit J. Berkovich (admitted *pro hac vice*)
          Moshe A. Fink (admitted *pro hac vice*)
          767 Fifth Avenue
          New York, New York 10153
          Telephone:  (212) 310-8000
          Facsimile:   (212) 310-8007
          Email:   Ray.Schrock@weil.com
                 Ronit.Berkovich@weil.com
                 Moshe.Fink@weil.com

          *Proposed Attorneys for Debtors*
          *and Debtors in Possession*

## Certificate of Service

I hereby certify that on January 31, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                    /s/ Alfredo R. Pérez
                                                    Alfredo R. Pérez