United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 01, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CORE SCIENTIFIC, INC. *et al.*,[1] | ) Case No. 22-90341 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) (Docket No. 367) |

# ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO FILE UNDER SEAL CERTAIN PORTIONS OF THE COMMITTEE'S OBJECTION TO DEBTORS' EMERGENCY MOTION TO OBTAIN POST-PETITION DEBTOR-IN-POSSESSION FINANCING AND RELATED DOCUMENTS

Upon the *Motion for Entry of an Order Authorizing the Official Committee of Unsecured Creditors to File Under Seal Certain Portions of the Committee's Objection to Debtors' Emergency Motion to Obtain Post-Petition Debtor-in-Possession Financing* (the "Motion")[2] in the above-captioned cases, seeking entry of an order, pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9037-1, authorizing the Committee to file under seal the Objection and the Declaration, as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion and all objections to the Motion; and upon any hearing held on the Motion; and this Court having determined that the legal and factual bases set forth in the Motion and at any hearing held on the Motion establish cause for the relief sought by the Motion; and upon all of the proceedings had before this Court; and after due deliberation, it is

**HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. The Committee is authorized to file the Objection and the Declaration under seal pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9037-1.

3. The Objection and the Declaration shall remain confidential, and shall not be made available to anyone, other than as provided in this Order or further order of the Court.

4. The Committee is authorized to cause unsealed copies of the Objection and the Declaration to be served on and/or made available, on a confidential basis, to (a) the Court, (b) the U.S. Trustee, (c) other parties in interest participating in discovery relating to the Objection, and (d) any other party as may be ordered by the Court.

5. Notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion, and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

6. The Committee is authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

7. The Court retains exclusive jurisdiction with respect to all matters arising from

- 3 -

or related to implementation, interpretation, and enforcement of this Order.

**Signed:  February 01, 2023.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**