IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br> CORE SCIENTIFIC, INC, *et al.*,[1] <br> Debtors. | Chapter 11 <br> Case No. 22-90341 (DRJ) <br> (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), Choate, Hall & Stewart LLP hereby enters appearance as counsel for B. Riley Commercial Capital, LLC. The undersigned respectfully requests that all notices given or required to be given in this proceeding and all papers served or required to be served in this proceeding, be served upon the following:

**CHOATE, HALL & STEWART LLP**
John F. Ventola
Douglas R. Gooding
M. Hampton Foushee
Two International Place
Boston, MA 02110
Email: jventola@choate.com
          dgooding@choate.com
          hfoushee@choate.com
Phone: (617) 248-5000

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service is not only for the notices and other documents referred to in the Rules specified above but

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

includes, without limitation, all orders, notices, applications, motions, petitions, schedules of assets and liabilities, statements of financial affairs, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, email or otherwise.

PLEASE TAKE FURTHER NOTICE that B. Riley Commercial Capital, LLC does not intend that this Notice of Appearance and Request for Service or any later appearance, pleading, proof of claim, claim or suit be deemed or construed to be a waiver of (1) the right to have final orders entered only after *de novo* review by the U.S. District Court for the Southern District of Texas (the "District Court"), (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments B. Riley Commercial Capital, LLC expressly reserves.

Dated: February 1, 2023

Respectfully submitted,

CHOATE, HALL & STEWART LLP

*/s/Hampton Foushee*
Hampton Foushee (MA. Bar No. 708678)
Douglas R. Gooding (MA Bar No. 558976)
John F. Ventola (MA Bar No. 567972)
Two International Place
Boston, MA 02110
Email:  hfoushee@choate.com
           dgooding@choate.com
            jventola@choate.com
Phone: (617) 248-5000

*Counsel to B. Riley Commercial Capital, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 1, 2023, the forgoing document was served through the Court's CM/ECF System on all parties registered to receive such service.

      /s/R. J. Shannon
R. J. Shannon (Tex. Bar No. 24108062)
Shannon & Lee LLP
Pennzoil Place
700 Milam Street, STE 1300
Houston, TX 77002
Email: rshannon@shannonleellp.com
Phone: (713) 714-5770

3