IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § § § | (Jointly Administered)<br>(Emergency Hearing Requested)<br>Re: Docket Nos. 38, 130, 378, 389 |

**NOTICE OF FILING OF REVISED PROPOSED ORDER
(I) AUTHORIZING THE DEBTORS ON
AN INTERIM BASIS TO (A) OBTAIN SENIOR
SECURED NON-PRIMING SUPERPRIORITY
REPLACEMENT POSTPETITION FINANCING AND
(B) USE CASH COLLATERAL,[2] (II) AUTHORIZING THE DEBTORS
TO REFINANCE EXISTING POSTPETITION FINANCING ON A
FINAL BASIS, (III) GRANTING LIENS AND PROVIDING CLAIMS
WITH SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS,
(IV) GRANTING ADEQUATE PROTECTION TO THE
PREPETITION SECURED PARTIES ON A FINAL BASIS,
(V) MODIFYING THE AUTOMATIC STAY, (VI) SCHEDULING
A FINAL HEARING, AND (VII) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE THAT**, on January 30, 2023, the Debtors filed the

*Notice of Filing Proposed Interim Order (I) Authorizing the Debtors to (A) Obtain Senior Secured*

*Non-Priming Superiority Replacement Postpetition Financing, (B) Use Cash Collateral, and*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] The adequate protection terms for the Prepetition Secured Parties assumes the Ad Hoc Group's consent to the use of Cash Collateral. The Debtors reserve the right to change the adequate protection package set forth in this Interim Order if the Ad Hoc Group does not provide such consent.

*(C) Pay Off Existing Postpetition Financing Facility, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* (Docket No. 378) (the "**Initial Notice**").

**PLEASE TAKE FURTHER NOTICE THAT**, with the Initial Notice, the Debtors filed, as Exhibit A thereto a proposed form of order that, among other things, contemplated the Debtors' entry into replacement postpetition financing on a superpriority, non-priming, senior secured basis, as further described therein and in the Replacement DIP Motion (as defined below) (the "**Initial Proposed Replacement Interim DIP Order**"), and as Exhibit B thereto a redline reflecting changes between the original interim DIP order filed at Docket No. 130 and Initial Proposed Replacement Interim DIP Order.

**PLEASE TAKE FURTHER NOTICE THAT**, on January 31, 2023, the Debtors' filed the *Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Replacement Senior Secured Non-Priming Superpriority Postpetition Financing, (B) Use Cash Collateral, and (C) Pay Off Existing Postpetition Financing Facility, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to The Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* (Docket No. 389) (the "**Replacement DIP Motion**").

**PLEASE TAKE FURTHER NOTICE THAT** a hearing (the "**Hearing**") has been scheduled for **February 1, 2023, at 11:30 a.m. (prevailing Central Time)** before the Honorable David R. Jones, United States Bankruptcy Judge for the Southern District of Texas, Houston Division, to consider the Replacement DIP Motion.

**PLEASE TAKE FURTHER NOTICE THAT**, as stated in the Replacement DIP Motion, since the filing of the Initial Notice, the Debtors have negotiated further revisions to the Initial Proposed Replacement Interim DIP Order, which are reflected in the proposed form of *Order (I) Authorizing the Debtors on an Interim Basis to (A) Obtain Senior Secured Non-Priming Superpriority Replacement Postpetition Financing and (B) Use Cash Collateral, (II) Authorizing the Debtors To Refinance Existing Postpetition Financing on a Final Basis, (III) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Secured Parties on a Final Basis, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief*, which is appended hereto as **Exhibit A** (the "**Revised Proposed Replacement Interim DIP Order**").  A redline comparing the Revised Proposed Replacement Interim DIP Order and the Initial Proposed Replacement Interim DIP Order is appended hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors anticipate that further revisions to the terms of the Revised Proposed Replacement Interim DIP Order may be made prior to the Hearing.

*[Remainder of Page Intentionally Left Blank]*

Dated:  February 1, 2023
Houston, Texas

          Respectfully submitted,

           /s/ *Alfredo R. Pérez*
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:   (713) 224-9511
Email:       Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Moshe A. Fink (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Ray.Schrock@weil.com
            Ronit.Berkovich@weil.com
            Moshe.Fink@weil.com

*Proposed Attorneys for Debtors*
*and Debtors in Possession*

## Certificate of Service

I hereby certify that on February 1, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                  */s/ Alfredo R. Pérez*
                                                                  Alfredo R. Pérez