Electronic Appearance Sheet

Kris Hansen, Paul Hastings LLP
Client(s): Ad Hoc Group of Secured Convertible Noteholders

Sayan Bhattacharyya, Paul Hastings LLP
Client(s): Ad Hoc Group of Secured Convertible Noteholders

Chris Koenig, Kirkland & Ellis LLP
Client(s): Celsius Mining LLC et al

Alfredo R. Perez, Weil, Gotshal & Manges LLP
Client(s): Debtors' Counsel

Theodore E. Tsekerides, Weil, Gotshal & Manges LLP
Client(s): Debtors' Counsel

Ronit J. Berkovich, Weil, Gotshal & Manges LLP
Client(s): Debtors' Counsel

Brian  Lohan , Arnold & Porter Kaye Scholer LLP
Client(s): Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp.

Madelyn  Nicolini, Arnold & Porter Kaye Scholer LLP
Client(s): Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp.

Robert  Tyler , Pro Se, None, Pro Se
Client(s): Stockholder

James Drew, Otterbourg P.C.
Client(s): Anchorage Lending CA, LLC

Kris  Hansen, Paul Hastings LLP
Client(s): Ad Hoc Group of Secured Convertible Noteholders

Sayan Bhattacharyya, Paul Hastings LLP
Client(s): Ad Hoc Group of Secured Convertible Noteholders

Brian Lohan, Arnold & Porter Kaye Scholer LLP
Client(s): Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp.

Sarah Gryll, Arnold & Porter Kaye Scholer LLP
Client(s): Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp.

Madelyn  Nicolini, Arnold & Porter Kaye Scholer LLP
Client(s): Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp.

Patrick Autry, Branscomb Law
Client(s): CEC

Electronic Appearance Sheet

Kathleen LaManna, Shipman & Goodwin LLP
Client(s): U.S. Bank as Prepetition Agent

Ron Meisler, Skadden, Arps, Slate, Meagher & Flom LLP
Client(s): The Ad Hoc Equity Group

Jennifer Madden, Skadden, Arps, Slate, Meagher & Flom LLP
Client(s): The Ad Hoc Equity Group

Noelle Reed, Skadden, Arps, Slate, Meagher & Flom LLP
Client(s): The Ad Hoc Equity Group

Ken Pasquale, Paul Hastings LLP
Client(s): Ad Hoc Group of Secured Convertible Noteholders

Matthew Brooks, Troutman Pepper
Client(s): City of Dalton Georgia

John Ventola, Choate, Hall & Stewart LLP
Client(s): B. Riley Commerical Capital, LLC

Daniel Eggermann, Kramer Levin Naftalis & Frankel
Client(s): Interested Party

Tom Kirkendall, Law Office of Tom Kirkendall
Client(s): Darin Feinstein (Core Scientific, Inc. Director)

M. Hampton Foushee, Choate, Hall & Stewart LLP
Client(s): B. Riley Commercial Capital, LLC

John Ventola, Choate, Hall & Stewart LLP
Client(s): B. Riley Commercial Capital, LLC

Matt Ferris, Haynes and Boone, LLP
Client(s): BlockFi, Inc and its affiliates

Noelle Reed, Skadden, Arps, Slate, Meagher & Flom LLP
Client(s): The Ad Hoc Equity Group

Ron Meisler, Skadden, Arps, Slate, Meagher & Flom LLP
Client(s): The Ad Hoc Equity Group

Jennifer Madden, Skadden, Arps, Slate, Meagher & Flom LLP
Client(s): The Ad Hoc Equity Group

Whit Morley, Latham & Watkins
Client(s): Trinity Capital, Inc.

Electronic Appearance Sheet

Brian  Lohan, Arnold & Porter Kaye Scholer LLP
Client(s): Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp.

Sarah Gryll, Arnold & Porter Kaye Scholer LLP
Client(s): Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp.

Madelyn  Nicolini, Arnold & Porter Kaye Scholer LLP
Client(s): Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp.

Kathleen LaManna, Shipman & Goodwin LLP
Client(s): U.S. Bank National Association, as Prepetition Note Agent

Kyung  Lee, Shannon & Lee LLP
Client(s): B. Riley Commercial Capital, LLC

Dennis Twomey, Sidley Austin LLP
Client(s): NYDIG

Nathaniel Hull, Verrill Dana, LLP
Client(s): MassMutual Asset Finance

Brittany Wagonheim, Willkie Farr & Gallagher LLP
Client(s): Official Committee of Unsecured Creditors

Jayson Ruff, US DOJ
Client(s): US Trustee

Patrick Autry, Branscomb PLLC
Client(s): Coonrod Electric Co.,LLC

John McDonald, Taft Stettinius & Hollister LLP
Client(s): Bremer Bank, National Association

James Drew, Otterbourg P.C.
Client(s): Anchorage Lending CA, LLC

Eric Haitz, Baker Botts L.L.P.
Client(s): Priority Power Management, LLC

James Bailey, Bradley
Client(s): Gaylor Electric

Scott Bowling, Baker Botts L.L.P.
Client(s): Priority Power Management, LLC

Maria Bartlett, Cokinos | Young
Client(s): MP2 Energy Texas LLC d/b/a Shell Energy Solutions

Electronic Appearance Sheet

Chris Koenig, Kirkland & Ellis LLP
Client(s): Celsius Mining LLC

Jackson Garvey, Sidley Austin LLP
Client(s): NYDIG ABL LLC (f/k/a Arctos Credit, LLC)

Dan Latona, Kirkland & Ellis LLP
Client(s): Celsius Mining LLC

Kris Hansen, Paul Hastings LLP
Client(s): Ad Hoc Group of Secured Convertible Noteholders