United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 01, 2023
Nathan Ochsner, Clerk

| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc. | |

This lawyer, who is admitted to the State Bar of _____Illinois_____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | George N. Panagakis<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 N. Wacker Drive<br>Chicago, IL 60606-1720<br>Tel.: (312) 407-0700<br>Illinois Bar No. 6205271 |
|---|---|

Seeks to appear as the attorney for this party:

| Ad Hoc Equity Group |
|---|
| Dated: 1/31/23 | Signed: /s/ George N. Panagakis |

COURT USE ONLY: The applicant's state bar reports their status as: _____ .

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

Order   (Docket No. 414)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

Signed:  February 01, 2023

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**