United States Bankruptcy Court
Southern District of Texas

**ENTERED**
February 01, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name | James C. Dugan |
| Firm | Willkie Farr & Gallagher LLP |
| Street | 787 Seventh Avenue |
| City & Zip Code | New York, New York 10019 |
| Telephone | 212-728-8000 |
| Licensed: State & Number | New York / 2610699 |

Seeks to appear as the attorney for this party:

Official Committee of Unsecured Creditors

Dated: 1/31/2023     Signed: /s/ James C. Dugan

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:     Signed: _____
Deputy Clerk

Order   (Docket No. 415)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

Signed: February 01, 2023

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**