## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*,[1] | § | |
| | § | Case No. 22-90341 (DRJ) |
| Debtors. | § | |
| | § | (Jointly Administered) |
| | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR ALL DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned hereby enters their appearance as Proposed Conflicts and Efficiency Counsel to the Official Committee of Unsecured Creditors, and request that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith be given to and served upon the following:

> Jason S. Brookner
> Lydia R. Webb
> **GRAY REED**
> 1300 Post Oak Blvd, Suite 2000
> Houston, Texas 77056
> Telephone:   (713) 986-7000
> Facsimile:    (713) 986-7100
> Email: jbrookner@grayreed.com
>            lwebb@grayreed.com

This request encompasses all notices, copies and pleadings referred to, whether express or implied, in the (i) United States Bankruptcy Code, 11 U.S.C. § 101 *et seq*., and (ii) Federal Rules of Bankruptcy Procedure, including, without limitation, notices of any orders, motions, demands,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

4862-5030-1518

complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court in these cases, whether formal or informal, written or oral, transmitted or conveyed by mail, e-mail, delivery, telephone, telegraph, telex or otherwise that affect or seek to affect the above-captioned proceeding.

Respectfully submitted this 1st day of February, 2023.

**GRAY REED**

By: */s/ Jason S. Brookner*
     Jason S. Brookner
     Texas Bar No. 24033684
     Lydia R. Webb
     Texas Bar No. 24083758
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:  (713) 986-7000
Facsimile:  (713) 986-7100
Email:      jbrookner@grayreed.com
            lwebb@grayreed.com

**PROPOSED CONFLICTS AND EFFICIENCY COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of February, 2023, he caused a true and correct copy of the foregoing document to be served via the Court's CM/ECF system.

*/s/ Jason S. Brookner*
Jason S. Brookner

4862-5030-1518