WWR# 041106067

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE: | CASE NO. 22-90341 |
| CORE SCIENTIFIC INC | CHAPTER 11 |
| | JUDGE DAVID R JONES |
| DEBTOR(S) | |

**NOTICE OF APPEARANCE**

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as agent for creditor, TOYOTA INDUSTRIES COMMERCIAL FINANCE INC..

Please send all further communications, pleadings, court notices, and other documents intended for TOYOTA INDUSTRIES COMMERCIAL FINANCE INC. to undersigned agent.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ SCOTT D. FINK
SCOTT D. FINK
Agent for Creditor
965 KEYNOTE CIRCLE
BROOKLYN HEIGHTS, OH 44131
877-338-9484
bronationalecf@weltman.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 2nd day of February, 2023 addressed to:

ALFREDO R PEREZ, Attorney for Debtor
ALFREDO.PEREZ@WEIL.COM

OFFICE OF THE UNITED STATES TRUSTEE @ usdoj.gov

CORE SCIENTIFIC INC
210 BARTON SPRINGS RD
AUSTIN, TX 78704-1251

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ SCOTT D. FINK
SCOTT D. FINK
Agent for Creditor
965 KEYNOTE CIRCLE
BROOKLYN HEIGHTS, OH 44131
877-338-9484
bronationalecf@weltman.com