UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Core Scientific Inc., et al, | Case No. 22-90341 |
| | (Jointly Administered) |
| Debtor. | |

**NOTICE OF APPEARANCE**

TO:   CLERK OF COURT, DEBTOR'S COUNSEL, THE U.S. TRUSTEE AND ALL OTHER PARTIES IN INTEREST:

Please take notice that the undersigned attorney in the law firm of Haynsworth Sinkler Boyd, P.A., hereby gives notice of the appearance of this firm on behalf of Maddox Industrial Transformer, LLC. This notice of appearance is being filed in accordance with Bankruptcy Rule 9010.

The Clerk of Court, and any other party that the Court may direct to send notices, is hereby requested that Mary M. Caskey of this law firm be shown on the master mailing matrix and any shortened matrix that may be in existence, or that may be created in the future. Notices should be sent to the following address:

> Mary M. Caskey, Esq.
> Haynsworth Sinkler Boyd, P.A.
> Post Office Box 11889
> Columbia, South Carolina 29211

The debtor's counsel, the U.S. Trustee and all other parties in interest, are hereby requested to serve upon the undersigned all pleadings, documents and papers to which the creditor may be a party in interest.

> /s/ Mary M. Caskey
> Mary M. Caskey, Fed ID No. 10120
> Haynsworth Sinkler Boyd, P.A.
> Post Office Drawer 11889
> Columbia, South Carolina 29211
> (803) 779.3080 Tel
> (803) 765.1243 Fax
> Email: mcaskey@hsblawfirm.com
> Attorneys for Maddox Industrial Transformer, LLC

February 2, 2023

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>Core Scientific, Inc., et al,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-90341<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 2, 2023, I have served a copy of the foregoing Notice of Appearance on the undersigned parties listed below by placing a copy in the U.S. Mail, first-class postage prepaid, and properly addressed as follows:

Core Scientific, Inc.
210 Barton Springs Rd, Suite 300
Austin, TX 78704

Alfredo R. Perez, Esq.
Weil Gotshal et al
700 Louisiana, Suite 1700
Houston, TX 77002

US Trustee
Office of the US Trustee
515 Rusk Avenue, Suite 3516
Houston, TX 77002

Alicia Lenae Barcomb, Esq.
Hector Duran, Jr., Esq.
Jayson B. Ruff, Esq.
Office of the US Trustee
515 Rusk Avenue, Suite 3516
Houston, TX 77002

Jason S. Brookner, Esq.
Gray Reed & McGraw LLP
1601 Elm Street, Suite 4600
Dallas, TX 75201

Jennifer Jaye Hardy, Esq.
Willkie Farr Gallagher LLP
600 Travis Street, Suite 2310
Houston, TX 77002

*/s/ Carol A. Williamson*
_____
Carol A. Williamson
Paralegal to Mary M. Caskey