IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | Chapter 11 |
| § | |
| CORE SCIENTIFIC, INC., *et al.*[1] § | Case No. 22-90341 |
| § | (Jointly Administered) |
| Debtors. § | |

NOTICE OF APPOINTMENT OF RECONSTITUTED[2] OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE DAVID R. JONES,
UNITED STATES BANKRUPTCY JUDGE:

  COMES NOW the United States Trustee, pursuant to § 1102(a) and 1102(b)(1) of the Bankruptcy Code, and the hereby appoints the following eligible creditors to the reconstituted official committee of unsecured creditors (the "Committee") in the above captioned case:

| | |
|---|---|
| 1. | Dalton Utilities<br>c/o Matthew R. Brooks<br>Troutman Pepper Hamilton Sanders LLP<br>600 Peachtree Street NE, Suite 3000<br>Atlanta, GA 30308 |
| 2. | Sphere 3D Corp.<br>10 Glenville St.<br>Greenwich, CT 06831 |
| 3. | MP2 Energy LLC d/b/a Shell Energy Solutions<br>21 Waterway Avenue, Ste. 450<br>The Woodlands, Texas |
| 4. | Tenaska Power Services Co.<br>300 E. John Carpenter, Ste. 1000<br>Irving, TX 75062 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR, LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] The U.S. Trustee reconstituted the Committee following the resignation of BRF Finance Co., LLC.

1

Dated: February 3, 2023            KEVIN M. EPSTEIN
                                   UNITED STATES TRUSTEE

                                   By: */s/ Jayson B. Ruff*
                                   Jayson B. Ruff
                                   Trial Attorney
                                   Michigan Bar No. P69893
                                   Office of the United States Trustee
                                   515 Rusk Avenue, Suite 3516
                                   Houston, TX 77002
                                   (713) 718-4662
                                   (713) 718-4670 Fax


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Reconstituted Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on February 3, 2023.

                                   */s/ Jayson B. Ruff*
                                   Jayson B. Ruff
                                   Trial Attorney