**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: ) | CHAPTER 11 |
| CORE SCIENTIFIC, INC., et al. ) | CASE NO. 22-90341 (DRJ) |
| Debtors. ) | |

### ENTRY OF APPEARANCE

COMES NOW John Lewis, Jr. of the law firm of Shook, Hardy & Bacon L.L.P. and hereby enters his appearance as counsel on behalf of General Casualty Company of Wisconsin ("Creditor") in the above-styled action, and, pursuant to Fed. R. Bankr. P. 2002 and 9007, and U.S.C. § 1109(b), requests and demands that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned.

Neither this Entry of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive: (i) Creditor's right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) Creditor's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) Creditor's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoff or recoupments to which Creditor is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Creditor expressly reserves.

4868-7257-9406 v1

2

Dated: February 3, 2023

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By  */s/ John Lewis, Jr.*
    John Lewis, Jr.
    Texas Bar No. 24108103
    S.D. Tex. Bar No. 3435473
    600 Travis St., Suite 3400
    Houston, TX 77002
    Telephone: 713.227.8008
    Fax: 713.227.9508
    Email: jolewis@shb.com

    Attorney for General Casualty
    Company of Wisconsin

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3 day of February I electronically filed the foregoing with the Clerk of the Court using the Court's electronic filing system, which will send a notice of filing to all counsel of record.

       /s/   John Lewis,Jr.
      John Lewis, Jr.

4868-7257-9406 v1