IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § | (Jointly Administered) Related Docket Nos. 463, 474, 490, and 491 |

**NOTICE OF FILING OF AMENDED
SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT
OF FINANCIAL AFFAIRS FOR CORE SCIENTIFIC OPERATING COMPANY**

**PLEASE TAKE NOTICE** that on February 3, 2023, Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (the "**Debtors**"), each filed schedules of assets and liabilities (Docket Nos. 461–471) (the "**Schedules**") and statements of financial affairs (Docket Nos. 472–482) (the "**Statements**"), including the *Schedule of Assets and Liabilities for Core Scientific Operating Company (Case No. 22-90343)* (Docket No. 463) (the "**Initial OpCo Schedules**") and the *Statement of Financial Affairs for Core Scientific Operating Company (Case No. 22-90343)* (Docket No. 474) (the "**Initial OpCo Statements**").

**PLEASE TAKE FURTHER NOTICE** that on February 6, 2023, the Debtors filed the *Amended Schedule of Assets and Liabilities for Core Scientific Operating Company (Case No. 22-90343)* (Docket No. 490) (the "**Amended OpCo Schedules**") and the *Amended Statement of*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

*Financial Affairs for Core Scientific Operating Company (Case No. 22-90343)* (Docket No. 491) (the "**Amended OpCo Statements**"), which amendments include additional claims and items therein.

**PLEASE TAKE FURTHER NOTICE** that tables listing the additions to the Amended OpCo Schedules and Amended OpCo Statements are attached hereto as **Exhibit A** and **Exhibit B**, respectively.

**PLEASE TAKE FURTHER NOTICE** that copies of the Schedules, Statements, Amended OpCo Schedules, and Amended OpCo Statements may be obtained free of charge by visiting the website of Stretto, Inc. at https://cases.stretto.com/CoreScientific/. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at https://ecf.txsb.uscourts.gov/ in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve their rights to further amend or supplement the Schedules, Statements, Amended OpCo Schedules, and Amended OpCo Statements from time to time as may be necessary or appropriate.

[*Remainder of page intentionally left blank*]

Dated: February 6, 2023
Houston, Texas

                      Respectfully submitted,

                      /s/ Alfredo R. Pérez
                      WEIL, GOTSHAL & MANGES LLP
                      Alfredo R. Pérez (15776275)
                      700 Louisiana Street, Suite 1700
                      Houston, Texas 77002
                      Telephone: (713) 546-5000
                      Facsimile: (713) 224-9511
                      Email: Alfredo.Perez@weil.com

                      -and-

                      WEIL, GOTSHAL & MANGES LLP
                      Ray C. Schrock (admitted *pro hac vice*)
                      Ronit J. Berkovich (admitted *pro hac vice*)
                      Moshe A. Fink (admitted *pro hac vice*)
                      767 Fifth Avenue
                      New York, New York 10153
                      Telephone: (212) 310-8000
                      Facsimile: (212) 310-8007
                      Email: Ray.Schrock@weil.com
                                Ronit.Berkovich@weil.com
                                Moshe.Fink@weil.com

                      *Proposed Attorneys for Debtors*
                      *and Debtors in Possession*

**Certificate of Service**

I hereby certify that on February 6, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                /s/  Alfredo R. Pérez
                                                Alfredo R. Pérez

# **EXHIBIT A**

**Additions to Amended OpCo Schedules**

| Debtor | Sub-Schedule | Schedule | Name | Address | | City | State | Zip | Description / Basis for Claim | C | U | D | Claim Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Core Scientific Operating Company | Equipment Financings | D | Blockfi B | 155 2nd | STE 112 | Jersey City | NJ | 07302 | 13.1% Equipment Financing due Dec 31, 2023 | | | | $47,246,376.75 |
| Core Scientific Operating Company | Equipment Financings | D | Arctos Credit, LLC #6 | 510 Madison Avenue | 21st Floor | New York | NY | 10022 | 14.25% Equipment Financing due Jul 1, 2023 | | | | $11,792,461.57 |
| Core Scientific Operating Company | Equipment Leases | D | Liberty Commercial Finance #10 - Atalaya | 18302 Irvine Blve, Suite 300 | | Tustin | CA | 92780 | 12.33% Equipment Lease due Nov 1, 2024 | | | | $6,924,128.87 |
| Core Scientific Operating Company | Equipment Financings | D | Arctos Credit, LLC #7 | 510 Madison Avenue | 21st Floor | New York | NY | 10022 | 11% Equipment Financing due Nov 1, 2023 | | | | $6,790,614.03 |
| Core Scientific Operating Company | Equipment Financings | D | Arctos Credit, LLC #8 | 510 Madison Avenue | 21st Floor | New York | NY | 10022 | 11% Equipment Financing due Nov 1, 2023 | | | | $6,790,614.03 |
| Core Scientific Operating Company | Equipment Financings | D | Arctos Credit, LLC #9 | 510 Madison Avenue | 21st Floor | New York | NY | 10022 | 11% Equipment Financing due Nov 1, 2023 | | | | $6,790,614.03 |
| Core Scientific Operating Company | Equipment Financings | D | Blockfi A | 155 2nd | STE 112 | Jersey City | NJ | 07302 | 9.7% Equipment Financing due Dec 31, 2023 | | | | $6,666,666.69 |
| Core Scientific Operating Company | Equipment Leases | D | Liberty Commercial Finance #12 - Atalaya | 18302 Irvine Blve, Suite 300 | | Tustin | CA | 92780 | 12.34% Equipment Lease due Dec 1, 2024 | | | | $3,885,265.16 |
| Core Scientific Operating Company | Equipment Leases | D | Liberty Commercial Finance #11 - Atalaya | 18302 Irvine Blve, Suite 300 | | Tustin | CA | 92780 | 12.34% Equipment Lease due Dec 1, 2024 | | | | $3,686,877.20 |
| Core Scientific Operating Company | Equipment Leases | D | Liberty Commercial Finance #13 - 36th Street | 18302 Irvine Blve, Suite 300 | | Tustin | CA | 92780 | 12.66% Equipment Lease due Dec 1, 2024 | | | | $3,659,251.56 |
| Core Scientific Operating Company | Equipment Financings | D | Arctos Credit, LLC #5 | 510 Madison Avenue | 21st Floor | New York | NY | 10022 | 14.25% Equipment Financing due May 1, 2023 | | | | $3,279,010.89 |
| Core Scientific Operating Company | Equipment Leases | D | Liberty Commercial Finance #16 - Liberty | 18302 Irvine Blve, Suite 300 | | Tustin | CA | 92780 | 12.66% Equipment Lease due Dec 1, 2024 | | | | $2,410,587.64 |
| Core Scientific Operating Company | Equipment Financings | D | Arctos Credit, LLC #4 | 510 Madison Avenue | 21st Floor | New York | NY | 10022 | 14.25% Equipment Financing due May 1, 2023 | | | | $2,239,747.82 |
| Core Scientific Operating Company | Equipment Leases | D | Liberty Commercial Finance #1 - Indigo | 18302 Irvine Blve, Suite 300 | | Tustin | CA | 92780 | 11.44% Equipment Lease due Dec 1, 2025 | | | | $2,176,254.95 |
| Core Scientific Operating Company | Equipment Leases | D | Liberty Commercial Finance #8 - Prime | 18302 Irvine Blve, Suite 300 | | Tustin | CA | 92780 | 11.5% Equipment Lease due Nov 1, 2025 | | | | $1,311,568.63 |
| Core Scientific Operating Company | Equipment Leases | D | Liberty Commercial Finance #4 - North Star Leasing | 18302 Irvine Blve, Suite 300 | | Tustin | CA | 92780 | 16.12% Equipment Lease due Nov 1, 2025 | | | | $604,396.61 |
| Core Scientific Operating Company | Equipment Leases | D | Liberty Commercial Finance #9 - Prime | 18302 Irvine Blve, Suite 300 | | Tustin | CA | 92780 | 16.16% Equipment Lease due Nov 1, 2025 | | | | $569,027.99 |
| Core Scientific Operating Company | Equipment Financings | D | Arctos Credit, LLC #3 | 510 Madison Avenue | 21st Floor | New York | NY | 10022 | 15% Equipment Financing due Mar 1, 2023 | | | | $536,256.48 |
| Core Scientific Operating Company | Equipment Leases | D | Liberty Commercial Finance #15 - Liberty | 18302 Irvine Blve, Suite 300 | | Tustin | CA | 92780 | 12.83% Equipment Lease due Dec 1, 2024 | | | | $411,505.03 |
| Core Scientific Operating Company | Equipment Leases | D | Liberty Commercial Finance #3 - North Mill | 18302 Irvine Blve, Suite 300 | | Tustin | CA | 92780 | 11.62% Equipment Lease due Nov 1, 2025 | | | | $384,386.89 |
| Core Scientific Operating Company | Equipment Leases | D | Liberty Commercial Finance #2 - Prime | 18302 Irvine Blve, Suite 300 | | Tustin | CA | 92780 | 16.22% Equipment Lease due Nov 1, 2025 | | | | $377,374.94 |
| Core Scientific Operating Company | Equipment Financings | D | Arctos Credit, LLC #2 | 510 Madison Avenue | 21st Floor | New York | NY | 10022 | 15% Equipment Financing due Mar 1, 2023 | | | | $353,356.98 |
| Core Scientific Operating Company | Equipment Leases | D | Liberty Commercial Finance #6 - Liberty | 18302 Irvine Blve, Suite 300 | | Tustin | CA | 92780 | 18.93% Equipment Lease due Nov 1, 2024 | | | | $353,235.38 |
| Core Scientific Operating Company | Equipment Leases | D | Liberty Commercial Finance #14 - Liberty | 18302 Irvine Blve, Suite 300 | | Tustin | CA | 92780 | 12.91% Equipment Lease due Dec 1, 2024 | | | | $290,172.84 |
| Core Scientific Operating Company | Equipment Leases | D | Liberty Commercial Finance #5 - North Mill | 18302 Irvine Blve, Suite 300 | | Tustin | CA | 92780 | 11.7% Equipment Lease due Nov 1, 2025 | | | | $271,572.86 |
| Core Scientific Operating Company | Equipment Leases | D | Liberty Commercial Finance #7 - Liberty | 18302 Irvine Blve, Suite 300 | | Tustin | CA | 92780 | 12.95% Equipment Lease due Nov 1, 2024 | | | | $206,225.84 |
| Core Scientific Operating Company | Equipment Leases | D | Garic, Inc. #2 | PO Box 6967 | | Carol Stream | IL | 60197-6967 | 6.5% Equipment Lease due Mar 1, 2023 | | | | $87,196.13 |
| Core Scientific Operating Company | Equipment Leases | D | De Lage Landen Financial Services Inc #1 | PO Box 41602 | | Philadelphia | PA | 19101 | 6.5% Equipment Lease due Nov 1, 2023 | | | | $0.00 |
| Core Scientific Operating Company | Equipment Leases | D | De Lage Landen Financial Services Inc #2 | PO Box 41602 | | Philadelphia | PA | 19101 | 6.5% Equipment Lease due Dec 2, 2023 | | | | $0.00 |
| Core Scientific Operating Company | Equipment Leases | D | Garic, Inc. #3 | PO Box 6967 | | Carol Stream | IL | 60197-6967 | 6.5% Equipment Lease due Feb 1, 2024 | | | | $0.00 |
| Core Scientific Operating Company | Equipment Leases | D | De Lage Landen Financial Services Inc #3 | PO Box 41602 | | Philadelphia | PA | 19101 | 6.5% Equipment Lease due Jan 1, 2024 | | | | $0.00 |
| Core Scientific Operating Company | Equipment Leases | D | De Lage Landen Financial Services Inc #4 | PO Box 41602 | | Philadelphia | PA | 19101 | 6.5% Equipment Lease due Jan 2, 2024 | | | | $0.00 |
| Core Scientific Operating Company | UCC Liens | D | Priority Power Management, LLC | 3013 FM 516 North | | Barstow | TX | 79777 | UCC Lien - Document # 2022-3219 | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | Graybar Electric Company, Inc. | 3013 FM 516 North | | Barstow | TX | 79777 | UCC Lien - Document # 2022-3542 | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | Huband-Mantor Construction | 3013 FM 516 North | | Barstow | TX | 79777 | UCC Lien - Document # 2022-4334 | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | MK Marlow Company, LLC | 3013 FM 516 North | | Barstow | TX | 79777 | UCC Lien - Document # 2022-4351 | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | ComNet Communications, LLC | 3013 FM 516 North | | Barstow | TX | 79777 | UCC Lien - Document # 2022-4371 | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | Coonrod Electric Co., LLC | 3013 FM 516 North | | Barstow | TX | 79777 | UCC Lien - Document # 2022-4431 | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | Summit Electric Supply Co. | 3013 FM 516 North | | Barstow | TX | 79777 | UCC Lien - Document # 2022-4495 | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | Morsco Supply LLC DBA Morrison Supply Company | 3013 FM 516 North | | Barstow | TX | 79777 | UCC Lien - Document # 2022-4527 | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | Priority Power Management, LLC | 1851 FM 2119 | | Pecos | TX | 79772 | UCC Lien - Document # 2022005550 | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | Graybar Electric Company, Inc. | 1851 FM 2119 | | Pecos | TX | 79772 | UCC Lien - Document # 2022006200 | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | Huband-Mantor Construction | 1851 FM 2119 | | Pecos | TX | 79772 | UCC Lien - Document # 2022007951 | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | Huband-Mantor Construction | 1851 FM 2119 | | Pecos | TX | 79772 | UCC Lien - Document # 2022007953 | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | ComNet Communications, LLC | 1851 FM 2119 | | Pecos | TX | 79772 | UCC Lien - Document # 2022007973 | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | Coonrod Electric Co., LLC | 1851 FM 2119 | | Pecos | TX | 79772 | UCC Lien - Document # 2022007983 | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | Coonrod Electric Co., LLC | 1851 FM 2119 | | Pecos | TX | 79772 | UCC Lien - Document # 2022007984 | C | U | D | |

| Debtor | Sub-Schedule | Schedule | Name | Address | | City | State | Zip | Description / Basis for Claim | C | U | D | Claim Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Core Scientific Operating Company | UCC Liens | D | Summit Electric Supply Co. | 1851 FM 2119 | | Pecos | TX | 79772 | UCC Lien - Document # 2022008322 | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | Summit Electric Supply Co. | 1851 FM 2119 | | Pecos | TX | 79772 | UCC Lien - Document # 2022008384 | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | Sure Steel – Texas, L.P. | 8171 Jim Christal Road | | Denton | TX | 76207 | UCC Lien - Document # 152295 | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | Way Mechanical | 8171 Jim Christal Road | | Denton | TX | 76207 | UCC Lien - Document # 153496 | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | McCorvey Sheet Metal Works, LP | 8171 Jim Christal Road | | Denton | TX | 76207 | UCC Lien - Document # 153497 | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | Way Mechanical | 8171 Jim Christal Road | | Denton | TX | 76207 | UCC Lien - Document # 153498 | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | McCarthy Building Companies, Inc. | 8171 Jim Christal Road | | Denton | TX | 76207 | UCC Lien - Document # 154942 | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | BEAM Concrete Construction, Inc. | 8171 Jim Christal Road | | Denton | TX | 76207 | UCC Lien - Document # 157743 | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | Humphrey & Associates, Inc. | 8171 Jim Christal Road | | Denton | TX | 76207 | UCC Lien - Document # 158075 | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | Housley Communications | 8171 Jim Christal Road | | Denton | TX | 76207 | UCC Lien - Document # 164584 | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | Imperial Fire Protection, LLC | 8171 Jim Christal Road | | Denton | TX | 76207 | UCC Lien - Document # 168014 | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | ABLe Communications, Inc. | 8171 Jim Christal Road | | Denton | TX | 76207 | UCC Lien - Document # 168734 | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | Harper Construction Company, Inc. | 1525 W Smith Ferry Rd | | Muskogee | OK | 74401 | UCC Lien - Document # 2022-013536 | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | Contech, Inc. | 1525 W Smith Ferry Rd | | Muskogee | OK | 74401 | UCC Lien - Document # 2022-013616 | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | Gaylor Electric, Inc. DBA Gaylor, Inc. | 1525 W Smith Ferry Rd | | Muskogee | OK | 74401 | UCC Lien - Document # 2022-014455 | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | 36TH STREET CAPITAL PARTNERS, LLC | 15 MAPLE AVE, 2ND FLOOR | | MORRISTOWN | NJ | 07960 | UCC Lien - Other | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | ACM ELF ST LLC | ONE ROCKEFELLER PLAZA, 32ND FLOOR | | NEW YORK CITY | NY | 10020 | UCC Lien - Other | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | ANCHORAGE LENDING CA, LLC | 101 S. REID STREET | SUITE 329 | SIOUX FALLS | SD | 57103 | UCC Lien - Other | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | ARCTOS CREDIT, LLC | 2443 FILLMORE STREET #406 | | SAN FRANCISCO | CA | 94115 | UCC Lien - Other | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | BANK FINANCIAL | 48 ORLAND SQUARE DRIVE | | ORLAND PARK | IL | 60462 | UCC Lien - Other | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | C T CORPORATION SYSTEM, AS REPRESENTATIVE | 330 N BRAND BLVD | SUITE 700, ATTN: SPRS | GLENDALE | CA | 91203 | UCC Lien - Other | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | CELSIUS NETWORKS LENDING LLC | 221 RIVER STREET | 9TH FLOOR | HOBOKEN | NJ | 07030 | UCC Lien - Other | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | CIT BANK, N.A. | 10201 CENTURION PARKWAY N. #100 | | JACKSONVILLE | FL | 32256 | UCC Lien - Other | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | CM TFS LLC | 5480 CORPORATE DRIVE | SUITE 350 | TROY | MI | 48098 | UCC Lien - Other | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | P.O. BOX 2576 | | SPRINGFIELD | IL | 62708 | UCC Lien - Other | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | DATA SALES CO., INC. | 3450 WEST BURNSVILLE PARKWAY | | BURNSVILLE | MN | 55337 | UCC Lien - Other | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | DE LAGE LANDEN FINANCIAL SERVICES, INC. | 1111 OLD EAGLE SCHOOL ROAD | | WAYNE | PA | 19087 | UCC Lien - Other | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | INDIGO COMMERCIAL FUNDING, LLC | 6700 EAST PACIFIC COAST HIGHWAY | SUITE 295 | LONG BEACH | CA | 90803 | UCC Lien - Other | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | INDIGO DIRECT LENDING, LLC | 6700 E. PACIFIC COAST HIGHWAY | SUITE 295 | LONG BEACH | CA | 90803 | UCC Lien - Other | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | MADDOX INDUSTRIAL TRANSFORMER, LLC | 865 VICTOR HILL ROAD | | GREER | SC | 29651 | UCC Lien - Other | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | MASSMUTUAL ASSET FINANCE LLC | 2 HAMPSHIRE STREET | SUITE 101 | FOXBOROUGH | MA | 02035 | UCC Lien - Other | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | NORTH MILL CREDIT TRUST | 9 EXECUTIVE CIRCLE | SUITE 230 | IRVINE | CA | 92614 | UCC Lien - Other | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | NORTH STAR LEASING, A DIVISION OF PEOPLES BANK | PO BOX 4505 | | BURLINGTON | VT | 05406 | UCC Lien - Other | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | NYDIG ABL LLC | 510 MADISON AVENUE, 21ST FLOOR | | NEW YORK | NY | 10022 | UCC Lien - Other | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | POWER & DIGITAL INFRASTRUCTURE CORP. | 2800 NORTHUP WAY | SUITE 220 | BELLEVUE | WA | 98004 | UCC Lien - Other | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | PRIME ALLIANCE BANK, INC. | 1868 S 500 WEST | | WOODS CROSS | UT | 84087 | UCC Lien - Other | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | SILVERPEAK CREDIT PARTNERS LP, AS COLLATERAL AGENT | 40 WEST 57TH STREET, 29TH FLOOR | | NEW YORK | NY | 10019 | UCC Lien - Other | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | STONEBRIAR COMMERCIAL FINANCE LLC | 5601 GRANITE PARKWAY | SUITE 1350 | PLANO | TX | 75024 | UCC Lien - Other | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | TCF NATIONAL BANK | 800 BURR RIDGE PARKWAY | | BURR RIDGE | IL | 60527 | UCC Lien - Other | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | TECHNOLOGY FINANCE CORPORATION | 7077 E. MARILYN RD. | BLDG. 3 / SUITE 125 | SCOTTSDALE | AZ | 85254 | UCC Lien - Other | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC. | P.O. BOX 9050 | | DALLAS | TX | 75019- | UCC Lien - Other | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | TRINITY CAPITAL INC. | 1 N 1ST STREET, FLOOR 3 | | PHOENIX | AZ | 85004 | UCC Lien - Other | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | U.S. BANK NATIONAL ASSOCIATION, AS COLLATERAL AGENT | 60 LIVINGSTON AVE, EP-MN-WS3C | | ST. PAUL | MN | 55107 | UCC Lien - Other | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | VFS LLC | 5827 TEREX | | CLARKSTON | MI | 48346 | UCC Lien - Other | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | VFSOX, LLC | 60 S. WASHINGTON STREET | | OXFORD | MI | 48371 | UCC Lien - Other | C | U | D | |
| Core Scientific Operating Company | UCC Liens | D | XPDI MERGER SUB, INC. | 2800 NORTHUP WAY | SUITE 220 | BELLEVUE | WA | 98004 | UCC Lien - Other | C | U | D | |
| Core Scientific Operating Company | Trade Payables | EF | Duke Energy | PO Box 601297 | | Charlotte | NC | 28260-1297 | Trade Payable | | U | | |

| Debtor | Sub-Schedule | Schedule | Name | Address | | City | State | Zip | Description / Basis for Claim | C | U | D | Claim Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Core Scientific Operating Company | Customer Contracts | G | Arctos Credit | 2443 Fillmore Street #406 | | San Francisco | CA | 94115 | Acknowledgement, Agreement and Waiver dated 08/11/2020 | N/A | N/A | N/A | |
| Core Scientific Operating Company | Customer Contracts | G | NFN8 Media LLC | 11615 Angus Rd | Ste 104C | Austin | TX | 78759 | Acknowledgement, Agreement and Waiver dated 08/11/2020 | N/A | N/A | N/A | |
| Core Scientific Operating Company | Real Property | G | Dalton Whitfield County Joint Development Authority | C/O Gray Pannel & Woodward LLP 3060 Peachtree Road, NW, Suite 730 | Attn: James Woodward | Atlanta | GA | 30305 | Memorandum of Lease and Option to Purchase and Lease Agreement dated 12/1/2018 | N/A | N/A | N/A | |

# EXHIBIT B

**Additions to Amended OpCo Statements**

| Debtor | SOFAPart | SOFA Question | Name of Receiver | Address | City | State | Zip | Date of Payment | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Core Scientific Operating Company | 6 | 11 | PJT Partners LP | 280 Park Avenue | New York | NY | 10017 | 21-Nov-22 | $200,000.00 |
| Core Scientific Operating Company | 6 | 11 | PJT Partners LP | 280 Park Avenue | New York | NY | 10017 | 21-Nov-22 | $242,741.94 |
| Core Scientific Operating Company | 6 | 11 | PJT Partners LP | 280 Park Avenue | New York | NY | 10017 | 29-Nov-22 | $200,000.00 |
| Core Scientific Operating Company | 6 | 11 | PJT Partners LP | 280 Park Avenue | New York | NY | 10017 | 07-Dec-22 | $200,000.00 |