

*VG-192-2022-2022007946*

**Reeves County**
**Dianne O. Florez**
Reeves County Clerk

Instrument Number: 2022007946

Real Property Recordings

AFFIDAVIT

Recorded On: November 14, 2022 11:11 AM          Number of Pages: 20

" Examined and Charged as Follows: "

Total Recording: $98.00

*********** THIS PAGE IS PART OF THE INSTRUMENT ***********
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

**File Information:**                              **Record and Return To:**
Document Number:   2022007946                      MK MARLOW COMPANY LLC
Receipt Number:    20221114000015                  16116 COLLEGE OAK
Recorded Date/Time: November 14, 2022 11:11 AM
User:              Rebecca G                       SAN ANTONIO TX 78249
Station:           CLERK07

**STATE OF TEXAS**
**Reeves County**
I hereby certify that this Instrument was filed in the File Number sequence on the date/time printed hereon, and was duly recorded in the Official Records of Reeves County, Texas

Dianne O. Florez
Reeves County Clerk
Reeves County, TX

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | |
| | § | **AFFIDAVIT FOR MECHANIC'S LIEN** |
| **COUNTY OF REEVES** | § | |

BEFORE ME the undersigned authority, personally appeared Malcolm Scott Farrar, who upon his oath, deposed and stated the following:

1. "My name is Malcolm Scott Farrar. I am the Director of Operations of MK Marlow Company, LLC, hereinafter sometimes referred to "Claimant." I am over 21 years of age, am competent and authorized to make this affidavit and have personal knowledge of the facts set forth below which are true and correct. Claimant's business address is 16116 College Oak, San Antonio, Texas 78249.

2. Claimant, a subcontractor, furnished labor and materials for improvements to the real property described herein, pursuant to a contract by and between Claimant and Huband-Mantor Construction, Inc., whose last known address is 43000 IH 10 West, Boerne, Texas 78006.

3. The labor, materials, and work furnished by Claimant are generally described as Metal Stud Framing, Hollow Metal Frames, Drywall, Drywall Trim, ACT Grid & Tile, Insulation including R-11, R19 and Rigid, Sealant, and Exterior Filter Insulation and further reflected in the invoices/payment requests attached herein as Exhibit "B". The amount due and owing, and unpaid to Claimant for the labor and/or materials is $978,127.96, including $295,425.81 in retainage that is or will become due upon completion or termination of the contract. This amount is true, correct and just, and all lawful offsets, payments, and credits known to Claimant have been provided. Claimant furnished the labor, materials and work in the months of July 2022 and August 2022.

4. The real property and improvements sought to be charged with this lien by Claimant is described as follows: 1851 Fm 2119, Pecos, Reeves County, Texas 79772, and as further referenced in the attached Exhibit "A" (collectively "Property")

5. The name of the owner or reputed owner of the Property is Jobe Ranch Family Limited Partnership, whose last known address is 315 Reeves County Road 223, Toyah, Texas 79785 and c/o Irene Epperson, 1150 Southview Drive, El Paso, Texas 799928 and Core Scientific, Inc. ("CSI"), whose last known address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704 and 2800 Northup Way, Suite 220, Bellevue, Washington, 98004. Claimant understands that some or all of the Property may be leased to CSI and Claimant claims a lien as to CSI's interest in the Property and some or all of the improvements located thereon.

6. Notice of the claim was sent to the owner or reputed owner, general contractor, and CSI on October 14, 2022, and November 11, 2022 via certified mail, return receipt requested.

7. Claimant claims a lien and, if applicable, a constitutional lien upon the Property in the amount shown above pursuant to Chapter 53 of the Texas Property Code and the State of Texas Constitution.

8. One copy of this Affidavit is being sent via certified mail, return receipt requested to the owner, the general contractor and CSI, at their respective last known addresses."

FURTHER AFFIANT SAYETH NOT.

MK MARLOW COMPANY, LLC

By: _____

Authorized Representative of Claimant

**STATE OF TEXAS** § § §

**COUNTY OF BEXAR** § § §

SUBSCRIBED AND SWORN TO by the said Malcolm Scott Farrar, on this 11th day of November, 2022, who acknowledged to me that he is the authorized agent and representative of MK Marlow Company, LLC, and that he has signed this Affidavit for Mechanic's Lien in his stated capacity with full authority to do so and declared that the statements therein contained are true and correct.

Given under my hand and seal of office this 11th day of November 2022.

APRIL M RICHARDS
Notary ID #130970840
My Commission Expires
January 20, 2025

_____
Notary Public, State of Texas
My Commission Expires: 01/20/2025

**After Recording, Return To:**
ERIC L. SCOTT
SCOTT VISCUSO, PLLC
1105 N. BISHOP AVENUE
DALLAS, TEXAS 75208

# EXHIBIT "A"



# EXHIBIT
# REEVES COUNTY, TEXAS
## T. & P. RR. CO. SURVEY, SECTION 6, BLOCK 55, ABSTRACT 3149

PRIORITY POWER
COTTONWOOD
JOBE RANCH FAMILY LIMITED PARTNERSHIP

### 50.00 ACRE SURFACE LEASE

Being a 50.00 acre surface lease located in the T. & P. RR. Co. Survey, Section 6, Block 55, Abstract 3149, Reeves County, Texas; being part of a tract of land described in Deed to Jobe Ranch Family Limited Partnership as recorded in Volume 937, Page 328 of the Official Public Records of Reeves County Texas; said surface lease being more particularly described as follows:

BEGINNING at a 3-inch iron pipe found for the Northwest corner of said Section 6;

THENCE S 88°21'43" E, a distance of 1,351.08 feet, to a 1/2-inch capped iron rod stamped "DATAPOINT 10194585" set for corner;

THENCE S 62°55'34" E, a distance of 783.60 feet, to a 1/2-inch capped iron rod stamped "DATAPOINT 10194585" set for corner;

THENCE S 01°38'17" W, a distance of 779.22 feet, to a 1/2-inch capped iron rod stamped "DATAPOINT 10194585" set for corner;

THENCE N 88°21'43" W, a distance of 2,058.72 feet, to a 1/2-inch capped iron rod stamped "DATAPOINT 10194585" set for corner, from which a 1/2-inch capped iron rod found for the Northeast corner of Public School Lands Survey, Section 48, Block 57, Abstract 5055 bears S 01°44'36" W a distance of 2,355.25 feet;

THENCE N 01°38'17" E, a distance of 1,115.78 feet, to the POINT OF BEGINNING, in all containing 2,178,000 square feet or 50.00 acres, more or less.

I, Matthew Tomerlin, Registered Professional Land Surveyor No. 6503 of the State of Texas, do hereby certify this plat shows the results of an on the ground survey made under my direction. Original signed and stamped in red ink.

_____ Date of Signature: October 4, 2021
MATTHEW TOMERLIN
REGISTERED PROFESSIONAL LAND SURVEYOR NO. 6503
FIRM REGISTRATION/LICENSE NO. 10194585
FOR DATAPOINT SURVEYING AND MAPPING
12450 NETWORK BLVD, SUITE 300
SAN ANTONIO, TX. 78249
(777) 726-4240 OFFICE
(777) 726-4241 FAX





## REEVES COUNTY, TEXAS
### PUBLIC SCHOOL LANDS SURVEY, SECTION 37, BLOCK 57, ABSTRACT 5705

PRIORITY POWER
COTTONWOOD
HAWKINS INVESTMENTS, INC.

### PROPOSED 60 FEET WIDE
### ELECTRIC EASEMENT

Being a Centerline description of a proposed 60 foot-wide easement being located in the Public School Lands Survey, Section 37, Block 57, Abstract 5705, Reeves County, Texas; being part of a tract of land (Tract 12) described in Deed to Hawkins Investments, Inc. as recorded in Volume 562, Page 774 of the Deed Records of Reeves County Texas; said easement being described by a centerline which is bound by lines 30 feet each side and parallel to said centerline and being more particularly described as follows:

BEGINNING at a point in the West line of said Section 37, from which a 1/2-inch capped iron rod found for the Southwest corner of said Section 37, bears S 01°42'51" W, a distance of 4,846.37 feet;

THENCE S 59°21'38" E, a distance of 555.19 feet to a point;

THENCE S 62°55'34" E, a distance of 1,321.13 feet to the POINT OF TERMINATION, from which a 1/2-inch capped iron rod found for the Southeast corner of said Section 37, bears S 01°42'36" W, a distance of 4,014.26 feet, with said easement containing 112,520 square feet or 2.583 acres of land, more or less, said easement having a centerline length of 1,876.32 feet or 113.716 rods.

I, Matthew Tomerlin, Registered Professional Land Surveyor No. 6503 of the State of Texas, do hereby certify this plat shows the results of an on the ground survey made under my direction. Original signed and stamped in red ink.

_____ Date of Signature: April 29, 2022

MATTHEW TOMERLIN
REGISTERED PROFESSIONAL LAND SURVEYOR NO. 6503
FIRM REGISTRATION/LICENSE NO. 10194585
FOR DATAPOINT SURVEYING AND MAPPING
12450 NETWORK BLVD, SUITE 300
SAN ANTONIO, TX. 78249
(777) 726-4240 OFFICE
(777) 726-4241 FAX





## REEVES COUNTY, TEXAS
### PUBLIC SCHOOL LANDS SURVEY, SECTION 37, BLOCK 57, ABSTRACT 5705

COTTONWOOD
HAWKINS INVESTMENTS, INC.

#### PROPOSED 60 FEET WIDE
#### ELECTRIC EASEMENT

Being a Centerline description of a proposed 60 foot-wide easement being located in the Public School Lands Survey, Section 37, Block 57, Abstract 5705, Reeves County, Texas; being part of a tract of land (Tract 12) described in Deed to Hawkins Investments, Inc. as recorded in Volume 562, Page 774 of the Deed Records of Reeves County Texas; said easement being described by a centerline which is bound by lines 30 feet each side and parallel to said centerline and being more particularly described as follows:

BEGINNING at a point in the West line of said Section 37, from which a 1/2-inch capped iron rod found for the Southwest corner of said Section 37, bears S 01°42'51" W, a distance of 4,846.37 feet;

THENCE S 59°21'38" E, a distance of 523.90 feet to a point;

THENCE S 62°55'34" E, a distance of 1,351.44 feet to the POINT OF TERMINATION, from which a 1/2-inch capped iron rod found for the Southeast corner of said Section 37, bears S 01°42'36" W, a distance of 4,014.26 feet, with said easement containing 112,520 square feet or 2.583 acres of land, more or less, said easement having a centerline length of 1,875.34 feet or 113.657 rods.

I, Matthew Tomerlin, Registered Professional Land Surveyor No. 6503 of the State of Texas, do hereby certify this plat shows the results of an on the ground survey made under my direction.
Original signed and stamped in red ink.

_____ Date of Signature: November 4, 2021
MATTHEW TOMERLIN
REGISTERED PROFESSIONAL LAND SURVEYOR NO. 6503
FIRM REGISTRATION/LICENSE NO. 10194585
FOR DATAPOINT SURVEYING AND MAPPING
12450 NETWORK BLVD, SUITE 300
SAN ANTONIO, TX. 78249
(777) 726-4240 OFFICE
(777) 726-4241 FAX



Exhibit "B"

# SUBCONTRACTOR'S/SUPPLIER'S APPLICATION FOR PAYMENT

TO: Huband-Mantor Construction, Inc.
43000 IH-10 West
Boerne, Texas 78006

| | |
|---|---|
| Application No. | 6 |
| Period From: | 07/01/2022 |
| Period To: | 07/31/2022 |
| Invoice #: | 5835 |

From: MK Marlow Company, LLC
16116 College Oak Drive
San Antonio, TX 78249

*Pay Application due to HMC by 20th of each month*

Project: Core Scientific Cottonwood
Pecos, Texas

1. Original Contract Amount.................................................... 9,780,814.00

2. Approved Change Orders.................................................... 0.00

3. Revised Contract Amount.................................................... 9,780,814.00

4. Total Complete to Date.................... 5,750,492.58
5
5. Less ~~10%~~ Retainage.......................... 287,524.63

6. Total Earned to Date....................... 5,462,967.95

7. Less previous Payment Applications..... 4,930,388.02

8. **NET AMOUNT DUE THIS ESTIMATE**................................ 532,579.93

9. **BALANCE LEFT TO DRAW** ............................................. 4,317,846.05

CERTIFICATE OF THE SUBCONTRACTOR:
I Hereby certify that the work performed and the materials supplied to date, as shown on the above represent the actual value of accomplishment under the terms of the Contract (and all authorized changes thereto) between the undersigned and Huband-Mantor Construction, Inc. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received form the contractor, to (1) all my subcontractors (sub-contractors) and (2) for all materials and labor used in or in connection with the performance of this contract. I further certify I have complied with Federal, State and local tax laws, including Social Security laws and Unemployment laws and Workers Compensation laws as applicable to the performance of this contract.

SUBCONTRACTOR: MK Marlow Company, LLC
BY: *[signature]*
TITLE: CEO

# APPLICATION AND CERTIFICATE FOR PAYMENT

INVOICE  Page 1

**TO(OWNER):** HUBAND-MANTOR CONSTRUCTION
43000 IH-10 WEST
BOERNE, TX 78006

**Project:** CORE SCIENTIFIC COTTONWOOD
1851 FM 2119
PECOS, TX 79772

**Application No:** 6
**Invoice No:** 5835
**Period To:** 7/31/2022

**From:** MK MARLOW COMPANY LLC
16116 COLLEGE OAK DRIVE
SAN ANTONIO, TX 78249

**Via(Architect):** MJDII ARCHITECTS, INC.
16775 ADDISON ROAD
SUITE 310
ADDISON, TX 75001

**Architect's**
**Project No:** 21012
**Invoice Date:** 7/15/2022
**Contract Date:** 12/31/2021

Application is made for Payment, as shown below, in connection with the Contract. Continuation Sheet is attached.

1. ORIGINAL CONTRACT SUM .................................................. $ 9,780,814.00
2. Net change by Change Orders .............................................. $ 0.00
3. CONTRACT SUM TO DATE (Line 1 +/- 2) ................................. $ 9,780,814.00
4. TOTAL COMPLETED & STORED TO DATE .................................. $ 5,750,492.58
5. RETAINAGE ..................................................................... $ 287,524.63
6. TOTAL EARNED LESS RETAINAGE ........................................... $ 5,462,967.95
   (Line 4 less Line 5)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT .......................... $ 4,930,388.02
   (Line 6 from prior Certificate)
8. **CURRENT PAYMENT DUE** .................................................. **$ 532,579.93**
9. BALANCE TO FINISH, PLUS RETAINAGE .................................... $ 4,317,846.05
   (Line 3 less Line 6)

## CONTRACTOR'S APPLICATION FOR PAYMENT

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Approved previous months | 0.00 | 0.00 |
| Approved this month | 0.00 | 0.00 |
| TOTALS | 0.00 | 0.00 |
| Net change by change orders | 0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

**CONTRACTOR:** MK MARLOW COMPANY LLC

By: _____ Date: 07/15/2022

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED.................................. $
(Attach explanation if amount certified differs from the amount applied for.)

ARCHITECT: MJDII ARCHITECTS, INC.

By _____ Date: _____

State of: TX   County of: Bexar
Subscribed and sworn to before me this 15th day of July, 2022
Notary Public: April M. Richards
My Commission expires: 1/20/2025



APRIL M RICHARDS
Notary ID #130970840
My Commission Expires
January 20, 2025

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

CONTINUATION SHEET

Application Number: 6
Application Date: 7/15/2022
Period To: 7/31/2022
Architect's Project No: 21012

| A | B | C | D | E | F | G | % G/C | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREV. APPLICATION (D+E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (Not in D or E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % G/C | BALANCE TO FINISH (C-G) | RETAINAGE |
| 1 | Mobilization | 500,000.00 | 350,000.00 | 0.00 | 0.00 | 350,000.00 | 70 | 150,000.00 | 17,500.00 |
| 2 | Equipment | 214,443.31 | 64,332.99 | 0.00 | 0.00 | 64,332.99 | 30 | 150,110.32 | 3,216.65 |
| 3 | Engineered Drawings | 18,000.00 | 18,000.00 | 0.00 | 0.00 | 18,000.00 | 100 | 0.00 | 900.00 |
| 4 | Tech Building - Interior Framing (Labor) | 30,054.79 | 30,054.79 | 0.00 | 0.00 | 30,054.79 | 100 | 0.00 | 1,502.74 |
| 5 | Tech Building - Interior Framing (Material) | 38,773.21 | 38,773.21 | 0.00 | 0.00 | 38,773.21 | 100 | | 1,938.66 |
| 6 | Tech Building - Insulation (Labor) | 19,129.82 | 19,129.82 | 0.00 | 0.00 | 19,129.82 | 100 | 0.00 | 956.49 |
| 7 | Tech Building - Insulation (Materials) | 20,322.76 | 20,322.76 | 0.00 | 0.00 | 20,322.76 | 100 | 0.00 | 1,016.14 |
| 8 | Tech Building - Drywall (Labor) | 23,379.39 | 23,379.39 | 0.00 | 0.00 | 23,379.39 | 100 | 0.00 | 1,168.97 |
| 9 | Tech Building - Drywall (Material) | 19,691.06 | 19,691.06 | 0.00 | 0.00 | 19,691.06 | 100 | 0.00 | 984.55 |
| 10 | Tech Building - Acoustical Ceiling (Labor) | 20,605.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 20,605.32 | 0.00 |
| 11 | Tech Building - Acoustical Ceiling (Material) | 23,956.56 | 23,956.56 | 0.00 | 0.00 | 23,956.56 | 100 | 0.00 | 1,197.83 |
| 12 | BLDG A - Exterior Framing (Labor) | 250,741.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 250,741.61 | 0.00 |
| 13 | BLDG A - Exterior Framing (Material) | 922,442.47 | 500,000.00 | 0.00 | 0.00 | 500,000.00 | 54 | 422,442.47 | 25,000.00 |
| 14 | BLDG A - Rigid Insulation (Labor) | 158,046.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 158,046.75 | 0.00 |
| 15 | BLDG A - Rigid Insulation (Materials) | 144,178.80 | 0.00 | 104,008.12 | 0.00 | 104,008.12 | 72 | 40,170.68 | 5,200.41 |
| 16 | BLDG B - Exterior Framing (Labor) | 250,741.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 250,741.61 | 0.00 |
| 17 | BLDG B - Exterior Framing (Material) | 922,442.47 | 500,000.00 | 0.00 | 0.00 | 500,000.00 | 54 | 422,442.47 | 25,000.00 |
| 18 | BLDG B - Rigid Insulation (Labor) | 158,046.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 158,046.75 | 0.00 |
| 19 | BLDG B - Rigid Insulation (Materials) | 144,178.80 | 0.00 | 104,008.12 | 0.00 | 104,008.12 | 72 | 40,170.68 | 5,200.41 |

CONTINUATION SHEET

Page 3

Application Number: 6
Application Date: 7/15/2022
Period To: 7/31/2022
Architect's Project No: 21012

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREV. APPLICATION (D+E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (Not in D or E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % G/C | BALANCE TO FINISH (C-G) | RETAINAGE |
| 20 | BLDG C - Exterior Framing (Labor) | 250,741.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 250,741.61 | 0.00 |
| 21 | BLDG C - Exterior Framing (Material) | 922,442.47 | 500,000.00 | 0.00 | 0.00 | 500,000.00 | 54 | 422,442.47 | 25,000.00 |
| 22 | BLDG C - Rigid Insulation (Labor) | 158,046.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 158,046.75 | 0.00 |
| 23 | BLDG C - Rigid Insulation (Materials) | 144,178.80 | 0.00 | 104,008.12 | 0.00 | 104,008.12 | 72 | 40,170.68 | 5,200.41 |
| 24 | BLDG D - Exterior Framing (Labor) | 250,741.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 250,741.61 | 0.00 |
| 25 | BLDG D - Exterior Framing (Material) | 922,442.47 | 500,000.00 | 0.00 | 0.00 | 500,000.00 | 54 | 422,442.47 | 25,000.00 |
| 26 | BLDG D - Rigid Insulation (Labor) | 158,046.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 158,046.75 | 0.00 |
| 27 | BLDG D - Rigid Insulation (Materials) | 144,178.80 | 0.00 | 104,008.12 | 0.00 | 104,008.12 | 72 | 40,170.68 | 5,200.41 |
| 28 | BLDG E - Exterior Framing (Labor) | 250,741.61 | 200,593.29 | 25,074.16 | 0.00 | 225,667.45 | 90 | 25,074.16 | 11,283.37 |
| 29 | BLDG E - Exterior Framing (Material) | 922,442.47 | 922,442.47 | 0.00 | 0.00 | 922,442.47 | 100 | 0.00 | 46,122.12 |
| 30 | BLDG E - Rigid Insulation (Labor) | 158,046.75 | 0.00 | 47,414.03 | 0.00 | 47,414.03 | 30 | 110,632.72 | 2,370.70 |
| 31 | BLDG E - Rigid Insulation (Materials) | 144,178.80 | 72,089.00 | 72,089.80 | 0.00 | 144,178.80 | 100 | 0.00 | 7,208.94 |
| 32 | BLDG F - Exterior Framing (Labor) | 250,741.61 | 225,667.45 | 0.00 | 0.00 | 225,667.45 | 90 | 25,074.16 | 11,283.37 |
| 33 | BLDG F - Exterior Framing (Material) | 922,442.47 | 922,442.47 | 0.00 | 0.00 | 922,442.47 | 100 | 0.00 | 46,122.12 |
| 34 | BLDG F - Rigid Insulation (Labor) | 158,046.75 | 94,828.05 | 0.00 | 0.00 | 94,828.05 | 60 | 63,218.70 | 4,741.40 |
| 35 | BDLG F - Rigid Insulation (Materials) | 144,178.80 | 144,178.80 | 0.00 | 0.00 | 144,178.80 | 100 | 0.00 | 7,208.94 |
| | Totals | 9,780,814.00 | 5,189,882.11 | 560,610.47 | 0.00 | 5,750,492.58 | 59 | 4,030,321.42 | 287,524.63 |

# SUBCONTRACTOR'S/SUPPLIER'S APPLICATION FOR PAYMENT

TO: Huband-Mantor Construction, Inc.
43000 IH-10 West
Boerne, Texas 78006

Application No. 7
Period From: 10/01/2022
Period To: 10/31/2022
Invoice #: 5888

From: MK Marlow Company, LLC
16116 College Oak Drive
San Antonio, TX 78249

*Pay Application due to HMC by 20th of each month*

Project: Core Scientific Cottonwood
Pecos, Texas

1. Original Contract Amount................................. 9,780,814.00

2. Approved Change Orders................................. 0.00

3. Revised Contract Amount................................ 9,780,814.00

4. Total Complete to Date..................... 5,908,515.98

5. Less ~~10%~~ 5 Retainage......................... 295,425.81

6. Total Earned to Date....................... 5,613,090.17

7. Less previous Payment Applications..... 5,462,967.95

8. NET AMOUNT DUE THIS ESTIMATE................... 150,122.22

9. BALANCE LEFT TO DRAW ............................. 4,167,723.83

**CERTIFICATE OF THE SUBCONTRACTOR:**
I Hereby certify that the work performed and the materials supplied to date, as shown on the above represent the actual value of accomplishment under the terms of the Contract (and all authorized changes thereto) between the undersigned and Huband-Mantor Construction, Inc. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received form the contractor, to (1) all my subcontractors (sub-contractors) and (2) for all materials and labor used in or in connection with the performance of this contract. I further certify I have complied with Federal, State and local tax laws, including Social Security laws and Unemployment laws and Workers Compensation laws as applicable to the performance of this contract.

SUBCONTRACTOR: MK Marlow Company, LLC
BY: *[signature]*
TITLE: CEO

# APPLICATION AND CERTIFICATE FOR PAYMENT

INVOICE Page 1

To(OWNER): HUBAND-MANTOR CONSTRUCTION
43000 IH-10 WEST
BOERNE, TX 78006

Project: CORE SCIENTIFIC COTTONWOOD
1851 FM 2119
PECOS, TX 79772

Application No: 7
Invoice No: 5888
Period To: 10/31/2022

From: MK MARLOW COMPANY LLC
16116 COLLEGE OAK DRIVE
SAN ANTONIO, TX 78249

Via(Architect): MJDII ARCHITECTS, INC.
16775 ADDISON ROAD
SUITE 310
ADDISON, TX 75001

Architect's
Project No: 21012
Invoice Date: 10/28/2022
Contract Date: 12/31/2021

Application is made for Payment, as shown below, in connection with
the Contract. Continuation Sheet is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 9,780,814.00 |
| 2. Net change by Change Orders | | 0.00 |
| 3. CONTRACT SUM TO DATE(Line 1 +/- 2) | $ | 9,780,814.00 |
| 4. TOTAL COMPLETED & STORED TO DATE | $ | 5,908,515.98 |
| 5. RETAINAGE | $ | 295,425.81 |
| 6. TOTAL EARNED LESS RETAINAGE | $ | 5,613,090.17 |
| (Line 4 less Line 5) | | |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT | $ | 5,462,967.95 |
| (Line 6 from prior Certificate) | | |
| 8. CURRENT PAYMENT DUE | $ | 150,122.22 |
| 9. BALANCE TO FINISH, PLUS RETAINAGE | $ | 4,167,723.83 |
| (Line 3 less Line 6) | | |

## CONTRACTOR'S APPLICATION FOR PAYMENT

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Approved previous months | 0.00 | 0.00 |
| Approved this month | 0.00 | 0.00 |
| TOTALS | 0.00 | 0.00 |
| Net change by change orders | 0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: MK MARLOW COMPANY LLC

By: _[signature]_    Date: 10/28/2022

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED $
(Attach explanation if amount certified differs from the amount applied for.)

State of: TX    County of: Bexar
Subscribed and sworn to before me this 28th day of October, 2022
Notary Public: April M. Richards
My Commission expires: 1/20/2025

_[Notary seal: APRIL M RICHARDS, Notary ID #130970840, My Commission Expires January 20, 2025]_

ARCHITECT: MJDII ARCHITECTS, INC.

By _____    Date _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

CONTINUATION SHEET

Page 2

Application Number: 7
Application Date: 10/28/2022
Period To: 10/31/2022
Architect's Project No: 21012

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREV. APPLICATION (D+E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (Not in D or E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % G/C | BALANCE TO FINISH (C-G) | RETAINAGE |
| 1 | Mobilization | 500,000.00 | 350,000.00 | 105,973.75 | 0.00 | 455,973.75 | 91 | 44,026.25 | 22,798.69 |
| 2 | Equipment | 214,443.31 | 64,332.99 | 31,444.33 | 0.00 | 95,777.32 | 45 | 118,665.99 | 4,788.87 |
| 3 | Engineered Drawings | 18,000.00 | 18,000.00 | 0.00 | 0.00 | 18,000.00 | 100 | 0.00 | 900.00 |
| 4 | Tech Building - Interior Framing (Labor) | 30,054.79 | 30,054.79 | 0.00 | 0.00 | 30,054.79 | 100 | 0.00 | 1,502.74 |
| 5 | Tech Building - Interior Framing (Material) | 38,773.21 | 38,773.21 | 0.00 | 0.00 | 38,773.21 | 100 | 0.00 | 1,938.66 |
| 6 | Tech Building - Insulation (Labor) | 19,129.82 | 19,129.82 | 0.00 | 0.00 | 19,129.82 | 100 | 0.00 | 956.49 |
| 7 | Tech Building - Insulation (Materials) | 20,322.76 | 20,322.76 | 0.00 | 0.00 | 20,322.76 | 100 | 0.00 | 1,016.14 |
| 8 | Tech Building - Drywall (Labor) | 23,379.39 | 23,379.39 | 0.00 | 0.00 | 23,379.39 | 100 | 0.00 | 1,168.97 |
| 9 | Tech Building - Drywall (Material) | 19,691.06 | 19,691.06 | 0.00 | 0.00 | 19,691.06 | 100 | 0.00 | 984.55 |
| 10 | Tech Building - Acoustical Ceiling (Labor) | 20,605.32 | 0.00 | 20,605.32 | 0.00 | 20,605.32 | 100 | 0.00 | 1,030.27 |
| 11 | Tech Building - Acoustical Ceiling (Material) | 23,956.56 | 23,956.56 | 0.00 | 0.00 | 23,956.56 | 100 | 0.00 | 1,197.83 |
| 12 | BLDG A - Exterior Framing (Labor) | 250,741.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 250,741.61 | 0.00 |
| 13 | BLDG A - Exterior Framing (Material) | 922,442.47 | 500,000.00 | 0.00 | 0.00 | 500,000.00 | 54 | 422,442.47 | 25,000.00 |
| 14 | BLDG A - Rigid Insulation (Labor) | 158,046.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 158,046.75 | 0.00 |
| 15 | BLDG A - Rigid Insulation (Materials) | 144,178.80 | 104,008.12 | 0.00 | 0.00 | 104,008.12 | 72 | 40,170.68 | 5,200.41 |
| 16 | BLDG B - Exterior Framing (Labor) | 250,741.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 250,741.61 | 0.00 |
| 17 | BLDG B - Exterior Framing (Material) | 922,442.47 | 500,000.00 | 0.00 | 0.00 | 500,000.00 | 54 | 422,442.47 | 25,000.00 |
| 18 | BLDG B - Rigid Insulation (Labor) | 158,046.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 158,046.75 | 0.00 |
| 19 | BLDG B - Rigid Insulation (Materials) | 144,178.80 | 104,008.12 | 0.00 | 0.00 | 104,008.12 | 72 | 40,170.68 | 5,200.41 |

CONTINUATION SHEET

Application Number: 7
Application Date: 10/28/2022
Period To: 10/31/2022
Architect's Project No: 21012

Page 3

| A | B | C | D | E | F | G | % G/C | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREV. APPLICATION (D+E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (Not in D or E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % G/C | BALANCE TO FINISH (C-G) | RETAINAGE |
| 20 | BLDG C - Exterior Framing (Labor) | 250,741.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 250,741.61 | 0.00 |
| 21 | BLDG C - Exterior Framing (Material) | 922,442.47 | 500,000.00 | 0.00 | 0.00 | 500,000.00 | 54 | 422,442.47 | 25,000.00 |
| 22 | BLDG C - Rigid Insulation (Labor) | 158,046.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 158,046.75 | 0.00 |
| 23 | BLDG C - Rigid Insulation (Materials) | 144,178.80 | 104,008.12 | 0.00 | 0.00 | 104,008.12 | 72 | 40,170.68 | 5,200.41 |
| 24 | BLDG D - Exterior Framing (Labor) | 250,741.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 250,741.61 | 0.00 |
| 25 | BLDG D - Exterior Framing (Material) | 922,442.47 | 500,000.00 | 0.00 | 0.00 | 500,000.00 | 54 | 422,442.47 | 25,000.00 |
| 26 | BLDG D - Rigid Insulation (Labor) | 158,046.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 158,046.75 | 0.00 |
| 27 | BLDG D - Rigid Insulation (Materials) | 144,178.80 | 104,008.12 | 0.00 | 0.00 | 104,008.12 | 72 | 40,170.68 | 5,200.41 |
| 28 | BLDG E - Exterior Framing (Labor) | 250,741.61 | 225,667.45 | 0.00 | 0.00 | 225,667.45 | 90 | 25,074.16 | 11,283.37 |
| 29 | BLDG E - Exterior Framing (Material) | 922,442.47 | 922,442.47 | 0.00 | 0.00 | 922,442.47 | 100 | 0.00 | 46,122.12 |
| 30 | BLDG E - Rigid Insulation (Labor) | 158,046.75 | 47,414.03 | 0.00 | 0.00 | 47,414.03 | 30 | 110,632.72 | 2,370.70 |
| 31 | BLDG E - Rigid Insulation (Materials) | 144,178.80 | 144,178.80 | 0.00 | 0.00 | 144,178.80 | 100 | 0.00 | 7,208.94 |
| 32 | BLDG F - Exterior Framing (Labor) | 250,741.61 | 225,667.45 | 0.00 | 0.00 | 225,667.45 | 90 | 25,074.16 | 11,283.37 |
| 33 | BLDG F - Exterior Framing (Material) | 922,442.47 | 922,442.47 | 0.00 | 0.00 | 922,442.47 | 100 | 0.00 | 46,122.12 |
| 34 | BLDG F - Rigid Insulation (Labor) | 158,046.75 | 94,828.05 | 0.00 | 0.00 | 94,828.05 | 60 | 63,218.70 | 4,741.40 |
| 35 | BDLG F - Rigid Insulation (Materials) | 144,178.80 | 144,178.80 | 0.00 | 0.00 | 144,178.80 | 100 | 0.00 | 7,208.94 |
| | Totals | 9,780,814.00 | 5,750,492.58 | 158,023.40 | 0.00 | 5,908,515.98 | 60 | 3,872,298.02 | 295,425.81 |