

**Reeves County**
**Dianne O. Florez**
**Reeves County Clerk**

**Instrument Number:** 2022007947

Real Property Recordings

AFFIDAVIT

Recorded On: November 14, 2022 11:11 AM

Number of Pages: 15

**" Examined and Charged as Follows: "**

Total Recording: $78.00

************* THIS PAGE IS PART OF THE INSTRUMENT *************

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

**File Information:**

| | |
|---|---|
| Document Number: | 2022007947 |
| Receipt Number: | 20221114000015 |
| Recorded Date/Time: | November 14, 2022 11:11 AM |
| User: | Rebecca G |
| Station: | CLERK07 |

**Record and Return To:**

MK MARLOW COMPANY LLC
16116 COLLEGE OAK

SAN ANTONIO TX 78249

**STATE OF TEXAS**
**Reeves County**
**I hereby certify that this Instrument was filed in the File Number sequence on the date/time printed hereon, and was duly recorded in the Official Records of Reeves County, Texas**

Dianne O. Florez
Reeves County Clerk
Reeves County, TX

Dianne O. Florez

| STATE OF TEXAS | § | AFFIDAVIT FOR MECHANIC'S LIEN |
|---|---|---|
| | § | |
| COUNTY OF REEVES | § | |

BEFORE ME the undersigned authority, personally appeared Malcolm Scott Farrar, who upon his oath, deposed and stated the following:

1. "My name is Malcolm Scott Farrar. I am the Director of Operations of MK Marlow Company, LLC, hereinafter sometimes referred to "Claimant." I am over 21 years of age, am competent and authorized to make this affidavit and have personal knowledge of the facts set forth below which are true and correct. Claimant's business address is 16116 College Oak, San Antonio, Texas 78249.

2. Claimant, a subcontractor, furnished labor and materials for improvements to the real property described herein, pursuant to a contract by and between Claimant and Huband-Mantor Construction, Inc., whose last known address is 43000 IH 10 West, Boerne, Texas 78006.

3. The labor, materials, and work furnished by Claimant are generally described as Metal Framing and Install of Exterior Filter Insulation and further reflected in the invoices/payment requests attached herein as Exhibit "B". The amount due and owing, and unpaid to Claimant for the labor and/or materials is $83,744.45, including $24,157.65 in retainage that is or will become due upon completion or termination of the contract. This amount is true, correct and just, and all lawful offsets, payments, and credits known to Claimant have been provided. Claimant furnished the labor, materials and work in the month of July 2022.

4. The real property and improvements sought to be charged with this lien by Claimant is described as follows: 1851 FM 2119, Pecos, Reeves County, Texas 79772, and as further referenced in the attached Exhibit "A" (collectively "Property")

5.      The name of the owner or reputed owner of the Property is JRC/RGG34 Trade Tracts, LTD., c/o Jefferson Realty Co., 600 Jefferson, Suite 330, Houston, Texas 77002 and Core Scientific, Inc. ("CSI"), whose last known address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704 and 2800 Northup Way, Suite 220, Bellevue, Washington, 98004. Claimant understands that some or all of the Property may be leased to CSI and Claimant claims a lien as to CSI's interest in the Property and some or all of the improvements located thereon.

6.      Notice of the claim was sent to the owner or reputed owner, general contractor, and CSI on October 14, 2022, and November 11, 2022 via certified mail, return receipt requested.

7.      Claimant claims a lien and, if applicable, a constitutional lien upon the Property in the amount shown above pursuant to Chapter 53 of the Texas Property Code and the State of Texas Constitution.

8.      One copy of this Affidavit is being sent via certified mail, return receipt requested to the owner, the general contractor and CSI, at their respective last known addresses."

FURTHER AFFIANT SAYETH NOT.

MK MARLOW COMPANY, LLC

By:________________________________,

Authorized Representative of Claimant

**STATE OF TEXAS** §
§
**COUNTY OF BEXAR** §

SUBSCRIBED AND SWORN TO by the said Malcolm Scott Farrar, on this 11th day of November, 2022, who acknowledged to me that he is the authorized agent and representative of MK Marlow Company, LLC, and that he has signed this Affidavit for Mechanic's Lien in his stated capacity with full authority to do so and declared that the statements therein contained are true and correct.

Given under my hand and seal of office this 11th day of November 2022.

NOTARY PUBLIC
STATE OF TEXAS
APRIL M RICHARDS
Notary ID #130970840
My Commission Expires
January 20, 2025

________________________________
Notary Public, State of Texas
My Commission Expires: 01/20/2025

**After Recording, Return To:**
ERIC L. SCOTT
SCOTT VISCUSO, PLLC
1105 N. BISHOP AVENUE
DALLAS, TEXAS 75208

# EXHIBIT "A"

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | S 88°21'43" E | 1351.08' |
| L2 | S 62°55'34" E | 783.60' |
| L3 | S 01°38'17" W | 779.22' |
| L4 | N 88°21'43" W | 2058.72' |
| L5 | N 01°38'17" E | 1115.78' |

TOTAL AREA = 50.00 ACRES / 2,178,000 SQ. FT

I, MATTHEW TOMERLIN, REGISTERED PROFESSIONAL SURVEYOR NO. 6503, DO HEREBY CERTIFY THIS PLAT SHOWS THE RESULTS OF AN ON THE GROUND SURVEY MADE UNDER MY DIRECTION, AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

MATTHEW TOMERLIN
REGISTERED PROFESSIONAL LAND SURVEYOR NO. 6503

STATE OF TEXAS REGISTERED MATTHEW TOMERLIN 6503 PROFESSIONAL LAND SURVEYOR

NOTES

1. ALL COORDINATES, BEARINGS, AND DISTANCES CONTAINED HEREIN ARE GRID BASED UPON THE TEXAS STATE PLANE COORDINATE SYSTEM, NORTH AMERICAN DATUM 83, CENTRAL ZONE, NAVD 88, US SURVEY FEET
2. THIS DOCUMENT IS BASED UPON AN ON THE GROUND SURVEY PERFORMED DURING SEPTEMBER 2021. CERTIFICATION OF THIS DOCUMENT IS ONLY TO THE LOCATION OF THIS EASEMENT IN RELATION TO RECORDED MONUMENTATION OF DEEDS PROVIDED BY THE CLIENT
3. ELEVATIONS MSL DERIVED FROM G.N.S.S. OBSERVATION AND DERIVED FROM GROUND SURVEY.
4. THIS DOCUMENT DOES NOT IN ANY WAY REPRESENT A BOUNDARY SURVEY AS DEFINED BY T.A.C. § 663.15

LEGEND

SURFACE LEASE; SECTION LINE; EXISTING PIPELINE; OVERHEAD ELECTRIC; BARBED WIRE FENCE; HIGH GAME FENCE; PIPE FENCE; FOUND MONUMENT; POWER POLE; FOUND FENCE POST; WELL; SET 1/2" CAPPED IRON ROD STAMPED "DATAPOINT 10194585" UNLESS OTHERWISE NOTED; CALC. CORNER

0 1000' 2000'
SCALE 1" = 1000'

Situated in T. & P. RR. CO. SURVEY, SECTION 6, BLOCK 55, ABSTRACT NO 3149 REEVES COUNTY, TEXAS

COTTONWOOD
JOBE RANCH FAMILY LIMITED PARTNERSHIP
PROPOSED SURFACE LEASE

DATAPOINT SURVEYING & MAPPING
12450 Network Blvd. - Suite 300, San Antonio, TX 78249, Phone: 726-777-4240, Firm No. 10194585

DRAWN BY: CK | DATE: 10/04/2021 | REV. 1
CHECKED BY: MBT | DATE: 10/04/2021
AFE # | SHEET 1 OF 2

# EXHIBIT
## REEVES COUNTY, TEXAS
### T. & P. RR. CO. SURVEY, SECTION 6, BLOCK 55, ABSTRACT 3149

PRIORITY POWER
COTTONWOOD
JOBE RANCH FAMILY LIMITED PARTNERSHIP

**50.00 ACRE SURFACE LEASE**

Being a 50.00 acre surface lease located in the T. & P. RR. Co. Survey, Section 6, Block 55, Abstract 3149, Reeves County, Texas; being part of a tract of land described in Deed to Jobe Ranch Family Limited Partnership as recorded in Volume 937, Page 328 of the Official Public Records of Reeves County Texas; said surface lease being more particularly described as follows:

**BEGINNING** at a 3-inch iron pipe found for the Northwest corner of said Section 6;

**THENCE** S 88°21'43" E, a distance of 1,351.08 feet, to a 1/2-inch capped iron rod stamped "DATAPOINT 10194585" set for corner;

**THENCE** S 62°55'34" E, a distance of 783.60 feet, to a 1/2-inch capped iron rod stamped "DATAPOINT 10194585" set for corner;

**THENCE** S 01°38'17" W, a distance of 779.22 feet, to a 1/2-inch capped iron rod stamped "DATAPOINT 10194585" set for corner;

**THENCE** N 88°21'43" W, a distance of 2,058.72 feet, to a 1/2-inch capped iron rod stamped "DATAPOINT 10194585" set for corner, from which a 1/2-inch capped iron rod found for the Northeast corner of Public School Lands Survey, Section 48, Block 57, Abstract 5055 bears S 01°44'36" W a distance of 2,355.25 feet;

**THENCE** N 01°38'17" E, a distance of 1,115.78 feet, to the **POINT OF BEGINNING**, in all containing 2,178,000 square feet or 50.00 acres, more or less.

I, Matthew Tomerlin, Registered Professional Land Surveyor No. 6503 of the State of Texas, do hereby certify this plat shows the results of an on the ground survey made under my direction.
**Original signed and stamped in red ink.**

_______________ Date of Signature: October 4, 2021

MATTHEW TOMERLIN
REGISTERED PROFESSIONAL LAND SURVEYOR NO. 6503
FIRM REGISTRATION/LICENSE NO. 10194585
FOR DATAPOINT SURVEYING AND MAPPING
12450 NETWORK BLVD, SUITE 300
SAN ANTONIO, TX. 78249
(777) 726-4240 OFFICE
(777) 726-4241 FAX

STATE OF TEXAS
REGISTERED
MATTHEW TOMERLIN
6503
PROFESSIONAL
LAND SURVEYOR



PLAT OF SURVEY OF A 50.00 ACRE TRACT OF LAND
SITUATED IN
REEVES COUNTY, TEXAS
LEGAL DESCRIPTION
SECTION LINE
PRELIMINARY
NOTES

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | S 59°21'38" E | 555.19' |
| L2 | S 62°55'34" E | 1321.13' |

## REEVES COUNTY, TEXAS
### PUBLIC SCHOOL LANDS SURVEY, SECTION 37, BLOCK 57, ABSTRACT 5705

PRIORITY POWER
COTTONWOOD
HAWKINS INVESTMENTS, INC.

**PROPOSED 60 FEET WIDE**
**ELECTRIC EASEMENT**

Being a Centerline description of a proposed 60 foot-wide easement being located in the Public School Lands Survey, Section 37, Block 57, Abstract 5705, Reeves County, Texas; being part of a tract of land (Tract 12) described in Deed to Hawkins Investments, Inc. as recorded in Volume 562, Page 774 of the Deed Records of Reeves County Texas; said easement being described by a centerline which is bound by lines 30 feet each side and parallel to said centerline and being more particularly described as follows:

**BEGINNING** at a point in the West line of said Section 37, from which a 1/2-inch capped iron rod found for the Southwest corner of said Section 37, bears S 01°42'51" W, a distance of 4,846.37 feet;

**THENCE** S 59°21'38" E, a distance of 555.19 feet to a point;

**THENCE** S 62°55'34" E, a distance of 1,321.13 feet to the **POINT OF TERMINATION**, from which a 1/2-inch capped iron rod found for the Southeast corner of said Section 37, bears S 01°42'36" W, a distance of 4,014.26 feet, with said easement containing 112,520 square feet or 2.583 acres of land, more or less, said easement having a centerline length of 1,876.32 feet or 113.716 rods.

I, Matthew Tomerlin, Registered Professional Land Surveyor No. 6503 of the State of Texas, do hereby certify this plat shows the results of an on the ground survey made under my direction.
**Original signed and stamped in red ink.**

______________________________ Date of Signature: April 29, 2022

MATTHEW TOMERLIN
REGISTERED PROFESSIONAL LAND SURVEYOR NO. 6503
FIRM REGISTRATION/LICENSE NO. 10194585
FOR DATAPOINT SURVEYING AND MAPPING
12450 NETWORK BLVD, SUITE 300
SAN ANTONIO, TX. 78249
(777) 726-4240 OFFICE
(777) 726-4241 FAX

STATE OF TEXAS
REGISTERED
MATTHEW TOMERLIN
6503
PROFESSIONAL
LAND SURVEYOR



2022 - 2022007227 10/20/2022 08:45 AM Page 10 of 13

REEVES COUNTY, TEXAS
PROPOSED 60' ELECTRIC EASEMENT
30'
DETAIL A 1"=100'
N
PUBLIC SCHOOL LANDS SECTION 36 BLOCK 57 ABSTRACT 1906
T. & P. RR. CO. SECTION 40 BLOCK 55 T4 ABSTRACT 2489
S 88°07'16" E 1679.72'
POB N:10540234.34 E:1213022.00 LAT:31.538493 LON:-103.812028
L1
L2
SEE DETAIL A
S 01°42'51" W 4846.37' (TIE)
POT N:10539352.25 E:1214676.11 LAT:31.536212 LON:-103.806633
PUBLIC SCHOOL LANDS SECTION 37 BLOCK 57 ABSTRACT 5705
T. & P. RR. CO. SECTION 6 T5 BLOCK 55 ABSTRACT 3149
PUBLIC SCHOOL LANDS SECTION 38 BLOCK 57 ABSTRACT 2489
S 01°42'38" W 4014.26' (TIE)
HAWKINS INVESTMENTS, INC. TRACT 12 VOL. 562, PG. 774 D.R.R.C.T.
1/2" CIRF
N 88°16'56" W 1680.04'
PUBLIC SCHOOL LANDS SECTION 47 BLOCK 57 ABSTRACT 2492
PUBLIC SCHOOL LANDS SECTION 38 BLOCK 57 ABSTRACT 2489
STATE OF TEXAS REGISTERED MATTHEW TOMERLIN 6503 PROFESSIONAL LAND SURVEYOR
TOTAL LINEAR FEET = 1,875.34 FEET / 113.657 RODS
PERMANENT EASEMENT = 2.583 ACRES / 112,520 SQ. FT.
Situated in PUBLIC SCHOOL LANDS SURVEY, SECTION NO 37, BLOCK 57, ABSTRACT NO. 5705 REEVES COUNTY, TEXAS
COTTONWOOD
HAWKINS INVESTMENTS, INC.
PROPOSED ELECTRIC EASEMENT
NOTES
LEGEND
SCALE: 1" = 1000'
DATAPOINT SURVEYING & MAPPING
12450 Network Blvd. - Suite 300 San Antonio, TX 78249 Phone: 726-777-4240 Firm No. 10194585
DRAWN BY: CK
CHECKED BY: MBT
DATE: 11/04/2021
PROJECT ID. 21-09-1134
REV. 0
SHEET 1 OF 2

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | S 59°21'38" E | 1523.90' |
| L2 | S 62°55'34" E | 1351.44' |

**REEVES COUNTY, TEXAS**

**PUBLIC SCHOOL LANDS SURVEY, SECTION 37, BLOCK 57, ABSTRACT 5705**

COTTONWOOD
HAWKINS INVESTMENTS, INC.

**PROPOSED 60 FEET WIDE
ELECTRIC EASEMENT**

Being a Centerline description of a proposed 60 foot-wide easement being located in the Public School Lands Survey, Section 37, Block 57, Abstract 5705, Reeves County, Texas; being part of a tract of land (Tract 12) described in Deed to Hawkins Investments, Inc. as recorded in Volume 562, Page 774 of the Deed Records of Reeves County Texas; said easement being described by a centerline which is bound by lines 30 feet each side and parallel to said centerline and being more particularly described as follows:

**BEGINNING** at a point in the West line of said Section 37, from which a 1/2-inch capped iron rod found for the Southwest corner of said Section 37, bears S 01°42'51" W, a distance of 4,846.37 feet;

**THENCE** S 59°21'38" E, a distance of 523.90 feet to a point;

**THENCE** S 62°55'34" E, a distance of 1,351.44 feet to the **POINT OF TERMINATION**, from which a 1/2-inch capped iron rod found for the Southeast corner of said Section 37, bears S 01°42'36" W, a distance of 4,014.26 feet, with said easement containing 112,520 square feet or 2.583 acres of land, more or less, said easement having a centerline length of 1,875.34 feet or 113.657 rods.

I, Matthew Tomerlin, Registered Professional Land Surveyor No. 6503 of the State of Texas, do hereby certify this plat shows the results of an on the ground survey made under my direction.
**Original signed and stamped in red ink.**

_______________ Date of Signature: November 4, 2021

MATTHEW TOMERLIN
REGISTERED PROFESSIONAL LAND SURVEYOR NO. 6503
FIRM REGISTRATION/LICENSE NO. 10194585
FOR DATAPOINT SURVEYING AND MAPPING
12450 NETWORK BLVD, SUITE 300
SAN ANTONIO, TX. 78249
(777) 726-4240 OFFICE
(777) 726-4241 FAX

CORE
SCIENTIFIC
1851 FM 2119
EXHIBIT 'B'

Exhibit "B"

# SUBCONTRACTOR'S/SUPPLIER'S APPLICATION FOR PAYMENT

TO: Huband-Mantor Construction, Inc.
43000 IH-10 West
Boerne, Texas 78006

Application No. 3
Period From: 07/01/2022
Period To: 07/31/2022
Invoice #: 5837

From: MK Marlow Company, LLC
16116 College Oak Drive
San Antonio, TX 78249

*Pay Application due to HMC by 20th of each month*

Project: Core Scientific Cottonwood #2
Pecos, Texas

1. Original Contract Amount.......... 697,900.00
2. Approved Change Orders.......... 0 00
3. Revised Contract Amount.......... 697 900.0 0
4. Total Complete to Date.......... 483,153.00
5. Less ~~10%~~ 5 Retainage.......... 24,157.65
6. Total Earned to Date.......... 458,995.35
7. Less previous Payment Applications..... 399,408.55
8. **NET AMOUNT DUE THIS ESTIMATE..........** 59,586.80
9. **BALANCE LEFT TO DRAW ..........** 238,904.65

**CERTIFICATE OF THE SUBCONTRACTOR:**

I Hereby certify that the work performed and the materials supplied to date, as shown on the above represent the actual value of accomplishment under the terms of the Contract (and all authorized changes thereto) between the undersigned and Huband-Mantor Construction, Inc. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payments received form the contractor, to (1) all my subcontractors (sub-contractors) and (2) for all materials and labor used in or in connection with the performance of this contract. I further certify I have complied with Federal, State and local tax laws, including Social Security laws and Unemployment laws and Workers Compensation laws as applicable to the performance of this contract.

SUBCONTRACTOR: MK Marlow Company, LLC
BY: [signature]
TITLE: CEO

# APPLICATION AND CERTIFICATE FOR PAYMENT

INVOICE Page 1

To(OWNER): HUBAND-MANTOR CONSTRUCTION
43000 IH-10 WEST
BOERNE, TX 78006

From: MK MARLOW COMPANY LLC
16116 COLLEGE OAK DRIVE
SAN ANTONIO, TX 78249

Project: COTTONWOOD-PECOS PROJECT #2
1851 FM 2119
PECOS, TX 79772

Via(Architect): MJDII ARCHITECTS INC
16775 ADDISON RD
SUITE 310
ADDISON, TX 75001

Application No: 3
Invoice No: 5837
Period To: 7/31/2022

Architect's Project No: 22009
Invoice Date: 7/15/2022
Contract Date: 4/27/2022

## CONTRACTOR'S APPLICATION FOR PAYMENT

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Approved previous months | 0.00 | 0.00 |
| Approved this month | 0.00 | 0.00 |
| TOTALS | 0.00 | 0.00 |
| Net change by change orders | 0.00 | |

Application is made for Payment, as shown below, in connection with the Contract. Continuation Sheet is attached.

1. ORIGINAL CONTRACT SUM $ 697,900.00
2. Net change by Change Orders........................... $ 0.00
3. CONTRACT SUM TO DATE(Line 1 +/- 2)............... $ 697,900.00
4. TOTAL COMPLETED & STORED TO DATE............. $ 483,153.00

5. RETAINAGE.......................................................... $ 24,157.65
6. TOTAL EARNED LESS RETAINAGE........................ $ 458,995.35
   (Line 4 less Line 5)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT..... $ 399,408.55
   (Line 6 from prior Certificate)

8. CURRENT PAYMENT DUE.................................. $ **59,586.80**

9. BALANCE TO FINISH, PLUS RETAINAGE............... $ 238,904.65
   (Line 3 less Line 6)

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: MK MARLOW COMPANY LLC

By: [signature] Date: 07/15/2022

State of: TX County of: Bexar

Subscribed and sworn to before me this 15th day of July, 20 22

[signature]
Notary Public: April M. Richards
My Commission expires: 1/20/2025

APRIL M RICHARDS
Notary ID #130970840
My Commission Expires
January 20, 2025

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED.......................................... $
(Attach explanation if amount certified differs from the amount applied for.)

ARCHITECT: MJDII ARCHITECTS INC

By_______________________ Date_______________

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

CONTINUATION SHEET

Application Number: 3
Application Date: 7/15/2022
Period To: 7/31/2022
Architect's Project No: 22009

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (Not in D or E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % G/C | BALANCE TO FINISH (C-G) | RETAINAGE |
| | | | FROM PREV. APPLICATION (D+E) | THIS PERIOD | | | | | |
| 1 | MOBILIZATION | 65,000.00 | 65,000.00 | 0.00 | 0.00 | 65,000.00 | 100 | 0.00 | 3,250.00 |
| 2 | EQUIPMENT | 20,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 20,000.00 | 0.00 |
| 3 | TECH BUILDING: INTERIOR FRAMING LABOR | 30,054.79 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 30,054.79 | 0.00 |
| 4 | TECH BUILDING: INTERIOR FRAMING MATERIAL | 37,607.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 37,607.15 | 0.00 |
| 5 | TECH BUILDING: INSULATION LABOR | 19,129.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 19,129.82 | 0.00 |
| 6 | TECH BUILDING: INSULATION MATERIAL | 20,322.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 20,322.76 | 0.00 |
| 7 | TECH BUILDING: DRYWALL LABOR | 23,379.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 23,379.39 | 0.00 |
| 8 | TECH BUILDING: DRYWALL MATERIAL | 19,691.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 19,691.06 | 0.00 |
| 9 | TECH BUILDING: ACOUSTICAL CEILING LABOR | 20,605.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 20,605.47 | 0.00 |
| 10 | TECH BUILDING: ACOUSTICAL CEILING MATERIAL | 23,956.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 23,956.56 | 0.00 |
| 11 | ANT BUILDING: FRAMING LABOR | 160,520.00 | 136,442.00 | 24,078.00 | 0.00 | 160,520.00 | 100 | 0.00 | 8,026.00 |
| 12 | ANT BUILDING: FRAMING MATERIAL | 117,333.00 | 99,733.05 | 17,599.95 | 0.00 | 117,333.00 | 100 | 0.00 | 5,866.65 |
| 13 | ANT BUILDING: FILTER/SHEATHING LABOR | 140,300.00 | 119,255.00 | 21,045.00 | 0.00 | 140,300.00 | 100 | 0.00 | 7,015.00 |
| | Totals | 697,900.00 | 420,430.05 | 62,722.95 | 0.00 | 483,153.00 | 69 | 214,747.00 | 24,157.65 |