IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*, | § | Case No. 22-90341 (DRJ) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | Re: Docket No. 285 |
| | § | |

**CERTIFICATE OF NO OBJECTION
REGARDING APPLICATION OF DEBTORS FOR
ENTRY OF AN ORDER (I) AUTHORIZING THE RETENTION
AND EMPLOYMENT OF ALIXPARNTERS, LLP AS FINANCIAL
ADVISOR TO THE DEBTORS AND (II) GRANTING RELATED RELIEF**

1.  On January 15, 2023, Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed *Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of AlixPartners, LLP as Financial Advisor to the Debtors and (II) Granting Related Relief* [Docket No. 285] (the "**Application**"),[2] with a proposed order granting the relief requested in the Application (the "**Proposed Order**"), attached thereto as Exhibit A, the Engagement Letter attached thereto as Exhibit B, and the declaration of Erica S. Koza (the "**Koza Declaration**") attached thereto as Exhibit C. Objections to the Proposed Order were required to be filed and served on or prior to February 5, 2023, (the "**Objection Deadline**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

2. Following the filing of the Application, the Debtors received certain informal comments from the U.S. Trustee and made corresponding revisions to the Proposed Order. A revised Proposed Order is annexed hereto as **Exhibit A** (the "**Revised Proposed Order**"). A redline of the Revised Proposed Order marked against the Proposed Order is annexed hereto as **Exhibit B**.

3. In accordance with paragraph 44 of the *Procedures for Complex Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) the Objection Deadline has passed, (ii) the undersigned counsel is unaware of any objection to the Application, and (iii) the undersigned counsel has reviewed the Court's docket and no objection to the Application appears thereon.

4. Therefore, the Applicant respectfully requests entry of the Revised Proposed Order.

Dated: February 8, 2023
      Houston, Texas

Respectfully submitted,

 /s/ Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email:   Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Moshe A. Fink (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email:   Ray.Schrock@weil.com
        Ronit.Berkovich@weil.com
        Moshe.Fink@weil.com

*Proposed Attorneys for Debtors*
*and Debtors in Possession*

**Certificate of Service**

   I hereby certify that on February 8, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                 */s/ Alfredo R. Pérez*
                 Alfredo R. Pérez