**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CORE SCIENTIFIC, INC. *et al.*,[1] | ) | Case No. 22-90341 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**APPLICATION FOR ENTRY OF AN ORDER
AUTHORIZING THE RETENTION AND EMPLOYMENT OF
WILLKIE FARR & GALLAGHER LLP AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JANUARY 9, 2023**

---

**IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING, UNLESS OTHERWISE DIRECTED BY THE COURT, YOU MUST FILE YOUR RESPONSE ELECTRONICALLY AT HTTPS://ECF.TXSB.USCOURTS.GOV/ WITHIN TWENTY-ONE DAYS FROM THE DATE THIS APPLICATION WAS FILED. IF YOU DO NOT HAVE ELECTRONIC FILING PRIVILEGES, YOU MUST FILE A WRITTEN OBJECTION THAT IS ACTUALLY RECEIVED BY THE CLERK WITHIN TWENTY-ONE DAYS FROM THE DAY YOU WERE SERVED WITH THIS PLEADING. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

---

The Official Committee of Unsecured Creditors (the "Committee") of Core Scientific, Inc. and its debtor affiliates in the above captioned cases (collectively, the "Debtors"), by Patricia Trompeter, Chief Executive Officer of Sphere 3D Corp., in her capacity as a representative of a member of the Committee, Sphere 3D Corp., hereby submits this application (the "Application") for entry of a proposed order (the "Order"), substantially in the form attached hereto as **Exhibit A**,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

authorizing the retention and employment of Willkie Farr & Gallagher LLP ("<u>Willkie</u>" or the "<u>Firm</u>") as counsel to the Committee effective as of January 9, 2023.  In support of the Application, the Committee relies upon and incorporates by reference the declaration of Patricia Trompeter (the "<u>Trompeter Declaration</u>"), attached hereto as **Exhibit B**, and the declaration of Brett H. Miller (the "<u>Miller Declaration</u>"), attached hereto as **Exhibit C**.  In further support of this Application, the Committee respectfully represents as follows:

## <u>BACKGROUND</u>

1.      On December 21, 2022 (the "<u>Petition Date</u>"), each of the Debtors filed with this Court a voluntary petition for relief under chapter 11 of the of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").  The Debtors are authorized to continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The Debtors' chapter 11 cases are being jointly administered for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedures (the "<u>Bankruptcy Rules</u>"), and Rule 1015-1 of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Southern District of Texas (the "<u>Bankruptcy Local Rules</u>").  No trustee or examiner has been appointed in these chapter 11 cases.

2.      The factual background regarding the Debtors, including their business operations, their capital and debt structure, and the events leading to the filing of the chapter 11 cases is set forth in the *Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions* [Docket No. 5].

3.      The Office of the United States Trustee (the "<u>U.S. Trustee</u>") selected the members of the Committee pursuant to section 1102 of the Bankruptcy Code and filed a notice of

appointment on January 9, 2023 [Docket No. 256].[2]  On February 3, 2023, the U.S. Trustee filed

the *Notice of Appointment of Reconstituted Official Committee of Unsecured Creditors* [Docket

No. 456].  The current members of the Committee are: (a) Dalton Utilities; (b) Sphere 3D Corp.;

(c) MP2 Energy LLC d/b/a Shell Energy Solutions; and (d) Tenaska Power Services Company.

4.      On January 9, 2023, following its appointment, the Committee conducted its initial

meeting and selected Willkie as its proposed counsel.

**RELIEF REQUESTED**

5.      By this Application, pursuant to sections 328(a) and 1103 of the Bankruptcy Code,

Bankruptcy Rules 2014 and 2016, and Bankruptcy Local Rules 2014-1 and 2016-1, the Committee

respectfully requests that the Court enter the Order authorizing the Committee to retain and employ

Willkie as its counsel in connection with the prosecution of these chapter 11 cases and all related

matters effective as of January 9, 2023.

**I.      Willkie's Qualifications**

6.      Willkie has extensive general legal experience and knowledge, and, in particular,

has substantial expertise in the field of business reorganization under chapter 11 of the Bankruptcy

Code.   Willkie, and in particular Brett Miller and Todd Goren, has significant experience

representing official creditors' committees in large and complex bankruptcy cases.  Among other

cases, Willkie or its attorneys have represented official committees of unsecured creditors in SAS

AB, Avianca Holdings, Grupo Aeroméxico, Westmoreland Coal Co., Cloud Peak Energy, Energy

Future Holdings, Windstream, L.A. Dodgers, Hawaiian Telecom, and Fortunoff, among many

---

[2]      The original members of the Committee were: (1) Dalton Utilities, (2) Sphere 3D Corp., and (3) BRF Finance Co., LLC ("BRF").  Following the Committee's appointment, the Debtors selected an affiliate of BRF as its replacement debtor-in-possession financing lender.  Thereafter, BRF resigned from the Committee.

others.  As a result of this experience, Willkie is well-positioned to anticipate and resolve legal issues that may arise during the remainder of the cases.

7.    Willkie has also informed the Committee that Jennifer J. Hardy, a partner of Willkie who will be employed in these chapter 11 cases, is a member of good standing of, among others, the Bar of the State of Texas and the United States District Court for the Southern District of Texas. Other partners of, counsel to, and associates of Willkie who will be employed in these chapter 11 cases are members in good standing of other bars and courts.  As a result, Willkie is well qualified to represent the Committee in these chapter 11 cases in an efficient and effective manner.

## II.    <u>Services to be Provided</u>

8.    The Committee anticipates that Willkie will, in connection with these chapter 11 cases and subject to orders of this Court, provide a range of services to the Committee, including, but not limited to, the following:

a.    advising the Committee in connection with its powers and duties under the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules;

b.    assisting and advising the Committee in its consultation with the Debtors relative to the administration of these chapter 11 cases;

c.    attending meetings and negotiating with the representatives of the Debtors and other parties-in-interest;

d.    assisting and advising the Committee in its examination and analysis of the conduct of the Debtors' affairs;

e.    assisting and advising the Committee in connection with any sale of the Debtors' assets pursuant to section 363 of the Bankruptcy Code;

f.    assisting the Committee in the review, analysis, and negotiation of any chapter 11 plan(s) of reorganization or liquidation that may be filed and assisting the Committee in the review, analysis, and negotiation of the disclosure statement accompanying any such plan(s);

g.    taking all necessary actions to protect and preserve the interests of the Committee, including: (i) possible prosecution of actions on its behalf; (ii) if appropriate, negotiations concerning all litigation in which the

Debtors are involved; and (iii) if appropriate, review and analysis of claims filed against the Debtors' estates;

h.     generally preparing on behalf of the Committee all necessary motions, applications, answers, orders, reports, replies, responses, and papers in support of positions taken by the Committee;

i.     appearing, as appropriate, before this Court, the appellate courts, and the U.S. Trustee, and protecting the interests of the Committee before those courts and before the U.S. Trustee; and

j.     performing all other necessary legal services in these chapter 11 cases.

9.     Willkie intends to work closely with the Debtors' representatives and the other professionals retained by the Committee to ensure that there is no unnecessary duplication of services performed or charged to the Debtors' estates.

## III.   <u>Professional Compensation</u>

10.     Willkie intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013, established by the Executive Office for the United States Trustees (the "<u>U.S. Trustee Guidelines</u>") and any other applicable procedures and orders of the Court (collectively, the "<u>Fee Guidelines</u>").

11.     Subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules and the Fee Guidelines, the Committee proposes to compensate Willkie for services rendered at its customary hourly rates that are in effect from time to time, as set forth in the Miller Declaration, and to reimburse Willkie according to its customary reimbursement policies.  Further, in accordance with the Fee Guidelines, Willkie will seek payment of 80% of its

fees and 100% of its expenses on a monthly basis.  The Committee respectfully submits that Willkie's rates and policies as outlined in the Miller Declaration are reasonable.

12.     The hourly rates and corresponding rate structure that Willkie will use in these chapter 11 cases are the same as the hourly rates and corresponding rate structure that Willkie uses in other restructuring matters, as well as similar complex corporate, securities, and litigation matters whether in court or otherwise, regardless of whether a fee application is required.  These rates and the rate structure reflect the fact that such restructurings and other complex matters are typically national in scope and involve great complexity, high stakes, and severe time pressures.

13.     Willkie's hourly rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and paraprofessionals and to cover fixed and routine overhead expenses. These hourly rates are based on a variety of factors, including seniority, distinction, and expertise in one's field, and are subject to periodic adjustments to reflect economic and other conditions.[3] In particular, Willkie's standard hourly rates for matters that may be implicated in these chapter 11 cases will range as follows:

| Billing Category | Current Hourly Range |
|---|---|
| Partners and Senior Counsel | $1,400 to $2,050 |
| Associates, Other Attorneys and Law Clerks | $520 to $1,380 |
| Paraprofessionals | $315 to $540 |

14.     The Committee believes that these rates, and the terms and conditions of Willkie's employment, are reasonable.

15.     Willkie will also seek to be reimbursed, subject to the Court's approval, for all actual out-of-pocket expenses incurred by Willkie on the Committee's behalf, such as travel

---

[3]     As set forth in the Order, Willkie will provide ten (10) business days' notice to the Debtors and the U.S. Trustee before implementing any periodic hourly rate increases by filing such notice with the Court.

expenses, late night working meals and transportation, computer-assisted legal research, photocopying, postage, overnight courier expenses, and other disbursements, as more fully set forth in the Miller Declaration.  All requests for reimbursement of expenses will be consistent with the Fee Guidelines.

16.     No promises were received by Willkie or any of its attorneys as to compensation in connection with the chapter 11 cases, other than in accordance with the provisions of the Bankruptcy Code.  Neither Willkie, nor any of its attorneys, have any agreement with any other entity to share with such entity any compensation received by Willkie in connection with these chapter 11 cases.

**IV.     <u>Willkie's Disinterestedness</u>**

17.     Willkie does not hold or represent any interest adverse to the Debtors' estates and, except as disclosed in the Miller Declaration, does not have any "connections" to the Debtors' creditors, affiliates, other parties-in-interest or potential parties-in-interest, the U.S. Trustee or the Assistant U.S. Trustees for the Southern District of Texas and attorneys employed by such office, or any judge in the Court.  Willkie believes it is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code and as used in section 328(c) of the Bankruptcy Code. To the extent that Willkie has a conflict with respect to a particular client or matter, the Committee intends to retain and use Gray Reed & McGraw LLP as separate conflicts and efficiency counsel ("<u>Conflicts Counsel</u>").

18.     As set forth in the Miller Declaration, Willkie has represented, currently represents, and will likely in the future represent certain parties-in-interest or potential parties-in-interest in these chapter 11 cases in matters unrelated to the Debtors, these chapter 11 cases, or such entities' claims against the Debtors, as part of its customary practice.  Willkie is retained in cases, proceedings, and transactions involving many different parties throughout the United States and

worldwide, some of whom may represent or be employed by the Debtors, claimants, and parties-in-interest in these chapter 11 cases.  Pursuant to section 1103(b) of the Bankruptcy Code, Willkie is not disqualified from acting as the Committee's counsel merely because it previously represented or currently represents the Debtors' creditors, or other parties-in-interest, in matters unrelated to the Debtors or these chapter 11 cases.

19.     Willkie has advised the Committee and the U.S. Trustee that it will periodically review its files during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise and, if any new relevant facts or relationships are discovered or arise, Willkie will use reasonable efforts to identify such further developments by filing a supplemental declaration with the Court.

20.     For these reasons, the Committee believes that the employment of Willkie is necessary, in the best interests of the Debtors' estates, and will enable the Committee to carry out its fiduciary duties owed to creditors under the Bankruptcy Code.  Accordingly, the Committee submits that the relief requested in the Application is appropriate and should be granted by the Court.

## NOTICE

21.     Notice of this Application will be provided to any party entitled to notice pursuant to Bankruptcy Rule 2002 and any other party entitled to notice pursuant to Bankruptcy Local Rule 9013-1(d).

## NO PRIOR REQUEST

22.     No previous application for the relief requested herein has been made to this or any other court.

## <u>CONCLUSION</u>

WHEREFORE, the Committee respectfully requests that the Court: (a) enter the Order granting the relief requested herein, and (b) grant such other and further relief as the Court may deem just and proper.

Dated: February 8, 2023

Respectfully submitted,

The Official Committee of Unsecured Creditors of Core Scientific, Inc., *et al.*

By: <u>*/s/ Patricia Trompeter*</u>
Patricia Trompeter
Chief Executive Officer
Sphere 3D Corp.
As representative for Sphere 3D Corp.,
in its capacity as a Committee member

**<u>Certificate of Service</u>**

I certify that on February 8 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.


By:  <u>/s/ *Jennifer J. Hardy*            </u>
       Jennifer J. Hardy

**<u>Exhibit A</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CORE SCIENTIFIC, INC. *et al.*,[1] | ) | Case No. 22-90341 (DRJ) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF WILLKIE
FARR & GALLAGHER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS EFFECTIVE JANUARY 9, 2023**

Upon the application (the "Application")[2] of the Official Committee of Unsecured

Creditors (the "Committee") of Core Scientific, Inc. and its debtor affiliates in the above captioned

cases (collectively, the "Debtors"), pursuant to sections 105(a), 328(a), 330, and 1103 of the

Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Bankruptcy Local Rules 2014-1 and

2016-1, authorizing the Committee to employ and retain Willkie Farr & Gallagher LLP ("Willkie"

or the "Firm" ) as counsel, effective as of January 9, 2023; and upon the Miller Declaration and

the Trompeter Declaration (together, the "Declarations"); and the Court having jurisdiction over

this matter pursuant to 28 U.S.C. § 1334; and this proceeding being a core proceeding pursuant to

28 U.S.C. § 157(b)(2); and venue of this proceeding and the Application in this Court being proper

pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been

given; and the Court having found that no other or further notice is needed or necessary; and the

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198).  The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

Court having found, based on the representations made in the Declarations, that Willkie (a) does not hold or represent any interest adverse to the Debtors' estates, (b) is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code and as used in section 328(c) of the Bankruptcy Code, and (c) does not represent any entity having an adverse interest in connection with the case as required by section 1103 of the Bankruptcy Code; and the Court having reviewed the Application and the Declarations; and the Court having determined that the legal and factual bases set forth in the Application and the Declarations establish good cause for the relief granted herein; and the relief requested in the Application being in the best interests of the Debtors' estates, their creditors, and other parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** that:

1.      The Application is GRANTED to the extent provided herein.

2.      Pursuant to sections 328 and 1103 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Bankruptcy Local Rules 2014-1 and 2016-1, and subject to the terms of this Order, the Committee is hereby authorized to employ and retain Willkie as its bankruptcy counsel to provide the following services, effective January 9, 2023:

      a.      advising the Committee in connection with its powers and duties under the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules;

      b.      assisting and advising the Committee in its consultation with the Debtors relative to the administration of these chapter 11 cases;

      c.      attending meetings and negotiating with the representatives of the Debtors and other parties-in-interest;

      d.      assisting and advising the Committee in its examination and analysis of the conduct of the Debtors' affairs;

      e.      assisting and advising the Committee in connection with any sale of the Debtors' assets pursuant to section 363 of the Bankruptcy Code;

      f.      assisting the Committee in the review, analysis, and negotiation of any chapter 11 plan(s) of reorganization or liquidation that may be filed and

2

assisting the Committee in the review, analysis, and negotiation of the disclosure statement accompanying any such plan(s);

g.      taking all necessary actions to protect and preserve the interests of the Committee, including: (i) possible prosecution of actions on its behalf; (ii) if appropriate, negotiations concerning all litigation in which the Debtors are involved; and (iii) if appropriate, review and analysis of claims filed against the Debtors' estates;

h.      generally preparing on behalf of the Committee all necessary motions, applications, answers, orders, reports, replies, responses, and papers in support of positions taken by the Committee;

i.      appearing, as appropriate, before this Court, the appellate courts, and the U.S. Trustee, and protecting the interests of the Committee before those courts and before the U.S. Trustee; and

j.      performing all other necessary legal services in these chapter 11 cases.

3.      Willkie shall be compensated in accordance with and will file interim and final fee applications for allowance of its compensation and expenses and shall be subject to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and applicable law.  For billing purposes, Willkie shall keep its time in one tenth (1/10) hour increments in accordance with the Fee Guidelines.  Willkie also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the Fee Guidelines, both in connection with the Application and any interim and final fee applications to be filed by Willkie in these chapter 11 cases.  All billing records filed in support of fee applications will use an open and searchable LEDES or other electronic data format.

4.      Willkie shall be reimbursed for reasonable and necessary expenses as provided by the Fee Guidelines.

5.      Prior to any increases in Willkie hourly rates, the Firm shall file a supplemental declaration with the Court to provide ten (10) business days' notice to the Debtors and the U.S. Trustee, which supplemental declaration shall explain the basis for the requested rate increases in

accordance with section 330(a)(3)(F) of the Bankruptcy Code, and state whether the Committee has consented to such rate increases. The U.S. Trustee retains all rights to object to any rate increase on all grounds, including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code.

6. Willkie shall use its best efforts to avoid any duplication of services provided by any of the Committee's other retained professionals in these chapter 11 cases.

7. The Committee is authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

8. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.


Dated: _____, 2023
      Houston, Texas


_____
THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

4

**<u>Exhibit B</u>**

**Declaration of Patricia Trompeter**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CORE SCIENTIFIC, INC. *et al.*,[1] | ) Case No. 22-90341 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**DECLARATION OF PATRICIA TROMPETER IN SUPPORT OF
THE APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE
RETENTION AND EMPLOYMENT OF WILLKIE FARR & GALLAGHER LLP
AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
EFFECTIVE AS OF JANUARY 9, 2023**

Pursuant to 28 U.S.C § 1746, I, Patricia Trompeter, hereby submit this declaration (the

"Declaration") under penalty of perjury:

1.      I am the Chief Executive Officer of Sphere 3D Corp. ("Sphere 3D").  Sphere 3D is

an unsecured creditor in the above-captioned cases of Core Scientific, Inc. and its debtor affiliates

(collectively, the "Debtors").  I serve as Sphere 3D's representative on the Committee.  In such

capacity, I was part of the process and involved in selecting and engaging Willkie Farr & Gallagher

LLP ("Willkie") as counsel for the Committee.  I submit this Declaration solely in my capacity as

a member of the Committee.  All rights of Sphere 3D are expressly reserved.

2.      I have reviewed and am familiar with the contents of the *Application for Entry of*

*an Order Authorizing the Retention and Employment of Willkie Farr & Gallagher LLP as Counsel*

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198).  The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

*to the Official Committee of Unsecured Creditors Effective as of January 9, 2023* (the "Application").[2]  In support of the Application, the Committee relies upon the Miller Declaration, which is attached to the Application as **Exhibit C**.

3.      The attorneys primarily responsible for the Committee's representation in these chapter 11 cases, Brett H. Miller and Todd M. Goren, have extensive experience representing official committees of creditors in large and complex bankruptcy cases.

4.      Given that Mr. Miller and Mr. Goren have represented the official committee of unsecured creditors in a significant number of recent large chapter 11 cases—I believe they are well-positioned to anticipate and resolve legal issues that may arise during the remainder of the cases.  Moreover, I understand that Willkie has extensive general legal experience and knowledge, and, in particular, has substantial expertise in the field of business reorganization under chapter 11 of the Bankruptcy Code.

5.      I, and the other members of the Committee, reviewed Willkie's standard rates for bankruptcy services, as set forth in the Application.  Based upon representations made to the Committee by Willkie, I understand that those rates are generally consistent with the Firm's rates for comparable non-bankruptcy engagements and the billing rates and terms of other comparably skilled firms for providing similar services.  Based on these representations and the Committee members' experience in both the bankruptcy field and in other fields in which the Debtors operate, the Committee believes these rates are reasonable.  It is my understanding that Willkie will seek payment of 80% of its fees and 100% of its expenses on a monthly basis.

6.      Additionally, the Committee, through me, its designated member and chairperson, will: (a) develop a prospective budget and staffing plan with Willkie to comply with the U.S.

---

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

Trustee's requests for information and additional disclosures and any other orders of the Court, recognizing that, in the course of these chapter 11 cases, there may be unforeseeable fees and expenses that will need to be addressed by the Committee and Willkie; (b) review all staffing plans and budgets to supervise Willkie's fees and expenses and to manage costs and, together with Willkie, make adjustments as may be necessary or appropriate; (c) review all applications for compensation submitted by Willkie to ensure that Willkie's fees and costs are consistent with the budget, appropriate in scope and amount, and that there has been no unreasonable duplication by the Committee's other professionals.

7.     The facts set forth in this Declaration are based upon my personal knowledge, my review of the relevant documents, information provided to me or verified by Committee counsel, and my personal opinion based upon my experience, knowledge, and information provided to me. I am authorized to submit this Declaration on behalf of the Committee and, if called upon to testify, I would testify competently to the facts set forth herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Dated:  February 8, 2023

Respectfully submitted,

By: */s/ Patricia Trompeter*
Patricia Trompeter
Chief Executive Officer
Sphere 3D Corp.
As representative for Sphere 3D Corp.,
in its capacity as a Committee member

**<u>Exhibit C</u>**

**Declaration of Brett H. Miller**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CORE SCIENTIFIC, INC. *et al.*,[1] | ) | Case No. 22-90341 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF BRETT H. MILLER IN SUPPORT OF THE APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF WILLKIE FARR & GALLAGHER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JANUARY 9, 2023**

I, Brett H. Miller, being duly sworn, state the following under penalty of perjury:

1.      I am a partner in the law firm of Willkie Farr & Gallagher LLP ("Willkie" or the "Firm"), with offices at 787 Seventh Avenue, New York, New York 10019, among other locations, and I am duly authorized to make this declaration (the "Declaration") on behalf of Willkie.  I am an attorney duly admitted and in good standing to practice before the Bar of the State of New York, the United States Court of Appeals for the Second Circuit, and the United States District Courts for the Southern and Eastern Districts of New York.  There are no disciplinary proceedings pending against me.

2.      I submit this Declaration in support of the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") of Core Scientific, Inc. and its

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198).  The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

debtor affiliates, as debtors and debtors in possession in these proceedings (collectively, the "Debtors") pursuant to sections 328(a) and 1103 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Bankruptcy Local Rules 2014-1 and 2016-1, for entry of an order authorizing the retention and employment of Willkie as counsel to the Committee effective as of January 9, 2023. Except as otherwise indicated, the facts set forth in this Declaration are personally known to me and, if called as a witness, I could and would testify thereto.

## SERVICES TO BE PROVIDED

3. Since the Committee's appointment, and Willkie's retention on January 9, 2023, we have been working closely with the Debtors and other parties-in-interest and have become familiar with the Debtors' businesses and many of the existing and potential legal issues in these chapter 11 cases.  Willkie has extensive general legal experience and knowledge, and, in particular, has substantial expertise in the field of business reorganization under chapter 11 of the Bankruptcy Code.

4. In connection with these chapter 11 cases, the Committee has requested court authorization to retain Willkie as counsel for the Committee to provide the Committee with certain services, including, but not limited to, the following:

 a. advising the Committee in connection with its powers and duties under the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules;

 b. assisting and advising the Committee in its consultation with the Debtors relative to the administration of these chapter 11 cases;

 c. attending meetings and negotiating with the representatives of the Debtors and other parties-in-interest;

 d. assisting and advising the Committee in its examination and analysis of the conduct of the Debtors' affairs;

 e. assisting and advising the Committee in connection with any sale of the Debtors' assets pursuant to section 363 of the Bankruptcy Code;

f.      assisting the Committee in the review, analysis, and negotiation of any chapter 11 plan(s) of reorganization or liquidation that may be filed and assisting the Committee in the review, analysis, and negotiation of the disclosure statement accompanying any such plan(s);

g.      taking all necessary actions to protect and preserve the interests of the Committee, including: (i) possible prosecution of actions on its behalf; (ii) if appropriate, negotiations concerning all litigation in which the Debtors are involved; and (iii) if appropriate, review and analysis of claims filed against the Debtors' estates;

h.      generally preparing on behalf of the Committee all necessary motions, applications, answers, orders, reports, replies, responses, and papers in support of positions taken by the Committee;

i.      appearing, as appropriate, before this Court, the appellate courts, and the U.S. Trustee, and protecting the interests of the Committee before those courts and before the U.S. Trustee; and

j.      performing all other necessary legal services in these chapter 11 cases.

## PROFESSIONAL COMPENSATION

5.      Willkie's hourly rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and paraprofessionals and to cover fixed and routine overhead expenses. These hourly rates are based on a variety of factors, including seniority, distinction, and expertise in one's field and are subject to periodic adjustments to reflect economic and other conditions.[3]  In particular, Willkie's standard hourly rates for matters that may be implicated in these chapter 11 cases will range as follows:

| Billing Category | Current Hourly Range |
|---|---|
| Partners and Senior Counsel | $1,400 to $2,050 |
| Associates, Other Attorneys and Law Clerks | $520 to $1,380 |
| Paraprofessionals | $315 to $540 |

---

[3]      As set forth in the Order, Willkie will provide ten business days' notice to the Debtors and the U.S. Trustee before implementing any periodic hourly rate increases, by filing such notice with the Court.

6.     The hourly rates and corresponding rate structure that Willkie will use in these chapter 11 cases are the same as the hourly rates and corresponding rate structure that Willkie uses in other restructuring matters, as well as similar complex corporate, securities, and litigation matters whether in court or otherwise, regardless of whether a fee application is required. These rates and the rate structure reflect the fact that such restructuring and other complex matters are typically national in scope and involve great complexity, high stakes, and severe time pressures. I believe that these rates, and the terms and conditions of Willkie's employment, are reasonable. Willkie intends seek payment of 80% of its fees and 100% of its expenses on a monthly basis.

7.     In addition to the hourly rates set forth above, Willkie customarily charges its clients for all actual out-of-pocket expenses incurred on the clients' behalf, including travel expenses, lodging, working meals and transportation, meal charges for business meetings, computer-assisted legal research, photocopying, facsimile transmissions, postage, printing, transcripts, filing fees, overnight courier expenses, messengers, and similar items. Willkie will seek to be reimbursed, subject to the Court's approval, for all actual out-of-pocket expenses incurred by Willkie on the Committee's behalf. All requests for reimbursement of expenses will be consistent with the Fee Guidelines.

8.     No promises have been received by Willkie or any of its attorneys as to compensation in connection with these chapter 11 cases, other than in accordance with the provisions of the Bankruptcy Code. Willkie has also advised the Committee that neither the Firm nor any of its attorneys have any agreement with any other entity to share with such entity any compensation received by Willkie in connection with these chapter 11 cases.

## DISINTERESTEDNESS AND DISCLOSURE OF CONNECTIONS

9.     In order to ascertain Willkie's "connections," as that term is used in Bankruptcy Rule 2014, Willkie obtained an extensive (but not necessarily complete) list of interested parties

and significant creditors (the "Potential Parties in Interest") from counsel to the Debtors, a copy of which is attached hereto as **Schedule 1**.

10.     Under the supervision of attorneys in Willkie's Business Reorganization & Restructuring group, an internal search in Willkie's computerized conflict database was conducted to determine if Willkie (or any of its affiliates) currently represents or formerly represented any of the Potential Parties in Interest within the past three years.  Willkie also made inquiries to the partners responsible for open matters involving the Potential Parties in Interest or their affiliates to determine the nature of the work and any relationship to the Potential Parties in Interest.  Willkie performed this inquiry consistent with its normal and customary practices.

11.     The following is a list of the categories of Potential Parties in Interest that Willkie searched:

| Category |
|---|
| Debtor Entities |
| Debtors' Trade Names and Aliases (up to 8 years) (a/k/a, f/k/a, d/b/a) |
| Bank Accounts |
| Bankruptcy Judges and Staff for the Southern District of Texas |
| Bondholders/Noteholders/Indenture Trustees |
| Clerk of the Court for the Southern District of Texas |
| Contract Counterparties (includes patents and intellectual property) |
| Current Officers and Directors |
| Affiliation of Current Officers and Directors |
| Benefit Providers (Workers' Compensation/Pension Plans/Third Party Administrators) |
| Debtors Professionals (law firms, accountants and other professionals) |
| Former Officers and Directors |
| Insurance/Insurance Broker/Insurance Provider/Surety Bonds |
| Landlords and Parties to Leases |
| Lenders |
| List of the Top 30 Unsecured Creditors |
| List of the Creditors Holding the Top 100 Largest Unsecured Claims (Excluding Insiders) |
| List of 5 Largest Secured Creditors |
| Litigation Counterparties/Litigation Pending Lawsuits (includes threatened litigation) |

| |
|---|
| Non-Debtor Affiliates and Subsidiaries |
| Non-Debtor Professionals |
| Official Committee of Unsecured Creditors |
| Others Parties in Interest (Notice of Appearance Parties, and any other person or group appointed) |
| Ordinary Course Professionals |
| Other Secured Parties (Letters of Credit/Issuers of Letters of Credit) |
| Partnerships (if debtors is a partnership, its general and limited partners) |
| Regulatory and Government Authorities |
| Secured Creditors |
| Significant Competitors |
| Significant Customers and Contract Counterparties |
| Significant Shareholders (more than 5% equity) |
| Significant Vendors/Suppliers |
| Taxing Authorities |
| U.S. Attorney's Office for the Southern District of Texas |
| UCC Search Results/UCC Lien Search Results |
| United States Trustee and Staff for the Southern District of Texas |
| Utility Providers/Utility Brokers |

12.     This search revealed that certain Potential Parties in Interest are or may be currently represented by Willkie.  All current and past Willkie representations of Potential Parties in Interest are identified on the list attached to this Declaration as **Schedule 2**.[4]  To the best of my knowledge, Willkie has no connections with the Debtors, creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the Office of the United States Trustee – Southern District of Texas except as set forth on **Schedule 2**.  Based on the results of this search, and through direct inquiries with Willkie attorneys, Willkie determined that the representation of the Potential Parties in Interest disclosed on **Schedule 2** hereto concerned matters

---

[4]     As referenced in **Schedule 2**, (a) the term "current representation" means an entity listed as a client in the Firm's conflicts search system to whom time was posted in 2021, 2022 or 2023, and (b) the term "past representation" means either (1) an entity listed as a client in the Firm's conflicts search system to whom time was posted in 2019, 2020 or 2021, or (2) a client matter in the Firm's conflicts search system to which time was billed in 2022 but has now been closed.  Whether an actual client relationship exists can only be determined by reference to the documents governing Firm's representation rather than its potential listing in Firm's conflicts search system.  The list generated from Firm's conflicts search system is over-inclusive.

in which such clients were not adverse to the Debtors, the Debtors' estates, or the members of the Committee.

13.     The status of entities identified as Potential Parties in Interest by the Debtors may have changed or could change during the pendency of the chapter 11 cases without Willkie's knowledge.  Willkie will periodically review its files during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new or relevant facts or relationships are discovered or arise, Willkie will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

**SPECIFIC DISCLOSURES**

14.     As specifically set forth below and in the attached schedules, Willkie represents or has represented certain Potential Parties in Interest in matters unrelated to the Debtors and these chapter 11 cases; however, Willkie does not hold or represent any interest adverse to the Debtors' estates.  Moreover, pursuant to section 1103(b) of the Bankruptcy Code, Willkie is not disqualified from acting as the Committee's counsel merely because it represents certain of the Potential Parties in Interest in matters unrelated to these chapter 11 cases.  Willkie submits that it is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code and as used in section 328(c) of the Bankruptcy Code.

15.     Specifically, Willkie represents, and has in the past represented, certain entities for which Willkie is providing additional disclosures beyond those in **Schedule 2**.

16.     Willkie previously represented former Committee member, BRF, on finance related matters involving the Debtors prior to the Petition Date.  Willkie ceased its representation of BRF in connection with the Debtors immediately upon BRF's appointment to the Committee and does not have any open matters for BRF or its affiliates in connection with the Debtors.

Moreover, prior to being selected to as proposed counsel to the Committee, Willkie obtained a full conflicts waiver from BRF.  Finally, Willkie advised the Committee that it should retain separate counsel to advise the Committee on any issues involving BRF, and the Committee has selected Conflicts Counsel to handle such matters.

17.     Following the first day hearing, the Debtors ran a solicitation process for replacement debtor-in-possession financing.  During that process, an affiliate of BRF emerged as a potential source of replacement DIP financing.  Upon that affiliate's expression in interest as being a potential source of replacement DIP financing, BRF (a) did not participate in Committee discussions, (b) retained Choate, Hall & Stewart LLP to advise them in connection with the replacement DIP, and (c) resigned from the Committee following a hearing on February 1, 2023 where the Court approved the Debtors' replacement DIP financing.

18.     Willkie previously represented the Special Committee to the Board of Directors (the "Special Committee") of Blockcap, Inc. ("Blockcap") in connection with Debtor Core Scientific Holding Company's ("Core HoldCo") acquisition of Blockcap.  This transaction was completed in August 2021.  Willkie's representation of the Special Committee in this matter and all related matters was completed in September 2021.  The Special Committee represented approximately .02% of Willkie's revenue in 2021 and represented no revenue in 2020 or 2022. Further, the attorneys involved in advising the Special Committee are not and will not be involved in advising the Committee.

19.     Willkie currently represents AIG in various litigation and insurance coverage matters.  Certain of AIG's affiliates are listed in the "Insurance/Insurance Providers/Surety Bonds" category on the Potential Parties in Interest List.  Willkie has not, and will not, represent any of AIG's affiliates in connection with the Debtors or these chapter 11 cases.  AIG represented less

than 2% of Willkie's revenues in 2020, 2021 and 2022.  Willkie intends to continue to represent AIG and certain of its affiliates on matters wholly unrelated to the Debtors or these chapter 11 cases.

20.     Willkie currently represents Citibank, N.A. and certain of its subsidiaries and affiliates (collectively, "Citibank") in various litigation and corporate matters.  Citibank is listed in the "Benefit Providers" on the Potential Parties in Interest List.  Willkie has not, and will not, represent Citibank in connection with the Debtors or these chapter 11 cases.  Citibank represented approximately 1% of Willkie's revenue in 2020 and less than 1% of Willkie's revenue in 2021 and 2022.  Willkie intends to continue to represent Citibank on matters wholly unrelated to the Debtors or these chapter 11 cases.

21.     Excepted as described herein, Willkie has not represented any entities listed on the "Top 30 Unsecured Creditors" category on the Potential Parties in Interest List.

22.     For the avoidance of doubt, Willkie will not represent any parties other than the Committee in these chapter 11 cases, irrespective of whether such parties (including any additional interested parties that may be identified in the future) are Willkie clients.

23.     Further, should the Committee decide to undertake any litigation against a client of Willkie, including any of the aforementioned clients, and Willkie does not have a conflicts waiver that permits Willkie to be adverse to such clients in these chapter 11 cases, the Committee will use Conflicts Counsel to prosecute such litigation.

24.     Willkie attorneys[5] have represented the official committee of unsecured creditors in the chapter 11 cases of *In re SAS AB*, Case No. 22-10925 (MEW) (Bankr. S.D.N.Y.); *In re Grupo Aeroméxico, S.A.B. de C.V.*, Case No. 20-11563 (SCC) (Bankr. S.D.N.Y.); *In re Avianca*

---

[5]     Willkie attorneys advised on certain of these matters while at prior firms.

*Holdings S.A.*, Case No. 20-11133 (MG) (Bankr. S.D.N.Y.); *In re Cloud Peak Energy*, Case No. 19-11047 (JKS) (Bankr. D. Del.); *In re Windstream Holdings, Inc.*, Case No. 19-22312 (RDD) (Bankr. S.D.N.Y.); *In re Westmoreland Coal Co.*, Case No. 18-35672 (DRJ) (Bankr. S.D. Tex.); *In re Energy Future Holdings*, Case No. 14-10979 (CSS) (Bankr. D. Del.); and *In re L.A. Dodgers LLC*, Case No. 11-12010 (KG) (Bankr. D. Del.), among many others.

25.     No agreement or understanding exists between Willkie or any of its attorneys with any other entity to share with such entity any compensation received for services rendered in connection with these chapter 11 cases, other than as permitted by section 504 of the Bankruptcy Code, nor shall Willkie or any of its attorneys share or agree to share compensation received for services rendered in connection with these chapter 11 cases with any other entity, including any of the Firm's foreign affiliates, other than as permitted by section 504 of the Bankruptcy Code.

26.     To the extent the Committee seeks to retain additional professionals to represent the Committee in any matters relating to these chapter 11 cases, Willkie will make all reasonable efforts not to duplicate the services rendered by these professionals.

## STATEMENT REGARDING U.S. TRUSTEE GUIDELINES

27.     Willkie intends to apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these chapter 11 cases in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, the U.S. Trustee Guidelines, and any other applicable procedures and orders of the Court.  The following information is provided in response to the request for additional information set forth in Paragraph D.1 of the U.S. Trustee Fee Guidelines:

**Question**:          Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

| | |
|---|---|
| Response: | No. |
| **Question**: | Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? |
| Response: | No. |
| **Question**: | If you represented the client in the 12 months pre-petition, disclose your billing rates and material financial terms for the pre-petition engagement, including any adjustments during the 12 months prepetition.  If your billing rates and material financial terms have changed post-petition, explain the difference and the reasons for the difference. |
| Response: | Willkie did not represent the Committee prior to the Debtors' chapter 11 cases.  Additionally, during Willkie's prepetition representation of BRF, Willkie's billing rates and material financial terms were substantially the same as the rates Willkie is currently charging the Committee. |
| **Question**: | Has your client approved your prospective budget and staffing plan, and, if so, for what budget period? |
| Response: | The Committee and Willkie expect to develop a prospective budget and staffing plan to comply with the U.S. Trustee's requests for information and additional disclosures, and any other orders of the Court, recognizing that in the course of these chapter 11 cases there may be unforeseeable fees and expenses that will need to be addressed by the Committee and Willkie. |

## **AFFIRMATIVE STATEMENT OF DISINTERESTEDNESS**

28.     Based on the conflicts search conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) I believe that Willkie is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by sections 328 and 1102 of the Bankruptcy Code, and does not hold or represent any interest adverse to the Debtors, their estates, their creditors, or the Committee and the members thereof, and (b) Willkie has no connection to the Debtors, creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, any person employed in the Office of the

United States Trustee – Southern District of Texas, or other parties-in-interest except as disclosed herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 8, 2023

*/s/ Brett H. Miller*
Brett H. Miller

## Schedule 1

**Potential Parties in Interest**

**Potential Parties in Interest**

**Debtors:**
Core Scientific Mining LLC
Core Scientific, Inc.
Core Scientific Acquired Mining LLC
Core Scientific Operating Company
Radar Relay, Inc.
Core Scientific Specialty Mining (Oklahoma)
    LLC
American Property Acquisition, LLC
Starboard Capital LLC
RADAR LLC
American Property Acquisitions I, LLC
American Property Acquisitions VII, LLC

**Debtors' Trade Names and Aliases (up to 8
years) (a/k/a, f/k/a, d/b/a):**
155 Palmer Lane, LLC
Blockcap, Inc.
Core Scientific Holdings Co.
Core Scientific, Inc.
GPU One Holdings, LLC
Mineco Holdings, Inc.
Power & Digital Infrastructure Acquisition
    Corp.
Radar Relay, LLC
XPDI

**Bank Accounts:**
Bank of America
City National Bank
Bremer Bank

**Bankruptcy Judges and Staff for Southern
    District of Texas:**
Judge David R. Jones
Judge Marvin Isgur
Judge Christopher M. Lopez
Judge Jeffrey P. Norman
Judge Eduardo V. Rodriguez
Peter Bray
Jason Marchand
Albert Alonzo
Rosario Saldan
Christina Bryan
Melissa Morgan-Faircloth
LinhThu Do
Mario Rios
Yvonne Ho

Samantha Warda
Dena Hanovice Palermo
Carol Felchak
Jeannie Chavez
Sam S. Sheldon
Shannon Jones

**Bondholders/Noteholders/Indenture
Trustees:**
U.S. Bank National Association

**Clerk of the Court for Southern District of
    Texas:**
Darlene Hansen
Nathan Ochsner

**Contract Counterparties (includes patents:
    and intellectual property)**
(See Significant Customers and Contract
    Counterparties)

**Current Officers and Directors:**
Carol Haines
Darin Feinstein
Denise Sterling
Jarvis Hollingsworth
Jeff Pratt
Jeff Taylor
Katharine ("Katy") Hall
Kneeland Youngblood
Krista Rhynard
Kyle Buckett
Lynn Burgener
Matthew Brown ("Matt")
Matthew Minnis ("Matt")
Michael Bros
Michael Levitt ("Mike")
Neal P. Goldman
Russell Cann
Steve Gitlin
Todd DuChene
Weston Adams

**Affiliation of Current Officers and Directors:**
Baylor Health Care System Foundation
California Institute of Technology (Caltech)
Diamond Offshore Drilling, Inc.
Kayne Anderson BDC, LLC

Kayne Anderson Capital Advisors, L.P.
Kayne Anderson Energy Infrastructure Fund
    Inc. (KYN)
Kayne Anderson NextGen Energy &
    Infrastructure Inc. (KMF)
Laredo Petroleum, Inc.
Mackay Shields, LLC
Mallinckrodt Pharmaceuticals
Memorial Hermann Hospital System
Och Ziff Capital Management, LP
Pledgeling Technologies
Prostate Cancer Foundation
Scientific Games Corporation
Southwestern Medical Foundation
Talos Energy, Inc.
Teacher Retirement System of Texas
The Council on Foreign Relations
The Music Acquisition Corp
TPG Pace Beneficial Finance Corporation I and
    II
Weatherford International

**Benefit Providers:**
    (Workers Compensation/ Pension Plans /Third
    Party Administrators)
Aetna
Aflac
Allstate Benefits
American Security and Protection Services LLC
Blue Cross Blue Shield CA
Blue Cross Blue Shield NC
BNY Mellon Bank
Chubb Personal Excess Liability Insurance
Citibank (Administered by PayFlex)
Delta Dental
Expensify Payments LLC
Farmers Group Select Home & Auto Insurance
Florida Blue
Globalization Partners Professional Services
Group Health Aetna
Guardian
Kaiser Permanente
MetLife
Optum Bank
Securitas Security Services USA, Inc.
TriNet - COBRA
TriNet HR III, LLC
Tufts
UnitedHealthcare ("UHC")
Vision Service Plan ("VSP")

**Debtors Professionals:**
AlixPartners LLP
Deloitte Tax LLP
Deloitte Financial Advisory Services LLP
PJT Partners LP
Marcum LLP
Scheef & Stone, LLP
Stretto, Inc.
Weil, Gotshal & Manges LLP

**Former Officers and Directors:**
Aber Whitcomb
Alan Curtis
Brandon Curtis
Brett Harrison
Brian Neville
Bryce Johnson
Caleb Tebbe
Christel Sice
Christy Barwick
Clark Swanson
Colin Crowell
Dan Christen
Devon Eldridge
George Kollitides
Harlin Dean
Kevin Turner
Larry Rudolph
Matthew Bishop
Michael Truzpek
Peter Dorrius
Peter J. Novak
Peter Sladic
Sharon Orlopp
Stacie Olivares

**Insurance/Insurance Broker/Insurance
Provider/Surety Bonds:**
AmTrust
AON
Arch Specialty Ins. Co (via AmWins)
Ascot Syndicate No. 1414 (Ethos via AmWins)
Aspen Specialty Ins. Co (via AmWins)
AXIS Surplus Ins. Co (via Amwins)
Beazley (Lloyd's Syndicate 2623)
Beazley (Lloyd's Syndicate No. 2623 (Beazley
    UK)
Beazley Insurance Company
Berkley National Insurance Company
Berkley Prof Liability
Berkshire Hathaway Specialty Ins. Company

CAC Specialty
Columbia Casualty Company (CNA)
Endurance American Specialty Insurance
　　Company (Sompo)
Federal Insurance Company (Chubb)
General Casualty Co of WI (QBE)
Harco National Insurance Company (360)
Hiscox Insurance Company
Kinsale Insurance Company (via Amwins)
Landmark American Insurance Company (RSUI
　　via Amwins)
Lexington Insurance Company (AIG) via RT
　　Specialty
Lexington Insurance Company (via Amwins)
Lloyd's Syndicate No. 2623 (Beazley UK)
National Union Fire Ins. Co of Pittsburgh (AIG)
Navigators Insurance Co (Hartford)
Obsidian Specialty Insurance Company (Orion
　　via RT Specialty)
Pennsylvania Insurance Company (Applied via
　　RT Specialty)
Policies Held by PEOs TriNet and Globalization
　　Partners
QBE Insurance Corporation
Starr Indemnity & Liability Co
Swiss Re Corporate Solutions Capacity Ins.
　　Corp (via Amwins)
The Princeton Excess & Surplus Lines Ins. Co
　　(Munich Re via Amwins)
U.S. Customs and Border Protection
Vantage Risk Specialty Insurance Company (RT
　　Specialty)
Wright National Flood Ins. Co (NFIP)
XL Specialty Ins. Co.

**Landlords and Parties to Leases:**
Cheryl Ogle & the Crystal Ogle Management
　　Trust
City of Denton
Dalton-Whitfield Joint Development Authority
Elmington Property Management LLC
Elmington Property Mgmt. LLC - Monarch
　　Apartments
Hannig Row Partnership
Hudson GRC LLC
Hurd Real Estate Associates
Jobe Ranch Family Limited Partnership, Lessor
　　(11/15/2021)
Jobe Ranch Family Limited Partnership
Liberty Point Apartments
Minnkota Power Cooperative Inc.

Minnkota Power Cooperative, Lessor
　　(Commercial Lease, Ground Lease)
Mobley Holdings LLC - Liberty Point
　　Apartments
Monarch Apartment Homes
Ncredible Properties
Nodak Electric Cooperative
Nodak Electric Cooperative Inc.
Peerless Events & Tents LLC
SRPF A QR Riversouth LLC
The District
The Preserve at Spring Creek
Tien Yun Investments, LLC (dba TY Properties)
Worksmith, Inc.

**Lenders:**
1994 Steinfeld Family Trust
36th Street Capital
ACM ELF ST, LLC (Atalaya)
Amplify Transformational Data Sharing ETF
Anchorage Lending CA, LLC
Andrew Rosen 2004 Successor Insurance Trust
Apollo Centre Street Partnership, L.P.
Apollo Lincoln Fixed Income Fund, L.P.
Apollo Moultrie Credit Fund, L.P.
Apollo Tactical Value SPN Investments, L.P.
Arctos Credit, LLC
B. Riley Bridge Loan
B. Riley Commercial Capital, LLC
Bank of the West
Barings BDC, Inc.
Barings Capital Investment Corporation
Barings Private Credit Corp
Barkley Investments, LLC
Better Downtown Miami LLC
Birch Grove Strategies Master Fund LP
BlackRock Credit Alpha Master Fund L.P.
BlockFi
BlockFi A
BlockFi B
BlockFi Lending, LLC
Bremer Bank
BRF Finance Co., LLC
Brown Corporation
Cannon Investments LLC
Celsius Core LLC
Corbin Opportunity Fund, L.P.
Cryptonic Black, LLC
David Sarner
De Lage Landen Financial Services, Inc.
Dell Financial Services L.L.C.

Douglas Lipton
Ferro Investments Ltd.
FGK Investments Ltd.
Fidelity Capital Corp.
First Sun Investments, LLC
Frank Pollaro
FTF Diversified Holdings, LP
Galaxy Digital LP
Garic Limited
Genesis Global Capital, LLC
Genesis Global Capital, LLC #1
Greensledge Merchant Holdings, LLC
Gullane Capital Partners, LLC
Gullane Digital Asset Partners OP, LLC
Gullane Digital Asset Partners, LLC
HC NCBR Fund
Holliwood, LLC
Ibex Partners (Core) LP
ICG CoreSci Holdings, LP
Indigo Direct Lending, LLC
James Pulaski
Jason Capello
John Badger Quinn
John P. Joliet
JPAS - Credit LLC ("JPAS" is Jordan Park
    Access Solutions)
JPAS - Crypto Infrastructure-A S.P.
JSK Partnership LLC
Kensico Associates, L.P.
Kensico Offshore Fund Master, Ltd
KMR CS Holdings, LLC
Leon J. Simkins Non-Exempt Trust FBO
    Michael Simkins
Levbern Management LLC
Liberty Commercial Finance, LLC
Liberty Stonebriar
Marsico AXS CS LLC
Mass Mutual Barings
Massachusetts Mutual Life Insurance Company
Milos Core LLC
Monbanc Inc.
Neso Investment Group Ltd
North Mill Equipment Finance
North Star Leasing
Northdata Holdings Inc.
Novak
NYDIG
OIP SPV Core Scientific, LLC
Omega Interceptor Restricted Ltd
Pescadero Capital, LLC
Prime Alliance Bank

Richard Katz 2016 GST Trust
Robert Fedrock
Sabby Volatility Warrant Master Fund, Ltd.
SRPF A QR Riversouth LLC
Stonebriar Commercial Finance LLC
Stonebriar Finance Holdings LLC
SunnySide Consulting and Holdings, Inc.
TBC 222 LLC
Tech Finance Corporation
The Kimmel Family Foundation
The Michael O. Johnson Revocable Trust
The Obsidian Master Fund
The Sear Family 1996 Trust
The William R. Guthy Separate Property Trust
TJC3 LLC
Toyota Commercial Finance
Transatlantic Mobility Holdings II LLC
Trinity Capital Inc.
U.S. Bank National Association
VFS LLC
Vineet Agrawal
Wilmington Savings Fund Society, FSB
Wolfswood Holdings LLC
Wormser Family Partnership II, LP
Wormser Family Partnership 11, LP
XMS Core Convert Holdings LLC

**List of the Top 30 Unsecured Creditors:**
AAF International
Amazon Web Services Inc.
Bergstrom Electric
BRF Finance Co., LLC
CDW Direct
CES Corporation
Cherokee County Tax Collector
Cooley LLP
Dalton Utilities
DK Construction Company
Duke Energy
FlowTx
Gensler
Harper Construction Company, Inc.
Herc Rentals
Kentucky Department of Revenue
LiveView Technologies Inc.
Marshall County Sheriff
McDermott Will and Emery LLP
Moss Adams LLP
OP
Priority Power Management, LLC
Reed Wells Benson and Company

Securitas Security Services USA Inc.
Shell Energy Solutions
Sidley Austin LLP
Tenaska Power Services Co
Tenet Solutions
Trilogy LLC
U.S. Customs and Border Patrol

**List of the Creditors Holding the Top 100 Largest Unsecured Claims (Excluding Insiders):**
A to Z pest Control and Services
AAF International
AccuForce HR Solutions LLC
Acme Tools
Altru Health System
Amazon Business
Amazon Web Services Inc.
American Paper and Twine Co
American Security and Protection Service LLC
AT&T
Averitt Express Inc.
Bearden Industrial Supply
Bergstrom Electric
BlockFi Lending LLC
C & W Facility Services, Inc.
C.H. Robinson Company, Inc.
Callahan Mechanical Contractors Inc.
Carolina Recycling & Consulting LLC
CES Corporation
Charter Communications, Inc. (dba Spectrum)
Cherokee County Tax Collector
City of Calvert City
Collier Electrical Service Inc.
ComputerShare Inc.
Condair Inc
Dakota Carrier Network
Data Sales Co Inc.
Delaware Secretary of State
DJNR Interactive LLC
DK Construction Company
Draffen Mart Inc.
EPB of Chattanooga
Equinix Inc.
Equipment Depot of Kentucky Inc.
Frontier Communications America Inc.
Gensler
Globalization Partners LLC
GreatAmerica Financial Services
Grubhub Holdings Inc.
Hannan Supply Company Inc.

Herc Rentals
IEWC Global Solutions
Interstate Welding and Steel Supply
J W Didado Electric LLC
Jackson Purchase Energy Corporation
Jacob John Novak
Kelly Services Inc.
Lattice
Lib Fin LLC
Lisa Ragan Customs Brokerage
Manpower
Marble Community Water System
Marnoy Interests Ltd.
Marshall County Sheriff
MassMutual Asset Finance LLC
Moss Adams LLP
Mountain Top Ice
Onyx Contractors Operations, LP
Optilink
Proctor Management
Reed Wells Benson and Company
Regional Disposal and Metal LLC
Resound Networks LLC
Ricks Rental Equipment
Robert Half Talent Solutions
Securitas Security Services USA Inc.
Slalom LLC
Snelling
Stonebriar Finance Holdings LLC
Supreme Fiber LLC
Technology Finance Corporation
Temps Plus of Paducah Inc.
Tenaska Colocation Services LLC
Tennessee Valley Authority
Truckload Connections, LLC
US Customs and Border Patrol
Waste Path Services LLC
Water Works C&R, LLC
XC Container LLC
ZetaMinusOne LLC

**List of 5 Largest Secured Claims:**
(See Significant Vendors/Suppliers)

**Litigation Counterparties/Litigation Pending Lawsuits (includes threatened litigation):**
Benjamin Thomison & Alpha Asic
Harlin Dean
Jonathan Barrett, et al.
LV net, Mizrahi et al.
McCarthy Buildings Companies, Inc.

5

Mei Pang
Sphere 3d
Stayfirst Branding Agency

**Non-Debtor Affiliates and Subsidiaries:**
Core Scientific Partners GP, LLC (SMLLC)
Core Scientific Partners, LP
CSP Advisors, LLC (SMLLC)
CSP Liquid Opportunities Fund, LP
CSP Liquid Opportunities GP, LP
CSP Liquid Opportunities Master Fund, LP
CSP Liquid Opportunities Offshore Fund
    (Exempted Ltd)
Team LLC
XPDI Sponsor LLC

**Non-Debtors Professionals:**
Arnold & Porter Kaye Scholer LLP
    (Counsel for Prepetition Secured Lenders)
Duane Morris LLP
Ducera Partners
    (Proposed as Investment Banker for the
    Official Committee of Unsecured Creditors)
Moelis & Company LLC
Paul Hastings LLP
    (Counsel for Ad Hoc Group of Secured
    Convertible Noteholders)
Skadden, Arps, Slate, Meagher & Flom LLP
    (Proposed Counsel for Ad Hoc Group of
    Equity Security Holders)
Sidley Austin LLP
    (Counsel of NYDIG ABL LLC)
Troutman Pepper Hamilton Sanders LLP
    (Counsel for Dalton Utilities)
Willkie Farr & Gallagher LLP
    (Proposed Counsel for the Official
    Committee of Unsecured Creditors)

**Official Committee of Unsecured Creditor
    Members and Professionals:**
Willkie Farr & Gallagher LLP
Ducera Partners
Dalton Utilities
Sphere 3D Corp.
BRF Finance Co., LLC (a B. Riley affiliate)

**Other Parties in Interest:**
(See Notice of Appearance Parties, and any
    other person or group appointed)

**Notice of Appearance Parties/Interested
Parties:**
36th Street Capital Partners, LLC
Barings BDC, Inc. (as prepetition secured
    lenders)
Barings Capital Investment Corporation (as
    prepetition secured lenders)
Barings Private Credit Corp. (as prepetition
    secured lenders)
BlockFi, Inc.
CEC Energy Services LLC
City of Denton
Dalton Utilities
GEM Mining 1, LLC
GEM Mining 2, LLC
GEM Mining 2B, LLC
GEM Mining 3, LLC
GEM Mining 4, LLC
Harper Construction Company, Inc.
Huband-Mantor Construction, Inc.
Humphrey & Associates, Inc.
Marnoy Interests, Ltd. d/b/a Office Pavilion, or
    Office Pavilion
MP2 Energy Texas, LLC d/b/a Shell Energy
    Solutions
NYDIG ABL LLC (f/k/a Arctos Credit, LLC)
    ("NYDIG")
Prime Alliance Bank, Inc.
Priority Power Management, LLC
Sphere 3D Corp.
SRPF A QR Riversouth LLC
Tenaska Power Services Co.
Travis County (TX)
Trinity Capital Inc.
U.S. Bank National Association (as Prepetition
    Note Agent and Collateral Agent)
Willkie Farr & Gallagher LLP (Proposed
    Counsel for the Official Committee of
    Unsecured Creditors)
Wingspire Equipment Finance, LLC

**Ordinary Course Professionals:**
Akin Gump Strauss Hauer & Feld LLP
Alston & Bird LLP
Andersen Tax LLC
Bitmain Technology Inc.
Blue Ridge Law & Policy, P.C.
Campbells Regulatory Services Limited
Carey Olson Services Cayman Limited
Cooley LLP
CrossCountry Consulting LLC

CSS Partners, LLC
Cypress Advocacy, LLC dba Mindset
Deloitte & Touche LLP
Deloitte Transactions and Business Analytics
    LLP
Ernst & Young LLP
Ernst & Young Product Sales LLC
Ernst and Young US LLP
Evercore Group LLC
Faegre Drinker Biddle and Reath LLP
Fishman Stewart PLLC
Frost, Brown Todd LLC
Gartner Inc.
Gasthalter and Co LP
Greenberg Traurig, LLP
Holland and Hart LLP
Horne, LLP
Ironclad, Inc.
Jackson Walker LLP
Kirkland and Ellis LLP
KPMG LLP
McDermott Will & Emery LLP
Mintz Group LLC
Morgan, Lewis & Bockius LLP
Moss Adams LLP
Murphy & Grantland, P.A.
NASDAQ Corporate Solutions, LLC
NAVEX Global, Inc.
Netgain Solutions, Inc.
Oracle America, Inc.
PricewaterhouseCoopers LLP
Prickett Jones and Elliott PA
Quinn Emanuel Urquhart & Sullivan, LLP
Registered Agent Solutions, Inc.
Resources Global Professionals
Richards Layton and Finger PA
Riverbend Consulting LLC
Rowlett Hill Collins LLP
Ryan & Associates
Ryan LLC
Sidley Austin LLP
Sitrick and Company
Snell & Wilmer
Sternhell Group
Williams & Connolly LLP
Workday, Inc.
Workiva Inc.
Zuckerman Gore Brandeis & Crossman, LLP

**Proposed Ad Hoc Group of Equity Security**
    **Holders and Professionals:**
Skadden, Arps, Slate, Meagher & Flom LLP
Custodian CSPB
Douglas Abrams
Eddie Griffin
Jay Deutsch
Lukasz Gottwald
Mark Beaven
The Rudolph Family Trust
Todd Deutsch
Two Trees Capital Limited BVI

**Other Secured Parties (Letters of Credit/**
    **Issuers of Letters of Credit):**
N/A

**Partnerships (if debtors is a partnership, its**
**general and limited partners):**
N/A

**Regulatory and Government:**
(See Taxing Authorities)
Environmental Protection Agency
Internal Revenue Service ("IRS")
Occupational Safety and Health Administration
Securities and Exchange Commission ("SEC")
U.S. Customs and Border Protection

**Secured Creditors:**
ABLe Communications, Inc.
ComNet Communications, LLC
Consolidated Electrical Distributors, Inc. dba
    Sun Valley Electric Supply
Coonrod Electric Co, LLC
Elliot Electric Supply, Inc.
Harper Construction
Housley Communications, Inc.
Huband Mantor Construction Inc.
Humprey & Associates, Inc.
LML Services dba FlowTx
McElroy Metal Mill, Inc. dba McElroy Metal
MK-Marlow Company, LLC
Morsco Supply LLC dba Morrison Supply
    Company
Network Cabling Services, Inc.
Priority Power
Summit Electric Supply
Sure Steel - Texas, LP
T&D Moravits & Co.
Texas AirSystems, LLC

Wesley-Thompson Hardware, Inc.

**Significant Competitors:**
Argo Blockchain PLC
Bitfarms Technologies Ltd.
   (fka Blockchain Mining Ltd.)
Cipher Mining Inc.
CleanSpark, Inc.
Greenidge Generation Holdings Inc.
Hive Blockchain Technologies Inc.
Hut 8 Mining Corp.
Iris Energy Ltd.
Marathon Digital Holdings, Inc.
Mawson Infrastructure Group Inc.
Riot Blockchain, Inc.

**Significant Customers and Contract Counterparties:**
1277963 B.C. Ltd dba Bitfield
ADQ Financial Services LLC
Agricultural Scientific LLC
Aidant.ai
AJT Trading, LLC
Alloy Ventures Management LLC
Argo Innovation Labs Inc.
AsicXchange Team Inc.
Atlas Technology Group LLC
Bay Colony Law Center, LLC
Bay Online Media
Benjamin Rees
BEP 888, LLC
BEP 999, LLC
Bit Digital USA, Inc.
Bitmain Development Inc.
Bitmain Technologies Georgia Limited
Bitmaintech PTE LTD
Bizmatica Polska JSC
Block One Technology
Blockcap Inc.
Blockchain United Mining Services
Blockfusion Technologies
Blue Hills Co, LLC
Blue Torch Capital LP
Brent Jason Deboer
Burdy Technology Limited
BW Holdings, LLC
CAC Global LLC
CCP Credit Acquisition Holdings, L.L.C.
Celsius Mining LLC
Charles Aram
Chris Chiovitti Holdings Inc.

Clearly Leasing, LLC
Colin Jacobs
Colin Smith
Compass Mining, Inc.
Crypto Garden, Inc.
Cumulus Coin LLC
DCG Foundry LLC
Digifarm Technologies Limited
Dreams and Digital, LLC
DUS Management Inc.
Etcembly Ltd
EverData, LLC
EZ BlockChain LLC
Flourishing Field Limited
Gateway Korea Inc.
GEM Mining
Gilley Enterprises
Global Star Holding Co.
Goodrose 5009, Inc.
Gopher, LLC
GPU.ONE
Greg Pipho
Gryphon Digital Mining, Inc.
Henry Ho
Hewlett Packard Enterprise Company
Hockomock Mining Company
Horizon Kinetics
Icons8
Isoplex Inc.
Israel Garcia
Jacob McDaniel
JAM Mining Corp.
Kaboomracks, Inc.
Kalon Investments, LLC
Kristy-Leigh Minehan
Lake Parime USA Inc.
Leon Hadgis
LivePerson, Inc.
Lonestar Ole Git LLC
Luxor Technology Corp
Mark Bordcosh
Mineority Group
Mineority Group LLC
Mississippi Home Development
N9+, LLC
New Green Network LLC
NextEra Energy Capital Holdings
NFN8 Media, LLC
Nissan North America, Inc.
Nomura Corporate Funding Americas, LLC
North Georgia Data LLC

NVIDIA Corporation
Pete Abdo
Polyphase Capital, LLC
Poolin Technology Pte. Ltd.
Pure Storage, Inc.
Quandefi Opportunities LLC
Quantum Digital Network Assets, LLC
Richard Norman
Rio Verde Holdings Ltd
River Financial Inc.
RJW Digital Solutions
RME Black 100, LLC
RME Black 200, LLC
RME Black 88, LLC
Rodrigo Perusquia
RPM Balance, Inc.
Rudy Worrell
Savage.io
Seagen Inc.
Sensika Technologies OOD
Serge Marin
Socrates Roxas
Spring Mud LLC
Summit Crypto Mining Limited
Supplybit, LLC
Tansley Equipment Limited
Techshop Computers Ltd.
Teslawatt
The Allen Institute for Artificial Intelligence
Timeless Digital Corp.
T-Mobile USA, Inc.
Tomek Group, LLC
Tony Grijalva
TYMIF Coin Ventures, LLC
Union Jack, LLC
UnitX
US Digital Mining and Hosting Co., LLC
Vaerus Mining SPV2 LLC
VCV Power Mining Alpha LLC
William McCarter
* *Certain Other Contract Counterparties of a
    Confidential Nature*

**Significant Shareholders (more than 5% of
equity)**:
Darin Feinstein
Michael J. Levitt
MPM Life LLC

**Significant Vendors/Suppliers**:
1872 Consulting LLC

2012Exxact Corporation
5Fastenation Inc.
5STAR5 INC
Abu Dhabi Ports Company PJSC – KIZAD
Accent Awnings Inc.
Adaptive Insights LLC
Advanced Business Equipment
Agility Logistics Corp
Agora NW LLC
AIM Summit FZE
Aircraft Services Group Inc.
Airflow Sciences Corporation
Alation, Inc.
Albacross Nordic AB
Alfa Internationals Logistics Inc.
Aliexpress
Alliance Funding Group
Allied Steel Buildings Inc.
Allstream
Alpha Miner LLC
Alpha Vertical Inc.
Alston and Bird LLP
Alteryx Inc.
American Registry for Internet Numbers Ltd
Americord
Ameri-Dedicated Inc.
Andrew Ferraro
Angel Bejarano Borrega
Aon Consulting Inc.
AON Risk Insurance Services West Inc.
Applied Scale Technology
ARIBA INC
Armstrong Moving Solutions San Antonio LLC
Arrow Exterminators
Arrowfish Consulting
Atlantic Trailer Leasing & Sales, LLC
Atlas Mining
Atrio Inc.
AvTech Capital LLC
Bandy Transport Company
Barnhart Crane and Rigging Co
Beacon Building Products
Bearcom
Belyea Company Inc.
Benton Electric Supply Inc.
Bernard Klopfer
Better IT Solutions LLC
Big Ass Fans
Bigbee Steel Buildings Inc.
Bigeye, Inc.
Bitmain Development Inc.

Bitmain Technologies Limited
Bitwave
Black Box Network Services Inc.
Blackline Safety Corp
Blackpearl Management and Human Resource
    Consulting LLC
Blakes Cassels and Graydon LLP
Blockchain Association
Blue Cross Blue Shield of Texas
Bring Light and Sound LLC
Broadridge ICS
BTC Media
Building Image Group, Inc.
Built In Inc.
Bureau Van Dijk Electronic Publishing Inc.
Business Wire Inc.
BWS Acoustics
Calloway County Board of Education
Calvert Cafe LLC
Calvert City Municipal Water and Sewer
Canaan Convey Co Ltd
Capital City Public Affairs LLC
Capxon Electronics Shenzhen Co Ltd
Carolina Utility Customers Association
Carpet Capital Fire Protection Inc.
Carpet Capital Multi-System Inc.
CCR Corp
CDW Direct
CDW Middle East FZ LLC
CenturyLink
Cesar Gomez Martin
CFS Containers
Chamber of Digital Commerce
Chapeau!
Cherokee County Health Department
Cherokee Well Drilling
Chroma System Solutions, Inc.
Chubb
Ciemat
CIOReview
Circular Technologies Inc.
Cision US Inc.
Citadel Securities Corp Solutions
City Electric Supply
City of Bellevue - Tax Division
Cleerline Technology Group LLC
Cloudflare Inc.
CNA Insurance
Cohen and Company LTD
Coin Center Inc.
Coinbase Inc.

Coindesk Inc.
Colo Properties Atlanta LLC
Color Scapes Landscaping, Inc.
Commercial Acoustics
Common Desk Austin LLC
Compensation Advisory Partners, LLC
Comware
ConGlobal Industries LLC
Consero Global Solutions LLC
Consilio LLC
Constellation New Energy, Inc.
Container Monster LLC
Convergint Technologies LLC
CoreWeave Inc.
Covert Chrysler Dodge Jeep Ram
Crescendo Collective LLC
Crestline Solutions LLC
Critical Components Inc.
Crystal Caverns Spring Water LLC
Cunningham Golf and Utility Vehicles
Cusip Global Services
D16 LLC
Dakota Fire Protection Inc.
Dalton Fence Company
Dalton Service Inc.
Databricks, Inc.
Datasite LLC
David Herrington
Davis Wright Tremaine LLP
Denton Chamber of Commerce Inc.
Dentons Canada LLP
DHL Express (USA) Inc.
DigiCert Inc.
Digi-key
Digital Asset Services Ltd
Digital London Ltd
Digital Mountain Inc.
Dillon Eldridge
Distributed Ledger Inc.
Dockery Auto Parts
Dockzilla Co
Docusign Inc.
Dongguan Fa Site Electronic Technology Co
    Ltd
Donnelley Financial Solutions
DSV Air and Sea Inc.
Eagle Promotions
Eaton Corporation
eCapital Advisors LLC
Elasticsearch Inc.
Electra Link Inc.

Electric Power Engineers Inc.
Electrical Com
Elite Electric Company LLC
Employer Solutions Resources LLC
Engineered Fluids, Inc.
EPIC ASIC Asia Limited
Equisolve Inc
ERI Economic Research Institute Inc.
Ernest Industries Inc.
Esteban LaSalle
EvoTek
Farm & Ranch Construction, LLC
Farming with Stephanie LLC
Fastenal Company
Federico Bohn
FedEx
Felker Construction Company Inc.
Fernando Manuel Sierra Pajuelo
Fidelity Investments Institutional Operations
    Company LLC
Financial Accounting Standards
    Board/Governmental Accounting Standards
    Board
FINRA
Fireblocks Inc.
First Insurance Funding
First National Capital LLC
First-Line Fire Extinguisher Company
Flexential Colorado Corp
FlowTx
ForensisGroup Inc.
Forks Landscaping LLC
Forum Communications Company
Foshan Dilue Supply Chain Mgmt. Co Ltd
Franchise Tax Board
Free Transportation LLC
FreightEx Logistics LLC
Frontline Shredding Inc.
Frost Brown Todd Attorneys LLC
FS.Com Inc.
FXSA
G.I. Joe Landscaping, LLC
Gagnon & Miceli Freight Inc.
Genesis Custody Limited
Gibson and Associates Inc.
Gilmore Kramer Co
GitHub Inc.
Glaze Supply Company Inc.
Goldstein and Lee PC
GoodHire
Goodway Group Inc.

Google LLC
Grand Forks Utility Billing
Great Sports Inc.
Greatland Corporation
Green Business Certification, Inc.
Greenhouse Software Inc.
GreensLedge Capital Markets LLC
Greyline Partners LLC
Griffin C Simerly
Guardian Life
Gustavo Melo Belfort
Hamin Kang
Hannig Row Partnership
Harper Construction Company, Inc.
Heapy
Hill and Wilkinson Construction Group Ltd
HM Tech LLC
Holland LLC
Holloway Updike and Bellen Inc.
HubSpot Inc.
Hudson Incentives Inc.
Hughes Electric Paint & Supplies
Human Rights Foundation
Hurricane Electric LLC
Hutchins Pallet Service, Inc.
Hutchison and Steffen PLLC
ICE Systems, Inc.
ICI Mechanical LLC
ICS Inc.
IDC Research Inc.
INE
Integrated Networking Technologies LLC
Integrity Door Solutions LLC
Intralinks, Inc.
Ironclad Inc.
Jackie L Bryan
Javier Lazaro Jareno
JBM Office Solutions
JCL Energy LLC
Joaquin Pablo Gonzalez
Jobot
John Furner
Jonathan Barrett 2012 Irrevocable Trust dated
    May 31 2012
Juan Jose Galan Lopez
K and E Lawn Service LLC
Katz Marshall and Banks LLP
Keith Larry Watkins
Kenco Material Handling Solutions LLC
Kentucky Cabinet for Economic Development
Kesco Air Inc.

Kilpatrick Townsend and Stockton LLP
King Ford
Kings Road RV Park LLC
Know Agency
KnowBe4 Inc.
Labor Finders
Lake Effect Traffic LLC
Lancaster Safety Consulting, Inc.
Landstar Ranger Inc.
Lane Powell PC
LANshack Com
Larry Ledford
Lenz LLC
Level 3 Communications LLC
LHC Capital Partners Inc.
LHH Recruitment Solutions
LinkedIn Corporation
LiveView Technologies Inc.
Lockton Insurance Brokers LLC
Logistica CryptoMining Repair LLC
LRN Corporation
Lukka Inc.
M & S Patterson, Inc.
Manley Four Little Pigs Inc.
Manning Land LLC
Marco Technologies LLC
Marshall County Battery and Golf Carts Inc.
Marshall County Tax Administrator
McMaster-Carr
MDSI Inc.
Mediant Communications Inc.
Megaport USA Inc.
Meridian Equipment Finance LLC
Michael Cruz
Microsoft Azure
Mike Darling Films
Miller Griffin and Marks PSC
Mindset
Mission Critical Facilities International, Inc.
MJDII Architects Inc.
MNP LLP
Mobile Modular Portable Storage
Monnit Corporation
Monoprice Inc.
M-RETS
MSC Industrial Supply Co.
Murphy and Grantland PA
Murtco Inc.
Muskogee City-County Port Authority
Mustache Creative Studio
Nancy C Sayers

Nanning Dinggao Tech Limited
National Association of Corp Directors
Neeraj Agrawal
Next Level Valet LLC
NextLevel
nference, Inc.
Nicolas Carter
Office of State Tax Commissioner
Oklahoma Gas and Electric Company
Oklahoma Tax Commission
Okta Inc.
Old Dominion Freight Line Inc.
Old Republic National Title Ins. Co
Omeir Cargo LLC
Oncor Electric Delivery Company LLC
Onestopmining Technologies Limited
Onin Staffing, LLC
OnlineComponents.com
Oracle Capital LLC
Orange Computers
ORGDEV Limited
Overhead Door Company of Clayton/Overhead
    Door Company of Tri State
Parker Lynch
Paulo Roberto Pereira de Souza Filho
Pax ADR LLC
Paycom Payroll LLC
PeopleReady Inc.
Pepsi MidAmerica
Petter Business Systems
Pioneer Abstract and Title Co of Muskogee Inc.
Plant Tours Communications Company
Platinum Platypus Inc.
Premier Fire and Security Inc.
Prime Mowing and Property Management LLC
Pure Water Technology of the Tri State Area
    LLC
Pye-Barker Fire and Safety LLC
Q4 Inc.
Quality Water Financial LLC
Quik Print of Austin Inc.
Rack and Shelving Consultants
Radiant PPC LLC
Raymond Pope
RBI USA Customs Services LLC
RC Ventures Inc.
Recycling Equipment Corporation
Red Moon 88 LLC
Reffett Associates
Regents Capital Corporation
Reliance Telephone Systems

Rezvani Mining LLC
Robson Forensic Inc.
Rockwell Automation Inc.
Roman Krasiuk
Ruric Inc.
SafetySkills LLC
SAGE Capital Investments, LLC
Salary.com LLC
Salesforce.com, Inc.
Say Technologies LLC
Scott Malewig
Sebastian Javier Marconi
Sharp Business Systems
Sharpertek
Shermco Industries, Inc.
Silver Fox Productions Inc.
Silverpeak Special Situations Lending LP
Slack Technologies LLC
Smartsheet Inc.
Smoky Mountain BBQ Company LLC
Solomon Corporation
Southeastern System Services Inc.
Southern Cargo LLC
Spectrum Business
SpectrumVoIP Inc.
Spotless Cleaning
Stafftax Financial LLC
Standby Service Solutions LLC
State of Tennessee Department of Revenue
Stone Tower Air LLC
Summit Energy Services Inc.
Summit Funding Group Inc.
Sunny Shah
Sunnyside Consulting and Holdings Inc.
SunValley Electric Supply
SuperAcme Technology Hong Kong LTD
Susan Oh Communications
Synopsys Inc
Synovus Bank
Tag Resources LLC
Tangent Energy Solutions Inc.
Tango Lima, LP
Tax Executives Institute Inc.
TDIndustries Inc.
Teague Nall and Perkins Inc.
Technijian Inc.
Technology Navigators LLC
TechSource Global LLC
Telecom Site Solutions LLC
Telfi LLC
Telles Global Consulting Inc.

Temps Plus Inc.
Tenaska Power Services Co
Tenet Solutions
Tennessee Valley Industrial Committee
Texas Blockchain Council
Texas Workforce Commission
The Coindad LLC
The Crown Restaurant
The MacLellan
The Specialty Company - TSC
The Treadstone Group Inc.
Thomson Reuters Tax and Accounting
    checkpoint
Thycotic Software LLC
Time Warner Cable
Top Imprint Limited
Tor Naerheim Brand Design LLC
Total Quality Logistics LLC
Tower Direct
Trace3 LLC
TRACS Manufacturing LLC
Tractor and Palm Inc.
Travis Asphalt
Triangle Enterprises, Inc.
Trilogy LLC
TriNet COBRA
Trinity Risk Solutions LLC
True North Data Solutions US Inc.
TXU Energy Retail Company LLC
TY Properties
U line
United Capital Partners
United Rentals North America Inc
United Rentals North America Inc.
University of California, San Diego
UPS Supply Chain Solutions Inc.
Upstate Containers LLC
Validus Power Corp
Vandco Equipment
VCheck Global LLC
Veriedge LLC
Veritext LLC
Vesco Toyota Lift
VMS Security Cloud Inc.
Volt Management Corp
Wachsman PR LLC
Waste Disposal Solutions Inc.
Waterlogic Americas LLC
Wells and West Inc.
WEX Health Inc.
Whitfield Electric Motor Sales & Service, Inc.

Whitney J Beauxis
Widseth Smith Nolting and Associates, Inc.
Williams Farm LLC
Williams Marston LLC
Wilson Built Fab Shop
Workplace Solutions Inc.
Young MFG Inc.
Zendesk Inc.
Zeus Mining Co Ltd
Zimney Foster PC
Ziply Fiber
Zoom Video Communications Inc.
ZoomInfo Technologies

**Taxing Authorities:**
Austin, TX Lease - existing office (Worksmith)
Austin, TX Lease - new office (Riversouth)
California Franchise Tax Board
Cedarvale, TX
Cherokee County Tax Collector (NC)
City of Calvert City (Calvert City, KY)
City of Denton, TX
Colorado Department of Revenue
Dalton-Whitfield Joint Development Authority;
    Carl Campbell, Executive Director
Eddie McGuire, Marshall County Sheriff
    (Benton, KY)
Georgia Department of Revenue
Internal Revenue Service
Jobe Ranch Family Limited Partnership, Lessor
    (11/15/2021)
Kentucky Department of Revenue
Kentucky State Treasurer
King County Assessor (Seattle, WA)
Marshall County (Kentucky) Department of
    Revenue
Minnkota Power Cooperative
ND Office of State Tax Commissioner
North Carolina Department of Revenue
North Dakota Department of Revenue
North Dakota Office of State Tax Commissioner
Oklahoma Department of Revenue
State of Delaware - Division of Corporations
Tennessee Department of Revenue
Tennessee Valley Authority - Economic
    Development - Thomas Buehler (Calvert
    City)
Texas Comptroller / Texas Comptroller - Sales
    & Use Tax
Travis County, TX (Austin, TX HQ)
US Customs and Border Protection

Ward County Assessor (TX)
Whitfield County Board of Assessors (Dalton,
    GA)

**U.S. Attorney's Office for Southern District**
**of Texas:**
Jennifer Lowery

**UCC Search Results/UCC Lien Search**
**Results:**
ACM ELF ST LLC
Anchorage Lending CA, LLC
Arctos Credit, LLC
Bank Financial
Barings BDC, Inc.
Barings Capital Investment Corporation
Barings Private Credit Corp.
BEAM Concrete Construction, Inc.
C T Corporation System, as Representative
Celsius Networks Lending LLC
CIT Bank, N.A.
CM TFS LLC
ComNet Communications, LLC
Consolidated Electrical Distributors, Inc. dba
    Sun Valley Electric Supply
Contech Construction
Contech, Inc.
Convergint Technologies LLC
Coonrod Electric Co, LLC
Corporation Service Company
Dell Financial Services L.L.C.
Elliot Electric Supply, Inc.
GARIC INC.
GARIC, INC.
Gaylor Electric, Inc. d/b/a Gaylor, Inc.
Graybar Electric Company Inc.
Graybar Electric Company, Inc.
Housley Communications, Inc.
Huband-Mantor Construction Inc.
Humphrey & Associates, Inc.
Humprey & Associates, Inc.
Imperial Fire Protection, LLC
Indigo Commercial Funding, LLC
LML Services dba FlowTx
Maddox Industrial Transformer LLC
MassMutual Asset Finance LLC
McCarthy Building Companies Inc.
McCarthy Building Companies, Inc.
McCorvey Sheet Metal Works, LP
McElroy Metal Mill, Inc. dba McElroy Metal
MK Marlow Company, LLC

Morsco Supply LLC dba Morrison Supply
    Company
Network Cabling Services, Inc.
North Mill Credit Trust
NYDIG ABL LLC
Power & Digital Infrastructure Corp.
Priority Power
Silverpeak Credit Partners LP, as Collateral
    Agent
Stonebriar Commercial Finance LLC
Stonebriar Finance Holdings LLC
Summit Electric Supply
Sure Steel - Texas, LP
T&D Moravits & Co.
TCF National Bank
Texas AirSystems, LLC
Toyota Industries Commercial Finance, Inc.
VFSOX, LLC
Way Mechanical
Wesley-Thompson Hardware, Inc.
XPDI Merger SUB, Inc.

**Unions:**
N/A

**United States Trustee and Staff for Southern
District of Texas:**
Alethea Caluza
Alicia Barcomb
Brian Henault
Christopher R. Travis
Christy Simmons
Clarissa Waxton
Glenn Otto
Gwen Smith
Ha Nguyen
Hector Duran
Ivette Gerhard
Jana Whitworth
Jayson B. Ruff
Kevin M. Epstein
Linda Motton
Luci Johnson-Davis
Millie Aponte Sall
Patricia Schmidt
S. Michele Cox
Stephen Statham
Steven Whitehurst
Valerie Goodwin
Yasmine Rivera

**Utility Providers/Utility Brokers:**
Alpha Waste
BalsamWest Fiber Net
Calvert City Hall (Kentucky)
Carolina Recycling
CenturyLink
Charter Communications, Inc. (dba Spectrum)
Cogent Communications
Countrywide Sanitation Co
Dakota Carrier Network
Dalton Utilities
Dellcom (Dell Telephone)
Denton Municipal Electric
Dialog Telecommunications
Digital Realty
Dobson Fiber
Duke Energy
Duke Energy Carolinas
Duke Energy Carolinas, LLC
Frontier Communications
GlobalGig
Internal/Resound Networks
Level 3 Communications LLC
Logix Fiber Networks
Lumen/CenturyLink
Marble Community
Murphy Electric Power Board
NODAK Electric Cooperative
Optilink
Regional Waste
Resound Networks
Shell Energy Solutions
Starlink
TanMar Rentals, LLC
Tennessee Valley Authority
Time Warner Cable
Windstream Communications
Xcel Energy, Inc.

**Schedule 2**

**Disclosure of Willkie Farr & Gallagher LLP ("Willkie")**
**of Current and Prior Representations of Potential Parties in Interest**

| Entity Names Searched | Category of Party in Interest | Relationship to Firm |
|---|---|---|
| Aber Whitcomb | Former Officers and Directors | Willkie currently represents and has in the past represented this individual in matters wholly unrelated to the Debtors' chapter 11 cases. |
| ACM ELF ST, LLC (Atalya) | Lenders | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Akin Gump Strauss Hauer & Feld LLP | Ordinary Course Professional | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| AlixPartners LLP | Debtors' Professionals | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Allstate Benefits | Benefits Providers | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| AmTrust | Insurance/Insurance Providers/Surety Bonds | Willkie currently represents and has in the past represented this entity and/or certain affiliates |

| Entity Names Searched | Category of Party in Interest | Relationship to Firm |
|---|---|---|
| | | and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Aon Consulting Inc. | Significant Vendors/Suppliers | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Aon Risk Insurance Services West Inc. | Significant Vendors/Suppliers | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Apollo Centre Street Partnership, L.P. | Lenders | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Apollo Lincoln Fixed Income Fund, L.P. | Lenders | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Apollos Moultrie Credit Fund, L.P. | Lenders | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Apollo Tactical Value SPN Investments, L.P. | Lenders | Willkie currently represents and has in the past represented this entity and/or certain affiliates |

| Entity Names Searched | Category of Party in Interest | Relationship to Firm |
|---|---|---|
| | | and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| AT&T | Creditors Holding the Top 100 Largest Unsecured Claims | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| AXIS Surplus Insurance Co. (via Amwins) | Insurance/Insurance Provider/Surety Bonds | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| B. Riley Bridge Loan | Lenders | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Berkshire Hathaway Specialty Insurance Company | Insurance/Insurance Provider/Surety Bonds | Willkie has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Birch Grove Strategies Master Fund LP | Lenders | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| BlackRock Credit Alpha Master Fund L.P. | Lenders | Willkie has in the past represented this entity Willkie currently represents and has in the past represented this entity and/or certain affiliates |

| Entity Names Searched | Category of Party in Interest | Relationship to Firm |
|---|---|---|
| | | and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Blockcap Inc. | Significant Customers Debtors' Trade Names and Aliases | Willkie has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Blue Cross Blue Shield of TX | Significant Vendors/Suppliers | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| CenturyLink | Significant Vendors/Suppliers | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Chubb | Significant Vendors/Suppliers | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Cipher Mining Inc. | Significant Competitors | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Cision US Inc. | Significant Vendors/Suppliers | Willkie currently represents and has in the past represented this entity and/or certain affiliates |

| Entity Names Searched | Category of Party in Interest | Relationship to Firm |
|---|---|---|
| | | and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Citadel Securities Corp. Solutions | Significant Vendors/Suppliers | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Citibank (Administered by PayFlex) | Benefit Providers | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| CNA Insurance | Significant Vendors/Suppliers | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Coinbase Inc. | Significant Vendors/Suppliers | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Columbia Casualty Company (CNA) | Insurance/Insurance Providers/Surety Bonds | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Consilio LLC | Significant Vendors/Suppliers | Willkie currently represents and has in the past represented this entity and/or certain affiliates |

| Entity Names Searched | Category of Party in Interest | Relationship to Firm |
|---|---|---|
| | | and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Diamond Offshore Drilling | Affiliates of Current Officers and Directors | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| DSV Air and Sea Inc. | Significant Vendors/Suppliers | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Endurance American Specialty Insurance Company (Sompo) | Insurance/Insurance Providers/Surety Bonds | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Evercore Group LLC | Significant Vendors/Suppliers | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Faegre Drinker Biddle and Reath LLP | Ordinary Course Professionals | Willkie has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Federal Insurance Company (Chubb) | Insurance/Insurance Providers/Surety Bonds | Willkie currently represents and has in the past represented this entity and/or certain affiliates |

| Entity Names Searched | Category of Party in Interest | Relationship to Firm |
|---|---|---|
| | | and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| FedEx | Significant Vendors/Suppliers | Willkie has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| First Insurance Funding | Significant Vendors/Suppliers | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Frontier Communications | Utility Providers/Utility Brokers | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Galaxy Digital LP | Lenders | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| General Casualty Co. of WI (QBE) | Insurance/Insurance Providers/Surety Bonds | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Google LLC | Significant Vendors/Suppliers | Willkie currently represents and has in the past represented this entity and/or certain affiliates |

| Entity Names Searched | Category of Party in Interest | Relationship to Firm |
|---|---|---|
| | | and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Greensledge Merchant Holdings, LLC | Lenders | Willkie has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| GreensLedge Capital Markets LLC | Significant Vendors/Suppliers | Willkie has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Guardian Life | Significant Vendors/Suppliers | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Hiscox Insurance Company | Insurance/Insurance Providers/Surety Bonds | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| ICG Advisors, LLC | Lenders | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| ICG CoreSci Holdings, LP | Lenders | Willkie currently represents and has in the past represented this entity and/or certain affiliates |

| Entity Names Searched | Category of Party in Interest | Relationship to Firm |
|---|---|---|
| | | and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Iris Energy Ltd. | Significant Competitors | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Ironclad Inc. | Significant Vendors/Supplier Ordinary Course Professionals | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Kayne Anderson BDC, LLC | Affiliation of Current Officers and Directors | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Kayne Anderson Capital Advisors, L.P. | Affiliation of Current Officers and Directors | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Kayne Anderson Energy Infrastructure Fund Inc. (KYN) | Affiliation of Current Officers and Directors | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Kayne Anderson NextGen Energy & Infrastructure Inc. (KYN) | Affiliation of Current Officers and Directors | Willkie currently represents and has in the past represented this entity and/or certain affiliates |

| Entity Names Searched | Category of Party in Interest | Relationship to Firm |
|---|---|---|
| | | and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Kirkland & Ellis LLP | Ordinary Course Professionals | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| KPMG LLP | Ordinary Course Professionals | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Landmark American Insurance Company (RSUI via Amwins) | Insurance/Insurance Provider/Surety Bonds | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Laredo Petroleum, Inc. | Affiliation of Current Officers and Directors | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Level 3 Communications LLC | Significant Vendors/Suppliers | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Lexington Insurance Company (via Amwins) | Insurance/Insurance Provider/Surety Bonds | Willkie currently represents and has in the past represented this entity and/or certain affiliates |

| Entity Names Searched | Category of Party in Interest | Relationship to Firm |
|---|---|---|
| | | and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| LinkedIn Corporation | Significant Vendors/Suppliers | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Lockton Insurance Brokers LLC | Significant Vendors/Suppliers | Willkie has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Lumen/CenturyLink | Utility Providers/Utility Brokers | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Mackay Shields, LLC | Affiliation of Current Officers and Directors | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Manpower | List of Creditors Holding the Top 100 Largest Unsecured Claims | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Massachusetts Mutual Life Insurance Company | Lenders | Willkie has in the past represented this entity and/or certain affiliates and/or subsidiaries of this |

| Entity Names Searched | Category of Party in Interest | Relationship to Firm |
|---|---|---|
| | | entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Mediant Communications Inc. | Significant Vendors/Suppliers | Willkie has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Microsoft Azure | Significant Vendors/Suppliers | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| MP2 Energy Texas LLC d/b/a Shell Energy Solutions | Notice of Appearance Parties | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| National Union Fire Ins. Co. of Pittsburgh (AIG) | Insurance/Insurance Provider/Surety Bonds | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Navigators Insurance Co. (Hartford) | Insurance/Insurance Provider/Surety Bonds | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| NextEra Energy Capital Holdings | Significant Customers | Willkie currently represents and has in the past represented this entity and/or certain affiliates |

| Entity Names Searched | Category of Party in Interest | Relationship to Firm |
|---|---|---|
| | | and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| NextLevel | Significant Vendors/Suppliers | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| NYDIG | Lenders | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| NYDIG ABL LLC | UCC Search Results/UCC Lien Search Results | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Oracle America, Inc. | Ordinary Course Professionals | Willkie has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Paul Hastings LLP | Non-Debtor Professionals Significant Vendors/Suppliers | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Paycom Payroll LLC | Significant Vendors/Suppliers | Willkie has in the past represented this entity and/or certain affiliates and/or subsidiaries of this |

| Entity Names Searched | Category of Party in Interest | Relationship to Firm |
|---|---|---|
| | | entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Pepsi MidAmerica | Significant Vendors/Suppliers | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| PJT Partners | Debtors' Professionals | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| PricewaterhouseCoopers LLP | Significant Vendors/Suppliers | Willkie has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| QBE Insurance Corporation | Insurance/Insurance Provider/Surety Bonds | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Salesforce.com, Inc. | Significant Vendors/Suppliers | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Scientific Games Corporation | Affiliation of Current Officers and Directors | Willkie currently represents and has in the past represented this entity and/or certain affiliates |

| Entity Names Searched | Category of Party in Interest | Relationship to Firm |
|---|---|---|
| | | and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Sphere 3D Corporation | Litigation Counterparties/Litigation Pending Lawsuits Official Committee of Unsecured Creditors | Willkie has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Summit Energy Services Inc. | Significant Vendors/Suppliers | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Swiss Re Corporate Solutions Capacity Ins. Corp. (via Amwins) | Insurance/Insurance Provider/Surety Bonds | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Synopsis Inc. | Significant Vendors/Suppliers | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Thycotic Software LLC | Significant Vendors/Suppliers | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Trilogy LLC | Significant Vendors/Suppliers | Willkie currently represents and has in the past represented this entity and/or certain affiliates |

| Entity Names Searched | Category of Party in Interest | Relationship to Firm |
|---|---|---|
| | | and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| TriNet COBRA | Significant Vendors/Suppliers | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| VFS LLC | Lenders | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Wilmington Savings Fund Society, FSB | Lenders | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| Workday, Inc. | Ordinary Course Professionals | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |
| XL Specialty Insurance Co. | Insurance/Insurance Providers/Surety Bonds | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |

| Entity Names Searched | Category of Party in Interest | Relationship to Firm |
|---|---|---|
| Zendesk Inc. | Significant Vendors/Suppliers | Willkie currently represents and has in the past represented this entity and/or certain affiliates and/or subsidiaries of this entity in matters wholly unrelated to the Debtors' chapter 11 cases. |