IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § | (Joint Administration Requested) Related Docket Nos. 314 and 317 |

NOTICE OF FILING OF REVISED
PROPOSED SCHEEF & STONE RETENTION ORDER

**PLEASE TAKE NOTICE** that on January 20, 2023, Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the **"Debtors"**), filed the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Scheef & Stone, L.L.P. as Counsel to the Board of Directors of Core Scientific, Inc., Effective as of the Petition Date* (Docket No. 314) (the "**Initial Retention Application**"), with a proposed order granting the relief requested in the Initial Retention Application attached thereto as Exhibit A (the "**Initial Proposed Order**").

**PLEASE TAKE NOTICE** that on January 21, 2023, the Debtors filed the *Debtors' Amended Application for Entry of an Order Authorizing the Retention and Employment of Scheef & Stone, L.L.P. as Counsel to the Board of Directors of Core Scientific, Inc., Effective as of the Petition Date* (Docket No. 317) (the "**Amended Retention Application**"), with the Initial Proposed Order attached thereto as Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

**PLEASE TAKE NOTICE** that the Debtors have entered into a revised engagement letter with Scheef & Stone, L.L.P. (the "**Revised Engagement Letter**"), which modifies Scheef & Stone, L.L.P.'s scope of representation. Pursuant to the Revised Engagement Letter, Scheef & Stone, L.L.P. will represent Neal Goldman and Kneeland Youngblood in their capacity as independent directors of the Board of Directors of Core Scientific, Inc. and members of the Special Committee of the Board of Directors of Core Scientific, Inc., as opposed to representing the full Board of Directors of Core Scientific Inc.

**PLEASE TAKE NOTICE** that the Debtors received informal comments to the Initial Proposed Order from the U.S. Trustee for the Southern District of Texas (the "**UST**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby submit a revised proposed order, attached hereto as **Exhibit A** (the "**Revised Proposed Order**"), which includes changes consistent with the Revised Engagement Letter and incorporates the informal comments received from the UST. The Revised Engagement Letter is attached to the Revised Proposed Order as Exhibit A thereto.

**PLEASE TAKE FURTHER NOTICE** that a redline of the Revised Proposed Order marked against the Initial Proposed Order is attached hereto as **Exhibit B**.

[*Remainder of Page Intentionally Left Blank*]

Dated: February 9, 2023
Houston, Texas

                      Respectfully submitted,

                        /s/  Alfredo R. Pérez
                      WEIL, GOTSHAL & MANGES LLP
                      Alfredo R. Pérez (15776275)
                      700 Louisiana Street, Suite 1700
                      Houston, Texas 77002
                      Telephone:  (713) 546-5000
                      Facsimile:   (713) 224-9511
                      Email:   Alfredo.Perez@weil.com

                      -and-

                      WEIL, GOTSHAL & MANGES LLP
                      Ray C. Schrock (admitted *pro hac vice*)
                      Ronit J. Berkovich (admitted *pro hac vice*)
                      Moshe A. Fink (admitted *pro hac vice*)
                      767 Fifth Avenue
                      New York, New York 10153
                      Telephone:  (212) 310-8000
                      Facsimile:   (212) 310-8007
                      Email:   Ray.Schrock@weil.com
                                 Ronit.Berkovich@weil.com
                                 Moshe.Fink@weil.com

                      *Attorneys for Debtors*
                      *and Debtors in Possession*

**Certificate of Service**

I hereby certify that on February 9, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                                 */s/ Alfredo R. Pérez*
                                                                                 Alfredo R. Pérez