IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*[1], | § | Case No. 22-90341 (DRJ) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the undersigned hereby enters their appearance pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b) in the above-captioned case as counsel to **ABLe Communications, Inc.** ("Creditor") and request that, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, all notices given or required to be given in this case be given and served upon:

> Jeff P. Prostok
> Dylan T.F. Ross
> **FORSHEY & PROSTOK LLP**
> 777 Main Street, Suite 1550
> Fort Worth, Texas 76102
> (817) 877-8855; (817) 877-4151 fax
> jprostok@forsheyprostok.com
> dross@forsheyprostok.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

conveyed by mail, hand delivery, telephone, telegraph, facsimile, electronically or otherwise filed or served with regard to the referenced cases and proceedings therein.

This Notice of Appearance shall not be deemed or construed to be a waiver of any rights, including, without limitation, the right (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to these cases, (3) any consent to the exercise of the Court's jurisdiction, or (4) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or any other rights, claims, actions, defenses, setoffs, or recoupment in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupment are hereby expressly reserved.

Dated:  February 13, 2023                             Respectfully submitted,

/s/ Jeff P. Prostok
Jeff P. Prostok
Texas Bar No. 16352500
Dylan T.F. Ross
Texas Bar No. 24104435
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, Texas 76102
(817) 877-8855 Telephone
(817) 877-4151 Facsimile
jprostok@forsheyprostok.com
dross@forsheyprostok.com

**ATTORNEYS FOR ABLe COMMUNICATIONS, INC.**

## **CERTIFICATE OF SERVICE**

On February 13, 2023, a true and correct copy of the foregoing document was served on all persons receiving notice and service of pleadings through the Court's CM/ECF system.

/s/ Jeff P. Prostok
Jeff P. Prostok
