IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § | (Jointly Administered) |

## SUPPLEMENTAL DECLARATION OF
## ERIC S. KOZA OF ALIXPARTNERS, LLP

Pursuant to 28 U.S.C. § 1746, I, Eric S. Koza, state under penalty of perjury, that:

1. I am a Partner and Managing Director of AlixPartners, LLP ("**AlixPartners**"), which has a place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

2. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3. I submit this supplemental declaration in the cases of the above-captioned debtors (collectively, the "**Debtors**") to supplement the disclosures set forth in my original declaration dated January 15, 2023 [Docket No. 285] (the "**Original Declaration**").

4. Unless otherwise noted, references to AP[2] below collectively refer to AlixPartners, AP Holdings and each of their respective subsidiaries. AlixPartners would like to disclose the following:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] Capitalized terms used herein shall have meanings ascribed to them in the Original Declaration.

- As set forth in the Original Declaration, AP follows a practice to solicit from its Institutional Investors their connections to the Investor Search Parties. In response, the Institutional Investors have offered the following disclosures of their respective connections to the Investor Search Parties:

    - IVC — no investments in the Investor Search Parties.
    - CDPQ — no investments in the Investor Search Parties.
    - PSP — no investments in the Investor Search Parties.

- Additionally, as set forth in the Original Declaration, AP follows a practice to solicit from certain Investors and the members of its Boards their connections to the Parties in Interest List independent of AP. In response, one or more of the Investors or members of its Boards have offered the following disclosures:

    - IVC, the Lakeview Parties and PSP each own either direct or indirect equity interests in Cross Country Consulting LLC ("**Cross Country**"), an ordinary course professional to the Debtors. IVC's interest in Cross Country is a controlling interest.

    - Fidelity Investments Institutional Operations Company LLC, a vendor and/or supplier to the Debtors, and affiliates, are vendors to an AP investor or one of its affiliates.

- Arch Insurance Company, an insurance provider to the Debtors, and affiliates ("**Arch**") are litigation parties, adverse litigation parties, and professionals to current and former AP clients in matters unrelated to the Debtors. Arch is a current AP client in matters unrelated to the Debtors. Arch is an insurance provider to AP.

- Celsius Core LLC, Celsius Mining LLC and Celsius Networks Lending LLC, and affiliates ("**Celsius**") are customers and contract counterparties, UCC lien search parties, and vendors and/or suppliers to the Debtors. AP is an unsecured creditor to Celsius and has a pending proof of claim in the Celsius bankruptcy matter.

- The Council on Foreign Relations is a director-affiliated company to the Debtors. An AP Partner and Managing Director is a member of The Council on Foreign Relations.

- Fidelity Investments Institutional Operations Company LLC, a vendor and/or supplier to the Debtors, and affiliates ("**Fidelity**") are bondholders, adverse litigation parties, joint venture entities, lenders, lessors, lienholders, parent companies, professionals, and shareholders to current and former AP clients in matters unrelated to the Debtors. Fidelity is a current and former AP client in matters unrelated to the Debtors. Fidelity is a former employer of current AP employees. Fidelity is an employee benefits provider to AP.

- Major League Baseball Teams and MLB Players, licensing contract counterparties to the Debtors, and affiliates, are litigation parties to former AP clients in matters unrelated to the Debtors.

- NHL, a licensing contract counterparty to the Debtors, and affiliates, are litigation parties and adverse litigation parties to former AP clients in matters unrelated to the Debtors.

5. AlixPartners does not believe that the supplemental disclosures above impact its disinterestedness. I continue to reserve the right to supplement AlixPartners' disclosures in the event that AlixPartners learns of any additional connections that require disclosure. If any new material relevant facts or relationships are discovered or arise, AlixPartners will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: February 15, 2023       AlixPartners, LLP
       New York, NY

                               */s/ Eric S. Koza*
                               Eric S. Koza
                               Partner and Managing Director