| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Main Case Number | 22-90341 |
|---|---|---|---|
| Debtor | In Re: CORE SCIENTIFIC, INC. et al. | | |

This lawyer, who is admitted to the State Bar of __New York__:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | Theresa A. Driscoll<br>Moritt Hock & Hamroff LLP<br>400 Garden City Plaza<br>Garden City, NY 11530<br>(516) 873-2000<br>New York, Bar No. 3905759 |
|---|---|

Seeks to appear as the attorney for this party:

| Indigo Direct Lending, LLC | |
|---|---|
| Dated: 02/17/2023 | Signed: /s/ |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                  United States Bankruptcy Judge