IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § § | Re: Docket No. 314, 317 and 510 |

**CERTIFICATE OF NO OBJECTION REGARDING
APPLICATION OF DEBTORS FOR ENTRY OF AN ORDER
(I) AUTHORIZING THE RETENTION AND EMPLOYMENT OF
SCHEEF & STONE, L.L.P. AS COUNSEL TO THE BOARD OF DIRECTORS
OF CORE SCIENTIFIC, INC. EFFECTIVE AS OF THE PETITION DATE**

1. On January 21, 2023, Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Scheef & Stone, L.L.P. as Counsel to the Board of Directors of Core Scientific, Inc. Effective as of the Petition Date* [Docket No. 317] (the "**Application**"),[2] with a proposed order granting the relief requested in the Application (the "**Initial Proposed Order**"), attached thereto as Exhibit A, the Engagement Letter attached thereto as Exhibit B, and the declaration of Peter Lewis (the "**Lewis Declaration**") attached thereto as Exhibit C. Objections to the Proposed Order were required to be filed and served on or prior to February 11, 2023, (the "**Objection Deadline**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

2.	Following the filing of the Application, the Debtors entered into a revised engagement letter with Scheef & Stone, L.L.P. (the "**Revised Engagement Letter**"), and made corresponding revisions to the Initial Proposed Order. February 9, 2023, the Debtors filed the *Notice of Filing of Revised Proposed Scheef & Stone Retention Order* [Docket No. 510] containing a revised proposed order which includes changes consistent with the Revised Engagement Letter and incorporates the informal comments received from the U.S. Trustee (the "**Revised Proposed Order**"), attached hereto as **Exhibit 1**, and redline of the Revised Proposed Order marked against the Initial Proposed Order attached hereto as **Exhibit 2**.

3.	In accordance with paragraph 44 of the *Procedures for Complex Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) the Objection Deadline has passed, (ii) the undersigned counsel is unaware of any objection to the Application, and (iii) the undersigned counsel has reviewed the Court's docket and no objection to the Application appears thereon.

4.	Therefore, the Applicant respectfully requests entry of the Revised Proposed Order.

Dated: February 17, 2023
       Houston, Texas

Respectfully submitted,

/s/ Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email:   Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Moshe A. Fink (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email:   Ray.Schrock@weil.com
          Ronit.Berkovich@weil.com
          Moshe.Fink@weil.com

*Attorneys for Debtors
and Debtors in Possession*

**Certificate of Service**

I hereby certify that on February 17, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Alfredo R. Pérez*
Alfredo R. Pérez