**EXHIBIT 1.**

```
I-2022-014455              Book 4831 Pg 278
11/28/2022 10:52am              Pg 0278-0281
     Fee: $40.73  Doc: $0.00
   POLLY IRVING - Muskogee County Clerk
              State of OK
```

## MECHANICS'S OR MATERIALMAN'S LIEN STATEMENT

STATE OF OKLAHOMA      )
                       ) ss.
COUNTY OF OKLAHOMA     )

Gaylor Electric, Inc. dba Gaylor, Inc., 5750 Castle Creek Parkway North Drive, Indianapolis, IN 46250 has a claim against Core Scientific, P.O. Box 2819, Muskogee, Oklahoma 74402 for the sum of Five Million Two Hundred Forty-Five Thousand Six Hundred One and 81/100ths DOLLARS ($5,245,601.81) due to Gaylor Electric, Inc., dba Gaylor, Inc., and that the claim is made for and on account of materials furnished and services rendered as set forth on the attached Exhibit "B" and that such materials and services were last furnished by Gaylor Electric, Inc. dba Gaylor, Inc. on October 28, 2022, that such materials and services were furnished pursuant to a contract with Harper Construction Company and were furnished for the buildings and premises owned by Core Scientific, P.O. Box 2819, Muskogee, Oklahoma 74402 and having the legal description as shown on the attached Exhibit "A"; that the said sum is just, due and unpaid, and Gaylor Electric, Inc. dba Gaylor, Inc., claims a lien upon said buildings and upon the said premises on which the same is situated, to the amount of $5,245,601.81 as above set forth, according to the laws of the State of Oklahoma.

Dated this 22nd day of November, 2022.



Reynolds, Ridings, Vogt & McCart
101 Park Avenue, Suite 1010
Oklahoma City, OK 73102

I-2022-014455          Book 4831 Pg 279
11/28/2022 10:52am         Pg 0278-0281
Fee: $40.73   Doc: $0.00
POLLY IRVING - Muskogee County Clerk
State of OK

## **VERIFICATION**

STATE OF OKLAHOMA      )
                                           ) ss.
COUNTY OF OKLAHOMA )

James Vogt, of lawful age, being first duly sworn, upon oath says: That he is the Attorney for Gaylor Electric, Inc. dba Gaylor, Inc., and authorized to execute this verification; that he has read this statement and knows the contents thereof; that the name of the owner, the name of the claimant, the description of the property upon which the lien is claimed, and the items of the account as therein set forth, are just, true, correct and unpaid and claimant has complied with the provisions of 42 O.S. §142.6.

_____
James Vogt

Subscribed and sworn to before me this 22nd day of November, 2022.

_____
Notary Public

My Commission Expires:
12-08-24

Mail Notices to:

Core Scientific
1061 6th Street, Suite 900-145
North Las Vegas, NV 89032

Harper Construction Company
2241 Kettner Boulevard, Suite 300
San Diego, CA 92101

Core Scientific
PO Box 2819
Muskogee, OK 74402

Exhibit A

I-2022-014455  Book 4831 Pg 280
11/28/2022 10:52am  Pg 0278-0281
Fee: $40.73  Doc: $0.00
POLLY IRVING - Muskogee County Clerk
State of OK

The east half of the east half of the NW 1/4 AND the east half of the west half of the east half of the NW 1/4 of Section 15, Township 14 North, Range 18 East of the Indian Base and Meridian, Muskogee County, Oklahoma.

and

A tract of land in the NW/4 of Section 15, Township 14 North, Range 18 East of the Indian Meridian, Muskogee County, Oklahoma, more particularly described as follows: Beginning at the northeast corner of the west half of the west half of the SE/4 of the NW/4; thence S01°37'08"E along the east line thereof 180.00 feet; thence S88°45'27"W 400.00 feet; thence N01°37'08"W 180.00 feet to the north line of said SW/4 of the NW/4; thence continuing N01°37'08"W 276.45 feet; thence N88°48'27"E 400.00 feet to a point on the east line of the west half of the west half of the NW/4 at 1043.58 feet south of the northeast corner thereof; thence S01°37'08"E along said line 276.45 feet to the point of beginning

...

## Gaylor Electric, Inc.
### Detail A/R Aged Open Items Report Sorted by Customer Code
### For The Period Ending: 11/03/22

**Report Selections:**
- Customer Code: HARCOX
- Job Number: ALL
- Customer Type: ALL
- Include Invoice-specific Notes: No
- Salesperson: ALL
- Project Manager: ALL
- G/L Division: ALL
- Minimum Balance: -99,999,999.99
- Minimum Days Overdue: 0

**Customer HARCOX / Harper Construction Company    Phone: (619) 233-7900**

**Job: 105280019 / Systems Core Scientific**

| Invoice / Check # | Transaction Type | Date | Payment Terms | Invoice Due Date | Job Number | Original Amount | Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 307622S | I | 06/23/22 | 3 | 07/23/22 | 105280019 | 121,395.40 | 6,069.77 | | 6,069.77 | 6,069.77 | | | | |
| 309847S | I | 07/21/22 | 3 | 08/20/22 | 105280019 | 99,646.40 | 4,982.32 | | 4,982.32 | 4,982.32 | | | | |
| 311101S | I | 08/11/22 | 3 | 09/10/22 | 105280019 | 192,498.00 | 9,624.90 | | 9,624.90 | 9,624.90 | | | | |
| 314393S | I | 09/29/22 | 3 | 11/28/22 | 105280019 | 404,000.00 | 404,000.00 | 20,200.00 | 383,800.00 | 383,800.00 | | | | |
| 314396S | I | 09/29/22 | 6 | 11/28/22 | 105280019 | 45,000.00 | 45,000.00 | 2,250.00 | 42,750.00 | 42,750.00 | | | | |
| 315894S | I | 10/25/22 | 6 | 12/24/22 | 105280019 | 34,230.00 | 1,711.50 | | 1,711.50 | 32,518.50 | | | | |
| 314396SVD | C | 10/25/22 | 6 | 12/24/22 | 105280019 | -45,000.00 | -2,250.00 | | -2,250.00 | -42,750.00 | | | | |
| 316280S | I | 11/02/22 | 6 | 01/01/23 | 105280019 | -45,000.00 | -45,000.00 | -42,588.49 | -42,588.49 | -42,588.49 | | | | |

**Job: 105280019 / Systems Core Scientific Subtotals:** 458,906.99    458,906.99    458,906.99

**Job: 111010010 / Core Scientific**

| Invoice / Check # | Transaction Type | Date | Payment Terms | Invoice Due Date | Job Number | Original Amount | Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 307622 | I | 06/23/22 | 6 | 08/22/22 | 111010010 | 700,975.30 | 35,048.77 | | 35,048.77 | | 35,048.77 | | | |
| 309847 | I | 07/21/22 | 6 | 09/19/22 | 111010010 | 1,591,112.60 | 79,555.63 | | 79,555.63 | | 79,555.63 | | | |
| 311101 | I | 08/11/22 | 6 | 10/10/22 | 111010010 | 2,133,068.33 | 106,653.42 | | 106,653.42 | | 106,653.42 | | | |
| 312339 | I | 08/26/22 | 6 | 10/25/22 | 111010010 | 1,290,700.00 | 64,535.00 | | 64,535.00 | | 1,226,165.00 | | | |
| 312339 | C | 09/29/22 | 6 | 11/28/22 | 111010010 | -1,290,700.00 | -64,535.00 | | -64,535.00 | -1,226,165.00 | | | | |
| 314393 | I | 09/29/22 | 6 | 11/28/22 | 111010010 | 1,295,465.00 | 64,773.25 | | 1,230,691.75 | -1,226,165.00 | | | | |
| 314396 | I | 09/29/22 | 6 | 11/28/22 | 111010010 | 630,000.00 | 31,500.00 | | 598,500.00 | 598,500.00 | | | | |
| 315894 | I | 10/25/22 | 6 | 12/24/22 | 111010010 | 448,864.00 | 22,443.20 | | 426,420.80 | 426,420.80 | | | | |
| 314396VD | C | 10/25/22 | 6 | 12/24/22 | 111010010 | -630,000.00 | -31,500.00 | | -598,500.00 | -598,500.00 | | | | |
| 316277 | I | 11/02/22 | 6 | 01/01/23 | 111010010 | 2,821,108.00 | 141,055.40 | | 2,680,052.60 | 2,680,052.60 | | | | |
| 316280 | I | 11/02/22 | 6 | 01/01/23 | 111010010 | | 449,529.67 | | 449,529.67 | 449,529.67 | | | | |

**Job: 111010010 / Core Scientific Subtotals:**    4,786,694.82    4,786,694.82    3,560,529.82    1,226,165.00

**Customer HARCOX Totals:**    5,245,601.81    5,245,601.81    4,019,436.81    1,226,165.00    0.00    0.00    0.00

**Report Totals:**    5,245,601.81    5,245,601.81    4,019,436.81    1,226,165.00    0.00    0.00    0.00

76.62%    23.38%



PLAINTIFF'S EXHIBIT B

Book 4831 Pg 281
Pg 0278-0281
I-2022-014455
11/28/2022 10:52am
Fee: $40.73 Doc: $0.00
POLLY IRVING - Muskogee County Clerk
State of OK