# **EXHIBIT A**

**Amended and Supplemental Mechanic's and Materialman's Lien Statement**

I-2023-001391　　　　Book 4841 Pg 426
02/13/2023 10:50am　　　Pg 0426-0429
Fee: $40.73  Doc: $0.00
POLLY IRVING - Muskogee County Clerk
State of OK

## AMENDED AND SUPPLEMENTAL
## MECHANIC'S AND MATERIALMAN'S LIEN STATEMENT

| | | |
|---|---|---|
| **STATE OF OKLAHOMA** | ) | |
| | ) | ss. |
| **COUNTY OF MUSKOGEE** | ) | |

That Harper Construction Company, Inc., 2241 Kettner Blvd., Suite 300, San Diego, California, 92101-1769 has a claim against Core Scientific, a Delaware Corporation in the amount of Nine Million Seven Hundred Thousand Five Hundred Seventy-One and 00/100 ($9,700,571.00) plus interest, costs and attorneys' fees, and claims a lien upon the land, the buildings, the appurtances and the improvements situated in Muskogee County, Oklahoma, and more particularly described as:

**The east half of the east half of the NW 1/4 AND the east half of the west half of the east half of the NW 1/4 of Section 15, Township 14 North, Range 18 East of the Indian Base and Meridian, Muskogee County, Oklahoma.**
**and**
**A tract of land in the NW/4 of Section 15, Township 14 North, Range 18 East of the Indian Meridian, Muskogee County, Oklahoma, more particularly described as follows: Beginning at the northeast corner of the west half of the west half of the SE/4 of the NW/4; thence S01°37'08"E along the east line thereof 180.00 feet; thence S88°45'27"W 400.00 feet; thence N01°37'08"W 180.00 feet to the north line of said SW/4 of the NW/4; thence continuing N01°37'08"W 276.45 feet; thence N88°48'27"E 400.00 feet to a point on the east line of the west half of the west half of the NW/4 at 1043.58 feet south of the northeast corner thereof; thence S01°37'08"E along said line 276.45 feet to the point of beginning**

That the amount of the lien claimed totals Nine Million Seven Hundred Thousand Five Hundred Seventy-One and 00/100 ($9,700,571.00). An itemized statement of the same is attached as Exhibit "A".

That on or about March 18, 2022, Harper Construction Company, Inc. entered into a written contract with Core Scientific, a Delaware Corporation, to perform labor, to furnish material used, and/or to lease or rent equipment used on or for the land, buildings, appurtances and improvements;

I-2023-001391         Book 4841 Pg 427
02/13/2023 10:50am    Pg 0426-0429
        Fee: $40.73  Doc: $0.00
  POLLY IRVING - Muskogee County Clerk
              State of OK

That pursuant to the contract Harper Construction Company, Inc. performed labor, furnished material used, and/or leased or rented equipment used on or for the land, buildings, appurtances and improvements owned by Core Scientific, a Delaware Corporation, as fully described hereafter: Owner and Design-Builder contract to perform all design and construction services, and provide all material, equipment, tool and labor to complete a work under the contract.

That the date upon which the material or the equipment used on the land was last furnished or the labor last performed under contract was more recent than four months ago including services performed December 21, 2022, and that this amended and supplemental lien statement has been filed with the county clerk within four months of that date;

That this sum is just, due and unpaid, and that Harper Construction Company, Inc. claims and has a lien upon the land, buildings, appurtances and improvements described above, and against Core Scientific, a Delaware Corporation, in the amount of Nine Million Seven Hundred Thousand Five Hundred Seventy-One and 00/100 ($9,700,571.00), plus interest, costs and attorneys' fees, as above set forth, according to the laws of Oklahoma.

DATED this 8th day of February, 2023.

*Harper Construction Company, Inc.*

By: _____
Les Willigar
Vice President, Construction
Date: February 8, 2023

```
I-2023-001391              Book 4841 Pg 428
02/13/2023 10:50am           Pg 0426-0429
        Fee: $40.73  Doc: $0.00
   POLLY IRVING - Muskogee County Clerk
                State of OK
```

STATE OF _Oklahoma_       )
                          )  ss.
COUNTY OF _Comanche_      )

That I, Les Willigar, being of lawful age and first duly sworn on oath, deposes and states: That I am the authorized representative of the claimant mentioned in the foregoing Amended and Supplemental Mechanic s or Materialman s Lien Statement; that I have read said lien statement and know the contents thereof; that the amount claimed, the name of the owner, the name of the contractor, the description of the property upon which the lien is claimed, and the information set forth in the lien is just, true and correct.

_[signature: Les Williger]_

SUBSCRIBED AND SWORN to me this _9th_ day of February 2023.

_[signature: Tessa T Bennett]_

[Notary]

```
TESSA T BENNETT
Notary Public, State of Oklahoma
Commission # 22014833
My Commission Expires 11-02-2026
```

My Commission Expires:

_11-02-2026_

I-2023-001391        Book 4841 Pg 429
02/13/2023 10:50am        Pg 0426-0429
Fee: $40.73  Doc: $0.00
POLLY IRVING - Muskogee County Clerk
State of OK

## Exhibit A

| Harper Construction Company, Inc's Amount Owed by Core Scientific pursuant to March 18, 2022 Contract ||
|---|---|
| Description | Amount |
| Amount owed under contract through December 21, 2022 for costs of material and labor | $22,551,830.00 |
| Amount owed under contract for contractor's labor and fees through December 21, 20222 | $1,181,342.00 |
| Credit for payments through December 21, 2022 | -$14,207,226.00 |
| **Total** | **$9,525,946.00** |



1