UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of __New York__ :

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | Abbey Walsh<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 756-2000<br>NY 3068921 |
|---|---|

Seeks to appear as the attorney for this party:

| Foundry Digital LLC |
|---|
| Dated: 2/22/2023    Signed: /s/ Abbey Walsh |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:              Signed: _____
                            Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____         _____
                              United States Bankruptcy Judge