IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 22-90341 (DRJ) |
| CORE SCIENTIFIC, INC., et al., | § | |
| | § | Chapter 11 |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

### GAYLOR ELECTRIC, INC. D/B/A GAYLOR, INC.'S WITNESS AND EXHIBIT LIST FOR THE FEBRUARY 27, 2023 HEARING

Gaylor Electric, Inc. d/b/a Gaylor, Inc. ("Gaylor Electric") files its Witness and Exhibit List for the hearing to be held on February 27, 2023 (the "Hearing") as follows:

### WITNESSES

Gaylor Electric may question or call the following witnesses at the Hearing:

1. Any witness designated by another party

2. Any witness used for impeachment

3. Any witness necessary to lay the foundation for admission of exhibits

4. Any witness necessary to rebut the testimony of other witnesses

### EXHIBITS

Gaylor Electric reserves the right to introduce the following exhibits at the Hearing:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

| No | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1. | Gaylor Electric's Notice of Perfection of Materialman's and Mechanic's Lien Pursuant to 11 U.S.C. § 546(b)(2) [Docket No. 545] | | | | | | |
| 2. | Any document or pleading filed in the above-captioned case | | | | | | |
| 3. | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | | |
| 4. | Any exhibit identified or offered by any other party | | | | | | |

**RESERVATION OF RIGHTS**

Gaylor Electric reserves (a) the right to amend and/or supplement this Witness and Exhibit List at any time prior to the Hearing and (b) the right to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing Witness and Exhibit List as appropriate. Gaylor Electric also reserves the right to rely upon and use as evidence (i) exhibits included on the exhibit lists of any other parties in interest and (ii) any pleading, hearing transcript, or other document filed with the Court in the above-captioned bankruptcy.

Dated: February 23, 2023

By: _____/s/ *James B. Bailey*_____
BRADLEY ARANT BOULT CUMMINGS LLP
James B. Bailey
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama  35203
Telephone:  (205) 521-8000
Email: jbailey@bradley.com

**Counsel for Gaylor Electric, Inc. d/b/a Gaylor, Inc.**

## CERTIFICATE OF SERVICE

      I hereby certify that on February 23, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties authorized to receive electronic notice in these cases.

                            */s/ James B. Bailey*
                                OF COUNSEL