IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., et al | § | Case No. 22-90341 (DRJ) |
| | § | |
| Debtors.[1] | § | Jointly Administered |
| | § | |

**NOTICE OF RESCHEDULED HEARING REGARDING MOTION OF THE AD HOC GROUP OF EQUITY HOLDERS OF CORE SCIENTIFIC FOR ENTRY OF AN ORDER DIRECTING THE APPOINTMENT OF AN OFFICIAL COMMITTEE <u>OF EQUITY SECURITY HOLDERS</u>**

[Relates to Docket No. 458]

**A HEARING WILL BE CONDUCTED ON THIS MATTER ON WEDNESDAY, MARCH 1, 2023 AT 3:30 P.M. (CENTRAL PREVAILING TIME).**

**YOU MAY PARTICIPATE IN THE HEARING EITHER IN PERSON OR BY AN AUDIO AND VIDEO CONNECTION.**

**AUDIO COMMUNICATION WILL BE BY USE OF THE COURT'S DIAL-IN FACILITY. YOU MAY ACCESS THE FACILITY AT 832-917-1510. ONCE CONNECTED, YOU WILL BE ASKED TO ENTER THE CONFERENCE ROOM NUMBER. JUDGE JONES' CONFERENCE ROOM NUMBER IS 205691. VIDEO COMMUNICATION WILL BE BY USE OF THE GOTOMEETING PLATFORM. CONNECT VIA THE FREE GOTOMEETING APPLICATION OR CLICK THE LINK ON JUDGE JONES' HOME PAGE. THE MEETING CODE IS "JUDGEJONES". CLICK THE SETTINGS ICON IN THE UPPER RIGHT CORNER AND ENTER YOUR NAME UNDER THE PERSONAL INFORMATION SETTING.**

**HEARING APPEARANCES MUST BE MADE ELECTRONICALLY IN ADVANCE OF BOTH ELECTRONIC AND IN-PERSON HEARINGS. TO MAKE YOUR APPEARANCE, CLICK THE "ELECTRONIC APPEARANCE" LINK ON JUDGE JONES' HOME PAGE. SELECT THE CASE NAME, COMPLETE THE REQUIRED FIELDS AND CLICK "SUBMIT" TO COMPLETE YOUR APPEARANCE.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

**PLEASE TAKE NOTICE** that a hearing was previously scheduled for February 28, 2023, at 11:00 a.m. (prevailing Central Time) for the Court to consider the relief requested in the *Motion of the Ad Hoc Group of Equity Holders of Core Scientific for Entry of an Order Directing the Appointment of an Official Committee of Equity Security Holders* (Docket No. 458) (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion has been rescheduled for **March 1, 2023, at 3:30 p.m. (prevailing Central Time)** before the Honorable David R. Jones, United States Bankruptcy Judge for the Southern District of Texas, Houston Division.

**PLEASE TAKE FURTHER NOTICE** that the Debtors, the Creditors' Committee, and the Ad Hoc Equity Group[2] have settled on the terms of the relief requested in the Motion and have negotiated modifications to the *Proposed Granting the Motion of the Ad Hoc Group of Equity Holders of Core Scientific for Entry of an Order Directing the Appointment of an Official Committee of Equity Security Holders*, which is attached hereto as **Exhibit A**, with a redline marked against the form of proposed order filed contemporaneously with the Motion and attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that nothing in this notice modifies the existing February 24, 2023, deadline for objections to the Motion.

**PLEASE TAKE FURTHER NOTICE** that this hearing will be conducted in Courtroom 404, 4th floor, 515 Rusk Avenue, Houston, TX 77002. You may participate in the Final DIP Hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510 and entering the

---

[2] Capitalized terms used but not defined shall have the meaning ascribed to them in the Motion.

conference code 205691. Video communication will be by use of the Gotomeeting Platform. Connect via the free Gotomeeting Application or click the link on Judge Jones' home page (https://www.gotomeet.me/JudgeJones) on the Southern District of Texas website. The meeting code is "JudgeJones." Click the settings icon in the upper right corner and enter your name under the personal information setting.

Dated: February 24, 2023

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Noelle M. Reed*
Noelle M. Reed
Attorney-in-Charge
State Bar No. 24044211
Federal Bar No. 274247
1000 Louisiana Street
Suite 6800
Houston, Texas 77002
Tel: (713) 655-5122
Fax: (713) 483-9122
Email: Noelle.Reed@skadden.com

-and-

George N. Panagakis
*(Admitted pro hac vice)*
Ron E. Meisler
*(Admitted pro hac vice)*
Jennifer Madden
*(Application for pro hac vice admission forthcoming)*
155 North Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411
Email: George.Panagakis@skadden.com
Email: Ron.Meisler@skadden.com
Email: Jennifer.Madden@skadden.com

*Attorneys for the Ad Hoc Equity Group*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing document to be served by electronic transmission via the Court's ECF system to all parties registered to receive electronic notice in this case.

                                              */s/ Noelle M. Reed*
                                              Noelle M. Reed