**<u>Exhibit B</u>**

| | |
|---|---|
| **From:** | Reed, Noelle M <Noelle.Reed@skadden.com> |
| **Sent:** | Friday, February 24, 2023 6:22 PM |
| **To:** | Pasquale, Ken |
| **Cc:** | Meisler, Ron E; Hansen, Kris; Gilad, Erez; Bhattacharyya, Sayan; Lau, Joanne; Montefusco, Ryan; Grogan, James T.; Panagakis, George N; Madden, Jennifer |
| **Subject:** | [EXT] Re: [Ext] RE: Core Scientific/Motion to Appoint Equity Committee |

**--- External Email ---**

Some people who received this message don't often get email from noelle.reed@skadden.com. Learn why this is important

Ken -

Not clear how your "therefore" follows in any way from the first sentence.   We are reviewing the discovery served at 10:18 am today and will respond consistent with the applicable rules.   But to be clear, we have not agreed to either expedited discovery or any extension.  Happy to discuss further on Monday morning.

NMR

> On Feb 24, 2023, at 11:03 AM, Pasquale, Ken <kenpasquale@paulhastings.com> wrote:
>
> Ron:
>
> We understand that you have "settled" with Debtors – that agreement is a subject of the discovery, and a basis for our request for an adjournment.  I'll take your email as a "no" to our requests, and we will proceed accordingly.  We therefore expect that the Equity Group will comply with our discovery on the dates requested.
>
> Regards,
> Ken

<image001.png>

**Ken Pasquale | Partner | Financial Restructuring Group**
Paul Hastings LLP | 200 Park Avenue, New York, NY 10166
Direct: +1.212.318.6463 | Mobile: +1.908.578.3514
kenpasquale@paulhastings.com|www.paulhastings.com

**From:** Meisler, Ron E <Ron.Meisler@skadden.com>
**Sent:** Friday, February 24, 2023 11:47 AM
**To:** Pasquale, Ken <kenpasquale@paulhastings.com>
**Cc:** Hansen, Kris <krishansen@paulhastings.com>; Gilad, Erez <erezgilad@paulhastings.com>;

1

Bhattacharyya, Sayan <sayanbhattacharyya@paulhastings.com>; Lau, Joanne <joannelau@paulhastings.com>; Montefusco, Ryan <ryanmontefusco@paulhastings.com>; Grogan, James T. <jamesgrogan@paulhastings.com>; Reed, Noelle M <Noelle.Reed@skadden.com>; Panagakis, George N <George.Panagakis@skadden.com>; Madden, Jennifer <Jennifer.Madden@skadden.com>
**Subject:** [EXT] RE: Core Scientific/Motion to Appoint Equity Committee

**--- External Email ---**

Ken,

I discussed the Motion in-person with Kris on February 1st, corresponded with him briefly following the 1st, and then our Motion was filed on February 3, a full three weeks ago. The Motion has been set for hearing on February 28 since the date we filed the Motion. We are not able to agree to any extension or adjournment, and I'm quite sure you didn't wait until today to begin drafting your objection, which is due this afternoon. What is it you propose to discuss about the discovery?

Finally, note that we have settled with the Debtors and plan to have an agreed order (with a marked version showing the changes to the form of order attached to the Motion) on file later today.

Best,
Ron

**Ron E. Meisler**
Partner
**Skadden, Arps, Slate, Meagher & Flom LLP**
**155 North Wacker Drive | Chicago | Illinois | 60606-1720**
T: +1.312.407.0549  |  F: +1.312.407.8641  |  M: +1.312.282.1111
ron.meisler@skadden.com

Skadden

**From:** Pasquale, Ken <kenpasquale@paulhastings.com>
**Sent:** Friday, February 24, 2023 10:18 AM
**To:** Reed, Noelle M (HOU) <Noelle.Reed@skadden.com>; Panagakis, George N (CHI) <George.Panagakis@skadden.com>; Meisler, Ron E (CHI) <Ron.Meisler@skadden.com>; Dressel, Christopher M (CHI) <Christopher.Dressel@skadden.com>; Madden, Jennifer (PAL) <Jennifer.Madden@skadden.com>
**Cc:** Hansen, Kris <krishansen@paulhastings.com>; Gilad, Erez <erezgilad@paulhastings.com>; Bhattacharyya, Sayan <sayanbhattacharyya@paulhastings.com>; Lau, Joanne <joannelau@paulhastings.com>; Montefusco, Ryan <ryanmontefusco@paulhastings.com>; Grogan, James T. <jamesgrogan@paulhastings.com>
**Subject:** [Ext] Core Scientific/Motion to Appoint Equity Committee

Skadden team:

As you know, we represent the Ad Hoc Noteholder Group in these bankruptcy cases. Attached are discovery demands to the Ad Hoc Group of Equity Holders concerning its motion to appoint an equity committee. You'll see that we seek responses to this discovery in advance of the March 1 hearing date on the motion; however, we request that the Equity Group agree to adjourn the hearing date to allow

for a reasonable time for the discovery to take place.  We will also be serving discovery upon the Debtors.

In the interim, as a courtesy, we request a short extension of the objection deadline from today until Sunday afternoon at 3:00 ET (to accommodate Sabbath observers on our team).

Please let us know when you are available to discuss the discovery and our requests today.  We reserve all rights and positions.

Regards,
Ken

<image001.png>

**Ken Pasquale | Partner | Financial Restructuring Group**
**Paul Hastings LLP | 200 Park Avenue, New York, NY 10166**
Direct: +1.212.318.6463 | Mobile: +1.908.578.3514
kenpasquale@paulhastings.com|www.paulhastings.com

*****************************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.

-----------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

=================================================================================

*****************************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.

-----------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

4