**<u>Exhibit C</u>**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| **In re:** | ) Chapter 11 |
| | ) |
| **CORE SCIENTIFIC, INC.,** *et al.*, | ) Case No. 22-90341 (DRJ) |
| | ) |
| **Debtors.**[1] | ) (Jointly Administered) |
| | ) |

**ORDER ADJOURNING HEARING ON MOTION OF AD HOC GROUP OF EQUITY**
**HOLDERS OF CORE SCIENTIFIC FOR ENTRY OF AN ORDER**
**DIRECTING THE APPOINTMENT OF AN OFFICIAL COMMITTEE**
**OF EQUITY SECURITY HOLDERS [DOCKET NO. 458]**

Upon the motion (the "Motion to Adjourn") of the Ad Hoc Noteholder Committee requesting an adjournment of the Hearing[2] on the *Motion of Ad Hoc Group of Equity Holders of Core Scientific for Entry of an Order Directing the Appointment of an Official Committee of Equity Security Holders* (the "Equity Motion") [Docket No. 458], as more fully set forth in the Motion to Adjourn; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.      The Motion to Adjourn is granted.

2.      The Hearing on the Equity Motion shall take place on March __, 2023, at ___, Prevailing Central Time.

3.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the enforcement of this Order.

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2]      Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion to Adjourn.

Dated: March __, 2023
Houston, Texas

_____
THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE