IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*, | § | Case No. 22-90341 (DRJ) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | Re: Docket Nos. 38, 130, 389, 447, 561 |

**NOTICE OF FILING OF PROPOSED
FINAL ORDER (I) AUTHORIZING THE DEBTORS TO
(A) OBTAIN SENIOR SECURED NON-PRIMING SUPERPRIORITY
REPLACEMENT POSTPETITION FINANCING AND
(B) USE CASH COLLATERAL, (II) GRANTING LIENS AND
PROVIDING CLAIMS WITH SUPERPRIORITY ADMINISTRATIVE
EXPENSE STATUS ON A FINAL BASIS, (III) MODIFYING
THE AUTOMATIC STAY AND (IV) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE THAT** in advance of the final hearing regarding the proposed replacement debtor-in-possession financing filed at Docket No. 389, the Debtors submit the a final proposed form of a *Final Order (I) Authorizing the Debtors To (A) Obtain Senior Secured Non-priming Superpriority Replacement Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status on a Final Basis, (III) Modifying the Automatic Stay and (IV) Granting Related Relief*, which is appended hereto as **Exhibit A** (the "**Proposed Replacement Final DIP Order**"). A

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6073); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

1

redline comparing the Proposed Replacement Final DIP Order and the interim replacement debtor-in-possession financing order filed at Docket No. 447 is appended hereto as **<u>Exhibit B</u>**.

*[Remainder of Page Intentionally Left Blank]*

Dated:  February 26, 2023
Houston, Texas

        Respectfully submitted,

        __/s/ Alfredo R. Pérez__
        WEIL, GOTSHAL & MANGES LLP
        Alfredo R. Pérez (15776275)
        700 Louisiana Street, Suite 1700
        Houston, Texas 77002
        Telephone:  (713) 546-5000
        Facsimile:   (713) 224-9511
        Email:      Alfredo.Perez@weil.com

        -and-

        WEIL, GOTSHAL & MANGES LLP
        Ray C. Schrock (admitted *pro hac vice*)
        Ronit J. Berkovich (admitted *pro hac vice*)
        Moshe A. Fink (admitted *pro hac vice*)
        767 Fifth Avenue
        New York, New York 10153
        Telephone:  (212) 310-8000
        Facsimile:  (212) 310-8007
        Email:   Ray.Schrock@weil.com
                Ronit.Berkovich@weil.com
                Moshe.Fink@weil.com

        *Attorneys for Debtors*
        *and Debtors in Possession*

## Certificate of Service

I hereby certify that on February 26, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                               */s/ Alfredo R. Pérez*
                                               Alfredo R. Pérez