**EXHIBIT 6**

Nasdaq Data Link

SEARCH FOR DATA    EXPLORE

# Bitcoin Hash Rate

**From the data product:**
Blockchain
(33 datasets)

**Refreshed**
11 hours ago, on 27 Feb 2023

**Frequency**
Daily

**Description**
The estimated number of tera hashes per second (trillions of hashes per second) the Bitcoin network is performing.

**Validate** i
http://blockchain.info/charts/hash-rate?timespan=all&format=json

**Permalink** i
https://data.nasdaq.com/data/BCHAIN/HRATE

BOOKMARK    DOWNLOAD

CHART | TABLE

● VALUE

Zoom    5D    3M    6M    1Y    3Y    5Y    MAX    Jan 22, 2022 → Feb 26, 2023

Default    No Transform

**LATEST VALUES**

| DATE | VALUE |
|------|-------|
| 2023-02-26 | 359,556,658.18 |

Nasdaq Data
BCHAIN/H

**Export Da**
**API**
json csv xml

**Libraries**
Python R Ma +

**Tools**
Excel
TradingView