# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC., et al** | § | **Case No. 22-90341 (DRJ)** |
| | § | |
| Debtors.[1] | § | **Jointly Administered** |
| | § | |

## THE AD HOC EQUITY GROUP'S WITNESS AND EXHIBIT LIST FOR MARCH 1, 2023 HEARING

The Ad Hoc Equity Group files this Exhibit and Witness List for the hearing to be held on March 1, 2023 at 3:30 p.m., Central Time (or as such hearing may be continued or rescheduled, the "**Hearing**"):

## WITNESSES

The Ad Hoc Equity Group may call any of the following witnesses at the Hearing:

1. Rebuttal witnesses as necessary.

2. Any witness listed by any other party.

3. Any witness required to establish the foundation for admission of any exhibit or other document.

The Ad Hoc Equity Group reserves the right to amend or supplement this Witness List as necessary in advance of the Hearing.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

# EXHIBITS

The Ad Hoc Equity Group may offer into evidence any one or more of the following exhibits (collectively, the "**Exhibits**") at the Hearing:

| NO. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1. | *Voluntary Petition of Core Scientific, Inc.* [Docket No. 1] | | | | | | |
| 2. | *Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First day Relief* [Docket No. 5] | | | | | | |
| 3. | *Notice of Filing of Exhibit B to the Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief*, Exhibit B (Restructuring Support Agreement) [Docket No. 72] | | | | | | |
| 4. | *Notice of Filing of Initial Budget* [Docket No. 97] | | | | | | |
| 5. | Excerpts of First Day Hearing Transcript (Dec. 22, 2022) [Docket No. 190] | | | | | | |
| 6. | Exhibit 4 (Initial DIP Budget) to *Notice of Filing Proposed Interim Order (I) Authorizing the Debtors to (A) Obtain Senior Secured Non-Priming Superpriority Replacement Postpetition Financing, (B) Use Cash Collateral, and (C) Pay Off Existing Postpetition Financing Facility, (II) Granting Liens and Providing Claims With Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Docket 378-1] | | | | | | |

| NO. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 7. | *Emergency Motion of Debtors for Entry of Interim and Final Order (I) Authorizing the Debtors to (A) Obtain Replacement Senior Secured Non-Priming Superpriority Postpetition Financing, (B) Use Cash Collateral, and (C) Pay Off Existing Postpetition Financing Facility (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Docket No. 389] | | | | | | |
| 8. | *Declaration of John Singh in Support of Emergency Motion of Debtors for Entry of Interim and Final Order (I) Authorizing the Debtors to (A) Obtain Replacement Senior Secured Non-Priming Superpriority Postpetition Financing, (B) Use Cash Collateral, and (C) Pay Off Existing Postpetition Financing Facility (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Docket No. 390] | | | | | | |
| 9. | S. Rep. No. 95-989, at 10 (1978), *reprinted in* 1978 U.S.C.C.A.N. 5787, 5796 | | | | | | |
| 10. | *Debtors' Response to Motion for Appointment of an Official Committee of Equity Security Holders* [Docket No. 570] | | | | | | |
| 11. | Eliza Gkritsi, *Bitcoin Mining Consulting Firm Sabre56 Raises $35M to Build 150MW of Hosting Sites*, COINDESK (Feb. 23, 2023) | | | | | | |
| 12. | Core Scientific, Inc., Current Report (Form 8-K), Exhibit 99.2 (Aug. 11, 2022) | | | | | | |
| 13. | Transcript of Core Scientific, Inc. (CORZ) Q2 2022 Earnings Conference Call (August 11, 2022) | | | | | | |
| 14. | Core Scientific, Inc., Quarterly Report (Form 10-Q) (Nov. 22, 2022) | | | | | | |

| NO. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 15. | Press Release, B. Riley Financial, B. Riley Financial Issues Open Letter to Core Scientific Investors (Dec. 14, 2022) | | | | | | |
| 16. | Core Scientific, Inc., Current Report (Form 8-K) (December 21, 2022) | | | | | | |
| 17. | Core Scientific, Inc., Current Report (Form 8-K) (Jan. 9, 2023) | | | | | | |
| 18. | *Natural Gas*, U.S. Energy Information Administration, https://www.eia.gov/dnav/ng/hist/rngwhhdm.htm (last visited Feb. 28, 2023). | | | | | | |
| 19. | *Electricity Prices Surged 14.3% in 2022, Double Overall Inflation: US Report*, UTILITY DIVE (Jan. 19, 2023) | | | | | | |
| 20. | *Energy Price Index*, World Bank, available at https://ycharts.com/indicators/energy_index_world_bank (last visited Feb. 26, 2023) | | | | | | |
| 21. | Press Release, U.S. Bureau of Labor Statistics, Consumer Price Index Summary (Jan. 12, 2023, 8:30 a.m. ET) | | | | | | |
| 22. | Press Release, Federal Reserve, Federal Reserve Issues FOMC Statement (Feb. 1, 2023, 2:00 p.m. ET) | | | | | | |
| 23. | Transcript of Chair Powell's Press Conference (February 1, 2023), | | | | | | |
| 24. | Core Scientific, Inc., Current Report (Form 8-K) (February 6, 2023) | | | | | | |
| 25. | Press Release, Hut 8 Mining Corp, Hut 8 and US Bitcoin announce merger of equals to create a preeminent digital asset mining, hosting, managed infrastructure operations, and high performance computing organization (Feb. 7, 2023) | | | | | | |
| 26. | Yogita Khatri, *Credit Suisse leads $65 million Series B in digital asset firm Taurus*, THE BLOCK (Feb. 14, 2023) | | | | | | |
| 27. | Core Scientific webpage, available at https://corescientific.com/ (last visited Feb. 22, 2023) | | | | | | |
| 28. | *Bitcoin-USD*, Yahoo! Finance, https://finance.yahoo.com/quote/BTC-USD/ (last visited Feb. 25, 2023) | | | | | | |

4

| NO. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 29. | *HIVE Blockchain Technologies Ltd.*, Yahoo! Finance, https://finance.yahoo.com/quote/HIVE/ (last visited Feb. 25, 2023) | | | | | | |
| 30. | *Marathon Digital Holdings, Inc.*, Yahoo! Finance, https://finance.yahoo.com/quote/MARA/ (last visited Feb. 25, 2023) | | | | | | |
| 31. | *Riot Platforms, Inc.*, Yahoo! Finance, https://finance.yahoo.com/quote/RIOT/ (last visited Feb. 25, 2023) | | | | | | |
| 32. | *Core Scientific, Inc.*, Yahoo! Finance, https://finance.yahoo.com/quote/CORZQ (last visited Feb. 25, 2023) | | | | | | |
| 33. | *Bitcoin Futures and Options*, CME Group (Feb. 27, 2023, 8:20 a.m. CT), https://cmegroup.com/markets/cryptocurrencies/bitcoin/bitcoin.quotes.html | | | | | | |
| 34. | Ofir Beigel, *Who Accepts Bitcoin as Payment?*, 99 Bitcoins (Jan. 15, 2023), https://99bitcoins.com/bitcoin/who-accepts/ | | | | | | |
| 35. | Letter to U.S. Trustee, attached to *Motion of the Ad Hoc Group of Equity Holders of Core Scientific for Entry of an Order Directing the Appointment of an Official Committee of Equity Security Holders* as Exhibit B [Docket No. 458-2] | | | | | | |
| 36. | Email Exchange Between Skadden and U.S. Trustee, attached to *Motion of the Ad Hoc Group of Equity Holders of Core Scientific for Entry of an Order Directing the Appointment of an Official Committee of Equity Security Holders* as Exhibit C [Docket No. 458-3] | | | | | | |
| 37. | Email from U.S. Trustee, attached to *Motion of the Ad Hoc Group of Equity Holders of Core Scientific for Entry of an Order Directing the Appointment of an Official Committee of Equity Security Holders* as Exhibit D [Docket No. 458-4] | | | | | | |
| 38. | Email from Skadden to Debtors' Counsel, attached to *Motion of the Ad Hoc Group of Equity Holders of Core Scientific for Entry of an Order Directing the Appointment of an Official Committee of Equity Security Holders* as Exhibit E [Docket No. 458-5] | | | | | | |

| NO. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 39. | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other documents filed in the above-captioned bankruptcy case | | | | | | |
| 40. | Any exhibit introduced by any other party | | | | | | |
| 41. | Rebuttal or impeachment exhibits as necessary | | | | | | |

The Ad Hoc Equity Group reserves the right to supplement this Exhibit List as necessary in advance of the Hearing.

[*remainder of the page left intentionally blank*]

Dated: Houston, Texas
February 27, 2023

         Respectfully submitted,

         SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

         */s/ Noelle M. Reed*
         Noelle M. Reed
         Attorney-in-Charge
         State Bar No. 24044211
         Federal Bar No. 27139
         1000 Louisiana Street
         Suite 6800
         Houston, Texas 77002
         Tel: (713) 655-5122
         Fax: (713) 483-9122
         Email: Noelle.Reed@skadden.com

         -and-

         George N. Panagakis
         *(Admitted pro hac vice)*
         Ron E. Meisler
         *(Admitted pro hac vice)*
         Jennifer Madden
         *(Application for pro hac vice admission forthcoming)*
         155 North Wacker Drive
         Chicago, Illinois 60606-1720
         Telephone: (312) 407-0700
         Fax: (312) 407-0411
         Email: George.Panagakis@skadden.com
         Email: Ron.Meisler@skadden.com
         Email: Jennifer.Madden@skadden.com

         *Attorneys for the Ad Hoc Equity Group*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing document to be served by electronic transmission via the Court's ECF system to all parties registered to receive electronic notice in this case.

*/s/ Noelle M. Reed*
Noelle M. Reed