New Pass! Developer Pass ($189) - Learn More



#### Finance

# Bitcoin Mining Consulting Firm Sabre56 Raises $35M to Build 150MW of Hosting Sites

The company is moving into the hosting business and says it already has a "waiting list" of clients.

By Eliza Gkritsi

Feb 23, 2023 at 8:00 a.m. EST
Updated Feb 23, 2023 at 9:04 a.m. EST



*A Sabre56 bitcoin mining facility. (Sabre56)*

**Ad Hoc Equity Group Exhibit 11**
1



Join the most important conversation in crypto and Web3 taking place in Austin, Texas, April 26-28.

Secure Your Seat

Sabre56, a company that consults miners on the development and operations of facilities, has raised $35 million to build its own hosting sites, aiming to have 150 megawatts (MW) of energy capacity ready by the end of the year. Hosting is a service that data centers provide to crypto miners that want to run their mining rigs without having to build the infrastructure themselves.

The first four sites will total 115 MW and be located in Wyoming and Texas, where construction has already begun, according to a press release. The capacity will be built in 7MW-15 MW of monthly increments, with the first batch coming online in mid-March, company CEO Phil Harvey said. The $35 million investment is coming primarily from private individuals, he added.

Hosting space for mining rigs has been in short supply over the past few months as few new sites were coming online and capital for development ran dry. The bankruptcies of major hosting firms like Compute North and Core Scientific (CORZ) heightened the supply issue.

Sabre56 will offer competitive pricing between $0.068-$0.072 per kilowatt hour (kWh) of electricity consumed, depending on the duration of the contract and the type of machines, Harvey said. For comparison, Core Scientific increased its hosting price to just under 10 cents in October as soaring natural gas prices increased its electricity costs.

Harvey declined to specify the price of the fixed-rate electricity contracts that Sabre56 has signed.

Sabre56 already has a "waiting list" of clients, said the press release. Harvey specified that it is comprised mostly of companies and individuals already close to the company, and the contracts are in the 10 MW-50 MW range. In addition to its projections to have 150 MW online by the end of 2023, the company plans to keep adding 150 MW of capacity annually for the next four years. The profits made from the initial investments will be enough to continue this further development, Harvey said.

**Ad Hoc Equity Group Exhibit 11**
**2**

"I'm not interested in taking over, some s***show that people are trying to sell because they're going bankrupt and can't run their operations," said Harvey, responding to a question from CoinDesk about why his company has chosen not to purchase an existing development from a distressed miner.



View All Prices

**Sign up for The Node, our daily newsletter bringing you the biggest crypto news and ideas.**

Email address

**Sign Up**

By signing up, you will receive emails about CoinDesk product updates, events and marketing and you agree to our *terms of services* and *privacy policy*.

## DISCLOSURE

Please note that our *privacy policy*, *terms of use*, *cookies*, and *do not sell my personal information* has been updated.

The leader in news and information on cryptocurrency, digital assets and the future of money, CoinDesk is a media outlet that strives for the highest journalistic standards and abides by a *strict set of editorial policies*. CoinDesk is an independent operating subsidiary of *Digital Currency Group*, which invests in *cryptocurrencies* and blockchain *startups*. As part of their compensation, certain CoinDesk employees, including editorial employees, may receive exposure to DCG equity in the form of *stock appreciation rights*, which vest over a multi-year period. CoinDesk journalists are not allowed to purchase stock outright in DCG.

**Eliza Gkritsi**

Eliza Gkritsi is CoinDesk's crypto mining reporter based in Asia.

*Follow @egreechee on Twitter*

Learn more about **Consensus 2023**, CoinDesk's longest-running and most influential event that brings together all sides of crypto, blockchain and Web3. Head to **consensus.coindesk.com** to register and buy your pass now.

**Read more about**

Bitcoin Mining   Mining Centers   Texas   Wyoming

### Ad Hoc Equity Group Exhibit 11
### 3

## Trending

**1** Markets

Cryptocurrencies Resilient Despite Weaker Equity Markets, Increased Regulatory Activity: Citi

Feb 27, 2023

**2** Markets

Allure of Bitcoin Ordinals, DeFi Drives Crypto Funds to Bitcoin Layer 2-Token Stacks

Feb 27, 2023

**3** Markets

Short-Bitcoin Funds Record $10M in Weekly Inflows: CoinShares

Feb 27, 2023

**4** Policy

$1B Voyager-Binance Deal Benefits Halved if Alameda Loan Claim Succeeds: Texas Regulators

Feb 27, 2023



### About

About
Masthead
Contributors
Careers
Company News

### Stay Updated

Consensus
Newsletters
Follow

### Get In Touch

Contact Us
Advertise
Accessibility Help
Sitemap

### The Fine Print

Ethics Policy
Privacy
Terms Of Use
Do Not Sell My Personal Information

**Ad Hoc Equity Group Exhibit 11**

Please note that our privacy policy, terms of use, cookies, and do not sell my personal information has been updated.

The leader in news and information on cryptocurrency, digital assets and the future of money, CoinDesk is a media outlet that strives for the highest journalistic standards and abides by a strict set of editorial policies. CoinDesk is an independent operating subsidiary of Digital Currency Group, which invests in cryptocurrencies and blockchain startups. As part of their compensation, certain CoinDesk employees, including editorial employees, may receive exposure to DCG equity in the form of stock appreciation rights, which vest over a multi-year period. CoinDesk journalists are not allowed to purchase stock outright in DCG.

©2023 CoinDesk                                                                                                                                                English

**Ad Hoc Equity Group Exhibit 11**
**5**