

Search

# Energy Price Index
119.29 for Jan 2023

WATCHLIST

**Overview**   Interactive Chart



### Basic Info

Energy Price Index is at a current level of 119.29, down from 130.92 last month and down from 121.31 one year ago. This is a change of -8.88% from last month and -1.66% from one year ago.

| | | | |
|---|---|---|---|
| Report | Commodity Markets Review | Region | N/A |
| Categories | Agriculture and Livestock , Chemicals , Metals | Source | World Bank |

**Ad Hoc Equity Group Exhibit 20**

1

### Stats

| | | | |
|---|---|---|---|
| Last Value | 119.29 | Value from Last Month | 130.92 |
| Latest Period | Jan 2023 | Change from Last Month | -8.88% |
| Last Updated | Feb 3 2023, 13:39 EST | Value from 1 Year Ago | 121.31 |
| Average Growth Rate | 10.32% | Change from 1 Year Ago | -1.66% |
| | | Frequency | Monthly |
| | | Unit | Index 2010=100 |
| | | Adjustment | N/A |
| | | Download Source File | **Download** |
| | | Notes | Weighted average of coal, crude oil and natural gas prices. Based on current US dollars, 2010=100. |

### Historical Data

View and export this data back to 1960. **Upgrade now.**

| Date | Value | Date | Value |
|---|---|---|---|
| January 31, 2023 | 119.29 | December 31, 2020 | 63.75 |
| December 31, 2022 | 130.92 | November 30, 2020 | 55.30 |
| November 30, 2022 | 139.44 | October 31, 2020 | 51.62 |
| October 31, 2022 | 146.17 | September 30, 2020 | 51.17 |
| September 30, 2022 | 158.17 | August 31, 2020 | 54.30 |
| August 31, 2022 | 172.77 | July 31, 2020 | 51.65 |
| July 31, 2022 | 171.75 | June 30, 2020 | 48.52 |
| June 30, 2022 | 173.48 | May 31, 2020 | 39.25 |
| May 31, 2022 | 163.63 | April 30, 2020 | 31.63 |
| April 30, 2022 | 153.19 | March 31, 2020 | 42.08 |

**Ad Hoc Equity Group Exhibit 20**

| Date | Value | Date | Value |
| --- | --- | --- | --- |
| March 31, 2022 | 166.73 | February 29, 2020 | 64.98 |
| February 28, 2022 | 133.31 | January 31, 2020 | 74.45 |
| January 31, 2022 | 121.31 | December 31, 2019 | 76.93 |
| December 31, 2021 | 112.37 | November 30, 2019 | 74.62 |
| November 30, 2021 | 115.01 | October 31, 2019 | 70.90 |
| October 31, 2021 | 123.37 | September 30, 2019 | 73.60 |
| September 30, 2021 | 107.18 | August 31, 2019 | 70.37 |
| August 31, 2021 | 96.32 | July 31, 2019 | 74.85 |
| July 31, 2021 | 98.29 | June 30, 2019 | 73.06 |
| June 30, 2021 | 93.92 | May 31, 2019 | 81.77 |
| May 31, 2021 | 86.28 | April 30, 2019 | 84.19 |
| April 30, 2021 | 80.80 | March 31, 2019 | 79.95 |
| March 31, 2021 | 80.77 | February 28, 2019 | 77.39 |
| February 28, 2021 | 80.38 | January 31, 2019 | 73.79 |
| January 31, 2021 | 69.88 | December 31, 2018 | 72.64 |

**Sponsored Financial Content**  Dianomi

Market Expert Predicts Biggest "Cash Frenzy" Since 2001  Stansberry Research

Where should you invest $1,000 right now?  The Motley Fool

The 3rd And Final Currency "Earthquake" Has Started  Paradigm Press

**Ad Hoc Equity Group Exhibit 20**

3

**Sponsored Business Content**  Dianomi

Why 2023 Could Kick Off a "Cash Frenzy" in Stocks  Stansberry Research

Why Is No One Talking About July 25th "Twist" Transforming US Economy?  Altimetry

Stop scrolling. Start reaching more customers.  Square

Take Advantage of Fed Rate Hikes. Compare Saving Accounts.  NerdWallet

US Dollar "Earthquake" Set to Destroy American Retirements  Paradigm Press

QUICKFLOWS

**Ad Hoc Equity Group Exhibit 20**

4