Case 22-90341   Document 576-27   Filed in TXSB on 02/27/23   Page 1 of 6

Daily* BTC Mined: **50.4** (02/22/23)     Core Scientific     Bitcoin BTC
CORZQ $0.29  Volume 2,607,601    $23,579.00



# Securing and Powering the Bitcoin Network

A leader in high-performance
blockchain infrastructure and software solutions.

Ad Hoc Equity Group Exhibit 27
1

2/26/23, 5:29 PM  Core Scientific - Infrastructure to Power the World's New Financial System | A leader in high-performance blockchain infrastructur…

Case 22-90341   Document 576-27   Filed in TXSB on 02/27/23   Page 2 of 6

### BLOCKCHAIN INFRASTRUCTURE

Purpose-built blockchain computing infrastructure

Learn more →

### DIGITAL ASSET SELF-MINING

Fully integrated self-mining operation focused on the next generation of digital assets.

Learn more →

### PREMIUM HOSTING

Fully managed hosting solutions for digital asset mining and blockchain applications.

Learn more →

Ad Hoc Equity Group Exhibit 27
2

2/26/23, 5:29 PM   Core Scientific - Infrastructure to Power the World's New Financial System | A leader in high-performance blockchain infrastructur…

Case 22-90341   Document 576-27   Filed in TXSB on 02/27/23   Page 3 of 6

## BLOCKCHAIN TECHNOLOGY

Developing next generation technology to optimize and serve digital asset mining and provide leading-edge protocols and services for our evolving financial ecosystem.

Learn more →

## NEWS & PRESS

Stay up to date on the latest company announcements, news coverage, press releases, and more.

Learn more →

## EVENTS & MEDIA

Stay up to date on upcoming company events & appearances, media, resources, and more

Learn more →

Ad Hoc Equity Group Exhibit 27
3

2/26/23, 5:29 PM    Core Scientific - Infrastructure to Power the World's New Financial System | A leader in high-performance blockchain infrastructur…

Case 22-90341   Document 576-27   Filed in TXSB on 02/27/23   Page 4 of 6

## Ready to get started?

**CONTACT US**

# Securing and Powering the Bitcoin Network

A leader in high-performance
blockchain infrastructure and software solutions.

Ad Hoc Equity Group Exhibit 27
4



## WHAT WE DO

Blockchain infrastructure

Digital Asset Self-Mining

Premium Hosting

## ABOUT

Team

News & Press

Events & Media

Careers

Supplier Code of Conduct

## INVESTORS

Overview

News

Governance

Events & Presentations

Stock Info

Analyst Coverage

Financials

**Ad Hoc Equity Group Exhibit 27**
**5**

2/26/23, 5:29 PM  Core Scientific - Infrastructure to Power the World's New Financial System | A leader in high-performance blockchain infrastructur…

Case 22-90341 Document 576-27 Filed in TXSB on 02/27/23 Page 6 of 6

Resources

Form 8937

Chapter 11 Filing Hotline and Information

**CONTACT**



---

Copyright 2023 Core Scientific, Inc. All Rights Reserved

Privacy | Terms & Conditions

**Ad Hoc Equity Group Exhibit 27**
**6**