**Finance Home**  Watchlists  My Portfolio  Crypto  Yahoo Finance Plus  News  Screeners  Markets  ···   Upgrade now

## Bitcoin USD (BTC-USD)
CCC - CoinMarketCap. Currency in USD

Follow | Visitors trend 2W ↓ 10W ↑ 9M ↑ | Quote Lookup

**23,136.70** +24.57 (+0.11%)
As of 11:09PM UTC. Market open.

**Summary** | Chart | Conversations | Historical Data | Profile

1D  5D  1M  6M  YTD  1Y  5Y  Max       ⤢ Full screen

| | | | |
|---|---|---|---|
| Previous Close | 23,195.02 | Market Cap | 446.577B |
| Open | 23,195.02 | Circulating Supply | 19.30M |
| Day's Range | 22,863.38 - 23,201.94 | Max Supply | N/A |
| 52 Week Range | 15,599.05 - 48,086.84 | Volume | 16,013,168,640 |
| Start Date | 2013-04-28 | Volume (24hr) | 16.01B |
| Algorithm | N/A | Volume (24hr) All Currencies | 16.01B |





### Related Video



Every investor should at least have an "awareness of crypto": vetera...
Yahoo Finance's Jared Blikre is joined by MarketGauge.com Director of Tra...



Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Privacy Dashboard
About Our Ads  Sitemap

© 2023 Yahoo. All rights reserved.



**Business Insider • yesterday**
**US stocks close lower to wrap up losing week as hot inflation data jolts markets**
The drop on Friday follows higher-than-expected core PCE data. The two-year Treasury yield neared its highest level since 2007.

Ad Hoc Equity Group Exhibit 28
1

Markets

It's backed by 500 years of economic history and reveals the big mistake bullish investors are making today. Don't miss what the…

Business Insider • yesterday

**Authorities seek arrest of man who allegedly mined crypto under a high school and stole…**

In December 2021, a town found a secret crypto mining operation underneath a Massachusetts high school.

Yahoo Finance • yesterday

**'Crypto has a target on its back with the IRS': Bitcoin exec on Yahoo Finance Live**

Crypto investors might want to secure all relevant tax information this season as the IRS and the SEC began to pay extra attention to…

Business Insider • yesterday

**Nobel laureate Paul Krugman sees only a 25% chance of a US recession**

Krugman warned of devastating fallout if the US debt-ceiling crisis isn't resolved, and dismissed crypto as a tool for criminals.

Business Insider • yesterday

**US stocks fall after new inflation data boosts outlook the Fed will stay aggressive**

Stocks fell after hot PCE data. The two-year Treasury yield was nearing its highest level since 2007, ticking up to 4.8%.

Ad  InvestorPlace

**"Top Trader" Predicts: New Silicon Valley is Here**

300 miles of land in the Heart of America could become the new Silicon Valley, thanks to a massive $350 billon trend that could…

Forkast News • yesterday

**Weekly Market Wrap: Bitcoin lingers at US$24,000 level after Wall Street's worst day in 2023 so far**

Bitcoin remained resilient around the US$24,000 level on Tuesday despite Wall Street's worst day of the year so far. Industry experts…

Yahoo Finance Video • yesterday

**Every investor should at least have an 'awareness of crypto': veteran trader**

Yahoo Finance's Jared Blikre is joined by MarketGauge.com Director of Trading Education, Michele "Mish" Schneider, and…

Yahoo Finance UK • yesterday

**Ukraine buying military equipment to fight Russia partly using crypto, claims minister**

Ukraine has been purchasing military equipment using cryptocurrencies, according to the nation's deputy digital minister.

Business Insider • yesterday

**2 former Barclays bankers just netted a 700% profit selling Bored Ape NFTs**

Ad Hoc Equity Group Exhibit 28
2

Finance Home    Watchlists    My Portfolio    Crypto    Yahoo Finance Plus    News    Screeners    Markets    ...    Upgrade now

Ad  Microsoft
**Focus on every customer**
Connect sales, marketing, and service to evolve your customer experience.

Forkast News • yesterday
**Markets: Bitcoin, Ether fall along with all top 10 cryptos as investors await consumption index**
Bitcoin and Ether fell during Asian trading hours on Friday, along with all the top 10 non-stablecoin cryptocurrencies by market...

Ad Hoc Equity Group Exhibit 28
3