| Finance Home | Watchlists | My Portfolio | Crypto | Yahoo Finance Plus | News | Screeners | Markets | Videos | ... | Upgrade now |

## Marathon Digital Holdings, Inc. (MARA)
NasdaqCM - NasdaqCM Real Time Price. Currency in USD

Follow | Visitors trend 2W ↓ 10W ↑ 9M ↑ | Quote Lookup

**6.67** -0.61 (-8.38%)  **6.54** -0.13 (-1.95%)
At close: February 24 04:00PM EST   After hours: Feb 24, 07:59PM EST

| Summary | Company Insights | Chart | Conversations | Statistics | Historical Data | Profile | Financials | Analysis | Options | Holders | Sustainability |

1D  5D  1M  6M  **YTD**  1Y  5Y  Max                        Full screen

NEW: Experience our best charts yet.
Everything you need for any kind of investing



Jan 3, 23     Jan 30, 23

Trade prices are not sourced from all markets

**Chart Events** ⓘ                           **Performance Outlook**
**Bullish** pattern detected                 Short Term 2W - 6W ↑   Mid Term 6W - 9M →   Long Term 9M+ ↓
Price Crosses Moving Average
🔒 View all chart patterns

| Previous Close | 7.28 | Market Cap | 779.336M |
| Open | 6.98 | Beta (5Y Monthly) | 5.11 |
| Bid | 6.53 x 3200 | PE Ratio (TTM) | N/A |
| Ask | 6.54 x 2200 | EPS (TTM) | -2.23 |
| Day's Range | 6.51 - 7.17 | Earnings Date | Feb 28, 2023 |
| 52 Week Range | 3.11 - 32.74 | Forward Dividend & Yield | N/A (N/A) |
| Volume | 25,465,542 | Ex-Dividend Date | N/A |
| Avg. Volume | 29,523,340 | 1y Target Est | 12.33 |

**Fair Value** ⓘ                              **Related Research** ⓘ
XX.XX                                         Daily – Vickers Top Insider Picks for 02/03/2023 The Vickers Top
Overvalued                                    Insider Picks is a daily report that utilizes a proprietary algorithm...
                                              23 days ago • Argus Research

🔒 View details                               🔒 View more

| All | News | Press Releases | Research Reports | SEC Filings |


GlobeNewswire • 6 days ago
**Marathon Digital Holdings Schedules Conference Call for Fourth Quarter and Fiscal Year 2022 Financial...**
Earnings Webcast and Conference Call Set for Tuesday, February 28, 2023, at 4:30 p.m. ETFORT LAUDERDALE, Fla., Feb. 20, 2023 (GLOBE...


Ad • The Motley Fool
**3 Stocks We're Doubling Down On In 2023**
Worried about the market? We're doubling down on these stocks.

Insider Monkey • 7 days ago

---



yahoo/finance
IT'S TAX TIME
We've got the info you need
Learn more

Finance Home  Watchlists  My Portfolio  Crypto  Yahoo Finance Plus  News  Screeners  Markets  Videos  •••  Upgrade now

In this article, we will discuss the 10 most promising blockchain stocks to buy now according to analysts. If you want to explore similar stock…

Simply Wall St. • 9 days ago

**Institutions profited after Marathon Digital Holdings, Inc.'s (NASDAQ:MARA) market cap rose…**

Every investor in Marathon Digital Holdings, Inc. ( NASDAQ:MARA ) should be aware of the most powerful shareholder…

InvestorPlace • 12 days ago

**Battleground Stocks: 3 Heavily Shorted Meme Stocks to Watch**

Heavily shorted meme stocks have become a major draw for speculators in the stock market. These stocks are characterized by…

InvestorPlace • 13 days ago

**The 3 Best Crypto Mining Stocks to Buy in February**

The crypto winter was excruciatingly painful. For investors who took a plunge near highs, the losses have been significant. However, there is…

Ad  Stansberry Research

**One Chart Suggests History Is Repeating in Markets**

It's backed by 500 years of economic history and reveals the big mistake bullish investors are making today. Don't miss what the chart…

InvestorPlace • 20 days ago

**3 Bargain Stocks to Snap Up Before the Crowd Gets Wise**

One of the best ways to make money in 2023 is by picking up red-hot bargain stocks in some of the hottest industries. Look at lithium…

Bloomberg • 23 days ago

**Crypto Miner Marathon Digital Made First Bitcoin Sales as Token Soared in January**

(Bloomberg) -- Long-time Bitcoin holder Marathon Digital Holdings Inc. last month sold the token for the first time as its price soared, a step…

GlobeNewswire • 24 days ago

**Marathon Digital Holdings Announces Bitcoin Production and Mining Operation Updates for…**

Produced a Record 687 BTC in January 2023, 45% Increase from the Prior MonthIncreased Unrestricted Cash to $133.8 Million and…

InvestorPlace • 2 months ago

**4 Small-Cap Stocks to Buy and Hold for the Long Haul**

There are small-cap stocks to buy and hold that can be mid-caps or large-caps in the next five to ten years. It's relatively easy to pick blu…

Ad  USA News Group

**There's Big Business Happening In Drug Repurposing**

Reformulating old drugs into newly modified applications is BIG business, and is a strategy that's becoming increasingly popular with every year.

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Privacy Dashboard
About Our Ads  Sitemap
© 2023 Yahoo. All rights reserved.




Finance Home | Watchlists | My Portfolio | Crypto | Yahoo Finance Plus | News | Screeners | Markets | Videos | ... | Upgrade now

GlobeNewswire • 2 months ago

**Marathon Digital Holdings Announces Bitcoin Production and Mining Operation Updates for...**

Marathon's Path to 23 EH/s Latest installation schedules as of January 2023. Subject to change. - Achieved a New Record in Quarterly BTC...