**Finance Home** | Watchlists | My Portfolio | Crypto | Yahoo Finance Plus | News | Screeners | Markets | Videos | ... | Upgrade now

## Riot Platforms, Inc. (RIOT)
NasdaqCM - NasdaqCM Real Time Price. Currency in USD

Follow　　Visitors trend 2W ↓　10W ↑　9M ↑　　Quote Lookup

**5.87**　-0.50 (-7.85%)　　**5.80**　-0.07 (-1.19%)
At close: February 24 04:00PM EST　　After hours: Feb 24, 07:59PM EST

**Summary** | Company Insights | Chart | Conversations | Statistics | Historical Data | Profile | Financials | Analysis | Options | Holders | Sustainability

1D　5D　1M　6M　**YTD**　1Y　5Y　Max　　　　　　　　　　　　　　Full screen

[Chart: YTD price chart showing 5.87, ranging approx 2.50 to 8.50, Jan 3, 23 to Jan 30, 23]

Trade prices are not sourced from all markets

**Chart Events**
**Bullish** pattern detected
Momentum
View all chart patterns

**Performance Outlook**
Short Term 2W - 6W ↑　Mid Term 6W - 9M ↑　Long Term 9M+ ↓

| | | | |
|---|---|---|---|
| Previous Close | 6.37 | Market Cap | 982.033M |
| Open | 6.17 | Beta (5Y Monthly) | 4.29 |
| Bid | 5.80 x 3200 | PE Ratio (TTM) | N/A |
| Ask | 5.83 x 2900 | EPS (TTM) | -2.63 |
| Day's Range | 5.73 - 6.22 | Earnings Date | Mar 14, 2023 - Mar 20, 2023 |
| 52 Week Range | 3.25 - 23.66 | Forward Dividend & Yield | N/A (N/A) |
| Volume | 12,051,533 | Ex-Dividend Date | Oct 12, 2017 |
| Avg. Volume | 13,619,601 | 1y Target Est | 9.44 |

**Fair Value**
XX.XX
**Near Fair Value**
8% Est. Return

**Related Research**
Analyst Report: Coinbase Global, Inc. Founded in 2012, Coinbase is the leading cryptocurrency exchange platform in the United...
4 days ago • Morningstar

View more





View details

**All** | News | Press Releases | Research Reports | SEC Filings


InvestorPlace • 3 days ago
**3 Growth Stocks to Buy for Multibagger Returns by 2025**
Spotting multibagger growth stocks is not as challenging as it seems. In many cases, making money is a factor of discipline and patience. Like...


Ad　The Motley Fool
**3 Stocks We're Doubling Down On In 2023**
Worried about the market? We're doubling down on these stocks.

Insider Monkey • 7 days ago

Ad Hoc Equity Group Exhibit 31
1

Finance Home   Watchlists   My Portfolio   Crypto   Yahoo Finance Plus   News   Screeners   Markets   Videos   ...   Upgrade now

In this article, we will discuss the 10 most promising blockchain stocks to buy now according to analysts. If you want to explore similar stock…

InvestorPlace • 8 days ago

### 3 Overlooked Growth Stocks That Could Outperform the Market

When it comes to growth stocks, the gold investment opportunity is still not lost. Buying quality and overlooked growth stocks at attracti…

InvestorPlace • 11 days ago

### The Top 3 High-Growth Stocks to Buy for Outsized Returns

The S&P 500 index has witnessed a decent recovery from the lows of Oct. 2022. During this period, several oversold stocks have surged.…

Insider Monkey • 12 days ago

### 11 Most Undervalued Blockchain Stocks To Buy According To Hedge Funds

In this article, we will take a look at the 11 most undervalued blockchain stocks to buy according to hedge funds. To see more such…

Ad  Stansberry Research

**One Chart Suggests History Is Repeating in Markets**

It's backed by 500 years of economic history and reveals the big mistake bullish investors are making today. Don't miss what the chart…

InvestorPlace • 13 days ago

### The 3 Best Crypto Mining Stocks to Buy in February

The crypto winter was excruciatingly painful. For investors who took a plunge near highs, the losses have been significant. However, there is…

InvestorPlace • 14 days ago

### The 7 Best Millionaire-Maker Stocks to Buy for February 2023

If you want to retire a millionaire, invest early in millionaire-maker stocks. Easier said than done, right? If there was a reliable formula fo…

GlobeNewswire • 20 days ago

### Riot Announces January 2023 Production and Operations Updates

Riot Produces New All-Time High of 740 Bitcoin in January 2023 and Provides Infrastructure Update Riot's Rockdale Facility Last month,…

MarketWatch • 24 days ago

### These crypto-related stocks rallied up to 200% this year. Here's why

The latest Distributed Ledger columns from MarketWatch. A weekly look at the most important moves and news in crypto.

Ad  USA News Group

**There's Big Business Happening In Drug Repurposing**

Reformulating old drugs into newly modified applications is BIG business, and is a strategy that's becoming increasingly popular with every year.

Data Disclaimer   Help   Suggestions
Terms and Privacy Policy
Privacy Dashboard
About Our Ads   Sitemap
© 2023 Yahoo. All rights reserved.

Finance Home    Watchlists    My Portfolio    Crypto    Yahoo Finance Plus    News    Screeners    Markets    Videos    ...     Upgrade now

Bloomberg • 25 days ago

**Texas Bitcoin Miners Face Damage, Higher Power Costs From Ice Storms**

(Bloomberg) -- Bitcoin miners in Texas are suffering from yet another storm as they scale back operations due to spiking electricity costs...

**Ad Hoc Equity Group Exhibit 31**

3