

Case 22-90341    Document 576-32    Filed in TXSB on 02/27/23    Page 1 of 2



Ad Hoc Equity Group Exhibit 32
1

Case 22-90341    Document 576-32    Filed in TXSB on 02/27/23    Page 2 of 2

AUSTIN, Texas, January 09, 2023--Core Scientific Announces November and December 2022 Updates



Data Disclaimer   Help   Suggestions
Terms and Privacy Policy
Privacy Dashboard
About Our Ads   Sitemap

© 2023 Yahoo. All rights reserved.

Ad Hoc Equity Group Exhibit 32
2