

# Bitcoin

Futures and Options

| GLOBEX CODE | LAST | CHANGE | VOLUME |
|---|---|---|---|
| BTCH3 | 23940 | +595 (+2.55%) | 3,043 |

WATCHLISTS

*Last Updated 27 Feb 2023 08:37:19 AM CT*

## BITCOIN FUTURES - QUOTES

**VENUE:** GLOBEX

AUTO-REFRESH IS OFF *Last Updated 27 Feb 2023 08:20:25 AM CT. Market data is delayed by at least 10 minutes.*

| MONTH | OPTIONS | CHART | LAST | CHANGE | PRIOR SETTLE | OPEN | HIGH | LOW | VOLUME | UPDATED |
|---|---|---|---|---|---|---|---|---|---|---|
| **MAR 2023** BTCH3 | OPT | | 23845 | +500 (+2.14%) | 23345 | 23565 | 23955 | 23455 | 2,807 | 08:10:12 CT 27 Feb 2023 |
| **APR 2023** BTCJ3 | OPT | | 24005 | +500 (+2.13%) | 23505 | 23835 | 24005 | 23615 | 40 | 07:55:58 CT 27 Feb 2023 |
| **MAY 2023** BTCK3 | OPT | | 23835 | +260 (+1.10%) | 23575 | 23755 | 23835 | 23755 | 11 | 07:17:29 CT 27 Feb 2023 |
| **JUN 2023** BTCM3 | OPT | | 24000 | +345 (+1.46%) | 23655 | 24000 | 24000 | 24000 | 1 | 18:18:38 CT 26 Feb 2023 |
| **JUL 2023** BTCN3 | OPT | | 23980 | +320 (+1.35%) | 23660 | 23980 | 23980 | 23980 | 1 | 07:37:56 CT 27 Feb 2023 |

**Ad Hoc Equity Group Exhibit 33**

| MONTH | OPTIONS | CHART | LAST | CHANGE | PRIOR SETTLE | OPEN | HIGH | LOW | VOLUME | UPDATED |
|---|---|---|---|---|---|---|---|---|---|---|
| AUG 2023 BTCQ3 | OPT | 📊 | - | - | 23665 | - | - | - | 0 | 16:00:00 CT 26 Feb 2023 |
| SEP 2023 BTCU3 | OPT | 📊 | - | - | 23750 | - | - | - | 0 | 18:18:38 CT 26 Feb 2023 |
| DEC 2023 BTCZ3 | OPT | 📊 | - | - | 23905 | - | - | - | 0 | 18:18:38 CT 26 Feb 2023 |
| MAR 2024 BTCH4 | OPT | 📊 | - | - | 24105 | - | - | - | 0 | 18:18:38 CT 26 Feb 2023 |
| JUN 2024 BTCM4 | OPT | 📊 | - | - | 24310 | - | - | - | 0 | 16:00:00 CT 26 Feb 2023 |
| DEC 2024 BTCZ4 | OPT | 📊 | - | - | 24720 | - | - | - | 0 | 16:00:00 CT 26 Feb 2023 |

About this Report                                                                                                                                              Return to top

*All market data contained within the CME Group website should be considered as a reference only and should not be used as validation against, nor as a complement to, real-time market data feeds. Settlement prices on instruments without open interest or volume are provided for web users only and are not published on Market Data Platform (MDP). These prices are not based on market activity.*

### Commitment of Traders →
Drawn from CFTC report data, see which trader types have positions in a market you want to trade, at what size, whether they're long or short, and chart changes over time.

### Pace of Roll →
Inform your roll strategy with daily updates and analytics on roll activity in Cryptocurrency futures.

### Bitcoin Historical Pricing Tool →
Backtest bitcoin trading strategies using historical prices as tracked by the CME CF Bitcoin Real Time Index and CME CF Bitcoin Reference Rate indicators.

## Looking for more? Explore our additional resources

**PRODUCTS**

Bitcoin futures and options

**RESOURCES**

Data licensing

NOW TRADING: OPTIONS ON MICRO BITCOIN

| | | |
|---|---|---|
| Micro Bitcoin futures | Brokers and FCMs | AND MICRO ETHER FUTURES |
| Ether futures and options | Intermediaries and liquidity providers | |
| Micro Ether futures | BTIC on Cryptocurrency futures | → |
| Micro Cryptocurrency futures and options | Cryptocurrency Benchmarks | |
| | Futures price fixings for options | |

| COMPANY | INTERNATIONAL | MARKET REGULATION | OUR EXCHANGES |
|---|---|---|---|
| About Us | Global Offices | Overview | CME |
| ESG | Partner Exchanges | Rulebooks | CBOT |
| Media Room | Latin America | Regulatory Guidance | NYMEX |
| Careers | Europe, Middle East & Africa | Rule Filings | COMEX |
| Investor Relations | Asia-Pacific | Regulatory Outreach | |
| Contact Us | | | |

    

English ▾



CME Group is the world's leading derivatives marketplace. The company is comprised of four Designated Contract Markets (DCMs).
Further information on each exchange's rules and product listings can be found by clicking on the links to CME, CBOT, NYMEX and COMEX.

© 2023 CME Group Inc. All rights reserved.

Disclaimer  |  Privacy Notice  |  Cookie Notice  |  Terms of Use  |  Data Terms of Use  |  Modern Slavery Act Transparency Statement  |  Report a Security Concern

Ad Hoc Equity Group Exhibit 33

3