

We Translate Bitcoin to Plain English

You are at: Home » Bitcoin » Who Accepts Bitcoin?

# Who Accepts Bitcoin as Payment?

By: Ofir Beigel | Last updated: 1/15/23

Bitcoin has taken over the cryptocurrency market. It's the largest and most well-known digital currency today. Many large companies are accepting Bitcoin as a legitimate source of funds. This post will cover them all.

## Who Accepts Bitcoin Summary

A 2020 survey by HSB reveals that 36% of small-medium businesses in the US accept Bitcoin. The most popular companies accepting Bitcoin payments worldwide today are:

- Wikipedia
- Microsoft
- AT&T

Or, you can use this search engine that allows you to search for vendors by products.

If you want a detailed list of companies who accept Bitcoin keep on reading. Here's what I'll cover:

1. Major Companies who Accept Bitcoin
2. Stores that Accept Bitcoin
3. Frequently Asked Questions
4. Conclusion

## 1. Major Companies Who Accepts Bitcoin as Payment

### Wikipedia

Wikimedia, the company that operates the world's largest open-source encyclopedia, Wikipedia, accepts donations in Bitcoin. Payment is done through BitPay.

### Microsoft

The company allows the use of Bitcoin to top up your Microsoft account. In the past, the company halted its acceptance of cryptocurrency but shortly after

Ad Hoc Equity Group Exhibit 34

1



## AT&T

AT&T is the first major U.S. mobile carrier to provide a cryptocurrency payment option to customers through BitPay.

## Burger King

According to local news reports, Burger King outlets in Venezuela announced a partnership with Cryptobuyer to accept cryptocurrencies as a mode of payment. Customers can pay in Bitcoin, Dash, Litecoin, Ethereum, and Tether.

Additionally, the German branch of Burger King has begun accepting Bitcoin on its website and mobile app on September 3, 2019. However, this was more of a marketing gimmick that doesn't enable you to buy at an actual brick and mortar store.

You can only pay with Bitcoins and Bitcoin Cash by ordering delivery online through the Lieferservice delivery service, which works with restaurants throughout the country.

## KFC

KFC Canada decided to accept Bitcoin for a limited time in exchange for the "Bitcoin Bucket". The company processed payment through BitPay and the bucket was to be delivered straight to the customer's home address.

## Overstock

Overstock, a famous American online retailer that sells big-ticket items at lower prices due to overstocking, partnered with Coinbase in order to allow Bitcoin payments for their online orders.

## Subway

Several Subway branches accept (or used to accept, the current status is unknown) Bitcoin as payment for their sandwiches. You can see an example in this video:

**Ad Hoc Equity Group Exhibit 34**

2





### Twitch

Amazon owned leading game streaming platform accepts Bitcoin and Bitcoin Cash as payment for its services. The company removed this option on March 2019 but then re-enabled it in June.

### Pizza Hut

As of November 2020, the giant pizza franchise Pizza Hut can be now purchased and paid for with Bitcoin in Venezuela. This is following the economic sanctions imposed on the country that drove cryptocurrency acceptance to new heights. While this step is far from being global, it could be an indication of things to come.

### Miami Dolphins

The Miami Dolphins intend to give home game attendees the ability to pay with Litecoin and Bitcoin when purchasing tickets for the team's 50/50 raffle, where half of the proceeds benefit the Miami Dolphins Foundation and its charitable causes.

### Dallas Mavericks

The Dallas Mavericks now accept Bitcoin as a method of payment for both game tickets and merchandise. BitPay will process all Bitcoin payments through the team's website.

### Virgin Galactic

Richard Branson company that includes Virgin Mobile and Virgin Airlines allows you to pay for space travel with Bitcoins.

### Norwegian Air

Norwegian Air Shuttle (Norwegian), Scandinavia's largest airline and Europe's third-largest budget airline, plans to provide a payment solution enabling customers to pay for tickets with cryptocurrency.

Ad Hoc Equity Group Exhibit 34


We Translate Bitcoin to Plain English

One of the leading domain name registrants start accepting Bitcoin back in 2013 since it has been requested by the company's tech audience.

### CheapAir

An American online travel agency, established in 1989 has started accepting Bitcoin through Coinbase and later on changed their payment processor to BTCPayServer.

### Gyft

Buy & send gift cards online for retailers like Amazon, Starbucks, and iTunes. The company accepts Bitcoin as payment without any additional fees.

### NewEgg

An online retailer of items including computer hardware and consumer electronics. The company is one of the first to accept Bitcoin payment.

### The Internet Archive

A San Francisco–based nonprofit digital library with the stated mission of "universal access to all knowledge" accepts Bitcoin donations. Its web archive, the Wayback Machine, contains hundreds of billions of web captures.

### The Pirate Bay

An online index of digital content of entertainment media and software. The site accepts Bitcoin and cryptocurrency donations since 2013.

### 4Chan

A beloved site among crypto users, 4Chan is an imageboard website. Users generally post anonymously, with the most recent posts appearing above the rest.

4chan is split into various boards with their own specific content and guidelines. Registration is not possible. The site accepts Bitcoin, Bitcoin Cash, Ethereum, and Litecoin as payment for a 4Chan pass.

### Mega.nz

A cloud storage and file hosting service launched on January 19, 2013, by Kim Dotcom, who had previously founded Megaupload. The site accepts Bitcoin for account upgrades.

### Amazon (not directly)

**Ad Hoc Equity Group Exhibit 34**
**4**



connects people who have Bitcoin and want to buy on Amazon with people who want to get Bitcoin in return for fulfilling an order.

### ExpressVPN

One of the largest virtual private network service that allows you to surf online securely and privately. ExpressVPN is a subscription-based service that accepts Bitcoin.

### Benfica

Sport Lisboa e Benfica, commonly known as Benfica is an extremely popular sports club based in Lisbon Portugal. The company accepts Bitcoin for game tickets and merchandise.

### Quiznos

Quiznos, the Denver-based restaurant brand specializing in subs, has announced plans to accept crypto at its Denver airport branch.

### AMC

AMC, the American-based renowned movie theatre chain, has announced that by the end of 2021 it will accept Bitcoin as payment for movie tickets. This option will be available across all of AMC's US theatres.

## 1. Stores that Accept Bitcoin as Payment

Aside from the big companies I've mentioned in the previous chapter, there are many small and medium businesses (SMBs) that accept Bitcoin as well.

- **Alza** – Largest Czech online retailer
- **Alternative Airlines** –  A flight-search website that offers ways to book flights using a range of cryptocurrencies.
- **Bitcoin.Travel** – a travel site that provides accommodation, apartments, attractions, etc.
- **Travala –** Travala.com is the largest cryptocurrency-friendly OTA in the world. It offers comprehensive travel products, such as hotel lodging and tours, for a large selection of destinations. Services can be paid with a variety of cryptocurrencies, Bitcoin and Ethereum included. Travala.com is backed by Binance, the popular crypto exchange.
- **Pembury Tavern** – A pub in London, England
- **Old Fitzroy** – A pub in Sydney, Australia
- **The Pink Cow** – A diner in Tokyo, Japan
- **Zynga** – Mobile gaming

**Ad Hoc Equity Group Exhibit 34**

5



- **Etsy Vendors** – 93 of them
- **PizzaForCoins.com** – Domino's Pizza signed up – pay for their pizza with bitcoins
- **Bitcoincoffee.com** – Buy your favorite coffee online
- **Grass Hill Alpacas** – A local farm in Haydenville, MA
- **Jeffersons Store** – A streetwear clothing store in Bergenfield, N.J
- **Helen's Pizza** – Jersey City, N.J., you can get a slice of pizza for bitcoin.
- **A Class Limousine** – Pick you up and drop you off at Newark (N.J.) Airport
- **Seoclerks.com** – Get SEO work done on your site cheap
- **Fancy.com** – Discover amazing stuff, collect the things you love, buy it all in one place
- **Humblebundle.com** – Indie game site
- **BigFishGames.com –** Games for PC, Mac, and Smartphones (iPhone, Android, Windows)
- **Suntimes.com** – Chicago based online newspaper
- **San Jose Earthquakes** – San Jose California Professional Soccer Team (MLS)
- **Crowdtilt.com** – The fastest and easiest way to pool funds with family and friends
- **Lumfile** – Server company that offers free cloud-based servers
- **Museum of the Coastal Bend** – 2200 East Red River Street, Victoria, Texas 77901, USA
- **Gap, GameStop and JC Penney** – have to use eGifter.com
- **Fight for the Future** – Leading organization finding for Internet freedom
- **i-Pmart (ipmart.com.my)** – A Malaysian online mobile phone and electronic parts retailer
- **Curryupnow.com** – A total of 12 restaurants on the list of restaurants accept bitcoins in San Francisco
- Dish Network – An American direct-broadcast satellite service provider
- **The Libertarian Party** – United States political party
- **Yacht-base.com** – Croatian yacht charter company
- **Euro Pacific** – A major precious metal dealer
- **CEX** – The trade-in chain has a shop in Glasgow, Scotland that accepts bitcoin
- **Straub Auto Repairs** – 477 Warburton Ave, Hastings-on-Hudson, NY 10706 – (914) 478-1177
- **PSP Mollie** – Dutch Payment Service
- **Intuit** – an American software company that develops financial and tax preparation software.
- **ShopJoy** – An Australian online retailer that sells novelty and unique gifts
- **Lv.net** – Las Vegas high-speed internet services
- **Grooveshark** – Online music streaming service based in the United States
- MIT Coop Store – Massachusetts Institute of Technology student bookstore
- **SimplePay** – Nigeria's most popular web and mobile-based wallet service
- **SFU bookstore** – Simon Fraser University in Vancouver, Canada

**Ad Hoc Equity Group Exhibit 34**

Case 22-90341   Document 576-34   Filed in TXSB on 02/27/23   Page 7 of 10


We Translate Bitcoin to Plain English

- **mspinc.com** – Respiratory medical equipment supplies store
- **Shopify.com** – An online store that allows anyone to sell their products
- **Famsa** – Mexico's biggest retailer
- **Naughty America** – Adult entertainment provider
- **Mexico's Universidad de las Américas Puebla** – A major university in Mexico
- **MovieTickets.com** – Online movie ticket exchange/retailer
- **Dream Lover** – Online relationship service
- **Rakuten** – A Japanese e-commerce giant
- **Badoo** – Online dating network
- **RE/MAX London** – UK-based franchisee of the global real estate network
- **T-Mobile Poland** – T-Mobile's Poland-based mobile phone top-up company
- **Stripe** – San Francisco-based payments company
- **WebJet** – Online travel agency
- **Green Man Gaming** – Popular digital game reseller
- **Save the Children** – Global charity organization
- **NCR Silver** – Point of sales systems
- **One Shot Hotels** – Spanish hotel chain
- **Coupa Café** in Palo Alto
- **PureVPN** – VPN provider
- That's my face – create action figures
- **Foodler –** North American restaurant delivery company
- **Amagi Metal**s – Precious metal furnisher

While many companies are very excited to let us know when they start accepting Bitcoin they don't bother to update if they stop. Therefore this list can be somewhat outdated, so take it with a grain of salt.

Additional SMBs that accept Bitcoin can be found here and here. Also, many people have started advertising their SMBs in the comment section of this page.

## 3. Frequently Asked Questions

### Can Bitcoin be Converted to Cash?

Yes, you can convert Bitcoin to cash at a Bitcoin ATM or through a Bitcoin exchange.

### Does Amazon Accept Bitcoin?

No. You can't pay with Bitcoins on Amazon. However, you can buy stuff on Amazon indirectly with Bitcoin by using Purse.io

### Does Microsoft Still Accept Bitcoin?

Ad Hoc Equity Group Exhibit 34

7



### Does Starbucks Accept Bitcoin?

No. Starbucks does not accept Bitcoin.

### Do Hotels Accept Bitcoin?

In general, hotels don't accept Bitcoin. In the past, Expedia has accepted Bitcoin for travel bookings, but that activity ceased sometime around June 2018.

### What Can I Buy with Bitcoin?

Today it's possible to buy almost anything with Bitcoin through the use of Bitcoin debit cards. These cards are issued by Visa or Mastercard and can be loaded with funds via Bitcoin.

### Does Expedia Still Accept Bitcoin?

No, Expedia quietly stopped accepting Bitcoin in 2018.

### Does eBay Accept Bitcoin?

No. eBay does not allow Bitcoin as a payment method.

## 4. Conclusion

While not a lot of places accept Bitcoin directly, it's clear to see that the adoption of Bitcoin as a payment method is increasing with each year. One example is the emergence of companies such as NowPayments, a crypto payment gateway that can integrate to any business and allow it to accept Bitcoin, as well as many other coins.

So, while we still have a long way to go until all companies will accept Bitcoin directly and not through payment processors or Bitcoin debit cards, you can find big brands like Microsoft, AT&T, and Overstock that have already taken a step in the right direction.

Do you know of any business that accepts bitcoin as payment and is not listed on this page? Feel free to share it in the comment section below.



**Free Bitcoin Crash Course**

Learn everything you need to know about Bitcoin in just 7 days. Daily videos sent straight to your inbox.





Your email

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

I'M IN!

We hate spam as much as you do. You can unsubscribe with one click.

## 1,718 comments on "Who Accepts Bitcoin?"

**Leave a Comment**

Your email address will not be published. Required fields are marked *

Type here..



**JEFF**
FEBRUARY 10, 2023 AT 22:58

Hi 99Bitcoins, we love your content and have followed your obituaries since way back around 2013. Can you add our Locksmith business Locksmith Direct to your list of merchants who accept Bitcoin?

Reply



**ASAD**
FEBRUARY 7, 2023 AT 20:27

Thank you for Sharing Amazing content

Reply



**KIBET - 99BITCOINS SUPPORT**
FEBRUARY 8, 2023 AT 06:42

You're most welcome!

Reply



**ASRI**
FEBRUARY 16, 2023 AT 12:46

hey Kibet.
I'm a documentary filmmaker and currently working on a documentary series about Bitcoin. I'd like to talk to you. Thank you.

Ad Hoc Equity Group Exhibit 34

9

 We Translate Bitcoin to Plain English



**JANI**
JANUARY 31, 2023 AT 21:35

in buy-clash you can use Cryptocurrency to buy Clash of Clans account. They accept all types of crypto as payment like Bitcoin, Dogecoin and ETH. You can take a look at their clash of clans accounts.

Reply



**BITCHCOIN**
FEBRUARY 18, 2023 AT 18:08

Would you accept a highly volatile fantasy currency as payment for your work?

Reply

Load more comments


99 Coins International PTE. LTD
© All rights reserved

| | | |
|---|---|---|
| About the company | Bitcoin Obituaries | Privacy policy |
| Contact | Who Accepts Bitcoin? | Terms of use |
| | Bitcoin Historical Price | Disclaimer |
| | Dead Coins | GDPR |
| | Guides and Tutorials | |

99 Coins International PTE. LTD
© All rights reserved