**EXHIBIT D**

**Madden, Jennifer (PAL)**

| | |
|---|---|
| From: | Ruff, Jayson B. (USTP) <Jayson.B.Ruff@usdoj.gov> |
| Sent: | Friday, January 20, 2023 12:52 PM |
| To: | Meisler, Ron E (CHI); Barcomb, Alicia (USTP) |
| Cc: | Madden, Jennifer (PAL) |
| Subject: | [Ext] RE: In re Core Scientific, Inc., et al., Case No. 22-90341 (DRJ) - Request for Appointment of Official Equity Committee |

Mr. Meisler,

Thank you for following up. I was intending to respond to the request earlier, but was tied up in Court this morning. The U.S. Trustee has evaluated the request and at this time and based on the present facts and circumstances of these cases, the U.S. Trustee is exercising his discretion to not appoint an Official Equity Committee.

We will be continuing to monitor these cases with the factors relevant to the appointment of an Equity Committee in mind. Should the U.S. Trustee decide to exercise his discretion to appoint an Official Equity Committee at a later date, we will reach back out to see if there is still interest from the members of your Ad-Hoc Group in serving on such a committee.

Kind regards,

*Jayson B. Ruff*
Trial Attorney
Office of the United States Trustee
515 Rusk St., Suite 3516
Houston, Texas 77002
713-718-4662 (office)
202-573-6960 (mobile)
jayson.b.ruff@usdoj.gov



PLEASE DO NOT read, copy or disseminate this Internet E-mail if you are not the intended addressee. This E-mail may contain privileged information intended only for the addressee. If you have received this E-mail in error, please call us immediately at (713) 718-4650 and ask to speak to the sender of the communication. Also, please notify the sender immediately, by E-mail, that you have received this E-mail in error and have deleted it.

---

**From:** Meisler, Ron E <Ron.Meisler@skadden.com>
**Sent:** Friday, January 20, 2023 1:43 PM
**To:** Ruff, Jayson B. (USTP) <Jayson.B.Ruff@usdoj.gov>; Barcomb, Alicia (USTP) <Alicia.Barcomb@usdoj.gov>
**Cc:** Madden, Jennifer <Jennifer.Madden@skadden.com>
**Subject:** [EXTERNAL] RE: In re Core Scientific, Inc., et al., Case No. 22-90341 (DRJ) - Request for Appointment of Official Equity Committee