IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § § | (Jointly Administered) |
| | | Related Docket No. 458 |

**DECLARATION OF RON E. MEISLER IN SUPPORT OF THE AD HOC GROUP OF EQUITY HOLDERS' REPLY IN FURTHER SUPPORT OF THE MOTION OF THE AD HOC GROUP OF EQUITY HOLDERS OF CORE SCIENTIFIC FOR ENTRY OF AN ORDER DIRECTING THE APPOINTMENT OF AN OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS**

I, Ron E. Meisler, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, with an office at 155 N. Upper Wacker Dr, Chicago, IL 60606. I respectfully submit this Declaration in support of the *Ad Hoc Equity Holder's Reply in Further Support of the Motion of the Ad Hoc Group of Equity Holders of Core Scientific for Entry of an Order Directing the Appointment of an Official Committee of Equity Security Holders* submitted concurrently herewith. This declaration is based on my personal knowledge and my review of the referenced documents.

2. Attached hereto as **Exhibit 1** is a true and correct copy of *Voluntary Petition of Core Scientific, Inc.* filed at Docket No. 1.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the *Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First day Relief* filed at Docket No. 5.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Exhibit B to the *Notice of Filing of Exhibit B to the Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief* filed at Docket No. 72.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the *Notice of Filing of Initial Budget* filed at Docket No. 97.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the First Day Hearing Transcript dated December 22, 2022, filed at Docket No. 190.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Exhibit 4 to the *Notice of Filing Proposed Interim Order (I) Authorizing the Debtors to (A) Obtain Senior Secured Non-Priming Superpriority Replacement Postpetition Financing, (B) Use Cash Collateral, and (C) Pay Off Existing Postpetition Financing Facility, (II) Granting Liens and Providing Claims With Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* filed at Docket 378-1.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the *Emergency Motion of Debtors for Entry of Interim and Final Order (I) Authorizing the Debtors to (A) Obtain Replacement Senior Secured Non-Priming Superpriority Postpetition Financing, (B) Use Cash Collateral, and (C) Pay Off Existing Postpetition Financing Facility (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting*

*Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* filed at Docket No. 389.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the *Declaration of John Singh in Support of Emergency Motion of Debtors for Entry of Interim and Final Order (I) Authorizing the Debtors to (A) Obtain Replacement Senior Secured Non-Priming Superpriority Postpetition Financing, (B) Use Cash Collateral, and (C) Pay Off Existing Postpetition Financing Facility (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* filed at Docket No. 390.

10. Attached hereto as **Exhibit 9** is a true and correct copy of S. Rep. No. 95-989 (1978), *reprinted in* 1978 U.S.C.C.A.N. 5787, 5796

11. Attached hereto as **Exhibit 10** is a true and correct copy of the *Debtors' Response to Motion for Appointment of an Official Committee of Equity Security Holders* filed at Docket No. 570.

12. Attached hereto as **Exhibit 11** is a true and correct copy of an article written by Eliza Gkritsi titled *Bitcoin Mining Consulting Firm Sabre56 Raises $35M to Build 150MW of Hosting Sites*, published on CoinDesk on February 23, 2023.

13. Attached hereto as **Exhibit 12** is a true and correct copy of Exhibit 99.2 to Core Scientific's current report filed with the SEC on August 11, 2022.

14. Attached hereto as **Exhibit 13** is a true and correct copy of the transcript from Core Scientific, Inc's second quarter fiscal year 2022 earnings conference call dated August 11, 2022.

15. Attached hereto as **Exhibit 14** is a true and correct copy of Core Scientific, Inc.'s quarterly report filed with the SEC on November 22, 2022.

16. Attached hereto as **Exhibit 15** is a true and correct copy of a press release titled B. Riley Financial Issues Open Letter to Core Scientific Investors dated December 14, 2022.

17. Attached hereto as **Exhibit 16** is a true and correct copy of Core Scientific, Inc.'s current report filed with the SEC on December 21, 2022.

18. Attached hereto as **Exhibit 17** is a true and correct copy of Core Scientific, Inc.'s current report filed with the SEC on January 9, 2023.

19. Attached hereto as **Exhibit 18** is a true and correct copy of the Henry Hub Natural Gas Spot Price chart published by U.S. Energy Information Administration at https://www.eia.gov/dnav/ng/hist/rngwhhdm.htm.

20. Attached hereto as **Exhibit 19** is a true and correct copy of an article titled Electricity Prices Surged 14.3% in 2022, Double Overall Inflation: US Report, published in Utility Dive on January 19, 2023.

21. Attached hereto as **Exhibit 20** is a true and correct copy of the Energy Price Index available at https://ycharts.com/indicators/energy_index_world_bank.

22. Attached hereto as **Exhibit 21** is a true and correct copy of the press release issued by the U.S. Bureau of Labor Statistics on January 12, 202, titled Consumer Price Index Summary.

23. Attached hereto as **Exhibit 22** is a true and correct copy of the press release issued by the Federal Reserve on February 1, 2023, titled Federal Reserve Issues FOMC Statement.

24. Attached hereto as **Exhibit 23** is a true and correct copy of the transcript of Chair Jerome Powell's, Board of Governors of the Federal Reserve System, press conference dated February 1, 2023.

25. Attached hereto as **Exhibit 24** is a true and correct copy of Core Scientific, Inc.'s current report filed with the SEC on February 6, 2023.

26. Attached hereto as **Exhibit 25** is a true and correct copy of the press release issued by Hut 8 Mining Corp. on February 7, 2023, titled Hut 8 and US Bitcoin Announce merger of equals to create a preeminent digital asset mining, hosting, managed infrastructure operations, and high performance computing organization.

27. Attached hereto as **Exhibit 26** is a true and correct copy of an article authored by Yogita Khatri, titled Credit Suisse leads $65 million Series B in digital asset firm Taurus, and published in The Block on February 14, 2023.

28. Attached hereto as **Exhibit 27** is a true and correct copy of Core Scientific, Inc.'s home webpage accessed on February 26, 2023.

29. Attached hereto as **Exhibit 28** is a true and correct copy of the Yahoo! Finance Bitcoin-USD webpage, accessed on February 25, 2023.

30. Attached hereto as **Exhibit 29** is a true and correct copy of the Yahoo! Finance HIVE Blockchain Technologies Ltd. webpage, accessed on February 26, 2023.

31. Attached hereto as **Exhibit 30** is a true and correct copy of the Yahoo! Finance Marathon Digital Holdings, Inc. webpage, accessed on February 26, 2023.

32. Attached hereto as **Exhibit 31** is a true and correct copy of the Yahoo! Finance Riot Platforms, Inc. webpage, accessed on February 26, 2023.

33. Attached hereto as **Exhibit 32** is a true and correct copy of the Yahoo! Finance Core Scientific, Inc. webpage, accessed on February 25, 2023.

34. Attached hereto as **Exhibit 33** is a true and correct copy of Bitcoin Futures and Options published by CME Group at https://www.cmegroup.com/markets/cryptocurrencies/bitcoin/bitcoin.quotes.html and last visited on February 27, 2023.

35. Attached hereto as **Exhibit 34** is a true and correct copy of an article authored by Ofir Beigel, titled Who Accepts Bitcoin as Payment? and published on Jan. 15, 2023.

36. Attached hereto as **Exhibit 35** is a true and correct copy of the Letter to U.S. Trustee, attached to *Motion of the Ad Hoc Group of Equity Holders of Core Scientific for Entry of an Order Directing the Appointment of an Official Committee of Equity Security Holders* as Exhibit B at Docket No. 458-2.

37. Attached hereto as **Exhibit 36** is a true and correct copy of an email exchange between Skadden and the U.S. Trustee, attached to *Motion of the Ad Hoc Group of Equity Holders of Core Scientific for Entry of an Order Directing the Appointment of an Official Committee of Equity Security Holders* as Exhibit C at Docket No. 458-3.

38. Attached hereto as **Exhibit 37** is a true and correct copy of an email from U.S. Trustee, attached to *Motion of the Ad Hoc Group of Equity Holders of Core Scientific for Entry of an Order Directing the Appointment of an Official Committee of Equity Security Holders* as Exhibit D at Docket No. 458-4.

39. Attached hereto as **Exhibit 38** is a true and correct copy of an email from Skadden to Debtors' Counsel, attached to *Motion of the Ad Hoc Group of Equity Holders of Core Scientific*

*for Entry of an Order Directing the Appointment of an Official Committee of Equity Security Holders* as Exhibit E at Docket No. 458-5.

Dated: February 27, 2023
Chicago, Illinois

*/s/ Ron E. Meisler*
Ron E. Meisler
