**Exhibit 18**



# NATURAL GAS

OVERVIEW | **DATA** | ANALYSIS & PROJECTIONS    GLOSSARY ›   FAQS ›

Referring Pages:
- Natural Gas Futures Prices (NYMEX)

View History: ○ Daily  ○ Weekly  ● Monthly  ○ Annual    Download Data (XLS File)

Chart Tools
[no analysis applied ▾]

**Henry Hub Natural Gas Spot Price**
Dollars per Million Btu



— Henry Hub Natural Gas Spot Price

THOMSON REUTERS

This series is available through the EIA open data API and can be downloaded to Excel or embedded as an interactive chart or map on your website.

**Henry Hub Natural Gas Spot Price (Dollars per Million Btu)**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1997** | 3.45 | 2.15 | 1.89 | 2.03 | 2.25 | 2.20 | 2.19 | 2.49 | 2.88 | 3.07 | 3.01 | 2.35 |
| **1998** | 2.09 | 2.23 | 2.24 | 2.43 | 2.14 | 2.17 | 2.17 | 1.85 | 2.02 | 1.91 | 2.12 | 1.72 |
| **1999** | 1.85 | 1.77 | 1.79 | 2.15 | 2.26 | 2.30 | 2.31 | 2.80 | 2.55 | 2.73 | 2.37 | 2.36 |
| **2000** | 2.42 | 2.66 | 2.79 | 3.04 | 3.59 | 4.29 | 3.99 | 4.43 | 5.06 | 5.02 | 5.52 | 8.90 |
| **2001** | 8.17 | 5.61 | 5.23 | 5.19 | 4.19 | 3.72 | 3.11 | 2.97 | 2.19 | 2.46 | 2.34 | 2.30 |
| **2002** | 2.32 | 2.32 | 3.03 | 3.43 | 3.50 | 3.26 | 2.99 | 3.09 | 3.55 | 4.13 | 4.04 | 4.74 |
| **2003** | 5.43 | 7.71 | 5.93 | 5.26 | 5.81 | 5.82 | 5.03 | 4.99 | 4.62 | 4.63 | 4.47 | 6.13 |
| **2004** | 6.14 | 5.37 | 5.39 | 5.71 | 6.33 | 6.27 | 5.93 | 5.41 | 5.15 | 6.35 | 6.17 | 6.58 |
| **2005** | 6.15 | 6.14 | 6.96 | 7.16 | 6.47 | 7.18 | 7.63 | 9.53 | 11.75 | 13.42 | 10.30 | 13.05 |
| **2006** | 8.69 | 7.54 | 6.89 | 7.16 | 6.25 | 6.21 | 6.17 | 7.14 | 4.90 | 5.85 | 7.41 | 6.73 |
| **2007** | 6.55 | 8.00 | 7.11 | 7.60 | 7.64 | 7.35 | 6.22 | 6.22 | 6.08 | 6.74 | 7.10 | 7.11 |
| **2008** | 7.99 | 8.54 | 9.41 | 10.18 | 11.27 | 12.69 | 11.09 | 8.26 | 7.67 | 6.74 | 6.68 | 5.82 |
| **2009** | 5.24 | 4.52 | 3.96 | 3.50 | 3.83 | 3.80 | 3.38 | 3.14 | 2.99 | 4.01 | 3.66 | 5.35 |
| **2010** | 5.83 | 5.32 | 4.29 | 4.03 | 4.14 | 4.80 | 4.63 | 4.32 | 3.89 | 3.43 | 3.71 | 4.25 |
| **2011** | 4.49 | 4.09 | 3.97 | 4.24 | 4.31 | 4.54 | 4.42 | 4.06 | 3.90 | 3.57 | 3.24 | 3.17 |
| **2012** | 2.67 | 2.51 | 2.17 | 1.95 | 2.43 | 2.46 | 2.95 | 2.84 | 2.85 | 3.32 | 3.54 | 3.34 |
| **2013** | 3.33 | 3.33 | 3.81 | 4.17 | 4.04 | 3.83 | 3.62 | 3.43 | 3.62 | 3.68 | 3.64 | 4.24 |
| **2014** | 4.71 | 6.00 | 4.90 | 4.66 | 4.58 | 4.59 | 4.05 | 3.91 | 3.92 | 3.78 | 4.12 | 3.48 |
| **2015** | 2.99 | 2.87 | 2.83 | 2.61 | 2.85 | 2.78 | 2.84 | 2.77 | 2.66 | 2.34 | 2.09 | 1.93 |
| **2016** | 2.28 | 1.99 | 1.73 | 1.92 | 1.92 | 2.59 | 2.82 | 2.82 | 2.99 | 2.98 | 2.55 | 3.59 |
| **2017** | 3.30 | 2.85 | 2.88 | 3.10 | 3.15 | 2.98 | 2.98 | 2.90 | 2.98 | 2.88 | 3.01 | 2.82 |
| **2018** | 3.87 | 2.67 | 2.69 | 2.80 | 2.80 | 2.97 | 2.83 | 2.96 | 3.00 | 3.28 | 4.09 | 4.04 |

Ad Hoc Equity Group Exhibit 18
1

| Year | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2019** | 3.11 | 2.69 | 2.95 | 2.65 | 2.64 | 2.40 | 2.37 | 2.22 | 2.56 | 2.33 | 2.65 | 2.22 |
| **2020** | 2.02 | 1.91 | 1.79 | 1.74 | 1.75 | 1.63 | 1.77 | 2.30 | 1.92 | 2.39 | 2.61 | 2.59 |
| **2021** | 2.71 | 5.35 | 2.62 | 2.66 | 2.91 | 3.26 | 3.84 | 4.07 | 5.16 | 5.51 | 5.05 | 3.76 |
| **2022** | 4.38 | 4.69 | 4.90 | 6.60 | 8.14 | 7.70 | 7.28 | 8.81 | 7.88 | 5.66 | 5.45 | 5.53 |
| **2023** | 3.27 | | | | | | | | | | | |

- = No Data Reported;  -- = Not Applicable;  NA = Not Available;  W = Withheld to avoid disclosure of individual company data.

Release Date: 2/23/2023
Next Release Date: 3/1/2023

Referring Pages:
- Natural Gas Futures Prices (NYMEX)

**Ad Hoc Equity Group Exhibit 18**
**2**