**Exhibit 28**

**Finance Home** Watchlists My Portfolio Crypto Yahoo Finance Plus News Screeners Markets ...  Upgrade now

## Bitcoin USD (BTC-USD)
CCC - CoinMarketCap. Currency in USD

Follow  👥 Visitors trend  2W ↓  10W ↑  9M ↑

Quote Lookup

### 23,136.70  +24.57 (+0.11%)
As of 11:09PM UTC. Market open.

**Summary**  Chart  Conversations  Historical Data  Profile

1D  5D  1M  6M  YTD  1Y  5Y  Max

⤢ Full screen

[Chart showing intraday price movement with values 23,300.00 / 23,195.02 / 23,132.39 / 22,966.67 / 22,800.00 across 12 AM, 06 AM, 12 PM, 06 PM]

Data provided by CoinMarketCap

| | | | |
|---|---|---|---|
| Previous Close | 23,195.02 | Market Cap | 446.577B |
| Open | 23,195.02 | Circulating Supply | 19.30M |
| Day's Range | 22,863.38 - 23,201.94 | Max Supply | N/A |
| 52 Week Range | 15,599.05 - 48,086.54 | Volume | 16,013,168,640 |
| Start Date | 2013-04-28 | Volume (24hr) | 16.01B |
| Algorithm | N/A | Volume (24hr) All Currencies | 16.01B |

### Related Video



Every investor should at least have an "awareness of crypto": vetera...
Yahoo Finance's Jared Blikre is joined by MarketGauge.com Director of Tra...





Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Privacy Dashboard
About Our Ads  Sitemap

© 2023 Yahoo. All rights reserved.



**Business Insider • yesterday**
**US stocks close lower to wrap up losing week as hot inflation data jolts markets**
The drop on Friday follows higher-than-expected core PCE data. The two-year Treasury yield neared its highest level since 2007.

Ad Hoc Equity Group Exhibit 28
1

Finance Home    Watchlists    My Portfolio    Crypto    Yahoo Finance Plus    News    Screeners    Markets    ···    Upgrade now

Markets

It's backed by 500 years of economic history and reveals the big mistake bullish investors are making today. Don't miss what the…

Business Insider • yesterday

**Authorities seek arrest of man who allegedly mined crypto under a high school and stole…**

In December 2021, a town found a secret crypto mining operation underneath a Massachusetts high school.

Yahoo Finance • yesterday

**'Crypto has a target on its back with the IRS': Bitcoin exec on Yahoo Finance Live**

Crypto investors might want to secure all relevant tax information this season as the IRS and the SEC began to pay extra attention to…

Business Insider • yesterday

**Nobel laureate Paul Krugman sees only a 25% chance of a US recession**

Krugman warned of devastating fallout if the US debt-ceiling crisis isn't resolved, and dismissed crypto as a tool for criminals.

Business Insider • yesterday

**US stocks fall after new inflation data boosts outlook the Fed will stay aggressive**

Stocks fell after hot PCE data. The two-year Treasury yield was nearing its highest level since 2007, ticking up to 4.8%.

Ad • InvestorPlace

**"Top Trader" Predicts: New Silicon Valley is Here**

300 miles of land in the Heart of America could become the new Silicon Valley, thanks to a massive $350 billon trend that could…

Forkast News • yesterday

**Weekly Market Wrap: Bitcoin lingers at US$24,000 level after Wall Street's worst day in 2023 so far**

Bitcoin remained resilient around the US$24,000 level on Tuesday despite Wall Street's worst day of the year so far. Industry experts…

Yahoo Finance Video • yesterday

**Every investor should at least have an 'awareness of crypto': veteran trader**

Yahoo Finance's Jared Blikre is joined by MarketGauge.com Director of Trading Education, Michele "Mish" Schneider, and…

Yahoo Finance UK • yesterday

**Ukraine buying military equipment to fight Russia partly using crypto, claims minister**

Ukraine has been purchasing military equipment using cryptocurrencies, according to the nation's deputy digital minister.

Business Insider • yesterday

**2 former Barclays bankers just netted a 700% profit selling Bored Ape NFTs**

Ad Hoc Equity Group Exhibit 28
2

Finance Home    Watchlists    My Portfolio    Crypto    Yahoo Finance Plus    News    Screeners    Markets    ...    Upgrade now

Ad  Microsoft

**Focus on every customer**

Connect sales, marketing, and service to evolve your customer experience.

Forkast News • yesterday

**Markets: Bitcoin, Ether fall along with all top 10 cryptos as investors await consumption index**



Bitcoin and Ether fell during Asian trading hours on Friday, along with all the top 10 non-stablecoin cryptocurrencies by market…

**Ad Hoc Equity Group Exhibit 28**

**3**