**Exhibit 29**

**Finance Home** | **Watchlists** | **My Portfolio** | **Crypto** | **Yahoo Finance Plus** y+ | **News** | **Screeners** | **Markets** | **Videos** | ... | Upgrade now

## HIVE Blockchain Technologies Ltd. (HIVE)
NasdaqCM - NasdaqCM Real Time Price. Currency in USD

Follow    Quote Lookup

**2.6700**   -0.1700 (-5.99%)    **2.7400**   +0.07 (+2.62%)
At close: February 24 04:00PM EST    After hours: Feb 24, 07:52PM EST

**Summary** | Company Insights y+ | Chart | Conversations | Statistics | Historical Data | Profile | Financials | Analysis | Options | Holders | Sustainability

1D  5D  1M  6M  **YTD**  1Y  5Y  Max    Full screen

Trade prices are not sourced from all markets

**Chart Events** y+
**Bearish** pattern detected
 Commodity Channel Index
View all chart patterns

**Performance Outlook**
Short Term 2W - 6W ↓
Mid Term 6W - 9M ↓
Long Term 9M+ ↓

| | | | | |
|---|---|---|---|---|
| Previous Close | 2.8400 | Market Cap | 223.657M |
| Open | 2.7900 | Beta (5Y Monthly) | 4.44 |
| Bid | 2.6600 x 3100 | PE Ratio (TTM) | N/A |
| Ask | 2.7500 x 1800 | EPS (TTM) | -2.9000 |
| Day's Range | 2.5700 - 2.8000 | Earnings Date | Feb 21, 2023 |
| 52 Week Range | 1.3600 - 11.7000 | Forward Dividend & Yield | N/A (N/A) |
| Volume | 1,334,461 | Ex-Dividend Date | N/A |
| Avg. Volume | 1,273,239 | 1y Target Est | 4.98 |

**Fair Value** y+
XX.XX
Undervalued
19% Est. Return

**Related Research** y+
Daily – Vickers Top Insider Picks for 02/03/2023 The Vickers Top Insider Picks is a daily report that utilizes a proprietary algorithm...
23 days ago • Argus Research

View more

View details

**All** | News | Press Releases | Research Reports y+ | SEC Filings

  Newsfile • 5 days ago
**RETRANSMISSION: HIVE Announces Quarterly Revenue of $14.3 Million, Gross Mining Margin of...**
Vancouver, British Columbia--(Newsfile Corp. - February 21, 2023) - HIVE Blockchain Technologies Ltd. (TSXV: HIVE) (NASDAQ: HIVE) (FSE...

Ad  The Motley Fool
**Motley Fool Issues "All In" Buy Alert**
5 years from now, you'll probably wish you'd grabbed this stock.

Newsfile • 5 days ago

### Advertisement
yahoo/finance
**IT'S TAX TIME**
We've got the info you need
Learn more
File today

**People Also Watch**
| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **HUT**  Hut 8 Mining Corp. | 1.6300 | -0.1500 | -8.43% |
| **BITF**  Bitfarms Ltd. | 0.9400 | -0.1200 | -11.32% |
| **ARBK**  Argo Blockchain plc | 1.6500 | -0.0200 | -1.20% |
| **BTBT**  Bit Digital, Inc. | 1.2700 | -0.1000 | -7.30% |
| **MARA**  Marathon Digital Holdings, Inc. | 6.67 | -0.61 | -8.38% |

**Similar to HIVE**
| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **HUT**  Hut 8 Mining Corp. | 1.6300 | -0.1500 | -8.43% |
| **BITF**  Bitfarms Ltd. | 0.9400 | -0.1200 | -11.32% |
| **MARA**  Marathon Digital Holdings, Inc. | 6.67 | -0.61 | -8.38% |
| **BTBT**  Bit Digital, Inc. | 1.2700 | -0.1000 | -7.30% |
| **ARBK**  Argo Blockchain plc | 1.6500 | -0.0200 | -1.20% |

**Earnings** >
○ Consensus EPS

Finance Home    Watchlists    My Portfolio    Crypto    Yahoo Finance Plus    News    Screeners    Markets    Videos    ...    Upgrade now

Vancouver, British Columbia--(Newsfile Corp. - February 21, 2023) - HIVE Blockchain Technologies Ltd. (TSXV: HIVE) (NASDAQ: HIVE) (FSE...

GlobeNewswire • 11 days ago
**HIVE Blockchain Announces Late Filing of Interim Financial Statements**
VANCOUVER, British Columbia, Feb. 15, 2023 (GLOBE NEWSWIRE) -- HIVE Blockchain Technologies Ltd. (TSXV:HIVE) (Nasdaq: HIVE) (FSE:...

Insider Monkey • 12 days ago
**11 Most Undervalued Blockchain Stocks To Buy According To Hedge Funds**
In this article, we will take a look at the 11 most undervalued blockchain stocks to buy according to hedge funds. To see more such...

Zacks • 12 days ago
**Here's Why HIVE Blockchain (HIVE) Looks Ripe for Bottom Fishing**
HIVE Blockchain (HIVE) appears to have found support after losing some value lately, as indicated by the formation of a hammer chart. I...

Ad  Stansberry Research
**One Chart Suggests History Is Repeating in Markets**
It's backed by 500 years of economic history and reveals the big mistake bullish investors are making today. Don't miss what the chart...

InvestorPlace • 13 days ago
**The 3 Best Crypto Mining Stocks to Buy in February**
The crypto winter was excruciatingly painful. For investors who took a plunge near highs, the losses have been significant. However, there is...

Newsfile • 19 days ago
**RETRANSMISSION: HIVE Blockchain Provides January 2023 Production Update and Bitcoin HODL...**
This news release constitutes a "designated news release" for the purposes of the Company's prospectus supplement dated September...

Newsfile • 19 days ago
**HIVE Blockchain Provides January 2023 Production Update and Bitcoin HODL Increase of 20% on Year-...**
This news release constitutes a "designated news release" for the purposes of the Company's prospectus supplement dated September...

Zacks • 20 days ago
**Earnings Preview: HIVE Blockchain (HIVE) Q3 Earnings Expected to Decline**
HIVE Blockchain (HIVE) doesn't possess the right combination of the two key ingredients for a likely earnings beat in its upcoming report....

Ad  USA News Group
**There's Big Business Happening In Drug Repurposing**
Reformulating old drugs into newly modified applications is BIG business, and is a strategy that's becoming increasingly popular with...

Zacks • 27 days ago
**Bitcoin ETF Wins in January: 5 Best Stocks**

Financials →
Annual  Quarterly    Revenue  Earnings

Recommendation Trends →

Recommendation Rating →
1.7
1 Strong Buy  2 Buy  3 Hold  4 Under-perform  5 Sell

Analyst Price Targets (3) →
Average 4.98
Low 2.95    High 7.00
Current 2.67

Finance Home    Watchlists    My Portfolio    Crypto    Yahoo Finance Plus    News    Screeners    Markets    Videos    ...    Upgrade now

Suite 855
Vancouver, BC V6C 1H2
Canada



**Motley Fool • last month**

**Why Riot Platforms, Hut 8 Mining Corp, and HIVE Blockchain Technologies Are Volatile Today**

Shares of the Chinese Bitcoin miner Riot Platforms (NASDAQ: RIOT) traded more than 10% higher earlier today. Shares of Hut 8 Mining…

**Newsfile • last month**

**RETRANSMISSION: HIVE Blockchain Announces Appointment of Aydin Kilic as Chief Executive Officer**

This news release constitutes a "designated news release" for the purposes of the Company's prospectus supplement dated September…

**Newsfile • last month**

**HIVE Blockchain Announces Appointment of Aydin Kilic as Chief Executive Officer**

This news release constitutes a "designated news release" for the purposes of the Company's prospectus supplement dated September…

**Ad  Capital One Shopping**

**Amazon Left In Chaos After Shoppers Find This Out**

Think you're getting the best deal when you shop online? Don't buy a single thing until you try this — you won't regret it.



**Newsfile • last month**

**RETRANSMISSION: HIVE Blockchain Announces Commercial Deployment of the HIVE BuzzMiner…**

This news release constitutes a "designated news release" for the purposes of the Company's prospectus supplement dated September…



**Newsfile • last month**

**HIVE Blockchain Announces Commercial Deployment of the HIVE BuzzMiner powered by th…**

This news release constitutes a "designated news release" for the purposes of the Company's prospectus supplement dated September…



**Newsfile • 2 months ago**

**RETRANSMISSION: HIVE Blockchain Provides December 2022 Production Update**

This news release constitutes a "designated news release" for the purposes of the Company's prospectus supplement dated September…



**Newsfile • 2 months ago**

**HIVE Blockchain Provides December 2022 Production Update**

This news release constitutes a "designated news release" for the purposes of the Company's prospectus supplement dated September…

**Ad  Search Ads | Tarzo**

**New York: Unsold 2021 Cars Now For Pennies on The Dollar**

Unsold 2021 Cars Now Almost Being Given Away: See Updated Prices



**Newsfile • 2 months ago**

**RETRANSMISSION: HIVE Blockchain Provides Results from Shareholder Meeting and Announces Opportunistic Acquisitions of Energy Efficient…**

[https://www.hiveblockchain.com](https://www.hiveblockchain.com)

Sector(s): **Financial Services**
Industry: **Capital Markets**
Full Time Employees: **18**

HIVE Blockchain Technologies Ltd. operates as a cryptocurrency mining company in Canada, Sweden, and Iceland. It engages in the mining and sale of digital currencies, including Ethereum, Ethereum Classic, and Bitcoin. The company was formerly known as Leeta Gold Corp. and changed its name to HIVE Blockchain Technologies Ltd. in September 2017. HIVE Blockchain Technologies Ltd. was incorporated in 1987 and is headquartered in Vancouver, Canada.

More about HIVE Blockchain Technologies Ltd.

**HIVE vs Sector**    More details

● HIVE    ⬢ Sector - Financial Services

Innovation
Dividends    Hiring
Earnings    Sustainability
Insider Sentiment





Newsfile • 2 months ago

**HIVE Blockchain Provides Results from Shareholder Meeting and Announces Opportunistic Acquisition...**

This news release constitutes a "designated news release" for the purposes of the Company's prospectus supplement dated September...

Insider Monkey • 2 months ago

**13 Best Blockchain Stocks To Buy Now**

In this article, we will discuss the 13 best blockchain stocks to buy now. If you want to skip our analysis of the blockchain industry and...



Data Disclaimer   Help   Suggestions
Terms and Privacy Policy
Privacy Dashboard
About Our Ads   Sitemap

© 2023 Yahoo. All rights reserved.