**<u>Exhibit 30</u>**

Finance Home | Watchlists | My Portfolio | Crypto | Yahoo Finance Plus | News | Screeners | Markets | Videos | ... | Upgrade now

## Marathon Digital Holdings, Inc. (MARA)
NasdaqCM - NasdaqCM Real Time Price. Currency in USD

Follow  Visitors trend  2W ↓  10W ↑  9M ↑   Quote Lookup

**6.67**  -0.61 (-8.38%)   **6.54**  -0.13 (-1.95%)
At close: February 24 04:00PM EST   After hours: Feb 24, 07:59PM EST

Summary | Company Insights | Chart | Conversations | Statistics | Historical Data | Profile | Financials | Analysis | Options | Holders | Sustainability

1D  5D  1M  6M  **YTD**  1Y  5Y  Max    Full screen



NEW: Experience our best charts yet.
Everything you need for any kind of investing

Jan 3, 23    Jan 30, 23

Trade prices are not sourced from all markets

**Chart Events**  *Bullish* pattern detected
 Price Crosses Moving Average
View all chart patterns

**Performance Outlook**
Short Term 2W - 6W ↑
Mid Term 6W - 9M →
Long Term 9M+ ↓

| | | | |
|---|---|---|---|
| Previous Close | 7.28 | Market Cap | 779.336M |
| Open | 6.98 | Beta (5Y Monthly) | 5.11 |
| Bid | 6.53 x 3200 | PE Ratio (TTM) | N/A |
| Ask | 6.54 x 2200 | EPS (TTM) | -2.23 |
| Day's Range | 6.51 - 7.17 | Earnings Date | Feb 28, 2023 |
| 52 Week Range | 3.11 - 32.74 | Forward Dividend & Yield | N/A (N/A) |
| Volume | 25,465,542 | Ex-Dividend Date | N/A |
| Avg. Volume | 29,523,340 | 1y Target Est | 12.33 |

**Fair Value**
XX.XX
Overvalued

**Related Research**
Daily – Vickers Top Insider Picks for 02/03/2023The Vickers Top Insider Picks is a daily report that utilizes a proprietary algorithm...
23 days ago • Argus Research

View more

View details

All | News | Press Releases | Research Reports | SEC Filings



GlobeNewswire • 6 days ago
**Marathon Digital Holdings Schedules Conference Call for Fourth Quarter and Fiscal Year 2022 Financial...**
Earnings Webcast and Conference Call Set for Tuesday, February 28, 2023, at 4:30 p.m. ETFORT LAUDERDALE, Fla., Feb. 20, 2023 (GLOBE...

Ad • The Motley Fool
**3 Stocks We're Doubling Down On In 2023**
Worried about the market? We're doubling down on these stocks.

Insider Monkey • 7 days ago

Finance Home | Watchlists | My Portfolio | Crypto | Yahoo Finance Plus | News | Screeners | Markets | Videos | ... | Upgrade now

In this article, we will discuss the 10 most promising blockchain stocks to buy now according to analysts. If you want to explore similar stock…

**Simply Wall St. • 9 days ago**

**Institutions profited after Marathon Digital Holdings, Inc.'s (NASDAQ:MARA) market cap rose…**

Every investor in Marathon Digital Holdings, Inc. ( NASDAQ:MARA ) should be aware of the most powerful shareholder…

**InvestorPlace • 12 days ago**

**Battleground Stocks: 3 Heavily Shorted Meme Stocks to Watch**

Heavily shorted meme stocks have become a major draw for speculators in the stock market. These stocks are characterized by…

**InvestorPlace • 13 days ago**

**The 3 Best Crypto Mining Stocks to Buy in February**

The crypto winter was excruciatingly painful. For investors who took a plunge near highs, the losses have been significant. However, there is…

Ad  Stansberry Research

**One Chart Suggests History Is Repeating in Markets**

It's backed by 500 years of economic history and reveals the big mistake bullish investors are making today. Don't miss what the chart…

**InvestorPlace • 20 days ago**

**3 Bargain Stocks to Snap Up Before the Crowd Gets Wise**

One of the best ways to make money in 2023 is by picking up red-hot bargain stocks in some of the hottest industries. Look at lithium…

**Bloomberg • 23 days ago**

**Crypto Miner Marathon Digital Made First Bitcoin Sales as Token Soared in January**

(Bloomberg) -- Long-time Bitcoin holder Marathon Digital Holdings Inc. last month sold the token for the first time as its price soared, a step…

**GlobeNewswire • 24 days ago**

**Marathon Digital Holdings Announces Bitcoin Production and Mining Operation Updates for…**

Produced a Record 687 BTC in January 2023, 45% Increase from the Prior MonthIncreased Unrestricted Cash to $133.8 Million and…

**InvestorPlace • 2 months ago**

**4 Small-Cap Stocks to Buy and Hold for the Long Haul**

There are small-cap stocks to buy and hold that can be mid-caps or large-caps in the next five to ten years. It's relatively easy to pick blu…

Ad  USA News Group

**There's Big Business Happening In Drug Repurposing**

Reformulating old drugs into newly modified applications is BIG business, and is a strategy that's becoming increasingly popular with every year.

Data Disclaimer   Help   Suggestions
Terms and Privacy Policy
Privacy Dashboard 
About Our Ads   Sitemap
© 2023 Yahoo. All rights reserved.

Case 22-90341   Document 578-30   Filed in TXSB on 02/27/23   Page 4 of 4

| Finance Home | Watchlists | My Portfolio | Crypto | Yahoo Finance Plus | News | Screeners | Markets | Videos | ... |  Upgrade now |

GlobeNewswire • 2 months ago

**Marathon Digital Holdings Announces Bitcoin Production and Mining Operation Updates for…**

Marathon's Path to 23 EH/s Latest installation schedules as of January 2023. Subject to change. - Achieved a New Record in Quarterly BTC…

Ad Hoc Equity Group Exhibit 30
3