**<u>Exhibit 32</u>**



Ad Hoc Equity Group Exhibit 32
1

Case 22-90341    Document 578-32   Filed in TXSB on 02/27/23   Page 3 of 3

AUSTIN, Texas, January 09, 2023--Core Scientific Announces November and December 2022 Updates

File today

Refers to TurboTax® .tax file import; .pdf import time varies based on Internet and system speed.

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Privacy Dashboard
About Our Ads  Sitemap

© 2023 Yahoo. All rights reserved.

Ad Hoc Equity Group Exhibit 32
2