**<u>Exhibit 33</u>**



# BITCOIN FUTURES - QUOTES

VENUE: GLOBEX

Last Updated 27 Feb 2023 08:20:25 AM CT. Market data is delayed by at least 10 minutes.

| MONTH | OPTIONS | CHART | LAST | CHANGE | PRIOR SETTLE | OPEN | HIGH | LOW | VOLUME | UPDATED |
|---|---|---|---|---|---|---|---|---|---|---|
| MAR 2023 BTCH3 | OPT |  | 23845 | +500 (+2.14%) | 23345 | 23565 | 23955 | 23455 | 2,807 | 08:10:12 CT 27 Feb 2023 |
| APR 2023 BTCJ3 | OPT |  | 24005 | +500 (+2.13%) | 23505 | 23835 | 24005 | 23615 | 40 | 07:55:58 CT 27 Feb 2023 |
| MAY 2023 BTCK3 | OPT |  | 23835 | +260 (+1.10%) | 23575 | 23755 | 23835 | 23755 | 11 | 07:17:29 CT 27 Feb 2023 |
| JUN 2023 BTCM3 | OPT |  | 24000 | +345 (+1.46%) | 23655 | 24000 | 24000 | 24000 | 1 | 18:18:38 CT 26 Feb 2023 |
| JUL 2023 BTCN3 | OPT |  | 23980 | +320 (+1.35%) | 23660 | 23980 | 23980 | 23980 | 1 | 07:37:56 CT 27 Feb 2023 |

Ad Hoc Equity Group Exhibit 33

1

| MONTH | OPTIONS | CHART | LAST | CHANGE | PRIOR SETTLE | OPEN | HIGH | LOW | VOLUME | UPDATED |
|---|---|---|---|---|---|---|---|---|---|---|
| AUG 2023 BTCQ3 | OPT | 📊 | - | - | 23665 | - | - | - | 0 | 16:00:00 CT 26 Feb 2023 |
| SEP 2023 BTCU3 | OPT | 📊 | - | - | 23750 | - | - | - | 0 | 18:18:38 CT 26 Feb 2023 |
| DEC 2023 BTCZ3 | OPT | 📊 | - | - | 23905 | - | - | - | 0 | 18:18:38 CT 26 Feb 2023 |
| MAR 2024 BTCH4 | OPT | 📊 | - | - | 24105 | - | - | - | 0 | 18:18:38 CT 26 Feb 2023 |
| JUN 2024 BTCM4 | OPT | 📊 | - | - | 24310 | - | - | - | 0 | 16:00:00 CT 26 Feb 2023 |
| DEC 2024 BTCZ4 | OPT | 📊 | - | - | 24720 | - | - | - | 0 | 16:00:00 CT 26 Feb 2023 |

About this Report    Return to top

*All market data contained within the CME Group website should be considered as a reference only and should not be used as validation against, nor as a complement to, real-time market data feeds. Settlement prices on instruments without open interest or volume are provided for web users only and are not published on Market Data Platform (MDP). These prices are not based on market activity.*

### Commitment of Traders →
Drawn from CFTC report data, see which trader types have positions in a market you want to trade, at what size, whether they're long or short, and chart changes over time.

### Pace of Roll →
Inform your roll strategy with daily updates and analytics on roll activity in Cryptocurrency futures.

### Bitcoin Historical Pricing Tool →
Backtest bitcoin trading strategies using historical prices as tracked by the CME CF Bitcoin Real Time Index and CME CF Bitcoin Reference Rate indicators.

## Looking for more? Explore our additional resources

**PRODUCTS**

Bitcoin futures and options

**RESOURCES**

Data licensing

NOW TRADING: OPTIONS ON MICRO BITCOIN

- Micro Bitcoin futures
- Ether futures and options
- Micro Ether futures
- Micro Cryptocurrency futures and options

- Brokers and FCMs
- Intermediaries and liquidity providers
- BTIC on Cryptocurrency futures
- Cryptocurrency Benchmarks
- Futures price fixings for options

AND MICRO ETHER FUTURES 

**COMPANY**
About Us
ESG
Media Room
Careers
Investor Relations
Contact Us

**INTERNATIONAL**
Global Offices
Partner Exchanges
Latin America
Europe, Middle East & Africa
Asia-Pacific

**MARKET REGULATION**
Overview
Rulebooks
Regulatory Guidance
Rule Filings
Regulatory Outreach

**OUR EXCHANGES**
CME
CBOT
NYMEX
COMEX

    

English

 FEEDBACK

CME Group is the world's leading derivatives marketplace. The company is comprised of four Designated Contract Markets (DCMs). Further information on each exchange's rules and product listings can be found by clicking on the links to CME, CBOT, NYMEX and COMEX.

© 2023 CME Group Inc. All rights reserved.

Disclaimer | Privacy Notice | Cookie Notice | Terms of Use | Data Terms of Use | Modern Slavery Act Transparency Statement | Report a Security Concern

**Ad Hoc Equity Group Exhibit 33**

3