**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | ) Case No. 22-90341 (DRJ) |
| Debtors.[1] | ) (Jointly Administered) |

**[PROPOSED] ORDER GRANTING AD HOC GROUP OF EQUITY HOLDERS' OBJECTION TO EMERGENCY MOTION TO ADJOURN HEARING AND THEIR MOTION TO QUASH NOTICE OF DEPOSITION**

The Court, having considered the (1) *Emergency Motion to Adjourn Hearing on Motion of Ad Hoc Group of Equity Holders of Core Scientific for Entry of an Order Directing the Appointment of an Official Committee of Equity Holders* [Docket No. 569] (the "**Emergency Motion**"); and (2) the *Ad Hoc Group of Equity Holders' Motion to Quash Notice of Deposition* (the "**Motion to Quash**"), and finding good cause does not exist for the Emergency Motion but does exist for the Motion to Quash,

**IT IS HEREBY ORDERED THAT:**

1. The Emergency Motion is denied as set forth herein.

2. The Motion to Quash is granted as set forth herein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6073); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

2

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated:_____
     Houston, Texas

                                                _____
                                                DAVID R. JONES
                                                UNITED STATES BANKRUPTCY JUDGE