**EXHIBIT B**

**From:** Meisler, Ron E (CHI)
**To:** krishansen@paulhastings.com
**Subject:** Motion to Appoint Equity Committee
**Date:** 2/1/2023 7:28:00 PM
**CC:** Reed, Noelle M (HOU); Madden, Jennifer (PAL)
**BCC:**

**Message:**
Hi Kris,

Just following up on the Judge's comments and our discussion. Let me know your availability tomorrow or Friday for a brief call regarding our pursuit of an official committee.

Thanks and nice to finally meet in person!

Best,
Ron

Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive | Chicago | Illinois | 60606-1720
T: 312.407.0549 | M: 312.282.1111 | F: 312.407.8641
rmeisler@skadden.com