**<u>EXHIBIT C</u>**

**From:** Madden, Jennifer (PAL)
**To:** Meisler, Ron E (CHI); krishansen@paulhastings.com
**Subject:** RE: Motion to Appoint Equity Committee
**Date:** 2/3/2023 1:05:00 PM
**CC:** Reed, Noelle M (HOU)
**BCC:**

**Message:**
Hi Kris,

Following up from Ron's email on Wednesday. Chambers has informed us that we may schedule the hearing on our motion at 2/28 at 11 a.m., the morning after the final DIP hearing. We understand this time works for the Debtors and will allow parties to minimize travel. We intend to file our motion within the next 2 hours or so (and certainly before close of business), noticing it for 2/28. Of course, we remain open to discuss a consensual resolution. Please let us know promptly if that date and time cause any issues.

Thank you,
Jenn

Jennifer Madden
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue | Palo Alto | California | 94301-1908
T: +1.650.470.4658 | F: +1.650.798.6558
jennifer.madden@skadden.com

-----Original Message-----
From: Meisler, Ron E (CHI) <Ron.Meisler@skadden.com>
Sent: Wednesday, February 1, 2023 4:28 PM
To: krishansen@paulhastings.com
Cc: Reed, Noelle M (HOU) <Noelle.Reed@skadden.com>; Madden, Jennifer (PAL) <Jennifer.Madden@skadden.com>
Subject: Motion to Appoint Equity Committee

Hi Kris,
Just following up on the Judge's comments and our discussion. Let me know your availability tomorrow or Friday for a brief call regarding our pursuit of an official committee.

Thanks and nice to finally meet in person!

Best,
Ron

Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive | Chicago | Illinois | 60606-1720
T: 312.407.0549 | M: 312.282.1111 | F: 312.407.8641 rmeisler@skadden.com