# **EXHIBIT D**

**From:**     Meisler, Ron E (CHI)
**To:**       Hansen, Kris
**Subject:**  Re: [Ext] Re: Motion to Appoint Equity Committee
**Date:**     2/4/2023 2:36:00 PM
**CC:**       Reed, Noelle M (HOU); Madden, Jennifer (PAL); Bhattacharyya, Sayan; Lau, Joanne
**BCC:**

**Message:**
Thanks Kris. Enjoy your time off. If anyone on your team has questions about our motion, then we should organize a time for a call. Otherwise, probably no need for a follow up discussion.

> Best,
> Ron
>
> Ron E. Meisler
> Skadden, Arps, Slate, Meagher & Flom LLP
> 155 North Wacker Drive | Chicago | Illinois | 60606-1720
> T: 312.407.0549 | M: 312.282.1111 | F: 312.407.8641
> rmeisler@skadden.com
>
> On Feb 3, 2023, at 7:19 PM, Hansen, Kris <krishansen@paulhastings.com> wrote:
>
> Thanks, Ron. Copying in Sayan and Joanne. I'm out next week. Pls follow up with them to the extent you want to discuss anything, but our position remains the same as we discussed outside the courtroom.
>
>
> Kristopher M. Hansen
> Stroock & Stroock & Lavan LLP
> 180 Maiden Lane<x-apple-data-detectors://3/0>
> New York, New York 10038<x-apple-data-detectors://3/0>
> (t) 212-806-6056<tel:212-806-6056>
> (f) 212-806-9056<tel:212-806-9056>
> (m) 646-468-7792<tel:646-468-7792>
> (e) khansen@stroock.com<mailto:khansen@stroock.com>
>
> On Feb 3, 2023, at 5:18 PM, Meisler, Ron E <Ron.Meisler@skadden.com> wrote:
>
>
>
> --- External Email ---
>
>
> You don't often get email from ron.meisler@skadden.com. Learn why this is important<https://aka.ms/LearnAboutSenderIdentification>
>
> Hi Kris,
> Attached is a courtesy copy of the motion we filed a few minutes ago. We noticed the motion up for 2/28.
>
> Best,
> Ron
>
>
>

1

> Ron E. Meisler
> Skadden, Arps, Slate, Meagher & Flom LLP
> 155 North Wacker Drive | Chicago | Illinois | 60606-1720
> T: 312.407.0549 | M: 312.282.1111 | F: 312.407.8641
> rmeisler@skadden.com
>
> -------------------------------------------------------------------------------
> This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.
>
> Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
>
>
======================================================================================
>
>
>
***************************************************************************************
> This message is sent by a law firm and may contain information that is privileged or confidential. If you received
> this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
> If you reply to this message, Paul Hastings may collect personal information including your name, business name
> and other contact details, and IP address.  For more information about Paul Hastings' information collection, privacy
> and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.
> <Dkt 458 - Motion_to_Appoint_Official_Equity_Committee.pdf>

2