IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § | Jointly Administered |

**NOTICE OF WITHDRAWAL OF BLOCKFI LENDING LLC'S LIMITED OBJECTION AND RESERVATION OF RIGHTS WITH RESPECT TO EMERGENCY MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN REPLACEMENT SENIOR SECURED NON-PRIMING SUPERPRIORITY POSTPETITION FINANCING, (B) USE CASH COLLATERAL, AND (C) PAY OFF EXISTING POSTPETITION FINANCING FACILITY, (II) GRANTING LIENS AND PROVIDING CLAIMS WITH SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, (III) GRANTING ADEQUATE PROTECTION TO THE PREPETITION SECURED PARTIES, (IV) MODIFYING THE AUTOMATIC STAY, (V) SCHEDULING A FINAL HEARING, AND (VI) GRANTING RELATED RELIEF**

BlockFi Lending LLC ("BlockFi") files this notice of withdrawal with respect to its limited objection and reservation of rights [Doc. No. 544] (the "Limited Objection") to the *Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Replacement Senior Secured Non-priming Superpriority Postpetition Financing, (B) Use Cash Collateral, and (C) Pay Off Existing Postpetition Financing Facility, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

4855-0246-7411 v.1

*Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Doc. No. 389] (the "Replacement DIP Motion").

Revisions included in the most recent version of the proposed final order for the Replacement DIP Motion [Doc. No. 573] resolve the issues raised in BlockFi's Limited Objection and accordingly the Limited Objection is hereby withdrawn.

Dated: February 28, 2023                              Respectfully submitted,

By: */s/ Matt Ferris*
Kenric D. Kattner
Texas State Bar No. 11108400
Arsalan Muhammad
Texas State Bar No. 24074771
**HAYNES AND BOONE, LLP**
1221 McKinney Street, Suite 4000
Houston, TX 77010
Telephone No.: (713) 547-2000
Facsimile No.: (713) 547-2600
Email: kenric.kattner@haynesboone.com
Email: arsalan.muhammad@haynesboone.com

- and -

Matt Ferris
Texas State Bar No. 24045870
Charles M. Jones II
Texas State Bar No. 24054941
**HAYNES AND BOONE, LLP**
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Telephone No. (214) 651-5000
Facsimile No.: (214) 651-5940
Email: matt.ferris@haynesboone.com
Email: charlie.jones@haynesboone.com

- and -

Richard Kanowitz, (admitted *pro hac vice*)
**HAYNES AND BOONE, LLP**
30 Rockefeller Plaza, 26th Floor
New York, NY 10112
Telephone No.: (212) 659-7300
Facsimile No.: (212) 918-8989
Email: richard.kanowitz@haynesboone.com

*Counsel for BlockFi, Inc.*

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on February 28, 2023.

*/s/ Matt Ferris*
Matt Ferris