UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-90341 |
| | § | |
| Core Scientific, Inc., | § | CHAPTER 11 |
| Core Scientific Acquired Mining LLC, | § | |
| Core Scientific Operating Company, | § | |
| Radar Relay, Inc. | § | |
| Core Scientific Specialty Mining (Oklahoma LLC) | § | |
| American Property Acquisition, LLC | § | |
| Starboard Capital LLC | § | |
| Radar Inc. | § | |
| American Property Acquisition I, LLC | § | |
| American Property Acquisition VII, LLC | § | |
| Core Scientific Mining LLC | § | |
| | § | |
| Debtors. | § | |

**DEFAULT ORDER GRANTING RELIEF FROM AUTOMATIC STAY**
**(This Order Resolves Docket # __)**

Toyota Industries Commercial Finance, Inc. ("Movant") filed a Motion for Relief from the automatic stay against property described as follows:

1: two (2) 2020 JLG Scissor lifts, model #s 3246ES-M200031663 and M200031705;
2: one (1) 2020 Toyota forklift model #8FBMK25T-10079;
3: two (2) 2019 JLG Scissor lifts, model #s 3246ES-M200031625 and M200031369;
4: two (2) 2019 JLG Scissor lifts, model #s 1930ES-M200027308 and M200027416;
5: two (2) 2020 Toyota forklifts, model #s 8FBMK25T-10078 and 10080;
6: two (2) 2019 JLG Scissor lifts, model #s 3246ES-M200033921 and M200033922;
7: two (2) 2020 JLG Scissor lifts, model #s 3246ES-M200031706 and M200031707;
8: one (1) 2019 Toyota forklift, model #7FBCU15-70550;
9: one (1) 2020 Toyota forklift, model #8FBMK25T-10081;
10: one (1) 2021 Aichi Scissor lift, model #SV1930E-796237;
11: two (2) 2021 Aichi Scissor lifts, model #s SV1932E-801917 and 801927;
12: four (4) 2021 Aichi Scissor lifts, model #s SV1932E-808762, 808761, 808764 and 808763; and
13: two (2) 2021 Aichi Scissor lifts, model #s SV1932E-808495 and 808496.

1. .   Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing.

_____   Although a response opposing the motion was filed, the respondent did not appear at the hearing. Therefore, the response is overruled for want of prosecution and the motion is granted.

_____   The debtor filed a response that the debtor was not opposed to the requested relief and no other party opposed the requested relief.

ORDER GRANTING RELIEF FROM AUTOMATIC STAY - PAGE 1
WWR\1783.MRS.ORD.SOUTHERN HOUSTON 11/SRG

|  |  |
|---|---|
| _____ | The debtor filed a response that the debtor was unable to admit or deny the allegations, the debtor failed to appear at the hearing, and no other party opposed the requested relief. |
| _____ | After hearing, and for the reasons stated on the record, relief from the stay is granted. |
| _____ | No timely response was filed. Accordingly, the motion is granted by default. |
| _____ | As shown by Debtors' counsel signature below, Debtors have agreed to the requested relief. |

Accordingly, it is ordered that Movant is granted relief from the automatic stay [and the co-debtor stay] to pursue its state law remedies against the Property, including foreclosure, repossession and/or eviction.

Additional rulings:

|  |  |
|---|---|
| _____ | Movant is awarded attorney's fees in the amount of $_____. |
| _____ | The stay imposed by Bankruptcy Rule 4001(a)(3) does not apply for the reasons stated on the record. |

SIGNED the \_\_\_\_ day of _____, 2023.

_____
Honorable David R. Jones,
U.S. Bankruptcy Judge

Approved by Movant's Counsel:

*/s/ Shawn K. Brady*
Movant's counsel signature
Name: Shawn K. Brady
State Bar No.: 00787126
S.D. Tex. Bar No.: 17843
BRADY LAW FIRM, PLLC
6136 Frisco Square Blvd., Suite 400
 Frisco, Texas 75034
Telephone: (469) 287-5484
E-mail: sbrady@brady-law-firm.com
Attorney for Toyota Industries Commercial Finance, Inc.