*Form O-5*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-90341 |
| | § | |
| Core Scientific, Inc., | § | CHAPTER 11 |
| Core Scientific Acquired Mining LLC, | § | |
| Core Scientific Operating Company, | § | |
| Radar Relay, Inc. | § | |
| Core Scientific Specialty Mining (Oklahoma LLC) | § | |
| American Property Acquisition, LLC | § | |
| Starboard Capital LLC | § | |
| Radar Inc. | § | |
| American Property Acquisition I, LLC | § | |
| American Property Acquisition VII, LLC | § | |
| Core Scientific Mining LLC | § | |
| | § | |
| Debtors. | § | |

NOTICE OF HEARING ON RELIEF FROM STAY

On February 28, 2023, a Motion was filed, seeking relief from the automatic stay of 11 U.S.C. 362.

Date:       March 29, 2023

Time:       10:00 a.m.

Courtroom:  In the Courtroom of Bankruptcy Judge David R. Jones, in the Houston Division Courtroom; Video participation is available at www.gotomeet.me/JudgeJones conference call participation is also required. The Court's conference call number is (832) 917-1510, conference code 205691.

Address:    United States Court House, 515 Rusk Street, Courtroom #400, Texas 77002.

If you object to the filing of the stay, no later than five (5) working days before the hearing you must:

1.  File with the Clerk an affidavit stating that:

    a.  You have conferred with the Movant in a good faith effort to reach an agreement, with the dates and times of the conferences,
    b.  The efforts were unsuccessful, and
    c.  A hearing is required.

2.  File with the Clerk your written answer opposing the motion; include:

    The particular grounds for the opposition under Federal Rules 8(b) and 11:

*Form O-5*

The identity of your interest in the property;
The provable value of the property and equity after deduction of all encumbrances;
Attach copies of your affidavit of conferences and the motion to your answer.

Serve a copy of your written answer on the Movant at: BRADY LAW FIRM, PLLC, 6136 Frisco Square Blvd., Suite 400, Frisco, Texas 75034.

Date: February 28, 2023      */s/Shawn K. Brady*

                Movant's counsel signature
                Name: Shawn K. Brady
                State Bar No.: 00787126
                S.D. Tex. Bar No.: 17843
                BRADY LAW FIRM, PLLC
                6136 Frisco Square Blvd., Suite 400
                Frisco, Texas 75034
                (469) 287-5484 Telephone
                E-Mail: sbrady@brady-law-firm.com

                Attorney for Toyota Industries Commercial Finance, Inc.

**Certificate of Service and Certificate of Compliance with BLR 4001**

On February 28, 2023 a copy of this Notice was served on Debtors, Core Scientific, Inc., et al, 210 Barton Springs Road, Suite 300, Austin, Texas 78704; and by ECF to parties listed in attached Matrix requesting notice.

                */s/Shawn K. Brady*
                Movant's Counsel