IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| | § § | (Jointly Administered) |
| Debtors.¹ | § § § | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned case on behalf of Indigo Direct Lending, LLC ("IDL") pursuant to section 1109(b) of chapter 11 of title 11 of the United States Code (as amended, the "Bankruptcy Code") and rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and respectfully requests that the name of counsel listed below be added to the mailing list maintained by the Court, and that all notices given or required to be given in this case, and all pleadings and other papers served, or required to be served, in this case, be given to and served upon the following:

Theresa A. Driscoll, Esq.
Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, New York 11530
Telephone: 516-873-2000
Facsimile: 516-873-2010
Email: tdriscoll@moritthock.com

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS                                Page 1 of 3
3217322v1

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code provision and Bankruptcy Rules specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, electronic mail, or otherwise, that is filed or given in connection with the above-captioned case and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this request shall not be deemed or construed to be a consent to the jurisdiction of the Bankruptcy Court for the Southern District of Texas or a waiver of any substantive or procedural rights of IDL, including, for any rights, claims, actions, defenses, setoffs or recoupments to which IDL may be entitled under agreements in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Garden City, New York
February 28, 2023

**MORITT HOCK HAMROFF LLP**

By: */s/ Theresa A. Driscoll*
Theresa A. Driscoll
400 Garden City Plaza
Garden City, New York
Telephone: 516-873-2000
Facsimile: 516-873-2010
Email: tdriscoll@moritthock.com

*Counsel to Indigo Direct Lending, LLC*

## Certificate of Service

I certify that on February 28, 2023 I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                */s/ Theresa A. Driscoll*
                                                Theresa A. Driscoll