UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | ) ) ) | Case No. 22-90341 (DRJ) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |
| | ) ) | Re: Docket No. 569 |

**NOTICE OF HEARING REGARDING THE AD HOC NOTEHOLDER GROUP'S EMERGENCY MOTION TO ADJOURN HEARING ON MOTION OF AD HOC GROUP OF EQUITY HOLDERS OF CORE SCIENTIFIC FOR ENTRY OF AN ORDER DIRECTING THE APPOINTMENT OF AN OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS [DOCKET NO. 458]**

**PLEASE TAKE NOTICE** that a hearing will be held before the United States Bankruptcy Judge David R. Jones on **March 1, 2022 at 3:30 p.m. prevailing Central Time** (the "Hearing") to consider the *Ad Hoc Noteholder Group's Emergency Motion to Adjourn Hearing on Motion of Ad Hoc Group of Equity Holders of Core Scientific for Entry of an Order Directing the Appointment of an Official Committee of Equity Security Holders [Docket No. 458]* [Docket No. 569] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted in Courtroom 400, at the United States Courthouse located at 515 Rusk Avenue, Houston, Texas 77002. You may participate in the Hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility by calling

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

832-917-1510 and entering the conference code 205691. Video communication will be by use of the Gotomeeting Platform. Connect via the free Gotomeeting Application or click the link on Judge Jones' home page (https://gotomeet.me/JudgeJones) on the Southern District of Texas website. The meeting code is "judgejones." Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Jones' home page: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-david-r-jones. Select the case name, complete the required fields, and click "Submit" to complete your appearance.

[*Remainder of Page Intentionally Left Blank*]

Dated: February 28, 2023
      Houston, Texas

                                      Respectfully submitted,

                                      */s/ James T. Grogan III*
                                      **PAUL HASTINGS LLP**
                                      James T. Grogan III (TX Bar No. 24027354)
                                      600 Travis Street, 58th Floor
                                      Houston, Texas 77002
                                      Telephone: (713) 860-7300
                                      Facsimile: (713) 353-3100
                                      Email: jamesgrogan@paulhastings.com

                                      -and-

                                      Kristopher M. Hansen (admitted *pro hac vice*)
                                      Sayan Bhattacharyya (admitted *pro hac vice*)
                                      Kenneth Pasquale (admitted *pro hac vice*)
                                      Erez Gilad (admitted *pro hac vice*)
                                      Joanne Lau (admitted *pro hac vice*)
                                      200 Park Avenue
                                      New York, New York 10166
                                      Telephone: (212) 318-6000
                                      Facsimile: (212) 319-4090
                                      Email: krishansen@paulhastings.com
                                                    sayanbhattacharyya@paulhastings.com
                                                    kenpasquale@paulhastings.com
                                                    erezgilad@paulhastings.com
                                                    joannelau@paulhastings.com

                                      *Counsel to the Ad Hoc Group of Secured Convertible Noteholders*

### Certificate of Service

    I certify that on February 28, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                     */s/ James T. Grogan III*
                                                     James T. Grogan III