IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*, | § | Case No. 22-90341 (DRJ) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | |

**NOTICE OF AGENDA OF MATTERS SET FOR
HEARING ON MARCH 1, 2023 AT 3:30 P.M. (CST)**

The above-referenced debtors and debtors in possession (collectively, the "**Debtors**") hereby file their Agenda of Matters Set for Hearing on March 1, 2023 at 3:30 p.m. (CST) before the Honorable David R. Jones. The hearing will be conducted in Courtroom 400, 4th floor, 515 Rusk Avenue, Houston, TX 77002. You may participate in the hearing by an audio and video connection. The audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510 and enter the conference code 205691. The video communication will be by use of the Gotomeeting Platform. Connect via the free Gotomeeting Application or click the link on Judge Jones's home page. The meeting code is "judgejones." Click the settings icon in the upper right corner and enter your name under the personal information setting.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6073); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

1. **Ad Hoc Noteholder Group's Emergency Motion to Adjourn Hearing on Motion of the Ad Hoc Group of Equity Holders of Core Scientific for Entry of an Order Directing the Appointment of an Official Committee of Equity Security Holders (ECF No. 569)**

   Status: This matter is going forward.

   Responses Filed:

       A. The Ad Hoc Equity Group's (1) Objection to the Ad Hoc Noteholder Group's Emergency Motion to Adjourn Hearing, and (2) Motion to Quash Notice of Deposition (ECF No. 583)

   Related Documents:

       A. Motion of the Ad Hoc Group of Equity Holders of Core Scientific for Entry of an Order Directing the Appointment of an Official Committee of Equity Security Holders (ECF No. 458)

       B. Ad Hoc Group's Witness and Exhibit List for March 1, 2023 Hearing (ECF No. 575)

       C. Ad Hoc Equity Group's Witness and Exhibit List for March 1, 2023 Hearing (ECF No. 576)

       D. Debtors' Witness and Exhibit List for Hearing on March 1, 2023 (ECF No. 577)

       E. The Official Committee of Unsecured Creditors' Witness and Exhibit List for Hearing on March 1, 2023 (ECF No. 582)

       F. Notice of Hearing Ad Hoc Noteholder Group's Emergency Motion to Adjourn Hearing on Motion of the Ad Hoc Group of Equity Holders of Core Scientific for Entry of an Order Directing the Appointment of an Official Committee of Equity Security Holders (ECF No. 590)

2. **Motion of the Ad Hoc Group of Equity Holders of Core Scientific for Entry of an Order Directing the Appointment of an Official Committee of Equity Security Holders (ECF No. 458)**

   Status: This matter is going forward.

   Responses Filed:

       A. Debtors' Response to Motion for Appointment of an Official Committee of Equity Security Holders (ECF No. 570)

       B. Statement of the Official Committee of Unsecured Creditors with Respect to Motion of the Ad Hoc Group of Equity Holders of Core Scientific for

|   |   |
|---|---|
| | Entry of an Order Directing the Appointment of an Official Committee of Equity Security Holders (ECF No. 571) |
| C. | Objection of the Ad Hoc Group to the Motion of the Ad Hoc Group of Equity Holders of Core Scientific for Entry of an Order Directing the Appointment of an Official Committee of Equity Security Holders (ECF No. 572) |
| D. | Reply of Ad Hoc Group of Equity Holders (A) to Objection of the Ad Hoc Noteholder Group and (B) in Further Support of the Motion of the Ad Hoc Group of Equity Holders of Core Scientific for Entry of an Order Directing the Appointment of an Official Committee of Equity Security Holders (ECF No. 588) |

<u>Related Documents</u>:

|   |   |
|---|---|
| A. | Notice of Rescheduled Hearing Regarding Motion of the Ad Hoc Group of Equity Holders of Core Scientific for Entry of an Order Directing the Appointment of an Official Committee of Equity Security Holders (ECF No. 568) |
| B. | Ad Hoc Noteholder Group's Emergency Motion to Adjourn Hearing on Motion of the Ad Hoc Group of Equity Holders of Core Scientific for Entry of an Order Directing the Appointment of an Official Committee of Equity Security Holders (ECF No. 569) |
| C. | Ad Hoc Group's Witness and Exhibit List for March 1, 2023 Hearing (ECF No. 575) |
| D. | Ad Hoc Equity Group's Witness and Exhibit List for March 1, 2023 Hearing (ECF No. 576) |
| E. | Debtors' Witness and Exhibit List for Hearing on March 1, 2023 (ECF No. 577) |
| F. | Declaration of Ron E. Meisler in Support of the Ad Hoc Group of Equity Holders' Reply in Further Support of the Motion of the Ad Hoc Group of Equity Holders of Core Scientific for Entry of an Order Directing the |

|   |   |   |
|---|---|---|
|   |   | Appointment of an Official Committee of Equity Security Holders (ECF No. 578) |
|   | G. | The Official Committee of Unsecured Creditors' Witness and Exhibit List for Hearing on March 1, 2023 (ECF No. 582) |
|   | H. | The Ad Hoc Equity Group's (1) Objection to the Ad Hoc Noteholder Group's Emergency Motion to Adjourn Hearing, and (2) Motion to Quash Notice of Deposition (ECF No. 583) |
|   | I. | Notice of Hearing Ad Hoc Noteholder Group's Emergency Motion to Adjourn Hearing on Motion of the Ad Hoc Group of Equity Holders of Core Scientific for Entry of an Order Directing the Appointment of an Official Committee of Equity Security Holders (ECF No. 590) |

3. **Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Replacement Senior Secured Non-Priming Superiority Postpetition Financing, (B) Use Cash Collateral, and (C) Pay Off Existing Postpetition Financing Facility, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief (ECF No. 389)**

   Status:           This matter is going forward.

   Responses Filed:

   A. BlockFi Lending LLC's Limited Objection and Reservation of Rights with Respect to Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Replacement Senior Secured Nonpriming Superpriority Postpetition Financing, (B) Use Cash Collateral, and (C) Pay Off Existing Postpetition Financing Facility, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief (ECF No. 544)

   B. Gaylor Electric, Inc. D/B/A Gaylor, Inc.'s Limited Objection and Reservation of Rights with Respect to Replacement Debtor-In-Possession Financing (ECF No. 546)

   Status:  This objection has been resolved by agreement between the parties.

   C. Limited Objection of Ad Hoc Group of Equity Holders to the Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Replacement Senior Secured Non-Priming Superiority Postpetition Financing, (B) Use Cash Collateral, and (C) Pay Off Existing Postpetition Financing Facility, (II) Granting Liens and

|     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                   |
| --- | ----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|     | Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief (ECF No. 584)                                                                                                                                                                                                                                                                                                                                         |
| D.  | Notice of Withdrawal of BlockFi Lending LLC's Limited Objection and Reservation of Rights with Respect to Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Replacement Senior Secured Nonpriming Superpriority Postpetition Financing, (B) Use Cash Collateral, and (C) Pay Off Existing Postpetition Financing Facility, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief (ECF No. 585) |

Related Documents:

|     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                   |
| --- | ----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| A.  | Notice of Filing Proposed Interim Order (I) Authorizing the Debtors to (A) Obtain Senior Secured Non-Priming Superiority Postpetition Financing, (B) Use Cash Collateral, and (C) Pay off Existing Post petition Financing Facility, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief (ECF No. 378) |
| B.  | Declaration of John Singh in Support of Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Replacement Senior Secured Non-Priming Replacement Superpriority Postpetition Financing, (B) Use Cash Collateral, and (C) Pay Off Existing Postpetition Financing Facility, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief (ECF No. 390) |
| C.  | Declaration of Rodi Blokh in Support of the Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Replacement Senior Secured Non-Priming Superpriority Postpetition Financing, (B) Use Cash Collateral, and (C) Pay Off Existing Postpetition Financing Facility, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the |

Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief (ECF No. 391)

D. Order (I) Authorizing the Debtors on an Interim Basis to (A) Obtain Senior Secured Non-priming Superpriority Replacement Postpetition Financing and (B) Use Cash Collateral, (II) Authorizing the Debtors to Refinance Existing Postpetition Financing on a Final Basis, (III) Granting Liens and Providing Claims With Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Secured Parties on a Final Basis, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief (ECF No. 447)

E. Gaylor Electric, Inc. D/B/A Gaylor, Inc.'s Witness and Exhibit List for February 27, 2023 Hearing (ECF No. 553)

F. Witness and Exhibit List of Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. (ECF No. 554)

G. Notice of Filing of Proposed Final Order (I) Authorizing the Debtors To (A) Obtain Senior Secured Non-priming Superpriority Replacement Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status on a Final Basis, (III) Modifying the Automatic Stay and (IV) Granting Related Relief (ECF No. 573)

H. Ad Hoc Group's Witness and Exhibit List for March 1, 2023 Hearing (ECF No. 575)

I. Ad Hoc Equity Group's Witness and Exhibit List for March 1, 2023 Hearing (ECF No. 576)

J. Debtors' Witness and Exhibit List for Hearing on March 1, 2023 (ECF No. 577)

K. Notice of Filing of Credit Agreement for Debtors Replacement Postpetition Financing (ECF No. 579)

L. The Official Committee of Unsecured Creditors' Witness and Exhibit List for Hearing on March 1, 2023 (ECF No. 582)

Dated: February 28, 2023
      Houston, Texas

           Respectfully submitted,

           */s/  Alfredo R. Pérez*
           WEIL, GOTSHAL & MANGES LLP
           Alfredo R. Pérez (15776275)
           700 Louisiana Street, Suite 1700
           Houston, Texas 77002
           Telephone:  (713) 546-5000
           Facsimile:   (713) 224-9511
           Email:   Alfredo.Perez@weil.com

           -and-

           WEIL, GOTSHAL & MANGES LLP
           Ray C. Schrock (admitted *pro hac vice*)
           Ronit J. Berkovich (admitted *pro hac vice*)
           Moshe A. Fink (admitted *pro hac vice*)
           767 Fifth Avenue
           New York, New York 10153
           Telephone:  (212) 310-8000
           Facsimile:   (212) 310-8007
           Email:   Ray.Schrock@weil.com
                    Ronit.Berkovich@weil.com
                    Moshe.Fink@weil.com

           *Attorneys for Debtors*
           *and Debtors in Possession*

**Certificate of Service**

I hereby certify that on February 28, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                 */s/ Alfredo R. Pérez*
                                                 Alfredo R. Pérez