United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 28, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of __New York__:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | Peter J. Amend<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 756-2000<br>NY 4898078 |
|---|---|

Seeks to appear as the attorney for this party:

| Foundry Digital LLC |
|---|
| Dated: 2/22/2023    Signed: /s/ Peter J. Amend |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:                 Signed: _____
                                Deputy Clerk

Order   (Docket No. 549)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed: February 28, 2023**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**