United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 28, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Abbey Walsh<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 756-2000<br>NY 3068921 |

Seeks to appear as the attorney for this party:

| Foundry Digital LLC |
|---|
| Dated: 2/22/2023    Signed: /s/ Abbey Walsh |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:          Signed: _____<br>                          Deputy Clerk |

Order   (Docket No. 551)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.
This lawyer is admitted *pro hac vice*.

**Signed: February 28, 2023**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**