Electronic Appearance Sheet

Hampton Foushee, Choate, Hall & Stewart LLP
Client(s): B. Riley

Kim Posin, Latham & Watkins
Client(s): Trinity Capital Inc.

Whit Morley, Latham & Watkins
Client(s): Trinity Capital Inc.

Ron Meisler, Skadden, Arps, Slate, Meagher & Flom LLP
Client(s): The Ad Hoc Group of Equity Holders

Noelle Reed, Skadden, Arps, Slate, Meagher & Flom LLP
Client(s): The Ad Hoc Group of Equity Holders

Wallis  Hampton, Skadden, Arps, Slate, Meagher & Flom LLP
Client(s): The Ad Hoc Group of Equity Holders

Brian  Lohan , Arnold & Porter Kaye Scholer LLP
Client(s): Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit

Corp.

Sarah Gryll, Arnold & Porter Kaye Scholer LLP
Client(s): Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit

Corp.

Frasher Murphy, Haynes and Boone, LLP
Client(s): BlockFi, Inc. and its affiliated entities

Matt Ferris, Haynes and Boone, LLP
Client(s): BlockFi, Inc. and its affiliated entities

Kathleen LaManna, Shipman & Goodwin LLP
Client(s): U.S. Bank Trust Company, National Asociation, as Note Agent and Collateral Agent

John Ventola , Choate, Hall & Stewart LLP
Client(s): B. Riley Financial

James Drew, Otterbourg P.C.
Client(s): Anchorage Lending CA, LLC

Jayson Ruff, US DOJ
Client(s): US Trustee

Kris Hansen, Paul Hastings LLP
Client(s): Ad Hoc Group of Secured Convertible Noteholders

Electronic Appearance Sheet

Ken Pasquale, Paul Hastings LLP
Client(s): Ad Hoc Group of Secured Convertible Noteholders

Nathaniel Hull, Verrill Dana LLP
Client(s): MassMutual Asset Finance LLC

John Higgins Higgins, Porter Hedges LLP
Client(s): Harper Construction Company, Inc.

John McDonald, Taft Stettinius & Hollister LLP
Client(s): Bremer Bank, National Association

Jason Brookner, Gray Reed
Client(s): Conflicts and Efficiency Counsel to the Committee

Brian Smith, Holland & Knight LLP
Client(s): ACM ELF ST LLC

Eric Haitz, Baker Botts L.L.P.
Client(s): Priority Power Management, LLC

Maria Bartlett, Cokinos | Young
Client(s): MP2 Energy Texas LLC d/b/a Shell Energy Solutions

Tom Kirkendall, Law Office of Tom Kirkendall
Client(s): Darin Feinstein

Alex Keoleian, none
Client(s): investor