IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § | (Jointly Administered) Re: Docket Nos. 130, 389, 390, 391, 447, 573, and 579 |

**NOTICE OF FILING OF REVISED PROPOSED
FINAL ORDER (I) AUTHORIZING THE DEBTORS TO
(A) OBTAIN SENIOR SECURED NON-PRIMING SUPERPRIORITY
REPLACEMENT POSTPETITION FINANCING AND
(B) USE CASH COLLATERAL, (II) GRANTING LIENS AND
PROVIDING CLAIMS WITH SUPERPRIORITY ADMINISTRATIVE
EXPENSE STATUS ON A FINAL BASIS, (III) MODIFYING
THE AUTOMATIC STAY AND (IV) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE THAT** on February 26, 2023, the Debtors filed the

*Notice of Filing of Proposed Final Order (I) Authorizing the Debtors To (A) Obtain Senior Secured*

*Non-priming Superpriority Replacement Postpetition Financing and (B) Use Cash Collateral, (II)*

*Granting Liens and Providing Claims with Superpriority Administrative Expense Status on a Final*

*Basis, (III) Modifying the Automatic Stay and (IV) Granting Related Relief* (Docket No. 573), with

a proposed order appended thereto as Exhibit A (the "**Proposed Replacement Final DIP Order**").

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6073); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198).  The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing (the "**Hearing**") was held on March 1, 2023 at 3:30 p.m. (prevailing Central Time) before the Honorable David R. Jones, United States Bankruptcy Judge for the Southern District of Texas, Houston Division to consider entry of the Proposed Replacement Final DIP Order.

**PLEASE TAKE FURTHER NOTICE THAT** following discussion at the Hearing and with the consent of the Ad Hoc Group, the Official Committee, the Replacement DIP Lenders (each as defined in the Revised Proposed Replacement Final DIP Order (as defined below)), and the ad hoc group of equity holders, the Debtors hereby submit a further revised proposed *Final Order (I) Authorizing the Debtors To (A) Obtain Senior Secured Non-priming Superpriority Replacement Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status on a Final Basis, (III) Modifying the Automatic Stay and (IV) Granting Related Relief*, which is appended hereto as **Exhibit A** (the "**Revised Proposed Replacement Final DIP Order**").  A redline comparing the Revised Proposed Replacement Final DIP Order and the Proposed Replacement Final DIP Order is appended hereto as **Exhibit B**.

*[Remainder of Page Intentionally Left Blank]*

Dated:  March 1, 2023
Houston, Texas

Respectfully submitted,

  /s/ Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:   (713) 224-9511
Email:      Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Moshe A. Fink (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Ray.Schrock@weil.com
         Ronit.Berkovich@weil.com
         Moshe.Fink@weil.com

*Attorneys for Debtors
and Debtors in Possession*

**<u>Certificate of Service</u>**

I hereby certify that on March 1, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.


                                                  */s/ Alfredo R. Pérez*
                                                  Alfredo R. Pérez