IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CORE SCIENTIFIC, *et al.*,[1] | ) Case No. 22-90341 (DRJ) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) Re: Docket No. 506 |

**CERTIFICATE OF NO OBJECTION
REGARDING APPLICATION FOR ENTRY OF ORDER
AUTHORIZING THE RETENTION AND EMPLOYMENT OF
DUCERA PARTNERS LLC AS INVESTMENT BANKER TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JANUARY 10, 2023**

1. On February 8, 2023, the Official Committee of Unsecured Creditors in the above-captioned cases (the "Committee") filed the *Application for Entry of an Order Authorizing the Retention and Employment of Ducera Partners LLC as Investment Banker to the Official Committee of Unsecured Creditors Effective as of January 10, 2023* [Docket No. 506] (the "Application"),[2] with a proposed order granting the relief requested in the Application (the "Proposed Order"), the Engagement Letter attached thereto as Exhibit B, and the Verost Declaration attached thereto as Exhibit C. Objections to the Application were required to be filed and served on or prior to March 1, 2023 (the "Objection Deadline").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] Capitalized terms used but not others defined herein shall have the meanings ascribed to them in the Application.

- 2 -

2.       In accordance with paragraph 44 of the *Procedures for Complex Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (a) the Objection Deadline has passed, (b) the undersigned counsel is unaware of any objection to the Application, and (c) the undersigned counsel has reviewed the Court's docket and no objection to the Application appears thereon.

3.       Therefore, the Committee and Ducera Partners LLC respectfully request entry of the Proposed Order annexed hereto as **Exhibit A**.

*[Remainder of page intentionally left blank]*

Dated:      Houston, Texas
               March 2, 2023

Respectfully Submitted,

**WILLKIE FARR & GALLAGHER LLP**

By: /s/  Jennifer J. Hardy
Jennifer J. Hardy (Texas Bar No. 24096068)
600 Travis Street
Houston, Texas 77002
Telephone:  713-510-1700
Facsimile:  713-510-1799
Email:  jhardy2@willkie.com

**AND**

Brett H. Miller (admitted *pro hac vice*)
Todd M. Goren (admitted *pro hac vice*)
James H. Burbage (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: 212-728-8000
Facsimile: 212-728-8111
Email: bmiller@willkie.com
       tgoren@willkie.com
       jburbage@willkie.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

**Certificate of Service**

      I certify that on March 2, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

      By: /s/Jennifer J. Hardy
           Jennifer J. Hardy