UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO.  22-90341-DRJ |
| | § | |
| CORE SCIENTIFIC, INC., *et al*., | § | Chapter 11 |
| | § | |
| DEBTORS[1] | § | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE AND PLEADINGS

The Texas Comptroller of Public Accounts, Revenue Accounting Division (the "Texas Comptroller") hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Christopher S. Murphy
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548
christopher.murphy@oag.texas.gov

The Texas Comptroller respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

RACHEL R. OBALDO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Christopher S. Murphy*
CHRISTOPHER S. MURPHY
Texas State Bar No. 24079031
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 475-4867
Facsimile: (512) 936-1409
christopher.murphy@oag.texas.gov

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

**CERTIFICATE OF SERVICE**

I certify that on March 3, 2023, a true copy of the foregoing was served by the method and on the following parties as indicated:

By First Class Mail:

Core Scientific, Inc.,
210 Barton Springs Road, Ste. 300
Austin, TX 78704

By Electronic Mean as listed on the Court's ECF Noticing System:

- **Patrick Holder Autry** pautry@branscombpc.com, slee@branscomblaw.com
- **James B. Bailey** jbailey@bradley.com, jbailey@ecf.courtdrive.com
- **Alicia Lenae Barcomb** alicia.barcomb@usdoj.gov
- **Maria Mulrooney Bartlett** mbartlett@cokinoslaw.com
- **Thomas O. Bean** tbean@verrilldana.com
- **Misti Lachelle Beanland** beanland@mssattorneys.com
- **Jason B. Binford** jason.binford@rsbfirm.com
- **Shawn Kevin Brady** sgodwin@brady-law-firm.com
- **Jason S Brookner** jbrookner@grayreed.com, lwebb@grayreed.com
- **Matthew Ray Brooks** matthew.brooks@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com
- **Mary M Caskey** mcaskey@hsblawfirm.com
- **Matthew D Cavenaugh** mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net
- **Shawn M Christianson** schristianson@buchalter.com, cmcintire@buchalter.com
- **John Stuart Collins** jscollins@vorys.com, mdwalkuski@vorys.com
- **Craig Crockett** craig@crockettfirm.com
- **Devan Joan Dal Col** ddalcol@reedsmith.com
- **Timothy Alvin Davidson** taddavidson@andrewskurth.com
- **Marguerite Lee DeVoll** mdevoll@watttieder.com
- **James Drew** jdrew@otterbourg.com
- **Theresa A. Driscoll** tdriscoll@moritthock.com
- **Hector Duran** Hector.Duran.Jr@usdoj.gov
- **Jay K Farwell** jfarwell@cokinoslaw.com, dcarlin@cokinoslaw.com
- **Matthew T Ferris** matt.ferris@haynesboone.com, kim.morzak@haynesboone.com;kristy.martinez@haynesboone.com

- **Scott D Fink** Bronationalecf@weltman.com
- **James Tillman Grogan** jamesgrogan@paulhastings.com
- **Eric Thomas Haitz** ehaitz@gibsondunn.com
- **Jennifer Jaye Hardy** jhardy2@willkie.com, mao@willkie.com
- **Ashley L. Harper** ashleyharper@HuntonAK.com
- **John F Higgins** jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com
- **Thomas A Howley** tom@howley-law.com, roland@howley-law.com;eric@howley-law.com
- **Nathaniel Richard Hull** nhull@verrilldana.com
- **Stephen Clark Jackson** sjackson@maynardcooper.com
- **Jason R Kennedy** bankruptcy@laperouselaw.com, holly@harrisonsteck.com
- **Jennifer L. Kneeland** jkneeland@watttieder.com, shope@watttieder.com
- **Charles Thomas Kruse** tom.kruse@arnoldporter.com
- **John Lewis** jolewis@shb.com, sgrussell@shb.com
- **Peter Clifton Lewis** peter.lewis@solidcounsel.com, marcella.morales@solidcounsel.com
- **Gary M McDonald** gmcdonald@mmmsk.com, hdowell@mcdonaldpllc.com
- **Byron Z Moldo** bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com
- **Arsalan Muhammad** arsalan.muhammad@haynesboone.com, kenneth.rusinko@haynesboone.com
- **Kelli S. Norfleet** kelli.norfleet@haynesboone.com, kenneth.rusinko@haynesboone.com
- **Stephanie Lyn O'Rourke** sorourke@cokinoslaw.com, sdavis@cokinoslaw.com;etalavera@cokinoslaw.com
- **Shirley Palumbo** shirley.palumbo@nexteraenergy.com
- **Alfredo R Perez** alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com
- **Deborah Michelle Perry** dperry@munsch.com
- **Craig E Power** cpower@cokinoslaw.com, mbartlett@cokinoslaw.com;eolson@cokinoslaw.com
- **Jeffrey Philipp Prostok** jprostok@forsheyprostok.com, calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com;khartogh@forsheyprostok.com
- **Maegan Quejada** mquejada@sidley.com, txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com
- **Noelle M Reed** noelle.reed@skadden.com, daniel.mayerfeld@skadden.com;dockethouston@skadden.com;rachel.redman@skadden.com

;wendy.lamanna@skadden.com;andrea.bates@skadden.com;christopher.heaney@skadden.com

- **Dylan Ross** dross@forsheyprostok.com, jjones@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;drossfp@ecf.courtdrive.com
- **Judith W Ross** judith.ross@rsbfirm.com
- **Jayson B. Ruff** jayson.b.ruff@usdoj.gov
- **Eric L Scott** escott@sv-legal.com
- **R. J. Shannon** rshannon@shannonpllc.com, rshannon@shannonleellp.com;7044075420@filings.docketbird.com
- **Rachael L Smiley** rsmiley@fbfk.law, eglenn@fbfk.law
- **Frances Anne Smith** frances.smith@rsbfirm.com, michael.coulombe@rsbfirm.com
- **Marcy J. McLaughlin Smith** marcy.smith@troutman.com
- **Jason Starks** bkecf@traviscountytx.gov
- **Stretto** ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com
- **John Kendrick Turner** john.turner@lgbs.com, Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com
- **US Trustee** USTPRegion07.HU.ECF@USDOJ.GOV
- **Lydia R Webb** lwebb@grayreed.com, vsalazar@grayreed.com

*/s/ Christopher S. Murphy*
CHRISTOPHER S. MURPHY