## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.*, | § | **Case No. 22- 90341 (DRJ)** |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| | § | |

## DECLARATION OF DISINTERESTEDNESS OF CHRISTOPHER WEBER IN SUPPORT OF THE ORDINARY COURSE RETENTION OF DELOITTE & TOUCHE LLP AS PROFESSIONAL SERVICES PROVIDER FOR THE DEBTORS

I, Christopher Weber, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

1.      I am a partner of the firm of Deloitte & Touche LLP ("**Deloitte & Touche**"), which has an office at 800 West Main Street, Suite 1400, Boise, ID 83702.  I am duly authorized to make and submit this declaration (the "**Declaration**") on behalf of Deloitte & Touche pursuant to the *Order Authorizing Debtors to Employ Professionals Used in the Ordinary Course of Business Effective as of the Petition Date* [Docket No. 543] (the "**OCP Order**").  Pursuant to the terms of the OCP Order, the Debtors seek to retain Deloitte & Touche to provide the services set forth herein.

2.      2.      The Debtors seek to retain and employ Deloitte & Touche, pursuant to the terms and conditions set forth in that certain engagement letter among Deloitte & Touche and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6073); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

the Debtors, dated January 13, 2023, to provide the Debtors with personnel to assist the Debtors with accounting and financial reporting close activities (the "**Engagement Agreement**").

3.      The statements set forth in this Declaration are based upon my personal knowledge, upon information and belief, and/or client matter records kept in the ordinary course of business that were reviewed by me or other personnel of Deloitte & Touche or its affiliates.

### Deloitte & Touche's Qualifications

4.      Deloitte & Touche is a professional services firm with offices across the United States.  Deloitte & Touche has significant experience in providing the relevant professional services.  Such experience renders Deloitte & Touche well qualified and able to provide services to the Debtors during the pendency of these chapter 11 cases (the "**Chapter 11 Cases**") in a cost effective, efficient, and timely manner.  Deloitte & Touche's services fulfill an important need and are not provided by any of the Debtors' other professionals.

5.      In addition, since approximately January 2019, Deloitte & Touche has provided certain professional services to the Debtors.  In providing such prepetition professional services to the Debtors, Deloitte & Touche is familiar with the Debtors and their businesses, including the Debtors' financial affairs, debt structure, operations, and related matters.  Having worked with the Debtors' management, Deloitte & Touche has developed relevant experience and knowledge regarding the Debtors that will assist it in providing effective and efficient services during these Chapter 11 Cases.  Accordingly, Deloitte & Touche is both well qualified and able to provide the aforementioned services for the Debtors in these Chapter 11 Cases in an efficient and timely manner.

### Disinterestedness

A.  *Background Information*

2

6.      Deloitte Touche Tohmatsu Limited ("DTTL") is a UK private company limited by guarantee.  DTTL itself does not provide services to clients.  Each of the member firms of DTTL (each a "**DTTL Member Firm**") is a legally separate and distinct entity.  The DTTL Member Firms are primarily organized on an individual country or regional basis, and operate within the legal and regulatory framework of their particular jurisdiction(s).  The DTTL Member Firm structure reflects the fact that the DTTL Member Firms are not affiliates, subsidiaries or branch offices of each other or of a global parent.  Rather, they are separate and independent firms that have come together to practice under a common brand and shared methodologies, client service standards, and other professional protocols and guidelines.  DTTL Member Firm partners and/or principals are generally the sole owners of their respective DTTL Member Firms.  There is no overlap with respect to a partner's or principal's ownership in its respective DTTL Member Firm and any other DTTL Member Firm.  Profits are not shared between or among the DTTL Member Firms.

7.      In the United States, Deloitte LLP is a DTTL Member Firm.  Like DTTL, Deloitte LLP does not provide services to clients.  Rather, Deloitte LLP has operating affiliates that perform services for clients, including Deloitte & Touche, Deloitte Financial Advisory Services LLP ("**Deloitte FAS**"), Deloitte Consulting LLP ("**Deloitte Consulting**"), Deloitte Tax LLP ("**Deloitte Tax**"), and Deloitte Transactions and Business Analytics LLP ("**DTBA**") (Deloitte LLP and each of the foregoing, and together with their respective direct and indirect subsidiaries, the "**Deloitte U.S. Entities**").  The partners and/or principals of each operating affiliate of Deloitte LLP are owners of their respective affiliate along with, directly or indirectly, Deloitte LLP.  Generally,

each affiliate's respective partners and principals are also partners and principals, as applicable, of Deloitte LLP.

B. **_Conflicts Check Process_**

8.      Subject to the foregoing, except as set forth herein and in the attachments hereto, to the best of my information, knowledge, and belief based on reasonable inquiry: (a) neither I, Deloitte & Touche, nor any partner, principal, or managing director of Deloitte & Touche that is anticipated to provide the services for which Deloitte & Touche is to be retained (the "**Deloitte & Touche Engagement Partners/Principals/Managing Directors**") holds any interest adverse to the Debtors with respect to the matters on which Deloitte & Touche is to be retained in their Chapter 11 Cases; and (b) Deloitte & Touche has no relationship to the Debtors, their significant creditors, certain other parties-in-interest, or to the attorneys that are known to be assisting the Debtors in their Chapter 11 Cases, except as stated herein or in any attachment hereto.

9.      In connection with Deloitte & Touche's retention by the Debtors in their Chapter 11 Cases, Deloitte & Touche undertook searches to determine, and to disclose, whether it or its affiliates,  is or has been employed by or has other relationships with the Debtors or their affiliates, subsidiaries, directors, or officers, or any of the Debtors' significant creditors, customers, equity security holders, professionals, or other entities with significant relationships with the Debtors (the "**Potential Parties-in-Interest**"), whose specific names were provided to Deloitte & Touche by the Debtors, listed on **<u>Schedule 1</u>** attached hereto.  To check upon and disclose possible relationships with significant Potential Parties-in-Interest in these Chapter 11 Cases, Deloitte & Touche researched its client databases and performed reasonable due diligence to determine

4

whether it or its affiliates had any relationships with the Debtors or their affiliates, subsidiaries, directors, or officers, or significant Potential Parties-in-Interest.

10. As described herein, for the most part, the conflicts searches conducted by Deloitte & Touche involves checking client and other databases of the Deloitte U.S. Entities. Given the separateness of the various DTTL Member Firm as described above, the Deloitte U.S. Entities do not have the capability to directly check the client or other databases of any of the non-U.S. DTTL Member Firms or their respective affiliates or subsidiaries. However, notwithstanding the separateness of the DTTL Member Firms, the Deloitte U.S. Entities' checking procedures in bankruptcy cases do result in the gathering of certain information related to the DTTL Member Firms, as described below.

11. When any of Deloitte LLP's operating affiliates, such as Deloitte & Touche, is to be the subject of an application to be retained in a chapter 11 case, a process commences regarding checking connections to the debtor, its affiliates and the debtor's parties in interest (as provided by the debtors). With the assistance of the Deloitte U.S. Entities' conflicts team (the "**Conflicts Team**"), a series of conflicts checking procedures are undertaken, including checking a number of Deloitte U.S. Entities' databases for their connections. Additionally, the Conflicts Team performs procedures to identify certain relationships of other DTTL Member Firms, as described below:

     i. With respect to the debtor and debtor affiliates, the Conflicts Team will:

        a) Initiate cross border check requests to the DTTL Member Firm(s) where the debtor or debtor affiliate is domiciled (i.e., the country of incorporation or the entity's headquarters, as the case may be) based upon information provided by the debtors and research by the Conflicts Team of publicly available information. The DTTL Member Firm(s) will then search applicable local databases to

identify client or non-client relationships in their jurisdiction (such as lender, vendors, business relationship entities or third parties associated with a client engagement).

b)      Perform a search of the cross border conflict check requests the Conflicts Team has previously received from other DTTL Member Firms, which are submitted when a DTTL Member Firm seeks to commence an engagement with or involving a U.S. entity.[2]  This search is conducted to identify whether those prospective engagements involved the debtor or its affiliates domiciled in the U.S. as the engaging client or non-client relationship (such as business relationship entities or third parties associated with a client engagement).

c)      Perform a search of the database system associated with audit and other related independence requirements (the "**Independence Database**") to identify possible connections with debtor and debtor affiliates with respect to whom such requirements are actually or potentially implicated.  Each DTTL Member Firm is required to input its respective audit and attest clients into the Independence Database, and all DTTL Member Firms have access to the Independence Database.[3]  Each entity in the Independence Database has a designated partner who is responsible for approving and monitoring services for entities included in its corporate tree.  The Independence Database includes audit and attest clients of the various DTTL Member Firms, as well as certain other non-clients thereof.

ii.     With respect to the debtor's parties in interest, the Conflicts Team will:

(a)     Perform a search of the cross-border conflict check requests the Conflicts Team has previously received from other DTTL Member Firms (described above) to identify whether those prospective engagements involved a U.S.-domiciled party in interest as a direct attest or litigation client or business relationship entity.

(b)     Perform a search of the Independence Database to determine whether a party in interest is identified therein.

---

[2]      These cross-border conflict check requests are pursuant to a policy adopted by DTTL Member Firms.

[3]      Inputting audit and attest clients into the Independence Database is a policy followed by DTTL Member Firms so that such relationships are tracked in connection with such firms' independence requirements.

12.     Deloitte & Touche and/or its affiliates have relationships with thousands of clients, some of which may be creditors of the Debtors or other Potential Parties-in-Interest. Accordingly, Deloitte & Touche and/or its affiliates have or may have provided professional services, may currently provide professional services, and/or may in the future provide professional services in matters unrelated to the Chapter 11 Cases to certain of the Potential Parties-in-Interest. Additionally, certain of these Potential Parties-in-Interest have or may have provided goods or services, may currently provide goods or services, and/or may in the future provide goods or services to Deloitte & Touche and/or its affiliates and the Deloitte & Touche Engagement Partners/Principals/Managing Directors in matters unrelated to the Chapter 11 Cases.  A listing of parties with such connections to Deloitte & Touche and/or its affiliates is attached to this Declaration as **Schedule 2**.

13.     With respect to Deloitte & Touche's conflicts checks conducted in these Chapter 11 Cases, if a database query identified a potential connection between a Potential Party-in-Interest and a Deloitte U.S. Entity or DTTL Member Firm, an email was sent to certain of the Deloitte U.S. Entity's and/or DTTL Member Firm's individuals, as applicable, associated with such Potential Party-in-Interest to confirm whether or not the relationship with such Potential Party-in-Interest related or currently relates to the Chapter 11 Cases.  Responses to these emails were consolidated and subsequently reviewed.  As stated in this Declaration, these processes result in the disclosures that are set forth herein, including the disclosure of certain connections with Potential Parties-in-Interest that do not relate to the Chapter 11 Cases.  The identified potential connections to the Potential Parties-in-Interest are included on **Schedule 2** appended hereto, and such connections do not relate to the Chapter 11 Cases.

14.     Deloitte & Touche believes that the relationships described herein or reflected on **Schedule 2** have no bearing on the services for which Deloitte & Touche's retention is being sought by the Debtors in these Chapter 11 Cases.  Furthermore, such relationships do not impair Deloitte & Touche's disinterestedness, and Deloitte & Touche does not represent an adverse interest in connection with these Chapter 11 Cases.

15.     To the best of my knowledge, based on the searches discussed above, Deloitte & Touche has determined that certain relationships should be disclosed as follows.

a.  Deloitte & Touche and its affiliates provide services in matters unrelated to the Chapter 11 Cases to certain of the Debtors' largest unsecured and secured creditors and other Potential Parties-in-Interest or their affiliates listed on **Schedule 2**.

b.  Law firms identified on **Schedule 2**, have provided, currently provide and may in the future provide legal services to Deloitte & Touche or its affiliates in matters unrelated to their Chapter 11 Cases, and/or Deloitte & Touche or its affiliates have provided, currently provide and may in the future provide services to such firms or their clients.

c.  In the ordinary course of its business, Deloitte & Touche and its affiliates have business relationships in unrelated matters with its principal competitors, which together with their affiliates may be Potential Parties-in-Interest in their Chapter 11 Cases.  For example, from time to time, Deloitte & Touche and one or more of such entities may work on assignments for the same client or may otherwise engage each other for various purposes.

d.  Certain financial institutions or their respective affiliates  listed on **Schedule 2** (i) are lenders to an affiliate of Deloitte & Touche (Deloitte & Touche is a guarantor of such indebtedness) and/or (ii) have financed a portion of the capital and/or capital loan requirements of various managing partners and principals, respectively, of Deloitte & Touche and its affiliates.  In addition, certain institutions or their respective affiliates, provide asset management services, and/or have a similar role with respect to investments of, certain pension, benefit and similar funds sponsored by affiliates of Deloitte & Touche.

e.  Certain Potential Parties-in-Interest may be adverse to and/or involved in litigation matters with Deloitte & Touche or its affiliates in connection with matters unrelated to the Chapter 11 Cases.

8

f.  Deloitte & Touche has provided and continues to provide audit services to certain Potential Parties-in-Interest and/or their affiliates, in matters unrelated to these Chapter 11 Cases.  In its capacity as independent auditor, Deloitte & Touche also provides such clients with ordinary course auditing services and conducts typical audit procedures that may arise from such Potential Parties-in-Interests' business arrangements with the Debtors.

g.  Deloitte Consulting and certain of its affiliates, have provided and will continue to provide services to the Executive Office of the United States Trustee in matters unrelated to these Chapter 11 Cases.

16.     Furthermore, through reasonable inquiry, I do not believe there is any connection between the personnel of Deloitte & Touche or its affiliates who are anticipated to provide services to the Debtors and the United States Bankruptcy Judge presiding in their Chapter 11 Cases, the United States Trustee for Region 7, the Assistant United States Trustee for the Southern District of Texas, and the attorneys therefor assigned to these Chapter 11 Cases.

17.     Despite the efforts described above to identify and disclose Deloitte & Touche's connections with the Potential Parties-in-Interest in the Chapter 11 Cases, because Deloitte & Touche is a nationwide firm with thousands of personnel, and because the Debtors are a large enterprise, Deloitte & Touche is unable to state with certainty that every client relationship or other connection has been disclosed.  In this regard, if Deloitte & Touche discovers additional material information that it determines requires disclosure, it will file a supplemental disclosure promptly with the Court.

18.     Except as may be disclosed herein, to the best of my knowledge, information, and belief, Deloitte & Touche and the Deloitte & Touche Engagement Partners/Principals/Managing Directors do not hold or represent any interest adverse to the Debtors, and I believe that Deloitte & Touche is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code, as modified by Section 1107(b) of the Bankruptcy Code.

**Scope of Services**

19.     As set forth more fully in the Engagement Agreement, Deloitte & Touche has agreed to provide the Debtors with personnel to assist the Debtors with their accounting close process and financial reporting activities, as directed by and under the supervision of the Debtors.

a.

**Professional Compensation**

20.     Deloitte & Touche's retention by the Debtors is conditioned upon its ability to be retained in accordance with its terms and conditions of employment, including the proposed compensation arrangements, set forth in the Engagement Agreement.

21.     Pursuant to the terms of the Engagement Agreement, Deloitte & Touche will charge the Debtors for such services at the following hourly rates, as set forth in the table below:

| Professional Level | Hourly Rates |
|---|---|
| Manager | $600 |
| Senior Associate | $450 - $550 |
| Associate | $350 - $450 |

22.     In the normal course of business, Deloitte & Touche revises its hourly rates to reflect changes in responsibilities, increased experience, geographic differentials, and increased costs of doing business.  Deloitte & Touche shall advise the Debtors of any new rates should it institute a rate-change during the Chapter 11 Cases.  Such changes will be noted on the invoices for the first time period in which a revised rate becomes effective.

23.     In addition, reasonable expenses, including travel, report production, delivery services, and other expenses incurred in providing Deloitte & Touche's services, will be included in the total amount billed.

24.     Some services incidental to the tasks to be performed by Deloitte & Touche in these Chapter 11 Cases may be performed by personnel now employed by or associated with affiliates of Deloitte & Touche, such as Deloitte Tax, Deloitte FAS, DTBA, and Deloitte Consulting, or their respective subsidiaries, including subsidiaries located outside of the United States.

25.     Prior to the Petition Date, Deloitte & Touche provided professional services to the Debtors. In the ninety (90) days prior to the Petition Date, the Debtors paid Deloitte & Touche approximately $38,406 on account of invoices issued prior to such date.  As of the Petition Date, no amounts were outstanding with respect to the invoice(s) issued by Deloitte & Touche prior to such date.

26.     Prior to the Petition Date, Deloitte Tax provided professional services to the Debtors.   In the ninety (90) days prior to the Petition Date, the Debtors paid Deloitte Tax approximately $111,824 on account of invoices issued prior to such date.  As of the Petition Date, no amounts were outstanding with respect to the invoice(s) issued by Deloitte Tax prior to such date.  The Debtors are anticipated to seek Court approval of Deloitte Tax's provision of professional services in these Chapter 11 Cases.

27.     Prior to the Petition Date, DTBA provided professional services to the Debtors.  In the ninety (90) days prior to the Petition Date, the Debtors paid DTBA approximately $ on account of invoices issued prior to such date.  As of the Petition Date, no amounts were outstanding with respect to the invoice(s) issued by DTBA prior to such date.

28.     Deloitte & Touche has received no promises regarding compensation in these Chapter 11 Cases other than in accordance with the Bankruptcy Code and as set forth in this

Declaration.  Deloitte & Touche has no agreement with any nonaffiliated or unrelated entity to share any compensation earned in these Chapter 11 Cases.

### No Duplication of Services

29.     To my knowledge, I believe that the services Deloitte & Touche provides to the Debtors will not duplicate the services that other professionals will be providing to the Debtors in these Chapter 11 Cases.  Specifically, I believe that Deloitte & Touche will perform unique services and will use reasonable efforts to coordinate with the Debtors to avoid the unnecessary duplication of services.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 2, 2023

By:   _/s/ Christopher Weber_
Christopher Weber
Partner
Deloitte & Touche LLP

13

## **<u>Schedule 1</u>**

Potential Parties-in-Interest List

| |
|---|
| 1277963 B.C. Ltd (dba Bitfield) |
| 155 Palmer Lane, LLC |
| 1872 Consulting LLC |
| 1994 STEINFELD FAMILY TRUST |
| 2012Exxact Corporation |
| 36th Street Capital |
| 5Fastenation Inc |
| 5STAR5 INC |
| A to Z pest Control and Services |
| AAF International |
| Aber Whitcomb |
| ABLe Communications, Inc |
| Abu Dhabi Ports Company PJSC – KIZAD |
| Accent Awnings Inc |
| AccuForce HR Solutions LLC |
| ACM ELF ST, LLC (Atalaya) |
| ACME TOOLS |
| Adaptive Insights LLC |
| ADQ Financial Services LLC |
| Advanced Business Equipment |
| Aetna |
| Aflac |
| Agility Logistics Corp |
| Agora NW LLC |
| Agricultural Scientific LLC |
| Aidant.ai |
| AIM Summit FZE |
| Aircraft Services Group Inc |
| Airflow Sciences Corporation |
| AJT Trading, LLC |
| Akin Gump Strauss Hauer & Feld LLP |
| Alan Curtis |
| Alation, Inc |
| Albacross Nordic AB |
| Alfa Internationals Logistics Inc |
| Aliexpress |
| AlixPartners LLP |

19

| |
|---|
| Alliance Funding Group |
| Allied Steel Buildings Inc |
| Alloy Ventures Management LLC |
| Allstate Benefits |
| Allstream |
| Alpha Miner LLC |
| Alpha Vertical Inc |
| Alpha Waste |
| Alston & Bird LLP |
| Alteryx Inc |
| Altru Health System |
| Amazon Business |
| Amazon Web Services Inc |
| American Paper and Twine Co |
| American Property Acquisition, LLC |
| American Property Acquisitions I, LLC |
| American Property Acquisitions VII, LLC |
| American Registry for Internet Numbers Ltd |
| American Security and Protection Service LLC |
| Americord |
| Ameri-Dedicated Inc |
| Amplify Transformational Data Sharing ETF |
| AmTrust |
| AMWINS |
| Anchorage Lending CA, LLC |
| Andersen Tax LLC |
| Andrew Ferraro |
| Andrew Rosen 2004 Successor Insurance Trust |
| Angel Bejarano Borrega |
| Aon Consulting Inc |
| AON Risk Insurance Services West Inc |
| Apollo Centre Street Partnership, L.P. |
| Apollo Lincoln Fixed Income Fund, L.P. |
| Apollo Moultrie Credit Fund, L.P. |
| Apollo Tactical Value SPN Investments, L.P. |
| Applied Scale Technology |
| Arch Specialty Ins Co |

20

| |
|---|
| Arctos Credit, LLC |
| Argo Blockchain PLC |
| Argo Innovation Labs Inc. |
| ARIBA INC |
| Armstrong Moving Solutions San Antonio LLC |
| Arnold & Porter Kaye Scholer LLP |
| Arrow Exterminators |
| Arrowfish Consulting |
| Ascot Syndicate No. 1414 |
| AsicXchange Team Inc. |
| Aspen Specialty Ins Co |
| AT&T |
| Atlantic Trailer Leasing & Sales, LLC |
| Atlas Mining |
| Atlas Technology Group LLC |
| Atrio Inc |
| Averitt Express Inc |
| AvTech Capital LLC |
| AXIS Surplus Ins Co |
| B. Riley Commercial Capital, LLC |
| BalsamWest Fiber Net |
| Bandy Transport Company |
| BANK FINANCIAL |
| Bank Financial FSB |
| Bank of America |
| Bank of the West |
| Barings BDC, Inc. |
| Barings Capital Investment |
| Barings Private Credit Corp |
| Barkley Investments, LLC |
| Barnhart Crane and Rigging Co |
| Bay Colony Law Center, LLC |
| Bay Colony Law Center, LLC |
| Bay Online Media |
| Baylor Health Care System Foundation |
| Beacon Building Products |
| BEAM Concrete Construction, Inc. |
| Bearcom |
| Bearden Industrial Supply |
| Beazley (Lloyd's Syndicate 2623) |

| |
|---|
| Beazley Insurance Company |
| Belyea Company Inc |
| Benjamin Rees |
| Benjamin Thomison |
| Benton Electric Supply Inc |
| BEP 888, LLC |
| BEP 999, LLC |
| Bergstrom Electric |
| Berkley National Insurance Company |
| Berkley Prof Liability |
| Berkshire Hathaway Specialty Ins Company |
| Bernard Klopfer |
| Better Downtown Miami LLC |
| Better IT Solutions LLC |
| Big Ass Fans |
| Bigbee Steel Buildings Inc |
| Bigeye, Inc. |
| Birch Grove Strategies Master Fund LP |
| Bit Digital USA, Inc. |
| Bitfarms Technologies Ltd. (fka Blockchain Mining Ltd.) |
| Bitmain Development Inc. |
| Bitmain Technologies Georgia Limited |
| Bitmain Technologies Limited |
| Bitmain Technology Inc. |
| Bitmaintech PTE LTD |
| Bitwave |
| Bizmatica Polska JSC |
| Black Box Network Services Inc |
| Blackline Safety Corp |
| Blackpearl Management and Human Resource Consulting LLC |
| BlackRock Credit Alpha Master Fund L.P. |
| Blakes Cassels and Graydon LLP |
| Block One Technology |
| Blockcap, Inc. |
| Blockchain Association |
| Blockchain United Mining Services |
| Blockfi A |
| Blockfi B |
| BlockFi Lending LLC |

| |
|---|
| BlockFi, Inc. |
| Blockfusion Technologies |
| Blue Cross Blue Shield CA |
| Blue Cross Blue Shield NC |
| Blue Cross Blue Shield of TX |
| Blue Hills Co, LLC |
| Blue Ridge Law & Policy, P.C. |
| Blue Torch Capital LP |
| BNY Mellon Bank |
| Brandon Curtis |
| Bremer Bank |
| Brent Jason Deboer |
| Brett Harrison |
| BRF Finance Co., LLC |
| Brian Neville |
| Bring Light and Sound LLC |
| Broadridge ICS |
| Brown Corporation |
| Bryce Johnson |
| BTC Media |
| Building Image Group, Inc |
| Built In Inc |
| Burdy Technology Limited |
| Bureau Van Dijk Electronic Publishing Inc. |
| Business Wire Inc |
| BW Holdings, LLC |
| BWS Acoustics |
| C & W Facility Services, Inc. |
| C T CORPORATION SYSTEM, |
| C.H. Robinson Company, Inc. |
| CAC Global LLC |
| CAC Specialty |
| Caleb Tebbe |
| California Franchise Tax Board |
| California Institute of Technology (Caltech) |
| Callahan Mechanical Contractors Inc |
| Calloway County Board Of Education |
| Calvert Cafe LLC |
| Calvert City Hall |
| Calvert City Municipal Water and Sewer |

23

| |
|---|
| Campbells Regulatory Services Limited |
| Canaan Convey Co LTD |
| Cannon Investments LLC |
| Capital City Public Affairs LLC |
| Capxon Electronics Shenzhen Co Ltd |
| Carey Olson Services Cayman Limited |
| Carol Haines |
| Carolina Recycling |
| Carolina Recycling & Consulting LLC |
| Carolina Utility Customers Association |
| Carpet Capital Fire Protection Inc |
| Carpet Capital Multi-System Inc |
| CCP Credit Acquisition Holdings, L.L.C. |
| CCR Corp |
| CDW Direct |
| CDW Middle East FZ LLC |
| CEC Energy Services LLC |
| Cedarvale, TX |
| Celsius Core LLC |
| Celsius Mining LLC |
| CELSIUS NETWORKS LENDING LLC |
| CenturyLink |
| CES Corporation |
| Cesar Gomez Martin |
| CFS Containers |
| Chamber of Digital Commerce |
| Chapeau! |
| Charles Aram |
| Charter Communications, Inc. (dba Spectrum) |
| Cherokee County Health Department |
| Cherokee County Tax Collector |
| Cherokee Well Drilling |
| CHERYL OGLE & THE CRYSTAL OGLE MANAGEMENT TRUST |
| Chris Chiovitti Holdings Inc. |
| Christel Sice |
| Christy Barwick |
| Chroma System Solutions, Inc |
| Chubb |
| Chubb Personal Excess Liability Insurance |

24

| |
|---|
| Ciemat |
| CIOReview |
| Cipher Mining Inc. |
| Circular Technologies Inc |
| Cision US Inc |
| CIT BANK, N.A. |
| Citadel Securities Corp Solutions |
| Citibank (Administered by PayFlex) |
| City Electric Supply |
| City National Bank |
| City of Bellevue - Tax Division |
| City of Calvert City |
| City of Calvert City (Calvert City, KY) |
| City of Denton, TX |
| Clark Swanson |
| CleanSpark, Inc. |
| Clearly Leasing, LLC |
| Cleerline Technology Group LLC |
| Cloudflare Inc |
| CM TFS LLC |
| CNA Insurance |
| CO Services Cayman Limited |
| Cogent Communications |
| Cohen and Company LTD |
| Coin Center Inc |
| Coinbase Inc |
| Coindesk Inc |
| Colin Crowell |
| Colin Jacobs |
| Colin Smith |
| Collier Electrical Service Inc |
| Colo Properties Atlanta LLC |
| Color Scapes Landscaping, Inc |
| Colorado Department of Revenue |
| Columbia Casualty Company (CNA) |
| Commercial Acoustics |
| Common Desk Austin LLC |
| ComNet Communications, LLC |
| Compass Mining, Inc. |
| Compensation Advisory Partners, LLC |
| ComputerShare Inc |

| |
|---|
| Comware |
| Condair Inc |
| ConGlobal Industries LLC |
| Consero Global Solutions LLC |
| Consilio LLC |
| Consolidated Electrical Distributors, Inc. (dba Sun Valley Electric Supply) |
| Constellation New Energy, Inc |
| Container Monster LLC |
| Contech Construction |
| Contech, Inc. |
| Convergint Technologies LLC |
| Cooley LLP |
| Coonrod Electric Co, LLC |
| Corbin Opportunity Fund, L.P. |
| Core Scientific Acquired Mining LLC |
| Core Scientific Holdings Co |
| Core Scientific Mining LLC |
| Core Scientific Operating Company |
| Core Scientific Partners GP, LLC (SMLLC) |
| Core Scientific Partners, LP |
| Core Scientific Specialty Mining (Oklahoma) LLC |
| Core Scientific, Inc. |
| CoreWeave Inc |
| CORPORATION SERVICE COMPANY |
| Countrywide Sanitation Co |
| Covert Chrysler Dodge Jeep Ram |
| Crescendo Collective LLC |
| Crestline Solutions LLC |
| Critical Components Inc |
| CrossCountry Consulting LLC |
| Crypto Garden, Inc. |
| CRYPTONIC BLACK, LLC |
| Crystal Caverns Spring Water LLC |
| CSP Advisors, LLC (SMLLC) |
| CSP Liquid Opportunities Fund, LP |
| CSP Liquid Opportunities GP, LP |
| CSP Liquid Opportunities Master Fund, LP |
| CSP Liquid Opportunities Offshore Fund (Exempted Ltd) |
| CSS Partners, LLC |

26

| |
|---|
| Cumulus Coin LLC |
| Cunningham Golf and Utility Vehicles |
| Cusip Global Services |
| Custodian CSPB |
| Cypress Advocacy, LLC dba Mindset |
| D16 LLC |
| Dakota Carrier Network |
| Dakota Fire Protection Inc |
| Dalton Fence Company |
| Dalton Service Inc |
| Dalton Utilities |
| Dalton-Whitfield Joint Development Authority |
| Dan Christen |
| DARIN FEINSTEIN |
| Data Sales Co Inc |
| Databricks, Inc. |
| Datasite LLC |
| David Herrington |
| David Sarner |
| Davis Wright Tremaine LLP |
| DCG Foundry LLC |
| De Lage Landen Financial Services, Inc |
| Delaware Secretary of State |
| Dell Financial Services L.L.C |
| DELL FINANCIAL SERVICES L.L.C. |
| Dellcom (Dell Telephone) |
| Delta Dental |
| Denise Sterling |
| Denton Chamber of Commerce Inc. |
| Denton Municipal Electric |
| Dentons Canada LLP |
| Devon Eldridge |
| DHL Express (USA) Inc |
| Dialog Telecommunications |
| Diamond Offshore Drilling, Inc. |
| DigiCert INC |
| Digifarm Technologies Limited |
| Digi-key |
| Digital Asset Services LTD |
| Digital London Ltd |

| |
|---|
| Digital Mountain Inc |
| Digital Realty |
| Dillon Eldridge |
| Distributed Ledger Inc |
| DJNR Interactive LLC |
| DK Construction Company |
| Dobson Fiber |
| Dockery Auto Parts |
| Dockzilla Co |
| Docusign Inc |
| Dongguan Fa Site Electronic Technology Co Ltd |
| Donnelley Financial Solutions |
| Douglas Abrams |
| DOUGLAS LIPTON |
| Draffen Mart Inc |
| Dreams and Digital, LLC |
| DSV Air and Sea Inc |
| Duane Morris LLP |
| Ducera Partners |
| Duke Energy |
| Duke Energy Carolinas |
| DUS Management Inc. |
| Eagle Promotions |
| Eaton Corporation |
| eCapital Advisors LLC |
| Eddie Griffin |
| Eddie McGuire, Marshall County Sheriff |
| Elasticsearch Inc |
| Electra Link Inc |
| Electric Power Engineers Inc |
| Electrical Com |
| Elite Electric Company LLC |
| Elliot Electric Supply, Inc. |
| Elmington Property Management LLC |
| Elmington Property Mgmt LLC - Monarch Apartments |
| Employer Solutions Resources LLC |
| Endurance American Specialty Insurance Company (Sompo) |
| Engineered Fluids, Inc. |
| Environmental Protection Agency |

28

| |
|---|
| EPB of Chattanooga |
| EPIC ASIC ASIA LIMITED |
| Equinix Inc |
| Equipment Depot of Kentucky Inc |
| Equisolve Inc |
| ERI Economic Research Institute Inc |
| Ernest & Young LLP |
| Ernest Industries Inc |
| Esteban LaSalle |
| Etcembly Ltd |
| Evercore Group LLC |
| EverData, LLC |
| EvoTek |
| Expensify Payments LLC |
| EZ BlockChain LLC. |
| Faegre Drinker Biddle and Reath LLP |
| Farm & Ranch Construction, LLC |
| Farmers Group Select Home & Auto Insurance |
| Farming with Stephanie LLC |
| Fastenal Company |
| Federal Insurance Company (Chubb) |
| Federico Bohn |
| FedEx |
| Felker Construction Company Inc |
| Fernando Manuel Sierra Pajuelo |
| Ferro Investments Ltd. |
| FGK Investments Ltd |
| Fidelity Capital Corp |
| Fidelity Investments Institutional Operations Company LLC |
| Financial Accounting Standards Board/Governmental Accounting Standards Board |
| FINRA |
| Fireblocks Inc |
| First Insurance Funding |
| First National Capital LLC |
| First Sun Investments, LLC |
| First-Line Fire Extinguisher Company |
| FISHMAN STEWART PLLC |
| Flexential Colorado Corp |

| |
|---|
| Florida Blue |
| Flourishing Field Limited |
| FlowTX |
| ForensisGroup Inc |
| Forks Landscaping LLC |
| Forum Communications Company |
| Foshan Dilue Supply Chain Mgmt CO LTD |
| FOUNDRY DIGITAL LLC |
| Franchise Tax Board |
| FRANK POLLARO |
| Free Transportation LLC |
| FreightEx Logistics LLC |
| Frontier Communications |
| Frontier Communications America Inc |
| Frontline Shredding Inc |
| Frost Brown Todd Attorneys LLC |
| FS.Com Inc |
| FTF Diversified Holdings, LP |
| FXSA |
| G.I. Joe Landscaping, LLC |
| Gagnon & Miceli Freight Inc |
| Galaxy Digital LP |
| GARIC INC. |
| Garic Limited |
| Gartner Inc |
| Gasthalter and Co LP |
| Gateway Korea Inc. |
| Gaylor Electric, Inc. (DBA Gaylor, Inc. ) |
| GEM Mining |
| General Casualty Co of WI (QBE) |
| Genesis Custody Limited |
| Genesis Global Capital, LLC #1 |
| Gensler |
| George Kollitides |
| Georgia Department of Revenue |
| Gibson and Associates Inc |
| Gilley Enterprises |
| Gilmore Kramer Co |
| GitHub Inc |
| Glaze Supply Company Inc |
| Global Star Holding Co. |

| |
|---|
| GlobalGig |
| Globalization Partners LLC |
| Goldstein and Lee PC |
| GoodHire |
| Goodrose 5009, INC. |
| Goodway Group Inc |
| Google LLC |
| Gopher, LLC |
| Gotshal & Manges LLP |
| GPU One Holdings, LLC |
| Grand Forks Utility Billing |
| Graybar Electric Company Inc |
| Great Sports Inc |
| GreatAmerica Financial Services |
| Greatland Corporation |
| Green Business Certification, Inc |
| Greenberg Traurig, LLP |
| Greenhouse Software Inc |
| Greenidge Generation Holdings Inc. |
| GreensLedge Capital Markets LLC |
| GREENSLEDGE MERCHANT HOLDINGS, LLC |
| Greg Pipho |
| Greyline Partners LLC |
| Griffin C Simerly |
| Group Health Aetna |
| Grubhub Holdings Inc |
| Gryphon Digital Mining, Inc. |
| Guardian Life |
| GULLANE CAPITAL PARTNERS, LLC |
| GULLANE DIGITAL ASSET PARTNERS OP, LLC |
| GULLANE DIGITAL ASSET PARTNERS, LLC |
| Gustavo Melo Belfort |
| Hamin Kang |
| Hannan Supply Company Inc |
| Hannig Row Partnership |
| Harco National Insurance Company (360) |
| Harlin Dean |
| Harper Construction Company, Inc |
| HC NCBR FUND |
| Heapy |

| |
|---|
| Henry Ho |
| Herc Rentals |
| Hewlett Packard Enterprise Company |
| Hill and Wilkinson Construction Group Ltd |
| Hiscox Insurance Company |
| Hive Blockchain Technologies Inc. |
| HM Tech LLC |
| Hockomock Mining Company |
| Holland and Hart LLP |
| Holland LLC |
| Holliwood, LLC |
| Holloway Updike and Bellen Inc |
| Horizon Kinetics |
| Horne, LLP |
| Housley Communications, Inc. |
| Huband Mantor Construction Inc |
| HubSpot Inc |
| Hudson GRC LLC |
| Hudson Incentives Inc |
| Hughes Electric Paint & Supplies |
| Human Rights Foundation |
| Humphrey & Associates, Inc. |
| Hurd Real Estate Associates |
| Hurricane Electric LLC |
| Hut 8 Mining Corp. |
| Hutchins Pallet Service, Inc |
| Hutchison and Steffen PLLC |
| Ibex Partners (Core) LP |
| ICE Systems, Inc. |
| ICG CoreSci Holdings, LP |
| ICI Mechanical LLC |
| Icons8 |
| ICS Inc |
| IDC Research Inc |
| IEWC Global Solutions |
| Imperial Fire Protection, LLC |
| INDIGO COMMERCIAL FUNDING, LLC |
| Indigo Direct Lending, LLC |
| INE |
| Integrated Networking Technologies LLC |
| Integrity Door Solutions LLC |

32

| |
|---|
| Internal Revenue Service |
| Internal/Resound Networks |
| Interstate Welding and Steel Supply |
| Intralinks, Inc. |
| Iris Energy Ltd. |
| Ironclad Inc |
| Isoplex Inc. |
| Israel Garcia |
| J W Didado Electric LLC |
| Jackie L Bryan |
| Jackson Purchase Energy Corporation |
| Jackson Walker LLP |
| Jacob John Novak |
| Jacob McDaniel |
| JAM Mining Corp. |
| James Pulaski |
| Jarvis Hollingsworth |
| Jason Capello |
| Javier Lazaro Jareno |
| Jay Deutsch |
| JBM Office Solutions |
| JCL Energy LLC |
| Jeff Pratt |
| Jeff Taylor |
| Joaquin Pablo Gonzalez |
| Jobe Ranch Family Limited Parnership, Lessor (11/15/2021) |
| Jobot |
| John Badger Quinn |
| John Furner |
| John P. Joliet |
| Jonathan Barrett |
| Jonathan Barrett 2012 Irrevocable Trust dated May 31 2012 |
| Jordan Park Access Solutions |
| JPAS - CREDIT LLC |
| JPAS - Crypto Infrastructure-A S.P. |
| JSK Partnership LLC |
| Juan Jose Galan Lopez |
| K and E Lawn Service LLC |
| Kaboomracks, Inc |

| |
|---|
| Kaiser Permanente |
| Kalon Investments, LLC |
| Katharine Hall |
| Katz Marshall and Banks LLP |
| Kayne Anderson BDC, LLC |
| Kayne Anderson Capital Advisors, L.P. |
| Kayne Anderson Energy Infrastructure Fund Inc. (KYN) |
| Kayne Anderson NextGen Energy & Infrastructure Inc. (KMF) |
| Keith Larry Watkins |
| Kelly Services Inc |
| Kenco Material Handling Solutions LLC |
| Kensico Associates, L.P. |
| Kensico Offshore Fund Master, LTD |
| Kentucky Cabinet for Economic Development |
| Kentucky Departament of Revenue |
| Kentucky State Treasurer |
| Kesco Air Inc |
| Kevin Turner |
| Kilpatrick Townsend and Stockton LLP |
| King County Assessor |
| King Ford |
| Kings Road RV Park LLC |
| Kinsale Insurance Company |
| Kirkland and Ellis LLP |
| KMR CS Holdings, LLC |
| Kneeland Youngblood |
| Know Agency |
| KnowBe4 Inc |
| KPMG LLP |
| Krista Rhynard |
| Kristy-Leigh Minehan |
| Kyle Buckett |
| Labor Finders |
| Lake Effect Traffic LLC |
| Lake Parime USA Inc. |
| Lancaster Safety Consulting, Inc |
| Landmark American Insurance Compnay |
| Landstar Ranger Inc |
| Lane Powell PC |

| |
|---|
| LANshack Com |
| Laredo Petroleum, Inc. |
| Larry Ledford |
| Larry Rudolph |
| Lattice |
| Lenz LLC |
| Leon Hadgis |
| Leon J. Simkins Non-Exempt Trust FBO Michael Simkins |
| Levbern Management LLC |
| Level 3 Communications LLC |
| Lexington Insurance Company |
| LHC CAPITAL PARTNERS INC |
| LHH Recruitment Solutions |
| Lib Fin LLC |
| Liberty Commercial Finance, LLC |
| Liberty Point Apartments |
| Liberty Stonebriar |
| LINKEDIN CORPORATION |
| Lisa Ragan Customs Brokerage |
| LivePerson, Inc. |
| LiveView Technologies Inc |
| LML Services dba FlowTx |
| Lockton Insurance Brokers LLC |
| Logistica CryptoMining Repair LLC |
| Logix Fiber networks |
| Lonestar Ole Git LLC |
| LRN Corporation |
| Lukasz Gottwald |
| Lukka Inc |
| Lumen/CenturyLink |
| Luxor Technology Corp |
| LV net, Mizrahi |
| Lynn Burgener |
| M & S Patterson, Inc |
| Mackay Shields, LLC |
| Maddox Industrial Transformer LLC |
| Mallinckrodt Pharmaceuticals |
| Manley Four Little Pigs Inc |
| Manning Land LLC |
| Manpower |

| |
|---|
| Marathon Digital Holdings, Inc. |
| Marble Community Water System |
| Marco Technologies LLC |
| Marcum LLP |
| Mark Beaven |
| Mark Bordcosh |
| Marnoy Interests Ltd. |
| Marshall County (Kentucky) Departament of Revenue |
| Marshall County Battery and Golf Carts Inc |
| MARSHALL COUNTY SHERIFF |
| Marshall County Tax Administrator |
| Marsico AXS CS LLC |
| Mass Mutual Barings |
| Massachusetts Mutual Life Insurance Company |
| MassMutual Asset Finance LLC |
| Matt Brown |
| Matt Minnis |
| Matthew Bishop |
| Mawson Infrastructure Group Inc. |
| McCarthy Buildings Companies, Inc |
| McCorvey Sheet Metal Works, LP |
| McDermott Will & Emery LLP |
| McElroy Metal Mill, Inc (dba McElroy Metal) |
| McMaster-Carr |
| MDSI Inc |
| Mediant Communications Inc |
| Megaport USA Inc |
| Mei Pang |
| Memorial Hermann Hospital System |
| Meridian Equipment Finance LLC |
| MetLife |
| Michael Bros |
| Michael Cruz |
| Michael J. Levitt |
| Michael Levitt |
| Michael Truzpek |
| Microsoft Azure |
| Mike Darling Films |

36

| |
|---|
| Miller Griffin and Marks PSC |
| Milos Core LLC |
| Mindset |
| Mineco Holdings, Inc. |
| Mineority Group |
| Mineority Group LLC |
| Minnkota Power Cooperative |
| Mintz Group LLC |
| Mission Critical Facilities International, Inc. |
| Mississippi Home Development |
| MJDII Architects Inc |
| MK-Marlow Company, LLC |
| MNP LLP |
| Mobile Modular Portable Storage |
| Mobley Holdings LLC - Liberty Point Apartments |
| Moelis & Company LLC |
| Monarch Apartment Homes |
| Monbanc Inc. |
| Monnit Corporation |
| Monoprice Inc |
| Morgan, Lewis & Bockius LLP |
| Morsco Supply LLC (dba Morrison Supply Company) |
| Moss Adams LLP |
| Mountain Top Ice |
| MP2 Energy Texas, LLC |
| MPM LIFE LLC |
| M-RETS |
| MSC Industrial Supply Co |
| Murphy & Grantland, P.A. |
| Murphy and Grantland PA |
| Murphy Electric Power Board |
| Murtco Inc |
| Muskogee City-County Port Authority |
| Mustache Creative Studio |
| N9+, LLC |
| Nancy C Sayers |
| Nanning Dinggao Tech Limited |
| Nasdaq Corporate Solutions, LLC |
| National Association of Corp Directors |

| |
|---|
| National Union Fire Ins Co of Pittsburgh (AIG) |
| NAVEX Global, Inc. |
| Navigators Insurance Co (Hartford) |
| Ncredible Properties |
| ND Office of State Tax Commissioner |
| Neal Goldman |
| Neeraj Agrawal |
| Neso Investment Group Ltd |
| Netgain Solutions, Inc. |
| Network Cabling Services, Inc. |
| New Green Network LLC |
| Next Level Valet LLC |
| NextEra Energy Capital Holdings |
| NextLevel |
| nference, inc. |
| NFN8 Media, LLC |
| Nicolas Carter |
| Nissan North America, Inc |
| Nodak Electric Cooperative Inc. |
| Nomura Corporate Funding Americas, LLC |
| North Carolina Department of Revenue |
| North Dakota Department of Revenue |
| North Dakota Office of State Tax Commissioner |
| North Georgia Data LLC |
| NORTH MILL CREDIT TRUST |
| North Mill Equipment Finance |
| North Star Leasing |
| Northdata Holdings Inc. |
| Novak |
| NVIDIA Corporation |
| NYDIG |
| NYDIG ABL LLC |
| Obsidian Specialty Insurance Company (Orion via RT Specialty) |
| Occupational Safety and Health Administration |
| Och Ziff Capital Management, LP |
| Office of State Tax Commisioner |
| Office Pavilion |
| OIP SPV Core Scientific, LLC |

| |
|---|
| Oklahoma Department of Revenue |
| Oklahoma Gas and Electric Company |
| Oklahoma Tax Commission |
| Okta Inc |
| Old Dominion Freight Line Inc |
| Old Republic National Title Ins Co |
| Omega Interceptor Restricted Ltd |
| Omeir Cargo LLC |
| Oncor Electric Delivery Company LLC |
| ONESTOPMINING TECHNOLOGIES LIMITED |
| Onin Staffing, LLC |
| OnlineComponents.com |
| Onyx Contractors Operations, LP |
| Optilink |
| Optum Bank |
| Oracle America, Inc. |
| Oracle Capital LLC |
| Orange Computers |
| ORGDEV Limited |
| Overhead Door Company of Clayton/Overhead Door Company of Tri State |
| Parker Lynch |
| Paul Hastings LLP |
| Paulo Roberto Pereira de Souza Filho |
| Pax ADR LLC |
| Paycom Payroll LLC |
| Peerless Events & Tents LLC |
| Pennsylvania Insurance Company |
| PeopleReady Inc |
| Pepsi MidAmerica |
| Pescadero Capital, LLC |
| Pete Abdo |
| Peter Dorrius |
| Peter J. Novak |
| Peter Sladic |
| Petter Business Systems |
| Pioneer Abstract and Title Co of Muskogee Inc |
| PJT Partners LP |
| Plant Tours Communications Company |

39

| |
|---|
| Platinum Platypus Inc |
| Pledgeling Technologies |
| Polyphase Capital, LLC |
| Poolin Technology Pte. Ltd. |
| Power & Digital Infrastructure Acquisition Corp. |
| POWER & DIGITAL INFRASTRUCTURE CORP. |
| Premier Fire and Security Inc |
| PricewaterhouseCoopers LLP |
| Prickett Jones and Elliott PA |
| Prime Alliance Bank |
| Prime Mowing and Property Management LLC |
| Priority Power |
| Proctor Management |
| Prostate Cancer Foundation |
| Pure Storage, Inc. |
| Pure Water Technology of the Tri State Area LLC |
| Pye-Barker Fire and Safety LLC |
| Q4 Inc |
| QBE Insurance Corporation |
| Quality Water Financial LLC |
| Quandefi Opportunities LLC |
| Quantum Digital Network Assets, LLC |
| Quik Print of Austin Inc |
| Quinn Emanuel Urquhart & Sullivan, LLP |
| Rack and Shelving Consultants |
| Radar Relay, Inc. |
| Radar Relay, LLC |
| RADAR, LLC |
| Radiant PPC LLC |
| Raymond Pope |
| RBI USA Customs Services llc |
| RC Ventures Inc |
| Recycling Equipment Corporation |
| Red Moon 88 LLC |
| Reed Wells Benson and Company |
| Reffett Associates |
| Regents Capital Corporation |
| Regional Disposal and Metal LLC |

40

| |
|---|
| Regional Waste |
| Registered Agent Solutions, Inc. |
| Reliance Telephone Systems |
| Resound Networks LLC |
| Resources Global Professionals |
| Rezvani Mining LLC |
| Richard Katz 2016 GST TRUST |
| Richard Norman |
| Richards Layton and Finger PA |
| Ricks Rental Equipment |
| Rio Verde Holdings Ltd |
| Riot Blockchain, Inc. |
| River Financial Inc. |
| Riverbend Consulting LLC |
| RJW Digital Solutions |
| RME Black 100, LLC |
| RME Black 200, LLC |
| RME Black 88, LLC |
| Robert Fedrock |
| Robert Half Talent Solutions |
| Robson Forensic Inc |
| Rockwell Automation Inc |
| Rodrigo Perusquia |
| Roman Krasiuk |
| Rowlett Hill Collins LLP |
| RPM Balance, Inc. |
| Rudy Worrell |
| Ruric Inc |
| Russell Cann |
| Ryan & Associates |
| Ryan LLC |
| Sabby Volatility Warrant Master Fund, Ltd. |
| SafetySkills LLC |
| SAGE Capital Investments, LLC |
| Salary.com LLC |
| Salesforce.com, Inc. |
| Savage.io |
| Say Technologies LLC |
| Scheef & Stone, LLP |
| Scientific Games Corporation |
| Scott Malewig |

41

| |
|---|
| Seagen Inc. |
| Sebastian Javier Marconi |
| Securitas Security Services USA Inc |
| Sensika Technologies OOD |
| Serge Marin |
| Sharon Orlopp |
| Sharp Business Systems |
| Sharpertek |
| Shell Energy Solutions |
| Shermco Industries, Inc |
| Sidley Austin LLP |
| Silver Fox Productions Inc |
| SILVERPEAK CREDIT PARTNERS LP |
| Silverpeak Special Situations Lending LP |
| Sitrick and Company |
| Skadden, Arps, Slate, Meagher & Flom LLP |
| Slack Technologies LLC |
| Slalom LLC |
| Smartsheet Inc |
| Smoky Mountain BBQ Company LLC |
| Snell & Wilmer |
| Snelling |
| Socrates Roxas |
| Solomon Corporation |
| Southeastern System Services Inc |
| Southern Cargo LLC |
| Southwestern Medical Foundation |
| Spectrum Business |
| SpectrumVoIP Inc |
| Sphere 3d |
| Spotless Cleaning |
| Spring Mud LLC |
| SRPF A QR RIVERSOUTH LLC |
| Stacie Olivares |
| Stafftax Financial LLC |
| Standby Service Solutions LLC |
| Starboard Capital LLC |
| Starlink |
| Starr Indemnity & Liability Co |
| State of Delaware - Division of Corporations |

| |
|---|
| State of Tennessee Department of Revenue |
| Stayfirst Branding Agency |
| STERNHELL GROUP |
| Steve Gitlin |
| Stone Tower Air LLC |
| STONEBRIAR COMMERCIAL FINANCE LLC |
| Stonebriar Finance Holdings LLC |
| Stretto, Inc. |
| Summit Crypto Mining Limited |
| Summit Electric Supply |
| Summit Energy Services Inc |
| Summit Funding Group Inc |
| Sunny Shah |
| SunnySide Consulting and Holdings, Inc. |
| SunValley Electric Supply |
| SuperAcme Technology Hong Kong LTD |
| Supplybit, LLC |
| Supreme Fiber LLC |
| Sure Steel - Texas, LP |
| Susan Oh Communications |
| Swiss Re Corporate Solutions Capacity Ins Corp |
| Synopsys Inc |
| Synovus Bank |
| T&D Moravits & Co. |
| Tag Resources LLC |
| Talos Energy, Inc |
| Tangent Energy Solutions Inc |
| Tango Lima, LP |
| TanMar Rentals, LLC |
| Tansley Equipment Limited |
| Tax Executives Institute Inc |
| TBC 222 LLC |
| TCF NATIONAL BANK |
| TDIndustries Inc |
| Teacher Retirement System of Texas |
| Teague Nall and Perkins Inc |
| Team LLC |
| Tech Finance Corporation |
| Technijian Inc |

43

| |
|---|
| Technology Finance Corporation |
| Technology Navigators LLC |
| Techshop Computers Ltd. |
| TechSource Global LLC |
| Telecom Site Solutions LLC |
| Telfi LLC |
| Telles Global Consulting Inc |
| Temps Plus Inc |
| Temps Plus of Paducah Inc |
| Temps Plus of Paducah Inc. |
| Tenaska Colocation Services LLC |
| Tenaska Power Services Co |
| Tenet Solutions |
| Tennessee Department of Revenue |
| Tennessee Valley Authority |
| Tennessee Valley Industrial Committee |
| Teslawatt |
| Texas AirSystems, LLC |
| Texas Blockchain Council |
| Texas Comptroller |
| Texas Workforce Commission |
| The Allen Institute for Artificial Intelligence |
| The Coindad LLC |
| The Council on Foreign Relations |
| The Crown Restaurant |
| The District |
| The Kimmel Family Foundation |
| The Maclellan |
| THE MICHAEL 0. JOHNSON REVOCABLE TRUST |
| The Music Acquisition Corp |
| The Obsidian Master Fund |
| The Preserve at Spring Creek |
| The Princenton Excess & Surplus Lines Ins Co (Munich RE ) |
| The Rudolph Family Trust |
| The Sear Family 1996 Trust |
| The Specialty Company - TSC |
| The Treadstone Group Inc |
| The William R. Guthy Separate Property Trust |

44

| |
|---|
| Thomson Reuters Tax and Accounting checkpoint |
| Thycotic Software LLC |
| Tien Yun Investments, LLC (dba TY Properties) |
| Time Warner Cable |
| Timeless Digital Corp. |
| TJC3 LLC |
| T-Mobile USA, Inc. |
| Todd Deutsch |
| Todd DuChene |
| Tomek Group, LLC |
| Tony Grijalva |
| Top Imprint Limited |
| Tor Naerheim Brand Design LLC |
| Total Quality Logistics LLC |
| Tower Direct |
| Toyota Commercial Finance |
| TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC. |
| TPG Pace Beneficial Finance Corporation I and II |
| Trace3 LLC |
| TRACS Manufacturing LLC |
| Tractor and Palm Inc |
| Transatlantic Mobility Holdings II LLC |
| Travis Asphalt |
| Travis County, TX |
| Triangle Enterprises, Inc |
| Trilogy LLC |
| TriNet COBRA |
| TriNet HR III, LLC |
| Trinity Capital Inc. |
| Trinity Risk Solutions LLC |
| Troutman Sanders LLP |
| Truckload Connections, LLC |
| True North Data Solutions US Inc |
| Tufts |
| Two Trees Capital Limited BVI |
| TXU Energy Retail Company LLC |
| TY Properties |
| TYMIF Coin Ventures, LLC |

| |
|---|
| U line |
| U.S. Bank National Association |
| U.S. Customs and Border Protection |
| Union Jack, LLC |
| United Capital Partners |
| United Rentals North America Inc |
| UnitedHealthcare (UHC) |
| UnitX |
| University of California, San Diego |
| UPS Supply Chain Solutions Inc |
| Upstate Containers LLC |
| US Customs and Border Patrol |
| US Digital Mining and Hosting CO., LLC |
| US Securities and Exchange Commission |
| Vaerus Mining SPV2 LLC |
| Validus Power Corp |
| Vandco Equipment |
| Vantage Risk Specialty Insurance Company (RT Specialty) |
| VCheck Global LLC |
| VCV Power Mining Alpha LLC |
| Veriedge LLC |
| Veritext LLC |
| Vesco Toyota lift |
| VFS LLC |
| VFSOX, LLC |
| Vineet Agrawal |
| Vision Service Plan (VSP) |
| VMS Security Cloud Inc |
| Volt Management Corp |
| Wachsman PR LLC |
| Ward county Assessor (TX) |
| Waste Disposal Solutions Inc |
| Waste Path Services LLC |
| Water Works C&R, LLC |
| Waterlogic Americas LLC |
| Way Mechanical |
| Weatherford International |
| Weil, Gotshal & Manges LLP |
| Wells and West Inc |
| Wesley-Thompson Hardware, Inc. |

46

| |
|---|
| Weston Adams |
| WEX Health Inc |
| Whitfield County Board of Assessors |
| Whitfield Electric Motor Sales & Service, Inc |
| Whitney J Beauxis |
| Widseth Smith Nolting And Associates, Inc. |
| William McCarter |
| Williams & Connolly LLP |
| Williams Farm LLC |
| Williams Marston LLC |
| Willkie Farr & Gallagher LLP |
| Wilmington Savings Fund Society, FSB |
| Wilson Built Fab Shop |
| Windstream Communications |
| Wingspire Equipment Finance, LLC |
| Wolfswood Holdings LLC |
| Workday, Inc. |
| Workiva Inc |
| Workplace Solutions Inc |
| Worksmith, Inc. |
| Wormser Family Partnership II, LP |
| Wright National Flood Ins Co (NFIP) |
| XC Container LLC |
| Xcel Energy, Inc. |
| XL Specialty Ins Co |
| XMS Core Convert Holdings LLC |
| XPDI |
| XPDI MERGER SUB, INC. |
| XPDI Sponsor LLC |
| Young MFG Inc |
| Zendesk Inc |
| ZetaMinusOne LLC |
| Zeus Mining Co Ltd |
| Zimney Foster PC |
| Ziply Fiber |
| Zoom Video Communications Inc |
| ZoomInfo Technologies |
| Zuckerman Gore Brandeis & Crossman, LLP |

## **Schedule 2**

Potential Parties-in-Interest or their affiliates for whom Deloitte & Touche LLP or its affiliates has provided or is currently providing services in matters unrelated to these chapter 11 cases, except as set forth above, or with whom such parties have other relationships, including banking relationships.

| |
|---|
| American Property Acquisition, LLC |
| American Property Acquisitions I, LLC |
| American Property Acquisitions VII, LLC |
| Core Scientific Acquired Mining LLC |
| Core Scientific Mining LLC |
| Core Scientific Operating Company |
| Core Scientific Specialty Mining (Oklahoma) LLC |
| Core Scientific, Inc. |
| Radar Relay, Inc. |
| RADAR, LLC |
| Starboard Capital LLC |
| 155 Palmer Lane, LLC |
| Blockcap, Inc. |
| Core Scientific Holdings Co |
| GPU One Holdings, LLC |
| Mineco Holdings, Inc. |
| Power & Digital Infrastructure Acquisition Corp. |
| Radar Relay, LLC |
| XPDI |
| XPDI Sponsor LLC |
| XPDI MERGER SUB, INC. |
| Weil, Gotshal & Manges LLP |
| 2012Exxact Corporation |
| 36th Street Capital |
| AAF International |
| Abu Dhabi Ports Company PJSC – KIZAD |
| ACM ELF ST, LLC (Atalaya) |
| Adaptive Insights LLC |
| ADQ Financial Services LLC |
| Aetna |
| Aflac |
| Agility Logistics Corp |
| Akin Gump Strauss Hauer & Feld LLP |
| Alation, Inc |
| Aliexpress |
| AlixPartners LLP |
| Alliance Funding Group |
| Allstate Benefits |
| Allstream |

49

| |
|---|
| Alston & Bird LLP |
| Alteryx Inc |
| Altru Health System |
| Amazon Business |
| Amazon Web Services Inc |
| American Paper and Twine Co |
| American Registry for Internet Numbers Ltd |
| AmTrust |
| AMWINS Group |
| Aon Consulting Inc |
| AON Risk Insurance Services West Inc |
| Apollo Centre Street Partnership, L.P. |
| Apollo Lincoln Fixed Income Fund, L.P. |
| Apollo Moultrie Credit Fund, L.P. |
| Apollo Tactical Value SPN Investments, L.P. |
| Arch Specialty Ins Co |
| ARIBA INC |
| Arnold & Porter Kaye Scholer LLP |
| Ascot Syndicate No. 1414 |
| Aspen Specialty Ins Co |
| AT&T |
| Atlas Mining |
| Atlas Technology Group LLC |
| Averitt Express Inc |
| AXIS Surplus Ins Co |
| B. Riley Commercial Capital, LLC |
| Bank of America |
| Bank of the West |
| Barings BDC, Inc. |
| Barings Capital Investment |
| Barings Private Credit Corp |
| Baylor Health Care System Foundation |
| Beacon Building Products |
| Beazley (Lloyd's Syndicate 2623) |
| Beazley Insurance Company |
| Berkley National Insurance Company |
| Berkley Prof Liability |
| Berkshire Hathaway Specialty Ins Company |
| Bitmain Development Inc. |

50

| |
|---|
| Bitmain Technologies Georgia Limited |
| Bitmain Technologies Limited |
| Bitmain Technology Inc. |
| Bitmaintech PTE LTD |
| Bitwave |
| Black Box Network Services Inc |
| BlackRock Credit Alpha Master Fund L.P. |
| Blakes Cassels and Graydon LLP |
| Block One Technology |
| Blockchain Association |
| Blockfi A |
| Blockfi B |
| BlockFi Lending LLC |
| BlockFi, Inc. |
| Blue Cross Blue Shield CA |
| Blue Cross Blue Shield NC |
| Blue Cross Blue Shield of TX |
| Blue Ridge Law & Policy, P.C. |
| Blue Torch Capital LP |
| BNY Mellon Bank |
| Brandon Curtis |
| Bremer Bank |
| Broadridge ICS |
| Built In Inc |
| Bureau Van Dijk Electronic Publishing Inc. |
| Business Wire Inc |
| BW Holdings, LLC |
| C & W Facility Services, Inc. |
| C T CORPORATION SYSTEM, |
| C.H. Robinson Company, Inc. |
| CAC Global LLC |
| CAC Specialty |
| California Franchise Tax Board |
| California Institute of Technology (Caltech) |
| Cannon Investments LLC |
| Capital City Public Affairs LLC |
| Capxon Electronics Shenzhen Co Ltd |
| CCP Credit Acquisition Holdings, L.L.C. |
| CCR Corp |
| CDW Direct |

| |
|---|
| CDW Middle East FZ LLC |
| Celsius Core LLC |
| CELSIUS NETWORKS LENDING LLC |
| CenturyLink |
| Chamber of Digital Commerce |
| Charter Communications, Inc. (dba Spectrum) |
| Chroma System Solutions, Inc |
| Chubb |
| Chubb Personal Excess Liability Insurance |
| Cipher Mining Inc. |
| Cision US Inc |
| CIT BANK, N.A. |
| Citadel Securities Corp Solutions |
| Citibank (Administered by PayFlex) |
| City Electric Supply |
| City National Bank |
| CleanSpark, Inc. |
| Cloudflare Inc |
| CNA Insurance |
| Cogent Communications |
| Cohen and Company LTD |
| Coinbase Inc |
| Colorado Department of Revenue |
| Columbia Casualty Company (CNA) |
| ComNet Communications, LLC |
| Compass Mining, Inc. |
| ComputerShare Inc |
| Comware |
| Consero Global Solutions LLC |
| Consilio LLC |
| Consolidated Electrical Distributors, Inc. (dba Sun Valley Electric Supply) |
| Constellation New Energy, Inc |
| Contech Construction |
| Contech, Inc. |
| Convergint Technologies LLC |
| Cooley LLP |
| Corbin Opportunity Fund, L.P. |
| Core Scientific Partners GP, LLC (SMLLC) |
| Core Scientific Partners, LP |

52

| |
|---|
| CORPORATION SERVICE COMPANY |
| CrossCountry Consulting LLC |
| CSP Advisors, LLC (SMLLC) |
| CSP Liquid Opportunities Fund, LP |
| CSP Liquid Opportunities GP, LP |
| CSP Liquid Opportunities Master Fund, LP |
| CSP Liquid Opportunities Offshore Fund (Exempted Ltd) |
| Cumulus Coin LLC |
| Dalton Utilities |
| Databricks, Inc. |
| Datasite LLC |
| Davis Wright Tremaine LLP |
| De Lage Landen Financial Services, Inc |
| Delaware Secretary of State |
| Dell Financial Services L.L.C |
| DELL FINANCIAL SERVICES L.L.C. |
| Dellcom (Dell Telephone) |
| Delta Dental |
| Denton Chamber of Commerce Inc. |
| Denton Municipal Electric |
| Dentons Canada LLP |
| DHL Express (USA) Inc |
| Diamond Offshore Drilling, Inc. |
| DigiCert INC |
| Digi-key |
| Digital Asset Services LTD |
| Digital Realty |
| DK Construction Company |
| Docusign Inc |
| Donnelley Financial Solutions |
| DSV Air and Sea Inc |
| Duane Morris LLP |
| Duke Energy |
| Duke Energy Carolinas |
| Eaton Corporation |
| Elasticsearch Inc |
| Electra Link Inc |
| Endurance American Specialty Insurance Company (Sompo) |
| Environmental Protection Agency |

53

| |
|---|
| Equinix Inc |
| Equipment Depot of Kentucky Inc |
| ERI Economic Research Institute Inc |
| Ernest & Young LLP |
| Evercore Group LLC |
| Expensify Payments LLC |
| Faegre Drinker Biddle and Reath LLP |
| Farmers Group Select Home & Auto Insurance |
| Fastenal Company |
| Federal Insurance Company (Chubb) |
| FedEx |
| Ferro Investments Ltd. |
| Fidelity Capital Corp |
| Fidelity Investments Institutional Operations Company LLC |
| FINRA |
| Fireblocks Inc |
| First Insurance Funding |
| Flexential Colorado Corp |
| Florida Blue |
| Franchise Tax Board |
| Frontier Communications |
| Frontier Communications America Inc |
| Frost Brown Todd Attorneys LLC |
| FS.Com Inc |
| Galaxy Digital LP |
| GARIC INC. |
| Garic Limited |
| Gartner Inc |
| General Casualty Co of WI (QBE) |
| Genesis Custody Limited |
| Genesis Global Capital, LLC #1 |
| Gensler |
| Georgia Department of Revenue |
| Gibson and Associates Inc |
| GitHub Inc |
| Global Star Holding Co. |
| Globalization Partners LLC |
| GoodHire |
| Google LLC |

54

| |
|---|
| Gotshal & Manges LLP |
| Grand Forks Utility Billing |
| Graybar Electric Company Inc |
| GreatAmerica Financial Services |
| Greenberg Traurig, LLP |
| Greenhouse Software Inc |
| Greenidge Generation Holdings Inc. |
| GreensLedge Capital Markets LLC |
| GREENSLEDGE MERCHANT HOLDINGS, LLC |
| Greyline Partners LLC |
| Group Health Aetna |
| Grubhub Holdings Inc |
| Guardian Life |
| Harper Construction Company, Inc |
| Herc Rentals |
| Hewlett Packard Enterprise Company |
| Hill and Wilkinson Construction Group Ltd |
| Hiscox Insurance Company |
| Hive Blockchain Technologies Inc. |
| Holland and Hart LLP |
| Horizon Kinetics |
| HubSpot Inc |
| Hut 8 Mining Corp. |
| ICG CoreSci Holdings, LP |
| IDC Research Inc |
| IEWC Global Solutions |
| INE |
| Internal Revenue Service |
| Intralinks, Inc. |
| Ironclad Inc |
| J W Didado Electric LLC |
| Jackson Purchase Energy Corporation |
| Jackson Walker LLP |
| Jonathan Barrett |
| Jordan Park Access Solutions |
| JPAS - CREDIT LLC |
| JPAS - Crypto Infrastructure-A S.P. |
| Juan Jose Galan Lopez |
| Kaiser Permanente |
| Kalon Investments, LLC |
| Kayne Anderson BDC, LLC |

| |
|---|
| Kayne Anderson Capital Advisors, L.P. |
| Kayne Anderson Energy Infrastructure Fund Inc. (KYN) |
| Kayne Anderson NextGen Energy & Infrastructure Inc. (KMF) |
| Kelly Services Inc |
| Kenco Material Handling Solutions LLC |
| Kensico Associates, L.P. |
| Kensico Offshore Fund Master, LTD |
| Kentucky Cabinet for Economic Development |
| Kentucky Departament of Revenue |
| Kentucky State Treasurer |
| Kilpatrick Townsend and Stockton LLP |
| King County Assessor |
| Kirkland and Ellis LLP |
| KnowBe4 Inc |
| KPMG LLP |
| Lake Parime USA Inc. |
| Landmark American Insurance Compnay |
| Lane Powell PC |
| Laredo Petroleum, Inc. |
| Lattice |
| Level 3 Communications LLC |
| Lexington Insurance Company |
| LINKEDIN CORPORATION |
| LivePerson, Inc. |
| LiveView Technologies Inc |
| Lockton Insurance Brokers LLC |
| LRN Corporation |
| Lukka Inc |
| Lumen/CenturyLink |
| Mackay Shields, LLC |
| Mallinckrodt Pharmaceuticals |
| Manpower |
| Marathon Digital Holdings, Inc. |
| Marco Technologies LLC |
| Marcum LLP |
| Marsico AXS CS LLC |
| Mass Mutual Barings |
| Massachusetts Mutual Life Insurance Company |

56

| |
|---|
| MassMutual Asset Finance LLC |
| Matt Brown |
| McCarthy Buildings Companies, Inc |
| McDermott Will & Emery LLP |
| McMaster-Carr |
| Mediant Communications Inc |
| Megaport USA Inc |
| Memorial Hermann Hospital System |
| MetLife |
| Microsoft Azure |
| Mindset |
| Mintz Group LLC |
| MNP LLP |
| Moelis & Company LLC |
| Monoprice Inc |
| Morgan, Lewis & Bockius LLP |
| Moss Adams LLP |
| MP2 Energy Texas, LLC |
| MSC Industrial Supply Co |
| Nasdaq Corporate Solutions, LLC |
| National Union Fire Ins Co of Pittsburgh (AIG) |
| NAVEX Global, Inc. |
| Navigators Insurance Co (Hartford) |
| ND Office of State Tax Commissioner |
| Neeraj Agrawal |
| Network Cabling Services, Inc. |
| NextEra Energy Capital Holdings |
| NextLevel |
| nference, inc. |
| Nicolas Carter |
| Nissan North America, Inc |
| Nomura Corporate Funding Americas, LLC |
| North Carolina Department of Revenue |
| North Dakota Department of Revenue |
| North Dakota Office of State Tax Commissioner |
| NORTH MILL CREDIT TRUST |
| North Mill Equipment Finance |
| NVIDIA Corporation |
| NYDIG |

| |
|---|
| NYDIG ABL LLC |
| Och Ziff Capital Management, LP |
| Office of State Tax Commisioner |
| Oklahoma Department of Revenue |
| Oklahoma Gas and Electric Company |
| Oklahoma Tax Commission |
| Okta Inc |
| Old Dominion Freight Line Inc |
| Oncor Electric Delivery Company LLC |
| Optum Bank |
| Oracle America, Inc. |
| Overhead Door Company of Clayton/Overhead Door Company of Tri State |
| Paul Hastings LLP |
| PeopleReady Inc |
| Pescadero Capital, LLC |
| PJT Partners LP |
| POWER & DIGITAL INFRASTRUCTURE CORP. |
| PricewaterhouseCoopers LLP |
| Priority Power |
| Pure Storage, Inc. |
| Pye-Barker Fire and Safety LLC |
| Q4 Inc |
| QBE Insurance Corporation |
| Quinn Emanuel Urquhart & Sullivan, LLP |
| RBI USA Customs Services llc |
| RC Ventures Inc |
| Resources Global Professionals |
| Richard Katz 2016 GST TRUST |
| Richards Layton and Finger PA |
| Riot Blockchain, Inc. |
| River Financial Inc. |
| Robert Half Talent Solutions |
| Rockwell Automation Inc |
| Ryan LLC |
| Salary.com LLC |
| Salesforce.com, Inc. |
| Say Technologies LLC |
| Scientific Games Corporation |
| Seagen Inc. |

| |
|---|
| Securitas Security Services USA Inc |
| Shell Energy Solutions |
| Shermco Industries, Inc |
| Sidley Austin LLP |
| SILVERPEAK CREDIT PARTNERS LP |
| Silverpeak Special Situations Lending LP |
| Skadden, Arps, Slate, Meagher & Flom LLP |
| Slack Technologies LLC |
| Slalom LLC |
| Smartsheet Inc |
| Snell & Wilmer |
| Snelling |
| Solomon Corporation |
| Southern Cargo LLC |
| Spectrum Business |
| SpectrumVoIP Inc |
| Sphere 3d |
| Starlink |
| Starr Indemnity & Liability Co |
| State of Delaware - Division of Corporations |
| State of Tennessee Department of Revenue |
| STONEBRIAR COMMERCIAL FINANCE LLC |
| Stonebriar Finance Holdings LLC |
| Stretto, Inc. |
| Summit Energy Services Inc |
| Summit Funding Group Inc |
| SuperAcme Technology Hong Kong LTD |
| Swiss Re Corporate Solutions Capacity Ins Corp |
| Synopsys Inc |
| Synovus Bank |
| Talos Energy, Inc |
| Tangent Energy Solutions Inc |
| Tax Executives Institute Inc |
| TCF NATIONAL BANK |
| TDIndustries Inc |
| Teacher Retirement System of Texas |
| Team LLC |
| Tech Finance Corporation |
| Tennessee Department of Revenue |

| |
|---|
| Tennessee Valley Authority |
| Tennessee Valley Industrial Committee |
| Texas AirSystems, LLC |
| Texas Blockchain Council |
| Texas Comptroller |
| Texas Workforce Commission |
| The Allen Institute for Artificial Intelligence |
| The District |
| The Maclellan |
| THE MICHAEL 0. JOHNSON REVOCABLE TRUST |
| The Obsidian Master Fund |
| The Princenton Excess & Surplus Lines Ins Co (Munich RE ) |
| Thomson Reuters Tax and Accounting checkpoint |
| Thycotic Software LLC |
| Time Warner Cable |
| T-Mobile USA, Inc. |
| Total Quality Logistics LLC |
| Toyota Commercial Finance |
| TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC. |
| TPG Pace Beneficial Finance Corporation I and II |
| Trace3 LLC |
| Travis County, TX |
| Trilogy LLC |
| TriNet COBRA |
| Trinity Capital Inc. |
| Troutman Sanders LLP |
| Tufts |
| Two Trees Capital Limited BVI |
| TXU Energy Retail Company LLC |
| TY Properties |
| TYMIF Coin Ventures, LLC |
| U line |
| U.S. Bank National Association |
| U.S. Customs and Border Protection |
| United Rentals North America Inc |
| UnitedHealthcare (UHC) |

60

| |
|---|
| University of California, San Diego |
| UPS Supply Chain Solutions Inc |
| Upstate Containers LLC |
| US Customs and Border Patrol |
| US Securities and Exchange Commission |
| Vantage Risk Specialty Insurance Company (RT Specialty) |
| Veritext LLC |
| VFS LLC |
| Vision Service Plan (VSP) |
| Waterlogic Americas LLC |
| Weatherford International |
| WEX Health Inc |
| Williams & Connolly LLP |
| Williams Marston LLC |
| Willkie Farr & Gallagher LLP |
| Wilmington Savings Fund Society, FSB |
| Windstream Communications |
| Wolfswood Holdings LLC |
| Workday, Inc. |
| Workiva Inc |
| Workplace Solutions Inc |
| Wright National Flood Ins Co (NFIP) |
| Xcel Energy, Inc. |
| XL Specialty Ins Co |
| XMS Core Convert Holdings LLC |
| Zendesk Inc |
| Ziply Fiber |
| Zoom Video Communications Inc |
| ZoomInfo Technologies |
| Zuckerman Gore Brandeis & Crossman, LLP |