UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | | Main Case Number | 22-90341 |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc. | |

This lawyer, who is admitted to the State Bar of ___Texas___:

| | |
|---|---|
| Name | Scott R. Huete |
| Firm | Elkins PLC |
| Street | 201 St. Charles Avenue, Suite 4400 |
| City & Zip Code | New Orleans, Louisiana 70170 |
| Telephone | (504) 529-3600 |
| Licensed: State & Number | Texas No. 24107150 |

Seeks to appear as the attorney for this party:

| Summit Electric Supply Company, Inc. | |
|---|---|
| Dated: 03/03/2023 | Signed: Scott R. Huete |

| |
|---|
| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
| Dated:        Signed: _____ Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
United States Bankruptcy Judge