IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC., *et al.*,** | § | **Case No. 22-90341 (DRJ)** |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |

**GLOBAL NOTES AND STATEMENTS OF LIMITATION, METHODOLOGY, AND
DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND
LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Core Scientific, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**" or the "**Company**"), with the assistance of their advisors, are filing their Schedules of Assets and Liabilities (collectively, the "**Schedules**") and Statements of Financial Affairs (collectively, the "**Statements**" or "**SOFAs**" and, together with the Schedules, the "**Schedules and Statements**") in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (collectively, the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements. These Global Notes are in addition to any specific notes contained in any individual Debtor's Schedules and Statements (together with the Global Notes, the "**Notes**").

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of the Debtors. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' commercially reasonable efforts to report the assets and liabilities of the Debtors.

The Schedules and Statements and Global Notes should not be relied upon for information relating to the current or future financial conditions, events, or performance of any of the Debtors.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6073); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein.   While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.   The Debtors and their agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized.   In no event shall the Debtors or their agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

The Schedules and Statements for the Debtors have been signed by Michael Bros, who serves as the Debtors' Senior Vice President of Capital Markets & Acquisitions and is an authorized signatory of the Debtors.   In reviewing and signing the Schedules and Statements, Mr. Bros has relied upon the efforts, statements, and representations of various personnel employed by the Debtors' and their advisors, including the management team.   Mr. Bros has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## Global Notes and Overview of Methodology

1.   **Reservation of Rights.**  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist.   The Debtors reserve all rights to (i) amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to the description or designation of any claim ("**Claim**") or the particular Debtor(s) against which the Claim is asserted; (ii) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; and (iii) designate subsequently any Claim as "disputed," "contingent," or "unliquidated;" or (iv) object to the extent, validity, enforceability, priority, or avoidability of any Claim.

Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.   The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their Schedules and Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification.   Additionally, the Debtors expressly reserve all of their rights to designate such Claims as "disputed," "contingent," or "unliquidated" at a later date.   Moreover, listing a Claim does not constitute an admission of liability by the Debtors against which the Claim is listed or against any of the Debtors.   Furthermore, nothing contained in the Schedules and Statements or Notes shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims,

substantive consolidation, defenses, equitable subordination, and/or causes of action arising under chapter 5 of the Bankruptcy Code and any applicable non-bankruptcy laws to recover assets or avoid transfers.

Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph 1.

The Debtors shall not be required to update the Schedules and Statements except as may be required by applicable law.

2.   **Contingent Claim**.  A claim that is dependent on the realization of some uncertain future event is a "contingent" claim.

3.   **Unliquidated Claim**.  A claim, or portion of a claim, for which a specific value could not be readily quantified by the Debtors using currently available information are scheduled as "unliquidated."

4.   **Disputed Claim**.  A claim with respect to which the applicable Debtor and the claimant disagree as to the amount owed, whether any amount is owed, or the claim classification, is "disputed."

5.   **Description of the Case**.  On December 21, 2022 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court.  The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

The Debtors' chapter 11 cases are being jointly administered pursuant to Bankruptcy Rule 1015(b) and Rule 1015-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of Texas.

On January 9, 2023, the United States Trustee for Region 7 (the "**U.S. Trustee**") appointed an official committee of unsecured creditors (the "**Creditors' Committee**") in these chapter 11 cases pursuant to section 1102 of the Bankruptcy Code.  No trustee or examiner has been appointed in these chapter 11 cases.

6.   **Basis of Presentation**.  For financial reporting purposes, the Debtors generally prepare consolidated financial statements, which include information for Core Scientific, Inc. and its Debtor and non-Debtor affiliates.  The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of the Debtors on an unconsolidated basis.

As more fully described in the Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief (Docket No. 5) (the "**First Day Declaration**"), on December 13, 2017, MineCo Holdings, Inc. was incorporated and, six months later, it changed its name to Core Scientific, Inc. ("**Initial Core Scientific**"). In January 19, 2022, pursuant to a "SPAC merger," (i) Initial Core Scientific changed its name to Core Scientific Operating Company ("**Core Operating**") and (ii) Power & Digital Infrastructure Acquisition Corp. changed its name to Core Scientific, Inc. Consequently, certain assets or liabilities attributed in the Debtors' books and records to "Core Scientific, Inc." are actually assets and liabilities of Core Operating, particularly those assets and liabilities pre-dating January 19, 2022.  The Debtors and

their advisors have used reasonable efforts to attribute assets and liabilities to the proper Debtor entity but, to the extent more information becomes available, the Debtors reserve the right to amend these Schedules and Statements accordingly. Further, nothing herein shall constitute an admission that a particular asset or liability is property attributable to a particular Debtor. In certain circumstances, the entity that is party to a contract located in the Company's books and records has been dissolved. Such contracts have been listed on the applicable Schedule for the Debtor entity making payments associated with such contract; this shall not constitute an admission that the Debtor making such payments is party to, or liable on, such contract.

These Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to fully reconcile to the financial statements prepared by the Debtors. These Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated. The Debtors used reasonable efforts to attribute the assets and liabilities, certain required financial information, and various cash disbursements to each particular Debtor entity. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements. The Company accounts for its crypto currency assets at acquisition fair value, net of recognized impairment losses. The Debtors reserve all rights to supplement and amend the Schedules and Statements in this regard, including with respect to reallocation of assets or liabilities to any particular entity.

Given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor's assets exceed its liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time prior to the Petition Date. Likewise, to the extent a Debtor's liabilities exceed its assets, this is not an admission that the Debtor was insolvent as of the Petition Date or any time prior to the Petition Date.

7.  **"As Of" Information Date**. All asset information, and all liability information, except where otherwise noted, is reflected as of the close of business on the Petition Date. All year-to-date 2022 revenue is reflected as of December 21, 2022. The Schedules and Statements reflect the Debtors' best effort to allocate the assets, liabilities, receipts, and expenses to the appropriate Debtor entity "as of" such dates. In certain instances, the Debtors may have used estimates or pro-rated amounts where actual data as of the aforementioned dates was not available.

8.  **Accuracy**. The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the Claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

9.  **Current Market Value and Net Book Value**. Unless otherwise indicated, the Schedules and Statements reflect net book values ("**NBV**"), rather than current market values, and may not reflect net realizable value. For this reason, amounts ultimately realized will vary, potentially materially, from NBV. Additionally, the amount of

certain assets and liabilities may be undetermined, and, thus, ultimate assets and liabilities may differ materially from those stated in the Schedules and Statements. Values listed in these Schedules and Statements should not solely be used to determine the Debtors' enterprise valuation.

Operating cash is presented as bank balances as of the Petition Date. Certain other assets, such as investments in subsidiaries, are listed at undetermined amounts, as the net book values may differ materially from fair market values. Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material. Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as unknown or undetermined and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

The Debtors account for digital currency assets as intangible assets with indefinite useful lives. The Debtors initially recognize digital currency assets that are received as digital asset mining income based on the fair value of the digital currency assets when mined. Digital currency assets that are purchased in an exchange of one digital currency asset for another digital currency asset are recognized at the fair value of the digital currency asset received. During the period they are held, digital currency assets are impaired for a loss to the lowest observed exchange price, to date, in their primary market. The Debtors recognize realized gains or losses when digital currency assets are sold in an exchange for other digital currency assets or for cash using a first-in first-out method of accounting at the entity level.

The Debtors do not amortize goodwill but test it for impairment annually or more frequently if events or changes in circumstances indicate that the carrying value of goodwill may not be recoverable. During the year ended December 31, 2022, the Debtors impaired all $1.05 billion of their previously acquired goodwill.

10.    **Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements, as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect all possible Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any Claims asserted under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim. Although there are multiple holders of debt under the Debtors' prepetition funded indebtedness, only the administrative agent(s), indenture trustee(s), or similar representative(s), as applicable, have been listed in the Schedules.

11.    **Classification and Recharacterization**. Listing (i) a Claim on Schedule D as "secured," (ii) a Claim on Schedule E/F as "priority," (iii) a Claim on Schedule E/F as "unsecured," or (iv) a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a

waiver of the Debtors' rights to re-characterize or reclassify such Claims, contracts, or leases or to setoff such Claims. Notwithstanding the Debtors' commercially reasonable efforts to characterize, classify, categorize, or designate properly certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserve all of their rights to re-characterize, reclassify, re-categorize, re-designate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition. Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedule and Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits or attachments.

Moreover, nothing in the Schedules and Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease or financing arrangement (including whether any lease or financing arrangement is a true lease, a financing arrangement or a real property interest), and the Debtors reserve all rights with respect to such issues.

12.   **Excluded Assets and Liabilities**. The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, accrued salaries, employee benefit accruals, and accrued accounts payable. The Debtors have also excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage Claims exist. In addition, certain immaterial assets and liabilities may have been excluded.

13.   **Bankruptcy Court Orders**. Pursuant to certain orders of the Bankruptcy Court entered in the Debtors' chapter 11 cases (the "**First Day Orders**"), the Debtors were authorized (but not directed) to pay, among other things, certain prepetition claims of their employees, taxing authorities, insurers, critical vendors, and certain other prepetition creditors. Accordingly, these liabilities will have been or may be satisfied in accordance with such orders and therefore generally are not listed in the Schedules and Statements.

14.   **Zero Dollar Amounts**. Amounts listed as zero are either $0, unliquidated, or undetermined.

15.   **Summary of Amounts and Claims Reporting Policies.** The following is a summary of significant reporting policies:

- Undetermined and Unknown Amounts. The description of an amount as "undetermined" or "unknown" is not intended to reflect upon the materiality of such amount.

- Totals. All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements. To the extent there are unknown or undetermined amounts, the actual total may be different than the total listed.

- •     <u>Paid Claims</u>.  The Debtors were authorized (but not directed) to pay certain outstanding prepetition claims pursuant to various First Day Orders entered by the Bankruptcy Court.  The Debtors reserve all of their rights to amend or supplement the Schedules and Statements or take other action as is necessary or appropriate to avoid overpayment of, or duplicate payments for, any such liabilities.

- •     <u>Liens</u>.  Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

16. **Intellectual Property Rights**.  Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner; however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

17. **Executory Contracts**.  Although diligent efforts have been made to reflect each Debtor's executory contracts on Schedule G accurately, inadvertent errors, omissions, or over-inclusions may have occurred.  Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using the Debtors' reasonable efforts.  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G.

   Although the Debtors made diligent attempts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so.  Accordingly, the Debtors reserve all of their rights with respect to the named parties to any and all executory contracts, including the right to amend Schedule G.

   The Debtors reserve all their rights, Claims, and causes of action with respect to the executory contracts, including the right to dispute or challenge the characterization of any contract on Schedule G as executory or the structure of any transaction or any document or instrument related to a creditor's Claim.

18. **Leases**.  The Debtors may enter into agreements titled as leases for equipment or other real property interests.  The underlying lease agreements are set forth in the Schedules and Statements in Schedule G.

   Although diligent efforts have been made to accurately reflect each Debtor's unexpired

leases on Schedule G, inadvertent errors, omissions, or over-inclusions may have occurred.  Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using the Debtors' reasonable efforts.  Listing a lease on Schedule G does not constitute an admission that such lease is a true unexpired lease or that such lease was in effect on the Petition Date or is valid or enforceable.  The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G.

Nothing in the Schedules and Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease, a financing arrangement or a real property interest), and the Debtors reserve all rights with respect to such issues.

19.     **Liens and Mechanic Liens**.  Property and equipment listed in the Schedules and Statements are presented without consideration of any liens, including any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such property and equipment.  Nothing in the Schedules and Statements is or should be construed as an admission as to the determination of the legal status of any liens, and the Debtors reserve all rights with respect to same.

20.     **Owned Property and Equipment**.  Unless otherwise indicated, owned property (including real property) and equipment are stated at net book value.  The Debtors here by reserve all of their rights to sell or lease any property.  The Debtors reserve their rights to lease furniture, fixtures, and equipment from certain third party lessors.

21.     **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

22.     **Contingent Assets**.  Prior to the relevant Petition Date, each Debtor, as plaintiff, may have commenced various lawsuits in the ordinary course of its business against third parties seeking monetary damages.  Each Debtor's Schedule A/B, Question 74 contains a listing of these actions, as applicable.

23.     **Litigation.**  Certain litigation actions (collectively, the "**Litigation Actions**") reflected as Claims against a particular Debtor may relate to one or more of the Debtors.  The Debtors made reasonable efforts to record accurately the Litigation Actions in the Schedules and Statements of the Debtor that is the party to the Litigation Action.  The inclusion of any Litigation Action in the Schedules and Statements does not constitute an admission by the Debtors of liability, the validity of any Litigation Action, or the amount and treatment of any potential Claim that may result from any Litigation Action currently pending or that may arise in the future.  As the Debtors continue to operate their business, additional Litigation Actions may arise as a result thereof.  Accordingly, the Debtors reserve all rights to amend, supplement, or otherwise modify the Schedules and Statements, as is necessary or appropriate.

24.     **Causes of Action.**  Despite making commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all of their rights with respect to any cause of

action (including avoidance actions), controversy, right of setoff, cross-claim, counterclaim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, or assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

25.    **Intercompany Payables and Receivables.**  Intercompany receivables and payables are set forth on Schedules A/B and E/F, respectively.  The listing by the Debtors of any account between a Debtor and another affiliate, including between the Debtor and any disregarded or non-Debtor affiliate, is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account.  The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim or interest, or not allowed at all.  The Debtors and all parties in interest reserve all rights with respect to such accounts.  Further information regarding the Debtors' intercompany transactions is set forth in the Debtors' *Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue Their Existing Cash Management System, (B) Maintain Existing Business Forms and Intercompany Arrangements, (C) Continue Intercompany Transactions, and (D) Continue Utilizing Employee Credit Cards, and (II) Granting Related Relief* (Docket No. 12) (the "**Cash Management Motion**").

26.    **Employee Claims.**  The Bankruptcy Court entered a final order granting authority, but not requiring, the Debtors to pay prepetition employee wages, salaries, benefits, and other related obligations.  With the exception of any prepetition severance and paid time off obligations that are still owing under the Debtors' policies and applicable non-bankruptcy law, as applicable, the Debtors currently expect that most prepetition employee Claims for wages, salaries, benefits, and other related obligations either have been paid or will be paid in the ordinary course of business and, therefore, the Schedules and Statements do not include such Claims.  The Debtors have not listed their regular payroll disbursements and employee expense reimbursements in Question 3 for the Statements.

27.    **Insiders**.  The Debtors have attempted to include all payments made over the 12 months preceding the Petition Date to any party deemed an "insider."  For purposes of the Schedules and Statements, the Debtors defined "insiders" as such term is defined in section 101(31) of the Bankruptcy Code.  Persons listed as "insiders" have been included for informational purposes only and the inclusion of them in the Schedules and Statements shall not constitute an admission that such persons are insiders for purposes of section 101(31) of the Bankruptcy Code.  Moreover, the Debtors do not take any position with respect to: (i) any insider's influence over the control of the Debtors; (ii) the management responsibilities or functions of any such insider; (iii) the decision-making or corporate authority of any such insider; or (iv) whether the Debtors or any

such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

28.     **Employee Addresses.**  Current employee and director addresses have been reported as the Debtors' business address throughout the Schedules and Statements, where applicable.

29.     **Confidential or Sensitive Information**.  There may be instances where certain information was not included or redacted due to the nature of an agreement between a Debtor and a third party, concerns about the confidential or commercially sensitive nature of certain information, or concerns for the privacy of an individual.  Any alterations will be limited to only what is necessary to protect the Debtor or third party and will provide interested parties with sufficient information to discern the nature of the listing.

30.     **Fiscal Year**.  The Debtors operate on a calendar year basis.  Unless otherwise indicated, all references to "annual," "annually," "year," "years," or an otherwise similar length of time are presumed to refer to a period of time in accordance with the Debtors' fiscal year.  Each Debtor's fiscal year ends on December 31.

31.     **Specific Notes**.  These Global Notes are in addition to the specific notes set forth below and in the Schedules and Statements of the individual Debtor entities.  The fact that the Debtors have prepared a Global Note with respect to a particular Schedule or Statement and not as to others does not reflect and should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any or all of the Debtors' remaining Schedules or Statements, as appropriate.  Disclosure of information in one Schedule, one Statement, or an exhibit or attachment to a Schedule or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or attachment.  In the event that the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

## Specific Disclosures with Respect to the Debtors' Schedules

The Schedules do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of the Debtors.  Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to report the assets and liabilities of the Debtors.  Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that the Debtors show more assets than liabilities, this is not an admission that the Debtors were solvent as of the Petition Date or at any time before the Petition Date.  Likewise, to the extent the Debtors show more liabilities than assets, this is not an admission that the Debtors were insolvent as of the Petition Date or at any time before the Petition Date.  Values listed in these Schedules and Statements should not be used to determine the Debtors' enterprise valuation.

1.    **Schedule A/B, Part 1, Questions 2–4.**

   Cash and cash equivalents are as of the Petition Date.

   For more information on the Debtors' cash management system, please refer to the Cash Management Motion.

2.    **Schedule A/B, Part 2, Question 8.**

   Certain prepaid or amortized assets are listed in Part 2 in accordance with the Debtors' books and records.  The amounts listed in Part 2 do not necessarily reflect assets that the Debtors will be able to collect or realize.  The amounts listed in Part 2 include, among other things, utility deposits, prepaid subscriptions, construction, rent and other prepayments.

3.    **Schedule A/B, Part 4, Question 14.**

   Ownership interests in subsidiaries and affiliates primarily arise from common stock ownership or member or partnership interests. Unless otherwise listed in the Schedules, the Debtors' respective ownership interests in subsidiaries are listed in Schedule A/B, Part 4 as undetermined amounts because the fair market value of such interests is dependent on numerous variables and factors and may differ significantly from the NBV.

   For more information concerning the Debtors' organizational structure, please refer to the organization chart annexed to the First Day Declaration and the discussion therein.

   Cryptocurrencies are reported in question 14, "**Investments** - Mutual funds or publicly traded stocks not included in Part 1".

4.    **Schedule A/B, Part 8, Questions 46–53.**
   Includes vehicles, miners, network equipment, servers, switchboards, transformers, and other equipment.

5.    **Schedule A/B, Part 9, Questions 55–58.**

Where possible, the Debtors have provided the NBV on a property-by-property basis rather than current market values, which value may not reflect the net realizable value. For this reason, amounts ultimately realizable upon a sale will vary, potentially materially, from NBV, and the NBV listed shall not be construed as current or fair market value of such property.  The Debtors considered both owned real property and ground leases to which the respective Debtor is a lessee in responding to Schedule A/B, Questions 55–58.  In addition, the real property leases to which a Debtor is a lessee or lessor are listed in Schedule G.  To the extent any interest in such leases is listed on Schedule G but not Schedule A/B, such interests are incorporated into Schedule A/B, Questions 55–58 by reference.

6.    **Schedule A/B, Part 11, Question 72**.

The Debtors' response to the schedule questionnaire is indicative of the gross non-tax effected net operating loss ("**NOL**") values as compared to the GAAP net deferred tax assets associated with such NOLs.  The actual dollar impact of how these NOLs affect future taxable income is dependent upon, among other things, the timing, character, and amount of any future or previous years' (provided NOLs are allowed to be carried back) income to which they can be applied.  Amounts also do not reflect the consideration of any valuation allowances recorded pursuant to GAAP, which have the effect of reducing associated deferred tax assets.  Additionally, the NOLs listed in Schedule A/B, Question 72 reflect the amounts listed in the Debtors' books and records, may reflect NOLs accumulated for more than one tax year, and may be subject to expiration or limitations on usability now or in the future.

For further information regarding NOLs and other of the Debtors' tax attributes, please refer to the *Emergency Motion of the Debtors Pursuant to Sections 362 and 105(a) of the Bankruptcy Code for Interim and Final Orders Establishing Notification Procedures and Approving Restrictions On (A) Certain Transfers of Interests in the Debtors, and (B) Claiming of Certain Worthless Stock Deductions* (Docket No. 7) (the "**NOL Motion**").  Any description of such tax attributes contained herein is qualified by the NOL Motion in all respects.

7.    **Schedule D**.

Except as otherwise ordered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien, including mechanics' or similar liens, purported to be granted or perfected in any specific asset for the benefit of a secured creditor listed on a Debtor's Schedule D. Moreover, although the Debtors may have scheduled Claims of various creditors as secured Claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's Claim.  To that end, the Debtors take no position as to the extent or priority of any particular creditor's lien in the Schedules and Statements.

With respect to those certain (i) secured convertible notes issued pursuant to that certain Secured Convertible Note Purchase Agreement, dated as of April 19, 2021 (as may be

amended, restated, amended and restated, supplemented, or otherwise modified from time to time, and including all related credit documents, and the notes issued thereunder, the **"April Convertible Notes"**) and/or (ii) secured convertible notes issued pursuant to that certain Secured Convertible Note Purchase Agreement, dated on or about August 20, 2021 (as may be amended, restated, amended and restated, supplemented, or otherwise modified from time to time, and including all related credit documents, and the notes issues thereunder, the "**August Convertible Notes**", and collectively with the April Secured Convertible Notes, the "**Convertible Notes**"), the Debtors have listed only the note/collateral agent as the named creditor on Schedule E/F.  Nonetheless, the Convertible Notes are beneficially owned by a number of other parties, which are not listed individually on Schedule E/F.  Further, as noted on the organizational chart annexed to the First Day Declaration, certain Debtors are guarantors of the Convertible Notes.  The Debtors have included the Convertible Notes on Schedule E/F of Core Scientific, Inc., the issuer of the Convertible Notes and on the relevant Debtors' schedules that are guarantors of the Convertible Notes.  Nothing herein or in the Schedules or Statements is intended to be deemed an admission or allowance by the Debtors regarding the amount of any Claims arising from the Convertible Notes.

The Debtors are party to various equipment financing agreements (collectively, the "**Equipment Financings**"), which the Debtors have included on Schedule D of the obligor for each Equipment Financing.  As stated above, unless otherwise indicated, Equipment Financing Claim amounts are scheduled at outstanding principal amounts as of Petition Date.  Nothing in the Schedules and Statements is or should be construed as an admission as to the determination of the legal status of any Equipment Financing, including the validity or amount of any lien in connection therewith, and the Debtors reserve all rights with respect thereto.  Furthermore, the inclusion of an Equipment Financing on Schedule D shall not constitute an admission as to the value of any collateral securing such Equipment Financing or any deficiency Claim relating thereto.

The Debtors are party to certain agreements titled as leases for cryptocurrency miners and other non-miner equipment (collectively, the "**Equipment Leases**").  Any known prepetition obligations of the Debtors pursuant to the Equipment Leases have been listed on Schedule D or Schedule E/F, as applicable.  The underlying Equipment Lease agreements are listed on Schedule G.  Nothing in the Schedules and Statements is or should be construed as an admission as to the determination of the legal status of any Equipment Lease, including the characterization of an Equipment Lease as a lease or an equipment financing, and the Debtors reserve all rights with respect thereto.  The Debtors reserve all rights to dispute the secured status (or the validity of any asserted lien) of any Equipment Lease and all rights related thereto are expressly reserved.

The Debtors further reserve the right to challenge the secured status of any liability.  Characterizing a liability, including an Equipment Financing, as "secured," shall not constitute an admission as to the validity of any asserted lien or amount thereof.

Nothing herein or in the Schedules or Statements is intended to be deemed an admission of liability by the Debtors with respect to any ongoing or future litigation relating to the indebtedness listed on Schedule D.

The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable underlying documents is necessary for a complete description of the

collateral and the nature, extent, and priority of any liens. Nothing in these Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Except as specifically stated herein, real property lessors, equipment lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. The Debtors have not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights, including certain parties from which the Debtors have received lien notices but whose notices the Debtors understand have not yet been filed or recorded. While reasonable efforts have been made, determination of the date upon which each Claim in Schedule D was incurred or arose may be unduly burdensome or cost prohibitive in some instances and, therefore, the Debtors may not list a date for each Claim listed on Schedule D.

While reasonable efforts have been made, certain guarantors of the debts listed on Schedule D may have been inadvertently excluded. The Debtors reserve all of their rights to amend or supplement Schedule D as necessary or appropriate.

For purposes of Schedule D, the Debtors have included the principal amounts outstanding. Amounts listed on Schedule D should not be used to determine the amount of an alleged secured claim or the value of the underlying collateral, which may be disputed.

8.     **Schedule E/F, Part 1**.

The Claims listed on Schedule E/F, Part 1 arose and were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each Claim. To the best of the Debtors' knowledge, all Claims listed on Schedule E/F arose or were incurred before the Petition Date.

The Debtors have not listed certain wage, or wage-related, obligations that the Debtors have paid pursuant to First Day Orders on Schedule E/F. The Debtors reserve the right to dispute or challenge whether creditors listed on Schedule E/F are entitled to priority status pursuant to sections 503 and/or 507 of the Bankruptcy Code.

Claims owing to various taxing authorities to which the Debtors potentially may be liable are included on the Debtors' Schedule E/F. Certain of such Claims, however, may be subject to ongoing audits and/or the Debtors otherwise may be unable to determine with certainty the amount of the remaining Claims listed on Schedule E/F. Therefore, where applicable, the Debtors have listed such Claims as contingent, disputed, and/or unliquidated, pending final resolution of ongoing audits or other outstanding issues. The Debtors reserve the right to assert that any Claim listed on Schedule E/F does not constitute a priority Claim under the Bankruptcy Code.

9.     **Schedule E/F, Part 2.**

The Debtors have exercised commercially reasonable efforts to list all liabilities on Schedule E/F of each applicable Debtor. As a result of the Debtors' consolidated

operations, however, the reader should review Schedule E/F for all Debtors in these cases for a more complete understanding of the unsecured debts of the Debtors.

Certain creditors listed on Schedule E/F may owe amounts to the Debtors, and, as such, the Debtors may have valid setoff and recoupment rights with respect to such amounts. The amounts listed on Schedule E/F may not reflect any such right of setoff or recoupment, and the Debtors reserve all rights to assert the same and to dispute and challenge any setoff and/or recoupment rights that may be asserted against the Debtors by a creditor.

Additionally, certain creditors may assert mechanics', materialman's, or other, similar liens against the Debtors for amounts listed on Schedule E/F.  The Debtors reserve their rights to dispute and challenge the validity, perfection, and immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F of any Debtor. In addition, certain Claims listed on Schedule E/F (Part 2) may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

Schedule E/F also contains information regarding pending litigation involving the Debtors.  In certain instances, the relevant Debtor that is the subject of the litigation is unclear or undetermined.  To the extent that litigation involving a particular Debtor has been identified, however, such information is included on that Debtor's Schedule E/F. The amounts for these potential Claims are listed as undetermined and marked as contingent, unliquidated, and disputed in the Schedules.  Additionally, certain pending or potential litigation and Claims listed in Schedule E/F involve individual claimants.

Current employee and director addresses have been reported as the Debtors' business address throughout the Schedules and Statements.

The Claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors.  The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert Claims objections and/or setoffs with respect to the same.

The aggregate net intercompany payable amounts listed in Schedule E/F may or may not result in allowed or enforceable Claims by or against a given Debtor, and listing these payables is not an admission on the part of the Debtors that the intercompany Claims are enforceable or collectable.  The intercompany payables also may be subject to recoupment, netting, or other adjustments made pursuant to intercompany policies and arrangements not reflected in the Schedules.

As noted, the Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain unsecured prepetition Claims, pursuant to the First Day Orders.  To the extent practicable, each Debtor's Schedule E/F is intended to reflect the balance as of the Petition Date, adjusted for postpetition payments of some or all of the Bankruptcy Court approved payments. Each Debtor's Schedule E/F will reflect some of the Debtor's payments of certain Claims pursuant to the First Day Orders, and, to the extent an unsecured Claim has been paid or may be paid, it is possible such Claim is not included on Schedule E/F.  Certain Debtors may pay additional Claims listed on Schedule E/F

during these chapter 11 cases pursuant to these and other orders of the Bankruptcy Court and the Debtors reserve all of their rights to update Schedule E/F to reflect such payments or to modify the claims register to account for the satisfaction of such Claim.

Additionally, Schedule E/F does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that have been, or may be, rejected.  Furthermore, Schedule E/F does not include any deficiency Claims relating to liabilities listed on Schedule D, including Equipment Financings.

10.     **Schedule G.**

While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts on each Debtor's Schedule G, and while the Debtors have devoted substantial internal and external resources to identifying and providing the requested information for as many executory contracts as possible and to ensuring the accuracy of Schedule G, inadvertent errors, omissions, or over-inclusions may have occurred.  The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G.  The Debtors reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend or supplement Schedule G as necessary.  Certain contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  In addition, certain nondisclosure agreements and/or other confidential information have been omitted.  The Debtors reserve all of their rights with respect to such agreements.  Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall be deemed to include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

The Debtors are party to certain agreements titled as leases for cryptocurrency miners and other non-miner equipment (collectively, the "**Equipment Leases**").  Any known prepetition obligations of the Debtors pursuant to the Equipment Leases have been listed on Schedule D or Schedule E/F, as applicable.  The underlying Equipment Lease agreements are listed on Schedule G.  Nothing in the Schedules and Statements is or should be construed as an admission as to the determination of the legal status of any Equipment Lease, including the characterization of an Equipment Lease as a lease or an equipment financing, and the Debtors reserve all rights with respect thereto.  The Debtors reserve all rights to dispute the secured status (or the validity of any asserted lien) of any Equipment Lease and all rights related thereto are expressly reserved.

In the ordinary course of business, the Debtors may have issued numerous purchase orders for supplies, product, and related items, which, to the extent such purchase orders constitute executory contracts, are not listed individually on Schedule G.  To the extent that goods were delivered under purchase orders prior to the Petition Date, vendors' Claims with respect to such delivered goods are included on Schedule E/F.  Similarly, in the ordinary course of business, the Debtors may have issued numerous statements of work or similar documents for services, which, to the extent such statements of work or similar documents constitute executory contracts, are not listed individually on Schedule G.  To the extent services were delivered under statements of work prior to the Petition Date, vendors' Claims with respect to such services are included on Schedule E/F.

As a general matter, certain of the Debtors' executory contracts and unexpired leases could be included in more than one category.  In those instances, one category has been chosen to avoid duplication.  Further, the designation of a category is not meant to be wholly inclusive or descriptive of the entirety of the rights or obligations represented by such contract.

Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, right to lease additional space, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth separately on Schedule G.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, rights of way, subordination, nondisturbance, and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements, employment-related agreements, and confidentiality and non-disclosure agreements.  Such documents may not be set forth in Schedule G.

The Debtors reserve all of their rights, Claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's Claim, to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G, and to amend or supplement Schedule G as necessary.  Inclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease and the Debtors reserve all rights in that regard, including, without limitation, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

In addition, certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings.  The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.  The Debtors reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, or any document or instrument (including, without limitation, any intercreditor or intercompany agreement) related to a creditor's Claim.  Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors.  Further, the specific Debtor obligor to

certain of the executory contracts or unexpired leases could not be specifically ascertained in every circumstance.  In such cases, the Debtors used their best efforts to determine the correct Debtor's Schedule G on which to list such executory contract or unexpired lease.

In the ordinary course of business, the Debtors have entered into numerous contracts or agreements, both written and oral, regarding the provision of certain services on a month-to-month basis.  To the extent such contracts or agreements constitute executory contracts, these contracts and agreements may not be listed individually on Schedule G.

Certain of the executory contracts may not have been memorialized and could be subject to dispute; executory agreements that are oral in nature have not been included in Schedule G.

Certain of the executory contracts and unexpired leases listed in Schedule G may have been assigned to, assumed by, or otherwise transferred to certain of the Debtors in connection with, among other things, acquisitions by the Debtors.  The Debtors used their best efforts to determine the correct Debtor's Schedule G on which to list such executory contract or unexpired lease.

The Debtors generally have not included on Schedule G any insurance policies, the premiums for which have been prepaid.  In the event that the Bankruptcy Court were to ever determine that any such prepaid insurance policies are executory contracts, the Debtors reserve all of their rights to amend Schedule G to include such policies, as necessary or appropriate.  A description of the Debtors' insurance policies and insurance programs is included in the *Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue Insurance Programs and Surety Bonds, and (B) Pay Certain Obligations with Respect Thereto; (II) Granting Relief from Automatic Stay with Respect to Workers' Compensation Claims; and (III) Granting Related Relief* (Docket No. 13) (the "**Insurance Motion**") and the exhibits attached thereto.

### Specific Disclosures with Respect to the Debtors' Statements

1.     **SOFA Part 2, Question 3.**

Severance for non-insiders is not considered regular employee compensation and is included.

2.     **SOFA Part 2, Question 4**.

Includes payments to legal entities, including individuals and affiliates.

For purposes of the Schedules and Statements, the Debtors defined "insiders" as such term is defined in section 101(31) of the Bankruptcy Code.  Persons listed as "insiders" have been included for informational purposes only and the inclusion of them in the Schedules and Statements shall not constitute an admission that such persons are insiders for purposes of section 101(31) of the Bankruptcy Code.  Moreover, the Debtors do not take any position with respect to: (i) any insider's influence over the control of the Debtors; (ii) the management responsibilities or functions of any such insider; (iii)

the decision-making or corporate authority of any such insider; or (iv) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose. Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code. As stated above, the listing of a party as an insider in the Schedules and Statements, is not intended to be, nor shall be, construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses are hereby expressly reserved.

Given the significant volume and ordinary course nature of these intercompany transactions, the Debtors may not have listed all intercompany transfers and transactions.

As described in the *Emergency Motion of Debtors for Entry of an Order (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Compensation, and (B) Maintain Employee Benefits Programs and Pay Related Obligations; and (II) Granting Related Relief* (Docket No. 6) (the "**Wages Motion**"), employees are generally granted restricted stock units ("**RSUs**") upon the commencement of their employment, which RSUs continue to vest through the term of their employment on four-year schedules. The Debtors have not included the vesting of previously granted RSUs for purposes of SOFA Part 2, Question 4. The Debtors, however, have included new grants of RSUs in SOFA Part 2, Question 4. For purposes of SOFA Part 2, Question 4, the RSUs are valued as of the Petition Date at $0 as they are granted in shares and not cash.

3.     **SOFA Part 2, Question 5**.

The Debtors return products in the ordinary course due to defect, or if the product is not needed. The Debtors did not list any of these types of ordinary course returns in response to SOFA Part 2, Question 5.

4.     **SOFA Part 2, Question 6**.

The Debtors routinely incur certain setoffs in the ordinary course of business, including postpetition setoffs. Setoffs in the ordinary course can result from various items including, but not limited to, intercompany transactions, pricing discrepancies, returns, warranties, coupons, refunds, and other disputes between the Debtors and their tenants and/or vendors. These routine setoffs are consistent with the ordinary course of business in the Debtors' industry, and, therefore, can be particularly voluminous, unduly burdensome, and costly for the Debtors to regularly document. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and, as such, are excluded from the Schedules and Statements. Any setoff of a prepetition debt to be applied against the Debtors is subject to the automatic stay and must comply with section 553 of the Bankruptcy Code. The Debtors reserve all rights with respect thereto, including the right to amend the setoff amounts.

5.      **SOFA Part 3, Question 7.**

Although the Debtors believe they were diligent in their efforts, certain lawsuits and proceedings may have been excluded inadvertently in the Debtors' response to SOFA, Question 7. Additionally, the Debtors may have causes of action against other parties that have not formally been commenced, and thus any such causes of action have not been included on SOFA Part 3, Question 7. The Debtors reserve all of their rights to amend or supplement their response to SOFA Part 3, Question 7.

The Debtors reserve all of their rights and defenses with respect to any and all listed lawsuits and administrative proceedings. The listing of such actions shall not constitute an admission by the Debtors of any liabilities or that the actions were correctly filed against the Debtors or any affiliates of the Debtors. The Debtors also reserve their rights to assert that neither the Debtors nor any affiliate of the Debtors is an appropriate party to such actions or proceedings.

In the event that the Debtors discover additional information pertaining to these legal actions identified in response to SOFA Part 3, Question 7, the Debtors will use reasonable efforts to supplement the Statements in light thereof and reserve all rights to do so.

The response to this question excludes normal-course state audit activities.

6.      **SOFA Part 4, Question 9.**

The donations and/or charitable contributions listed in response to SOFA Part 4, Question 9 represent payments made to third parties during the applicable timeframe that were recorded as such within the Debtors' books and records.

7.      **SOFA Part 6, Question 11.**

All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one (1) year immediately preceding the Petition Date are listed on the applicable Debtors' response to SOFA Part 6, Question 11. Certain professionals provided services in addition to restructuring related services; payments for such services have been excluded in response to SOFA Part 6, Question 11, to the extent reasonably practicable. Additional information regarding the Debtors' retention of professional service firms is more fully described in individual retention applications and related orders, to the extent applicable.

On a postpetition basis, payments to certain professionals have been or will be made from the Debtors' segregated professional fee escrow account held by Core Scientific, Inc. on behalf of the Debtors on a consolidated basis. Payments to certain other professionals are paid out of the main operating account held by Core Scientific Operating Company. The Debtors believe that it would be an inefficient use of the assets of the Debtors' estates for the Debtors to allocate these payments on a Debtor-by-Debtor basis. Accordingly, the Debtors have listed such payments on the SOFA of Core Scientific Operating Company.

8.     **SOFA Part 13, Question 27**.

No complete inventory results are maintained.

9.     **SOFA Part 13, Question 30**.

Payments to insiders: refer to SOFA Part 2, Question 4 for payments that would have otherwise been listed in here.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **CORE SCIENTIFIC, INC.**, *et al.*, | § | Case No. 22-90341 (DRJ) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

**AMENDED SCHEDULES OF ASSETS AND LIABILITIES**
**FOR CORE SCIENTIFIC, INC. (CASE NO. 22-90341)[2]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6073); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] This document (the "**Amended Schedules**") amends the *Schedules of Assets and Liabilities for Core Scientific Inc. (Case No. 22-90341)* (Docket No. 461) (the "**Initial Schedules**"). For a list of changes and additions to the Amended Schedules, please see Exhibit A to the *Notice of Filing of Amended Schedules of Assets and Liabilities and Statements of Financial Affairs*, filed contemporaneously herewith.

**Core Scientific, Inc.**                                                **Case Number:**        **22-90341**

## Schedule A/B: Assets — Real and Personal Property

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| General description | Type of account (if applicable) | Last 4 digits of account # (if applicable) | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | |
| **3. Checking, savings, money market, or financial brokerage accounts (Identify all)** | | | |
| 3.1   CITY NATIONAL BANK | CREDIT CARD | 7589 | $175,043 |
| **4. Other cash equivalents (Identify all)** | | | |
| 4.1 | | | |

5. **Total of Part 1.**                                                                                     $175,043

   Add lines 2 through 4. Copy the total to line 80.

**Core Scientific, Inc.**

**Case Number:** **22-90341**

## Schedule A/B: Assets — Real and Personal Property

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

☐ Yes. Fill in the information below.

| General description | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____    _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____    _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.    _____

**Core Scientific, Inc.**                                    **Case Number:**        **22-90341**

## Schedule A/B: Assets — Real and Personal Property

**Part 3:**    **Accounts receivable**

10.  **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

| General description | Face or requested amount | Doubtful or uncollectable | Current value of debtor's interest |
|---|---|---|---|

11.  Accounts receivable

11a. 90 days old or less:  _____ - _____ = _____

11b. Over 90 days old:  _____ - _____ = _____

11c. All accounts receivable:  _____ - _____ = _____

12.  **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Intercompany Summary Matrix

| | Core Scientific, Inc. | Core Scientific Acquired Mining LLC | Core Scientific Operating Company | Radar Relay, Inc. | Core Scientific Specialty Mining LLC | American Property Acquisition, LLC | Starboard Capital LLC | RADAR, LLC | American Property Acquisitions I, LLC | American Property Acquisitions VII, LLC | Core Scientific Mining LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Core Scientific, Inc.** | | ($12,690,624) | ($476,285,014) | | | | | | | | |
| **Core Scientific Acquired Mining LLC** | $12,198,146 | | ($152,359,250) | $1,745,468 | | | | | | | |
| **Core Scientific Operating Company** | $476,792,362 | $152,344,380 | | ($557,450) | | | | | | | |
| **Radar Relay, Inc.** | | ($1,745,468) | $557,450 | | | | | | | | |
| **Core Scientific Specialty Mining LLC** | | | | | | | | | | | |
| **American Property Acquisition, LLC** | | | | | | | | | | | |
| **Starboard Capital LLC** | | | | | | | | | | | |
| **RADAR, LLC** | | | | | | | | | | | |
| **American Property Acquisitions I, LLC** | | | | | | | | | | | |
| **American Property Acquisitions VII, LLC** | | | | | | | | | | | |
| **Core Scientific Mining LLC** | | | | | | | | | | | |

**Core Scientific, Inc.**                                                    **Case Number:**          **22-90341**

## Schedule A/B: Assets — Real and Personal Property

| Part 4: | Investments |
|---------|-------------|

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| General description | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------|-------------------------------------|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____    _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:

15.1 _____    _____    _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____    _____    _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                          _____

**Schedule AB, Part 13 - Investments**

Core Scientific's investments consists of its investment in subsidiaries, as set forth on the following organizational chart:

## Debtor Status
**D** = Debtor

**Symbol Legend**

- Borrower under the B. Riley Notes
- Issuer under the Convertible Notes
- Guarantor under the Convertible Notes
- Borrower under the Equipment Leases and Loans
- Borrower under the Facility Mortgages
- Entity changed name at January 20, 2022 merger

★ Party to operations, service, customer and vendor agreements entered into pre de-SPAC*
*Available in the data room, except Amended and Restated Electric Service Agreements, dated as of October 11, 2018, by and between American Property Acquisitions, LLC VI/VII and Dalton Utilities

✖ Party to operations, service, customer and vendor agreements entered into post de-SPAC*
*Available in the data room

**State of Formation/Incorporation**
(as shown at top right corner of each box)
**ABD** = Abu Dhabi
**CO** = Colorado
**DE** = Delaware
**GA** = Georgia
**KY** = Cayman Islands
**TX** = Texas

**Core Scientific, Inc.**                                              **Case Number:**        **22-90341**

## Schedule A/B: Assets — Real and Personal Property

| Part 5: | Inventory, excluding agriculture assets - detail |
|---|---|

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 19.1 _____ | _____ | _____ | _____ | _____ |
| 20.  **Work in progress** | | | | |
| 20.1 _____ | _____ | _____ | _____ | _____ |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 21.1 _____ | _____ | _____ | _____ | _____ |
| 22.  **Other Inventory or supplies** | | | | |
| 22.1 _____ | _____ | _____ | _____ | _____ |

23.  **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                     _____

24.  **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.    Book Value  _____    Valuation method  _____    Current value  _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Core Scientific, Inc.**                                        Case Number:        **22-90341**

## Schedule A/B: Assets — Real and Personal Property

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | |

33.  **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

34.  **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.    Book Value _____    Valuation method _____    Current value _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Core Scientific, Inc.**                                                      **Case Number:**          **22-90341**

## Schedule A/B: Assets — Real and Personal Property

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles - detail

38.   **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.   **Office furniture**

39.1 _____     _____     _____     _____

40.   **Office fixtures**

40.1 _____     _____     _____     _____

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

41.1 _____     _____     _____     _____

42.   **Collectibles**

42.1 _____     _____     _____     _____

43.   **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| _____ |
|---|

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Core Scientific, Inc.**                                                                     **Case Number:**              **22-90341**

## Schedule A/B: Assets — Real and Personal Property

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1 _____    _____    _____    _____

48.  **Watercraft, trailers, motors, and related accessories**
     Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____    _____    _____    _____

49.  **Aircraft and accessories**

49.1 _____    _____    _____    _____

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

50.1 _____    _____    _____    _____

51.  **Total of Part 8**

     Add lines 47 through 50. Copy the total to line 87.                                       _____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Core Scientific, Inc.**                                                   **Case Number:**        **22-90341**

## Schedule A/B: Assets — Real and Personal Property

| Part 9: | Real property - detail |
|---|---|

54.   **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| 55.1 | COTTONWOOD, TEXAS (LAND IMPROVEMENT: 1939 FM 2119 PECOS, TX 79772 ) | LEASED | $6,921,748 | NBV | $6,921,748 |
|---|---|---|---|---|---|

56.   **Total of Part 9**

Add the current value on all Question 55 lines and entries from any additional sheets. Copy the total to line 88.

|  |
|---|
| **$6,921,748** |

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

Core Scientific, Inc.                                                    Case Number:        22-90341

## Schedule A/B: Assets — Real and Personal Property

**Part 10:**      **Intangibles and intellectual property - detail**

59.   **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 | | | |
| 61.   **Internet domain names and websites** | | | |
| 61.1 | | | |
| 62.   **Licenses, franchises, and royalties** | | | |
| 62.1 | | | |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 63.1 | | | |
| 64.   **Other intangibles, or intellectual property** | | | |
| 64.1 | | | |
| 65.   **Goodwill** | | | |
| 65.1 | | | |

66.   **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☐ No

☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Core Scientific, Inc.**                                               **Case Number:**          **22-90341**

## Schedule A/B: Assets — Real and Personal Property

| Part 11: | All other assets |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form? Include all interests in executory contracts and unexpired leases not previously reported on this form.**

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| General description | Current value of debtor's interest |
|---|---|

71.  **Notes receivable**
Description (include name of obligor)

71.1 _____   _____

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1  $12.5 million of cumulative State NOLs through 12/31/2021   Undetermined

73.  **Interests in insurance policies or annuities**

73.1 _____   _____

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1  Benjamin Thomison & Alpha Asic   Undetermined

*Nature of claim: Litigation*
*Amount requested: Not Available*

74.2  Celsius Mining LLC: Undetermined disputes, including potential claims for breach of contract, among other   Undetermined
causes of action.

*Nature of claim: Undetermined disputes*
*Amount requested: Not Available*

74.3  JONATHAN BARRETT 2012 IRREVOCABLE   Undetermined
TRUST: Undetermined disputes, including potential claims for breach of contract, among other causes of
action.

*Nature of claim: Undetermined disputes*
*Amount requested: Not Available*

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1 _____   _____

**Core Scientific, Inc.**                                                            **Case Number:**          **22-90341**

## Schedule A/B: Assets — Real and Personal Property

| Part 11: | All other assets |
|----------|------------------|

| General description | Current value of debtor's interest |
|---------------------|------------------------------------|

76. **Trusts, equitable or future interests in property**

    76.1 _____    _____

77. **Other property of any kind not already listed Examples: Season tickets, country club membership**
       Examples: Season tickets, country club membership

    77.1 _____    _____

78. **Total of Part 11**
    Add lines 71 through 77. Copy the total to line 90.

                                                                             **Undetermined**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Core Scientific, Inc.**                                                                    **Case Number:**          **22-90341**

## Schedule A/B: Assets — Real and Personal Property

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property | Total of all property |
|---|---|---|---|
| 80. Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | $175,043 | | |
| 81. Deposits and prepayments. Copy line 9, Part 2. | $0 | | |
| 82. Accounts receivable. Copy line 12, Part 3. | $0 | | |
| 83. Investments. Copy line 17, Part 4. | $0 | | |
| 84. Inventory. Copy line 23, Part 5. | $0 | | |
| 85. Farming and fishing-related assets. Copy line 33, Part 6. | $0 | | |
| 86. Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | $0 | | |
| 87. Machinery, equipment, and vehicles. Copy line 51, Part 8. | $0 | | |
| 88. Real property. Copy line 56, Part 9. | | $6,921,748 | |
| 89. Intangibles and intellectual property. Copy line 66, Part 10. | $0 | | |
| 90. All other assets. Copy line 78, Part 11. | $0 | | |
| 91. Total. Add lines 80 through 90 for each column. | a. $175,043 | b.. $6,921,748 | |

92. **Total of all property on Schedule A/B. Lines 91a + 91b = 92.**                                                        $7,096,791

**Core Scientific, Inc.**                                                                  **Case Number:**        **22-90341**

## Schedule D: Creditors Who Have Claims Secured by Property

1.  **Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

**Part 1:**      **List Creditors Who Have Secured Claims**

2.  **List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.**

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C | U | D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|
| **Convertible Notes** | | | | | | | | | |
| **2.1** U.S. BANK NATIONAL ASSOCIATION<br>WEST SIDE FLATS, 60 LIVINGSTONE AVENUE<br>EP-MN-WS3C<br>ATTN: JOSHUA HAHN<br>ST. PAUL, MN 55107 | ☐ | ☐ | ☑ | DATE: 8/20/2021<br><br>PROPERTY DESCRIPTION: 10% CONVERTIBLE NOTE DUE APR 1, 2025 | ☐ | ☐ | ☐ | $322,918,757 | |
| **2.2** U.S. BANK NATIONAL ASSOCIATION<br>WEST SIDE FLATS, 60 LIVINGSTONE AVENUE<br>EP-MN-WS3C<br>ATTN: JOSHUA HAHN<br>ST. PAUL, MN 55107 | ☐ | ☐ | ☑ | DATE: 4/19/2021<br><br>PROPERTY DESCRIPTION: 10% CONVERTIBLE NOTE DUE APR 19, 2025 | ☐ | ☐ | ☐ | $237,969,176 | |

                                                    **Convertible Notes Total:**    **$560,887,934**

**Core Scientific, Inc.**  **Case Number:**  **22-90341**

## Schedule D: Creditors Who Have Claims Secured by Property

| | Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C | U | D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|---|
| **Equipment Financings** | | | | | | | | | | |
| 2.3 | ANCHOR LABS #1 (ANCHORAGE LENDING) ONE EMBARCADERO CENTER SUITE 2623 SAN FRANCISCO, CA 94126 | ☐ | ☐ | ☐ | DATE: 3/1/2022 PROPERTY DESCRIPTION: 12.5% EQUIPMENT FINANCING DUE MAR 11, 2024 | ☐ | ☐ | ☐ | $15,000,002 | |
| 2.4 | ANCHOR LABS #2 (ANCHORAGE LENDING) ONE EMBARCADERO CENTER SUITE 2623 SAN FRANCISCO, CA 94126 | ☐ | ☐ | ☐ | DATE: 5/23/2022 PROPERTY DESCRIPTION: 12.5% EQUIPMENT FINANCING DUE MAY 23, 2024 | ☐ | ☐ | ☐ | $10,159,057 | |
| 2.5 | LIBERTY STONEBRIAR 5601 GRANITE PARKWAY STE 1350 PLANO, TX 75024 | ☐ | ☐ | ☐ | DATE: 4/6/2022 PROPERTY DESCRIPTION: 10.65% EQUIPMENT FINANCING DUE MAR 1, 2024 | ☐ | ☑ | ☐ | $6,968,255 | |
| 2.6 | MASS MUTUAL BARINGS SCH. 1 2 HAMPSHIRE STREET SUITE 101 FOXBOROUGH, MA 02035 | ☐ | ☐ | ☐ | DATE: 3/24/2022 PROPERTY DESCRIPTION: 13% EQUIPMENT FINANCING DUE MAR 30, 2025 | ☐ | ☐ | ☐ | $18,055,809 | |

**Core Scientific, Inc.**                                                                                        **Case Number:**          **22-90341**

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C U D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|
| **Equipment Financings** | | | | | | | |
| 2.7  MASS MUTUAL BARINGS SCH. 2<br>2 HAMPSHIRE STREET<br>SUITE 101<br>FOXBOROUGH, MA 02035 | ☐ | ☐ | ☐ | DATE: 3/24/2022<br><br>PROPERTY DESCRIPTION: 13% EQUIPMENT FINANCING DUE MAR 30, 2025 | ☐ ☐ ☐ | $8,127,841 | |
| 2.8  MASS MUTUAL BARINGS SCH. 3<br>2 HAMPSHIRE STREET<br>SUITE 101<br>FOXBOROUGH, MA 02035 | ☐ | ☐ | ☐ | DATE: 3/24/2022<br><br>PROPERTY DESCRIPTION: 13% EQUIPMENT FINANCING DUE MAR 30, 2025 | ☐ ☐ ☐ | $900,063 | |
| 2.9  MASS MUTUAL BARINGS SCH. 4<br>2 HAMPSHIRE STREET<br>SUITE 101<br>FOXBOROUGH, MA 02035 | ☐ | ☐ | ☐ | DATE: 4/28/2022<br><br>PROPERTY DESCRIPTION: 13% EQUIPMENT FINANCING DUE APR 28, 2025 | ☐ ☐ ☐ | $11,591,557 | |
| 2.10  MASS MUTUAL BARINGS SCH. 5<br>2 HAMPSHIRE STREET<br>SUITE 101<br>FOXBOROUGH, MA 02035 | ☐ | ☐ | ☐ | DATE: 4/28/2022<br><br>PROPERTY DESCRIPTION: 13% EQUIPMENT FINANCING DUE APR 28, 2025 | ☐ ☐ ☐ | $9,271,137 | |

**Core Scientific, Inc.**　　　　　　　　　　　　　　　　　　　　　　**Case Number:**　**22-90341**

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C | U | D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|
| **Equipment Financings** | | | | | | | | | |
| 2.11　MASS MUTUAL BARINGS SCH. 6 2 HAMPSHIRE STREET SUITE 101 FOXBOROUGH, MA 02035 | ☐ | ☐ | ☐ | DATE: 4/28/2022<br><br>PROPERTY DESCRIPTION: 13% EQUIPMENT FINANCING DUE APR 28, 2025 | ☐ | ☐ | ☐ | $15,897,930 | |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Equipment Financings Total:**　**$95,971,651**

**Core Scientific, Inc.**                                                                                    **Case Number:**        **22-90341**

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C U D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|
| **Facility Mortgages** | | | | | | | |
| **2.12** BROWN CORPORATION<br>PO BOX 1103<br>DALTON, GA 30722 | ☐ | ☐ | ☐ | DATE: 9/1/2018<br><br>PROPERTY DESCRIPTION: 5% FACILITY MORTGAGE DUE SEP 1, 2023 | ☐ ☐ ☐ | $166,356 | |
| | | | | **Facility Mortgages Total:** | | **$166,356** | |

**Core Scientific, Inc.**                                                                    **Case Number:**    **22-90341**

## Schedule D: Creditors Who Have Claims Secured by Property

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C | U | D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|---|---|
| **Letters of Credit** | | | | | | | | | |
| **2.13** CITY NATIONAL BANK<br>350 S. GRAND AVE.<br>MAIL CODE 944-01<br>LOS ANGELES, CA 90071<br><br>ACCT. LAST 4: 3577 | ☐ | ☐ | ☐ | DATE: 1/25/2022<br><br>PROPERTY DESCRIPTION: LETTER OF CREDIT | ☑ | ☑ | ☑ | $0 | |
| **2.14** SRPF A QR RIVERSOUTH LLC<br>515 CONGRESS AVE.<br>SUITE 2100<br>AUSTIN, TX 78701<br><br>ACCT. LAST 4: 3577 | ☐ | ☐ | ☐ | DATE: 1/25/2022<br><br>PROPERTY DESCRIPTION: LETTER OF CREDIT | ☑ | ☑ | ☑ | $0 | |

Letters of Credit Total:                          $0

**Core Scientific, Inc.**                                                                                       **Case Number:**        **22-90341**

## Schedule D: Creditors Who Have Claims Secured by Property

**Amount of Claim**

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                **$657,025,941**

**Core Scientific, Inc.**                                                    **Case Number:**        **22-90341**

## Schedule D: Creditors Who Have Claims Secured by Property

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

| Name and Mailing Address | Part 1 Line on which the Related Creditor was Listed | Last 4 Digits of Account Number for this Entity |
|---|---|---|
| NONE | | |

**Core Scientific, Inc.**                              **Case Number:**      **22-90341**

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 1:**     **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.**

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|
| **Taxing Authorities** | | | | | | | |
| 2.1 CALIFORNIA FRANCHISE TAX BOARD<br>P.O. BOX 942857<br>SACRAMENTO, CA 94257-0531 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.2 CHEROKEE COUNTY TAX COLLECTOR<br>75 PEACHTREE SREET<br>#225<br>MURPHY, NC 28906-2947 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.3 CITY OF CALVERT CITY<br>861 E. 5TH AVENUE<br>P.O. BOX 36<br>CALVERT CITY, KY 42049 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.4 COLORADO DEPARTMENT OF REVENUE<br>P.O. BOX 17087<br>DENVER, CO 80217-0087 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.5 EDDIE MCGUIRE, MARHSALL COUNTY SHERIFF<br>52 JUDICIAL DRIVE<br>BENTON, KY 42025 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.6 GEORGIA DEPARTMENT OF REVENUE<br>P.O. BOX 105499<br>ATLANTA, GA 30348-5499 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.7 INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.8 KENTUCKY DEPARTAMENT OF REVENUE<br>501 HIGH STREET<br>FRANKFORT, KY 40601 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☑ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.9 KING COUNTY ASSESSOR<br>201 S. JACKSON STREET<br>ROOM 708<br>SEATTLE, WA 98104 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.10 NORTH CAROLINA DEPARTMENT OF REVENUE<br>POST OFFICE BOX 25000<br>RALEIGH, NC 27640-0640 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |

**Core Scientific, Inc.**          **Case Number:**     **22-90341**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Offset | Total Claim | Priority Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **Taxing Authorities** | | | | | | | |
| 2.11 NORTH DAKOTA DEPARTMENT OF REVENUE<br>600 E. BOULEVARD AVE.<br>DEPT. 127<br>BISMARCK, ND 58505-0599 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.12 OKLAHOMA DEPARTMENT OF REVENUE<br>2501 NORTH LINCOLN BOULEVARD<br>OKLAHOMA CITY, OK 73194 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.13 STATE OF DELAWARE - DIVISION OF CORPORATIONS<br>P.O. BOX 5509<br>BINGHAMTON, NY 13902-5509 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.14 TENNESSEE DEPARTMENT OF REVENUE<br>ANDREW JACKSON BUILDING<br>500 DEADERICK STREET<br>NASHVILLE, TN 37242 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.15 TEXAS COMPTROLLER<br>P.O. BOX 13528<br>CAPITOL STATION<br>AUSTIN, TX 78711-3528 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.16 US CUSTOMS AND BORDER PROTECTION<br>FP&F OFFICE<br>5600 PEARL SREET<br>ROSEMOND, IL 60018 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.17 WARD COUNTY ASSESSOR<br>808 S BETTY AVENUE<br>MONAHANS, TX 79756 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.18 WHITFIELD COUNTY BOARD OF ASSESSORS<br>303 W. WAUGH STREET<br>DALTON, GA 30720-4291 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| | **Taxing Authorities Total:** | | | | | **UNDETERMINED** | **UNDETERMINED** |

**Core Scientific, Inc.**                                                    **Case Number:**        **22-90341**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

Total: All Creditors with PRIORITY Unsecured Claims            UNDETERMINED   UNDETERMINED

**Core Scientific, Inc.**                                    **Case Number:**          **22-90341**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.**

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Unsecured bridge loans** | | | | | | | |
| **3.1** B. RILEY COMMERCIAL CAPITAL, LLC<br>ATTN: GENERAL COUNSEL<br>11100 SANTA MONICA BLVD.<br>STE. 800<br>LOS ANGELES, CA 90025 | 4/7/2022<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Bridge Loan | ☐ | $8,487,513 |
| **3.2** BRF FINANCE CO, LLC<br>ATTN: GENERAL COUNSEL<br>30870 RUSSELL RANCH ROAD<br>STE 250<br>WESTLAKE VILLAGE, CA 91362 | 4/7/2022<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Bridge Loan | ☐ | $33,950,053 |
| | | | | | **Unsecured bridge loans Total:** | | **$42,437,566** |

**Core Scientific, Inc.**                                                    **Case Number:**        **22-90341**

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**      **List All Creditors with NONPRIORITY Unsecured Claims**

| | Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C U D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|
| **Trade Payables** | | | | | | |
| 3.3 | MCDERMOTT WILL & EMERY LLP PO BOX 1675 CAROL STREAM, IL 60132-1675 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ ☑ ☐ | Trade Payable | ☐ | $54,834 |
| | | | | **Trade Payables Total:** | | **$54,834** |

Core Scientific, Inc.                                            Case Number:        22-90341

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**        List All Creditors with NONPRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Litigation** | | | | | | | |
| 3.4   CELSIUS MINING LLC<br>C/O KIRKLAND & ELLIS LLP<br>ATTN: JOSHUA A. SUSSBERG, P.C., PATRICK J. NASH, JR., P.C., ROSS M. KWASTENIET, P.C., CHRISTOPHER S. KOENIG, ESQ., AND DAN LATONA, ESQ.<br>601 LEXINGTON AVENUE<br>NEW YORK, NY 10002 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☑ | Litigation | ☐ | UNDETERMINED |
| 3.5   HARLIN DEAN<br>C/O RIDDLE & WILLIAMS ATTORNEYS AND COUNSELORS<br>ATTN: DEAN RIDDLE<br>3811 TURTLE CREEK BLVD, STE 500<br>DALLAS, TX 75219 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☑ | Litigation | ☐ | UNDETERMINED |
| 3.6   JONATHAN BARRETT, ET AL.<br>C/O SEMENZA KIRCHER RICKARD<br>ATTN: LAWRENCE J. SEMENZA, III, ESQ.,CHRISTOPHER D. KIRCHER, ESQ., JARROD L. RICKARD, ESQ.,KATIE L. CANNATA, ESQ.,<br>10161 PARK RUN DRIVE, SUITE 150<br>LAS VEGAS, NV 89145 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☑ | Litigation | ☐ | UNDETERMINED |
| 3.7   MCCARTHY BUILDINGS COMPANIES, INC<br>C/O SCHIFFER HICKS JOHNSON PLLC<br>ATTN: ADAM P. SCHIFFER<br>700 LOUISIANA STREET, STE 2650<br>HOUSTON, TX 77002 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☑ | Litigation | ☐ | UNDETERMINED |
| 3.8   MEI PANG<br>C/O STECKLER WAYNE CHERRY & LOVE PLLC<br>ATTN: BRUCE W. STECKLER<br><br>12720 HILLCREST ROAD, STE 1045<br>DALLAS, TX 75230 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☑ | Litigation | ☐ | UNDETERMINED |
| 3.9   SPHERE 3D<br>C/O DONTZIN NAGY & FLESSING LLP<br>ATTN: TIBOR L NAGY, JR., GREGORY N. WOLFE AND SUSAN HU<br>980 MADISON AVENUE,<br>NEW YORK, NY 10075 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☑ | Litigation | ☐ | UNDETERMINED |

Litigation Total:        **UNDETERMINED**

**Core Scientific, Inc.**                                            **Case Number:**        **22-90341**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **Intercompany Payables** | | | | | | | |
| **3.10** CORE SCIENTIFIC ACQUIRED MINING LLC<br>2407 S. CONGRESS AVE<br>STE. E-101<br>AUSTIN, TX 78704 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Intercompany | ☐ | $12,690,624 |
| **3.11** CORE SCIENTIFIC OPERATING COMPANY<br>2407 S. CONGRESS AVE<br>STE. E-101<br>AUSTIN, TX 78704 | UNKNOWN<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Intercompany | ☐ | $476,285,014 |

Intercompany Payables Total:        **$488,975,638**

**Core Scientific, Inc.**                                                    **Case Number:**          **22-90341**

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**     **List All Creditors with NONPRIORITY Unsecured Claims**

**Total: All Creditors with NONPRIORITY Unsecured Claims**          **$531,468,037**

**Core Scientific, Inc.**                                      **Case Number:**      **22-90341**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.  List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

| Creditor's Name, Mailing Address Including Zip Code | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **4.** 1   NONE | | |

**Core Scientific, Inc.**                                                                    **Case Number:**      **22-90341**

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 4:**     **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.**     **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0 |
| 5b. **Total claims from Part 2** | 5b.   **+** | $531,468,037 |
| 5c. **Total of Parts 1 and 2** | 5c. | $531,468,037 |

Lines 5a + 5b = 5c.

**Core Scientific, Inc.**                                                                                      **Case Number:**      **22-90341**

## Schedule G: Executory Contracts and Unexpired Leases

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|

### Construction Services

| | | | | | |
|---|---|---|---|---|---|
| 2.1 | 2022-02-15 CONSTRUCTION SERVICES - PROPOSALS | | CONSTR1324 | ☐ | ALLIED STEEL BUILDINGS, INC | 6451 N FEDERAL HWYSUITE 411FORTLAUDERDALE FL 33308 |
| 2.2 | 2022-02-11 CONSTRUCTION SERVICES - MASTER ADDENDUM | | CONSTR1291 | ☐ | ALLIED STEEL BUILDINGS, INC. | 6451 N. FEDERAL HIGHWAY, STE. 411FORT LAUDERDALE, FL 33308 |
| 2.3 | POWER AGREEMENT - DALTON PROPERTY | | CONSTR1717 | ☐ | DALTON UTILITIES | PO BOX 869 DALTON, GA 30722-0869 |
| 2.4 | 2022-04-01 CONSTRUCTION SERVICES - LETTER AGREEMENT RE ROOF DEFLECTORS AT DALTON | | CONSTR1307 | ☐ | FELKER CONSTRUCTION CO, INC. | PO BOX 1647, DALTON, GA 30722 |
| 2.5 | 2022-05-11 CONSTRUCTION SERVICES - PROPOSAL (Q#0240668646) | | CONSTR1330 | ☐ | GRAYBAR ELECTRIC COMPANY INC | 7055 S DECATUR BLVD STE 100, LAS VEGAS NV 89118 |
| 2.6 | 2022-04-08 CONSTRUCTION SERVICES - UNDERLYING TERMS AND SOW | | CONSTR1325 | ☐ | HARPER CONSTRUCTION COMPANY INC | 2241 KETTNER BLVD, SUITE 300, SAN DIEGO, CA 92101 |
| 2.7 | CONSTRUCTION SERVICES - DBIA NO. 535 (UNDERLYING TERMS FOR COT 2) FOR FLOWTX | | CONSTR1306 | ☐ | LML SERVICES LLC DBA FLOWTX | PO BOX 90504, SAN ANTONIO, TX 78209 |
| 2.8 | 2022-01-20 CONSTRUCTION SERVICES - AIA DOCUMENT A101-2017 | | CONSTR1290 | ☐ | LML SERVICES LLC DBA FLOWTX | PO BOX 90504, SAN ANTONIO, TX 78209 |
| 2.9 | 2022-03-11 CONSTRUCTION SERVICES - CHANGE ORDER NO 001 | | CONSTR1303 | ☐ | LML SERVICES LLC DBA FLOWTX | PO BOX 90504, SAN ANTONIO, TX 78209 |

**Core Scientific, Inc.**                                                                                          **Case Number:**          **22-90341**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **Construction Services** | | | | | |
| 2.10 | 2022-03-12 CONSTRUCTION SERVICES - CHANGE ORDER NO. 01 (MASS GRADING AMENDMENT) | CONSTR1305 | ☐ | LML SERVICES LLC DBA FLOWTX | PO BOX 90504, SAN ANTONIO, TX 78209 |
| 2.11 | 2022-03-14 CONSTRUCTION SERVICES - CHANGE ORDER 01 | CONSTR1289 | ☐ | LML SERVICES LLC DBA FLOWTX | PO BOX 90504, SAN ANTONIO, TX 78209 |
| 2.12 | 2022-05-31 CONSTRUCTION SERVICES - CHANGE ORDER 02 | CONSTR1304 | ☐ | LML SERVICES LLC DBA FLOWTX | PO BOX 90504, SAN ANTONIO, TX 78209 |
| 2.13 | 2022-02-03 PROFESSIONAL SERVICES - LETTER AGREEMENT RE ADDITIONAL SERVICES NO. 1 | CONSTR1314 | ☐ | MJDII ARCHITECTS, INC. | 16775 ADDISON ROAD, SUITE 310ADDISON, TX 75001 |

**Core Scientific, Inc.**                                                                                          **Case Number:**      **22-90341**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|

### Consulting Agreements

| | | | | | |
|---|---|---|---|---|---|
| 2.14 | 2022-07-15  - CONSULTING AGREEMENT | CONSULT1411 | ☐ | ADAM NOAH | 2407 S. CONGRESS AVE STE. E-101 AUSTIN, TX 78704 |
| 2.15 | 2022-07-12  - CONSULTING AGREEMENT | CONSULT1421 | ☐ | COLIN CROWELL | 2407 S. CONGRESS AVE STE. E-101 AUSTIN, TX 78704 |
| 2.16 | MSA AND SOW DATED 01/25/2023 | CONSULT626 | ☐ | ERNST & YOUNG LLP | 1120 NW COUCH ST # 425, PORTLAND, OR 97209 |
| 2.17 | 2022-10-26  - INDEPENDENT DIRECTOR AGREEMENT | CONSULT1431 | ☐ | NEAL GOLDMAN | 2407 S. CONGRESS AVE STE. E-101 AUSTIN, TX 78704 |
| 2.18 | 2022-04-18  - CONSULTING SERVICES AGREEMENT | CONSULT1414 | ☐ | SYNOPSYS, INC. | 690 EAST MIDDLEFIELD ROAD, MOUNTAIN VIEW, CA 94043 |
| 2.19 | 2022-05-13  - CONSULTING AGREEMENT | CONSULT1417 | ☐ | WACHSMAN LLC | 99 WALL STREET, STE 2750, NEW YORK, NY 10005 |

**Core Scientific, Inc.**                                                                 **Case Number:**        **22-90341**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **Customer Contracts** | | | | | |
| 2.20 | 2022-12-20 - MASTER SERVICES AGREEMENT AND ORDER FORM 1 | CUST1352 | ☐ | CHARLES ARAM | 11, 25 EGERTON GARDENS LONDON SW3 2DE |
| 2.21 | 2022-09-21 - MASTER SERVICES AGREEMENT | CUST1354 | ☐ | FOUNDRY DIGITAL LLC | 250 PARK AVENUE SOUTH, 5TH FLOOR NEW YORK, NY 10003 |
| 2.22 | 2022-10-15 - ORDER 1 | CUST1353 | ☐ | FOUNDRY DIGITAL LLC | 250 PARK AVENUE SOUTH, 5TH FLOOR NEW YORK, NY 10003 |
| 2.23 | 2022-02-02 - ORDER 6 | CUST1355 | ☐ | FOUNDRY DIGITAL LLC FKA DCG FOUNDRY LLC | 250 PARK AVENUE SOUTH, 5TH FLOOR NEW YORK, NY 10003 |
| 2.24 | 2022-12-02 - MASTER SERVICES AGREEMENT AND ORDER FORM #1 | CUST1365 | ☐ | GILLEY ENTERPRISES LLC | 2015 2ND AVE UNIT 2902 SEATTLE, WA 98121 |
| 2.25 | 2022-12-07 - ORDER 2 | CUST1366 | ☐ | GILLEY ENTERPRISES LLC | 2015 2ND AVE UNIT 2902 SEATTLE, WA 98121 |
| 2.26 | 2022-01-06 - MASTER SERVICES AGREEMENT AND ORDER 1 | CUST1370 | ☐ | HOCKOMOCK MINING COMPANY | 545 BOYLSTON STREET, 8TH FLOOR BOSTON, MA 02116 |
| 2.27 | 2022-02-25 - ORDER 10 | CUST1371 | ☐ | HORIZON KINETICS LLC | 470 PARK AVENUE SOUTH, 3RD FLOOR NEW YORK, NY 10016 |
| 2.28 | 2022-02-25 - ORDER 10B | CUST1373 | ☐ | HORIZON KINETICS LLC | 470 PARK AVENUE SOUTH, 3RD FLOOR NEW YORK, NY 10016 |
| 2.29 | 2022-07-14 - MASTER SERVICES AGREEMENT | CUST1381 | ☐ | NFN8 MEDIA, LLC | 11615 ANGUS RD, SUITE 104C AUSTIN, TX 78759 |
| 2.30 | 2022-07-19 - ORDER FORM 1 FOR MSA DATED 07/19/2022 | CUST1393 | ☐ | NFN8 MEDIA, LLC | 11615 ANGUS RD, SUITE 104C AUSTIN, TX 78759 |

**Core Scientific, Inc.**                                                                                    **Case Number:**      **22-90341**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|

### Customer Contracts

| | | | | | |
|---|---|---|---|---|---|
| 2.31 | 2022-07-27 - MASTER SERVICES AGREEMENT | CUST1398 | ☐ | QUANDEFI OPPORTUNITIES LLC | 1177 AVENUE OF THE AMERICAS, FL 5 NEW YORK, NY 10036 |
| 2.32 | 2022-08-15 - ORDER 1 | CUST1397 | ☐ | QUANDEFI OPPORTUNITIES LLC | 1177 AVENUE OF THE AMERICAS, FL 5 NEW YORK, NY 10036 |
| 2.33 | 2022-08-15 - MASTER SERVICES AGREEMENT (MSA2) | CUST1401 | ☐ | UNION JACK LLC | 2800 NORTHUP WAY SUITE 100 BELLEVUE, WA 98004 |
| 2.34 | 2022-09-01 - ORDER 1 TO MSA DATED 08/15/22 | CUST1402 | ☐ | UNION JACK LLC | 2800 NORTHUP WAY SUITE 100 BELLEVUE, WA 98004 |
| 2.35 | 2022-12-15 - ORDER 1 | CUST1406 | ☐ | US DIGITAL MINING AND HOSTING CO., LLC | 1200 WEST PLATT STREET TAMPA, FL 33606 |
| 2.36 | 2022-02-15 - ORDER 2 | CUST1409 | ☐ | US DIGITAL MINING AND HOSTING CO., LLC | 1200 WEST PLATT STREET TAMPA, FL 33606 |
| 2.37 | 2022-08-29 - MASTER SERVICES AGREEMENT | CUST1407 | ☐ | US DIGITAL MINING AND HOSTING CO., LLC | 1200 WEST PLATT STREET TAMPA, FL 33606 |
| 2.38 | 2022-11-15 - ORDER 3 | CUST1408 | ☐ | US DIGITAL MINING AND HOSTING CO., LLC | 1200 WEST PLATT STREET TAMPA, FL 33606 |
| 2.39 | 2022-11-30 - ORDER FORM #4 | CUST1410 | ☐ | US DIGITAL MINING AND HOSTING CO., LLC | 1200 WEST PLATT STREET TAMPA, FL 33606 |

**Core Scientific, Inc.**

**Case Number:**     **22-90341**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **Employment Agreements** | | | | | |
| 2.40 2022-12-19 EMPLOYMENT AGREEMENTS - KEY EMPLOYEE RETENTION BONUS AGREEMENT | 12/19/2023 | EA1333 | ☐ | CLINE KEZAR | 210 BARTON SPRINGS ROAD SUITE 300 AUSTIN, TX 78704 |
| 2.41 2021-10-10 EMPLOYMENT AGREEMENTS - EMPLOYMENT AGREEMENT | | EA1332 | ☐ | DARIN FEINSTEIN | 210 BARTON SPRINGS ROAD SUITE 300 AUSTIN, NV 78704 |
| 2.42 2022-12-19 EMPLOYMENT AGREEMENTS - KEY EMPLOYEE RETENTION BONUS AGREEMENT | 12/19/2023 | EA1334 | ☐ | DENISE STERLING | 210 BARTON SPRINGS ROAD SUITE 300 AUSTIN, TX 78704 |
| 2.43 2022-12-19 EMPLOYMENT AGREEMENTS - KEY EMPLOYEE RETENTION BONUS AGREEMENT | 12/19/2023 | EA1335 | ☐ | GARRY FIFE | 210 BARTON SPRINGS ROAD SUITE 300 AUSTIN, TX 78704 |
| 2.44 2022-12-19 EMPLOYMENT AGREEMENTS - KEY EMPLOYEE RETENTION BONUS AGREEMENT | 12/19/2023 | EA1336 | ☐ | KATHARINE HALL | 210 BARTON SPRINGS ROAD SUITE 300 AUSTIN, TX 78704 |
| 2.45 2022-12-19 EMPLOYMENT AGREEMENTS - KEY EMPLOYEE RETENTION BONUS AGREEMENT | 12/19/2023 | EA1337 | ☐ | LANCE BOLENDER | 210 BARTON SPRINGS ROAD SUITE 300 AUSTIN, TX 78704 |
| 2.46 2022-12-19 EMPLOYMENT AGREEMENTS - KEY EMPLOYEE RETENTION BONUS AGREEMENT | 12/19/2023 | EA1338 | ☐ | MATTHEW BROWN | 210 BARTON SPRINGS ROAD SUITE 300 AUSTIN, TX 78704 |
| 2.47 2022-12-19 EMPLOYMENT AGREEMENTS - KEY EMPLOYEE RETENTION BONUS AGREEMENT | 12/19/2023 | EA1339 | ☐ | MAURICE WINTER | 210 BARTON SPRINGS ROAD SUITE 300 AUSTIN, TX 78704 |
| 2.48 2021-10-10 EMPLOYMENT AGREEMENTS - AMENDED AND RESTATED EMPLOYMENT AGREEMENT | | EA1331 | ☐ | MICHAEL LEVITT | 210 BARTON SPRINGS ROAD SUITE 300 AUSTIN, TX 78704 |
| 2.49 2022-12-19 EMPLOYMENT AGREEMENTS - KEY EMPLOYEE RETENTION BONUS AGREEMENT | 12/19/2023 | EA1340 | ☐ | TODD DUCHENE | 210 BARTON SPRINGS ROAD SUITE 300 AUSTIN, TX 78704 |

**Core Scientific, Inc.**                                                    **Case Number:**    **22-90341**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|

### Equipment Leases & Sales

| | | | | | |
|---|---|---|---|---|---|
| 2.50 | ASSET PURCHASE AND HOSTING TERMINATION AGREEMENT DATED 2022-03-10 | | EQUIP1718 | ☐ | ARGO INNOVATION LABS, INC. | 700-401 WEST GEORGIA ST VANCOUVER BRITISH COLUMBIA V6B 5A150 CANADA |
| 2.51 | PURCHASE AND SALE AGREEMENT WITH ASICXCHANGE TEAM INC. DATED 2022-11-22 | | EQUIP1721 | ☐ | ASICXCHANGE TEAM INC. | 4933 SAINT-CHARLES BLVD, MONTRÉAL, QUÉBEC, H9H 3E4 CANADA |
| 2.52 | ASSET PURCHASE AND SALE AGREEMENT DATED 2022-09-26 | | EQUIP1720 | ☐ | FOUNDRY DIGITAL LLC | 1100 PITTSFORD VICTOR ROAD PITTSFORD, NY 14534 |
| 2.53 | BILL OF SALE DATED 2022-05-24 | | EQUIP1717 | ☐ | FS INNOVATION LLC | PO BOX 164 ABU DHABI UNITED ARAB EMIRATES |
| 2.54 | EQUIPMENT LEASE | | EQUIP1683 | ☐ | HERC RENTALS INC | 4637 W UNIVERSITY, DENTON, TX 76207 |
| 2.55 | EQUIPMENT LEASE | | EQUIP1684 | ☐ | HERC RENTALS INC | 4637 W UNIVERSITY, DENTON, TX 76207 |
| 2.56 | EQUIPMENT LEASE | | EQUIP1685 | ☐ | HERC RENTALS INC | 4637 W UNIVERSITY, DENTON, TX 76207 |
| 2.57 | EQUIPMENT LEASE | | EQUIP1686 | ☐ | HERC RENTALS INC. | 8282 IH 20 WESTMIDLAND, TX 79706 |
| 2.58 | EQUIPMENT LEASE | | EQUIP1687 | ☐ | HERC RENTALS INC. | 4637 W UNIVERSITY, DENTON, TX 76207 |
| 2.59 | EQUIPMENT LEASE | | EQUIP1688 | ☐ | HERC RENTALS INC. | 8282 IH 20 WEST, MIDLAND, TX 79706 |
| 2.60 | EQUIPMENT LEASE | | EQUIP1689 | ☐ | HERC RENTALS INC. | 4637 W UNIVERSITY, DENTON, TX 76207 |

**Core Scientific, Inc.**

**Case Number:**   **22-90341**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|---|
| **Equipment Leases & Sales** | | | | | | |
| 2.61 | EQUIPMENT LEASE | | EQUIP1690 | ☐ | HERC RENTALS INC. | 2828 IH 20 WEST, MIDLAND, TX 79706 |
| 2.62 | EQUIPMENT LEASE | | EQUIP1691 | ☐ | HERC RENTALS INC. | 8282 IH 20 WESTMIDLAND, TX 79706 |
| 2.63 | EQUIPMENT LEASE | | EQUIP1692 | ☐ | HERC RENTALS INC. | 8282 IH 20 WESTMIDLAND, TX 79706 |
| 2.64 | EQUIPMENT LEASE | | EQUIP1693 | ☐ | HERC RENTALS INC. | 8282 IH 20 WESTMIDLAND, TX 79706 |
| 2.65 | EQUIPMENT LEASE | | EQUIP1694 | ☐ | HERC RENTALS INC. | 8282 H 20 WEST, MIDLAND, TX 79706 |
| 2.66 | EQUIPMENT LEASE | | EQUIP1695 | ☐ | HERC RENTALS INC. | 8282 IH 20 WEST, MIDLAND, TX 79706 |
| 2.67 | EQUIPMENT LEASE | | EQUIP1696 | ☐ | HERC RENTALS INC. | 8282 IH 20 WESTMIDLAND, TX 79706 |
| 2.68 | EQUIPMENT LEASE | | EQUIP1697 | ☐ | HERC RENTALS INC. | 8282 IH 20 WESTMIDLAND, TX 79706 |
| 2.69 | EQUIPMENT LEASE | | EQUIP1698 | ☐ | HERC RENTALS INC. | 8282 IH 20 WESTMIDLAND, TX 79706 |
| 2.70 | EQUIPMENT LEASE | | EQUIP1699 | ☐ | HERC RENTALS INC. | 4901 CAREY STREET, FORT WORTH, TX 76119 |
| 2.71 | EQUIPMENT LEASE | | EQUIP1700 | ☐ | HERC RENTALS, INC. | 601 N GREAT SOUTHWEST PKWY, ARLINGTON, TX 76011 |
| 2.72 | EQUIPMENT LEASE | | EQUIP1701 | ☐ | HERC RENTALS, INC. | 8282 IH 20 WESTMIDLAND, TX 79706 |

**Core Scientific, Inc.**

**Case Number:**     **22-90341**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **Equipment Leases & Sales** | | | | | |
| 2.73 VALUE LEASE AGREEMENT DATED 6/16/22 | | EQUIP1729 | ☐ | SHARP ELECTRONICS CORPORATION | 100 PARAGON DR STE 100 MONTVALE, NJ 07645 |
| 2.74 ASSET PURCHASE AND SALE AGREEMENT DATED 2022-05-24 | | EQUIP1719 | ☐ | SUPPLYBIT, LLC | 1 CALLE TAFT, 15E SAN JUAN, PR 00911 PUERTO RICO |
| 2.75 PO #PO 22-101-01620 | | EQUIP1715 | ☐ | TANMAR RENTALS, LLC | 370 COUNTY ROAD 417 PECOS, TX 79772 |
| 2.76 EQUIPMENT LEASE | | EQUIP1702 | ☐ | WASTE DISPOSAL SOLUTIONS OF NORTH CAROLINA, INC. | 2307 W. CONE BLVD, SUITE 214, GREENSBORO, NC 27408 |
| 2.77 STORAGE CONNEXES (RENTAL) | | EQUIP1716 | ☐ | XC CONTAINER LLC | PO BOX 650212 DALLAS, TX 75265 |

**Core Scientific, Inc.**

**Case Number:**   **22-90341**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **IT & License Agreements** | | | | | |
| 2.78 | 2022-06-13 SOFTWARE/SUBSCRIPTION SERVICES - ORDER #Q-06003-1 | 2023-06-13 | ITSERV1047 | ☐ | ALATION | 3 LAGOON DRIVE, SUITE 300REDWOOD CITY, CA 94065 |
| 2.79 | MAY 11, 2020 SOFTWARE INSTALLATION AGREEMENT (ROYALTY) | | ROYAL1433 | ☐ | ANOTHER CRYPTO LLC | NOT AVAILABLE |
| 2.80 | OCT 31, 2019 SOFTWARE INSTALLATION AGREEMENT (ROYALTY) | | ROYAL1432 | ☐ | AVNET, INC. | 2211 S. 47TH STREET PHOENIX, AZ 85034 |
| 2.81 | 2022-06-30 SOFTWARE/SUBSCRIPTION SERVICES - MASTER CLOUD PLATFORM SERVICES ORDER FORM (Q-04327) | 2025-06-30 | ITSERV1059 | ☐ | DATABRICKS, INC. | 160 SUPER STREET, SUITE 1300SAN FRANCISCO, CA 94105 |
| 2.82 | ORDER FORM (Q-12950) DATED 2023-02-01 | | ITSERV1088 | ☐ | DATABRICKS, INC. | 160 SPEAR STREET SUITE 1300 SAN FRANCISCO, CA 94105 |
| 2.83 | 2022-11-01 SOFTWARE/SUBSCRIPTION SERVICES - ORDER FORM (Q-00958456) | 2023-10-31 | ITSERV1064 | ☐ | DOCUSIGN, INC. | 221 MAIN STREET, SUITE 1000SAN FRANCISCO, CA 94105 |
| 2.84 | 2022-01-31 NETWORK SERVICES - SERVICE ORDER (100M LICENSE, DENTON) | 2023-01-31 | ITSERV1072 | ☐ | IGEM COMMUNICATIONS LLC DBA GLOBALGIG | 1870 W BITTERS ROAD SUITE 103SAN ANTONIO, TX 78248 |
| 2.85 | 2022-07-13 NETWORK SERVICES - SERVICE ORDER (MUSOGEE) | 2023-07-13 | ITSERV1070 | ☐ | IGEM COMMUNICATIONS LLC DBA GLOBALGIG | 1870 W BITTERS ROAD SUITE 103SAN ANTONIO, TX 78248 |
| 2.86 | WEBSITE LINKING AGREEMENT DATED 2021-06-01 | | ITSERV1091 | ☐ | LUXOR TECHNOLOGY CORPORATION | 1100 BELLEVUE WAY NE SUITE 8A #514 BELLEVUE, WA 98004 |
| 2.87 | 2022-02-10 NETWORK SERVICES - BUSINESS SERVICE PROVIDER AGREEMENT | | ITSERV1077 | ☐ | RESOUND NETWORKS LLC | PO BOX 1741 PAMPA, TX 79066 |

**Core Scientific, Inc.**                                                                           **Case Number:**     **22-90341**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **IT & License Agreements** | | | | | |
| 2.88 | 2022-03-01 NETWORK SERVICES - BUSINESS SERVICE PROVIDER AGREEMENT | | ITSERV1075 | ☐ | RESOUND NETWORKS LLC | PO BOX 1741PAMPA, TX 79066 |
| 2.89 | 2022-05-18 SOFTWARE/SUBSCRIPTION SERVICES - ORDER FORM (Q-05763466) | 2025-05-17 | ITSERV1078 | ☐ | SALESFORCE, INC. | 415 MISSION STREET3RD FLOORSAN FRANCISCO, CA 94105 |
| 2.90 | ORDER Q-2578887 DATED 2023-01-20 | | ITSERV1089 | ☐ | SMARTSHEET INC. | 10500 NE 8TH STREET SUITE 1300 BELLEVUE, WA 98004 |
| 2.91 | 2022-05-13 SOFTWARE/SUBSCRIPTION SERVICES - ORDER FORM DATED 05/13/2022 | 2023-05-13 | ITSERV1079 | ☐ | TORO DATA LABS, INC. DBA BIGEYE | 32 MANDALAY PL, SOUTH SAN FRANCISCO, CA 94080 |
| 2.92 | 2022-05-13 SOFTWARE/SUBSCRIPTION SERVICES - SAAS MASTER SOFTWARE AGREEMENT | | ITSERV1080 | ☐ | TORO DATA LABS, INC. DBA BIGEYE, INC. | 32 MANDALAY PL, SOUTH SAN FRANCISCO, CA 94080 |

**Core Scientific, Inc.**

**Case Number:**   **22-90341**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **Real Property** | | | | | |
| 2.93 FIBER OPTIC FACILITIES LEASE | | REAL1682 | ☐ | CITY OF DENTON | CITY MANAGERCITY OF DENTON215 EAST MCKINNEY STREET, DENTON, TX 76291 |
| 2.94 2021-11-04 REAL PROPERTY - COTTONWOOD 1 DATASITE LOCATION - MEMO OF TERM SURFACE LEASE AGREEMENT | 2031-11-15 | REAL1088 | ☐ | JOBE RANCH FAMILY LIMITED PARTNERSHIP | 1150 SOUTHVIEW DRIVE, EL PASO, TX 79928 |
| 2.95 2022-04-21 REAL PROPERTY - COTTONWOOD 2 (50 ACRES) - MEMORANDUM OF SURFACE LEASE AGREEMENT | 2120-04-21 | REAL1090 | ☐ | JRC/RGC34 TRADE TRACTS, LTD | 1415LOUISIANA STREET, SUITE 1900, HOUSTON, TEXAS 77002 |
| 2.96 2022-03-03 REAL PROPERTY - NEW TX LOCATION - DATA CENTER SURFACE LEASE | 2032-03-03 | REAL1095 | ☐ | TRINITY MINING GROUP, INC. | 105 NURSERY LANE, STE 110FORT WORTH, TX 76114ATTN: PARKER HANDLIN |

**Core Scientific, Inc.**                                                        **Case Number:**    **22-90341**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **Suppliers** | | | | | |
| 2.97  2022-12-16 PURCHASE OF MINERS - SALES AND PURCHASE AGREEMENT | | SUPPLY1099 | ☐ | BITMAIN DEVELOPMENT PTD. LTD | 1 RAFFLES PLACE, #36-01 ONE RAFFLES PLACE,SINGAPORE 048616 |
| 2.98  PURCHASE OF MINERS SUPPLIER AGREEMENT DATED 2021-12-29 | | SUPPLY1131 | ☐ | BITMAIN TECHNOLOGIES LIMITED | UNIT A1 OF UNIT A, 11TH FLOOR SUCCESS COMMERCIAL BUILDING 245-251 HENNESSY ROAD HONG KONG |
| 2.99  2022-03-04 PURCHASE OF MINERS - SALES AND PURCHASE AGREEMENT | | SUPPLY1130 | ☐ | VALIDUS POWER CORP. | 2B-1500 SANDHILL DRIVE, ANCASTER, ONTARIO L9G 4V5 |

**Core Scientific, Inc.**

**Case Number:** **22-90341**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **All Other Agreements** | | | | | |
| 2.100 | 2021-01-25 OTHER PROFESSIONAL SERVICES - PEST CONTROL AGREEMENT | 2024-01-25 | AOVS1134 | ☐ | A TO Z PEST CONTROL AND SERVICES | 4005 WOODLINE DRDALTON, GA 30721 |
| 2.101 | 2021-01-25 PROFESSIONAL SERVICES - PEST CONTROL AGREEMENT | 2024-01-25 | AOVS1131 | ☐ | A TO Z PEST CONTROL AND SERVICES | 4005 WOODLINE DRDALTON, GA 30721 |
| 2.102 | PEST CONTROL AGREEMENT | | AOVS1462 | ☐ | A TO Z PEST CONTROL AND SERVICES | 4005 WOODLINE DRDALTON, GA 30721 |
| 2.103 | PEST CONTROL AGREEMENT | | AOVS1465 | ☐ | A TO Z PEST CONTROL AND SERVICES | 4005 WOODLINE DRDALTON, GA 30721 |
| 2.104 | AMENDMENT 1 TO EQUIPMENT PROCUREMENT AGREEMENT | | OTHER1434 | ☐ | ADQ FINANCIAL SERVICES LLC | FLOOR 10, CAPITAL GATE BUILDING,ABU DHABI, UNITED ARAB EMIRATES |
| 2.105 | AMENDMENT 2 TO EQUIPMENT PROCUREMENT AGREEMENT | | OTHER1435 | ☐ | ADQ FINANCIAL SERVICES LLC | FLOOR 10, CAPITAL GATE BUILDING, ABUDHABI, UNITED ARAB EMIRATES |
| 2.106 | 2022-06-13 SOFTWARE/SUBSCRIPTION SERVICES - ORDER #Q-06003-1 | 2023-06-13 | AOVS1136 | ☐ | ALATION | 3 LAGOON DRIVE, SUITE 300REDWOOD CITY, CA 94065 |
| 2.107 | ORDER #Q-06003-1 | | AOVS1467 | ☐ | ALATION | 3 LAGOON DRIVE, SUITE 300REDWOOD CITY, CA 94065 |
| 2.108 | PROPOSALS | | AOVS1468 | ☐ | ALLIED STEEL BUILDINGS, INC | 6451 N FEDERAL HWYSUITE 411FORTLAUDERDALE FL 33308 |
| 2.109 | MASTER ADDENDUM | | AOVS1469 | ☐ | ALLIED STEEL BUILDINGS, INC. | 6451 N. FEDERAL HIGHWAY, STE. 411FORT LAUDERDALE, FL 33308 |
| 2.110 | 2022-08-26 SOFTWARE/SUBSCRIPTION SERVICES - ORDER FORM #Q-328608 | | AOVS1137 | ☐ | ALTERYX, INC. | 17200 LAGUNA CANYON ROADIRVINE, CA 92618 |
| 2.111 | ORDER FORM #Q-328608 | | AOVS1470 | ☐ | ALTERYX, INC. | 17200 LAGUNA CANYON ROADIRVINE, CA 92618 |

**Core Scientific, Inc.**                                                      **Case Number:**      **22-90341**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| | | | | | |

**All Other Agreements**

| | | | | | |
|---|---|---|---|---|---|
| 2.112 | 2022-08-06 TAX AND ACCOUNTING SERVICES - ENGAGEMENT LETTER | | AOVS1140 | ☐ | ANDERSEN TAX LLC | 1200 FIFTH AVE, STE 1600, SEATTLE, WA 98101 |
| 2.113 | 2022-08-11 TAX AND ACCOUNTING SERVICES - ENGAGEMENT LETTER | | AOVS1141 | ☐ | ANDERSEN TAX LLC | 1200 FIFTH AVE, STE 1600, SEATTLE, WA 98101 |
| 2.114 | ENGAGEMENT LETTER | | AOVS1474 | ☐ | ANDERSEN TAX LLC | 1200 FIFTH AVE, STE 1600, SEATTLE, WA 98101 |
| 2.115 | ENGAGEMENT LETTER | | AOVS1475 | ☐ | ANDERSEN TAX LLC | 1200 FIFTH AVE, STE 1600, SEATTLE, WA 98101 |
| 2.116 | 2022-08-31 SOFTWARE SERVICES - ORDER FORM | 2023-08-31 | AOVS1143 | ☐ | BITALPHA, INC. | 60 RUSSELL ST, SAN FRANCISCO, CA 94109 |
| 2.117 | ORDER FORM | | AOVS1478 | ☐ | BITALPHA, INC. | 60 RUSSELL ST, SAN FRANCISCO, CA 94109 |
| 2.118 | 2018-07-01 OTHER PROFESSIONAL SERVICES - CUSTODIAL TERMS AND CONDITIONS | 2023-07-01 | AOVS1145 | ☐ | BITGO, INC. | 2443 ASH STREET, PALO ALTO, CALIFORNIA94306 |
| 2.119 | 2019-08-16 OTHER PROFESSIONAL SERVICES - CUSTODIAL TERMS AND CONDITIONS | 2023-07-01 | AOVS1144 | ☐ | BITGO, INC. | 2443 ASH STREET, PALO ALTO, CALIFORNIA 94306 |
| 2.120 | CUSTODIAL TERMS AND CONDITIONS | | AOVS1479 | ☐ | BITGO, INC. | 2443 ASH STREET, PALO ALTO, CALIFORNIA 94306 |
| 2.121 | CUSTODIAL TERMS AND CONDITIONS | | AOVS1480 | ☐ | BITGO, INC. | 2443 ASH STREET, PALO ALTO, CALIFORNIA94306 |
| 2.122 | LICENSE AGREEMENT FOR THE UNLOCKING SSH FIRMWARE | | OTHER1440 | ☐ | BITMAIN TECHNOLOGY INC. | 300 PARK AVENUE SUITE 100 SAN JOSE, CA 95110 |
| 2.123 | 2022-08-24 HUMAN RESOURCE SERVICES IN UAE (KIZAD) - ENGAGEMENT LETTER | | AOVS1146 | ☐ | BLACKPEARL MANAGEMENT AND HUMAN RESOURCE CONSULTING LLC | PO BOX 63089, ABU DHABI, UNITED ARAB EMIRATES |

**Core Scientific, Inc.**                                                          **Case Number:**       **22-90341**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **All Other Agreements** | | | | | |
| 2.124 | ENGAGEMENT LETTER | | AOVS1481 | ☐ | BLACKPEARL MANAGEMENT AND HUMAN RESOURCE CONSULTING LLC | PO BOX 63089, ABU DHABI, UNITED ARAB EMIRATES |
| 2.125 | HOST ACCOMMODATION AGREEMENT (ATLAS) | | OTHER1443 | ☐ | BLOCKFI LENDING LLC | 201 MONTGOMERY ST, SUITE 263, JERSEY CITY NJ 07302 |
| 2.126 | HOST ACCOMMODATION AGREEMENT (TYMIF) | | OTHER1442 | ☐ | BLOCKFI LENDING LLC | 201 MONTGOMERY ST, SUITE 263, JERSEY CITY NJ 07302 |
| 2.127 | 2022-04-25 PROFESSIONAL SERVICES - SERVICES SCHEDULES | 2025-04-25 | AOVS1148 | ☐ | BROADRIDGE INVESTOR COMMUNICATION SOLUTIONS, INC. | 51 MERCEDES WAY, EDGEWOOD, NY 11717 |
| 2.128 | SERVICES SCHEDULE | | AOVS1484 | ☐ | BROADRIDGE INVESTOR COMMUNICATION SOLUTIONS, INC. | 51 MERCEDES WAY, EDGEWOOD, NY 11717 |
| 2.129 | BUSINESS WIRE SPECIAL PRICING AGREEMENT (BULK) DATED 2022-10-04 | | AOVS1714 | ☐ | BUSINESS WIRE, INC. | 101 CALIFORNIA ST 20TH FLOOR SAN FRANCISCO, CA 94111 |
| 2.130 | 2022-10-01 PROFESSIONAL SERVICES - MASTER SERVICES AGREEMENT FOR FACILITY SERVICES | 2025-10-01 | AOVS1149 | ☐ | C&W FACILITY SERVICES INC. | 140 KENDRICK STREET, BUILDING C WESTSUITE 201NEEDHAM, MA 02494 |
| 2.131 | MASTER SERVICES AGREEMENT FOR FACILITY SERVICES | | AOVS1485 | ☐ | C&W FACILITY SERVICES INC. | 140 KENDRICK STREET, BUILDING C WESTSUITE 201NEEDHAM, MA 02494 |
| 2.132 | 2019-08-06 CONSTRUCTION SERVICES - PREVENTIVE HVAC QUARTERLY MAINTENANCE PROPOSAL | | AOVS1150 | ☐ | CALLAHAN MECHANICAL CONTRACTORS | 2811 8TH AVENUE, CHATTANOOGA, TN 37407 |
| 2.133 | PREVENTIVE HVAC QUARTERLY MAINTENANCE PROPOSAL | | AOVS1486 | ☐ | CALLAHAN MECHANICAL CONTRACTORS | 2811 8TH AVENUE, CHATTANOOGA, TN 37407 |
| 2.134 | 2022-02-15 BROKER SERVICES - PRIME BROKER AGREEMENT | | AOVS1154 | ☐ | COINBASE, INC. | 430 CALIFORNIA ST SAN FRANCISCO, CA 94104 |

**Core Scientific, Inc.**                                                                                    **Case Number:**      **22-90341**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **All Other Agreements** | | | | | |
| 2.135 | PRIME BROKER AGREEMENT | | AOVS1490 | ☐ | COINBASE, INC. | 430 CALIFORNIA ST SAN FRANCISCO, CA 94104 |
| 2.136 | 2022-04-12 PROFESSIONAL SERVICES - ENGAGEMENT LETTER | | AOVS1155 | ☐ | COMPENSATION ADVISORY PARTNERS LLC (CAP) | 840 GESSNER SUITE 375. HOUSTON, TX 77024 |
| 2.137 | ENGAGEMENT LETTER | | AOVS1491 | ☐ | COMPENSATION ADVISORY PARTNERS LLC (CAP) | 840 GESSNER SUITE 375. HOUSTON, TX 77024 |
| 2.138 | 2018-09-07 OTHER PROFESSIONAL SERVICES - TRANSFER AGENCY AND SERVICE AGREEMENT | | AOVS1156 | ☐ | COMPUTERSHARE INC. | 250 ROYALL STREET, CANTON, MASSACHUSETTS 02021 |
| 2.139 | TRANSFER AGENCY AND SERVICE AGREEMENT | | AOVS1492 | ☐ | COMPUTERSHARE INC. | 250 ROYALL STREET, CANTON, MASSACHUSETTS 02021 |
| 2.140 | 2022-01-11 SECURITY SERVICES - MASTER SERVICES AGREEMENT | 2024-01-11 | AOVS1159 | ☐ | CONVERGINT TECHNOLOGIES LLC | ONE COMMERCE DRIVE, SCHAUMBURG, IL 60173 |
| 2.141 | 2022-02-11 PROFESSIONAL SERVICES - QUOTE (#MS24400996P) AND TERMS | | AOVS1158 | ☐ | CONVERGINT TECHNOLOGIES LLC | 10535 BOYER BLVD, AUSTIN, TX 78758 |
| 2.142 | 2022-02-15 PROFESSIONAL SERVICES - QUOTE (#CH02421867P) AND TERMS | | AOVS1160 | ☐ | CONVERGINT TECHNOLOGIES LLC | 10535 BOYER BLVD, AUSTIN, TX 78758 |
| 2.143 | MASTER SERVICES AGREEMENT | | AOVS1496 | ☐ | CONVERGINT TECHNOLOGIES LLC | ONE COMMERCE DRIVE, SCHAUMBURG, IL 60173 |
| 2.144 | QUOTE (#CH02421867P) AND TERMS | | AOVS1497 | ☐ | CONVERGINT TECHNOLOGIES LLC | 10535 BOYER BLVD, AUSTIN, TX 78758 |
| 2.145 | QUOTE (#MS24400996P) AND TERMS | | AOVS1495 | ☐ | CONVERGINT TECHNOLOGIES LLC | 10535 BOYER BLVD, AUSTIN, TX 78758 |
| 2.146 | CONTRACT FOR PROFESSIONAL SERVICES | | AOVS1499 | ☐ | CRESTLINE SOLUITONS, LLC | 401 W 15TH STREET, SUITE 870, AUSTIN, TX 78701 |

**Core Scientific, Inc.**                                                                                      **Case Number:**      **22-90341**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **All Other Agreements** | | | | | |
| 2.147 | 2022-02-04 TAX AND ACCOUNTING SERVICES - STATEMENT OF WORK | | AOVS1169 | ☐ | CSS PARTNERS, LLC | PO BOX 21262, OKLAHOMA CITY, OK 73156 |
| 2.148 | STATEMENT OF WORK | | AOVS1507 | ☐ | CSS PARTNERS, LLC | PO BOX 21262, OKLAHOMA CITY, OK 73156 |
| 2.149 | 2022-06-30 SOFTWARE/SUBSCRIPTION SERVICES - MASTER CLOUD PLATFORM SERVICES ORDER FORM (Q-04327) | 2025-06-30 | AOVS1171 | ☐ | DATABRICKS, INC. | 160 SUPER STREET, SUITE 1300SAN FRANCISCO, CA 94105 |
| 2.150 | MASTER CLOUD PLATFORM SERVICES ORDER FORM (Q-04327) | | AOVS1509 | ☐ | DATABRICKS, INC. | 160 SUPER STREET, SUITE 1300SAN FRANCISCO, CA 94105 |
| 2.151 | 2022-07-01 SOFTWARE SERVICES - STATEMENT OF WORK | 2023-07-01 | AOVS1172 | ☐ | DATASITE LLC | BAKER CENTER, 733 S MARQUETTE AVE UNIT 600, MINNEAPOLIS, MN 55402 |
| 2.152 | STATEMENT OF WORK | | AOVS1510 | ☐ | DATASITE LLC | BAKER CENTER, 733 S MARQUETTE AVE UNIT 600, MINNEAPOLIS, MN 55402 |
| 2.153 | 2022-03-23 SOFTWARE SERVICES - STATEMENT OF WORK | | AOVS1173 | ☐ | DEGREE, INC. DBA LATTICE | 360 SPEAR ST, FLOOR 4, SAN FRANCISCO, CA 94105 |
| 2.154 | STATEMENT OF WORK | | AOVS1511 | ☐ | DEGREE, INC. DBA LATTICE | 360 SPEAR ST, FLOOR 4, SAN FRANCISCO, CA 94105 |
| 2.155 | 2022-03-17 CONSTRUCTION SERVICES - PROPOSAL (COT 2) | | AOVS1174 | ☐ | DELCOM PARTNERS | 610 S MAIN ST, DELL CITY, TX 79837 |
| 2.156 | PROPOSAL (COT 2) | | AOVS1512 | ☐ | DELCOM PARTNERS | 610 S MAIN ST, DELL CITY, TX 79837 |
| 2.157 | 2022-01-26 TAX AND ACCOUNTING SERVICES - ENGAGEMENT LETTER | | AOVS1175 | ☐ | DELOITTE & TOUCHE LLP | 695 TOWN CENTER DR. SUITE 1000. COSTA MESA, CA 92626 |

**Core Scientific, Inc.**                                                                                    **Case Number:**          **22-90341**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|

### All Other Agreements

| | | | | | |
|---|---|---|---|---|---|
| 2.158 | ENGAGEMENT LETTER | | AOVS1513 | ☐ | DELOITTE & TOUCHE LLP | 695 TOWN CENTER DR. SUITE 1000. COSTA MESA, CA 92626 |
| 2.159 | ENGAGEMENT LETTER | | AOVS1704 | ☐ | DELOITTE & TOUCHE LLP | 1015 SECOND AVENUE, SUITE 500, SEATTLE, WA 98104 |
| 2.160 | ENGAGEMENT LETTER | | AOVS1705 | ☐ | DELOITTE FINANCIAL ADVISORY SERVICES LLP | 110 MORRIS AVENUE, MORRISTOWN, NJ 07960 |
| 2.161 | ENGAGEMENT LETTER | | AOVS1706 | ☐ | DELOITTE TAX LLP | 555 MISSION STREET, SAN FRANCISCO, CA 94105 |
| 2.162 | 2022-07-20 TAX AND ACCOUNTING SERVICES - ENGAGEMENT LETTER | | AOVS1176 | ☐ | DELOITTE TRANSACTIONS AND BUSINESS ANALYTICS LLP | 225 W SANTA CLARA ST, #600, SAN JOSE, CA 95113 |
| 2.163 | 2022-10-22 TAX AND ACCOUNTING SERVICES - ENGAGEMENT LETTER | | AOVS1177 | ☐ | DELOITTE TRANSACTIONS AND BUSINESS ANALYTICS LLP | 225 W SANTA CLARA ST, #600, SAN JOSE, CA 95113 |
| 2.164 | ENGAGEMENT LETTER | | AOVS1514 | ☐ | DELOITTE TRANSACTIONS AND BUSINESS ANALYTICS LLP | 225 W SANTA CLARA ST, #600, SAN JOSE, CA 95113 |
| 2.165 | ENGAGEMENT LETTER | | AOVS1515 | ☐ | DELOITTE TRANSACTIONS AND BUSINESS ANALYTICS LLP | 225 W SANTA CLARA ST, #600, SAN JOSE, CA 95113 |
| 2.166 | 2022-05-25 TAX AND ACCOUNTING SERVICES - ENGAGEMENT LETTER | | AOVS1178 | ☐ | DELOITTE TX LLP | 555 MISSION STREET, SAN FRANCISCO, CA 94105 |
| 2.167 | ENGAGEMENT LETTER | | AOVS1516 | ☐ | DELOITTE TX LLP | 555 MISSION STREET, SAN FRANCISCO, CA 94105 |
| 2.168 | ORDER FORM | | AOVS1707 | ☐ | DENTON MUNICIPAL UTILITIES | 601 E HIKORY ST, SUITE F, DENTON, TX 76205 |
| 2.169 | 2022-11-01 SOFTWARE/SUBSCRIPTION SERVICES - ORDER FORM (Q-00958456) | 2023-10-31 | AOVS1179 | ☐ | DOCUSIGN, INC. | 221 MAIN STREET, SUITE 1000SAN FRANCISCO, CA 94105 |

**Core Scientific, Inc.**                                                                                   **Case Number:**          **22-90341**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **All Other Agreements** | | | | | |
| 2.170 | ORDER FORM (Q-00958456) | | AOVS1517 | ☐ | DOCUSIGN, INC. | 221 MAIN STREET, SUITE 1000SAN FRANCISCO, CA 94105 |
| 2.171 | AGREEMENT FOR SECURITY SERVICES | | AOVS1520 | ☐ | EAGLE EYE INTERNATIONAL PROTECTIVE SERVICES, INC. | 4645 WYNDHAM LN STE 210FRISCO, TEXAS 75033UNITED STATES |
| 2.172 | 2018-09-28 OTHER PROFESSIONAL SERVICES - US CORPORATE TRAVEL SERVICES AGREEMENT | | AOVS1181 | ☐ | EGENCIA LLC | 333 108TH AVE. NE, BELLEVUE, WASHINGTON98004 |
| 2.173 | US CORPORATE TRAVEL SERVICES AGREEMENT | | AOVS1521 | ☐ | EGENCIA LLC | 333 108TH AVE. NE, BELLEVUE, WASHINGTON98004 |
| 2.174 | POWER OF ATTORNEY | | OTHER1445 | ☐ | EMO NORTH CUSTOMERS BROKERS LTD | 7420 AIRPORT RD, SUITE 108, MISSISSAUGA, ONTARIO L4T4E5 |
| 2.175 | 2018-12-18 TAX AND ACCOUNTING SERVICES - STATEMENT OF WORK | 2024-12-18 | AOVS1185 | ☐ | ERNST & YOUNG LLP | SUITE 900, 920 FIFTH AVENUE,SEATTLE 98104 |
| 2.176 | 2022-01-21 TAX AND ACCOUNTING SERVICES - ENGAGEMENT LETTER | | AOVS1184 | ☐ | ERNST & YOUNG LLP | 920 FIFTH AVENUE, SUITE 900, SEATTLE WA 98104 |
| 2.177 | ENGAGEMENT LETTER | | AOVS1524 | ☐ | ERNST & YOUNG LLP | 920 FIFTH AVENUE, SUITE 900, SEATTLE WA 98104 |
| 2.178 | STATEMENT OF WORK | | AOVS1525 | ☐ | ERNST & YOUNG LLP | SUITE 900, 920 FIFTH AVENUE,SEATTLE 98104 |
| 2.179 | LETTER AGREEMENT RE ROOF DEFLECTORS AT DALTON | | AOVS1526 | ☐ | FELKER CONSTRUCTION CO, INC. | PO BOX 1647, DALTON, GA 30722 |
| 2.180 | 2019-06-07 LEGAL SERVICES - ENGAGEMENT LETTER | | AOVS1188 | ☐ | FISHMAN STEWART PLLC | 39533 WOODWARD AVE., STE. 140BLOOMFIELD HILLS, MICHIGAN 48304 |

**Core Scientific, Inc.**                                                                              **Case Number:**        **22-90341**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|

### All Other Agreements

| | | | | | |
|---|---|---|---|---|---|
| 2.181 | ENGAGEMENT LETTER | | AOVS1530 | ☐ | FISHMAN STEWART PLLC | 39533 WOODWARD AVE., STE. 140BLOOMFIELD HILLS, MICHIGAN 48304 |
| 2.182 | 2019-03-01 PROFESSIONAL SERVICES - VENDING SERVICES AGREEMENT | 2022-03-01 | AOVS1189 | ☐ | FIVE STAR FOOD SERVICES, INC. (FIVE STAR) | 6005 CENTURY OAKS DRIVE, SUITE 100, CHATTANOOGA, TN 37416 |
| 2.183 | VENDING SERVICES AGREEMENT | | AOVS1531 | ☐ | FIVE STAR FOOD SERVICES, INC. (FIVE STAR) | 6005 CENTURY OAKS DRIVE, SUITE 100, CHATTANOOGA, TN 37416 |
| 2.184 | PROPOSAL (Q#0240668646) | | AOVS1541 | ☐ | GRAYBAR ELECTRIC COMPANY INC | 7055 S DECATUR BLVD STE 100, LAS VEGAS NV 89118 |
| 2.185 | 2022-03-08 LEGAL SERVICES - ENGAGEMENT LETTER | | AOVS1194 | ☐ | GREENBERG TRAURIG, LLP | GRIFFITH PEAK DRIVE, SUITE 600, LAS VEGAS, NV 89135 |
| 2.186 | ENGAGEMENT LETTER | | AOVS1542 | ☐ | GREENBERG TRAURIG, LLP | GRIFFITH PEAK DRIVE, SUITE 600, LAS VEGAS, NV 89135 |
| 2.187 | UNDERLYING TERMS AND SOW | | AOVS1543 | ☐ | HARPER CONSTRUCTION COMPANY INC | 2241 KETTNER BLVD, SUITE 300, SAN DIEGO, CA 92101 |
| 2.188 | 2022-01-19 PROFESSIONAL SERVICES - LETTER AGREEMENT RE PEER PROGRAM MANAGEMENT SERVICES | | AOVS1195 | ☐ | HEAPY | 1400 W DOROTHY LANE, DAYTON, OH 45409 |
| 2.189 | LETTER AGREEMENT RE PEER PROGRAM MANAGEMENT SERVICES | | AOVS1544 | ☐ | HEAPY | 1400 W DOROTHY LANE, DAYTON, OH 45409 |
| 2.190 | 2022-02-18 PROFESSIONAL SERVICES - ENGAGEMENT LETTER | | AOVS1196 | ☐ | HIREQUEST, INC.,DBA SNELLING STAFFING SERVICES | 111 SPRINGHALL DR.GOOSE CREEK, SC 29445 |
| 2.191 | ENGAGEMENT LETTER | | AOVS1547 | ☐ | HIREQUEST, INC.,DBA SNELLING STAFFING SERVICES | 111 SPRINGHALL DR.GOOSE CREEK, SC 29445 |

**Core Scientific, Inc.**                                                                                      **Case Number:**        **22-90341**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **All Other Agreements** | | | | | |
| 2.192 2022-12-19 TAX AND ACCOUNTING SERVICES - ENGAGEMENT LETTER | | AOVS1197 | ☐ | HORNE LLP | 661 SUNNYBROOK ROAD SUITE 100RIDGELAND, MISSISSIPPI 39157UNITED STATES |
| 2.193 ENGAGEMENT LETTER | | AOVS1549 | ☐ | HORNE LLP | 661 SUNNYBROOK ROAD SUITE 100RIDGELAND, MISSISSIPPI 39157UNITED STATES |
| 2.194 CORPORATE RATE AGREEMENT | | AOVS1553 | ☐ | HYATT REGENCY AUSTIN | 208 BARTON SPRINGS RD AUSTIN, TX 78704 |
| 2.195 2018-10-19 PROFESSIONAL SERVICES - ORDER FORM (#C-41993) | | AOVS1198 | ☐ | INFLECTION RISK SOLUTIONS, LLC DBA GOODHIRE | 555 TWIN DOLPHIN DRIVE SUITE #200, REDWOOD CITY, CA 94065 |
| 2.196 PROFESSIONAL SERVICES AGREEMENT | | AOVS1554 | ☐ | INFLECTION RISK SOLUTIONS, LLC DBA GOODHIRE | 555 TWIN DOLPHIN DRIVE SUITE #200, REDWOOD CITY, CA 94065 |
| 2.197 2022-04-29 SOFTWARE SERVICES - ORDER FORM | | AOVS1201 | ☐ | IRONCLAD, INC. | 71 STEVENSON ST #600, SAN FRANCISCO, CA 94105 |
| 2.198 ORDER FORM | | AOVS1557 | ☐ | IRONCLAD, INC. | 71 STEVENSON ST #600, SAN FRANCISCO, CA 94105 |
| 2.199 2022-11-02 LEGAL SERVICES - ENGAGEMENT LETTER | | AOVS1202 | ☐ | JACKSON WALKER LLP | 100 CONGRESS AVENUE, STE 1100, AUSTIN, TX 78701 |
| 2.200 ENGAGEMENT LETTER | | AOVS1561 | ☐ | JACKSON WALKER LLP | 100 CONGRESS AVENUE, STE 1100, AUSTIN, TX 78701 |
| 2.201 NON-EXCLUSIVE EASEMENT AGREEMENT | | OTHER1448 | ☐ | JRC/RGC34 TRADE TRACTS, LTD. | 1415 LOUISIANA STREET, SUITE 1900, HOUSTON, TX 77002 |
| 2.202 2022-02-24 PROFESSIONAL SERVICES - CUSTOMER SERVICES AGREEMENT | | AOVS1203 | ☐ | KELLY SERVICES, INC. | 999 W. BIG BEAVER ROADTROY, MI 48084 |
| 2.203 CUSTOMER SERVICES AGREEMENT | | AOVS1562 | ☐ | KELLY SERVICES, INC. | 999 W. BIG BEAVER ROADTROY, MI 48084 |

**Core Scientific, Inc.**

**Case Number:** **22-90341**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|

### All Other Agreements

| | | | | | |
|---|---|---|---|---|---|
| 2.204 | STATEMENT OF WORK FOR CORE SCIENTIFIC | | AOVS1563 | ☐ | KLDISCOVERY ONTRACK, LLC | 8201 GREENSBORO DRIVE, SUITE 300, MCLEAN, VA 22102 |
| 2.205 | STATEMENT OF WORK FOR CORE SCIENTIFIC | | AOVS1708 | ☐ | KLDISCOVERY ONTRACK, LLC | 8201 GREENSBORO DRIVE, SUITE 300, MCLEAN, VA 22102 |
| 2.206 | 2022-02-09 TAX AND ACCOUNTING SERVICES - ENGAGEMENT LETTER | | AOVS1204 | ☐ | KPMG LLP | 1918 EIGHTH AVENUE, SUITE 2900, SEATTLE, WA 98101 |
| 2.207 | ENGAGEMENT LETTER | | AOVS1564 | ☐ | KPMG LLP | 1918 EIGHTH AVENUE, SUITE 2900, SEATTLE, WA 98101 |
| 2.208 | 2022-08-02 STAFFING SERVICES - QUOTE NO 21-19-1276 | | AOVS1205 | ☐ | L.C. PERSONNEL, INC. (DBA LABOR FINDERS) | PO BOX 2555DENTON, TX 76202 |
| 2.209 | QUOTE NO 21-19-1276 | | AOVS1565 | ☐ | L.C. PERSONNEL, INC. (DBA LABOR FINDERS) | PO BOX 2555DENTON, TX 76202 |
| 2.210 | SERVICE AGREEMENT | | AOVS1709 | ☐ | LANCASTER SAFETY CONSULTING, INC. | 100 BRADFORD ROAD, SUITE 100, WEXFORD, PA 15090 |
| 2.211 | 2022-08-18 RECRUITING SERVICES - ORDER FORM (FLD8134728054) | | AOVS1206 | ☐ | LINKEDIN CORPORATION | 1000 W. MAUDE AVENUE, SUNNYVALE, CA 94085 USA |
| 2.212 | ORDER FORM (FLD8134728054) | | AOVS1566 | ☐ | LINKEDIN CORPORATION | 1000 W. MAUDE AVENUE, SUNNYVALE, CA 94085 USA |
| 2.213 | AIA DOCUMENT A101-2017 | | AOVS1578 | ☐ | LML SERVICES LLC DBA FLOWTX | PO BOX 90504, SAN ANTONIO, TX 78209 |
| 2.214 | CHANGE ORDER 01 | | AOVS1574 | ☐ | LML SERVICES LLC DBA FLOWTX | PO BOX 90504, SAN ANTONIO, TX 78209 |
| 2.215 | CHANGE ORDER 02 | | AOVS1571 | ☐ | LML SERVICES LLC DBA FLOWTX | PO BOX 90504, SAN ANTONIO, TX 78209 |

**Core Scientific, Inc.**                                                    **Case Number:**        **22-90341**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|

**All Other Agreements**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.216 | CHANGE ORDER NO 001 | | AOVS1570 | ☐ | LML SERVICES LLC DBA FLOWTX | PO BOX 90504, SAN ANTONIO, TX 78209 |
| 2.217 | CHANGE ORDER NO. 01 (MASS GRADING AMENDMENT) | | AOVS1573 | ☐ | LML SERVICES LLC DBA FLOWTX | PO BOX 90504, SAN ANTONIO, TX 78209 |
| 2.218 | DBIA NO. 535 (UNDERLYING TERMS FOR COT 2) FOR FLOWTX | | AOVS1575 | ☐ | LML SERVICES LLC DBA FLOWTX | PO BOX 90504, SAN ANTONIO, TX 78209 |
| 2.219 | 2022-12-29  - ASIC PRICING AND MARKET VOLUME DATA | | AOVS1207 | ☐ | LUXOR TECHNOLOGY CORPORATION | 1100 BELLEVUE WAY NE SUITE 8A #514 BELLEVUE, WA 98004 |
| 2.220 | ASIC PRICING AND MARKET VOLUME DATA | | AOVS1579 | ☐ | LUXOR TECHNOLOGY CORPORATION | 1100 BELLEVUE WAY NE SUITE 8A #514 BELLEVUE, WA 98004 |
| 2.221 | ASIC PRICING AND MARKET VOLUME DATA | | AOVS1710 | ☐ | LUXOR TECHNOLOGY CORPORATION | 1100 BELLEVUE WAY NE SUITE 8A #514 BELLEVUE, WA 98004 |
| 2.222 | 2019-05-20 HUMAN RESOURCE SERVICES - TERMS AND CONDITIONS | | AOVS1208 | ☐ | MANPOWERGROUP US INC. | 100 MANPOWER PLACE, MILWAUKEE, WISCONSIN53212 |
| 2.223 | TERMS AND CONDITIONS | | AOVS1584 | ☐ | MANPOWERGROUP US INC. | 100 MANPOWER PLACE, MILWAUKEE, WISCONSIN53212 |
| 2.224 | 2022-10-24 TAX AND ACCOUNTING SERVICES - ENGAGEMENT LETTER | | AOVS1209 | ☐ | MARCUM LLP | 777 S. FIGUEROA STREET, SUITE 2900, LOS ANGELES, CA 90017 |
| 2.225 | ENGAGEMENT LETTER | | AOVS1585 | ☐ | MARCUM LLP | 777 S. FIGUEROA STREET, SUITE 2900, LOS ANGELES, CA 90017 |
| 2.226 | 2022-01-21 LEGAL SERVICES - ENGAGEMENT LETTER | | AOVS1210 | ☐ | MCDERMOTT WILL & EMERY LLP | ONE VANDERBILT AVENUE NEW YORK NY 10017 |
| 2.227 | ENGAGEMENT LETTER | | AOVS1590 | ☐ | MCDERMOTT WILL & EMERY LLP | ONE VANDERBILT AVENUE NEW YORK NY 10017 |

**Core Scientific, Inc.**                                                                                           **Case Number:**     **22-90341**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **All Other Agreements** | | | | | |
| 2.228 | LETTER AGREEMENT RE ADDITIONAL SERVICES NO. 1 | | AOVS1592 | ☐ | MJDII ARCHITECTS, INC. | 16775 ADDISON ROAD, SUITE 310ADDISON, TX 75001 |
| 2.229 | 2022-01-31 PROFESSIONAL SERVICES - ADDENDUM TO STATEMENT OF WORK | | AOVS1214 | ☐ | MOSS ADAMS LLP | 999 THIRD AVE, SUITE 2800, SEATTLE, WA 98104 |
| 2.230 | ADDENDUM TO STATEMENT OF WORK | | AOVS1597 | ☐ | MOSS ADAMS LLP | 999 THIRD AVE, SUITE 2800, SEATTLE, WA 98104 |
| 2.231 | 2022-03-16 SOFTWARE SERVICES - ORDER FORM (Q #NG1203) | 2023-03-31 | AOVS1220 | ☐ | NETGAIN SOLUTIONS, INC. | 7800 S ELATI ST. SUITE 300, LITTLETON, CO 80120 |
| 2.232 | ORDER FORM (Q #NG1203) | | AOVS1603 | ☐ | NETGAIN SOLUTIONS, INC. | 7800 S ELATI ST. SUITE 300, LITTLETON, CO 80120 |
| 2.233 | STATEMENT OF WORK DATED 2023-01-18 | | AOVS1718 | ☐ | NORSTAN COMMUNICATIONS, INC. DBA BLACK BOX NETWORK SERVICES | 9155 COTTONWOOD, NORTH MAPLE GROVE, MN 55369 |
| 2.234 | 2022-10-05 HUMAN RESOURCE SERVICES (DENTON, TX) - STAFFING AGREEMENT | | AOVS1222 | ☐ | ÖNIN STAFFING, LLC | 3800 COLONNADEPARKWAY, SUITE 300, BIRMINGHAM, AL 35243 |
| 2.235 | STAFFING AGREEMENT | | AOVS1605 | ☐ | ÖNIN STAFFING, LLC | 3800 COLONNADEPARKWAY, SUITE 300, BIRMINGHAM, AL 35243 |
| 2.236 | 2018-02-27 SOFTWARE/SUBSCRIPTION SERVICES - SUBSCRIPTION SERVICES AGREEMENT AND SOW | 2023-02-27 | AOVS1223 | ☐ | ORACLE AMERICA, INC. | 500 ORACLE PARKWAYREDWOOD SHORES, CA 94065 |
| 2.237 | SUBSCRIPTION SERVICES AGREEMENT AND SOW | | AOVS1606 | ☐ | ORACLE AMERICA, INC. | 500 ORACLE PARKWAYREDWOOD SHORES, CA 94065 |
| 2.238 | 2019-02-20 CONSULTING SERVICES - MASTER CONSULTING AGREEMENT | | AOVS1225 | ☐ | ORGDEV LLC | 45 PRINCETON CIRCLELONGMONT CO 80503 |
| 2.239 | MASTER CONSULTING AGREEMENT | | AOVS1608 | ☐ | ORGDEV LLC | 45 PRINCETON CIRCLELONGMONT CO 80503 |

**Core Scientific, Inc.**

**Case Number:**   **22-90341**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **All Other Agreements** | | | | | |
| 2.240 | 2022-04-06 HUMAN RESOURCE SERVICES - OFFER TO SUPPLY TEMPORARY ASSOCIATES | AOVS1226 | ☐ | PEOPLEREADY, INC. | PO BOX 676412, DALLAS, TX 75267-6412 |
| 2.241 | OFFER TO SUPPLY TEMPORARY ASSOCIATES | AOVS1609 | ☐ | PEOPLEREADY, INC. | PO BOX 676412, DALLAS, TX 75267-6412 |
| 2.242 | 2022-03-09 LEGAL SERVICES - ENGAGEMENT LETTER | AOVS1232 | ☐ | QUINN EMANUEL URQUHART & SULLIVAN, LLP | 51 MADISON AVENUE, 22ND FLOORNEW YORK, NY 10010 |
| 2.243 | 2022-03-09 LEGAL SERVICES - ENGAGEMENT LETTER | AOVS1235 | ☐ | QUINN EMANUEL URQUHART & SULLIVAN, LLP | 51 MADISON AVENUE, 22ND FLOOR, NEW YORK, NEW YORK 10010 |
| 2.244 | 2022-04-12 LEGAL SERVICES - ENGAGEMENT LETTER | AOVS1234 | ☐ | QUINN EMANUEL URQUHART & SULLIVAN, LLP | 51 MADISON AVENUE, 22ND FLOOR, NEW YORK, NEW YORK 10010 |
| 2.245 | 2022-06-24 LEGAL SERVICES - ENGAGEMENT LETTER | AOVS1233 | ☐ | QUINN EMANUEL URQUHART & SULLIVAN, LLP | 51 MADISON AVENUE, 22ND FLOOR, NEW YORK, NEW YORK 10010 |
| 2.246 | 2022-08-08 LEGAL SERVICES - ENGAGEMENT LETTER | AOVS1236 | ☐ | QUINN EMANUEL URQUHART & SULLIVAN, LLP | 1300 I STREET NW, SUITE 900WASHINGTON, DC 20005-3314 |
| 2.247 | 2022-09-20 LEGAL SERVICES - ENGAGEMENT LETTER | AOVS1237 | ☐ | QUINN EMANUEL URQUHART & SULLIVAN, LLP | 865 SOUTH FIGUEROA STREET10TH FLOORLOS ANGELES, CA |
| 2.248 | ENGAGEMENT LETTER | AOVS1616 | ☐ | QUINN EMANUEL URQUHART & SULLIVAN, LLP | 51 MADISON AVENUE, 22ND FLOORNEW YORK, NY 10010 |
| 2.249 | ENGAGEMENT LETTER | AOVS1617 | ☐ | QUINN EMANUEL URQUHART & SULLIVAN, LLP | 51 MADISON AVENUE, 22ND FLOOR, NEW YORK, NEW YORK 10010 |

**Core Scientific, Inc.**

**Case Number:** **22-90341**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **All Other Agreements** | | | | | |
| 2.250 ENGAGEMENT LETTER | | AOVS1618 | ☐ | QUINN EMANUEL URQUHART & SULLIVAN, LLP | 51 MADISON AVENUE, 22ND FLOOR, NEW YORK, NEW YORK 10010 |
| 2.251 ENGAGEMENT LETTER | | AOVS1619 | ☐ | QUINN EMANUEL URQUHART & SULLIVAN, LLP | 51 MADISON AVENUE, 22ND FLOOR, NEW YORK, NEW YORK 10010 |
| 2.252 ENGAGEMENT LETTER | | AOVS1620 | ☐ | QUINN EMANUEL URQUHART & SULLIVAN, LLP | 1300 I STREET NW, SUITE 900WASHINGTON, DC 20005-3314 |
| 2.253 ENGAGEMENT LETTER | | AOVS1621 | ☐ | QUINN EMANUEL URQUHART & SULLIVAN, LLP | 865 SOUTH FIGUEROA STREET10TH FLOORLOS ANGELES, CA |
| 2.254 RETAINED SEARCH AGREEMENT AND FEE SCHEDULE | | AOVS1623 | ☐ | REFFETT ASSOCIATES LTD. | 11900 NE 1ST STREET, SUITE 300, BELLEVUE, WA 98005 |
| 2.255 SERVICE AGREEMENT NO. 00243668 & 00243627- EFFECTIVE DATE: 05/06/2022 | | AOVS9999 | ☐ | REGULATORY DATACORP, INC. | 211 S. GULPH ROAD #125 KING OF PRUSSIA, PA 19406 |
| 2.256 ENGAGEMENT LETTER FOR SANDRA JALUFKA | | AOVS1626 | ☐ | RESOURCES CONNECTION LLC DBA RESOURCES GLOBAL PROFESSIONALS | PO BOX 740909 LOS ANGELES, CA 90074-0909 |
| 2.257 ORDER FORM (Q000001) AND PRICING AGREEMENT DATED 2022-02-28 | | AOVS1722 | ☐ | ROCKWELL AUTOMATION, INC. | 1201 SOUTH 2ND STREET MILWAUKEE, WI 53204 |
| 2.258 2022-05-18 SOFTWARE/SUBSCRIPTION SERVICES - ORDER FORM (Q-05763466) | 2025-05-17 | AOVS1240 | ☐ | SALESFORCE, INC. | 415 MISSION STREET3RD FLOORSAN FRANCISCO, CA 94105 |
| 2.259 ORDER FORM (Q-05763466) | | AOVS1628 | ☐ | SALESFORCE, INC. | 415 MISSION STREET3RD FLOORSAN FRANCISCO, CA 94105 |
| 2.260 2022-12-19 LEGAL SERVICES - ENGAGEMENT LETTER | | AOVS1241 | ☐ | SCHEEF & STONE, LLP | 500 NORTH AKARD STREETSUITE 2700DALLAS, TEXAS 75201 |
| 2.261 ENGAGEMENT LETTER | | AOVS1629 | ☐ | SCHEEF & STONE, LLP | 500 NORTH AKARD STREETSUITE 2700DALLAS, TEXAS 75201 |

**Core Scientific, Inc.**

**Case Number:** **22-90341**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|

### All Other Agreements

| | Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|---|
| 2.262 | 2022-02-15 PROFESSIONAL SERVICES - ADDITIONAL SITE ADDENDUM (TO ADD DENTON LOCATION) | | AOVS1243 | ☐ | SECURITAS SECURITY SERVICES USA, INC. | 2780 SNELLING AVENUE NORTH, ROSEVILLE, MN 55113 |
| 2.263 | 2022-04-04 PROFESSIONAL SERVICES - ADDITIONAL SITE ADDENDUM (ADD CEDARVALE LOCATION) | | AOVS1248 | ☐ | SECURITAS SECURITY SERVICES USA, INC. | 2780 SNELLING AVENUE NORTH, ROSEVILLE, MN 55113 |
| 2.264 | 2022-04-15 PROFESSIONAL SERVICES - ADDITIONAL SITE ADDENDUM (ADD COTTONWOOD LOCATION) | | AOVS1245 | ☐ | SECURITAS SECURITY SERVICES USA, INC. | 2780 SNELLING AVENUE NORTH, ROSEVILLE, MN 55113 |
| 2.265 | ADDITIONAL SITE ADDENDUM (ADD CEDARVALE LOCATION) | | AOVS1636 | ☐ | SECURITAS SECURITY SERVICES USA, INC. | 2780 SNELLING AVENUE NORTH, ROSEVILLE, MN 55113 |
| 2.266 | ADDITIONAL SITE ADDENDUM (ADD COTTONWOOD LOCATION) | | AOVS1633 | ☐ | SECURITAS SECURITY SERVICES USA, INC. | 2780 SNELLING AVENUE NORTH, ROSEVILLE, MN 55113 |
| 2.267 | ADDITIONAL SITE ADDENDUM (TO ADD DENTON LOCATION) | | AOVS1631 | ☐ | SECURITAS SECURITY SERVICES USA, INC. | 2780 SNELLING AVENUE NORTH, ROSEVILLE, MN 55113 |
| 2.268 | 2022-04-28 SOFTWARE SERVICES - ORDER FORM Q-1876421 | | AOVS1249 | ☐ | SMARTSHEET, INC | 10500 NE 8TH STREET, SUITE 1300. BELLEVUE, WA 98004 |
| 2.269 | ORDER FORM Q-1876421 | | AOVS1637 | ☐ | SMARTSHEET, INC | 10500 NE 8TH STREET, SUITE 1300. BELLEVUE, WA 98004 |
| 2.270 | 2022-07-26 SOFTWARE SERVICES - ORDER FORM (Q2165589) | 2023-04-27 | AOVS1250 | ☐ | SMARTSHEET, INC. | 10500 NE 8TH STREET, SUITE 1300. BELLEVUE, WA 98004 |
| 2.271 | ORDER FORM (Q2165589) | | AOVS1638 | ☐ | SMARTSHEET, INC. | 10500 NE 8TH STREET, SUITE 1300. BELLEVUE, WA 98004 |
| 2.272 | 2022-04-28 LEGAL SERVICES - ENGAGEMENT LETTER | | AOVS1251 | ☐ | SNELL & WILMER | 3883 HOWARD HUGHES PARKWAY SUITE 1100, LAS VEGAS, NV 89169 |
| 2.273 | ENGAGEMENT LETTER | | AOVS1639 | ☐ | SNELL & WILMER | 3883 HOWARD HUGHES PARKWAY SUITE 1100, LAS VEGAS, NV 89169 |

**Core Scientific, Inc.**                                                                            **Case Number:**        **22-90341**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **All Other Agreements** | | | | | |
| 2.274 | 2022-06-14 PROFESSIONAL SERVICES - ENGAGEMENT LETTER | | AOVS1252 | ☐ | SNELLING EMPLOYMENT, LLC | 111 SPRINGHALL DR.GOOSE CREEK, SC 29445 |
| 2.275 | ENGAGEMENT LETTER | | AOVS1640 | ☐ | SNELLING EMPLOYMENT, LLC | 111 SPRINGHALL DR.GOOSE CREEK, SC 29445 |
| 2.276 | 2022-02-15 PROFESSIONAL SERVICES - AGREEMENT | | AOVS1253 | ☐ | STERNHELL GROUP | 1201 NEW YORK NW, SUITE 900, WASHINGTON, DC 20005 |
| 2.277 | AGREEMENT | | AOVS1641 | ☐ | STERNHELL GROUP | 1201 NEW YORK NW, SUITE 900, WASHINGTON, DC 20005 |
| 2.278 | SERVICES AGREEMENT | | AOVS1642 | ☐ | STRETTO, INC. | 410 EXCHANGE, STE 100IRVINE, CA 92602 |
| 2.279 | 2019-03-11 ADVERTISING, MARKETING AND PUBLIC RELATIONS SERVICES - MASTER SERVICES AGREEMENT | 2023-03-11 | AOVS1254 | ☐ | STROZ FRIEDBERG, LLC | ONELIBERTY PLAZA, 165 BROADWAY, SUITE 3201, NEW YORK, NY 10006 |
| 2.280 | MASTER SERVICES AGREEMENT | | AOVS1643 | ☐ | STROZ FRIEDBERG, LLC | ONELIBERTY PLAZA, 165 BROADWAY, SUITE 3201, NEW YORK, NY 10006 |
| 2.281 | TERMINATION AGREEMENT OF SALES CONTRACT | | OTHER1456 | ☐ | SUPERACME TECHNOLOGY (HONG KONG) LIMITED | FLAT/RM A 12/F KIU FU COMM BLDG 300 LOCKHART RD WAN CHAIHONGKONG |
| 2.282 | 2020-02-25 PROFESSIONAL SERVICES - STATEMENT OF WORK | | AOVS1256 | ☐ | TEMPS PLUS, INC. | 601 SOUTH THORNTON AVE, DALTON, GA 30720 |
| 2.283 | STATEMENT OF WORK | | AOVS1651 | ☐ | TEMPS PLUS, INC. | 601 SOUTH THORNTON AVE, DALTON, GA 30720 |
| 2.284 | 2020-01-28 PROFESSIONAL SERVICES - MUTUALLY AGREEABLE STAFFING AGREEMENT | | AOVS1257 | ☐ | TEMPSPLUS OF PADUCAH, INC. | 4720 VILLAGE SQUARE DRIVE, SUITE A, PADUCAH, KY 42001 |

**Core Scientific, Inc.**                                                                     **Case Number:**      **22-90341**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **All Other Agreements** | | | | | |
| 2.285 | MUTUALLY AGREEABLE STAFFING AGREEMENT | | AOVS1652 | ☐ | TEMPSPLUS OF PADUCAH, INC. | 4720 VILLAGE SQUARE DRIVE, SUITE A, PADUCAH, KY 42001 |
| 2.286 | AMENDMENT TO DEVELOPMENT AGREEMENT | | OTHER1457 | ☐ | TENASKA COLOCATION SERVICES, LLC | 14302 FNB PARKWAY OMAHA, NE 68154 |
| 2.287 | 2022-05-13 SOFTWARE/SUBSCRIPTION SERVICES - ORDER FORM DATED 05/13/2022 | 2023-05-13 | AOVS1264 | ☐ | TORO DATA LABS, INC. DBA BIGEYE | 32 MANDALAY PL, SOUTH SAN FRANCISCO, CA 94080 |
| 2.288 | ORDER FORM DATED 05/13/2022 | | AOVS1659 | ☐ | TORO DATA LABS, INC. DBA BIGEYE | 32 MANDALAY PL, SOUTH SAN FRANCISCO, CA 94080 |
| 2.289 | 2022-05-13 SOFTWARE/SUBSCRIPTION SERVICES - SAAS MASTER SOFTWARE AGREEMENT | | AOVS1265 | ☐ | TORO DATA LABS, INC. DBA BIGEYE, INC. | 32 MANDALAY PL, SOUTH SAN FRANCISCO, CA 94080 |
| 2.290 | SAAS MASTER SOFTWARE AGREEMENT | | AOVS1660 | ☐ | TORO DATA LABS, INC. DBA BIGEYE, INC. | 32 MANDALAY PL, SOUTH SAN FRANCISCO, CA 94080 |
| 2.291 | 2018-03-01 PAYROLL SERVICES - TRINET TECHNOLOGY SERVICES REQUISITION FORM | | AOVS1267 | ☐ | TRINET HR III, INC. | ONE PARK PLACE SUITE 600DUBLIN, CA 94568 |
| 2.292 | 2022-11-02 PAYROLL SERVICES - TRINET SERVICES AGREEMENT ADDENDUM | | AOVS1266 | ☐ | TRINET HR III, INC. | ONE PARK PLACE SUITE 600DUBLIN, CA 94568 |
| 2.293 | TRINET SERVICES AGREEMENT ADDENDUM | | AOVS1661 | ☐ | TRINET HR III, INC. | ONE PARK PLACE SUITE 600DUBLIN, CA 94568 |
| 2.294 | TRINET TECHNOLOGY SERVICES REQUISITION FORM | | AOVS1662 | ☐ | TRINET HR III, INC. | ONE PARK PLACE SUITE 600DUBLIN, CA 94568 |
| 2.295 | 2022-01-21 PROFESSIONAL SERVICES - SERVICE AGREEMENT | 2025-01-21 | AOVS1268 | ☐ | TSC, INC. | 194 BUSINESS PARK DR, RIDGELAND, MS 39157 |

**Core Scientific, Inc.**                                                        **Case Number:**      **22-90341**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **All Other Agreements** | | | | | |
| 2.296 SERVICE AGREEMENT | | AOVS1663 | ☐ | TSC, INC. | 194 BUSINESS PARK DR, RIDGELAND, MS 39157 |
| 2.297 2022-06-08 PROFESSIONAL SERVICES - STATEMENT OF WORK DATED 06/8/22 | | AOVS1269 | ☐ | TWO DEGREES DIVISION OF SLALOM, LLC | PO BOX 101416PASADENA, CA 91189-1416 |
| 2.298 STATEMENT OF WORK DATED 06/8/22 | | AOVS1664 | ☐ | TWO DEGREES DIVISION OF SLALOM, LLC | PO BOX 101416PASADENA, CA 91189-1416 |
| 2.299 STATEMENT OF WORK | | AOVS1667 | ☐ | TWODEGREES DIVISION OF SLALOM, LLC | PO BOX 101416PASADENA, CA 91189-1416 |
| 2.300 SECURITY PROFESSIONAL SERVICE AGREEMENT | | AOVS1669 | ☐ | UNIVERSAL PROTECTION SERVICE, LP DBA ALLIED UNIVERSAL SECURITY SERVICES | EIGHT TOWER BRIDGE161 WASHINGTON STREET, SUITE 600CONSHOHOCKEN, PA 19428 |
| 2.301 2022-10-04 LEGAL SERVICES - ENGAGEMENT LETTER | | AOVS1272 | ☐ | WEIL, GOTSHAL & MANGES LLP | 767 FIFTH AVENUENEW YORK, NY 10153-0119 |
| 2.302 ENGAGEMENT LETTER | | AOVS1672 | ☐ | WEIL, GOTSHAL & MANGES LLP | 767 FIFTH AVENUENEW YORK, NY 10153-0119 |
| 2.303 2022-08-24 LEGAL SERVICES - ENGAGEMENT LETTER | | AOVS1273 | ☐ | WILLIAMS & CONNOLLY LLP | 680 MAINE AVENUE SW WASHINGTON DC 20024 |
| 2.304 ENGAGEMENT LETTER | | AOVS1673 | ☐ | WILLIAMS & CONNOLLY LLP | 680 MAINE AVENUE SW WASHINGTON DC 20024 |
| 2.305 2022-06-01 SOFTWARE/SUBSCRIPTION SERVICES - ORDER FORM 00356977 | 2024-05-02 | AOVS1274 | ☐ | WORKDAY, INC. | 6110 STONERIDGE MAIL ROAD, PLEASANTON, CA 94588 |
| 2.306 ORDER FORM 00356977 | | AOVS1674 | ☐ | WORKDAY, INC. | 6110 STONERIDGE MAIL ROAD, PLEASANTON, CA 94588 |
| 2.307 2022-03-18 SOFTWARE SERVICES - STATEMENT OF WORK 110421-1600 | | AOVS1275 | ☐ | WORKIVA INC | 2900 UNIVERSITY BLVD, AMES, IOWA 50010 |

**Core Scientific, Inc.**                                                                       **Case Number:**          **22-90341**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **All Other Agreements** | | | | | |
| 2.308 | STATEMENT OF WORK 110421-1600 | | AOVS1675 | ☐ | WORKIVA INC | 2900 UNIVERSITY BLVD, AMES, IOWA 50010 |
| 2.309 | 2022-09-28 SOFTWARE SERVICES - STATEMENT OF WORK 091922-10029 | 2023-09-28 | AOVS1276 | ☐ | WORKIVA INC. | 2900 UNIVERSITY BLVD, AMES, IOWA 50010 |
| 2.310 | STATEMENT OF WORK 091922-10029 | | AOVS1676 | ☐ | WORKIVA INC. | 2900 UNIVERSITY BLVD, AMES, IOWA 50010 |
| 2.311 | 2022-03-23 STAFFING SERVICES - SERVICES AGREEMENT | | AOVS1279 | ☐ | ZETAMINUSONE, LLC | 1250 AVE PONCE DE LEONESTE 301SAN JUAN PR 00907 |
| 2.312 | SERVICES AGREEMENT | | AOVS1680 | ☐ | ZETAMINUSONE, LLC | 1250 AVE PONCE DE LEONESTE 301SAN JUAN PR 00907 |
| 2.313 | SERVICES AGREEMENT | | AOVS1712 | ☐ | ZETAMINUSONE, LLC | 1250 AVE PONCE DE LEONESTE 301SAN JUAN PR 00907 |
| 2.314 | STATEMENT OF WORK | | AOVS1713 | ☐ | ZETAMINUSONE, LLC | 1250 AVE PONCE DE LEONESTE 301SAN JUAN PR 00907 |

**Core Scientific, Inc.**                                                                                       **Case Number:**        **22-90341**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|

### Power Agreements

| | | | | | |
|---|---|---|---|---|---|
| 2.315 | ELECTRICITY SUPPLY AGREEMENT | | AOVS1494 | ☐ | CONSTELLATION NEWENERGY, INC. | 1001 LOUISIANA ST. CONSTELLATION SUITE 2300HOUSTON, TX 77002 |
| 2.316 | APPLICATION FOR REGISTRATION | | OTHER1444 | ☐ | ELECTRIC RELIABILITY COUNCIL OF TX (ERCOT) | 8000 METROPOLIS DRIVE (BUILDING E), SUITE 100AUSTIN, TX 78744 |
| 2.317 | 2022-09-16 PROFESSIONAL SERVICES - MASTER ENERGY SALES AGREEMENT | | AOVS1215 | ☐ | MP2 ENERGY LLC (A SHELL SUBSIDIARY) | 21 WATERWAY AVENUE SUITE 450 THE WOODLANDS, TX 77380 |
| 2.318 | MASTER ENERGY SALES AGREEMENT | | AOVS1598 | ☐ | MP2 ENERGY LLC (A SHELL SUBSIDIARY) | 21 WATERWAY AVENUE SUITE 450 THE WOODLANDS, TX 77380 |
| 2.319 | SPECIAL PREPAYMENT AGREEMENT | | OTHER1452 | ☐ | MURPHY POWER BOARD | PO BOX 1009MURPHY, NC 28906 |
| 2.320 | 2021-09-30 POWER RELATED - 1ST ADDENDUM TO ELECTRIC SERVICE AGREEMENT - PRAIRIE MINING SITE | | SUPPLY1110 | ☐ | NODAK ELECTRIC COOPERATIVE, INC. | 4000 32ND AVE S, GRAND FORKS, ND 58201 |
| 2.321 | ENCROACHMENT ON EASEMENT | | OTHER1455 | ☐ | ONCOR ELECTRIC DELIVERY COMPANY LLC | 777 MAIN ST, SUITE 1311, FT. WORTH, TX 76102 |
| 2.322 | MASTER SCADA SERVICE AGREEMENT DATED 6/30/22 | | POWER1730 | ☐ | PRIORITY POWER MANAGEMENT LLC | 2201 E LAMAR BLVD SUITE 275 ARLINGTON, TX 76006 |
| 2.323 | 2022-02-01 PROFESSIONAL SERVICES - AGREEMENT TO PROVIDE ASSET MANAGEMENT SERVICES | | AOVS1258 | ☐ | TENASKA POWER SERVICES CO. | 300 E JOHN CARPENTER FREEWAY, SUITE 1100, IRVING, TX 75062ATTN: CONTRACT ADMINISTRATION |
| 2.324 | AGREEMENT TO PROVIDE ASSET MANAGEMENT SERVICES | | AOVS1653 | ☐ | TENASKA POWER SERVICES CO. | 300 E JOHN CARPENTER FREEWAY, SUITE 1100, IRVING, TX 75062ATTN: CONTRACT ADMINISTRATION |

**Core Scientific, Inc.**　　　　　　　　　　　　　　　　　　　　　　　　**Case Number:**　　**22-90341**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| **Power Agreements** | | | | | |
| 2.325  SECURITY CONTACT DESIGNATION FOR TENASKA POWER SERVICES CO | | OTHER1460 | ☐ | TENASKA POWER SERVICES CO. | 14302 FNB PARKWAY OMAHA, NE 68154 USA |
| 2.326  2022-02-15 POWER RELATED - CURTAILMENT PROGRAM - LOAD REDUCTION PLAN CERTIFICATION STATEMENT | | SUPPLY1125 | ☐ | TENNESSEE VALLEY AUTHORITY (TVA) | 26 CENTURY BLVD, SUITE 100NASHVILLE, TN 34214 |
| 2.327  CONTRACT NO. 71610706 (IP30), ECONOMIC INTERRUPTION AMENDMENT NO. 2 | | SUPPLY1135 | ☐ | TENNESSEE VALLEY AUTHORITY (TVA) | 26 CENTURY BLVD SUITE 100 NASHVILLE, TN 34214 |
| 2.328  CONTRACT NO. 98829859 (IP5), ECONOMIC INTERRUPTION AMENDMENT NO. 1 | | SUPPLY1134 | ☐ | TENNESSEE VALLEY AUTHORITY (TVA) | 26 CENTURY BLVD SUITE 100 NASHVILLE, TN 34214 |
| 2.329  AMENDED AND RESTATED ELECTRIC SERVICE AGREEMENT | | AOVS1656 | ☐ | THE BOARD OF WATER, LIGHT AND SINKING FUND COMMISSIONERS OF THE CITY OF DALTON, GA DBA DALTON UTILITIES | 1200 VD PARROTT, JR. PARKWAY,PO BOX 869DALTON, GA 30722 |
| 2.330  BASE CONTRACT FOR SUPPLY OF ELECTRICITY | | AOVS1668 | ☐ | TXU ENERGY RETAIL COMPANY LLC | REP CERTIFICATION NO. 100046555 SIERRA DRIVE 1-W-1IRVING, TX 75039 |
| 2.331  2022-04-29 PROFESSIONAL SERVICES - DISTRIBUTED ENERGY RESOURCE AGREEMENT | | AOVS1271 | ☐ | VOLTUS, INC. | 2443 FILMORE ST #380-3427, SAN FRANCISCO, CA 94115 |
| 2.332  DISTRIBUTED ENERGY RESOURCE AGREEMENT | | AOVS1671 | ☐ | VOLTUS, INC. | 2443 FILMORE ST #380-3427, SAN FRANCISCO, CA 94115 |

**Core Scientific, Inc.**

**Case Number:** **22-90341**

## Schedule G: Executory Contracts and Unexpired Leases

**TOTAL NUMBER OF CONTRACTS:  332**

| Fill in this information to identify the case: |
| --- |
| Debtor name: Core Scientific Inc., et al., |
| United States Bankruptcy Court for the Souther District of Texas |
| Case number (If known):   22-90341 (primary) |

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                            12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

---

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1   See Attachment H | _____ <br> Street <br> _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

In re Core Scientific, Inc., et al.
Case Number: 22-90341 (SDTX)
Schedule H: Codebtors

| Debtor Name | Debtor's Role | Address | City | State | Zip | Claim Description | Name of Creditor | Schedule |
|---|---|---|---|---|---|---|---|---|
| **Core Scientific Acquired Mining LLC (Acquirer of Blockcap, Inc.)** | | | | | | **Convertible notes** | | **D** |
| Core Scientific Acquired Mining LLC | Guarantor | 2407 S. Congress Avenue, Ste. E-101 | Austin | TX | 78704 | 10% Convertible Note due Apr 1, 2025 | U.S. Bank National Association | D |
| Core Scientific Acquired Mining LLC | Guarantor | 2407 S. Congress Avenue, Ste. E-101 | Austin | TX | 78704 | 10% Convertible Note due Apr 19, 2025 | U.S. Bank National Association | D |
| **Core Scientific Operating Company (fka Core Scientific, Inc.)** | | | | | | **Convertible notes** | | **D** |
| Core Scientific Operating Company | Guarantor | 2407 S. Congress Avenue, Ste. E-101 | Austin | TX | 78704 | 10% Convertible Note due Apr 1, 2025 | U.S. Bank National Association | D |
| Core Scientific Operating Company | Guarantor | 2407 S. Congress Avenue, Ste. E-101 | Austin | TX | 78704 | 10% Convertible Note due Apr 19, 2025 | U.S. Bank National Association | D |
| **American Property Acquisition, LLC** | | | | | | **Convertible notes** | | **D** |
| American Property Acquisition, LLC | Guarantor | 2407 S. Congress Avenue, Ste. E-101 | Austin | TX | 78704 | 10% Convertible Note due Apr 1, 2025 | U.S. Bank National Association | D |
| American Property Acquisition, LLC | Guarantor | 2407 S. Congress Avenue, Ste. E-101 | Austin | TX | 78704 | 10% Convertible Note due Apr 19, 2025 | U.S. Bank National Association | D |
| **American Property Acquisitions I, LLC** | | | | | | **Convertible notes** | | **D** |
| American Property Acquisitions I, LLC | Guarantor | 2407 S. Congress Avenue, Ste. E-101 | Austin | TX | 78704 | 10% Convertible Note due Apr 1, 2025 | U.S. Bank National Association | D |
| American Property Acquisitions I, LLC | Guarantor | 2407 S. Congress Avenue, Ste. E-101 | Austin | TX | 78704 | 10% Convertible Note due Apr 19, 2025 | U.S. Bank National Association | D |
| **American Property Acquisitions VII, LLC** | | | | | | **Convertible notes** | | **D** |
| American Property Acquisitions VII, LLC | Guarantor | 2407 S. Congress Avenue, Ste. E-101 | Austin | TX | 78704 | 10% Convertible Note due Apr 1, 2025 | U.S. Bank National Association | D |
| American Property Acquisitions VII, LLC | Guarantor | 2407 S. Congress Avenue, Ste. E-101 | Austin | TX | 78704 | 10% Convertible Note due Apr 19, 2025 | U.S. Bank National Association | D |
| **Core Scientific Mining LLC** | | | | | | **Convertible notes** | | **D** |
| Core Scientific Mining LLC | Guarantor | 2407 S. Congress Avenue, Ste. E-101 | Austin | TX | 78704 | 10% Convertible Note due Apr 1, 2025 | U.S. Bank National Association | D |
| Core Scientific Mining LLC | Guarantor | 2407 S. Congress Avenue, Ste. E-101 | Austin | TX | 78704 | 10% Convertible Note due Apr 19, 2025 | U.S. Bank National Association | D |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor Name: | Core Scientific, Inc. |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case Number (if known): | 22-90341 |

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**

        Copy line 88 from Schedule A/B ................................................................. $6,921,748

    1b. **Total personal property:**

        Copy line 91A from Schedule A/B ............................................................. $175,043

                                           +

    1c. **Total of all property:**

        Copy line 92 from Schedule A/B ................................................................. $7,096,791

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D ............................. $657,025,941

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

        Copy the total claims from Part 1 from line 6a of Schedule E/F ................................................................. $0

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

        Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F ...................................... $531,468,037

                                           +

4. **Total liabilities**

    Lines 2 + 3a + 3b ......................................................................................................... $1,188,493,978

Fill in this information to identify the case and this filing:

Debtor Name: Core Scientific, Inc.

United States Bankruptcy Court for the: Southern District of Texas

Case Number (if known): 22-90341

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

Warning -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and Signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

[X] Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)

[X] Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

[X] Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

[X] Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

[X] Schedule H: Codebtors (Official Form (206H)

[X] Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

[ ] Amended Schedule _____

[ ] Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 3, 2023          Signature: /s/ Michael Bros

Michael Bros, Senior Vice President of Capital Markets & Acquisitions

**Name and Title**