IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., et al | § § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § | Jointly Administered |

**NOTICE OF FILING OF AGREED PROPOSED ORDER DIRECTING
THE APPOINTMENT OF AN OFFICIAL COMMITTEE OF
EQUITY SECURITY HOLDERS**

[Relates to Docket Nos. 458, 568]

**PLEASE TAKE NOTICE THAT** on February 24, 2023, the Ad Hoc Equity Group (the "**Ad Hoc Equity Group**"), filed the *Notice of Rescheduled Hearing regarding Motion of the Ad Hoc Group of Equity Holders of Core Scientific for Entry of an Order Directing the Appointment of an Official Committee of Equity Security Holders* [Docket No. 568] attaching a revised proposed order (the "**Initial Revised Proposed Order**") granting the relief requested in the *Motion of the Ad Hoc Group of Equity Holders of Core Scientific for Entry of an Order Directing the Appointment of an Official Committee of Equity Security Holders* [Docket No. 458].

**PLEASE TAKE FURTHER NOTICE THAT** a hearing (the "**Hearing**") was held on March 1, 2023 at 3:30 p.m. (prevailing Central Time) and March 3, 2023 at 9:30 a.m. (prevailing Central Time) before the Honorable David R. Jones, United States Bankruptcy Judge for the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6073); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

Southern District of Texas, Houston Division to consider entry of the Initial Revised Proposed Order.

**PLEASE TAKE FURTHER NOTICE THAT** the Ad Hoc Equity Group hereby submits an agreed proposed *Order Directing the Appointment of an Official Committee of Equity Security Holders* (the "**Agreed Proposed Order**"), which is attached hereto as **Exhibit A**. A redline of the Agreed Proposed Order marked against the Initial Revised Proposed Order is attached hereto as **Exhibit B**.

*[Remainder of Page Intentionally Left Blank]*

Dated: March 3, 2023
       Houston, Texas

                              Respectfully submitted,

                              SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                              */s/ Noelle M. Reed*
                              Noelle M. Reed
                              Attorney-in-Charge
                              State Bar No. 24044211
                              Federal Bar No. 27139
                              1000 Louisiana Street
                              Suite 6800
                              Houston, Texas 77002
                              Tel: (713) 655-5122
                              Fax: (713) 483-9122
                              Email: Noelle.Reed@skadden.com

                              -and-

                              George N. Panagakis
                              *(Admitted pro hac vice)*
                              Ron E. Meisler
                              *(Admitted pro hac vice)*
                              Jennifer Madden
                              *(Application for pro hac vice admission forthcoming)*
                              155 North Wacker Drive
                              Chicago, Illinois 60606-1720
                              Telephone: (312) 407-0700
                              Fax: (312) 407-0411
                              Email: George.Panagakis@skadden.com
                              Email: Ron.Meisler@skadden.com
                              Email: Jennifer.Madden@skadden.com

                              *Attorneys for the Ad Hoc Equity Group*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing document to be served by electronic transmission via the Court's ECF system to all parties registered to receive electronic notice in this case.

*/s/ Noelle M. Reed*
Noelle M. Reed

# **EXHIBIT A**

**Agreed Proposed Form of Order**