United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 06, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | | Main Case Number | 22-90341 |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc. | |

This lawyer, who is admitted to the State Bar of **Texas**:

| | |
|---|---|
| Name | Scott R. Huete |
| Firm | Elkins PLC |
| Street | 201 St. Charles Avenue, Suite 4400 |
| City & Zip Code | New Orleans, Louisiana 70170 |
| Telephone | (504) 529-3600 |
| Licensed: State & Number | Texas No. 24107150 |

Seeks to appear as the attorney for this party:

Summit Electric Supply Company, Inc.

Dated: 03/03/2023     Signed: Scott R. Huete

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:     Signed: _____
Deputy Clerk

Order   (Docket No. 623)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed:  March 05, 2023**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**