IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.,* | § | Case No. 22-90341 (DRJ) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | Re: Docket No. 528 |
| | § | |

**CERTIFICATE OF NO OBJECTION
REGARDING MOTION OF DEBTORS FOR
ORDER (I) ESTABLISHING DEADLINES TO FILE PROOFS
OF CLAIM AND (II) APPROVING FORM AND MANNER OF NOTICE THEREOF**

1. On February 14, 2023, Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Motion of Debtors for Order (I) Establishing Deadlines to File Proofs Of Claim and (II) Approving Form and Manner of Notice Thereof* (Docket No. 528) (the "**Motion**"),[2] with a proposed order granting the relief requested in the Motion (the "**Proposed Order**") annexed thereto as Exhibit A.  Objections to the Proposed Order were required to be filed and served on or prior to March 7, 2023 (the "**Objection Deadline**").

2. Following the filing of the Motion, the Debtors received certain informal comments from the ad hoc group of secured convertible noteholders.  A revised proposed order incorporating such comments is annexed hereto as **Exhibit A** (the "**Revised Proposed Order**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198).  The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

A redline of the Revised Proposed Order marked against the Proposed Order is annexed hereto as **Exhibit B**.

3. In accordance with paragraph 44 of the *Procedures for Complex Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) the Objection Deadline has passed, (ii) the undersigned counsel is unaware of any objection to the Motion, and (iii) the undersigned counsel has reviewed the Court's docket and no objection to the Motion appears thereon.

4. Therefore, the Debtors respectfully request entry of the Revised Proposed Order.

[*Remainder of page intentionally left blank*]

Dated: March 8, 2023
       Houston, Texas

    Respectfully submitted,

    /s/ Alfredo R. Pérez
    WEIL, GOTSHAL & MANGES LLP
    Alfredo R. Pérez (15776275)
    700 Louisiana Street, Suite 1700
    Houston, Texas 77002
    Telephone: (713) 546-5000
    Facsimile: (713) 224-9511
    Email: Alfredo.Perez@weil.com

    -and-

    WEIL, GOTSHAL & MANGES LLP
    Ray C. Schrock (admitted *pro hac vice*)
    Ronit J. Berkovich (admitted *pro hac vice*)
    Moshe A. Fink (admitted *pro hac vice*)
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007
    Email: Ray.Schrock@weil.com
           Ronit.Berkovich@weil.com
           Moshe.Fink@weil.com

    *Attorneys for Debtors*
    *and Debtors in Possession*

**Certificate of Service**

    I hereby certify that on March 8, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                 */s/ Alfredo R. Pérez*
                                                 Alfredo R. Pérez