| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In re: Core Scientific, Inc. *et al.,* | | |

This lawyer, who is admitted to the State Bar of New York:

| | |
|---|---|
| Name | Christine Anne Calabrese |
| Firm | Weil, Gotshal & Manges LLP |
| Street | 767 Fifth Avenue |
| City & Zip Code | New York, New York 10153 |
| Telephone | (212) 310-8000 |
| Email | christine.calabrese@weil.com |
| Licensed: State & Number | New York/5516067 |

Seeks to appear as the attorney for this party:

| Core Scientific, Inc. and Its Affiliated Debtors | |
|---|---|
| Dated: March 8, 2023 | Signed: */s/ Christine Anne Calabrese* |

| |
|---|
| COURT USE ONLY: The applicant's state bar reports their status as:_____. |
| Dated:          Signed: _____ |
|                          Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____            _____
                                                              United States Bankruptcy Judge