United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 10, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc. | |

This lawyer, who is admitted to the State Bar of __Illinois__:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Jennifer Madden<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 N. Wacker Drive<br>Chicago, IL  60606-1720<br>Tel.: (312) 407-0700<br>Illinois Bar No. 6303872 |
|---|---|

Seeks to appear as the attorney for this party:

| Ad Hoc Equity Group |
|---|
| Dated: 3/8/23     Signed: /s/ Jennifer Madden |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:     Signed: _____
                                 Deputy Clerk

Order     (Docket No. 648)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed: March 10, 2023**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**