IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*, | § | Case No. 22-90341 (DRJ) |
| | § | |
| | § | **(Jointly Administered)** |
| Debtors.[3] | § | |
| | § | |

**ORDER AUTHORIZING THE FILING UNDER SEAL OF THE
UNREDACTED MOTION TO AUTHORIZE THE SETTLEMENT
AGREEMENT AND ACCOMPANYING CONFIDENTIAL EXHIBITS**
(Docket No. 658)

Upon the motion, dated March 9, 2023 (the "**Motion to Seal**")[4], of Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), for entry of an order pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9037-1 (i) granting the Debtors leave to file under seal the unredacted Motion, unredacted Annex A, the unredacted Settlement Term Sheet, and the Agreements; (ii) granting the Debtors leave to redact confidential portions of the Motion, Annex A, and the Settlement Term Sheet that incorporate the sensitive information; (iii) grant them leave to file under seal the Agreements, which contain confidential and commercially-sensitive contract terms, and (iv) ordering that the unredacted Motion,

---

[3] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[4] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion to Seal.

1

unredacted Annex A, the unredacted Settlement Term Sheet, and the Agreements remain under seal and not be made available to anyone without the prior written consent of the Debtors and of PPM, all as more fully set forth in the Motion to Seal; and this Court having jurisdiction to consider the Motion to Seal and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion to Seal and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion to Seal having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion to Seal; and upon any hearing held on the Motion to Seal; and all objections, if any, to the Motion to Seal having been withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Motion to Seal establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion to Seal is in the best interests of the Debtors and their respective estates and creditors; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. The Debtors are authorized to file the unredacted Motion, unredacted Annex A, the unredacted Settlement Term Sheet, and the Agreements under seal pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9037-1.

2. The unredacted Motion, unredacted Annex A, the unredacted Settlement Term Sheet, and the Agreements are confidential and shall remain under seal, and shall not be made available to anyone, except that copies shall be provided to the (i) Court, the Clerk of the

Court, (ii) the U.S. Trustee, (iii) counsel to the Creditors' Committee, counsel to the Replacement DIP Lender, counsel to the Ad Hoc Equity Committee, or counsel to the Ad Hoc Noteholder Group (collectively, the "**Creditor Professionals**"), each on a professionals' eyes only basis.

3. The U.S. Trustee shall keep the unredacted Motion, unredacted Annex A, the unredacted Settlement Term Sheet, and the Agreements that incorporate the sensitive information, and the terms thereof strictly confidential. The Creditor Professionals shall keep the terms thereof strictly confidential and maintain on a professionals' eyes only basis, the terms shall not otherwise be made available to the general public, and, with the advance written consent of PPM, the Debtors may provide the unredacted Motion, unredacted Annex A, the unredacted Settlement Term Sheet, or the Agreements to any additional party who, upon good faith review of a request, the Debtors consent to receiving the information.

4. Any party who receives the unredacted Motion, unredacted Annex A, the unredacted Settlement Term Sheet, or the Agreements in accordance with this Order shall be made aware of the terms of this Order and shall not disclose or otherwise disseminate such documents, or the information contained therein, to any other person or entity.

5. Notwithstanding the provisions of Bankruptcy Rule 6004(h), this Order shall be immediately effective and enforceable upon its entry.

6. The Debtors are authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Signed: March 10, 2023.**

_____
**DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE**

United States Bankruptcy Court
Southern District of Texas

In re:  Case No. 22-90341-drj
Core Scientific, Inc.  Chapter 11
Official Committee of Unsecured Creditor
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4  User: ADIuser  Page 1 of 5
Date Rcvd: Mar 10, 2023  Form ID: pdf003  Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | American Property Acquisition, LLC, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | American Property Acquisitions I, LLC, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | American Property Acquisitions VII, LLC, 210 Barton Springs Road, Suite 300, Austiin, TX 78704-1251 |
| db | + | Core Scientific Acquired Mining LLC, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | Core Scientific Mining LLC, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | Core Scientific Operating Company, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | Core Scientific Specialty Mining (Oklahoma) LLC, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | Core Scientific, Inc., 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | RADAR LLC, 210 Barton Springs Road, Suite 300, Austiin, TX 78704-1251 |
| db | + | Radar Relay, Inc., 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | Starboard Capital LLC, 210 Barton Springs Road, Suite 300, Austiin, TX 78704-1251 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2023 at the address(es) listed below:**

**Name**    **Email Address**

Alfredo R Perez
    on behalf of Debtor Radar Relay Inc. alfredo.perez@weil.com,

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 5 |
| Date Rcvd: Mar 10, 2023 | Form ID: pdf003 | Total Noticed: 11 |

|  |  |
|---|---|
| | alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor RADAR LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor American Property Acquisitions VII LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor American Property Acquisitions I LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor Starboard Capital LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor American Property Acquisition LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor Core Scientific Inc. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor Core Scientific Specialty Mining (Oklahoma) LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor Core Scientific Mining LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor Core Scientific Acquired Mining LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor Core Scientific Operating Company alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alicia Lenae Barcomb | on behalf of U.S. Trustee US Trustee alicia.barcomb@usdoj.gov |
| Arsalan Muhammad | on behalf of Creditor BlockFi Inc. and its affiliated entities arsalan.muhammad@haynesboone.com, kenneth.rusinko@haynesboone.com |
| Ashley L. Harper | on behalf of Creditor Sphere 3D Corp. ashleyharper@HuntonAK.com |
| Byron Z Moldo | on behalf of Creditor Mitch Edwards bmoldo@ecjlaw.com aantonio@ecjlaw.com,dperez@ecjlaw.com |
| Byron Z Moldo | on behalf of Creditor Charles Basil bmoldo@ecjlaw.com aantonio@ecjlaw.com,dperez@ecjlaw.com |
| Charles Thomas Kruse | on behalf of Creditor Barings Capital Investment Corporation tom.kruse@arnoldporter.com |
| Charles Thomas Kruse | on behalf of Creditor Barings Private Credit Corp. tom.kruse@arnoldporter.com |
| Charles Thomas Kruse | on behalf of Creditor Barings BDC Inc. tom.kruse@arnoldporter.com |
| Christopher S Murphy | on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-cmurphy@oag.texas.gov, sherri.simpson@oag.texas.gov |
| Craig Crockett | |

District/off: 0541-4　　　　　　　　　　　　User: ADIuser　　　　　　　　　　　　Page 3 of 5
Date Rcvd: Mar 10, 2023　　　　　　　　　　Form ID: pdf003　　　　　　　　　　　Total Noticed: 11

| | |
|---|---|
| | on behalf of Creditor Texas Capitalization Resource Group Inc. craig@crockettfirm.com |
| Craig E Power | |
| | on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions cpower@cokinoslaw.com mbartlett@cokinoslaw.com;eolson@cokinoslaw.com |
| Deborah Michelle Perry | |
| | on behalf of Interested Party SRPF A QR Riversouth LLC dperry@munsch.com |
| Devan Joan Dal Col | |
| | on behalf of Creditor Prime Alliance Bank Inc. ddalcol@reedsmith.com |
| Devan Joan Dal Col | |
| | on behalf of Creditor 36th Street Capital Partners LLC ddalcol@reedsmith.com |
| Devan Joan Dal Col | |
| | on behalf of Creditor Wingspire Equipment Finance LLC ddalcol@reedsmith.com |
| Dylan Ross | |
| | on behalf of Creditor ABLe Communications Inc. dross@forsheyprostok.com, jjones@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;drossfp@ecf.courtdrive.com |
| Eric L Scott | |
| | on behalf of Creditor MK Marlow Company LLC escott@sv-legal.com |
| Eric Thomas Haitz | |
| | on behalf of Creditor Priority Power Management LLC ehaitz@gibsondunn.com |
| Frances Anne Smith | |
| | on behalf of Creditor Indigo Direct Lending LLC frances.smith@rsbfirm.com, michael.coulombe@rsbfirm.com |
| Gary M McDonald | |
| | on behalf of Creditor J.W. Didado Electric LLC gmcdonald@mmmsk.com, hdowell@mcdonaldpllc.com |
| Hector Duran, Jr | |
| | on behalf of U.S. Trustee US Trustee Hector.Duran.Jr@usdoj.gov |
| James Drew | |
| | on behalf of Creditor Anchorage Lending CA LLC jdrew@otterbourg.com |
| James B. Bailey | |
| | on behalf of Creditor c/o James Bailey Esq Gaylor Electric Inc., d/b/a Gaylor, Inc. jbailey@bradley.com, jbailey@ecf.courtdrive.com |
| James Tillman Grogan, III | |
| | on behalf of Creditor Ad Hoc Group of Secured Convertible Noteholders jamesgrogan@paulhastings.com |
| Jason Starks | |
| | on behalf of Creditor Travis County bkecf@traviscountytx.gov |
| Jason B. Binford | |
| | on behalf of Creditor Tenaska Power Services Co. jason.binford@rsbfirm.com |
| Jason R Kennedy | |
| | on behalf of Creditor Humphrey & Associates Inc. bankruptcy@laperouselaw.com, holly@harrisonsteck.com |
| Jason S Brookner | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors jbrookner@grayreed.com lwebb@grayreed.com |
| Jay K Farwell | |
| | on behalf of Creditor Huband-Mantor Construction Inc. jfarwell@cokinoslaw.com, dcarlin@cokinoslaw.com |
| Jayson B. Ruff | |
| | on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov |
| Jeffrey Philipp Prostok | |
| | on behalf of Creditor ABLe Communications Inc. jprostok@forsheyprostok.com, calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com;khartogh@forsheyprostok.com |
| Jennifer Jaye Hardy | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors jhardy2@willkie.com mao@willkie.com |
| Jennifer L. Kneeland | |
| | on behalf of Interested Party McCarthy Building Companies Inc. jkneeland@watttieder.com, shope@watttieder.com |
| John Lewis, Jr. | |
| | on behalf of Creditor General Casualty Company of Wisconsin jolewis@shb.com sgrussell@shb.com |
| John F Higgins, IV | |
| | on behalf of Interested Party Harper Construction Company Inc. jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | |

     on behalf of Interested Party Foundry Digital LLC jhiggins@porterhedges.com
     emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John Kendrick Turner
     on behalf of Creditor Dallas County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Stuart Collins
     on behalf of Interested Party Condair Inc. jscollins@vorys.com  mdwalkuski@vorys.com

Judith W Ross
     on behalf of Creditor Tenaska Power Services Co. judith.ross@rsbfirm.com

Kelli S. Norfleet
     on behalf of Creditor City of Denton kelli.norfleet@haynesboone.com  kenneth.rusinko@haynesboone.com

Lydia R Webb
     on behalf of Creditor Committee Official Committee of Unsecured Creditors lwebb@grayreed.com  vsalazar@grayreed.com

Maegan Quejada
     on behalf of Creditor NYDIG ABL LLC mquejada@sidley.com
     txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com

Marcy J. McLaughlin Smith
     on behalf of Creditor Dalton Utilities marcy.smith@troutman.com

Marguerite Lee DeVoll
     on behalf of Interested Party McCarthy Building Companies  Inc. mdevoll@watttieder.com

Maria Mulrooney Bartlett
     on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions mbartlett@cokinoslaw.com

Mary M Caskey
     on behalf of Creditor Maddox Industrial Transformer  LLC mcaskey@hsblawfirm.com

Matthew D Cavenaugh
     on behalf of Creditor Celsius Mining  LLC mcavenaugh@jw.com,
     kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net

Matthew Ray Brooks
     on behalf of Creditor Dalton Utilities matthew.brooks@troutman.com  wlbank@troutman.com;Monica.Molitor@troutman.com

Matthew T Ferris
     on behalf of Creditor BlockFi Lending LLC matt.ferris@haynesboone.com
     kim.morzak@haynesboone.com;kristy.martinez@haynesboone.com

Misti Lachelle Beanland
     on behalf of Creditor BEAM Concrete Construction  Inc. beanland@mssattorneys.com

Nathaniel Richard Hull
     on behalf of Creditor MassMutual Asset Finance  LLC nhull@verrilldana.com

Noelle M Reed
     on behalf of Interested Party The Ad Hoc Equity Group noelle.reed@skadden.com
     daniel.mayerfeld@skadden.com;dockethouston@skadden.com;rachel.redman@skadden.com;wendy.lamanna@skadden.com;andrea.bates@skadden.com;christopher.heaney@skadden.com

Patrick Holder Autry
     on behalf of Creditor Coonrod Electric Co. LLC pautry@branscombpc.com  slee@branscomblaw.com

Patrick Holder Autry
     on behalf of Creditor CEC Energy Services LLC pautry@branscombpc.com  slee@branscomblaw.com

Peter Clifton Lewis
     on behalf of Interested Party Board of Directors of Core Scientific  Inc. peter.lewis@solidcounsel.com,
     marcella.morales@solidcounsel.com

R. J. Shannon
     on behalf of Interested Party B. Riley Commercial Capital  LLC rshannon@shannonpllc.com,
     rshannon@shannonleellp.com;7044075420@filings.docketbird.com

Rachael L Smiley
     on behalf of Creditor Marnoy Interests  Ltd. d/b/a Office Pavilion rsmiley@fbfk.law, eglenn@fbfk.law

Scott D Fink
     on behalf of Creditor TOYOTA INDUSTRIES COMMERCIAL FINANCE INC. Bronationalecf@weltman.com

Scott R Huete
     on behalf of Creditor Summit Electric Supply Company  Inc. shuete@elkinsplc.com

Shawn Kevin Brady
     on behalf of Creditor TOYOTA INDUSTRIES COMMERCIAL FINANCE INC. sgodwin@brady-law-firm.com

Shawn M Christianson

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 5 of 5 |
| Date Rcvd: Mar 10, 2023 | Form ID: pdf003 | Total Noticed: 11 |

        on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Shirley Palumbo
        on behalf of Creditor Pescadero Capital LLC shirley.palumbo@nexteraenergy.com

Shirley Palumbo
        on behalf of Creditor NextEra Energy Resources shirley.palumbo@nexteraenergy.com

Stephanie Lyn O'Rourke
        on behalf of Creditor Huband-Mantor Construction Inc. sorourke@cokinoslaw.com, sdavis@cokinoslaw.com;etalavera@cokinoslaw.com

Stephen Clark Jackson
        on behalf of Creditor GEM Mining 3 LLC sjackson@maynardcooper.com

Stephen Clark Jackson
        on behalf of Creditor GEM Mining 2 LLC sjackson@maynardcooper.com

Stephen Clark Jackson
        on behalf of Creditor GEM Mining 2B LLC sjackson@maynardcooper.com

Stephen Clark Jackson
        on behalf of Creditor GEM Mining 1 LLC sjackson@maynardcooper.com

Stephen Clark Jackson
        on behalf of Creditor GEM Mining 4 LLC sjackson@maynardcooper.com

Stretto
        ecf@cases-cr.stretto-services.com aw01@ecfcbis.com

Theresa A. Driscoll
        on behalf of Creditor Indigo Direct Lending LLC tdriscoll@moritthock.com

Thomas A Howley
        on behalf of Creditor Dalton Utilities tom@howley-law.com roland@howley-law.com;eric@howley-law.com

Thomas O. Bean
        on behalf of Creditor MassMutual Asset Finance LLC tbean@verrilldana.com

Timothy Alvin Davidson, II
        on behalf of Creditor Sphere 3D Corp. taddavidson@andrewskurth.com

US Trustee
        USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 86