UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of **New York**:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | Gregory N. Wolfe<br>Dontzin Nagy & Fleissig LLP<br>980 Madison Avenue<br>New York, NY 10075<br>(212) 717-2900<br>New York Bar No. 5366372 |
|---|---|

Seeks to appear as the attorney for this party:

| Sphere 3D Corp. | |
|---|---|
| Dated: March 13, 2023 | Signed: /s/ Gregory N. Wolfe |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                                             United States Bankruptcy Judge