IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*, | § | Case No. 22-90341 (DRJ) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On or before March 6, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Instructional Memorandum to Nominees** (attached hereto as **Exhibit B**)

- **Motion of Debtors for Order (I) Establishing Deadlines to File Proofs of Claim and (II) Approving Form and Manner of Notice Thereof** (Docket No. 528 *without exhibits*)

Dated: March 13, 2023

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: TeamCoreScientific@stretto.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Special Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| CORPORATE STOCK TRANSFER, INC./DRS | SHARI HUMPHERYS | 1110 CENTRE POINTE CURV | STE 101 | SAINT PAUL | MN | 55120-4100 |
| HILLTOP SECURITIES INC. | ATTN: BONNIE ALLEN, CORPORATE ACTIONS | 717 N HARWOOD ST | STE 3400 | DALLAS | TX | 75201-6534 |
| PRECISION SECURITIES, LLC | CORP ACTIONS | 2010 JIMMY DURANTE BLVD | STE 270 | DEL MAR | CA | 92014-2272 |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

# **Exhibit B**

# M E M O R A N D U M

| | |
|---|---|
| TO: | All banks, Brokers and Other Intermediaries ("Nominees") |
| DATE: | February 22, 2023 |
| SUBJECT: | **CORE SCIENTIFIC, INC., et al. ("CORE") – Request for Class Members List** |
| CLASS MEMBERS: | Any holder who purchased CORE common stock (CUSIP No. 21873J108) in the following period: **01/03/2022 – 12/21/2022** |
| CLASS PERIOD: | **01/03/2022 – 12/21/2022** |
| MAIL DATE: | Stretto will provide the BAR DATE NOTICE and PROOF OF CLAIM FORM ("Bar Date Package") as soon as it is available following Court approval of Bar Date Motion (Docket No. 528. |

*Please commence your research of the Class Members in the Class Period and provide Stretto with the list of Class Members as soon as possible. Please note that Bar Date Package won't be available until after the Bankruptcy Court approves the Bar Date Motion*

Attached FOR YOUR INFORMATION ONLY is a portion of the *Motion of Debtors for Order (I) Establishing Deadlines to File Proofs of Claim and (II) Approving Form and Manner of Notice Thereof* (the "Bar Date Motion") (without exhibits thereto) is attached. The complete Bar Date Motion, including exhibits, is also available at https://cases.stretto.com/CoreScientific/court-docket/ (Docket No. 528). For the avoidance of doubt, we are including the Motion for your reference and research purposes. *We are **NOT** requesting that you forward the attached Motion to Class Members at this time; it is just background information for you.*

Please do the following:

1. If you wish to have Stretto, Claims Noticing Agent for Core Scientific, Inc, serve Class Members on your behalf, **please provide Stretto with a list of names and addresses of Class Members in MS Excel to whom you would like Stretto to send the Bar Date Package**; and

2. Please complete and return via email to PublicSecurities@Stretto.com the attached **Nominee Contact Sheet** so we will know who to contact in connection with the mailing of the Bar Date Package to Class Members when the Bankruptcy Court approves Bar Date Motion.

If you require reimbursement for any applicable out-of-pocket expenses of identifying and providing stockholders/Class Members and mailing (once the Bar Date Package has been provided to you), please email an invoice to:

> **Stretto**
> **Attn: Michael Deboissiere**
> PublicSecurities@Stretto.com

- Failure to timely provide us with the Class Members list and/or Nominee Contact Sheet could result in a delay in the delivery of the Bar Date Package.
- Please also complete and return the attached Nominee Contact Sheet as directed.

**NOMINEE CONTACT SHEET**

**Please return this Nominee Contact Sheet by March 7, 2023 via email to: PublicSecurities@Stretto.com (please reference "Core Scientific Nominee Contact Sheet" in the subject line).**

Re:  **CORE SCIENTIFIC, INC., et al. ("CORE") – Request for Class Members List**

Class Members: Any holder who purchased CORE common stock (CUSIP No. 21873J108) in the following period: **01/03/2022 – 12/21/2022**

Class Period:  **01/03/2022 – 12/21/2022**

1. **Contact Information:**

DTC Participant Name _____

DTC Participant Number _____

2. **Who at your firm should we contact about this event?**

Contact Name: _____

Contact Phone Number: _____

Contact Email(s): _____

3. **After the research is completed, who will perform mailing services to Class Members?**

BOX 1 ☐  Stretto (Claims and Noticing Agent for the Debtors)

BOX 2 ☐  Broadridge or Mediant (please circle one)

BOX 3 ☐  Our Firm (check one or both boxes below):
   BOX 3(a) ☐  We intend to email our beneficial owners in the Class Period
   BOX 3(b) ☐  We will mail physical copies directly to Class Members; please send Bar Date Package to the address shown below*:
      * If you checked BOX 3(b), please provide a number of sets of Bar Date Packages you would like Stretto to provide to the below address. _____ **SETS**

   _____

   _____

   _____