UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS (HOUSTON)

| | |
|---|---|
| IN RE: | : CASE NUMBER: 22-90341-DRJ |
| | : |
| CORE SCIENTIFIC, INC. et. al., | : Jointly Administered |
| | : |
| Debtors.[1] | : |
| _____ | : |

## CREDITOR REQUEST FOR NOTICES

Please take notice that in accordance with Fed. R. Bankr. P. 2002(g) the undersigned is designated as responsible for receiving notices in this case. Request is made that the documents filed in this case be served on the undersigned at this address:

Saldutti Law Group
Rebecca K. McDowell, Esq.
1040 Kings Highway N., Suite 100
Cherry Hill, NJ 08034
Email: rmcdowell@slgcollect.com

SALDUTTI LAW GROUP

/s/ Rebecca K. McDowell
REBECCA K. MCDOWELL, ESQ.

Dated: March 14, 2023

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.