IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § § | (Jointly Administered) |

**DEBTOR'S WITNESS AND
EXHIBIT LIST FOR HEARING ON MARCH 20, 2023**

Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), file this witness and exhibit list (the "**Witness and Exhibit List**") for hearing scheduled for March 20, 2023 at 1:00 p.m. (Prevailing Central Time) (the "**Hearing**"):

**WITNESSES**

The Debtor may call any of the following witnesses at the Hearing:

1. Michael Bros, Senior Vice President of Capital Markets & Acquisitions at Core Scientific, Inc.;

2. Any witness called or listed by any other party; and

3. Any rebuttal witnesses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

# EXHIBITS

The Debtors may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief (**ECF No. 5**) (the "**First Day Declaration**") | | | | |
| 2. | Company's Organizational Chart, attached to the First Day Declaration as Exhibit A (**ECF No. 5, Exhibit A**) | | | | |
| 3. | Annex A attached to the Debtors' Emergency Motion for Order Approving (I) Global Settlement Between Debtors and Priority Power Management, LLC, (II) Assumption of the EMCSA, (III) Entry Into the New Agreements and (IV) Granting Related Relief as Annex A **(ECF No. 655-1, Annex A)** (redacted) | | | | |
| 4. | Settlement Term Sheet, attached to the Debtors' Emergency Motion for Order Approving (I) Global Settlement Between Debtors and Priority Power Management, LLC, (II) Assumption of the EMCSA, (III) Entry Into the New Agreements and (IV) Granting Related Relief as Exhibit 2 **(ECF No. 655-2)** (the "**Settlement Term Sheet**") (redacted) | | | | |
| 5. | Energy Management and Consulting Services Agreement attached to the Settlement Term Sheet as Exhibit A **(ECF No. 656-2, Exhibit A) (filed under seal)** | | | | |
| 6. | Electric Asset Management Services Agreement attached to the Settlement Term Sheet as Exhibit B **(ECF No. 656-2, Exhibit B) (filed under seal)** | | | | |
| 7. | Energy Management Services Agreement attached to the Settlement Term Sheet as Exhibit | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
|  | **C (ECF No. 656-2, Exhibit C) (filed under seal)** |  |  |  |  |
| 8. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases |  |  |  |  |
| 9. | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party |  |  |  |  |
| 10. | Any exhibit listed by any other party |  |  |  |  |

*[Remainder of Page Intentionally Left Blank]*

## **RESERVATION OF RIGHTS**

The Debtor's reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list at any time prior to the hearing. The Debtors reserve the right to offer into evidence any exhibit necessary to rebut evidence or testimony offered by any other party and any exhibits listed or used by any other party.

Dated: March 16, 2023
      Houston, Texas

                                 Respectfully submitted,

                                 */s/ Alfredo R. Pérez*
                                 WEIL, GOTSHAL & MANGES LLP
                                 Alfredo R. Pérez (15776275)
                                 700 Louisiana Street, Suite 1700
                                 Houston, Texas 77002
                                 Telephone: (713) 546-5000
                                 Facsimile: (713) 224-9511
                                 Email: Alfredo.Perez@weil.com

                                 -and-

                                 WEIL, GOTSHAL & MANGES LLP
                                 Ray C. Schrock (admitted *pro hac vice*)
                                 Ronit J. Berkovich (admitted *pro hac vice*)
                                 Moshe A. Fink (admitted *pro hac vice*)
                                 767 Fifth Avenue
                                 New York, New York 10153
                                 Telephone: (212) 310-8000
                                 Facsimile: (212) 310-8007
                                 Email:   Ray.Schrock@weil.com
                                                 Ronit.Berkovich@weil.com
                                                 Moshe.Fink@weil.com

                                 *Attorneys for Debtors*
                                 *and Debtors in Possession*

**Certificate of Service**

I hereby certify that on March 16, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                  */s/ Alfredo R. Pérez*
                                                  Alfredo R. Pérez