Shawn K. Brady
BRADY LAW FIRM, PLLC
6136 Frisco Square Blvd., Suite 400
Frisco, Texas 75034
(469) 287-5484 Telephone

ATTORNEY FOR Toyota Industries Commercial Finance, Inc.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-90341 |
| | § | |
| Core Scientific, Inc., | § | CHAPTER 11 |
| Core Scientific Acquired Mining LLC, | § | |
| Core Scientific Operating Company, | § | |
| Radar Relay, Inc. | § | |
| Core Scientific Specialty Mining (Oklahoma LLC) | § | |
| American Property Acquisition, LLC | § | |
| Starboard Capital LLC | § | |
| Radar LLC | § | |
| American Property Acquisition I, LLC | § | |
| American Property Acquisition VII, LLC | § | |
| Core Scientific Mining LLC | § | |
| | § | |
| Debtors. | § | |

### NOTICE OF WITHDRAWAL OF Toyota Industries Commercial Finance, Inc.'s MOTION FOR RELIEF FROM STAY (DOC. #586)

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

**COMES NOW**, Toyota Industries Commercial Finance, Inc., a secured creditor herein, and files this Notice of Withdrawal of Motion for Relief from Stay filed on February 28, 2023, as Doc. 586 and in support thereof would show the Court as follows:

I.

Toyota Industries Commercial Finance, Inc. withdraws its Motion for Relief from Stay filed on February 28, 2023, as Doc. 586 previously filed in this matter.

WHEREFORE PREMISES CONSIDERED, Toyota Industries Commercial Finance, Inc. prays that this Court and all interested parties take notice of the filing of this Notice of Withdrawal

of Motion for Relief from Stay filed on February 28, 2023, as Doc. 586.

                                                Respectfully submitted,

*/s/Shawn K. Brady*
Shawn K. Brady
Texas Bar No. 00787126

BRADY LAW FIRM, PLLC
6136 Frisco Square Blvd., Suite 400
Frisco, Texas 75034
(469) 287-5484 Telephone
sbrady@brady-law-firm.com

Attorney for Toyota Industries Commercial Finance, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March 2023, a true and correct copy of the foregoing was by ECF to parties listed in attached Matrix requesting notice.

*/s/Shawn K. Brady*
Shawn K. Brady