| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 22-90341<br>Southern District of Texas<br>Houston<br>Thu Mar 16 11:12:29 CDT 2023 | AmTrust North America, Inc. on behalf of Ass<br>c/o Maurice Wutscher LLP<br>23611 Chagrin Blvd. Suite 207<br>Beachwood, OH 44122-5540 | American Property Acquisition, LLC<br>210 Barton Springs Road<br>Suite 300<br>Austin, TX 78704-1251 |
| American Property Acquisitions I, LLC<br>210 Barton Springs Road<br>Suite 300<br>Austin, TX 78704-1251 | American Property Acquisitions VII, LLC<br>210 Barton Springs Road<br>Suite 300<br>Austiin, TX 78704-1251 | BEAM Concrete Construction, Inc.<br>c/o Misti L. Beanland<br>8131 LBJ Freeway, Suite 700<br>Dallas, TX 75251-1352 |
| Board of Directors of Core Scientific, Inc.<br>c/o Peter C. Lewis<br>Scheef & Stone, L.L.P.<br>500 North Akard Street, Suite 2700<br>Dallas, TX 75201-3306 | Condair Inc.<br>c/o John S. Collins<br>Vorys, Sater, Seymour and Pease LLP<br>909 Fannin, Suite 2700<br>Houston, TX 77010-1009 | Core Scientific Acquired Mining LLC<br>210 Barton Springs Road<br>Suite 300<br>Austin, TX 78704-1251 |
| Core Scientific Mining LLC<br>210 Barton Springs Road<br>Suite 300<br>Austin, TX 78704-1251 | Core Scientific Operating Company<br>210 Barton Springs Road<br>Suite 300<br>Austiin, TX 78704-1251 | Core Scientific Specialty Mining (Oklahoma)<br>210 Barton Springs Road<br>Suite 300<br>Austin, TX 78704-1251 |
| Core Scientific, Inc.<br>210 Barton Springs Road<br>Suite 300<br>Austin, TX 78704-1251 | Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John K. Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | Dalton Utilities<br>Howley Law PLLC<br>711 Louisiana Street, Ste. 1850<br>Houston, TX 77002-2790 |
| GEM Mining 1, LLC<br>c/o Evan N. Parrott<br>11 North Water Street<br>Suite 24290<br>Mobile, AL 36602-5024 | GEM Mining 2, LLC<br>c/o Evan N. Parrott<br>11 North Water Street<br>Suite 24290<br>Mobile, AL 36602-5024 | GEM Mining 2B, LLC<br>c/o Evan N. Parrott<br>11 North Water Street<br>Suite 24290<br>Mobile, AL 36602-5024 |
| GEM Mining 3, LLC<br>c/o Evan N. Parrott<br>11 North Water Street<br>Suite 24290<br>Mobile, AL 36602-5024 | GEM Mining 4, LLC<br>c/o Evan N. Parrott<br>11 North Water Street<br>Suite 24290<br>Mobile, AL 36602-5024 | Indigo Direct Lending, LLC<br>c/o Ross, Smith & Binford, PC<br>Attn: Frances A. Smith<br>700 N. Pearl Street<br>Suite 1610<br>Dallas, TX 75201-7459 |
| J.W. Didado Electric, LLC<br>c/o Leonard I. Pataki<br>Quanta Services<br>4500 S. Garnett Road, Suite 100<br>Tulsa, OK 74146-5221 | Maddox Industrial Transformer, LLC<br>c/o Mary M. Caskey, Esq.<br>Haynsworth Sinkler Boyd, PA<br>PO Box 11889<br>Columbia, SC 29211-1889 | McCarthy Building Companies, Inc.<br>c/o Watt, Tieder, Hoffar & Fitzgerald, L<br>1765 Greensboro Station Place<br>Suite 1000<br>McLean, VA 22102-3468 |
| Meridian Equipment Finance, LLC<br>c/o Saldutti Law Group<br>1040 Kings Highway N., Suite 100<br>Cherry Hill, NJ 08034-1925 | NextEra Energy Resources<br>LAW/JB<br>700 Universe Blvd.<br>Juno Beach, FL 33408-2657 | Oracle America, Inc.<br>Buchalter PC<br>c/o Shawn M. Christianson<br>425 Market St., Suite 2900<br>San Francisco, Ca 94105-2491 |
| Pescadero Capital, LLC<br>Building LAW/JB<br>700 Universe Blvd<br>Juno Beach, FL 33408-2657 | RADAR LLC<br>210 Barton Springs Road<br>Suite 300<br>Austiin, TX 78704-1251 | Radar Relay, Inc.<br>210 Barton Springs Road<br>Suite 300<br>Austin, TX 78704-1251 |

| | | |
|---|---|---|
| Starboard Capital LLC<br>210 Barton Springs Road<br>Suite 300<br>Austiin, TX 78704-1251 | Stretto<br>Stretto<br>8269 E. 23rd Avenue<br>Suite 275<br>Denver, CO 80238-3597 | Tenaska Power Services Co.<br>c/o Ross & Smith, P.C.<br>Attn:  Jason Binford<br>2003 N. Lamar Blvd.<br>Suite 100<br>Austin, TX 78705-4932 |
| Tenaska Power Services Co.<br>c/o Ross & Smith, P.C.<br>Attn:  Judith W. Ross<br>700 N. Pearl Street<br>Suite 1610<br>Dallas, TX 75201-7459 | Texas Comptroller of Public Accounts, Revenu<br>Christopher S. Murphy<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Travis County<br>c/o Jason A. Starks<br>P.O. Box 1748<br>Austin, TX 78767-1748 |
| U.S. Bank National Association, as Prepetiti<br>c/o Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1803 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | Averitt Express<br>PO Box 3166<br>Cookeville, TN 38502-3166 |
| Bank of the West<br>1625 N. Fountainhead Pkwy<br>Tempe, AZ 85282 | Coonrod Electric Co., LLC<br>Attn: Danny Cook<br>213 N. Rachel Avenue<br>Sinton TX 78387-2632 | Coonrod Electric Co., LLC<br>c/o Patrick H. Autry<br>Branscomb Law<br>4630 N. Loop 1604 West, Suite 206<br>San Antonio TX 78249-1374 |
| Fidelity Funding Services, LLC<br>Attn: Christopher G. Parsons, Esq<br>34437A Via Verde<br>Capistrano Beach, CA 92624-1257 | (p)GREATAMERICA FINANCIAL SERVICES CORPORATIO<br>PO BOX 609<br>CEDAR RAPIDS IA 52406-0609 | Greyline Partners, LLC<br>2777 North Stemmons Freeway<br>Ste 1425<br>Dallas, TX 75207-2501 |
| Huband-Mantor Construction, Inc.<br>43000 IH-10 West<br>Boerne, Texas 78006-7949 | MK Marlow Company, LLC<br>16116 College Oak<br>San Antonio, Texas 78249-4012 | Meridian Equipment Finance, LLC<br>367 Eagleview Blvd.<br>Exton, PA 19341-1156 |
| Murphy & Grantland, P.A.<br>4406-B Forest Drive<br>Columbia, SC 29206-3104 | STATE OF NEVADA DEPARTMENT OF TAXATION<br>700 E WARM SPRINGS RD STE 200<br>LAS VEGAS, NV 89119-4311 | TOYOTA INDUSTRIES COMMERCIAL FINANCE INC.<br>c/o Weltman, Weinberg, and Reis Co., L.P<br>965 Keynote Circle<br>Brooklyn Heights, OH 44131-1829 |
| Travis County c/o Jason A. Starks<br>P.O. Box 1748<br>Austin, Texas 78767-1748 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | (p)WHITFIELD COUNTY TAX COMMISSIONER   DANNY<br>ATTN PAMELA SANE<br>1013 RIVERBURCH PKWY<br>DALTON GA 30721-8676 |
| Alfredo R Perez<br>Weil Gotshal et al<br>700 Louisiana<br>Ste 1700<br>Houston, TX 77002-2784 | c/o James Bailey Esq Gaylor Electric, Inc.,<br>Bradley Arant Boult Cummings LLP<br>One Federal Place<br>1819 5th Ave. N<br>Birmingham, AL 35203-2119 | |

             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| GreatAmerica Financial Services Corp.<br>Attn:  Litigation Dept. POB 609<br>Cedar Rapids, IA | Whitfield County Tax Commissioner<br>1013 Riverburch Pkwy<br>Dalton, Ga 30721 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)36th Street Capital Partners, LLC | (u)ABLe Communications, Inc. | (u)Ad Hoc Group of Secured Convertible Noteho |
| (u)Anchorage Lending CA, LLC | (u)B. Riley Commercial Capital, LLC | (u)Barings BDC, Inc. |
| (u)Barings Capital Investment Corporation | (u)Barings Private Credit Corp. | (u)BlockFi Lending LLC |
| (u)BlockFi, Inc. and its affiliated entities | (u)Bremer Bank | (u)CEC Energy Services LLC |
| (u)Celsius Mining, LLC | (u)City of Denton | (u)Coonrod  Electric Co. LLC |
| (u)Foundry Digital LLC | (u)General Casualty Company of Wisconsin | (u)Harper Construction Company, Inc. |
| (u)Huband-Mantor Construction, Inc. | (u)Humphrey & Associates, Inc. | (u)MK Marlow Company, LLC |
| (u)MP2 Energy Texas LLC d/b/a Shell Energy So | (u)Marnoy Interests, Ltd. d/b/a Office Pavili | (u)MassMutual Asset Finance, LLC |

| | | |
|---|---|---|
| (u)NYDIG ABL LLC | (u)Official Committee of Unsecured Creditors | (u)Prime Alliance Bank, Inc. |
| (u)Priority Power Management, LLC | (u)SRPF A QR Riversouth LLC | (u)Sphere 3D Corp. |
| (u)Summit Electric Supply Company, Inc. | (u)TOYOTA INDUSTRIES COMMERCIAL FINANCE INC. | (u)Texas Capitalization Resource Group, Inc.<br>5201 Camp Bowie Blvd. Suite 200<br>Fort Worth |
| (u)The Ad Hoc Equity Group | (u)Trinity Capital Inc. | (u)Wingspire Equipment Finance, LLC |
| (d)Meridian Equipment Finance Corp.<br>c/o Saldutti Law Group<br>1040 Kings Highway N., Suite 100<br>Cherry Hill, NJ 08034-1925 | (du)Summit Electric Supply Company, Inc. | (u)Charles Basil |
| (u)Mitch Edwards | End of Label Matrix<br>Mailable recipients    55<br>Bypassed recipients    40<br>Total                  95 | |