IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § § | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS
SET FOR HEARING ON MARCH 20, 2023 AT 1:00 P.M. (CST)**

The above-referenced debtors and debtors in possession (collectively, the "**Debtors**") hereby file their Agenda of Matters Set for Hearing on March 20, 2023 at 1:00 p.m. (CST) before the Honorable David R. Jones.  The hearing will be conducted in Courtroom 400, 4th floor, 515 Rusk Avenue, Houston, TX 77002.  You may participate in the hearing by an audio and video connection.  The audio communication will be by use of the Court's dial-in facility.  You may access the facility at 832-917-1510 and enter the conference code 205691.  The video communication will be by use of the Gotomeeting Platform.  Connect via the free Gotomeeting Application or click the link on Judge Jones's home page.  The meeting code is "judgejones."  Click the settings icon in the upper right corner and enter your name under the personal information setting.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198).  The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

1. **Debtors' Emergency Motion for Order Approving (I) Global Settlement Between Debtors and Priority Power Management, LLC, (II) Assumption of the EMCSA, (III) Entry Into the New Agreements and (IV) Granting Related Relief (ECF No. 655)**

    Status:          This matter is going forward.

    Responses Filed:

          A.    None

    Related Documents:

          A.    Sealed Document / Debtors' Emergency Motion for Order Approving (I) Global Settlement Between Debtors and Priority Power Management, LLC, (II) Assumption of the EMCSA, (III) Entry Into the New Agreements and (IV) Granting Related Relief (Unredacted) (ECF No. 656)

          B.    Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Their (I) Unredacted Motion for Approval of Settlement Between Debtors and Priority Power Management, LLC and Granting Related Relief and (II) Accompanying Confidential Exhibits (ECF No. 658)

          C.    Order Authorizing the Filing Under Seal of the Unredacted Motion to Authorize the Settlement Agreement and Accompanying Confidential Exhibits (ECF No. 665)

          D.    Debtors' Witness and Exhibit List for Hearing on March 20, 2023 (ECF No. 688)

    [*Remainder of page intentionally left blank*]

Dated: March 17, 2023
      Houston, Texas

                              Respectfully submitted,

                              /s/  Alfredo R. Pérez
                            WEIL, GOTSHAL & MANGES LLP
                            Alfredo R. Pérez (15776275)
                            700 Louisiana Street, Suite 1700
                            Houston, Texas 77002
                            Telephone:  (713) 546-5000
                            Facsimile:   (713) 224-9511
                            Email:   Alfredo.Perez@weil.com

                            -and-

                            WEIL, GOTSHAL & MANGES LLP
                            Ray C. Schrock (admitted *pro hac vice*)
                            Ronit J. Berkovich (admitted *pro hac vice*)
                            Moshe A. Fink (admitted *pro hac vice*)
                            767 Fifth Avenue
                            New York, New York 10153
                            Telephone:  (212) 310-8000
                            Facsimile:   (212) 310-8007
                            Email:   Ray.Schrock@weil.com
                                        Ronit.Berkovich@weil.com
                                        Moshe.Fink@weil.com

                            *Attorneys for Debtors*
                            *and Debtors in Possession*

**Certificate of Service**

I hereby certify that on March 17, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                         */s/ Alfredo R. Pérez*
                                         Alfredo R. Pérez