### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | Case No. 22-90341 (DRJ) |
| Debtors.[1] | (Jointly Administered) |

### PRIORITY POWER MANAGEMENT, LLC'S
### WITNESS AND EXHIBIT LIST FOR HEARING ON MARCH 20, 2023

Priority Power Management, LLC ("**PPM**"), by and through its undersigned counsel, files this witness and exhibit list (the "**Witness and Exhibit List**") for the hearing scheduled for March 20, 2023 at 1:00 p.m. (Prevailing Central Time) (the "**Hearing**"):

### WITNESSES

PPM may call any of the following witnesses at the Hearing:

1. John Bick, Chairman and Chief Commercial Officer of PPM;

2. Any witness called or listed by any other party; and

3. Any rebuttal witnesses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

1

## EXHIBITS

PPM may offer into evidence any one or more of the following exhibits:

| | DESCRIPTION |
|---|---|
| 1. | Debtors' Emergency Motion for Order Approving (I) Global Settlement Between Debtors and Priority Power Management, LLC, (II) Assumption of the EMCSA, (III) Entry Into the New Agreements and (IV) Granting Related Relief (**ECF No. 655**) (the "**Emergency Motion**") (redacted) |
| 2. | Notice of Perfection of Mechanic's Lien of Priority Power Management, LLC (**ECF No. 254**) |
| 3. | Notice of Perfection of Mechanic's Lien of Priority Power Management, LLC (**ECF No. 412**) |
| 4. | Notice of Perfection of Mechanic's Lien of Priority Power Management, LLC (**ECF No. 413**) |
| 5. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases |
| 6. | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party |
| 7. | Any exhibit listed by any other party |

## RESERVATION OF RIGHTS

PPM reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserves the right to supplement this list at any time prior to the Hearing. PPM reserves the right to offer into evidence any exhibit necessary to rebut evidence or testimony offered by any other party and any exhibits listed or used by any other party.

Dated: March 17, 2023
      Houston, Texas

*/s/ Danny David*
BAKER BOTTS L.L.P.
Danny David (TX Bar 24028267)
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Email: danny.david@bakerbotts.com

-and-

BAKER BOTTS L.L.P.
Eric T. Haitz (TX Bar 24101851)
Shelby V. Saxon (admitted *pro hac vice*)
2001 Ross Avenue, Suite 900
Dallas, Texas 75201-2980
Telephone: (214) 953-6500
Email: eric.haitz@bakerbotts.com
       shelby.saxon@bakerbotts.com

-and-

BAKER BOTTS L.L.P.
Scott R. Bowling (admitted *pro hac vice*)
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-2500
Email: scott.bowling@bakerbotts.com

## Certificate of Service

I hereby certify that on March 17, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Eric T. Haitz*
Eric T. Haitz
