IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § § | |

### DEBTOR'S AMENDED WITNESS AND EXHIBIT LIST FOR HEARING ON MARCH 20 2023

Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), file this amended witness and exhibit list (the "**Amended Witness and Exhibit List**") for hearing scheduled for March 20, 2023 at 1:00 p.m. (Prevailing Central Time) (the "**Hearing**"):

### WITNESSES

The Debtor may call any of the following witnesses at the Hearing:

1. Michael Bros, Senior Vice President of Capital Markets & Acquisitions at Core Scientific, Inc.;

2. Any witness called or listed by any other party; and

3. Any rebuttal witnesses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

## EXHIBITS

The Debtors may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief (**ECF No. 5**) (the "**First Day Declaration**") | | | | |
| 2. | Company's Organizational Chart, attached to the First Day Declaration as Exhibit A (**ECF No. 5, Exhibit A**) | | | | |
| 3. | Notice of Perfection of Mechanic's Lien of Priority Power Management, LLC (**ECF No. 254**) | | | | |
| 4. | Notice of Perfection of Mechanic's Lien of Priority Power Management, LLC (**ECF No. 412**) | | | | |
| 5. | Notice of Perfection of Mechanic's Lien of Priority Power Management, LLC (**ECF No. 413**) | | | | |
| 6. | Final Order (I) Authorizing the Debtors To (A) Obtain Senior Secured Non-priming Superpriority Replacement Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Modifying the Automatic Stay and (IV) Granting Related Relief (**ECF No. 608**) | | | | |

2

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 7. | Annex A attached to the Debtors' Emergency Motion for Order Approving (I) Global Settlement Between Debtors and Priority Power Management, LLC, (II) Assumption of the EMCSA, (III) Entry Into the New Agreements and (IV) Granting Related Relief as Annex A **(ECF No. 655-1, Annex A)** (redacted) | | | | |
| 8. | Settlement Term Sheet, attached to the Debtors' Emergency Motion for Order Approving (I) Global Settlement Between Debtors and Priority Power Management, LLC, (II) Assumption of the EMCSA, (III) Entry Into the New Agreements and (IV) Granting Related Relief as Exhibit 2 **(ECF No. 655-2)** (the "**Settlement Term Sheet**") (redacted) | | | | |
| 9. | Energy Management and Consulting Services Agreement attached to the Settlement Term Sheet as Exhibit A **(ECF No. 656-2, Exhibit A) (filed under seal)** | | | | |
| 10. | Electric Asset Management Services Agreement attached to the Settlement Term Sheet as Exhibit B **(ECF No. 656-2, Exhibit B) (filed under seal)** | | | | |
| 11. | Energy Management Services Agreement attached to the Settlement Term Sheet as Exhibit C **(ECF No. 656-2, Exhibit C) (filed under seal)** | | | | |
| 12. | Declaration of Michael Bros in Support of Debtors' Emergency Motion for Order Approving (I) Global Settlement Between Debtors and Priority Power Management, LLC, (II) Assumption of the EMCSA, (III) Entry Into the New Agreements and (IV) Granting Related Relief **(ECF No. 696)** | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 13. | Notice of Filing of Demonstrative to be Used by the Debtors at the March 20, 2023 Hearing at 1:00 p.m. (Central Time) **(ECF No. 697)** | | | | |
| 14. | Notice of Filing of Revised Proposed Order Approving (I) Global Settlement Between Debtors and Priority Power Management, LLC, (II) Assumption of the EMCSA, (III) Entry Into the New Agreements and (IV) Granting Related Relief **(ECF No. 698)** | | | | |
| 15. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |
| 16. | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party | | | | |
| 17. | Any exhibit listed by any other party | | | | |

*[Remainder of Page Intentionally Left Blank]*

**RESERVATION OF RIGHTS**

The Debtor's reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list at any time prior to the hearing. The Debtors reserve the right to offer into evidence any exhibit necessary to rebut evidence or testimony offered by any other party and any exhibits listed or used by any other party.

Dated: March 19, 2023
Houston, Texas

                      Respectfully submitted,

                      /s/ Alfredo R. Pérez
                      WEIL, GOTSHAL & MANGES LLP
                      Alfredo R. Pérez (15776275)
                      700 Louisiana Street, Suite 1700
                      Houston, Texas 77002
                      Telephone: (713) 546-5000
                      Facsimile: (713) 224-9511
                      Email: Alfredo.Perez@weil.com

                      -and-

                      WEIL, GOTSHAL & MANGES LLP
                      Ray C. Schrock (admitted *pro hac vice*)
                      Ronit J. Berkovich (admitted *pro hac vice*)
                      Moshe A. Fink (admitted *pro hac vice*)
                      767 Fifth Avenue
                      New York, New York 10153
                      Telephone: (212) 310-8000
                      Facsimile: (212) 310-8007
                      Email: Ray.Schrock@weil.com
                                  Ronit.Berkovich@weil.com
                                  Moshe.Fink@weil.com

                      *Attorneys for Debtors*
                      *and Debtors in Possession*

**Certificate of Service**

I hereby certify that on March 19, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                   */s/ Alfredo R. Pérez*
                                                   Alfredo R. Pérez