# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | Case No. 22-90341 (DRJ) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF PERFECTION OF MECHANIC'S LIEN
## OF PRIORITY POWER MANAGEMENT, LLC

Priority Power Management, LLC ("**PPM**"), by and through the undersigned counsel, hereby provides notice of perfection, maintenance, and/or continuation of rights in a materialman's and mechanic's lien in accordance with sections 362(b)(3) and 546(b)(2) of title 11 of the United States Code (the "**Bankruptcy Code**").

1.  Prior to the commencement of these cases on December 21, 2022 (the "**Petition Date**"), PPM and Core Scientific, Inc. ("**Core Scientific**") entered into that certain *Energy Services Agreement*, dated August 6, 2021, pursuant to which PPM performed labor, including engineering, equipment procurement, design, and construction services, and furnished materials and equipment to develop, engineer, procure, and construct high voltage and medium voltage utility-class electrical infrastructure upon that certain tract of real property located in Reeves

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

County, Texas (the "**Cottonwood Project**"), all as set forth more fully in the Lien Filing (as defined below) (such tract, the "**Real Property**").

2. The total amount due and owing to PPM as of the Petition Date, with respect to Texas statutory and constitutional liens, in respect of the Cottonwood Project is at least $9,193,706, plus interest, attorneys' fees, and other charges, which continue to accrue.

3. The interest perfected, maintained, and/or continued by the Lien Filing (as defined below), extends in and to the Real Property, improvements, and/or leasehold interest in the Real Property. A true and correct copy of PPM's *Amended and Restated Affidavit for Mechanic's Lien* (the "**Lien Filing**" and such lien, the "**Cottonwood Lien**") is attached as **Exhibit A** hereto.

4. In accordance with sections 362(b)(3) and 546(b)(2) of the Bankruptcy Code, PPM hereby provides notice to all parties in interest registered to receive electronic notice in these cases of the Cottonwood Lien. PPM is filing this notice out of an abundance of caution to preserve, perfect, maintain, and continue its rights in the Real Property, improvements, and/or leasehold interest in the Real Property under Texas state law. PPM intends to enforce the Cottonwood Lien rights to the fullest extent permitted by applicable law and reserves its rights to amend or supplement the Cottonwood Lien and any other claims against the Debtors.

5. PPM files this notice out of an abundance of caution and does not admit that such filing is required under applicable law. This filing relates only to the Cottonwood Lien and does not address PPM's other mechanic's and materialman's liens against the Debtors and their property. PPM reserves all rights to amend and/or supplement this notice and to file similar notices with respect to its other mechanic's liens.

[*remainder of page intentionally blank*]

Dated: January 31, 2023
       Houston, Texas

/s/ *Danny David*
BAKER BOTTS L.L.P.
Danny David (TX Bar 24028267)
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
Telephone:  (713) 229-1234
Email:      danny.david@bakerbotts.com

-and-

BAKER BOTTS L.L.P.
Eric T. Haitz (TX Bar 24101851)
Shelby V. Saxon (*pro hac vice* admission pending)
2001 Ross Avenue, Suite 900
Dallas, Texas 75201-2980
Telephone:  (214) 953-6500
Email:      eric.haitz@bakerbotts.com
            shelby.saxon@bakerbotts.com

-and-

BAKER BOTTS L.L.P.
Scott R. Bowling (*pro hac vice* admission pending)
30 Rockefeller Plaza
New York, New York 10112
Telephone:  (212) 408-2500
Email:      scott.bowling@bakerbotts.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document was served on January 31, 2023 by the Electronic Case Filing system for the Bankruptcy Court for the Southern District of Texas, which gives notice to all parties registered to receive electronic notice through the Court's CM/ECF automatic electronic notice system.

                                                 /s/ *Eric T. Haitz*
                                                 Eric T. Haitz

## Exhibit A

*Amended and Restated Affidavit for Mechanic's Lien*

1

Case 22-90341   Document 413-1   Filed in TXSB on 01/31/23   Page 2 of 12

2023-00230062 01/24/2023 02:28 PM Page 1 of 11

## AMENDED AND RESTATED AFFIDAVIT FOR MECHANIC'S LIEN

THE STATE OF TEXAS

COUNTY OF REEVES

BEFORE ME, the undersigned authority, personally appeared John J. Bick, as Chief Commercial Officer of Priority Power Management, LLC, who upon his oath, deposed and stated the following:

1. My name is John J. Bick. I am the Chief Commercial Officer of Priority Power Management, LLC (hereafter referred to as "Claimant"). I am over the age of 18, I have personal knowledge of the facts set forth below, and I am competent and authorized to make this amended affidavit. The facts contained herein are true and correct to the best of my knowledge, information, and belief.

2. The real property owner, lessee, or easement beneficiary, or reputed real property owner, lessee, or easement beneficiary, of the below described Property is Core Scientific, Inc., a Delaware corporation (hereinafter referred to as "Owner"). Owner's last known address is: 210 Barton Springs Road, Suite 300, Austin, Texas 78704. Owner's notice address provided in the parties' Agreement (as defined below) is: 2800 Northup Way, Suite 220, Bellevue, WA 98004.

3. Pursuant to that certain *Energy Services Agreement* (the "Agreement") dated to be effective as of August 6, 2021 and made and entered into by and between Claimant and Owner, Claimant performed labor, including engineering, equipment procurement, design, and construction services, and furnished materials and equipment to develop, engineer, procure, and construct a high voltage and medium voltage utility-class electrical infrastructure (collectively, the "Infrastructure") upon that certain tract of real property located in Reeves County, Texas (the "Property"), which Property is more fully illustrated and described in Exhibit A hereto. The Infrastructure includes, but is not limited to, two (2) high voltage substations, 138 kilovolt (kV) transmission lines, and a 34.5kV distribution system complete with wood and concrete structures and related appurtenances. Claimant performed such labor and furnished such materials and equipment to Owner beginning on August 6, 2021.

4. Pursuant to the written Agreement between Claimant and Owner, Claimant performed the labor and furnished the materials and equipment as described more fully above to Owner at Owner's request through Owner's agent and Chief Construction Officer, Weston Adams.

5. Claimant acted as an original contractor to Owner.

6. The real property sought to be charged with a lien by Claimant is the Property as illustrated and described more fully in Exhibit A hereto.

7. Claimant's mailing address is as follows: Priority Power Management, LLC, 2201 E. Lamar Blvd., Suite 275, Arlington, Texas 76006.

*AMENDED AND RESTATED AFFIDAVIT FOR MECHANIC'S LIEN*                    *Page 1*

8. After allowing all just credits, offsets, and payments, the amount of $9,193,706 remains unpaid and is due and owing to Claimant under the Agreement. Claimant claims a lien on the Property and its improvements to secure payment of the above amount. The above amount does not include attorneys' fees, interest, or costs which may be recovered by law. The above amount does not include certain additional amounts for unpaid labor and services provided by Claimant which have not yet been calculated.

9. Claimant claims the liens against all of the above described Property and improvements thereon in the amount shown above pursuant to Chapter 53 of the Property Code of the State of Texas, and makes this sworn statement of claim in support thereof. Claimant also claims these liens pursuant to the provisions of Article 16, Section 37 of the Texas Constitution.

10. This Amended and Restated Affidavit for Mechanic's Lien amends the Affidavit for Mechanic's Lien previously recorded by Claimant in the Real Property Records of Reeves County, Texas on December 15, 2022, as identified by Document Number 2022 - 2022008754. Claimant files this Amended and Restated Affidavit for Mechanic's Lien to ensure that it accurately reflects the amount due and owing to it for the labor and services provided to Owner pursuant to the parties' Agreement.

Sworn to and executed on this 24th day of January 2023.

**CLAIMANT:**

PRIORITY POWER MANAGEMENT, LLC

By: _____
John J. Bick, Chief Commercial Officer

STATE OF TEXAS §
§
COUNTY OF TARRANT §

Before me, the undersigned authority, personally appeared John J. Bick, Chief Commercial Officer of Priority Power Management, LLC, known to me to be the person and officer whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed it for the purposes therein expressed and in the capacity therein stated as the act and deed of such company.

Sworn to and subscribed before me, under my official hand and seal of office, on January 24, 2023.

CHARLES D. HEWITT
Notary Public, State of Texas
Comm. Expires 12-11-2024
Notary ID 126872963

_____
Notary Public, State of Texas

*AMENDED AND RESTATED AFFIDAVIT FOR MECHANIC'S LIEN*                                    Page 2

## EXHIBIT A
## TO AMENDED AND RESTATED AFFIDAVIT FOR MECHANIC'S LIEN

DESCRIPTION OF PROPERTY

See attached.

---

*AMENDED AFFIDAVIT FOR MECHANIC'S LIEN*                                   *EXHIBIT A*

EXHIBIT A
[*1 of 3*]



# EXHIBIT "B"
## REEVES COUNTY, TEXAS
### T. & P. RR. CO. SURVEY, SECTION 6, BLOCK 55, ABSTRACT 3149

PRIORITY POWER
COTTONWOOD
JOBE RANCH FAMILY LIMITED PARTNERSHIP

#### 50.00 ACRE SURFACE LEASE

Being a 50.00 acre surface lease located in the T. & P. RR. Co. Survey, Section 6, Block 55, Abstract 3149, Reeves County, Texas; being part of a tract of land described in Deed to Jobe Ranch Family Limited Partnership as recorded in Volume 937, Page 328 of the Official Public Records of Reeves County Texas; said surface lease being more particularly described as follows:

**BEGINNING** at a 3-inch iron pipe found for the Northwest corner of said Section 6;

**THENCE** S 88°21'43" E, a distance of 1,351.08 feet, to a 1/2-inch capped iron rod stamped "DATAPOINT 10194585" set for corner;

**THENCE** S 62°55'34" E, a distance of 783.60 feet, to a 1/2-inch capped iron rod stamped "DATAPOINT 10194585" set for corner;

**THENCE** S 01°38'17" W, a distance of 779.22 feet, to a 1/2-inch capped iron rod stamped "DATAPOINT 10194585" set for corner;

**THENCE** N 88°21'43" W, a distance of 2,058.72 feet, to a 1/2-inch capped iron rod stamped "DATAPOINT 10194585" set for corner, from which a 1/2-inch capped iron rod found for the Northeast corner of Public School Lands Survey, Section 48, Block 57, Abstract 5055 bears S 01°44'36" W a distance of 2,355.25 feet;

**THENCE** N 01°38'17" E, a distance of 1,115.78 feet, to the **POINT OF BEGINNING**, in all containing 2,178,000 square feet or 50.00 acres, more or less.

I, Matthew Tomerlin, Registered Professional Land Surveyor No. 6503 of the State of Texas, do hereby certify this plat shows the results of an on the ground survey made under my direction.
**Original signed and stamped in red ink.**

_____ Date of Signature: October 4, 2021
MATTHEW TOMERLIN
REGISTERED PROFESSIONAL LAND SURVEYOR NO. 6503
FIRM REGISTRATION/LICENSE NO. 10194585
FOR DATAPOINT SURVEYING AND MAPPING
12450 NETWORK BLVD, SUITE 300
SAN ANTONIO, TX. 78249
(777) 726-4240 OFFICE
(777) 726-4241 FAX





SHEET 2 OF 2

# EXHIBIT A
[2 of 3]



EXHIBIT A
[3 of 3]



## EXHIBIT "A"(cont'd)
## REEVES COUNTY, TEXAS
### PUBLIC SCHOOL LANDS SURVEY, SECTION 37, BLOCK 57, ABSTRACT 5705

PRIORITY POWER
COTTONWOOD
HAWKINS INVESTMENTS, INC.

#### PROPOSED 60 FEET WIDE
#### ELECTRIC EASEMENT

Being a Centerline description of a proposed 60 foot-wide easement being located in the Public School Lands Survey, Section 37, Block 57, Abstract 5705, Reeves County, Texas; being part of a tract of land (Tract 12) described in Deed to Hawkins Investments, Inc. as recorded in Volume 562, Page 774 of the Deed Records of Reeves County Texas; said easement being described by a centerline which is bound by lines 30 feet each side and parallel to said centerline and being more particularly described as follows:

**BEGINNING** at a point in the West line of said Section 37, from which a 1/2-inch capped iron rod found for the Southwest corner of said Section 37, bears S 01°42'51" W, a distance of 4,846.37 feet;

**THENCE** S 59°21'38" E, a distance of 555.19 feet to a point;

**THENCE** S 62°55'34" E, a distance of 1,321.13 feet to the **POINT OF TERMINATION**, from which a 1/2-inch capped iron rod found for the Southeast corner of said Section 37, bears S 01°42'36" W, a distance of 4,014.26 feet, with said easement containing 112,520 square feet or 2.583 acres of land, more or less, said easement having a centerline length of 1,876.32 feet or 113.716 rods.

I, Matthew Tomerlin, Registered Professional Land Surveyor No. 6503 of the State of Texas, do hereby certify this plat shows the results of an on the ground survey made under my direction.
**Original signed and stamped in red ink.**

Date of Signature: April 29, 2022

MATTHEW TOMERLIN
REGISTERED PROFESSIONAL LAND SURVEYOR NO. 6503
FIRM REGISTRATION/LICENSE NO. 10194585
FOR DATAPOINT SURVEYING AND MAPPING
12450 NETWORK BLVD, SUITE 300
SAN ANTONIO, TX. 78249
(777) 726-4240 OFFICE
(777) 726-4241 FAX





SHEET 2 OF 2

Case 22-90341 Document 699-5 Filed in TXSB on 03/19/23 Page 14 of 16

Case 2023-00023000627 01/24/2023 02:28 PM Page 9 of 11
Case 22-90341 Document 413-1 Filed in TXSB on 01/31/23 Page 10 of 12



## EXHIBIT "B"(cont'd)
## REEVES COUNTY, TEXAS
PUBLIC SCHOOL LANDS SURVEY, SECTION 37, BLOCK 57, ABSTRACT 5705

PRIORITY POWER
COTTONWOOD
HAWKINS INVESTMENTS, INC.

### PROPOSED 60 FEET WIDE
### ELECTRIC EASEMENT

Being a Centerline description of a proposed 60 foot-wide easement being located in the Public School Lands Survey, Section 37, Block 57, Abstract 5705, Reeves County, Texas; being part of a tract of land (Tract 12) described in Deed to Hawkins Investments, Inc. as recorded in Volume 562, Page 774 of the Deed Records of Reeves County Texas; said easement being described by a centerline which is bound by lines 30 feet each side and parallel to said centerline and being more particularly described as follows:

BEGINNING at a point In the West line of said Section 37, from which a 1/2-inch capped iron rod found for the Southwest corner of said Section 37, bears S 01°42'51" W, a distance of 4,846.37 feet;

THENCE S 59°21'38" E, a distance of 523.90 feet to a point;

THENCE S 62°55'34" E, a distance of 1,351.44 feet to the POINT OF TERMINATION, from which a 1/2-inch capped iron rod found for the Southeast corner of said Section 37, bears S 01°42'36" W, a distance of 4,014.26 feet, with said easement containing 112,520 square feet or 2.583 acres of land, more or less, said easement having a centerline length of 1,875.34 feet or 113.657 rods.

I, Matthew Tomerlin, Registered Professional Land Surveyor No. 6503 of the State of Texas, do hereby certify this plat shows the results of an on the ground survey made under my direction.
Original signed and stamped in red ink.

_____ Date of Signature: November 4, 2021
MATTHEW TOMERLIN
REGISTERED PROFESSIONAL LAND SURVEYOR NO. 6503
FIRM REGISTRATION/LICENSE NO. 10194585
FOR DATAPOINT SURVEYING AND MAPPING
12450 NETWORK BLVD, SUITE 300
SAN ANTONIO, TX. 78249
(777) 726-4240 OFFICE
(777) 726-4241 FAX



PriorityPower

SHEET 2 OF 2

2023-2023000627 01/24/2023 2:28 PM Page 11 of 11

# Reeves County
## Evangelina N. Abila
### Reeves County Clerk

Instrument Number: 2023000627

eRecording - Real Property

LIEN

Recorded On: January 24, 2023 02:28 PM                    Number of Pages: 11

" Examined and Charged as Follows: "

Total Recording: $62.00

*********** **THIS PAGE IS PART OF THE INSTRUMENT** ***********

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

**File Information:**                                      **Record and Return To:**

Document Number:    2023000627                             Simplifile
Receipt Number:     20230124000015
Recorded Date/Time: January 24, 2023 02:28 PM
User:               Rebecca G
Station:            CLERK07



**STATE OF TEXAS**
**COUNTY OF REEVES**

I hereby certify that this Instrument was FILED In the File Number sequence on the date/time
printed hereon, and was duly RECORDED in the Official Records of County, Texas.

Evangelina N. Abila
Reeves County Clerk                                        *Evangelina N. Abila*
Reeves County, TX