**<u>Annex A</u>**

**ANNEX A**

### Core - Cedarvale Facility

| Category | Description | Amount / Unit | QTY | Cost | Location and Status |
|---|---|---|---|---|---|
| Substation | VT - 150/200/250KVA; 138/34.5kV Power Transformer | $ | 2 | $ | In PPM's possession |
| Substation | Siemens Energy - 138kV Breaker | $ | 2 | $ | Delivered and installed |
| Substation | Siemens Industry - 34.5kV 2000A Distribution Breakers | $ | 10 | $ | Delivered and staged (not installed) |
| Substation | Dis-Tran - 100kVA; 19.9kV; 120/240V Station Service Transformers | $ | 9 | $ | Delivered and staged (not installed) |
| Distribution | VT - 35kV Padmount Transformers | $ | 97 | $ | In PPM's possession |
| Distribution | VT - 35kV Padmount Transformers | $ | 24 | $ | Delivered and staged (not installed) |
| | **TOTAL FOR SITE - CEDARVALE** | | | $ | |

### Core - Cottonwood Facility

| Category | Description | Amount / Unit | QTY | Cost | Location and Status |
|---|---|---|---|---|---|
| Substation | VT - 150/200/250KVA; 138/34.5kV Power Transformer | $ | 1 | $ | Delivered and staged (not installed or assembled) |
| Substation | Siemens Energy - 138kV Breaker | $ | 1 | $ | Delivered and installed |
| Substation | Siemens Industry - 34.5kV 2000A Distribution Breakers | $ | 5 | $ | Delivered and installed |
| Substation | Dis-Tran - 100kVA; 19.9kV; 120/240 Station Service Transformers | $ | 6 | $ | Delivered and staged (not installed) |
| Distribution | VT - 35kV Padmount Transformers | $ | 39 | $ | In PPM's possession |
| | **TOTAL FOR SITE - COTTONWOOD** | | | $ | |

| | | | | | |
|---|---|---|---|---|---|
| | **GRAND TOTAL - CEDARVALE AND COTTONWOOD** | | | $ 23,186,780 | |