IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § | Re: Docket Nos. 655, 656 and 698 |

**NOTICE OF FILING OF FURTHER REVISED PROPOSED ORDER APPROVING (I) GLOBAL SETTLEMENT BETWEEN DEBTORS AND PRIORITY POWER MANAGEMENT, LLC, (II) ASSUMPTION OF THE EMCSA, (III) ENTRY INTO THE NEW AGREEMENTS AND (IV) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE THAT** on March 9, 2023, the Debtors filed the *Debtors' Emergency Motion for Order Approving (I) Global Settlement Between Debtors and Priority Power Management, LLC, (II) Assumption of the EMCSA, (III) Entry Into the New Agreements and (IV) Granting Related Relief* (Docket No. 655), with a proposed order appended thereto as Exhibit 1 (the "**Proposed PPM Settlement Order**").

**PLEASE TAKE FURTHER NOTICE THAT** on March 19, 2023, the Debtors filed the *Notice of Filing of Revised Proposed Order Approving (I) Global Settlement Between Debtors and Priority Power Management, LLC, (II) Assumption of the EMCSA, (III) Entry Into the New Agreements and (IV) Granting Related Relief* (Docket No. 698), with a proposed order appended thereto as Exhibit A (the "**Revised Proposed PPM Settlement Order**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

1

**PLEASE TAKE FURTHER NOTICE THAT** a hearing (the "**Hearing**") is scheduled for March 20, 2023 at 1:00 p.m. (prevailing Central Time) before the Honorable David R. Jones, United States Bankruptcy Judge for the Southern District of Texas, Houston Division to consider entry of the Proposed PPM Settlement Order.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors hereby submit a further revised proposed *Order Approving (I) Global Settlement Between Debtors and Priority Power Management, LLC, (II) Assumption of the EMCSA, (III) Entry Into the New Agreements and (IV) Granting Related Relief* appended hereto as **Exhibit A** (the "**Further Revised Proposed PPM Settlement Order**"). An incremental redline comparing the Revised Proposed PPM Settlement Order and the Further Revised Proposed PPM Settlement Order is appended hereto as **Exhibit B**. A cumulative redline comparing the Proposed PPM Settlement Order and the Further Revised Proposed PPM Settlement Order is appended hereto as **Exhibit C**.

*[Remainder of Page Intentionally Left Blank]*

Dated:  March 20, 2023
Houston, Texas

          Respectfully submitted,

            /s/ *Alfredo R. Pérez*
          WEIL, GOTSHAL & MANGES LLP
          Alfredo R. Pérez (15776275)
          700 Louisiana Street, Suite 1700
          Houston, Texas 77002
          Telephone:  (713) 546-5000
          Facsimile:   (713) 224-9511
          Email:       Alfredo.Perez@weil.com

          -and-

          WEIL, GOTSHAL & MANGES LLP
          Ray C. Schrock (admitted *pro hac vice*)
          Ronit J. Berkovich (admitted *pro hac vice*)
          Moshe A. Fink (admitted *pro hac vice*)
          767 Fifth Avenue
          New York, New York 10153
          Telephone:  (212) 310-8000
          Facsimile:  (212) 310-8007
          Email:    Ray.Schrock@weil.com
                    Ronit.Berkovich@weil.com
                    Moshe.Fink@weil.com

          *Attorneys for Debtors*
          *and Debtors in Possession*

## Certificate of Service

I hereby certify that on March 20, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                        */s/ Alfredo R. Pérez*
                                                        Alfredo R. Pérez