United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 20, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT         SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of  New York :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Susan Hu<br>Dontzin Nagy & Fleissig LLP<br>980 Madison Avenue<br>New York, NY 10075<br>(212) 717-2900<br>New York Bar No. 5057229 |
|---|---|

Seeks to appear as the attorney for this party:

Sphere 3D Corp.

Dated: March 13, 2023     Signed: /s/ Susan Hu

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:     Signed: _____
Deputy Clerk

Order   (Docket No. 677)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed: March 20, 2023**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**