Electronic Appearance Sheet

Ron Meisler, Skadden, Arps, Slate, Meagher & Flom LLP
Client(s): The Ad Hoc Group of Equity Holders

Noelle Reed, Skadden, Arps, Slate, Meagher & Flom LLP
Client(s): The Ad Hoc Group of Equity Holders

Jennifer Madden, Skadden, Arps, Slate, Meagher & Flom LLP
Client(s): The Ad Hoc Group of Equity Holders

Nathaniel Hull, Verrill Dana, LLP
Client(s): MassMutual Asset Finance LLC

Brian Lohan, Arnold & Porter Kaye Scholer LLP
Client(s): Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp.

Sarah Gryll, Arnold & Porter Kaye Scholer LLP
Client(s): Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp.

Maria Bartlett, Cokinos | Young
Client(s): MP2 Energy Texas LLC d/b/a Shell Energy Solutions

James Grogan, Paul Hastings LLP
Client(s): Ad Hoc Secured Convertible Noteholder Group

Jennifer Hardy, Willkie Farr & Gallagher LLP
Client(s): Official Committee of Unsecured Creditors

Jayson Ruff, US DOJ
Client(s): US Trustee

Peter Lewis, Scheef & Stone
Client(s): Counsel to Special Committee  of Board of Directors

Kevin Barnes, Pro Se, None, Pro Se
Client(s): Interested Party

Kris  Hansen, Paul Hastings LLP
Client(s): Ad Hoc Group of Secured Convertible Noteholders

Hampton Foushee, Choate, Hall & Stewart LLP
Client(s): B. Riley

Ken Pasquale, Paul Hastings LLP
Client(s): Ad Hoc Group of Secured Convertible Noteholders

Kris Hansen, Paul Hastings LLP
Client(s): Ad Hoc Group of Secured Convertible Noteholders

Electronic Appearance Sheet

Sayan Bhattacharyya, Paul Hastings, LLP
Client(s): Ad Hoc Group of Secured Convertible Noteholders

Erez Gilad, Paul Hastings LLP
Client(s): Ad Hoc Group of Secured Convertible Noteholders

Matthew Ferris, Haynes and Boone, LLP
Client(s): BlockFi Inc. and its affiliated debtors

Brian Lohan, Arnold & Porter Kaye Scholer LLP
Client(s): Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp.

Sarah Gryll, Arnold & Porter Kaye Scholer
Client(s): Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp.

John Ventola, Choate Hall & Stewart LLP
Client(s): B.Riley Commercial Capital

Hampton Foushee, Choate Hall & Stewart LLP
Client(s): B. Riley Commercial Capital

James Grogan, Paul Hastings LLP
Client(s): Ad Hoc Group of Secured Convertible Noteholders

Patrick Autry, Branscomb PLLC
Client(s): Coonrod Electric Co., LLC

Nathaniel Hull, Verrill Dana, LLP
Client(s): MassMutual Asset Finance, LLC

Jayson Ruff, US DOJ
Client(s): US Trustee

Tom Kirkendall, Law Office of Tom Kirkendall
Client(s): Darin Feinstein

Peter Lewis, Scheef & Stone
Client(s): Board of Directors Special Committee/Independent Directors

Eric Haitz, Baker Botts L.L.P.
Client(s): Priority Power, LLC

Jay  Farwell, Cokinos Young
Client(s): Huband Mantor Construction

Jennifer Hardy, Willkie Farr & Gallagher LLP
Client(s): Official Committee of Unsecured Creditors

Electronic Appearance Sheet