IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| | § § | (Jointly Administered) |
| Debtors. | § § § | |

**ORDER QUASHING NOTICE OF BANKRUPTCY RULE 2004 REQUESTS FOR PRODUCTION OF DOCUMENTS FROM CORE SCIENTIFIC, INC. AND RELATED SUBPOENA DUCES TECUM OF SPHERE 3D**

Upon consideration of the Debtors' Motion to quash Sphere 3D's Bankruptcy Rule 2004 Requests for Production of Documents (the "**Motion**"); and upon the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interest of the Debtors and their respective estates and creditors; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The *Notice of Bankruptcy Rule 2004 Requests For Production of Documents from Core Scientific, Inc.* and related subpoena duces tecum are hereby quashed.

2.       This Order shall be immediately effective and enforceable upon its entry.

3.       This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2023
       Houston, Texas

_____
THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE