**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE SOUTHERN DISTRICT OF
TEXAS HOUSTON DIVISION**

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*, | § | Case No. 22-90341 (DRJ) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On March 10, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on McCarthy Building Companies, Inc. at 3400 N Central Expy, # 500, Richardson, TX 75080-0039, pursuant to USPS forwarding instructions:

- **Order Granting Complex Case Treatment** (Docket No. 29)

- **Notice of Chapter 11 Bankruptcy Case** (attached hereto as **Exhibit A**)

Furthermore, on March 14, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit B**, pursuant to USPS forwarding instructions:

- **Instructional Memorandum to Nominees** (attached hereto as **Exhibit C**)

- **Motion of Debtors for Order (I) Establishing Deadlines to File Proofs of Claim and (II) Approving Form and Manner of Notice Thereof** (Docket No. 528 *without exhibits*)

Furthermore, on or before March 15, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Celsius Networks Lending LLC at 121 River St, Ste 1, Hoboken, NJ 07030-5982, pursuant to USPS forwarding instructions:

- **Notice of Agenda of Matters Set for Hearing on January 23, 2023 at 12:00 P.M. (CST)** (Docket No. 312)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Special Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

- **Certificate of No Objection of Final Order (I) Authorizing Debtors to Pay (A) Critical Vendor Claims and (B) Lien Claims; and (II) Granting Related Relief** (Docket No. 318)

- **Notice of Amended Agenda of Matters Set for Hearing on January 23, 2023 at 12:00 P.M. (CST)** (Docket No. 321)

- **Final Order (I) Authorizing Debtors to Pay (A) Critical Vendor Claims, and (B) Lien Claims; and (II) Granting Related Relief** (Docket No. 333)

Furthermore, on March 15, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Bank of America at 401 Union St, Fl 26, Seattle, WA 98101-2678, pursuant to USPS forwarding instructions:

- **Master Service List as of December 27, 2022** (Docket No. 179)

- **Notice of Amended Agenda of Matters Set for Hearing on February 1, 2023 at 11:30 P.M. (CST)** (Docket No. 419)

Furthermore, on March 15, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on FlowTX, Attn: Lucas Leavitt at PO Box 90504, San Antonio, TX 78209-9086, pursuant to USPS forwarding instructions:

- **Master Service List as of January 3, 2023** (Docket No. 230)

Furthermore, on March 15, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Celsius Mining LLC, Attn: Patrick Holert and Ron Deutsch at 121 River St, Ste 1, Hoboken, NJ 07030-5982, pursuant to USPS forwarding instructions:

- **Order Authorizing Rejection of Executory Contracts with Celsius Mining, LLC** (Docket No. 232)

Furthermore, on March 15, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Securities & Exchange Commission, Attn: Andrew Calamari Regional Director at 5000 T Rex Ave, Ste 300, Boca Raton, FL 33431-4491, pursuant to USPS forwarding instructions:

- **Master Service List as of January 24, 2023** (Docket No. 344)

[THIS SPACE INTENTIONALLY LEFT BLANK]

Furthermore, on March 15, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit D**, pursuant to USPS forwarding instructions:

- **Notice of Continued First Meeting of Creditors** (Docket No. 362)

Dated: March 20, 2023

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: TeamCoreScientific@stretto.com

# **Exhibit A**

| Information to identify the case: | |
|---|---|
| Debtor   Core Scientific, Inc., *et al.* (see below for list of all Debtors)<br>              Name | EIN:  86-1243837 |
| United States Bankruptcy Court for the Southern District of Texas (Houston Division)<br>                                                                              (State) | Date case filed for chapter 11  December 21, 2022<br>                                                                MM / DD / YYYY |
| Lead Case Number:  22-90341 | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. | Debtors' full name(s)<br>(List of Jointly Administered Debtors) | **SEE BELOW CHART** |
|---|---|---|

| **Name of Debtors** | **Other Names Used by the Debtors in the last 8 years** | **EIN Number** | **Case Numbers** |
|---|---|---|---|
| Core Scientific Mining LLC | N/A | 92-1386971 | 22-90340 (DRJ) |
| Core Scientific, Inc. | XPDI; Power & Digital Infrastructure Acquisition Corp.; Core Scientific Holding Co. | 86-1243837 | 22-90341 (DRJ) |
| Core Scientific Acquired Mining LLC | Blockcap, Inc. | N/A | 22-90342 (DRJ) |
| Core Scientific Operating Company | Core Scientific, Inc.; MineCo Holdings, Inc. | 82-3805526 | 22-90343 (DRJ) |
| Radar Relay, Inc. | Radar Relay, LLC | 82-3430496 | 22-90344 (DRJ) |
| Core Scientific Specialty Mining (Oklahoma) LLC | GPU One Holdings, LLC | 84-5164327 | 22-90345 (DRJ) |
| American Property Acquisition, LLC | N/A | 82-5490825 | 22-90346 (DRJ) |
| Starboard Capital LLC | N/A | 36-4896677 | 22-90347 (DRJ) |
| RADAR LLC | N/A | 84-4125106 | 22-90348 (DRJ) |
| American Property Acquisitions I, LLC | 155 Palmer Lane, LLC | 82-5469717 | 22-90349 (DRJ) |
| American Property Acquisitions VII, LLC | N/A | 83-1663198 | 22-90350 (DRJ) |

| 2. | All other names used in the last 8 years | SEE ABOVE CHART |
|---|---|---|
| 3. | Address | 210 Barton Springs Road, Suite 300, Austin, Texas 78704 |
|   |   | 2407 S. Congress Ave, Ste. E-101, Austin, TX 78704 (mailing address) |
| 4. | Debtor's attorney<br>Name and address | **WEIL, GOTSHAL & MANGES LLP**<br>Alfredo R. Pérez (TX Bar No. 15776275)<br>700 Louisiana Street, Suite 1700<br>Houston, Texas 77002<br>Telephone: (713) 546-5000<br>Facsimile: (713) 224-9511<br>Email: Alfredo.Perez@weil.com<br><br>- and -<br><br>**WEIL, GOTSHAL & MANGES LLP**<br>Ray C. Schrock, P.C.<br>Ronit J. Berkovich<br>Moshe A. Fink<br>767 Fifth Avenue | **Debtors' Claims and Noticing Agent** (for Court Documents and Case Information Inquiries):<br>Core Scientific, Inc., et al.<br>c/o Stretto<br>410 Exchange, Suite 100<br>Irvine, CA 92602<br><br>US/Canada Toll-Free Number:<br>(949) 404-4152<br><br>International Toll Number:<br>(888) 765-7875<br><br>**Email inquiries**: |

| Debtor | Core Scientific, Inc., *et al.* | Case number (if known) | 22-    (    ) |
|---|---|---|---|
| | Name | | |

| | | New York, New York  10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>Email: Ray.Schrock@weil.com<br>Ronit.Berkovich@weil.com<br>Moshe.Fink@weil.com | TeamCoreScientific@stretto.com<br>**Case website:**<br>https://cases.stretto.com/CoreScientific |
|---|---|---|---|
| **5.** | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov | Bob Casey United States Courthouse<br>515 Rusk Avenue<br>Houston, Texas 77002 | Hours: Monday to Friday – 8:30 a.m. to 5:00 p.m. (Prevailing Central Time)<br>Telephone: (713) 250-5500 |
| **6.** | **Meeting of creditors**<br>The Debtors' representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | <u>January 26, 2023</u> at <u>10:00 A.M. (CT)</u><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:** Telephone Conference:<br>Dial: 1-866-707-5468<br>Participant Code: 6166997# |
| **7.** | **Proof of claim deadline** | <u>**Deadline for filing proof of claim:**</u><br>**To be Determined**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>Your claim will be allowed in the amount scheduled unless:<br>■ your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>■ you file a proof of claim in a different amount; or<br>■ you receive another notice.<br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan.  You may file a proof of claim even if your claim is scheduled.<br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim.  Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain.  For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **8.** | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below<br>**Deadline for filing the complaint:  <u>To be determined</u>** | |
| **9.** | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **11.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

# **Exhibit B**



**Exhibit B**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| BB&T SECURITIES, LLC | JESSE W. SPROUSE | 1001 W SEMMES AVE | | RICHMOND | VA | 23224-2245 |
| FIRST TENNESSEE BANK N.A. MEMPHIS | MARY ANNE BOHNER | 1000 RIDGEWAY LOOP RD | STE 200 | MEMPHIS | TN | 38120-4036 |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

# **Exhibit C**

# M E M O R A N D U M

TO:  All banks, Brokers and Other Intermediaries ("Nominees")

DATE:  February 22, 2023

SUBJECT:  **CORE SCIENTIFIC, INC., et al. ("CORE") – Request for Class Members List**

CLASS MEMBERS:  Any holder who purchased CORE common stock (CUSIP No. 21873J108) in the following period: **01/03/2022 – 12/21/2022**

CLASS PERIOD:  **01/03/2022 – 12/21/2022**

MAIL DATE:  Stretto will provide the BAR DATE NOTICE and PROOF OF CLAIM FORM ("Bar Date Package") as soon as it is available following Court approval of Bar Date Motion (Docket No. 528.

*Please commence your research of the Class Members in the Class Period and provide Stretto with the list of Class Members as soon as possible. Please note that Bar Date Package won't be available until after the Bankruptcy Court approves the Bar Date Motion*

Attached FOR YOUR INFORMATION ONLY is a portion of the *Motion of Debtors for Order (I) Establishing Deadlines to File Proofs of Claim and (II) Approving Form and Manner of Notice Thereof* (the "Bar Date Motion") (without exhibits thereto) is attached. The complete Bar Date Motion, including exhibits, is also available at https://cases.stretto.com/CoreScientific/court-docket/ (Docket No. 528). For the avoidance of doubt, we are including the Motion for your reference and research purposes. *We are **NOT** requesting that you forward the attached Motion to Class Members at this time; it is just background information for you.*

Please do the following:

1. If you wish to have Stretto, Claims Noticing Agent for Core Scientific, Inc, serve Class Members on your behalf, **please provide Stretto with a list of names and addresses of Class Members in MS Excel to whom you would like Stretto to send the Bar Date Package**; and

2. Please complete and return via email to PublicSecurities@Stretto.com the attached **Nominee Contact Sheet** so we will know who to contact in connection with the mailing of the Bar Date Package to Class Members when the Bankruptcy Court approves Bar Date Motion.

If you require reimbursement for any applicable out-of-pocket expenses of identifying and providing stockholders/Class Members and mailing (once the Bar Date Package has been provided to you), please email an invoice to:

> **Stretto**
> **Attn: Michael Deboissiere**
> PublicSecurities@Stretto.com

- Failure to timely provide us with the Class Members list and/or Nominee Contact Sheet could result in a delay in the delivery of the Bar Date Package.
- Please also complete and return the attached Nominee Contact Sheet as directed.

**NOMINEE CONTACT SHEET**

**Please return this Nominee Contact Sheet by March 7, 2023 via email to: PublicSecurities@Stretto.com (please reference "Core Scientific Nominee Contact Sheet" in the subject line).**

Re:  **CORE SCIENTIFIC, INC., et al. ("CORE") – Request for Class Members List**

Class Members: Any holder who purchased CORE common stock (CUSIP No. 21873J108) in the following period: **01/03/2022 – 12/21/2022**

Class Period:  **01/03/2022 – 12/21/2022**

1. **Contact Information:**

DTC Participant Name _____

DTC Participant Number _____

2. **Who at your firm should we contact about this event?**

Contact Name: _____

Contact Phone Number: _____

Contact Email(s): _____

3. **After the research is completed, who will perform mailing services to Class Members?**

BOX 1 ☐  Stretto (Claims and Noticing Agent for the Debtors)

BOX 2 ☐  Broadridge or Mediant (please circle one)

BOX 3 ☐  Our Firm (check one or both boxes below):
  BOX 3(a) ☐  We intend to email our beneficial owners in the Class Period
  BOX 3(b) ☐  We will mail physical copies directly to Class Members; please send Bar Date Package to the address shown below*:
    * If you checked BOX 3(b), please provide a number of sets of Bar Date Packages you would like Stretto to provide to the below address. _____**SETS**

  _____
  _____
  _____

# **Exhibit D**



**Exhibit D**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| AARON D DENTON | | [ADDRESS REDACTED] | | | | |
| ALEJANDRO E PARKER | | [ADDRESS REDACTED] | | | | |
| ALISHA RENA LUMPKIN | | [ADDRESS REDACTED] | | | | |
| AMPLIFY TRANSFORMATIONAL DATA SHARING ETF | | 3333 WARRENVILLE RD | STE 350 | LISLE | IL | 60532-4550 |
| CODY EVAN HUGHES | | [ADDRESS REDACTED] | | | | |
| ENGINEERED FLUIDS, INC. | | 4917 PROFIT DR | FRNT | TYLER | TX | 75707-1845 |
| EZ BLOCKCHAIN LLC. | | 311 S WACKER DR | STE 1410 | CHICAGO | IL | 60606-6623 |
| FLORIN LAZAR | | [ADDRESS REDACTED] | | | | |
| GALAXY DIGITAL LP | | 1 N END AVE | FL 13 | NEW YORK | NY | 10282-1102 |
| JCL ENERGY LLC | | 54 S SHARPSVILLE AVE | | SHARON | PA | 16146-1864 |
| KATZ MARSHALL AND BANKS LLP | | 11 DUPONT CIR NW | STE 600 | WASHINGTON | DC | 20036-1223 |
| KEVIN EARL COKER | | [ADDRESS REDACTED] | | | | |
| MEGAPORT USA INC | | 505 MONTGOMERY ST | STE 1025 | SAN FRANCISCO | CA | 94111-6525 |
| RC VENTURES INC | RYAN CHRISTY, VENTURES INC | 28 GERALDS LN | | MARBLE | NC | 28905-8664 |
| RICHARD SCOTT RILEY | | [ADDRESS REDACTED] | | | | |
| SAFETYSKILLS LLC | | 6136 FRISCO SQUARE BLVD | STE 285 | FRISCO | TX | 75034-3268 |
| THYCOTIC SOFTWARE LLC | | 201 REDWOOD SHORES PKWY | STE 300 | REDWOOD CITY | CA | 94065-6141 |