**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC.,** ***et al.,*** | § | **Case No. 22-90341 (DRJ)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**AFFIDAVITS OF PUBLICATION**

On March 9, 2023, the Court entered the Order (I) Establishing Deadlines to File Proofs of Claim and (II) Approving Form and Manner of Notice Thereof [Docket No. 652] (the "Bar Date Order").

Between March 15, 2023 and March 18, 2023, ten newspapers timely published the approved Publication Notice for the Bar Date Order, copies and corresponding affidavits of which are attached hereto as **Exhibit A** through **Exhibit J**.

Exhibit A: Austin American Statesman
Exhibit B: Cherokee Scout
Exhibit C: Dalton Daily Citizen
Exhibit D: Denton Record Chronicle
Exhibit E: Grand Forks Herald
Exhibit F: Muskogee Phoenix
Exhibit G: Odessa American
Exhibit H: Pecos Enterprise
Exhibit I: The Lake News
Exhibit J: Wall Street Journal National Edition

Dated: March 21, 2023

*/s/ Alexa Westmoreland*
Alexa Westmoreland
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 949-404-4152
Email: TeamCoreScientific@stretto.com

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Special Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

# **Exhibit A**

Austin American Statesman Affidavit of Publication



LOCALiQ

Austin
American-Statesman

PO Box 631667 Cincinnati, OH 45263-1667

## PROOF OF PUBLICATION

Gus Egloff
Miller Advertising - Legal
909 3Rd AVE # 15

New York NY 10022-4745

STATE OF TEXAS, COUNTIES OF BASTROP, BELL, BLANCO, BURNET, CALDWELL, COMAL, CORYELL, FAYETTE, GILLESPIE, GUADALUPE, HAYS, KERR, LAMPASAS, LEE, LLANO, MILAM, TRAVIS & WILLIAMSON

The Austin American Statesman, a newspaper that is generally circulated in the counties of Bastrop, Bell, Blanco, Burnet, Caldwell, Comal, Coryell, Fayette, Gillespie, Guadalupe, Hays, Kerr, Lampasas, Lee, Llano, Milam, Travis and Williamson, State of Texas, printed and published and personal knowledge of the facts herein state and that the notice hereto annexed was Published in said newspapers in the issues dated on:

ACO American Statesman 03/15/2023

and that the fees charged are legal.
Sworn to and subscribed before on 03/15/2023

Legal Clerk

Notary, State of WI, County of Brown

9.19.25

My commision expires

Publication Cost:

| | | |
|---|---|---|
| Order No: | 8566631 | # of Copies: |
| Customer No: | 742969 | 0 |
| PO #: | R3100003 | |

THIS IS NOT AN INVOICE!

*Please do not use this form for payment remittance.*

VICKY FELTY
Notary Public
State of Wisconsin

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

**In re: CORE SCIENTIFIC, INC., *et al.*,** § **Chapter 11, Case No. 22-90341 (DRJ)**
**Debtors.**[1] § **(Jointly Administered)**

**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On December 21, 2022 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**"). Set forth below are the name, federal tax identification number and the case number for each of the Debtors: **DEBTOR, EIN, CASE NO.:** Core Scientific Mining LLC, 92-1386971, 22-90340 (DRJ); Core Scientific, Inc.[2] (f/k/a Power & Digital Infrastructure Acquisition Corp., XPDI and Core Scientific Holdings Co.), 86-1243837, 22-90341 (DRJ); Core Scientific Acquired Mining LLC (f/k/a Blockcap, Inc.), 92-2226074, 22-90342 (DRJ); Core Scientific Operating Company (f/k/a Core Scientific, Inc.[3] and MineCo Holdings, Inc.), 82-3805526, 22-90343 (DRJ); Radar Relay, Inc. (f/k/a Radar Relay, LLC), 82-3430496, 22-90344 (DRJ); Core Scientific Specialty Mining (Oklahoma) LLC (f/k/a GPU One Holdings, LLC), 84-5164327, 22-90345 (DRJ); American Property Acquisition, LLC, 82-5490825, 22-90346 (DRJ); Starboard Capital LLC, 36-4896677, 22-90347 (DRJ); RADAR, LLC, 84-4125106, 22-90348 (DRJ); American Property Acquisitions I, LLC (f/k/a 155 Palmer Lane, LLC.), 82-5469717, 22-90349 (DRJ); American Property Acquisitions VII, LLC, 83-1663198, 22-90350 (DRJ).

2. On March 9, 2023, the Court entered an order (Docket No. 652) (the "**Bar Date Order**")[4] establishing certain deadlines for the filing of proofs of claim in the Debtors' chapter 11 cases.

3. Pursuant to the Bar Date Order, all persons, entities, and Governmental Units who have a claim or potential claim, including any claims under section 503(b)(9) of the Bankruptcy Code,[5] against any of the Debtors that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **April 14, 2023 at 5:00 p.m. (prevailing Central Time)** for general creditors (the "**General Bar Date**") and **June 19, 2023 at 5:00 p.m. (prevailing Central Time)** for Governmental Units (the "**Governmental Bar Date**," and together with the General Bar Date, the "**Bar Dates**"), by (i) submitting such Proof(s) of Claim electronically through Stretto, Inc. ("**Stretto**"), at https://cases.stretto.com/CoreScientific; (ii) filing such Proof(s) of Claim electronically through PACER (Public Access to Court Electronic Records), at https://ecf.txsb.uscourts.gov; or (iii) by delivering the original proof(s) of claim to Stretto by mail or hand delivery at the following address: **Stretto Address for Receipt of Claims:** Core Scientific, Inc., et al. Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602.

**PROOFS OF CLAIM SENT BY FACSIMILE OR E-MAIL WILL NOT BE ACCEPTED.**

4. The Bar Dates apply to all claims against the Debtors arising under section 503(b)(9) of the Bankruptcy Code; provided, however, that the Bar Dates do not apply to the Excluded Claims listed in paragraph eight (8) of the Bar Date Order.

5. **ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE BAR DATE IN ACCORDANCE WITH THE INSTRUCTIONS ABOVE WILL NOT BE TREATED AS A CREDITOR FOR PURPOSES OF VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THE CHAPTER 11 CASES.**

6. Proof of claim forms and a copy of the Bar Date Order may be obtained by visiting https://cases.stretto.com/CoreScientific, maintained by the Debtors' claims and noticing agent, Stretto. Stretto cannot advise you how to file, or whether you should file, a proof of claim. Questions concerning the contents of this Notice and requests for copies of filed proofs of claim should be directed to Stretto through email at TeamCoreScientific@stretto.com or phone by calling Stretto at 949.404.4152 (Toll-Free Number within the U.S./Canada) and 888.765.7875 (International). Please note that neither Stretto's staff, counsel to the Debtors, nor the Clerk of the Court's Office is permitted to give you legal advice.

**A HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[3] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[4] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

[5] A claim arising under section 503(b)(9) of the Bankruptcy code is a claim arising from the value of any goods received by the Debtors within twenty (20) days before Petition Date, provided that the goods were sold to the Debtors in the ordinary course of the Debtors' business.

AX-34881807

Real Estate
Homes
starting fresh...

## Acreage

AFFORDABLE LAND. WE HAVE SOME OF THE BEST IN TEXAS. HILL COUNTRY - EDWARDS, McCULLOCH, SCHLEICHER, COKE, VAL VERDE COUNTY, FREE RANGING EXOTICS. SOUTH TEXAS - KINNEY, DUVAL, LIVE OAK COUNTY - WHITE-TAIL, HOGS. TRANS PECOS, TERRELL, VAL VERDE – WHITETAIL, JAVELINA, QUAIL. 30 YEAR FIXED RATE FINANCING, 5% DOWN. ranchenterprisesltd.com 800-876-9720.

Automotive
Wheels
best deal for you...

Autos Wanted

MOTORCYCLES
WANTED

WANTED
CLASSIC & UNIQUE CARS & MOTORCYCLES! Any Condition • Cash Buyer As Is • Safe & Secure ☎/Text 512-905-6008 Look Forward To Hearing From You

Vehicles
Recreation
RVs, motorcycles, etc.

## RVs/Campers & Access.

2016 Thor Chateau Class C, E450 super duty cab, 26A. 24K mi. Great shape! $49,900. 254-669-1550

Your Source
Public Notices
for the latest...

## Beer/Liquor Licenses

Application has been made with the Texas Alcoholic Beverage Commission for a LATE HOURS CERTIFICATE by AUSTIN WATER TANK LLC dba THE WATER TANK BAR & GRILL, to be located at 7309 MCNEIL DR, AUSTIN, WILLIAMSON COUNTY, Texas 78729. Officers of said corporation AUSTIN WATER TANK LLC: JEFF NOURI, member.
March 15, 16, 2023 8568439

Application has been made with the Texas Alcoholic Beverage Commission for a BG permit by Moonies MF LLC dba Moonie's Burger House, to be located at 5145 N US 620 Suite C, Austin, Travis county, Texas. Owner of said corporation is Craig Cohen.

03-14, 03-15/2023

## Public Notices

BASTROP INDEPENDENT SCHOOL DISTRICT
906 Farm Street
Bastrop, Texas 78602
(512) 772-7100

Request for Sealed Proposals

The Bastrop Independent School District is accepting sealed proposals for Custo-

## Public Notices

dial Equipment #BA07-2023. Proposals will be accepted until 2:00 p.m. CST on Tuesday, April 4, 2023 at the Bastrop ISD Service Center, 906 Farm Street, Bastrop TX 78602.
Proposal documents may be obtained at the District's website at www.bisdtx.org, by calling 512-772-7126, or email requests to vspurlock1@bisdtx.org.
March 8, 15, 2023 8497062

NOTICE OF COMPETITIVE SEALED PROPOSALS
for
Murchison Elementary Restroom Renovations
In
Pflugerville ISD

Pflugerville ISD will accept Competitive Sealed Proposals from qualified construction firms until **2:00 p.m., April 5, 2023,** in the lobby of the PISD Administration Building. Address all submittals to:
Craig Pruett, Executive Director of Procurement & Auxiliary Services
Pflugerville Independent School District
1401 West Pecan
Pflugerville, Texas 78660
The anticipated budget for this project is estimated at $600,000. The scope and schedule for this project as currently defined is described in the Proposal Document.
Proposal documents may be obtained by contacting the Pflugerville ISD Purchasing Department by email at craig.pruett@pfisd.net. Documents can also be downloaded from the district website at: http://www.pfisd.net//site/Default.aspx?PageID=259
Pflugerville I.S.D. reserves the right to waive any formalities and to reject any or all Proposals.
**Project Schedule of Events**
- Request for Proposals Released March 15, 2023
- Pre-proposal Conference March 21, 2023, 10:00 a.m.
- Due Date for Proposals April 05, 2023, 2:00 p.m.
- Board Approval Expected April 20, 2023
- Notify Firm April 21, 2023
- Contract Begins/Notice to Proceed May 1, 2023
- Final Completion Date August 01, 2023

March 15,20, 2023 8566586

SELL YOUR CAR
FIND A HOME
GET A JOB
ADOPT A PET
BUY A BOAT
Check out the classified ads everyday.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | | |
|---|---|---|
| In re: CORE SCIENTIFIC, INC., *et al.*, Debtors.[1] | § § | Chapter 11, Case No. 22-90341 (DRJ) (Jointly Administered) |

**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On December 21, 2022 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**"). Set forth below are the name, federal tax identification number and the case number for each of the Debtors: **DEBTOR, EIN, CASE NO.:** Core Scientific Mining LLC, 92-1386971, 22-90340 (DRJ); Core Scientific, Inc.[2] (f/k/a Power & Digital Infrastructure Acquisition Corp., XPDI and Core Scientific Holdings Co.), 86-1243837, 22-90341 (DRJ); Core Scientific Acquired Mining LLC (f/k/a Blockcap, Inc.), 92-2226074, 22-90342 (DRJ); Core Scientific Operating Company (f/k/a Core Scientific, Inc.[3] and MineCo Holdings, Inc.), 82-3805526, 22-90343 (DRJ); Radar Relay, Inc. (f/k/a Radar Relay, LLC), 82-3430496, 22-90344 (DRJ); Core Scientific Specialty Mining (Oklahoma) LLC (f/k/a GPU One Holdings, LLC), 84-5164327, 22-90345 (DRJ); American Property Acquisition, LLC, 82-5490825, 22-90346 (DRJ); Starboard Capital LLC, 36-4896677, 22-90347 (DRJ); RADAR, LLC, 84-4125106, 22-90348 (DRJ); American Property Acquisitions I, LLC (f/k/a 155 Palmer Lane, LLC.), 82-5469717, 22-90349 (DRJ); American Property Acquisitions VII, LLC, 83-1663198, 22-90350 (DRJ).

2. On March 9, 2023, the Court entered an order (Docket No. 652) (the "**Bar Date Order**")[4] establishing certain deadlines for the filing of proofs of claim in the Debtors' chapter 11 cases.

3. Pursuant to the Bar Date Order, all persons, entities, and Governmental Units who have a claim or potential claim, including any claims under section 503(b)(9) of the Bankruptcy Code,[5] against any of the Debtors that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **April 14, 2023 at 5:00 p.m. (prevailing Central Time)** for general creditors (the "**General Bar Date**") and **June 19, 2023 at 5:00 p.m. (prevailing Central Time)** for Governmental Units (the "**Governmental Bar Date**," and together with the General Bar Date, the "**Bar Dates**"), by (i) submitting such Proof(s) of Claim electronically through Stretto, Inc. ("**Stretto**"), at https://cases.stretto.com/CoreScientific; (ii) filing such Proof(s) of Claim electronically through PACER (Public Access to Court Electronic Records), at https://ecf.txsb.uscourts.gov; or (iii) by delivering the original proof(s) of claim to Stretto by mail or hand delivery at the following address: **Stretto Address for Receipt of Claims:** Core Scientific, Inc., et al. Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602.

**PROOFS OF CLAIM SENT BY FACSIMILE OR E-MAIL WILL NOT BE ACCEPTED.**

4. The Bar Dates apply to all claims against the Debtors arising under section 503(b)(9) of the Bankruptcy Code; provided, however, that the Bar Dates do not apply to the Excluded Claims listed in paragraph eight (8) of the Bar Date Order.

5. **ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE BAR DATE IN ACCORDANCE WITH THE INSTRUCTIONS ABOVE WILL NOT BE TREATED AS A CREDITOR FOR PURPOSES OF VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THE CHAPTER 11 CASES.**

6. Proof of claim forms and a copy of the Bar Date Order may be obtained by visiting https://cases.stretto.com/CoreScientific, maintained by the Debtors' claims and noticing agent, Stretto. Stretto cannot advise you how to file, or whether you should file, a proof of claim. Questions concerning the contents of this Notice and requests for copies of filed proofs of claim should be directed to Stretto through email at TeamCoreScientific@stretto.com or phone by calling Stretto at 949.404.4152 (Toll-Free Number within the U.S./Canada) and 888.765.7875 (International). Please note that neither Stretto's staff, counsel to the Debtors, nor the Clerk of the Court's Office is permitted to give you legal advice.

**A HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[3] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[4] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

[5] A claim arising under section 503(b)(9) of the Bankruptcy code is a claim arising from the value of any goods received by the Debtors within twenty (20) days before Petition Date, provided that the goods were sold to the Debtors in the ordinary course of the Debtors' business. AX-34881807

SELL IT
BUY IT
FIND IT

cars • garage sales • tickets • antiques
motorcycles • computers • boats
sports equipment • pets • instruments
jewelery • furniture • auctions
collectibles • jobs • appliances
yard sales • tablets • cameras • coins
and so much more

Check out your local classifieds today!

# Exhibit B

Cherokee Scout Affidavit of Publication

NORTH CAROLINA
Cherokee County

CORE SCIENTIFIC

AFFIDAVIT OF PUBLICATION

Before the undersigned, a Notary Public of said County and state, duly
commissioned, qualified, and authorized by law to administer oaths, personally
appeared David Brown, who being first duly sworn, deposes and says that he is
Publisher engaged in the publication of a newspaper known as the

CHEROKEE SCOUT

published, issued, and entered as second class mail in the City of Murphy, in
said County and State, that he is authorized to make this affidavit and sworn
statement, that the notice or other legal advertisement, a true copy of which is
attached hereto, was published in the CHEROKEE SCOUT on the following dates:

03/15/2023

and that the said newspaper in which such notice, paper, document, or legal
advertisement was published was, at the time of each and every publication, a
newspaper meeting all the requirements and qualifications of Section I-597 of
the General Statues of North Carolina and was a qualified newspaper within the
meaning of the Section I-597 of the General Statues of North Carolina.

This 16th day of March, 2023

David Brown

Sworn to and subscribed before me this 16th day of March, 2023

Notary Public
Donna M Getch
My commission expires January 18, 2027

(SEAL)

DONNA M. GETCH
Notary Public
North Carolina
Cherokee County

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **CORE SCIENTIFIC, INC., *et al.*,** | § | **Case No. 22-90341 (DRJ)** |
| **Debtors.**[1] | § | **(Jointly Administered)** |

**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On December 21, 2022 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**"). Set forth below are the name, federal tax identification number and the case number for each of the Debtors: **DEBTOR, EIN, CASE NO.:** Core Scientific Mining LLC, 92-1386971, 22-90340 (DRJ); Core Scientific, Inc.[2] (f/k/a Power & Digital Infrastructure Acquisition Corp., XPDI and Core Scientific Holdings Co.), 86-1243837, 22-90341 (DRJ); Core Scientific Acquired Mining LLC (f/k/a Blockcap, Inc.), 92-2226074, 22-90342 (DRJ); Core Scientific Operating Company (f/k/a Core Scientific, Inc.[3] and MineCo Holdings, Inc.), 82-3805526, 22-90343 (DRJ); Radar Relay, Inc. (f/k/a Radar Relay, LLC), 82-3430496, 22-90344 (DRJ); Core Scientific Specialty Mining (Oklahoma) LLC (f/k/a GPU One Holdings, LLC), 84-5164327, 22-90345 (DRJ); American Property Acquisition, LLC, 82-5490825, 22-90346 (DRJ); Starboard Capital LLC, 36-4896677, 22-90347 (DRJ); RADAR, LLC, 84-4125106, 22-90348 (DRJ); American Property Acquisitions I, LLC (f/k/a 155 Palmer Lane, LLC.), 82-5469717, 22-90349 (DRJ); American Property Acquisitions VII, LLC, 83-1663198, 22-90350 (DRJ).

2. On March 9, 2023, the Court entered an order (Docket No. 652) (the "**Bar Date Order**")[4] establishing certain deadlines for the filing of proofs of claim in the Debtors' chapter 11 cases.

3. Pursuant to the Bar Date Order, all persons, entities, and Governmental Units who have a claim or potential claim, including any claims under section 503(b)(9) of the Bankruptcy Code,[5] against any of the Debtors that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **April 14, 2023 at 5:00 p.m. (prevailing Central Time)** for general creditors (the "**General Bar Date**") and **June 19, 2023 at 5:00 p.m. (prevailing Central Time)** for Governmental Units (the "**Governmental Bar Date**," and together with the General Bar Date, the "**Bar Dates**"), by (i) submitting such Proof(s) of Claim electronically through Stretto, Inc. ("**Stretto**"), at https://cases.stretto.com/CoreScientific; (ii) filing such Proof(s) of Claim electronically through PACER (Public Access to Court Electronic Records), at https://ecf.txsb.uscourts.gov; or (iii) by delivering the original proof(s) of claim to Stretto by mail or hand delivery at the following address: **Stretto Address for Receipt of Claims:** Core Scientific, Inc., et al. Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602.

**PROOFS OF CLAIM SENT BY FACSIMILE OR E-MAIL WILL NOT BE ACCEPTED.**

4. The Bar Dates apply to all claims against the Debtors arising under section 503(b)(9) of the Bankruptcy Code; provided, however, that the Bar Dates do not apply to the Excluded Claims listed in paragraph eight (8) of the Bar Date Order.

5. **ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE BAR DATE IN ACCORDANCE WITH THE INSTRUCTIONS ABOVE WILL NOT BE TREATED AS A CREDITOR FOR PURPOSES OF VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THE CHAPTER 11 CASES.**

6. Proof of claim forms and a copy of the Bar Date Order may be obtained by visiting https://cases.stretto.com/CoreScientific, maintained by the Debtors' claims and noticing agent, Stretto. Stretto cannot advise you how to file, or whether you should file, a proof of claim. Questions concerning the contents of this Notice and requests for copies of filed proofs of claim should be directed to Stretto through email at TeamCoreScientific@stretto.com or phone by calling Stretto at 949.404.4152 (Toll-Free Number within the U.S./Canada) and 888.765.7875 (International). Please note that neither Stretto's staff, counsel to the Debtors, nor the Clerk of the Court's Office is permitted to give you legal advice.

**A HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[3] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[4] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

[5] A claim arising under section 503(b)(9) of the Bankruptcy code is a claim arising from the value of any goods received by the Debtors within twenty (20) days before Petition Date, provided that the goods were sold to the Debtors in the ordinary course of the Debtors' business.

Case 22-90341 Document 716 Filed in TXSB on 03/21/23 Page 9 of 39

Walter Abbe

# Walter Abbe

Walter Arthur Abbe, 90, of Murphy, passed away Wednesday, March 8, 2023, at his residence.

He was born and raised in Broadbrook, Conn. He was a loving father to all of his children. He enjoyed farming and animals, feeding and watching all the birds on his porch, and doing projects for the church.

He was a member of Shepherd of the Mountains Church.

He was the son of the late Emory Abbe and Elsie Helen Seiber Abbe. He was also preceded in death by his first wife and mother of his four daughters, Elizabeth Sue Gregonis Abbe; his second wife, Patricia McFarland Abbe; and brothers, William Abbe and Milton Abbie.

Surviving are four daughters, Elizabeth Sue Howard and husband Gary of Murphy, Deborah Jean Ortega and husband Richard of Lawtey, Fla., Anita Louise Abbe of Zephyrhills, Fla., Constance Ann Abbe Tritt and husband Shad of Coleman, Ala.; four stepsons, Stephen Shonk and wife Linda of Prattville, Ala., Richard Shonk and wife Peggy of Sanford, Fla., James Shonk and wife Beth of Rockport, Ind., William Shonk and wife Lauren of Orlando, Fla.; eight grandchildren, Brian Ortega, Adina Johnson, Marie George, Travis Howard, Jeremy Abbe, Justin Goodchild, Nathan Howard, Jessica Goodchild; eight great-grandchildren, Ashley, Abigail, Christopher, Dominic, Anthony, Jaxson, Jayden and Willa; and one great-great grandchild, Krew.

Funeral services were held at 2 p.m. Monday, March 13, in the chapel of Ivie Funeral Home, Murphy, with the Rev. Chris West officiating. Interment was in the Abbe-Howard Cemetery in Unaka.

The family received friends from noon-1:45 p.m. Monday, March 13, prior to the services.

Ivie Funeral Home, Murphy, was in charge of all arrangements.

An online guest register is available at www.iviefuneralhome.com.

Carmen Gilbert

# Carmen Gilbert

Mrs. Carmen Mary Gilbert, 90, of Martins Creek Road, Murphy, passed away peacefully surrounded by her loving family on Tuesday March 7, 2023, in the Union County Nursing Home in Blairsville, Ga., following an extended illness.

Mrs. Gilbert was born June 6, 1932, in Murphy, the daughter of the late Jesse Loudermilk and Alma Hughes Loudermilk.

She was a native and lifelong resident of Murphy. She was a loving and caring mother, sister, grandmother and great-grandmother.

She was preceded in death by her husband, J.T. Gilbert in 1989; two sons, Dennis "J.T." Gilbert and Kenneth Dale Gilbert; two grandchildren, Dennis "Dee" Gilbert and Christina Gilbert; two great-grandchildren, Natalie Passmore and Nicole Passmore; son-in-law, James Allen Passmore; two sisters, Geneva Moyers and Virginia Ballew; and three brothers, Glenn, Willis and Winston Loudermilk.

Mrs. Gilbert was a member of Moccasin Creek Baptist Church.

Surviving Mrs. Glibert are one daughter and son-in-law, Teresa and Michael Carter of Blairsville; one son, Richard Gilbert of Peachtree; daughter-in-law, Lucy Jackson of Hiawassee, Ga.; one sister, Juanita Sherlin of Hayesville; 12 grandchildren, James, Jeremiah, Joshua, Nathaniel and Caleb Passmore, Celestine Pandolph, Holly, Ricky and Sage Gilbert, and Samantha Smith; 23 great-grandchildren, two great-great-grandchildren; and many other relatives and friends also survive.

No services are planned at this time.

In lieu of flowers if you wish, the family requests that donations may be made to a favorite charity of your choice in Mrs. Gilbert's memory. She will rest with her husband, J.T.

Mountain View Funeral Home of Blairsville is in charge of the arrangements.

You may sign the family guest book and send condolences online at www.mountainviewfuenralhome.com.

Jack Hedden

# Jack Hedden

Jack Henry Hedden, 78, of Murphy, went home to be with his Lord and Savior on Sunday, March 12, 2023.

He was a native and lifetime resident of Murphy and a 1963 graduate of Murphy High School.

Jack worked briefly in Atlanta, Ga., and later enlisted in the United States Marine Corps. He served as an infantryman fighting in the Vietnam War.

After returning from Vietnam, he married his sweetheart, Connie, on Sept. 14, 1968.

Jack went to work for Tennessee Chemical for the next 18 years until its closing. He then began working for the Town of Murphy in 1996. Jack worked in maintenance for the town and officially retired in 2014, but continued to work part-time up until his death.

He was a member of Mount Liberty Baptist Church, where he served as a deacon and taught Sunday School over the years.

Jack was an active man who enjoyed hunting, hiking, biking, his hot rods, and developed a love for skydiving in his late '60s. Jack was a family man who loved his wife, children, and playing with and entertaining his grandchildren.

He was the son of the late Garrett Henry and Mary Lena Martin Hedden, and was also preceded in death by a brother, Jerry Hedden.

Surviving are his loving wife of 54 years, Connie Satterfield Hedden; two daughters, Kristie Allison and husband Shane, and Tamala Orton and husband Zack; four grandchildren, Levi Bryant, Kelsey Bryant, Lexie Allison Powell and husband Adam, and Maggie Allison; and a great-granddaughter Oaklynn Powell, all of Murphy. Several nieces and nephews also survive.

Funeral services will be held at 5 p.m. Wednesday, March 15, in the chapel of Ivie Funeral Home, Murphy, with the Rev. Zack Orton officiating and eulogy provided by Dean Mashburn. Music will be provided by Ashley and Jimmy-Joe Williams and Adam Powell. Interment will be in Mount Liberty Baptist Church Cemetery with military graveside rites conducted by the Hayesville VFW Post 6812, Hayesville American Legion Post 532, and Murphy American Legion Post 96, and the United States Marine Corps Honor Guard. Pallbearers will be Levi Bryant, Adam Powell, Axel Southards, Colby Oxton, Brett McDonald, Dusty Lingerfelt, Dustin Clonts and Asa Murphy. Honorary pallbearers will be Kenneth Lance, Jerry Owenby, Charles Bryant and Jeremiah Barnard.

The family will receive friends from 3-4:45 p.m. Wednesday, March 15, at Ivie Funeral Home, Murphy, prior to the service.

Ivie Funeral Home, Murphy, is in charge of arrangements.

An online guest register is available at www.iviefuneralhome.com.

# H. 'Bob' Kindel

H. "Bob" Kindel, 84, of Murphy, formerly of Strykersville, N.Y., and Fort Pierce, Fla., passed away Tuesday, March 7, 2023, in a Clay County care facility.

He was born in Elma, N.Y., to the late Erwin Kindel and Selma Whittig Kindel.

He owned two companies, Kindel Contracting in New York and Kindel Well-Drilling in Florida. He moved to Murphy in 2004.

He is survived by his wife of 49 years, DeFern A. Kindel of Murphy; three daughters, Lisa Williams and Sandra Kindel, both of Marilla, N.Y., and Kellie Chase and husband Darrell of Vero Beach, Fla.; four sons, Bob Kindel II and wife Mary of Stuart, Fla., Jerry Driver Jr. and wife Debby of Strykersville, N.Y., David Driver and wife Robin and Craig Driver, all of Boyertown, Pa.; and one sister, Dorothy Murray, formerly of Angola, N.Y. Fourteen grandchildren and 11 great-grandchildren also survive.

No services are planned at this time.

Ivie Funeral Home, Murphy, is in charge of arrangements.

An online guest register is available at www.iviefuneralhome.com.

IVIE Funeral Home

Rob Kilpatrick

# Robert Kilpatrick

Robert Sheridan Kilpatrick, 90, of Andrews, went home to be with his Lord and Savior on Sunday morning, March 12, 2023.

Known as Rob to his friends and family, he was a native of the Marble community. Born on Feb. 14, 1933, Rob was the son of the late Royall Thomas and Jessie Mable Anderson Kilpatrick. He was preceded in death by his parents; his brothers, Jack, Kermit, Ernest "Hun," John Morgan "Morg;" and sisters, Madge Kilpatrick (infant), Ola Kilpatrick May and Elaine Kilpatrick Amos.

He is survived by his wife of 70 years, Juanita Crisp Kilpatrick; and their four children, Karen Kilpatrick Reaver (Stanley) of Maryland, Robin Kilpatrick Allen (Jim) of Murphy, John Kilpatrick (Sheila) of Andrews, and Alan Kilpatrick of Marble; their grandchildren, Shawn Hooper, Rick Reaver (Jen) and Scott Reaver (Kimmy) of Maryland, Jimmy Allen (Shelley) of McCaysville, Ga., and Emily Kilpatrick Merritt (Seth) of Andrews; plus nine great-grandchildren, four great-great-grandchildren; and his brother, Eric Kilpatrick of Marble.

During his childhood, Rob felt a deep, rooted connection to the mountains he called home, a connection which never faded throughout his lifetime. It was in this valley of his beloved mountains that he met his soulmate, Juanita Crisp, and they married on Jan. 10, 1953. He worked at Berkshire Mills, Remco, Magnavox and Baker Furniture, from which he retired after many years of dedicated work. He was a coach for his sons' baseball teams, took many family outings and picnics with his famous frying pan in the family pickup truck "Old Red," and taught Sunday school at Andrews First Baptist Church, where he was a member. The Nantahala Gorge and Wayah Bald were two of his favorite spots for picnics or "tater" and fish frys with his family and his fishing buddies, Leonard Stillwell and Howard Crisp.

Rob always looked forward to spring, when he could walk the mountains to dig in the ramp patches and gather poke salat. He spent hours roaming the hills reflecting on his life and having talks with God. He also liked walking in his neighborhood where he enjoyed stopping to talk with his neighbors. Every summer he would spend his evenings in his garden, and he derived immense joy from being able to gift his family, friends and community members with fresh vegetables.

Rob's love of music was profound, and he loved playing his banjos, fiddles and harmonicas, in addition to listening to his favorite artists from Jim Reeves, Patsy Cline and Don Williams to Celtic Woman. He passed his love for music on to his family, most of whom sing and have been involved with music throughout their lives. During his many backyard football and baseball games with his children and neighborhood kids, he took the opportunity to impress upon all of them a love for God and a responsibility for their local community. He was extremely intelligent, curious and a staunch proponent of education. He loved to read and read everything from science and medical texts to westerns, science fiction and literary classics.

While the family feels a great void with the loss of his presence, they are comforted to know that he is no longer suffering, he is at peace, and now he is running down the streets of gold toward the crystal river and the mountains he loved so dearly.

Funeral services will be held at 3 p.m. Saturday, March 18, at Andrews First Baptist Church with the Revs. Mickey Stewart and Calvin Bobo officiating. Interment will be in Valleytown Cemetery. Pallbearers for the service are Seth Merritt, Jimmy Allen, Bill Dahdah, Michael McGuire, Shawn Hooper, Jeff Womack and Jake Buchannan.

The family will receive friends from 1-2:45 p.m. Saturday, March 18, at Andrews First Baptist Church prior to the service.

In lieu of flowers, the family requests memorials in memory of Robert Sheridan Kilpatrick be sent to Andrews High School, 50 High School Drive, Andrews, NC 28901 to promote higher education for local students. Please note "scholarship funds" in the memo area. Cash donations may also be taken to the school.

Ivie Funeral Home, Andrews, is in charge of arrangements.

An online guest register is available at www.iviefuneralhome.com.

## Death Notice

**Murphy**

Terry "Butch" Graham, March 8, 2023

**The Cherokee County Board of Commissioners is seeking applicants for volunteer positions on the Cherokee County Tourism Development Authority (TDA).** Applicants must be affiliated with a business that collects Cherokee County occupancy tax, or are currently active in promoting travel and tourism in Cherokee County; and, must provide proof of county residency. Persons interested in serving on the TDA should submit a board application to Cherokee County Clerk to the Board, 75 Peachtree Street, Murphy, NC 28906, no later than March 28 at 5 p.m. Applications may be obtained at the address above; or via e-mail at maria.hass@cherokeecounty-nc.gov.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **CORE SCIENTIFIC, INC., *et al.*,** | § | **Case No. 22-90341 (DRJ)** |
| **Debtors.**[1] | § | **(Jointly Administered)** |

**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On December 21, 2022 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**"). Set forth below are the name, federal tax identification number and the case number for each of the Debtors: **DEBTOR, EIN, CASE NO.:** Core Scientific Mining LLC, 92-1386971, 22-90340 (DRJ); Core Scientific, Inc.[2] (f/k/a Power & Digital Infrastructure Acquisition Corp., XPDI and Core Scientific Holdings Co.), 86-1243837, 22-90341 (DRJ); Core Scientific Acquired Mining LLC (f/k/a Blockcap, Inc.), 92-2226074, 22-90342 (DRJ); Core Scientific Operating Company (f/k/a Core Scientific, Inc.[3] and MineCo Holdings, Inc.), 82-3805526, 22-90343 (DRJ); Radar Relay, Inc. (f/k/a Radar Relay, LLC), 82-3430496, 22-90344 (DRJ); Core Scientific Specialty Mining (Oklahoma) LLC (f/k/a GPU One Holdings, LLC), 84-5164327, 22-90345 (DRJ); American Property Acquisition, LLC, 82-5490825, 22-90346 (DRJ); Starboard Capital LLC, 36-4896677, 22-90347 (DRJ); RADAR, LLC, 84-4125106, 22-90348 (DRJ); American Property Acquisitions I, LLC (f/k/a 155 Palmer Lane, LLC.), 82-5469717, 22-90349 (DRJ); American Property Acquisitions VII, LLC, 83-1663198, 22-90350 (DRJ).

2. On March 9, 2023, the Court entered an order (Docket No. 652) (the "**Bar Date Order**")[4] establishing certain deadlines for the filing of proofs of claim in the Debtors' chapter 11 cases.

3. Pursuant to the Bar Date Order, all persons, entities, and Governmental Units who have a claim or potential claim, including any claims under section 503(b)(9) of the Bankruptcy Code,[5] against any of the Debtors that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **April 14, 2023 at 5:00 p.m. (prevailing Central Time)** for general creditors (the "**General Bar Date**") and **June 19, 2023 at 5:00 p.m. (prevailing Central Time)** for Governmental Units (the "**Governmental Bar Date**," and together with the General Bar Date, the "**Bar Dates**"), by (i) submitting such Proof(s) of Claim electronically through Stretto, Inc. ("**Stretto**"), at https://cases.stretto.com/CoreScientific; (ii) filing such Proof(s) of Claim electronically through PACER (Public Access to Court Electronic Records), at https://ecf.txsb.uscourts.gov; or (iii) by delivering the original proof(s) of claim to Stretto by mail or hand delivery at the following address: **Stretto Address for Receipt of Claims:** Core Scientific, Inc., et al. Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602.

**PROOFS OF CLAIM SENT BY FACSIMILE OR E-MAIL WILL NOT BE ACCEPTED.**

4. The Bar Dates apply to all claims against the Debtors arising under section 503(b)(9) of the Bankruptcy Code; provided, however, that the Bar Dates do not apply to the Excluded Claims listed in paragraph eight (8) of the Bar Date Order.

5. **ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE BAR DATE IN ACCORDANCE WITH THE INSTRUCTIONS ABOVE WILL NOT BE TREATED AS A CREDITOR FOR PURPOSES OF VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THE CHAPTER 11 CASES.**

6. Proof of claim forms and a copy of the Bar Date Order may be obtained by visiting https://cases.stretto.com/CoreScientific, maintained by the Debtors' claims and noticing agent, Stretto. Stretto cannot advise you how to file, or whether you should file, a proof of claim. Questions concerning the contents of this Notice and requests for copies of filed proofs of claim should be directed to Stretto through email at TeamCoreScientific@stretto.com or phone by calling Stretto at 949.404.4152 (Toll-Free Number within the U.S./Canada) and 888.765.7875 (International). Please note that neither Stretto's staff, counsel to the Debtors, nor the Clerk of the Court's Office is permitted to give you legal advice.

**A HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[3] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[4] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

[5] A claim arising under section 503(b)(9) of the Bankruptcy code is a claim arising from the value of any goods received by the Debtors within twenty (20) days before Petition Date, provided that the goods were sold to the Debtors in the ordinary course of the Debtors' business.

Townson-Rose Funeral Home
409 Kent Street, Andrews, NC
Open House each Wednesday
10 a.m.-2 p.m.
Stop by to visit
www.townson-rose.com

Mark your calendars for the next Metaphysical Fair!
Wherehouse of Murphy
Follow us on facebook
April 8 all day at the Wherehouse!
MESSAGE ME IF YOU WOULD LIKE TO BE A GUEST SPEAKER!
For more information, text Joy Stein at 828-361-4588
828.361.4588 • 110 Valley River Ave., Murphy, NC
WHEREHOUSE OF MURPHY - (Next to Murphy's Chophouse)

# **Exhibit C**
Dalton Daily Citizen Affidavit of Publication

# THE DAILY CITIZEN-NEWS

**Dalton's Award-Winning Daily Newspaper**
**Dalton, Georgia 30720**

308 South Thornton Avenue 706-217-6397

## LEGAL AFFIDAVIT

**I, Jeff Mutter, Advertising Director of the Daily Citizen-News, a newspaper published in the city of Dalton, Georgia, do solemnly swear the advertisement for:**

Public Notice - In Re: Core Scientific Inc. Notice of Deadlines for Filing Proofs of Claim

**has run** 1 **time(s) in the newspaper.**

**Run dates are as follows:**

3/15/23

Jeff Mutter

**Jeff Mutter**
**Advertising Director**

**Sworn on this day** 3/20/23

**Notary Public** Lisa R Adams

**Notary Expires** 1-15-24

LISA R ADAMS
MY COMMISSION EXPIRES
NOTARY
PUBLIC
JANUARY 15, 2024
WALKER COUNTY, GEORGIA

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **CORE SCIENTIFIC, INC., *et al.,*** | § | **Case No. 22-90341 (DRJ)** |
| **Debtors.**[1] | § | **(Jointly Administered)** |

**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On December 21, 2022 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**"). Set forth below are the name, federal tax identification number and the case number for each of the Debtors: **DEBTOR, EIN, CASE NO.:** Core Scientific Mining LLC, 92-1386971, 22-90340 (DRJ); Core Scientific, Inc.[2] (f/k/a Power & Digital Infrastructure Acquisition Corp., XPDI and Core Scientific Holdings Co.), 86-1243837, 22-90341 (DRJ); Core Scientific Acquired Mining LLC (f/k/a Blockcap, Inc.), 92-2226074, 22-90342 (DRJ); Core Scientific Operating Company (f/k/a Core Scientific, Inc.[3] and MineCo Holdings, Inc.), 82-3805526, 22-90343 (DRJ); Radar Relay, Inc. (f/k/a Radar Relay, LLC), 82-3430496, 22-90344 (DRJ); Core Scientific Specialty Mining (Oklahoma) LLC (f/k/a GPU One Holdings, LLC), 84-5164327, 22-90345 (DRJ); American Property Acquisition, LLC, 82-5490825, 22-90346 (DRJ); Starboard Capital LLC, 36-4896677, 22-90347 (DRJ); RADAR, LLC, 84-4125106, 22-90348 (DRJ); American Property Acquisitions I, LLC (f/k/a 155 Palmer Lane, LLC.), 82-5469717, 22-90349 (DRJ); American Property Acquisitions VII, LLC, 83-1663198, 22-90350 (DRJ).

2. On March 9, 2023, the Court entered an order (Docket No. 652) (the "**Bar Date Order**")[4] establishing certain deadlines for the filing of proofs of claim in the Debtors' chapter 11 cases.

3. Pursuant to the Bar Date Order, all persons, entities, and Governmental Units who have a claim or potential claim, including any claims under section 503(b)(9) of the Bankruptcy Code,[5] against any of the Debtors that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **April 14, 2023 at 5:00 p.m. (prevailing Central Time)** for general creditors (the "**General Bar Date**") and **June 19, 2023 at 5:00 p.m. (prevailing Central Time)** for Governmental Units (the "**Governmental Bar Date**," and together with the General Bar Date, the "**Bar Dates**"), by (i) submitting such Proof(s) of Claim electronically through Stretto, Inc. ("**Stretto**"), at https://cases.stretto.com/CoreScientific; (ii) filing such Proof(s) of Claim electronically through PACER (Public Access to Court Electronic Records), at https://ecf.txsb.uscourts.gov; or (iii) by delivering the original proof(s) of claim to Stretto by mail or hand delivery at the following address: **Stretto Address for Receipt of Claims:** Core Scientific, Inc., et al. Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602.

**PROOFS OF CLAIM SENT BY FACSIMILE OR E-MAIL WILL NOT BE ACCEPTED.**

4. The Bar Dates apply to all claims against the Debtors arising under section 503(b)(9) of the Bankruptcy Code; provided, however, that the Bar Dates do not apply to the Excluded Claims listed in paragraph eight (8) of the Bar Date Order.

5. **ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE BAR DATE IN ACCORDANCE WITH THE INSTRUCTIONS ABOVE WILL NOT BE TREATED AS A CREDITOR FOR PURPOSES OF VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THE CHAPTER 11 CASES.**

6. Proof of claim forms and a copy of the Bar Date Order may be obtained by visiting https://cases.stretto.com/CoreScientific, maintained by the Debtors' claims and noticing agent, Stretto. Stretto cannot advise you how to file, or whether you should file, a proof of claim. Questions concerning the contents of this Notice and requests for copies of filed proofs of claim should be directed to Stretto through email at TeamCoreScientific@stretto.com or phone by calling Stretto at 949.404.4152 (Toll-Free Number within the U.S./Canada) and 888.765.7875 (International). Please note that neither Stretto's staff, counsel to the Debtors, nor the Clerk of the Court's Office is permitted to give you legal advice.

**A HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[3] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[4] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

[5] A claim arising under section 503(b)(9) of the Bankruptcy code is a claim arising from the value of any goods received by the Debtors within twenty (20) days before Petition Date, provided that the goods were sold to the Debtors in the ordinary course of the Debtors' business.

## AREA ARRESTS

*Editor's note: The following information is compiled from public records taken from reports from local law enforcement agencies.*

■ A 55-year-old Chatsworth man was charged Monday by the Murray County Sheriff's Office with failure to register as a sex offender/failure to comply with requirements/providing false information.

■ A 54-year-old Resaca man was charged Monday by the Whitfield County Sheriff's Office with felony failure to appear, felony probation violation and violation of a family violence order.

■ A 46-year-old Rome man was charged Monday by the Whitfield County Sheriff's Office with felony probation violation.

■ A 38-year-old Dalton man was charged Monday by the Whitfield County Sheriff's Office with felony probation violation.

■ A 30-year-old Dalton man was charged Monday by state probation with felony probation violation.

■ A 39-year-old Dalton woman was charged Monday by the Dalton Police Department with cruelty to children (allowing to witness felony/battery/family violence), battery (family violence) and second-degree criminal damage to private property.

# Dalton Police searching for missing man

SUBMITTED BY THE DALTON POLICE DEPARTMENT

The Dalton Police Department is asking for the public's help in locating 32-year-old Nicholas Lee Napier. Napier has not been seen since Feb. 28 and his family believes he might be at risk.

Napier is 5 feet, 11 inches tall and has reddish brown hair and blue eyes. Investigators say Napier might be in the Cleveland, Tennessee, area but they do not have any confirmation of that.

CONTRIBUTED PHOTO
**Nicholas Lee Napier**

Anyone with information about his location is asked to please contact Detective Brian Shirley at (706) 278-9085, ext. 9-189.

**City of Dalton Chief Financial Officer Cindy Jackson holds a plaque recognizing Government Finance Officers Association honors for the city.**

CONTRIBUTED PHOTO

# Dalton Finance Department recognized for excellence for the 20th straight year

SUBMITTED BY THE CITY OF DALTON

The city of Dalton's Finance Department has once again been recognized for its commitment to transparency and excellence by the Government Finance Officers Association. The department has received the Certificate of Achievement for Excellence in Financial Reporting, the highest form of recognition in governmental accounting and financial reporting, for the 20th consecutive year.

The certificate is presented based on a review of the Annual Comprehensive Financial Report (ACFR) prepared by the Finance Department and supervised by Chief Financial Officer Cindy Jackson. The latest certificate of excellence was given for the report covering the 2021 fiscal year.

Every city in Georgia is required to prepare an independently audited financial report annually covering the previous fiscal year. The report goes beyond what is required by state law and includes more information about the city's finances than just the raw numbers. The report includes a Management Discussion and Analysis, a transmittal letter and a statistical report. These reports provide residents with a comprehensive understanding of the city's financial standing, accomplishments and future plans.

According to Jackson, "Preparing an ACFR and earning this certificate is just going above and beyond what you have to do. It's just a little bit further step up to show more professionalism and transparency with all of the data."

She added, "These reports are how residents can find out all of the information about a city. It has a lot of budget information, and you can see the trends on tax collections, tax rates, sales tax information and information down to the number of service calls for the police and fire departments. It's got a lot of good information so you can find out about your community."

The Certificate of Achievement for Excellence in Financial Reporting recognizes the city's commitment to fiscal transparency and sound financial management. The Finance Department and Jackson have once again demonstrated their dedication to providing residents with the information they need to make informed decisions about the city's future.

"If we just gave you a financial statement it would be numbers, but the ACFR tells you what we did, what changed during the year and what we're doing in the future so it gives you a much clearer picture," Jackson said.

The Government Finance Officers Association is a professional association of state/provincial and local government finance officers in the United States and Canada. The association advances excellence in government finance by providing best practices, professional development, resources and practical research for more than 19,000 members and the communities they serve.

You can review the city's 2021 report and reports back to 2007 at daltonga.gov/finance.

## System

➢ Continued from 1A

the meeting time they can go back and watch it," said Andrew Parker, city administrator.

"Whereas before maybe the audio wasn't clear or there wasn't any closed captioning, we have that now. We have multiple camera angles so you're able to actually see the person speaking at the lectern or on the dais, or the member of the public that's speaking, where before we didn't have that capability. It's definitely an improvement for the city and the public to ensure that we have a transparent government that the public can view at any time."

"I was very pleased with it," Paez said. "The transitions are very smooth, and you can actually see the reactions and that's one thing that I really wanted to emphasize, the expressions of the council members. When they are asked questions or when they're making statements, I want to see their facial expressions and I wanted to project that to the mass audience."

The IT department is continuing to work to refine the video feed and in coming weeks will be improving the quality of the video seen by online viewers. The city's YouTube channel can be found at youtube.com/cityofdaltongeorgia. Previous council meetings can be viewed under the "live" tab.

## AL-ANON MEETINGS

■ Al-Anon meetings are Wednesday mornings at 11 at Christ the King Lutheran Church, 623 S. Thornton Ave. Al-Anon has but one purpose, to help families and friends of alcoholics. Anyone who is affected by someone else's alcoholism is welcome.

■ The Dalton Fellowship Al-Anon group meets at 7 p.m. Thursdays at St. Mark's Episcopal Church, 901 W. Emery St. in Dalton.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **CORE SCIENTIFIC, INC., *et al.*,** | § | **Case No. 22-90341 (DRJ)** |
| **Debtors.**[1] | § | **(Jointly Administered)** |

**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On December 21, 2022 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**"). Set forth below are the name, federal tax identification number and the case number for each of the Debtors: **DEBTOR, EIN, CASE NO.:** Core Scientific Mining LLC, 92-1386971, 22-90340 (DRJ); Core Scientific, Inc.[2] (f/k/a Power & Digital Infrastructure Acquisition Corp., XPDI and Core Scientific Holdings Co.), 86-1243837, 22-90341 (DRJ); Core Scientific Acquired Mining LLC (f/k/a Blockcap, Inc.), 92-2226074, 22-90342 (DRJ); Core Scientific Operating Company (f/k/a Core Scientific, Inc.[3] and MineCo Holdings, Inc.), 82-3805526, 22-90343 (DRJ); Radar Relay, Inc. (f/k/a Radar Relay, LLC), 82-3430496, 22-90344 (DRJ); Core Scientific Specialty Mining (Oklahoma) LLC (f/k/a GPU One Holdings, LLC), 84-5164327, 22-90345 (DRJ); American Property Acquisition, LLC, 82-5490825, 22-90346 (DRJ); Starboard Capital LLC, 36-4896677, 22-90347 (DRJ); RADAR, LLC, 84-4125106, 22-90348 (DRJ); American Property Acquisitions I, LLC (f/k/a 155 Palmer Lane, LLC.), 82-5469717, 22-90349 (DRJ); American Property Acquisitions VII, LLC, 83-1663198, 22-90350 (DRJ).

2. On March 9, 2023, the Court entered an order (Docket No. 652) (the "**Bar Date Order**")[4] establishing certain deadlines for the filing of proofs of claim in the Debtors' chapter 11 cases.

3. Pursuant to the Bar Date Order, all persons, entities, and Governmental Units who have a claim or potential claim, including any claims under section 503(b)(9) of the Bankruptcy Code,[5] against any of the Debtors that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **April 14, 2023 at 5:00 p.m. (prevailing Central Time)** for general creditors (the "**General Bar Date**") and **June 19, 2023 at 5:00 p.m. (prevailing Central Time)** for Governmental Units (the "**Governmental Bar Date**," and together with the General Bar Date, the "**Bar Dates**"), by (i) submitting such Proof(s) of Claim electronically through Stretto, Inc. ("**Stretto**"), at https://cases.stretto.com/CoreScientific; (ii) filing such Proof(s) of Claim electronically through PACER (Public Access to Court Electronic Records), at https://ecf.txsb.uscourts.gov; or (iii) by delivering the original proof(s) of claim to Stretto by mail or hand delivery at the following address: **Stretto Address for Receipt of Claims:** Core Scientific, Inc., et al. Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602.

**PROOFS OF CLAIM SENT BY FACSIMILE OR E-MAIL WILL NOT BE ACCEPTED.**

4. The Bar Dates apply to all claims against the Debtors arising under section 503(b)(9) of the Bankruptcy Code; provided, however, that the Bar Dates do not apply to the Excluded Claims listed in paragraph eight (8) of the Bar Date Order.

5. **ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE BAR DATE IN ACCORDANCE WITH THE INSTRUCTIONS ABOVE WILL NOT BE TREATED AS A CREDITOR FOR PURPOSES OF VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THE CHAPTER 11 CASES.**

6. Proof of claim forms and a copy of the Bar Date Order may be obtained by visiting https://cases.stretto.com/CoreScientific, maintained by the Debtors' claims and noticing agent, Stretto. Stretto cannot advise you how to file, or whether you should file, a proof of claim. Questions concerning the contents of this Notice and requests for copies of filed proofs of claim should be directed to Stretto through email at TeamCoreScientific@stretto.com or phone by calling Stretto at 949.404.4152 (Toll-Free Number within the U.S./Canada) and 888.765.7875 (International). Please note that neither Stretto's staff, counsel to the Debtors, nor the Clerk of the Court's Office is permitted to give you legal advice.

**A HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[3] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[4] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

[5] A claim arising under section 503(b)(9) of the Bankruptcy code is a claim arising from the value of any goods received by the Debtors within twenty (20) days before Petition Date, provided that the goods were sold to the Debtors in the ordinary course of the Debtors' business.

691020-1

## Case

➢ Continued from 1A

"We can't find anyone who saw him in between (March 15 and March 28)," Ensley said in August 2008.

IT'S ALL
ONLINE!
DaltonDailyCitizen.com

Holly Creek Preschool
Learn...Discover...Grow
NOW ENROLLING
Students for the 2023-2024 school year
We have classes available for
MMO (6 weeks - 2 yrs. old)
3 yr. old, 4 yr. old and kindergarten
For more information, please contact the
Church office at (706) 695-8522
422 Holly Creek Cool Springs Rd., Chatsworth
685986-1

# Exhibit D

Denton Record Chronicle Affidavit of Publication

## DRC MEDIA COMPANY

**NEWS & ADVERTISING SOLUTIONS**
**One company delivers it all.**

3555 Duchess Drive
P.O. Box 369
Denton, TX 76202
940-387-3811

Publication{s): Denton Record-Chronicle

PROOF OF PUBLICATION

Being duly sworn {s)he is the Publisher/authorized designee of Denton Record-Chronicle, in City of Denton/surrounding areas in Denton County; Newspaper of general circulation which has been continuously and regularly published for a period of not less than one year preceding the date of the attached notice, and that the said notice was published in said newspaper Denton Record-Chronicle on the following dates below:

03/18/2023

(signature of Authorized Designee)
Subscribed and sworn to before me
this 18th day of March, 2023 by

Alice McConnaughey
(printed name of Designee)
Witness my hand and official seal:

(signature name of Designee)
Notary Public, Denton County, Texas

PATRICIA LAGARD
Notary Public
State of Texas
ID # 13027960-6
My Comm. Expires 08-05-2023

MILLER ADVERTISING AGENCY INC.
909 THIRD AVE, 15TH FLOOR
NEW YORK NY 10022

Ad Number: 51169

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **CORE SCIENTIFIC, INC.,** ***et al.,*** | § | **Case No. 22-90341 (DRJ)** |
| **Debtors.**[1] | § | **(Jointly Administered)** |

**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On December 21, 2022 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**"). Set forth below are the name, federal tax identification number and the case number for each of the Debtors: **DEBTOR, EIN, CASE NO.:** Core Scientific Mining LLC, 92-1386971, 22-90340 (DRJ); Core Scientific, Inc.[2] (f/k/a Power & Digital Infrastructure Acquisition Corp., XPDI and Core Scientific Holdings Co.), 86-1243837, 22-90341 (DRJ); Core Scientific Acquired Mining LLC (f/k/a Blockcap, Inc.), 92-2226074, 22-90342 (DRJ); Core Scientific Operating Company (f/k/a Core Scientific, Inc.[3] and MineCo Holdings, Inc.), 82-3805526, 22-90343 (DRJ); Radar Relay, Inc. (f/k/a Radar Relay, LLC), 82-3430496, 22-90344 (DRJ); Core Scientific Specialty Mining (Oklahoma) LLC (f/k/a GPU One Holdings, LLC), 84-5164327, 22-90345 (DRJ); American Property Acquisition, LLC, 82-5490825, 22-90346 (DRJ); Starboard Capital LLC, 36-4896677, 22-90347 (DRJ); RADAR, LLC, 84-4125106, 22-90348 (DRJ); American Property Acquisitions I, LLC (f/k/a 155 Palmer Lane, LLC.), 82-5469717, 22-90349 (DRJ); American Property Acquisitions VII, LLC, 83-1663198, 22-90350 (DRJ).

2. On March 9, 2023, the Court entered an order (Docket No. 652) (the "**Bar Date Order**")[4] establishing certain deadlines for the filing of proofs of claim in the Debtors' chapter 11 cases.

3. Pursuant to the Bar Date Order, all persons, entities, and Governmental Units who have a claim or potential claim, including any claims under section 503(b)(9) of the Bankruptcy Code,[5] against any of the Debtors that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **April 14, 2023 at 5:00 p.m. (prevailing Central Time)** for general creditors (the "**General Bar Date**") and **June 19, 2023 at 5:00 p.m. (prevailing Central Time)** for Governmental Units (the "**Governmental Bar Date**," and together with the General Bar Date, the "**Bar Dates**"), by (i) submitting such Proof(s) of Claim electronically through Stretto, Inc. ("**Stretto**"), at https://cases.stretto.com/CoreScientific; (ii) filing such Proof(s) of Claim electronically through PACER (Public Access to Court Electronic Records), at https://ecf.txsb.uscourts.gov; or (iii) by delivering the original proof(s) of claim to Stretto by mail or hand delivery at the following address: **Stretto Address for Receipt of Claims:** Core Scientific, Inc., et al. Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602.

**PROOFS OF CLAIM SENT BY FACSIMILE OR E-MAIL WILL NOT BE ACCEPTED.**

4. The Bar Dates apply to all claims against the Debtors arising under section 503(b)(9) of the Bankruptcy Code; provided, however, that the Bar Dates do not apply to the Excluded Claims listed in paragraph eight (8) of the Bar Date Order.

5. **ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE BAR DATE IN ACCORDANCE WITH THE INSTRUCTIONS ABOVE WILL NOT BE TREATED AS A CREDITOR FOR PURPOSES OF VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THE CHAPTER 11 CASES.**

6. Proof of claim forms and a copy of the Bar Date Order may be obtained by visiting https://cases.stretto.com/CoreScientific, maintained by the Debtors' claims and noticing agent, Stretto. Stretto cannot advise you how to file, or whether you should file, a proof of claim. Questions concerning the contents of this Notice and requests for copies of filed proofs of claim should be directed to Stretto through email at TeamCoreScientific@stretto.com or phone by calling Stretto at 949.404.4152 (Toll-Free Number within the U.S./Canada) and 888.765.7875 (International). Please note that neither Stretto's staff, counsel to the Debtors, nor the Clerk of the Court's Office is permitted to give you legal advice.

**A HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[3] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[4] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

[5] A claim arising under section 503(b)(9) of the Bankruptcy code is a claim arising from the value of any goods received by the Debtors within twenty (20) days before Petition Date, provided that the goods were sold to the Debtors in the ordinary course of the Debtors' business.

PUBLIC NOTICES

**NOTICE TO VENDORS**

Bids will be received by the City of Denton, at the address detailed below, prior to 1:00 P.M. **March 29, 2023**, for the following:

***RFP # 8222 - Police Assessment Center***

Qualified prospective suppliers may obtain copies of the proposal with information at https://dentontx.ionwave.net/CurrentSourcingEvents.aspx

Proposals received later than the specified time and date will be returned unopened.

The City of Denton, Texas reserves the right to reject or accept any proposal and award to the most advantageous proposal received.

Local, minority and small business vendors are encouraged to submit proposals.

City of Denton
Materials Management
901B Texas Street
Denton, TX 76209
(940) 349-7100

Drc 03/11/2023 & 03/18/2023

**NOTICE TO PROPOSERS INVITATION TO BID**

**Cyber Security Insurance**
**RFP #023-026-03-012**
**April 12, 2023 @ 2:00 P.M.**

**The District shall receive, publicly open, and read aloud at the specified date and time listed above the name of the proposers and prices if any in a Conference Room at Northwest ISD Administration Center, 2001 Texan Drive, Justin, TX, 76247.**

**Proposal documents can be viewed, received and submitted through the Northwest ISD eBid System located at: https://nisdtx.ionwave.net Proposal forms will be released starting March 20, 2023. Submittals will be accepted until April 12, 2023 at 2:00 P.M. CST. Information on the eBid system is available on our website at www.nisdtx.org (Departments, Purchasing) or you may call Mark Vechione at 817-215-0095.**

**Northwest ISD reserves the right to reject any or all proposals and to waive irregularities or informalities as may be deemed in the District's interest.**

Drc 03/19/2023 & 03/26/2023

**NOTICE TO VENDORS**

Sealed proposals will be received by the City of Denton, at the address detailed in Ionwave, prior to **1:00 P.M. April 19, 2023**, and then publicly opened at as outlined in Ionwave, for the following:

***RFP #8225 - CONSTRUCTION MANAGER AT RISK FOR NEIGHBORHOOD 1B***

Qualified prospective suppliers may obtain copies of the proposal with information at https://dentontx.ionwave.net.

Proposals received later than the specified time and date will be returned unopened.

**A Pre-solicitation conference will be held at 2:00 P.M. April 3, 2023. Meeting details can be found in dentontx.ionwave.net.**

The City of Denton, Texas reserves the right to reject or accept any proposal and award to the most advantageous proposal received.

Local, minority and small business vendors are encouraged to submit proposals.

City of Denton
Materials Management
901B Texas Street
Denton, TX 76209
(940) 349-7100

Drc 03/19/2023 & 03/26/2023.

**NOTICE TO BIDDERS**

Electronic proposals will be received by the City of Denton, at the web address detailed below, prior to **1:00 P.M. March 22, 2023**, and then publicly opened in a virtual meeting thirty minutes after, for the following:

***RFP #8210 - Electric Utility Instrument Transformers***

Qualified prospective bidders may obtain copies of the bid specifications at https://dentontx.ionwave.net.

The City of Denton, Texas reserves the right to reject any and all bids and to waive defects in bids.

**Please submit all bids electronically in IONWAVE or for hard copy submittals please see https://dentontx.ionwave.net for instructions.**

Local, minority and small business vendors are encouraged to submit bids.

City of Denton
Purchasing/RFP #8210
901B Texas Street
Denton, TX 76209
(940) 349-7100

Drc 03/11/2023 & 03/18/2023

**NOTICE TO VENDORS**

Proposals will be received by the City of Denton, at the address detailed below, prior to 1:00 P.M. **March 29, 2023**, for the following:

***RFP 8218 Hotel Voucher Program***

Qualified prospective bidders may register and obtain copies of the bid specifications at dentontx.ionwave.net

Proposals received later than the specified time and date will be rejected.

The City of Denton, Texas reserves the right to reject or accept any proposal and award to the most advantageous proposal received.

Local, minority, and small business vendors are encouraged to submit proposals.

City of Denton
Materials Management
901B Texas Street
Denton, TX 76209
(940) 349-7100

Drc 03/12/2023 & 03/19/2023

**NOTICE TO VENDORS**

Bids will be received by the City of Denton, at the address detailed below, prior to 1:00 P.M. May 17, 2023, for the following:

**RFP # 8219 - DEC Winterization Firm Gas Supply**

Qualified prospective suppliers may obtain copies of the proposal with information at https://dentontx.ionwave.net/CurrentSourcingEvents.aspx

Proposals received later than the specified time and date will be returned unopened.

The City of Denton, Texas reserves the right to reject or accept any proposal and award to the most advantageous proposal received.

Local, minority and small business vendors are encouraged to submit proposals.

City of Denton
Materials Management
901B Texas Street
Denton, TX 76209
(940) 349-7100

Drc 03/18/2023 & 03/25/2023.

**NOTICE TO VENDORS**

Sealed proposals will be received by the City of Denton, at the address detailed in Ionwave, prior to 1:00 P.M. **March 29, 2023** for the following:

**RFP # 8223 Pond Maintenance Program**

Qualified prospective suppliers may obtain copies of the proposal with information at https://dentontx.ionwave.net.

The City of Denton, Texas reserves the right to reject or accept any proposal and award to the most advantageous proposal received.

Please submit all bids electronically in Ionwave or for hard copy submittals please see **https://dentontx.ionwave.net** for instructions.

Local, minority and small business vendors are encouraged to submit proposals.

Drc 03/12/2023 & 03/19/2023.

**Z23-0001 / Loop 288 PD to MN**

**NOTICE OF PUBLIC HEARING**

NOTICE IS HEREBY GIVEN TO ALL INTEREST PERSONS, THAT:

The City Council will hold a public hearing and consider adoption of an ordinance of the City of Denton, Texas, regarding a change in the zoning district and use classification from a Planned Development (PD) District to a Mixed-Use Neighborhood (MN) District on approximately 29.714 acres of land generally located south of Loop 288, approximately 1,640 feet west of North Locust Street, in the City of Denton, Denton County, Texas.

**AGENT: Aimee Bissett**

**PHONE: (940) 367-3089**

**MEETING DETAILS:**

Tuesday, April 4, 2023, 6:30 pm
City Hall, City Council Chambers
215 E McKinney St
Denton, TX 76201

The meeting is being held in person.
For information on how to participate,
visit **www.cityofdenton.com/publicmeetings**.

Publication Date: March 18, 2023

**NOTICE TO BIDDERS**

**INVITATION FOR BIDS**

**Paving, Signage, and Lighting Improvements for Union Park Phase 8 and Clearing, Grading, Water, Paving, and Signage for Union Park Gazebo Street Improvements**

Union Park Phase 8 sealed bids will be received in a sealed envelope addressed to **Tripointe Homes DFW, LLC on behalf of Highway 380 Municipal Management District No. 1 ("Owner")** via their engineer Kimley-Horn and Associates, Inc. at 13455 Noel Road, Suite 700, Dallas, Texas 75240 until 11:00am April 12, 2023, and then opened and read via teleconference, for the work necessary for the paving, signage, and lighting infrastructure of Union Park Phase 8, 60 acres in Little Elm, Texas.

Union Park Gazebo Street Improvements sealed bids will be received in a sealed envelope addressed to **H4 Little Elm, LP on behalf of Highway 380 Municipal Management District No. 1 ("Owner")** via their engineer Kimley-Horn and Associates, Inc. at 13455 Noel Road, Suite 700, Dallas, Texas 75240 until 1:00 PM on February 21, 2023, and then opened and read in person and read via teleconference, for the work necessary for clearing, grading, water, paving, and signage improvements of Union Park Gazebo Street in Little Elm, Texas.

Both contracts will be awarded together as one project.

Certified/Cashier's check or acceptable bidder's bonds, payment without recourse to Owner in an amount of not less than five percent (5%) of total bid submitted must accompany bid. Owner reserves the right to reject any or all bids and to waive any informalities and technicalities.

**A MANDATORY pre-bid conference will be conducted in person at Kimley-Horn and Associates, Inc. at 13455 Noel Road, Suite 700, Dallas, TX 75240 on March 20, 2023, at 11:00am**

Contract documents, plans, specifications, and pre-bid conference numbers are available by request and should be directed to Jason Kaiser, P.E. at Kimley-Horn and Associates, Inc. via email at jason.kaiser@kimley-horn.com.

drc 03/11/2023 & 03/18/2023

**UNITED STATES DEPARTMENT OF AGRICULTURE FOREST SERVICE**

**NOTICE OF EXCHANGE PROPOSAL LAND-FOR-LAND EXCHANGE and REQUEST FOR SCOPING COMMENTS**

**National Forests and Grasslands in Texas Caddo - Lyndon B. Johnson National Grasslands**

Notice is hereby given that the United States Department of Agriculture, Forest Service is considering an exchange of land with the Upper Trinity Regional Water District (UTRWD), under the authority of the General Exchange Act of March 20, 1922 (42 Stat. 465, as amended; 16 U.S.C. 485, 486); the Federal Land Policy and Management Act of October 21, 1976 (43 U.S.C. 1716, 1717); and the Federal Land Exchange Facilitation Act of August 20, 1988 (102 Stat. 1086; 43 U.S.C. 1716). The Forest Service is interested in acquiring the non-Federal parcels and the exchange proposal is currently being analyzed to determine whether or not the land exchange is in the public interest.

All tracts involved in this exchange are located in Fannin County, Texas within the proclaimed boundary of the Caddo National Grassland. All of the following Federal and non-Federal tracts are located within an area bounded to the north by the North Sulphur River Channel, to the east by Farm-to-Market Road 2990, to the south by TX State Hwy. 34, and to the west by Farm-to-Market Road 68, except for Federal tracts C-154 and C-155. Tracts C-154 and C-155 are located on the southside of TX State Hwy. 34, east of the junction with Farm-to-Market Road 68.

The lands under the jurisdiction of the USDA Forest Service that are being considered for exchange are described as:

A 99.026-acre tract out of the W. Chadwell Survey - Abstract 217 [Forest Service (FS) Tract C-6]; a 24.473-acre tract out of the K. Harwick Survey - Abstract 495 and W. Hutchins - Abstract 487 [FS Tract C-18]; a 40.19-acre tract out of the J. Nail Survey - Abstract 842 [FS Tract C-20]; a 33.25-acre tract out of the J. Nail Survey - Abstract 842 [FS Tract C-20a]; a 15.14-acre tract out of the J. Nail Survey - Abstract 842 [FS Tract C-20b]; a 23.025-acre tract out of the K. Harwick Survey - Abstract 495 and W. Hutchins - Abstract 487 [FS Tract C-26]; a 127.613-acre tract out of the K. Harwick Survey - Abstract 495 [FS Tract C-29]; a 62.453-acre tract out of the K. Harwick Survey - Abstract 495 [FS Tract C-30]; a 109.351-acre tract out of the J. Nail Survey - Abstract 842 [FS Tract C-31]; a 12.043-acre tract out of the J. Nail Survey - Abstract 842 [FS Tract C-35]; a 50.011-acre tract out of the J. Nail Survey - Abstract 842 [FS Tract C-38]; a 107.368-acre tract out of the J. Nail Survey - Abstract 842 [FS Tract C-41]; a 194.713-acre tract out of the D. Davis Survey - Abstract 269 and W. Perrin Survey - Abstract 873 [FS Tract C-53]; a 35.178-acre tract out of the W. Perrin Survey - Abstract 873 [FS Tract C-60]; a 13.385-acre tract out of the W. Perrin Survey - Abstract 873, partitioned out of 67.304 ac Tract C-59 [FS Tract C-61]; a 28.261-acre tract out of the J. Hart Survey - Abstract 492, T. Toby Survey - Abstract 1133, partitioned out of 75.68 acre Tract C-82 [FS Tract C-83]; a 9.892-acre tract out of the JB Goodman Survey - Abstract 408 [FS Tract C-154]; a 9.877-acre tract out of the JB Goodman Survey - Abstract 408 [FS Tract C-155]. Together with a right-of-way for a motorized trail, 20-foot in width, across Federal Tract C-82.

Containing 995.366 acres, more or less.

The non-Federal lands that are being considered for exchange are described as:

A 368.421-acre tract out of the James D. Goodman Survey - Abstract No. 407, Thomas Ware Survey - Abstract No. 1197, Alsey Fuller Survey - Abstract No. 395, Martha Moody Survey - Abstract No. 699, and James M. Sharp Survey - Abstract No. 1028 [FS Tract C-25]; a 15.657-acre tract out of the Alsey Fuller Survey - Abstract No. 395 [FS Tract C-25a]; a 5.750-acre tract out of the of the Charles Logan Survey - Abstract No. 643 and Martha Moody Survey - Abstract No. 699 [FS Tract C-25b]; a 14.419-acre tract out of the of the Charles Logan Survey - Abstract No. 643 [FS Tract C-25c]; a 191.326-acre tract out of the of the Martha Moody Survey - Abstract No. 699 [FS Tract C-25d]; 29.280-acre tract out of the of the Martha Moody Survey - Abstract No. 699 [FS Tract C-25e]; a 28.872-acre tract out of the Thomas Toby Survey - Abstract No. 1133 [FS Tract C-25f]; a 30.527-acre tract out of the Thomas Toby Survey - Abstract No. 1133 and Martha Moody Survey -Abstract No. 699 [FS Tract C-25g]; a 58.798-acre tract out of the Thomas Toby Survey - Abstract No. 1133 and Martha Moody Survey - Abstract No. 699 [FS Tract C-25h]; a 59.217-acre tract out of the William Perrin Survey - Abstract No. 873, the William Lewis Survey - Abstract Number 649, and the Jason Wilson Survey - Abstract 1159 [FS Tract C-25i]; a 11.230-acre tract out of the Josiah Hart Survey - Abstract No. 492 and William Perrin Survey - Abstract No. 873 [FS Tract C-25j]; a 48.201-acre tract out of the William Lewis Survey - Abstract No. 649 [FS Tract C-25k]; a 26.137-acre tract out of the William Lewis Survey -- Abstract No. 649 [FS Tract C-25l]; a 44.919-acre tract out of the of the Robert Fleming Survey - Abstract No. 377 [FS Tract C-25m]; a 47.808-acre tract out of the of the Robert Fleming Survey - Abstract No. 377 [FS Tract C-25n]; a 15.691-acre tract out of the of the Robert Fleming Survey - Abstract No. 377 [FS Tract C-25o].

Containing 996.253 acres, more or less.

Any or all of the above-described lands may be exchanged. If the values are unequal, either party may equalize the values by making a cash payment, not to exceed 25 percent of the value of the lands transferred out of Federal ownership.

The non-Federal lands proposed for acquisition by the Forest Service may include wetlands and floodplains along the creek segments. The Federal lands proposed for conveyance by the Forest Service may include wetlands and floodplains along the creek segments.

In addition, the exchange is expected to meet Forest-wide standards and guidelines, and the Management Area direction as described in the Land and Resource Management Plan. However, there may be a need for project-specific Forest Plan Amendment in regard to standards for Forest Plan Management Area (MA) 8d - Natural Heritage Areas. The conveyance of Federal Tract C-61, 13.4 acres, is within MA 8d and would not meet Forest Plan standard MA-8d-52 which states "Retain all lands as public lands". The 2012 Planning Rule (36 CFR 219) requires notice of which substantive requirements of sections 219.8 through 219.11 are likely to be related to the amendment. Suspension of Forest Plan standard MA-8d-52, through an amendment, is likely related to the consideration of § CFR 219.9(a)(2) Diversity of plant and animal communities.

The scoping comment period for this project is being combined with the 45-day notification and comment period requirement for proposed land exchanges. The public is invited to submit any comments or concerns about the exchange proposal, including advising the Forest Service of any liens, encumbrances, or other claims relating to the lands being considered for exchange, as well as any comments on the proposed project-specific Forest Plan Amendment.

Comments received, including names and addresses of those who commented, will be considered part of the public record for this proposed action and will be available for public inspection. Comments submitted anonymously will be accepted and considered; however, anonymous comments will not provide the agency with the ability to provide the respondent with subsequent environmental documents.

This project is expected to be documented in an environmental assessment and decision notice; and will be subject to objection (see 36 CFR 220.7).

Comments must be submitted in writing to the District Ranger, Caddo-LBJ National Grasslands, 1400 US Highway 81/287, Decatur, TX 76234, within 45 days after the initial date of publication of this notice. Comments may also be submitted electronically via the online comment form at: https://cara.fs2c.usda.gov/Public//CommentInput?Project=63528. Please state "Caddo Land Exchange" in the subject line when providing electronic responses, or on the envelope when replying by mail.

For maps and more information on the proposed exchange, visit the project-specific link at: https://www.fs.usda.gov/project/?project=63528.

If you have any questions, please contact Amanda Bataineh, Lands, Minerals, Special Uses Program Manager, National Forests & Grassland in Texas, at amanda.bataineh@usda.gov or by phone at 936-639-8580.

Dates of Publication: February 26, March 5, March 12, and March 19, 2023.

**On 3-7-2023 the Denton City Council adopted the following ordinance(s):**

**ORDINANCE NO. Z22-0019b**

AN ORDINANCE OF THE CITY OF DENTON, TEXAS, REGARDING AN INITIAL ZONING DISTRICT AND USE CLASSIFICATION OF LIGHT INDUSTRIAL (LI) ZONING DISTRICT ON APPROXIMATELY 18.6 ACRES OF LAND, GENERALLY LOCATED ON THE NORTHEAST CORNER OF US 380 (UNIVERSITY DRIVE) AND THOMAS EGAN ROAD, IN THE CITY OF DENTON, DENTON COUNTY, TEXAS; ADOPTING AN AMENDMENT TO THE CITY'S OFFICIAL ZONING MAP; PROVIDING FOR A PENALTY IN THE MAXIMUM AMOUNT OF $2,000.00 FOR VIOLATIONS THEREOF; PROVIDING A SEVERABILITY CLAUSE AND AN EFFECTIVE DATE. (Z22-0019b)

**ORDINANCE NO. DCA22-0008a**

AN ORDINANCE OF THE CITY OF DENTON, TEXAS AMENDING THE DENTON DEVELOPMENT CODE, SPECIFICALLY AMENDMENTS TO SECTIONS 5.3.5U AUTOMOTIVE FUEL SALES, 5.3.5V MAJOR AUTOMOTIVE REPAIR SHOP, 5.3.5W MINOR AUTOMOTIVE REPAIR SHOP, 5.3.5Y EQUIPMENT SALES AND RENTAL, 5.3.6F OUTDOOR STORAGE (AS A PRIMARY USE), 5.3.6G SELF-SERVICE STORAGE, 5.4.4D ACCESSORY OUTDOOR STORAGE, 6.3.2E.6 OUTDOOR STORAGE AREAS, 7.7.8D.3 FENCE HEIGHT, 7.7.8E.3 OUTSIDE STORAGE, AND SECTION 9.2 DEFINITIONS; PROVIDING FOR A PENALTY IN THE MAXIMUM AMOUNT OF $2,000.00 FOR VIOLATIONS THEREOF; PROVIDING A SEVERABILITY CLAUSE AND AN EFFECTIVE DATE. (DCA22-0008a)

drc 03/11/2023 & 03/18/2023

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **CORE SCIENTIFIC, INC., *et al.*,** | § | **Case No. 22-90341 (DRJ)** |
| **Debtors.**[1] | § | **(Jointly Administered)** |

**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On December 21, 2022 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**"). Set forth below are the name, federal tax identification number and the case number for each of the Debtors: **DEBTOR, EIN, CASE NO.:** Core Scientific Mining LLC, 92-1386971, 22-90340 (DRJ); Core Scientific, Inc.[2] (f/k/a Power & Digital Infrastructure Acquisition Corp., XPDI and Core Scientific Holdings Co.), 86-1243837, 22-90341 (DRJ); Core Scientific Acquired Mining LLC (f/k/a Blockcap, Inc.), 92-2226074, 22-90342 (DRJ); Core Scientific Operating Company (f/k/a Core Scientific, Inc.[3] and MineCo Holdings, Inc.), 82-3805526, 22-90343 (DRJ); Radar Relay, Inc. (f/k/a Radar Relay, LLC), 82-3430496, 22-90344 (DRJ); Core Scientific Specialty Mining (Oklahoma) LLC (f/k/a GPU One Holdings, LLC), 84-5164327, 22-90345 (DRJ); American Property Acquisition, LLC, 82-5490825, 22-90346 (DRJ); Starboard Capital LLC, 36-4896677, 22-90347 (DRJ); RADAR, LLC, 84-4125106, 22-90348 (DRJ); American Property Acquisitions I, LLC (f/k/a 155 Palmer Lane, LLC.), 82-5469717, 22-90349 (DRJ); American Property Acquisitions VII, LLC, 83-1663198, 22-90350 (DRJ).

2. On March 9, 2023, the Court entered an order (Docket No. 652) (the "**Bar Date Order**")[4] establishing certain deadlines for the filing of proofs of claim in the Debtors' chapter 11 cases.

3. Pursuant to the Bar Date Order, all persons, entities, and Governmental Units who have a claim or potential claim, including any claims under section 503(b)(9) of the Bankruptcy Code,[5] against any of the Debtors that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **April 14, 2023 at 5:00 p.m. (prevailing Central Time)** for general creditors (the "**General Bar Date**") and **June 19, 2023 at 5:00 p.m. (prevailing Central Time)** for Governmental Units (the "**Governmental Bar Date**," and together with the General Bar Date, the "**Bar Dates**"), by (i) submitting such Proof(s) of Claim electronically through Stretto, Inc. ("**Stretto**"), at https://cases.stretto.com/CoreScientific; (ii) filing such Proof(s) of Claim electronically through PACER (Public Access to Court Electronic Records), at https://ecf.txsb.uscourts.gov; or (iii) by delivering the original proof(s) of claim to Stretto by mail or hand delivery at the following address: **Stretto Address for Receipt of Claims:** Core Scientific, Inc., et al. Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602.

**PROOFS OF CLAIM SENT BY FACSIMILE OR E-MAIL WILL NOT BE ACCEPTED.**

4. The Bar Dates apply to all claims against the Debtors arising under section 503(b)(9) of the Bankruptcy Code; provided, however, that the Bar Dates do not apply to the Excluded Claims listed in paragraph eight (8) of the Bar Date Order.

5. **ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE BAR DATE IN ACCORDANCE WITH THE INSTRUCTIONS ABOVE WILL NOT BE TREATED AS A CREDITOR FOR PURPOSES OF VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THE CHAPTER 11 CASES.**

6. Proof of claim forms and a copy of the Bar Date Order may be obtained by visiting https://cases.stretto.com/CoreScientific, maintained by the Debtors' claims and noticing agent, Stretto. Stretto cannot advise you how to file, or whether you should file, a proof of claim. Questions concerning the contents of this Notice and requests for copies of filed proofs of claim should be directed to Stretto through email at TeamCoreScientific@stretto.com or phone by calling Stretto at 949.404.4152 (Toll-Free Number within the U.S./Canada) and 888.765.7875 (International). Please note that neither Stretto's staff, counsel to the Debtors, nor the Clerk of the Court's Office is permitted to give you legal advice.

**A HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[3] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[4] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

[5] A claim arising under section 503(b)(9) of the Bankruptcy code is a claim arising from the value of any goods received by the Debtors within twenty (20) days before Petition Date, provided that the goods were sold to the Debtors in the ordinary course of the Debtors' business.

TOWN OF NORTHLAKE, TEXAS
NO. 23-0309A

AN ORDINANCE OF THE TOWN COUNCIL OF THE TOWN OF NORTHLAKE, TEXAS, AMENDING ARTICLE 9.03, DIVISION 2 OF THE NORTHLAKE CODE OF ORDINANCES; ADOPTING LAND USE ASSUMPTIONS, CAPITAL IMPROVEMENTS PLANS, AND IMPACT FEES FOR WATER AND SANITARY SEWER FACILITIES; PROVIDING A SEVERABILITY CLAUSE; PROVIDING A SAVINGS CLAUSE; PROVIDING THAT THIS ORDINANCE IS CUMULATIVE; PROVIDING A PENALTY FOR VIOLATION; PROVIDING FOR PUBLICATION; AND PROVIDING AN EFFECTIVE DATE

**SECTION 5.**
Any person, firm or corporation violating any of the provisions of this Ordinance shall be punished in accordance to Section 1.01.009 of the Town of Northlake Code of Ordinances, and no penalty shall be greater or less than the penalty provided for the same or a similar offense under the laws of the state.

**§ 1.01.009 General penalty for violations of code; continuing violations.**
(a) Whenever in this code or in any ordinance of the town an act is prohibited or is made or declared to be unlawful or an offense or a misdemeanor or whenever in this code or such ordinance the doing of any act is required or the failure to do any act is declared to be unlawful, and no specific penalty is provided therefor, the violation of any such provision of this code or any such ordinance shall be punished by a fine of not exceeding five hundred dollars ($500.00).
(b) A fine or penalty for the violation of a rule, ordinance or police regulation that governs fire safety, zoning or public health and sanitation, including the dumping of refuse, may not exceed two thousand dollars ($2,000.00).
(c) A person convicted of an offense under title 7, subtitle C, Transportation Code (the Uniform Act Regulating Traffic on Highways) for which another penalty is not provided shall be punished by a fine of not less than one dollar ($1.00) or more than two hundred dollars ($200.00) plus such other penalties and costs as may be provided by such subtitle C.
(d) Unless otherwise specifically stated in this code, any violation of this code or of any ordinance that is punishable by a fine that does not exceed five hundred dollars ($500.00) does not require a culpable mental state, and a culpable mental state is hereby not required to prove any such offense. Unless otherwise specifically stated in this code, any violation of this code or of any ordinance that is punishable by a fine that exceeds five hundred dollars ($500.00) shall require a culpable mental state.
(e) No penalty shall be greater or less than the penalty provided for the same or a similar offense under the laws of the state.
(f) Unless otherwise stated in this code or in any ordinance, each day any violation of this code or of any ordinance shall continue shall constitute a separate offense.
(g) In the event that any such violation is designated as a nuisance under the provisions of this code, such nuisance may be summarily abated by the town. In addition to the penalty prescribed above, the town may pursue other remedies such as abatement of nuisances, injunctive relief and revocation of licenses or permits.

**SECTION 8.**
The Town Secretary of the Town of Northlake is hereby directed to publish the caption, penalty clause, publication clause, and effective date clause of this Ordinance.

**SECTION 9.**
This Ordinance shall be in full force and effect from and after its passage and/or publication as required by law.

**PASSED AND APPROVED ON MARCH 9, 2023**

TOWN OF NORTHLAKE, TEXAS
NO. 23-0309B

AN ORDINANCE OF THE TOWN COUNCIL OF THE TOWN OF NORTHLAKE, TEXAS, AMENDING THE CODE OF ORDINANCES BY AMENDING APPENDIX "A," "FEE SCHEDULE," ARTICLE A4.000, "WATER AND SANITARY SEWER SERVICE FEES," SECTION A4.003, "IMPACT FEES," REVISING THE WATER AND SANITARY IMPACT FEES; AMENDING ARTICLE A6.000, "PUBLIC WORKS/ENGINEERING FEES," SECTION A6.003, "ROADWAY IMPACT FEE SCHEDULE," REVISING THE ROADWAY IMPACT FEES; PROVIDING THAT THIS ORDINANCE SHALL BE CUMULATIVE OF ALL ORDINANCES; PROVIDING A SEVERABILITY CLAUSE; AND PROVIDING AN EFFECTIVE DATE

**SECTION 2.**
Appendix "A," "Fee Schedule," Article A4.000, "Water and Sanitary Sewer Service Fees," Section A4.003, "Impact Fees," of the Code of Ordinances, Town of Northlake is hereby amended to read as provided in in Exhibit A.

**SECTION 3.**
Appendix "A," "Fee Schedule," Article A6.003, "Public Works/Engineering Fees," Section A6.003, "Roadway Impact Fee Schedule," of the Code of Ordinances, Town of Northlake is hereby amended to read as provided in in Exhibit B.

**PASSED AND APPROVED ON MARCH 9, 2023**

EXHIBIT A
**WATER AND SEWER IMPACT FEE SCHEDULE**

| North Service Area | | | | |
|---|---|---|---|---|
| **Meter Size** | **Equivalency Factor** | **Sewer Impact Fee** | **Water Impact Fee** | **Total Cost Impact Fee** |
| 5/8" | 0.67 | $4,509.77 | $2,792.56 | $7,302.33 |
| 3/4" | 1 | $6,731.00 | $4,168.00 | $10,899.00 |
| 1" | 1.67 | $11,240.77 | $6,960.56 | $18,201.33 |
| 1.5" | 3.33 | $22,414.23 | $13,879.44 | $36,293.67 |
| 2" | 5.33 | $35,876.23 | $22,215.44 | $58,091.67 |
| 3" | 10 | $67,310.00 | $41,680.00 | $108,990.00 |
| 4" | 20 | $134,620.00 | $83,360.00 | $217,980.00 |
| 6" | 45 | $302,895.00 | $187,560.00 | $490,455.00 |
| 8" | 60 | $403,860.00 | $250,080.00 | $653,940.00 |
| 10" | 80 | $538,480.00 | $333,440.00 | $871,920.00 |

| South Service Area | | | | |
|---|---|---|---|---|
| **Meter Size** | **Equivalency Factor** | **Sewer Impact Fee** | **Ft. Worth Impact Fee (1)** | **Total Cost Impact Fee** |
| 5/8" | 0.67 | $4,509.77 | $13,958.78 | $20,449.55 |
| 3/4" | 1 | $6,731.00 | $20,834.00 | $30,537.00 |
| 1" | 1.67 | $11,240.77 | $34,792.78 | $50,986.55 |
| 1.5" | 3.33 | $22,414.23 | $69,377.22 | $101,696.45 |
| 2" | 5.33 | $35,876.23 | $111,045.22 | $162,769.45 |
| 3" | 10 | $67,310.00 | $208,340.00 | $318,737.00 |
| 4" | 20 | $134,620.00 | $416,680.00 | $625,586.00 |
| 6" | 45 | $302,895.00 | $937,530.00 | $1,398,905.00 |
| 8" | 60 | $403,860.00 | $1,250,040.00 | $1,931,240.00 |
| 10" | 80 | $538,480.00 | $1,666,720.00 | $2,621,210.00 |

Note:
(1) Subject to change as determined by the City of Fort Worth (above rates effective 1/1/2023).

EXHIBIT B
**ROADWAY IMPACT FEE SCHEDULE**

**Zone 1 (NW Quadrant)**

| Land Use Type | Variable | Impact Fee Per Variable Unit |
|---|---|---|
| Single Family Housing | Units | $ 14,628.14 |
| Multi-Family Housing | Units | $ 7,941.96 |
| Commercial | 1000 sf | $ 52,844.58 |
| Industrial/Warehousing | 1000 sf | $ 5,294.64 |
| Hotel | Rooms | $ 11,335.96 |

**Zone 2 (NE Quadrant)**

| Land Use Type | Variable | Impact Fee Per Variable Unit |
|---|---|---|
| Single Family Housing | Units | $ 4,276.80 |
| Multi-Family Housing | Units | $ 2,320.56 |
| Commercial | 1000 sf | $ 15,459.84 |
| Industrial/Warehousing | 1000 sf | $ 1,544.40 |
| Hotel | Rooms | $ 3,326.40 |

**Zone 3 (SW Quadrant)**

| Land Use Type | Variable | Impact Fee Per Variable Unit |
|---|---|---|
| Single Family Housing | Units | $ 1,302.93 |
| Multi-Family Housing | Units | $ 705.87 |
| Commercial | 1000 sf | $ 4,715.10 |
| Industrial/Warehousing | 1000 sf | $ 471.51 |
| Hotel | Rooms | $ 1,012.77 |

**Zone 4 (SE Quadrant)**

| Land Use Type | Variable | Impact Fee Per Variable Unit |
|---|---|---|
| Single Family Housing | Units | $ 2,318.12 |
| Multi-Family Housing | Units | $ 1,256.64 |
| Commercial | 1000 sf | $ 8,382.36 |
| Industrial/Warehousing | 1000 sf | $ 837.76 |
| Hotel | Rooms | $ 1,799.28 |

# **Exhibit E**

Grand Forks Herald Affidavit of Publication

ND Affidavit No. 202994

**AFFIDAVIT OF PUBLICATION**

**STATE OF NORTH DAKOTA**
**ss.**
**COUNTY OF GRAND FORKS**

Taylor Herhold,Grand Forks Herald, being duly sworn, states as follows:

1. I am the designated agent of Grand Forks Herald, under the provisions and for the purposes of, Section 31-04-06, NDCC, for the newspaper listed on the attached exhibit.

2. The newspaper listed on the exhibit published the advertisement of: ***Legal Notice***; *(1) time: Wednesday March 15, 2023*, as required by law or ordinance.

3. All of the listed newspapers are legal newspapers in the State of North Dakota and, under the provisions of Section 46-05-01, NDCC, are qualified to publish any public notice or any matter required by law or ordinance to be printed or published in a newspaper in North Dakota.

Dated this 15th day of March, 2023

Legals Clerk

Notary Public

NICHOLE SEITZ
Notary Public
State of North Dakota
My Commission Expires Jan. 3, 2024

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § | (Jointly Administered) |

**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On December 21, 2022 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**"). Set forth below are the name, federal tax identification number and the case number for each of the Debtors: **DEBTOR, EIN, CASE NO.:** Core Scientific Mining LLC, 92-1386971, 22-90340 (DRJ); Core Scientific, Inc.[2] (f/k/a Power & Digital Infrastructure Acquisition Corp., XPDI and Core Scientific Holdings Co.), 86-1243837, 22-90341 (DRJ); Core Scientific Acquired Mining LLC (f/k/a Blockcap, Inc.), 92-2226074, 22-90342 (DRJ); Core Scientific Operating Company (f/k/a Core Scientific, Inc.[3] and MineCo Holdings, Inc.), 82-3805526, 22-90343 (DRJ); Radar Relay, Inc. (f/k/a Radar Relay, LLC), 82-3430496, 22-90344 (DRJ); Core Scientific Specialty Mining (Oklahoma) LLC (f/k/a GPU One Holdings, LLC), 84-5164327, 22-90345 (DRJ); American Property Acquisition, LLC, 82-5490825, 22-90346 (DRJ); Starboard Capital LLC, 36-4896677, 22-90347 (DRJ); RADAR, LLC, 84-4125106, 22-90348 (DRJ); American Property Acquisitions I, LLC (f/k/a 155 Palmer Lane, LLC.), 82-5469717, 22-90349 (DRJ); American Property Acquisitions VII, LLC, 83-1663198, 22-90350 (DRJ).

2. On March 9, 2023, the Court entered an order (Docket No. 652) (the "**Bar Date Order**")[4] establishing certain deadlines for the filing of proofs of claim in the Debtors' chapter 11 cases.

3. Pursuant to the Bar Date Order, all persons, entities, and Governmental Units who have a claim or potential claim, including any claims under section 503(b)(9) of the Bankruptcy Code,[5] against any of the Debtors that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **April 14, 2023 at 5:00 p.m. (prevailing Central Time)** for general creditors (the "**General Bar Date**") and **June 19, 2023 at 5:00 p.m. (prevailing Central Time)** for Governmental Units (the "**Governmental Bar Date**," and together with the General Bar Date, the "**Bar Dates**"), by (i) submitting such Proof(s) of Claim electronically through Stretto, Inc. ("**Stretto**"), at https://cases.stretto.com/CoreScientific; (ii) filing such Proof(s) of Claim electronically through PACER (Public Access to Court Electronic Records), at https://ecf.txsb.uscourts.gov; or (iii) by delivering the original proof(s) of claim to Stretto by mail or hand delivery at the following address: **Stretto Address for Receipt of Claims:** Core Scientific, Inc., et al. Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602.

**PROOFS OF CLAIM SENT BY FACSIMILE OR E-MAIL WILL NOT BE ACCEPTED.**

4. The Bar Dates apply to all claims against the Debtors arising under section 503(b)(9) of the Bankruptcy Code; provided, however, that the Bar Dates do not apply to the Excluded Claims listed in paragraph eight (8) of the Bar Date Order.

5. **ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE BAR DATE IN ACCORDANCE WITH THE INSTRUCTIONS ABOVE WILL NOT BE TREATED AS A CREDITOR FOR PURPOSES OF VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THE CHAPTER 11 CASES.**

6. Proof of claim forms and a copy of the Bar Date Order may be obtained by visiting https://cases.stretto.com/CoreScientific, maintained by the Debtors' claims and noticing agent, Stretto. Stretto cannot advise you how to file, or whether you should file, a proof of claim. Questions concerning the contents of this Notice and requests for copies of filed proofs of claim should be directed to Stretto through email at TeamCoreScientific@stretto.com or phone by calling Stretto at 949.404.4152 (Toll-Free Number within the U.S./Canada) and 888.765.7875 (International). Please note that neither Stretto's staff, counsel to the Debtors, nor the Clerk of the Court's Office is permitted to give you legal advice.

**A HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[3] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[4] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

[5] A claim arising under section 503(b)(9) of the Bankruptcy code is a claim arising from the value of any goods received by the Debtors within twenty (20) days before Petition Date, provided that the goods were sold to the Debtors in the ordinary course of the Debtors' business.

B4 | CLASSIFIEDS | WEDNESDAY, MARCH 15, 2023 | GRAND FORKS HERALD

PUBLIC NOTICE

**NOTICE**

Notice is hereby given that Allendale Township in Grand Forks County, ND shall hold its annual meeting Tuesday March 21, 2023, 7:00 pm at the Thompson Fire Hall, 611 Broadway St, Thompson, ND 58278.
(March 15, 2023) 202154

**ADVERTISEMENT FOR CONSTRUCTION BIDS**

Bids for the construction of 2023 Concrete Street Repairs/Arterial Street Concrete Rehab/ Subdivision Concrete Rehab, Project No. 8617/8618/8678 will be received no later than 2:00 p.m. on Thursday, March 30, 2023. For this project, bids will only be received and accepted via the online electronic bid service through QuestCDN.com. To access the electronic bid form, download the project documents and click on the online bid button at the top of the bid advertisement page. Prospective bidders must be on the Planholder list through QuestCDN for bids to be accepted. Project scope of work includes the following approximate quantities:
1,145 SY of Pavement Removal, 1,095 SY of Concrete Pavement, 550 LF of Curb and Gutter, 1,300 SF of Sidewalk, 600 LF of Random Crack Sealing, 200 SF of 5" Concrete Bikepath, 5 Tons of Asphalt Concrete Pavement, and other miscellaneous bid items.
Each bid must have a pdf document (uploaded to Quest VirtuBid) which contains an acceptable bidder's bond in a sum equal to five percent of the full amount of the bid, executed by the bidder as principal and by a surety, conditioned that if the principal's bid be accepted and the contract awarded to the principal, the principal, within ten days after notice of award, will execute a contract in accordance with the term of the bid and a contractor's bond as required by law and the regulations and determinations of the Grand Forks City Council.
Each bid shall also contain a pdf document (uploaded to Quest VirtuBid) of the license or certificate of renewal thereof issued by the secretary of state which will be uploaded. Bidder must be licensed for the full amount of the bid. No bid will be read or considered which does not fully comply with the above provisions as to bond and license.
The City Council reserves the right to reject any or all bids and/or to waive any informality in the bids received and to accept any bid deemed to be most favorable to the interest of the City of Grand Forks. The work, if awarded, shall be completed by October 20, 2023.
Complete digital project bidding documents are available at http://www.grandforksgov.com/business/bids-rfp/-fsiteid-1 or www.questcdn.com. You may view the digital plan documents for free by entering Quest project #8408623 on the Project Search page and selecting "View Plans". Documents may be downloaded for $22.00 and bidders will be charged a fee of $42.00 to submit a bid electronically. Please contact QuestCDN.com at 952-233-1632 or info@questcdn.com for assistance in free membership registration, downloading, online bidding and working with this digital project information. An optional paper set of project plans, specifications, bidding instructions, and proposals may be seen at the office of the Grand Forks City Engineer, (701-746-2640) 255 North 4th St., P. O. Box 5200, Grand Forks, North Dakota 58206, or at the Grand Forks Builders & Traders.
Maureen Storstad
Director of Finance & Administrative Services
(SEAL)
(March 8, 15, & 22, 2023) 200782

UNIFORM PROBATE CODE
FORM 50
NOTICE TO CREDITORS.
(NDCC 30.1 19-01).
Name, Address and
Telephone No. of Attorney
Quentin Bruce Wenzel, P.C.
908 Third Street
Langdon, ND 58249
(701)256-3717
Probate No. 18-2023-PR-00029
Attorney for:
Co -Personal Representatives
IN THE DISTRICT COURT
OF GRAND FORKS COUNTY,
STATE OF NORTH DAKOTA
**In the Matter of the Estate of Gloria Denault, Deceased**

**NOTICE TO CREDITORS**

NOTICE IS HEREBY GIVEN that the undersigned have been appointed Co-Personal Representatives of the above estate. All persons having claims against the said deceased are required to present their claims within three months after the date of the first publication of this notice or said claims will be forever barred. Claims must either be presented to the Personal Representative of the estate: **Gary Denault, 1124 2nd Street, Langdon, ND 58249, or Pauline Hansel, PO Box 129, Gilby, ND 58235,** or filed with the Court.
Dated this 21st day of February 2023.
Gary Denault
1124 2nd Street
Langdon, ND 58249
Co-Personal Representative
Pauline Hansel
PO Box 129
Gilby, ND 58235
Co-Personal Representative
Quentin Bruce Wenzel, P.C.
908 Third Street
Langdon, ND 58249
Quentin Wenzel,
Attorney for
Personal Representative
First publication on the
8 day of March 2023.
(March 8, 15 & 22, 2023) 200835

Falconer Township Annual Meeting will be held on March 21, 2023. The meeting will be at 7:00pm at the EGF Eagles club Meeting Room. Falconer Township Tax Equalization meeting will be held on April 10, 2023. The meeting will be held at 8:00am at the Lunseth's conference room (1710 N Washington Street)
(March 15, 2023) 202656

**THE STRABANE TOWNSHIP BOARD OF EQUALIZATION MEETING**

The Strabane township will be holding its tax equalization meeting at 9 am on April 12, 2023 at the Grand Forks county office building in Grand Forks.
(March 8 & 15, 2023) 200774

**NOTICE**

Mekinock Township Annual Meeting and Election of Officers will be held Tuesday, March 21, 2023 @ 7:30pm at the Emerado Community Center.
(March 15, 2023) 202151

PUBLIC NOTICE

**ADVERTISEMENT FOR CONSTRUCTION BIDS**

Bids for the construction of Reconstruct Legend Lane (28th Ave S – Legend Lane), Project No. 8573 (District #771) will be received no later than 2:00 p.m. on Thursday, March 23, 2023. For this project, bids will only be received and accepted via the online electronic bid service through QuestCDN.com. To access the electronic bid form, download the project documents and click on the online bid button at the top of the bid advertisement page. Prospective bidders must be on the Planholder list through QuestCDN for bids to be accepted. Project scope of work includes the following approximate quantities:
2802 SY of Concrete Pavement (6"), 374 SY of 6" Reinforced Pavement, 1115 CY of Granular Material for Base, 154 LF of 12" RCP Class III, and other miscellaneous bid items.
Each bid must have a pdf document (uploaded to Quest VirtuBid) which contains an acceptable bidder's bond in a sum equal to five percent of the full amount of the bid, executed by the bidder as principal and by a surety, conditioned that if the principal's bid be accepted and the contract awarded to the principal, the principal, within ten days after notice of award, will execute a contract in accordance with the term of the bid and a contractor's bond as required by law and the regulations and determinations of the Grand Forks City Council.
Each bid shall also contain a pdf document (uploaded to Quest VirtuBid) of the license or certificate of renewal thereof issued by the secretary of state which will be uploaded. Bidder must be licensed for the full amount of the bid. No bid will be read or considered which does not fully comply with the above provisions as to bond and license.
The City Council reserves the right to reject any or all bids and/or to waive any informality in the bids received and to accept any bid deemed to be most favorable to the interest of the City of Grand Forks. The work, if awarded, shall be completed by October 15, 2023.
Complete digital project bidding documents are available at http://www.grandforksgov.com/business/bids-rfp/-fsiteid-1 or www.questcdn.com. You may view the digital plan documents for free by entering Quest project #8400949 on the Project Search page and selecting "View Plans". Documents may be downloaded for $22.00 and bidders will be charged a fee of $42.00 to submit a bid electronically. Please contact QuestCDN.com at 952-233-1632 or info@questcdn.com for assistance in free membership registration, downloading, online bidding and working with this digital project information. An optional paper set of project plans, specifications, bidding instructions, and proposals may be seen at the office of the Grand Forks City Engineer, (701-746-2640) 255 North 4th St., P. O. Box 5200, Grand Forks, North Dakota 58206, or at the Grand Forks Builders & Traders.
Maureen Storstad
Director of Finance & Administrative Services
(SEAL)
(March 8 & 15, 2023) 200779

**ADVERTISEMENT FOR CONSTRUCTION BIDS**

Bids for the construction of 2023 Asphalt Street Repairs, Project No. 8616 will be received no later than 2:00 p.m. on Thursday, March 23rd, 2023. For this project, bids will only be received and accepted via the online electronic bid service through QuestCDN.com. To access the electronic bid form, download the project documents and click on the online bid button at the top of the bid advertisement page. Prospective bidders must be on the Planholder list through QuestCDN for bids to be accepted. Project scope of work includes the following approximate quantities:
175 TN of Asphalt Pavement for Streets, 10 CY of Granular Material in Place, 25 LF of Curb and Gutter, 75 SF of 4" Concrete Sidewalk, and other miscellaneous items.
Each bid must have a pdf document (uploaded to Quest VirtuBid) which contains an acceptable bidder's bond in a sum equal to five percent of the full amount of the bid, executed by the bidder as principal and by a surety, conditioned that if the principal's bid be accepted and the contract awarded to the principal, the principal, within ten days after notice of award, will execute a contract in accordance with the term of the bid and a contractor's bond as required by law and the regulations and determinations of the Grand Forks City Council.
Each bid shall also contain a pdf document (uploaded to Quest VirtuBid) of the license or certificate of renewal thereof issued by the secretary of state which will be uploaded. Bidder must be licensed for the full amount of the bid. No bid will be read or considered which does not fully comply with the above provisions as to bond and license.
The City Council reserves the right to reject any or all bids and/or to waive any informality in the bids received and to accept any bid deemed to be most favorable to the interest of the City of Grand Forks. The work, if awarded, shall be completed by September 15, 2023.
Complete digital project bidding documents are available at http://www.grandforksgov.com/business/bids-rfp/-fsiteid-1 or www.questcdn.com. You may view the digital plan documents for free by entering Quest project #8407455 on the Project Search page and selecting "View Plans". Documents may be downloaded for $22.00 and bidders will be charged a fee of $42.00 to submit a bid electronically. Please contact QuestCDN.com at 952-233-1632 or info@questcdn.com for assistance in free membership registration, downloading, online bidding and working with this digital project information. An optional paper set of project plans, specifications, bidding instructions, and proposals may be seen at the office of the Grand Forks City Engineer, (701-746-2640) 255 North 4th St., P. O. Box 5200, Grand Forks, North Dakota 58206, or at the Grand Forks Builders & Traders.
Maureen Storstad
Director of Finance & Administrative Services
(SEAL)
(March 8 &15, 2023) 200780

Moraine Township Annual Meeting 2pm March 21st, 2023 at Bethel Church
*note discussion of taking back zoning authority from county
Contact: Tracy 218 791 2388
(March 15, 2023) 202621

PUBLIC NOTICE

INVITATION TO BID PROJECT: University of North Dakota – Merrifield Hall Grand Forks, North Dakota. Bid Package: #3 Rough Carpentry, Millwork/Casework and Countertops, Waterproofing & Rigid Insulation, Frames, Doors and Hardware Supply, Curtain Wall and Storefront Supply & Install, Framing and Drywall, Tiling, Acoustical Ceiling & Sound-Absorbing Wall and Ceiling Units, Flooring, Terrazzo Patch & Refinish, Painting and Wallcoverings, Visual Display Units Supply, Signage, Toilet Accessories and Mirror Supply, Wall and Door Protection Supply, Fire Protection Specialties Supply, Projection Screens, Window Shades, Hardscapes, Landscaping, Misc. Metals/stairs supply, Misc. Metals/Stairs Install, site concrete, fireplace supply, Expansion Joint Supply, Artificial Green Wall, Metal Panels, Tuckpointing, Surveying. BIDS CLOSE: Wednesday, 05 April 2023 at 2:00 PM CST with a virtual bid opening. DATE ISSUED: Wednesday, 08 March 2023 BY: PCL Construction Services, Inc/ Community Contractors, Inc., a Joint Venture. OUTLINE OF PROJECT: UND Merrifield Hall in Grand Forks, ND is an existing building of approximately 75,000 square feet. This project will renovate all four stories of the building (with a penthouse) including new walls, flooring, ceiling, MEP, and a new elevator. At the exterior facade, all windows & doors will be replaced, a new curtain-wall at the east elevation facing the quad, and a skyway bridge connecting to Twamley (Skyway as an Alternate). Sitework includes a new entrance, landscaping, and sidewalks. The project duration is approximately 15 months. TYPE OF BIDS: Separate bids will be received for the Bid Packages as listed above and described in Section 00 24 13 – Scopes of Work. CONSTRUCTION MANAGER: PCL/Community, a Joint Venture. The contracts will be with PCL/Community, a Joint Venture. THE OWNER: University of North Dakota 3791 Campus Road Stop 7107; Grand Forks, ND 58202. BID LOCATION: Community Contractors 4297 16th Ave. N, Grand Forks, ND Phone: (701)-772-2111 Fax: (701)-772-7049 Attn: Derrick Deering. Bids received after the designated time will not be accepted. It is the bidder's responsibility to verify that mailed, faxed, emailed or delivered bids are in the hands of PCL/Community, a Joint Venture, prior to the time of the bid opening. OBTAINING DOCUMENTS: Drawings and Specifications may be obtained by contacting Derrick Deering at dddeering@pcl.com or (320) 309-2650, please include contact information in email request. NORTH DAKOTA LAW: All bidders must be licensed for the full amount of their bids, as provided by North Dakota Century Code Section 43 07-05 and 43-07-12; and no bid will be read or considered which does not fully comply with the above provisions as to bond and licenses, and any deficient bid submitted will be sealed and returned to the bidder immediately. THE CONSTRUCTION MANAGER & OWNER reserve the right to reject & hold any or all bids for 90 days after the date fixed for opening thereof.
(March 8, 15 & 22, 2023) 200981

Laura D. Cobb (ND #08704)
OLSON, JUNTUNEN,
SANDBERG & BOETTNER
322 Demers Avenue, Suite 400
P.O. Box 5788
Grand Forks, ND 58206-5788
(701) 775-4688
lauradcobb@ojs-law.com
Attorneys for:
Personal Representative
Probate No. 18-2023-PR-00033
IN THE DISTRICT COURT OF GRAND FORKS COUNTY, STATE OF NORTH DAKOTA
In the Matter of the Estate of Norman Heron, Deceased.

**NOTICE TO CREDITORS**

**NOTICE IS HEREBY GIVEN** that the undersigned has been appointed Personal Representative of the above estate. All persons having claims against the said deceased are required to present their claims within three months after the date of the first publication of this notice or said claims will be forever barred. Claims must either be presented to Jeremy Grube, Personal Representative of the estate, at Olson, Juntunen, Sandberg & Boettner, c/o Laura D. Cobb, PO Box 5788, Grand Forks, ND 58206, or filed with the Court.
Dated this 23rd day of February, 2023.
Jeremy Grube
Personal Representative
Laura D. Cobb
OLSON, JUNTUNEN,
SANDBERG & BOETTNER
322 Demers Avenue, Suite 400
P.O. Box 5788
Grand Forks, ND 58206-5788
Attorney for
Personal Representative
First publication on the 8th day of March, 2023.
(March 8, 15 & 22, 2023) 200736

**REQUEST FOR PROPOSALS**

Notice is hereby given that the Grand Forks Public School District No. 1 in Grand Forks, North Dakota will receive sealed Request for Proposals in the office of the Grand Forks Public Schools Business Manager, 2400 47th Ave South, Grand Forks, ND, until Tuesday, March 23rd, 2023, at 3:00 pm local time. All proposals received after the scheduled time will be returned unopened and not considered.
Services being sought:
1. Copier lease agreement to school sites in Grand Forks and Grand Forks Air Force in ND.
Questions pertaining to the RFP and other inquiries may be directed to Brandon Baumbach, Business Manager, at:
bbaumbach020@mygfschools.org or at 701-746-2200.
The School District reserves the right to hold all legitimate bids for a period of thirty (30) days after the date fixed for the opening thereof. The School District further reserves the right to reject any and all bids or portions thereof and to waive irregularities, and the School District shall incur no legal liability for the payment of any monies until the contract is awarded and approved by the proper authorities. It is the bidder's responsibility to confirm receipt of proposal.
Dated this 27th day of February 2023.
/s/ Brandon Baumbach
Brandon Baumbach,
Business Manager
Grand Forks Public Schools
2400 47th Ave South
Grand Forks, North Dakota 58201
(March 8 & 15, 2023) 200748

PUBLIC NOTICE

**STATE OF NORTH DAKOTA COUNTY OF STARK IN DISTRICT COURT SOUTHWEST JUDICIAL DISTRICT**

State of North Dakota, by and through the Office of State Tax Commissioner,
Plaintiff,
vs.
Remigio Lopez, personally as Responsible Member, Las Margaritas LLC,
Defendant.
Civil No. 45-2023-CV-00160
SUMMONS
THE STATE OF NORTH DAKOTA TO THE ABOVE NAMED DEFENDANT:
YOU ARE HEREBY SUMMONED and required to appear and defend against the Complaint in this action, which is herewith served upon you and has been filed with the Clerk of the District Court in the county in which this action is commenced, by serving upon the undersigned an Answer or other proper response within twenty-one (21) days after the service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.
Dated this 9th day of March, 2023, at Bismarck, North Dakota.
/s/ Charles Dendy
Charles Dendy (State Bar Board Id. 05877)
Special Assistant Attorney General
Office of State Tax Commissioner
600 East Boulevard Avenue
Bismarck, North Dakota 58505-0599
(701)328-2776
Fax (701) 328-7700
Email cdendy@nd.gov
Attorney for Plaintiff
(March 15, 22 & 29, 2023) 202780

REQUEST FOR PROPOSALS
Notice is hereby given that the Grand Forks Public School District No. 1 in Grand Forks, North Dakota will receive sealed Request for Proposals in the office of the Grand Forks Public Schools Business Manager, 2400 47th Ave South, Grand Forks, ND, until Tuesday, March 23rd, 2023, at 3:00 pm local time. All proposals received after the scheduled time will be returned unopened and not considered.
Services being sought:
1. Copier lease agreement to school sites in Grand Forks and Grand Forks Air Force in ND.
Questions pertaining to the RFP and other inquiries may be directed to Brandon Baumbach, Business Manager, at: bbaumbach020@mygfschools.org or at 701-746-2200.
The School District reserves the right to hold all legitimate bids for a period of thirty (30) days after the date fixed for the opening thereof. The School District further reserves the right to reject any and all bids or portions thereof and to waive irregularities, and the School District shall incur no legal liability for the payment of any monies until the contract is awarded and approved by the proper authorities. It is the bidder's responsibility to confirm receipt of proposal.
Dated this 27th day of February 2023.
/s/ Brandon Baumbach
Brandon Baumbach, Business Manager
Grand Forks Public Schools
2400 47th Ave South
Grand Forks, North Dakota 58201
(March 8 & 15, 2023)

Probate No. 18-2023-PR-23
**IN THE DISTRICT COURT OF GRAND FORKS COUNTY STATE OF NORTH DAKOTA**
**In the Matter of the Estate of Olaf Sherman Rorvig, Deceased**

**NOTICE TO CREDITORS**

NOTICE IS HEREBY GIVEN that Dawn Renae Rorvig and Bradley Michael Rorvig have been appointed co-personal representatives of the above estate. All persons having claims against the said deceased are required to present their claims within three (3) months after the date of the first publication of this notice or said claims will be forever barred. Claims must either be presented to Schull Law, P.L.L.C., attorney for Dawn Renae Rorvig, Co-Personal Representative of the Estate, at 1397 Library Circle, Suite 100, Grand Forks, North Dakota, 58201, or filed with the Court.
Dated this 22nd day of February 2023.
/s/ Diane L. Schull
Diane L. Schull, #08431
SCHULL LAW, P.L.L.C.
1397 Library Circle, Suite 100
Grand Forks ND 58201
Telephone: (701) 885-4975
Email: diane@schulllaw.com
**Attorney for Co-Personal Representative**
**Dawn Renae Rorvig**
(March 1, 8 & 15, 2023) 198119

Probate No. 18-2023-PR-24
**IN THE DISTRICT COURT OF GRAND FORKS COUNTY STATE OF NORTH DAKOTA**
**In the Matter of the Estate of Donna Jean Rorvig, Deceased**

**NOTICE TO CREDITORS**

NOTICE IS HEREBY GIVEN that Dawn Renae Rorvig and Bradley Michael Rorvig have been appointed co-personal representatives of the above estate. All persons having claims against the said deceased are required to present their claims within three (3) months after the date of the first publication of this notice or said claims will be forever barred. Claims must either be presented to Schull Law, P.L.L.C., attorney for Dawn Renae Rorvig, Co-Personal Representative of the Estate, at 1397 Library Circle, Suite 100, Grand Forks, North Dakota, 58201, or filed with the Court.
Dated this 22nd day of February 2023.
/s/ Diane L. Schull
Diane L. Schull, #08431
SCHULL LAW, P.L.L.C.
1397 Library Circle, Suite 100
Grand Forks ND 58201
Telephone: (701) 885-4975
Email: diane@schulllaw.com
**Attorney for Co-Personal Representative**
**Dawn Renae Rorvig**
(March 1, 8 & 15, 2023) 198123

The Walle Township annual meeting is scheduled for 4:30 pm, March 21 at East Walle Lutheran Church, 794 7th st NE, Thompson, ND. Officers will be elected and other business addressed.
(March 15, 2023) 203158

**TO PLACE A CLASSIFIED AD:**
Call 888-857-1920 or email classifieds@classifiedsfcc.com

PUBLIC NOTICE

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § | (Jointly Administered) |

**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On December 21, 2022 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**"). Set forth below are the name, federal tax identification number and the case number for each of the Debtors: **DEBTOR, EIN, CASE NO.:** Core Scientific Mining LLC, 92-1386971, 22-90340 (DRJ); Core Scientific, Inc.[2] (f/k/a Power & Digital Infrastructure Acquisition Corp., XPDI and Core Scientific Holdings Co.), 86-1243837, 22-90341 (DRJ); Core Scientific Acquired Mining LLC (f/k/a Blockcap, Inc.), 92-2226074, 22-90342 (DRJ); Core Scientific Operating Company (f/k/a Core Scientific, Inc.[3] and MineCo Holdings, Inc.), 82-3805526, 22-90343 (DRJ); Radar Relay, Inc. (f/k/a Radar Relay, LLC), 82-3430496, 22-90344 (DRJ); Core Scientific Specialty Mining (Oklahoma) LLC (f/k/a GPU One Holdings, LLC), 84-5164327, 22-90345 (DRJ); American Property Acquisition, LLC, 82-5490825, 22-90346 (DRJ); Starboard Capital LLC, 36-4896677, 22-90347 (DRJ); RADAR, LLC, 84-4125106, 22-90348 (DRJ); American Property Acquisitions I, LLC (f/k/a 155 Palmer Lane, LLC.), 82-5469717, 22-90349 (DRJ); American Property Acquisitions VII, LLC, 83-1663198, 22-90350 (DRJ).

2. On March 9, 2023, the Court entered an order (Docket No. 652) (the "**Bar Date Order**")[4] establishing certain deadlines for the filing of proofs of claim in the Debtors' chapter 11 cases.

3. Pursuant to the Bar Date Order, all persons, entities, and Governmental Units who have a claim or potential claim, including any claims under section 503(b)(9) of the Bankruptcy Code,[5] against any of the Debtors that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **April 14, 2023 at 5:00 p.m. (prevailing Central Time)** for general creditors (the "**General Bar Date**") and **June 19, 2023 at 5:00 p.m. (prevailing Central Time) for Governmental Units** (the "**Governmental Bar Date**," and together with the General Bar Date, the "**Bar Dates**"), by (i) submitting such Proof(s) of Claim electronically through Stretto, Inc. ("**Stretto**"), at https://cases.stretto.com/CoreScientific; (ii) filing such Proof(s) of Claim electronically through PACER (Public Access to Court Electronic Records), at https://ecf.txsb.uscourts.gov; or (iii) by delivering the original proof(s) of claim to Stretto by mail or hand delivery at the following address: **Stretto Address for Receipt of Claims:** Core Scientific, Inc., et al. Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602.

**PROOFS OF CLAIM SENT BY FACSIMILE OR E-MAIL WILL NOT BE ACCEPTED.**

4. The Bar Dates apply to all claims against the Debtors arising under section 503(b)(9) of the Bankruptcy Code; provided, however, that the Bar Dates do not apply to the Excluded Claims listed in paragraph eight (8) of the Bar Date Order.

5. **ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE BAR DATE IN ACCORDANCE WITH THE INSTRUCTIONS ABOVE WILL NOT BE TREATED AS A CREDITOR FOR PURPOSES OF VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THE CHAPTER 11 CASES.**

6. Proof of claim forms and a copy of the Bar Date Order may be obtained by visiting https://cases.stretto.com/CoreScientific, maintained by the Debtors' claims and noticing agent, Stretto. Stretto cannot advise you how to file, or whether you should file, a proof of claim. Questions concerning the contents of this Notice and requests for copies of filed proofs of claim should be directed to Stretto by email at TeamCoreScientific@stretto.com or phone by calling Stretto at 949.404.4152 (Toll-Free Number within the U.S./Canada) and 888.765.7875 (International). Please note that neither Stretto's staff, counsel to the Debtors, nor the Clerk of the Court's Office is permitted to give you legal advice.

**A HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[3] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[4] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

[5] A claim arising under section 503(b)(9) of the Bankruptcy code is a claim arising from the value of any goods received by the Debtors within twenty (20) days before Petition Date, provided that the goods were sold to the Debtors in the ordinary course of the Debtors' business.

**RESOLUTION OF NECESSITY**
**Paving District No. 771 , Project No. 8573**

RESOLVED That the city council has received and considered the report of the city engineer as to the general nature, purpose and feasibility of the proposed paving in and for Paving District No. 771, designated as Project No. 8573 , and an estimate of the probable cost of the work, and approves the report and directs it to be filed in the city auditor's office, where any person interested may examine it, and directs the engineer to prepare detailed plans and specifications for construction of the improvement and determines that it is necessary to make the improvement as described in the report, to-wit: Purpose and general nature: Improvement of the municipal system serving the district by construction of paving street lighting.
**Location: Project location area consists of** Legend Land from 28th Ave S to Southern leg of Legend Lane.
FURTHER RESOLVED That special assessments for the improvement shall be levied upon properties within the boundaries of the district as heretofore created, to-wit: **To serve the area of**
Butler's Addition: Lots 1 & 2 Less 13 sq' for Street Right of Way Plus Lot A, Lots 6, 7, 8 & B, Block 1;
Legend Sub-Division: Lots 1 – 8, Block 2; Lots 2 – 4 & 10 – 12, Block 3; Lots 1 – 3 & 9 – 11, Block 4;
Satrom's First Addition: Lot 1, Block 1;
Satrom's Second Resubdivision:Lot 1, Block 1;
Sunset Acres 3rd Addition: Lots C, D, E, Block 6
FURTHER RESOLVED That the entire cost, except such part not exceeding one-fifth as the city council may direct to be paid by general taxation, shall be paid by the levy of special assessments upon such properties in amounts proportionate to and not exceed the benefits to be received by them from the improvement, as determined by the Special Assessment Commission and the city council after hearings as required by law.
FURTHER RESOLVED That the City proposes to undertake the acquisition and construction of the project described above (the "Project") and to make original expenditures with respect thereto prior to the issuance of reimbursement bonds, and reasonably expects to issue reimbursement bonds, in one or more series, for the Project in a principal amount not to exceed **$180,980.80**. Other than (i) de minimis amounts permitted to be reimbursed pursuant to Section 1.150-2(f)(1) of the Income Tax Regulations (the "Regulations") or (ii) expenditures constituting preliminary expenditures as defined in Section 1.150-2(f)(2) of the Regulations, the City will not seek reimbursement for any original expenditures with respect to the foregoing Project paid more than 60 days prior to the date of adoption of this resolution. All original expenditures for which reimbursement is sought will be capital expenditures or costs of issuance of the reimbursement bonds.
FURTHER RESOLVED That this resolution shall be published once each week for two consecutive weeks in the official newspaper, and the city council shall at its regular meeting to be held **April 17, 2023**, to hear and determine the sufficiency of any written protests which owners of property within the district may file with the city auditor within thirty days after the first publication.
Done by order of the city council of the City of Grand Forks, North Dakota, this 21st day of February 2023
Maureen Storstad, City Auditor
Approved this 21st day of February , 2023
Brandon Bochenski, Mayor
(March 15 & 22, 2023)

S 12TH ST
27TH AVE S
S 11TH ST
S 10TH ST
OLIVE ST
28TH AVE S
SHADOW RD
S 10TH ST
29TH AVE S
29TH AVE S
U.S. HIGHWAY NO. 81
SOUTH WASHINGTON ST
SHADOW RD
LEGEND LANE
SLEEPY HOLLOW DR
32ND AVE S
ADAMS AVE
PAVING FOR
LEGEND LANE (28TH AVE S TO LEGEND LANE)
LEGEND
PROJECT # 8573
DISTRICT # 771
ASSESSMENT DISTRICT BOUNDARY
PROJECT LIMITS

START YOUR
CAREER HERE.
jobsHQ
JOBSHQ.COM

Forum
Communications
Company

# **Exhibit F**

Muskogee Phoenix Affidavit of Publication

# AFFIDAVIT OF PUBLICATION

County of Muskogee, State of Oklahoma

**The Muskogee Phoenix**
214 Wall St
Muskogee, Ok, 74402
918-684-2858

**CASE:**
R3100010
Deadline for Filing Proofs of Claim

I, **Kristina Hight,** of lawful age, being duly sworn upon oath, deposes and says that I am the Classified Advisor of The Muskogee Phoenix, a daily/weekly publication that is a "legal newspaper" as that phrase is defined in 25 O.S. § 106, as amended to date, for the City of Muskogee, for the County of Muskogee, in the State of Oklahoma. The attachment hereto contains a true and correct copy of what was published in the regular edition of said newspaper, and not in a supplement, in consecutive issues on the following dates:

**PUBLICATIONS: March 16, 2023**

[signature]
Kristina Hight

Signed and sworn to before me on this 16 day of March, 2023.

[signature]
Julia McWethy, Notary Public
My Commission expires: 10-17-2025
Commission # 17009583

(SEAL)

NOTARY SEAL PUBLIC
JULIA McWETHY
Notary Public in and for the State of Oklahoma
Commission #17009583
My Commission expires 10/17/2025

Accnt: 10858

Fee: $

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § | (Jointly Administered) |

**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On December 21, 2022 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**"). Set forth below are the name, federal tax identification number and the case number for each of the Debtors: **DEBTOR, EIN, CASE NO.:** Core Scientific Mining LLC, 92-1386971, 22-90340 (DRJ); Core Scientific, Inc.[2] (f/k/a Power & Digital Infrastructure Acquisition Corp., XPDI and Core Scientific Holdings Co.), 86-1243837, 22-90341 (DRJ); Core Scientific Acquired Mining LLC (f/k/a Blockcap, Inc.), 92-2226074, 22-90342 (DRJ); Core Scientific Operating Company (f/k/a Core Scientific, Inc.[3] and MineCo Holdings, Inc.), 82-3805526, 22-90343 (DRJ); Radar Relay, Inc. (f/k/a Radar Relay, LLC), 82-3430496, 22-90344 (DRJ); Core Scientific Specialty Mining (Oklahoma) LLC (f/k/a GPU One Holdings, LLC), 84-5164327, 22-90345 (DRJ); American Property Acquisition, LLC, 82-5490825, 22-90346 (DRJ); Starboard Capital LLC, 36-4896677, 22-90347 (DRJ); RADAR, LLC, 84-4125106, 22-90348 (DRJ); American Property Acquisitions I, LLC (f/k/a 155 Palmer Lane, LLC.), 82-5469717, 22-90349 (DRJ); American Property Acquisitions VII, LLC, 83-1663198, 22-90350 (DRJ).

2. On March 9, 2023, the Court entered an order (Docket No. 652) (the "**Bar Date Order**")[4] establishing certain deadlines for the filing of proofs of claim in the Debtors' chapter 11 cases.

3. Pursuant to the Bar Date Order, all persons, entities, and Governmental Units who have a claim or potential claim, including any claims under section 503(b)(9) of the Bankruptcy Code,[5] against any of the Debtors that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **April 14, 2023 at 5:00 p.m. (prevailing Central Time)** for general creditors (the "**General Bar Date**") and **June 19, 2023 at 5:00 p.m. (prevailing Central Time)** for Governmental Units (the "**Governmental Bar Date,**" and together with the General Bar Date, the "**Bar Dates**"), by (i) submitting such Proof(s) of Claim electronically through Stretto, Inc. ("**Stretto**"), at https://cases.stretto.com/CoreScientific; (ii) filing such Proof(s) of Claim electronically through PACER (Public Access to Court Electronic Records), at https://ecf.txsb.uscourts.gov; or (iii) by delivering the original proof(s) of claim to Stretto by mail or hand delivery at the following address: **Stretto Address for Receipt of Claims:** Core Scientific, Inc., et al. Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602.

**PROOFS OF CLAIM SENT BY FACSIMILE OR E-MAIL WILL NOT BE ACCEPTED.**

4. The Bar Dates apply to all claims against the Debtors arising under section 503(b)(9) of the Bankruptcy Code; provided, however, that the Bar Dates do not apply to the Excluded Claims listed in paragraph eight (8) of the Bar Date Order.

5. **ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE BAR DATE IN ACCORDANCE WITH THE INSTRUCTIONS ABOVE WILL NOT BE TREATED AS A CREDITOR FOR PURPOSES OF VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THE CHAPTER 11 CASES.**

6. Proof of claim forms and a copy of the Bar Date Order may be obtained by visiting https://cases.stretto.com/CoreScientific, maintained by the Debtors' claims and noticing agent, Stretto. Stretto cannot advise you how to file, or whether you should file, a proof of claim. Questions concerning the contents of this Notice and requests for copies of filed proofs of claim should be directed to Stretto through email at TeamCoreScientific@stretto.com or phone by calling Stretto at 949.404.4152 (Toll-Free Number within the U.S./Canada) and 888.765.7875 (International). Please note that neither Stretto's staff, counsel to the Debtors, nor the Clerk of the Court's Office is permitted to give you legal advice.

**A HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[3] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[4] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

[5] A claim arising under section 503(b)(9) of the Bankruptcy code is a claim arising from the value of any goods received by the Debtors within twenty (20) days before Petition Date, provided that the goods were sold to the Debtors in the ordinary course of the Debtors' business.




CLASSIFIEDS Muskogee Phoenix Thursday, March 16, 2023—Page 9

Muskogee
Phoenix

muskogeephoenix.com

# Classifieds

FREE PRIVATE PARTY CLASSIFIED EVERY DAY!

- Items priced $300 or less.
- Must list price & phone number in ad.
- Excludes pets, vehicles & garage sale ads.
- Limit 1 item per customer.
- Runs 3 days M-F only.

View the Classifieds Online at: www.muskogeephoenix.com

**Place a classified**
Call 918-684-2803 or send a Fax 918.684-2878
or Place your ad online 24/7 @www.muskogeephoenix.com
*Hours are 8:00 am - 5:00 pm Monday to Friday*
We Accept

AUTOS
powered by AutoConX

Featured Vehicle

**If you would like to advertise in this space call 918-684-2803.**

HOMES
powered by Zillow

Featured Home

**If you would like to advertise in this space call 918-684-2803.**

JOBS
powered by monster.com

Featured Job

**If you would like to advertise in this space call 918-684-2803.**

SHOP
Shop Local!

the Day

**If you would like to advertise in this space call 918-684-2803.**

## 225 GENERAL HELP WANTED

**ST. PAUL UMC has a job opening for a paid Site Supervisor for Project Transformation reading camp in June & July. For more info email: pt@stpaulmuskogee.com or call 918-687-7571.**

Shop The
Phoenix
Classifieds
918-684-2803

## 450 MISC. ITEMS WANTED

**WE WILL haul off Mowers, Cars, 4 Wheelers, Farm Equipment, & metals of any kind, & Misc. Will also clean out garages and buildings.... "No trash or mattresses" Will also Haul Off ANYTHING out of Fields & Pastures. 918-360-1983**

## 455 MISCELLANEOUS MERCHANDISE

**ALEXANDER DRIVING SCHOOL**
**Classes start April 8**
**ENROLL NOW!!**
**918.683.8244**
**918.441.1115**
**alexanderdrivereducationschool.com**

**CLEANING, MAKE READY, HANDYMAN & HAUL OFF SERVICES**

**WE SERVICE MUSKOGEE, TAHLEQUAH, TULSA & ALL SURROUNDING AREAS!**

We do make remodels. Make readys, handyman services, One time cleaning, deep cleaning, move outs, move ins, Make ready, post construction, commercial, Airbnb/vacation rental turnovers, haul off & all things cleaning.
**FREE ESTIMATES**
Find us on Facebook, Instagram & Google Buisness .
(918) 732-9476
tulsahomeservices918@gmail.com
Tulsa Home Services

Spend it here,
keep it here,
BUY LOCAL
SHOP LOCAL!
SHOP MUSKOGEE!
Phoenix

## 455 MISCELLANEOUS MERCHANDISE

**LOST WALLET**
If you found a BLACK OBLONG ZIPPER-TOP clutch style wallet at Walmart over 2 weeks ago, in a shoppog cart, please give me a call
**918-869-2273**

## 610 HOMES FOR RENT

**LEASE TO OWN AT A BARGAIN PRICE. FURNISHED 4** bedroom, newly remodeled, fenced backyard detached garage, eastside.
**$700 + Dep**
**Call 918-781-3850**

## 730 AUTOS

**ACT NOW INSURANCE**

***Low Rates***
***M-Fri 8:30-6 & Sat 11-4***
***Auto*Home*Life***
**2311 Monta Ave Corner of S. York/Monta**
**918-687-1112**
**Call Traci McGee**

I ♥ THE CLASSIFIEDS

**PUBLISHER'S NOTICE:**
All real estate advertised herein is subject to the Federal Fair Housing Act, which makes it illegal to advertise "any preference, limitation, or discrimination because of race, color, religion, sex, handicap, familial status or national origin, or intention to make any such preference, limitation or discrimination."

This newspaper will not knowingly accept any advertising for real estate which is in violation of the law. All persons are hereby informed that all dwellings advertised are available on an equal opportunity basis.

EQUAL HOUSING
OPPORTUNITY

# DELIVERY DRIVER

The Muskogee Phoenix
is accepting applications for
1 Part Time Delivery Driver Position.
The Phoenix supplies the Van to drive, pikepass and fuel.
Applicants must possess a Class D Driver's License with proof of personal vehicle insurance and must pass a MVR check prior to hiring.
Forklift Operator Required.
The work Schedule for each week would be :
Mon-Fri 10pm-6am
Sat 6pm-8pm
Duties include driving & delivery by pallet jack or several bulk skids to Claremore, Pryor, Tahlequah, and/or McAlester.
Approx. 32 hrs/week.
Applications may be filled out between
8:30am & 4:30pm
Monday-Friday
Muskogee Phoenix
214 Wall St.
NO PHONE CALLS PLEASE

MUSKOGEE
Phoenix
muskogeephoenix.com

# MAILROOM

Immediate Openings

THE MUSKOGEE PHOENIX

Positions Available

Less than 30 hours per week.
Applicants please apply in person.
Please fill out application between 8am and 4:30pm M-F.

Muskogee Phoenix
214 Wall St.
***NO PHONE CALLS PLEASE***

MUSKOGEE
Phoenix
muskogeephoenix.com

## WORDY GURDY®

BY TRICKY RICKY KANE

Every answer is a rhyming pair of words (like FAT CAT and DOUBLE TROUBLE), and they will fit in the letter squares. The number after the definition tells you how many syllables in each word.

© 2023 UFS, Dist. by Andrews McMeel for UFS

1. Pledge drive giveaway bag memo (1)
2. Conifer tree backbone (1)
3. Way-against-the-odds run of luck (1)
4. Tiny slice of pie donor (2)
5. Primarily in a conceited manner (2)
6. Factory's research-funding awards (1)
7. Emotionally emptier devotee of a leader (3)

3-16-23

ANSWERS
1. TOTE NOTE 2. PINE SPINE 3. FREAK STREAK 4. SLIVER GIVER 5. MAINLY VAINLY 6. PLANTS GRANTS 7. HOLLOWER FOLLOWER

## DARK SIDE OF THE HORSE

Samson

OPTIMISM

PESSIMISM

REALISM

# PUBLIC NOTICES

**Published in The Muskogee Phoenix March 9 & 16, 2023**

**IN THE DISTRICT COURT IN AND FOR MUSKOGEE COUNTY STATE OF OKLAHOMA**

**U.S. BANK NATIONAL ASSOCIATION; Plaintiff**

**vs.**

**JORGE M. BERMUDES A/K/A JORGE M. BERMUDEZ, A/K/A JORGE MARIO BURMUDEZ; ASHLEY D. BERMUDES A/K/A ASHLEY BERMUDES, A/K/A ASHLEY DAWN BERMUDES, A/K/A ASHLEY BERMUDEZ, A/K/A ASHLEY DAWN SMITH; et al., Defendants.**

**Case No. CJ-2018-455**

**Judge Loge, Orvil**

**NOTICE OF SALE OF LAND UNDER EXECUTION**

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Notice is hereby given that on the 13 day of April, 2023, at 10 o'clock, A.M., (location at Courthouse or Room #), court room 3, of the Muskogee County Courthouse in Muskogee, Oklahoma, the undersigned Sheriff will offer for sale and sell for cash to the highest and best bidder, subject to real estate ad valorem taxes, superior or special assessments and all interests of record, if any, except the Mortgage and interests foreclosed herein on the following described real property, to-wit:

**The North 50 feet of Lot 6 and the South 10 feet of Lot 7 in Block 27, Martin Miller Reid Addition to the City of Muskogee, Muskogee County, Oklahoma, commonly known as 1116 Maple Street, Muskogee, OK 74403 (the "Property")**

Sale will be made pursuant to a Special Execution and Order of Sale issued out of the office of the Court Clerk in and for Muskogee County, Oklahoma, and pursuant to said judgment reserving the right of Plaintiff to recall said execution by oral announcement and/or order of the Court, prior to the sale, said judgment entered in the District Court in and for said County, State of Oklahoma, in Case No. CJ-2018-455, entitled U.S. Bank National Association, Plaintiff, vs. Jorge M. Bermudes a/k/a Jorge M. Bermudez, a/k/a Jorge Mario Burmudez; Ashley D. Bermudes a/k/a Ashley Bermudes, a/k/a Ashley Dawn Bermudes, a/k/a Ashley Bermudez, a/k/a Ashley Dawn Smith, et al., Defendants, to satisfy:

**FIRST:** The costs of said action accrued and accruing;

**SECOND:** The judgment and first lien of the Plaintiff, U.S. Bank National Association, in the sum of $35,015.12 with interest thereon at the rate of 6% per annum, as adjusted, if applicable, from December 1, 2017, until paid; advances for taxes, insurance and preservation expenses, accrued and accruing; abstracting expenses, accrued and accruing; bankruptcy fees and costs, if any; and an attorney's fee, plus costs, with interest thereon at the same rate, until paid.

Persons or other entities having interest in the property, including those whose actual addresses are unknown and persons or other entities who have or may have unknown successors and such unknown successors are hereby notified are: Jorge M. Bermudes a/k/a Jorge M. Bermudez, a/k/a Jorge Mario Burmudez; Ashley D. Bermudes a/k/a Ashley Bermudes, a/k/a Ashley Dawn Bermudes, a/k/a Ashley Bermudez, a/k/a Ashley Dawn Smith; Spouse of Ashley D. Bermudes a/k/a Ashley Burmudes a/k/a Ashley Dawn Bermudes a/k/a Ashley Bermudez a/k/a Ashley Dawn Smith, if married; Occupants of the Premises a/k/a Chris Smith.

The property has been duly appraised in the sum of $25,000.00.

**WITNESS MY HAND** this 23 day of February ,2023.

Andy Simmons

By: Kimber Farris
Deputy

**KIVELL, RAYMENT AND FRANCIS**
A Professional Corporation
K. Renee' Davis, OBA #15161
Triad Center I, Suite 550
7666 East 61st Street
Tulsa, Oklahoma 74133
Telephone (918) 254-0626
Facsimile (918) 254-7915
E-mail: rdavis@kiv-ell.com
ATTORNEYS FOR PLAINTIFF

---

**Published in The Muskogee Phoenix March 16, 2023**

**IN THE DISTRICT COURT IN AND FOR MUSKOGEE COUNTY STATE OF OKLAHOMA**

**IN THE MATTER OF THE ESTATE OF LARRY DON BELL, DECEASED.**

**CASE NO. PB-2023-30**

**SECOND ALIAS NOTICE OF HEARING PETITION FOR LETTERS OF ADMINISTRATION AND DETERMINE IDENTITY OF ALL HEIRS, LEGATEES AND DEVISEES**

Notice is hereby given to all persons interested in the estate of Larry Don Bell, deceased, that on the 6th day of March, 2023, Anna Mae Milligan filed in said Court his petition praying that Letters of Administration on such estate be issued thereon to Anna Mae Milligan, and praying for an Order determining the identity of all heirs, legatees and devisees of decedent. Notice is further given that the 30th day of March, 2023, at 9:00 o'clock A.M., has been fixed as the time for hearing said Petition in the District Court room in Muskogee, in said County of Muskogee, State of Oklahoma, when and where any person interested may appear and contest the same.

**IN WITNESS WHEREOF**, I have hereunto set my hand and affixed the Seal of said District Court this 13th day of March, 2023.

Timothy King
JUDGE OF THE DISTRICT COURT

WRIGHT, STOUT & WILBURN, PLLC
ATTORNEYS FOR PERSONAL REPRESENTATIVE

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **CORE SCIENTIFIC, INC.,** ***et al.,*** | § | **Case No. 22-90341 (DRJ)** |
| **Debtors.**[1] | § | **(Jointly Administered)** |

**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On December 21, 2022 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**"). Set forth below are the name, federal tax identification number and the case number for each of the Debtors: **DEBTOR, EIN, CASE NO.:** Core Scientific Mining LLC, 92-1386971, 22-90340 (DRJ); Core Scientific, Inc.[2] (f/k/a Power & Digital Infrastructure Acquisition Corp., XPDI and Core Scientific Holdings Co.), 86-1243837, 22-90341 (DRJ); Core Scientific Acquired Mining LLC (f/k/a Blockcap, Inc.), 92-2226074, 22-90342 (DRJ); Core Scientific Operating Company (f/k/a Core Scientific, Inc.[3] and MineCo Holdings, Inc.), 82-3805526, 22-90343 (DRJ); Radar Relay, Inc. (f/k/a Radar Relay, LLC), 82-3430496, 22-90344 (DRJ); Core Scientific Specialty Mining (Oklahoma) LLC (f/k/a GPU One Holdings, LLC), 84-5164327, 22-90345 (DRJ); American Property Acquisition, LLC, 82-5490825, 22-90346 (DRJ); Starboard Capital LLC, 36-4896677, 22-90347 (DRJ); RADAR, LLC, 84-4125106, 22-90348 (DRJ); American Property Acquisitions I, LLC (f/k/a 155 Palmer Lane, LLC.), 82-5469717, 22-90349 (DRJ); American Property Acquisitions VII, LLC, 83-1663198, 22-90350 (DRJ).

2. On March 9, 2023, the Court entered an order (Docket No. 652) (the "**Bar Date Order**")[4] establishing certain deadlines for the filing of proofs of claim in the Debtors' chapter 11 cases.

3. Pursuant to the Bar Date Order, all persons, entities, and Governmental Units who have a claim or potential claim, including any claims under section 503(b)(9) of the Bankruptcy Code,[5] against any of the Debtors that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **April 14, 2023 at 5:00 p.m. (prevailing Central Time)** for general creditors (the "**General Bar Date**") and **June 19, 2023 at 5:00 p.m. (prevailing Central Time)** for Governmental Units (the "**Governmental Bar Date**," and together with the General Bar Date, the "**Bar Dates**"), by (i) submitting such Proof(s) of Claim electronically through Stretto, Inc. ("**Stretto**"), at https://cases.stretto.com/CoreScientific; (ii) filing such Proof(s) of Claim electronically through PACER (Public Access to Court Electronic Records), at https://ecf.txsb.uscourts.gov; or (iii) by delivering the original proof(s) of claim to Stretto by mail or hand delivery at the following address: **Stretto Address for Receipt of Claims:** Core Scientific, Inc., et al. Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602.

**PROOFS OF CLAIM SENT BY FACSIMILE OR E-MAIL WILL NOT BE ACCEPTED.**

4. The Bar Dates apply to all claims against the Debtors arising under section 503(b)(9) of the Bankruptcy Code; provided, however, that the Bar Dates do not apply to the Excluded Claims listed in paragraph eight (8) of the Bar Date Order.

5. **ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE BAR DATE IN ACCORDANCE WITH THE INSTRUCTIONS ABOVE WILL NOT BE TREATED AS A CREDITOR FOR PURPOSES OF VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THE CHAPTER 11 CASES.**

6. Proof of claim forms and a copy of the Bar Date Order may be obtained by visiting https://cases.stretto.com/CoreScientific, maintained by the Debtors' claims and noticing agent, Stretto. Stretto cannot advise you how to file, or whether you should file, a proof of claim. Questions concerning the contents of this Notice and requests for copies of filed proofs of claim should be directed to Stretto through email at TeamCoreScientific@stretto.com or phone by calling Stretto at 949.404.4152 (Toll-Free Number within the U.S./Canada) and 888.765.7875 (International). Please note that neither Stretto's staff, counsel to the Debtors, nor the Clerk of the Court's Office is permitted to give you legal advice.

**A HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[3] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[4] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

[5] A claim arising under section 503(b)(9) of the Bankruptcy code is a claim arising from the value of any goods received by the Debtors within twenty (20) days before Petition Date, provided that the goods were sold to the Debtors in the ordinary course of the Debtors' business.

CAXCA

# Exhibit G

Odessa American Affidavit of Publication

ODESSA AMERICAN

# Affidavit of Publication

**MILLER ADVERTISING AGENCY**

Bankruptcy Court

**THE STATE OF TEXAS COUNTY OF ECTOR**

Before me, the undersigned, a Notary Public in and for said County, State of Texas, on this day personally appeared **CATHY LONG** to me well known, and who, after being by me duly sworn and says that she is the **LEGAL CLERK** of the **ODESSA AMERICAN,** a newspaper published in Ector County, Texas AND electronically on www.oaoa.com; that a copy of the within and foregoing **LEGAL NOTICE** was published in said newspaper **1 time(s)** and the publication dates being as follows, to wit:

On the 15th day of March 2023

On the ______ day of ______ 2023

On the ______ day of ______ 2023

On the ______ day of ______ 2023

On the ______ day of ______ 2023

And a newspaper copy of which is hereto attached.

Cathy Long
Signature

Sworn to and subscribed before me this the 15 day of March, 2023

My Commission expires: 4-12-2026

STACEY REEVES
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES 04-12-2026
ID # 133701029

Stacey Reeves
Notary Public in and for Ector County, Texas

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **CORE SCIENTIFIC, INC., *et al.*,** | § | **Case No. 22-90341 (DRJ)** |
| **Debtors.**[1] | § | **(Jointly Administered)** |

**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On December 21, 2022 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**"). Set forth below are the name, federal tax identification number and the case number for each of the Debtors: **DEBTOR, EIN, CASE NO.:** Core Scientific Mining LLC, 92-1386971, 22-90340 (DRJ); Core Scientific, Inc.[2] (f/k/a Power & Digital Infrastructure Acquisition Corp., XPDI and Core Scientific Holdings Co.), 86-1243837, 22-90341 (DRJ); Core Scientific Acquired Mining LLC (f/k/a Blockcap, Inc.), 92-2226074, 22-90342 (DRJ); Core Scientific Operating Company (f/k/a Core Scientific, Inc.[3] and MineCo Holdings, Inc.), 82-3805526, 22-90343 (DRJ); Radar Relay, Inc. (f/k/a Radar Relay, LLC), 82-3430496, 22-90344 (DRJ); Core Scientific Specialty Mining (Oklahoma) LLC (f/k/a GPU One Holdings, LLC), 84-5164327, 22-90345 (DRJ); American Property Acquisition, LLC, 82-5490825, 22-90346 (DRJ); Starboard Capital LLC, 36-4896677, 22-90347 (DRJ); RADAR, LLC, 84-4125106, 22-90348 (DRJ); American Property Acquisitions I, LLC (f/k/a 155 Palmer Lane, LLC.), 82-5469717, 22-90349 (DRJ); American Property Acquisitions VII, LLC, 83-1663198, 22-90350 (DRJ).

2. On March 9, 2023, the Court entered an order (Docket No. 652) (the "**Bar Date Order**")[4] establishing certain deadlines for the filing of proofs of claim in the Debtors' chapter 11 cases.

3. Pursuant to the Bar Date Order, all persons, entities, and Governmental Units who have a claim or potential claim, including any claims under section 503(b)(9) of the Bankruptcy Code,[5] against any of the Debtors that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **April 14, 2023 at 5:00 p.m. (prevailing Central Time)** for general creditors (the "**General Bar Date**") and **June 19, 2023 at 5:00 p.m. (prevailing Central Time)** for Governmental Units (the "**Governmental Bar Date**," and together with the General Bar Date, the "**Bar Dates**"), by (i) submitting such Proof(s) of Claim electronically through Stretto, Inc. ("**Stretto**"), at https://cases.stretto.com/CoreScientific; (ii) filing such Proof(s) of Claim electronically through PACER (Public Access to Court Electronic Records), at https://ecf.txsb.uscourts.gov; or (iii) by delivering the original proof(s) of claim to Stretto by mail or hand delivery at the following address: **Stretto Address for Receipt of Claims:** Core Scientific, Inc., et al. Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602.

**PROOFS OF CLAIM SENT BY FACSIMILE OR E-MAIL WILL NOT BE ACCEPTED.**

4. The Bar Dates apply to all claims against the Debtors arising under section 503(b)(9) of the Bankruptcy Code; provided, however, that the Bar Dates do not apply to the Excluded Claims listed in paragraph eight (8) of the Bar Date Order.

5. **ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE BAR DATE IN ACCORDANCE WITH THE INSTRUCTIONS ABOVE WILL NOT BE TREATED AS A CREDITOR FOR PURPOSES OF VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THE CHAPTER 11 CASES.**

6. Proof of claim forms and a copy of the Bar Date Order may be obtained by visiting https://cases.stretto.com/CoreScientific, maintained by the Debtors' claims and noticing agent, Stretto. Stretto cannot advise you how to file, or whether you should file, a proof of claim. Questions concerning the contents of this Notice and requests for copies of filed proofs of claim should be directed to Stretto through email at TeamCoreScientific@stretto.com or phone by calling Stretto at 949.404.4152 (Toll-Free Number within the U.S./Canada) and 888.765.7875 (International). Please note that neither Stretto's staff, counsel to the Debtors, nor the Clerk of the Court's Office is permitted to give you legal advice.

**A HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[3] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[4] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

[5] A claim arising under section 503(b)(9) of the Bankruptcy code is a claim arising from the value of any goods received by the Debtors within twenty (20) days before Petition Date, provided that the goods were sold to the Debtors in the ordinary course of the Debtors' business.

## LEGAL NOTICE

To be published in the Odessa American on Wednesday, March 15th and Wednesday, March 29, 2023

NOTICE TO BIDDERS:
The Ector County Independent School District School Nutrition Department to receive sealed bids for **23-14SN (MILK AND DAIRY DELIVERY ITEMS)** electronically on our e-bid IONWAVE software, until **4:30 PM, Monday, April 3rd, 2023,** Central Time. Bids will then be publicly opened online and read. The full contents of this Bid may be obtained by calling 432.456.5969 or at https://ecisdbid.ionwave.net/CurrentSourcingEvents.aspx

**#3-37**

## LEGAL NOTICE

To be published in the Odessa American on Wednesday, March 15th and Wednesday, March 29, 2023

NOTICE TO BIDDERS:
The Ector County Independent School District School Nutrition Department to receive sealed bids for **23-15SN (BREAD DELIVERY ITEMS)** electronically on our e-bid IONWAVE software, until **9:00 AM, Monday, April 3rd, 2023,** Central Time. Bids will then be publicly opened online and read. The full contents of this Bid may be obtained by calling 432.456.5969 or https://ecisdbid.ionwave.net/CurrentSourcingEvents.aspx

**#3-38**

## LEGAL NOTICE

To be published in the Odessa American on Wednesday, March 15th and Wednesday, March 22, 2023

Ector County will accept sealed Request for Proposals (RFP) for the following:
Coliseum Complex Exterior Painting (Proposal #23-04-14-01).
The RFP will be evaluated using the following criteria: Qualifications/Experience, References, Sample of Previous Painting Jobs, and Pricing.
Payment will be made in accordance with Chapter 2251, Texas Government Code.
Specifications on the above may be obtained at the Ector County Purchasing Department, 1010 E. 8th Street, Room 110, Odessa, Texas 79761; or by e-mail request to daniel.ruiz@ectorcountytx.gov; or on the Ector County website http://www.co.ector.tx.us/page/ector.Bids.
The Ector County Commissioners' Court reserves the right to accept or reject any or all proposals.
The County of Ector does not discriminate on the basis of race, color, national origin, sex, age and disability in employment or the provision of services.
A Pre-Proposal meeting will be held at 10:00 A.M. (CST) on Thursday, March 23, 2023 at the Ector County Coliseum office, located at 4200 Andrews Hwy, Odessa, Texas 79762.
Sealed proposals must be sent to the attention of the Ector County Assistant Purchasing Agent, Daniel Ruiz, 1010 E. 8th Street, Room 110, Odessa, Texas 79761, on or before 2:00 P.M. (CST), April 14, 2023.
The proposals will be opened on the same date at 2:00 P.M. in the Commissioners' Courtroom, #120, Ector County Courthouse Annex, 1010 E. 8th Street, Odessa, Texas 79761.
Daniel Ruiz, MPA, CTCD, Ector County Assistant Purchasing Agent, (432) 498-4020.

**#3-47**

## LEGAL NOTICE

To be published in the Odessa American on Wednesday, March 15th and Wednesday, March 22, 2023

Ector County will accept sealed bids for the following:

42nd Street from FM 1936 to Knox Ave. Improvements (Bid #23-04-12-01).
The bids will be awarded on the basis of lowest bid to the most responsible bidder.
Payment will be made in accordance with Chapter 2251, Texas Government Code.
Specifications on the above may be obtained at the Ector County Purchasing Department, 1010 E. 8th Street, Room 110, Odessa, Texas 79761; or by e-mail request to daniel.ruiz@ectorcountytx.gov; or on the Ector County website: http://www.co.ector.tx.us/page/ector.Bids.
The Ector County Commissioners' Court reserves the right to accept or reject any or all bids or to waive any informalities in the bid.
The County of Ector does not discriminate on the basis of race, color, national origin, sex, age and disability in employment or the provision of services.
A Pre-Bid meeting will be held at 10:00 A.M. (CST) on Monday, March 27, 2023, at the Public Works Department, located at 7613 W. Dunn St., Odessa, Texas, 79763. Bidders may ask questions on this date.
Sealed bids must be sent to the attention of the Ector County Assistant Purchasing Agent, Daniel Ruiz, 1010 E. 8th Street, Room 110, Odessa, Texas 79761, on or before 2:00 P.M. (CST), April 12, 2023.
The bids will be opened on the same date at 2:00 P.M. in the Commissioners' Courtroom, #120, Ector County Courthouse Annex, 1010 E. 8th Street, Odessa, Texas 79761.
Daniel Ruiz, Ector County Assistant Purchasing Agent, MPA, CTCD, (432) 498-4020.

**#3-45**

## LEGAL NOTICE

To be published in the Odessa American on Wednesday, March 15th and Wednesday, March 22, 2023

Ector County will accept sealed bids for the following:

Armored Car Services (Bid #: 23-04-07-01).
The bids will be awarded on the basis of lowest bid to the most responsible bidder.
Payment will be made in accordance with Chapter 2251, Texas Government Code.
Specifications on the above may be obtained at the Ector County Purchasing Department, 1010 E. 8th Street, Room 110, Odessa, Texas 79761; or by e-mail request to daniel.ruiz@ectorcountytx.gov; or on the Ector County website: http://www.co.ector.tx.us/page/ector.Bids.
The Ector County Commissioners' Court reserves the right to accept or reject any or all bids or to waive any informalities in the bid.
The County of Ector does not discriminate on the basis of race, color, national origin, sex, age and disability in employment or the provision of services.
Sealed bids must be sent to the attention of the Ector County Assistant Purchasing Agent, Daniel Ruiz, 1010 E. 8th Street, Room 110, Odessa, Texas 79761, on or before 2:00 P.M. (CST), April 7, 2023.
The bids will be opened on the same date at 2:00 P.M. in the Commissioners' Courtroom, #120, Ector County Courthouse Annex, 1010 E. 8th Street, Odessa, Texas 79761.
Daniel Ruiz, Ector County Assistant Purchasing Agent, MPA, CTCD, (432) 498-4020.

**#3-46**

## LEGAL NOTICE

To be published in the Odessa American on Wednesday, March 15, 2023

### Invitation to Bid

West Texas Opportunities, Incorporated is issuing a Request for Proposals (RFP) from experienced contractors relative to the installation of allowable weatherization energy conservation measures to be applied in the service areas of Andrews, Borden, Dawson, Ector, Fisher, Gaines, Glasscock, Howard, Loving, Martin, Midland, Mitchell, Nolan, Reeves, Scurry, Upton, Ward and Winkler Counties. The bid package can be found at www.gowto.org or by contacting Jenny Gibson at j.gibson@gowto.org or calling 806-872-8354.

**#3-49**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **CORE SCIENTIFIC, INC., *et al.,*** | § | **Case No. 22-90341 (DRJ)** |
| **Debtors.**[1] | § | **(Jointly Administered)** |

**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On December 21, 2022 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**"). Set forth below are the name, federal tax identification number and the case number for each of the Debtors: **DEBTOR, EIN, CASE NO.:** Core Scientific Mining LLC, 92-1386971, 22-90340 (DRJ); Core Scientific, Inc.[2] (f/k/a Power & Digital Infrastructure Acquisition Corp., XPDI and Core Scientific Holdings Co.), 86-1243837, 22-90341 (DRJ); Core Scientific Acquired Mining LLC (f/k/a Blockcap, Inc.), 92-2226074, 22-90342 (DRJ); Core Scientific Operating Company (f/k/a Core Scientific, Inc.[3] and MineCo Holdings, Inc.), 82-3805526, 22-90343 (DRJ); Radar Relay, Inc. (f/k/a Radar Relay, LLC), 82-3430496, 22-90344 (DRJ); Core Scientific Specialty Mining (Oklahoma) LLC (f/k/a GPU One Holdings, LLC), 84-5164327, 22-90345 (DRJ); American Property Acquisition, LLC, 82-5490825, 22-90346 (DRJ); Starboard Capital LLC, 36-4896677, 22-90347 (DRJ); RADAR, LLC, 84-4125106, 22-90348 (DRJ); American Property Acquisitions I, LLC (f/k/a 155 Palmer Lane, LLC.), 82-5469717, 22-90349 (DRJ); American Property Acquisitions VII, LLC, 83-1663198, 22-90350 (DRJ).

2. On March 9, 2023, the Court entered an order (Docket No. 652) (the "**Bar Date Order**")[4] establishing certain deadlines for the filing of proofs of claim in the Debtors' chapter 11 cases.

3. Pursuant to the Bar Date Order, all persons, entities, and Governmental Units who have a claim or potential claim, including any claims under section 503(b)(9) of the Bankruptcy Code,[5] against any of the Debtors that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **April 14, 2023 at 5:00 p.m. (prevailing Central Time)** for general creditors (the "**General Bar Date**") and **June 19, 2023 at 5:00 p.m. (prevailing Central Time)** for Governmental Units (the "**Governmental Bar Date**," and together with the General Bar Date, the "**Bar Dates**"), by (i) submitting such Proof(s) of Claim electronically through Stretto, Inc. ("**Stretto**"), at https://cases.stretto.com/CoreScientific; (ii) filing such Proof(s) of Claim electronically through PACER (Public Access to Court Electronic Records), at https://ecf.txsb.uscourts.gov; or (iii) by delivering the original proof(s) of claim to Stretto by mail or hand delivery at the following address: **Stretto Address for Receipt of Claims:** Core Scientific, Inc., et al. Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602.

**PROOFS OF CLAIM SENT BY FACSIMILE OR E-MAIL WILL NOT BE ACCEPTED.**

4. The Bar Dates apply to all claims against the Debtors arising under section 503(b)(9) of the Bankruptcy Code; provided, however, that the Bar Dates do not apply to the Excluded Claims listed in paragraph eight (8) of the Bar Date Order.

5. **ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE BAR DATE IN ACCORDANCE WITH THE INSTRUCTIONS ABOVE WILL NOT BE TREATED AS A CREDITOR FOR PURPOSES OF VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THE CHAPTER 11 CASES.**

6. Proof of claim forms and a copy of the Bar Date Order may be obtained by visiting https://cases.stretto.com/CoreScientific, maintained by the Debtors' claims and noticing agent, Stretto. Stretto cannot advise you how to file, or whether you should file, a proof of claim. Questions concerning the contents of this Notice and requests for copies of filed proofs of claim should be directed to Stretto through email at TeamCoreScientific@stretto.com or phone by calling Stretto at 949.404.4152 (Toll-Free Number within the U.S./Canada) and 888.765.7875 (International). Please note that neither Stretto's staff, counsel to the Debtors, nor the Clerk of the Court's Office is permitted to give you legal advice.

**A HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[3] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[4] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

[5] A claim arising under section 503(b)(9) of the Bankruptcy code is a claim arising from the value of any goods received by the Debtors within twenty (20) days before Petition Date, provided that the goods were sold to the Debtors in the ordinary course of the Debtors' business.

PLACE YOUR AD IN THE ODESSA AMERICAN CLASSIFIEDS — 333-7777

330 General Employment

**Love to Chat?**

**Bring that talent to us!**

**We have open positions where you can turn your gift of gab into cash!**

The Odessa American, one of Texas' fastest growing media companies, is looking for an energetic, organized and service oriented individual to join its sales force as a Multi-Media Sales and Marketing Account Executive.

You'll be responsible for sales of marketing services such as print advertisements in our newspapers, magazines, special publications, websites, social media management, search engine optimization and other services. We need someone with the ability to prospect, prepare presentations, close sales, and, most importantly, work with customers to find solutions to help their business grow.

If this position sounds like a fit, you're self-motivated, have a positive attitude and enjoy working in a great team atmosphere, we want to talk to you.
We offer a full benefits package including medical, dental, vision and life insurance, 401(k) with company match, paid time off, and more.

AIM MEDIA

OA
ODESSA AMERICAN

To apply, please email your resume and cover letter to:

Patrick Canty at Canty@oaoamgt.com

No phone calls please. EOE







# Exhibit H

Pecos Enterprise Affidavit of Publication

STATE OF TEXAS

COUNTY OF REEVES

Before me, the undersigned authority, on this day personally appeared CHRISTINA BITOLAS (Name), the ADVERTISING MNGR (Title) of the PECOS ENTERPRISE (Name of Newspaper), a newspaper having general circulation in REEVES County, Texas who being by me duly sworn, deposes and says that the foregoing attached notice was published in said newspaper on the following date(s), to wit: MARCH 16, 2023.

Christina Bitolas

Subscribed and sworn to before me this the 20 day of MARCH, 2023, to certify which witness my hand and seal of office.

Laura Maldonado

Notary Public in and for

REEVES County, Texas.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **CORE SCIENTIFIC, INC., *et al.,*** | § | **Case No. 22-90341 (DRJ)** |
| **Debtors.**[1] | § | **(Jointly Administered)** |

**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On December 21, 2022 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**"). Set forth below are the name, federal tax identification number and the case number for each of the Debtors: **DEBTOR, EIN, CASE NO.:** Core Scientific Mining LLC, 92-1386971, 22-90340 (DRJ); Core Scientific, Inc.[2] (f/k/a Power & Digital Infrastructure Acquisition Corp., XPDI and Core Scientific Holdings Co.), 86-1243837, 22-90341 (DRJ); Core Scientific Acquired Mining LLC (f/k/a Blockcap, Inc.), 92-2226074, 22-90342 (DRJ); Core Scientific Operating Company (f/k/a Core Scientific, Inc.[3] and MineCo Holdings, Inc.), 82-3805526, 22-90343 (DRJ); Radar Relay, Inc. (f/k/a Radar Relay, LLC), 82-3430496, 22-90344 (DRJ); Core Scientific Specialty Mining (Oklahoma) LLC (f/k/a GPU One Holdings, LLC), 84-5164327, 22-90345 (DRJ); American Property Acquisition, LLC, 82-5490825, 22-90346 (DRJ); Starboard Capital LLC, 36-4896677, 22-90347 (DRJ); RADAR, LLC, 84-4125106, 22-90348 (DRJ); American Property Acquisitions I, LLC (f/k/a 155 Palmer Lane, LLC.), 82-5469717, 22-90349 (DRJ); American Property Acquisitions VII, LLC, 83-1663198, 22-90350 (DRJ).

2. On March 9, 2023, the Court entered an order (Docket No. 652) (the "**Bar Date Order**")[4] establishing certain deadlines for the filing of proofs of claim in the Debtors' chapter 11 cases.

3. Pursuant to the Bar Date Order, all persons, entities, and Governmental Units who have a claim or potential claim, including any claims under section 503(b)(9) of the Bankruptcy Code,[5] against any of the Debtors that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **April 14, 2023 at 5:00 p.m. (prevailing Central Time)** for general creditors (the "**General Bar Date**") and **June 19, 2023 at 5:00 p.m. (prevailing Central Time)** for Governmental Units (the "**Governmental Bar Date**," and together with the General Bar Date, the "**Bar Dates**"), by (i) submitting such Proof(s) of Claim electronically through Stretto, Inc. ("**Stretto**"), at https://cases.stretto.com/CoreScientific; (ii) filing such Proof(s) of Claim electronically through PACER (Public Access to Court Electronic Records), at https://ecf.txsb.uscourts.gov; or (iii) by delivering the original proof(s) of claim to Stretto by mail or hand delivery at the following address: **Stretto Address for Receipt of Claims:** Core Scientific, Inc., et al. Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602.

**PROOFS OF CLAIM SENT BY FACSIMILE OR E-MAIL WILL NOT BE ACCEPTED.**

4. The Bar Dates apply to all claims against the Debtors arising under section 503(b)(9) of the Bankruptcy Code; provided, however, that the Bar Dates do not apply to the Excluded Claims listed in paragraph eight (8) of the Bar Date Order.

5. **ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE BAR DATE IN ACCORDANCE WITH THE INSTRUCTIONS ABOVE WILL NOT BE TREATED AS A CREDITOR FOR PURPOSES OF VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THE CHAPTER 11 CASES.**

6. Proof of claim forms and a copy of the Bar Date Order may be obtained by visiting https://cases.stretto.com/CoreScientific, maintained by the Debtors' claims and noticing agent, Stretto. Stretto cannot advise you how to file, or whether you should file, a proof of claim. Questions concerning the contents of this Notice and requests for copies of filed proofs of claim should be directed to Stretto through email at TeamCoreScientific@stretto.com or phone by calling Stretto at 949.404.4152 (Toll-Free Number within the U.S./Canada) and 888.765.7875 (International). Please note that neither Stretto's staff, counsel to the Debtors, nor the Clerk of the Court's Office is permitted to give you legal advice.

**A HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[3] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[4] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

[5] A claim arising under section 503(b)(9) of the Bankruptcy code is a claim arising from the value of any goods received by the Debtors within twenty (20) days before Petition Date, provided that the goods were sold to the Debtors in the ordinary course of the Debtors' business.

## Obituary

**Lawrence Bubba Williams**

Lawrence (Bubba) Williams, 73, of Pecos, passed away March 12, 2023 at his son's residence in Waxahachie, Texas after fighting a long illness.

Everyone is invited to celebrate a memorial service to be held at 2 p.m., on Saturday, March 18, 2023, at the Pecos Funeral Home.

He was born in Pecos, on April 2, 1949, son of the late Frank and Lillian Williams.

He is survived by his wife, Laverne Williams, daughter, Lori Mathis (Claude) and son Lawrence Jr (Karla). He is also survived by one uncle Curtis Johnson, three siblings, Frank, Janice, Kenneth (Wilma) Williams and sister in law, Jewel Gransberry (Governor), five grandchildren: Champ, Caimon, and Crimson Mathis and Jailene and Jacinda Williams, as well as several nieces, nephews, and cousins.

Bubba graduated from Pecos High School in 1967, received his bachelor's in 1971, and master's degree in 1978, both from Sul Ross State University. Pecos has held a special place in his heart. Bubba returned to his hometown to teach and coach where he remained throughout his successful career of 33 years at PBTISD. He taught Health/PE and coached football and baseball eventually becoming the Athletic Director. After his retirement as a coach and educator, Bubba went on to serve as a school board member for several years at PBTISD. He was a devoted Christian and a deacon at St. James Baptist Church.

In lieu of flowers, if you find it in your heart, please make a donation to the Pecos Athletic Booster Club.

## Tumbleweed

# *George Hallmark's life in art*

**By TUMBLEWEED SMITH**

George Hallmark of Meridian is one of the most accomplished and awarded artists in America. "As an artist you first try to do something that you like and that you hope appeals to people," he says. "I think a painting should be something that stops you, something you'd like to step into. You just make every painting the best you can."

George grew up in Joshua, a small town near Cleburne. "We had no art in school. I was the class artist. Every class had one. There were only fifty of us that graduated together. For busy work, teachers let me draw. By the time I got into Junior High, the teachers would give me their tests. One side of the paper had questions; the other side had drawings. I did maps, parts of a flower or skeleton or whatever was going to be on the test. Well I'm no fool I looked at the questions, so I knew pretty well what the questions were going to be when the test was handed out the next day."

His first formal training as an artist was when he enrolled in Tarrant County College. He took design courses that led him to do some architectural work. Even though he was poorly prepared, an architect asked George if he could do some delineation. "And of course the delineation shows what a building will look like when it's finished. I asked the architect if I could take this home and work on it over the weekend. He said fine. So I went straight to the TCU bookstore and bought two books on architectural delineation, worked on it all weekend and taught myself how to do it. I took it to him and he told me that was exactly what he was looking for."

George got a job with an architectural firm but did some art on the side. A collector saw some of George's work and took him to a gallery in Dallas. After about an hour looking at the samples George prepared, the owner said he would like to handle George's work. "I swallowed the hook. From then on that was what I wanted to do be: a fulltime artist.

"I asked around and found out who was the best oil painter and teacher. It was a man at a University in Utah. I spent three weeks watching him paint. When I asked him what was the cost he told me just to do some good work. Later, he was a judge in some events where my work was in competition with other artists. We remained friends a long time and when he passed away I got to say a few words at his funeral."

George has always had encouragement in his quest to be an artist. A café owner in Cleburne knew George was a struggling artist and told him to just sign the check for his meals. The café owner never asked George to settle up. He has some of George's paintings. So do several notable people.

George has spent a good amount of time in Mexico and that is reflected in his paintings. He is considering moving there and perhaps opening a shop in a hotel to sell his prints. His latest work is a painting of chili queens in San Antonio in the late 1800s. He calls it The Queens Court and it's on display in San Antonio's Briscoe Museum.

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § | (Jointly Administered) |

**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On December 21, 2022 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**"). Set forth below are the name, federal tax identification number and the case number for each of the Debtors: **DEBTOR, EIN, CASE NO.:** Core Scientific Mining LLC, 92-1386971, 22-90340 (DRJ); Core Scientific, Inc.[2] (f/k/a Power & Digital Infrastructure Acquisition Corp., XPDI and Core Scientific Holdings Co.), 86-1243837, 22-90341 (DRJ); Core Scientific Acquired Mining LLC (f/k/a Blockcap, Inc.), 92-2226074, 22-90342 (DRJ); Core Scientific Operating Company (f/k/a Core Scientific, Inc.[3] and MineCo Holdings, Inc.), 82-3805526, 22-90343 (DRJ); Radar Relay, Inc. (f/k/a Radar Relay, LLC), 82-3430496, 22-90344 (DRJ); Core Scientific Specialty Mining (Oklahoma) LLC (f/k/a GPU One Holdings, LLC), 84-5164327, 22-90345 (DRJ); American Property Acquisition, LLC, 82-5490825, 22-90346 (DRJ); Starboard Capital LLC, 36-4896677, 22-90347 (DRJ); RADAR, LLC, 84-4125106, 22-90348 (DRJ); American Property Acquisitions I, LLC (f/k/a 155 Palmer Lane, LLC.), 82-5469717, 22-90349 (DRJ); American Property Acquisitions VII, LLC, 83-1663198, 22-90350 (DRJ).

2. On March 9, 2023, the Court entered an order (Docket No. 652) (the "**Bar Date Order**")[4] establishing certain deadlines for the filing of proofs of claim in the Debtors' chapter 11 cases.

3. Pursuant to the Bar Date Order, all persons, entities, and Governmental Units who have a claim or potential claim, including any claims under section 503(b)(9) of the Bankruptcy Code,[5] against any of the Debtors that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **April 14, 2023 at 5:00 p.m. (prevailing Central Time)** for general creditors (the "**General Bar Date**") and **June 19, 2023 at 5:00 p.m. (prevailing Central Time)** for Governmental Units (the "**Governmental Bar Date**," and together with the General Bar Date, the "**Bar Dates**"), by (i) submitting such Proof(s) of Claim electronically through Stretto, Inc. ("**Stretto**"), at https://cases.stretto.com/CoreScientific; (ii) filing such Proof(s) of Claim electronically through PACER (Public Access to Court Electronic Records), at https://ecf.txsb.uscourts.gov; or (iii) by delivering the original proof(s) of claim to Stretto by mail or hand delivery at the following address: **Stretto Address for Receipt of Claims:** Core Scientific, Inc., et al. Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602.

**PROOFS OF CLAIM SENT BY FACSIMILE OR E-MAIL WILL NOT BE ACCEPTED.**

4. The Bar Dates apply to all claims against the Debtors arising under section 503(b)(9) of the Bankruptcy Code; provided, however, that the Bar Dates do not apply to the Excluded Claims listed in paragraph eight (8) of the Bar Date Order.

5. **ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE BAR DATE IN ACCORDANCE WITH THE INSTRUCTIONS ABOVE WILL NOT BE TREATED AS A CREDITOR FOR PURPOSES OF VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THE CHAPTER 11 CASES.**

6. Proof of claim forms and a copy of the Bar Date Order may be obtained by visiting https://cases.stretto.com/CoreScientific, maintained by the Debtors' claims and noticing agent, Stretto. Stretto cannot advise you how to file, or whether you should file, a proof of claim. Questions concerning the contents of this Notice and requests for copies of filed proofs of claim should be directed to Stretto through email at TeamCoreScientific@stretto.com or phone by calling Stretto at 949.404.4152 (Toll-Free Number within the U.S./Canada) and 888.765.7875 (International). Please note that neither Stretto's staff, counsel to the Debtors, nor the Clerk of the Court's Office is permitted to give you legal advice.

**A HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[3] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[4] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

[5] A claim arising under section 503(b)(9) of the Bankruptcy code is a claim arising from the value of any goods received by the Debtors within twenty (20) days before Petition Date, provided that the goods were sold to the Debtors in the ordinary course of the Debtors' business.

## Legal

# PENALTY AND INTEREST WAIVERS

In January 2023, the Reeves County Tax office was experiencing computer interruptions and we could not post payments for a few weeks, at different intervals. Due to the time constraint, I reached out to our legal consultant and as to how to manage the penalty and interest (P&I). The delinquency date was fast approaching on February 1st. In order to provide some relief to the tax payers, due to the delays, our legal counsel advised that we offer penalty and interest waivers throughout the month of February,2023. In March, we continued to issue the waiver on a case by case basis.

At our regular County Commissioners meeting on 3/13/2023, they requested that I make some changes on the availability of the waiver. We'll be posting the notice in our office lobby, placing an ad in the local newspaper, radio station and on the Reeves County Official website. The waivers must be signed and dated by the property owner or the agent and must be returned to the tax office at the time of payment. The waiver is due to expire on July 31, 2023.

For a copy of the waiver:

You may call our office @ 432-287-0223 to request a waiver.
Visit our office at 424 S. Cypress St., Pecos Texas 79772
Visit the Reeves County Website @ www.reevescounty.org
Under Departments / County Tax Assessor/Collector

Reeves County Tax Assessor Collector
Rosemary Chabarria

## Legal

REQUEST FOR PROPOSAL
REEVES COUNTY, TX
RFP# 23-008

Reeves County will accept sealed bids for the following:
Golf Course Landscaping Services

Interested parties may obtain specifications from and submit bids no later than 10:00 AM (CST), Friday, April 14, 2023 to:
Reeves County Purchasing Department
1714 Schmidt Dr. Pecos, TX 79772
(432) 287-0222 ext.448 Lsandoval@reevescounty.org

Pre-Bid Meeting to be held at the 88 Starley Drive on Wednesday April 5, 2023 at 10AM. Opening of bids will be at 10:00 AM (CST), Friday, April 14, 2023 at 1714 Schmidt Dr. in Conference Room 212, Pecos, TX 79772.

Tentative award of bids will be at 9:00 A.M. (CST), Monday, April 24, 2023 during Commissioners Court meeting in the third floor courtroom, Reeves County Courthouse, 100 E. 4th Street, Pecos, Texas 79772.

To be published in the Pecos Enterprise on March 16 & 23, 2023.

# Pecos at Work

PECOS ENTERPRISE

will be publishing a special section of PECOS AT WORK.
To advertise your business & employees, call 445-5475.

news@pecos.net

# **Exhibit I**

The Lake News Affidavit of Publication



The Lake News

P.O. Box 498, 153 East Fifth Avenue, Calvert City, KY 42029 (270) 395-5858 Email: news@thelakenews.com

Affidavit

Date: March 16, 2023

The legal notice or ad titled Legal Notice In the United States Bankruptcy Court

Was published in the March 15, 2023

issue of The Lake News.

Sincerely,

Loyd W. Ford

Loyd W. Ford
Editor and Publisher
The Lake News

State of Kentucky County of Marshall

Sworn before me on the day of March 16, 2023

My commission expires 02-20-2026.

Teresa J. Ford

Signature Notary Public

KYNP44614

Teresa J. Ford
Notary Public, ID No. [illegible]
State at Large, Kentucky
My Commission Expires on 2-20-26

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **CORE SCIENTIFIC, INC., *et al.*,** | § | **Case No. 22-90341 (DRJ)** |
| **Debtors.**[1] | § | **(Jointly Administered)** |

**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On December 21, 2022 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**"). Set forth below are the name, federal tax identification number and the case number for each of the Debtors: **DEBTOR, EIN, CASE NO.:** Core Scientific Mining LLC, 92-1386971, 22-90340 (DRJ); Core Scientific, Inc.[2] (f/k/a Power & Digital Infrastructure Acquisition Corp., XPDI and Core Scientific Holdings Co.), 86-1243837, 22-90341 (DRJ); Core Scientific Acquired Mining LLC (f/k/a Blockcap, Inc.), 92-2226074, 22-90342 (DRJ); Core Scientific Operating Company (f/k/a Core Scientific, Inc.[3] and MineCo Holdings, Inc.), 82-3805526, 22-90343 (DRJ); Radar Relay, Inc. (f/k/a Radar Relay, LLC), 82-3430496, 22-90344 (DRJ); Core Scientific Specialty Mining (Oklahoma) LLC (f/k/a GPU One Holdings, LLC), 84-5164327, 22-90345 (DRJ); American Property Acquisition, LLC, 82-5490825, 22-90346 (DRJ); Starboard Capital LLC, 36-4896677, 22-90347 (DRJ); RADAR, LLC, 84-4125106, 22-90348 (DRJ); American Property Acquisitions I, LLC (f/k/a 155 Palmer Lane, LLC.), 82-5469717, 22-90349 (DRJ); American Property Acquisitions VII, LLC, 83-1663198, 22-90350 (DRJ).

2. On March 9, 2023, the Court entered an order (Docket No. 652) (the "**Bar Date Order**")[4] establishing certain deadlines for the filing of proofs of claim in the Debtors' chapter 11 cases.

3. Pursuant to the Bar Date Order, all persons, entities, and Governmental Units who have a claim or potential claim, including any claims under section 503(b)(9) of the Bankruptcy Code,[5] against any of the Debtors that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **April 14, 2023 at 5:00 p.m. (prevailing Central Time)** for general creditors (the "**General Bar Date**") and **June 19, 2023 at 5:00 p.m. (prevailing Central Time)** for Governmental Units (the "**Governmental Bar Date**," and together with the General Bar Date, the "**Bar Dates**"), by (i) submitting such Proof(s) of Claim electronically through Stretto, Inc. ("**Stretto**"), at https://cases.stretto.com/CoreScientific; (ii) filing such Proof(s) of Claim electronically through PACER (Public Access to Court Electronic Records), at https://ecf.txsb.uscourts.gov; or (iii) by delivering the original proof(s) of claim to Stretto by mail or hand delivery at the following address: **Stretto Address for Receipt of Claims:** Core Scientific, Inc., et al. Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602.

**PROOFS OF CLAIM SENT BY FACSIMILE OR E-MAIL WILL NOT BE ACCEPTED.**

4. The Bar Dates apply to all claims against the Debtors arising under section 503(b)(9) of the Bankruptcy Code; provided, however, that the Bar Dates do not apply to the Excluded Claims listed in paragraph eight (8) of the Bar Date Order.

5. **ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE BAR DATE IN ACCORDANCE WITH THE INSTRUCTIONS ABOVE WILL NOT BE TREATED AS A CREDITOR FOR PURPOSES OF VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THE CHAPTER 11 CASES.**

6. Proof of claim forms and a copy of the Bar Date Order may be obtained by visiting https://cases.stretto.com/CoreScientific, maintained by the Debtors' claims and noticing agent, Stretto. Stretto cannot advise you how to file, or whether you should file, a proof of claim. Questions concerning the contents of this Notice and requests for copies of filed proofs of claim should be directed to Stretto through email at TeamCoreScientific@stretto.com or phone by calling Stretto at 949.404.4152 (Toll-Free Number within the U.S./Canada) and 888.765.7875 (International). Please note that neither Stretto's staff, counsel to the Debtors, nor the Clerk of the Court's Office is permitted to give you legal advice.

**A HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[3] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[4] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

[5] A claim arising under section 503(b)(9) of the Bankruptcy code is a claim arising from the value of any goods received by the Debtors within twenty (20) days before Petition Date, provided that the goods were sold to the Debtors in the ordinary course of the Debtors' business.

# CLASSIFIED ADVERTISING

Special Offers
FOR SALE ads.
15 Words at only $9.44 including website
* must be pre-paid

Buy 1 Week

AUTOS FOR SALE

Get 2nd week FREE!*
* must be pre-paid

**HUD Publisher's Notice**

All real estate advertised here in is subject to the Federal Fair Housing Act which makes it illegal to advertise and preference, limitation, or discrimination based on race, color,religion, sex, handicap, family status or national origin, or intention to make any such preferences limitations or discrimination. We will not knowing accept any advertising which is in violation of the law.

270-395-5858 CLASSIFIED ADVERTISING 270-395-5858

## Statewide Classifieds

ANIMALS/PETS
Are you a pet owner? Do you want to get up to 100% back on Vet Bills? Physicians Mutual Insurance Company has pet coverage that can help! Call 1-844-770-5259 to get a free quote or visit insurebarkmeow.com/kypa

CABLE/UTILITIES
Cable Price Increase Again? Switch To DIRECTV & Save + get a $100 visa gift card! Get More Channels For Less Money. Restrictions apply. Call Now! 844-959-4732

Get DIRECTV for $84.99/mo for 24 months with CHOICE Package. NEW 2 YEAR PRICE GUARANTEE. First 3 months of HBO Max, Cinemax, Showtime, Starz and Epix included! Directv is #1 in Customer Satisfaction (JD Power & Assoc.) Some restrictions apply. Call 1-866-292-5435

DIRECTV Stream - Carries the Most Local MLB Games! CHOICE Package, $89.99/mo for 12 months. Stream on 20 devices in your home at once. HBO Max included for 3 mos (w/CHOICE Package or higher.) No annual contract, no hidden fees! Some restrictions apply. Call IVS 1-888-340-6138

DirecTV Satellite TV Service Starting at $64.99/mo For 24 mos, Free Installation! 165+ Channels Available. Call Now For The Most Sports & Entertainment On TV! 855-695-7008

Dish Network: Only from Dish- 3 year TV Price Guarantee! 99% Signal Reliability, backed by guarantee. Includes Multi-Sport with NFL Redzone. Switch and Get a FREE $100 Gift Card. Call today! 1-855-633-4574

CELLULAR
Switch and save up to $250/year on your talk, text and data. No contract and no hidden fees. Unlimited talk and text with flexible data plans. Premium nationwide coverage. 100% U.S. based customer service. Limited time offer get $50 off on any new account. Use code GIFT50. For more information, call 1-833-353-2982

FINANCIAL SERVICES
Attention all homeowners in jeopardy of Foreclosure? We can help stop your home from foreclosures. The Foreclosure Defense helpline can help save your home. The Call is absolutely free. 1-855-685-9465

Wesley Financial Group, LLC Timeshare Cancellation Experts Over $50,000,000 in timeshare debt and fees cancelled in 2019. Get free informational package and learn how to get rid of your timeshare! Free consultations. Over 450 positive reviews. Call 855-977-4979

HOME IMPROVEMENT
Replace your roof with the best looking and longest lasting material – steel from Erie Metal Roofs! Three styles and multiple colors available. Guaranteed to last a lifetime! Limited Time Offer - $500 Discount + Additional 10% off install (for military, health workers & 1st responders.) Call Erie Metal Roofs: 1-888-306-0302

BEAUTIFY YOUR HOME with energy efficient new windows! They will increase your home's value & decrease your energy bills. Replace all or a few! Call now to get your free, no-obligation quote. 833-442-1714

Eliminate gutter cleaning forever! LeafFilter, the most advanced debris-blocking gutter protection. Schedule a FREE LeafFilter estimate today. 20% off Entire Purchase. Plus 10% Senior & Military Discounts. Call 1-866-329-2415

BATH & SHOWER UPDATES in as little as ONE DAY! Affordable prices - No payments for 18 months! Lifetime warranty & professional installs. Senior & Military Discounts available. Call 1-866-574-9040.

Safe Step. North America's #1 Walk-In Tub. Comprehensive lifetime warranty. Top-of-the-line installation and service. Now featuring our FREE shower package and $1600 Off for a limited time! Call today! Financing available. Call Safe Step 1-888-302-4539

HOME SERVICES
Vivint. Smart security. Professionally installed. One connected system for total peace of mind. FREE professional installation! Four FREE months of monitoring! Call now to customize your system. 1-888-609-0373

Trouble hearing your TV? Try TV EARS' Voice Clarifying Wireless TV Speaker. Better than a soundbar and/or turning the TV volume way up. Special, limited time $50 off offer. Call TV Ears. Use code MBSP50. Call 1-866-472-1764

Prepare for power outages today with a GENERAC home standby generator $0 Money Down + Low Monthly Payment Options Request a FREE Quote Today! – Call now before the next power outage: 1-844-688-8576

The Generac PWRcell, a solar plus battery storage system. SAVE money, reduce your reliance on the grid, prepare for power outages and power your home. Full installation services available. $0 Down Financing Option. Request a FREE, no obligation, quote today. Call 1-844-499-0041

IRS HELP
ARE YOU BEHIND $10k OR MORE ON YOUR TAXES? Stop wage & bank levies, liens & audits, unfiled tax returns, payroll issues, & resolve tax debt FAST. Call 855-977-2847 (Hours: Mon-Fri 7am-5pm

Need IRS Relief? $10K - $125K+? Get Fresh Start or Forgiveness. Call 1-866-533-1701 Monday through Friday 7AM-5PM PST

INTERNET OFFERS
FREE high speed internet for those that qualify. Government program for recipients of select programs incl. Medicaid, SNAP, Housing Assistance, WIC, Veterans Pension, Survivor Benefits, Lifeline, Tribal. 15 GB internet service. Bonus offer: Android tablet FREE with one-time $20 copay. Free shipping & handling. Call Maxsip Telecom today! 1-888-335-0109

Choose EarthLink Fiber Internet for speeds up to 5 Gigs, no data caps, no throttling. Prices starting at $54.95. Plus, a $100 gift card when you make the switch. Call 1-833-974-4780RNET OFFERS

HughesNet Satellite Internet —Call Today for speeds up to 25mbps as low as $59.99/mo! Finally, no hard data limits! $75 gift card, terms apply. 1-866-481-29844G

4G LTE Home Internet Now Available! Get GotW3 with lightning fast speeds plus take your service with you when you travel! As low as $109.99/mo! 1-877-706-4439

INSURANCE SERVICES
DENTAL INSURANCE from Physicians Mutual Insurance Company. Coverage for 350 plus procedures. Real dental insurance - NOT just a discount plan. Do not wait! Call now! Get your FREE Dental Information Kit with all the details! 1-855-900-7392 www.dental50plus.com/26 #6258

Up to $15,000.00 of GUARANTEED Life Insurance! No medical exam or health questions. Cash to help pay funeral and other final expenses. Call Physicians Life Insurance Company-844-950-2448 or visit www.Life55plus.info/kypress

MEDICAL
Portable Oxygen Concentrator May Be Covered by Medicare! Reclaim independence and mobility with the compact design and long-lasting battery of Inogen One. Free information kit! Call 888-982-0374

MISCELLANEOUS
PAYING TOP CA$H FOR MEN'S SPORT WATCHES! Rolex, Breitling, Omega, Patek Philippe, Heuer, Daytona, GMT, Submariner and Speedmaster. Call 866-256-1169

Trouble hearing your TV? Try TV EARS' Voice Clarifying Wireless TV Speaker. Better than a soundbar and/or turning the TV volume way up. Special, limited time $50 off offer. Call TV Ears. Use code MBSP50. Call 1-866-472-1764

ATTENTION HOMEOWNERS!! YOU CAN PROTECT YOUR APPLIANCES AND SYSTEMS. For just a little more than a $1.00/day. Call now for First month free, $75.00/off 1st year. 1-855-536-7294

Cable Price Increase Again? Switch To DIRECTV & Save + get a $100 visa gift card! Get More Channels For Less Money. Restrictions apply. Call Now! 1-844-959-4732

Lung Cancer? And Age 60+? You And Your Family May Be Entitled To Significant Cash Award. Call 888-888-8888 for Information. No Risk. No Money Out Of Pocket. 1-855-635-9214

MUSICAL INSTRUMENTS
TOP CA$H PAID FOR OLD GUITARS! 1920-1980 Gibson, Martin, Fender, Gretsch, Epiphone, Guild, Mosrite, Rickenbacker, Prairie State, D'Angelico, Stromberg. And Gibson Mandolins / Banjos. 866-812-4393

PROFESSIONAL SERVICE
Become a Published Author. We want to Read Your Book! Dorrance Publishing-Trusted by Authors Since 1920 Book manuscript submissions currently being reviewed. Comprehensive Services: Consultation, Production, Promotion and Distribution Call for Your Free Author`s Guide 1-855-209-2951 or visit dorranceinfo.com/Kentucky

CLASSIFIED LINE ADS
Only $9.44 for 15 Words! Online at no extra charge. Call 270-395-5858

TOO MUCH STUFF
Get the Word Out! List Upcoming Winter Garage Sales in the Classifieds. Call 270-395-5858

thelakenews.com and on Facebook

SELL that home, truck, auto or boat with us! Only $9.44 for 15 words! Online at no extra charge. Call The Lake News at 270-395-5858 or email news@thelakenews.com

~ Newspapers ~ The Original Social Networking Site

## Legal Notice

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § | (Jointly Administered) |

**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On December 21, 2022 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**"). Set forth below are the name, federal tax identification number and the case number for each of the Debtors: **DEBTOR, EIN, CASE NO.:** Core Scientific Mining LLC, 92-1386971, 22-90340 (DRJ); Core Scientific, Inc.[2] (f/k/a Power & Digital Infrastructure Acquisition Corp., XPDI and Core Scientific Holdings Co.), 86-1243837, 22-90341 (DRJ); Core Scientific Acquired Mining LLC (f/k/a Blockcap, Inc.), 92-2226074, 22-90342 (DRJ); Core Scientific Operating Company (f/k/a Core Scientific, Inc.[3] and MineCo Holdings, Inc.), 82-3805526, 22-90343 (DRJ); Radar Relay, Inc. (f/k/a Radar Relay, LLC), 82-3430496, 22-90344 (DRJ); Core Scientific Specialty Mining (Oklahoma) LLC (f/k/a GPU One Holdings, LLC), 84-5164327, 22-90345 (DRJ); American Property Acquisition, LLC, 82-5490825, 22-90346 (DRJ); Starboard Capital LLC, 36-4896677, 22-90347 (DRJ); RADAR, LLC, 84-4125106, 22-90348 (DRJ); American Property Acquisitions I, LLC (f/k/a 155 Palmer Lane, LLC.), 82-5469717, 22-90349 (DRJ); American Property Acquisitions VII, LLC, 83-1663198, 22-90350 (DRJ).

2. On March 9, 2023, the Court entered an order (Docket No. 652) (the "**Bar Date Order**")[4] establishing certain deadlines for the filing of proofs of claim in the Debtors' chapter 11 cases.

3. Pursuant to the Bar Date Order, all persons, entities, and Governmental Units who have a claim or potential claim, including any claims under section 503(b)(9) of the Bankruptcy Code,[5] against any of the Debtors that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **April 14, 2023 at 5:00 p.m. (prevailing Central Time)** for general creditors (the "**General Bar Date**") and **June 19, 2023 at 5:00 p.m. (prevailing Central Time)** for Governmental Units (the "**Governmental Bar Date**," and together with the General Bar Date, the "**Bar Dates**"), by (i) submitting such Proof(s) of Claim electronically through Stretto, Inc. ("**Stretto**"), at https://cases.stretto.com/CoreScientific; (ii) filing such Proof(s) of Claim electronically through PACER (Public Access to Court Electronic Records), at https://ecf.txsb.uscourts.gov; or (iii) by delivering the original proof(s) of claim to Stretto by mail or hand delivery at the following address: **Stretto Address for Receipt of Claims:** Core Scientific, Inc., et al. Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602.

**PROOFS OF CLAIM SENT BY FACSIMILE OR E-MAIL WILL NOT BE ACCEPTED.**

4. The Bar Dates apply to all claims against the Debtors arising under section 503(b)(9) of the Bankruptcy Code; provided, however, that the Bar Dates do not apply to the Excluded Claims listed in paragraph eight (8) of the Bar Date Order.

5. **ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE BAR DATE IN ACCORDANCE WITH THE INSTRUCTIONS ABOVE WILL NOT BE TREATED AS A CREDITOR FOR PURPOSES OF VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THE CHAPTER 11 CASES.**

6. Proof of claim forms and a copy of the Bar Date Order may be obtained by visiting https://cases.stretto.com/CoreScientific, maintained by the Debtors' claims and noticing agent, Stretto. Stretto cannot advise you how to file, or whether you should file, a proof of claim. Questions concerning the contents of this Notice and requests for copies of filed proofs of claim should be directed to Stretto through email at TeamCoreScientific@stretto.com or phone by calling Stretto at 949.404.4152 (Toll-Free Number within the U.S./Canada) and 888.765.7875 (International). Please note that neither Stretto's staff, counsel to the Debtors, nor the Clerk of the Court's Office is permitted to give you legal advice.

**A HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[3] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[4] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

[5] A claim arising under section 503(b)(9) of the Bankruptcy code is a claim arising from the value of any goods received by the Debtors within twenty (20) days before Petition Date, provided that the goods were sold to the Debtors in the ordinary course of the Debtors' business.

## Misc. for Sale

Recliners $149.99
Recliners $199.99
Bar Stools, Colorful Chairs,
Pretty Accent Pieces,
Large Selection of Lamps,
Large Selection of Art Pieces
***ALL 12 MONTHS SAME AS CASH***
**WESTERN AUTO**
**312 E. 12th St. • Benton, KY**
**270-527-8661**

Speed Queen Commercial Washers and Dryers In Stock
***ALL 12 MONTHS SAME AS CASH***
**WESTERN AUTO**
**312 E. 12th St. • Benton, KY**
**270-527-8661**

Hiring?
Place your Help Wanted Ad HERE! Call us today at 270-395-5858. Comes with online placement at no extra charge.

## Real Estate

**Lot For Sale**
Calvert City, Corner of Cedar St and 10th Ave SE. Water and Sewer available. $5,000. Leave message at 270-395-5448.

## Public Notice

**NOTICE OF PUBLIC HEARING**

The Calvert City Board of Adjustment will conduct a Public Hearing at 5:30 PM Thursday, March 30, 2023, to receive public comment on an application for Conditional Use filed by Transform, LLC for the property at 858 East 5th Avenue, Calvert City, KY. Transform, LLC seeks a Conditional Use to permit the use of Studio for Private or Group Instruction (Martial Arts), as required per Calvert City Zoning Ordinance.
John E. Ward
City Administrator

This advertisement was paid for by the City of Calvert City, Kentucky using taxpayer dollars in the amount of $29.40

**NOTICE OF PUBLIC HEARING**

The Calvert City Board of Adjustment will conduct a Public Hearing at 5:30 PM Thursday, March 30, 2023, to receive public comment on an application for Conditional Use filed by Control Specialists, Inc. for the property at 560 South Main Street, Calvert City, KY. Control Specialists, Inc. seeks a Conditional Use to permit the use of Industrial and Commercial Equipment and Supplies Wholesale and Retail, where activities are inside a building on the property, as required per Calvert City Zoning Ordinance.
John E. Ward
City Administrator

This advertisement was paid for by the City of Calvert City, Kentucky using taxpayer dollars in the amount of $36.75

**NOTICE OF PUBLIC HEARING**

The Calvert City Board of Adjustment will conduct a Public Hearing at 5:30 PM Thursday, March 30, 2023, to receive public comment on an application for Variance filed by Trad and Kamie York for the property at 610 Cypress Circle, Calvert City, KY. The Yorks seek a Variance to permit the construction of an attached deck into the front yard setback on E. 6th Avenue, as required per Calvert City Zoning Ordinance.
John E. Ward
City Administrator

This advertisement was paid for by the City of Calvert City, Kentucky using taxpayer dollars in the amount of $29.40

Subscribe to The Lake News

$26.95 / year for Marshall, Livingston, Lyon, McCracken, Calloway, Trigg and Graves Co. (hard copy). $36.95 / year all other areas & out of state
$26.95 / year Online only (anywhere)

**Call 270-395-5858 to become a subscriber.**
**We accept most credit cards by phone.**

The Lake News
Still bringing communities together!
Local News
DAVE GRANLUND © www.davegranlund.com
26.95/year for Marshall & adjoining counties
36.95/year all other areas & out-of-state
Call 270-395-5858

# Exhibit J

Wall Street Journal National Edition Affidavit of Publication

## AFFIDAVIT

**STATE OF NEW JERSEY )**
**) ss:**
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Wayne Sidor, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1 insertion(s) on the following date(s): 3/15/2023

ADVERTISER: CORE SCIENTIFIC, INC.

and that the foregoing statements are true and correct to the best of my knowledge.

Wayne Sidor

Sworn to
before me this
16th day of
March 2023

Notary Public

IAN C MARTIN
NOTARY PUBLIC
ID #
50086494
COMMISSION
EXPIRES
7/18/2023
STATE OF NEW JERSEY

P2JW074000-0-B00500-16CDF63070D

BUSINESS NEWS

# Smithfield CEO Defends China Link

## Shane Smith points to sales growth since WH Group acquired the Virginia company

By Patrick Thomas

SMITHFIELD, Va.—**Smithfield Foods** Inc., the country's largest pork producer, is defending its turf against growing concerns from lawmakers over Chinese control of U.S. agriculture.

The Virginia company, which was acquired in 2013 by Chinese pork company **WH Group** Ltd., said its ownership has helped fuel steady growth over the past decade and export more of its products to China, the world's biggest pork market. Shane Smith, Smithfield's chief executive, said WH's backing has helped the company increase its sales, hire more U.S. workers and expand its plants' processing capabilities.

Smithfield's Chinese ownership has also made the 86-year-old company a focus of criticism in Washington, D.C., as U.S.-China tensions have grown. Some lawmakers in Washington and at the state level say they want to ensure the U.S. food-supply chain is protected and that China can't use U.S. farmland to facilitate spying.

Mr. Smith, a longtime Smithfield executive who took over as CEO in 2021, said those concerns are misplaced.

"We're as American today as we were in 2013," he said during an interview at his office overlooking Virginia's Pagan River. "When you meet with politicians and have those discussions, they seem to understand that."

Mr. Smith said Smithfield has discussed contingency plans in the event China escalates efforts to absorb Taiwan, a concern among U.S. leaders.

Smithfield is the biggest U.S. pork processor by volume, slaughtering about 30 million hogs a year, and a major supplier of hams and other fresh pork cuts to grocers' meat cases. The company sells products under brand names including Armour, Farmland and Nathan's Famous, in addition to Smithfield.

The company was founded in 1936 by the Luter family in Smithfield, Va., a town of about 9,000 people and home to a 120-year-old ham. The town once hosted George Washington as a guest at a Main Street inn.

Smithfield sold itself to WH Group a decade ago for $4.7 billion, after years of high grain costs and an industry glut of hogs pressured pork producers. At the time, WH Group's acquisition ranked as the biggest Chinese takeover of a U.S. company, prompting concerns in Washington. The Committee on Foreign Investment in the U.S., which reviews national security risks of foreign acquisitions, ultimately cleared the deal. WH Group is publicly traded in Hong Kong and has investors across the globe, including from the U.S., the company said.

Concerns over China's involvement in the U.S. economy have increased since the acquisition. Alleged pressure on U.S. companies from Beijing to hand over intellectual property was a central part of the U.S.-China trade fight under the Trump administration.

U.S. national security officials have pointed to technology and equipment made in China or owned by Chinese companies that they warn could be used to carry out espionage, including Chinese-made cranes in U.S. ports. Espionage concerns deepened last month after a suspected Chinese spy balloon was identified in U.S. airspace and shot down.

Chinese ownership of U.S. farmland has also stirred debate. The mayor of Grand Forks, N.D., in January stopped supporting plans to build a Chinese-owned $700 million corn mill on the outskirts of town after an official from the U.S. Air Force said it presented a national security risk.

Some lawmakers have called for a ban on Chinese purchases of U.S. farmland. Roughly half of the approximately 350,000 acres of U.S. farmland owned by Chinese entities is represented by Smithfield's more than 400 company-owned hog farms and 43 plants, according to federal data. Some politicians, such as Sen. Tom Cotton (R., Ark.), have said allowing China to have a presence in the U.S. supply chain is dangerous.

"From purchasing fields and pastures to gobbling up companies like Smithfield, Chinese influence in American agriculture means that China's needs, not America's, come first," Mr. Cotton, who has criticized Smithfield's ownership in the past, said in an emailed statement.

Smithfield's Mr. Smith said he has spent more time in Washington since becoming CEO, meeting with government officials and explaining that his company operates with WH just as it would with any other investor.

JIM LO SCALZO/EPA/SHUTTERSTOCK

Smithfield is the biggest U.S. pork processor by volume, slaughtering about 30 million hogs a year.

# Honeywell President Picked as Next CEO

By Colin Kellaher

**Honeywell International** Inc. tapped a 34-year company veteran to succeed current Chief Executive Darius Adamczyk, a switch that comes as the company faces slowing growth in the year ahead.

Honeywell on Tuesday named Vimal Kapur, 57 years old, as its next CEO, effective June 1. Mr. Kapur, who is joining the Honeywell board, has been president and chief operating officer of the Charlotte, N.C., company since June.

Honeywell said the 57-year-old Mr. Adamczyk, who has been CEO since 2017 and chairman since 2018, would continue to serve as executive chairman. He has been with Honeywell since 2008, joining as part of the company's acquisition of Metrologic.

Honeywell also said Doug Wright, president and CEO of its building-technologies segment, is leaving to pursue another opportunity. The company named Billal Hammoud, currently president of its smart energy and thermal solutions business, to succeed Mr. Wright effective April 1.

Honeywell shares closed at $192.97, declining less than 1% on Tuesday. They are up about 5% over the past 12 months.

# Tyson to Close Two Chicken Plants, Cutting 1,700 Jobs

By Patrick Thomas

**Tyson Foods** Inc. plans to shut down two of its poultry plants and lay off nearly 1,700 workers as it tries to improve its chicken operations that produce about one-fifth of the U.S. supply.

Tyson notified the nearly 1,000 employees at its Van Buren, Ark., chicken plant on Monday that it would close on May 12, the company said. About 700 workers at Tyson's plant in Glen Allen, Va., also found out on Monday that its plant would close in May, according to the local United Food and Commercial Workers International Union, which represents employees at the Virginia plant.

The Springdale, Ark., meat company said production would be shifted to other Tyson plants. The company said the closures were part of a broader plan in its chicken division to improve operations and use full available capacity at each plant.

**Chicken production overall in the U.S. is expected to increase by about 3% in 2023.**

"The current scale and inability to economically improve operations has led to the difficult decision to close the facilities," a spokesman said.

Tyson reported last month its biggest percentage drop in quarterly profit in over a decade. Its long-dominant chicken business is under increased pressure as the company's profit margins fall from historic highs during the pandemic.

Tyson has about 124,000 employees in the U.S. and more than 140,000 globally, according to its most recent annual securities filing.

The company said it is working with affected employees to apply for open jobs at other facilities.

Tyson last month reported declining operating income from its chicken business to $69 million for the quarter, compared with $140 million a year earlier.

Overall, Tyson said its profit for the three-month period ended Dec. 31 fell to $316 million from $1.1 billion a year earlier. It was the company's largest year-over-year decline in quarterly net income since 2009, according to FactSet data.

Shares of Tyson have fallen nearly 33% over the past 12 months and closed up slightly on Tuesday at $57.30.

Earlier this year, Tyson ousted the president of its poultry business, David Bray, who had led the business since 2021.

The company named Wes Morris, who had retired from Tyson in 2017 and previously ran its prepared-foods business, as the new leader of its chicken division.

Mr. Bray had been leading an effort to revamp the chicken business, which had struggled for years to hatch enough chicks and meet customer demand while paying more for labor to staff its plants and grain to feed its chickens.

"We are cleaning up and have been cleaning up some issues," Chief Executive Donnie King said on a call with analysts last month. "We still feel really good about our chicken business."

Mr. Morris, the new head of poultry, said on the call last month that Tyson can do a better job of making sure it has the right amount of chicken at the right locations to meet shifting consumer demand.

Chicken prices have fallen sharply in recent months as processors increase supply. Boneless, skinless breast meat prices fell from $3.50 in May of last year to about $1 by January, according to research firm Urner Barry. The price drop squeezed profits at Tyson and rival chicken company Pilgrim's Pride Corp.

Chicken production overall in the U.S. is expected to increase by about 3% in 2023, according to the U.S. Agriculture Department.

The company has shuffled much of its leadership team over the past six months, naming new heads for its international, prepared foods and chicken divisions, as well as for its beef and pork unit.

Hundreds of corporate Tyson employees are also leaving the company as it closes several offices housing employees of its beef and pork and prepared-foods divisions and moves those functions to northwest Arkansas, The Wall Street Journal has reported.

ADVERTISEMENT

The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

BUSINESS OPPORTUNITIES

HIGH COMMISSION OPPORTUNITY!
Integrated Refunds wants Referral Partners for the Employee Retention Credit (ERC) program.
Earn 5% commissions. Average refund is $200k. Go to www.integratedrefunds.com to sign -up.
info@integratedrefunds.com

BUSINESS OPPORTUNITIES

Diabetes Reversal Company With Only Patent In The World
Make a difference in the world with a Limited Investment opportunity in our Company. 14-yr track record, proven results, life-changing testimonials, independent study, celebrity spokesmen & the only **Patented** Type 2 Diabetes Reversal system in the world. 3 investment options: 1-Proven 50/50 partnership 2-Equity with projected 18-24 month exit; 3-Convertible Note **Call (800) 937-2401**

THE WALL STREET JOURNAL.

© 2023 Dow Jones & Company, Inc.
All Rights Reserved.
DOW JONES

BANKRUPTCIES

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re: CORE SCIENTIFIC, INC., *et al.*, Debtors.**[1] | § | **Chapter 11** |
| | § | **Case No. 22-90341 (DRJ)** |
| | § | **(Jointly Administered)** |

**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On December 21, 2022 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**"). Set forth below are the name, federal tax identification number and the case number for each of the Debtors: **DEBTOR, EIN, CASE NO.:** Core Scientific Mining LLC, 92-1386971, 22-90340 (DRJ); Core Scientific, Inc.[2] (f/k/a Power & Digital Infrastructure Acquisition Corp., XPDI and Core Scientific Holdings Co.), 86-1243837, 22-90341 (DRJ); Core Scientific Acquired Mining LLC (f/k/a Blockcap, Inc.), 92-2226074, 22-90342 (DRJ); Core Scientific Operating Company (f/k/a Core Scientific, Inc.[3] and MineCo Holdings, Inc.), 82-3805526, 22-90343 (DRJ); Radar Relay, Inc. (f/k/a Radar Relay, LLC), 82-3430496, 22-90344 (DRJ); Core Scientific Specialty Mining (Oklahoma) LLC (f/k/a GPU One Holdings, LLC), 84-5164327, 22-90345 (DRJ); American Property Acquisition, LLC, 82-5490825, 22-90346 (DRJ); Starboard Capital LLC, 36-4896677, 22-90347 (DRJ); RADAR, LLC, 84-4125106, 22-90348 (DRJ); American Property Acquisitions I, LLC (f/k/a 155 Palmer Lane, LLC.), 82-5469717, 22-90349 (DRJ); American Property Acquisitions VII, LLC, 83-1663198, 22-90350 (DRJ).

2. On March 9, 2023, the Court entered an order (Docket No. 652) (the "**Bar Date Order**")[4] establishing certain deadlines for the filing of proofs of claim in the Debtors' chapter 11 cases.

3. Pursuant to the Bar Date Order, all persons, entities, and Governmental Units who have a claim or potential claim, including any claims under section 503(b)(9) of the Bankruptcy Code,[5] against any of the Debtors that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **April 14, 2023 at 5:00 p.m. (prevailing Central Time)** for general creditors (the "**General Bar Date**") and **June 19, 2023 at 5:00 p.m. (prevailing Central Time)** for Governmental Units (the "**Governmental Bar Date**," and together with the General Bar Date, the "**Bar Dates**"), by (i) submitting such Proof(s) of Claim electronically through Stretto, Inc. ("**Stretto**"), at https://cases.stretto.com/CoreScientific; (ii) filing such Proof(s) of Claim electronically through PACER (Public Access to Court Electronic Records), at https://ecf.txsb.uscourts.gov; or (iii) by delivering the original proof(s) of claim to Stretto by mail or hand delivery at the following address: **Stretto Address for Receipt of Claims:** Core Scientific, Inc., et al. Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602. **PROOFS OF CLAIM SENT BY FACSIMILE OR E-MAIL WILL NOT BE ACCEPTED.**

4. The Bar Dates apply to all claims against the Debtors arising under section 503(b)(9) of the Bankruptcy Code; provided, however, that the Bar Dates do not apply to the Excluded Claims listed in paragraph eight (8) of the Bar Date Order.

5. **ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE BAR DATE IN ACCORDANCE WITH THE INSTRUCTIONS ABOVE WILL NOT BE TREATED AS A CREDITOR FOR PURPOSES OF VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THE CHAPTER 11 CASES.**

6. Proof of claim forms and a copy of the Bar Date Order may be obtained by visiting https://cases.stretto.com/CoreScientific, maintained by the Debtors' claims and noticing agent, Stretto. Stretto cannot advise you how to file, or whether you should file, a proof of claim. Questions concerning the contents of this Notice and requests for copies of filed proofs of claim should be directed to Stretto through email at TeamCoreScientific@stretto.com or phone by calling Stretto at 949.404.4152 (Toll-Free Number within the U.S./Canada) and 888.765.7875 (International). Please note that neither Stretto's staff, counsel to the Debtors, nor the Clerk of the Court's Office is permitted to give you legal advice.

**A HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[3] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[4] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

[5] A claim arising under section 503(b)(9) of the Bankruptcy code is a claim arising from the value of any goods received by the Debtors within twenty (20) days before Petition Date, provided that the goods were sold to the Debtors in the ordinary course of the Debtors' business.

NOTICE OF SALE

SUPREME COURT - COUNTY OF NEW YORK

MICHAELANGELO GIIK FLATIRON LLC, NEW TRIPLE CROWN LLC, FLATIRON NEWMARK PARTNERS LLC and FLAT IRON ACQUISITION LLC, Plaintiffs -against- NRS FLATIRON LLC, Defendant. Pursuant to an Interlocutory Judgment dated January 6, 2023 and entered on January 19, 2023, I, the undersigned Referee, will sell at a public auction, to be held outside at the portico at the front entrance of the New York County Courthouse, located at 60 Centre Street, New York, New York, or such other space in said Courthouse as the Court may designate, on March 22, 2023 at 2:00 p.m., the real property located at 175 Fifth Avenue, New York, New York, being the building commonly known as "The Flatiron Building," and described as follows: Block 851, Lot 1 on the tax map of the Borough of Manhattan, and more particularly described as follows:

ALL that certain plot, piece, or parcel of land, lying and being in the Borough of Manhattan, County, City, and State of New York, and being more particularly bounded and described as follows:

BEGINNING at the corner formed by the intersection of the northerly side of East 22nd Street and easterly side of Fifth Avenue.

THENCE easterly along the northerly side of East 22nd Street, 85 feet 8 inches to the westerly side of Broadway.

THENCE northerly along the westerly side of Broadway, 214 feet 6 inches to the southerly side of Madison Square South;

THENCE westerly along the southerly side of Madison Square South, 2 feet to the easterly side of Fifth Avenue;

THENCE southerly along the easterly side of Fifth Avenue, 197 feet 6 inches to the point or place of BEGINNING.

The Premises will be sold subject to the provisions of the said Interlocutory Judgment and Terms of Sale, which may be reviewed on the New York County Supreme Court's electronic docket under Index Number 654176/2021. The purchaser shall pay the charge for recording the deed to be given by the Referee, any charge or tax (excluding any applicable real property transfer taxes) upon the delivery or recording of said deed, and the reasonable charge of the Referee for drawing the deed. The reasonable costs of the Referee's actions are expenses of the sale and shall be paid by the Referee from the proceeds of the sale. At the conclusion of the auction sale, the successful bidder will be required to agree to be bound by the terms of the Interlocutory Judgment and Terms of Sale, including but not limited to the terms specifying the successful bidder's liability for damages in the event of a default; and to pay a down payment of ten percent (10%) of the amount of the successful bid as detailed in the Interlocutory Judgment and Terms of Sale. Please consult the Interlocutory Judgment and Terms of Sale for other conditions applicable to this auction. PETER A. AXELROD, ESQ., Referee 260 Madison Avenue, 15th Floor New York, New York 10016

THE WALL STREET JOURNAL.
SHOWROOM
(800) 366-3975
wsj.com/classifieds
© 2022 Dow Jones & Company, Inc.
All Rights Reserved.

BUSINESS OPPORTUNITIES

1ST TRUST DEED
11% RETURN
64% L.T.V. • 18 MONTHS
VILLA PARK
CUSTOM SFR
866-700-0600
ALLIANCE PORTFOLIO
120 Vantis Dr., Ste. 515 • Aliso Viejo, CA 92656
www.AlliancePortfolio.com
RE Broker • CA DRE • 02066955 Broker License ID

COMMERCIAL REAL ESTATE

★ FOR SALE SO. TEXAS ★
A 98% LEASED SHOP.
CTR UNDER $100 PSF
GROCERY ANCHORED AT $6.3M
CALL/EMAIL, B. BROOKS, BROKER,
(512) 328-7800, bb3105@Hotmail.com

PUBLIC NOTICES

Notification is hereby given that Bank of America National Association, 100 North Tryon Street, Suite 170, Charlotte, Mecklenburg County, NC, 28202, has filed an application with the Comptroller of the Currency on March 15, 2023, as specified in 12 CFR 5 of the Comptroller's Licensing Manual, for permission to establish a domestic branch in the vicinity of:

- 2001 Rockaway Parkway, Brooklyn, Kings County, NY 11236

Any person wishing to comment on this application may file comments in writing with the Director for Large Bank Licensing, Office of the Comptroller of the Currency, 400 7th Street S.W., Mail Stop 10E-2, Washington, DC 20219, within 30 days after the date of this publication. The public may find information about the filing in the OCC's Weekly Bulletin available at www.occ.gov. Additionally, the public portion of the filed application is available upon request.