IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | Chapter 11 |
| § | |
| CORE SCIENTIFIC, INC., *et al.*[1] § | Case No. 22-90341 |
| § | (Jointly Administered) |
| Debtors. § | |

NOTICE OF APPOINTMENT OF OFFICIAL
COMMITTEE OF EQUITY SECURITY HOLDERS

TO THE HONORABLE DAVID R. JONES,
UNITED STATES BANKRUPTCY JUDGE:

  COMES NOW the United States Trustee, pursuant to § 1102(a) and 1102(b)(2) of the Bankruptcy Code, and hereby appoints the following eligible equity security holders to the official committee of equity security holders in the above captioned case:

| | |
|---|---|
| 1 | Rudolph Family Trust<br>c/o Lawrence Rudolph Trustee<br>613 Canyon Greens Dr.<br>Las Vegas, NV 89144<br>310-909-9745<br>laru@reign-deer.com |
| 2 | Douglas S. Wall<br>4233 Versailles Ave.<br>Dallas, TX 75205<br>214-662-9255<br>wallds@yahoo.com |
| 3 | Brent Berge<br>6718 E. Rovey Ave.<br>Paradise Valley, AZ 85253<br>602-430-3673<br>brent.berge@bergetoyota.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR, LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

| | |
|---|---|
| 4 | Foundry Digital LLC<br>Attn: Ryan Boyle<br>1100 Pittsford Victor Rd.<br>Pittsford, NY 14534<br>646-465-4195<br>rboyle@foundrydigital.com |
| 5 | RBH Holdings, LLC<br>c/o Randall B. Hale<br>3737 Buffalo Speedway,<br>Ste. 1800<br>Houston, TX 77098<br>713-304-8262<br>rhale@rockhillcap.com |
| 6 | Aaron Baker<br>2895 W. Capovilla Ave., #140<br>Las Vegas, NV 89119<br>702-830-1741<br>aaron@alphabravoholdings.com |
| 7 | Janice J. Kelly<br>c/o Dee J. Kelly, Jr.<br>201 Main St., Ste, 2500<br>Fort Worth, TX 76102<br>817-332-2500<br>dee.kelly@kellyhart.com |

Dated: March 23, 2023

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

By: */s/ Jayson B. Ruff*
Jayson B. Ruff
Trial Attorney
Michigan Bar No. P69893
Office of the United States Trustee
515 Rusk Avenue, Suite 3516
Houston, TX 77002
(713) 718-4662
(713) 718-4670 Fax

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Official Committee of Equity Security Holders has been served by electronic means on all PACER participants on March 23, 2023.

                                          */s/ Jayson B. Ruff*
                                          Jayson B. Ruff
                                          Trial Attorney