IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*[1] | § | Case No. 22-90341 |
| | § | (Jointly Administered) |
| Debtors. | § | |

## NOTICE OF ORGANIZATIONAL MEETING
## FOR OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS

The organizational meeting for the Official Committee of Equity Security Holders in the above captioned case will be convened by telephone conference on March 23, 2023, at 1:30 pm, Central Time. Members of the committee have been provided call-in instructions.

Dated: March 23, 2023                             KEVIN M. EPSTEIN
                                                  UNITED STATES TRUSTEE

                                                  By: */s/ Jayson B. Ruff*
                                                  Jayson B. Ruff
                                                  Trial Attorney
                                                  Michigan Bar No. P69893
                                                  Office of the United States Trustee
                                                  515 Rusk Avenue, Suite 3516
                                                  Houston, TX 77002
                                                  (713) 718-4662
                                                  (713) 718-4670 Fax

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR, LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Organizational Meeting for the Official Committee of Equity Security Holders has been served by electronic means on all PACER participants on March 23, 2023.

>/s/ *Jayson B. Ruff*
>Jayson B. Ruff
>Trial Attorney