IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **CORE SCIENTIFIC, INC.**, *et al.*, | § | Case No. 22-90341 (DRJ) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

**ORDER DENYING DEBTORS' MOTION TO QUASH SPHERE 3D'S BANKRUPTCY RULE 2004 REQUESTS FOR PRODUCTION OF DOCUMENTS**

[Relates to Docket No. 711]

Upon consideration of the *Debtors' Motion to Quash Sphere 3D's Bankruptcy Rule 2004 Requests for Production of Documents* [Docket No. 711] (the "Motion to Quash") and Sphere 3D Corp.'s objection (the "Objection") to the Motion to Quash, and upon all of the proceedings had before this Court, it is hereby ordered that:

1. The Debtors' Motion to Quash is denied.

2. The Debtors shall provide to Sphere 3D Corp.'s counsel responses and any responsive documents to Sphere 3D Corp.'s requests in the *Notice of Bankruptcy Rule 2004 Requests for Production of Documents from Core Scientific* [Docket No. 678] no later than _____, 2023.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: _____

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.