**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC., *et al.*,** | § | **Case No. 22-90341 (DRJ)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

## CERTIFICATE OF SERVICE

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On March 29, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Declaration and Disclosure Statement of Eric Kuwana, on Behalf of Alston & Bird, LLP** (Docket No. 736)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: March 31, 2023

_/s/ Serina Tran_
Serina Tran
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 949-404-4152
Email: TeamCoreScientific@stretto.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Special Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

# Exhibit A

 STRETTO

**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| AAF International | Attn: Ryan McGary, General Counsel | 9920 Corporate Campus Dr Ste 2200 | | Louisville | KY | 40223 | |
| Aaron Baker | | 2895 W. Capovilla Ave., #140 | | Las Vegas | NV | 89119 | |
| Amazon Web Services Inc | Attn: Rashmi Manchanda | 410 Terry Avenue North | | Seattle | WA | 98109-5210 | |
| Anchorage Lending CA, LLC | c/o Otterbourg P.C. | Attn: James Drew | 230 Park Avenue | New York | NY | 10169 | |
| Atalaya Capital Management LP | c/o Holland & Knight LLP | Attn: Brent R. McIlwain and Brian Smith | 1722 Routh Street Suite 1500 | Dallas | TX | 75201 | |
| B. Riley Financial, Inc. | c/o Willkie Farr & Gallagher LLP | Attn: Melanie Mansfield | 300 North LeSalle Dr | Chicago | IL | 60654 | |
| Bank of America | | 401 Union St | Fl 26 | Seattle | WA | 98101-2678 | |
| Barings BDC, Inc. | | 300 S. Tryon St | | Charlotte | NC | 28202 | |
| Barings Capital Investment | | 300 S. Tryon St | | Charlotte | NC | 28202 | |
| Barings LLC | Attn: Steve Johnson | 300 South Tryon Street, Suite 2500 | | Charlotte | NC | 18202 | |
| Barings Private Credit Corp | | 300 S. Tryon St | | Charlotte | NC | 28202 | |
| Bergstrom Electric | Attn: Steve Wasvick | 3100 North Washington Street | | Grand Forks | ND | 58208 | |
| Bremer Bank | | 3100 South Columbia Road | | Grand Forks | ND | 58201 | |
| Brent Berge | | 6718 E. Rovey Ave | | Paradise Valley | AZ | 85253 | |
| BRF Finance Co., LLC | Attn: General Counsel | 30870 Russell Ranch Road | Ste 250 | Westlake Village | CA | 91362 | |
| CDW Direct | Attn: Rick Kulevich, General Counsel | 200 N. Milwaukee Avenue | | Vernon Hills | IL | 60061 | |
| CES Corporation | Attn: Scott Weatherall | 28029-108 Avenue | | Acheson | AB | T7Z 6P7 | Canada |
| Cherokee County Tax Collector | Attn: Delenna Stiles, Tax Collector | 75 Peachtree Street  #225 | | Murphy | NC | 28906-2947 | |
| City National Bank | | 555 South Flower Street | | Los Angeles | CA | 90071 | |
| Coinbase Inc | c/o Coinbase Custody Trust Co LLC | 100 Pine St, Ste 1250 | | San Francisco | CA | 94111 | |
| Cooley LLP | Attn: Daniel Peale | 3 Embarcadero Center, 20th Floor | | San Francisco | CA | 94111-4004 | |
| Dalton Utilities | Attn: Tom Bundros | 1200 V D Parrott Jr Pkwy | | Dalton | GA | 30721 | |
| Dalton Utilities | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Matthew R. Brooks | 600 Peachtree Street NE, Suite 3000 | Atlanta | GA | 30308 | |
| DK Construction Company | Attn: Justin Edwards, President | 5165 Gilbertsville Highway | | Calvert City | KY | 42029-0388 | |
| Douglas S. Wall | | 4233 Versailles Ave | | Dallas | TX | 75205 | |
| Duke Energy | Attn: Tammy Daber, Power Contracts Administrator | 9700 David Taylor Dr. | Mail Code: DT01X | Charlotte | NC | 28262 | |
| FlowTX | Attn: Lucas Leavitt | PO Box 90504 | | San Antonio | TX | 78209-9086 | |
| Foundry Digital LLC | Attn: Ryan Boyle | 1100 Pittsford Victor Road | | Pittsford | NY | 14534 | |
| Gensler | Attn: Todd Runkle | 1011 S. Congress Ave, Building 1, Ste 200 | | Austin | TX | 78704 | |
| Herc Rentals | Attn: Leslie Hunziker | 27500 Riverview Center Blvd Ste 100 | | Bonita Springs | FL | 34134 | |
| Internal Revenue Service | | Department of the Treasury | | Ogden | UT | 84201-0045 | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market Street | | Philadelphia | PA | 19104-5002 | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Internal Revenue Service | Houston Department | 1919 Smith Street | | Houston | TX | 77002 | |
| Janice J. Kelly | c/o Dee J. Kelly, Jr. | 201 Main St., Ste, 2500 | | Fort Worth | TX | 76102 | |
| Kentucky Department of Revenue | Attn: Thomas B. Miller | 501 High Street | | Frankfort | KY | 40601 | |
| LiveView Technologies Inc | Attn: Chris Parker | 1226 S 1480 W | | Orem | UT | 84058 | |
| Luxor Technology Corp | | 1100 Bellevue Way NE | Suite 8A #514 | Bellevue | WA | 98004 | |
| Marshall County Sheriff | Attn: Trent Weaver, Sheriff | 52 Judicial Dr | | Benton | KY | 42025 | |
| MassMutual Asset Finance LLC | Attn: David Coutu | 2 Hampshire Street | Suite 101 | Foxboro | MA | 02035 | |
| McDermott Will and Emery LLP | Attn: Alexandra Catherina Scheibe | 1 Vanderbilt Ave | | New York | NY | 10017 | |
| Moss Adams LLP | Attn: Findley Oliver Gillespie | 999 Third Ave | Ste 2800 | Seattle | WA | 98104 | |
| MP2 Energy LLC d/b/a Shell Energy Solutions | | 21 Waterway Avenue Ste. 450 | | The Woodlands | TX | 77380 | |
| North Mill Equipment Finance LLC | c/o Padfield & Stout, L.L.P. | Attn: Christopher V. Arisco | 420 Throckmorton Street, Suite 1210 | Fort Worth | TX | 76102 | |
| NYDIG ABL LLC | c/o Sidley Austin LLP | Attn: Elizabeth R. Tabas Carson | 787 7th Ave | New York | NY | 10019 | |
| Office of the U.S. Trustee | Attn: Jayson Ruff & Alicia Barcomb | 515 Rusk Street, Suite 3516 | | Houston | TX | 77002 | |
| OP | Attn: Elise Chittick | 10030 Bent Oak Dr | | Houston | TX | 77040 | |
| Priority Power Management LLC | Attn: Robert L. Douglas | 2201 E Lamar Blvd Suite 275 | | Arlington | TX | 76006 | |
| RBH Holdings, LLC | c/o Randall B. Hale | 3737 Buffalo Speedway, Ste. 1800 | | Houston | TX | 77098 | |
| Reed Wells Benson and Company | Attn: Kenneth Fulk | 120010 N Central Expressway | Ste 1100 | Dallas | TX | 75243 | |
| Rudolph Family Trust | c/o Lawrence Rudolph Trustee | 613 Canyon Greens Dr. | | Las Vegas | NV | 89144 | |
| Securitas Security Services USA Inc | Attn: Patrick Melody | 4330 Park Terrace Drive | | West Lake Village | CA | 91361 | |
| Securities & Exchange Commission | Attn: Regional Director | 5000 T Rex Ave | Ste 300 | Boca Raton | FL | 33431-4491 | |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F Street, NE | | Washington | DC | 20002 | |
| Shell Energy Solutions | Attn: Marty Lundstrom | 21 Waterway Avenue Suite 450 | | The Woodlands | TX | 77380 | |
| Sidley Austin LLP | Attn: Scott Parel | 2021 McKinney Avenue | Suite 2000 | Dallas | TX | 75201 | |
| Sphere 3D Corp. | Attn: Patricia Trompeter | 4 Greenwich Office Park | Suite 100 | Greenwich | CT | 06831 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit A**

Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| State Of Georgia | Office Of The Attorney General | 40 Capitol Sq Sw | | Atlanta | GA | 30334 | |
| State Of Kentucky | Office Of The Attorney General | Capitol Building | 700 Capitol Ave Ste 118 | Frankfort | KY | 40601 | |
| State Of North Carolina | Office Of The Attorney General | 114 W Edenton St | | Raleigh | NC | 27603 | |
| State Of North Dakota | Office Of The Attorney General | State Capitol, 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 | |
| Stonebriar Commercial Finance LLC | Attn: Jeffrey L. Wilkison | 5601 Granite Parkway, Suite 1350 | | Plano | TX | 75024 | |
| Tenaska Power Services Co | Attn: Drew Fossum | 14302 FNB Parkway | | Omaha | NE | 68154 | |
| Tenaska Power Services Co. | | 300 E. John Carpenter Ste. 1000 | | Irving | TX | 75062 | |
| Tenet Solutions | Attn: Accounting | 1238 Grey Fox Rd | | Arden Hills | MN | 55112 | |
| Texas Office of the Attorney General | | 300 W. 15th Street | | Austin | TX | 78701 | |
| Texas Office of the Attorney General | | PO Box 12548 | | Austin | TX | 78711-2548 | |
| Trilogy LLC | Attn: Sam Bersiek | 6255 Saddle Tree Dr | | Las Vegas | NV | 89118 | |
| Trinity Capital Inc | Attn: Kyle Brown | 1N 1st Street, Suite 302 | | Phoenix | AZ | 85004 | |
| US Attorney's Office for the Southern District of Texas | Attn: Jennifer Lowery | 1000 Louisiana St Suite 2300 | | Houston | TX | 77002 | |
| US Customs and Border Patrol | Attn: Raul Ortiz | 1300 Pennsylvania Avenue, Suite 4.4-B | | Washington | DC | 20229 | |
| Wingspire Equipment Finance LLC | c/o Reed Smith LLP | Attn: Richard J. Tannenbaum | 599 Lexington Avenue | New York | NY | 10022 | |

# **Exhibit B**

 STRETTO

**Exhibit B**
Served via Electric Mail

| Name | Attention | Attention 2 | Email |
|---|---|---|---|
| 36th Street Capital Partners LLC, Prime Alliance Bank, Inc., and Wingspire Equipment Finance, LLC | c/o Reed Smith LLP | Attn: Devan J. Dal Col | DDalcol@reedsmith.com |
| 36th Street Capital Partners, LLC | c/o Reed Smith LLP | Attn: Devan Dal Col | jolsen@36thstreetcapital.com<br>clatouche@36thstreetcapital.com<br>gkammerer@36thstreetcapital.com |
| AAF International | Attn: Ryan McGary, General Counsel | | rmcgary@aafintl.com |
| Aaron Baker | | | aaron@alphabravoholdings.com |
| ABLe Communications, Inc. | c/o Forshey & Prostok LLP | Attn: Jeff P. Prostok, Dyland T.F. Ross | jprostok@forsheyprostok.com<br>dross@forsheyprostok.com |
| Ad Hoc Equity Group | c/o Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Noelle M. Reed | Noelle.Reed@skadden.com |
| Ad Hoc Equity Group | c/o Skadden, Arps, Slate, Meagher & Flom LLP | Attn: George N. Panagakis, Ron E. Meisler, Christopher M. Dressel, Jennifer Madden | George.Panagakis@skadden.com<br>Ron.Meisler@skadden.com<br>Christopher.Dressel@skadden.com<br>Jennifer.Madden@skadden.com |
| Ad Hoc Group of Secured Convertible Noteholders | c/o Paul Hastings LLP | Attn: Kristopher M Hansen, Erez E Gilad, Sayan Bhattacharyya & Joanne Lau | krishansen@paulhastings.com<br>erezgilad@paulhastings.com<br>sayanbhattacharyya@paulhastings.com<br>joannelau@paulhastings.com |
| Ad Hoc Group of Secured Convertible Noteholders | c/o Paul Hastings LLP | Attn: James T Grogan III | jamesgrogan@paulhastings.com |
| Amazon Web Services Inc | Attn: Rashmi Manchanda | | rmmanch@amazon.com |
| AmTrust North America, Inc. on behalf of Associated Industries Insurance Company, Inc. | c/o Maurice Wutscher, LLP | Attn: Alan C. Hochheiser | ahochheiser@mauricewutscher.com |
| Anchorage Lending CA, LLC | c/o Otterbourg P.C. | Attn: James Drew | jdrew@otterbourg.com |
| Atalaya Capital Management LP | c/o Holland & Knight LLP | Attn: Brent R. McIlwain and Brian Smith | brent.mcIlwain@hklaw.com<br>brian.smith@hklaw.com |
| B. Riley Commercial Capital, LLC | c/o Choate, Hall & Stewart LLP | Attn: John F. Ventola, Douglas R. Gooding & M. Hampton Foushee | jventola@choate.com<br>dgooding@choate.com<br>hfoushee@choate.com |
| B. Riley Financial, Inc. | c/o Willkie Farr & Gallagher LLP | Attn: Melanie Mansfield | mmansfield@willkie.com |
| Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. | c/o Arnold & Porter Kaye Scholer LLP | Attn: Jeffrey A. Fuisz, Madelyn A. Nicolini & Robert T. Franciscovich | jeffrey.fuisz@arnoldporter.com<br>madelyn.nicolini@arnoldporter.com<br>robert.franciscovich@arnoldporter.com |
| Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. | c/o Arnold & Porter Kaye Scholer LLP | Attn: Michael D. Messersmith, Brian J. Lohan & Sarah Gryll | michael.messersmith@arnoldporter.com<br>brian.lohan@arnoldporter.com<br>sarah.gryll@arnoldporter.com |
| Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. | c/o Arnold & Porter Kaye Scholer LLP | Attn: C. Thomas Kruse | tom.kruse@arnoldporter.com |
| BEAM Concrete Construction, Inc. | c/o Matthews, Shiels, Knott, Eden, Davis & Beanland, L.L.P. | Attn: Misti L Beanland | beanland@mssattorneys.com |
| Bergstrom Electric | Attn: Steve Wasvick | | Swasvick@bergstromelectric.com |
| BlockFi Inc | c/o Haynes and Boone LLP | Attn: Matthew Frankle | matthew.frankle@haynesboone.com |
| BlockFi, Inc. | c/o Haynes and Boone, LLP | Attn: Kenric D. Kattner & Arsalan Muhammad | kenric.kattner@haynesboone.com<br>arsalan.muhammad@haynesboone.com |
| BlockFi, Inc. | c/o Haynes and Boone, LLP | Attn: Matt Ferris & Charles M. Jones II | matt.ferris@haynesboone.com<br>charlie.jones@haynesboone.com |
| BlockFi, Inc. | c/o Haynes and Boone, LLP | Attn: Richard Kanowitz | richard.kanowitz@haynesboone.com |
| Board of Directors of Core Scientific, Inc. | c/o Scheef & Stone, L.L.P. | Attn: Peter C. Lewis, Esq. | peter.lewis@solidcounsel.com<br>marcella.morales@solidcounsel.com |
| Brent Berge | | | brent.berge@bergetoyota.com |
| BRF Finance Co., LLC | Attn: General Counsel | | legal@brileyfin.com |
| CDW Direct | Attn: Rick Kulevich, General Counsel | | credit@cdw.com |
| CEC Energy Services, LLC | c/o Branscomb PLLC | Attn: Patrick H. Autry | pautry@branscomblaw.com |
| CES Corporation | Attn: Scott Weatherall | | s.weatherall@cescorp.ca |
| Charles Basil and Mitch Edwards | c/o Ervin Cohen & Jessup LLP | Attn: Byron Z. Moldo, Russell M. Selmont | bmoldo@ecjlaw.com<br>rselmont@ecjlaw.com |
| Cherokee County Tax Collector | Attn: Delenna Stiles, Tax Collector | | collections@cherokeecounty-nc.gov |
| City of Dalton, Georgia by and through its Board of Water, Light and Sinking Fund Commissioners d/b/a Dalton Utilities | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Matthew Ray Brooks | matthew.brooks@troutman.com |



**Exhibit B**
Served via Electric Mail

| Name | Attention | Attention 2 | Email |
|---|---|---|---|
| City of Dalton, Georgia by and through its Board of Water, Light and Sinking Fund Commissioners d/b/a Dalton Utilities | c/o Howley Law PLLC | Attn: Tom A. Howley and Eric Terry | tom@howley-law.com<br>eric@howley-law.com |
| City of Dalton, Georgia by and through its Board of Water, Light and Sinking Fund Commissioners d/b/a Dalton Utilities | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Marcy J. McLaughlin Smith | marcy.smith@troutman.com |
| City of Denton | c/o Haynes and Boone, LLP | Attn: Kelli S. Norfleet | kelli.norfleet@haynesboone.com |
| City of Denton | c/o Haynes and Boone, LLP | Attn: Martha Wyrick & Thomas J. Zavala | martha.wyrick@haynesboone.com<br>tom.zavala@haynesboone.com |
| Conflicts and Efficiency Counsel to the Official Committee of Unsecured Creditors | c/o Gray Reed | Attn: Jason S. Brookner & Lydia R. Webb | jbrookner@grayreed.com<br>lwebb@grayreed.com |
| Cooley LLP | Attn: Daniel Peale | | dpeale@cooley.com |
| Dallas County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Dalton Utilities | Attn: Tom Bundros | | tbundros@dutil.com |
| Dalton Utilities | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Matthew R. Brooks | matthew.brooks@troutman.com |
| DK Construction Company | Attn: Justin Edwards, President | | justin@dkconstructioninc.com |
| Douglas S. Wall | | | wallds@yahoo.com |
| Duke Energy | Attn: Tammy Daber, Power Contracts Administrator | | tammy.daber@duke-energy.com |
| FlowTX | Attn: Lucas Leavitt | | lleavitt@flowtx.com |
| Foundry Digital LLC | Attn: Ryan Boyle | | hello@foundrydigital.com<br>mcolyer@foundrydigital.com<br>rboyle@foundrydigital.com |
| Foundry Digital LLC | c/o Porter Hedges LLP | Attn: John F. Higgins, M. Shane Johnson, Megan N. Young-John | jhiggins@porterhedges.com<br>sjohnson@porterhedges.com<br>myoung-john@porterhedges.com |
| Foundry Digital LLC | c/o Schulte Roth & Zabel LLP | Attn: Kristine G. Manoukian, Abbey Walsh, Peter J. Amend | kristine.manoukian@srz.com<br>abbey.walsh@srz.com<br>peter.amend@srz.com |
| Gaylor Electric, Inc. d/b/a Gaylor, Inc. | c/o Bradley Arant Boult Cummings LLP | Attn: James B Bailey | jbailey@bradley.com |
| Gem Mining | c/o Maynard, Cooper & Gale, P.C. | Attn: Stephen C. Jackson | sjackson@maynardcooper.com |
| General Casualty Company of Wisconsin | c/o Shook, Hardy & Bacon L.L.P. | Attn: John Lewis, Jr. | jolewis@shb.com |
| Gensler | Attn: Todd Runkle | | todd_runkle@gensler.com |
| Harper Construction Company, Inc | Attn: Stephen Marble | | lpz@harperconstruction.com<br>lzarazua@harperconstruction.com |
| Harper Construction Company, Inc. | c/o Porter Hedges LLP | Attn: John F. Higgins, M. Shane Johnson | jhiggins@porterhedges.com<br>sjohnson@porterhedges.com |
| Harper Construction Company, Inc. | c/o Mulinix Eddy & Ewert, PLLC | Attn: Russell L. Mulinix | rusty@lawokc.com |
| Herc Rentals | Attn: Leslie Hunziker | | leslie.hunziker@hercrentals.com |
| Huband-Mantor Construction, Inc. | c/o Cokinos Young | Attn: Jay K. Farwell & Stephanie O'Rourke | sorourke@cokinoslaw.com<br>jfarwell@cokinoslaw.com |
| Humphrey & Associates, Inc. | c/o Laperouse, PC | Attn: Jason R. Kennedy | bankruptcy@laperouselaw.com |
| Indigo Direct Lending | c/o Moritt Hock & Hamroff LLP | Attn: Theresa A. Driscoll | tdriscoll@moritthock.com |
| Indigo Direct Lending, LLC | c/o Ross, Smith & Binford, PC | Attn: Frances A. Smith, Judith W. Ross | frances.smith@rsbfirm.com<br>judith.ross@rsbfirm.com |
| Janice J. Kelly | c/o Dee J. Kelly, Jr. | | dee.kelly@kellyhart.com |
| LiveView Technologies Inc | Attn: Chris Parker | | chris.parker@lvt.com |
| Maddox Industrial Transformer, LLC | c/o Haynsworth Sinkler Boyd, P.A. | Attn: Mary M. Caskey, Esq. | mcaskey@hsblawfirm.com |
| Marnoy Interests, Ltd. d/b/a Office Pavilion | c/o Ferguson Braswell Fraser Kubasta PC | Attn: Rachel L. Smiley | rsmiley@fbfk.law |
| Marshall County Sheriff | Attn: Trent Weaver, Sheriff | | marshallso@marshallco.org |
| MassMutual Asset Finance LLC | c/o Verrill Dana LLP | Attn: Thomas O. Bean | tbean@verrill-law.com |
| MassMutual Asset Finance LLC | c/o Verrill Dana LLP | Attn: Nathaniel R. Hull | nhull@verrill-law.com |
| McCarthy Building Companies Inc. | c/o Watt, Tieder, Hoffar & Fitzgerald, LLP | Attn: Jennifer L. Kneeland and Marguerite Lee DeVoll | jkneeland@watttieder.com<br>mdevoll@watttieder.com<br>shope@watttieder.com |
| McDermott Will and Emery LLP | Attn: Alexandra Catherina Scheibe | | ascheibe@mwe.com |
| Meridian Equipment Finance, LLC | c/o Saldutti Law Group | Attn: Rebecca K. McDowell | rmcdowell@slgcollect.com |
| MK Marlow Company, LLC | c/o Scott Viscuso, PLLC | Attn: Eric L Scott | escott@sv-legal.com |
| Moss Adams LLP | Attn: Findley Oliver Gillespie | | findley.gillespie@mossadams.com |



**Exhibit B**
Served via Electric Mail

| Name | Attention | Attention 2 | Email |
|---|---|---|---|
| MP2 Energy Texas, LLC d/b/a Shell Energy Solutions | c/o Cokinos Young | Attn: Craig E. Power & Maria M. Bartlett | cpower@cokinoslaw.com<br>mbartlett@cokinoslaw.com |
| North Mill Equipment Finance LLC | c/o Padfield & Stout, L.L.P. | Attn: Christopher V. Arisco | carisco@padfieldstout.com |
| NYDIG ABL LLC | c/o Sidley Austin LLP | Attn: Maegan Quejada | mquejada@sidley.com |
| NYDIG ABL LLC | c/o Sidley Austin LLP | Attn: Elizabeth R. Tabas Carson | etabas@sidley.com |
| NYDIG ABL LLC | c/o Sidley Austin LLP | Attn: Dennis M. Twomey and Jackson T. Garvey | dtwomey@sidley.com<br>jgarvey@sidley.com |
| Office of the U.S. Trustee | Attn: Jayson Ruff & Alicia Barcomb | | jayson.b.ruff@usdoj.gov<br>alicia.barcomb@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Willkie Farr & Gallagher LLP | Attn: Jennifer J Hardy | jhardy2@willkie.com<br>corewillkie@willkie.com |
| Official Committee of Unsecured Creditors | c/o Willkie Farr & Gallagher LLP | Attn: Brett H Miller, Todd M Goren, James H Burbage, & Joseph R. Brandt | bmiller@willkie.com<br>tgoren@willkie.com<br>jburbage@willkie.com<br>corewillkie@willkie.com<br>jbrandt@willkie.com |
| OP | Attn: Elise Chittick | | echittick@ophouston.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Priority Power Management LLC | Attn: Robert L. Douglas | | rdouglas@prioritypower.com |
| Priority Power Management, LLC | c/o Baker Botts LLP | Attn: Eric T. Haitz, Shelby V. Saxon | eric.haitz@bakerbotts.com<br>shelby.saxon@bakerbotts.com |
| Priority Power Management, LLC | c/o Baker Botts LLP | Attn: Scott R. Bowling | scott.bowling@bakerbotts.com |
| Priority Power Management, LLC | c/o Baker Botts LLP | Attn: Danny David | danny.david@bakerbotts.com |
| RBH Holdings, LLC | c/o Randall B. Hale | | rhale@rockhillcap.com |
| Reed Wells Benson and Company | Attn: Kenneth Fulk | | kfulk@rwb.net |
| Rudolph Family Trust | c/o Lawrence Rudolph Trustee | | laru@reign-deer.com |
| Securitas Security Services USA Inc | Attn: Patrick Melody | | patrick.melody@securitasinc.com |
| Shell Energy Solutions | Attn: Marty Lundstrom | | marty.lundstrom@mp2energy.com |
| Sidley Austin LLP | Attn: Scott Parel | | sparel@sidley.com |
| Sphere 3D Corp. | c/o Hunton Andrews Kurth LLP | Attn: Timothy A. ("Tad") Davidson II, Ashley L. Harper | taddavidson@HuntonAK.com<br>ashleyharper@HuntonAK.com |
| Sphere 3D Corp. | c/o Pryor Cashman LLP | Attn: Seth H. Lieberman, Matthew W. Silverman | slieberman@pryorcashman.com<br>msilverman@pryorcashman.com |
| Sphere 3D Corp. | Attn: Patricia Trompeter | | patricia.trompeter@sphere3d.com |
| SRPF A QR Riversouth LLC | c/o Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry | dperry@munsch.com |
| State Of Kentucky | Office Of The Attorney General | | KyOAGOR@ky.gov |
| State Of North Dakota | Office Of The Attorney General | | ndag@nd.gov |
| Tenaska Power Services Co | Attn: Drew Fossum | | TPMCustomerService@tnsk.com |
| Tenaska Power Services Co. | c/o Ross, Smith & Binford, PC | Attn: Jason Binford | jason.binford@rsbfirm.com |
| Tenaska Power Services Co. | c/o Ross, Smith & Binford, PC | Attn: Judith W. Ross | judith.ross@rsbfirm.com<br>frances.smith@rsbfirm.com<br>eric.soderlund@rsbfirm.com |
| Tenet Solutions | Attn: Accounting | | Tenet-AR@tenetsolutions.us |
| Texas Comptroller of Public Accounts, Revenue Accounting Division | c/o Bankruptcy & Collections Division | Attn: Christopher S. Murphy | christopher.murphy@oag.texas.gov |
| Toyota Industries Commercial Finance Inc. | c/o Weltman, Weinberg & Reis Co. LPA | Attn: Scott D. Fink | bronationalecf@weltman.com |
| Travis County | Attn: Jason A. Starks, Assistant Travis County Attorney | | jason.starks@traviscountytx.gov |
| Trilogy LLC | Attn: Sam Bersiek | | Sam@trilogycorp.com |
| Trinity Capital Inc. | c/o Latham & Watkins LLP | Attn: Kimberly A. Posin | kim.posin@lw.com |
| U.S. Bank National Association, as Prepetition Note Agent and Collateral Agent | c/o Shipman & Goodwin LLP | Attn: Kathleen M. LaManna, Esq. | klamanna@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com |
| US Attorney's Office for the Southern District of Texas | Attn: Jennifer Lowery | | usatxs.atty@usdoj.gov |
| Wingspire Equipment Finance LLC | c/o Reed Smith LLP | Attn: Richard J. Tannenbaum | rtannenbaum@reedsmith.com |