**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CORE SCIENTIFIC, INC. *et al.*,[1] | ) Case No. 22-90341 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF DUCERA PARTNERS LLC FIRST MONTHLY FEE STATEMENT
FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS INVESTMENT BANKER TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD JANUARY 10, 2023 THROUGH JANUARY 31, 2023**

| **Name of Applicant:** | Ducera Partners LLC |
|---|---|
| **Applicant's Role in Case:** | Investment Banker to the Official Committee of Unsecured Creditors |
| **Date Retention Order Signed:** | March 13, 2023 [Docket No. 675] |
| | **Beginning of Period:** | **End of Period:** |
| **Time Period Covered by this Statement:** | January 10, 2023 | January 31, 2023 |
| **Summary of Total Fees and Expenses Requested** | | |
| **Total Fees Requested in this Statement:** | $120,000.00 (80% of $150,000.00) |
| **Total Expenses Requested in this Statement:** | $0.00 |
| **Total Fees and Expenses Requested in this Statement (inclusive of 20% holdback):** | $120,000.00 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

> **In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 541], each party receiving notice of the monthly fee statement will have 14 days after service of the monthly fee statement to object to the requested fees and expenses. Upon expiration of such 14-day period, the Debtors are authorized to pay the Professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

Pursuant to sections 327, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (the "Interim Compensation Order") [Docket No. 541], Ducera Partners LLC ("Ducera"), as Investment Banker to the Official Committee of Unsecured Creditors (the "Committee"), hereby files its *First Monthly Fee Statement for Compensation of Services Rendered and Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors for the Period from January 10, 2023 through January 31, 2023* (the "Monthly Fee Statement").

1. By this Monthly Fee Statement, and pursuant to the Interim Compensation Order, Ducera seeks interim payment of $120,000.00 (80% of $150,000) as compensation for professional services rendered to the Committee during the period from January 10, 2023 through January 31, 2023 (the "First Monthly Fee Period") and $0.00 for reimbursement of actual and necessary expenses during the Fee Period, for a total of $120,000.00.

2. In support of this Monthly Fee Statement, attached are the following exhibits:

    - **Exhibit A**: is a summary of the services rendered and expenses incurred by Ducera during the First Monthly Fee Period.

    - **Exhibit B** is an itemization of the time spent by Ducera during the First Monthly Fee Period.

- **Exhibit C** is a schedule of actual and necessary out-of-pocket expenses and disbursements incurred during the First Monthly Fee Period.

3. Pursuant to the Interim Compensation Order, any party objecting to the payment of the interim compensation and reimbursement of expenses requested by this Monthly Fee Statement shall, within fourteen (14) days of service of this Monthly Fee Statement, serve via email to Ducera Partners LLC, Adam W. Verost and Michael Feinberg, Esq. (averost@ducerapartners.com and mfeinberg@ducerapartners.com), and the following other Fee Notice Parties (as defined in the Interim Compensation Order) a written notice setting forth with reasonable detail the nature of the objection and the amount at issue (the "Notice of Objection to Monthly Fee Statement"):

   (a) the Debtors, c/o Core Scientific, Inc., Attn: Todd DuChene, Esq. (tduchene@corescientific.com);

   (b) Counsel for the Debtors, Weil, Gotshal & Manges LLP, Attn: Ray C. Schrock, P.C., Ronit Berkovich, Esq., and Moshe Fink, Esq. (ray.schrock@weil.com; ronit.berkovich@weil.com; and moshe.fink@weil.com);

   (c) the Office of the U.S. Trustee for Region 7, Attn: Jayson Ruff and Alicia Barcomb (jayson.b.ruff@usdoj.gov and alicia.barcomb@usdoj.gov);

   (d) Counsel for the Ad Hoc Noteholder Group, Paul Hastings LLP, Attn: Kristopher M. Hansen and Sayan Bhattacharyya (krishansen@paulhastings.com and sayanbhattacharyya@paulhastings.com); and,

   (e) Counsel for the Committee, Attn: Brett H. Miller, Esq., Todd M. Goren, Esq., James H. Burbage, Esq., and Joseph Brandt, Esq. (bmiller@willkie.com; tgoren@willkie.com; jburbage@willkie.com; and jbrandt@willkie.com).

4. If a Notice of Objection to Monthly Fee Statement is timely served pursuant to the Interim Compensation Order, the objecting party and Ducera shall attempt to resolve the objection on a consensual basis. If the parties reach an agreement, the Debtors shall promptly pay Ducera an amount equal to 80% of the agreed-upon fees and 100% of the agreed-upon expenses.

5. Although every effort has been made to include all fees and expenses incurred during the Fee Period, some fees and expenses might not be included in this Monthly Fee

Statement due to delays caused by accounting and processing during the Fee Period. Ducera reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Interim Compensation Order.

WHEREFORE, Ducera requests allowance of its fees and expenses incurred during the Fee Period in the total amount of $120,000.00, consisting of (a) $120,000.00, which is 80% of Ducera's fees incurred during the Fee Period; and (b) $0.00 for actual and necessary expenses incurred during the Fee Period, and that such fees and expenses be paid as administrative expenses of the Debtors' estates.

Dated:  Houston, Texas
        April 3, 2023

Respectfully Submitted,

**DUCERA PARTNERS LLC**

 /s/ Adam W. Verost
Adam W. Verost
Partner
Ducera Partners LLC
11 Times Square
36th Floor
New York, New York 10036
Phone: (212) 671.9757
averost@ducerapartners.com

*Investment Banker to the Official Committee of Unsecured Creditors*

**EXHIBIT A**

**Summary of Professional Hours of Service**

Ducera does not charge hourly rates as the Investment Banker to the Official Committee of Unsecured Creditors and no hourly rates are associated with professional services rendered. Below is a summary of the professionals who provided services during the Statement Period.

| Name | Title | Total Hours |
|---|---|---|
| Adam Verost | Partner | 47.0 |
| Kishan Patel | Director | 46.0 |
| Anshul Gupta | Associate | 65.0 |
| Sean Lancaster | Analyst | 77.0 |
| | **TOTAL:** | **235.0** |

## EXHIBIT B

## Time Detail

| Date | Category | Professionals | Time (Hours) |
|---|---|---|---|
| 01/09/23 | Correspondence / Meetings with UCC and/or UCC Advisors | Adam Verost | 0.5 |
| 01/10/23 | General Case Management / Correspondence with Other Parties | Adam Verost | 1.0 |
| 01/10/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Adam Verost | 1.5 |
| 01/10/23 | Court Documents Review | Adam Verost | 0.5 |
| 01/11/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Adam Verost | 1.0 |
| 01/11/23 | General Case Management / Correspondence with Other Parties | Adam Verost | 1.5 |
| 01/11/23 | Correspondence / Meetings with UCC and/or UCC Advisors | Adam Verost | 0.5 |
| 01/12/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Adam Verost | 1.0 |
| 01/12/23 | General Case Management / Correspondence with Other Parties | Adam Verost | 1.0 |
| 01/12/23 | Correspondence / Meetings with UCC and/or UCC Advisors | Adam Verost | 1.5 |
| 01/13/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Adam Verost | 1.0 |
| 01/16/23 | General Case Management / Correspondence with Other Parties | Adam Verost | 0.5 |
| 01/17/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Adam Verost | 0.5 |
| 01/17/23 | Court Documents Review | Adam Verost | 0.5 |
| 01/18/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Adam Verost | 0.5 |
| 01/18/23 | Correspondence / Meetings with UCC and/or UCC Advisors | Adam Verost | 1.0 |
| 01/18/23 | General Case Management / Correspondence with Other Parties | Adam Verost | 0.5 |
| 01/20/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Adam Verost | 0.5 |
| 01/21/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Adam Verost | 2.0 |
| 01/21/23 | General Case Management / Correspondence with Other Parties | Adam Verost | 1.0 |
| 01/22/23 | General Case Management / Correspondence with Other Parties | Adam Verost | 0.5 |
| 01/23/23 | Correspondence / Meetings with UCC and/or UCC Advisors | Adam Verost | 1.0 |
| 01/24/23 | Court Documents Review | Adam Verost | 1.0 |
| 01/25/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Adam Verost | 4.0 |
| 01/25/23 | General Case Management / Correspondence with Other Parties | Adam Verost | 5.5 |
| 01/25/23 | Correspondence / Meetings with UCC and/or UCC Advisors | Adam Verost | 0.5 |
| 01/25/23 | Court Documents Review | Adam Verost | 0.5 |
| 01/26/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Adam Verost | 1.5 |
| 01/26/23 | Correspondence / Meetings with UCC and/or UCC Advisors | Adam Verost | 1.0 |
| 01/27/23 | General Case Management / Correspondence with Other Parties | Adam Verost | 0.5 |
| 01/28/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Adam Verost | 0.5 |
| 01/29/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Adam Verost | 0.5 |
| 01/29/23 | Court Documents Review | Adam Verost | 1.0 |
| 01/30/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Adam Verost | 0.5 |
| 01/30/23 | Correspondence / Meetings with UCC and/or UCC Advisors | Adam Verost | 1.0 |
| 01/31/23 | Court Documents Review | Adam Verost | 1.0 |
| 01/31/23 | General Case Management / Correspondence with Other Parties | Adam Verost | 8.0 |
| 01/31/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Adam Verost | 0.5 |

| Date | Category | Professionals | Time (Hours) |
|---|---|---|---|
| 01/09/23 | Correspondence / Meetings with UCC and/or UCC Advisors | Kishan Patel | 0.5 |
| 01/10/23 | General Case Management / Correspondence with Other Parties | Kishan Patel | 1.0 |
| 01/10/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Kishan Patel | 3.0 |
| 01/10/23 | Court Documents Review | Kishan Patel | 0.5 |
| 01/11/23 | General Case Management / Correspondence with Other Parties | Kishan Patel | 2.0 |
| 01/11/23 | Correspondence / Meetings with UCC and/or UCC Advisors | Kishan Patel | 0.5 |
| 01/11/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Kishan Patel | 1.0 |
| 01/12/23 | General Case Management / Correspondence with Other Parties | Kishan Patel | 1.5 |
| 01/12/23 | Correspondence / Meetings with UCC and/or UCC Advisors | Kishan Patel | 1.5 |
| 01/12/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Kishan Patel | 2.0 |
| 01/13/23 | Correspondence / Meetings with UCC and/or UCC Advisors | Kishan Patel | 1.0 |
| 01/13/23 | General Case Management / Correspondence with Other Parties | Kishan Patel | 0.5 |
| 01/13/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Kishan Patel | 0.5 |
| 01/16/23 | General Case Management / Correspondence with Other Parties | Kishan Patel | 0.5 |
| 01/17/23 | Court Documents Review | Kishan Patel | 0.5 |
| 01/17/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Kishan Patel | 1.0 |
| 01/18/23 | Correspondence / Meetings with UCC and/or UCC Advisors | Kishan Patel | 1.0 |
| 01/18/23 | General Case Management / Correspondence with Other Parties | Kishan Patel | 0.5 |
| 01/18/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Kishan Patel | 0.5 |
| 01/19/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Kishan Patel | 0.5 |
| 01/20/23 | General Case Management / Correspondence with Other Parties | Kishan Patel | 0.5 |
| 01/20/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Kishan Patel | 0.5 |
| 01/21/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Kishan Patel | 1.5 |
| 01/21/23 | General Case Management / Correspondence with Other Parties | Kishan Patel | 1.0 |
| 01/22/23 | General Case Management / Correspondence with Other Parties | Kishan Patel | 1.0 |
| 01/22/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Kishan Patel | 0.5 |
| 01/23/23 | General Case Management / Correspondence with Other Parties | Kishan Patel | 0.5 |
| 01/23/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Kishan Patel | 1.0 |
| 01/23/23 | Correspondence / Meetings with UCC and/or UCC Advisors | Kishan Patel | 1.0 |
| 01/24/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Kishan Patel | 1.5 |
| 01/24/23 | Court Documents Review | Kishan Patel | 1.5 |
| 01/24/23 | Correspondence / Meetings with UCC and/or UCC Advisors | Kishan Patel | 0.5 |
| 01/25/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Kishan Patel | 1.0 |
| 01/25/23 | General Case Management / Correspondence with Other Parties | Kishan Patel | 4.0 |
| 01/26/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Kishan Patel | 2.5 |
| 01/26/23 | Correspondence / Meetings with UCC and/or UCC Advisors | Kishan Patel | 1.0 |
| 01/27/23 | General Case Management / Correspondence with Other Parties | Kishan Patel | 0.5 |
| 01/28/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Kishan Patel | 1.0 |
| 01/29/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Kishan Patel | 0.5 |
| 01/29/23 | Court Documents Review | Kishan Patel | 1.0 |
| 01/30/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Kishan Patel | 0.5 |
| 01/30/23 | Correspondence / Meetings with UCC and/or UCC Advisors | Kishan Patel | 1.0 |
| 01/31/23 | Court Documents Review | Kishan Patel | 1.0 |
| 01/31/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Kishan Patel | 1.0 |
| **Total Hours** | | | **46.0** |

| Date | Category | Professionals | Time (Hours) |
|---|---|---|---|
| 01/09/23 | Correspondence / Meetings with UCC and/or UCC Advisors | Anshul Gupta | 0.5 |
| 01/10/23 | General Case Management / Correspondence with Other Parties | Anshul Gupta | 0.5 |
| 01/10/23 | Court Documents Review | Anshul Gupta | 1.0 |
| 01/10/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Anshul Gupta | 1.0 |
| 01/11/23 | General Case Management / Correspondence with Other Parties | Anshul Gupta | 2.0 |
| 01/11/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Anshul Gupta | 3.5 |
| 01/11/23 | Correspondence / Meetings with UCC and/or UCC Advisors | Anshul Gupta | 0.5 |
| 01/12/23 | General Case Management / Correspondence with Other Parties | Anshul Gupta | 1.0 |
| 01/12/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Anshul Gupta | 2.5 |
| 01/12/23 | Correspondence / Meetings with UCC and/or UCC Advisors | Anshul Gupta | 1.5 |
| 01/13/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Anshul Gupta | 2.0 |
| 01/17/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Anshul Gupta | 2.0 |
| 01/17/23 | Court Documents Review | Anshul Gupta | 0.5 |
| 01/18/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Anshul Gupta | 2.0 |
| 01/18/23 | Correspondence / Meetings with UCC and/or UCC Advisors | Anshul Gupta | 2.5 |
| 01/18/23 | General Case Management / Correspondence with Other Parties | Anshul Gupta | 0.5 |
| 01/19/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Anshul Gupta | 1.0 |
| 01/19/23 | General Case Management / Correspondence with Other Parties | Anshul Gupta | 1.5 |
| 01/20/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Anshul Gupta | 3.0 |
| 01/20/23 | General Case Management / Correspondence with Other Parties | Anshul Gupta | 1.0 |
| 01/21/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Anshul Gupta | 4.5 |
| 01/21/23 | General Case Management / Correspondence with Other Parties | Anshul Gupta | 1.0 |
| 01/22/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Anshul Gupta | 1.0 |
| 01/22/23 | General Case Management / Correspondence with Other Parties | Anshul Gupta | 0.5 |
| 01/23/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Anshul Gupta | 1.0 |
| 01/23/23 | Correspondence / Meetings with UCC and/or UCC Advisors | Anshul Gupta | 1.0 |
| 01/24/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Anshul Gupta | 3.5 |
| 01/24/23 | Court Documents Review | Anshul Gupta | 2.0 |
| 01/24/23 | Correspondence / Meetings with UCC and/or UCC Advisors | Anshul Gupta | 1.0 |
| 01/25/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Anshul Gupta | 2.5 |
| 01/25/23 | General Case Management / Correspondence with Other Parties | Anshul Gupta | 4.0 |
| 01/26/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Anshul Gupta | 3.0 |
| 01/26/23 | Correspondence / Meetings with UCC and/or UCC Advisors | Anshul Gupta | 1.0 |
| 01/27/23 | General Case Management / Correspondence with Other Parties | Anshul Gupta | 0.5 |
| 01/28/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Anshul Gupta | 1.0 |
| 01/29/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Anshul Gupta | 1.0 |
| 01/29/23 | Court Documents Review | Anshul Gupta | 1.5 |
| 01/30/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Anshul Gupta | 0.5 |
| 01/30/23 | Correspondence / Meetings with UCC and/or UCC Advisors | Anshul Gupta | 1.0 |
| 01/31/23 | Court Documents Review | Anshul Gupta | 2.0 |
| 01/31/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Anshul Gupta | 1.5 |
| **Total Hours** | | | **65.0** |

| Date | Category | Professionals | Time (Hours) |
|---|---|---|---|
| 01/09/23 | Correspondence / Meetings with UCC and/or UCC Advisors | Sean Lancaster | 0.5 |
| 01/10/23 | General Case Management / Correspondence with Other Parties | Sean Lancaster | 0.5 |
| 01/10/23 | Court Documents Review | Sean Lancaster | 0.5 |
| 01/10/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Sean Lancaster | 2.5 |
| 01/11/23 | Correspondence / Meetings with UCC and/or UCC Advisors | Sean Lancaster | 0.5 |
| 01/11/23 | General Case Management / Correspondence with Other Parties | Sean Lancaster | 2.0 |
| 01/11/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Sean Lancaster | 5.5 |
| 01/12/23 | General Case Management / Correspondence with Other Parties | Sean Lancaster | 1.0 |
| 01/12/23 | Correspondence / Meetings with UCC and/or UCC Advisors | Sean Lancaster | 1.5 |
| 01/12/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Sean Lancaster | 5.0 |
| 01/13/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Sean Lancaster | 2.0 |
| 01/17/23 | Court Documents Review | Sean Lancaster | 0.5 |
| 01/17/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Sean Lancaster | 1.5 |
| 01/18/23 | General Case Management / Correspondence with Other Parties | Sean Lancaster | 1.0 |
| 01/18/23 | Correspondence / Meetings with UCC and/or UCC Advisors | Sean Lancaster | 1.0 |
| 01/18/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Sean Lancaster | 4.0 |
| 01/19/23 | General Case Management / Correspondence with Other Parties | Sean Lancaster | 1.5 |
| 01/19/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Sean Lancaster | 2.0 |
| 01/20/23 | General Case Management / Correspondence with Other Parties | Sean Lancaster | 1.0 |
| 01/20/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Sean Lancaster | 4.5 |
| 01/21/23 | General Case Management / Correspondence with Other Parties | Sean Lancaster | 1.0 |
| 01/21/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Sean Lancaster | 2.5 |
| 01/22/23 | General Case Management / Correspondence with Other Parties | Sean Lancaster | 0.5 |
| 01/22/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Sean Lancaster | 1.0 |
| 01/23/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Sean Lancaster | 0.5 |
| 01/23/23 | Correspondence / Meetings with UCC and/or UCC Advisors | Sean Lancaster | 1.0 |
| 01/24/23 | Correspondence / Meetings with UCC and/or UCC Advisors | Sean Lancaster | 1.0 |
| 01/24/23 | Court Documents Review | Sean Lancaster | 2.0 |
| 01/24/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Sean Lancaster | 3.0 |
| 01/25/23 | Court Documents Review | Sean Lancaster | 1.0 |
| 01/25/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Sean Lancaster | 3.0 |
| 01/25/23 | General Case Management / Correspondence with Other Parties | Sean Lancaster | 4.0 |
| 01/26/23 | Correspondence / Meetings with UCC and/or UCC Advisors | Sean Lancaster | 1.0 |
| 01/26/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Sean Lancaster | 2.5 |
| 01/27/23 | General Case Management / Correspondence with Other Parties | Sean Lancaster | 0.5 |
| 01/28/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Sean Lancaster | 4.0 |
| 01/29/23 | Court Documents Review | Sean Lancaster | 2.0 |
| 01/29/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Sean Lancaster | 3.0 |
| 01/30/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Sean Lancaster | 0.5 |
| 01/30/23 | Correspondence / Meetings with UCC and/or UCC Advisors | Sean Lancaster | 1.0 |
| 01/31/23 | Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations | Sean Lancaster | 1.5 |
| 01/31/23 | Court Documents Review | Sean Lancaster | 2.0 |
| **Total Hours** | | | **77.0** |

| Hours Summary | | | | | |
|---|---|---|---|---|---|
| | **Adam Verost** | **Kishan Patel** | **Anshul Gupta** | **Sean Lancaster** | **Total** |
| **Correspondence / Meetings with UCC and/or UCC Advisors** | 7.0 | 8.0 | 9.0 | 7.5 | **31.5** |
| **Court Documents Review** | 4.5 | 4.5 | 7.0 | 8.0 | **24.0** |
| **General Case Management / Correspondence with Other Parties** | 20.0 | 13.5 | 12.5 | 13.0 | **59.0** |
| **Internal Preparation, Review, and Correspondence for Financial Analysis and Presentations** | 15.5 | 20.0 | 36.5 | 48.5 | **120.5** |
| **Total** | **47.0** | **46.0** | **65.0** | **77.0** | **235.0** |

## **EXHIBIT C**

**Expense Summary**

- **N/A**