**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE SOUTHERN DISTRICT OF
TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.,* | § | **Case No. 22-90341 (DRJ)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

<u>**SUPPLEMENTAL CERTIFICATE OF SERVICE**</u>

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On March 27, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on McCarthy Building Companies, Inc. at 3400 N Central Expy, # 500, Richardson, TX 75080-0039, pursuant to USPS forwarding instructions:

- **Debtors' Motion for an Order (I) Extending the Deadline by which the Debtors May Remove Civil Actions and (II) Granting Related Relief** (Docket No. 660)

Furthermore, on March 28, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on BB&T Securities, LLC, Jesse W. Sprouse at 1001 Semmes Ave, Richmond, VA 23224-2245, pursuant to USPS forwarding instructions:

- **Notice of Deadlines for Filing Proofs of Claim (**attached hereto as <u>**Exhibit A**</u>)

- **Proof of Claim – Official Form 410** (attached here to as <u>**Exhibit B**</u>)

- **Official Form 410 Instructions for Proof of Claim (**attached hereto as <u>**Exhibit C**</u>)

- **Instructional Letter to Nominees (**attached hereto as <u>**Exhibit D**</u>)

Furthermore, on or before March 29, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as <u>**Exhibit E**</u>, pursuant to USPS forwarding instructions:

- **Notice of Deadlines for Filing Proofs of Claim (**attached hereto as <u>**Exhibit A**</u>)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Special Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

- **Proof of Claim – Official Form 410** (attached here to as **Exhibit B**)

- **Official Form 410 Instructions for Proof of Claim (**attached hereto as **Exhibit C**)

Furthermore, on March 29, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Worksmith, Inc. at 3005 S Lamar Blvd, Ste 109D, Austin, TX 78704-4785, pursuant to USPS forwarding instructions:

- **Order Granting Complex Case Treatment** (Docket No. 29)

- **Notice of Chapter 11 Bankruptcy Case** (attached hereto as **Exhibit F**)

Dated: April 3, 2023

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: TeamCoreScientific@stretto.com

# **Exhibit A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.,* | § | **Case No. 22-90341 (DRJ)** |
| | § | |
| | § | **(Jointly Administered)** |
| Debtors.[1] | § | |

<u>**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM**</u>

**TO:   ALL PERSONS OR ENTITIES WHO MAY HAVE CLAIMS AGAINST ANY DEBTOR(S) LISTED BELOW.**

**PLEASE TAKE NOTICE THAT:**

      1.      On December 21, 2022 (the "**Petition Date**"), Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**").  Set forth below are the name, federal tax identification number and the case number for each of the Debtors:

| DEBTOR | EIN | CASE NO. |
|---|---|---|
| Core Scientific Mining LLC | 92-1386971 | 22-90340 (DRJ) |
| Core Scientific, Inc.[2]<br><br>(f/k/a Power & Digital Infrastructure Acquisition Corp., XPDI and Core Scientific Holdings Co.) | 86-1243837 | 22-90341 (DRJ) |
| Core Scientific Acquired Mining LLC<br><br>(f/k/a Blockcap, Inc.) | 92-2226074 | 22-90342 (DRJ) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198).  The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

| | | |
|---|---|---|
| Core Scientific Operating Company<br>(f/k/a Core Scientific, Inc.[3] and MineCo Holdings, Inc.) | 82-3805526 | 22-90343 (DRJ) |
| Radar Relay, Inc.<br>(f/k/a Radar Relay, LLC) | 82-3430496 | 22-90344 (DRJ) |
| Core Scientific Specialty Mining (Oklahoma) LLC<br>(f/k/a GPU One Holdings, LLC) | 84-5164327 | 22-90345 (DRJ) |
| American Property Acquisition, LLC | 82-5490825 | 22-90346 (DRJ) |
| Starboard Capital LLC | 36-4896677 | 22-90347 (DRJ) |
| RADAR, LLC | 84-4125106 | 22-90348 (DRJ) |
| American Property Acquisitions I, LLC<br>(f/k/a 155 Palmer Lane, LLC.) | 82-5469717 | 22-90349 (DRJ) |
| American Property Acquisitions VII, LLC | 83-1663198 | 22-90350 (DRJ) |

## DEADLINES FOR FILING CLAIMS
## AGAINST ABOVE-REFERENCED DEBTORS:

2.      Pursuant to an order of this Court entered on March 9, 2023 (Docket No. 652) (the "**Bar Date Order**"),[4] the deadline for creditors to file proofs of claim against any of the Debtors is **April 14, 2023 at 5:00 p.m. (prevailing Central Time)** (the "**General Bar Date**") and the deadline for Governmental Units to file proofs of claim against any of the Debtors is **June 19, 2023 at 5:00 p.m. (prevailing Central Time)** (the "**Governmental Bar Date**" and, together with the General Bar Date, the "**Bar Dates**").  The Bar Dates apply to all claims against any of the Debtors that arose before the Petition Date, including, but not limited to, claims against the Debtors arising under section 503(b)(9) of the Bankruptcy Code;[5] *provided*, *however*, that the Bar Dates do not apply to the "Excluded Claims" listed in paragraph 4 below.  The Bar Date Order also sets procedures to be used for filing proofs of claim, which are summarized in this notice for your convenience.

3.      Unless you fall into one of the categories listed in paragraph four (4) below, you MUST file a proof of claim if you have any claim against any of the Debtors that arose before the Petition Date.  Acts or omissions that occurred before the Petition Date may give rise to claims subject to the Bar Dates even if the claims may not have become known or fixed or liquidated until after the Petition Date.  Under section 101(5) of the Bankruptcy Code and as used herein, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such

---

[3]  The name "Core Scientific, Inc." was used by Core Scientific Operating Company from June 13, 2018 until January 19, 2022, when Power & Digital Infrastructure Acquisition Corp. changed its name to the current Core Scientific, Inc.

[4]  Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

[5]  A claim arising under section 503(b)(9) of the Bankruptcy Code is a claim arising from the value of any goods received by the Debtors within twenty (20) days before Petition Date, provided that the goods were sold to the Debtors in the ordinary course of the Debtors' business.

breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

        4.      The Bar Date Order provides that creditors do NOT have to file proofs of claim by the Bar Dates for the types of claims listed below in this paragraph four (4) (collectively, the "**Excluded Claims**").  You should not file a proof of claim at this time for any Excluded Claim.  The Court may enter one or more separate orders at a later time requiring creditors to file proofs of claim for some kinds of Excluded Claims and setting related deadlines.  If the Court does enter such an order, you will receive notice of it.  Excluded Claims include:

     a.  the Office of the United States Trustee for Region 7, on account of claims for fees payable pursuant to 28 U.S.C. § 1930;

     b.  any person or entity that has already properly filed or submitted a Proof of Claim against the correct Debtor(s), but only with respect to the particular claim that was properly filed against the correct Debtor(s);

     c.  any person or entity (i) whose claim is listed in the Schedules or any amendments thereto, (ii) whose claim is not described therein as "disputed," "contingent," or "unliquidated," and (iii) who does not dispute the amount or characterization of its claim as set forth in the Schedules (including that the claim is an obligation of the specific Debtor against which the claim is listed in the Schedules);

     d.  any entity that holds a claim allowable under sections 503(b) and 507(a)(2) of the Bankruptcy Code as an administrative expense (other than any claim allowable under section 503(b)(9) of the Bankruptcy Code), including any professionals retained by the Debtors, the Creditors' Committee or any other statutory committee pursuant to orders of this Court (or any member of such committee seeking reimbursement of expenses incurred in connection with carrying out the duties associated with serving on such committee) that asserts administrative claims for fees and expenses subject to the Court's approval pursuant to sections 330 and 331 of the Bankruptcy Code but, in each case, solely to the extent of such administrative claim(s);

     e.  any party that is exempt from filing a Proof of Claim pursuant to an order of the Court in these chapter 11 cases;

     f.  any person or entity whose claim has been paid in full by the Debtors pursuant to the Bankruptcy Code or in accordance with an order of the Court;

     g.  any person or entity holding an equity security interest in any Debtor, with regard to an equity interest solely on account of such current ownership; provided, however, that if such holder asserts a claim other than with respect to the current ownership of such equity security interest, including a claim relating to the purchase or sale of such equity interest, a Proof of Claim must be filed on or before the General Bar Date.  For the avoidance of doubt, any

person or entity holding an equity security interest in any Debtor does not need to file a Proof of Claim or Interest solely on account of such current ownership but does need to file a Proof of Claim if asserting a claim under applicable securities laws;

h.   any Debtor asserting a claim against another Debtor;

i.   any non-Debtor affiliate asserting a claim against a Debtor affiliate; and

j.   any person or entity whose claim against the Debtors has been allowed by an order of the Court, entered on or before the applicable Bar Date.

5.   **THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU HAVE A CLAIM OR THAT THE DEBTORS BELIEVE YOU HAVE A CLAIM.**

6.   If the Debtors amend their schedules of assets and liabilities and statements of financial affairs (collectively, the "**Schedules**") after you receive this notice, the Debtors will give notice of that amendment to the holders of the claims that are affected by it, and those holders will be given an opportunity to file proofs of claim before a new deadline that will be specified in that future notice.

7.   The Bankruptcy Code provides that debtors may, at any time before a plan of reorganization or liquidation is confirmed by the Court, choose to reject certain executory contracts or unexpired leases. If your contract or lease is rejected, you may have a claim resulting from that rejection. The deadline to file a proof of claim for damages relating to the rejection of the contract or lease is the later of (a) the General Bar Date or the Governmental Bar Date, as applicable, or (b) thirty (30) days after entry and service of any order authorizing the rejection of the contract or lease.

**INSTRUCTIONS FOR FILING PROOFS OF CLAIM:**

8.   If you file a proof of claim, your filed proof of claim must (i) be signed by the claimant or if the claimant is not an individual, by an authorized agent of the claimant, (ii) be written in English, (iii) include a claim amount denominated in United States dollars, (iv) conform substantially with the proof of claim form provided by the Debtors or Official Bankruptcy Form No. 410, and (v) state a claim against one or more of the Debtors. The Debtors are enclosing a proof of claim form for use in these chapter 11 cases. Each proof of claim must state a claim against only one Debtor and clearly indicate the Debtor against which the claim is asserted. If your claim is scheduled by the Debtors, the form also sets forth the amount of your claim as scheduled by the Debtors, the specific Debtor against which the claim is scheduled and whether the claim is scheduled as contingent, unliquidated or disputed. You will receive a different proof of claim form for each claim scheduled in your name by the Debtors. If you require additional proof of claim forms, you may obtain a proof of claim form from any bankruptcy court clerk's office, your lawyer, certain business supply stores, or by accessing the Debtors' bankruptcy administration website, at https://cases.stretto.com/CoreScientific.

9.   Your proof of claim form must be filed so as to be ACTUALLY

4

RECEIVED on or before **April 14, 2023 at 5:00 p.m. (prevailing Central Time)**.  You can file your proof(s) of claim (i) electronically through Stretto, Inc. ("**Stretto**"), at https://cases.stretto.com/CoreScientific; (ii) electronically through PACER (Public Access to Court Electronic Records), at https://ecf.txsb.uscourts.gov; or (iii) by delivering the original proof(s) of claim to Stretto by mail or hand delivery at the following address:

| Stretto Address for Receipt of Claims |
| :---: |
| Core Scientific, Inc., et al. Claims Processing c/o Stretto 410 Exchange, Suite 100 Irvine, CA 92602 |

*Stretto will not accept a proof of claim sent by facsimile or e-mail, and any proof of claim submitted via facsimile or e-mail will be disregarded.*

**CONSEQUENCES OF MISSING DEADLINES FOR FILING CLAIMS:**

10.    **EXCEPT WITH RESPECT TO EXCLUDED CLAIMS (AS DESCRIBED IN PARAGRAPH FOUR (4) ABOVE), IF YOU FAIL TO FILE A PROOF OF CLAIM SO THAT IT IS ACTUALLY RECEIVED ON OR BEFORE THE APPLICABLE BAR DATE ON ACCOUNT OF ANY CLAIM YOU WISH TO ASSERT AGAINST THE DEBTORS, THEN YOU WILL NOT, WITH RESPECT TO SUCH CLAIM, BE TREATED AS A CREDITOR FOR VOTING OR DISTRIBUTION PURPOSES WITH RESPECT TO THE CHAPTER 11 CASES.**

**EXAMINATION OF BAR DATE ORDER AND SCHEDULES:**

11.    Copies of the Bar Date Order, the Schedules, and other information regarding the Debtors' chapter 11 cases are available for inspection free of charge on the Debtors' bankruptcy administration website, at https://cases.stretto.com/CoreScientific, maintained by the Debtors' claims and noticing agent, Stretto.  Copies of the Schedules and other documents filed in these chapter 11 cases may also be examined between the hours of 8:00 a.m. and 5:00 p.m. (prevailing Central Time), Monday through Friday, at the Office of the Clerk of the Court, 515 Rusk Avenue, Houston, TX 77002.

**QUESTIONS:**

12.    Proof of claim forms and a copy of the Bar Date Order may be obtained by visiting Stretto's website at https://cases.stretto.com/CoreScientific.  Stretto cannot advise you how to file, or whether you should file, a proof of claim.  Questions concerning the contents of this Notice and requests for copies of filed proofs of claim should be directed to Stretto through email

at TeamCoreScientific@stretto.com or by calling Stretto at 949.404.4152 (Toll-Free Number within the U.S./Canada) and 888.765.7875 (International).

13.     Please note that neither Stretto's staff, counsel to the Debtors, nor the Clerk of the Court's Office is permitted to give you legal advice.  Stretto cannot advise you how to file, or whether you should file, a proof of claim.

**A HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

# **Exhibit B**

**Fill in this information to identify the case:**

Name of Debtor & Case Number:

- ☐ Core Scientific Mining LLC (Case No. 22-90340)
- ☐ Core Scientific, Inc. (Case No. 22-90341)
- ☐ Core Scientific Acquired Mining LLC (Case No. 22-90342)
- ☐ Core Scientific Operating Company (Case No. 22-90343)
- ☐ Radar Relay, Inc. (Case No. 22-90344)
- ☐ Core Scientific Specialty Mining (Oklahoma) LLC (Case No. 22-90345)

- ☐ American Property Acquisition, LLC (Case No. 22-90346)
- ☐ Starboard Capital LLC (Case No. 22-90347)
- ☐ RADAR, LLC (Case No. 22-90348)
- ☐ American Property Acquisitions I, LLC (Case No. 22-90349)
- ☐ American Property Acquisitions VII, LLC (Case No. 22-90350)

**United States Bankruptcy Court for the Southern District of Texas**

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of administrative expenses arising under 11 U.S.C. §503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:   Identify the Claim

**1. Who is the current creditor?**

Name of the current creditor (the person or entity to be paid for this claim) _____

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☐ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Name _____

Number      Street _____

City            State            ZIP Code

Contact phone _____

Contact email _____

Where should payments to the creditor be sent? (if different)

Name _____

Number      Street _____

City            State            ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**

☐ No
☐ Yes.  Claim number on court claims registry (if known) _____      Filed on _____
                                                                                                                                          MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☐ No
☐ Yes.  Who made the earlier filing? _____

**Part 2:**   **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☐ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____  ____  ____  ____ |

| | |
|---|---|
| 7. **How much is the claim?** | $_____ . **Does this amount include interest or other charges?**<br>☐ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_____ |

| | |
|---|---|
| 9. **Is all or part of the claim secured?** | ☐ No<br>☐ Yes.  The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate.  If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**              $_____<br>**Amount of the claim that is secured:**     $_____<br><br>**Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**     $_____<br><br>**Annual Interest Rate** (when case was filed)_____%<br>☐ Fixed<br>☐ Variable |

| | |
|---|---|
| 10. **Is this claim based on a lease?** | ☐ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.**     $_____ |

| | |
|---|---|
| 11. **Is this claim subject to a right of setoff?** | ☐ No<br>☐ Yes. Identify the property: _____ |

| | | Amount entitled to priority |
|---|---|---|

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☐ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

$_____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

$_____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

$_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

$_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

$_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.

$_____

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☐ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within twenty (20) days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**

$_____

---

### Part 3:   Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____
                 MM  /  DD  /  YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name _____
      First name          Middle name          Last name

Title _____

Company _____
        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
        Number        Street

        _____
        City                          State    ZIP Code

Contact phone _____   Email _____

# Exhibit C

Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure  (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

### Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form or go to https://cases.stretto.com/CoreScientific

### Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured  claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**

# **Exhibit D**

# INSTRUCTIONS TO NOMINEES
# RE: COURT-ORDERED MAILING
# TO HOLDERS IN THE CLASS PERIOD

Date:  March 10, 2023

Re:  CORE SCIENTIFIC, INC., et al (the "**Debtors**") – Court Ordered Mailing of the Bar Date Notice & Proof of Claim Form

CUSIP:  21873J108

Class
Period:  January 3, 2022 through December 21, 2022, inclusive (the "**Class Period**")

**PLEASE REVIEW THE FOLLOWING:**  As a bank, broker, or financial institution (or their agent) that might have purchased equity securities in "street name" (collectively, including their agents, the "**Nominees**") on behalf of the underlying beneficial owners of those equity securities during the period from January 3, 2022 through December 21, 2022, inclusive (the "**Beneficial Owners**").

Pursuant to the *Order (I) Establishing Deadlines to File Proofs of Claim and (II) Approving Form and Manner of Notice Thereof* (Docket No. 652) (the "**Bar Date Order**"). The complete Bar Date Order may be found at https://cases.stretto.com/CoreScientific/court-docket/.

Please review and follow the instructions below for distributing the enclosed documents.

Enclosed Documents:

- *Notice of Deadlines for Filing Proofs of Claim* (the "**Bar Date Notice**"); and
- *Proof of Claim form* (the "**Proof of Claim Form**").

## INSTRUCTIONS TO NOMINEES
## From the Bar Date Order

(a) As a Nominee, you shall either:

(i)  within seven (7) calendar days of receipt of the Bar Date Notice and the Proof of Claim Form, request from Stretto, Inc. ("**Stretto**") sufficient copies of the Bar Date Notice and the Proof of Claim Form to forward to all such Beneficial Owners and within seven (7) calendar days of receipt of the Bar Date Notice and the Proof of Claim Form forward them to all such Beneficial Owners; or

(ii)  within seven (7) calendar days of receipt of the Bar Date Notice and the Proof of Claim Form, provide a list of the names and addresses of all such Beneficial Owners to Stretto and Stretto shall send the Bar Date Notice and the Proof of Claim Form promptly to such identified Beneficial Owners.

(b) Nominees that elect to send the Bar Date Notice and the Proof of Claim Form to their Beneficial Owners shall also send a statement to the Debtors and Stretto confirming that the mailing was made and shall retain their mailing records for use in connection with any further notices that may be provided in the Debtors' chapter 11 cases.[1]

(c) If it is the Nominee's customary and accepted practice to forward such materials to Beneficial Owners by e-mail, e-delivery, or any other method of electronic or printed communication, the Nominees are authorized to follow those customary practices, within seven (7) calendar days of receipt of the materials, in lieu of sending actual printed copies of the Bar Date Notice and the Proof of Claim Form.

(d) Within seven (7) calendar days of forwarding the Bar Date Notice and Proof of Claim Form, the Nominees may request reimbursement for reasonable and documented noticing costs and research fees, if any, by making such request in writing to the Debtors at the address to be provided by Stretto to the Nominees.

———————————

**Requests for reimbursement, questions, or requests for additional copies may be directed to PublicSecurities@Stretto.com with a reference to "Core Scientific Class Members" in the subject line.**

———————————

[1]  The form of Nominee Statement is attached for your convenience.

# NOMINEE STATEMENT TO CONFIRM
# MAILING TO CLASS MEMBERS

**For those Nominees who elect to send the Bar Date Notice and the Proof of Claim Form to their Beneficial Owners**

The Nominee named below provides the following confirmation to the Debtors and Stretto:

**Item 1.  Date and Nominee details:**

Date: _____

Nominee name of DTC Participant or agent: _____

DTC Participant Number(s):_____

Contact Name: _____

Contact Email: _____

**Item 2.  Confirmation of distribution method:**

*Check one box below:*

☐ **Confirmation of mailed packages**:  The above-referenced Nominee confirms that it has mailed the Bar Date Notice and the Proof of Claim Form to the relevant Beneficial Owners in the Class Period.

OR

☐ **Confirmation of emailed packages**:  The above-referenced Nominee confirms that it has emailed the Bar Date Notice and the Proof of Claim Form in lieu of the printed copies to the relevant beneficial owners in the Class Period.

**Item 3.  Confirmation of Record Retention:**

☐ The above-referenced Nominee confirms that it shall retain its mailing records for use in connection with any further notices that may be provided in the Debtors' chapter 11 cases.

**Item 4.  Return of Nominee Statement:**

**Please email the Nominee Statement to PublicSecurities@Stretto.com with a reference to "Core Scientific Class Members" in the subject line.  You may use this form or your own form containing the required details.**

# **Exhibit E**



**Exhibit E**

Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Aaron D Denton | | Address Redacted | | | | |
| Alicia Chamberlin | | Address Redacted | | | | |
| Amplify Transformational Data Sharing ETF | | 3333 Warrenville Rd | Ste 350 | Lisle | IL | 60532-4550 |
| Amplify Transformational Data Sharing ETF | c/o Toroso Investments, LLC | 3333 Warrenville Rd | Ste 350 | Lisle | IL | 60532-4550 |
| Amplify Transformational Data Sharing ETF | c/o Toroso Investments, LLC | Attn: Michael Venuto | 234 W Florida St Ste 203 | Milwaukee | WI | 53204-1659 |
| Austin Tyler Robinson | | Address Redacted | | | | |
| Blockfi Lending LLC | | 115 Broadway | Fl 11 | New York | NY | 10006-1644 |
| Clear Street LLC | | 150 Greenwich St | Fl 45 | New York | NY | 10007-5201 |
| Cleva B Claiborne | | Address Redacted | | | | |
| Cody Evan Hughes | | Address Redacted | | | | |
| ComputerShare Inc | | 150 Royall St | Ste 101 | Canton | MA | 02021-1054 |
| David Roy | | Address Redacted | | | | |
| DCG Foundry LLC | | 290 Harbor Dr | Fl 1 | Stamford | CT | 06902-8700 |
| Debbie S Pack | | Address Redacted | | | | |
| Donald E Claiborne | | Address Redacted | | | | |
| Elizabeth D Stewart | | Address Redacted | | | | |
| Empower Trust Company, LLC TTEE | | Address Redacted | | | | |
| Engineered Fluids, Inc. | | 4917 Profit Dr Frnt | | Tyler | TX | 75707-1845 |
| EZ BlockChain LLC | | 311 S Wacker Dr | Ste 1410 | Chicago | IL | 60606-6623 |
| Fishman Stewart PLLC | | 800 Tower Dr | # 610 | Troy | MI | 48098-2843 |
| Foundry Digital LLC | | 290 Harbor Dr | Fl 1 | Stamford | CT | 06902-8700 |
| Foundry Digital LLC FKA DCG Foundry LLC | | 290 Harbor Dr | Fl 1 | Stamford | CT | 06902-8700 |
| Galaxy Digital LP | Attn: Chris Ferraro, Amanda Fabiano, Michael Marcantonio | 1 N End Ave | Fl 13 | New York | NY | 10282-1102 |
| Jonathan L Groot 2008 Irrev TR | | Address Redacted | | | | |
| Jonathon Seth Day | | Address Redacted | | | | |
| Kesco Air Inc | | 266 Merrick Rd | Ste 200 | Lynbrook | NY | 11563-2640 |
| Kevin Earl Coker | | Address Redacted | | | | |
| Kldiscovery Ontrack, LLC | | 9023 Columbine Rd | | Eden Praire | MN | 55347-4182 |
| Kolby D Gilbert | | Address Redacted | | | | |
| Lawrence A. Claiborne | | Address Redacted | | | | |
| Mark Edward Drever | | Address Redacted | | | | |
| McCarthy Building Companies, Inc. | | 3400 N Central Expy | # 500 | Richardson | TX | 75080-0039 |
| Netgain Solutions, Inc. | | PO Box 630108 | | Littleton | CO | 80163-0108 |
| Northern Trust TTEE | | Address Redacted | | | | |
| Reciprocal Ventures I LP | | Address Redacted | | | | |
| Richard Scott Riley | | Address Redacted | | | | |
| Ross Berman | | Address Redacted | | | | |
| Sara W. Claiborne | | Address Redacted | | | | |
| Stefan C. Shelton | | Address Redacted | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit E**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| Thycotic Software LLC | | 201 Redwood Shores Pkwy | Ste 300 | Redwood City | CA | 94065-6141 |
| Trinity Mining Group, Inc. | | 6600 Hawks Creek Ave | # 101 | Westworth Vlg | TX | 76114-4056 |
| Vineet Agrawal | | Address Redacted | | | | |
| William Tyler Cooper | | Address Redacted | | | | |
| Wormser Family Partnership II, LP | Attn: Ken Wormser | 188 E 78th St | Fl 25 | New York | NY | 10075-0573 |

# **Exhibit F**

| Information to identify the case: | |
|---|---|
| Debtor    Core Scientific, Inc., *et al.* (see below for list of all Debtors)<br>              Name | EIN: <u>86-1243837</u> |
| United States Bankruptcy Court for the <u>Southern District of Texas (Houston Division)</u><br>                                                              (State) | Date case filed for chapter 11  <u>December 21, 2022</u><br>                                                     MM / DD / YYYY |
| Lead Case Number:   <u>22-90341</u> | |

## Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case                                                    10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. | Debtors' full name(s)<br>(List of Jointly Administered Debtors) | **SEE BELOW CHART** |
|---|---|---|

| Name of Debtors | Other Names Used by the Debtors in the last 8 years | EIN Number | Case Numbers |
|---|---|---|---|
| Core Scientific Mining LLC | N/A | 92-1386971 | 22-90340 (DRJ) |
| Core Scientific, Inc. | XPDI; Power & Digital Infrastructure Acquisition Corp.;<br>Core Scientific Holding Co. | 86-1243837 | 22-90341 (DRJ) |
| Core Scientific Acquired Mining LLC | Blockcap, Inc. | N/A | 22-90342 (DRJ) |
| Core Scientific Operating Company | Core Scientific, Inc.; MineCo Holdings, Inc. | 82-3805526 | 22-90343 (DRJ) |
| Radar Relay, Inc. | Radar Relay, LLC | 82-3430496 | 22-90344 (DRJ) |
| Core Scientific Specialty Mining (Oklahoma) LLC | GPU One Holdings, LLC | 84-5164327 | 22-90345 (DRJ) |
| American Property Acquisition, LLC | N/A | 82-5490825 | 22-90346 (DRJ) |
| Starboard Capital LLC | N/A | 36-4896677 | 22-90347 (DRJ) |
| RADAR LLC | N/A | 84-4125106 | 22-90348 (DRJ) |
| American Property Acquisitions I, LLC | 155 Palmer Lane, LLC | 82-5469717 | 22-90349 (DRJ) |
| American Property Acquisitions VII, LLC | N/A | 83-1663198 | 22-90350 (DRJ) |

| 2. | All other names used in the last 8 years | **SEE ABOVE CHART** | |
|---|---|---|---|
| 3. | **Address** | 210 Barton Springs Road, Suite 300, Austin, Texas 78704<br><br>2407 S. Congress Ave, Ste. E-101, Austin, TX 78704 (mailing address) | |
| 4. | **Debtor's attorney**<br>Name and address | **WEIL, GOTSHAL & MANGES LLP**<br>Alfredo R. Pérez (TX Bar No. 15776275)<br>700 Louisiana Street, Suite 1700<br>Houston, Texas 77002<br>Telephone:  (713) 546-5000<br>Facsimile:   (713) 224-9511<br>Email:  Alfredo.Perez@weil.com<br><br>- and -<br><br>**WEIL, GOTSHAL & MANGES LLP**<br>Ray C. Schrock, P.C.<br>Ronit J. Berkovich<br>Moshe A. Fink<br>767 Fifth Avenue | **Debtors' Claims and Noticing Agent** (for Court Documents and Case Information Inquiries):<br>Core Scientific, Inc., et al.<br>c/o Stretto<br>410 Exchange, Suite 100<br>Irvine, CA 92602<br><br>US/Canada Toll-Free Number:<br><br>(949) 404-4152<br><br>International Toll Number:<br>(888) 765-7875<br><br>**Email inquiries:** |

| Debtor | Core Scientific, Inc., *et al.* | Case number (if known) 22-    (    ) |
|---|---|---|
| | Name | |

<table>
<tr><td></td><td>New York, New York  10153<br>Telephone:  (212) 310-8000<br>Facsimile:   (212) 310-8007<br>Email:  Ray.Schrock@weil.com<br>          Ronit.Berkovich@weil.com<br>          Moshe.Fink@weil.com</td><td>TeamCoreScientific@stretto.com<br><br>**Case website:**<br><br>https://cases.stretto.com/CoreScientific</td></tr>

<tr><td>**5.   Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address.<br><br>   You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov</td><td>Bob Casey United States Courthouse<br>515 Rusk Avenue<br>Houston, Texas 77002</td><td><u>Hours</u>:  Monday to Friday – 8:30 a.m. to 5:00 p.m. (Prevailing Central Time)<br><br><u>Telephone</u>:  (713) 250-5500</td></tr>

<tr><td>**6.   Meeting of creditors**<br>The Debtors' representative must attend the meeting to be questioned under oath.<br><br>Creditors may attend, but are not required to do so.</td><td><u>January 26, 2023</u> at <u>10:00 A.M. (CT)</u><br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.</td><td>**Location:**  Telephone Conference:<br><br>   Dial: 1-866-707-5468<br><br>   Participant Code: 6166997#</td></tr>

<tr><td>**7.   Proof of claim deadline**</td><td colspan="2"><u>**Deadline for filing proof of claim:**</u><br><br>**To be Determined**</td></tr>

<tr><td></td><td colspan="2">A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>■   your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>■   you file a proof of claim in a different amount; or<br>■   you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan.  You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim.  Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain.  For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.</td></tr>

<tr><td>**8.   Exception to discharge deadline**<br><br>   The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline.</td><td colspan="2">If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below<br><br>**Deadline for filing the complaint:  <u>To be determined</u>**</td></tr>

<tr><td>**9.   Creditors with a foreign address**</td><td colspan="2">If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.</td></tr>

<tr><td>**10.   Filing a Chapter 11 bankruptcy case**</td><td colspan="2">Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business.</td></tr>

<tr><td>**11.   Discharge of debts**</td><td colspan="2">Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.</td></tr>
</table>