IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 22-90341 (DRJ) |
| | § | |
| **CORE SCIENTIFIC, INC.**, *et al.*, | § | (Chapter 11) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |

NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE AND NOTICE

**PLEASE TAKE NOTICE** that the undersigned appear as proposed counsel for the Official Committee of Equity Security Holders (the "***Official Equity Committee***") in the above referenced chapter 11 cases, and hereby files this *Notice of Appearance and Request for Service and Notice* (this "***Notice of Appearance***") pursuant to sections 342 and 1109(b) of title 11 of the United States Code (the "***Bankruptcy Code***"), Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), and the Local Rules of the United States Bankruptcy Court for the Southern District of Texas (the "***Local Rules***"), and requests that copies of all notices and pleadings given or required to be given in the chapter 11 cases be served upon:

> David S. Meyer
> Lauren R. Kanzer
> Zachary A. Paiva
> **VINSON & ELKINS LLP**
> 1114 Avenue of the Americas
> 32nd Floor
> New York, NY 10036

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR, LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

US 9949895

Tel: (212) 237-0000
Fax: (212) 237-0100
dmeyer@velaw.com; lkanzer@velaw.com;
zpaiva@velaw.com

- and –

Paul E. Heath
Harry A. Perrin
Kiran Vakamudi
**VINSON & ELKINS LLP**
845 Texas Avenue
Suite 4700
Houston, TX 77002
Tel: (713) 758-2222
Fax: (713) 758-2346
pheath@velaw.com; hperrin@velaw.com;
kvakamudi@velaw.com

**PLEASE TAKE FURTHER NOTICE** that the above request includes all notices required by the Bankruptcy Code and the Bankruptcy Rules and also includes, without limitation, the schedules, statements of financial affairs, operating reports, any plan of reorganization or disclosure statement, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleading or request, whether formal or informal, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above referenced bankruptcy case and any proceedings related thereto.

**PLEASE TAKE FURTHER NOTICE** that the undersigned counsel hereby requests that the names and addresses of the counsel set forth above be added to all mailing matrices in these cases.

**PLEASE TAKE FURTHER NOTICE** that the Official Equity Committee does not consent to or waive any rights, claims, actions, or defenses through the filing and service of this

US 9949895

Notice of Appearance with respect to jurisdiction under the Bankruptcy Code, and strictly reserves such rights, including:  (i) the right to trial by jury in any proceeding triable in these chapter 11 cases or any case, controversy, or proceeding related to these chapter 11 cases, (ii) the right to have final orders in non-core matters entered only with *de novo* review by the applicable United States District Court for the Southern District of Texas, and (iii) the right to seek to withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

[*Remainder of Page Intentionally Left Blank*]

Dated: April 3, 2023
Houston, Texas

Respectfully submitted,

*/s/ David S. Meyer*
**VINSON & ELKINS LLP**

David S. Meyer (*pro hac vice* pending)
Lauren R. Kanzer (*pro hac vice* pending)
Zachary A. Paiva (*pro hac vice* pending)
**VINSON & ELKINS LLP**
1114 Avenue of the Americas
32nd Floor
New York, NY 10036
dmeyer@velaw.com; lkanzer@velaw.com;
zpaiva@velaw.com

- and –

Paul E. Heath (Texas Bar No. 09355050)
Harry A Perrin (Texas Bar No. 15796800)
Kiran Vakamudi (Texas Bar No. 24106540)
**VINSON & ELKINS LLP**
845 Texas Avenue
Suite 4700
Houston, TX 77002
Tel: (713) 758-2222
Fax: (713) 758-2346
pheath@velaw.com; hperrin@velaw.com;
kvakamudi@velaw.com

**PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS**

**CERTIFICATE OF SERVICE**

  I certify that on April 3, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

               /s/ Paul E. Heath
               One of Counsel

US 9949895