| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Main Case Number | 22-90341 |
|---|---|---|---|
| Debtor | In Re: | CORE SCIENTIFIC, INC., et al. | |

This lawyer, who is admitted to the State Bar of __New York__:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | Zachary A. Paiva<br>Vinson & Elkins LLP<br>1114 Avenue of the Americas, 32nd Floor<br>New York, NY 10036-7708<br>212.237.0000<br>NY - 5657200 |
|---|---|

Seeks to appear as the attorney for this party:

| Official Committee of Equity Security Holders |
|---|
| Dated: 04/03/2022    Signed: /s/ Zachary A. Paiva |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:          Signed: _____
                        Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                United States Bankruptcy Judge