United States Bankruptcy Court
Southern District of Texas

**ENTERED**
April 05, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

### MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Main Case Number | 22-90341 |
|---|---|---|---|
| Debtor | In Re: | CORE SCIENTIFIC, INC., et al. | |

This lawyer, who is admitted to the State Bar of ___New York___:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Lauren R. Kanzer<br>Vinson & Elkins LLP<br>1114 Avenue of the Americas, 32nd Floor<br>New York, NY 10036-7708<br>212.237.0000<br>NY - 5216635 |

Seeks to appear as the attorney for this party:

| Official Committee of Equity Security Holders |
|---|
| Dated: 04/03/2022    Signed: /s/ Lauren R. Kanzer |

| |
|---|
| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
| Dated:    Signed: _____<br>Deputy Clerk |

Order    (Docket No. 750)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed: April 05, 2023**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**