United States Bankruptcy Court
Southern District of Texas

**ENTERED**
April 05, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT   SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Main Case Number | 22-90341 |
|---|---|---|---|
| Debtor | In Re: | CORE SCIENTIFIC, INC., et al. | |

This lawyer, who is admitted to the State Bar of __Texas__:

| | |
|---|---|
| Name | Sara E. Zoglman |
| Firm | Vinson & Elkins LLP |
| Street | Trammell Crow Center |
| City & Zip Code | 2001 Ross Avenue, Suite 3900 |
| | Dallas, Texas 75201 |
| Telephone | 214.220.7700 |
| Licensed: State & Number | TX - 24121600 |

Seeks to appear as the attorney for this party:

| Official Committee of Equity Security Holders |
|---|
| Dated: 04/03/2022    Signed: /s/ Sara E. Zoglman |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:    Signed: _____
Deputy Clerk

Order    (Docket No. 752)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed: April 05, 2023**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**