**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC.** | § | **Case No. 22-90341 (DRJ)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.** | § | **Re: Docket No. 633** |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

TO THE BANKRUPTCY CLERK AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the undersigned law firm of Hendershot Cowart P.C., a Texas Professional Corporation, is appearing for LV.NET, LLC, a creditor and party in interest in these proceedings, and pursuant to Section 1109(b) of the Bankruptcy Code and Rule 2002 of the Rules of Bankruptcy, respectfully requests that all notices which are required to be given in this case and all papers which are required to be served in this case be given to and served upon the undersigned attorney at the address and telephone number set forth below:

Simon W. Hendershot, III
Hendershot Cowart P.C.
1800 Bering Drive, Suite 600
Houston, Texas 77057
Telephone: (713) 783-3110
Facsimile: (713) 783.2809
Email: trey@hchlawyers.com

-and-

Carolyn Carollo
Hendershot Cowart P.C.
1800 Bering Drive, Suite 600
Houston, Texas 77057
Telephone: (713) 783-3110
Facsimile: (713) 783.2809
Email: ccarollo@hchlawyers.com

Simon W. Hendershot, III is designated as lead counsel on behalf of LV.NET, LLC.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, notice of any application, complaint, demand, hearing, motion, petition, settlement, pleading, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed, by mail, delivery, telephone, fax or otherwise.

Respectfully submitted,

**HENDERSHOT COWART P.C.**

By: */s/ Simon W. Hendershot, III*
SIMON W. HENDERSHOT, III
SBN: 09417200
trey@hchlawyers.com
CAROLYN CAROLLO
SBN: 24083437
ccarollo@hchlawyers.com
1800 Bering Drive, Suite 600
Houston, Texas 77057
Telephone: (713) 783-3110
Facsimile: (713) 783-2809
**ATTORNEYS FOR LV.NET, LLC**

## Certificate of Service

I certify that on April 6, 2023, I served the forgoing by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Simon W. Hendershot, III*
Simon W. Hendershot III