| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

IN RE: §
§
**CORE SCIENTIFIC, et al.,** § **BANKRUPTCY CASE NUMBER**
§
Debtor(s) § **22-90341 DRJ (Jointly Administered)**
§
§
§

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that Core Scientific, Inc., Debtor in the above-captioned and numbered case, hereby requests that notice of all matters arising in this case of which notice is sent to any creditor, party in interest, creditors' committee or a member of any creditors' committee be sent to Asher Griffin.

DATED: April 10, 2023     _____
                          **Signature**

                          **Asher Griffin**
                          **Print Name**

                          Address:   300 W 6th Street, Ste 2010
                                     Austin, TX 78701

                          _____

**SDTX (appear.ntc)**
**02/03/98**