IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22- 90341 (DRJ) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § § | Re: Docket No. 770 |

## NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICE FILED BY ASHER BENJAMIN GRIFFIN

Quinn Emanuel Urquhart & Sullivan LLP, creditor, files this withdrawal with respect to its notice of appearance and request for notice (Dkt. 770). The previously filed notice of appearance erroneously listed Asher Griffin as counsel for Debtor Core Scientific, Inc. Mr. Griffin represents creditor Quinn Emanuel Urquhart & Sullivan LLP in this matter. A corrected notice of appearance will be filed forthwith on the docket.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

Dated: April 10, 2023								Respectfully submitted,

								By: /s/ Asher Griffin
								Asher Griffin
								QUINN EMANUEL URQUHART &
								SULLIVAN, LLP
								300 W 6th St., Suite 2010
								Austin, TX 78701
								Tel: (737) 676-6103
								ashergriffin@quinnemanuel.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on April 10, 2023.

								/s/ Asher Griffin
								Asher Griffin