IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*, | § | NO. 22-90341 (DRJ) |
| | § | |
| Debtors. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that TANMAR RENTALS, LLC appears herein by and through the undersigned counsel and requests, that all notices given or required to be given in this case, and any case consolidated herewith, and all papers served or required to be served in this case, and any case consolidated herewith, as provided for or referred to by Bankruptcy Rule 2002, 3017, or 9007; Title 11, United States Code; Southern District Local Bankruptcy Rule 2002-1; and/or other applicable Bankruptcy Statutes and Rules, be given to and served upon its attorney, and that such service and notice be mailed to the following:

TANMAR RENTALS, LLC
c/o Jeffrey D. Stewart
Wells & Cuellar, P.C.
440 Louisiana, Suite 718
Houston, Texas 77002
(713) 222-1281 Telephone
(713) 237-0570 Fax

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices, statements, papers, and pleadings referred to in the Statutes and Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, demand, or other document brought before this Court in this case, whether

transmitted or conveyed by mail, e-mail, delivery, telephone, telecopier, telegraph, telex or otherwise, which affect or seek to affect in any way the above-captioned case.

Respectfully submitted this 12TH day of April, 2023.

By: _____
Jeffrey D. Stewart
State Bar No. 24047327
440 Louisiana, Suite 718
Houston, Texas 77002
(713) 222-1281 Telephone
(713) 237-0570 Fax
jstewart@wellscuellar.com

OF COUNSEL:

WELLS & CUELLAR, P.C.
440 Louisiana, Suite 718
Houston, Texas 77002
(713) 222-1281 Telephone
(713) 237-0570 Fax

Attorney for
TANMAR RENTALS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Notice of Appearance and Request for Notice** has been served upon all parties in interest via the Electronic Case Filing System or via United States First Class mail, postage prepaid, this the 12TH day of April, 2023.

/s/ Jeffrey D. Stewart

8024x010.psm