IN THE UNITED STATES BANKRUPTCY COURT
IN THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | ) ) | Case No. 22-90341 (DRJ) |
| CORE SCIENTIFIC, INC, *et al.*, | ) ) ) | Chapter 11 |
| DEBTORS.[1] | ) ) | (Jointly Administered) |

## ORDER LIFTING AUTOMATIC STAY

**BEFORE ME** came to be heard the Motion for Relief From Automatic Stay Regarding Equipment (the "Motion") of secured creditor, North Mill Equipment Finance LLC ("North Mill") seeking an Order pursuant to 11 U.S.C. § 362(d)(1) and/or § 362(d)(2) lifting the automatic stay in the above-captioned Chapter 11 proceeding of the Debtor, Core Scientific, Inc ("Debtor"), with respect to the following equipment (the "Equipment"):

| Description | Serial Number |
|---|---|
| Switchgear – Switchboard and Transformer Square D Standard Swbd Series, 2-QED-2 | L88015338/L87976956/L88015409 |
| Switchgear – Switchboard and Transformer Square D Standard Swbd Series, 2-QED-2 | L88015430/L88020619/L88015429 |
| Switchgear – Switchboard and Transformer Square D Standard Swbd Series, 2-QED-2 | L88015507/L88020718/L88015336 |
| Switchgear – Switchboard and Transformer Square D Standard Swbd Series, 2-QED-2 | L88015339/L88020660/L88015512 |
| Switchgear – Switchboard and Transformer Square D Standard Swbd Series, 2-QED-2 | L88015337/L88020673/L88015510 |
| Switchgear – Switchboard and Transformer Square D Standard Swbd Series, 2-QED-2 | L88015335/L88020719/L88015508 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

| Switchgear – Switchboard and Transformer Square D Standard Swbd Series, 2-QED-2 | L88015341/L88020672/L88015431 |
| --- | --- |
| Switchgear – Switchboard and Transformer Square D Standard Swbd Series, 2-QED-2 | L88015509/L88020717/L88015340 |
| Switchgear – Switchboard and Transformer Square D Standard Swbd Series, 2-QED-2 | L88015511/L88020618/L88015342 |
| Switchgear – Switchboard and Transformer Square D Standard Swbd Series, 2-QED-2 | L88015428/L88020612/L88015408 |
| 2500 kVA Padmount Transformer HV: 34500 GY 19920 LV: 415 Y 240 | 5211230506 |
| 2500 kVA Padmount Transformer HV: 34500 GY 19920 LV: 415 Y 240 | 5211230507 |
| 2500 kVA Padmount Transformer HV: 34500 GY 19920 LV: 415 Y 240 | 5211230508 |
| 2500 kVA Padmount Transformer HV: 34500 GY 19920 LV: 415 Y 240 | 5211230509 |
| 2500 kVA Padmount Transformer HV: 34500 GY 19920 LV: 415 Y 240 | 5211230510 |
| 2500 kVA Padmount Transformer HV: 34500 GY 19920 LV: 415 Y 240 | 5211230511 |
| 2500 kVA Padmount Transformer HV: 34500 GY 19920 LV: 415 Y 240 | 5211230512 |
| 2500 kVA Padmount Transformer HV: 34500 GY 19920 LV: 415 Y 240 | 5211230513 |
| 2500 kVA Padmount Transformer HV: 34500 GY 19920 LV: 415 Y 240 | 5211230514 |
| 2500 kVA Padmount Transformer HV: 34500 GY 19920 LV: 415 Y 240 | 5211230515 |

After reviewing the Motion and the Exhibits annexed thereto, the Court is of the opinion that the Motion should be GRANTED.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that the automatic stay shall be lifted in this bankruptcy to allow North Mill to proceed under applicable non-bankruptcy law to enforce its rights and remedies to take possession of, foreclose upon, and sell or otherwise dispose of the Equipment, and to apply the proceeds to the obligations owing to North Mill, net of expenses allowed under the various agreements executed between the Debtor and North Mill or applicable law; it is further

**ORDERED, ADJUDGED AND DECREED** that the provisions of Federal Rule of Bankruptcy Procedure 4001(a)(3) are waived and the Order shall be in full force and effect upon the signature of the Court.

Signed: _____

_____
UNITED STATES BANKRUPTCY JUDGE