IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC.,[1] et al., | § § § § | Case No. 22-90341 (DRJ) |
| DEBTORS. | § § | (Jointly Administered) |

## WITHDRAWAL OF CLAIM NUMBER 30

TO THE HONORABLE JUDGE DAVID R. JONES:

MP2 Energy Texas LLC d/b/a Shell Energy Solutions ("MP2"), an unsecured creditor in this proceeding, presents this Withdrawal of its previously filed Proof of Claim, as follows:

1. MP2 filed Claim Number 30 on April 12, 2023, in the amount of $10,140,424.19.

2. MP2 hereby withdraws Claim Number 30.

Wherefore, MP2 Energy Texas LLC d/b/a Shell Energy Solutions prays for such relief as is just.

Respectfully submitted,

**COKINOS | YOUNG**

By: /s/ Craig E. Power
CRAIG E. POWER
Bar No. 16210500
Fed No. 3868
cpower@cokinoslaw.com
Four Houston Center
1221 Lamar Street, 16th Floor

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address in 210 Barton Springs Road, Suite 300, Austin, Texas 78704

Houston, Texas 77010-3039
(713) 535-5500
Fax: (713) 535-5533

**COUNSEL FOR CREDITOR MP2 ENERGY TEXAS LLC D/B/A SHELL ENERGY SOLUTIONS**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 13, 2023, true and correct copies of the foregoing was served as provided by the Court's Electronic Filing system.

*/s/ Craig E. Power*
CRAIG E. POWER