| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

IN RE:                                          §
                                                §
   CORE SCIENTIFIC, et al.,                      §      **BANKRUPTCY CASE NUMBER**
                                                §
                 Debtor(s)                       §      **22-90341 DRJ (Jointly Administered)**
                                                §
                                                §
                                                §
                                                §

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that Quinn Emanuel Urquhart & Sullivan LLP, Creditor in the above-captioned and numbered case, hereby requests that notice of all matters arising in this case of which notice is sent to any creditor, party in interest, creditors' committee or a member of any creditors' committee be sent to Asher Griffin.

**DATED: April 10, 2023**

_____
**Signature**

Asher Griffin_____
**Print Name**

**Address:   300 W 6th Street, Ste 2010
            Austin, TX 78701**

_____

SDTX (appear.ntc)
02/03/98