IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*[1], | § § § | Case No. 22-90341 (DRJ) |
| Debtors. | § § | (Jointly Administered) |

**NOTICE OF PERFECTION OF MECHANIC'S AND MATERIALMEN'S LIEN
OF ABLE COMMUNICATIONS, INC.**

ABLe Communications, Inc. ("ABLe"), by and through the undersigned counsel, hereby provides notice of perfection, maintenance, and/or continuation of rights in a mechanic's and materialman's lien in accordance with sections 362(b)(3) and 546(b)(2) of title 11 of the United States Code (the "Bankruptcy Code").

1. Prior to the commencement of these cases on December 21, 2022 (the "Petition Date"), ABLe, as subcontractor, and McCarthy Building Companies, Inc. ("McCarthy"), as original contractor, entered into that certain *McCarthy Subcontract*, dated February 1, 2022, pursuant to which ABLe performed labor and work installing tele/data communications, IT infrastructure, cabling, security systems, and furnished related equipment and materials upon that certain tract of real property located at 8151 Jim Christal Road, Denton, Texas 76207 and/or 8171 Jim Christal Road, Denton Texas 76207, both located in Denton County (the "Project"), all as set forth more fully in the

---

[1] The debtors (the "Debtors") in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

1

Lien Filing (as defined below) (such tracts, the "Real Property"). The Project owner is Core Scientific Operating Company.[2]

2. The total amount due and owing to ABLe as of the Petition Date, with respect to Texas statutory and constitutional liens, in respect of the Project is at least $1,094,850.64, including unpaid retainage in the amount of $268,053.12, plus interest, attorneys' fees, and other charges, which continue to accrue.[3]

3. The interest perfected, maintained, and/or continued by the Lien Filing (as defined below), extends in and to the Real Property, improvements, and/or leasehold interest in the Real Property. A true and correct copy of ABLe's *Affidavit for Mechanic's and Materialmen's Lien* (the "Lien Filing" and such lien, the "Project Lien") is attached hereto as **Exhibit A**.

4. In accordance with sections 362(b)(3) and 546(b)(2) of the Bankruptcy Code, ABLe hereby provides notice to all parties-in-interest registered to receive electronic notice in these cases of the Project Lien. ABLe is filing this notice out of an abundance of caution to preserve, perfect, maintain, and continue its rights in the Real Property, improvements, and/or leasehold interest in the Real Property under Texas state law. ABLe intends to enforce the Project Lien rights to the fullest extent permitted by applicable law and reserves its rights to amend or supplement the Project Lien and any other claims against the Debtors.

---

[2] After commencement of the Core Scientific Bankruptcy Cases, ABLe learned that Core Scientific, Inc. changed its name on or about January 19, 2022, to "Core Scientific Operating Company." The *Amended Schedules* [Docket No. 625] (the "Schedules") filed by Core Scientific Operating Company, reflect that Core Scientific Operating Company holds a leasehold interest the Real Property. *See* Schedules A/B, §§ 55.9 & 55.10.  The Schedules further recognize ABLe's secured claim pursuant to its Project Lien. *See* Schedule D, §§ 2.61 & 2.62. Conversely, Core Scientific, Inc.'s *Amended Schedules* [Docket No. 627] do not include a leasehold interest the Real Property as an asset, nor do they include ABLe as a creditor.
[3] The amount of $1,094,850.64 is the total amount owed as of the date of this Notice. After ABLe filed the Project Lien, McCarthy made one payment in the amount of $134,081.50.

5. ABLe files this notice out of an abundance of caution and does not admit that such filing is required under applicable law. This filing relates only to the Project Lien and does not address ABLE's other mechanic's and materialman's liens against the Debtors and their property. ABLe reserves all rights to amend and/or supplement this notice and to file similar notices with respect to its other mechanic's liens.

Dated:  April 14, 2023

Respectfully submitted,

*/s/ Jeff P. Prostok*
Jeff P. Prostok
Texas Bar No. 16352500
Dylan T.F. Ross
Texas Bar No. 24104435
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, Texas 76102
(817) 877-8855 Telephone
(817) 877-4151 Facsimile
jprostok@forsheyprostok.com
dross@forsheyprostok.com

**ATTORNEYS FOR ABLe COMMUNICATIONS, INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was served on April 14, 2023 by the Electronic Case Filing system for the Bankruptcy Court for the Southern District of Texas, which gives notice to all parties registered to receive electronic notice through the Court's CM/ECF automatic electronic notice system.

                                             */s/ Dylan T.F. Ross*
                                             Dylan T.F. Ross