**Denton County**
**Juli Luke**
County Clerk

**Instrument Number:** 168734

ERecordings-RP

AFFIDAVIT

Recorded On: December 13, 2022 01:48 PM          Number of Pages: 13

**" Examined and Charged as Follows: "**

Total Recording: $74.00

*********** **THIS PAGE IS PART OF THE INSTRUMENT** ***********

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

**File Information:**                              **Record and Return To:**

Document Number:      168734                       Simplifile
Receipt Number:       20221213000379
Recorded Date/Time:   December 13, 2022 01:48 PM
User:                 William D
Station:              Station 8



**STATE OF TEXAS**
**COUNTY OF DENTON**

I hereby certify that this Instrument was FILED In the File Number sequence on the date/time
printed hereon, and was duly RECORDED in the Official Records of Denton County, Texas.

Juli Luke
County Clerk
Denton County, TX

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | **AFFIDAVIT FOR MECHANIC'S** |
| COUNTY OF TARRANT | § | **AND MATERIALMAN'S LIEN** |

BEFORE ME, the undersigned authority, personally appeared Karla Lopez, who upon her oath, deposed and stated the following:

1. My name is Karla Lopez. I am the CFO and authorized representative of ABLe Communications, Inc. ("Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below and am authorized to make this affidavit.

2. Claimant's mailing and business address is 1413 East Avenue H, Grand Prairie TX 75050.

3. Claimant furnished labor, equipment and materials for improvements to the Project described herein under a contract by and between Claimant and the original contractor, McCarthy Building Companies, Inc. The original contractor's last known addresses are c/o Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, TX 78701-3136 and/or 12001 N. Central Expressway, Suite 400, Dallas, TX 75243.

4. The labor, materials, and work furnished by Claimant are generally described as follows: tele/data communications, IT infrastructure, cabling, security systems and related labor, equipment and materials. Claimant performed such described work during the months of October and November 2022 and is unpaid for the amounts described on its pay applications attached hereto as **Exhibit "A"** and incorporated herein.

5. The property sought to be charged with a lien by Claimant is the leasehold interests of the Core Scientific Denton Data Center project located at 8151 Jim Christal Rd., Denton, Texas 76207 and/or 8171  Jim Christal Rd., Denton, Texas 76207 (the "Project"), and more particularly as Site One and Site Two in **Exhibit "B"** attached hereto and incorporated herein.

6. The Project owner (or reputed owner) is Core Scientific, Inc. The last known addresses of Core Scientific, Inc. are c/o Registered Agent Solutions, Inc., Registered Agent, 5301 Southwest Pkwy., Suite 400, Austin, TX 78735 and/or 210 Barton Springs Rd, Ste 300, Austin, TX 78704. Upon information and belief, the vested and legal owner of the land and real property described above is the City of Denton, a Texas home-rule municipal corporation. The last known address of the City of Denton is 215 E. McKinney St., Denton, TX 76201. Claimant does not seek to claim a lien against the fee interest of the City of Denton in the land.

7. Claimant sent notices of its unpaid claim to the Project owner, original contractor and the City of Denton on or about November 11, 2022 via certified U.S. mail, return receipt requested.

8. One (1) copy of this Affidavit is being sent by certified U.S. mail, return receipt requested to the Project owner, original contractor and the City of Denton at their respective last known addresses set forth herein.

9. After allowing all just credits, offsets, and payments, the amount of $1,228,932.14, including unpaid retainage in the amount of $268,053.12, remains unpaid and is due and owing to Claimant and Claimant claims a lien on the above-described property and improvements under the provisions of Texas Property Code §53.001 *et seq.* to secure payment of said amount. Claimant expressly claims a first lien on all removables.

10. The facts stated herein are within my personal knowledge and are true and correct.

ABLe Communications, Inc.

By: _____
Karla Lopez, CFO


SUBSCRIBED AND SWORN TO AND ACKNOWLEDGED before me by the said Karla Lopez, CFO of ABLe Communications, Inc. this 12th day of December 2022, to certify which witness my hand and seal of office.

| MARANDA LYNN MOFFETT |
| Notary Public, State of Texas |
| Comm. Expires 04-24-2025 |
| Notary ID 10838301 |

_____
Notary Public in and for the State of Texas

ABLe COMMUNICATIONS, INC.'S
AFFIDAVIT FOR MECHANIC'S AND MATERIALMAN'S LIEN - PAGE 2

EXHIBIT A

# TEXAS ONLY

## SUBCONTRACTOR'S APPLICATION, CERTIFICATION FOR PAYMENT, AND CONDITIONAL LIEN WAIVER

Page 1 of   1   Pages

TO (CONTRACTOR): McCarthy Building Companies, Inc.

FROM (SUBCONTRACTOR): ABLe Communications, Inc.

SUBCONTRACT FOR:   2229-078

PROJECT:   Core Scientific Denton Data Center

OWNER:   Core Scientific, Inc.

APPLICATION NO.   2182J-10

PERIOD TO   10/15/2022

CONTRACTOR PROJECT NO.   2229

SUBCONTRACT DATE:   5/17/2022

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR
☐ ENGINEER

The undersigned Subcontractor certifies that to the best of Subcontractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts due to lower tier subcontractors, suppliers, materialmen, vendors, union trust funds and tradesmen have been paid by the subcontractor for Work for which previous Certificates for Payment were submitted and payments received from the Contractor, and that current payments shown herein is now due.

### CONDITIONAL WAIVER AND RELEASE ON PROGRESS PAYMENT (TEXAS)

On receipt by the signer of this document of a check from Contractor in the sum of the "Current Payment Due" payable to Subcontractor and _____ (insert joint payees name(s), if any) _____ and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release any mechanic's lien right, any right arising from a payment bond that complies with a state or federal statute, any common law payment bond right, any claim for payment, and any rights under any similar ordinance, rule, or statute related to claim or payment rights for persons in the signer's position that the signer has on the property of Owner located at the Project to the following extent.

This release covers a progress payment for all labor, services, equipment, or materials furnished to the property or to a Contractor as indicated herein this statement and progress payment request, except for unpaid retention, pending modifications and changes, or other items furnished. A list of such pending modification and changes or other items is attached hereto.

If the signer is a joint payee and the signer's co-payee has not been paid, the signer's co-payee must sign a separate release right, until it is drawn, this document becomes effective to release any mechanic's lien right, any common law payment bond right, any claim for payment on this progress payment or to promptly pay in full all of the signer's laborers, subcontractors, materialmen, and suppliers for all work, materials, equipment, or services provided for or to the above referenced project in regard to the attached statement(s) or progress payment request(s)

SUBCONTRACTOR:

By: _[signature]_

Print Name: Karla Lopez

Title: CFO

STATE OF   Texas

COUNTY OF   Tarrant

} SS.

Subscribed and sworn before me this   19   day of   Oct   20   22

_[signature]_ Notary Public

MARANDA LYNN MOFFETT
Notary Public, State of Texas
Comm. Expires 04-24-2025
Notary ID 10838301

### CHANGE ORDER SUMMARY

| | Additions | Deductions |
|---|---|---|
| Change Orders approved in Previous months by Owner | $37,775.25 | |
| TOTAL | | |
| TOTALS | $37,775.25 | $0.00 |

Application is made for payment, as shown below, in connection with the Subcontract. Continuation Sheet is attached

| | |
|---|---|
| 1. ORIGINAL SUBCONTRACT SUM | $ 3,140,869.00 |
| 2. Net change by Change Orders | $ 37,775.25 |
| 3. SUBCONTRACT SUM TO DATE (Line 1 + 2) | $ 3,178,644.25 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on Continuation Sheet) | $ 1,808,806.67 |
| 5. RETAINAGE: | |
| a. 10.00% of Completed Work (Column D + E on Continuation Sheet) | $ 180,806.57 |
| b. 10.00% of Stored Material (Column F on Continuation Sheet) | $ 0.00 |
| Total Retainage (Lines 5a + 5b or Total in Column I of Continuation Sheet) | $ 180,806.57 |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) | $ 1,627,357.50 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ 175,638.22 |
| 8. CURRENT PAYMENT DUE | $ 1,451,899.08 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ 1,551,286.95 |

### FOR CONTRACTOR JOBSITE USE ONLY:

| SUBCONTRACTOR | SUPPLIER # | SO/# | JOBSITE VERIFICATION | ACCOUNTING USE ONLY |
|---|---|---|---|---|
| | | | | BILLED AMT PAID BY OWNER |
| | | | SUBCONTRACT COMPLIANCE IS BEING TRACKED IN ACCORDANCE WITH FIELD PROCEDURES | SIGNED SUBCONTRACT RECEIVED |
| JOBSITE APPROVAL | | BACKCHARGES | | BOND REC'D/REQUIRED |
| OWNER DIRECT PAY | | | | ENROLLED IN CCI |
| ☐ YES   ☐ NO | | (ATTACH R/C INVOICE) | | SUBCONTRACT O/I DISABLED |
| SUB PAY APP | | OWNER PAY REQUEST INFO | PAYMENT EXCEPTION REPORTING | ORIGINAL APP RECEIVED |
| PROJECT MANAGER | NUMBER: | NUMBER: | COMPLIES WITH FIELD PROCEDURES | BACKUP NEEDED |
| DATE: | MM/YY: | MM/YY: | SECTION 08.52. | OK TO RELEASE PAYMENT |
| | | | | FINALIZATION LETTER REC'D |

JOINT CHECKS - TO:
JOINT CHECKS - AMOUNTS:

SUB/APP WAIVER - TX
Field Procedures Manual
Exhibit 8.8G-C

FV2015.07.15

# CONTINUATION SHEET

APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 21821-10
APPLICATION DATE: 10/10/2022
PERIOD TO: 10/15/2022
ARCHITECT'S PROJECT NO:

| A ITEM NO | B DESCRIPTION OF WORK (MUST INCLUDE TYPE OF WORK AND NAME OF SUBCONTRACTOR) | C SCHEDULED VALUE | D FROM PREVIOUS APPLICATION (D + E) | E THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | H BALANCE TO FINISH (C - G) | I RETAINAGE (IF VARIABLE RATE) 10% (% X G) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Bond | $ 40,307.00 | $ 40,307.00 | | | $ 40,307.00 | 100% | $ - | $ 4,030.70 |
| 2 | Common Work Results Labor | $ 960,420.00 | $ 220,896.40 | $ 96,042.00 | | $ 316,938.40 | 33% | $ 643,481.60 | $ 31,693.84 |
| 3 | Common Work Results Materials | $ 862,799.00 | $ 603,956.60 | $ 17,255.90 | | $ 621,212.50 | 72% | $ 241,582.50 | $ 62,121.25 |
| 4 | Pathway Labor | $ 13,202.00 | $ 6,600.00 | $ 660.10 | | $ 7,260.10 | 55% | $ 5,941.90 | $ 726.01 |
| 5 | Pathway Materials | $ 14,795.00 | $ 14,795.00 | | | $ 14,795.00 | 100% | $ - | $ 1,479.50 |
| 6 | Closet Labor | $ 45,434.00 | $ 22,717.42 | $ 2,271.70 | | $ 24,989.12 | 55% | $ 20,444.88 | $ 2,498.91 |
| 7 | Closet Materials | $ 27,348.00 | $ 27,348.00 | | | $ 27,348.00 | 100% | $ - | $ 2,734.80 |
| 8 | Backbone Cabling Labor | $ 134,630.00 | $ 80,778.50 | $ 13,463.00 | | $ 94,241.50 | 70% | $ 40,388.50 | $ 9,424.15 |
| 9 | Backbone Cabling Materials | $ 155,703.00 | $ 155,703.00 | | | $ 155,703.00 | 100% | $ - | $ 15,570.30 |
| 10 | Horizontal Labor | $ 534,225.00 | $ 128,214.50 | $ 32,053.50 | | $ 160,268.00 | 30% | $ 373,957.00 | $ 16,026.80 |
| 11 | Horizontal Materials | $ 334,296.00 | $ 267,437.20 | $ 33,429.60 | | $ 300,866.80 | 90% | $ 33,429.20 | $ 30,086.68 |
| 12 | Access Control Labor | $ 3,620.00 | $ 3,620.00 | | | $ 3,620.00 | 100% | $ - | $ 362.00 |
| 13 | Access Control Materials | $ 14,094.00 | $ 14,094.00 | | | $ 14,094.00 | 100% | $ - | $ 1,409.40 |
| 14 | COM1 RFI-81 Fiber for both Guard Shacks Bond Fees | $ 284.00 | $ 284.00 | | | $ 284.00 | 100% | $ - | $ 28.40 |
| 15 | COM1 RFI-81 Fiber for both Guard Shacks Labor | $ 8,000.00 | | | | $ - | 0% | $ 8,000.00 | $ - |
| 16 | COM1 RFI-81 Fiber for both Guard Shacks Materials | $ 3,355.00 | | | | $ - | 0% | $ 3,355.00 | $ - |
| 17 | COM1 RFI-39 Cat5e for Added Floor Boxes Bond Fees | $ 117.00 | $ 117.00 | | | $ 117.00 | 100% | $ - | $ 11.70 |
| 18 | COM1 RFI-39 Cat5e for Added Floor Boxes Labor | $ 3,930.00 | $ 3,930.00 | | | $ 3,930.00 | 100% | $ - | $ 393.00 |
| 19 | COM1 RFI-39 Cat5e for Added Floor Boxes Materials | $ 741.00 | $ 741.00 | | | $ 741.00 | 100% | $ - | $ 74.10 |
| 20 | COM1 RFI-46 Cat5e for Added TVs Bond Fees | $ 97.00 | $ 97.00 | | | $ 97.00 | 100% | $ - | $ 9.70 |
| 21 | COM1 RFI-46 Cat5e for Added TVs Labor | $ 3,205.00 | $ 3,205.00 | | | $ 3,205.00 | 100% | $ - | $ 320.50 |
| 22 | COM1 RFI-46 Cat5e for Added TVs Materials | $ 660.00 | $ 660.00 | | | $ 660.00 | 100% | $ - | $ 66.00 |
| 23 | COM2 OverTime | $ 16,123.25 | $ 16,123.25 | | | $ 16,123.25 | 100% | $ - | $ 1,612.33 |
| 24 | COM3 OT 7/30 | $ 1,263.00 | $ 1,263.00 | | | $ 1,263.00 | 100% | $ - | $ 126.30 |
| | **GRAND TOTALS** | $ 3,178,644.25 | $ 1,612,887.87 | $ 195,175.80 | $ - | $ 1,808,063.67 | 57% | $ 1,370,580.58 | $ 180,806.37 |

# TEXAS ONLY

## SUBCONTRACTOR'S APPLICATION, CERTIFICATION FOR PAYMENT, AND CONDITIONAL LIEN WAIVER

TO (CONTRACTOR): McCarthy Building Companies, Inc. PROJECT: Core Scientific Denton Data Center

Page 1 of  1  Pages

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR
☐ ENGINEER

| | |
|---|---|
| FROM (SUBCONTRACTOR): ABLe Communications, Inc. | OWNER: Core Scientific, Inc |
| | PERIOD TO: 10/31/2022 |
| | APPLICATION NO 21821-11 |
| SUBCONTRACT FOR: | CONTRACTOR PROJECT NO   2229 |
| | SUBCONTRACT DATE: 2/1/2022 |

The undersigned Subcontractor certifies that to the best of Subcontractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts due to lower tier subcontractors, suppliers, materialmen, vendors, union trust funds and tradesmen have been paid by the subcontractor for Work for which previous Certificates for Payment were submitted and payments received from the Contractor, and that current payment shown herein is now due.

### CONDITIONAL WAIVER AND RELEASE ON PROGRESS PAYMENT (TEXAS)

On receipt by the signer of this document of a check from Contractor in the sum of the "Current Payment Due" payable to Subcontractor and _____ (insert joint payees name(s), if any) _____ and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release any mechanic's lien right, any right arising from a payment bond that complies with a state or federal statute, any common law payment bond right, any claim for payment, and any rights under any similar ordinance, rule, or statute related to claim or payment rights for persons in the signer's position that the signer has on the property of Owner located at the Project to the following extent:

This release covers a progress payment for all labor, services, equipment, or materials furnished to the property or to Contractor as indicated herein this statement and progress payment request, except for unpaid retention, pending modifications and changes, or other items furnished. A list of such pending modifications and changes or other items is attached hereto.

Before any recipient of this document relies on this document, the recipient should verify evidence of payment to the signer. The signer warrants that the signer has already paid or will use the funds received from this progress payment to promptly pay in full all of the signer's laborers, subcontractors, materialmen, and suppliers for all work, materials, equipment, or services provided for or to the above referenced project in regard to the attached statement(s) or progress payment request(s).

| | |
|---|---|
| SUBCONTRACTOR: | STATE OF: Texas |
| By: _Karla Lopez_ (signature) | COUNTY OF: Tarrant }ss. |
| Print Name: Karla Lopez | Subscribed and sworn before me this 25 day of Oct. , 20 22 . |
| Title: CFO | _Mirandah Moffett_ (signature) |
| | Notary Public, State of Texas |
| | Notary ID 10838301 |
| | MIRANDAH LYNN MOFFETT |
| | Comm. Expires 04-24-2025 |

### CHANGE ORDER SUMMARY

| | Additions | Deductions |
|---|---|---|
| Change Orders approved in Previous months by Owner | $45,363.33 | |
| Approved this Month | | |
| Number | Date Approved | |
| TOTALS | $45,363.33 | $0.00 |

5. RETAINAGE:
   a. 10.00% of Completed Work $ 225,221.91
      (Column D + E on Continuation Sheet)
   b. 10.00% of Stored Material $ 0.00
      (Column F on Continuation Sheet)
      Total Retainage (Lines 5a + 5b or
      Total in Column 1 of Continuation Sheet)

Application is made for payment, as shown below, in connection with the Subcontract. Continuation Sheet is attached.

| | | |
|---|---|---|
| 1. ORIGINAL SUBCONTRACT SUM | $ | 3,140,869.00 |
| 2. Net change by Change Orders | $ | 45,363.33 |
| 3. SUBCONTRACT SUM TO DATE (Line 1 ± 2) | $ | 3,186,232.33 |
| 4. TOTAL COMPLETED & STORED TO DATE | $ | 2,252,219.13 |
| (Column G on Continuation Sheet) | | |
| 6. TOTAL EARNED LESS RETAINAGE | $ | 2,026,997.22 |
| (Line 4 Less Line 5 Total) | | |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ | 1,627,257.30 |
| 8. CURRENT PAYMENT DUE | $ | 399,739.91 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ | 1,159,235.12 |

| FOR CONTRACTOR/JOBSITE USE ONLY: | | | | JOBSITE VERIFICATION | ACCOUNTING USE ONLY |
|---|---|---|---|---|---|
| SUPPLIER # | SITE # | JOB # / SUB/JOB# | SOV# | | |
| JOBSITE APPROVAL | | OWNER DIRECT PAY | BACKCHARGES | SUBCONTRACT COMPLIANCE IS BEING TRACKED IN ACCORDANCE WITH FIELD PROCEDURES | BILLED AMT PAID BY OWNER |
| | | | | | SIGNED SUBCONTRACT RECEIVED |
| | YES | | | | BOND RECD/REQUIRED |
| PROJECT MANAGER | NO | SUB PAY APP | | | ENROLLED IN CDI |
| | | ☐ | | | SUBCONTRACT OVERBILLED |
| DATE: | | OWNER PAY REQUEST INFO | | PAYMENT EXCEPTION REPORTING | ORIGINAL AFP NECDED |
| | NUMBER: | NUMBER: | | COMPLIES WITH FIELD PROCEDURES | BACKUP NEEDED |
| | | (ATTACH B/C INVOICE) | | | OK TO RELEASE PAYMENT |
| | MM/YY: | MM/YY: | | SECTION 00.52. | FINALIZATION LETTER REC'D |
| JOINT CHECKS — TO: | | | | | |
| JOINT CHECKS – AMOUNTS: | | | | | |

SUB-AFP WAIVER - TX
Field Procedures Manual
Exhibit 8.85-C

FV2015.07.15

# CONTINUATION SHEET

APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 21821-11
APPLICATION DATE: 10/10/2022
PERIOD TO: 10/31/2022
ARCHITECT'S PROJECT NO:

Retainage 10%

| A ITEM NO. | B DESCRIPTION OF WORK (MUST INCLUDE TYPE OF WORK AND NAME OF SUBCONTRACTOR) | C SCHEDULED VALUE | D FROM PREVIOUS APPLICATION (D + E) | E THIS PERIOD (WORK COMPLETED) | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | H BALANCE TO FINISH (C - G) | I RETAINAGE (IF VARIABLE RATE) (% X G) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Bond | $ 40,307.00 | $ 40,307.00 | | | $ 40,307.00 | 100% | $ - | $ 4,030.70 |
| 2 | Common Work Results Labor | $ 960,420.00 | $ 316,938.40 | $ 182,480.00 | | $ 499,418.40 | 52% | $ 461,001.60 | $ 49,941.84 |
| 3 | Common Work Results Materials | $ 862,795.00 | $ 621,212.50 | $ 69,023.50 | | $ 690,236.00 | 80% | $ 172,559.00 | $ 69,023.60 |
| 4 | Pathway Labor | $ 13,202.00 | $ 7,260.10 | $ 661.10 | | $ 7,921.20 | 60% | $ 5,280.80 | $ 792.12 |
| 5 | Pathway Materials | $ 14,795.00 | $ 14,795.00 | | | $ 14,795.00 | 100% | $ - | $ 1,479.50 |
| 6 | Closet Labor | $ 45,434.00 | $ 24,989.12 | $ 9,086.38 | | $ 34,075.50 | 75% | $ 11,358.50 | $ 3,407.55 |
| 7 | Closet Materials | $ 27,348.00 | $ 27,348.00 | | | $ 27,348.00 | 100% | $ - | $ 2,734.80 |
| 8 | Backbone Cabling Labor | $ 134,630.00 | $ 94,241.50 | | | $ 94,241.50 | 70% | $ 40,388.50 | $ 9,424.15 |
| 9 | Backbone Cabling Materials | $ 155,703.00 | $ 155,703.00 | | | $ 155,703.00 | 100% | $ - | $ 15,570.30 |
| 10 | Horizontal Labor | $ 534,225.00 | $ 160,268.00 | $ 149,582.50 | | $ 309,850.50 | 58% | $ 224,374.50 | $ 30,985.05 |
| 11 | Horizontal Labor | $ 334,296.00 | $ 300,866.80 | $ 16,714.40 | | $ 317,581.20 | 95% | $ 16,714.80 | $ 31,758.12 |
| 12 | Access Control Labor | $ 3,620.00 | $ 3,620.00 | | | $ 3,620.00 | 100% | $ - | $ 362.00 |
| 13 | Access Control Materials | $ 14,094.00 | $ 14,094.00 | | | $ 14,094.00 | 100% | $ - | $ 1,409.40 |
| 14 | CO#1 RFI-81 Fiber for both Guard Shacks Bond Fees | $ 284.00 | $ 284.00 | | | $ 284.00 | 100% | $ - | $ 28.40 |
| 15 | CO#1 RFI-81 Fiber for both Guard Shacks Labor | $ 8,000.00 | | $ 6,000.00 | | $ 6,000.00 | 75% | $ 2,000.00 | $ 600.00 |
| 16 | CO#1 RFI-81 Fiber for both Guard Shacks Materials | $ 3,355.00 | | $ 3,019.50 | | $ 3,019.50 | 90% | $ 335.50 | $ 301.95 |
| 17 | CO#1 RFI-39 Cat5e for Added Floor Boxes Bond Fees | $ 117.00 | $ 117.00 | | | $ 117.00 | 100% | $ - | $ 11.70 |
| 18 | CO#1 RFI-39 Cat5e for Added Floor Boxes Labor | $ 3,930.00 | $ 3,930.00 | | | $ 3,930.00 | 100% | $ - | $ 393.00 |
| 19 | CO#1 RFI-39 Cat5e for Added Floor Boxes Materials | $ 741.00 | $ 741.00 | | | $ 741.00 | 100% | $ - | $ 74.10 |
| 20 | CO#1 RFI-46 Cat5e for Added TVs Bond Fees | $ 97.00 | $ 97.00 | | | $ 97.00 | 100% | $ - | $ 9.70 |
| 21 | CO#1 RFI-46 Cat5e for Added TVs Labor | $ 3,205.00 | $ 3,205.00 | | | $ 3,205.00 | 100% | $ - | $ 320.50 |
| 22 | CO#1 RFI-46 Cat5e for Added TVs Materials | $ 660.00 | $ 660.00 | | | $ 660.00 | 100% | $ - | $ 66.00 |
| 23 | CO#2 Over Time | $ 16,123.25 | $ 16,123.25 | | | $ 16,123.25 | 100% | $ - | $ 1,612.33 |
| 24 | CO#3 OT 7/30 | $ 1,263.00 | $ 1,263.00 | | | $ 1,263.00 | 100% | $ - | $ 126.30 |
| 25 | CO#4 DT01 & DT02 Fiber Terminations | $ 236.78 | | $ 236.78 | | $ 236.78 | 100% | $ - | $ 23.68 |
| 26 | CO#4 OT 10/01-10/07 | $ 7,351.30 | | $ 7,351.30 | | $ 7,351.30 | 100% | $ - | $ 735.13 |
| | GRAND TOTALS | $ 3,186,232.33 | $ 1,808,063.67 | $ 444,155.46 | $ - | $ 2,252,219.13 | 71% | $ 934,013.20 | $ 225,221.91 |

# TEXAS ONLY

## SUBCONTRACTOR'S APPLICATION, CERTIFICATION FOR PAYMENT, AND CONDITIONAL LIEN WAIVER

| | |
|---|---|
| TO (CONTRACTOR): McCarthy Building Companies, Inc. | PROJECT: Core Scientific Denton Data Center | APPLICATION NO. 21821-12 |
| | | Page 1 of 1 Pages |
| FROM (SUBCONTRACTOR): ABLe Communications, Inc. | OWNER: Core Scientific, Inc. | PERIOD TO: 11/14/2022 |
| | | Distribution to: |
| | | OWNER ☐ |
| | | ARCHITECT ☐ |
| SUBCONTRACT FOR: 2229-078 | CONTRACTOR PROJECT NO. 2229 | CONTRACTOR ☐ |
| | | ENGINEER ☐ |
| | SUBCONTRACT DATE: 2/1/2022 | |

The undersigned Subcontractor certifies that to the best of Subcontractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts due to lower tier subcontractors, suppliers, materialmen, vendors, union trust funds and tradesmen have been paid by the subcontractor for Work for which previous Certificates for Payment were submitted and payments received from the Contractor, and that current payment shown herein is now due.

### CONDITIONAL WAIVER AND RELEASE ON PROGRESS PAYMENT (TEXAS)

On receipt by the signer of this document of a check from Contractor in the sum of the "Current Payment Due" payable to _____ (insert joint payees name(s), if any) _____ and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release any mechanic's lien right, any right arising from a payment bond that complies with a state or federal statute, any common law payment bond right, any claim for payment, and any rights under any similar ordinance, rule, or statute related to claim or payment rights for persons in the signer's position that the signer has on the property or the signer's laborers, subcontractors, materialmen, and suppliers for all work, materials, equipment, or services provided for or to the above located at the Project to the following extent:

This release covers a progress payment for all labor, services, equipment or materials furnished to the property or to Contractor as indicated herein this statement and progress payment request, except for unpaid retention, pending modifications and changes, or other items furnished. A list of such pending modification and changes or other items is attached hereto.

Before any recipient of this document relies on this document, the recipient should verify evidence of payment to the signer.

The signer warrants that the signer has already paid or will owe the funds received from this progress payment to promptly pay in full all of the signer's laborers, subcontractors, materialmen, and suppliers for all work, materials, equipment, or services provided for or to the above referenced project in regard to the attached statement(s) or progress payment request(s).

**SUBCONTRACTOR:**

By: _[signature]_

Print Name: Karla Lopez

Title: CFO

STATE OF Texas } SS.
COUNTY OF Tarrant }

Subscribed and sworn before me this 8 day of Nov , 20 22 .

_[signature]_

[Notary Seal]
MARANDA LYNN MOFFETT
Notary Public, State of Texas
Comm. Expires 04-24-2025
Notary ID 10838301

### CHANGE ORDER SUMMARY

| | Additions | Deductions |
|---|---|---|
| Change Orders approved in Previous months by Owner | | |
| | TOTAL | |

| Approved this Month | |
|---|---|
| Number | Date Approved |

| TOTALS | $45,363.33 | $0.00 |

Application is made for payment, as shown below, in connection with the Subcontract. Continuation Sheet is attached.

| | | |
|---|---|---|
| 1. ORIGINAL SUBCONTRACT SUM | $ | 3,140,869.00 |
| 2. Net change by Change Orders | $ | 45,363.33 |
| 3. SUBCONTRACT SUM TO DATE (Line 1 + 2) | $ | 3,186,232.33 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on Continuation Sheet) | $ | 2,680,551.23 |
| 5. RETAINAGE: | | |
| a. 10.00% of Completed Work (Column D + E on Continuation Sheet) | $ 268,055.12 | |
| b. 10.00% of Stored Material (Column F on Continuation Sheet) | $ 0.00 | |
| Total Retainage (Lines 5a + 5b or Total in Column 1 of Continuation Sheet) | $ | 268,055.12 |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) | $ | 2,412,478.11 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ | 2,026,997.22 |
| 8. CURRENT PAYMENT DUE | $ | 385,480.89 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ | 773,754.23 |

### FOR CONTRACTOR JOBSITE USE ONLY:

| SUPPLIER # | SITE # | OWNER DIRECT PAY | BOND #/SUB/OR | SOV# | BACKCHARGES | JOBSITE VERIFICATION | ACCOUNTING USE ONLY |
|---|---|---|---|---|---|---|---|
| JOBSITE APPROVAL | | | | | | | |

| | | |
|---|---|---|
| PROJECT MANAGER | NUMBER: | SUB PAY APP |
| | | YES ☐ |
| | | NO ☐ |

| | | | |
|---|---|---|---|
| | NUMBER: | NUMBER: | OWNER PAY REQUEST INFO (ATTACH R/C INVOICE) |
| DATE: | MM/YY: | MM/YY: | |

| JOINT CHECKS – TO: | | SUBCONTRACT COMPLIANCE IS FILING | BILLED AMT PAID BY OWNER |
|---|---|---|---|
| | | TRACKED IN ACCORDANCE WITH FIELD PROCEDURES | SIGNED SUBCONTRACT RECEIVED |
| | | | BOND REC'D/REQUIRED |
| | | | ENROLLED IN COI |
| | | PAYMENT EXCEPTION REPORTING | SUBCONTRACT OVERBILLED |
| | | COMPLIES WITH FIELD PROCEDURES | ORIGINAL APP NEEDED |
| | | SECTION 08.52 | BACKUP NEEDED |
| JOINT CHECKS – AMOUNTS: | | | OK TO RELEASE PAYMENT |
| | | | FINALIZATION LETTER REC'D |

SUB APP WAIVER - TX
Field Procedures Manual
Exhibit 8.60-C

FV2015.07 15

# CONTINUATION SHEET

APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column 1 on Contracts where variable retainage for line items may apply.

APPLICATION NO: 21821-12
APPLICATION DATE: 11/8/2022
PERIOD TO: 11/14/2022
ARCHITECT'S PROJECT NO:

| ITEM NO. | DESCRIPTION OF WORK (MUST INCLUDE TYPE OF WORK AND NAME OF SUBCONTRACTOR) | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) 10% |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Bond | 40,307.00 | 40,307.00 | | | 40,307.00 | 100% | - | 4,030.70 |
| 2 | Common Work Results Labor | 960,420.00 | 499,418.40 | 172,875.60 | | 672,294.00 | 70% | 288,126.00 | 67,229.40 |
| 3 | Common Work Results Materials | 862,795.00 | 690,236.00 | 172,559.00 | | 862,795.00 | 100% | - | 86,279.50 |
| 4 | Pathway Labor | 13,202.00 | 7,921.20 | 1,320.20 | | 9,241.40 | 70% | 3,960.60 | 924.14 |
| 5 | Pathway Materials | 14,795.00 | 14,795.00 | | | 14,795.00 | 100% | - | 1,479.50 |
| 6 | Closet Labor | 45,434.00 | 34,075.50 | | | 34,075.50 | 75% | 11,358.50 | 3,407.55 |
| 7 | Closet Materials | 27,348.00 | 27,348.00 | | | 27,348.00 | 100% | - | 2,734.80 |
| 8 | Backbone Cabling Labor | 134,630.00 | 94,241.50 | | | 94,241.50 | 70% | 40,388.50 | 9,424.15 |
| 9 | Backbone Cabling Materials | 155,703.00 | 155,703.00 | | | 155,703.00 | 100% | - | 15,570.30 |
| 10 | Horizontal Labor | 534,225.00 | 309,850.50 | 64,107.00 | | 373,957.50 | 70% | 160,267.50 | 37,395.75 |
| 11 | Horizontal Materials | 334,296.00 | 317,581.20 | 16,714.80 | | 334,296.00 | 100% | - | 33,429.60 |
| 12 | Access Control Labor | 3,620.00 | 3,620.00 | | | 3,620.00 | 100% | - | 362.00 |
| 13 | Access Control Materials | 14,094.00 | 14,094.00 | | | 14,094.00 | 100% | - | 1,409.40 |
| 14 | CO#1 RFI-81 Fiber for both Guard Shacks Bond Fees | 284.00 | 284.00 | | | 284.00 | 100% | - | 28.40 |
| 15 | CO#1 RFI-81 Fiber for both Guard Shacks Labor | 8,000.00 | 6,000.00 | 400.00 | | 6,400.00 | 80% | 1,600.00 | 640.00 |
| 16 | CO#1 RFI-81 Fiber for both Guard Shacks Materials | 3,355.00 | 3,019.50 | 335.50 | | 3,355.00 | 100% | - | 335.50 |
| 17 | CO#1 RFI-39 Cat5e for Added Floor Boxes Bond Fees | 117.00 | 117.00 | | | 117.00 | 100% | - | 11.70 |
| 18 | CO#1 RFI-39 Cat5e for Added Floor Boxes Labor | 3,930.00 | 3,930.00 | | | 3,930.00 | 100% | - | 393.00 |
| 19 | CO#1 RFI-39 Cat5e for Added Floor Boxes Materials | 741.00 | 741.00 | | | 741.00 | 100% | - | 74.10 |
| 20 | CO#1 RFI-46 Cat5e for Added TVs Bond Fees | 97.00 | 97.00 | | | 97.00 | 100% | - | 9.70 |
| 21 | CO#1 RFI-46 Cat5e for Added TVs Labor | 3,205.00 | 3,205.00 | | | 3,205.00 | 100% | - | 320.50 |
| 22 | CO#1 RFI-46 Cat5e for Added TVs Materials | 660.00 | 660.00 | | | 660.00 | 100% | - | 66.00 |
| 23 | CO#2 OverTime | 16,123.25 | 16,123.25 | | | 16,123.25 | 100% | - | 1,612.33 |
| 24 | CO#3 OT 7/30 | 1,263.00 | 1,263.00 | | | 1,263.00 | 100% | - | 126.30 |
| 25 | CO#4 DT01 & DT02 Fiber Terminations | 236.78 | 236.78 | | | 236.78 | 100% | - | 23.68 |
| 26 | CO#4 OT 10/01-10/07 | 7,351.30 | | 7,351.30 | | 7,351.30 | 100% | - | 735.13 |
| | **GRAND TOTALS** | 3,186,232.33 | 2,252,219.13 | 428,312.10 | - | 2,680,531.23 | 84% | 505,701.10 | 268,053.12 |

EXHIBIT "B"

**Site One**

BEING a 19.064 acre tract of land situated in the Moses H. Davis Survey, Abstract No. 377, City of Denton, Denton County, Texas, being part of a called 340.469 acre tract of land described in a Deed to the City of Denton, a Texas home-rule municipal corporation, as recorded in Document No. 2016-143882 of the Official Records of Denton County, Texas and being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found for an interior Southwest corner of the above cited 340.469 acre tract and the Northwest corner of a called 116.154 acre tract of land described in a Deed to the Mark Hicks Investments, LLC, as recorded in Document No. 2021-8595 of the Official Records of Denton County, Texas, from which a 1/2 inch iron rod with cap stamped "Vannoy 563-7101" found for an interior ell corner of said 340.469 acre tract, same being the Northeast corner of a called 152 acre tract of land described in a Deed to Walter B. (Bud) Wolf, as recorded in Volume 533, Page 541 of the Deed Records of Denton County, Texas bears North 00°26'46" East, a distance of 599.88 feet;

THENCE South 89°50'49" East along the South line of said 340.469 acre tract and North line of said 116.154 acre tract, for a distance of 506.72 feet to a 5/8 inch iron rod with cap stamped "TNP" set for the POINT OF BEGINNING of the herein described tract;

THENCE North 01°31'40" West departing the South line of said 340.469 acre tract and the North line of said 116.154 acre tract, for a distance of 608.71 feet to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE South 89°59'35" East for a distance of 611.28 feet to an "X" cut set in concrete;

THENCE South 00°00'25" West for a distance of 65.60 feet to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE North 90°00'00" East for a distance of 872.65 feet to a 5/8 inch iron rod with cap stamped "TNP" set at the beginning of a non-tangent curve to the left;

THENCE in a Southern direction, along said non-tangent curve to the left having a central angle of 07°27'36", a radius of 4210.63 feet, a chord bearing of South 03°47'11" West, a chord distance of 547.84 feet and an arc length of 548.23 feet to a 5/8 inch iron rod with cap stamped "TNP" set in the South line of said 340.469 acre tract and the North line of said 116.154 acre tract, from which a 1/2 inch iron rod with cap stamped "Vannoy 563-7101" found for the Northeast corner of said 116.154 acre tract and an interior ell corner of said 340.469 acre tract bears South 89°50'49" East, a distance of 420.07 feet;

THENCE North 89°50'49" West along the South line of said 340.469 acre tract and the North line of said 116.154 acre tract, for a distance of 1431.52 feet to the POINT OF BEGINNING, and containing 19.064 acres of land, more or less.



## Site Two

BEING an 11.256 acre tract of land situated in the Moses H. Davis Survey, Abstract No. 377 and the Johnson, Green, Myers and Brummett Survey, Abstract No. 1699, City of Denton, Denton County, Texas, being part of a called 340.469 acre tract of land described in a Deed to the City of Denton, a Texas home-rule municipal corporation, as recorded in Document No. 2016-143882 of the Official Records of Denton County, Texas and being more particularly described as follows:

COMMENCING at a 5/8 inch iron rod found for the Southwest corner of Lot 1, Block 1 of Krum Tap Electrical Switch Station, per Plat recorded in Document No. 2010-3 of the Plat Records of Denton County, Texas;

THENCE North 89°39'01" East along the South line of said Lot 1, for a distance of 21.24 feet to a 5/8 inch iron rod with cap stamped "TNP" set for the POINT OF BEGINNING of the herein described tract:

THENCE North 89°39'01" East continuing along the South line of said Lot 1, passing a 5/8 inch iron rod found for the Southeast corner of same at a distance of 658.12 feet, and continuing for a total distance of 806.50 to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE South 67°31 '07" East, for a distance of 85.93 to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE South 75°20'51" East, for a distance of 150.68 to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE South 56°48'38" East, for a distance of 80.84 to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE South 21 °23'05" East, for a distance of 76.31 to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE South 43°26'26" East, for a distance of 72.63 to a 5/8 inch iron rod with c-,ap stamped "TNP" set;

THENCE South 00°24'23" East. for a distance of 179.60 to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE North 90°00'00" West, for a distance of 1259.39 to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE North 70°47'23" West, for a distance of 60.77 to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE North 19°22'19" East, for a distance of 417.32 to the POINT OF BEGINNING, and containing 11.256 acres of land, more or less.



## BOUNDARY SURVEY
## 11.256 ACRE TRACT
## DENTON ENERGY CENTER

BEING SITUATED IN THE
JOHNSON, GREEN, MYERS AND BRUMMETT SURVEY
ABSTRACT NO. 1699 AND THE
MOSES H. DAVIS SURVEY, ABSTRACT NO. 377
City of Denton, Denton County, Texas

PAGE 2 OF 2

### LINE TABLE

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L1 | S 87°31'07" E | 85.93' |
| L2 | S 75°20'51" E | 150.68' |
| L3 | S 58°48'38" E | 80.84' |
| L4 | S 21°23'05" E | 76.31' |
| L5 | S 43°26'26" E | 72.63' |
| L6 | S 00°24'23" E | 179.60' |
| L7 | N 70°47'23" W | 60.77' |
| L8 | N 19°22'19" E | 417.32' |
| L9 | N 69°39'01" E | 21.24' |