United States Bankruptcy Court
Southern District of Texas

**ENTERED**

April 14, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 |
|---|---|---|---|
| Debtor | In Re: | CORE SCIENTIFIC, INC., et al. | |

This lawyer, who is admitted to the State Bar of _____Georgia_____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Brittany D. Hepner<br>The Minor Firm<br>745 College Drive Suite B<br>Dalton, GA 30720<br>706-259-2586<br>GA- 200989 |
|---|---|

Seeks to appear as the attorney for this party:

| Brown Corporation | |
|---|---|
| Dated: 04/13/2023 | Signed: /s/ Brittany D. Hepner |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:                    Signed: _____<br>                                                Deputy Clerk |

Order    (Docket No. 784)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.
This lawyer is admitted *pro hac vice*.

**Signed:  April 14, 2023**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**