# **Exhibit G**

**Fill in this information to identify the case:**

Debtor _____ Celsius Mining LLC _____

United States Bankruptcy Court for the District of _____ Southern District of New York _____

Case number _____ 22-10968 _____

## Official Form 410

# Proof of Claim

04/

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) **that you received.**

## Part 1:  Identify the Claim

| | | |
|---|---|---|
| 1. **Who is the current creditor?** | Core Scientific Operating Company | |
| | Name of the current creditor (the person or entity to be paid for this claim) | |
| | Other names the creditor used with the debtor | Core Scientific, Inc. |

2. **Has this claim been acquired from someone else?**

☑ No

☐ Yes.  From whom? _____

3. **Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|

See Additional/Expanded Creditor Address(es) page:

| | |
|---|---|
| Core Scientific Operating Company...<br>c/o Weil, Gotshal & Mange...<br>Attn: Ray C. Schrock, David J...<br>767 Fifth Ave.<br>New York, New York 10153<br>USA<br>**P:** 212-310-8534<br>**E:** ronit.berkovich@weil.com | Core Scientific Operating Company...<br>Todd DuChene<br>210 Barton Springs Rd.<br>Suite 300<br>Austin, Texas 78704<br>USA<br>**P:** 408-464-3421<br>**E:** tduchene@corescientific.com |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

— — — — — — — — — — — — — — — — — — — — — — — — —

4. **Does this claim amend one already filed?**

☐ No

☑ Yes.  Claim number on court claims registry (if known) ___17273___  Filed on ___01/03/2023___
MM/DD/YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**

☑ No

☐ Yes.  Who made the earlier filing? _____

Official Form 410

1174902082332972008000001

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| 6. | Do you have any number you use to identify the debtor? | ☐ No |
| --- | --- | --- |
| | | ☒ Yes.  Last 4 digits of the debtor's account or any number you use to identify the debtor: ___4204___ |

---

| 7. | How much is a claim? | 3,886,169.41 | Does this amount include interest or other charges? |
| --- | --- | --- | --- |
| | | | ☒ No |
| | | | ☐ Yes.  Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

---

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Services performed: hosting services for the Debtors' cryptocurrency mining machines, prepayments for hosting services, building infrastructure to host the Debt...

---

**9. Is all or part of the claim secured?**

☒ No

☐ Yes.  The claim is secured by a lien on property

**Nature of property**

☐ Real estate.    If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.

☐ Motor vehicle.

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** _____

**Amount of the claim that is secured:** _____

**Amount of the claim that is unsecured:** _____  (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** _____

**Annual Interest Rate (when case was filed)** _____ %

☐ Fixed

☐ Variable

---

| 10. | Is this claim based on a lease? | ☒ No |
| --- | --- | --- |
| | | ☐ Yes.   Amount necessary to cure any default as of the date of the petition.   $ _____ |

---

| 11. | Is this claim subject to a right of setoff? | ☐ No |
| --- | --- | --- |
| | | ☒ Yes.   Identify the property:   Core reserves the right to setoff... |

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | | |
|---|---|---|---|---|
| | | ☐ Yes. Check one: | | Amount entitled to priority |
| | A Claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | _____ |
| | | ☐ Up to $* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | _____ |
| | | ☐ Wages, salaries, or commissions (up to $*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4) | | _____ |
| | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | _____ |
| | | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | _____ |
| | | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)() that applies. | | _____ |

*Amounts are subject to adjustment on 4/01/ and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date & time    02/09/2023 at 12:28 pm PT
                           MM / DD / YYYY HH : MM

/s/Todd M. DuChene
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Todd | M. | DuChene |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Title       President and Chief Legal Officer

Company     Core Scientific Operating Company
            Identify the corporate servicer as the company if the authorized agent is a servicer

Address     210 Barton
            Springs Rd.  Suite 300

| | Number | Street | |
|---|---|---|---|
| | Austin | TX | 78704 |
| | City | State | ZIP Code |

Contact phone  _____

Email          tduchene@corescientific.com



**Additional/Expanded Creditor Address(es):**

**Distribution Address (Expanded)**
Core Scientific Operating Company
Todd DuChene
210 Barton Springs Rd.
Suite 300
Austin, Texas 78704
USA
Phone: 408-464-3421
tduchene@corescientific.com

Stretto Corporate Restructuring
855.812.6112 inquiries@stretto.com
cases.stretto.com
Proof Of Claim                                    Page 4

**Fill in this information to identify the case:**

Name of Debtor & Case Number:

- ☐ All Debtors (Account Holder Claim)
- ☐ Celsius Network, LLC (Case No. 22-10964)
- ☐ Celsius Network Inc. (Case No. 22-10965)
- ☐ Celsius Network Limited (Case No. 22-10966)
- ☐ Celsius KeyFi LLC (Case No. 22-10967)

- ☒ Celsius Mining LLC (Case No. 22-10968)
- ☐ Celsius Lending Networks, LLC (Case No. 22-10969)
- ☐ Celsius Lending LLC (Case No. 22-10970)
- ☐ Celsius US Holding LLC (Case No. 22-10971)

**United States Bankruptcy Court for the Southern District of New York**

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:  Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | CORE SCIENTIFIC OPERATING COMPANY |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor   CORE SCIENTIFIC, INC. |

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

C/O WEIL, GOTSHAL & MANGES LLP ATTN: RAY C. SCHROCK, DAVID J. LENDER, RONIT J. BERKOVICH, THEODORE E. TSEKERIDES

| Name | | |
|---|---|---|
| 767 | FIFTH AVE. | |
| Number | Street | |
| NEW YORK | NY | 10153 |
| City | State | ZIP Code |

Contact phone  (212) 310-8534

Contact email  ronit.berkovich@weil.com

**Where should payments to the creditor be sent?** (if different)

CORE SCIENTIFIC OPERATING COMPANY ATTN: TODD  DUCHENE

| Name | | |
|---|---|---|
| 210 | Barton Springs Rd, Suite 300 | |
| Number | Street | |
| Austin | TX | 78704 |
| City | State | ZIP Code |

Contact phone  (408) 464-3421

Contact email  tduchene@corescientific.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**

☐ No
☒ Yes.  Claim number on court claims registry (if known)  17273      Filed on  01/03/2023

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes.  Who made the earlier filing?  _____

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |

6. **Do you have any number you use to identify the debtor?** ☐ No

☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: <u>4</u>  <u>2</u>  <u>0</u>  <u>4</u>

7. **How much is the claim?**

   A. To the extent you assert a claim that is denominated in US Dollars, list the value of the claim in US Dollars as of the date the case was filed (July 13, 2022): $ <u>3,886,169.41 in liquidated</u> amounts and in excess of  $30,000,000 in amounts to be liquidated

   B. With regard to coins transferred to the Debtors, **list the number of each type of asset held in each type of account as of the date the case was filed (July 13, 2022).**

| Coin | Earn | Withheld | Custody | Collateral on Loan Receivable |
|------|------|----------|---------|-------------------------------|
| 1inch Network (1INCH) | | | | |
| 3pool Curve (3CRV) | | | | |
| AAVE (AAVE) | | | | |
| Arable Protocol (ACRE) | | | | |
| Cardano (ADA) | | | | |
| Alchemix (ALCX) | | | | |
| MyNeighborAlice (ALICE) | | | | |
| Alchemix USD (alUSD) | | | | |
| Ampleforth (AMPL) | | | | |
| Anchor Protocol (ANC) | | | | |
| Angle (ANGLE) | | | | |
| Ankr (ANKR) | | | | |
| Star Atlas (ATLAS) | | | | |
| AnnchorUST (aUST) | | | | |
| Avalanche (AVAX) | | | | |
| Badger DAO (BADGER) | | | | |
| Balancer (BAL) | | | | |
| Basic Attention Token (BAT) | | | | |
| bBADGER (bBADGER) | | | | |
| Bitcoin Cash (BCH) | | | | |
| bDIGG (bDIGG) | | | | |
| Beacon ETH (BETH) | | | | |
| Lido Bonded LUNA (BLUNA) | | | | |
| BNB (BNB) | | | | |
| Bancor (BNT) | | | | |
| Boba Network (BOBA) | | | | |
| BarnBridge (BOND) | | | | |
| Bone ShibaSwap (BONE) | | | | |
| SpookySwap (BOO) | | | | |
| BoringDAO (BOR) | | | | |
| BoringDAO (BORING) | | | | |
| Bitcoin SV (BSV) | | | | |
| Bozkurt Token (BT) | | | | |
| Bitcoin (BTC) | | | | |
| Bitcoin Gold (BTG) | | | | |
| Binance USD (BUSD) | | | | |
| Celsius (CEL) | | | | |
| CreaEther (CETH) | | | | |
| Compound (COMP) | | | | |
| Cream Finance (CREAM) | | | | |
| Curve Dao Token (CRV) | | | | |
| Convex Finance (CVX) | | | | |
| Convex CRV (CVXCRV) | | | | |

| | | | | |
|---|---|---|---|---|
| cxADA (cxADA) | | | | |
| cxBTC (cxBTC) | | | | |
| cxDOGE (cxDOGE) | | | | |
| cxETH (cxETH) | | | | |
| Dash (DASH) | | | | |
| DePay (DEPAY) | | | | |
| DIGG (DIGG) | | | | |
| Dogecoin (DOGE) | | | | |
| Polkadot (DOT) | | | | |
| DQUICK (DQUICK) | | | | |
| Eos (EOS) | | | | |
| Ellipsis (EPS) | | | | |
| Ethereum Classic (ETC) | | | | |
| Ethereum (ETH) | | | | |
| STASIS EURO (EURS) | | | | |
| Harvest Finance (FARM) | | | | |
| Fei USD (FEI) | | | | |
| StaFi (FIS) | | | | |
| Falcon Project (FNT) | | | | |
| Frax (FRAX) | | | | |
| Fantom (FTM) | | | | |
| FTX Token (FTT) | | | | |
| Gemini Dollar (GUSD) | | | | |
| H2O DAO (H2O) | | | | |
| Hermez Network (HEZ) | | | | |
| ICHI (ICHI) | | | | |
| JOE (JOE) | | | | |
| Kin (KIN) | | | | |
| Kyber Network (KNC) | | | | |
| Lido DAO (LDO) | | | | |
| ChainLink (LINK) | | | | |
| Livepeer (LPT) | | | | |
| Liquity (LQTY) | | | | |
| Loopring (LRC) | | | | |
| Litecoin (LTC) | | | | |
| Terra Luna (LUNA) | | | | |
| Liquity USD (LUSD) | | | | |
| LUSD Curve (LUSD Curve) | | | | |
| Decentraland (MANA) | | | | |
| Polygon (MATIC) | | | | |
| Multi-Collateral DAI (MCDAI) | | | | |
| MegaElfLand (MELT) | | | | |
| Mimatic (MIMATIC) | | | | |
| Maker (MKR) | | | | |
| Maple (MPL) | | | | |
| Marinade Staked SOL (MSOL) | | | | |
| Notional Finance (NOTE) | | | | |
| NXM (NXM) | | | | |
| OMG Network (OMG) | | | | |
| ownix (ONX) | | | | |
| Orbs (ORBS) | | | | |
| Origin Dollar (OUSD) | | | | |
| PAX (PAX) | | | | |
| PAX Gold (PAXG) | | | | |
| Pickle Finance (PICKLE) | | | | |
| pNetwork (PNT) | | | | |
| Star Atlas DAO (POLIS) | | | | |
| BENQI (QI) | | | | |
| Qredo (QRDO) | | | | |

| | | | | |
|---|---|---|---|---|
| QuickSwap (QUICK) | | | | |
| Rai Reflex Index (RAI) | | | | |
| Raydium (RAY) | | | | |
| Ren (REN) | | | | |
| THORChain (RUNE) | | | | |
| BENQI Liquid Staked AVAX (SAVAX) | | | | |
| Saga (SGA) | | | | |
| Songbird (SGB) | | | | |
| Sogur (SGR) | | | | |
| Synthetix (SNX) | | | | |
| Solana (SOL) | | | | |
| SparkLab (SPARK) | | | | |
| Serum (SRM) | | | | |
| Stable/cash (Stable/cash) | | | | |
| Lido Staked ETH (STETH) | | | | |
| Lido Staked LUNA (STLUNA) | | | | |
| sUSD (sUSD) | | | | |
| SushiSwap (SUSHI) | | | | |
| TrueAUD (TAUD) | | | | |
| tBTC (TBTC) | | | | |
| TrueCAD (TCAD) | | | | |
| TrueGBP (TGBP) | | | | |
| TrueHKD (THKD) | | | | |
| TrueFi (TRU) | | | | |
| TrueUSD (TUSD) | | | | |
| UMA (UMA) | | | | |
| Uniswap (UNI) | | | | |
| US Dollar (USD) | | | | |
| USD Coin (USDC) | | | | |
| Tether (USDT) | | | | |
| USDT ERC20 (USDT ERC20) | | | | |
| Unslashed Finance (USF) | | | | |
| Ultra Salescloud (UST) | | | | |
| Bancor Governance Token (vBNT) | | | | |
| Vesper (VSP) | | | | |
| Wrapped Bitcoin (WBTC) | | | | |
| Wrapped DLG (WDGLD) | | | | |
| WETH (WETH) | | | | |
| Wrapped Fantom (WFTM) | | | | |
| Wrapped Matic (WMATIC) | | | | |
| XAUT (XAUT) | | | | |
| eCash (XEC) | | | | |
| Stellar Lumens (XLM) | | | | |
| Ripple (XRP) | | | | |
| Tezos (XTZ) | | | | |
| yearn.finance (YFI) | | | | |
| YF Link (YFL) | | | | |
| YUSD Stablecoin (YUSD) | | | | |
| yveCRV-DAO (yveCRV-DAO) | | | | |
| Zcash (ZEC) | | | | |
| 0x (ZRX) | | | | |
| ZUSD (ZUSD) | | | | |
| Other: | | | | |

**Does this amount include interest or other charges?**

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges  required by Bankruptcy Rule 3001(c)(2)(A).

| 8. | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. |
|---|---|---|

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Services performed: hosting services for the Debtors' cryptocurrency mining machines, prepayments for hosting services, building infrastructure to host the Debtors' machines

---

**9. Is all or part of the claim secured?**

☒ No

☐ Yes. The claim is secured by a lien on property.

    **Nature of property:**

    ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

    ☐ Motor vehicle

    ☐ Other. Describe: _____

    **Basis for perfection:** _____

    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

    **Value of property:**     $_____

    **Amount of the claim that is secured:**     $_____

    **Amount of the claim that is unsecured:**   $_____   (The sum of the secured and unsecured amounts should match the amount in line 7.)

    **Amount necessary to cure any default as of the date of the petition:**   $_____

    **Annual Interest Rate** (when case was filed)_____%

    ☐ Fixed

    ☐ Variable

---

**10. Is this claim based on a lease?**

☒ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____

---

**11. Is this claim subject to a right of setoff?**

☐ No

☒ Yes. Identify the property:  Core reserves the right to setoff this claim against any amounts Core is determined to owe the Debtors.

---

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☒ No

☐ Yes. *Check one:*

| | **Amount entitled to priority** |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

    * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date     February 9, 2023

DocuSigned by:

*Todd DuChene*

43048BB7D89C4FE...

Signature

Print the name of the person who is completing and signing this claim:

| | | | |
|---|---|---|---|
| Name | Todd | M. | DuChene |
| | First name | Middle name | Last name |
| Title | President and Chief Legal Officer | | |
| Company | CORE SCIENTIFIC OPERATING COMPANY | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 210 Barton Springs Rd, Suite 300 | | |
| | Number          Street | | |
| | Austin | TX | 78704 |
| | City | State | ZIP Code |
| Contact phone | (408)-464-3421 | Email | tduchene@corescientific.com |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**ADDENDUM TO AMENDED PROOF OF CLAIM**
**FILED BY CORE SCIENTIFIC OPERATING CO.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC. The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

1.    Core Scientific Operating Company (formerly known as Core Scientific, Inc.) and on behalf of its affiliates, and each of their respective officers, directors, employees, managers, members, shareholders, partners, agents, representatives, successors and assigns (in their capacity as such) (collectively, "**Core**") hereby submits this addendum to its amended proof of claim (the "**Amended Proof of Claim**") on its own behalf against Celsius Mining, LLC (1387) (Case No. 22-10968-mg) and each of its affiliated debtors (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**").  By submitting this Amended Proof of Claim, Core does not waive or modify any claims that it may hold against any of the Debtors, regardless of whether such claims are included on any of the Debtors' Schedules of Assets and Liabilities or Statements of Financial Affairs (defined below), and any such claims by Core are expressly preserved and incorporated herein.

2.    On July 13, 2022 (the "**Petition Date**"), each of the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Court**").

3.    On November 16, 2022, the Court entered an order, Docket No. 1368, (the  "**Bar Date Order**") establishing certain dates by which parties holding prepetition claims against the Debtors must file proofs of claim, including requests for payment pursuant to section 503(b)(9) of the Bankruptcy Code.

4.    Pursuant to the Bar Date Order, the Court originally established January 3, 2023 at 5:00 p.m. (Eastern Time) as the deadline for non-governmental creditors to assert any claims against the Debtors that arose prior to the Petition Date.

5.     On December 21, 2022, Core and other Core entities (the "**Core Debtors**") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Core Bankruptcy**").

6.     On December 28, 2022, the Core Debtors filed an emergency motion to reject the Hosting Agreements (defined below) in the Core Bankruptcy, which was granted on January 4, 2023 (the "**Rejection Order**").

7.     On December 30, 2022, the Debtors filed a motion to extend the bar date. Docket No. 1803.  On January 3, 2023, Core timely filed an initial proof of claim, consistent with the then-current bar date (the "**Initial Proof of Claim**"), and reserved all rights in that regard.

8.     On January 10, 2023, the Court entered an order, Docket No. 1846, (the "**Extended Bar Date Order**") extending the dates by which parties holding prepetition claims against the Debtors must file proofs of claim to February 9, 2023 at 5:00 p.m. (Eastern Time).

9.     Core hereby submits its Amended Proof of Claim, which amends and supersedes its Initial Proof of Claim in all respects.

## BASIS FOR CLAIM

10.     Core is one of the largest blockchain infrastructure, hosting provider, and digital asset mining companies in North America, with fully operational data centers in Texas, Kentucky, North Carolina, North Dakota, and Georgia.  Core provides hosting solutions for third parties, including, formerly, the Debtors, and also hosts its own cryptocurrency mining machines.

11.     On December 18, 2020, the Debtors and Core entered into a Master Services Agreement (the "**2020 MSA**"), for Core to host the Debtors' cryptocurrency mining equipment at Core's data centers and provide certain related services to the Debtors.  Pursuant to the 2020 MSA, Core and the Debtors executed ten separate related work orders that are generally governed by the

3

MSA but also set forth certain terms specific to each purchase order (the **"Orders"**).[2]   On

December 3, 2021, the Debtors and Core entered into another Master Services Agreement pursuant

to which Core agreed to provide services to the Debtors in connection with hosting additional

cryptocurrency data mining machines for the Debtors (the "**2021 MSA**").   In connection with the

2021 MSA, Core and the Debtors executed Master Services Agreement Order #1-A, dated

December 3, 2021 ("**Order #1-A**," together with the 2020 MSA and Orders, and the 2021 MSA,

the "**Hosting Agreements**").   The Hosting Agreements, which are governed by Delaware law, set

forth the parties' rights and obligations for Core's provision of hosting services to the Debtors.

Core's Hosting Agreements with the Debtors, which have all been rejected in the Core Bankruptcy

pursuant to the Rejection Order, are listed below:

| Date | Agreement | Core Entity | Celsius Entity |
|---|---|---|---|
| 12/18/2020 | 2020 MSA | Core Scientific, Inc.[3] | Celsius Core LLC[4] |
| 12/18/2020 | Order #1 | Core Scientific, Inc. | Celsius Core LLC |
| 12/18/2020 | Order #2 | Core Scientific, Inc. | Celsius Core LLC |
| 12/18/2020 | Order #3 | Core Scientific, Inc. | Celsius Core LLC |
| 12/18/2020 | Order #6 | Core Scientific, Inc. | Celsius Core LLC |
| 12/18/2020 | Order #7 | Core Scientific, Inc. | Celsius Core LLC |
| 8/22/2021 | Order #9 | Core Scientific, Inc. | Celsius Core LLC |
| 9/27/2021 | Order #10 | Core Scientific, Inc. | Celsius Core LLC |
| 12/3/2021 | 2021 MSA | Core Scientific, Inc. | Celsius Mining LLC |
| 12/3/2021 | Order #1-A | Core Scientific, Inc. | Celsius Mining LLC |

---

[2] Although Core and the Debtors entered into ten Orders under the 2020 MSA, only eight were still in effect at the time of rejection in Core's Bankruptcy. Order No. 8 was terminated in May 2021 and Order No. 9 replaced Order No. 5.

[3] The entity that was known as Core Scientific, Inc. in 2020 and 2021 is now known as Core Scientific Operating Company.

[4] Debtor Celsius Mining LLC was formerly known as Celsius Core LLC.

12.     As discussed below, the Debtors had defaulted under the Hosting Agreements. Core reserves all rights to identify and raise additional claims and issues in connection with the Hosting Agreements or otherwise.

13.     Under the Hosting Agreements, the Debtors were obligated to pay a hosting fee rate per miner, subject to Core's right to pass through increases in electricity costs as an additional cost to host the Debtors' miners.  In addition, pursuant to the Order #10, the Debtors were required to prepay certain amounts in advance for hosting services in later months.  In return, Core hosted the Debtors' cryptocurrency mining equipment at Core's data centers and provided certain related services to the Debtors.

14.     The Debtors have refused to pay the increased electricity costs they owe Core, withholding millions of dollars in payment that were owed under the Hosting Agreements. Further, as of May 2022, the Debtors ceased making their contractual prepayments for hosting services, which were owed under Order #10.

15.     On October 5, 2022, the Debtors filed their *Schedule of Assets and Liabilities and Statements of Financial Affairs*. *See In re Celsius Networks LLC, et al,* Case No. 22-10968-mg, Docket No. 5.  In their Schedule of Assets and Liabilities and Statements of Financial Affairs, the Debtors scheduled a prepetition $1,100,563.45 unsecured claim for Core. The Debtors did not indicate that this claim was contingent, unliquidated, or disputed.  As the Debtors do not contest this amount, at a minimum, Core is entitled to the $1,100,563.45 claim. Core's records, however, show that the correct amount the Debtors owe Core for unpaid hosting-related charges for the prepetition period is $3,886,169.41.  The following chart details the minimum approximate amount of prepetition fees for hosting services owed to Core by the Debtors as of the date of the filing of this Amended Proof of Claim:

| Invoice Date | Description of Charge | Amount Due |
|---|---|---|
| 5/2/2022 | Contractual Prepayments for Order #10 | $1,244,002.50 |
| 6/6/2022 | Contractual Prepayments for Order #10 | $1,244,002.50 |
| 7/15/2022 and 8/16/2022 | Prepetition Power Pass Through Charges | $1,343,856.05 |
| 7/15/2022 and 8/16/2022 | Prepetition Hosting Charges | $54,308.36 |
| **Total** | | $3,886,169.41 |

16.     In addition to the above amounts due to Core, Core also spent tens of millions of dollars building out the infrastructure to host the Debtors' machines.  As a result of the Debtors' breaches of the Hosting Agreements, Core has suffered damages in an amount to be liquidated at a later date, but believed to be in excess of $30 million.  Core reserves all rights to further amend its damages amounts.  Core may also assert claims of equitable subordination of the Debtors' claims in the Core Bankruptcy based on Celsius's misconduct that caused harm to Core and its creditors.

17.     Before the Hosting Agreements were rejected, Core had continued to perform under these prepetition Hosting Agreements with the Debtors in the ordinary course of business.  The Debtors have not paid additional amounts for postpetition hosting prepayments and power pass through charges that have been due to Core.  Additionally, in the event that the Debtors do not comply with the Rejection Order and timely and expeditiously remove their units from Core's facilities, Core will suffer further damages.

18.     Core also has claims for the significant legal fees it has incurred as a result of defending itself against the Debtors' claims, which were incurred postpetition, and therefore are not included in this Amended Proof of Claim.  Obligations performed or services rendered by Core to the Debtors pursuant to the Hosting Agreements, and other costs incurred after the Petition Date constitute claims entitled to administrative priority pursuant to section 503 of the Bankruptcy

Code.  Core reserves its right to amend its Proof of Claim and/or file a further claim for administrative expenses pursuant to any administrative claim procedures.

## **Reservation of Rights**

11.     Core does not waive or release, and expressly reserves, all rights and remedies at law or in equity that it has or may have against any Debtor, person, or entity.  Core further reserves the right to collect any amounts owed by any of the Debtors from any third-party that may also be liable or to collect any such amounts from any escrow account available to Core.

12.     Core expressly reserves all of its rights to assert any additional claims, defenses, remedies, and causes of action, including without limitation, claims for breach of contract, conversion, constructive trust, fraud, misrepresentation, or similar claims.  Core further reserves all rights to amend, modify, supplement, reclassify, or otherwise revise its Proof of Claim at any time and in any respect, including, without limitation, as necessary or appropriate to amend, quantify or correct amounts, to provide additional detail regarding the claims set forth herein, to fix the amount of any contingent or unliquidated part of any claim, to assert additional grounds for any of the claims, to assert that any portion of the claims is entitled to administrative priority pursuant to sections 503 or 507 of the Bankruptcy Code, to seek reconsideration under section 502(j) of the Bankruptcy Code of any disallowance of any amounts claimed hereunder, or to reflect any and all additional claims of whatever kind or nature that Core has or may have against the Debtors, including, without limitation, any claims arising after the Petition Date.

13.     To the extent any payment made by any Debtor prior to or after the Petition Date, is clawed back from Core, for any reason whatsoever, or Core is required to disgorge any of the payments, or any portion thereof (or a third-party is required to disgorge any such payment

that results in a loss to Core), Core hereby reserves its rights to further amend this Proof of Claim accordingly.

14.     The execution and filing of the Amended Proof of Claim is not and shall not be deemed any of the following:  (i) a waiver of the right to withdraw the reference, or otherwise to challenge the jurisdiction of this Court, with respect to the subject matter of the claims asserted herein, any objection or other proceeding commenced with respect thereto, or any other proceeding commenced in these Chapter 11 Cases against or otherwise involving Core; (ii) an admission that any matter is a core matter or is a matter as to which this Court can enter a final judgment; (iii) the waiver of the right to have final orders entered in matters as to which the Court lacks the authority to enter final orders only after a *de novo* review by the district court; (iv) a consent to the entry by this Court of final judgment with respect to the claims asserted herein or any other matter; (v) a waiver or release of the claims or rights of Core against any other entity or person that may be liable for all or any part of the claims or any matters related to the claims; (vi) a waiver or election of any rights and remedies Core has or may have under the Hosting Agreements, or any other agreement(s) with any of the Debtors; (vii) a waiver of any right related to the confirmation of any plan of reorganization proposed in these Chapter 11 Cases; (viii) a waiver or agreement granting any party relief, including any lifting of the stay; and/or (ix) a waiver of any rights Core or any of the other Core Debtors may have in connection with the Core Bankruptcy or otherwise.

15.     Neither the Amended Proof of Claim nor any of its contents, or this Addendum, shall be deemed or construed as an acknowledgment or admission of any liability or obligation on the part of Core.  Core specifically reserves all of its defenses and rights, procedural and substantive, including, without limitation, its rights with respect to any claim that may be

asserted against Core by any of the Debtors or any other person, or entity, and its rights to enforce the Hosting Agreements, or any other prepetition agreement with any of the Debtors.

### **Right of Setoff and Recoupment**

16.     Core reserves all rights and defenses with respect to setoff and recoupment that it may have.  To the extent a Debtor asserts any claim against Core, Core shall have a secured claim to the extent of its right of setoff under section 553 of the Bankruptcy Code or right of recoupment against such claim with respect to the claims asserted herein and any amendments thereto.

### **Claims Arising on or After the Petition Date**

17.     The filing of the Amended Proof of Claim does not waive, alter, or otherwise affect any rights Core or any of the other Core Debtors may have with respect to any claims created or otherwise arising on or after the Petition Date.  Core and each of the other Core Debtors expressly reserves their rights to file, assert, and enforce any and all such claims or similar claims at the appropriate time.

*[Remainder of page intentionally left blank]*

## <u>NOTICE</u>

Copies of all notices and communications concerning the Amended Proof of Claim should be sent to:

Core Scientific Operating Company
210 Barton Springs Rd., Suite 300
Austin, TX 78704
Attn: Legal Department
Email:  tduchene@corescientific.com

**With copies to:**

Weil, Gotshal & Manges LLP
Ray C. Schrock, P.C.
David J. Lender
Ronit J. Berkovich
Theodore E. Tsekerides
767 Fifth Avenue
New York, NY 10153
Emails:  Ray.Schrock@weil.com
David.Lender@weil.com
Ronit.Berkovich@weil.com
Theodore.Tsekerides@weil.com

*Counsel to Core Scientific Operating Company*