UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of  Pennsylvania :

| | |
|---|---|
| Name | Jared S. Roach |
| Firm | Reed Smith LLP |
| Street | 225 Fifth Avenue, Suite 1200 |
| City & Zip Code | Pittsburgh, PA 15222 |
| Telephone | 412-288-3131 |
| Licensed: State & Number | PA Bar No. 307541 |

Seeks to appear as the attorney for this party:

Wingspire Equipment Finance LLC f/k/a Liberty Commercial Finance LLC, Prime Alliance Bank, Inc., and 36th Street Capital Partners, LLC

Dated: 4/27/2023   Signed: */s/ Jared S. Roach*

COURT USE ONLY: The applicant's state bar reports their status as: _____ .

Dated:   Signed: _____
Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____   _____
United States Bankruptcy Judge