**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **CORE SCIENTIFIC, INC., _et al._,[1]** | ) | **Case No. 22-90341 (DRJ)** |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |

**APPLICATION FOR AN ORDER AUTHORIZING THE
RETENTION AND EMPLOYMENT OF FTI CONSULTING, INC.
AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE
<u>OF EQUITY SECURITY HOLDERS EFFECTIVE AS OF APRIL 8, 2023</u>**

> **IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING. UNLESS OTHERWISE DIRECTED BY THE COURT, YOU MUST FILE YOUR RESPONSE ELECTRONICALLY AT HTTPS://ECF.TXSB.USCOURTS.GOV/ WITHIN TWENTY-ONE (21) DAYS FROM THE DATE THIS MOTION WAS FILED. IF YOU DO NOT HAVE ELECTRONIC FILING PRIVILEGES, YOU MUST FILE A WRITTEN OBJECTION THAT IS ACTUALLY RECEIVED BY THE CLERK WITHIN TWENTY-ONE (21) DAYS FROM THE DATE THIS MOTION WAS FILED. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

The Official Committee of Equity Security Holders (the "<u>Committee</u>") of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") hereby moves the Court for entry of an order under section 1103 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") approving this application (the "<u>Application</u>") and authorizing the employment and retention of FTI Consulting, Inc. ("<u>FTI</u>"), as financial advisors for the Committee effective as of April 8, 2023. In support of this Application, the Committee relies on the Declaration of Andrew

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6073); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

Scruton (the "<u>Scruton Declaration</u>"), filed contemporaneously herewith and attached hereto as **<u>Exhibit B</u>**, and respectfully states as follows:

<u>**Jurisdiction and Venue**</u>

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). FTI confirms its consent to the entry of a final order by the Court in connection with this Application to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2. Venue of the Debtors' chapter 11 cases and this Application are proper in this district pursuant to 28 U.S.C. § 1408 and 1409.

3. The predicates for the relief sought herein are Bankruptcy Code sections 328(a) and 1103(a), Rules 2014(a) and 2016(a) of the Bankruptcy Rules, and the Bankruptcy Local Rules (the "<u>Local Rules</u>").

<u>**Background**</u>

**A. General Background**

4. On December 21, 2022 (the "<u>Petition Date</u>"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in this Court. The Debtors continue to operate their businesses and manage their assets as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108. No request for appointment of a trustee or examiner has been made in these chapter 11 cases.

5.      On March 23, 2023, the United States Trustee for Region 7 (the "U.S. Trustee") filed the *Notice of Appointment of Official Committee of Equity Security Holders* [Docket No. 724].[2] On April 8, 2023, the Committee selected FTI as its financial advisor.

### B.  FTI's Qualifications

6.      FTI provides services in areas ranging from corporate finance and interim management to economic consulting, forensic and litigation consulting, strategic communications, and technology. FTI's clients include many of the world's largest public companies and majorities of the twenty-five largest banks and one-hundred largest law firms in the world. FTI's expertise includes liquidity and capital structure assessment, debt and equity restructuring advice, and identification of reorganization alternatives.

7.      The Committee is familiar with FTI's professional standing and reputation. FTI has considerable experience in providing financial advisory services in restructurings and reorganizations and enjoys an excellent reputation for the results it has obtained for debtors and creditors in chapter 11 cases throughout the United States. The Committee requires FTI's services to enable it to assess and monitor the efforts of the Debtors and their professional advisors to maximize the value of their estates and to reorganize successfully. Finally, FTI is well qualified and able to represent the Committee in a cost-effective, efficient, and timely manner.

### C.  Services to be Rendered

8.      FTI will provide such financial advisory services to the Committee and its legal advisor as they deem appropriate and feasible to advise the Committee in the course of these chapter 11 cases, including, but not limited to, the following:

---

[2]     The Committee members are Rudolph Family Trust c/o Lawrence Rudolph Trustee;  Douglas  S.  Wall;  Brent Berge; Foundry Digital LLC, c/o Ryan Boyle; RBH Holdings, LLC c/o Randall B. Hale; Aaron Baker; and Janice J. Kelly c/o Dee J. Kelly, Jr.

- assistance with performing valuation analyses;

- assistance with negotiations and the review and/or preparation of information and analyses related to determining the terms for the confirmation of a plan and related disclosure statement in these Chapter 11 proceedings; and

- assistance with the review of financial information prepared by the Debtors and other parties-in-interest, including, but not limited to, business plans, cash flow projections and budgets, cash receipts and disbursements, and assets and liabilities, in order to support the foregoing.

### D.  FTI's Eligibility for Employment

9.      FTI has informed the Committee that, to the best of FTI's knowledge, information, and belief, other than as set forth in the Scruton Declaration, FTI: (a) has no connection with the Debtors, their creditors, their equity security holders, or other parties in interest or their respective attorneys or accountants, the U.S. Trustee, any person employed in the office of the U.S. Trustee, or any United States district judge or bankruptcy judge in this district in any matter related to the Debtors or their estates; (b) does not hold any interest adverse to the Debtors' estates; and (c) believes that it is a "disinterested person" as that term is defined in Bankruptcy Code section 101(14). FTI has not provided, and will not provide, any professional services to the Debtors, any of the creditors, other parties-in-interest, or their respective attorneys and accountants with regard to any matter related to these chapter 11 cases.  FTI will conduct an ongoing review of its files to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new material facts or relationships are discovered or arise, FTI will inform the Court as required by Bankruptcy Rule 2014(a).

10.      FTI has agreed not to share with any person or firm the compensation to be paid for professional services rendered in connection with these cases.

### E.  Terms of Retention

11.     FTI is not owed any amounts with respect to pre-petition fees and expenses.

12.     The Committee understands that FTI intends to apply to the Court for allowances of compensation and reimbursement of expenses for its financial advisory services in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any orders of this Court.

13.     FTI seeks to be compensated on an hourly-fee basis, plus reimbursement of actual and necessary expenses incurred by FTI. Actual and necessary expenses would include any reasonable legal fees incurred by FTI related to FTI's retention or preparation of fee applications in these cases, subject to Court approval. FTI understands that interim and final fee awards are subject to approval by this Court.

14.     The customary hourly rates, subject to periodic adjustments, charged by FTI professionals anticipated to be assigned to this case are as follows:

| United States | Per Hour (USD) |
|---|---|
| Senior Managing Directors | $1,045 - $1,495 |
| Directors / Senior Directors / Managing Directors | $785 - $1,055 |
| Consultants/Senior Consultants | $435 -   $750 |
| Administrative / Paraprofessionals | $175 -   $325 |

15.     FTI will maintain records in support of any actual, necessary costs and expenses incurred in connection with the rendering of its services in these chapter 11 cases. In the event FTI seeks reimbursement for attorneys' fees during the term of the Debtors' chapter 11 cases, FTI will include the applicable invoices and supporting time records from such attorneys (in summary form and redacted for privilege and work product). Such attorneys do not need to have been retained under Bankruptcy Code section 327.

16.     FTI believes that the foregoing fee structure and terms are reasonable and comparable to those generally charged by financial advisors and consultants of similar stature to FTI for comparable engagements, both in and out of chapter 11.

**F. Indemnification**

17.     In addition to the foregoing, and as a material part of the consideration for the agreement of FTI to furnish services to the Committee pursuant to the terms of this Application, FTI believes that the following indemnification terms are customary and reasonable for financial advisors in chapter 11 cases:

a.  subject to the provisions of subparagraphs (b) and (c) below and approval of the Court, the Debtors are authorized to indemnify, and shall indemnify, FTI for any claims arising from, related to, or in connection with FTI's engagement under this Application, but not for any claim arising from, related to, or in connection with FTI's performance of any other services other than those in connection with the engagement, unless such services and indemnification therefor are approved by this Court; and

b.  the Debtors shall have no obligation to indemnify FTI for any claim or expense that is either (i) judicially determined (the determination having become final) to have arisen primarily from FTI's gross negligence, willful misconduct, breach of fiduciary duty (if any), bad faith, or fraud, unless the Court determines that indemnification would be permissible pursuant to applicable law, or (ii) settled prior to a judicial determination as to FTI's gross negligence, willful misconduct, breach of fiduciary duty (if any), bad faith, or fraud, but determined by this Court, after notice and a hearing, to be a claim or expense for which FTI is not entitled to receive indemnity under the terms of this Application; and

c.  if, before the earlier of (i) the effective date of a chapter 11 plan in these chapter 11 cases and (ii) the entry of an order closing these chapter 11 cases, FTI believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification obligations under the Application, including, without limitation, the advancement of defense costs, FTI must file an application in this Court, and the Debtors may not pay any such amounts to FTI before the entry of an order by this Court approving the payment. This subparagraph (c) is intended only to specify the period of time under which the Court shall have jurisdiction over any request for fees and expenses by FTI for indemnification, and not as a provision limiting the duration of the Debtors' obligation to indemnify FTI.

The Committee believes that indemnification is customary and reasonable for financial advisors in chapter 11 proceedings. *See In re Joan & David Halpern, Inc.*, 248 B.R. 43 (Bankr. S.D.N.Y. 2000).

### Relief Requested

18.     By this Application, the Committee seeks entry of an order, substantially in the form attached hereto as **Exhibit A**, authorizing the Committee to employ and retain FTI as its financial advisor pursuant to Bankruptcy Code section 1103.

### Basis for Relief Requested

19.     The Committee seeks approval of the Application pursuant to Bankruptcy Code section 1103. Bankruptcy Code section 1103(a) provides, in relevant part, that an equity security holders' committee, with the Court's approval, "may select and authorize the employment by such committee of one or more attorneys, accountants, or other agents, to represent or perform services for such committee." 11 U.S.C. § 1103(a). The employment of FTI and its professionals by the Committee is reasonable and in line with the terms and conditions typical for engagements of this size and character. Because the Committee will require substantial assistance with these chapter 11 cases, it is reasonable for the Committee to seek to employ and retain FTI to serve as its financial advisor on the terms and conditions in this Application.

20.     Bankruptcy Code section 328(a) provides, in relevant part, that the Committee "with the court's approval, may employ or authorize the employment of a professional person under section 327 or 1103 . . . on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis." 11 U.S.C. § 328(a).

21.     FTI's fee structure is fair and reasonable in light of the services being provided and

commensurate with the fee structures  generally offered by firms of similar stature to FTI for comparable engagements.  In addition,  given the numerous issues FTI may need to address during these chapter 11 cases, FTI's commitment to the variable level of time and effort  necessary to address all such related issues as they arise, and the market prices for FTI's services  for engagements of this nature in an out-of-court context, the Committee has determined that the FTI fee arrangement is fair and reasonable.

22.     Finally, to the best of the Committee's knowledge, information, and belief, FTI does not have any interest materially adverse to the Debtors' estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason. Further, the Committee understands that FTI believes it is disinterested because, to the best of FTI's knowledge, information, and belief, FTI has no connection with the Debtors, their creditors, equity security holders, or any other party-in-interest, except as disclosed in the Scruton Declaration.

## **No Duplication of Services**

23.     The services that FTI will provide to the Committee will be appropriately directed by the Committee and its counsel so as to avoid duplication of efforts among the other professionals retained in these chapter 11 cases and performed in accordance with applicable standards of the profession. FTI will work collaboratively with the Committee and other professionals employed by the Committee to avoid duplication of services. The Committee believes that the services to be provided by FTI will complement and will not be duplicative of any services of the Committee's other professionals.

**No Prior Request**

24.     No prior Application for the relief requested herein has been made to this or any other Court.

**Notice**

25.     Notice of this Application has been provided to all parties listed on the Debtors' Master Service List. The Committee submits that, in light of the nature of the relief requested, no other or further notice need be given.

WHEREFORE, the Committee respectfully requests that the Court enter an order, substantially in the form attached hereto, authorizing the Committee to employ and retain FTI as financial advisors for the Committee for the purposes set forth above, effective as of April 8, 2023, and grant such further relief as is just and proper.

Dated: April 28, 2023
Dallas Texas

/s/ _____
Douglas S. Wall
Authorized Signatory[3]
Official Committee of Equity Security Holders

---

[3]   Except as otherwise provided in this Application, I have made the statements herein on information and belief and in reliance on statements made to me by the Committee and its professionals.

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 28, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

 */s/ Paul E. Heath*
One of Counsel

**<u>EXHIBIT A</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **CORE SCIENTIFIC, INC., *et al.*,**[1] | ) | **Case No. 22-90341 (DRJ)** |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |
| | ) | |
| | ) | **Re: Dkt. No. ____** |

**ORDER AUTHORIZING RETENTION OF
FTI CONSULTING, INC. AS FINANCIAL ADVISOR FOR THE OFFICIAL
COMMITTEE OF EQUITY SECURITY HOLDERS EFFECTIVE AS OF APRIL 8, 2023**

Upon the application (the "Application") of the Official Committee of Equity Security

Holders (the "Committee") of the above-captioned debtors and debtors in possession (collectively,

the "Debtors"), for an order under Bankruptcy Code section 1103 authorizing the Committee to

retain FTI Consulting, Inc. ("FTI"), as financial advisors; and upon the Scruton Declaration[2] in

support of the Application; and due and adequate notice of the Application having been given; and

it appearing that no other notice need be given; and it appearing that FTI neither holds nor

represents any interest adverse to the Debtors' estates; and it appearing that FTI is "disinterested,"

as that term is defined in Bankruptcy Code section 101(14); and it appearing that the relief

requested in the Application is in the best interest of the Committee and the Debtors' estates, after

due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

1.      In accordance with Bankruptcy Code sections 328, 330, and 1103, Bankruptcy

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6073); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2]     Capitalized terms used in this order not otherwise defined have the meaning given to them in the Application.

Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1, the Committee is authorized to employ and retain FTI as its financial advisor effective as of April 8, 2023 on the terms set forth in the Application, except as limited or modified by this Order.

2.     FTI shall file interim and final fee applications for the allowance of compensation for services rendered and reimbursement of out-of-pocket expenses incurred in accordance with the procedures set forth in Bankruptcy Code sections 330 and 331, and applicable provisions of the Bankruptcy Rules, the Local Bankruptcy Rules, and any applicable procedures and orders of this Court.  For billing purposes, FTI shall keep its time in one tenth (1/10) hour increments.

3.     In the event that, during the pendency of these chapter 11 cases, FTI seeks compensation and reimbursement of actual and necessary expenses, including for any attorneys' fees and expenses, the invoice and supporting time records from such attorneys, appropriately redacted to preserve applicable privileges, shall be included in FTI's fee application and such invoices and time records shall be in compliance with the Bankruptcy Local Rules and subject to approval of the Court under the standards of Bankruptcy Code 330 and 331, without regard to whether such attorney has been retained under Bankruptcy Code section 1103; *provided, however*, that FTI shall not seek reimbursement from the Debtors' estates for any fees incurred in defending any of FTI's fee applications in these chapter 11 cases.

4.     The following indemnification provisions are approved:

   a.   subject to the provisions of subparagraphs (b) and (c) below, the Debtors are authorized to indemnify, and shall indemnify, FTI for any claims arising from, related to, or in connection with the services to be provided by FTI as specified in the Application, but not for any claim arising from, related to, or in connection with FTI's performance of any other services other than those in connection with the engagement, unless such services and indemnification therefor are approved by this Court; and

   b.   the Debtors shall have no obligation to indemnify FTI for any claim or expense that is either (i) judicially determined (the determination having become final) to have arisen primarily from FTI's gross negligence, willful

2

misconduct, breach of fiduciary duty (if any), bad faith, or fraud, unless the Court determines that indemnification would be permissible pursuant to applicable law, or (ii) settled prior to a judicial determination as to FTI's gross negligence, willful misconduct, breach of fiduciary duty (if any), bad faith, or fraud, but determined by this Court, after notice and a hearing, to be a claim or expense for which FTI is not entitled to receive indemnity under the terms of this Order; and

c.   if, before the earlier of (i) the effective date of a chapter 11 plan in these chapter 11 cases and (ii) the entry of an order closing these chapter 11 cases, FTI believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification obligations under this Order, including, without limitation, the advancement of defense costs, FTI must file an application in this Court, and the Debtors may not pay any such amounts to FTI before the entry of an order by this Court approving the payment. This subparagraph (c) is intended only to specify the period of time under which the Court shall have jurisdiction over any request for fees and expenses by FTI for indemnification, and not as a provision limiting the duration of the Debtors' obligation to indemnify FTI.

5.      FTI shall provide ten (10) business days' notice to the Debtors, the Official Committee of Unsecured Creditors in these chapter 11 cases, the U.S. Trustee, and the Committee before any increase in the hourly rates listed in the Application is implemented.  The U.S. Trustee retains all rights to object to any rate increases on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

6.      Notwithstanding anything in the Application to the contrary, FTI shall, (a) to the extent FTI uses the services of independent or third-party contractors, subcontractors, or employees of foreign affiliates or subsidiaries (collectively, the "Contractors") in these chapter 11 cases, FTI shall pass-through the fees and costs of such Contractors to the Debtors at the same rate that FTI pays the Contractors, (b) seek reimbursement for actual costs only, (c) ensure that the Contractors are subject to the same conflict checks as required for FTI, and (d) file with the Court such disclosures required by Bankruptcy Rule 2014.

7.      FTI shall use its reasonable efforts, and coordinate with the Committee and their

3

other retained professionals, to avoid any duplication of services provided by any of the Committee's other retained professionals.

8.     If there is any inconsistency between the terms of the Application, the Scruton Declaration, and this Order, this Order shall govern.

9.     This Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this Order.

Dated:  April ___, 2023

_____
THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

## **EXHIBIT B**

**Scruton Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **CORE SCIENTIFIC, INC.,** *et al.*,[1] | ) | **Case No. 23-90341 (DRJ)** |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |

**DECLARATION OF ANDREW SCRUTON IN SUPPORT OF THE**
**APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION**
**AND EMPLOYMENT OF FTI CONSULTING, INC. AS FINANCIAL**
<u>**ADVISOR TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS**</u>

Pursuant to 28 U.S.C. section 1746, Andrew Scruton, declares as follows:

1.      I am a Senior Managing Director with FTI Consulting, Inc. ("<u>FTI</u>"), an international consulting firm. I submit this declaration (the "<u>Declaration</u>") on behalf of FTI in support of the application (the "<u>Application</u>") of the Official Committee of Equity Security Holders (the "<u>Committee</u>") of the above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>"), for entry of an order authorizing the employment and retention of FTI as financial advisor to the Committee under the terms and conditions set forth in the Application.  I am generally familiar with the Bankruptcy Code and the Bankruptcy Rules. Except as otherwise noted, I have personal knowledge of the matters set forth herein, and, if called as a witness, I would testify thereto.[2]

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6073); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2]      Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at FTI and are based on information provided by them.

**<u>Disinterestedness and Eligibility</u>**

2.      In connection with the preparation of this Declaration, FTI conducted a review of its contacts with the Debtors, their affiliates, and certain entities holding large claims against, or equity interests in, the Debtors that were made reasonably known to FTI by the Debtors.  A listing of the parties reviewed is reflected on **<u>Exhibit A</u>** to this Declaration.  FTI's review, completed under my supervision, consisted of a query of the Exhibit A parties within an internal computer database[3] containing names of individuals and entities that are present or recent former clients.  A listing of such relationships that FTI identified during this process is set forth on **<u>Exhibit B</u>** to this Declaration.

3.      Based on the results of its review, FTI does not have a relationship with any of the parties on Exhibit A in matters related to these proceedings.  FTI has provided, and could reasonably expect to continue to provide, services unrelated to the Debtors' cases for the various entities shown on Exhibit B.  FTI's assistance to these parties has been related to providing various financial restructuring, litigation support, technology, strategic communications, and economic consulting services.  To the best of my knowledge and except as otherwise disclosed herein, no services have been provided to these parties in interest that involve their rights in the Debtors' cases, nor does FTI's involvement in these cases compromise its ability to continue such consulting services.

4.      In addition to the relationships disclosed on Exhibit B, FTI discloses the following:

- It is my understanding that Duke Energy and certain of its affiliates are utility providers and creditors in connection with the Debtors' chapter 11 cases. Nicholas C. Fanandakis, a member of the board of directors of FTI Consulting, Inc., is also a member of the board of directors of Duke Energy Corporation.

---

[3]    For the avoidance of doubt, FTI's computer database covers FTI Consulting, Inc. and its wholly owned subsidiaries globally.

To the best of my knowledge, Mr. Fanandakis does not have any professional involvement in this matter in any capacity.

- A subsidiary of FTI, FTI Consulting Technology, LLC ("<u>FTI Technology</u>"), has been hired as a vendor by Celsius Network LLC ("<u>Celsius</u>") to provide certain electronic data technology support services in a variety of open and closed matters (collectively, the "<u>Celsius Technology Engagement</u>"). One closed matter comprising the Celsius Technology Engagement related to the dispute between the Debtors and Celsius. As a vendor for Celsius, FTI Technology is performing administrative and ministerial services and is not providing (nor has provided) any advisory or investigative or other professional services to Celsius as part of the Celsius Technology Engagement.

- In addition to the Celsius Technology Engagement, Akin Gump Strauss Hauer & Feld LLP, as special litigation counsel for Celsius in its chapter 11 cases, retained FTI Technology to provide expert witness services in connection with an adversary proceeding in Celsius' chapter 11 cases unrelated to the Debtors or their chapter 11 cases.

5.   To maintain the confidentiality of the client information in connection with FTI's engagement on behalf of the Committee (the "<u>Committee Engagement</u>"), FTI has implemented the and will maintain the following procedures:

- no FTI employees working on the Celsius Technology Engagement ("<u>Technology Engagement Personnel</u>") have been, are, or will be, a part of the Committee Engagement;

- each member of the Committee Engagement (each, a "<u>Committee Professional</u>" and collectively, the "<u>Committee Professionals</u>") and each member of the Technology Engagement shall acknowledge in writing that he or she has received or may receive certain nonpublic information and that he or she is aware of the ethical wall in effect and will follow these ethical wall procedures;

- Committee Professionals will not directly or indirectly share any nonpublic information generated by, received from, or relating to the Committee Engagement with Technology Engagement Personnel, and Technology Engagement Personnel will not directly or indirectly share any nonpublic information generated by, received from or relating to the Celsius Technology Engagement, with Committee Professionals, except that a good-faith communication of publicly available information shall not be presumed to be a breach of the obligations of FTI, the Technology Engagement Personnel, or any Committee Professional;

- FTI has established electronic internal security walls to ensure that (a) only Committee Professionals have access to the information, databases, e-mails,

schedules, or any other information relating to the Committee Engagement and (b) only Technology Engagement Personnel have access to the information, databases, e-mails, schedules, or any other information relating to the Celsius Technology Engagement;

- Consistent with its ordinary course compliance practice, FTI will periodically monitor communications through electronic means among the Committee Professionals and the Technology Engagement Personnel to ensure compliance with these ethical wall procedures;

- FTI will disclose to counsel for the Debtors, counsel for the Committee, counsel for the Official Committee of Unsecured Creditors, and the United States Trustee any material breaches of these ethical wall procedures. If FTI ceases to act as advisor to the Committee, it will continue to follow the procedures set forth above until a plan has been confirmed in the Debtors' chapter 11 cases or these chapter 11 case have been converted or dismissed.

6.      As part of its diverse practice, FTI appears in numerous cases, proceedings, and transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who may represent claimants and parties-in-interest in the Debtors' chapter 11 cases.  Also, FTI has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in these proceedings.  In addition, FTI has in the past, may currently, and will likely in the future be working with or against other professionals involved in these chapter 11 cases in matters unrelated to the Debtors and these cases. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests adverse to the Debtors' estates and none are in connection with the Debtors' chapter 11 cases.

7.      FTI is not a "creditor" of any of the Debtors within the meaning of Bankruptcy Code section 101(10).  Further, neither I, nor any other member of the FTI Committee Engagement team, to the best of my knowledge, (a) is a creditor, equity security holder, or insider of the Debtors; (b) is or has been within two years before the Petition Date, a director, officer, or

employee of the Debtors; or (c) has any interest materially adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason. As such, to the best of my knowledge, and based upon the results of the relationship search described above and disclosed herein, FTI (i) is a "disinterested person" as defined in Bankruptcy Code section 101(14) and (ii) does not hold or represent any interest adverse to the Debtors' estates. Therefore, FTI believes it is eligible to be employed by the Committee under Bankruptcy Code section 1103(b).

8.     It is FTI's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner. If any new material relevant facts or relationships are discovered or arise, FTI will file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

## Professional Compensation

9.     Subject to Court approval and in accordance with the applicable provisions of the Bankruptcy Code, Bankruptcy Rules, the local rules of this District, and any applicable orders of this Court, FTI will seek payment for compensation on an hourly basis, plus reimbursement of actual and necessary expenses incurred by FTI, including legal fees related to the preparation of the Application (if any), as approved by the Court. FTI's customary hourly rates as charged in bankruptcy and non-bankruptcy matters of this type by the professionals assigned to this engagement are outlined in the Application. These hourly rates are adjusted periodically, typically on an annual basis. I believe that the fee structure as set forth in the Application is reasonable and comparable to those generally charged by financial advisors and consultants of similar stature to FTI for comparable engagements, both in and out of chapter 11.

10.     To the extent FTI utilizes independent or third-party contractors or subcontractors (the "Contractors") in the provision of services to the Committee, FTI will (i) pass through the fees of such Contractors at the same rate that FTI pays the Contractors and (ii) seek reimbursement for actual costs of the Contractors only.  In addition, FTI will ensure that each Contractor will file a separate declaration evidencing its disinterestedness in these chapter 11 cases as required by the Bankruptcy Code and Bankruptcy Rules.

11.     According to FTI's books and records, during the ninety days before the Petition Date, FTI did not receive any payments from the Debtors.

12.     To the best of my knowledge, (a) no commitments have been made or received by FTI with respect to compensation or payment in connection with these cases other than in accordance with the provisions of the Bankruptcy Code and (b) FTI has no agreement with any other entity to share with such entity any compensation received by FTI in connection with these chapter 11 cases.

## No Duplication of Services

13.     The Committee and FTI intend that FTI's services will be appropriately directed by the Committee so as to avoid duplication of efforts among the other professionals retained by the Committee in these chapter 11 cases and performed in accordance with applicable standards of the profession.  FTI will work collaboratively with the Committee's other professionals to avoid duplication of services among professionals. I believe that the services to be provided by FTI will complement and will not be duplicative of any services of the Committee's other professionals.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 28, 2023.          /s/ Andrew Scruton
                                      Andrew Scruton

<u>**EXHIBIT A**</u>

**Parties-in-Interest Reviewed for Current and Recent Former Relationships**

**Debtors**
Core Scientific Mining LLC
Core Scientific, Inc.
Core Scientific Acquired Mining LLC
Core Scientific Operating Company
Radar Relay, Inc.
Core Scientific Specialty Mining
(Oklahoma) LLC
American Property Acquisition, LLC
Starboard Capital LLC
RADAR LLC
American Property Acquisitions I, LLC
American Property Acquisitions VII, LLC

**Debtors' Trade Names and Aliases (up to 8 years) (a/k/a, f/k/a, d/b/a)**
155 Palmer Lane, LLC
Blockcap, Inc.
Core Scientific Holdings Co.
Core Scientific, Inc.
GPU One Holdings, LLC
Mineco Holdings, Inc.
Power & Digital Infrastructure Acquisition
Corp.
Radar Relay, LLC
XPDI

**Official Committee of Equity Security Holders**
Rudolph Family Trust
Douglas S. Wall
Brent Berge
Foundry Digital LLC
RBH Holdings, LLC
Aaron Baker
Janice J. Kelly

**Ad Hoc Group of Secured Convertible Noteholders**
Apollo Capital Management, L.P.
BlackRock Financial Management, Inc.
Corbin Capital Partners, L.P.

Gullane Capital, LLC
Ibex Investors LLC
ICG Advisors, LLC
Jordan Park Group LLC
Kensico Capital Management Corp.
Marsico AXS CS LLC
Massachusetts Mutual Life Insurance
Company
Sabby Volatility Warrant Master Fund, Ltd.
Toroso Investments, LLC

**Bank Accounts**
Bank of America
City National Bank
Bremer Bank

**Bankruptcy Judges and Staff for Southern District of Texas**
Judge David R. Jones
Judge Marvin Isgur
Judge Christopher M. Lopez
Judge Jeffrey P. Norman
Judge Eduardo V. Rodriguez
LinhThu Do
Tyler Laws
Albert Alonzo
Vriana Portillo
Rosario Saldana
Zilde Martinez
Mario Rios
Tracey Conrad
Jeannie Chavez
Ana Castro

**Bondholders/Noteholders/Indenture Trustees**
U.S. Bank National Association

**Clerk of the Court for Southern District of Texas**
Darlene Hansen
Nathan Ochsner

**Contract Counterparties (includes patents: and intellectual property)**
(See Significant Customers and Contract Counterparties)

**Current Officers and Directors**
Carol Haines
Darin Feinstein
Denise Sterling
Jarvis Hollingsworth
Jeff Pratt
Jeff Taylor
Katharine ("Katy") Hall
Kneeland Youngblood
Krista Rhynard
Kyle Buckett
Lynn Burgener
Matthew Brown ("Matt")
Matthew Minnis ("Matt")
Michael Bros
Michael Levitt ("Mike")
Neal P. Goldman
Russell Cann
Steve Gitlin
Todd DuChene
Weston Adams

**Affiliation of Current Officers and Directors**
Baylor Health Care System Foundation
California Institute of Technology (Caltech)
Diamond Offshore Drilling, Inc.
Kayne Anderson BDC, LLC
Kayne Anderson Capital Advisors, L.P.
Kayne Anderson Energy Infrastructure Fund Inc. (KYN)
Kayne Anderson NextGen Energy & Infrastructure Inc. (KMF)
Laredo Petroleum, Inc.
Mackay Shields, LLC
Mallinckrodt Pharmaceuticals
Memorial Hermann Hospital System
Och Ziff Capital Management, LP
Pledgeling Technologies
Prostate Cancer Foundation

Scientific Games Corporation
Southwestern Medical Foundation
Talos Energy, Inc.
Teacher Retirement System of Texas
The Council on Foreign Relations
The Music Acquisition Corp
TPG Pace Beneficial Finance Corporation I and II
Weatherford International

**Benefit Providers**
(Workers Compensation/ Pension Plans /Third Party Administrators)
Aetna
Aflac
Allstate Benefits
American Security and Protection Services LLC
Blue Cross Blue Shield CA
Blue Cross Blue Shield NC
BNY Mellon Bank
Chubb Personal Excess Liability Insurance
Citibank (Administered by PayFlex)
Delta Dental
Expensify Payments LLC
Farmers Group Select Home & Auto Insurance
Florida Blue
Globalization Partners Professional Services
Group Health Aetna
Guardian
Kaiser Permanente
MetLife
Optum Bank
Securitas Security Services USA, Inc.
TriNet - COBRA
TriNet HR III, LLC
Tufts
UnitedHealthcare ("UHC")
Vision Service Plan ("VSP")

**Debtors Professionals**
AlixPartners LLP
Deloitte Tax LLP
Deloitte Financial Advisory Services LLP
PJT Partners LP

Marcum LLP
Scheef & Stone, L.L.P.
Stretto, Inc.
Weil, Gotshal & Manges LLP

**Former Officers and Directors**
Aber Whitcomb
Alan Curtis
Brandon Curtis
Brett Harrison
Brian Neville
Bryce Johnson
Caleb Tebbe
Christel Sice
Christy Barwick
Clark Swanson
Colin Crowell
Dan Christen
Devon Eldridge
George Kollitides
Harlin Dean
Kevin Turner
Larry Rudolph
Matthew Bishop
Michael Truzpek
Peter Dorrius
Peter J. Novak
Peter Sladic
Sharon Orlopp
Stacie Olivares

**Insurance/Insurance Broker/Insurance Provider/Surety Bonds**
AmTrust
AON
Arch Specialty Ins. Co (via AmWins)
Ascot Syndicate No. 1414 (Ethos via AmWins)
Aspen Specialty Ins. Co (via AmWins)
AXIS Surplus Ins. Co (via Amwins)
Beazley (Lloyd's Syndicate 2623)
Beazley (Lloyd's Syndicate No. 2623 (Beazley UK)
Beazley Insurance Company
Berkley National Insurance Company
Berkley Prof Liability

Berkshire Hathaway Specialty Ins. Company
CAC Specialty
Columbia Casualty Company (CNA)
Endurance American Specialty Insurance Company (Sompo)
Federal Insurance Company (Chubb)
General Casualty Co of WI (QBE)
Harco National Insurance Company (360)
Hiscox Insurance Company
Kinsale Insurance Company (via Amwins)
Landmark American Insurance Company (RSUI via Amwins)
Lexington Insurance Company (AIG) via RT Specialty
Lexington Insurance Company (via Amwins)
Lloyd's Syndicate No. 2623 (Beazley UK)
National Union Fire Ins. Co of Pittsburgh (AIG)
Navigators Insurance Co (Hartford)
Obsidian Specialty Insurance Company (Orion via RT Specialty)
Pennsylvania Insurance Company (Applied via RT Specialty)
Policies Held by PEOs TriNet and Globalization Partners
QBE Insurance Corporation
Starr Indemnity & Liability Co
Swiss Re Corporate Solutions Capacity Ins. Corp (via Amwins)
The Princeton Excess & Surplus Lines Ins. Co (Munich Re via Amwins)
U.S. Customs and Border Protection
Vantage Risk Specialty Insurance Company (RT Specialty)
Wright National Flood Ins. Co (NFIP)
XL Specialty Ins. Co.

**Landlords and Parties to Leases**
Cheryl Ogle & the Crystal Ogle Management Trust
City of Denton
Dalton-Whitfield Joint Development Authority
Elmington Property Management LLC

Elmington Property Mgmt. LLC - Monarch Apartments
Hannig Row Partnership
Hudson GRC LLC
Hurd Real Estate Associates
Jobe Ranch Family Limited Partnership, Lessor (11/15/2021)
Jobe Ranch Family Limited Partnership
Liberty Point Apartments
Minnkota Power Cooperative Inc.
Minnkota Power Cooperative, Lessor (Commercial Lease, Ground Lease)
Mobley Holdings LLC - Liberty Point Apartments
Monarch Apartment Homes
Ncredible Properties
Nodak Electric Cooperative
Nodak Electric Cooperative Inc.
Peerless Events & Tents LLC
SRPF A QR Riversouth LLC
The District
The Preserve at Spring Creek
Tien Yun Investments, LLC (dba TY Properties)
Worksmith, Inc.

**Lenders**
1994 Steinfeld Family Trust
36th Street Capital
ACM ELF ST, LLC (Atalaya)
Amplify Transformational Data Sharing ETF
Anchorage Lending CA, LLC
Andrew Rosen 2004 Successor Insurance Trust
Apollo Centre Street Partnership, L.P.
Apollo Lincoln Fixed Income Fund, L.P.
Apollo Moultrie Credit Fund, L.P.
Apollo Tactical Value SPN Investments, L.P.
Arctos Credit, LLC
B. Riley Bridge Loan
B. Riley Commercial Capital, LLC
Bank of the West
Barings BDC, Inc.
Barings Capital Investment Corporation

Barings Private Credit Corp.
Barkley Investments, LLC
Better Downtown Miami LLC
Birch Grove Strategies Master Fund LP
BlackRock Credit Alpha Master Fund L.P.
BlockFi, Inc.
BlockFi A
BlockFi B
BlockFi Lending LLC
Bremer Bank, National Association
BRF Finance Co., LLC
Brown Corporation
Cannon Investments LLC
Celsius Core LLC
Corbin Opportunity Fund, L.P.
Cryptonic Black, LLC
David Sarner
De Lage Landen Financial Services, Inc.
Dell Financial Services L.L.C.
Douglas Lipton
Ferro Investments Ltd.
FGK Investments Ltd.
Fidelity Capital Corp.
First Sun Investments, LLC
Frank Pollaro
FTF Diversified Holdings, LP
Galaxy Digital LP
Garic Limited
Genesis Global Capital, LLC
Genesis Global Capital, LLC #1
Greensledge Merchant Holdings, LLC
Gullane Capital Partners, LLC
Gullane Digital Asset Partners OP, LLC
Gullane Digital Asset Partners, LLC
HC NCBR Fund
Holliwood, LLC
Ibex Partners (Core) LP
ICG CoreSci Holdings, LP
Indigo Direct Lending, LLC
Jack Novak
James Pulaski
Jason Capello
John Badger Quinn
John P. Joliet
JPAS - Credit LLC ("JPAS" is Jordan Park Access Solutions)

JPAS - Crypto Infrastructure-A S.P.
JSK Partnership LLC
Kensico Associates, L.P.
Kensico Offshore Fund Master, Ltd
KMR CS Holdings, LLC
Leon J. Simkins Non-Exempt Trust FBO
Michael Simkins
Levbern Management LLC
Liberty Commercial Finance, LLC
Liberty Commercial Finance, LLC (n/k/a/
Wingspire Equipment Finance LLC
Liberty Stonebriar
Marsico AXS CS LLC
MassMutual Asset Finance
Mass Mutual Barings
Massachusetts Mutual Life Insurance
Company
Milos Core LLC
Monbanc Inc.
Neso Investment Group Ltd
North Mill Equipment Finance
North Star Leasing
Northdata Holdings Inc.
NYDIG
OIP SPV Core Scientific, LLC
Omega Interceptor Restricted Ltd
Pescadero Capital, LLC
Prime Alliance Bank
Richard Katz 2016 GST Trust
Robert Fedrock
Sabby Volatility Warrant Master Fund, Ltd.
SRPF A QR Riversouth LLC
Stonebriar Commercial Finance LLC
Stonebriar Finance Holdings LLC
SunnySide Consulting and Holdings, Inc.
TBC 222 LLC
Tech Finance Corporation
The Kimmel Family Foundation
The Michael O. Johnson Revocable Trust
The Obsidian Master Fund
The Sear Family 1996 Trust
The William R. Guthy Separate Property
Trust
TJC3 LLC
Toyota Commercial Finance
Transatlantic Mobility Holdings II LLC

Trinity Capital Inc.
U.S. Bank National Association
VFS LLC
Vineet Agrawal
Wilmington Savings Fund Society, FSB
Wingspire Equipment Finance LLC
Wolfswood Holdings LLC
Wormser Family Partnership II, LP
Wormser Family Partnership 11, LP
XMS Core Convert Holdings LLC

**List of the Top 30 Unsecured Creditors**
AAF International
Amazon Web Services Inc.
Bergstrom Electric
BRF Finance Co., LLC
CDW Direct
CES Corporation
Cherokee County Tax Collector
Cooley LLP
Dalton Utilities
DK Construction Company
Duke Energy
FlowTx
Gensler
Harper Construction Company, Inc.
Herc Rentals
Kentucky Department of Revenue
LiveView Technologies Inc.
Marshall County Sheriff
McDermott Will and Emery LLP
Moss Adams LLP
OP
Priority Power Management, LLC
Reed Wells Benson and Company
Securitas Security Services USA Inc.
Shell Energy Solutions
Sidley Austin LLP
Tenaska Power Services Co
Tenet Solutions
Trilogy LLC
U.S. Customs and Border Patrol

**List of the Creditors Holding the Top 100
Largest Unsecured Claims (Excluding
Insiders)**

A to Z pest Control and Services
AAF International
AccuForce HR Solutions LLC
Acme Tools
Altru Health System
Amazon Business
Amazon Web Services Inc.
American Paper and Twine Co
American Security and Protection Service LLC
AT&T
Averitt Express Inc.
Bearden Industrial Supply
Bergstrom Electric
BlockFi Lending LLC
C & W Facility Services, Inc.
C.H. Robinson Company, Inc.
Callahan Mechanical Contractors Inc.
Carolina Recycling & Consulting LLC
CES Corporation
Charter Communications, Inc. (dba Spectrum)
Cherokee County Tax Collector
City of Calvert City
Collier Electrical Service Inc.
ComputerShare Inc.
Condair Inc
Dakota Carrier Network
Data Sales Co Inc.
Delaware Secretary of State
DJNR Interactive LLC
DK Construction Company
Draffen Mart Inc.
EPB of Chattanooga
Equinix Inc.
Equipment Depot of Kentucky Inc.
Frontier Communications America Inc.
Gensler
Globalization Partners LLC
GreatAmerica Financial Services
Grubhub Holdings Inc.
Hannan Supply Company Inc.
Herc Rentals
IEWC Global Solutions
Interstate Welding and Steel Supply
J W Didado Electric LLC

Jackson Purchase Energy Corporation
Jacob John Novak
Kelly Services Inc.
Lattice
Lib Fin LLC
Lisa Ragan Customs Brokerage
Manpower
Marble Community Water System
Marnoy Interests Ltd.
Marshall County Sheriff
MassMutual Asset Finance LLC
Moss Adams LLP
Mountain Top Ice
Onyx Contractors Operations, LP
Optilink
Proctor Management
Reed Wells Benson and Company
Regional Disposal and Metal LLC
Resound Networks LLC
Ricks Rental Equipment
Robert Half Talent Solutions
Securitas Security Services USA Inc.
Slalom LLC
Snelling
Stonebriar Finance Holdings LLC
Supreme Fiber LLC
Technology Finance Corporation
Temps Plus of Paducah Inc.
Tenaska Colocation Services LLC
Tennessee Valley Authority
Truckload Connections, LLC
US Customs and Border Patrol
Waste Path Services LLC
Water Works C&R, LLC
XC Container LLC
ZetaMinusOne LLC

**List of 5 Largest Secured Claims**
(See Secured Creditors)

**Litigation Counterparties/Litigation Pending Lawsuits (includes threatened litigation):**
Benjamin Thomison & Alpha Asic
Harlin Dean
Jonathan Barrett, et al.

LV net, Mizrahi et al.
McCarthy Buildings Companies, Inc.
Mei Pang
Sphere 3d
Stayfirst Branding Agency

**Non-Debtor Affiliates and Subsidiaries**
Core Scientific Partners GP, LLC (SMLLC)
Core Scientific Partners, LP
CSP Advisors, LLC (SMLLC)
CSP Liquid Opportunities Fund, LP
CSP Liquid Opportunities GP, LP
CSP Liquid Opportunities Master Fund, LP
CSP Liquid Opportunities Offshore Fund
(Exempted Ltd)
Team LLC
XPDI Sponsor LLC

**Non-Debtors Professionals**
Arnold & Porter Kaye Scholer LLP
(Counsel for Prepetition Secured Lenders)
Choate, Hall & Stewart LLP
(Counsel for B. Riley Commercial Capital,
LLC)
Duane Morris LLP
Ducera Partners
(Investment Banker for the Official
Committee of Unsecured Creditors)
Gray Reed (Conflicts and Efficiency
Counsel for the Official Committee of
Unsecured Creditors)
Moelis & Company LLC (Investment
Banker & Financial Advisor to the Ad Hoc
Group of Secured Convertible Noteholders)
Paul Hastings LLP
(Counsel for Ad Hoc Group of Secured
Convertible Noteholders)
Skadden, Arps, Slate, Meagher & Flom LLP
(Counsel for Ad Hoc Group of Equity
Security Holders)
Sidley Austin LLP
(Counsel of NYDIG ABL LLC)
Troutman Pepper Hamilton Sanders LLP
(Counsel for Dalton Utilities)
Willkie Farr & Gallagher LLP

(Counsel for the Official Committee of
Unsecured Creditors)

**Official Committee of Unsecured
Creditor Members and Professionals**
Willkie Farr & Gallagher LLP
Gray Reed
Ducera Partners LLC (Investment Banker)
Dalton Utilities
MP2 Energy LLC d/b/a Shell Energy
Solutions
Sphere 3D Corp.
Tenaska Power Services Co.

**Other Parties in Interest**
(See Notice of Appearance Parties, and any
other person or group appointed)

**Notice of Appearance Parties/Interested
Parties**
36th Street Capital Partners, LLC
ABLe Communications, Inc.
AmTrust North America, Inc. on behalf of
Associated Industries Insurance Company,
Inc.
B. Riley Commercial Capital, LLC
Barings BDC, Inc. (as prepetition secured
lenders)
Barings Capital Investment Corporation (as
prepetition secured lenders)
Barings Private Credit Corp. (as prepetition
secured lenders)
BEAM Concrete Construction, Inc.
BlockFi, Inc.
CEC Energy Services LLC
Charles Basil
Choate, Hall & Stewart LLP (Counsel for B.
Riley Commercial Capital, LLC)
City of Denton
Dallas County
Dalton Utilities
Foundry Digital LLC
Gaylor Electric, Inc. d/b/a Gaylor, Inc.
GEM Mining 1, LLC
GEM Mining 2, LLC
GEM Mining 2B, LLC

GEM Mining 3, LLC
GEM Mining 4, LLC
General Casualty Company of Wisconsin
Gray Reed (Conflicts and Efficiency
Counsel to Official Committee of Unsecured
Creditors)
Harper Construction Company, Inc.
Haynes and Boone, LLP (Counsel for
BlockFi, Inc. and its affiliated entities)
Huband-Mantor Construction, Inc.
Humphrey & Associates, Inc.
Indigo Direct Lending, LLC
Latham & Watkins LLP (Counsel for Trinity
Capital)
Maddox Industrial Transformer, LLC
Marnoy Interests, Ltd. d/b/a Office Pavilion,
or Office Pavilion
MassMutual Asset Finance LLC
McCarthy Building Companies, Inc.
Meridian Equipment Finance, LLC
Mitch Edwards
MP2 Energy Texas, LLC d/b/a Shell Energy
Solutions
NYDIG ABL LLC (f/k/a Arctos Credit,
LLC) ("NYDIG")
North Mill Equipment Finance LLC
Oracle America, Inc.
Paul Hastings LLP (Counsel for the Ad Hoc
Group of Secured Convertible Noteholders)
Prime Alliance Bank, Inc.
Priority Power Management, LLC
Scheef & Stone, L.L.P. (Counsel for the
Board of Directors of Core Scientific, Inc.)
Shipman & Goodwin LLP (Counsel for U.S.
Bank National Association, as Prepetition
Note Agent and Collateral Agent)
Sidley Austin LLP (Counsel for NYDIG
ABL LLC (f/k/a Arctos Credit, LLC)
Skadden, Arps, Slate, Meagher & Flom LLP
(Counsel for the Ad Hoc Equity Group)
Sphere 3D Corp.
SRPF A QR Riversouth LLC
Tenaska Power Services Co.
The Texas Comptroller of Public Accounts,
Revenue Accounting Division
Toyota Industries Commercial Finance Inc.

Travis County (TX)
Trinity Capital Inc.
U.S. Bank National Association (as
Prepetition Note Agent and Collateral
Agent)
Willkie Farr & Gallagher LLP
(Counsel for the Official Committee of
Unsecured Creditors)
Wingspire Equipment Finance, LLC

**Ordinary Course Professionals**
Akin Gump Strauss Hauer & Feld LLP
Alston & Bird LLP
Andersen Tax LLC
Bitmain Technology Inc.
Blue Ridge Law & Policy, P.C.
Campbells Regulatory Services Limited
Carey Olson Services Cayman Limited
Cooley LLP
CrossCountry Consulting LLC
CSS Partners, LLC
Cypress Advocacy, LLC dba Mindset
Deloitte & Touche LLP
Deloitte Transactions and Business
Analytics LLP
Ernst & Young LLP
Ernst & Young Product Sales LLC
Ernst and Young US LLP
Evercore Group LLC
Faegre Drinker Biddle and Reath LLP
Fishman Stewart PLLC
Frost, Brown Todd LLC
Gartner Inc.
Gasthalter and Co LP
Greenberg Traurig, LLP
Holland and Hart LLP
Horne, LLP
Ironclad, Inc.
Jackson Walker LLP
Kirkland and Ellis LLP
KPMG LLP
McDermott Will & Emery LLP
Mintz Group LLC
Morgan, Lewis & Bockius LLP
Moss Adams LLP
Murphy & Grantland, P.A.

NASDAQ Corporate Solutions, LLC
NAVEX Global, Inc.
Netgain Solutions, Inc.
Oracle America, Inc.
PricewaterhouseCoopers LLP
Prickett Jones and Elliott PA
Quinn Emanuel Urquhart & Sullivan, LLP
Registered Agent Solutions, Inc.
Resources Global Professionals
Richards Layton and Finger PA
Riverbend Consulting LLC
Rowlett Hill Collins LLP
Ryan & Associates
Ryan LLC
Sidley Austin LLP
Sitrick and Company
Snell & Wilmer
Sternhell Group
Williams & Connolly LLP
Workday, Inc.
Workiva Inc.
Zuckerman Gore Brandeis & Crossman,
LLP

**Ad Hoc Group of Equity Security
Holders and Professionals**
Skadden, Arps, Slate, Meagher & Flom LLP
Allane Ray O'Neil
Alpha Bravo Holding Company Inc.
Bitrockett LLC
Brent Berge
Brett Talla
David Askew
David M. Talla
Douglas Abrams
Douglas Wall
Eddie Griffin
George Wilson
Grady Roberts
Jacob Novak
Jared Talla
Jay Deutsch
Joe Judson
John T. Rifenbark
Justin B. Kalb Trust
Kevin Turner

Lukasz Gottwald
Mark Beaven
Mark Spino
Matt Stringfellow
Randall Hale
Stefan Amling
The Rudolph Family Trust
Todd Deutsch
Two Seas Capital LP
Two Trees Capital BVI Ltd.
W5 Family Trust
Wesley Hoaglund
Weston Adams
WS-Oaxaca LLC

**Other Secured Parties (Letters of Credit/
Issuers of Letters of Credit)**
N/A

**Partnerships (if debtors is a partnership,
its general and limited partners)**
N/A

**Regulatory and Government**
(See Taxing Authorities)
Environmental Protection Agency
Internal Revenue Service ("IRS")
Occupational Safety and Health
Administration
Securities and Exchange Commission
("SEC")
U.S. Customs and Border Protection

**Secured Creditors**
ABLe Communications, Inc.
ComNet Communications, LLC
Consolidated Electrical Distributors, Inc.
dba Sun Valley Electric Supply
Coonrod Electric Co, LLC
Elliot Electric Supply, Inc.
Harper Construction Company, Inc.
Housley Communications, Inc.
Huband Mantor Construction Inc.
Humprey & Associates, Inc.
LML Services dba FlowTx

McElroy Metal Mill, Inc. dba McElroy
Metal
MK-Marlow Company, LLC
Morsco Supply LLC dba Morrison Supply
Company
Network Cabling Services, Inc.
Priority Power Management, LLC
Summit Electric Supply Co.
Sure Steel - Texas, LP
T&D Moravits & Co., LLC
Texas AirSystems, LLC
Wessely-Thompson Hardware, Inc.

**Significant Competitors**
Argo Blockchain PLC
Bitfarms Technologies Ltd.
(fka Blockchain Mining Ltd.)
Cipher Mining Inc.
CleanSpark, Inc.
Greenidge Generation Holdings Inc.
Hive Blockchain Technologies Inc.
Hut 8 Mining Corp.
Iris Energy Ltd.
Marathon Digital Holdings, Inc.
Mawson Infrastructure Group Inc.
Riot Blockchain, Inc.

**Significant Customers and Contract
Counterparties:**
1277963 B.C. Ltd dba Bitfield
ADQ Financial Services LLC
Agricultural Scientific LLC
Aidant.ai
AJT Trading, LLC
Alloy Ventures Management LLC
Argo Innovation Labs Inc.
AsicXchange Team Inc.
Atlas Technology Group LLC
Bay Colony Law Center, LLC
Bay Online Media
Benjamin Rees
BEP 888, LLC
BEP 999, LLC
Bit Digital USA, Inc.
Bitmain Development Inc.
Bitmain Technologies Georgia Limited

Bitmaintech PTE LTD
Bizmatica Polska JSC
Block One Technology
Blockcap Inc.
Blockchain United Mining Services
Blockfusion Technologies
Blue Hills Co, LLC
Blue Torch Capital LP
Brent Jason Deboer
Burdy Technology Limited
BW Holdings, LLC
CAC Global LLC
CCP Credit Acquisition Holdings, L.L.C.
Celsius Mining LLC
Charles Aram
Chris Chiovitti Holdings Inc.
Clearly Leasing, LLC
Colin Jacobs
Colin Smith
Compass Mining, Inc.
Crypto Garden, Inc.
Cumulus Coin LLC
DCG Foundry LLC
Digifarm Technologies Limited
Dreams and Digital, LLC
DUS Management Inc.
Etcembly Ltd
EverData, LLC
EZ BlockChain LLC
Flourishing Field Limited
Gateway Korea Inc.
GEM Mining
Gilley Enterprises
Global Star Holding Co.
Goodrose 5009, Inc.
Gopher, LLC
GPU.ONE
Greg Pipho
Gryphon Digital Mining, Inc.
Henry Ho
Hewlett Packard Enterprise Company
Hockomock Mining Company
Horizon Kinetics
Icons8
Isoplex Inc.
Israel Garcia

Jacob McDaniel
JAM Mining Corp.
Kaboomracks, Inc.
Kalon Investments, LLC
Kristy-Leigh Minehan
Lake Parime USA Inc.
Leon Hadgis
LivePerson, Inc.
Lonestar Ole Git LLC
Luxor Technology Corp
Mark Bordcosh
Mineority Group
Mineority Group LLC
Mississippi Home Development
N9+, LLC
New Green Network LLC
NextEra Energy Capital Holdings
NFN8 Media, LLC
Nissan North America, Inc.
Nomura Corporate Funding Americas, LLC
North Georgia Data LLC
NVIDIA Corporation
Pete Abdo
Polyphase Capital, LLC
Poolin Technology Pte. Ltd.
Pure Storage, Inc.
Quandefi Opportunities LLC
Quantum Digital Network Assets, LLC
Richard Norman
Rio Verde Holdings Ltd
River Financial Inc.
RJW Digital Solutions
RME Black 100, LLC
RME Black 200, LLC
RME Black 88, LLC
Rodrigo Perusquia
RPM Balance, Inc.
Rudy Worrell
Savage.io
Seagen Inc.
Sensika Technologies OOD
Serge Marin
Socrates Roxas
Spring Mud LLC
Summit Crypto Mining Limited
Supplybit, LLC

Tansley Equipment Limited
Techshop Computers Ltd.
Teslawatt
The Allen Institute for Artificial Intelligence
Timeless Digital Corp.
T-Mobile USA, Inc.
Tomek Group, LLC
Tony Grijalva
TYMIF Coin Ventures, LLC
Union Jack, LLC
UnitX
US Digital Mining and Hosting Co., LLC
Vaerus Mining SPV2 LLC
VCV Power Mining Alpha LLC
William McCarter
* Certain Other Contract Counterparties of a
Confidential Nature

**Significant Shareholders (more than 5%
of equity)**
Darin Feinstein
Michael J. Levitt
MPM Life LLC

**Significant Vendors/Suppliers**
1872 Consulting LLC
2012Exxact Corporation
5Fastenation Inc.
5STAR5 INC
Abu Dhabi Ports Company PJSC – KIZAD
Accent Awnings Inc.
Adaptive Insights LLC
Advanced Business Equipment
Agility Logistics Corp
Agora NW LLC
AIM Summit FZE
Aircraft Services Group Inc.
Airflow Sciences Corporation
Alation, Inc.
Albacross Nordic AB
Alfa Internationals Logistics Inc.
Aliexpress
Alliance Funding Group
Allied Steel Buildings Inc.
Allstream
Alpha Miner LLC

Alpha Vertical Inc.
Alston and Bird LLP
Alteryx Inc.
American Registry for Internet Numbers Ltd
Americord
Ameri-Dedicated Inc.
Andrew Ferraro
Angel Bejarano Borrega
Aon Consulting Inc.
AON Risk Insurance Services West Inc.
Applied Scale Technology
ARIBA INC
Armstrong Moving Solutions San Antonio LLC
Arrow Exterminators
Arrowfish Consulting
Atlantic Trailer Leasing & Sales, LLC
Atlas Mining
Atrio Inc.
AvTech Capital LLC
Bandy Transport Company
Barnhart Crane and Rigging Co
Beacon Building Products
Bearcom
Belyea Company Inc.
Benton Electric Supply Inc.
Bernard Klopfer
Better IT Solutions LLC
Big Ass Fans
Bigbee Steel Buildings Inc.
Bigeye, Inc.
Bitmain Development Inc.
Bitmain Technologies Limited
Bitwave
Black Box Network Services Inc.
Blackline Safety Corp
Blackpearl Management and Human Resource Consulting LLC
Blakes Cassels and Graydon LLP
Blockchain Association
Blue Cross Blue Shield of Texas
Bring Light and Sound LLC
Broadridge ICS
BTC Media
Building Image Group, Inc.
Built In Inc.

Bureau Van Dijk Electronic Publishing Inc.
Business Wire Inc.
BWS Acoustics
Calloway County Board of Education
Calvert Cafe LLC
Calvert City Municipal Water and Sewer
Canaan Convey Co Ltd
Capital City Public Affairs LLC
Capxon Electronics Shenzhen Co Ltd
Carolina Utility Customers Association
Carpet Capital Fire Protection Inc.
Carpet Capital Multi-System Inc.
CCR Corp
CDW Direct
CDW Middle East FZ LLC
CenturyLink
Cesar Gomez Martin
CFS Containers
Chamber of Digital Commerce
Chapeau!
Cherokee County Health Department
Cherokee Well Drilling
Chroma System Solutions, Inc.
Chubb
Ciemat
CIOReview
Circular Technologies Inc.
Cision US Inc.
Citadel Securities Corp Solutions
City Electric Supply
City of Bellevue - Tax Division
Cleerline Technology Group LLC
Cloudflare Inc.
CNA Insurance
Cohen and Company LTD
Coin Center Inc.
Coinbase Inc.
Coindesk Inc.
Colo Properties Atlanta LLC
Color Scapes Landscaping, Inc.
Commercial Acoustics
Common Desk Austin LLC
Compensation Advisory Partners, LLC
Comware
ConGlobal Industries LLC
Consero Global Solutions LLC

Consilio LLC
Constellation New Energy, Inc.
Container Monster LLC
Convergint Technologies LLC
CoreWeave Inc.
Covert Chrysler Dodge Jeep Ram
Crescendo Collective LLC
Crestline Solutions LLC
Critical Components Inc.
Crystal Caverns Spring Water LLC
Cunningham Golf and Utility Vehicles
Cusip Global Services
D16 LLC
Dakota Fire Protection Inc.
Dalton Fence Company
Dalton Service Inc.
Databricks, Inc.
Datasite LLC
David Herrington
Davis Wright Tremaine LLP
Denton Chamber of Commerce Inc.
Dentons Canada LLP
DHL Express (USA) Inc.
DigiCert Inc.
Digi-key
Digital Asset Services Ltd
Digital London Ltd
Digital Mountain Inc.
Dillon Eldridge
Distributed Ledger Inc.
Dockery Auto Parts
Dockzilla Co
Docusign Inc.
Dongguan Fa Site Electronic Technology
Co Ltd
Donnelley Financial Solutions
DSV Air and Sea Inc.
Eagle Promotions
Eaton Corporation
eCapital Advisors LLC
Elasticsearch Inc.
Electra Link Inc.
Electric Power Engineers Inc.
Electrical Com
Elite Electric Company LLC
Employer Solutions Resources LLC

Engineered Fluids, Inc.
EPIC ASIC Asia Limited
Equisolve Inc
ERI Economic Research Institute Inc.
Ernest Industries Inc.
Esteban LaSalle
EvoTek
Farm & Ranch Construction, LLC
Farming with Stephanie LLC
Fastenal Company
Federico Bohn
FedEx
Felker Construction Company Inc.
Fernando Manuel Sierra Pajuelo
Fidelity Investments Institutional Operations
Company LLC
Financial Accounting Standards
Board/Governmental Accounting Standards
Board
FINRA
Fireblocks Inc.
First Insurance Funding
First National Capital LLC
First-Line Fire Extinguisher Company
Flexential Colorado Corp
FlowTx
ForensisGroup Inc.
Forks Landscaping LLC
Forum Communications Company
Foshan Dilue Supply Chain Mgmt. Co Ltd
Franchise Tax Board
Free Transportation LLC
FreightEx Logistics LLC
Frontline Shredding Inc.
Frost Brown Todd Attorneys LLC
FS.Com Inc.
FXSA
G.I. Joe Landscaping, LLC
Gagnon & Miceli Freight Inc.
Genesis Custody Limited
Gibson and Associates Inc.
Gilmore Kramer Co
GitHub Inc.
Glaze Supply Company Inc.
Goldstein and Lee PC
GoodHire

Goodway Group Inc.
Google LLC
Grand Forks Utility Billing
Great Sports Inc.
Greatland Corporation
Green Business Certification, Inc.
Greenhouse Software Inc.
GreensLedge Capital Markets LLC
Greyline Partners LLC
Griffin C Simerly
Guardian Life
Gustavo Melo Belfort
Hamin Kang
Hannig Row Partnership
Harper Construction Company, Inc.
Heapy
Hill and Wilkinson Construction Group Ltd
HM Tech LLC
Holland LLC
Holloway Updike and Bellen Inc.
HubSpot Inc.
Hudson Incentives Inc.
Hughes Electric Paint & Supplies
Human Rights Foundation
Hurricane Electric LLC
Hutchins Pallet Service, Inc.
Hutchison and Steffen PLLC
ICE Systems, Inc.
ICI Mechanical LLC
ICS Inc.
IDC Research Inc.
INE
Integrated Networking Technologies LLC
Integrity Door Solutions LLC
Intralinks, Inc.
Ironclad Inc.
Jackie L Bryan
Javier Lazaro Jareno
JBM Office Solutions
JCL Energy LLC
Joaquin Pablo Gonzalez
Jobot
John Furner
Jonathan Barrett 2012 Irrevocable Trust
dated May 31 2012
Juan Jose Galan Lopez

K and E Lawn Service LLC
Katz Marshall and Banks LLP
Keith Larry Watkins
Kenco Material Handling Solutions LLC
Kentucky Cabinet for Economic
Development
Kesco Air Inc.
Kilpatrick Townsend and Stockton LLP
King Ford
Kings Road RV Park LLC
Know Agency
KnowBe4 Inc.
Labor Finders
Lake Effect Traffic LLC
Lancaster Safety Consulting, Inc.
Landstar Ranger Inc.
Lane Powell PC
LANshack Com
Larry Ledford
Lenz LLC
Level 3 Communications LLC
LHC Capital Partners Inc.
LHH Recruitment Solutions
LinkedIn Corporation
LiveView Technologies Inc.
Lockton Insurance Brokers LLC
Logistica CryptoMining Repair LLC
LRN Corporation
Lukka Inc.
M & S Patterson, Inc.
Manley Four Little Pigs Inc.
Manning Land LLC
Marco Technologies LLC
Marshall County Battery and Golf Carts Inc.
Marshall County Tax Administrator
McMaster-Carr
MDSI Inc.
Mediant Communications Inc.
Megaport USA Inc.
Meridian Equipment Finance LLC
Michael Cruz
Microsoft Azure
Mike Darling Films
Miller Griffin and Marks PSC
Mindset
Mission Critical Facilities International, Inc.

MJDII Architects Inc.
MNP LLP
Mobile Modular Portable Storage
Monnit Corporation
Monoprice Inc.
M-RETS
MSC Industrial Supply Co.
Murphy and Grantland PA
Murtco Inc.
Muskogee City-County Port Authority
Mustache Creative Studio
Nancy C Sayers
Nanning Dinggao Tech Limited
National Association of Corp Directors
Neeraj Agrawal
Next Level Valet LLC
NextLevel
nference, Inc.
Nicolas Carter
Office of State Tax Commissioner
Oklahoma Gas and Electric Company
Oklahoma Tax Commission
Okta Inc.
Old Dominion Freight Line Inc.
Old Republic National Title Ins. Co
Omeir Cargo LLC
Oncor Electric Delivery Company LLC
Onestopmining Technologies Limited
Onin Staffing, LLC
OnlineComponents.com
Oracle Capital LLC
Orange Computers
ORGDEV Limited
Overhead Door Company of
Clayton/Overhead Door Company of Tri
State
Parker Lynch
Paulo Roberto Pereira de Souza Filho
Pax ADR LLC
Paycom Payroll LLC
PeopleReady Inc.
Pepsi MidAmerica
Petter Business Systems
Pioneer Abstract and Title Co of Muskogee
Inc.
Plant Tours Communications Company

Platinum Platypus Inc.
Premier Fire and Security Inc.
Prime Mowing and Property Management
LLC
Pure Water Technology of the Tri State
Area LLC
Pye-Barker Fire and Safety LLC
Q4 Inc.
Quality Water Financial LLC
Quik Print of Austin Inc.
Rack and Shelving Consultants
Radiant PPC LLC
Raymond Pope
RBI USA Customs Services LLC
RC Ventures Inc.
Recycling Equipment Corporation
Red Moon 88 LLC
Reffett Associates
Regents Capital Corporation
Reliance Telephone Systems
Rezvani Mining LLC
Robson Forensic Inc.
Rockwell Automation Inc.
Roman Krasiuk
Ruric Inc.
SafetySkills LLC
SAGE Capital Investments, LLC
Salary.com LLC
Salesforce.com, Inc.
Say Technologies LLC
Scott Malewig
Sebastian Javier Marconi
Sharp Business Systems
Sharpertek
Shermco Industries, Inc.
Silver Fox Productions Inc.
Silverpeak Special Situations Lending LP
Slack Technologies LLC
Smartsheet Inc.
Smoky Mountain BBQ Company LLC
Solomon Corporation
Southeastern System Services Inc.
Southern Cargo LLC
Spectrum Business
SpectrumVoIP Inc.
Spotless Cleaning

Stafftax Financial LLC
Standby Service Solutions LLC
State of Tennessee Department of Revenue
Stone Tower Air LLC
Summit Energy Services Inc.
Summit Funding Group Inc.
Sunny Shah
Sunnyside Consulting and Holdings Inc.
SunValley Electric Supply
SuperAcme Technology Hong Kong LTD
Susan Oh Communications
Synopsys Inc
Synovus Bank
Tag Resources LLC
Tangent Energy Solutions Inc.
Tango Lima, LP
Tax Executives Institute Inc.
TDIndustries Inc.
Teague Nall and Perkins Inc.
Technijian Inc.
Technology Navigators LLC
TechSource Global LLC
Telecom Site Solutions LLC
Telfi LLC
Telles Global Consulting Inc.
Temps Plus Inc.
Tenaska Power Services Co
Tenet Solutions
Tennessee Valley Industrial Committee
Texas Blockchain Council
Texas Workforce Commission
The Coindad LLC
The Crown Restaurant
The MacLellan
The Specialty Company - TSC
The Treadstone Group Inc.
Thomson Reuters Tax and Accounting checkpoint
Thycotic Software LLC
Time Warner Cable
Top Imprint Limited
Tor Naerheim Brand Design LLC
Total Quality Logistics LLC
Tower Direct
Trace3 LLC
TRACS Manufacturing LLC

Tractor and Palm Inc.
Travis Asphalt
Triangle Enterprises, Inc.
Trilogy LLC
TriNet COBRA
Trinity Risk Solutions LLC
True North Data Solutions US Inc.
TXU Energy Retail Company LLC
TY Properties
U line
United Capital Partners
United Rentals North America Inc
United Rentals North America Inc.
University of California, San Diego
UPS Supply Chain Solutions Inc.
Upstate Containers LLC
Validus Power Corp
Vandco Equipment
VCheck Global LLC
Veriedge LLC
Veritext LLC
Vesco Toyota Lift
VMS Security Cloud Inc.
Volt Management Corp
Wachsman PR LLC
Waste Disposal Solutions Inc.
Waterlogic Americas LLC
Wells and West Inc.
WEX Health Inc.
Whitfield Electric Motor Sales & Service, Inc.
Whitney J Beauxis
Widseth Smith Nolting and Associates, Inc.
Williams Farm LLC
Williams Marston LLC
Wilson Built Fab Shop
Workplace Solutions Inc.
Young MFG Inc.
Zendesk Inc.
Zeus Mining Co Ltd
Zimney Foster PC
Ziply Fiber
Zoom Video Communications Inc.
ZoomInfo Technologies

**Taxing Authorities**

Austin, TX Lease - existing office
(Worksmith)
Austin, TX Lease - new office (Riversouth)
California Franchise Tax Board
Cedarvale, TX
Cherokee County Tax Collector (NC)
City of Calvert City (Calvert City, KY)
City of Denton, TX
Colorado Department of Revenue
Dalton-Whitfield Joint Development
Authority; Carl Campbell, Executive
Director
Eddie McGuire, Marshall County Sheriff
(Benton, KY)
Georgia Department of Revenue
Internal Revenue Service
Jobe Ranch Family Limited Partnership,
Lessor (11/15/2021)
Kentucky Department of Revenue
Kentucky State Treasurer
King County Assessor (Seattle, WA)
Marshall County (Kentucky) Department of
Revenue
Minnkota Power Cooperative
ND Office of State Tax Commissioner
North Carolina Department of Revenue
North Dakota Department of Revenue
North Dakota Office of State Tax
Commissioner
Oklahoma Department of Revenue
State of Delaware - Division of Corporations
Tennessee Department of Revenue
Tennessee Valley Authority - Economic
Development - Thomas Buehler (Calvert
City)
Texas Comptroller / Texas Comptroller -
Sales & Use Tax
Travis County, TX (Austin, TX HQ)
US Customs and Border Protection
Ward County Assessor (TX)
Whitfield County Board of Assessors
(Dalton, GA)

**U.S. Attorney's Office for Southern
District of Texas**
Jennifer Lowery

**UCC Search Results/UCC Lien Search
Results**
ACM ELF ST LLC
Anchorage Lending CA, LLC
Arctos Credit, LLC
Bank Financial
Bank of the West
Barings BDC, Inc.
Barings Capital Investment Corporation
Barings Private Credit Corp.
BEAM Concrete Construction, Inc.
BlockFi Lending LLC
Bremer Bank, National Association
Brown Corporation
C T Corporation System, as Representative
Celsius Networks Lending LLC
CIT Bank, N.A.
CM TFS LLC
ComNet Communications, LLC
Condair Inc.
Consolidated Electrical Distributors, Inc.
dba Sun Valley Electric Supply
Contech Construction
Contech, Inc.
Convergint Technologies LLC
Coonrod Electric Co., LLC
Corporation Service Company
Dell Financial Services L.L.C.
Elliot Electric Supply, Inc.
GARIC INC.
GARIC, INC.
Gaylor Electric, Inc. d/b/a Gaylor, Inc.
Graybar Electric Company Inc.
Graybar Electric Company, Inc.
Harper Construction Company, Inc.
Holliwood LLC
Housley Communications, Inc.
Huband-Mantor Construction Inc.
Humphrey & Associates, Inc.
Humprey & Associates, Inc.
Imperial Fire Protection, LLC
Indigo Commercial Funding, LLC
J.W. Didado
Jack Novak
Liberty Commercial Finance LLC

Liberty Commercial Finance LLC (n/k/a as Wingspire Equipment Finance LLC)
LML Services dba FlowTx
Maddox Industrial Transformer LLC
MassMutual Asset Finance LLC
McCarthy Building Companies Inc.
McCarthy Building Companies, Inc.
McCorvey Sheet Metal Works, LP
McElroy Metal Mill, Inc. dba McElroy Metal
MK Marlow Company, LLC
Morsco Supply LLC dba Morrison Supply Company
Network Cabling Services, Inc.
North Mill Credit Trust
NYDIG ABL LLC
Pillar Electric
Power & Digital Infrastructure Corp.
Power Engineering Services, Inc,
Priority Power Management, LLC
Silverpeak Credit Partners LP, as Collateral Agent
Stonebriar Commercial Finance LLC
Stonebriar Finance Holdings LLC
Summit Electric Supply Co.
Sure Steel - Texas, LP
T&D Moravits & Co.
TCF National Bank
Texas AirSystems, LLC
Toyota Industries Commercial Finance, Inc.
Trilogy
Trinity Capital Inc.
VFSOX, LLC
Way Mechanical
Wessely-Thompson Hardware, Inc.
Wingspire Equipment Finance, LLC
XPDI Merger SUB, Inc.

**Unions**
N/A

**United States Trustee and Staff for Southern District of Texas**
Alethea Caluza
Alicia Barcomb
Brian Henault

Christopher R. Travis
Christy Simmons
Clarissa Waxton
Glenn Otto
Gwen Smith
Ha Nguyen
Hector Duran
Ivette Gerhard
Jana Whitworth
Jayson B. Ruff
Kevin M. Epstein
Linda Motton
Luci Johnson-Davis
Millie Aponte Sall
Samantha Chilton
Stephen Statham
Steven Whitehurst
Valerie Goodwin
Yasmine Rivera

**Utility Providers/Utility Brokers**
Alpha Waste
BalsamWest Fiber Net
Calvert City Hall (Kentucky)
Carolina Recycling
CenturyLink
Charter Communications, Inc. (dba Spectrum)
Cogent Communications
Countrywide Sanitation Co
Dakota Carrier Network
Dalton Utilities
Dellcom (Dell Telephone)
Denton Municipal Electric
Dialog Telecommunications
Digital Realty
Dobson Fiber
Duke Energy
Duke Energy Carolinas
Duke Energy Carolinas, LLC
Frontier Communications
GlobalGig
Internal/Resound Networks
Level 3 Communications LLC
Logix Fiber Networks
Lumen/CenturyLink

Marble Community
Murphy Electric Power Board
NODAK Electric Cooperative
Optilink
Regional Waste
Resound Networks
Shell Energy Solutions

Starlink
TanMar Rentals, LLC
Tennessee Valley Authority
Time Warner Cable
Windstream Communications
Xcel Energy, Inc.

**EXHIBIT B**

**Parties-in-Interest Noted for Court Disclosure**

**Relationships in Matters Related to These Proceedings**

**None**

**Relationships in Unrelated Matters – Current Clients**

Abu Dhabi Ports Company PJSC - KIZAD
Aetna
Aflac
Akin Gump Strauss Hauer & Feld LLP
Alation, Inc.
Alston & Bird LLP
Alston and Bird LLP
Amazon Web Services Inc.
AmTrust
Andersen Tax LLC
AON
Aon Consulting Inc.
Apollo Capital Management, L.P.
Arnold & Porter Kaye Scholer LLP
AT&T
Atrio Inc.
AXIS Surplus Ins. Co (via Amwins)
Bank of America
Bank of the West
Beazley Insurance Company
Berkley National Insurance Company
Berkley Prof Liability
Berkshire Hathaway Specialty Ins.
Company
Blue Cross Blue Shield CA
Blue Cross Blue Shield NC
Blue Cross Blue Shield of Texas
BNY Mellon Bank
CenturyLink
Charter Communications, Inc. (dba
Spectrum)
Chubb
CIT Bank, N.A.
Citadel Securities Corp Solutions

City National Bank
CNA Insurance
Coinbase Inc.
Convergint Technologies LLC
Cooley LLP
Corbin Opportunity Fund, L.P.
Dallas County
Davis Wright Tremaine LLP
Deloitte & Touche LLP
Delta Dental
Dentons Canada LLP
DHL Express (USA) Inc.
Duane Morris LLP
Duke Energy
Duke Energy Carolinas
Duke Energy Carolinas, LLC
Elasticsearch Inc.
Equinix Inc.
Ernst & Young LLP
Ernst and Young US LLP
Faegre Drinker Biddle and Reath LLP
Federal Insurance Company (Chubb)
FedEx
FINRA
Frontier Communications
Frontier Communications America Inc.
Galaxy Digital LP
Gensler
Gensler
Google LLC
Gray Reed
Greenberg Traurig, LLP
Group Health Aetna
Haynes and Boone, LLP

1

Hewlett Packard Enterprise Company
Hiscox Insurance Company
Holland and Hart LLP
Internal Revenue Service
Internal Revenue Service ("IRS")
Jackson Walker LLP
Kaiser Permanente
Kilpatrick Townsend and Stockton LLP
Kirkland and Ellis LLP
KPMG LLP
Landmark American Insurance Company
(RSUI via Amwins)
Lane Powell PC
Latham & Watkins LLP
Level 3 Communications LLC
Lexington Insurance Company (AIG) via
RT Specialty
Lexington Insurance Company (via
Amwins)
LHC Capital Partners Inc.
LinkedIn Corporation
LivePerson, Inc.
LRN Corporation
Lumen/CenturyLink
Mallinckrodt Pharmaceuticals
Marathon Digital Holdings, Inc.
Marcum LLP
McDermott Will & Emery LLP
McDermott Will and Emery LLP
MetLife
Moelis & Company LLC
Morgan, Lewis & Bockius LLP
MSC Industrial Supply Co.
National Union Fire Ins. Co of Pittsburgh
(AIG)

Navigators Insurance Co (Hartford)
Nissan North America, Inc.
Paul Hastings LLP
PricewaterhouseCoopers LLP
Pure Storage, Inc.
QBE Insurance Corporation
Quinn Emanuel Urquhart & Sullivan, LLP
Richards Layton and Finger PA
Rockwell Automation Inc.
Salesforce.com, Inc.
Scientific Games Corporation
Seagen Inc.
Securities and Exchange Commission
("SEC")
Sidley Austin LLP
Skadden, Arps, Slate, Meagher & Flom LLP
Slack Technologies LLC
Snell & Wilmer
Starr Indemnity & Liability Co
Summit Electric Supply Co.
Synopsys Inc
Synovus Bank
Talos Energy, Inc.
Time Warner Cable
T-Mobile USA, Inc.
Troutman Pepper Hamilton Sanders LLP
U.S. Bank National Association
UnitedHealthcare ("UHC")
Weil, Gotshal & Manges LLP
Williams & Connolly LLP
Willkie Farr & Gallagher LLP
Xcel Energy, Inc.
XL Specialty Ins. Co.
Zoom Video Communications Inc.

## Relationships in Unrelated Matters – Former Clients

BlackRock Financial Management, Inc.
BlockFi, Inc.
Blue Torch Capital LP
Choate, Hall & Stewart LLP
Cision US Inc.
Cloudflare Inc.
Cogent Communications

Columbia Casualty Company (CNA)
Consilio LLC
Dalton Utilities
Diamond Offshore Drilling, Inc.
Eaton Corporation
Gartner Inc.
Graybar Electric Company Inc.

Graybar Electric Company, Inc.
Guardian
Guardian Life
Marco Technologies LLC
NextEra Energy Capital Holdings
NVIDIA Corporation
Tennessee Valley Authority
Windstream Communications