**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 22-90341 (DRJ)** |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.*, | § | **(Chapter 11)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING
THE RETENTION AND EMPLOYMENT OF VINSON & ELKINS LLP AS
COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS**

> **IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING. UNLESS OTHERWISE DIRECTED BY THE COURT, YOU MUST FILE YOUR RESPONSE ELECTRONICALLY AT HTTPS://ECF.TXSB.USCOURTS.GOV/ WITHIN TWENTY-ONE (21) DAYS FROM THE DATE THIS MOTION WAS FILED. IF YOU DO NOT HAVE ELECTRONIC FILING PRIVILEGES, YOU MUST FILE A WRITTEN OBJECTION THAT IS ACTUALLY RECEIVED BY THE CLERK WITHIN TWENTY-ONE (21) DAYS FROM THE DATE THIS MOTION WAS FILED. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

The Official Committee of Equity Security Holders (the "*Official Equity Committee*") of

the above-referenced debtors and debtors in possession (collectively, the "*Debtors*") hereby files

this *Application for Entry of an Order Authorizing the Retention and Employment of Vinson &*

*Elkins LLP as Counsel for the Official Committee of Equity Security Holders Effective As of March*

*30, 2023* (the "*Application*") seeking entry of an order (the "*Order*"), substantially in the form

attached hereto as __Exhibit A__, authorizing the Official Equity Committee to retain and employ

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR, LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

Vinson & Elkins LLP ("**V&E**") as its counsel effective as of March 30, 2023.  In support of this Application, the Debtors submit the Declaration of David S. Meyer, attached hereto as **Exhibit B-1** (the "**Meyer Declaration**") and the Declaration of Douglas S. Wall, attached hereto as **Exhibit B-2** (the "**Wall Declaration**") and respectfully submit the following:

## JURISDICTION AND VENUE

1.      The United States Bankruptcy Court for the Southern District of Texas (the "**Court**") has jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).  The Official Equity Committee confirms its consent, pursuant to rule 7008 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory bases for the relief requested herein are sections 328(a), 330, 331, and 1103 of title 11 of the United States Code (the "**Bankruptcy Code**"), Bankruptcy Rules 2014 and 2016, rules 2014-1 and 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Southern District of Texas (the "**Local Rules**"), and the *General Order Regarding Procedures for Complex Chapter 11 Cases* (the "**Complex Case Procedures**").

## BACKGROUND

4.      Commencing on December 21, 2022 (the "**Petition Date**"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections

US 9961317

1107(a) and 1108 of the Bankruptcy Code.  As of the date hereof, no request for the appointment of a trustee or examiner has been made.

5.      On January 9, 2023, the United States Trustee for Region 7 (the "***U.S. Trustee***") appointed the Official Committee of Unsecured Creditors (the "***UCC***") in these chapter 11 cases pursuant to section 1102 of the Bankruptcy Code.  *See Notice of Appointment of Official Committee of Unsecured Creditors* [Docket No. 256].  On March 7, 2023, the Court entered an agreed order directing the appointment of the Official Equity Committee [Docket No. 642] (the "***OEC Appointment Order***").  On March 23, 2023, the U.S. Trustee appointed the Official Equity Committee in these chapter 11 cases pursuant to section 1102 of the Bankruptcy Code.  *See Notice of Appointment of Official Committee of Equity Security Holders* [Docket No. 724].

6.      Additional information regarding the Debtors and these chapter 11 cases is set forth in the *Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief* [Docket No. 5].

## **RELIEF REQUESTED**

7.      By this Application, the Official Equity Committee seeks entry of the Order, substantially in the form attached as **Exhibit A**, authorizing the retention and employment of V&E as its counsel in accordance with this Application and the terms and conditions set forth in that certain engagement letter between the Official Equity Committee and V&E effective as of March 30, 2023 (the "***Engagement Letter***"), a copy of which is attached as **Schedule 1** to **Exhibit B-1** and incorporated by reference.[2]

---

[2]   The summary of the Engagement Letter contained in this Application is provided for informational purposes only. In the event of any inconsistency between the summary contained herein and the terms and provisions of the Engagement Letter, the terms of the Engagement Letter, as approved by the Court pursuant to the Order, shall control.  Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Engagement Letter.

US 9961317

## V&E'S QUALIFICATIONS

8.      The Official Equity Committee seeks to retain V&E because, among other reasons,

(a) V&E has extensive experience and knowledge in the field of debtors' protections, creditors'

rights, and business reorganizations under chapter 11 of the Bankruptcy Code, (b) V&E is widely

recognized as one of the world's leading legal advisors to companies operating within the energy

industry, (c) V&E has extensive experience and knowledge in handling corporate, capital markets,

debt restructuring, and other transactions for companies in a variety of industries, and (d) V&E

has significant experience acting as legal counsel to debtors, creditors, and equity security holders

in complex chapter 11 cases before the Court.

## SERVICES TO BE PROVIDED

9.      The Official Equity Committee anticipates that V&E will, among other things,

render the following legal services:

a.      provide legal advice with respect to the Official Equity Committee's powers and duties as an official committee of the Debtors' estates in these chapter 11 cases;

b.      prepare on behalf of the Official Equity Committee all necessary motions, answers, orders, reports, and other legal papers in connection with these chapter 11 cases;

c.      take all necessary actions to represent the Official Equity Committee in its communications and negotiations with the Debtors, the U.S. Trustee, the UCC, and other stakeholders (including equity security holders);

d.      represent the Official Equity Committee to discharge its duties in accordance with the OEC Appointment Order (defined below), the record at the hearing thereon, and/or as otherwise may be expanded by the approval of the Court;

e.      consult with the Debtors, the U.S. Trustee, the UCC, and all other creditors and parties in interest concerning the administration of these chapter 11 cases; and

f.      provide representation and all other legal services required by the Official Equity Committee in discharging its duties as an official committee or otherwise in connection with these chapter 11 cases.

4

US 9961317

## PROFESSIONAL COMPENSATION

10.     V&E intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Complex Case Procedures, and any other applicable procedures and orders of the Court, including, among others, the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 541] and the OEC Appointment Order.  V&E shall also make reasonable efforts to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* in connection with interim and final fee applications to be filed by V&E in these chapter 11 cases.

11.     The hourly rates and corresponding rate structure V&E will use in these chapter 11 cases are the same as or similar to the hourly rates and corresponding rate structure that V&E currently uses in other restructuring matters and in many complex corporate, securities, and litigation matters, whether in court or otherwise, regardless of whether a fee application is required. These hourly rates and the corresponding rate structure reflect that such restructuring and other complex matters typically are, *inter alia*, national in scope and involve great complexity, high stakes, and significant time pressures.

12.     V&E operates in a national marketplace for legal services in which rates are driven by multiple factors relating to, among other things, the tenure, experience, and specialization of the individual lawyer, V&E's performance and reputation, and the nature and complexity of the work involved.

US 9961317

13. V&E's current hourly rates for matters related to these chapter 11 cases range from $730 to $1,920 per hour for attorneys and approximately $420 per hour for paraprofessionals and other time keepers. V&E's hourly rates are set at a level designed to compensate V&E fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses. Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions. These hourly rates are set forth in the Meyer Declaration and are consistent with the rates that V&E currently charges for other similar representations and with the hourly rates that comparable counsel would charge to do work substantially similar to the work V&E will perform in these chapter 11 cases.

14. It is V&E's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is also V&E's policy to charge its clients only the amount actually incurred by V&E in connection with such items. Examples of such expenses include postage, overnight mail, courier delivery, transportation, computer-assisted legal research, photocopying, airfare, and lodging.

15. V&E is aware of the need to preserve the value of the Debtors' estates for the benefit of all stakeholders. V&E will work efficiently and remain mindful of its chief objective: to help assist the Official Equity Committee discharge its duties by progressing "(a) valuation and (b) negotiations, in each case related to determining the terms of confirmation of a chapter 11 reorganization plan" in these chapter 11 cases.[3]

---

[3] *See* OEC Appointment Order ¶ 8.

US 9961317

## V&E'S DISINTERESTEDNESS

16.     To the best of the Official Equity Committee's knowledge, and except as otherwise set forth in this Application and in the accompanying Meyer Declaration, the partners, counsel, and associates of V&E (a) do not have any connection (as that term is used in Bankruptcy Rule 2014) with any of the members of the Official Equity Committee, their affiliates, any other party in interest, the U.S. Trustee or any person employed in the office of the same, or any judge in the United States Bankruptcy Court for the Southern District of Texas or any person employed in the offices of the same; (b) are "disinterested persons," as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code; and (c) do not hold or represent any interest adverse to the Official Equity Committee.

17.     The Official Equity Committee understands that V&E will continue to conduct periodic conflicts analyses to determine whether it is performing or has performed services for any significant parties in interest in these chapter 11 cases and will promptly update the Meyer Declaration to disclose any material developments regarding the Official Equity Committee or any other pertinent relationships that come to V&E's attention.

## NO DUPLICATION OF SERVICES

18.     The Official Equity Committee believes that the services performed by V&E will not duplicate or overlap with the services performed by the Official Equity Committee's other retained advisors.   V&E understands that the Official Equity Committee intends to submit a separate application to retain FTI Consulting Inc. as financial advisor and may retain additional professionals during the term of the Engagement Letter as otherwise permitted by the Court.   As set forth in the Meyer Declaration, V&E will use reasonable efforts to work cooperatively with the

7

Official Equity Committee to avoid duplication of services provided to the Official Equity Committee by its other retained professionals.

## BASIS FOR RELIEF REQUESTED

19.     Section 328(a) of the Bankruptcy Code authorizes a committee appointed under section 1102 of the Bankruptcy Code, with the Court's approval, to employ "a professional person under section . . . 1103 of this title."  11 U.S.C. § 328(a).  Section 1103, in turn, requires that an attorney employed to represent a committee "may not, while employed by such committee, represent any other entity having an adverse interest in connection with the case." 11 U.S.C. § 1103.

20.     Bankruptcy Rule 2014(a) requires that a retention application include:

"[S]pecific facts showing the necessity for the employment, the name of the [firm] to be employed, the reasons for the selection, the professional services to be rendered, any proposed arrangement for compensation, and, to the best of the applicant's knowledge, all of the [firm's] connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

Fed. R. Bankr. P. 2014.

21.     The Official Equity Committee submits that for all the reasons stated herein and in the Meyer Declaration, the retention and employment of V&E as the Official Equity Committee's counsel pursuant to sections 328(a) and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014(a) is warranted.

**A.     V&E's Retention is Necessary and is in the Best Interest of the Debtors' Estates.**

22.     The Official Equity Committee submits that V&E's immediate retention as the Official Equity Committee's counsel is both necessary and in the best interests of the Debtors' estates.  To the best of the Official Equity Committee's knowledge, the Debtors are currently finalizing an updated business plan, and will soon thereafter negotiate a chapter 11 plan of

8

reorganization with key constituents.  It is imperative that the Official Equity Committee, which serves a purpose unique to that of any other party in interest, have a seat at the table to evaluate the proposed business plan and participate in negotiations regarding the Debtors' proposed valuation and chapter 11 plan of reorganization.  V&E's retention will allow the Official Equity Committee to execute its Court ordered mandate to contribute to the Debtors' valuation and chapter 11 plan of reorganization processes for the betterment of all stakeholders, including specifically all equity security holders.

**B.      V&E Neither Holds nor Represents any Interest Adverse to the Official Equity Committee and is a "Disinterested Person" within the Meaning of Section 101(14) of the Bankruptcy Code.**

23.      The partners, counsel, and associates of V&E (a) do not have any connection (as that term is used in Bankruptcy Rule 2014) with any of the members of the Official Equity Committee, their affiliates, any other party in interest, the U.S. Trustee or any person employed in the office of the same, or any judge in the United States Bankruptcy Court for the Southern District of Texas or any person employed in the offices of the same; (b) are "disinterested persons," as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code; and (c) do not hold or represent any interest adverse to the Official Equity Committee.

24.      If new or additional relationships are discovered or arise, V&E will use reasonable efforts to identify them and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

<u>**NOTICE**</u>

25.      Notice of this Application has been provided by delivery to:  (a) the Office of the United States Trustee for the Southern District of Texas; (b) the Debtors, and Weil, Gotshal &

9

Manges LLP as counsel to the Debtors; (c) the UCC, and Wilkie Farr & Gallagher LLP as counsel to the UCC; (d) Scheef & Stone, L.L.P. as counsel to the Board of Directors of Core Scientific, Inc.; (e) Paul Hastings LLP as counsel to the Ad Hoc Group of Secured Noteholders; (f) counsel to the Replacement DIP Secured Parties; (f) U.S. Bank National Association, as Prepetition Note Agent and Collateral Agent, (g) those persons who have formally appeared in these chapter 11 cases and requested service pursuant to Bankruptcy Rule 2002; (h) the Internal Revenue Service; and (i) all other applicable government agencies to the extent required by the Bankruptcy Rules or the Local Rules.  Considering the nature of the relief requested in this Motion, the Debtors submit that no further notice is necessary.

## **NO PRIOR REQUEST**

26.     No prior application for the relief requested herein has been made to this Court or any other court.

10

The Official Equity Committee respectfully requests that the Court enter the Order, substantially in the form attached hereto as **Exhibit A**, and grant such other and further relief to which it may be justly entitled.

Dated: April 28, 2023
Dallas, Texas

/s/

Douglas S. Wall
Authorized Signatory
Official Committee of Equity Security Holders

11

US 9961317

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 28, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

<u>  /s/ Paul E. Heath                          </u>
One of Counsel

## Schedule 1

**Engagement Letter**

V&E

April 2, 2023

April 2, 2023

**Attorney-Client Privileged; Confidential**

<u>**Via Email**</u>

Official Committee of Equity Security Holders of
Core Scientific, Inc., et al

Attn Members:
Aaron Baker (aaron@alphabravoholdings.com)
Brent Berge (Brent.berge@bergetoyota.com)
Foundry Digital LLC (rboyle@foundrydigital.com)
Janice J. Kelly (Dee.kelly@kellyhart.com)
RBH Holdings, LLC (rhale@rockhillcap.com)
The Rudolph Family Trust (laru@reign-deer.com)
Douglas S. Wall (wallds@yahoo.com)

Re:    Engagement Letter for Chapter 11 Representation of Official Committee of Equity
Security Holders of Core Scientific, Inc., et al (the "Official Equity Committee")

Ladies and Gentlemen:

We are pleased to have the opportunity to represent you in this matter.  This letter, the
attached Additional Terms of Engagement ("Additional Terms"), and any order authorizing the
employment and retention of V&E as counsel for the Official Equity Committee entered by the
United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), shall
set forth the terms of our engagement.

*Clients*

Our only client for this engagement is the "Official Equity Committee", or "you", the
members of which were appointed pursuant to the *Notice of Appointment of Official Committee of
Equity Security Holders* [Docket No. 724].  The members of the Official Equity Committee are:

1. Aaron Baker,

2. Brent Berge,

3. Foundry Digital LLC,

4. Janice J. Kelly,

V&E

April 2, 2023

     5.   RBH Holdings, LLC,

     6.   the Rudolph Family Trust, and

     7.   Douglas S. Wall,

or such other members who shall be appointed from time to time by the United States Trustee for the Southern District of Texas (the "U.S. Trustee").  We are not representing any member in their individual capacity or anyone else in this matter.  Our duties and responsibilities run to the Official Equity Committee in this matter and not to any other persons, constituents, or entities, including members, parents, subsidiaries, affiliates, portfolio companies, joint ventures, successors, employees, directors, owners, or other stakeholders.

No client may be added to this engagement without our express written agreement, and this engagement will not create an attorney-client or a *de facto* or implied attorney-client relationship with any other person or entity.

*Scope of Engagement*

Pursuant to the *Agreed Order Directing the Appointment of an Official Committee of Equity Holders* [Docket No. 642] (the "Appointment Order"), the Bankruptcy Court directed the appointment of the Official Equity Committee in the chapter 11 cases of *Core Scientific, Inc., et al* (the "Chapter 11 Cases") subject to certain terms and conditions and as otherwise noted on the record at hearings held by the Bankruptcy Court on March 1 and 3, 2023 (collectively, the "Hearing").

Notably, the Appointment Order limits the scope of the Official Equity Committee's duties to: "(a) valuation and (b) negotiations, in each case related to determining the terms of confirmation of a chapter 11 reorganization plan" in the Chapter 11 Cases unless otherwise expanded with approval of the Bankruptcy Court upon notice to other parties and a hearing.

We will represent the Official Equity Committee to discharge its duties in accordance with the Appointment Order and as provided on the record at the Hearing, and/or as otherwise expanded by the approval of the Bankruptcy Court.  It is important that the members of the Official Equity Committee agree on the scope of the work we will perform on behalf of the Official Equity Committee, so please let me know right away if I have misstated it.

*Fees and Other Charges*

Our fees will be based on the time our attorneys and other professionals devote to the matter.  Our billing rates vary according to the experience of the individuals and the nature and location of the work.

Our fees and other charges incurred in connection with this engagement will be paid by the debtors in the Chapter 11 Cases (the "Debtors") pursuant to the Appointment Order, the *Order*

V&E

April 2, 2023

*Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 541] and as provided on the record at the Hearing, and shall be subject to Bankruptcy Court approval in accordance with any Bankruptcy Court order authorizing the employment and retention of V&E as counsel for the Official Equity Committee.

The Appointment Order provides for, among other things, a cap (the "Fee Cap") of $4.75 million on the fees and expenses of the Official Equity Committee's advisors that will be paid by the Debtors unless otherwise increased with approval of the Bankruptcy Court upon notice to other parties and a hearing.

Even though the Debtors will pay our fees and other charges, we recognize that we owe our professional obligations to the Official Equity Committee and not the Debtors. We will bill you at our base rates for this type of engagement. We review our billing rates annually, usually in January. If we change them, we will apply those new rates thereafter.

In addition, we may bill for expenses and other charges incurred in this matter, such as travel, couriers, photocopying, certain overtime costs, and computerized research. We may charge for those items whether that work is performed by outside vendors or in-house.

Although the Debtors will pay our invoices as noted above, we will generally submit a single statement to the Official Equity Committee setting forth: (i) the charges for actual work performed and expenses incurred; (ii) time narratives describing such charges; and (iii) the hourly rate of and hours incurred by each timekeeper for services performed.

There may be circumstances in which the aggregate amount of our fees and expenses (along with those of any other advisors to the Official Equity Committee) exceed the Fee Cap and/or certain work falls outside the scope of the Appointment Order. In such circumstances, we will promptly inform the members of the Official Equity Committee. If, at that point, the members nonetheless request that we undertake additional work in accordance with the bylaws governing the Official Equity Committee (the "Bylaws"), the scope of such work and/or related or additional fees would be discussed and agreed in advance with the members of the Official Equity Committee and shall be subject to any necessary approvals of the Bankruptcy Court.

*Representation of the Official Equity Committee*

Unless the Official Equity Committee informs us otherwise in writing, we will act on behalf of the members of Official Equity Committee as provided in the Bylaws. Thus, we may only act upon receiving direction or instructions from the delegated chairperson (the "Chairperson") indicating that four or more members (or such other number constituting at least a majority of a quorum of members, (the "Majority Members")) support such action.

In addition, while each member of the Official Equity Committee may communicate with us directly, each member has agreed that we will take direction and instructions from the Chairperson based on the support of the Majority Members. If, despite that agreement, we receive

V&E

April 2, 2023

conflicting instructions, we will try to work out any differences among the members. Even in the face of conflicting instructions, if we are faced with a deadline or other time sensitive action, we are expressly permitted by this agreement to follow the instructions that we receive from the Chairperson based on the direction of the Majority Members.

Any member may withdraw from the Official Equity Committee at any time and for any reason by informing us and the U.S. Trustee in writing. Such withdrawal will not affect our continued representation of the Official Equity Committee, even if our continued representation is adverse to the withdrawing member. Likewise, consistent with the Bylaws, the Majority Members may terminate our representation of the Official Equity Committee at any time and for any reason by informing us and the U.S. Trustee in writing.

*Disclosure of Holdings by Members*. Each member of the Official Equity Committee agrees to disclose to us on its separate signature page to this letter, the aggregate number of shares of common stock of Core Scientific Inc., (the "Common Stock") it beneficially holds (its "Holdings Data") as of March 31, 2023, together with its address and a principal contact. If any member of the Official Equity Committee ceases to beneficially own any shares of Common Stock (*i.e.*, the number of shares held is zero), such member agrees to promptly inform us and the U.S. Trustee in writing. Likewise, each member of the Official Equity Committee agrees to update its Holdings Data on the first business day of each month (the "Holdings Calculation Date") and deliver that information to us within five business days of each Holdings Calculation Date. Each member of the Official Equity Committee acknowledges that its disclosure of this information to us is important to our ability to represent the Official Equity Committee effectively. We will keep the Holdings Data of each member confidential and not disclose that information (even to other members of the Official Equity Committee), unless the member consents in writing, or unless we are required to disclose such information by law or court order, including in a "Bankruptcy Rule 2019 Statement." Should any person or entity receive any communication from us as to the Official Equity Committee after it no longer beneficially owns any shares of Common Stock, such person or entity should treat that communication as an inadvertent disclosure, kindly destroy the communication and notify us of the same.

*Possible Additional Members*. We recognize that in the future, the U.S. Trustee may appoint certain other beneficial holders of shares of Common Stock to join the Official Equity Committee. We anticipate that the entry of additional members will be consistent with our engagement by the Official Equity Committee as set out in this letter. Upon such time as a new equityholder becomes a member of the Official Equity Committee, we shall run a conflicts check to determine whether any additional disclosures, consents, or waivers might be required. And the addition of any new member will be reflected in a written supplement to this letter.

*Sharing of Information and Confidentiality*. When we represent a committee in a matter, we must be free to share confidential information with all of its members concerning the matter. For example, while our communications with each member of the Official Equity Committee will be privileged and not disclosed to non-clients, what we learn from any member of the Official Equity Committee about this matter can be shared with the other members of the Official Equity

V&E

April 2, 2023

Committee.  Each member of the Official Equity Committee agrees that we may share information in this manner in connection with our representation of the Official Equity Committee.

If an individual member of the Official Equity Committee withdraws or is removed from the Official Equity Committee (including as a result of the member no longer beneficially owning any shares of Common Stock) in this matter, he or she agrees that we may continue to represent the Official Equity Committee in this matter, even if we may take positions adverse to such member's interests in this matter or in any subsequent negotiations or related proceedings, and (iii) we may continue to use any confidential information we have concerning this matter, even if that use is adverse to such member or advantageous to the remaining members in this matter and in any subsequent negotiations or related proceedings.

*Possible Loss of Privilege*. Finally, you acknowledge that, if there is a lawsuit or other dispute among the members of the Official Equity Committee, (i) communications between members and the Firm made in this matter might no longer be protected by the attorney-client privilege, and (ii) the information in those communications might be used in a manner prejudicial to any member.

## Conflicts of Interests: Other Clients and Consent to Adverse Representation

There are three conflict issues to consider at the beginning of a new engagement: whether there are existing conflicts that require your consent; how we will respond if a conflict later emerges concerning this matter; and how we will treat conflicts regarding other matters in the future.

First, as to existing conflicts concerning this matter, we have run a preliminary conflicts check on the names of certain key people and entities based on our preliminary review of the Chapter 11 Cases.  That check indicates Apollo Global Management, L.P. and certain of its affiliates ("Apollo") and BlackRock Financial Management, Inc. and certain of its affiliates ("BlackRock") have been clients of the firm for a number of years; we currently represent Apollo and BlackRock in connection with a variety of matters that are not related to the Debtors or the Chapter 11 Cases.  We do not believe that our work for Apollo and/or BlackRock will impair or materially limit our ability to represent you here.  To the contrary, we are confident we will be able to competently and diligently represent you.  So far as we can determine, the factual and legal issues likely to arise in this matter appear to be unrelated to the work we are doing or are likely to do for Apollo and/or BlackRock.  Further, in representing you, we will take appropriate steps to protect your confidential information.  To proceed with this matter, we need each member of the Official Equity Committee to agree that we may continue to represent Apollo and BlackRock in current and future matters, and that each member waives any conflicts of interest that exist or might arise from such matters.

Second, it is possible that a conflict could emerge during the course of this matter.  For instance, depending on the circumstances, a conflict might arise if another one of our clients, represented by another law firm, becomes adverse to you here. Should that happen, we will take

V&E

April 2, 2023

appropriate steps to protect your confidential information, and each member of the Official Equity Committee consents to our representation of that client in other unrelated matters.

Third, during the time that we are representing you, situations or issues may arise between the Official Equity Committee or its members and other clients of the Firm in other matters. As you know, we are a large firm and represent many clients, especially in the energy, financial services, private equity, restructuring, and technology fields. Given the scope of our business and client relationships, it is possible that some of our present or future clients may be competitors of the Debtors or of certain members of the Official Equity Committee or otherwise have interests that differ from the Official Equity Committee or its members. This is not an exclusive agreement, and you are free to retain any other counsel of your choosing. But by retaining us, you agree that we are free to represent other clients whose interests are, or may be, materially and directly adverse to yours, except in litigation or arbitration against you, in any matter unless (i) the matter is substantially related to our representation of you, or (ii) there is a significant risk that the representation of the other client would materially limit our ability to represent you. Each member of the Official Equity Committee waives any conflict of interest that might arise from those matters. For purposes of this agreement, two matters are substantially related if their facts are so closely related that a genuine threat exists that factual confidential information revealed by the client in one matter will be divulged to that client's adversary in the other. We would be materially limited if our representation of another client, or our relationship with someone else, would materially affect our ability to represent you competently and diligently.

Finally, each member of the Official Equity Committee understands and agrees that as current clients of the Firm, we cannot and will not commence any litigation, adversary proceeding, or other contested matter against Apollo, BlackRock, or any other current clients of the Firm in connection with this matter.

*Conclusion of the Matter*

The attorney-client relationship created here will end when we have completed the legal services covered by this engagement letter. If we perform no work on this matter for a period of ninety days, we will consider the matter concluded unless we agree otherwise in writing. If we have no other open matters for you at that time, our attorney-client relationship will be over.

Prior to that, of course, you may end this engagement at any time for any reason by informing us in writing in accordance with its Bylaws. Similarly, we may stop representing you at any time for any reason (including non-payment of fees or due to a conflict of interest), provided we comply with the applicable rules of professional conduct and obtain any necessary Bankruptcy Court approval. If we no longer represent you in this matter, each member of the Official Equity Committee agrees to take all steps necessary to release us from any further obligation to represent you, including signing any documents necessary to complete our withdrawal. If you end this engagement, or if we withdraw, we will request that the Debtors pay us any undisputed outstanding fees and other charges subject to any necessary approval of the Bankruptcy Court, and we will take reasonable steps to assist you in transferring the matter to another law firm.

V&E

April 2, 2023

*Consultation and Other Considerations*

We encourage the members of the Official Equity Committee to consult with other counsel of their choosing regarding the terms of our engagement, particularly those regarding the scope of this engagement and conflict of interest issues.  We understand that a member's in-house counsel, if applicable, may fulfill that role.

This letter and the Additional Terms set forth the entire agreement between us and is effective as of March 30, 2023.  If they correctly reflect your understanding of the terms of our representation, please sign below and return a copy to me.

We look forward to working with you. Please contact me if you have any questions

Sincerely,

*/s/ David S. Meyer*

David S. Meyer
Partner

V&E

April 2, 2023

**AGREED TO AND ACCEPTED**
**BY THE FOLLOWING EQUITYHOLDER AND**
**MEMBER OF THE OFFICIAL EQUITY COMMITTEE:**

**Name: Aaron Baker**
**Aggregate number of shares of Common Stock beneficially held:** 1,036,865

**By:**

**Address:** Alpha Bravo Holding Co.
2895 W. Capovilla Ave #140
Las Vegas, NV 89119

**Principal Contact:** Aaron Baker

**E-Mail:** aaron@alphabravoholdings.com

**Tel. No.:** 702-830-1741

V&E

April 2, 2023

**AGREED TO AND ACCEPTED**
**BY THE FOLLOWING EQUITYHOLDER AND**
**MEMBER OF THE OFFICIAL EQUITY COMMITTEE:**

**Name: Brent Berge**
**Aggregate number of shares of Common Stock beneficially held:** 5,284,101

**By:**

**Address:** 6718 E Rovey Avenue
Paradise Valley
Az 85253

**Principal Contact:** Brent Berge

**E-Mail:** brent.berge@bergetoyota.com

**Tel. No.:** 602-430-3673

V&E

April 2, 2023

**AGREED TO AND ACCEPTED**
**BY THE FOLLOWING EQUITYHOLDER AND**
**MEMBER OF THE OFFICIAL EQUITY COMMITTEE:**

**Name: Foundry Digital LLC**
**Aggregate number of shares of Common Stock beneficially held: 2,095,790**

**By:** */s/ Ryan Boyle*

**Address:** 1100 Pittsford Victor Rd.

Pittsford, NY 14534

**Principal Contact:** Ryan Boyle

**E-Mail:** rboyle@foundrydigital.com

**Tel. No.:** 646-456-4195

V&E

April 2, 2023

**AGREED TO AND ACCEPTED**
**BY THE FOLLOWING EQUITYHOLDER AND**
**MEMBER OF THE OFFICIAL EQUITY COMMITTEE:**

**Name: Janice J. Kelly**
**Aggregate number of shares of Common Stock beneficially held: 146,413**

**By:** _/s/ Dee Kelly_

**Address:** 201 Main St., Ste, 2500

Fort Worth, TX 76102

**Principal Contact:**  Dee Kelly

**E-Mail:**  dee.kelly@kellyhart.com

**Tel. No.:**  817-332-2500

V&E

April 2, 2023

**AGREED TO AND ACCEPTED**
**BY THE FOLLOWING EQUITYHOLDER AND**
**MEMBER OF THE OFFICIAL EQUITY COMMITTEE:**


**Name: RBH Holdings, LLC**
**Aggregate number of shares of Common Stock beneficially held:  1,366,381**


**By:** */s/ Randall B. Hale*


**Address:**  3737 Buffalo Speedway, Ste. 1800

           Houston, TX 77098


**Principal Contact:**  Randall B. Hale

**E-Mail:**  rhale@rockhillcap.com

**Tel. No.:**  713-304-8262

**V&E**

April 2, 2023

**AGREED TO AND ACCEPTED**
**BY THE FOLLOWING EQUITYHOLDER AND**
**MEMBER OF THE OFFICIAL EQUITY COMMITTEE:**

Name: The Rudolph Family Trust
Aggregate number of shares of Common Stock beneficially held: 6,940,704

By: _(signature)_

Address: Lawrence Rudolph, Trustee
613 Canyon Greene Dr.
Las Vegas, NV 89144

Principal Contact: Lawrence Rudolph
E-Mail: Laru@724management.com
Tel. No.: 310909-9745

V&E

April 2, 2023

**AGREED TO AND ACCEPTED**
**BY THE FOLLOWING EQUITYHOLDER AND**
**MEMBER OF THE OFFICIAL EQUITY COMMITTEE:**

**Name: Douglas S. Wall**
**Aggregate number of shares of Common Stock beneficially held:  700,000**

**By:** _/s/ Douglas S. Wall_

**Address:** 4233 Versailles Ave.

Dallas, TX 75205

**Principal Contact:**  Douglas S. Wall

**E-Mail:**  wallds@yahoo.com

**Tel. No.:**  214-662-9255



April 2, 2023

## VINSON & ELKINS L.L.P.

### *Additional Terms of Engagement*

These additional terms are an integral part of our agreement with you.

### Scope of Our Work

We provide only legal services. We do not provide business, investment, insurance, underwriting, translation, accounting, financial, or technical services or advice, and you may not rely on us for such advice. Similarly, we do not make business decisions for you, and we do not investigate the character or credit of persons with whom you might be dealing.

Unless specifically included in the "Scope of Engagement" section of the engagement letter, this engagement does not include advice about (i) your disclosure obligations concerning the matter under any applicable law or regulation, including the federal securities laws, (ii) the tax consequences concerning the matter, or (iii) analysis of intellectual property as to freedom to operate, scope of coverage, infringement, validity, or enforceability. We also are not responsible for review of your insurance policies or other documents to determine the possibility of coverage or indemnity for any claim asserted in this matter or for notification of your insurance carriers about the matter. We encourage you to address those issues with other advisors or professionals.

After this matter has concluded, changes in your circumstances or the applicable laws could affect your future rights and obligations. Unless you engage us to do so, we have no obligation to inform you about future legal developments or your future rights and obligations.

### Legal Notices to Clients in Certain Jurisdictions

For New York engagements, New York law requires us to provide you with notice of certain rights in connection with this engagement letter. If a dispute arises between us relating to our fees under this engagement letter, you may have the right to arbitration of the dispute pursuant to Part 137 of the Rules of the Chief Administrative Judge of the Courts of the State of New York. We will send you a copy of those rules upon request. Similarly, certain other jurisdictions may permit arbitration of fees disputes under some circumstances. Also, Texas law requires that we inform clients of the existence of a grievance process. The State Bar of Texas investigates and prosecutes professional misconduct committed by Texas attorneys. Although not every complaint against or dispute with a lawyer involves professional misconduct, the State Bar's Office of Chief Disciplinary Counsel will provide you with information about how to file a complaint. Please call 1-800-932-1900 for more information. Also, the Supreme Court of Texas has promulgated The Texas Lawyer's Creed - A Mandate for Professionalism, which states that an attorney should inform a client of the creed's contents when undertaking a representation. We will send you a copy of the creed upon request. It is also available online at the Texas Bar website, https://www.texasbar.com.



April 2, 2023

### Cooperation and No Guarantees

It is important that you cooperate fully with us and tell us all information and developments relating to this matter, and we may rely on that information without independently verifying it. We will try to achieve a result in this matter that is satisfactory to you, but we make no promises or guarantees concerning the outcome. For example, we cannot assure you that negotiations will be successful, a proposed transaction will be completed, or the outcome of this matter will be favorable to you. Outcomes in litigation and arbitration are especially hard to predict because of many factors that are beyond the control of clients or counsel. Any statements we make concerning possible outcomes of this matter, the legal significance of possible outcomes, or any other legal matters reflect our professional judgment at that time, but they are not guarantees. Those statements necessarily are limited by our knowledge of the facts and are based on the state of the law at the time they are made.

### Billing Arrangements and Terms

You agree to support the Debtors' payment of our invoices in full, and we may request an advance, retainer, or other payment if the Debtors fall behind in their payment obligations or if the scope of the engagement changes subject to the approval of the Bankruptcy Court. The Debtors will also will be responsible for paying any taxes required by law (e.g., VAT) directly resulting from this matter. If the Debtors are required to deduct or withhold any taxes from payments due the Firm, or if the Firm or its lawyers are required to pay any taxes directly to any taxing authority, the Debtors will pay us the additional amounts necessary to compensate the Firm for the withholding or additional cost so that, after the withholding or payment of the taxes, the Firm receives the full amount due under its invoices.

In appropriate matters, as an accommodation, we may send our invoices to third-party payors (e.g., an insurer, indemnitor, litigation funder, or borrower). But, if for any reason a third-party payor does not timely pay our invoices, the Debtors will remain fully responsible for paying them. Likewise, even when a third party pays our fees, we owe our professional obligations to you, not to that third party.

Some clients ask us to invoice them using e-billing software or third-party e-billing services. We will do so if it can be done in a way that is technologically practical and consistent with our internal security and IT procedures. If the Debtors ask us to use such a vendor, we will assume that they have negotiated appropriate confidentiality protections and limits on the vendor's use of the information, and that those terms satisfy our confidentiality obligations to you and any cybersecurity guidelines you or the Debtors might send us.

**For Matters Involving eDiscovery**: As you know, litigation matters frequently involve the use of a third party database platform to handle eDiscovery requirements. Some of our clients have their own eDiscovery software tools, and others have made direct arrangements with eDiscovery vendors. If you've already made such arrangements, or if you wish to explore them for this matter, of course we will be happy to use them. If you rely on the Firm to supply an eDiscovery solution, we will use the Relativity platform. The Firm has a relationship with Relativity under which we pay a fee that fluctuates according to several variables, some of which



April 2, 2023

are retrospective. We do not use those same variables in calculating what we charge our clients for using Relativity; our charges to you are generally based on the size of the database, whether it's active or inactive, and the number of user licenses the client requires. We expect that the fees we charge our clients will defray the costs we incur to provide this platform. But because our costs and our revenues fluctuate separately, in some instances the fee you are charged may be more than what we pay Relativity for the service. We cannot tell in advance whether that will be the case for any specific matter in any particular time period. We believe our charges are competitive with, and typically favorable to, the market price for such services, but you are, of course, free to explore other options, and we will follow your instructions either way.

### Representing Other Attorneys

We represent attorneys and law firms in professional liability, business, tax, and other matters. This means that we may represent in another matter an attorney or law firm who opposes your interests in this matter. This will not affect our ability to represent your interests in this matter competently and diligently, nor would we pull our punches for one client to benefit another.

### Personal Investments by Firm Attorneys

The Firm does not separately track, for conflict of interest purposes, the personal investments made by our attorneys. Many own shares or other interests in companies, mutual funds, various investment vehicles, or real property. Also, some of the Firm's partners may invest together in private equity funds or other similar investment vehicles. In particular, the Firm has organized an investment partnership (the "Fund")—separate from the Firm—in which some partners participate. The Fund sometimes participates in investment opportunities presented by our clients or others. Given the nature of this Firm's practice, at any given time, the Fund (directly or indirectly) might have investments in energy, financial services, private equity, and technology companies or other opportunities. In general, we do not believe that these investments are material either to (i) the entities in which the attorneys or the Fund invest or (ii) the attorneys who have invested. However, if you are concerned about investments in a particular entity, please ask us to canvass our attorneys about any investments in that entity.

### Law Firm Privilege and Possible Conflict of Interest

While representing you, circumstances may arise where we believe it is appropriate to consult with the Firm's General Counsel's Office (or with other Firm attorneys working with our General Counsel's Office) on this matter. We will do this at our own expense. To the extent that we are addressing our duties and obligations to you or others, a conflict of interest might arise between you and the Firm. You agree that such consultations are privileged and confidential communications between the Firm and its counsel and therefore are protected from disclosure to you. Each member of the Official Equity Committee also agrees to waive any claim of conflict of interest that exists or might arise out of those consultations.



April 2, 2023

**Confidentiality and Disclosure of Attorney-Client Relationship**

We will use your confidential information only in connection with representing you.  We will not disclose your confidential information, use it to your disadvantage, or use it to the advantage of other clients.  Likewise, we will not share with you or use for your benefit confidential information that we receive from other clients.  Each member of the Official Equity Committee agrees, however, that we may disclose the existence of this attorney-client relationship and a general description of the nature of the engagement for the limited purpose of obtaining informed consent or a conflicts waiver from another client.

In Firm brochures and other materials or information about our practice, we may identify you as a Firm client, indicate the general nature of our representation of you, and provide examples of engagements handled on your behalf (including this matter).  If you do not wish to have your name mentioned in those materials, please inform us in writing.

**Cybersecurity, Secure Electronic Communications, and Privacy**

We have ISO 27001 certification for our U.S. and U.K. information security management systems that handle Client Materials (defined below).  As part of our information security program, we take steps to safeguard data that are entrusted to us, including personal data, as defined by the EU General Data Protection Regulation 679/2016 ("GDPR") concerning individuals located in the European Union.  Our information security program implements technical and organizational measures designed to protect personal data against unlawful, unauthorized, or accidental loss, disclosure, destruction, access, or use.  Please do not send us any personal data regarding individuals that is protected by the GDPR, the Health Insurance Portability and Accountability Act ("HIPAA"), or other similar statutes unless you (i) have consent from the data subjects or some other lawful basis to provide their personal data to us, (ii) agree that we may maintain and use that data to represent you, and (iii) agree that we need to use that personal data to carry out our representation of you.  If you share with us any personal data that is subject to the GDPR, you and the Firm will act as independent data controllers with our own responsibilities to comply with any applicable obligations of the GDPR or national implementing legislation.  While representing you in this matter, if you or others provide us with "special categories of data" or other sensitive personal data, as defined by the GDPR, please inform us in writing so that we may consider whether to take any additional steps to safeguard the information.

**Local Counsel, Outside Contractors, and Service Providers**

If you need local or special counsel in this matter, you will be responsible for retaining them.  We are not responsible for the quality of other counsel's work even if we provide you with recommendations, instruct them directly, or coordinate with them.

We sometimes use outside contractors and service providers in some areas of our practice or operations.  They include vendors, eDiscovery and data-hosting providers, temporary or contract attorneys and paralegals, consultants, advisors, experts, investigators, court reporters, translators, registered agents, local counsel, and other service providers.  In performing their services, those people may have access to confidential information, and we will take appropriate



April 2, 2023

steps to preserve the confidentiality of any such information.  Each member of the Official Equity Committee consents to our allowing outside contractors and service providers access to such information as described.

### Compulsory Process and Post-Engagement Tasks

After this matter ends, you might ask us, or we might be compelled, to undertake certain post-engagement tasks relating to this matter, such as responding and objecting to subpoenas, searching for and producing documents, preparing for testimony, performing transition work, and other similar activities.  In those situations, we will promptly notify and consult with you unless we are legally prohibited from doing so, and you agree to compensate us for the fees and expenses we incur, including payment for the time spent by our attorneys and other timekeepers calculated at our then applicable hourly rates.  If we receive a subpoena, we will inform you, if legally permitted to do so.  Pending instruction from you, we will attempt to limit the subpoena on any reasonable ground and will object to the subpoena and assert all reasonable arguments against disclosure.  If we are ordered by a court to produce documents or other information or are otherwise required to so do by law, you agree that we may produce the documents or other information and that we are not required to file an appeal from that judicial order.  Nothing in this engagement letter obligates our attorneys or personnel to submit to interviews or to provide testimony.  Performing post-engagement tasks will not constitute providing legal services to you, and it will not create or revive an attorney-client relationship between us.

### Document Retention and Destruction

While representing you, we likely will receive or create documents and materials such as correspondence, memoranda, pleadings, exhibits, transcripts, physical evidence, various agreements, transaction documents, and other documents and materials directly and substantively related to the representation (collectively, "Client Materials").  We will keep the Client Materials in files we will create for this matter.  You agree that we may maintain some or all of those Client Materials solely in electronic form and that the metadata associated with those electronic documents are not Client Materials.

We also may create and maintain our own materials related to this matter which will belong to us ("Firm Materials").  Firm Materials are prepared for our internal use and include, for example, Firm administrative records, conflicts and new business intake materials and reports, time and billing reports, personnel and staffing materials, credit, expense, and accounting records, administrative and routine internal documents, notes, emails, and drafts not distributed outside the Firm, form files or templates (even if referred to in the course of this matter), and other materials and internal communications not directly and substantially part of the representation.

After the end of this matter, upon your request and assuming our fees and charges have been paid, we will send you the Client Materials at your expense.  We reserve the right to retain a copy of the Client Materials.  If you ask us to send you paper copies of documents that we maintain solely in electronic form, scan paper documents into an electronic format, or convert electronic documents from one electronic format into another, you agree to pay the associated costs.



April 2, 2023

 

     If you do not request the Client Materials when this matter ends, we will keep them for a reasonable period of time (currently seven years for most documents) after the end of the matter. In so doing, we will follow our own records retention policy, not yours.  Retaining those or other materials does not constitute the performance of legal services for you and does not create or revive an attorney-client relationship between us.  After the applicable retention period, we may destroy the Client Materials without any additional notice to you.

**<u>EXHIBIT A</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC., *et al.*,** | § | **Case No. 22-90341 (DRJ)** |
| | § | |
| | § | **(Jointly Administered)** |
| Debtors.[1] | § | |
| | § | **Re: Dkt. No. ___** |

**ORDER AUTHORIZING THE RETENTION AND
EMPLOYMENT OF VINSON & ELKINS LLP AS COUNSEL
FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS**

Upon the application (the "***Application***")[2] of the Official Equity Committee for the entry

of an order (the "***Order***") authorizing the Official Equity Committee to retain and employ V&E as

its counsel effective as of March 30, 2023; and the Court having reviewed the Application, the

Meyer Declaration, and the Wall Declaration; and the Court having jurisdiction over the matters

raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that

this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final

order consistent with Article III of the United States Constitution; and the Court having found that

venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408

and 1409; and the Court having found based on the representations made in the Application, the

Meyer Declaration, and the Wall Declaration that V&E's employment is in the best interests of

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198).  The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2]    Capitalized terms used but not otherwise defined herein shall have the meaning set forth in the Application.

the Debtors' estates and that V&E (a) does not represent, and does not hold, any interest adverse to the Official Equity Committee and (b) is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and has no connection to the Official Equity Committee or other parties in interest except as set forth in the Meyer Declaration; and the Court having found that proper and adequate notice of the Application and hearing thereon has been given and that no other or further notice is necessary; and the Court having found that good and sufficient cause exists for the granting of the relief requested in the Application after having given due deliberation upon the Application and all of the proceedings before the Court in connection with the Application, it is HEREBY ORDERED THAT:

1.      Pursuant to sections 328 and 1103 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, Bankruptcy Local Rules 2014-1 and 2016-1, and paragraph 37 of the Complex Case Procedures, the Official Equity Committee is authorized to retain and employ V&E as its counsel effective as of March 30, 2023, in accordance with (a) the terms and conditions set forth in the Engagement Letter attached to the Application as **Schedule 1** to **Exhibit B-1** and (b) this Order.

2.      V&E shall be compensated in accordance with and will file interim and final fee applications for allowance of its compensation and expenses and shall be subject to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and applicable law.  For billing purposes, V&E shall keep its time in one tenth (1/10) hour increments in accordance with the Guidelines.  V&E shall also make reasonable efforts to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the Guidelines, both in connection with the Application and any interim and final fee applications to be filed by V&E in these chapter 11 cases.  All billing records filed in support of fee applications will use an open and searchable LEDES or other electronic data format.

2

3.      V&E will review its files periodically during the pendency of the chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, V&E will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

4.      V&E shall provide ten business days' notice to the Debtors, the U.S. Trustee, and the Official Equity Committee before any increases in the rates set forth in the Application are implemented and shall file such notice with the Court.  The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

5.      V&E shall use its best efforts to avoid any duplication of services provided by any of the Official Equity Committee's other retained professionals in these chapter 11 cases.

6.      The Official Equity Committee and V&E are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

7.      Notice of the Application as provided therein is deemed to be good and sufficient notice of such Application, and the requirements of the Local Bankruptcy Rules and Complex Case Procedures are satisfied by the contents of the Application.

8.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9.      The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

3

Dated: _____, 2023
Houston, Texas

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

4

# **EXHIBIT B-1**

## **Meyer Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.,* | § | **Case No. 22-90341 (DRJ)** |
| | § | |
| | § | **(Jointly Administered)** |
| Debtors.[1] | § | |
| | § | |

### DECLARATION OF DAVID S. MEYER IN SUPPORT OF
### APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING
### THE RETENTION AND EMPLOYMENT OF VINSON & ELKINS LLP AS
### COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS

I, David S. Meyer, hereby declare under penalty of perjury that the following is true and correct:

1.      I am a partner of the law firm of Vinson & Elkins LLP ("***V&E***").[2] I am one of the lead attorneys from V&E working on these chapter 11 cases. I am a member in good standing of the State Bar of New York and the State Bar of Connecticut. There are no disciplinary proceedings pending against me.

2.      I submit this declaration (the "***Declaration***") in support of the *Application for Entry of an Order Authorizing the Retention and Employment of Vinson & Elkins LLP as Counsel for the Official Committee of Equity Security Holders Effective As of March 30, 2023*

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2]     Capitalized terms used but not otherwise defined herein have the meanings set forth in the Application.

(the "*Application*").  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

## V&E'S QUALIFICATIONS

3.      The Official Equity Committee seeks to retain V&E because, among other reasons, (a) V&E has extensive experience and knowledge in the field of debtors' protections, creditors' rights, and business reorganizations under chapter 11 of the Bankruptcy Code, (b) V&E is widely recognized as one of the world's leading legal advisors, (c) V&E has extensive experience and knowledge in handling corporate, capital markets, debt restructuring, and other transactions for companies in a variety of industries, and (d) V&E has significant experience acting as legal counsel to debtors, creditors, and equity security holders in complex chapter 11 cases before the Court.

## SERVICES TO BE PROVIDED

4.      The Official Equity Committee anticipates that V&E will, among other things, render the following legal services:

a.      provide legal advice with respect to the Official Equity Committee's powers and duties as an official committee of the Debtors' estates in these chapter 11 cases;

b.      prepare on behalf of the Official Equity Committee all necessary motions, answers, orders, reports, and other legal papers in connection with these chapter 11 cases;

c.      take all necessary actions to represent the Official Equity Committee in its communications and negotiations with the Debtors, the U.S. Trustee, the UCC, and other stakeholders (including equity securityholders);

d.      represent the Official Equity Committee to discharge its duties in accordance with the OEC Appointment Order, the record at the hearing thereon, and/or as otherwise expanded by the approval of the Court;

e.      consult with the Debtors, the U.S. Trustee, the UCC, and all other creditors and parties in interest concerning the administration of these chapter 11 cases; and

f.      provide representation and all other legal services required by the Official Equity Committee in discharging its duties as an official committee or otherwise in connection with these chapter 11 cases.

2

## PROFESSIONAL COMPENSATION

5.      V&E intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Complex Case Procedures, and any other applicable procedures and orders of the Court, including, among others, the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 541] and the OEC Appointment Order.  V&E shall also make reasonable efforts to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* in connection with interim and final fee applications to be filed by V&E in these chapter 11 cases.

6.      The hourly rates and corresponding rate structure V&E will use in these chapter 11 cases are the same as or similar to the hourly rates and corresponding rate structure that V&E currently uses in other restructuring matters and in many complex corporate, securities, and litigation matters, whether in court or otherwise, regardless of whether a fee application is required. These hourly rates and the corresponding rate structure reflect that such restructuring and other complex matters typically are, *inter alia*, national in scope and involve great complexity, high stakes, and significant time pressures.

7.      V&E operates in a national marketplace for legal services in which rates are driven by multiple factors relating to, among other things, the tenure, experience, and specialization of the individual lawyer, V&E's performance and reputation, and the nature of the work involved.

3

US 9961317

8.      V&E's current hourly rates for matters related to these chapter 11 cases range from $730 to $1,920 per hour for attorneys and approximately $420 per hour for paraprofessionals and other time keepers.  V&E's hourly rates are set at a level designed to compensate V&E fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses.  Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions.  These hourly rates are consistent with the rates that V&E currently charges for other similar representations and with the hourly rates that comparable counsel would charge to do work substantially similar to the work V&E will perform in these chapter 11 cases.

9.      V&E's hourly rates for services rendered on behalf of the Official Equity Committee are as follows:

| Timekeeper | U.S. Range |
| --- | --- |
| Partners | $1,590 - $1,920 |
| Counsel/Of Counsel | $1,425 |
| Associates | $730 - $1,150 |
| Paraprofessionals | $420 |

10.     It is V&E's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that client.  It is also V&E's policy to charge its clients only the amount actually incurred by V&E in connection with such items.  Examples of such expenses include postage, overnight mail, courier delivery, transportation, computer-assisted legal research, photocopying, airfare, and lodging.

11.     V&E is aware of the need to preserve the value of the Debtors' estates for the benefit of all stakeholders.  V&E will work efficiently and remain mindful of its chief objective: to help assist the Official Equity Committee discharge its duties by progressing "(a) valuation and

4

(b) negotiations, in each case related to determining the terms of confirmation of a chapter 11 reorganization plan" in these chapter 11 cases.[3]

### ATTORNEY STATEMENT PURSUANT TO THE GUIDELINES

12.     The following is provided in response to the request for additional information set forth in Paragraph D.1 of the Guidelines:

a. **Question**:  Did V&E agree to any variations from, or alternatives to, V&E's standard billing arrangements for this engagement?

**Answer**:  No.

b. **Question**:  Do any of the V&E professionals in this engagement vary their rate based on the geographic location of these chapter 11 cases?

**Answer**:  No.

c. **Question**:  If V&E has represented the Official Equity Committee in the 12 months prepetition, disclose V&E's billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If V&E's billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

**Answer**:  V&E has not represented the Official Equity Committee in the 12 months prepetition.

d. **Question**:  Has the Official Equity Committee approved V&E's budget and staffing plan, and, if so, for what budget period?

**Answer**:  Yes, the Official Equity Committee has approved V&E's prospective budget and staffing plan for the period from March 30, 2022 through June 7, 2022.

### SEARCH METHODS FOR POTENTIAL CONFLICTS

13.     V&E used its standard procedures (the "***Firm Procedures***") to review its relationships to parties that may have connections to the Official Equity Committee, the Debtors, or other parties in interest.  V&E searched its conflicts databases, which are designed to reveal conflicts of interest and other connections to existing and former clients and to non-client third

---

[3]     *See* OEC Appointment Order ¶ 8.

parties.  V&E's conflicts databases contain, *inter alia*, the names of any person or entity for which V&E has provided services or has otherwise billed for services for approximately the past 30 years and the names of adverse parties.  The search results were printed and reviewed for conflicts by a V&E attorney.  To the extent any possible conflicts were identified, I or an attorney working under my supervision contacted (as necessary) attorneys at V&E who were listed on the report as having previous or current connections to persons or entities that may be either related to the Official Equity Committee or connected to these chapter 11 cases in any way.  To the extent needed, I obtained information and guidance with regard to the particular connections reflected from these attorneys.

14.    V&E searched the parties listed on **Schedule 2** hereto.[4]  The following is a list of the applicable categories that V&E has searched:

| **Schedule**[5] | **Category** |
|---|---|
| 2(a) | Affiliates of Current Officers and Directors |
| 2(b) | Ad Hoc Group of Equity Security Holders Members and Professionals |
| 2(c) | Bankruptcy Judges and Staff for the Southern District of Texas |
| 2(d) | Bank Accounts |
| 2(e) | Bondholders, Noteholders, and Indenture Trustees |
| 2(f) | Benefit Providers |
| 2(g) | Clerk of the Court for the Southern District of Texas |
| 2(h) | Current and Former Officers and Directors |
| 2(i) | Debtors, Former Names, and Trade Names |
| 2(j) | Debtors' Professionals |

---

[4]    V&E's inclusion of parties herein and on **Schedule 2** is solely to illustrate V&E's conflict search process and is not an admission that any party has a valid claim against the Debtors or that any party properly belongs in the schedules or has a claim or legal relationship to the Debtors or interest in the Debtors of the nature described herein and on **Schedule 2**.

[5]    V&E's inclusion of parties on this **Schedule 2** is solely to illustrate V&E's conflict search process and is not an admission that any party has a valid claim against the Debtors or that any party properly belongs in the schedules or has a claim or legal relationship to the Debtors or interest in the Debtors of the nature described herein.

6

| **V&E'S** | **Schedule**[5] | **Category** |
|---|---|---|
| | 2(k) | Insurance Providers and Brokers |
| | 2(l) | Landlords and Parties to Leases |
| | 2(m) | Lenders |
| | 2(n) | Litigation Counterparties and Litigation Pending Lawsuits (Includes Threatened Litigation) |
| | 2(o) | Non-Debtor Affiliates and Subsidiaries |
| | 2(p) | Non-Debtor Professionals |
| | 2(q) | Official Committee of Unsecured Creditors Members and Professionals |
| | 2(r) | Ordinary Course Professionals |
| | 2(s) | Other Parties in Interest (Notice of Appearance Parties and Any Other Person/Group Appointed) |
| | 2(t) | Regulatory and Governmental Agencies |
| | 2(u) | Secured Creditors |
| | 2(v) | Significant Competitors |
| | 2(w) | Significant Customers and Contract Counterparties |
| | 2(x) | Significant Known Equity Security Holders >5% |
| | 2(y) | Significant Vendors and Suppliers |
| | 2(z) | Taxing Authorities |
| | 2(aa) | Top 30 Unsecured Creditors |
| | 2(bb) | Top 100 Largest Unsecured Claims (Excluding Insiders) |
| | 2(cc) | UCC Search Results and UCC Lien Search Results |
| | 2(dd) | U.S. Attorney's Office for the Southern District of Texas |
| | 2(ee) | United States Trustee and Staff for the Southern District of Texas – Region 7 |
| | 2(ff) | Utility Providers and Utility Brokers |

## **DISINTERESTEDNESS**

15.      V&E previously has represented, currently represents, and might in the future represent entities that are stakeholders or parties in interest in these chapter 11 cases; however, V&E's representation of those entities is in matters that are unrelated to the Official Equity Committee or these chapter 11 cases.  V&E has approximately 700 attorneys and a large and diversified legal practice that encompasses the representation of many financial institutions and

7

commercial organizations. Some of these institutions and organizations are or might consider themselves to be creditors, stakeholders, equity security holders, or parties in interest in these chapter 11 cases. The results listed on **Schedule 3** hereto are the product of implementing the Firm Procedures described above and are based on the relationship of the indicated persons, entities, or their affiliates with the Official Equity Committee and V&E.

16.    V&E currently represents, and in the past has represented, Apollo Capital Management, L.P. and its affiliates ("**_Apollo_**") and BlackRock Financial Management, Inc. and certain of its affiliates ("**_BlackRock_**") in a variety of matters unrelated to the Official Equity Committee, the Debtors, or these chapter 11 cases. So far as V&E can determine, the factual and legal issues in this matter are unrelated to the work V&E does or is likely to do for Apollo and/or BlackRock. V&E will not represent Apollo and/or BlackRock in connection with any matters related to the Debtors' restructuring or these chapter 11 cases. I do not believe V&E's current or past representation of Apollo or BlackRock in unrelated situations presents a conflict but have disclosed the connection out of an abundance of caution.

17.    In addition to Apollo and BlackRock, V&E previously represented Barclays Capital Inc. (together with its affiliates, "**_Barclays_**") as the underwriter in the initial public offering of Power & Digital Infrastructure Acquisition Corp ("**_Power & Digital_**"). Power & Digital merged with Core Scientific, Inc. to take Core Scientific, Inc. public in a de-SPAC transaction in November of 2022. Core Scientific, Inc. is now the lead Debtor in these chapter 11 cases. However, so far as V&E can determine, the factual and legal issues in this matter are unrelated to the work V&E does or is likely to do for the Official Equity Committee. V&E's representation of Barclays has been completed and V&E will not represent Barclays in connection with any matters related to the Debtors' restructuring or these chapter 11 cases. I do not believe

8

V&E's past representation of Barclays presents a conflict but have disclosed the connection out of an abundance of caution.

18.      Except as set forth in this Declaration, V&E has not, does not, and will not represent any of the entities or individuals listed on **Schedule 3**, or any of their respective subsidiaries or affiliates, in matters related to these chapter 11 cases.[6]

19.      In addition to appearing as counsel in cases in the Southern District of Texas, some V&E attorneys (and members of their immediate families) are active, and some hold leadership positions, in state and local bar activities, participate in continuing legal education activities, have affiliations through law school or other organizations, and might have other social interactions in the community that might involve some incidental contact with judges and other personnel of the United States Bankruptcy Court for the Southern District of Texas, the District Court for the Southern District of Texas, the U.S. Trustee for Region 7, or any attorney for or employee of the Office of the U.S. Trustee for Region 7.

20.      Based on the conflicts search conducted to date and described in this Declaration, to the best of my knowledge, neither I, V&E, nor any V&E attorney, insofar as I have been able to ascertain, has any connection with the Official Equity Committee, any other parties in interest, their respective attorneys and accountants, the Office of the U.S. Trustee, any person employed in the Office of the U.S. Trustee, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the Southern District of Texas, except as disclosed or otherwise described in this Declaration.

---

[6]    The information listed on **Schedule 2** and **Schedule 3** is subject to change and may change during the pendency of these chapter 11 cases.  Accordingly, V&E will update this Declaration as necessary if V&E becomes aware of additional material information.

9

21.     The foregoing facts are disclosed out of an abundance of caution as prescribed by Bankruptcy Rule 2014(a).  To the best of my knowledge, and based on the foregoing: (a) V&E is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and does not hold or represent an interest adverse to the Debtors' estates and (b) V&E has no connection, (as that term is defined in Bankruptcy Rule 2014), to the Official Equity Committee or other parties in interest, except as may be disclosed in this Declaration.

22.     V&E will use reasonable efforts to see that no conflicts or other disqualifying circumstances exist or arise during the pendency of these chapter 11 cases.  If any new material facts or relationships are discovered or arise, V&E will use reasonable efforts to identify them and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

Dated: April 28, 2023
New York, New York

/s/ David S. Meyer
David S. Meyer
Partner, Vinson & Elkins LLP

10

US 9961317

**Schedule 2**

**Conflicts Parties Searched**

| **Schedule**[1] | **Category** |
|---|---|
| 2(a) | Affiliates of Current Officers and Directors |
| 2(b) | Ad Hoc Group of Equity Security Holders Members and Professionals |
| 2(c) | Bankruptcy Judges and Staff for the Southern District of Texas |
| 2(d) | Bank Accounts |
| 2(e) | Bondholders, Noteholders, and Indenture Trustees |
| 2(f) | Benefit Providers |
| 2(g) | Clerk of the Court for the Southern District of Texas |
| 2(h) | Current and Former Officers and Directors |
| 2(i) | Debtors, Former Names, and Trade Names |
| 2(j) | Debtors' Professionals |
| 2(k) | Insurance Providers and Brokers |
| 2(l) | Landlords and Parties to Leases |
| 2(m) | Lenders |
| 2(n) | Litigation Counterparties and Litigation Pending Lawsuits (Includes Threatened Litigation) |
| 2(o) | Non-Debtor Affiliates and Subsidiaries |
| 2(p) | Non-Debtor Professionals |
| 2(q) | Official Committee of Unsecured Creditors Members and Professionals |
| 2(r) | Ordinary Course Professionals |
| 2(s) | Other Parties in Interest (Notice of Appearance Parties and Any Other Person/Group Appointed) |
| 2(t) | Regulatory and Governmental Agencies |
| 2(u) | Secured Creditors |
| 2(v) | Significant Competitors |
| 2(w) | Significant Customers and Contract Counterparties |
| 2(x) | Significant Known Equity Security Holders >5% |
| 2(y) | Significant Vendors and Suppliers |
| 2(z) | Taxing Authorities |

---

[1]   V&E's inclusion of parties on this **Schedule 2** is solely to illustrate V&E's conflict search process and is not an admission that any party has a valid claim against the Debtors or that any party properly belongs in the schedules or has a claim or legal relationship to the Debtors or interest in the Debtors of the nature described herein.

| **Schedule**[1] | **Category** |
|---|---|
| 2(z) | Taxing Authorities |
| 2(aa) | Top 30 Unsecured Creditors |
| 2(bb) | Top 100 Largest Unsecured Claims (Excluding Insiders) |
| 2(cc) | UCC Search Results and UCC Lien Search Results |
| 2(dd) | U.S. Attorney's Office for the Southern District of Texas |
| 2(ee) | United States Trustee and Staff for the Southern District of Texas – Region 7 |
| 2(ff) | Utility Providers and Utility Brokers |

### Schedule 2(a)

**Affiliates of Current Officers and Directors**

Baylor Health Care System Foundation

California Institute of Technology (Caltech)

Diamond Offshore Drilling, Inc.

Kayne Anderson BDC, LLC

Kayne Anderson Capital Advisors, L.P.

Kayne Anderson Energy Infrastructure Fund Inc. (KYN)

Kayne Anderson NextGen Energy & Infrastructure Inc. (KMF)

Laredo Petroleum, Inc.

Mackay Shields, LLC

Mallinckrodt Pharmaceuticals

Memorial Hermann Hospital System

Och Ziff Capital Management, LP

Pledgeling Technologies

Prostate Cancer Foundation

Scientific Games Corporation

Southwestern Medical Foundation

Talos Energy, Inc.

Teacher Retirement System of Texas

The Council on Foreign Relations

The Music Acquisition Corp

TPG Pace Beneficial Finance Corporation I and II

Weatherford International

**Schedule 2(b)**

**Ad Hoc Group of Equity Security Holders Members and Professionals**

Allane Ray O'Neil

Alpha Bravo Holding Company Inc.

Bitrockett LLC

Brent Berge

Brett Talla

David Askew

David M. Talla

Douglas Abrams

Douglas Wall

Eddie Griffin

George Wilson

Grady Roberts

Jacob Novak

Jared Talla

Jay Deutsch

Joe Judson

John T. Rifenbark

Justin B. Kalb Trust

Kevin Turner

Lukasz Gottwald

Mark Beaven

Mark Spino

Matt Stringfellow

Randall Hale

Skadden, Arps, Slate, Meagher & Flom LLP

Stefan Amling

The Rudolph Family Trust

Todd Deutsch

Two Seas Capital LP

Two Trees Capital BVI Ltd.

W5 Family Trust

Wesley Hoaglund

Weston Adams

WS-Oaxaca LLC

**<u>Schedule 2(c)</u>**

**Bankruptcy Judges and Staff for the Southern District of Texas**

Albert Alonzo

Ana Castro

Jeannie Chavez

Judge Christopher M. Lopez

Judge David R. Jones

Judge Eduardo V. Rodriguez

Judge Jeffrey P. Norman

Judge Marvin Isgur

LinhThu Do

Mario Rios

Rosario Saldana

Tracey Conrad

Tyler Laws

Vriana Portillo

Zilde Martinez

## **Schedule 2(d)**

**Bank Accounts**

Bank of America
Bremer Bank
City National Bank

## **Schedule 2(e)**

### **Bondholders, Noteholders, and Indenture Trustees**

U.S. Bank National Association

## Schedule 2(f)

**Benefit Providers**

Aetna

Aflac

Allstate Benefits

American Security and Protection Services LLC

Blue Cross Blue Shield CA

Blue Cross Blue Shield NC

BNY Mellon Bank

Chubb Personal Excess Liability Insurance

Citibank (Administered by PayFlex)

Delta Dental

Expensify Payments LLC

Farmers Group Select Home & Auto Insurance

Florida Blue

Globalization Partners Professional Services

Group Health Aetna

Guardian

Kaiser Permanente

MetLife

Optum Bank

Securitas Security Services USA, Inc.

TriNet – COBRA

TriNet HR III, LLC

Tufts

UnitedHealthcare ("UHC")

Vision Service Plan ("VSP")

## **Schedule 2(g)**

### **Clerk of the Court for Southern District of Texas**

Darlene Hansen
Nathan Ochsner

**Schedule 2(h)**

**Current and Former Officers and Directors**

Aber Whitcomb

Alan Curtis

Brandon Curtis

Brett Harrison

Brian Neville

Bryce Johnson

Caleb Tebbe

Carol Haines

Christel Sice

Christy Barwick

Clark Swanson

Colin Crowell

Dan Christen

Darin Feinstein

Denise Sterling

Devon Eldridge

George Kollitides

Harlin Dean

Jarvis Hollingsworth

Jeff Pratt

Jeff Taylor

Katharine ("Katy") Hall

Kevin Turner

Kneeland Youngblood

Krista Rhynard

Kyle Buckett

Larry Rudolph

Lynn Burgener

Matthew Bishop

Matthew Brown ("Matt")

Matthew Minnis ("Matt")

Michael Bros

Michael Levitt ("Mike")

Michael Truzpek

Neal P. Goldman

Peter Dorrius

Peter J. Novak

Peter Sladic

Russell Cann

Sharon Orlopp

Stacie Olivares

Steve Gitlin

Todd DuChene

Weston Adams

**Schedule 2(i)**

**Debtors, Former Names, and Trade Names**

155 Palmer Lane, LLC

American Property Acquisition, LLC

American Property Acquisitions I, LLC

American Property Acquisitions VII, LLC

Blockcap, Inc.

Core Scientific Acquired Mining LLC

Core Scientific Holdings Co.

Core Scientific Mining LLC

Core Scientific Operating Company

Core Scientific Specialty Mining (Oklahoma) LLC

Core Scientific, Inc.

Core Scientific, Inc.

GPU One Holdings, LLC

Mineco Holdings, Inc.

Power & Digital Infrastructure Acquisition Corp.

RADAR LLC

Radar Relay, Inc.

Radar Relay, LLC

Starboard Capital LLC

XPDI

## **Schedule 2(j)**

### **Debtors' Professionals**

AlixPartners LLP

Deloitte Financial Advisory Services LLP

Deloitte Tax LLP

Marcum LLP

PJT Partners LP

Scheef & Stone, L.L.P.

Stretto, Inc.

Weil, Gotshal & Manges LLP

## Schedule 2(k)

### Insurance Providers and Brokers

AmTrust

AON

Arch Specialty Ins. Co (via AmWins)

Ascot Syndicate No. 1414 (Ethos via AmWins)

Aspen Specialty Ins. Co (via AmWins)

AXIS Surplus Ins. Co (via Amwins)

Beazley (Lloyd's Syndicate 2623)

Beazley (Lloyd's Syndicate No. 2623 (Beazley UK)

Beazley Insurance Company

Berkley National Insurance Company

Berkley Prof Liability

Berkshire Hathaway Specialty Ins. Company

CAC Specialty

Columbia Casualty Company (CNA)

Endurance American Specialty Insurance Company (Sompo)

Federal Insurance Company (Chubb)

General Casualty Co of WI (QBE)

Harco National Insurance Company (360)

Hiscox Insurance Company

Kinsale Insurance Company (via Amwins)

Landmark American Insurance Company (RSUI via Amwins)

Lexington Insurance Company (AIG) via RT Specialty

Lexington Insurance Company (via Amwins)

Lloyd's Syndicate No. 2623 (Beazley UK)

National Union Fire Ins. Co of Pittsburgh (AIG)

Navigators Insurance Co (Hartford)

Obsidian Specialty Insurance Company (Orion via RT Specialty)

Pennsylvania Insurance Company (Applied via RT Specialty)

Policies Held by PEOs TriNet and

Globalization Partners

QBE Insurance Corporation

Starr Indemnity & Liability Co

Swiss Re Corporate Solutions Capacity Ins. Corp (via Amwins)

The Princeton Excess & Surplus Lines Ins. Co (Munich Re via Amwins)

U.S. Customs and Border Protection

Vantage Risk Specialty Insurance Company (RT Specialty)

Wright National Flood Ins. Co (NFIP)

XL Specialty Ins. Co.

## Schedule 2(l)

### Landlords and Parties to Leases

Cheryl Ogle & the Crystal Ogle Management Trust

City of Denton

Dalton-Whitfield Joint Development Authority

Elmington Property Management LLC

Elmington Property Mgmt. LLC – Monarch Apartments

Hannig Row Partnership

Hudson GRC LLC

Hurd Real Estate Associates

Jobe Ranch Family Limited Partnership

Jobe Ranch Family Limited Partnership, Lessor (11/15/2021)

Liberty Point Apartments

Minnkota Power Cooperative Inc.

Minnkota Power Cooperative, Lessor (Commercial Lease, Ground Lease)

Mobley Holdings LLC – Liberty Point Apartments

Monarch Apartment Homes

Ncredible Properties

Nodak Electric Cooperative

Nodak Electric Cooperative Inc.

Peerless Events & Tents LLC

SRPF A QR Riversouth LLC

The District

The Preserve at Spring Creek

Tien Yun Investments, LLC (dba TY Properties)

Worksmith, Inc.

## Schedule 2(m)

### Lenders

1994 Steinfeld Family Trust

36th Street Capital

ACM ELF ST, LLC (Atalaya)

Amplify Transformational Data Sharing ETF

Anchorage Lending CA, LLC

Andrew Rosen 2004 Successor Insurance Trust

Apollo Centre Street Partnership, L.P.

Apollo Lincoln Fixed Income Fund, L.P.

Apollo Moultrie Credit Fund, L.P.

Apollo Tactical Value SPN Investments, L.P.

Arctos Credit, LLC

B. Riley Bridge Loan

B. Riley Commercial Capital, LLC

Bank of the West

Barings BDC, Inc.

Barings Capital Investment Corporation

Barings Private Credit Corp.

Barkley Investments, LLC

Better Downtown Miami LLC

Birch Grove Strategies Master Fund LP

BlackRock Credit Alpha Master Fund L.P.

BlockFi, Inc.

BlockFi A

BlockFi B

BlockFi Lending LLC

Bremer Bank, National Association

BRF Finance Co., LLC

Brown Corporation

Cannon Investments LLC

Celsius Core LLC

Corbin Opportunity Fund, L.P.

Cryptonic Black, LLC

David Sarner

De Lage Landen Financial Services, Inc.

Dell Financial Services L.L.C.

Douglas Lipton

Ferro Investments Ltd.

FGK Investments Ltd.

Fidelity Capital Corp.

First Sun Investments, LLC

Frank Pollaro

FTF Diversified Holdings, LP

Galaxy Digital LP

Garic Limited

Genesis Global Capital, LLC

Genesis Global Capital, LLC #1

Greensledge Merchant Holdings, LLC

Gullane Capital Partners, LLC

Gullane Digital Asset Partners OP, LLC

Gullane Digital Asset Partners, LLC

HC NCBR Fund

Holliwood, LLC

Ibex Partners (Core) LP

ICG CoreSci Holdings, LP

Indigo Direct Lending, LLC

Jack Novak

James Pulaski

Jason Capello

John Badger Quinn

John P. Joliet

JPAS – Credit LLC ("JPAS" is Jordan Park Access Solutions)

JPAS – Crypto Infrastructure-A S.P.

JSK Partnership LLC

Kensico Associates, L.P.

Kensico Offshore Fund Master, Ltd

KMR CS Holdings, LLC

Leon J. Simkins Non-Exempt Trust FBO Michael Simkins

Levbern Management LLC

Liberty Commercial Finance, LLC

Liberty Commercial Finance, LLC (n/k/a/ Wingspire Equipment Finance LLC

Liberty Stonebriar

Marsico AXS CS LLC

MassMutual Asset Finance

Mass Mutual Barings

Massachusetts Mutual Life Insurance Company

Milos Core LLC

Monbanc Inc.

Neso Investment Group Ltd

North Mill Equipment Finance

North Star Leasing

Northdata Holdings Inc.

NYDIG

OIP SPV Core Scientific, LLC

Omega Interceptor Restricted Ltd

Pescadero Capital, LLC

Prime Alliance Bank

Richard Katz 2016 GST Trust

Robert Fedrock

Sabby Volatility Warrant Master Fund, Ltd.

SRPF A QR Riversouth LLC

Stonebriar Commercial Finance LLC

Stonebriar Finance Holdings LLC

SunnySide Consulting and Holdings, Inc.

TBC 222 LLC

Tech Finance Corporation

The Kimmel Family Foundation

The Michael O. Johnson Revocable Trust

The Obsidian Master Fund

The Sear Family 1996 Trust

The William R. Guthy Separate Property Trust

TJC3 LLC

Toyota Commercial Finance

Transatlantic Mobility Holdings II LLC

Trinity Capital Inc.

U.S. Bank National Association

VFS LLC

Vineet Agrawal

Wilmington Savings Fund Society, FSB

Wingspire Equipment Finance LLC

Wolfswood Holdings LLC

Wormser Family Partnership II, LP

Wormser Family Partnership 11, LP

XMS Core Convert Holdings LLC

## **Schedule 2(n)**

**Litigation Counterparties and
Litigation Pending Lawsuits (Includes Threatened Litigation)**

Benjamin Thomison & Alpha Asic

Harlin Dean

Jonathan Barrett, et al.

LV net, Mizrahi et al.

McCarthy Buildings Companies, Inc.

Mei Pang

Sphere 3d

Stayfirst Branding Agency

## Schedule 2(o)

### Non-Debtor Affiliates and Subsidiaries

Core Scientific Partners GP, LLC (SMLLC)

Core Scientific Partners, LP

CSP Advisors, LLC (SMLLC)

CSP Liquid Opportunities Fund, LP

CSP Liquid Opportunities GP, LP

CSP Liquid Opportunities Master Fund, LP

CSP Liquid Opportunities Offshore Fund (Exempted Ltd)

Team LLC

XPDI Sponsor LLC

## <u>Schedule 2(p)</u>

### Non-Debtor Professionals

Arnold & Porter Kaye Scholer LLP (Counsel for Prepetition Secured Lenders)

Choate, Hall & Stewart LLP (Counsel for B. Riley Commercial Capital, LLC)

Duane Morris LLP

Ducera Partners (Investment Banker for the Official Committee of Unsecured Creditors)

Gray Reed (Conflicts and Efficiency Counsel for the Official Committee of Unsecured Creditors)

Moelis & Company LLC (Investment Banker & Financial Advisor to the Ad Hoc Group of Secured Convertible Noteholders)

Paul Hastings LLP (Counsel for Ad Hoc Group of Secured Convertible Noteholders)

Sidley Austin LLP (Counsel of NYDIG ABL LLC)

Skadden, Arps, Slate, Meagher & Flom LLP (Counsel for Ad Hoc Group of Equity Security Holders)

Troutman Pepper Hamilton Sanders LLP (Counsel for Dalton Utilities)

Willkie Farr & Gallagher LLP (Counsel for the Official Committee of Unsecured Creditors)

**<u>Schedule 2(q)</u>**

**Official Committee of Unsecured Creditors Members and Professionals**

Dalton Utilities

Ducera Partners LLC (Investment Banker)

Gray Reed

MP2 Energy LLC d/b/a Shell Energy Solutions

Sphere 3D Corp.

Tenaska Power Services Co.

Willkie Farr & Gallagher LLP

## Schedule 2(r)

### Ordinary Course Professionals

Akin Gump Strauss Hauer & Feld LLP

Alston & Bird LLP

Andersen Tax LLC

Bitmain Technology Inc.

Blue Ridge Law & Policy, P.C.

Campbells Regulatory Services Limited

Carey Olson Services Cayman Limited

Cooley LLP

CrossCountry Consulting LLC

CSS Partners, LLC

Cypress Advocacy, LLC dba Mindset

Deloitte & Touche LLP

Deloitte Transactions and Business Analytics LLP

Ernst & Young LLP

Ernst & Young Product Sales LLC

Ernst and Young US LLP

Evercore Group LLC

Faegre Drinker Biddle and Reath LLP

Fishman Stewart PLLC

Frost, Brown Todd LLC

Gartner Inc.

Gasthalter and Co LP

Greenberg Traurig, LLP

Holland and Hart LLP

Horne, LLP

Ironclad, Inc.

Jackson Walker LLP

Kirkland and Ellis LLP

KPMG LLP

McDermott Will & Emery LLP

Mintz Group LLC

Morgan, Lewis & Bockius LLP

Moss Adams LLP

Murphy & Grantland, P.A.

NASDAQ Corporate Solutions, LLC

NAVEX Global, Inc.

Netgain Solutions, Inc.

Oracle America, Inc.

PricewaterhouseCoopers LLP

Prickett Jones and Elliott PA

Quinn Emanuel Urquhart & Sullivan, LLP

Registered Agent Solutions, Inc.

Resources Global Professionals

Richards Layton and Finger PA

Riverbend Consulting LLC

Rowlett Hill Collins LLP

Ryan & Associates

Ryan LLC

Sidley Austin LLP

Sitrick and Company

Snell & Wilmer

Sternhell Group

Williams & Connolly LLP

Workday, Inc.

Workiva Inc.

Zuckerman Gore Brandeis & Crossman, LLP

**Schedule 2(s)**

**Other Parties in Interest**
**(Notice of Appearance Parties and Any Other Person/Group Appointed)**

36th Street Capital Partners, LLC

ABLe Communications, Inc.

AmTrust North America, Inc. on behalf of Associated Industries Insurance Company, Inc.

B. Riley Commercial Capital, LLC

Barings BDC, Inc. (as prepetition secured lenders)

Barings Capital Investment Corporation (as prepetition secured lenders)

Barings Private Credit Corp. (as prepetition secured lenders)

BEAM Concrete Construction, Inc.

BlockFi, Inc.

CEC Energy Services LLC

Charles Basil

Choate, Hall & Stewart LLP (Counsel for B. Riley Commercial Capital, LLC)

City of Denton

Dallas County

Dalton Utilities

Foundry Digital LLC

Gaylor Electric, Inc. d/b/a Gaylor, Inc.

GEM Mining 1, LLC

GEM Mining 2, LLC

GEM Mining 2B, LLC

GEM Mining 3, LLC

GEM Mining 4, LLC

General Casualty Company of Wisconsin

Gray Reed (Conflicts and Efficiency Counsel to Official Committee of Unsecured Creditors)

Harper Construction Company, Inc.

Haynes and Boone, LLP (Counsel for BlockFi, Inc. and its affiliated entities)

Huband-Mantor Construction, Inc.

Humphrey & Associates, Inc.

Indigo Direct Lending, LLC

Latham & Watkins LLP (Counsel for Trinity Capital)

Maddox Industrial Transformer, LLC

Marnoy Interests, Ltd. d/b/a Office Pavilion, or Office Pavilion

MassMutual Asset Finance LLC

McCarthy Building Companies, Inc.

Meridian Equipment Finance, LLC

Mitch Edwards

MP2 Energy Texas, LLC d/b/a Shell Energy Solutions

North Mill Equipment Finance LLC

NYDIG ABL LLC (f/k/a Arctos Credit, LLC) ("NYDIG")

Oracle America, Inc.

Paul Hastings LLP (Counsel for the Ad Hoc Group of Secured Convertible Noteholders)

Prime Alliance Bank, Inc.

Priority Power Management, LLC

Scheef & Stone, L.L.P. (Counsel for the Board of Directors of Core Scientific, Inc.)

Shipman & Goodwin LLP (Counsel for U.S. Bank National Association, as Prepetition Note Agent and Collateral Agent)

Sidley Austin LLP (Counsel for NYDIG ABL LLC (f/k/a Arctos Credit, LLC)

Skadden, Arps, Slate, Meagher & Flom LLP (Counsel for the Ad Hoc Equity Group)

Sphere 3D Corp.

SRPF A QR Riversouth LLC

SRPF A QR Riversouth LLC

The Texas Comptroller of Public Accounts, Revenue Accounting Division

Toyota Industries Commercial Finance Inc.

Travis County (TX)

Travis County (TX)

U.S. Bank National Association (as
Prepetition Note Agent and Collateral Agent)

Willkie Farr & Gallagher LLP (Counsel for
the Official Committee of Unsecured
Creditors)

Wingspire Equipment Finance, LLC

## **<u>Schedule 2(t)</u>**

### **Regulatory and Governmental Agencies**

Environmental Protection Agency

Internal Revenue Service ("IRS")

Occupational Safety and Health Administration

Securities and Exchange Commission ("SEC")

U.S. Customs and Border Protection

## Schedule 2(u)

### Secured Creditors

ABLe Communications, Inc.

ComNet Communications, LLC

Consolidated Electrical Distributors, Inc. dba Sun Valley Electric Supply

Coonrod Electric Co, LLC

Elliot Electric Supply, Inc.

Harper Construction Company, Inc.

Housley Communications, Inc.

Huband Mantor Construction Inc.

Humprey & Associates, Inc.

LML Services dba FlowTx

McElroy Metal Mill, Inc. dba McElroy Metal

MK-Marlow Company, LLC

Morsco Supply LLC dba Morrison Supply Company

Network Cabling Services, Inc.

Priority Power Management, LLC

Summit Electric Supply Co.

Sure Steel – Texas, LP

T&D Moravits & Co., LLC

Texas AirSystems, LLC

Wessely-Thompson Hardware, Inc.

### Schedule 2(v)

### Significant Competitors

Argo Blockchain PLC

Bitfarms Technologies Ltd. (fka Blockchain Mining Ltd.)

Cipher Mining Inc.

CleanSpark, Inc.

Greenidge Generation Holdings Inc.

Hive Blockchain Technologies Inc.

Hut 8 Mining Corp.

Iris Energy Ltd.

Marathon Digital Holdings, Inc.

Mawson Infrastructure Group Inc.

Riot Blockchain, Inc.

## Schedule 2(w)

### Significant Customers and Contract Counterparties

1277963 B.C. Ltd dba Bitfield

ADQ Financial Services LLC

Agricultural Scientific LLC

Aidant.ai

AJT Trading, LLC

Alloy Ventures Management LLC

Argo Innovation Labs Inc.

AsicXchange Team Inc.

Atlas Technology Group LLC

Bay Colony Law Center, LLC

Bay Online Media

Benjamin Rees

BEP 888, LLC

BEP 999, LLC

Bit Digital USA, Inc.

Bitmain Development Inc.

Bitmain Technologies Georgia Limited

Bitmaintech PTE LTD

Bizmatica Polska JSC

Block One Technology

Blockcap Inc.

Blockchain United Mining Services

Blockfusion Technologies

Blue Hills Co, LLC

Blue Torch Capital LP

Brent Jason Deboer

Burdy Technology Limited

BW Holdings, LLC

CAC Global LLC

CCP Credit Acquisition Holdings, L.L.C.

Celsius Mining LLC

Charles Aram

Chris Chiovitti Holdings Inc.

Clearly Leasing, LLC

Colin Jacobs

Colin Smith

Compass Mining, Inc.

Crypto Garden, Inc.

Cumulus Coin LLC

DCG Foundry LLC

Digifarm Technologies Limited

Dreams and Digital, LLC

DUS Management Inc.

Etcembly Ltd

EverData, LLC

EZ BlockChain LLC

Flourishing Field Limited

Gateway Korea Inc.

GEM Mining

Gilley Enterprises

Global Star Holding Co.

Goodrose 5009, Inc.

Gopher, LLC

GPU.ONE

Greg Pipho

Gryphon Digital Mining, Inc.

Henry Ho

Hewlett Packard Enterprise Company

Hockomock Mining Company

Horizon Kinetics

Icons8

Isoplex Inc.

Israel Garcia

Jacob McDaniel

JAM Mining Corp.

Kaboomracks, Inc.

Kalon Investments, LLC

Kristy-Leigh Minehan

Lake Parime USA Inc.

Leon Hadgis

LivePerson, Inc.

Lonestar Ole Git LLC

Luxor Technology Corp
Mark Bordcosh
Mineority Group
Mineority Group LLC
Mississippi Home Development
N9+, LLC
New Green Network LLC
NextEra Energy Capital Holdings
NFN8 Media, LLC
Nissan North America, Inc.
Nomura Corporate Funding Americas, LLC
North Georgia Data LLC
NVIDIA Corporation
Pete Abdo
Polyphase Capital, LLC
Poolin Technology Pte. Ltd.
Pure Storage, Inc.
Quandefi Opportunities LLC
Quantum Digital Network Assets, LLC
Richard Norman
Rio Verde Holdings Ltd
River Financial Inc.
RJW Digital Solutions
RME Black 100, LLC
RME Black 200, LLC
RME Black 88, LLC
Rodrigo Perusquia
RPM Balance, Inc.
Rudy Worrell
Savage.io
Seagen Inc.
Sensika Technologies OOD
Serge Marin
Socrates Roxas
Spring Mud LLC
Summit Crypto Mining Limited
Supplybit, LLC
Tansley Equipment Limited

Techshop Computers Ltd.
Teslawatt
The Allen Institute for Artificial Intelligence
Timeless Digital Corp.
T-Mobile USA, Inc.
Tomek Group, LLC
Tony Grijalva
TYMIF Coin Ventures, LLC
Union Jack, LLC
UnitX
US Digital Mining and Hosting Co., LLC
Vaerus Mining SPV2 LLC
VCV Power Mining Alpha LLC
William McCarter

## **Schedule 2(x)**

**Significant Known Equity Security Holders >5%**

Darin Feinstein

Michael J. Levitt

MPM Life LLC

## Schedule 2(y)

### Significant Vendors and Suppliers

1872 Consulting LLC

2012Exxact Corporation

5Fastenation Inc.

5STAR5 INC

Abu Dhabi Ports Company PJSC – KIZAD

Accent Awnings Inc.

Adaptive Insights LLC

Advanced Business Equipment

Agility Logistics Corp

Agora NW LLC

AIM Summit FZE

Aircraft Services Group Inc.

Airflow Sciences Corporation

Alation, Inc.

Albacross Nordic AB

Alfa Internationals Logistics Inc.

Aliexpress

Alliance Funding Group

Allied Steel Buildings Inc.

Allstream

Alpha Miner LLC

Alpha Vertical Inc.

Alston and Bird LLP

Alteryx Inc.

American Registry for Internet Numbers Ltd

Americord

Ameri-Dedicated Inc.

Andrew Ferraro

Angel Bejarano Borrega

Aon Consulting Inc.

AON Risk Insurance Services West Inc.

Applied Scale Technology

ARIBA INC

Armstrong Moving Solutions San Antonio LLC

Arrow Exterminators

Arrowfish Consulting

Atlantic Trailer Leasing & Sales, LLC

Atlas Mining

Atrio Inc.

AvTech Capital LLC

Bandy Transport Company

Barnhart Crane and Rigging Co

Beacon Building Products

Bearcom

Belyea Company Inc.

Benton Electric Supply Inc.

Bernard Klopfer

Better IT Solutions LLC

Big Ass Fans

Bigbee Steel Buildings Inc.

Bigeye, Inc.

Bitmain Development Inc.

Bitmain Technologies Limited

Bitwave

Black Box Network Services Inc.

Blackline Safety Corp

Blackpearl Management and Human Resource Consulting LLC

Blakes Cassels and Graydon LLP

Blockchain Association

Blue Cross Blue Shield of Texas

Bring Light and Sound LLC

Broadridge ICS

BTC Media

Building Image Group, Inc.

Built In Inc.

Bureau Van Dijk Electronic Publishing Inc.

Business Wire Inc.

BWS Acoustics

Calloway County Board of Education

Calvert Cafe LLC

Calvert City Municipal Water and Sewer

Canaan Convey Co Ltd

Capital City Public Affairs LLC

Capxon Electronics Shenzhen Co Ltd

Carolina Utility Customers Association

Carpet Capital Fire Protection Inc.

Carpet Capital Multi-System Inc.

CCR Corp

CDW Direct

CDW Middle East FZ LLC

CenturyLink

Cesar Gomez Martin

CFS Containers

Chamber of Digital Commerce

Chapeau!

Cherokee County Health Department

Cherokee Well Drilling

Chroma System Solutions, Inc.

Chubb

Ciemat

CIOReview

Circular Technologies Inc.

Cision US Inc.

Citadel Securities Corp Solutions

City Electric Supply

City of Bellevue – Tax Division

Cleerline Technology Group LLC

Cloudflare Inc.

CNA Insurance

Cohen and Company LTD

Coin Center Inc.

Coinbase Inc.

Coindesk Inc.

Colo Properties Atlanta LLC

Color Scapes Landscaping, Inc.

Commercial Acoustics

Common Desk Austin LLC

Compensation Advisory Partners, LLC

Comware

ConGlobal Industries LLC

Consero Global Solutions LLC

Consilio LLC

Constellation New Energy, Inc.

Container Monster LLC

Convergint Technologies LLC

CoreWeave Inc.

Covert Chrysler Dodge Jeep Ram

Crescendo Collective LLC

Crestline Solutions LLC

Critical Components Inc.

Crystal Caverns Spring Water LLC

Cunningham Golf and Utility Vehicles

Cusip Global Services

D16 LLC

Dakota Fire Protection Inc.

Dalton Fence Company

Dalton Service Inc.

Databricks, Inc.

Datasite LLC

David Herrington

Davis Wright Tremaine LLP

Denton Chamber of Commerce Inc.

Dentons Canada LLP

DHL Express (USA) Inc.

DigiCert Inc.

Digi-key

Digital Asset Services Ltd

Digital London Ltd

Digital Mountain Inc.

Dillon Eldridge

Distributed Ledger Inc.

Dockery Auto Parts

Dockzilla Co

Docusign Inc.

Dongguan Fa Site Electronic Technology Co Ltd

Donnelley Financial Solutions

DSV Air and Sea Inc.

Eagle Promotions

Eaton Corporation

eCapital Advisors LLC

Elasticsearch Inc.

Electra Link Inc.

Electric Power Engineers Inc.

Electrical Com

Elite Electric Company LLC

Employer Solutions Resources LLC

Engineered Fluids, Inc.

EPIC ASIC Asia Limited

Equisolve Inc

ERI Economic Research Institute Inc.

Ernest Industries Inc.

Esteban LaSalle

EvoTek

Farm & Ranch Construction, LLC

Farming with Stephanie LLC

Fastenal Company

Federico Bohn

FedEx

Felker Construction Company Inc.

Fernando Manuel Sierra Pajuelo

Fidelity Investments Institutional Operations Company LLC

Financial Accounting Standards Board/ Governmental Accounting Standards Board

FINRA

Fireblocks Inc.

First Insurance Funding

First National Capital LLC

First-Line Fire Extinguisher Company

Flexential Colorado Corp

FlowTx

ForensisGroup Inc.

Forks Landscaping LLC

Forum Communications Company

Foshan Dilue Supply Chain Mgmt. Co Ltd

Franchise Tax Board

Free Transportation LLC

FreightEx Logistics LLC

Frontline Shredding Inc.

Frost Brown Todd Attorneys LLC

FS.Com Inc.

FXSA

G.I. Joe Landscaping, LLC

Gagnon & Miceli Freight Inc.

Genesis Custody Limited

Gibson and Associates Inc.

Gilmore Kramer Co

GitHub Inc.

Glaze Supply Company Inc.

Goldstein and Lee PC

GoodHire

Goodway Group Inc.

Google LLC

Grand Forks Utility Billing

Great Sports Inc.

Greatland Corporation

Green Business Certification, Inc.

Greenhouse Software Inc.

GreensLedge Capital Markets LLC

Greyline Partners LLC

Griffin C Simerly

Guardian Life

Gustavo Melo Belfort

Hamin Kang

Hannig Row Partnership

Harper Construction Company, Inc.

Heapy

Hill and Wilkinson Construction Group Ltd

HM Tech LLC

Holland LLC

Holloway Updike and Bellen Inc.

HubSpot Inc.

Hudson Incentives Inc.

Hughes Electric Paint & Supplies

Human Rights Foundation

Hurricane Electric LLC

Hutchins Pallet Service, Inc.

Hutchison and Steffen PLLC

ICE Systems, Inc.

ICI Mechanical LLC

ICS Inc.

IDC Research Inc.

INE

Integrated Networking Technologies LLC

Integrity Door Solutions LLC

Intralinks, Inc.

Ironclad Inc.

Jackie L Bryan

Javier Lazaro Jareno

JBM Office Solutions

JCL Energy LLC

Joaquin Pablo Gonzalez

Jobot

John Furner

Jonathan Barrett 2012 Irrevocable Trust dated May 31 2012

Juan Jose Galan Lopez

K and E Lawn Service LLC

Katz Marshall and Banks LLP

Keith Larry Watkins

Kenco Material Handling Solutions LLC

Kentucky Cabinet for Economic Development

Kesco Air Inc.

Kilpatrick Townsend and Stockton LLP

King Ford

Kings Road RV Park LLC

Know Agency

KnowBe4 Inc.

Labor Finders

Lake Effect Traffic LLC

Lancaster Safety Consulting, Inc.

Landstar Ranger Inc.

Lane Powell PC

LANshack Com

Larry Ledford

Lenz LLC

Level 3 Communications LLC

LHC Capital Partners Inc.

LHH Recruitment Solutions

LinkedIn Corporation

LiveView Technologies Inc.

Lockton Insurance Brokers LLC

Logistica CryptoMining Repair LLC

LRN Corporation

Lukka Inc.

M & S Patterson, Inc.

Manley Four Little Pigs Inc.

Manning Land LLC

Marco Technologies LLC

Marshall County Battery and Golf Carts Inc.

Marshall County Tax Administrator

McMaster-Carr

MDSI Inc.

Mediant Communications Inc.

Megaport USA Inc.

Meridian Equipment Finance LLC

Michael Cruz

Microsoft Azure

Mike Darling Films

Miller Griffin and Marks PSC

Mindset

Mission Critical Facilities International, Inc.

MJDII Architects Inc.

MNP LLP

Mobile Modular Portable Storage

Monnit Corporation

Monoprice Inc.

M-RETS

MSC Industrial Supply Co.

Murphy and Grantland PA

Murtco Inc.

Muskogee City-County Port Authority

Mustache Creative Studio

Nancy C Sayers

Nanning Dinggao Tech Limited

National Association of Corp Directors

Neeraj Agrawal

Next Level Valet LLC

NextLevel

nference, Inc.

Nicolas Carter

Office of State Tax Commissioner

Oklahoma Gas and Electric Company

Oklahoma Tax Commission

Okta Inc.

Old Dominion Freight Line Inc.

Old Republic National Title Ins. Co

Omeir Cargo LLC

Oncor Electric Delivery Company LLC

Onestopmining Technologies Limited

Onin Staffing, LLC

OnlineComponents.com

Oracle Capital LLC

Orange Computers

ORGDEV Limited

Overhead Door Company of Clayton/
Overhead Door Company of Tri State

Parker Lynch

Paulo Roberto Pereira de Souza Filho

Pax ADR LLC

Paycom Payroll LLC

PeopleReady Inc.

Pepsi MidAmerica

Petter Business Systems

Pioneer Abstract and Title Co of Muskogee
Inc.

Plant Tours Communications Company

Platinum Platypus Inc.

Premier Fire and Security Inc.

Prime Mowing and Property Management
LLC

Pure Water Technology of the Tri State Area
LLC

Pye-Barker Fire and Safety LLC

Q4 Inc.

Quality Water Financial LLC

Quik Print of Austin Inc.

Rack and Shelving Consultants

Radiant PPC LLC

Raymond Pope

RBI USA Customs Services LLC

RC Ventures Inc.

Recycling Equipment Corporation

Red Moon 88 LLC

Reffett Associates

Regents Capital Corporation

Reliance Telephone Systems

Rezvani Mining LLC

Robson Forensic Inc.

Rockwell Automation Inc.

Roman Krasiuk

Ruric Inc.

SafetySkills LLC

SAGE Capital Investments, LLC

Salary.com LLC

Salesforce.com, Inc.

Say Technologies LLC

Scott Malewig

Sebastian Javier Marconi

Sharp Business Systems

Sharpertek

Shermco Industries, Inc.

Silver Fox Productions Inc.

Silverpeak Special Situations Lending LP

Slack Technologies LLC

Smartsheet Inc.

Smoky Mountain BBQ Company LLC

Solomon Corporation

Southeastern System Services Inc.

Southern Cargo LLC

Spectrum Business

SpectrumVoIP Inc.

Spotless Cleaning

Stafftax Financial LLC

Standby Service Solutions LLC

State of Tennessee Department of Revenue

Stone Tower Air LLC

Summit Energy Services Inc.

Summit Funding Group Inc.

Sunny Shah

Sunnyside Consulting and Holdings Inc.

SunValley Electric Supply

SuperAcme Technology Hong Kong LTD

Susan Oh Communications

Synopsys Inc

Synovus Bank

Tag Resources LLC

Tangent Energy Solutions Inc.

Tango Lima, LP

Tax Executives Institute Inc.

TDIndustries Inc.

Teague Nall and Perkins Inc.

Technijian Inc.

Technology Navigators LLC

TechSource Global LLC

Telecom Site Solutions LLC

Telfi LLC

Telles Global Consulting Inc.

Temps Plus Inc.

Tenaska Power Services Co

Tenet Solutions

Tennessee Valley Industrial Committee

Texas Blockchain Council

Texas Workforce Commission

The Coindad LLC

The Crown Restaurant

The MacLellan

The Specialty Company – TSC

The Treadstone Group Inc.

Thomson Reuters Tax and Accounting checkpoint

Thycotic Software LLC

Time Warner Cable

Top Imprint Limited

Tor Naerheim Brand Design LLC

Total Quality Logistics LLC

Tower Direct

Trace3 LLC

TRACS Manufacturing LLC

Tractor and Palm Inc.

Travis Asphalt

Triangle Enterprises, Inc.

Trilogy LLC

TriNet COBRA

Trinity Risk Solutions LLC

True North Data Solutions US Inc.

TXU Energy Retail Company LLC

TY Properties

U line

United Capital Partners

United Rentals North America Inc

United Rentals North America Inc.

University of California, San Diego

UPS Supply Chain Solutions Inc.

Upstate Containers LLC

Validus Power Corp

Vandco Equipment

VCheck Global LLC

Veriedge LLC

Veritext LLC

Vesco Toyota Lift

VMS Security Cloud Inc.

Volt Management Corp

Wachsman PR LLC

Waste Disposal Solutions Inc.

Waterlogic Americas LLC

Wells and West Inc.

WEX Health Inc.

Whitfield Electric Motor Sales & Service, Inc.

Whitney J Beauxis

Widseth Smith Nolting and Associates, Inc.

Williams Farm LLC

Williams Marston LLC

Wilson Built Fab Shop

Workplace Solutions Inc.

Young MFG Inc.

Zendesk Inc.

Zeus Mining Co Ltd

Zimney Foster PC

Ziply Fiber

Zoom Video Communications Inc.

ZoomInfo Technologies

## Schedule 2(z)

### Taxing Authorities

Austin, TX Lease – existing office (Worksmith)

Austin, TX Lease – new office (Riversouth)

California Franchise Tax Board

Cedarvale, TX

Cherokee County Tax Collector (NC)

City of Calvert City (Calvert City, KY)

City of Denton, TX

Colorado Department of Revenue

Dalton-Whitfield Joint Development Authority; Carl Campbell, Executive Director

Eddie McGuire, Marshall County Sheriff (Benton, KY)

Georgia Department of Revenue

Internal Revenue Service

Jobe Ranch Family Limited Partnership, Lessor (11/15/2021)

Kentucky Department of Revenue

Kentucky State Treasurer

King County Assessor (Seattle, WA)

Marshall County (Kentucky) Department of Revenue

Minnkota Power Cooperative

ND Office of State Tax Commissioner

North Carolina Department of Revenue

North Dakota Department of Revenue

North Dakota Office of State Tax Commissioner

Oklahoma Department of Revenue

State of Delaware – Division of Corporations

Tennessee Department of Revenue

Tennessee Valley Authority – Economic Development – Thomas Buehler (Calvert City)

Texas Comptroller / Texas Comptroller – Sales & Use Tax

Travis County, TX (Austin, TX HQ)

US Customs and Border Protection

Ward County Assessor (TX)

Whitfield County Board of Assessors (Dalton, GA)

**Schedule 2(aa)**

**Top 30 Unsecured Creditors**

AAF International

Amazon Web Services Inc.

Bergstrom Electric

BRF Finance Co., LLC

CDW Direct

CES Corporation

Cherokee County Tax Collector

Cooley LLP

Dalton Utilities

DK Construction Company

Duke Energy

FlowTx

Gensler

Harper Construction Company, Inc.

Herc Rentals

Kentucky Department of Revenue

LiveView Technologies Inc.

Marshall County Sheriff

McDermott Will and Emery LLP

Moss Adams LLP

OP

Priority Power Management, LLC

Reed Wells Benson and Company

Securitas Security Services USA Inc.

Shell Energy Solutions

Sidley Austin LLP

Tenaska Power Services Co

Tenet Solutions

Trilogy LLC

U.S. Customs and Border Patrol

### Schedule 2(bb)

### Top 100 Largest Unsecured Claims (Excluding Insiders)

A to Z pest Control and Services
AAF International
AccuForce HR Solutions LLC
Acme Tools
Altru Health System
Amazon Business
Amazon Web Services Inc.
American Paper and Twine Co
American Security and Protection Service LLC
AT&T
Averitt Express Inc.
Bearden Industrial Supply
Bergstrom Electric
BlockFi Lending LLC
C & W Facility Services, Inc.
C.H. Robinson Company, Inc.
Callahan Mechanical Contractors Inc.
Carolina Recycling & Consulting LLC
CES Corporation
Charter Communications, Inc. (dba Spectrum)
Cherokee County Tax Collector
City of Calvert City
Collier Electrical Service Inc.
ComputerShare Inc.
Condair Inc
Dakota Carrier Network
Data Sales Co Inc.
Delaware Secretary of State
DJNR Interactive LLC
DK Construction Company
Draffen Mart Inc.
EPB of Chattanooga
Equinix Inc.
Equipment Depot of Kentucky Inc.
Frontier Communications America Inc.

Gensler
Globalization Partners LLC
GreatAmerica Financial Services
Grubhub Holdings Inc.
Hannan Supply Company Inc.
Herc Rentals
IEWC Global Solutions
Interstate Welding and Steel Supply
J W Didado Electric LLC
Jackson Purchase Energy Corporation
Jacob John Novak
Kelly Services Inc.
Lattice
Libz Fin LLC
Lisa Ragan Customs Brokerage
Manpower
Marble Community Water System
Marnoy Interests Ltd.
Marshall County Sheriff
MassMutual Asset Finance LLC
Moss Adams LLP
Mountain Top Ice
Onyx Contractors Operations, LP
Optilink
Proctor Management
Reed Wells Benson and Company
Regional Disposal and Metal LLC
Resound Networks LLC
Ricks Rental Equipment
Robert Half Talent Solutions
Securitas Security Services USA Inc.
Slalom LLC
Snelling
Stonebriar Finance Holdings LLC
Supreme Fiber LLC nb
Technology Finance Corporation

Temps Plus of Paducah Inc.

Tenaska Colocation Services LLC

Tennessee Valley Authority

Truckload Connections, LLC

US Customs and Border Patrol

Waste Path Services LLC

Water Works C&R, LLC

XC Container LLC

ZetaMinusOne LLC

**Schedule 2(cc)**

**UCC Search Results and UCC Lien Search Results**

ACM ELF ST LLC

Anchorage Lending CA, LLC

Arctos Credit, LLC

Bank Financial

Bank of the West

Barings BDC, Inc.

Barings Capital Investment Corporation

Barings Private Credit Corp.

BEAM Concrete Construction, Inc.

BlockFi Lending LLC

Bremer Bank, National Association

Brown Corporation

C T Corporation System, as Representative

Celsius Networks Lending LLC

CIT Bank, N.A.

CM TFS LLC

ComNet Communications, LLC

Condair Inc.

Consolidated Electrical Distributors, Inc. dba Sun Valley Electric Supply

Contech Construction

Contech, Inc.

Convergint Technologies LLC

Coonrod Electric Co., LLC

Corporation Service Company

Dell Financial Services L.L.C.

Elliot Electric Supply, Inc.

GARIC INC.

GARIC, INC.

Gaylor Electric, Inc. d/b/a Gaylor, Inc.

Graybar Electric Company Inc.

Graybar Electric Company, Inc.

Harper Construction Company, Inc.

Holliwood LLC

Housley Communications, Inc.

Huband-Mantor Construction Inc.

Humphrey & Associates, Inc.

Humprey & Associates, Inc.

Imperial Fire Protection, LLC

Indigo Commercial Funding, LLC

J.W. Didado

Jack Novak

Liberty Commercial Finance LLC

Liberty Commercial Finance LLC (n/k/a as Wingspire Equipment Finance LLC)

LML Services dba FlowTx

Maddox Industrial Transformer LLC

MassMutual Asset Finance LLC

McCarthy Building Companies Inc.

McCarthy Building Companies, Inc.

McCorvey Sheet Metal Works, LP

McElroy Metal Mill, Inc. dba McElroy Metal

MK Marlow Company, LLC

Morsco Supply LLC dba Morrison Supply Company

Network Cabling Services, Inc.

North Mill Credit Trust

NYDIG ABL LLC

Pillar Electric

Power & Digital Infrastructure Corp.

Power Engineering Services, Inc,

Priority Power Management, LLC

Silverpeak Credit Partners LP, as Collateral Agent

Stonebriar Commercial Finance LLC

Stonebriar Finance Holdings LLC

Summit Electric Supply Co.

Sure Steel – Texas, LP

T&D Moravits & Co.

TCF National Bank

Texas AirSystems, LLC

Toyota Industries Commercial Finance, Inc.

Trilogy

Trinity Capital Inc.

VFSOX, LLC

Way Mechanical

Wessely-Thompson Hardware, Inc.

Wingspire Equipment Finance, LLC

XPDI Merger SUB, Inc.

## **Schedule 2(dd)**

**U.S. Attorney's Office for the Southern District of Texas**

Jennifer Lowery

## <u>Schedule 2(ee)</u>

**United States Trustee and Staff for the Southern District of Texas – Region 7**

Alethea Caluza

Alicia Barcomb

Brian Henault

Christopher R. Travis

Christy Simmons

Clarissa Waxton

Glenn Otto

Gwen Smith

Ha Nguyen

Hector Duran

Ivette Gerhard

Jana Whitworth

Jayson B. Ruff

Kevin M. Epstein

Linda Motton

Luci Johnson-Davis

Millie Aponte Sall

Samantha Chilton

Stephen Statham

Steven Whitehurst

Valerie Goodwin

Yasmine Rivera

## Schedule 2(ff)

### Utility Providers and Utility Brokers

Alpha Waste                                         Xcel Energy, Inc.
BalsamWest Fiber Net
Calvert City Hall (Kentucky)
Carolina Recycling
CenturyLink
Charter Communications, Inc. (dba Spectrum)
Cogent Communications
Countrywide Sanitation Co
Dakota Carrier Network
Dalton Utilities
Dellcom (Dell Telephone)
Denton Municipal Electric
Dialog Telecommunications
Digital Realty
Dobson Fiber
Duke Energy
Duke Energy Carolinas
Duke Energy Carolinas, LLC
Frontier Communications
GlobalGig
Internal/Resound Networks
Level 3 Communications LLC
Logix Fiber Networks
Lumen/CenturyLink
Marble Community
Murphy Electric Power Board
NODAK Electric Cooperative
Optilink
Regional Waste
Resound Networks
Shell Energy Solutions
Starlink
TanMar Rentals, LLC
Tennessee Valley Authority
Time Warner Cable
Windstream Communications

## Schedule 3

**Conflicts Results**

The results listed on this **Schedule 3** are the product of implementing the Firm Procedures described in the Meyer Declaration and are based on the relationship of the indicated persons, entities, or their affiliates with the Official Equity Committee and V&E.

**Creditors, Stakeholders, and Other Parties in Interest**

V&E has previously represented, may currently represent, and may in the future represent, creditors, stakeholders, and other parties in interest and/or affiliates thereof in matters unrelated to the Debtors, as follows:

| | |
|---|---|
| 1A Smart Start LLC | Google LLC |
| American Infrastructure MLP Fund, L.P. | Hi-Crush |
| AP Shale Logistics Holdco LLC | High Road Resources, LLC |
| Apex Energy, LLC | ICG Rayford Partners, LP |
| Apollo Capital Management | IonicBlue Partners LLC |
| Arthur Kill Terminal TopCo, LLC | Jupiter Resources Inc. |
| Bank of America Securities LLC | Kayne Private Energy Income Fund II, L.P. |
| Bank of America, N.A. | Kraken Oil & Gas II LLC |
| Belvedere Royalties LLC | Labora Group, Inc. |
| Big Ass Fans LLC | Loews Corporation and affiliates |
| BlackRock Financial Management, Inc. | Michael & Susan Dell Foundation |
| BofA Securities, Inc. | Microsoft Corporation |
| BofA Securities, Inc. | Momentum Minerals II, LLC |
| Casillas Petroleum Corporation | Momentum Minerals, LLC |
| Caterpillar Inc. | NextEra Energy, Inc. |
| Chisholm Oil and Gas, LLC | Northwoods Energy |
| Chubb Limited and affiliates | Oncor Electric Delivery Company |
| CIT Finance LLC | OneOK, Inc. |
| City Electric Supply Company | Oracle Corporation |
| Coinbase Global Inc. | Paycom Software, Inc. |
| CSV Midstream Solutions Corporation | Pegasus Optimization Partners, LLC |
| Deloitte & Touche L.L.P. | Pinedale Energy Partners, LLC |
| Double Eagle Energy Holdings II LLC | PricewaterhouseCoopers LLP |
| Double Eagle Energy Holdings III LLC | Radar, LLC |
| Double Eagle Energy Holdings, LLC | RC Ventures LLC |
| Draeger US Interlock, LLC | Resource Energy Partners LLC |
| DSV Air & Sea Inc. | Roundtable Energy Holdings, LLC |
| Emory Peak Holdings, LLC | Royal Bank of Canada |
| EP Energy LLC | Sabinal Energy Operating, LLC |
| ES Platform Holdings, Inc. | Sapphire Gas Solutions LLC |
| Floating Infrastructure Holdings LLC | Sempra Energy, Inc. |
| Flywheel Bakken, LLC | SHD Oil & Gas, LLC |
| Freestone Midstream Holdings, LLC | Spartan Acquisition Corp. II |
| Gastar Exploration Inc. | Spartan Energy Acquisition Corp. |

Special Litigation Committee of the Board of
Directors of Las Vegas Sands Corp.

Takkion Group LLC

Takkion Holdings LLC

Takkion TP&L Holdings LLC

Talos Energy LLC

Talos Energy LLC

Terra Energy Holdings LLC

TOPS Holdings, LLC

Tumbleweed Royalties, LLC

Tumbleweed Royalty II, LLC

U.S. Bancorp (Additional Client in Open
Matter)

U.S. Bank N.A.

Validus Energy Holdings LLC

Van Buren Energy, LLC

Venerable Holdings Senior Management
Team

Vista Equity Partners Management, LLC

Vistra Corp.

Vital Energy, Inc.

Windstream Communications, LLC

Wolfcamp Drillco LLC

Woodville Pellets, LLC

## **EXHIBIT B-2**

**Wall Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| **CORE SCIENTIFIC, INC.**, *et al.*, | § | Case No. 22-90341 (DRJ) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | |

**DECLARATION OF DOUGLAS S. WALL**
**IN SUPPORT OF APPLICATION FOR ENTRY**
**OF AN ORDER AUTHORIZING THE RETENTION AND**
**EMPLOYMENT OF VINSON & ELKINS LLP AS COUNSEL**
**FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS**

I, Douglas S. Wall, hereby declare under penalty of perjury that the following is true and correct:

1. I am an authorized signatory of the above-captioned Official Committee of Equity Security Holders (the "***Official Equity Committee***").[2] I have been appointed by the Official Equity Committee to serve as a responsible officer of the Official Equity Committee and an authorized signatory. In such capacity, I am generally familiar with the day-to-day operations of the Official Equity Committee and am authorized to submit this declaration (the "***Declaration***").

2. I submit this Declaration in support of the *Application for Entry of an Order Authorizing the Retention and Employment of Vinson & Elkins LLP as Counsel for the Official*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] Capitalized terms used but not otherwise defined herein have the meanings set forth in the Application.

*Committee of Equity Security Holders Effective As of March 30, 2023* (the "**Application**").  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

## V&E'S QUALIFICATIONS

3.    The Official Equity Committee seeks to retain V&E because, among other reasons, (a) V&E has extensive experience and knowledge in the field of debtors' protections, creditors' rights, and business reorganizations under chapter 11 of the Bankruptcy Code, (b) V&E is widely recognized as one of the world's leading legal advisors, (c) V&E has extensive experience and knowledge in handling corporate, capital markets, debt restructuring, and other transactions for companies in a variety of industries, and (d) V&E has significant experience acting as legal counsel to debtors, creditors, and equity security holders in complex chapter 11 cases before the Court.

## RATE STRUCTURE

4.    The Official Equity Committee is responsible for, among other things, supervising the costs of counsel retained by the Official Equity Committee.  The Official Equity Committee is also responsible for reviewing the invoices regularly submitted by V&E, and has been informed by V&E that the hourly rates disclosed by V&E in the Application and in the *Declaration of David S. Meyer in Support of Application for Entry of an Order Authorizing the Retention and Employment of Vinson & Elkins LLP as Counsel for the Official Committee of Equity Security Holders* (the "**Meyer Declaration**") are the hourly rates that will be charged by V&E throughout the pendency of these chapter 11 cases.

## COST SUPERVISION

5.    The Official Equity Committee has approved V&E's prospective budget and staffing plan for the period from March 30, 2023 through June 7, 2023, recognizing that in the course of complex chapter 11 cases like these, it is possible that there may be unforeseen fees and

2

US 9961317

expenses that will need to be addressed by the Official Equity Committee and V&E.  The Official Equity Committee further recognizes that it has a responsibility to closely monitor V&E's billing practices to ensure the fees and expenses paid by the Debtors' estates remain consistent with the Official Equity Committee's expectations, the EC Fee Cap (as defined in the OEC Appointment Order), and the exigencies of these chapter 11 cases.  The Official Equity Committee will continue to review V&E's monthly fee statements, and, together with V&E, amend the budget and staffing plans periodically, as needed.

3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 28, 2023
Dallas, Texas

Respectfully submitted,

/s/

Douglas S. Wall
Authorized Signatory
Official Committee of Equity Security Holders