IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § | (Jointly Administered) Related Docket Nos. 598, 744, 828, and 829 |

**NOTICE OF FILING OF AMENDED JANUARY AND
FEBRUARY 2023 MORS FOR DEBTOR CORE SCIENTIFIC, INC.**

**PLEASE TAKE NOTICE** that on February 28, 2023, Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (the "**Debtors**"), filed the *Debtor-In-Possession Monthly Operating Report for Filing Period Ending 1/31/2023* (Docket No. 598) for Debtor Core Scientific, Inc. (the "**Initial Core January MOR**").

**PLEASE TAKE FURTHER NOTICE** that on March 31, 2023, the Debtors filed the *Debtor-In-Possession Monthly Operating Report for Filing Period Ending 2/28/2023* (Docket No. 744) for Debtor Core Scientific, Inc. (the "**Initial Core February MOR**").

**PLEASE TAKE FURTHER NOTICE** that on April 29, 2023, the Debtors filed (i) the *Amended Debtor-In-Possession Monthly Operating Report for Filing Period Ending 1/31/2023* (Docket No. 828) (the "**Amended Core January MOR**") and (ii) the *Amended Debtor-In-Possession Monthly Operating Report for Filing Period Ending 2/28/2023* (Docket No. 829)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

(the "**Amended Core February MOR**"), which include certain corrections to the Initial Core January MOR and Initial Core February MOR.

**PLEASE TAKE FURTHER NOTICE** that tables listing the changes to (i) the Amended Core January MOR are attached hereto as **Exhibit A** and (ii) the Amended Core February MOR are attached hereto as **Exhibit B**.

[*Remainder of page intentionally left blank*]

Dated: April 29, 2023
Houston, Texas

                    Respectfully submitted,

                      /s/  Alfredo R. Pérez
                    WEIL, GOTSHAL & MANGES LLP
                    Alfredo R. Pérez (15776275)
                    700 Louisiana Street, Suite 1700
                    Houston, Texas 77002
                    Telephone:  (713) 546-5000
                    Facsimile:   (713) 224-9511
                    Email:   Alfredo.Perez@weil.com

                    -and-

                    WEIL, GOTSHAL & MANGES LLP
                    Ray C. Schrock (admitted *pro hac vice*)
                    Ronit J. Berkovich (admitted *pro hac vice*)
                    Moshe A. Fink (admitted *pro hac vice*)
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone:  (212) 310-8000
                    Facsimile:   (212) 310-8007
                    Email:   Ray.Schrock@weil.com
                                Ronit.Berkovich@weil.com
                                Moshe.Fink@weil.com

                    *Attorneys for Debtors*
                    *and Debtors in Possession*

**Certificate of Service**

I hereby certify that on April 29, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                                                 */s/ Alfredo R. Pérez*
                                                                                                 Alfredo R. Pérez

Case 22-90341   Document 830   Filed in TXSB on 04/29/23   Page 4 of 10

**Exhibit A**

**January MOR Changes**

January MOR

| Part | Field | Original | | | | Amended | | | | Variance | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Core Scientific, Inc. | Core Scientific Acquired Mining LLC | Core Scientific Operating Company | Radar Relay, Inc. | Core Scientific, Inc. | Core Scientific Acquired Mining LLC | Core Scientific Operating Company | Radar Relay, Inc. | Core Scientific, Inc. | Core Scientific Acquired Mining LLC | Core Scientific Operating Company | Radar Relay, Inc. |
| 1 | Cash balance beginning of month | 35,722,213 | 462,630 | 16,107,473 | - | 35,747,841 | 697,746 | 16,371,155 | - | 25,628 | 235,116 | 263,682 | - |
| 1 | Total receipts (net of transfers between accounts) - Current | 45 | 2,728,618 | 35,459,357 | - | 45 | 2,728,618 | 34,173,413 | - | - | - | (1,285,944) | - |
| 1 | Total receipts (net of transfers between accounts) - Cumulative | 35,547,215 | 3,417,958 | 53,274,335 | - | 35,547,215 | 3,417,958 | 51,988,391 | - | - | - | (1,285,944) | - |
| 1 | Total disbursements (net of transfers between accounts) - Current | 2,519,071 | 1,961,274 | 20,681,734 | - | 2,519,071 | 1,677,735 | 20,979,329 | - | - | (283,540) | 297,595 | - |
| 1 | Total disbursements (net of transfers between accounts) - Cumulative | 2,519,071 | 2,196,391 | 26,757,964 | - | 2,519,071 | 1,677,735 | 20,979,329 | - | - | (518,656) | (5,778,635) | - |
| 1 | Disbursements made by third party for the benefit of the estate - Current | - | - | - | - | - | - | - | - | - | - | - | - |
| 1 | Disbursements made by third party for the benefit of the estate - Cumulative | - | - | - | - | - | - | - | - | - | - | - | - |
| 2 | Accounts receivable (total net of allowance) | 488,990,509 | 140,152,775 | (486,211,452) | 1,189,298 | 488,990,509 | 140,152,775 | (486,211,452) | 1,189,298 | - | - | - | - |
| 2 | Accounts receivable over 90 days outstanding (net of allowance) | - | - | - | - | - | - | - | - | - | - | - | - |
| 2 | Inventory Type | Book | Book | Book | Book | Book | Book | Book | Book | - | - | - | - |
| 2 | Inventory | - | - | - | - | - | - | - | - | - | - | - | - |
| 2 | Total current assets | 2,293,698,880 | (964,808,448) | (1,028,623,120) | 1,189,298 | 2,293,698,880 | (964,808,448) | (1,045,449,019) | 1,189,298 | - | - | (16,825,899) | - |
| 2 | Total assets | 2,296,257,669 | (665,123,029) | (37,781,110) | (64,339,833) | 2,296,257,669 | (665,123,029) | (595,460,938) | (64,339,833) | - | - | (557,679,828) | - |
| 2 | Postpetition payables (excluding taxes) | - | - | 60,641,893 | - | - | - | 129,921,302 | - | - | - | 69,279,409 | - |
| 2 | Postpetition payables past due (excluding taxes) | - | - | - | - | - | - | - | - | - | - | - | - |
| 2 | Postpetition taxes payable | - | - | 107,881 | - | - | - | 107,881 | - | - | - | - | - |
| 2 | Postpetition taxes past due | - | - | - | - | - | - | - | - | - | - | - | - |
| 2 | Prepetition secured debt | 684,395,370 | - | 345,172,039 | - | 684,395,370 | - | 345,172,039 | - | - | - | - | - |
| 2 | Prepetition priority debt | - | - | 73,998,247 | - | - | - | 73,998,247 | - | - | - | - | - |
| 2 | Prepetition unsecured debt | - | - | 251,995,758 | - | - | - | 182,716,347 | - | - | - | (69,279,411) | - |
| 3 | Total cash sales price for assets sold/transferred outside the ordinary course | - | - | - | - | - | - | - | - | - | - | - | - |
| 3 | Total cash sales price for assets sold/transferred outside the ordinary course | - | - | - | - | - | - | - | - | - | - | - | - |
| 3 | Total payments to third parties incident to assets being sold/transferred | - | - | - | - | - | - | - | - | - | - | - | - |
| 3 | Total payments to third parties incident to assets being sold/transferred | - | - | - | - | - | - | - | - | - | - | - | - |
| 4 | Gross income/sales (net of returns and allowances) | - | 2,661,794 | 35,899,874 | - | - | 2,661,794 | 35,899,874 | - | - | - | - | - |
| 4 | Cost of goods sold (inclusive of depreciation, if applicable) | - | 3,349,178 | 59,840,950 | - | - | 3,349,178 | 59,046,556 | - | - | - | (794,394) | - |
| 4 | Selling expenses | - | - | 338,532 | - | - | - | 338,532 | - | - | - | - | - |
| 4 | General and administrative expenses | - | 8,358 | 4,762,537 | 50 | - | 8,358 | 4,762,537 | 50 | - | - | - | - |
| 4 | Other expenses | - | - | - | - | - | - | 659,380 | 10,932 | - | - | 659,380 | 10,932 |
| 4 | Depreciation and/or amortization (not included in 4b) | - | 1,847 | 47,617 | - | - | 1,847 | 47,617 | - | - | - | - | - |
| 4 | Interest | - | - | (13,482) | - | - | - | (13,482) | - | - | - | - | - |
| 4 | Taxes (local, state, and federal) | - | - | - | - | - | - | - | - | - | - | - | - |
| 4 | Reorganization items | - | - | 7,646,333 | - | - | - | 7,646,333 | - | - | - | - | - |
| 4 | Profit (loss) - Current | - | (684,287) | (37,195,445) | - | - | (684,287) | (36,401,051) | (10,982) | - | - | 794,394 | (10,982) |
| 4 | Profit (loss) - Cumulative | 91,773 | (1,068,379) | (48,760,906) | (24,354) | 91,773 | (1,068,379) | (47,966,513) | (35,336) | - | - | 794,394 | (10,982) |
| 6 | Postpetition income taxes accrued (local, state, and federal) - Current | - | - | - | - | - | - | - | - | - | - | - | - |
| 6 | Postpetition income taxes accrued (local, state, and federal) - Cumulative | - | - | 29,997 | - | - | - | 29,997 | - | - | - | - | - |
| 6 | Postpetition income taxes paid (local, state, and federal) - Current | - | - | - | - | - | - | - | - | - | - | - | - |
| 6 | Postpetition income taxes paid (local, state, and federal) - Cumulative | - | - | - | - | - | - | - | - | - | - | - | - |
| 6 | Postpetition employer payroll taxes accrued - Current | - | - | 105,019 | - | - | - | 105,019 | - | - | - | - | - |
| 6 | Postpetition employer payroll taxes accrued - Cumulative | 102,744 | - | 105,019 | - | 102,744 | - | 105,019 | - | - | - | - | - |
| 6 | Postpetition employer payroll taxes paid - Current | - | - | 212,816 | - | - | - | 212,816 | - | - | - | - | - |
| 6 | Postpetition employer payroll taxes paid - Cumulative | - | - | 212,816 | - | - | - | 212,816 | - | - | - | - | - |
| 6 | Postpetition property taxes paid - Current | - | - | 17,284 | - | - | - | 17,284 | - | - | - | - | - |
| 6 | Postpetition property taxes paid - Cumulative | - | - | 17,284 | - | - | - | 17,284 | - | - | - | - | - |
| 6 | Postpetition other taxes accrued (local, state, and federal) - Current | - | - | 107,881 | - | - | - | 107,881 | - | - | - | - | - |
| 6 | Postpetition other taxes accrued (local, state, and federal) - Cumulative | - | - | 123,576 | - | - | - | 123,576 | - | - | - | - | - |
| 6 | Postpetition other taxes paid (local, state, and federal) - Current | - | - | - | - | - | - | - | - | - | - | - | - |
| 6 | Postpetition other taxes paid (local, state, and federal) - Cumulative | - | - | - | - | - | - | - | - | - | - | - | - |
| 7 | Were any payments made on prepetition debt? (if yes, see Instructions) | No | No | Yes | No | No | No | Yes | No | - | - | - | - |
| 7 | Were any payments made outside the ordinary course of business without | No | No | No | No | No | No | No | No | - | - | - | - |
| 7 | Were any payments made to or on behalf of insiders? | No | No | Yes | No | No | No | Yes | No | - | - | - | - |
| 7 | Are you current on postpetition tax return filings? | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | - | - | - | - |
| 7 | Are you current on postpetition estimated tax payments? | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | - | - | - | - |
| 7 | Were all trust fund taxes remitted on a current basis? | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | - | - | - | - |
| 7 | Was there any postpetition borrowing, other than trade credit? (if yes, see | No | No | No | No | No | No | No | No | - | - | - | - |
| 7 | Were all payments made to or on behalf of professionals approved by the | Yes | N/A | N/A | N/A | N/A | N/A | Yes | N/A | N/A | - | - | Yes | - |
| 7 | Do you have Worker's compensation insurance? | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | - | - | - | - |
| 7 | If compensation insurance, are your premiums current? (If No, see Instru | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | - | - | - | - |
| 7 | Do you have Casualty/property insurance? | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | - | - | - | - |
| 7 | If casualty/property insurance, are your premiums current? (If No, see Ins | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | - | - | - | - |
| 7 | Do you have General liability insurance? | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | - | - | - | - |
| 7 | If General liability insurance, are your premiums current? (If No, see Instr | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | - | - | - | - |
| 7 | Has a plan of reorganization been filed with the court? | No | No | No | No | No | No | No | No | - | - | - | - |
| 7 | Has a disclosure statement been filed with the court? | No | No | No | No | No | No | No | No | - | - | - | - |
| 7 | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | - | - | - | - |

**MOR - 1/1/2023 - 1/31/2023 Professional Fees**

*Original*

| Part | Firm Name | Role | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative | Entity |
|---|---|---|---|---|---|---|---|
| a | Stretto, Inc | Other | 15,109 | 15,109 | 15,109 | 15,109 | Core Scientific, Inc. |

*Amended*

| Part | Firm Name | Role | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative | Entity |
|---|---|---|---|---|---|---|---|
| a | Stretto, Inc | Other | 15,109 | 15,109 | 15,109 | 15,109 | Core Scientific Operating Company |

*Variance*

| Part | Firm Name | Role | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative | Entity |
|---|---|---|---|---|---|---|---|
| a | Stretto, Inc | Other | - | - | - | - | Core Scientific Operating Company |

AlixPartners General

**Exhibit B**

**February MOR Changes**

February MOR

| | | Original | | | | Amended | | | | Variance | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Part | Field | Core Scientific, Inc. | Core Scientific Acquired Mining LLC | Core Scientific Operating Company | Radar Relay, Inc. | Core Scientific, Inc. | Core Scientific Acquired Mining LLC | Core Scientific Operating Company | Radar Relay, Inc. | Core Scientific, Inc. | Core Scientific Acquired Mining LLC | Core Scientific Operating Company | Radar Relay, Inc. |
| 1 | Cash balance beginning of month | 33,203,187 | 1,229,973 | 30,885,097 | - | 26,933,068 | 1,223,749 | 36,385,865 | - | (6,270,119) | (6,225) | 5,500,769 | - |
| 1 | Total receipts (net of transfers between accounts) - Current | 34,575,113 | 2,456,164 | 39,945,192 | - | 34,575,113 | 2,456,164 | 36,204,115 | - | - | - | (3,741,076) | - |
| 1 | Total receipts (net of transfers between accounts) - Cumulative | 70,122,327 | 5,874,122 | 93,219,526 | - | 70,122,327 | 5,874,122 | 88,192,506 | - | - | - | (5,027,020) | - |
| 1 | Total disbursements (net of transfers between accounts) - Current | 48,830,031 | - | 24,898,653 | - | 48,830,031 | 1,583,793 | 23,307,860 | - | - | 1,583,793 | (1,590,793) | - |
| 1 | Total disbursements (net of transfers between accounts) - Cumulative | 51,349,101 | 2,196,391 | 51,656,618 | - | 51,349,101 | 3,261,528 | 44,287,189 | - | (0) | 1,065,137 | (7,369,429) | - |
| 1 | Disbursements made by third party for the benefit of the estate - Current | - | - | - | - | - | - | - | - | - | - | - | - |
| 1 | Disbursements made by third party for the benefit of the estate - Cumulative | - | - | - | - | - | - | - | - | - | - | - | - |
| 2 | Accounts receivable (total net of allowance) | 488,990,509 | 142,852,775 | (487,598,350) | 1,184,866 | 488,990,509 | 142,852,775 | (487,598,350) | 1,184,866 | - | - | - | - |
| 2 | Accounts receivable over 90 days outstanding (net of allowance) | - | - | - | - | - | - | - | - | - | - | - | - |
| 2 | Inventory Type | Book | Book | Book | Book | Book | Book | Book | Book | - | - | - | - |
| 2 | Inventory | - | 81,454 | 952,018 | - | - | 81,454 | 952,018 | - | - | - | - | - |
| 2 | Total current assets | 2,295,183,419 | (961,437,386) | (1,041,617,156) | 1,197,600 | 2,295,183,419 | (961,437,386) | (1,037,471,682) | 1,197,600 | - | - | 4,145,474 | - |
| 2 | Total assets | 2,297,742,208 | (665,102,992) | (471,136,466) | (64,331,531) | 2,297,742,208 | (665,102,992) | (558,547,653) | (64,331,531) | - | - | (87,411,187) | - |
| 2 | Postpetition payables (excluding taxes) | - | - | (78,177,697) | - | - | - | 142,255,910 | - | - | - | 220,433,607 | - |
| 2 | Postpetition payables past due (excluding taxes) | - | - | - | - | - | - | - | - | - | - | - | - |
| 2 | Postpetition taxes payable | - | - | (35,980) | - | - | - | 35,980 | - | - | - | 71,961 | - |
| 2 | Postpetition taxes past due | - | - | - | - | - | - | - | - | - | - | - | - |
| 2 | Prepetition secured debt | 684,395,370 | - | 347,837,935 | - | 560,887,934 | - | 384,779,516 | - | (123,507,436) | - | 36,941,582 | - |
| 2 | Prepetition priority debt | - | - | 72,123,893 | - | - | - | 47,097,962 | - | - | - | (25,025,931) | - |
| 2 | Prepetition unsecured debt | - | - | 241,056,325 | - | - | - | 117,121,333 | - | - | - | (123,934,992) | - |
| 3 | Total cash sales price for assets sold/transferred outside the ordinary cou | - | - | 2,863,747 | - | - | - | 2,688,789 | - | - | - | (174,958) | - |
| 3 | Total cash sales price for assets sold/transferred outside the ordinary cou | - | - | 2,863,747 | - | - | - | 2,688,789 | - | - | - | (174,958) | - |
| 3 | Total payments to third parties incident to assets being sold/transferred | - | - | - | - | - | - | - | - | - | - | - | - |
| 3 | Total payments to third parties incident to assets being sold/transferred | - | - | - | - | - | - | - | - | - | - | - | - |
| 4 | Gross income/sales (net of returns and allowances) | - | 5,203,023 | 71,853,186 | - | - | 2,541,229 | 35,953,312 | - | - | (2,661,794) | (35,899,874) | - |
| 4 | Cost of goods sold (inclusive of depreciation, if applicable) | - | 6,698,356 | 107,095,466 | - | - | 3,349,178 | 48,048,910 | - | - | (3,349,178) | (59,046,556) | - |
| 4 | Selling expenses | - | - | 601,737 | - | - | - | 263,205 | - | - | - | (338,532) | - |
| 4 | General and administrative expenses | - | 14,829 | 10,145,649 | 50 | - | 6,471 | 5,383,112 | - | - | (8,358) | (4,762,537) | (50) |
| 4 | Other expenses | - | - | 12,005,143 | 17,432 | - | - | 11,345,763 | 6,500 | - | - | (659,380) | (10,932) |
| 4 | Depreciation and/or amortization (not included in 4b) | - | 3,694 | 162,525 | - | - | 1,847 | 114,151 | - | - | (1,847) | (48,375) | - |
| 4 | Interest | - | - | (63,962) | - | - | - | (50,480) | - | - | - | 13,482 | - |
| 4 | Taxes (local, state, and federal) | - | - | - | - | - | - | - | - | - | - | - | - |
| 4 | Reorganization items | - | - | 10,151,661 | - | - | - | 2,505,328 | - | - | - | (7,646,333) | - |
| 4 | Profit (loss) - Current | - | (1,507,486) | (23,555,568) | (17,482) | - | (823,199) | 12,845,484 | (6,500) | - | 684,287 | 36,401,051 | 10,982 |
| 4 | Profit (loss) - Cumulative | 91,773 | (2,575,865) | (72,316,474) | (52,818) | 91,773 | (1,891,578) | (35,121,029) | (41,836) | - | 684,287 | 37,195,445 | 10,982 |
| 6 | Postpetition income taxes accrued (local, state, and federal) - Current | - | - | 35,980 | - | - | - | 35,980 | - | - | - | - | - |
| 6 | Postpetition income taxes accrued (local, state, and federal) - Cumulative | - | - | 65,977 | - | - | - | 65,977 | - | - | - | - | - |
| 6 | Postpetition income taxes paid (local, state, and federal) - Current | - | - | - | - | - | - | - | - | - | - | - | - |
| 6 | Postpetition income taxes paid (local, state, and federal) - Cumulative | - | - | - | - | - | - | - | - | - | - | - | - |
| 6 | Postpetition employer payroll taxes accrued - Current | - | - | 96,613 | - | - | - | 96,613 | - | - | - | - | - |
| 6 | Postpetition employer payroll taxes accrued - Cumulative | 102,744 | - | 201,632 | - | 102,744 | - | 201,632 | - | - | - | - | - |
| 6 | Postpetition employer payroll taxes paid - Current | - | - | 171,765 | - | - | - | 171,765 | - | - | - | - | - |
| 6 | Postpetition employer payroll taxes paid - Cumulative | - | - | 384,581 | - | - | - | 384,581 | - | - | - | - | - |
| 6 | Postpetition property taxes paid - Current | - | - | - | - | - | - | - | - | - | - | - | - |
| 6 | Postpetition property taxes paid - Cumulative | - | - | 17,284 | - | - | - | 17,284 | - | - | - | - | - |
| 6 | Postpetition other taxes accrued (local, state, and federal) - Current | - | - | 2,090 | - | - | - | 2,090 | - | - | - | - | - |
| 6 | Postpetition other taxes accrued (local, state, and federal) - Cumulative | - | - | 125,665 | - | - | - | 125,665 | - | - | - | - | - |
| 6 | Postpetition other taxes paid (local, state, and federal) - Current | - | - | - | - | - | - | - | - | - | - | - | - |
| 6 | Postpetition other taxes paid (local, state, and federal) - Cumulative | - | - | - | - | - | - | - | - | - | - | - | - |
| 7 | Were any payments made on prepetition debt? (if yes, see Instructions) | No | No | Yes | No | No | No | Yes | No | - | - | - | - |
| 7 | Were any payments made outside the ordinary course of business withou | No | No | No | No | No | No | No | No | - | - | - | - |
| 7 | Were any payments made to or on behalf of insiders? | No | No | Yes | No | No | No | Yes | No | - | - | - | - |
| 7 | Are you current on postpetition tax return filings? | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | - | - | - | - |
| 7 | Are you current on postpetition estimated tax payments? | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | - | - | - | - |
| 7 | Were all trust fund taxes remitted on a current basis? | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | - | - | - | - |
| 7 | Was there any postpetition borrowing, other than trade credit? (if yes, se | Yes | No | No | No | Yes | No | No | No | - | - | - | - |
| 7 | Were all payments made to or on behalf of professionals approved by the | Yes | No | Yes | No | Yes | No | Yes | No | - | - | - | - |
| 7 | Do you have Worker's compensation insurance? | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | - | - | - | - |
| 7 | If compensation insurance, are your premiums current? (If No, see Instru | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | - | - | - | - |
| 7 | Do you have Casualty/property insurance? | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | - | - | - | - |
| 7 | If casualty/property insurance, are your premiums current? (If No, see Ins | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | - | - | - | - |
| 7 | Do you have General liability insurance? | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | - | - | - | - |
| 7 | If General liability insurance, are your premiums current? (If No, see Instr | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | - | - | - | - |
| 7 | Has a plan of reorganization been filed with the court? | No | No | No | No | No | No | No | No | - | - | - | - |
| 7 | Has a disclosure statement been filed with the court? | No | No | No | No | No | No | No | No | - | - | - | - |
| 7 | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | - | - | - | - |

AlixPartners General

**MOR - 2/1/2023 - 2/28/2023 Professional Fees**

*Original*

| Part | Firm Name | Role | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative | Entity |
|---|---|---|---|---|---|---|---|
| a | Stretto, Inc | Other | 212,975 | 228,084 | 103,875 | 118,983 | Core Scientific Operating Company |
| a | PJT Partners | Financial Professional | 1,111,492 | 1,111,492 | 543,750 | 543,750 | Core Scientific, Inc. |
| a | Weil | Lead Counsel | 6,023,094 | 6,023,094 | - | - | Core Scientific, Inc. |
| a | AlixPartners | Financial Professional | 1,732,744 | 1,732,744 | - | - | Core Scientific, Inc. |
| a | Solid Counsel | Co-Counsel | 117,558 | 117,558 | - | - | Core Scientific, Inc. |
| b | Fishman Stewart PLLC | Local Counsel | 2,070 | 2,070 | - | - | Core Scientific Operating Company |
| b | Frost Brown Todd Attorneys LLC | Other | - | - | - | - | Core Scientific Operating Company |
| b | Horne LLP | Other | - | - | - | - | Core Scientific Operating Company |
|  | Committee Professionals |  | 7,485,231 | 7,485,231 | 1,867,586 | 1,867,586 | Core Scientific, Inc. |
|  | Committee Professionals |  | 86,036 | 86,035 | 86,035 | 86,036 | Core Scientific Operating Company |
| c | Total for Entity |  | 16,470,119 | 16,470,119 | 2,411,336 | 2,411,336 | Core Scientific, Inc. |
| c | Total for Entity |  | 301,081 | 316,189 | 189,910 | 205,019 | Core Scientific Operating Company |

*Amended*

| Part | Firm Name | Role | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative | Entity |
|---|---|---|---|---|---|---|---|
| a | Stretto, Inc | Other | 197,867 | 212,975 | 103,875 | 118,983 | Core Scientific Operating Company |
| a | PJT Partners | Financial Professional | 543,750 | 543,750 | 543,750 | 543,750 | Core Scientific, Inc. |
| a | Weil | Lead Counsel | - | - | - | - | Core Scientific, Inc. |
| a | AlixPartners | Financial Professional | - | - | - | - | Core Scientific, Inc. |
| a | Solid Counsel | Co-Counsel | - | - | - | - | Core Scientific, Inc. |
| b | Fishman Stewart PLLC | Local Counsel | 2,070 | 2,070 | - | - | Core Scientific Operating Company |
| b | Frost Brown Todd Attorneys LLC | Other | 4,728 | 4,728 | - | - | Core Scientific Operating Company |
| b | Horne LLP | Other | 3,928 | 3,928 | - | - | Core Scientific Operating Company |
|  | Committee Professionals |  | - | - | - | - | Core Scientific, Inc. |
|  | Committee Professionals |  | - | - | - | - | Core Scientific Operating Company |
| c | Total for Entity |  | 543,750 | 543,750 | 543,750 | 543,750 | Core Scientific, Inc. |
| c | Total for Entity |  | 208,591 | 223,700 | 103,875 | 118,983 | Core Scientific Operating Company |

*Variance*

| Part | Firm Name | Role | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative | Entity |
|---|---|---|---|---|---|---|---|
| a | Stretto, Inc | Other | (15,109) | (15,109) | - | - | Core Scientific Operating Company |
| a | PJT Partners | Financial Professional | (567,741.94) | (567,741.94) | - | - | Core Scientific, Inc. |
| a | Weil | Lead Counsel | (6,023,094) | (6,023,094) | - | - | Core Scientific, Inc. |
| a | AlixPartners | Financial Professional | (1,732,744) | (1,732,744) | - | - | Core Scientific, Inc. |
| a | Solid Counsel | Co-Counsel | (117,558) | (117,558) | - | - | Core Scientific, Inc. |
| b | Fishman Stewart PLLC | Local Counsel | - | - | - | - | Core Scientific Operating Company |
| b | Frost Brown Todd Attorneys LLC | Other | 4,728 | 4,728 | - | - | Core Scientific Operating Company |
| b | Horne LLP | Other | 3,928 | 3,928 | - | - | Core Scientific Operating Company |
|  | Committee Professionals |  | (7,485,231) | (7,485,231) | (1,867,586) | (1,867,586) | Core Scientific, Inc. |
|  | Committee Professionals |  | (86,035.83) | (86,035) | (86,035) | (86,036) | Core Scientific Operating Company |
| c | Total for Entity |  | (15,926,369) | (15,926,369) | (1,867,586) | (1,867,586) | Core Scientific, Inc. |
| c | Total for Entity |  | (92,489) | (92,489) | (86,035) | (86,036) | Core Scientific Operating Company |

AlixPartners General