United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 30, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of **Pennsylvania and Florida**:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Alexis A. Leventhal<br>Reed Smith LLP<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222<br>412-288-3131<br>PA Bar No. 324472 and FL Bar No. 108064 |
|---|---|

Seeks to appear as the attorney for this party:

Wingspire Equipment Finance LLC f/k/a Liberty Commercial Finance LLC, Prime Alliance Bank, Inc., and 36th Street Capital Partners, LLC

Dated: 4/27/2023        Signed: */s/ Alexis A. Leventhal*

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:        Signed: _____
                        Deputy Clerk

Order   (Docket No. 821)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed: April 28, 2023**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**