United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 30, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of __Pennsylvania__:

| | |
|---|---|
| Name | Jared S. Roach |
| Firm | Reed Smith LLP |
| Street | 225 Fifth Avenue, Suite 1200 |
| City & Zip Code | Pittsburgh, PA 15222 |
| Telephone | 412-288-3131 |
| Licensed: State & Number | PA Bar No. 307541 |

Seeks to appear as the attorney for this party:

Wingspire Equipment Finance LLC f/k/a Liberty Commercial Finance LLC, Prime Alliance Bank, Inc., and 36th Street Capital Partners, LLC

Dated: 4/27/2023     Signed: */s/ Jared S. Roach*

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:     Signed: _____
                 Deputy Clerk

Order    (Docket No. 822)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed: April 28, 2023**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**