IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.,* | § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § | (Jointly Administered) Re: Docket Nos. 301 & 543 |

## NOTICE OF PAYMENTS TO ORDINARY COURSE PROFESSIONALS

**PLEASE TAKE NOTICE** that on January 17, 2023, Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (the "**Debtors**"), filed the *Motion of Debtors for Order Authorizing Debtors to Employ Professionals Used in Ordinary Course of Business Effective as of the Petition Date* (Docket No. 301) (the "**OCP Motion**").[2]

**PLEASE TAKE FURTHER NOTICE** that on February 21, 2023, the Court entered the *Order Authorizing Debtors to Employ Professionals Used in Ordinary Course of Business Effective as of the Petition Date* (Docket No. 543) (the "**OCP Order**") granting the relief requested in the OCP Motion.  Pursuant to the OCP Order, the Debtors are required to file with the Court a statement including the following information for each Ordinary Course Professional: (a) the name of the Ordinary Course Professional; (b) the aggregate amounts paid as compensation

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198).  The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the OCP Motion.

for services rendered and reimbursement of expenses incurred by that Ordinary Course Professional during the reported Quarter; (c) the aggregate amount of postpetition payments made to that Ordinary Course Professional to date; and (d) a general description of the services rendered by that Ordinary Course Professional (each such statement, a "**Report**").

**PLEASE TAKE FURTHER NOTICE** that annexed hereto as **Exhibit A** is the Report for the quarter ending March 31, 2023, which was served on the Reviewing Parties on April 30, 2023.

*[Remainder of page intentionally left blank]*

Dated: May 1, 2023
Houston, Texas

Respectfully submitted,

  /s/ Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:   (713) 224-9511
Email:   Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Moshe A. Fink (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Email:   Ray.Schrock@weil.com
            Ronit.Berkovich@weil.com
            Moshe.Fink@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

**Certificate of Service**

I hereby certify that on May 1, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

 /s/  Alfredo R. Pérez                        
Alfredo R. Pérez

**<u>Exhibit A</u>**

**OCP Report**

**Core Scientific**

*Ordinary Course Professional Payments*

*Period from December 21, 2022 - March 31, 2023*

| OCP Name | Business Description | Q1 2023 Amount | Cumulative Post-Petition Amount |
|---|---|---|---|
| Fishman Stewart PLLC | Legal Services | $16,525 | $16,525 |
| Frost Brown Todd Attorneys LLC | Legal Services | $4,728 | $4,728 |
| Marcum LLP | Tax & Accounting Services | $463,349 | $463,349 |
| Quinn Emanuel Urquhart & Sullivan | Legal Services | $6,436 | $6,436 |