IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § § § | (Jointly Administered) Re: Docket No. 774 |

**CERTIFICATE OF NO OBJECTION
REGARDING MOTION OF DEBTORS FOR ENTRY OF
ORDER (I) AUTHORIZING DEBTORS TO ENTER INTO EMPLOYMENT
AGREEMENT WITH ADAM SULLIVAN AND (II) GRANTING RELATED RELIEF**

1. On April 10, 2023, Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Motion of Debtors for Entry of Order (I) Authorizing Debtors to Enter Into Employment Agreement with Adam Sullivan and (II) Granting Related Relief* (Docket No. 774) (the "**Motion**"),[2] with a proposed order granting the relief requested in the Motion annexed thereto as Exhibit B (the "**Proposed Order**"). Objections to the Motion were required to be filed and served on or prior to May 1, 2023 (the "**General Objection Deadline**").

2. Following the filing of the Motion, the Debtors extended the General Objection Deadline for the ad hoc group of secured convertible noteholders to May 3, 2023 (the "**Ad Hoc Group Objection Deadline**," and together with the General Objection Deadline,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

the "**Objection Deadlines**").  The Debtors did not receive comments on the Proposed Order from the U.S. Trustee or any other party in interest, including the ad hoc group of secured convertible noteholders.  The Proposed Order is annexed hereto as **Exhibit A**.

3. In accordance with paragraph 44 of the *Procedures for Complex Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) the Objection Deadlines have passed, (ii) the undersigned counsel is unaware of any objection to the Motion, and (iii) the undersigned counsel has reviewed the Court's docket and no objection to the Motion appears thereon.

4. Therefore, the Debtors respectfully request entry of the Proposed Order.

*[Remainder of page intentionally left blank]*

Dated: May 4, 2023
      Houston, Texas

Respectfully submitted,

  /s/ *Alfredo R. Pérez*
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Moshe A. Fink (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Ray.Schrock@weil.com
       Ronit.Berkovich@weil.com
       Moshe.Fink@weil.com

*Attorneys for Debtors
and Debtors in Possession*

**Certificate of Service**

I hereby certify that on May 4, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                             /s/ Alfredo R. Pérez
                                             Alfredo R. Pérez