IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § § | (Jointly Administered) Re: Docket No. 782 |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION
OF DEBTORS FOR ENTRY OF AN ORDER (I) APPROVING OMNIBUS
CLAIMS OBJECTIONS PROCEDURES AND FILING OF SUBSTANTIVE
OMNIBUS CLAIMS OBJECTIONS, (II) WAIVING THE REQUIREMENT
OF BANKRUPTCY RULE 3007(E)(6), AND (III) GRANTING RELATED RELIEF**

1. On April 12, 2023, Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Motion of Debtors for Entry of an Order (I) Approving Omnibus Claims Objections Procedures and Filing of Substantive Omnibus Claims Objections, (II) Waiving the Requirement of Bankruptcy Rule 3007(E)(6), and (III) Granting Related Relief* (Docket No. 782) (the "**Motion**"),[2] with a proposed order granting the relief requested in the Motion annexed thereto as <u>Exhibit A</u> (the "**Proposed Order**"). Objections to the Motion were required to be filed and served on or prior to May 3, 2023 (the "**Objection Deadline**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2. Following the filing of the Motion, the Debtors did not receive comments on the Proposed Order from the U.S. Trustee or any other party in interest. The Proposed Order is annexed hereto as **Exhibit A**.

3. In accordance with paragraph 44 of the *Procedures for Complex Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) the Objection Deadline has passed, (ii) the undersigned counsel is unaware of any objection to the Motion, and (iii) the undersigned counsel has reviewed the Court's docket and no objection to the Motion appears thereon.

4. Therefore, the Debtors respectfully request entry of the Proposed Order.

[*Remainder of page intentionally left blank*]

Dated: May 4, 2023
       Houston, Texas

           Respectfully submitted,

           /s/  Alfredo R. Pérez
           WEIL, GOTSHAL & MANGES LLP
           Alfredo R. Pérez (15776275)
           700 Louisiana Street, Suite 1700
           Houston, Texas 77002
           Telephone:  (713) 546-5000
           Facsimile:   (713) 224-9511
           Email:   Alfredo.Perez@weil.com

           -and-

           WEIL, GOTSHAL & MANGES LLP
           Ray C. Schrock (admitted *pro hac vice*)
           Ronit J. Berkovich (admitted *pro hac vice*)
           Moshe A. Fink (admitted *pro hac vice*)
           767 Fifth Avenue
           New York, New York 10153
           Telephone:  (212) 310-8000
           Facsimile:   (212) 310-8007
           Email:   Ray.Schrock@weil.com
                     Ronit.Berkovich@weil.com
                     Moshe.Fink@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

## Certificate of Service

I hereby certify that on May 4, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                   /s/ Alfredo R. Pérez
                                                   Alfredo R. Pérez