IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § | Case No. 22-90341 (DRJ) |
| Debtors[1] | § § § | (Jointly Administered) |

**JOINT STIPULATION AND AGREED ORDER
SETTING AN OBJECTION DEADLINE WITH RESPECT TO NORTH MILL
EQUIPMENT FINANCE LLC'S MOTION TO LIFT THE AUTOMATIC STAY**

This joint stipulation and agreed order (this "**Stipulation and Agreed Order**") is made and entered into by and among (1) Core Scientific, Inc. and its affiliated debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), and (2) North Mill Equipment Finance LLC ("**North Mill**" and together with the Debtors, the "**Parties**").  The Parties hereby stipulate and agree as follows:

**RECITALS**

**WHEREAS**, on December 21, 2023, the Debtors each commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**"); and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

1

**WHEREAS**, on April 12, 2023, North Mill filed the *Motion for Relief from Automatic Stay Regarding Equipment, or Alternatively, Motion for Adequate Protection* (Docket No. 780) (the "**Motion**"), which stated that a hearing on the Motion would be set for a later date; and

**WHEREAS**, on May 3, 2023, North Mill contacted the Bankruptcy Court to set a date for hearing on the Motion, which has since be set for May 22, 2023 (the "**Hearing Date**"); and

**WHEREAS**, the Parties desire to enter into this Stipulation, for avoidance of all doubt, to set a deadline for all parties in interest to object to the relief requested in the Motion on May 15, 2023, which is seven (7) days prior to the Hearing Date (the "**Objection Deadline**").

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AND UPON APPROVAL BY THE COURT OF THIS STIPULATION AND AGREED ORDER, IT IS SO ORDERED** as follows:

## AGREEMENT

1. The Objection Deadline for all parties in interest to object to the relief requested in the Motion be set as May 15, 2023, the date seven (7) calendar days prior to the Hearing Date.

2. This Stipulation may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same Stipulation. The delivery by facsimile transmission or other electronic transmission of any signature on this Stipulation shall be a valid signature as of the transmission thereof.

3. Each person who executes this Stipulation represents that he or she is counsel for his or her respective client and is executing this Stipulation on behalf of and with the authority of his or her respective client.

4. Neither this Stipulation nor any of its terms may be modified, altered, amended or waived, except in writing signed by the Parties hereto.

5. The Parties are authorized to take any and all actions reasonably necessary and appropriate to effectuate the relief granted pursuant to this Stipulation and Agreed Order.

6. This Stipulation and Agreed Order constitutes the entire agreement and supersedes all other prior agreements and understandings, both written and oral, between the Parties with respect to the subject matter hereof and, except as otherwise expressly provided herein, are not intended to confer upon any other person any rights or remedies hereunder.

7. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation and Agreed Order.

Dated: May [●], 2023
Houston, Texas

_____
**THE HONORABLE DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

**AGREED TO THIS 4th DAY OF May, 2023**

| | |
|---|---|
| */s/* <u>Alfredo R. Pérez</u> | */s/* <u>Christopher V. Arisco</u> |
| **WEIL, GOTSHAL & MANGES LLP** | **PADFIELD & STOUT LLP** |
| Alfredo R. Pérez | Christopher V. Arisco |
| 700 Louisiana St, Suite 1700 | 420 Throckmorton Street, Suite 1210 |
| Houston, Texas 77002 | Fort Worth, Texas 76102 |
| Telephone: (713) 546-5000 | Telephone: (817) 338-1616 |
| Facsimile: (713) 224-9511 | Facsimile: (817) 338-1610 |
| E-mail:  Alfredo.Perez@weil.com | E-mail:  CArisco@padfieldstout.com |
| | |
| - and - | *Counsel to North Mill Equipment Finance LLC.* |

**WEIL, GOTSHAL & MANGES LLP**
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Moshe A. Fink (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail:  Ray.Schrock@weil.com
          Ronit.Berkovich@weil.com
          Moshe.Fink@weil.com

*Counsel for the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I certify that on May 4, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Alfredo R. Pérez*
Alfredo R. Pérez