United States Bankruptcy Court
Southern District of Texas

**ENTERED**
May 09, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT   SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 22-90341 (DRJ) |
|---|---|---|---|
| Debtor | | In Re: | Core Scientific Inc., et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jonathan Canfield<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6000<br>New York #  4477485 |
|---|---|

| Name of party applicant seeks to appear for: | Ad Hoc Group of Secured Convertible Noteholders |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __✔____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/2/2023 | Signed: | /s/ Jonathan Canfield |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature: |
|---|---|

**Order**
(Docket No. 843)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.

**This lawyer is admitted *pro hac vice*.**

Signed:  May 09, 2023

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**