IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.,* | § | Case No. 22-90341 (DRJ) |
| | § | |
| Debtors[1] | § | (Jointly Administered) |
| | § | Re: Docket Nos. 711, 773, 780, 787, |
| | | 792, 801, 853, 856, 857, 861, and 879 |

**NOTICE OF HEARING SCHEDULED FOR
MAY 22, 2023 AT 1:30 P.M. (PREVAILING CENTRAL TIME)**

**PLEASE TAKE NOTICE** that, on March 20, 2023, Core Scientific, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed the *Debtors' Motion to Quash Sphere 3D's Bankruptcy Rule 2004 Requests for Production of Documents* (Docket No. 711) (the "**Motion to Quash**").

**PLEASE TAKE FURTHER NOTICE** that, on April 10, 2023, the Debtors filed the *Motion of the Debtors for Order Extending Exclusive Periods Pursuant to Section 1121(D) of the Bankruptcy Code* (Docket No. 773) (the "**Exclusivity Motion**"). Objections have been filed to the Exclusivity Motion following the filing thereof.

**PLEASE TAKE FURTHER NOTICE** that, on April 12, 2023, North Mill Equipment Finance LLC ("**North Mill**") filed the *Motion for Relief from Automatic Stay Regarding Equipment, or Alternatively, Motion for Adequate Protection* (Docket No. 780)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

(the "**North Mill Motion**"). On May 4, 2023, the Debtors and North Mill filed the *Joint Stipulation and Agreed Order Setting an Objection Deadline with Respect to North Mill Equipment Finance LLC's Motion to Lift the Automatic Stay* (Docket No. 853), requesting the Court approve May 15, 2023 as the deadline for all parties in interest to object to the North Mill Motion. On May 5, 2023, North Mill filed a *Notice of Hearing Regarding North Mill Equipment Finance, LLC's Motion for Relief from Automatic Stay Regarding Equipment, or Alternatively, Motion for Adequate Protection* (Docket No. 857), noticing the hearing on the North Mill Motion for May 22, 2023 at 1:30 p.m. (prevailing Central Time). On the date hereof, the Debtors' filed *Debtors' Objection to North Mill Equipment Finance LLC's Motion for Relief from Automatic Stay or Alternatively Motion for Adequate Protection* (Docket No. 879).

**PLEASE TAKE FURTHER NOTICE** that, on April 13, 2023, GEM Mining 1 LLC and GEM Mining 4 LLC filed *GEM Mining's Emergency Motion to Compel Assumption or Rejection of Executory Contracts or, In the Alternative, for Adequate Protection* (Docket No. 787) (the "**GEM Mining Motion**"). The Court initially entered an order on April 13, 2023 setting a hearing to consider the relief requested in the GEM Mining Motion for May 22, 2023 at 10:30 a.m. (prevailing Central Time) (Docket No. 792). On May 4, 2023, the Debtors filed the *Debtors' Objection to GEM Mining's Emergency Motion to Compel Assumption or Rejection of Executory Contracts or, In the Alternative, for Adequate Protection* (Docket No. 856).

**PLEASE TAKE FURTHER NOTICE** that, on April 15, 2023, Celsius Mining LLC filed *Celsius Mining LLC's Motion for Entry of an Order (I) Allowing and Directing Payment of its Administrative Expense Claim Pursuant to 11 U.S.C. §503(b)(1)(A) and (II) Granting Related Relief* (Docket No. 801) (the "**Celsius Motion**"), with a hearing to consider the relief requested in the Celsius Motion scheduled for May 22, 2023, at 1:30 p.m. (prevailing Central Time). On May 5, 2023 the Debtors filed the *Debtors' Objection to Celsius Mining LLC's Motion*

*for Entry of an Order (I) Allowing and Directing Payment of its Administrative Expense Claim Pursuant to 11 U.S.C. 503(b)(1)(A) and (II) Granting Related Relief* (Docket No. 861).

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief requested in the (i) Motion to Quash, (ii) Exclusivity Motion, (iii) North Mill Motion, (iv) GEM Mining Motion, and (v) Celsius Motion will be conducted before the Honorable David R. Jones at the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") on **May 22, 2023 at 1:30 p.m. (Prevailing Central Time)** (the "**Hearing**"), Courtroom 400, 4th Floor, 515 Rusk Avenue, Houston, TX 77002.  You may participate in the Hearing either in person or by an audio and video connection. Audio communication will be by use of the Bankruptcy Court's dial-in facility.  You may access the facility by dialing 832-917-1510 and entering the conference code 205691.  Video communication will be by use of the GoToMeeting platform.  Connect via the free GoToMeeting application or click the link on Judge Jones's home page (https://www.gotomeet.me/JudgeJones) on the Southern District of Texas website.  The meeting code is "JudgeJones".  Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that copies of all pleadings are available by visiting the website maintained by the Debtors' claims and noticing agent, Stretto, Inc. at https://cases.stretto.com/corescientific, or from the Court's website, www.txs.uscourts.gov, for a fee.  A PACER login and password are required to access documents on the Court's website, and these can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov.

[*Remainder of page intentionally left blank*]

3

Dated:  May 15, 2023
       Houston, Texas

                              Respectfully submitted,

                                /s/  Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:  Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit Berkovich (admitted *pro hac vice*)
Moshe A. Fink (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Email:  Ray.Schrock@weil.com
         Ronit.Berkovich@weil.com
         Moshe.Fink@weil.com


*Attorneys for Debtors
and Debtors in Possession*

**Certificate of Service**

I hereby certify that, on May 15, 2023, a true and correct copy of the foregoing document was served as provided by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                */s/ Alfredo R. Pérez*
                                                Alfredo R. Pérez