IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § | (Jointly Administered) |

**ORDER GRANTING THE FIRST INTERIM FEE APPLICATION OF
PJT PARTNERS LP, INVESTMENT BANKER TO THE DEBTORS, FOR
THE FEE PERIOD FROM DECEMBER 21, 2022 THROUGH MARCH 31, 2023**

The Court has considered the *First Interim Fee Application of PJT Partners LP, Investment Banker to the Debtors, for the Fee Period from December 21, 2022 through March 31, 2023* (the "First Interim Application"), filed by PJT Partners LP ("PJT").  The Court orders:

1. PJT is allowed interim compensation and reimbursement of expenses in the amount of $1,480,241.76 for the period set forth in the First Interim Fee Application.

2. The Debtors are authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Dated: _____, 2023
Houston, Texas

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.