**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CORE SCIENTIFIC, INC., *et al.*, | ) | Case No. 22-90341 (DRJ) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) | Re: Docket No. 883 |

**CORRECTED CERTIFICATE OF SERVICE**

I certify that on May 16, 2023, I caused a copy of the *Objection of the Ad Hoc Group to the Motion for Relief from Automatic Stay Regarding Equipment, or Alternatively, Motion for Adequate Protection* (Docket 883) to be served by email on the following: Mark W. Stout and Christopher V. Arisco, counsel for North Mill Equipment Finance LLC, mstout@padfieldstout.com, carisco@padfieldstout.com; Alfredo R. Pérez, Ray C. Schrock, Ronit J. Berkovich and Moshe A. Fink, counsel for the Debtors, alfredo.perez@weil.com, ray.schrock@weil.com, ronit.berkovich@weil.com, moshe.fink@weil.com; Jennifer J. Hardy, Brett H. Miller, Todd M. Goren and James H. Burbage, counsel for the Official Committee of Unsecured Creditors, jhardy2@willkie.com, bmiller@willkie.com, tgoren@willkie.com, jburbage@willkie.com; Hampton Foushee, Douglas R. Gooding, John F. Ventola and R.J. Shannon, counsel for B. Riley Commercial Capital, LLC, the DIP Lender, hfoushee@choate.com, dgooding@choate.com, jventola@choate.com, rshannon@shannonleellp.com; and by the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on all parties registered to receive such service in the above-captioned cases.

Date: May 16, 2023
      Houston, Texas

Respectfully submitted

/s/ *James T. Grogan III*
**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Kristopher M. Hansen (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Erez E. Gilad (admitted *pro hac vice*)
Joanne Lau (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: krishansen@paulhastings.com
      sayanbhattacharyya@paulhastings.com
      erezgilad@paulhastings.com
      joannelau@paulhastings.com

*Counsel to the Ad Hoc Group*