# EXHIBIT A

## AFFIDAVIT FOR MECHANIC'S AND MATERIALMAN'S LIEN
## AND CONSTITUTIONAL LIEN

THE STATE OF California §
§
COUNTY OF Orange §

BEFORE ME, the undersigned authority, on this day personally appeared Shamel Bersiek, who upon his oath did depose and state as follows:

1. "My name is Shamel Bersiek. I am the Chief Technical Officer for Trilogy LLC, hereinafter referred to as "Claimant." I am over 21 years of age, have personal knowledge of the facts set forth below and am competent and authorized to make this Affidavit on Claimant's behalf.

2. Claimant's business and mailing address is 6255 Saddle Tree, Las Vegas, Nevada 89118.

3. Claimant furnished labor and materials for the construction of a datacenter and improvements on real property described herein pursuant to agreements by and between Claimant and Core Scientific, Inc.

4. The labor and materials furnished by Claimant and for which a lien is claimed can be generally described as the manufacturing and distribution of specially fabricated power distribution units, fans, racks, and related equipment and materials.

5. The property sought to be charged with a lien by Claimant can be generally described as Core Scientific CVL1 Cedarvale project located at 3031 FM 516 N., Barstow, Texas 79777, coordinates 31.51112° N, 103.45024° W, and more particularly described as follows: (1) 50.079 acres out of Section 229, Block 34, H&TC Survey, Ward County, Texas, being Tracts 1, 2, and 3 as shown in Exhibit A attached hereto, (2) 43.41 acres, more or less, out of Section 229, Block 34, H&TC RR Survey, A-292, Ward County, Texas, being described by metes and bounds in Exhibit B attached hereto, and (3) 42.46 acres, more or less, out of Section 229, Block 34, H&TC RR Survey, A-292, Ward County, Texas, being described by metes and bounds in Exhibit C attached hereto. Additionally, Claimant claims its lien on its removables located at the property.

6. Pursuant to its agreements with Core Scientific, Inc., Claimant is the original contractor for the improvements for which a lien is claimed.

7. The owner or reputed owner of the above-described real property of the above-described real property and improvements located thereon is Core Scientific, Inc. whose last known address is 210 Barton Spring Rd., Ste. 300, Austin, Texas 78704.

8. After allowing all just credits, offsets and payments, the amount of $5,086,791.25 remains unpaid and said sum is due and owing to Claimant under the terms of Claimant's agreements with Core Scientific, Inc. The amount claimed is just and

13904658v1

correct and constitutes the reasonable value of the materials and equipment furnished or specially fabricated, and labor performed.

9. Claimant claims a lien on the above described property and improvements under the provisions of Chapter 53 of the Texas Property Code to secure payment of the above amount. This amount does not include any attorneys' fees, interest, or costs which may be recovered at law. Demand is hereby made under Chapter 53 of the Texas Property Code for payment of the amount set forth herein.

10. Claimant also claims a constitutional lien on such property pursuant to the provision of Article 16, Section 37, of the Texas Constitution.

11. One (1) copy of this Affidavit is being sent by Certified Mail, Return Receipt Requested to the owner or reputed owner of the real property addressed to its last known address as described above."

SWORN AND EXECUTED on this the __10__ day of April, 2023.

Trilogy LLC

By: _____  MANAGING MEMBER
Shamel Bersiek, Chief Technical Officer

THE STATE OF __California__ §
                              §
COUNTY OF __Orange__          §

BEFORE ME, the undersigned Notary Public, on this day personally appeared Shamel Bersiek, known to me to be the person whose name is subscribed to the foregoing instrument, who acknowledged to me that such person executed the same for the purposes and consideration therein expressed and in the capacity therein stated as the act and deed of Trilogy LLC and further swore that the foregoing was true and correct.

SUBSCRIBED AND SWORN TO on this the __10__ day of April, 2023.

JUDY A. STURDIVANT
COMM. #2331402
Notary Public · California
Orange County
My Comm. Expires Aug. 11, 2024

Notary Public In and For The State of __California__

My Commission Expires: __August 11, 2024__

Printed Name: __Judy A. Sturdivant__

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA   COUNTY OF __Orange__
Subscribed and sworn to (or affirmed) before me on this __10__ day of __April__, 20__23__ by __Shamel Bersiek__
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
(Signature of Notary)

13904658v1



**EXHIBIT "B"**

## WARD COUNTY, TEXAS

### LEGAL DESCRIPTION:

BEING A 43.41 ACRE TRACT OF LAND SITUATED IN SECTION 229, BLOCK 34, H. & T.C. RR. CO. SURVEY, ABSTRACT NO. 292, WARD COUNTY, TEXAS, BEING A PART OF A CALLED 135 ACRE TRACT OF LAND CONVEYED TO C. S. MAJORS, AS RECORDED IN VOLUME 33, PAGE 592, OFFICIAL PUBLIC RECORDS, WARD COUNTY, TEXAS. SAID 43.41 ACRE TRACT BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING AT A 1/2" CAPPED IRON ROD STAMPED "TRANSGLOBAL SERVICES" SET FOR THE SOUTHEAST CORNER OF SAID 43.41 ACRE TRACT, FROM SAID CORNER A 1/2" CAPPED IRON ROD FOUND FOR THE SOUTHEAST CORNER OF SAID SECTION 229 BEARS S 07°25'59" W, A DISTANCE OF 2395.13 FEET (TIE). SAID SET 1/2" CAPPED IRON ROD STAMPED "TRANSGLOBAL SERVICES" BEING CALLED THE POINT OF BEGINNING AND HAVING A TEXAS COORDINATE SYSTEM OF 1983, CENTRAL ZONE (4203), STATE PLANE COORDINATE OF
N: 10528546.63, E: 1326591.79 FEET, FOR REFERENCE.

THENCE N 59°29'33" W, A DISTANCE OF 567.34 FEET TO A 1/2" CAPPED IRON ROD STAMPED "TRANSGLOBAL SERVICES" SET FOR THE SOUTHWEST CORNER OF SAID 43.41 ACRE TRACT FROM WHICH A FOUND 1" IRON ROD BEARS S 42°42'20" W, A DISTANCE OF 1840.32 FEET (TIE);

THENCE N 42°42'20" E, A DISTANCE OF 3483.15 FEET TO A 1/2" CAPPED IRON ROD STAMPED "TRANSGLOBAL SERVICES" SET FOR THE NORTHWEST CORNER OF SAID 43.41 ACRE TRACT, FROM WHICH A FOUND 60D NAIL BEARS S 30°18'49" E, A DISTANCE OF 70.14 FEET (TIE);

THENCE S 47°19'55" E, A DISTANCE OF 550.09 FEET TO A 1/2" CAPPED IRON ROD STAMPED "TRANSGLOBAL SERVICES" SET FOR THE NORTHEAST CORNER OF SAID 43.41 ACRE TRACT, FROM WHICH A MONUMENT FOUND FOR THE NORTHEAST CORNER OF SAID SECTION 229 BEARS S 47°19'55" E, A DISTANCE OF 1443.13 FEET (TIE);

THENCE S 42°37'48" W, A DISTANCE OF 3363.64 FEET TO THE POINT OF BEGINNING, CONTAINING 43.41 ACRES OR 1,890,906 SQUARE FEET OF LAND, MORE OR LESS.

**EXHIBIT "C"**

**WARD COUNTY, TEXAS**

**LEGAL DESCRIPTION:**

BEING A 42.46 ACRE TRACT OF LAND SITUATED IN SECTION 229, BLOCK 34, H. & T.C. RR. CO. SURVEY, ABSTRACT NO. 292, WARD COUNTY, TEXAS, AND BEING PART OF A TRACT OF LAND CONVEYED TO THERESA WALKER & BOBIE AVARY, AS RECORDED IN VOLUME 511, PAGE 348, OFFICIAL PUBLIC RECORDS, WARD COUNTY, TEXAS. SAID 42.46 ACRE TRACT BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING AT A 1/2" CAPPED IRON ROD STAMPED "TRANSGLOBAL SERVICES" SET FOR THE SOUTHEAST CORNER OF SAID 42.46 ACRE TRACT, FROM SAID CORNER A 1/2" CAPPED IRON ROD FOUND FOR THE SOUTHEAST CORNER OF SAID SECTION 229 BEARS S 21°04'28" E, A DISTANCE OF 2233.72 FEET (TIE). SAID SET 1/2" CAPPED IRON ROD STAMPED "TRANSGLOBAL SERVICES" BEING CALLED THE POINT OF BEGINNING AND HAVING A TEXAS COORDINATE SYSTEM OF 1983, CENTRAL ZONE (4203), STATE PLANE COORDINATE OF
N: 10528255.94, E: 1327085.14 FEET, FOR REFERENCE.

THENCE N 59°29'33" W, A DISTANCE OF 572.62 FEET TO A 1/2" CAPPED IRON ROD STAMPED "TRANSGLOBAL SERVICES" SET FOR THE SOUTHWEST CORNER OF SAID 42.46 ACRE TRACT FROM WHICH A FOUND 1" IRON ROD BEARS S 58°30'06" W, A DISTANCE OF 2037.12 FEET (TIE);

THENCE N 42°37'48" E, A DISTANCE OF 3363.64 FEET TO A 1/2" CAPPED IRON ROD STAMPED "TRANSGLOBAL SERVICES" SET FOR THE NORTHWEST CORNER OF SAID 42.46 ACRE TRACT, FROM WHICH A FOUND 60D NAIL BEARS N 49°45'55" W, A DISTANCE OF 483.46 FEET (TIE);

THENCE S 47°19'55" E, A DISTANCE OF 564.14 FEET TO A 1/2" CAPPED IRON ROD STAMPED "TRANSGLOBAL SERVICES" SET FOR THE NORTHEAST CORNER OF SAID 42.46 ACRE TRACT, FROM WHICH A MONUMENT FOUND FOR THE NORTHEAST CORNER OF SAID SECTION 229 BEARS S 47°19'55" E, A DISTANCE OF 879.00 FEET (TIE);

THENCE S 42°42'20" W, A DISTANCE OF 3243.02 FEET TO THE POINT OF BEGINNING, CONTAINING 42.46 ACRES OR 1,856,325 SQUARE FEET OF LAND, MORE OR LESS.

3

```
        FILED FOR RECORD
DENISE VALLES - COUNTY CLERK
      WARD COUNTY, TEXAS
```

## INST NO:2023-1103

```
FILED ON: APRIL 13, 2023 AT 1:58pm
THE INSTRUMENT CONTAINED 6 PAGES AT FILING
```

THE STATE OF TEXAS
COUNTY OF WARD



```
I, Denise Valles, Clerk County Court in and
for said county hereby do certify that the
foregoing instrument was filed for record in
my office on the 13th day of April 2023 at
1:58 PM and duly recorded on that date, in
the Official Public Records of said county.
```

**Instrument # 2023-1103, 6 Pages**

*Denise Valles*

Denise Valles, County Clerk

<u>Lorna Hawkins</u>
Deputy Clerk

## <u>DO NOT DESTROY</u>

## <u>**WARNING-THIS IS PART OF THE OFFICIAL RECORD**</u>

Return:
PORTER HEDGES LLP
LINIUSE UMUNNA
1100 MAIN STREET, 36TH FLOOR
HOUSTON, TX 77002

Instrument Amount: $42.00