# EXHIBIT B

# AFFIDAVIT FOR MECHANIC'S AND MATERIALMAN'S LIEN ON LEASHOLD INTEREST

THE STATE OF California §
§
COUNTY OF Orange §

BEFORE ME, the undersigned authority, on this day personally appeared Shamel Bersiek, who upon his oath did depose and state as follows:

1. "My name is Shamel Bersiek. I am the Chief Technical Officer for Trilogy LLC, hereinafter referred to as "Claimant." I am over 21 years of age, have personal knowledge of the facts set forth below and am competent and authorized to make this Affidavit on Claimant's behalf.

2. Claimant's business and mailing address is 6255 Saddle Tree, Las Vegas, Nevada 89118.

3. Claimant furnished labor and materials for the construction of a datacenter and improvements on the leasehold property described herein pursuant to agreements by and between Claimant and Core Scientific, Inc.

4. The labor and materials furnished by Claimant and for which a lien is claimed can be generally described as the manufacturing and distribution of specially fabricated power distribution units and related equipment and materials.

5. The property sought to be charged with a lien by Claimant can be generally described as Core Scientific CT01 Cottonwood project located at 1851 FM 2119, Pecos, Texas 79772, coordinates 31°32'28.9"N,103°49'08.7" W, and more particularly described as a tract containing 60 acres, more or less, located in the NW ¼ of Section 6, Block 55, Twp 5, T&P RR Company Survey, Reeves County, Texas, which is depicted in Exhibit "A" hereto and more fully described in Exhibit "B". Additionally, Claimant claims its lien on its removables located at the property.

6. Pursuant to its agreements with the leasehold interest owner, Claimant is the original contractor for the improvements for which a lien is claimed.

7. The owner or reputed owner of the above-described real property is Jobe Ranch Family Limited Partnership whose last known address is 1150 Southview Drive, El Paso, Texas 79928.

8. The leasehold owner or reputed leasehold owner of the above-described real property and improvements located thereon is Core Scientific, Inc. whose last known address is 210 Barton Spring Rd., Ste. 300, Austin, Texas 78704.

13904655v1

9. After allowing all just credits, offsets and payments, the amount of $5,576,666.67 remains unpaid and said sum is due and owing to Claimant under the terms of Claimant's agreements with Core Scientific, Inc. The amount claimed is just and correct and constitutes the reasonable value of the materials and equipment furnished or specially fabricated, and labor performed.

10. Claimant claims a lien on the above described leasehold interest and improvements under the provisions of Chapter 53 of the Texas Property Code to secure payment of the above amount. This amount does not include any attorneys' fees, interest, or costs which may be recovered at law. Demand is hereby made under Chapter 53 of the Texas Property Code for payment of the amount set forth herein.

11. One (1) copy of this Affidavit is being sent by Certified Mail, Return Receipt Requested to the owner or reputed owner of the real property and to the leasehold owner or reputed leasehold owner addressed to their last known addresses as described above."

SWORN AND EXECUTED on this the __10__ day of April, 2023.

Trilogy LLC

By: _____ MANAGING MEMBER
Shamel Bersiek, Chief Technical Officer

THE STATE OF __California__ §
§
COUNTY OF __Orange__ §

BEFORE ME, the undersigned Notary Public, on this day personally appeared Shamel Bersiek, known to me to be the person whose name is subscribed to the foregoing instrument, who acknowledged to me that such person executed the same for the purposes and consideration therein expressed and in the capacity therein stated as the act and deed of Trilogy LLC and further swore that the foregoing was true and correct.

SUBSCRIBED AND SWORN TO on this the __10__ day of April, 2023.

JUDY A. STURDIVANT
COMM. #2331402
Notary Public - California
Orange County
My Comm. Expires Aug. 11, 2024

Notary Public In and For The State of __California__

My Commission Expires:

__August 11, 2024__

Printed Name:

__Judy A. Sturdivant__

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA COUNTY OF __Orange__
Subscribed and sworn to (or affirmed) before me on this __10__ day of __April__,
20__23__ by __Shamel Bersiek__

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
(Signature of Notary)

13904655v1

EXHIBIT "A"



4



EXHIBIT "B"

# REEVES COUNTY, TEXAS
T. & P. RR. CO. SURVEY, SECTION 6, BLOCK 55, ABSTRACT 3149
T. & P. RR. CO. SURVEY, SECTION 40, BLOCK 55, ABSTRACT 3148

PRIORITY POWER
COTTONWOOD
JOBE RANCH FAMILY LIMITED PARTNERSHIP

### 60.00 ACRE SURFACE LEASE

Being a 60.00-acre surface lease located in the T. & P. RR. Co. Survey, Section 6, Block 55, Abstract 3149 and the T. & P. RR. Co. Survey, Section 6, Block 55, Abstract 3148, Reeves County, Texas; being part of a tract of land described in Deed to Jobe Ranch Family Limited Partnership as recorded in Volume 937, Page 328 of the Official Public Records of Reeves County Texas; said surface lease being more particularly described as follows:

BEGINNING at a 3-inch iron pipe found for the Northwest corner of said Section 6;

THENCE N 01°42'45" E, a distance of 642.18 feet, to a 1/2-inch capped iron rod stamped "DATAPOINT 10194585" set for corner;

THENCE S 62°55'34" E, a distance of 2,278.78 feet, to a 1/2-inch capped iron rod stamped "DATAPOINT 10194585" set for corner;

THENCE S 01°38'17" W, a distance of 780.09 feet, to a 1/2-inch capped iron rod stamped "DATAPOINT 10194585" set for corner;

THENCE N 88°21'43" W, a distance of 2,058.72 feet, to a 1/2-inch capped iron rod stamped "DATAPOINT 10194585" set for corner, from which a 1/2-inch capped iron rod found for the Northeast corner of Public School Lands Survey, Section 48, Block 57, Abstract 5055 bears S 01°44'36" W a distance of 2,354.38 feet;

THENCE N 01°38'17" E, a distance of 1,116.65 feet, to the POINT OF BEGINNING, in all containing 2,613,600 square feet or 60.00 acres, more or less.

I, Matthew Tomerlin, Registered Professional Land Surveyor No. 6503 of the State of Texas, do hereby certify this plat shows the results of an on the ground survey made under my direction.
**Original signed and stamped in red ink.**

_____ Date of Signature: October 14, 2021
MATTHEW TOMERLIN
REGISTERED PROFESSIONAL LAND SURVEYOR NO. 6503
FIRM REGISTRATION/LICENSE NO. 10194585
FOR DATAPOINT SURVEYING AND MAPPING
12450 NETWORK BLVD, SUITE 300
SAN ANTONIO, TX. 78249
(777) 726-4240 OFFICE
(777) 726-4241 FAX



# Reeves County
## Evangelina N. Abila
### Reeves County Clerk

---

Instrument Number:   2023002746

eRecording - Real Property

LIEN

Recorded On: April 11, 2023 12:27 PM                    Number of Pages: 5

---

" Examined and Charged as Follows: "

Total Recording: $38.00

---

*********** THIS PAGE IS PART OF THE INSTRUMENT ***********
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

**File Information:**                                    **Record and Return To:**

Document Number:   2023002746                            Simplifile
Receipt Number:    20230411000034
Recorded Date/Time: April 11, 2023 12:27 PM
User:              Rebecca G
Station:           CLERK07



STATE OF TEXAS
COUNTY OF REEVES

I hereby certify that this Instrument was FILED In the File Number sequence on the date/time printed hereon, and was duly RECORDED in the Official Records of  County, Texas.

Evangelina N. Abila                                      *Evangelina N. Abila*
Reeves County Clerk
Reeves County, TX