# EXHIBIT C

**AFFIDAVIT FOR MECHANIC'S AND MATERIALMAN'S LIEN**
**ON LEASEHOLD INTEREST**

THE STATE OF California   §
                          §
COUNTY OF Orange          §

BEFORE ME, the undersigned authority, on this day personally appeared Shamel Bersiek, who upon his oath did depose and state as follows:

1. "My name is Shamel Bersiek. I am the Chief Technical Officer for Trilogy LLC, hereinafter referred to as "Claimant." I am over 21 years of age, have personal knowledge of the facts set forth below and am competent and authorized to make this Affidavit on Claimant's behalf.

2. Claimant's business and mailing address is 6255 Saddle Tree, Las Vegas, Nevada 89118.

3. Claimant furnished labor and materials for the construction of a datacenter and improvements on the leasehold property described herein pursuant to agreements by and between Claimant and Core Scientific, Inc.

4. The labor and materials furnished by Claimant and for which a lien is claimed can be generally described as the manufacturing and distribution of servers with related software.

5. The property sought to be charged with a lien by Claimant is located at 8171 Jim Christal Rd., Denton, Texas 76207, depicted in Exhibit "A" hereto and more fully described in Exhibit "B" which are incorporated herein by reference. Additionally, Claimant claims its lien on its removables located at the property.

6. Pursuant to its agreements with the leasehold interest owner, Claimant is the original contractor for the improvements for which a lien is claimed.

7. The owner or reputed owner of the above-described real property is the City of Denton whose last known addresses are City of Denton d/b/a Denton Municipal Electric, c/o General Manager, 1659 Spencer Road, Denton, Texas 76205 and City of Denton, attn. City Attorney, 215 East McKinney, Denton, Texas 76201.

8. The leasehold owner or reputed leasehold owner of the above-described real property and improvements located thereon is Core Scientific, Inc. whose last known address is 210 Barton Spring Rd., Ste. 300, Austin, Texas 78704.

9. After allowing all just credits, offsets and payments, the amount of $387,000 remains unpaid and said sum is due and owing to Claimant under the terms of Claimant's agreements with Core Scientific, Inc. The amount claimed is just and correct and

constitutes the reasonable value of the materials and equipment furnished or specially fabricated, and labor performed.

10. Claimant claims a lien on the above described leasehold interest and improvements under the provisions of Chapter 53 of the Texas Property Code to secure payment of the above amount. This amount does not include any attorneys' fees, interest, or costs which may be recovered at law. Demand is hereby made under Chapter 53 of the Texas Property Code for payment of the amount set forth herein.

11. One (1) copy of this Affidavit is being sent by Certified Mail, Return Receipt Requested to the owner or reputed owner of the real property and to the leasehold owner or reputed leasehold owner addressed to their last known addresses as described above."

SWORN AND EXECUTED on this the __10__ day of April, 2023.

Trilogy LLC

By: _____  MANAGING MEMBER
Shamel Bersiek, Chief Technical Officer

THE STATE OF California  §
                          §
COUNTY OF  Orange         §

BEFORE ME, the undersigned Notary Public, on this day personally appeared Shamel Bersiek, known to me to be the person whose name is subscribed to the foregoing instrument, who acknowledged to me that such person executed the same for the purposes and consideration therein expressed and in the capacity therein stated as the act and deed of Trilogy LLC and further swore that the foregoing was true and correct.

SUBSCRIBED AND SWORN TO on this the __10__ day of April, 2023.

JUDY A. STURDIVANT
COMM. #2331402
Notary Public · California
Orange County
My Comm. Expires Aug. 11, 2024

Notary Public In and For The State of California

My Commission Expires:                    Printed Name:

August 11, 2024                           Judy A. Sturdivant

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA   COUNTY OF  Orange
Subscribed and sworn to (or affirmed) before me on this  10  day of  April ,
20 23  by  Shamel Bersiek

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
_____
(Signature of Notary)

13904695v1



Exhibit A
DEC Property

Ex A

**Exhibit B**
**Leased Premises**

## Site One

BEING a 19.064 acre tract of land situated in the Moses H. Davis Survey, Abstract No. 377, City of Denton, Denton County, Texas, being part of a called 340.469 acre tract of land described in a Deed to the City of Denton, a Texas home-rule municipal corporation, as recorded in Document No. 2016-143882 of the Official Records of Denton County, Texas and being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found for an interior Southwest corner of the above cited 340.469 acre tract and the Northwest corner of a called 116.154 acre tract of land described in a Deed to the Mark Hicks Investments, LLC, as recorded in Document No. 2021-8595 of the Official Records of Denton County, Texas, from which a 1/2 inch iron rod with cap stamped "Vannoy 563-7101" found for an interior ell corner of said 340.469 acre tract, same being the Northeast corner of a called 152 acre tract of land described in a Deed to Walter B. (Bud) Wolf, as recorded in Volume 533, Page 541 of the Deed Records of Denton County, Texas bears North 00°26'46" East, a distance of 599.88 feet;

THENCE South 89°50'49" East along the South line of said 340.469 acre tract and North line of said 116.154 acre tract, for a distance of 506.72 feet to a 5/8 inch iron rod with cap stamped "TNP" set for the POINT OF BEGINNING of the herein described tract;

THENCE North 0 1 °31 '40" West departing the South line of said 340.469 acre tract and the North line of said 116.154 acre tract, for a distance of 608.71 feet to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE South 89°59'35" East for a distance of 611 .28 feet to an "X" cut set in concrete;

THENCE South 00°00'25" West for a distance of 65.60 feet to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE North 90°00'00" East for a distance of 872.65 feet to a 5/8 inch iron rod with cap stamped "TNP" set at the beginning of a non-tangent curve to the left;

THENCE in a Southern direction, along said non-tangent curve to the left having a central angle of 07°27'36", a radius of 4210.63 feet, a chord bearing of South 03°47'11" West, a chord distance of 547.84 feet and an arc length of 548.23 feet to a 5/8 inch iron rod with cap stamped "TNP" set in the South line of said 340.469 acre tract and the North line of said 116.154 acre tract, from which a 1/2 inch iron rod with cap stamped "Vannoy 563-7101" found for the Northeast corner of said 116.154 acre tract and an interior ell corner of said 340.469 acre tract bears South 89°50'49" East, a distance of 420.07 feet;

THENCE North 89°50'49" West along the South line of said 340.469 acre tract and the North line of said 116.154 acre tract, for a distance of 1431.52 feet to the POINT OF BEGINNING, and containing 19.064 acres of land, more or less.



## Site Two

BEING an 11.256 acre tract of land situated in the Moses H. Davis Survey, Abstract No. 377 and the Johnson, Green, Myers and Brummett Survey, Abstract No. 1699, City of Denton, Denton County, Texas, being part of a called 340.469 acre tract of land described in a Deed to the City of Denton, a Texas home-rule municipal corporation, as recorded in Document No. 2016-143882 of the Official Records of Denton County, Texas and being more particularly described as follows:

COMMENCING at a 5/8 inch iron rod found for the Southwest corner of Lot 1, Block 1 of Krum Tap Electrical Switch Station, per Plat recorded in Document No. 2010-3 of the Plat Records of Denton County, Texas;

THENCE North 89°39'01" East along the South line of said Lot 1, for a distance of 21.24 feet to a 5/8 inch iron rod with cap stamped "TNP" set for the POINT OF BEGINNING of the herein described tract;

Ex B

THENCE North 89°39'01" East continuing along the South line of said Lot 1, passing a 5/8 inch iron rod found for the Southeast corner of same at a distance of 658.12 feet, and continuing for a total distance of 806.50 to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE South 67°31 '07" East, for a distance of 85.93 to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE South 75°20'51" East, for a distance of 150.68 to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE South 56°48'38" East, for a distance of 80.84 to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE South 21 °23'05" East, for a distance of 76.31 to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE South 43°26'26" East, for a distance of 72.63 to a 5/8 inch iron rod with c-,ap stamped "TNP" set;

THENCE South 00°24'23" East, for a distance of 179.60 to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE North 90°00'00" West, for a distance of 1259.39 to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE North 70°47'23" West, for a distance of 60.77 to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE North 19°22'19" East, for a distance of 417.32 to the POINT OF BEGINNING, and containing 11.256 acres of land, more or less.

Ex B



Ex B

**Denton County**
**Juli Luke**
County Clerk

---

**Instrument Number:**  35664

ERecordings-RP

MECHANICS LIEN AFFIDAVIT

Recorded On: April 11, 2023 12:28 PM                          Number of Pages: 8

---

**" Examined and Charged as Follows: "**

Total Recording: $54.00

---

**\*\*\*\*\*\*\*\*\*\*\* THIS PAGE IS PART OF THE INSTRUMENT \*\*\*\*\*\*\*\*\*\*\***
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

**File Information:**                                          **Record and Return To:**
Document Number:      35664                                   Simplifile
Receipt Number:       20230411000351
Recorded Date/Time:   April 11, 2023 12:28 PM
User:                 Joy R
Station:              Station 19

---



**STATE OF TEXAS**
**COUNTY OF DENTON**
I hereby certify that this Instrument was FILED In the File Number sequence on the date/time
printed hereon, and was duly RECORDED in the Official Records of Denton County, Texas.

Juli Luke
County Clerk
Denton County, TX