# EXHIBIT 5

# EXHIBIT 5

**To:** Jeff Pratt[jpratt@corescientific.com]
**Cc:** John Warren[jw@gemmining.com]
**From:** Joe Poore
**Sent:** Tue 10/18/2022 2:16:41 PM
**Subject:** GEM 2 and 2b

Hey Jeff,

Thanks for your time today. Wanted to follow up on our brief discussion.

I reviewed the MSA and the Order form. I don't see any provision in there that requires us to consume hosting services. This primarily concerns GEM 2/2B as they have the elevated rates in Dalton and the miners are going to be (or already are) underwater.

Can you double check on your end and let me know the process for pausing/turning off miners until power costs drop?

Thanks,
Joe



Joe Poore
CFO
550 S Main St.
Suite 310
Greenville, SC 29601
Direct: 864.704.0147

joe.poore@gemmining.com
www.gemmining.com