# EXHIBIT 18

**To:** John Warren[jw@gemmining.com]
**Cc:** Joe Poore[joe.poore@gemmining.com]
**From:** Jeff Pratt
**Sent:** Fri 2/24/2023 2:04:51 PM
**Subject:** RE: [External]Hosting Update - GEM 1 and GEM 4

John,

For more of your planning, what we can offer is payment in kind with miners for the $750 expansion fee.  We can only offer that to about three clients, everyone else will be cash up front so that we can keep expanding Denton.

Keep that in mind as you do your planning.
Jeff

Jeff Pratt

SVP, Growth & Partnerships

Core Scientific, Inc

(425) 309-1790

---

**From:** John Warren <jw@gemmining.com>
**Sent:** Friday, February 24, 2023 12:03 PM
**To:** Jeff Pratt <jpratt@corescientific.com>
**Cc:** Joe Poore <joe.poore@gemmining.com>
**Subject:** Re: [External]Hosting Update - GEM 1 and GEM 4

[EXTERNAL] Use caution when opening attachments or links.

Thanks Jeff.  Received



**John S. Warren**
CEO
550 S Main St.
Suite 310
Greenville, SC 29601
Direct: 864.787.2378

jw@gemmining.com
www.gemmining.com

On Feb 24, 2023, at 12:46 PM, Jeff Pratt <jpratt@corescientific.com> wrote:

Good Morning,

As a follow up to our last several discussions, here are the actions in progress and proposed.

- **GEM 1**

  ○ We are planning to terminate these agreements in court effective March 31, 2023
  ○ We will offer GEM 1 a new month to month agreement

    ▪ Effective April 1
    ▪ Rate 5.95c per KwH
    ▪ Infra Fee of $50/unit per month
    ▪ Units in Grand Forks, North Dakota will be moving to Calvert City, Kentucky.
    ▪ Units in Marble, North Carolina will be moving to Dalton, Georgia
    ▪ Units in Dalton, Georgia will be staying in Dalton, Georgia
    ▪ Total Units = 7,354
    ▪ New agreement offer will replace units on Order 8, October, November, December and January batches

- **GEM 4**

  ○ We are planning to terminate these agreements in court effective March 31, 2023
  ○ We will offer GEM 1 a new month to month agreement

    ▪ Effective April 1
    ▪ Rate 5.95c per KwH
    ▪ Infra Fee of $50/unit per month
    ▪ Units in Grand Forks, North Dakota will be moving to Calvert City, Kentucky.
    ▪ Units in Marble, North Carolina will be moving to Dalton, Georgia
    ▪ Units in Dalton, Georgia will be staying in Dalton, Georgia
    ▪ Total Units = 3,107
    ▪ New agreement offer will replace units on Order 1, October & November

We will pursue the court action as per our discussions, we are not able to reach a mutual agreement.   I will get the new agreements to you as soon as possible in March.  You had asked me to get close to 7.8c realized rate, above we are at 8.1c realized rate.  I was not able to get approval of 7.8c.

With regard to new units, we are completely out space to expand hosting operations and construction has been on hold given our restructuring.  We are close to resuming expansion and would like to be able to host your 3,000 S19J units and your 1,500 S19 XP Units.   Hosting going

forward, comes with a different pricing structure.   The basic outline is here:

- Power – 5c per KWH consumed

    o Power above 5c across of our sites will be passed through to customers penny for penny.
    o Power below 5c will be rebated to customers at 50% of the savings.   4c power for Core will lead to a reduction of .5c for the client

- Deployment Fee - $50 per unit
- Infrastructure Fee - $50 per unit per month
- Rackspace Fee - $750 per unit, one time charge, paid upfront.   We spent Friday trying to get creative as this is a $3,375,000 upfront charge to get started.   I do have approval to try to come up with something custom for you but I wanted you to do your own modeling and thinking about this before we spend a bunch of time trying to do something that may or may not be interesting to you.


Please let me know when is good for you to have a follow up call to continue these discussions.
Jeff



&lt;image002.png&gt;    Jeff Pratt

SVP, Growth & Partnerships

**Core Scientific, Inc**

(425) 309-1790



The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message.