# EXHIBIT 21

| | |
|---|---|
| **To:** | John Warren[jw@gemmining.com] |
| **Cc:** | Joe Poore[joe.poore@gemmining.com]; Mitch Livingston[mlivingston@corescientific.com] |
| **From:** | Jeff Pratt |
| **Sent:** | Fri 3/10/2023 9:25:14 AM |
| **Subject:** | RE: [External]RE: Hosting Terms Update |

Yes, sorry, assuming we get the court date, the target shut off date will be May 15. The have not estimated time to return unit yet.

We can discuss next week.

Jeff

Jeff Pratt

SVP, Growth & Partnerships

Core Scientific, Inc

(425) 309-1790

---

**From:** John Warren <jw@gemmining.com>
**Sent:** Friday, March 10, 2023 7:56 AM
**To:** Jeff Pratt <jpratt@corescientific.com>
**Cc:** Joe Poore <joe.poore@gemmining.com>
**Subject:** Re: [External]RE: Hosting Terms Update

When you say target, what specifically are you referring to— turn off date?



**John S. Warren**
CEO
550 S Main St.
Suite 310
Greenville, SC 29601
Direct: 864.787.2378

jw@gemmining.com
www.gemmining.com

On Mar 10, 2023, at 9:54 AM, Jeff Pratt <jpratt@corescientific.com> wrote:

John,

I will connect with Todd and get back to you.

GEM 1 target is May 15

GEM 4 we can discuss\

Jeff

Jeff Pratt

SVP, Growth & Partnerships

Core Scientific, Inc

(425) 309-1790

**From:** John Warren <jw@gemmining.com>
**Sent:** Thursday, March 9, 2023 7:55 AM
**To:** Jeff Pratt <jpratt@corescientific.com>
**Cc:** Joe Poore <joe.poore@gemmining.com>
**Subject:** Re: [External]RE: Hosting Terms Update

Jeff,

I was talking about we are open to discussing how to end the hosting with Core for GEM 4 in order to save you guys from having to cancel the contract in in bankruptcy court.  We would need to discuss the following to make that happen:

1. No disconnect fee
2. Clear shutoff dates and packing timelines set.
3. Packing units in GEM 1 and GEM 4 by serial numbers into certain groups.

Thanks,
John

<image001.png>
**John S. Warren**
CEO
550 S Main St.
Suite 310
Greenville, SC 29601
Direct: 864.787.2378

jw@gemmining.com
www.gemmining.com

> On Mar 8, 2023, at 3:43 PM, Jeff Pratt <jpratt@corescientific.com> wrote:
>
> John – let's try to find some common ground on GEM 4….. What would allow us to move forward together knowing that we are currently operating below cost? I'm open to working with you and then getting something to Mike for Ceo approval.
>
> I can work over email or by phone, whatever works best for you
>
> Jeff
>
> Jeff Pratt
>
> SVP, Growth & Partnerships
>
> Core Scientific, Inc
>
> (425) 309-1790
>
> ---
>
> **From:** John Warren <jw@gemmining.com>
> **Sent:** Wednesday, March 8, 2023 12:23 PM
> **To:** Jeff Pratt <jpratt@corescientific.com>
> **Cc:** Joe Poore <joe.poore@gemmining.com>
> **Subject:** Re: [External]RE: Hosting Terms Update
>
> Jeff,
>
> GEM 4 went ahead and told us that they are not interested in the proposed terms from Core.
>
> Unlike GEM 1, we are open to working something out to bypass the bankruptcy court.
>
> John
>
> <image001.png>

**John S. Warren**
CEO

550 S Main St.
Suite 310
Greenville, SC 29601
Direct: 864.787.2378

jw@gemmining.com
www.gemmining.com

> On Mar 8, 2023, at 9:25 AM, Jeff Pratt <jpratt@corescientific.com> wrote:
>
> Joe & John,
>
> I am sorry to hear that.   Legal will need a couple days to look at workload and when they can petition the court.  Operations will need to look at the schedule.   It might take me until Tuesday to have an answer.
>
> Thanks,
>
> Jeff
>
> **Jeff Pratt**
>
> SVP, Growth & Partnerships
>
> **Core Scientific, Inc**
>
> (425) 309-1790
>
> **From:** John Warren <jw@gemmining.com>
> **Sent:** Wednesday, March 8, 2023 6:10 AM
> **To:** Joe Poore <joe.poore@gemmining.com>
> **Cc:** Jeff Pratt <jpratt@corescientific.com>
> **Subject:** Re: Hosting Terms Update
>
> [EXTERNAL] Use caution when opening attachments or links.
>
> We would like to discuss when the GEM 1 contract will be cancelled and timing of the units being shut down and packed up.

We should have feedback by Friday morning on GEM 4.

Sent from my iPhone

**John S. Warren**
CEO
GEM Mining
550 S Main St.
Suite 310
Greenville, SC 29601

Direct: 864.787.2378
jw@gemmining.com

https://gemmining.com

On Mar 8, 2023, at 9:07 AM, Joe Poore <joe.poore@gemmining.com> wrote:

?
Hey Jeff,

GEM 1 is going to pass on the revised contract terms with Core.

We are discussing with GEM 4 to see if we can get something worked out with them and will let you know.

Thanks,
Joe

<image001.png>

**Joe Poore**

CFO
550 S Main St.
Suite 310
Greenville, SC 29601
Direct: 864.704.0147

joe.poore@gemmining.com
www.gemmining.com

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message.