# EXHIBIT 26

**From:** Monica Xia <mxia@corescientific.com>
**Sent:** Friday, April 21, 2023 10:26 AM
**To:** Joe Poore <joe.poore@gemmining.com>
**Cc:** John Warren <jw@gemmining.com>; AccountsPayable <AccountsPayable@gemmining.com>; Jeff Pratt
<jpratt@corescientific.com>
**Subject:** [External]RE: GEM 1 & 4

Hi Joe,

Thanks for reaching out. Yes, we received below payments from yesterday and today. GEM 1 and GEM 4
accounts are current now.

| ⊟ 21-Apr-2023 | Incoming Money Transfer Credit (195) | | USD 295,641.13 |
|---|---|---|---|
| Bank reference # | Client reference # | Text | |
| 230421241740 | 0421241740 | WIRE TYPE:WIRE IN DATE:042123 TIME:0918 ET TRN:2023042100241 REF:20230421000077 SERVICE REF:20230421MMQFMPTQ000047 RE MINING 1 LLC 550 SO MAIN ST STE. 310 GREENVILLE SC 29601-253 ID: INS BK: ID: SND BK:BANKPROV ID:211374020 BNF:CORE SCIENT ROAD STE 300 AUSTIN TX 78704 ID:501014717817 BNF BK: ID: PAYM INV 42906 | |

| ⊟ 20-Apr-2023 | Incoming Money Transfer Credit (195) | | USD 600,000.00 |
|---|---|---|---|
| Bank reference # | Client reference # | Text | |
| 903704200461930 | 000000000000 | WIRE TYPE:WIRE IN DATE:042023 TIME:1629 ET TRN:2023042000461 REF:20230420000252 SERVICE REF:20230420MMQFMPTQ000107 REI MINING 1 LLC 550 SO MAIN ST STE. 310 GREENVILLE SC 29601-2539 ID: INS BK: ID: SND BK:BANKPROV ID:211374020 BNF:CORE SCIENTII ROAD STE 300 AUSTIN TX 78704 ID:501014717817 BNF BK: ID: PAYME INV 42906 | |

| ⊟ 20-Apr-2023 | Incoming Money Transfer Credit (195) | | USD 381,588.37 |
|---|---|---|---|
| Bank reference # | Client reference # | Text | |
| 903704200300147 | 000000000000 | WIRE TYPE:WIRE IN DATE:042023 TIME:1051 ET TRN:2023042000300 REF:20230420000108 SERVICE REF:20230420MMQFMPTQ000043 REI MINING 4 LLC 550 SO MAIN ST STE 310 GREENVILLE SC 29601-2539 INS BK: ID: SND BK:BANKPROV ID:211374020 BNF:CORE SCIENTIFIC ROAD STE 300 AUSTIN TX 78704 ID:501014717817 BNF BK: ID: PAYME INV 42907 | |

Have a great weekend!

Regards,
Monica



**MONICA XIA, CPA**

ACCOUNTING MANAGER

**Core Scientific**

**M. (425) 283-2982**

---

**From:** Joe Poore <joe.poore@gemmining.com>
**Sent:** Friday, April 21, 2023 6:13 AM
**To:** Monica Xia <mxia@corescientific.com>
**Cc:** John Warren <jw@gemmining.com>; AccountsPayable <AccountsPayable@gemmining.com>
**Subject:** GEM 1 & 4

[EXTERNAL] Use caution when opening attachments or links.

Monica,

GEM 4 sent it's wire yesterday for March hosting/May prepayment + invoiced repairs & maintenance.

GEM 1 sent 600k and the remainder just now.

Can you please confirm receipt?

Thanks,
Joe



**Joe Poore**
CFO
550 S Main St.
Suite 310
Greenville, SC 29601
Direct: 864.704.0147

joe.poore@gemmining.com
www.gemmining.com

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message.