# EXHIBIT 30

**To:**      Monica Xia[mxia@corescientific.com]
**Cc:**      Jeff Pratt[jpratt@corescientific.com]; Kristen Carnevali[kcarnevali@corescientific.com]
**From:**    Joe  Poore
**Sent:**    Thur 12/29/2022 8:43:21 AM
**Subject:** RE: [External]RE: You've received a payment from GEM Mining Advisors LLC

Hey Monica,

We had to switch banks and the wire process with the new bank has been very rocky.

I have wires pending for the remaining amounts, but they have not released. I am back and forth with the bank to get this fixed. I can't get a clear reason on why they haven't released yet. I think they are just being cautious since these amounts are large and this is a new account. I will keep you posted. I apologize.

One thing I can confirm is that we do have plenty of cash to pay these bills.


**From:** Monica Xia <mxia@corescientific.com>
**Sent:** Wednesday, December 28, 2022 11:17 AM
**To:** Joe Poore <joe.poore@gemmining.com>
**Cc:** Jeff Pratt <jpratt@corescientific.com>; Kristen Carnevali <kcarnevali@corescientific.com>
**Subject:** [External]RE: You've received a payment from GEM Mining Advisors LLC

Hi Joe,

I am following up on the payments – could you inform when should we expect to receive the remaining balances for GEM Mining entities?

Thank you,
Monica




**MONICA XIA, CPA**

ACCOUNTING MANAGER

**Core Scientific**

**M. (425) 283-2982**



**From:** Monica Xia
**Sent:** Tuesday, December 27, 2022 11:37 AM
**To:** Joe Poore <joe.poore@gemmining.com>
**Cc:** Jeff Pratt <jpratt@corescientific.com>; Kristen Carnevali <kcarnevali@corescientific.com>
**Subject:** FW: You've received a payment from GEM Mining Advisors LLC

Hi Joe,

Hope you had a great Christmas! We received the $500K today. Could you advise on its application to invoices? Could you inform are you sending the remaining balance soon?

After the $500K is applied, remaining open balance for GEM Mining entities invoices will be $848,549.92.

| ⊟ | 27-Dec-2022 | | Incoming Money Transfer Credit (195) | |
|---|---|---|---|---|
| Bank reference # | | Client reference # | | Text |
| 221227524973 | | 1227524973 | | WIRE TYPE:WIRE IN DATE:1227: |
| | | | | REF:0000000000503317 SERVIC |
| | | | | MINING ADVISORS LLC 550 SO |
| | | | | BK: ID: INS BK: ID: SND BK:COA |
| | | | | BARTON SPRINGS ROAD AUST |
| | | | | DETAILS: 875103641895 WIRE T |

| Name | Date | Memo | Document Numb | Du |
|---|---|---|---|---|
| GEM Mining 1 LLC | 12/13/2022 | Order 3-a,5 and 8 Hosting Services | INV42823 | |
| GEM Mining 2 B LLC | 12/2/2022 | Order 2-3 hosting services additional usage after miners put on pause | INV42804 | |
| GEM Mining 2 LLC | 12/2/2022 | Order 3-4 Hosting Services additional usage after miners put on pause | INV42805 | |
| GEM Mining 4 LLC | 12/13/2022 | Order1 Hosting Services | INV42824 | |
| | | | | Tᴏ |
| | | | | Pₐ |
| | | | | Rₑ |

Let me know if you have any questions.

Thank you,
Monica



**MONICA XIA, CPA**

ACCOUNTING MANAGER

**Core Scientific**

**M. (425) 283-2982**

**From:** Bluevine <noreply@bluevine.com>
**Sent:** Friday, December 23, 2022 11:44 AM
**To:** Monica Xia <mxia@corescientific.com>
**Subject:** You've received a payment from GEM Mining Advisors LLC

You don't often get email from noreply@bluevine.com. Learn why this is important

[EXTERNAL] Use caution when opening attachments or links.

# GEM Mining Advisors LLC sent you a payment of $500000.00.

Hi Core,

**GEM Mining Advisors LLC** sent you a payment of **$500000.00** by **Wire payment**. These funds are being processed and are estimated to arrive by **12/23/2022**.

<="" td="">

**If you did not request this payment**, reach out to our support team at **(888) 216-9619** as soon as possible. For non-urgent questions, you can also reach us at **bluevine.com/contact-us/**.

The Bluevine Team

**bluevine.com** 2317 Broadway, Redwood City, CA 94063
©2022 BlueVine Inc. | BlueVine® is a registered trademark of BlueVine Inc.

This email was sent by BlueVine from an unmonitored account.

**Contact us   Privacy**

Bluevine is a financial technology company, not a bank. Banking Services provided by Coastal Community Bank, Member FDIC. Bluevine accounts are FDIC insured up to $250,000 per depositor through Coastal Community Bank, Member FDIC. The Bluevine Business Debit Mastercard® is issued by Coastal Community Bank, Member FDIC pursuant to a license from Mastercard International Incorporated and may be used everywhere Mastercard is accepted. Mastercard is a registered trademark, and the circles design is a trademark of Mastercard International Incorporated. See the Coastal Community Bank Privacy Policy.

Certain Bill Pay funds, including Bill Pay with Credit Card, are held by Silicon Valley Bank, a member of the FDIC and the Federal Reserve System. Silicon Valley Bank is the California bank subsidiary of SVB Financial Group (Nasdaq: SIVB). Banking Services for payments made via ACH or wire from the Bluevine Business Checking Account are provided by Coastal Community Bank, Member FDIC.

You're receiving emails for -alert_group-
**Manage notification preferences**

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message.