# EXHIBIT 31

**To:**  Joe Poore[joe.poore@gemmining.com]
**From:**  Jeff Pratt
**Sent:**  Thur 1/19/2023 8:24:31 PM
**Subject:**  [External]GEM 4

Joe,
Please let us know about GEM 4 payment first thing tomorrow morning.  It's 28 days late.  Interest charges are high and recovery mining will be triggered meaning the miners will start to mine for us until the balance is recovered by Monday.

Let's have a call to understand the problem.
Jeff



Jeff Pratt

SVP, Growth & Partnerships

Core Scientific, Inc

(425) 309-1790

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message.