# EXHIBIT 32

**To:** Joe Poore[joe.poore@gemmining.com]
**Cc:** Ryan Irvin[Ryan.Irvin@gemmining.com]; Jeff Pratt[jpratt@corescientific.com]; Kristen Carnevali[kcarnevali@corescientific.com]
**From:** Monica Xia
**Sent:** Fri 1/20/2023 12:08:35 PM
**Subject:** RE: [External]Core Scientific Payment Not Received

Hi Joe,

We received the payments. Thank you. Please see the names on the wires in below snips and see below notes –

- $450K payment has been updated to GEM Mining 4. After its application to GEM Mining 4 INV42824, INV42824 is paid in full. Payment remaining balance $61,732.90 has been applied to GEM Mining 1 invoice INV42823.
- $274,105 and $42,170 have been applied to GEM Mining 1 invoice INV42823.
- $84,340 payment –
    - $71,345.79 was applied to GEM Mining 1 INV42823. INV42823 is paid in full.
    - $3,106.75 was applied to GEM Mining 2 B INV42804. INV42804 is paid in full.
    - $7,822.38 was applied to GEM Mining 2 INV42805. INV42805 is paid in full.
    - Remaining balance of the payment is $2,065.08. Would you like it to be applied to GEM Mining 1 or GEM Mining 4's January 2023 invoice?

| | 20-Jan-2023 | Incoming Money Transfer Credit (195) | |
|---|---|---|---|
| | Bank reference #<br>230120298497 | Client reference #<br>0120298497 | Text<br>WIRE TYPE:WIRE IN DATE:01202<br>SERVICE REF:20230120MMQFM<br>111 TOWN SQUARE PL STE 120<br>BK: ID: SND BK:SILVERGATE BA<br>RD. AIKEN SC 29803 ID:5010147 |
| | 20-Jan-2023 | Incoming Money Transfer Credit (195) | |
| | Bank reference #<br>230120298486 | Client reference #<br>0120298486 | Text<br>WIRE TYPE:WIRE IN DATE:01202<br>SERVICE REF:20230120MMQFM<br>111 TOWN SQUARE PL STE 120<br>BK: ID: SND BK:SILVERGATE BA<br>RD AIKEN SC 29803 ID:5010147 |
| | 20-Jan-2023 | Incoming Money Transfer Credit (195) | |
| | Bank reference #<br>230120298502 | Client reference #<br>0120298502 | Text<br>WIRE TYPE:WIRE IN DATE:01202<br>SERVICE REF:20230120MMQFM<br>111 TOWN SQUARE PL STE 120<br>BK: ID: SND BK:SILVERGATE BA<br>STREET STE 310 GREENVILLE S<br>PAYMENT DETAILS: |

Thank you,
Monica



MONICA XIA, CPA

ACCOUNTING MANAGER

**Core Scientific**

M. (425) 283-2982

---

**From:** Jeff Pratt <jpratt@corescientific.com>
**Sent:** Friday, January 20, 2023 6:29 AM
**To:** Joe Poore <joe.poore@gemmining.com>; Monica Xia <mxia@corescientific.com>
**Cc:** Ryan Irvin <Ryan.Irvin@gemmining.com>; Kristen Carnevali <kcarnevali@corescientific.com>
**Subject:** RE: [External]Core Scientific Payment Not Received

Thank You

Jeff Pratt

SVP, Growth & Partnerships

Core Scientific, Inc

(425) 309-1790

---

**From:** Joe Poore <joe.poore@gemmining.com>
**Sent:** Friday, January 20, 2023 7:43 AM
**To:** Monica Xia <mxia@corescientific.com>
**Cc:** Ryan Irvin <Ryan.Irvin@gemmining.com>; Jeff Pratt <jpratt@corescientific.com>; Kristen Carnevali <kcarnevali@corescientific.com>
**Subject:** RE: [External]Core Scientific Payment Not Received

Hey Monica,

We have wires inbound to you today for $84,340, 274,105 and 42,170.  The total of those wires should have us current.

That will get everything back to current. Also, the 450k wire sent 1/6 should have been applied to the $388k for GEM 4 with the net amount applied to GEM 1.

We have had some delays in January due to a new banking relationship where they have been very slow processing wires. Fortunately, we were approved yesterday to open new accounts at a bank that is very integrated into the digital asset ecosystem so I expect us to be able to be back on track in regards to the Feb hosting invoices.

---

**From:** Monica Xia <mxia@corescientific.com>
**Sent:** Thursday, January 19, 2023 5:17 PM
**To:** Joe Poore <joe.poore@gemmining.com>
**Cc:** Ryan Irvin <Ryan.Irvin@gemmining.com>; Jeff Pratt <jpratt@corescientific.com>; Kristen Carnevali <kcarnevali@corescientific.com>
**Subject:** RE: [External]Core Scientific Payment Not Received

Hi Joe,

Hope you are doing well! Could you provide us with some updates for the payments? Please see below GEM Mining entities' open invoices –

| Name | Date | Memo | Document Number | Due Date | Age | Total Open Balance |
|---|---|---|---|---|---|---|
| GEM Mining 1 LLC | 1/12/2023 | Order 8 Hosting Services | INV42846 | 1/23/2023 | -4 | 768,035.74 |

| GEM Mining 2 B LLC | 12/2/2022 | Order 2-3 hosting services additional usage after miners put on pause | INV42804 | 12/16/2022 | 34 | 2,460.44 |
| GEM Mining 2 LLC | 12/2/2022 | Order 3-4 Hosting Services additional usage after miners put on pause | INV42805 | 12/16/2022 | 34 | 7,822.38 |
| GEM Mining 4 LLC | 12/13/2022 | Order1 Hosting Services | INV42824 | 12/22/2022 | 28 | 388,267.10 |
| GEM Mining 4 LLC | 1/12/2023 | Order1 Hosting Services | INV42847 | 1/23/2023 | -4 | 334,356.10 |
|  |  |  |  |  | Total | 1,500,941.76 |

| NAME | DATE | MEMO | DOCUMENT NUMBER | DUE DATE | AGE | CURRENT | <30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 D |
|---|---|---|---|---|---|---|---|---|---|
| GEM Mining 1 LLC | 1/12/2023 | Order 8 Hosting Services | INV42846 | 1/23/2023 | -4 | 768,035.74 |  |  |  |
| GEM Mining 2 B LLC | 12/2/2022 | Order 2-3 hosting services additional usage after miners put on pause | INV42804 | 12/16/2022 | 34 |  |  |  | 2,460.44 |
| GEM Mining 2 LLC | 12/2/2022 | Order 3-4 Hosting Services additional usage after miners put on pause | INV42805 | 12/16/2022 | 34 |  |  |  | 7,822.38 |
| GEM Mining 4 LLC | 12/13/2022 | Order1 Hosting Services | INV42824 | 12/22/2022 | 28 |  |  | 388,267.10 |  |
| GEM Mining 4 LLC | 1/12/2023 | Order1 Hosting Services | INV42847 | 1/23/2023 | -4 | 334,356.10 |  |  |  |

Let me know if you have any questions.
Thank you,
Monica



**MONICA XIA, CPA**

ACCOUNTING MANAGER

**Core Scientific**

M. (425) 283-2982

**From:** Monica Xia
**Sent:** Wednesday, January 11, 2023 10:02 AM
**To:** Joe Poore <joe.poore@gemmining.com>
**Cc:** Ryan Irvin <Ryan.Irvin@gemmining.com>; Jeff Pratt <jpratt@corescientific.com>; Kristen Carnevali <kcarnevali@corescientific.com>
**Subject:** RE: [External]Core Scientific Payment Not Received

Hi Joe,

We received the $450K. Could you inform when should we expect to receive the remaining $398,549.92? is it possible to receive it by tomorrow?

| 10-Jan-2023 | Preauthorized ACH Credit (165) | | USD 450,000.00 |
|---|---|---|---|
| Bank reference # | Client reference # | Text | |
| 906610013310730 | 000000000000 | BlueVine DES:BlueVine ID: INDN:CORE ACH CO ID:2330165191 CCD | |

Thank you,
Monica



**MONICA XIA, CPA**

ACCOUNTING MANAGER

**Core Scientific**

M. (425) 283-2982

---

**From:** Joe Poore <joe.poore@gemmining.com>
**Sent:** Tuesday, January 10, 2023 6:53 AM
**To:** Monica Xia <mxia@corescientific.com>
**Cc:** Ryan Irvin <Ryan.Irvin@gemmining.com>; Jeff Pratt <jpratt@corescientific.com>; Kristen Carnevali <kcarnevali@corescientific.com>
**Subject:** RE: [External]Core Scientific Payment Not Received

Will see if we can accelerate.

**From:** Monica Xia <mxia@corescientific.com>
**Sent:** Monday, January 9, 2023 2:08 PM
**To:** Joe Poore <joe.poore@gemmining.com>

**Cc:** Ryan Irvin <Ryan.Irvin@gemmining.com>; Jeff Pratt <jpratt@corescientific.com>; Kristen Carnevali <kcarnevali@corescientific.com>
**Subject:** RE: [External]Core Scientific Payment Not Received

Hi Joe,

Happy Monday! I am following up the payments. Is it possible to receive the $450K earlier than 1/11/2023? And could you inform when will you process the payment for the remaining $398,549.92 balance?

Thank you,
Monica



MONICA XIA, CPA

ACCOUNTING MANAGER

Core Scientific

M. (425) 283-2982


**From:** Monica Xia
**Sent:** Friday, January 6, 2023 8:07 AM
**To:** Joe Poore <joe.poore@gemmining.com>
**Cc:** Ryan Irvin <Ryan.Irvin@gemmining.com>; Jeff Pratt <jpratt@corescientific.com>; Kristen Carnevali <kcarnevali@corescientific.com>
**Subject:** RE: [External]Core Scientific Payment Not Received

Hi Joe,

I received below email this morning. And it says the payment will be received 1/11/2023 (next Wednesday). Is it possible that we could receive it earlier?



Thank you,
Monica



MONICA XIA, CPA

ACCOUNTING MANAGER

Core Scientific

M. (425) 283-2982

---

**From:** Joe Poore <joe.poore@gemmining.com>
**Sent:** Thursday, January 5, 2023 5:07 PM
**To:** Monica Xia <mxia@corescientific.com>
**Cc:** Ryan Irvin <Ryan.Irvin@gemmining.com>; Jeff Pratt <jpratt@corescientific.com>; Kristen Carnevali <kcarnevali@corescientific.com>
**Subject:** RE: [External]Core Scientific Payment Not Received

[EXTERNAL] Use caution when opening attachments or links.

Hey Monica-

For some reason I got a notification today that the 450k transaction had been sent back to me. I have verified the instructions that you provided to me with the bank and am going to reauthorize/retransmit funds first thing tomorrow morning as soon as the wire desk is open.

**From:** Monica Xia <mxia@corescientific.com>
**Sent:** Thursday, January 5, 2023 5:22 PM
**To:** Joe Poore <joe.poore@gemmining.com>
**Cc:** Ryan Irvin <Ryan.Irvin@gemmining.com>; Jeff Pratt <jpratt@corescientific.com>; Kristen Carnevali <kcarnevali@corescientific.com>
**Subject:** [External]Core Scientific Payment Not Received

Hi Joe,

Hope you are doing well! I just checked and we have not received the $450K payment in our bank account yet. I called Bluevine support team, but it went to voicemail.

Is there anything we could do to receive the payment successfully?

If the $450K is received, the total remaining balance for the entities will become $398,549.92. When would you like to process it?



# GEM Mining Advisors LLC sent you a payment of $450000.00.

Hi Core,

**GEM Mining Advisors LLC** sent you a payment of **$450000.00** by **ACH payment**. These funds are being processed and are estimated to arrive by **01/05/2023**.

Thank you,
Monica



**MONICA XIA, CPA**

ACCOUNTING MANAGER

**Core Scientific**

M. (425) 283-2982

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message. Thank you.