# EXHIBIT 35

**To:**     Joe  Poore[joe.poore@gemmining.com]; John Warren[jw@gemmining.com]
**From:**   Jeff Pratt
**Sent:**    Sat 3/25/2023 9:20:35 AM
**Subject:**  RE: [External]GEM Mining 4 Notice

Payment Received,

Thanks
Jeff

**Jeff Pratt**

SVP, Growth & Partnerships

**Core Scientific, Inc**

**(425) 309-1790**

---

**From:** Joe Poore <joe.poore@gemmining.com>
**Sent:** Friday, March 24, 2023 2:02 PM
**To:** Jeff Pratt <jpratt@corescientific.com>; John Warren <jw@gemmining.com>
**Subject:** RE: [External]GEM Mining 4 Notice

[EXTERNAL] Use caution when opening attachments or links.

Hi Jeff,

GEM 4's payment was sent today via wire.

---

**From:** Jeff Pratt <jpratt@corescientific.com>
**Sent:** Friday, March 24, 2023 4:35 PM
**To:** John Warren <jw@gemmining.com>; Joe Poore <joe.poore@gemmining.com>
**Subject:** [External]GEM Mining 4 Notice

You are hereby notified pursuant to Section 4b of the Master Services Agreement (the "Master Services Agreement") dated July 9, 2021 that GEM Mining 4, LLC are in breach of the Master Services Agreement as a result of the failure to pay amounts due under Order 1.


**Jeff Pratt**

SVP, Growth & Partnerships

**Core Scientific, Inc**

(425) 309-1790

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message. Thank you.