IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|   |   |   |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § | (Jointly Administered) |

NOTICE OF FILING OF AMENDED
ANNEX A TO DEBTORS' ORDER APPROVING
(I) GLOBAL SETTLEMENT BETWEEN DEBTORS AND PRIORITY POWER
MANAGEMENT, LLC, (II) ASSUMPTION OF THE EMCSA, (III) ENTRY
INTO THE NEW AGREEMENTS AND (IV) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that on March 9, 2023, Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (the "**Debtors**"), filed the *Debtors' Emergency Motion for Order Approving (I) Global Settlement Between Debtors and Priority Power Management, LLC (II) Assumption of the EMCSA, (III) Entry into the New Agreements and (IV) Granting Related Relief* (Docket No. 655) (the "**PPM Settlement Motion**"), with a schedule of equipment to be transferred to or retained by, as applicable, Priority Power Management, LLC ("**PPM**") attached to the proposed order as Annex A (the "**Initial Annex A**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

**PLEASE TAKE FURTHER NOTICE** that on March 20, 2023, the Court entered an order granting the relief requested in the PPM Settlement Motion (Docket No. 706) (the "**PPM Settlement Order**").

**PLEASE TAKE FURTHER NOTICE** that paragraph five (5) of PPM Settlement Order authorizes the free and clear transfer to or retention by PPM, as applicable, of the equipment described in Annex A attached thereto.

**PLEASE TAKE FURTHER NOTICE** that the Initial Annex A did not include serial numbers ("**S/Ns**") for certain equipment, and Debtors' counsel represented at the hearing on approval of the PPM Motion that a more detailed Annex A would be forthcoming and filed on the docket at the appropriate time.

**PLEASE TAKE FURTHER NOTICE** that a revised version of the Initial Annex A reflecting the S/Ns for certain equipment in the Debtors' possession is attached hereto as **Exhibit A** (the "**Revised Annex A**"). The S/Ns for the equipment not in Debtors' possession are not included in the Revised Annex A, as such S/Ns have not been verified by the Debtors.

**PLEASE TAKE FURTHER NOTICE** that a redline of the Revised Annex A marked against the Initial Annex A is attached hereto as **Exhibit B**.

[*Remainder of page intentionally left blank*]

Dated: May 17, 2023
Houston, Texas

        Respectfully submitted,

        /s/  Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:   (713) 224-9511
Email:   Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Moshe A. Fink (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Email:   Ray.Schrock@weil.com
        Ronit.Berkovich@weil.com
        Moshe.Fink@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

**Certificate of Service**

I hereby certify that on May 17, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                               */s/ Alfredo R. Pérez*
                                                                Alfredo R. Pérez

**<u>Exhibit A</u>**

**Revised Annex A**

**ANNEX A[1]**

| | Core - Cedarvale Facility | | | | |
|---|---|---|---|---|---|
| Category | Description | Amount / Unit | QTY | Cost | Location and Status |
| Substation | VT - 150/200/250KVA; 138/34.5kV Power Transformer | $ 3,600,000 | 2 | $ 7,200,000 | In PPM's possession |
| Substation | Siemens Energy - 138kV Breaker | $ 47,250 | 2 | $ 94,500 | Delivered and installed |
| Substation | Siemens Industry - 34.5kV 2000A Distribution Breakers | $ 40,015 | 10 | $ 400,150 | Delivered and staged (not installed) |
| Substation | Dis-Tran - 100kVA; 19.9kV; 120/240V Station Service Transformers | $ 7,243 | 9 | $ 65,187 | Delivered and staged (not installed) |
| Distribution | VT - 35kV Padmount Transformers | $ 72,101 | 103 | $ 6,993,797 | In PPM's possession |
| Distribution | VT - 35kV Padmount Transformers | $ 72,101 | 18 | $ 1,730,424 | Delivered and staged (not installed) |
| | **TOTAL FOR SITE - CEDARVALE** | | | **$ 16,484,058** | |

| | Core - Cottonwood Facility | | | | |
|---|---|---|---|---|---|
| Category | Description | Amount / Unit | QTY | Cost | Location and Status |
| Substation | VT - 150/200/250KVA; 138/34.5kV Power Transformer | $ 3,600,000 | 1 | $ 3,600,000 | Delivered and staged (not installed or assembled) |
| Substation | Siemens Energy - 138kV Breaker | $ 47,250 | 1 | $ 47,250 | Delivered and installed |
| Substation | Siemens Industry - 34.5kV 2000A Distribution Breakers | $ 40,015 | 5 | $ 200,075 | Delivered and installed |
| Substation | Dis-Tran - 100kVA; 19.9kV; 120/240 Station Service Transformers | $ 7,243 | 6 | $ 43,458 | Delivered and staged (not installed) |
| Distribution | VT - 35kV Padmount Transformers | $ 72,101 | 39 | $ 2,811,939 | In PPM's possession |
| | **TOTAL FOR SITE - COTTONWOOD** | | | **$ 6,702,722** | |

| | | | | | |
|---|---|---|---|---|---|
| | **GRAND TOTAL - CEDARVALE AND COTTONWOOD** | | | **$ 23,186,780** | |

1: The serial numbers for the equipment which has been delivered to the Debtors and is noted as being either "Delivered and Installed" or "Delivered and Staged" in the Debtors' possession are set forth on the supplement to Annex A attached hereto.

| Core Site | Category | Delivered & Staged | Delivered & Installed | Description | Serial Number | Cost | Delivery Dates |
|---|---|---|---|---|---|---|---|
| Cedarvale | Substation | N/A | YES | Siemens Energy - 138KV Breaker | 75001946-2 | $47,250 | 4/6/2022 |
| Cedarvale | Substation | N/A | YES | Siemens Energy - 138KV Breaker | 75001946-3 | $47,250 | 4/6/2022 |
| Cedarvale | Substation | YES | N/A | Siemens Industry - 34.5kV 2000A Distribution Breakers | 3009229164-100-10 | $40,015 | 4/18/2022 |
| Cedarvale | Substation | YES | N/A | Siemens Industry - 34.5kV 2000A Distribution Breakers | 3009229164-100-9 | $40,015 | 4/18/2022 |
| Cedarvale | Substation | YES | N/A | Siemens Industry - 34.5kV 2000A Distribution Breakers | 3009229164-100-8 | $40,015 | 4/18/2022 |
| Cedarvale | Substation | YES | N/A | Siemens Industry - 34.5kV 2000A Distribution Breakers | 3009229164-100-7 | $40,015 | 4/18/2022 |
| Cedarvale | Substation | YES | N/A | Siemens Industry - 34.5kV 2000A Distribution Breakers | 3009229164-100-6 | $40,015 | 4/18/2022 |
| Cedarvale | Substation | YES | N/A | Siemens Industry - 34.5kV 2000A Distribution Breakers | 3009229164-100-5 | $40,015 | 4/18/2022 |
| Cedarvale | Substation | YES | N/A | Siemens Industry - 34.5kV 2000A Distribution Breakers | 3009229164-100-4 | $40,015 | 4/18/2022 |
| Cedarvale | Substation | YES | N/A | Siemens Industry - 34.5kV 2000A Distribution Breakers | 3009229164-100-3 | $40,015 | 4/18/2022 |
| Cedarvale | Substation | YES | N/A | Siemens Industry - 34.5kV 2000A Distribution Breakers | 3009229164-100-2 | $40,015 | 4/18/2022 |
| Cedarvale | Substation | YES | N/A | Siemens Industry - 34.5kV 2000A Distribution Breakers | 3009229164-100-1 | $40,015 | 4/18/2022 |
| Cedarvale | Substation | YES | N/A | Dis-Tran 100kVA; 19.9kV; 120/240V Station Service Transformers | 22A330012 | $7,243 | 7/21/2022 |
| Cedarvale | Substation | YES | N/A | Dis-Tran 100kVA; 19.9kV; 120/240V Station Service Transformers | 22A330002 | $7,243 | 7/21/2022 |
| Cedarvale | Substation | YES | N/A | Dis-Tran 37.5kVA; 19.9kV; 120/240V Station Service Transformers | 220901-32 | $7,243 | 10/19/2022 |
| Cedarvale | Substation | YES | N/A | Dis-Tran 37.5kVA; 19.9kV; 120/240V Station Service Transformers | 220901-27 | $7,243 | 10/19/2022 |
| Cedarvale | Substation | YES | N/A | Dis-Tran 37.5kVA; 19.9kV; 120/240V Station Service Transformers | 220921-18 | $7,243 | 10/19/2022 |
| Cedarvale | Substation | YES | N/A | Dis-Tran 37.5kVA; 19.9kV; 120/240V Station Service Transformers | 220920-26 | $7,243 | 10/19/2022 |
| Cedarvale | Substation | YES | N/A | Dis-Tran 100kVA; 19.9kV; 120/240V Station Service Transformers | 220920-27 | $7,243 | 10/19/2022 |
| Cedarvale | Substation | YES | N/A | Dis-Tran 100kVA; 19.9kV; 120/240V Station Service Transformers | 220901-34 | $7,243 | 10/19/2022 |
| Cedarvale | Substation | YES | N/A | Dis-Tran 100kVA; 19.9kV; 120/240V Station Service Transformers | 220913-11 | $7,243 | 10/19/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN144N | $72,101 | 6/21/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN144H | $72,101 | 6/21/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN143A | $72,101 | 6/21/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN144O | $72,101 | 6/21/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN144J | $72,101 | 6/21/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN143I | $72,101 | 6/21/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN144C | $72,101 | 6/21/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN144K | $72,101 | 6/21/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN144D | $72,101 | 6/21/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN145J | $72,101 | 6/21/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN146J | $72,101 | 6/21/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN145Q | $72,101 | 6/21/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN144S | $72,101 | 6/21/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN145B | $72,101 | 6/21/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN145P | $72,101 | 6/21/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN146R | $72,101 | 6/21/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN145F | $72,101 | 6/21/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN144M | $72,101 | 6/21/2022 |
| Cottonwood | Substation | YES | N/A | VT-150/200/250MVA; 138/34.5kV Power Transformer | GA440B | $3,600,000 | 10/25/2022 |
| Cottonwood | Substation | N/A | YES | Siemens Energy - 138KV Breaker | 75001929-2 | $47,250 | 4/6/2022 |
| Cottonwood | Substation | N/A | YES | Siemens Industry - 34.5kV 2000A Distribution Breakers | 3009239446-100-6 | $40,015 | 4/6/2022 |
| Cottonwood | Substation | N/A | YES | Siemens Industry - 34.5kV 2000A Distribution Breakers | 3009239446-100-7 | $40,015 | 4/6/2022 |

| Core Site | Category | Delivered & Staged | Delivered & Installed | Description | Serial Number | Cost | Delivery Dates |
|---|---|---|---|---|---|---|---|
| Cottonwood | Substation | N/A | YES | Siemens Industry - 34.5kV 2000A Distribution Breakers | 3009239446-100-8 | $40,015 | 4/6/2022 |
| Cottonwood | Substation | N/A | YES | Siemens Industry - 34.5kV 2000A Distribution Breakers | 3009239446-100-9 | $40,015 | 4/6/2022 |
| Cottonwood | Substation | N/A | YES | Siemens Industry - 34.5kV 2000A Distribution Breakers | 3009239446-100-10 | $40,015 | 4/6/2022 |
| Cottonwood | Substation | YES | N/A | Dis-Tran 100kVA; 19.9kV; 120/240V Station Service Transformers | 220901-33 | $7,243 | 10/19/2022 |
| Cottonwood | Substation | YES | N/A | Dis-Tran 100kVA; 19.9kV; 120/240V Station Service Transformers | 220912-12 | $7,243 | 10/19/2022 |
| Cottonwood | Substation | YES | N/A | Dis-Tran 100kVA; 19.9kV; 120/240V Station Service Transformers | 220912-15 | $7,243 | 10/19/2022 |
| Cottonwood | Substation | YES | N/A | Dis-Tran 100kVA; 19.9kV; 120/240V Station Service Transformers | 220912-14 | $7,243 | 10/19/2022 |
| Cottonwood | Substation | YES | N/A | Dis-Tran 100kVA; 19.9kV; 120/240V Station Service Transformers | 220901-30 | $7,243 | 10/19/2022 |
| Cottonwood | Substation | YES | N/A | Dis-Tran 100kVA; 19.9kV; 120/240V Station Service Transformers | 220907-15 | $7,243 | 10/19/2022 |

**<u>Exhibit B</u>**

**Redline**

ANNEX A[1]

| | Core - Cedarvale Facility | | | | |
|---|---|---|---|---|---|
| Category | Description | Amount / Unit | QTY | Cost | Location and Status |
| Substation | VT - 150/200/250KVA; 138/34.5kV Power Transformer | $ 3,600,000 | 2 | $ 7,200,000 | In PPM's possession |
| Substation | Siemens Energy - 138kV Breaker | $ 47,250 | 2 | $ 94,500 | Delivered and installed |
| Substation | Siemens Industry - 34.5kV 2000A Distribution Breakers | $ 40,015 | 10 | $ 400,150 | Delivered and staged (not installed) |
| Substation | Dis-Tran - 100kVA; 19.9kV; 120/240V Station Service Transformers | $ 7,243 | 9 | $ 65,187 | Delivered and staged (not installed) |
| Distribution | VT - 35kV Padmount Transformers | $ 72,101 | ~~97~~103 | $ 6,993,797 | In PPM's possession |
| Distribution | VT - 35kV Padmount Transformers | $ 72,101 | ~~24~~18 | $ 1,730,424 | Delivered and staged (not installed) |
| TOTAL FOR SITE - CEDARVALE | | | | $ 16,484,058 | |

| | Core - Cottonwood Facility | | | | |
|---|---|---|---|---|---|
| Category | Description | Amount / Unit | QTY | Cost | Location and Status |
| Substation | VT - 150/200/250KVA; 138/34.5kV Power Transformer | $ 3,600,000 | 1 | $ 3,600,000 | Delivered and staged (not installed or assembled) |
| Substation | Siemens Energy - 138kV Breaker | $ 47,250 | 1 | $ 47,250 | Delivered and installed |
| Substation | Siemens Industry - 34.5kV 2000A Distribution Breakers | $ 40,015 | 5 | $ 200,075 | Delivered and installed |
| Substation | Dis-Tran - 100kVA; 19.9kV; 120/240 Station Service Transformers | $ 7,243 | 6 | $ 43,458 | Delivered and staged (not installed) |
| Distribution | VT - 35kV Padmount Transformers | $ 72,101 | 39 | $ 2,811,939 | In PPM's possession |
| TOTAL FOR SITE - COTTONWOOD | | | | $ 6,702,722 | |

| GRAND TOTAL - CEDARVALE AND COTTONWOOD | $ 23,186,780 |
|---|---|

1: The serial numbers for the equipment which has been delivered to the Debtors and is noted as being either "Delivered and Installed" or "Delivered and Staged" in the Debtors' possession are set forth on the supplement to Annex A attached hereto.

SUPPLEMENT TO ANNEX A

| Core Site | Category | Delivered & | Delivered & | Description | Serial Number | Cost | Delivery Dates |
|---|---|---|---|---|---|---|---|
| Cedarvale | Substation | N/A | YES | Siemens Energy - 138KV Breaker | 75001946-2 | $47,250 | 4/6/2022 |
| Cedarvale | Substation | N/A | YES | Siemens Energy - 138KV Breaker | 75001946-3 | $47,250 | 4/6/2022 |
| Cedarvale | Substation | YES | N/A | Siemens Industry - 34.5kV 2000A Distribution Breakers | 3009229164-100-10 | $40,015 | 4/18/2022 |
| Cedarvale | Substation | YES | N/A | Siemens Industry - 34.5kV 2000A Distribution Breakers | 3009229164-100-9 | $40,015 | 4/18/2022 |
| Cedarvale | Substation | YES | N/A | Siemens Industry - 34.5kV 2000A Distribution Breakers | 3009229164-100-8 | $40,015 | 4/18/2022 |
| Cedarvale | Substation | YES | N/A | Siemens Industry - 34.5kV 2000A Distribution Breakers | 3009229164-100-7 | $40,015 | 4/18/2022 |
| Cedarvale | Substation | YES | N/A | Siemens Industry - 34.5kV 2000A Distribution Breakers | 3009229164-100-6 | $40,015 | 4/18/2022 |
| Cedarvale | Substation | YES | N/A | Siemens Industry - 34.5kV 2000A Distribution Breakers | 3009229164-100-5 | $40,015 | 4/18/2022 |
| Cedarvale | Substation | YES | N/A | Siemens Industry - 34.5kV 2000A Distribution Breakers | 3009229164-100-4 | $40,015 | 4/18/2022 |
| Cedarvale | Substation | YES | N/A | Siemens Industry - 34.5kV 2000A Distribution Breakers | 3009229164-100-3 | $40,015 | 4/18/2022 |
| Cedarvale | Substation | YES | N/A | Siemens Industry - 34.5kV 2000A Distribution Breakers | 3009229164-100-2 | $40,015 | 4/18/2022 |
| Cedarvale | Substation | YES | N/A | Siemens Industry - 34.5kV 2000A Distribution Breakers | 3009229164-100-1 | $40,015 | 4/18/2022 |
| Cedarvale | Substation | YES | N/A | Dis-Tran 100kVA; 19.9kV; 120/240V Station Service Transformers | 22A330012 | $7,243 | 7/21/2022 |
| Cedarvale | Substation | YES | N/A | Dis-Tran 100kVA; 19.9kV; 120/240V Station Service Transformers | 22A330002 | $7,243 | 7/21/2022 |
| Cedarvale | Substation | YES | N/A | Dis-Tran 37.5kVA; 19.9kV; 120/240V Station Service Transformers | 220901-32 | $7,243 | 10/19/2022 |
| Cedarvale | Substation | YES | N/A | Dis-Tran 37.5kVA; 19.9kV; 120/240V Station Service Transformers | 220901-27 | $7,243 | 10/19/2022 |
| Cedarvale | Substation | YES | N/A | Dis-Tran 37.5kVA; 19.9kV; 120/240V Station Service Transformers | 220921-18 | $7,243 | 10/19/2022 |
| Cedarvale | Substation | YES | N/A | Dis-Tran 37.5kVA; 19.9kV; 120/240V Station Service Transformers | 220920-26 | $7,243 | 10/19/2022 |
| Cedarvale | Substation | YES | N/A | Dis-Tran 100kVA; 19.9kV; 120/240V Station Service Transformers | 220920-27 | $7,243 | 10/19/2022 |
| Cedarvale | Substation | YES | N/A | Dis-Tran 100kVA; 19.9kV; 120/240V Station Service Transformers | 220901-34 | $7,243 | 10/19/2022 |
| Cedarvale | Substation | YES | N/A | Dis-Tran 100kVA; 19.9kV; 120/240V Station Service Transformers | 220913-11 | $7,243 | 10/19/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN144N | $72,101 | 6/21/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN144H | $72,101 | 6/21/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN143A | $72,101 | 6/21/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN144O | $72,101 | 6/21/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN144J | $72,101 | 6/21/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN143I | $72,101 | 6/21/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN144C | $72,101 | 6/21/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN144K | $72,101 | 6/21/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN144D | $72,101 | 6/21/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN145J | $72,101 | 6/21/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN146J | $72,101 | 6/21/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN145Q | $72,101 | 6/21/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN144S | $72,101 | 6/21/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN145B | $72,101 | 6/21/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN145P | $72,101 | 6/21/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN146R | $72,101 | 6/21/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN145F | $72,101 | 6/21/2022 |
| Cedarvale | Distribution | YES | N/A | VT - 35kV Padmount Transformers | 462510A001W-WN144M | $72,101 | 6/21/2022 |
| Cottonwood | Substation | YES | N/A | VT-150/200/250MVA; 138/34.5kV Power Transformer | GA440B | $3,600,000 | 10/25/2022 |
| Cottonwood | Substation | N/A | YES | Siemens Energy - 138KV Breaker | 75001929-2 | $47,250 | 4/6/2022 |
| Cottonwood | Substation | N/A | YES | Siemens Industry - 34.5kV 2000A Distribution Breakers | 3009239446-100-6 | $40,015 | 4/6/2022 |
| Cottonwood | Substation | N/A | YES | Siemens Industry - 34.5kV 2000A Distribution Breakers | 3009239446-100-7 | $40,015 | 4/6/2022 |

| Core Site | Category | Delivered & | Delivered & Installed | | Serial Number | Cost | Delivery Dates |
|---|---|---|---|---|---|---|---|
| Cottonwood | Substation | N/A | YES | Siemens Industry - 34.5kV 2000A Distribution Breakers | 3009239446-100-8 | $40,015 | 4/6/2022 |
| Cottonwood | Substation | N/A | YES | Siemens Industry - 34.5kV 2000A Distribution Breakers | 3009239446-100-9 | $40,015 | 4/6/2022 |
| Cottonwood | Substation | N/A | YES | Siemens Industry - 34.5kV 2000A Distribution Breakers | 3009239446-100-10 | $40,015 | 4/6/2022 |
| Cottonwood | Substation | YES | N/A | Dis-Tran 100kVA; 19.9kV; 120/240V Station Service Transformers | 220901-33 | $7,243 | 10/19/2022 |
| Cottonwood | Substation | YES | N/A | Dis-Tran 100kVA; 19.9kV; 120/240V Station Service Transformers | 220912-12 | $7,243 | 10/19/2022 |
| Cottonwood | Substation | YES | N/A | Dis-Tran 100kVA; 19.9kV; 120/240V Station Service Transformers | 220912-15 | $7,243 | 10/19/2022 |
| Cottonwood | Substation | YES | N/A | Dis-Tran 100kVA; 19.9kV; 120/240V Station Service Transformers | 220912-14 | $7,243 | 10/19/2022 |
| Cottonwood | Substation | YES | N/A | Dis-Tran 100kVA; 19.9kV; 120/240V Station Service Transformers | 220901-30 | $7,243 | 10/19/2022 |
| Cottonwood | Substation | YES | N/A | Dis-Tran 100kVA; 19.9kV; 120/240V Station Service Transformers | 220907-15 | $7,243 | 10/19/2022 |