# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CORE SCIENTIFIC, INC., *et al.*,[1] | ) Case No. 22-90341 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## CELSIUS MINING LLC'S WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR MAY 22, 2023, AT 1:30 PM (PREVAILING CENTRAL TIME)

Celsius Mining LLC ("Celsius") file their Witness and Exhibit List for the hearing to be held on **May 22, 2023, at 1:30 PM (prevailing Central Time)** (the "Hearing") as follows:

## WITNESSES

Celsius may call the following witnesses at the Hearing:

1. Patrick Holert, Chief Operating Officer, Celsius Mining, LLC;

2. Any witness listed or called by any other party;

3. Rebuttal witnesses as necessary; and

4. Celsius reserves the right to cross examine any witness called by any other party.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

## **EXHIBITS**

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| | Any document or pleading filed in the above-captioned main cases | | | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | | |
| | Any exhibit identified or offered by any other party | | | | | | |

## **RESERVATION OF RIGHTS**

Celsius reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list prior to the Hearing.

Houston, Texas
May 18, 2023

/s/  *Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER LLP** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Victoria Argeroplos (TX Bar No. 24105799) | Joshua A. Sussberg, P.C. |
| Emily Flynn Meraia (TX Bar No. 24129307) | 601 Lexington Avenue |
| 1401 McKinney Street, Suite 1900 | New York, New York 10022 |
| Houston, TX 77010 | Telephone:     (212) 446-4800 |
| Telephone:     (713) 752-4200 | Facsimile:     (212) 446-4900 |
| Facsimile:     (713) 752-4221 | Email:            joshua.sussberg@kirkland.com |
| Email:     mcavenaugh@jw.com | |
| Email:     vargeroplos@jw.com | - and - |
| Email:     emeraia@jw.com | |

*Counsel to Celsius Mining LLC*

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig (admitted *pro hac vice*)
Dan Latona (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:     patrick.nash@kirkland.com
            ross.kwasteniet@kirkland.com
            chris.koenig@kirkland.com
            dan.latona@kirkland.com

- and -

Judson Brown, P.C. (admitted *pro hac vice*)
1301 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone:     (202) 389-5000
Facsimile:     (202) 389-5200
Email:     judson.brown@kirkland.com

*Counsel to Celsius Mining LLC*

**Certificate of Service**

      I certify that, on May 18, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                                 */s/ Matthew D. Cavenaugh*
                                                                                 Matthew D. Cavenaugh

36243803v.1