IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| Debtors[1] | § § § | (Jointly Administered) |

## WITNESS AND EXHIBIT LIST OF BARINGS BDC, INC., BARINGS CAPITAL INVESTMENT CORPORATION, AND BARINGS PRIVATE CREDIT CORP.

Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. (collectively, "***Barings***") hereby submits the following witness and exhibit list (the "***Witness and Exhibit List***") for the hearing (the "***Hearing***") scheduled to begin on May 22, 2023, at 1:30 p.m. (CT), in the above-captioned jointly administered bankruptcy cases (the "***Bankruptcy Cases***") before the Honorable David R. Jones, United States Bankruptcy Judge, 515 Rusk St, Houston, Texas 77002.

### WITNESS LIST

Barings reserves all rights to call:

1. Any witness listed, offered or called by any other party in connection with the Hearing.

2. Any witnesses necessary to rebut or impeach the testimony of any witnesses called by any other party.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

**EXHIBIT LIST**

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| 1. | Any exhibits identified or admitted by any other party. | | | | |
| 2. | Any pleadings or exhibits previously filed on the Court's docket, including, for the avoidance of doubt, the docket of any related adversary proceedings. | | | | |
| 3. | Any exhibits for rebuttal and/or impeachment purposes at the Hearing. | | | | |

Barings reserves the right to modify, amend, or supplement this Witness and Exhibit List at any time. Barings reserves the right to ask the Court to take judicial notice of pleadings, transcripts, and/or documents filed in or in connection with these Bankruptcy Cases, to offer rebuttal exhibits, and to supplement or amend this Witness and Exhibit List at any time prior to the Hearing. Nothing herein shall be deemed to waive any objections Barings may have to any exhibit listed on any other party's exhibit list.

[*Remainder of page intentionally left blank.*]

Dated: May 18, 2023
Houston, Texas

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ C. Thomas Kruse

C. Thomas Kruse
ARNOLD & PORTER KAYE SCHOLER LLP
700 Louisiana St, Suite 4000
Houston, Texas 77002
Telephone: (713) 576-2400
Facsimile: (713) 576-2499
E-mail:   tom.kruse@arnoldporter.com

- and -

Michael D. Messersmith (admitted *pro hac vice*)
Brian J. Lohan (admitted *pro hac vice*)
Sarah Gryll (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, Illinois 60602
Telephone: (312) 583-2300
Facsimile: (312) 583-2360
E-mail:   michael.messersmith@arnoldporter.com
          brian.lohan@arnoldporter.com
          sarah.gryll@arnoldporter.com

- and -

Jeffrey A. Fuisz (admitted *pro hac vice*)
Robert T. Franciscovich (admitted *pro hac vice*)
Madelyn A. Nicolini (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
E-mail:   jeffrey.fuisz@arnoldporter.com
          robert.franciscovich@arnoldporter.com
          madelyn.nicolini@arnoldporter.com

*Counsel to Barings BDC, Inc., Barings Capital Investment Corporation and Barings Private Credit Corp.*

## **CERTIFICATE OF SERVICE**

I certify that on May 18, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ C. Thomas Kruse*
C. Thomas Kruse