# **EXHIBIT 2**

## EXHIBIT A

## Organizational Chart