# **EXHIBIT 16**

| | |
|---|---|
| **From:** | Jeff Pratt </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ED5A49A192414BD3B509D2DE6089BDFB-JPRATT> |
| **Sent:** | Friday, November 4, 2022 12:37 PM |
| **To:** | John Warren <jw@gemmining.com> |
| **Cc:** | Joe Poore <joe.poore@gemmining.com> |
| **Subject:** | Example of palletizing process |

















Taylor Carringer
MBL Site Manager
828-735-0284