# **EXHIBIT 17**

| | |
|---|---|
| **From:** | Jeff Pratt </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ED5A49A192414BD3B509D2DE6089BDFB-JPRATT> |
| **Sent:** | Monday, August 1, 2022 6:21 PM |
| **To:** | Joe Poore <joe.poore@gemmining.com>; John Warren <jw@gemmining.com> |
| **Subject:** | RE: [External]Following Up / Live Hashing Units for Sale & 6,000 Unit Hosting |

Thanks, I have sent a proposed time.

**Jeff Pratt**
SVP, Growth & Partnerships
**Core Scientific, Inc**
**(425) 309-1790**

**From:** Joe Poore <joe.poore@gemmining.com>
**Sent:** Monday, August 1, 2022 4:17 PM
**To:** Jeff Pratt <jpratt@corescientific.com>; John Warren <jw@gemmining.com>
**Subject:** Re: [External]Following Up / Live Hashing Units for Sale & 6,000 Unit Hosting

[EXTERNAL] Use caution when opening attachments or links.

Hey Jeff -

I can do anytime the next two days except 8-9 am eastern on Wednesday.


Get Outlook for iOS

**From:** Jeff Pratt <jpratt@corescientific.com>
**Sent:** Monday, August 1, 2022 6:59:56 PM
**To:** Joe Poore <joe.poore@gemmining.com>; John Warren <jw@gemmining.com>
**Subject:** [External]Following Up / Live Hashing Units for Sale & 6,000 Unit Hosting

Joe & John,

When is a good time to discuss these two issues and follow up on our conversation in Miami?

I think we can make good progress fairly quickly and will prioritize a call with you.

Let me know your thoughts,
Jeff



**Jeff Pratt**
SVP, Growth & Partnerships
**Core Scientific, Inc**
**(425) 309-1790**

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message.