# **EXHIBIT 18**

| | |
|---|---|
| **From:** | Jeff Pratt </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ED5A49A192414BD3B509D2DE6089BDFB-JPRATT> |
| **Sent:** | Tuesday, August 9, 2022 2:52 PM |
| **To:** | John Warren <jw@gemmining.com>; Joe Poore <joe.poore@gemmining.com> |
| **Cc:** | Baylor Landry <blandry@corescientific.com>; Moses Marure Jr. <moses@corescientific.com> |
| **Subject:** | RE: Compass <> GEM 1 <> Core Scientific |

Correction 4,500.

**Jeff Pratt**
SVP, Growth & Partnerships
**Core Scientific, Inc**
**(425) 309-1790**

**From:** Jeff Pratt
**Sent:** Tuesday, August 9, 2022 12:46 PM
**To:** John Warren <jw@gemmining.com>; Joe Poore <joe.poore@gemmining.com>
**Cc:** Baylor Landry <blandry@corescientific.com>; Moses Marure Jr. <moses@corescientific.com>
**Subject:** Compass <> GEM 1 <> Core Scientific

Gentlemen,

Vincent and I think we can execute upon the sale of just over 2K of your units to Compass.

I will manage the hosting contracts with GEM 1, 2, and Compass.

You will work the sale of the units directly between GEM 1 and Compass.

Let's all make sure if there are any blockers to progress, we get them on the table very fast and remove them.

I would ask a favor of you.   Can we work on the GEM 2 XP hosting deal while we work through the GEM 1 <> Compass deal and then come back to the table on the GEM 1 hosting deals?

Please let me know,

Jeff



**Jeff Pratt**
SVP, Growth & Partnerships
**Core Scientific, Inc**
**(425) 309-1790**