# **EXHIBIT 19**

| | |
|---|---|
| **From:** | Jeff Pratt </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ED5A49A192414BD3B509D2DE6089BDFB-JPRATT> |
| **Sent:** | Tuesday, August 9, 2022 1:07 PM |
| **To:** | Joe Poore <joe.poore@gemmining.com> |
| **Cc:** | Baylor Landry <blandry@corescientific.com> |
| **Subject:** | RE: [External]RE: Hosting Contracts |

Joe,

The sale of hosted units is a bit harder than it should be given the global hosting capacity constraints. We value GEM as a client and want the future hosting regardless of the sale.

I did talk to John and think that we should work on this same offer for the GEM 1 XP units

# HOSTING TERMS – GEM MINING 2

| | GEM 2 - MSA 2 Order #1 | | | |
|---|---|---|---|---|
| Deployment Month | Aug-22 | Sep-22 | Oct-22 | Nov-22 |
| Unit Type | S19 XP | S19 XP | S19 XP | S19 XP |
| Qty | 250 | 250 | 250 | 250 |
| Hosting Rate ($/KWh) | $0.07250 | $0.07250 | $0.07250 | $0.07250 |
| One Time Config Fee / Unit | $50 | $50 | $50 | $50 |
| Miner Maintenance Fee / Unit / Mo | $50 | $50 | $50 | $50 |
| Contract Term | 24 - 48 Months | 24 - 48 Months | 24 - 48 Months | 24 - 48 Months |
| Prepayment | 6 Months | 6 Months | 6 Months | 6 Months |

| | GEM 2 - S19 Swap (From MSA 1 Order #1) | | | | |
|---|---|---|---|---|---|
| Deployment Month | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 |
| Unit Type | S19j Pro 100TH | S19j Pro 100TH | S19j Pro 100TH | S19j Pro 100TH | S19j Pro 10 |
| Qty | -250 | -250 | -250 | -250 | -250 |
| Disconnect Fee / Unit | $25 | $25 | $25 | $25 | $25 |
| Reinstatement Fee / Unit | | | | | |
| Storage Fee / Unit | $10 | $10 | $10 | $10 | $10 |

S19J Pro 100 Units will be pulled, cleaned, and stored to get the XP units deployed as fast as they arrive. All stored units will then be redeployed in Feb 2023.



CORE SCIENTIFIC    3

The idea being to secure the XP units hashing space asap as those units will be incredibly profitable.

Let me know your thoughts. Also, we are open to counter offers, above is our opening position.

Jeff

**Jeff Pratt**
SVP, Growth & Partnerships
**Core Scientific, Inc**
**(425) 309-1790**

**From:** Joe Poore <joe.poore@gemmining.com>
**Sent:** Tuesday, August 9, 2022 7:59 AM
**To:** Jeff Pratt <jpratt@corescientific.com>
**Subject:** RE: [External]RE: Hosting Contracts

Hey Jeff-

Following up with Magnetar and will let you know.

On GEM 1 side, if we agree to host our future units at Core once we have the cash to do so, would that help get the current units sold faster?

---

**From:** Jeff Pratt <jpratt@corescientific.com>
**Sent:** Monday, August 8, 2022 5:25 PM
**To:** Joe Poore <joe.poore@gemmining.com>
**Subject:** RE: [External]RE: Hosting Contracts

Joe,

Thanks for the quick response.  Please see my replies below.

Additionally, we would very much like to earn the Gem 2 / Magnetar hosting business on the 1,500 XP units.   As a reminder, hosting deals are covered under the new MSA which would attach to this order.   If you think we could close this deal this week, I would be able to either make a reduction in the variable rate or in the fixed $/minor per month offer.

Let me know if you have any other questions or would like to discuss over the phone.

Jeff


**Jeff Pratt**
SVP, Growth & Partnerships
**Core Scientific, Inc**
**(425) 309-1790**


**From:** Joe Poore <joe.poore@gemmining.com>
**Sent:** Monday, August 8, 2022 1:13 PM
**To:** Jeff Pratt <jpratt@corescientific.com>
**Subject:** RE: [External]RE: Hosting Contracts

[EXTERNAL] Use caution when opening attachments or links.

Hey Jeff-

Was just typing an email up to you.

I spoke with the Magnetar team on Friday. Here is the feedback I got from them:

- Significant concern with the $50/month maintenance fee. Looks like maintenance on current fleet is < $5/month per miner.

⇨ **Costs have increased tremendously in this business. From the cost of steel, to the cost of network equipment, to the cost of labor and the costs of fuel, we are seeing significant increases. What you are seeing in our rate structure is reflective of current market conditions. As you can see in our earnings releases, we are not profitable at current hosting rates and fees. Last, note that the proposed contract is for miners that improve mining efficiency by 4%.**

- What is the expected-up time, net of any required or reasonably expected curtailment periods?

⇨ **We would be willing to add a clause for 95% uptime, net of curtailment and scheduled maintenance if that is helpful.**

- Is there a guaranteed window for miner turn on? They have had over 1,000 miners sitting for months due to construction delays so they are a bit concerned on timeline.

⇨ **GEM 2 has 270 units from April Manufacturing which arrived in May and 270 from May Production which arrived in June. Then they have 270 from June and 270 from July which have not yet arrived. The April batch comes online tomorrow and the May batch will soon be online. Additionally, we had very strong performance on deployment timelines with their existing 7,761 units. We always want to deploy faster and I'm respectful of their feedback but due the supply chain challenges on steel this year, I am confident Core Scientific has outperformed the industry in deployments. For the 1,500 XP units, we have offered to pull S19 units so that the deployment is as fast as they arrive. We then have 300 MW coming online between Dec, Jan and Feb to redeploy the S19's.**

- If power production costs decline is their any provision that would cause that reduction to pass through just like the power increases pass through?

⇨ **We do not pass along declines in power costs. However, we can tell you that we negotiate long term PPA with each utility and the floor price is, for the most part, fixed. There is nothing to pass on to customers.**

- Is there a potential for additional power costs on top of the 7.25 rate or is that hedged so that it is a fixed price?

⇨ **Yes, we would continue to pass through power overages. We will do our best to hedge away the risk but that is not always easily solved and, sometimes the cost of a hedge has been higher than the power pass through.**

On the GEM 1 side, I ran numbers over the weekend and given the current liquidity situation, I don't feel right about making a commitment because I am not certain we can come through on our end of the deal. Once we get these miners sold, it will change the game for us completely.

⇨   **I understand on GEM 1 and have requested an acceleration of our purchase of your fleet.**

---

**From:** Jeff Pratt <jpratt@corescientific.com>
**Sent:** Monday, August 8, 2022 3:56 PM
**To:** Joe Poore <joe.poore@gemmining.com>
**Subject:** [External]RE: Hosting Contracts

Joe,

Can we talk today or tomorrow?   I'd like to follow up on the two hosting offers and see if there are specific issues you would like to work with me to solve.

Regards,
Jeff

**Jeff Pratt**

SVP, Growth & Partnerships

**Core Scientific, Inc**

**(425) 309-1790**

---

**From:** Jeff Pratt
**Sent:** Friday, August 5, 2022 10:40 AM
**To:** Joe Poore <joe.poore@gemmining.com>
**Subject:** Hosting Contracts

Joe,

Did you want to touch base today?  I have quite a bit of flexibility on payment due dates and am happy to work through that with you.

Jeff



**Jeff Pratt**

SVP, Growth & Partnerships

**Core Scientific, Inc**

**(425) 309-1790**

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message.