# **EXHIBIT 20**

|  |  |
|---|---|
| **From:** | Jeff Pratt </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ED5A49A192414BD3B509D2DE6089BDFB-JPRATT> |
| **Sent:** | Wednesday, August 10, 2022 1:20 AM |
| **To:** | John Warren <jw@gemmining.com>; Joe Poore <joe.poore@gemmining.com> |
| **Cc:** | Baylor Landry <blandry@corescientific.com> |
| **Subject:** | RE: GEM 2 Offer |

John,

Here is the best and final offer for GEM 2

Rate   7.25
Config Fee  $25 One Time.   We have to unload the truck, unbox, recycle the cardboard and Styrofoam, drive the units to final destination
Miner Maintenance Package  $20/Unit / Month
Term 24 to 48 months
Prepayment 6 months

Please work from the slide below down and close that with them.    The XP units are going to be highly profitable.

**Jeff Pratt**
SVP, Growth & Partnerships
**Core Scientific, Inc**
**(425) 309-1790**

---

**From:** Jeff Pratt
**Sent:** Tuesday, August 9, 2022 11:02 AM
**To:** John Warren <jw@gemmining.com>
**Cc:** Baylor Landry <blandry@corescientific.com>
**Subject:** GEM 2 Offer

John,

Here is the GEM 2 offer for hosting the S19 XP units.    Note that we can do something similar for GEM 1 XP units.

Also, as per our discussion, this is our opening offer using our new terms.  If GEM/Magnetar have a counter, we would like to get it moving along to reserve the space.   We are selling out, not to put undue pressure on you, but we are going to be out of space soon.

Jeff

# HOSTING TERMS – GEM MINING 2

| | GEM 2 - MSA 2 Order #1 | | | |
|---|---|---|---|---|
| Deployment Month | Aug-22 | Sep-22 | Oct-22 | Nov-22 |
| Unit Type | S19 XP | S19 XP | S19 XP | S19 XP |
| Qty | 250 | 250 | 250 | 250 |
| Hosting Rate ($/KWh) | $0.07250 | $0.07250 | $0.07250 | $0.07250 |
| One Time Config Fee / Unit | $50 | $50 | $50 | $50 |
| Miner Maintenance Fee / Unit / Mo | $50 | $50 | $50 | $50 |
| Contract Term | 24 - 48 Months | 24 - 48 Months | 24 - 48 Months | 24 - 48 Months |
| Prepayment | 6 Months | 6 Months | 6 Months | 6 Months |

| | GEM 2 - S19 Swap (From MSA 1 Order #1) | | | | |
|---|---|---|---|---|---|
| Deployment Month | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 |
| Unit Type | S19j Pro 100TH | S19j Pro 100TH | S19j Pro 100TH | S19j Pro 100TH | S19j Pro 10... |
| Qty | -250 | -250 | -250 | -250 | -250 |
| Disconnect Fee / Unit | $25 | $25 | $25 | $25 | $25 |
| Reinstatement Fee / Unit | | | | | |
| Storage Fee / Unit | $10 | $10 | $10 | $10 | $10 |

S19J Pro 100 Units will be pulled, cleaned, and stored to get the XP units deployed as fast as they arrive. All stored units will then be redeployed in Feb 2023.



3



**Jeff Pratt**
SVP, Growth & Partnerships
**Core Scientific, Inc**
**(425) 309-1790**