# **EXHIBIT 21**

| | |
|---|---|
| **From:** | Jeff Pratt </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ED5A49A192414BD3B509D2DE6089BDFB-JPRATT> |
| **Sent:** | Wednesday, August 10, 2022 9:15 AM |
| **To:** | Joe Poore <joe.poore@gemmining.com>; John Warren <jw@gemmining.com> |
| **Cc:** | Baylor Landry <blandry@corescientific.com> |
| **Subject:** | RE: [External]RE: GEM 2 Offer |

Thank you, good luck driving it to closure.

I will be working with Vincent daily.

Two big weeks ahead of us

**Jeff Pratt**
SVP, Growth & Partnerships
**Core Scientific, Inc**
**(425) 309-1790**

---

**From:** Joe Poore <joe.poore@gemmining.com>
**Sent:** Wednesday, August 10, 2022 6:55 AM
**To:** Jeff Pratt <jpratt@corescientific.com>; John Warren <jw@gemmining.com>
**Cc:** Baylor Landry <blandry@corescientific.com>
**Subject:** RE: [External]RE: GEM 2 Offer

[EXTERNAL] Use caution when opening attachments or links.

Hey Jeff-

We know this is high priority for Core. Aside from unit sales we are working on, this will be top priority for GEM.

Will connect with Magnetar and follow up.

**From:** Jeff Pratt <jpratt@corescientific.com>
**Sent:** Wednesday, August 10, 2022 2:20 AM
**To:** John Warren <jw@gemmining.com>; Joe Poore <joe.poore@gemmining.com>
**Cc:** Baylor Landry <blandry@corescientific.com>
**Subject:** [External]RE: GEM 2 Offer
**Importance:** High

John,

Here is the best and final offer for GEM 2

Rate   7.25
Config Fee  $25 One Time.   We have to unload the truck, unbox, recycle the cardboard and Styrofoam, drive the units to final destination
Miner Maintenance Package  $20/Unit / Month
Term 24 to 48 months
Prepayment 6 months

Please work from the slide below down and close that with them.    The XP units are going to be highly profitable.

**Jeff Pratt**
SVP, Growth & Partnerships
**Core Scientific, Inc**
**(425) 309-1790**

---

**From:** Jeff Pratt
**Sent:** Tuesday, August 9, 2022 11:02 AM
**To:** John Warren <jw@gemmining.com>
**Cc:** Baylor Landry <blandry@corescientific.com>
**Subject:** GEM 2 Offer

John,

Here is the GEM 2 offer for hosting the S19 XP units.    Note that we can do something similar for GEM 1 XP units.

Also, as per our discussion, this is our opening offer using our new terms.  If GEM/Magnetar have a counter, we would like to get it moving along to reserve the space.   We are selling out, not to put undue pressure on you, but we are going to be out of space soon.

Jeff

# HOSTING TERMS – GEM MINING 2

| | GEM 2 - MSA 2 Order #1 | | | |
|---|---|---|---|---|
| Deployment Month | Aug-22 | Sep-22 | Oct-22 | Nov-22 |
| Unit Type | S19 XP | S19 XP | S19 XP | S19 XP |
| Qty | 250 | 250 | 250 | 250 |
| Hosting Rate ($/KWh) | $0.07250 | $0.07250 | $0.07250 | $0.07250 |
| One Time Config Fee / Unit | $50 | $50 | $50 | $50 |
| Miner Maintenance Fee / Unit / Mo | $50 | $50 | $50 | $50 |
| Contract Term | 24 - 48 Months | 24 - 48 Months | 24 - 48 Months | 24 - 48 Months |
| Prepayment | 6 Months | 6 Months | 6 Months | 6 Months |

| | GEM 2 - S19 Swap (From MSA 1 Order #1) | | | | |
|---|---|---|---|---|---|
| Deployment Month | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 |
| Unit Type | S19j Pro 100TH | S19j Pro 100TH | S19j Pro 100TH | S19j Pro 100TH | S19j Pro 10 |
| Qty | -250 | -250 | -250 | -250 | -250 |
| Disconnect Fee / Unit | $25 | $25 | $25 | $25 | $25 |
| Reinstatement Fee / Unit | | | | | |
| Storage Fee / Unit | $10 | $10 | $10 | $10 | $10 |

S19J Pro 100 Units will be pulled, cleaned, and stored to get the XP units deployed as fast as they arrive. All stored units will then be redeployed in Feb 2023.



3



**Jeff Pratt**
SVP, Growth & Partnerships
**Core Scientific, Inc**
**(425) 309-1790**

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message.