# **EXHIBIT 22**

| | |
|---|---|
| **From:** | Jeff Pratt </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ed5a49a192414bd3b509d2de6089bdfb-jpratt> |
| **Sent:** | Friday, October 21, 2022 7:47 AM |
| **To:** | Joe Poore <joe.poore@gemmining.com> |
| **Cc:** | John Warren <jw@gemmining.com>; Moses Marure Jr. <moses@corescientific.com> |
| **Subject:** | Re: [External]RE: GEM 2 and 2b |

9.99 is expected for the next two months

Get Outlook for iOS

---

**From:** Joe Poore <joe.poore@gemmining.com>
**Sent:** Friday, October 21, 2022 7:40:07 AM
**To:** Jeff Pratt <jpratt@corescientific.com>
**Cc:** John Warren <jw@gemmining.com>; Moses Marure Jr. <moses@corescientific.com>
**Subject:** RE: [External]RE: GEM 2 and 2b

Thanks Jeff.

Do you know what the expected pass through rates are by site for October and November?

---

**From:** Jeff Pratt <jpratt@corescientific.com>
**Sent:** Thursday, October 20, 2022 2:20 AM
**To:** Joe Poore <joe.poore@gemmining.com>
**Cc:** John Warren <jw@gemmining.com>; Moses Marure Jr. <moses@corescientific.com>
**Subject:** [External]RE: GEM 2 and 2b

Joe,

You are correct that the order does not have a minimum consumption clause.

We met internally and I have a approval to move forward with pausing GEM 2 and GEM 2B mining units in Dalton.  We would start pausing them by Friday and then we could revisit turning them back on at the end of each month.  There would be no charge for October but we would charge storage fee of $10/unit per month for a month when the units were effectively being stored on the racks.

Please let Moses and I know how you wish to proceed and if you want to talk tomorrow.  I am traveling to Austin but I will be online very early.

Thanks for working through the issues with us.

Jeff

**Jeff Pratt**
SVP, Growth & Partnerships
**Core Scientific, Inc**
**(425) 309-1790**

---

**From:** Jeff Pratt
**Sent:** Tuesday, October 18, 2022 9:50 PM
**To:** Joe Poore <joe.poore@gemmining.com>
**Cc:** John Warren <jw@gemmining.com>; Moses Marure Jr. <moses@corescientific.com>
**Subject:** RE: GEM 2 and 2b
**Importance:** High

Joe,

On the invoice dated October 14, at the capped rate of 9.999c, the S19 Pro or S19J Pro units are profitable..   Any non-pro units which have a J/TH rating of over 30 are not profitable.   The S19 -  95  has a J/TH rating of 34.

With regards to pausing them, I have a question in to legal and will get back to you.

GEM 2 – Might consider a different course of action for their S19 fleet of 451 Units vs their other higher performing units.   Happy to discuss ideas here.



GEM 2b – all units are profitable at 9.999c.

I will connect with Moses and we will get back in touch with you.

Jeff

**Jeff Pratt**

SVP, Growth & Partnerships
**Core Scientific, Inc**
**(425) 309-1790**

**From:** Joe Poore <joe.poore@gemmining.com>
**Sent:** Tuesday, October 18, 2022 12:17 PM
**To:** Jeff Pratt <jpratt@corescientific.com>
**Cc:** John Warren <jw@gemmining.com>
**Subject:** GEM 2 and 2b

[EXTERNAL] Use caution when opening attachments or links.

Hey Jeff,

Thanks for your time today. Wanted to follow up on our brief discussion.

I reviewed the MSA and the Order form. I don't see any provision in there that requires us to consume hosting services. This primarily concerns GEM 2/2B as they have the elevated rates in Dalton and the miners are going to be (or already are) underwater.

Can you double check on your end and let me know the process for pausing/turning off miners until power costs drop?

Thanks,
Joe



**Joe Poore**
CFO

550 S Main St.
Suite 310
Greenville, SC 29601
Direct: 864.704.0147

joe.poore@gemmining.com
www.gemmining.com

Debtors' Exhibit No. 22
Page 3 of 4

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message.