# **EXHIBIT 23**

| | |
|---|---|
| **From:** | Jeff Pratt </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ED5A49A192414BD3B509D2DE6089BDFB-JPRATT> |
| **Sent:** | Saturday, November 5, 2022 11:03 PM |
| **To:** | John Warren <jw@gemmining.com>; Joe Poore <joe.poore@gemmining.com> |
| **Cc:** | Mike Levitt <mlevitt@corescientific.com> |
| **Subject:** | RE: GEM 2 and GEM 2B |

John & Joe,

I am confirming the powering down of GEM 2 and GEM 2b miners happened today at 10am.



Thanks,
Jeff

**Jeff Pratt**
SVP, Growth & Partnerships
**Core Scientific, Inc**
**(425) 309-1790**

---

**From:** Jeff Pratt
**Sent:** Friday, November 4, 2022 2:34 PM
**To:** John Warren <jw@gemmining.com>; Krista Rhynard <krhynard@corescientific.com>
**Cc:** Joe Poore <joe.poore@gemmining.com>; Mike Levitt <mlevitt@corescientific.com>
**Subject:** RE: GEM 2 and GEM 2B

John,

We accept your request to terminate all active hosting agreements between Core Scientific and GEM 2 and also between Core Scientific and GEM 2 b.

Krista and I will be sending a formal letter of termination as soon as possible.

Operations will be planning for the power down, pulling and palletizing of the miners.

Monica will be updating the invoices and doing a final close out invoice which includes decomm fees and pallets cost.

We look forward to closing these out professionally with you.   Expect the future communications to come from Mitch, Moses and myself as we work through the details.

Regards,
Jeff

**Jeff Pratt**
SVP, Growth & Partnerships
**Core Scientific, Inc**
**(425) 309-1790**

---

**From:** John Warren <jw@gemmining.com>
**Sent:** Friday, November 4, 2022 1:50 PM
**To:** Jeff Pratt <jpratt@corescientific.com>
**Cc:** Joe Poore <joe.poore@gemmining.com>; Mike Levitt <mlevitt@corescientific.com>
**Subject:** GEM 2 and GEM 2B

[EXTERNAL] Use caution when opening attachments or links.

Jeff,

As discussed on the phone and via text, GEM 2 and GEM 2B would like to end their hosting contracts with Core.

Even with this request, GEM 1 and GEM 4 will continue to have thousands of units hosted at Core.  As fund managers, we at GEM Advisors continue to value our relationship with Core and sees Core and its team members as vital partners for our remaining funds.

Thank you for your help in this matter,

John



**John S. Warren**
CEO

550 S Main St.
Suite 310
Greenville, SC 29601
Direct: 864.787.2378

jw@gemmining.com
www.gemmining.com