# **EXHIBIT 24**

| | |
|---|---|
| **From:** | Jeff Pratt </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ED5A49A192414BD3B509D2DE6089BDFB-JPRATT> |
| **Sent:** | Thursday, January 19, 2023 8:25 PM |
| **To:** | Joe Poore <joe.poore@gemmining.com> |
| **Subject:** | GEM 4 |

Joe,

Please let us know about GEM 4 payment first thing tomorrow morning. It's 28 days late. Interest charges are high and recovery mining will be triggered meaning the miners will start to mine for us until the balance is recovered by Monday.

Let's have a call to understand the problem.

Jeff



**Jeff Pratt**
SVP, Growth & Partnerships
**Core Scientific, Inc**
**(425) 309-1790**