# EXHIBIT 25

| | |
|---|---|
| **From:** | Jeff Pratt </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ED5A49A192414BD3B509D2DE6089BDFB-JPRATT> |
| **Sent:** | Friday, February 3, 2023 10:10 AM |
| **To:** | Joe Poore <joe.poore@gemmining.com>; John Warren <jw@gemmining.com> |
| **Subject:** | RE: Any openings for a short call today? |

Quick summary

6.95 hosting
$5/month/unit infra fee
Overall realized rate is 7c
Month to Month
Fees for cleaning and decommissioning waived
Effective March 1

**Jeff Pratt**

SVP, Growth & Partnerships

**Core Scientific, Inc**

**(425) 309-1790**

**From:** Jeff Pratt
**Sent:** Friday, February 3, 2023 7:32 AM
**To:** Joe Poore <joe.poore@gemmining.com>; John Warren <jw@gemmining.com>
**Subject:** Any openings for a short call today?



**Jeff Pratt**

SVP, Growth & Partnerships

**Core Scientific, Inc**

**(425) 309-1790**