# **EXHIBIT 26**

| | |
|---|---|
| **From:** | Jeff Pratt </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ED5A49A192414BD3B509D2DE6089BDFB-JPRATT> |
| **Sent:** | Friday, February 17, 2023 11:33 AM |
| **To:** | Ella Mastroberti <ella@gemmining.com> |
| **Subject:** | RE: [External]RE: GEM Mining / Core Zoom Meeting |

thanks

**Jeff Pratt**
SVP, Growth & Partnerships
**Core Scientific, Inc**
**(425) 309-1790**

---

**From:** Ella Mastroberti <ella@gemmining.com>
**Sent:** Friday, February 17, 2023 9:06 AM
**To:** Jeff Pratt <jpratt@corescientific.com>
**Subject:** Re: [External]RE: GEM Mining / Core Zoom Meeting

> You don't often get email from ella@gemmining.com. Learn why this is important

Jeff,

The meeting has been updated to a half hour.

Thank you,



**Ella Rose**
Executive Assistant

550 S Main St
Suite 310
Greenville, SC 29601
Direct: 864.361.1642

ella@gemmining.com

www.gemmining.com

---

**From:** Jeff Pratt <jpratt@corescientific.com>
**Date:** Friday, February 17, 2023 at 12:01 PM
**To:** Ella Mastroberti <ella@gemmining.com>
**Subject:** [External]RE: GEM Mining / Core Zoom Meeting

Just a half hour please

**Jeff Pratt**

SVP, Growth & Partnerships
**Core Scientific, Inc**
**(425) 309-1790**

---

**From:** John Warren <jw@gemmining.com>
**Sent:** Friday, February 17, 2023 8:49 AM
**To:** Ella Mastroberti <ella@gemmining.com>
**Cc:** Joe Poore <joe.poore@gemmining.com>; Jeff Pratt <jpratt@corescientific.com>
**Subject:** GEM Mining / Core Zoom Meeting

[EXTERNAL] Use caution when opening attachments or links.

Ella,

Will you please send an invite for 2pm eastern today.

Thanks,
John



**John S. Warren**
CEO

550 S Main St.
Suite 310
Greenville, SC 29601
Direct: 864.787.2378

jw@gemmining.com
www.gemmining.com

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message.