# **EXHIBIT 30**

| | |
|---|---|
| **From:** | Jeff Pratt </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ED5A49A192414BD3B509D2DE6089BDFB-JPRATT> |
| **Sent:** | Thursday, March 16, 2023 8:12 AM |
| **To:** | Rabaino, Merryl <Merryl.Rabaino@marcumllp.com>; Lo, Jonathan <Jonathan.Lo@marcumllp.com> |
| **Cc:** | Monica Xia <mxia@corescientific.com> |
| **Subject:** | FW: Shipping Fees - Charter Plane Surcharge |

Merryl – Shipping was much higher in 2021 Sept, Oct, Nov.    We need to pull the backup but here is showing Sept at $477 per unit.

**Jeff Pratt**

SVP, Growth & Partnerships

**Core Scientific, Inc**

**(425) 309-1790**

---

**From:** Jeff Pratt
**Sent:** Friday, November 12, 2021 10:26 AM
**To:** Joe Poore <joe.poore@gemmining.com>; John Warren <jw@gemmining.com>
**Cc:** Taras Kulyk <tkulyk@corescientific.com>; Russell Cann <russell@corescientific.com>
**Subject:** RE: Shipping Fees - Charter Plane Surcharge

Joe,

Thank you for approving the payment.

There will be an elevated charge for October units.

I predict elevated charges for November.

Hopefully it will end in Dec onward but it's very challenging to predict.   We will do everything in our power to balance costs vs opportunity for early hashing.

Jeff



**Jeff Pratt**

**Core Scientific**

**(425) 309-1790 (M)**

**From:** Joe Poore <joe.poore@gemmining.com>
**Sent:** Friday, November 12, 2021 9:00 AM
**To:** Jeff Pratt <jpratt@corescientific.com>; John Warren <jw@gemmining.com>
**Cc:** Taras Kulyk <tkulyk@corescientific.com>; Russell Cann <russell@corescientific.com>
**Subject:** RE: Shipping Fees - Charter Plane Surcharge

[EXTERNAL] Use caution when opening attachments or links.

Jeff,

Thanks for the info. We have approved for payment.

Should we expect elevated shipping costs through remainder of the year?

Thanks,
Joe

**From:** Jeff Pratt <jpratt@corescientific.com>
**Sent:** Thursday, November 4, 2021 4:22 PM
**To:** John Warren <jw@gemmining.com>; Joe Poore <joe.poore@gemmining.com>
**Cc:** Taras Kulyk <tkulyk@corescientific.com>; Russell Cann <russell@corescientific.com>
**Subject:** Shipping Fees - Charter Plane Surcharge

John & Joe,

As discussed, we have been doing everything possible to mitigate the impact of the global supply chain and shipping crises.   Traditionally shipping a unit from Malaysia to Atlanta or Chicago has run $89 to $167.   Prices began to spike in in August and exceeded $212 per unit.

In September, we chose to switch to chartering 747's to get the units here faster.   The cost for the 3,000 Sept batch units was $477/Unit.   We will be sending an invoice for the $600,000 charter plan surcharge.   The rest will be covered by Core Scientific.

Let me know if you would like to discuss further.  I did not want an invoice from Monica to catch you off guard.

Thanks,
Jeff



**Jeff Pratt**
**SVP, Partnerships**
**Core Scientific**
**(425) 309-1790 (M)**

**(425) 654-6889 (O)**

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message. Thank you.