# **EXHIBIT 31**

| | |
|---|---|
| **From:** | Jeff Pratt </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ED5A49A192414BD3B509D2DE6089BDFB-JPRATT> |
| **Sent:** | Saturday, March 25, 2023 9:20 AM |
| **To:** | Joe Poore <joe.poore@gemmining.com>; John Warren <jw@gemmining.com> |
| **Subject:** | RE: [External]GEM Mining 1 Notice |

Payment received.

Thanks,
Jeff

**Jeff Pratt**
SVP, Growth & Partnerships
**Core Scientific, Inc**
(425) 309-1790

**From:** Joe Poore <joe.poore@gemmining.com>
**Sent:** Friday, March 24, 2023 2:02 PM
**To:** Jeff Pratt <jpratt@corescientific.com>; John Warren <jw@gemmining.com>
**Subject:** RE: [External]GEM Mining 1 Notice

[EXTERNAL] Use caution when opening attachments or links.

Hi Jeff,

GEM 1's payment was sent today via wire.

Thanks,
Joe

**From:** Jeff Pratt <jpratt@corescientific.com>
**Sent:** Friday, March 24, 2023 4:35 PM
**To:** John Warren <jw@gemmining.com>; Joe Poore <joe.poore@gemmining.com>
**Subject:** [External]GEM Mining 1 Notice
**Importance:** High

You are hereby notified pursuant to Section 4b of the Master Services Agreement (the "Master Services Agreement") dated February 5, 2021 that GEM Mining 1, LLC are in breach of the Master Services Agreement as a result of the failure to pay amounts due under Order 3, Order 5, and Amended and Restated Order 8.



**Jeff Pratt**
SVP, Growth & Partnerships
**Core Scientific, Inc**
**(425) 309-1790**

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message. Thank you.