# **EXHIBIT 33**

| | |
|---|---|
| **From:** | Jeff Pratt </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ED5A49A192414BD3B509D2DE6089BDFB-JPRATT> |
| **Sent:** | Thursday, March 30, 2023 5:02 PM |
| **To:** | Mitch Livingston <mlivingston@corescientific.com>; Moses Marure Jr. <moses@corescientific.com> |
| **Subject:** | FW: Meeting Proposal |

Could you please reach out and see if this meeting time works?   We need a meeting with them tomorrow.
Jeff

**Jeff Pratt**

SVP, Growth & Partnerships

**Core Scientific, Inc**

**(425) 309-1790**


**From:** Jeff Pratt
**Sent:** Thursday, March 30, 2023 2:43 PM
**To:** Joe Poore <joe.poore@gemmining.com>; John Warren <jw@gemmining.com>
**Cc:** Matt Minnis <mminnis@corescientific.com>
**Subject:** Meeting Proposal
**Importance:** High

Joe & John,

Can we have a meeting tomorrow between 11am and 12am Central Time tomorrow?

Either the first half hour or the last half hour.   Attendees on our side will be myself and Matt Minnis from our Board.

Please let me know,
Jeff



**Jeff Pratt**

SVP, Growth & Partnerships

**Core Scientific, Inc**

**(425) 309-1790**