# **EXHIBIT 34**

| | |
|---|---|
| **From:** | Jeff Pratt </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ED5A49A192414BD3B509D2DE6089BDFB-JPRATT> |
| **Sent:** | Thursday, March 30, 2023 4:43 PM |
| **To:** | Joe Poore <joe.poore@gemmining.com>; John Warren <jw@gemmining.com> |
| **Cc:** | Matt Minnis <mminnis@corescientific.com> |
| **Subject:** | Meeting Proposal |

Joe & John,

Can we have a meeting tomorrow between 11am and 12am Central Time tomorrow?

Either the first half hour or the last half hour. Attendees on our side will be myself and Matt Minnis from our Board.

Please let me know,

Jeff



**Jeff Pratt**
SVP, Growth & Partnerships
**Core Scientific, Inc**
**(425) 309-1790**