# **EXHIBIT 37**

| | |
|---|---|
| **From:** | Monica Xia <mxia@corescientific.com> |
| **Sent:** | Friday, April 21, 2023 9:26 AM |
| **To:** | Joe Poore |
| **Cc:** | John Warren; AccountsPayable; Jeff Pratt |
| **Subject:** | RE: GEM 1 & 4 |

Hi Joe,

Thanks for reaching out. Yes, we received below payments from yesterday and today. GEM 1 and GEM 4 accounts are current now.

| 21-Apr-2023 | Incoming Money Transfer Credit (195) | | USD 295,641.13 |
|---|---|---|---|
| Bank reference # | Client reference # | Text | |
| 230421241740 | 0421241740 | WIRE TYPE:WIRE IN DATE:042123 TIME:0918 ET TRN:2023042100 REF:20230421000077 SERVICE REF:20230421MMQFMPTQ00004 MINING 1 LLC 550 SO MAIN ST STE. 310 GREENVILLE SC 29601 ID: INS BK: ID: SND BK:BANKPROV ID:211374020 BNF:CORE SC ROAD STE 300 AUSTIN TX 78704 ID:501014717817 BNF BK: ID: INV 42906 | |
| 20-Apr-2023 | Incoming Money Transfer Credit (195) | | USD 600,000.00 |
| Bank reference # | Client reference # | Text | |
| 903704200461930 | 000000000000 | WIRE TYPE:WIRE IN DATE:042023 TIME:1629 ET TRN:20230420004 REF:20230420000252 SERVICE REF:20230420MMQFMPTQ0001077 MINING 1 LLC 550 SO MAIN ST STE. 310 GREENVILLE SC 29601-2 ID: INS BK: ID: SND BK:BANKPROV ID:211374020 BNF:CORE SCIE ROAD STE 300 AUSTIN TX 78704 ID:501014717817 BNF BK: ID: PA INV 42906 | |
| 20-Apr-2023 | Incoming Money Transfer Credit (195) | | USD 381,588.37 |
| Bank reference # | Client reference # | Text | |
| 903704200300147 | 000000000000 | WIRE TYPE:WIRE IN DATE:042023 TIME:1051 ET TRN:20230420003 REF:20230420000108 SERVICE REF:20230420MMQFMPTQ0000433 MINING 4 LLC 550 SO MAIN ST STE 310 GREENVILLE SC 29601-2 INS BK: ID: SND BK:BANKPROV ID:211374020 BNF:CORE SCIENT ROAD STE 300 AUSTIN TX 78704 ID:501014717817 BNF BK: ID: PA INV 42907 | |

Have a great weekend!

Regards,
Monica



**MONICA XIA, CPA**
ACCOUNTING MANAGER
**Core Scientific**
M. (425) 283-2982

**From:** Joe Poore <joe.poore@gemmining.com>
**Sent:** Friday, April 21, 2023 6:13 AM
**To:** Monica Xia <mxia@corescientific.com>
**Cc:** John Warren <jw@gemmining.com>; AccountsPayable <AccountsPayable@gemmining.com>
**Subject:** GEM 1 & 4

[EXTERNAL] Use caution when opening attachments or links.

Monica,

GEM 4 sent it's wire yesterday for March hosting/May prepayment + invoiced repairs & maintenance.

GEM 1 sent 600k and the remainder just now.

Can you please confirm receipt?

Thanks,
Joe



**Joe Poore**
CFO

550 S Main St.
Suite 310
Greenville, SC 29601
Direct: 864.704.0147

joe.poore@gemmining.com
www.gemmining.com