# **EXHIBIT 38**

| | |
|---|---|
| **From:** | Joe Poore <joe.poore@gemmining.com> |
| **Sent:** | Tuesday, November 29, 2022 2:45 PM |
| **To:** | Jeff Pratt; Monica Xia; Core Scientific Inc. Billing |
| **Cc:** | Ryan Irvin |
| **Subject:** | RE: [External]Core Scientific Inc. November 2022 Hosting Credit Memo (final) - GEM Mining 2 LLC |

Everything is showing approved and released on our end. Let me know if you don't see them show up.

Thanks,
Joe

**From:** Jeff Pratt <jpratt@corescientific.com>
**Sent:** Tuesday, November 29, 2022 3:00 PM
**To:** Joe Poore <joe.poore@gemmining.com>; Monica Xia <mxia@corescientific.com>; Core Scientific Inc. Billing <billing@corescientific.com>
**Cc:** Ryan Irvin <Ryan.Irvin@gemmining.com>
**Subject:** RE: [External]Core Scientific Inc. November 2022 Hosting Credit Memo (final) - GEM Mining 2 LLC

Thank you Joe.  We appreciate your business.

Jeff

**Jeff Pratt**
SVP, Growth & Partnerships
**Core Scientific, Inc**
**(425) 309-1790**

**From:** Joe Poore <joe.poore@gemmining.com>
**Sent:** Tuesday, November 29, 2022 11:57 AM
**To:** Monica Xia <mxia@corescientific.com>; Core Scientific Inc. Billing <billing@corescientific.com>
**Cc:** Ryan Irvin <Ryan.Irvin@gemmining.com>; Jeff Pratt <jpratt@corescientific.com>
**Subject:** RE: [External]Core Scientific Inc. November 2022 Hosting Credit Memo (final) - GEM Mining 2 LLC

Hey Monica,

We just had some days due to holidays. Sending today.

**From:** Monica Xia <mxia@corescientific.com>
**Sent:** Monday, November 28, 2022 5:23 PM
**To:** Joe Poore <joe.poore@gemmining.com>; Core Scientific Inc. Billing <billing@corescientific.com>
**Cc:** Ryan Irvin <Ryan.Irvin@gemmining.com>; Jeff Pratt <jpratt@corescientific.com>
**Subject:** RE: [External]Core Scientific Inc. November 2022 Hosting Credit Memo (final) - GEM Mining 2 LLC

Hi Joe,

Hope you had a great thanksgiving. Could you inform when could we expect to receive the payments for GEM 1 and GEM 4? Please see details below.



Thank you,
Monica

**MONICA XIA, CPA**
ACCOUNTING MANAGER
**Core Scientific**
M. (425) 283-2982

---

**From:** Joe Poore <joe.poore@gemmining.com>
**Sent:** Tuesday, November 22, 2022 2:09 PM
**To:** Monica Xia <mxia@corescientific.com>; Core Scientific Inc. Billing <billing@corescientific.com>
**Cc:** Ryan Irvin <Ryan.Irvin@gemmining.com>; Jeff Pratt <jpratt@corescientific.com>
**Subject:** RE: [External]Core Scientific Inc. November 2022 Hosting Credit Memo (final) - GEM Mining 2 LLC

Thanks. We will get it paid.

---

**From:** Monica Xia <mxia@corescientific.com>
**Sent:** Friday, November 18, 2022 2:29 PM
**To:** Joe Poore <joe.poore@gemmining.com>; Core Scientific Inc. Billing <billing@corescientific.com>
**Cc:** Ryan Irvin <Ryan.Irvin@gemmining.com>; Jeff Pratt <jpratt@corescientific.com>
**Subject:** RE: [External]Core Scientific Inc. November 2022 Hosting Credit Memo (final) - GEM Mining 2 LLC

Hi Joe,

Sorry for the delayed response. The request has been internally approved. GEM 2 and 2 B remaining credit balances of $351,236.39 will be applied to **GEM 4 invoice INV42785 to make its amount due $65,286.85.**

Please see below details –

| Document Number | Name | Date | Memo | Re |
|---|---|---|---|---|

| CM10239 | GEM Mining 2 B LLC | 11/15/2022 | Order 1-3 hosting services final billing doc |
| CM10234 | GEM Mining 2 B LLC | 11/1/2022 | Denton, TX sales tax recon for units in Order 3 deployed in Oct 2022 |
| PMT52071 | GEM Mining 2 B LLC | 10/31/2022 | Order 1-3 hosting services |
| CM10240 | GEM Mining 2 LLC | 11/15/2022 | Order 1-4 hosting services final billing doc |
| CM10233 | GEM Mining 2 LLC | 11/1/2022 | Denton, TX sales tax recon for units in Order 4 deployed in Oct 2022 |
| PMT52066 | GEM Mining 2 LLC | 10/31/2022 | Order 1-4 Hosting Services |
| | | | Total |

Let me know if you have any questions.

Thank you,
Monica



**MONICA XIA, CPA**
ACCOUNTING MANAGER
**Core Scientific**
M. (425) 283-2982

**From:** Joe Poore <joe.poore@gemmining.com>
**Sent:** Wednesday, November 16, 2022 11:55 PM
**To:** Core Scientific Inc. Billing <billing@corescientific.com>
**Cc:** Ryan Irvin <Ryan.Irvin@gemmining.com>
**Subject:** RE: [External]Core Scientific Inc. November 2022 Hosting Credit Memo (final) - GEM Mining 2 LLC

[EXTERNAL] Use caution when opening attachments or links.

Hi Monica,

Can we transfer the credits on GEM 2 and 2B to the account of GEM 4?

**From:** Core Scientific Inc. Billing <billing@corescientific.com>
**Sent:** Tuesday, November 15, 2022 11:00 AM
**To:** Joe Poore <joe.poore@gemmining.com>; Ryan Irvin <Ryan.Irvin@gemmining.com>; AccountsPayable <AccountsPayable@gemmining.com>
**Cc:** Accounts Receivable <ar@corescientific.com>; Client Success <client-success@corescientific.com>
**Subject:** [External]Core Scientific Inc. November 2022 Hosting Credit Memo (final) - GEM Mining 2 LLC

Hi Ryan,

Hope you are doing well! Please see attached credit memo CM10240 for ***GEM Mining 2*** and associated support for your Hosting Services.

*Kindly note that Core Scientific has incurred continuing significant tariff increases since the implementation of our Master Services Agreement – Core Scientific has been notified by its electrical utility suppliers of significant tariff increases due to rising fuel costs. As an Increased Costs under the Master Services Agreement (Section 4f), Core will be passing through such tariff increases without markup. The tariff surcharges for your October 2022 usages in GA, KY and/or Marble 1, and TX sites have been added to this invoice.*

Thank you, we appreciate your business and trust in Core Scientific!

Regards,
Monica



**MONICA XIA, CPA**
ACCOUNTING MANAGER
**Core Scientific**
M. (425) 283-2982

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message. Thank you.