# **EXHIBIT 43**

| | |
|---|---|
| **From:** | Joe Poore <joe.poore@gemmining.com> |
| **Sent:** | Tuesday, October 4, 2022 3:29 PM |
| **To:** | Monica Xia |
| **Cc:** | Ryan Irvin |
| **Subject:** | RE: [External]Core Scientific Past Due Invoice - GEM Mining 1 INV42681 |

Sorry for the delay. We have had some banking issues. We are in a transition process so I don't expect these issues next month.

**From:** Monica Xia <mxia@corescientific.com>
**Sent:** Tuesday, October 4, 2022 4:27 PM
**To:** Joe Poore <joe.poore@gemmining.com>
**Cc:** Ryan Irvin <Ryan.Irvin@gemmining.com>
**Subject:** RE: [External]Core Scientific Past Due Invoice - GEM Mining 1 INV42681

Hi Joe,

We received the payment. Thank you!

| 04-Oct-2022 | Incoming Money Transfer Credit (195) | | USD 688,299.82 |
|---|---|---|---|
| Bank reference # | Client reference # | Text | |
| 221004415730 | 1004415730 | WIRE TYPE:WIRE IN DATE:100422 TIME:1503 ET TR SNDR REF:221004145632H600 SERVICE REF:20221( RELATED REF: ORIG:GEM MINING 1 LLC 550 S MAIN GREENVILLE SC 29601-2539 ID:9164039148 ORG BI BK:FIRST-CITIZENS BANK & TRUST ID:053100300 B 2800 NORTHUP WAY #220 BELLEVUE WA 98004 ID:5 ID: PAYMENT DETAILS: INV 42681 | |

Regards,
Monica



**MONICA XIA, CPA**
ACCOUNTING MANAGER
**Core Scientific**
**M. (425) 283-2982**

**From:** Monica Xia
**Sent:** Monday, October 3, 2022 3:37 PM
**To:** Joe Poore <joe.poore@gemmining.com>
**Cc:** Ryan Irvin <Ryan.Irvin@gemmining.com>
**Subject:** RE: [External]Core Scientific Past Due Invoice - GEM Mining 1 INV42681

Hi Joe,

We have not received the payment yet.

Thank you,
Monica



**MONICA XIA, CPA**
ACCOUNTING MANAGER
**Core Scientific**
M. (425) 283-2982

**From:** Joe Poore <joe.poore@gemmining.com>
**Sent:** Friday, September 30, 2022 1:56 PM
**To:** Monica Xia <mxia@corescientific.com>
**Cc:** Ryan Irvin <Ryan.Irvin@gemmining.com>
**Subject:** RE: [External]Core Scientific Past Due Invoice - GEM Mining 1 INV42681

[EXTERNAL] Use caution when opening attachments or links.

Hey Monica-

We have the cash but have had an issue with our bank. They are moving out of the crypto business and that's made things complicated.

I have gotten it straightened out and am getting this wire out. I am not 100% certain they will have it out today but I am certain it will be in your account Monday if it doesn't get cleared today.

Thanks,
Joe

**From:** Monica Xia <mxia@corescientific.com>
**Sent:** Friday, September 30, 2022 1:51 PM
**To:** Joe Poore <joe.poore@gemmining.com>
**Cc:** Ryan Irvin <Ryan.Irvin@gemmining.com>
**Subject:** [External]Core Scientific Past Due Invoice - GEM Mining 1 INV42681

Hi Joe,

Happy Friday! Could we expect to receive the payment for GEM Mining 1 INV42681 today?

| NAME | DATE | MEMO | DOCUMENT NUMBER | DUE DATE | AGE | CURRENT | <30 DAYS PAST DUE |
|---|---|---|---|---|---|---|---|
| GEM Mining 1 LLC | 9/15/2022 | Order 3-a,5 and 8 Hosting Services | INV42681 | 9/26/2022 | 3 | | 688,299.82 |

Thank you,
Monica



**MONICA XIA, CPA**
ACCOUNTING MANAGER
**Core Scientific**
**M. (425) 283-2982**

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message. Thank you.