# **EXHIBIT 45**

| | |
|---|---|
| **From:** | Joe Poore <joe.poore@gemmining.com> |
| **Sent:** | Wednesday, January 4, 2023 9:42 AM |
| **To:** | Mitch Livingston <mlivingston@corescientific.com> |
| **Cc:** | John Thompson <john.thompson@gemmining.com> |
| **Subject:** | RE: [External]Re: Re Shipment 6 |

Thank you sir!

**From:** Mitch Livingston <mlivingston@corescientific.com>
**Sent:** Wednesday, January 4, 2023 10:32 AM
**To:** Joe Poore <joe.poore@gemmining.com>
**Cc:** John Thompson <john.thompson@gemmining.com>
**Subject:** [External]Re: Re Shipment 6

Hi Joe,

Please see the attached list of units for shipment 6 picked up last week.


**Mitchell Livingston**

Client Success Manager

**Core Scientific**
mlivingston@corescientific.com

(803) 422-4484


**From:** Joe Poore <joe.poore@gemmining.com>
**Sent:** Tuesday, January 3, 2023 11:08 AM
**To:** Mitch Livingston <mlivingston@corescientific.com>
**Cc:** John Thompson <john.thompson@gemmining.com>
**Subject:** Re Shipment 6

[EXTERNAL] Use caution when opening attachments or links.

Hey Mitch,

I hope y'all had a happy New Year. Do you have the excel file with Shipment #6 serials available?

Thanks



**Joe Poore**
CFO

550 S Main St.
Suite 310
Greenville, SC 29601
Direct: 864.704.0147

joe.poore@gemmining.com
www.gemmining.com

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message.