# **EXHIBIT 46**

| | |
|---|---|
| **From:** | Jeff Pratt |
| **To:** | Joe Poore; Moses Marure Jr. |
| **Cc:** | Baylor Landry |
| **Subject:** | RE: [External]Scheduling time to discuss GEM 1 and GEM 4 |
| **Attachments:** | image001.png |

All brand new in boxes?

**Jeff Pratt**

SVP, Growth & Partnerships

**Core Scientific, Inc**

**(425) 309-1790**

**From:** Joe Poore <joe.poore@gemmining.com>
**Sent:** Thursday, January 12, 2023 11:32 AM
**To:** Jeff Pratt <jpratt@corescientific.com>; Moses Marure Jr. <moses@corescientific.com>; April Kelly <akelly@corescientific.com>
**Cc:** Baylor Landry <blandry@corescientific.com>
**Subject:** RE: [External]Scheduling time to discuss GEM 1 and GEM 4

Hey Jeff,

We have about 1,500 XPs and 1,500 S19J Pros immediately. We will have another 3,000 JPros in near term.

**From:** Jeff Pratt <jpratt@corescientific.com>
**Sent:** Wednesday, January 11, 2023 1:37 PM
**To:** Moses Marure Jr. <moses@corescientific.com>; Joe Poore <joe.poore@gemmining.com>; April Kelly <akelly@corescientific.com>
**Cc:** Baylor Landry <blandry@corescientific.com>
**Subject:** RE: [External]Scheduling time to discuss GEM 1 and GEM 4

Joe – if I can get unit counts + model type before the call tomorrow, it will be helpful.

thanks

**Jeff Pratt**

SVP, Growth & Partnerships

**Core Scientific, Inc**

**(425) 309-1790**

**From:** Moses Marure Jr. <moses@corescientific.com>
**Sent:** Friday, January 6, 2023 6:26 AM
**To:** Jeff Pratt <jpratt@corescientific.com>; Joe Poore <joe.poore@gemmining.com>; April Kelly

<akelly@corescientific.com>
**Cc:** Baylor Landry <blandry@corescientific.com>
**Subject:** Re: [External]Scheduling time to discuss GEM 1 and GEM 4

Yes, Gem does have additional units that will need hosting.  We had a discussion on this topic this morning.

Thank you,

Moses

**From:** Jeff Pratt <jpratt@corescientific.com>
**Sent:** Friday, January 6, 2023 9:23 AM
**To:** Joe Poore <joe.poore@gemmining.com>; April Kelly <akelly@corescientific.com>
**Cc:** Baylor Landry <blandry@corescientific.com>; Moses Marure Jr. <moses@corescientific.com>
**Subject:** RE: [External]Scheduling time to discuss GEM 1 and GEM 4

April – please find us a time slot for next week Thursday.

Joe – To prepare, do you have additional XP or Pro Units that you would like to discuss deploying?

**Jeff Pratt**
SVP, Growth & Partnerships
**Core Scientific, Inc**
**(425) 309-1790**

**From:** Joe Poore <joe.poore@gemmining.com>
**Sent:** Thursday, January 5, 2023 5:08 PM
**To:** Jeff Pratt <jpratt@corescientific.com>
**Cc:** Baylor Landry <blandry@corescientific.com>; Moses Marure Jr. <moses@corescientific.com>
**Subject:** RE: [External]Scheduling time to discuss GEM 1 and GEM 4

[EXTERNAL] Use caution when opening attachments or links.

Thursday is pretty open.

**From:** Jeff Pratt <jpratt@corescientific.com>
**Sent:** Thursday, January 5, 2023 10:34 AM
**To:** Joe Poore <joe.poore@gemmining.com>
**Cc:** Baylor Landry <blandry@corescientific.com>; Moses Marure Jr. <moses@corescientific.com>
**Subject:** [External]Scheduling time to discuss GEM 1 and GEM 4

Joe,

Do you have a free 45 min in the next week to go over your account and some ideas we have?

Thanks
Jeff



**Jeff Pratt**
SVP, Growth & Partnerships
**Core Scientific, Inc**
**(425) 309-1790**

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message.