# **EXHIBIT 47**

| | |
|---|---|
| **From:** | Jeff Pratt |
| **To:** | Joe Poore; Krista Rhynard |
| **Cc:** | Baylor Landry; Mitch Livingston; Moses Marure Jr.; Russell Cann |
| **Subject:** | Follow Up from our call on GEM 1 and GEM 4 Contracts |
| **Attachments:** | image001.png |
| | image002.png |
| | GEM 1 and GEM 4.pptx |
| **Importance:** | High |

Joe,

Good Morning,

Please see this quick summary of your orders for the migration to MSA 2 and move to current pricing.  We are still targeting Feb 1 for the update but we will have some additional reviews on our side.  We are close to confirming the XP order but still need a bit of time next week.  @Krista Rhynard will send the current MSA but know that we may make some minor additional modifications.

| GEM 1 Order Consolidation (MSA 2 Order 1) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Company | Previous Order | New Order | Total Units | Hosting Rate | Infrastructure Fee / Unit / Month | Prepayment | Prepayment Amount | Deposit | Deposit Amount | Start Date | Term |
| GEM Mining Fund 1 | GEM Mining 1 LLC - Order 8 - 3029 Units Antminer S19j Pro Jan 2022 | MSA 2 Order 1 | 3,029 | $0.0595 | $45 | NA | $0 | NA | $0 | 2/1/23 | 12 Months |
| GEM Mining Fund 1 | GEM Mining Fund 1 - Order 8 - S19J Pro December Batch | MSA 2 Order 1 | 2,695 | $0.0595 | $45 | NA | $0 | NA | $0 | 2/1/23 | 12 Months |
| GEM Mining Fund 1 | GEM Mining Fund 1 - Order 8 - S19J Pro November Batch | MSA 2 Order 1 | 1,200 | $0.0595 | $45 | NA | $0 | NA | $0 | 2/1/23 | 12 Months |
| GEM Mining Fund 1 | GEM Mining Fund 1 - Order 8 - S19J Pro October Batch | MSA 2 Order 1 | 430 | $0.0595 | $45 | NA | $0 | NA | $0 | 2/1/23 | 12 Months |
| **Total** | | | **7,354** | **$0.0595** | **$45** | | **$0** | | **$0** | | |
| GEM 4 Order Consolidation (MSA 2 Order 1) | | | | | | | | | | | |
| Company | Previous Order | New Order | Total Units | Hosting Rate | Infrastructure Fee / Unit / Month | Prepayment | Prepayment Amount | Deposit | Deposit Amount | Start Date | Term |
| GEM Mining Fund 4 | GEM Mining 4 - Order 1 - S19J Pro Nov Batch | MSA 2 Order 1 | 1,301 | $0.0595 | $45 | NA | $0 | NA | $0 | 2/1/23 | 12 Months |
| GEM Mining Fund 4 | GEM Mining 4 - Order 1 - S19J Pro Oct Batch | MSA 2 Order 1 | 1,805 | $0.0595 | $45 | NA | $0 | NA | $0 | 2/1/23 | 12 Months |
| **Total** | | | **3,106** | **$0.0595** | **$45** | | **$0** | | **$0** | | |
| Additional 1,500 S19XP Order (MSA 2 Order 2) | | | | | | | | | | | |
| Company | Previous Order | New Order | Total Units | Hosting Rate | Infrastructure Fee / Unit / Month | Prepayment | Prepayment Amount | Deposit | Deposit Amount | Start Date | Term |
| GEM Mining Fund 1 | NA | MSA 2 Order 2 | 1,500 | $0.0595 | $45 | 1 Month | $263,609 | NA | $0 | 2/1/23 | 12 Months |
| **Total** | | | **1,500** | **$0.0595** | **$45** | | **$263,609** | | | | |

Thanks and I look forward to working through this with you.

Jeff



**Jeff Pratt**
SVP, Growth & Partnerships
**Core Scientific, Inc**
**(425) 309-1790**