# **EXHIBIT 48**

| | |
|---|---|
| **From:** | April Kelly |
| **To:** | Jeff Pratt; John Warren; Joe Poore |
| **Cc:** | Krista Rhynard; Mitch Livingston; Moses Marure Jr. |
| **Subject:** | RE: [External]RE: Follow Up from our call on GEM 1 and GEM 4 Contracts |
| **Date:** | Tuesday, January 31, 2023 8:35:19 AM |
| **Attachments:** | image001.png |

Invitation sent for 10 PST / 12 CST / 1 EST.

Thank you,



**APRIL KELLY**

EXECUTIVE ASSISTANT

**Core Scientific**

**(512) 228-8181**

---

**From:** Jeff Pratt <jpratt@corescientific.com>
**Sent:** Tuesday, January 31, 2023 8:33 AM
**To:** John Warren <jw@gemmining.com>; Joe Poore <joe.poore@gemmining.com>; April Kelly <akelly@corescientific.com>
**Cc:** Krista Rhynard <krhynard@corescientific.com>; Mitch Livingston <mlivingston@corescientific.com>; Moses Marure Jr. <moses@corescientific.com>
**Subject:** RE: [External]RE: Follow Up from our call on GEM 1 and GEM 4 Contracts

10am Pacific please

**Jeff Pratt**

SVP, Growth & Partnerships

**Core Scientific, Inc**

**(425) 309-1790**

---

**From:** Jeff Pratt
**Sent:** Tuesday, January 31, 2023 6:30 AM
**To:** John Warren <jw@gemmining.com>; Joe Poore <joe.poore@gemmining.com>; April Kelly <akelly@corescientific.com>
**Cc:** Krista Rhynard <krhynard@corescientific.com>; Mitch Livingston <mlivingston@corescientific.com>; Moses Marure Jr. <moses@corescientific.com>
**Subject:** RE: [External]RE: Follow Up from our call on GEM 1 and GEM 4 Contracts

April – can we meet at 10am?

Me, Moses, Mitch, Joe, and John?

**Jeff Pratt**

SVP, Growth & Partnerships
**Core Scientific, Inc**
**(425) 309-1790**

---

**From:** John Warren <jw@gemmining.com>
**Sent:** Monday, January 30, 2023 5:38 PM
**To:** Joe Poore <joe.poore@gemmining.com>
**Cc:** Jeff Pratt <jpratt@corescientific.com>; Krista Rhynard <krhynard@corescientific.com>; Mitch Livingston <mlivingston@corescientific.com>; Moses Marure Jr. <moses@corescientific.com>
**Subject:** Re: [External]RE: Follow Up from our call on GEM 1 and GEM 4 Contracts

Jeff, do you have a time?

Sent from my iPhone

# John S. Warren
CEO
GEM Mining
550 S Main St.
Suite 310
Greenville, SC 29601

Direct: 864.787.2378
jw@gemmining.com


https://gemmining.com


On Jan 30, 2023, at 3:32 PM, Joe Poore <joe.poore@gemmining.com> wrote:


I can do that time as well

---

**From:** John Warren <jw@gemmining.com>
**Sent:** Monday, January 30, 2023 3:32 PM
**To:** Jeff Pratt <jpratt@corescientific.com>
**Cc:** Joe Poore <joe.poore@gemmining.com>; Krista Rhynard <krhynard@corescientific.com>; Mitch Livingston <mlivingston@corescientific.com>; Moses Marure Jr. <moses@corescientific.com>
**Subject:** Re: [External]RE: Follow Up from our call on GEM 1 and GEM 4 Contracts

I am free tomorrow from 1pm to 5pm eastern. Not sure about Joe.

Sent from my iPhone

**John S. Warren**
CEO
GEM Mining
550 S Main St.
Suite 310
Greenville, SC 29601

Direct: 864.787.2378
jw@gemmining.com


https://gemmining.com


On Jan 30, 2023, at 2:12 PM, Jeff Pratt <jpratt@corescientific.com>
wrote:


John,

Are you and Joe available for a call today or very early tomorrow?  Moses
and I would like to talk this through with you.

Thanks
Jeff

**Jeff Pratt**
SVP, Growth & Partnerships
**Core Scientific, Inc**
**(425) 309-1790**


**moved Russell to bcc.

---

**From:** John Warren <jw@gemmining.com>
**Sent:** Monday, January 30, 2023 6:45 AM
**To:** Jeff Pratt <jpratt@corescientific.com>
**Cc:** Joe Poore <joe.poore@gemmining.com>; Krista Rhynard

<krhynard@corescientific.com>; Baylor Landry
<blandry@corescientific.com>; Mitch Livingston
<mlivingston@corescientific.com>; Moses Marure Jr.
<moses@corescientific.com>; Russell Cann <russell@corescientific.com>
**Subject:** Re: [External]RE: Follow Up from our call on GEM 1 and GEM 4
Contracts

[EXTERNAL] Use caution when opening attachments or links.

Jeff,

GEM 1 and GEM 4 does not agree to the rate increase.

John


<image001.png>


**John S. Warren**
CEO

550 S Main St.
Suite 310
Greenville, SC 29601
Direct: 864.787.2378


jw@gemmining.com
www.gemmining.com


On Jan 26, 2023, at 10:52 PM, Jeff Pratt
<jpratt@corescientific.com> wrote:

Joe & John,

Good Evening.

Sorry to email on a Friday night but we did have our
leadership meeting and I wanted to let you know that we

discussed your units.

To confirm, our leadership team can only offer the following

1. All Units go to 5.95c consumption and $45/unit per month fixed fee, as of Feb 1
2. Decomm / termination sche3dule is as follows

<image003.png>

We can decomm earlier at your request but not until Q2.   I realize this came as a jolt and email lacks the personal touch but I felt it important we get this logged given the actions which are due next week.

We will not be signing a new MSA or moving the orders to the new MSA since the termination is now planned for end of May and end of June.

Jeff

**Jeff Pratt**
SVP, Growth & Partnerships
**Core Scientific, Inc**
**(425) 309-1790**

---

**From:** Jeff Pratt
**Sent:** Monday, January 16, 2023 10:39 AM
**To:** Joe Poore <joe.poore@gemmining.com>; Krista Rhynard <krhynard@corescientific.com>
**Cc:** Baylor Landry <blandry@corescientific.com>; Mitch Livingston <mlivingston@corescientific.com>; Moses Marure Jr. <moses@corescientific.com>; Russell Cann <russell@corescientific.com>
**Subject:** Follow Up from our call on GEM 1 and GEM 4 Contracts
**Importance:** High

Joe,

Good Morning,

Please see this quick summary of your orders for the migration to MSA 2 and move to current pricing.   We are

still targeting Feb 1 for the update but we will have some
additional reviews on our side.  We are close to confirming
the XP order but still need a bit of time next week.    @Krista
Rhynard will send the current MSA but know that we may
make some minor additional modifications.

<image001.png>


Thanks and I look forward to working through this with you.

Jeff

<image002.png>         **Jeff Pratt**
                SVP, Growth & Partnerships
                **Core Scientific, Inc**
                **(425) 309-1790**


The information contained in this email message is intended only for use of
the individual or entity named above. If the reader of this message is not
the intended recipient, or the employee or agent responsible to deliver it to
the intended recipient, you are hereby notified that any dissemination,
distribution or copying of this communication is strictly prohibited. If you
have received this communication in error, please immediately notify us by
email noted above and destroy the original message. <GEM 1 and GEM
4.pptx>