# **EXHIBIT 49**

| | |
|---|---|
| **From:** | Jeff Pratt |
| **To:** | Joe Poore |
| **Subject:** | GEM 4 |
| **Attachments:** | image001.png |

Joe,

Please let us know about GEM 4 payment first thing tomorrow morning.  It's 28 days late.  Interest charges are high and recovery mining will be triggered meaning the miners will start to mine for us until the balance is recovered by Monday.

Let's have a call to understand the problem.

Jeff



**Jeff Pratt**
SVP, Growth & Partnerships
**Core Scientific, Inc**
**(425) 309-1790**