# **EXHIBIT 50**

| | |
|---|---|
| **From:** | Jeff Pratt |
| **To:** | Joe Poore |
| **Subject:** | RE: [External]FW: Core Scientific Past Due Invoices |
| **Attachments:** | image001.png |
| | image002.png |

Thank You.

**Jeff Pratt**

SVP, Growth & Partnerships

**Core Scientific, Inc**

**(425) 309-1790**

**From:** Joe Poore <joe.poore@gemmining.com>
**Sent:** Friday, February 24, 2023 1:16 PM
**To:** Jeff Pratt <jpratt@corescientific.com>
**Subject:** Re: [External]FW: Core Scientific Past Due Invoices

[EXTERNAL] Use caution when opening attachments or links.

Hey Jeff-

We have approved wire for 924k.

We have a daily limit of 1M but I am working to get it raised since I have invoices. Working on this. Will get remainder over ASAP.

Get Outlook for iOS

**From:** Jeff Pratt <jpratt@corescientific.com>
**Sent:** Friday, February 24, 2023 2:50:42 PM
**To:** Joe Poore <joe.poore@gemmining.com>
**Subject:** [External]FW: Core Scientific Past Due Invoices

Joe,

Really appreciate your getting current today if possible.

Tremendous oversight and discussion during our restructuring – any past due generates quite a bit of activity.

Thank You,
Jeff

Debtors' Exhibit No. 50
Page 1 of 2

**Jeff Pratt**

SVP, Growth & Partnerships

**Core Scientific, Inc**

**(425) 309-1790**

---

**From:** Monica Xia <mxia@corescientific.com>
**Sent:** Friday, February 24, 2023 11:18 AM
**To:** Joe Poore <joe.poore@gemmining.com>; Ryan Irvin <ryan.irvin@gemmining.com>
**Cc:** Jeff Pratt <jpratt@corescientific.com>
**Subject:** Core Scientific Past Due Invoices

Hi Joe and Ryan,

Happy Friday! Could you inform when should we expect to receive the payments for the invoices below?

| NAME | DATE | MEMO | DOCUMENT NUMBER | DUE DATE | AGE ▲ | CURRENT | <30 DAYS PAST DUE |
|---|---|---|---|---|---|---|---|
| GEM Mining 1 LLC | 2/13/2023 | Order 8 Hosting Services | INV42868 | 2/23/2023 | 0 | | 922,844.03 |
| GEM Mining 4 LLC | 2/13/2023 | Order 1 Hosting Services | INV42869 | 2/23/2023 | 0 | | 402,996.75 |

Thank you,
Monica



MONICA XIA, CPA

ACCOUNTING MANAGER

**Core Scientific**

M. (425) 283-2982

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message. Thank you.