# **EXHIBIT 51**

| | |
|---|---|
| **Subject:** | Hosting GEM at Core Scientific |
| **Location:** | https://us02web.zoom.us/j/84968076147?pwd=RE1JSDZrOFpSZkFWV1BDTlVHZHRYdz09 |
| **Start:** | Fri 3/31/2023 12:00 PM |
| **End:** | Fri 3/31/2023 12:30 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Organizer:** | Jeff Pratt |
| **Required Attendees:** | John Warren; Joe Poore; Matt Minnis |

Jeff Pratt is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://us02web.zoom.us/j/84968076147?pwd=RE1JSDZrOFpSZkFWV1BDTlVHZHRYdz09

Meeting ID: 849 6807 6147
Passcode: 583214
One tap mobile
+12532158782,,84968076147# US (Tacoma)
+12532050468,,84968076147# US

Dial by your location
    +1 253 215 8782 US (Tacoma)
    +1 253 205 0468 US
    +1 669 444 9171 US
    +1 669 900 6833 US (San Jose)
    +1 719 359 4580 US
    +1 346 248 7799 US (Houston)
    +1 309 205 3325 US
    +1 312 626 6799 US (Chicago)
    +1 360 209 5623 US
    +1 386 347 5053 US
    +1 507 473 4847 US
    +1 564 217 2000 US
    +1 646 931 3860 US
    +1 689 278 1000 US
    +1 929 205 6099 US (New York)
    +1 301 715 8592 US (Washington DC)
    +1 305 224 1968 US
Meeting ID: 849 6807 6147
Find your local number: https://us02web.zoom.us/u/kxf5fbKAu

Join by SIP
[84968076147@zoomcrc.com](mailto:84968076147@zoomcrc.com)

Join by H.323
162.255.37.11 (US West)
162.255.36.11 (US East)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)
213.19.144.110 (Amsterdam Netherlands)
213.244.140.110 (Germany)
103.122.166.55 (Australia Sydney)
103.122.167.55 (Australia Melbourne)
149.137.40.110 (Singapore)
64.211.144.160 (Brazil)
149.137.68.253 (Mexico)
69.174.57.160 (Canada Toronto)
65.39.152.160 (Canada Vancouver)
207.226.132.110 (Japan Tokyo)
149.137.24.110 (Japan Osaka)
Meeting ID: 849 6807 6147
Passcode: 583214