IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CORE SCIENTIFIC, *et al.*,[1] | ) | Case No. 22-90341 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
WITNESS AND EXHIBIT LIST FOR HEARING ON MAY 22, 2023**

The Official Committee of Unsecured Creditors (the "Committee") of Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession, files this witness and exhibit list for the hearing scheduled for May 22, 2023 at 1:30 p.m. (Prevailing Central Time) (the "Hearing"):

**WITNESSES**

The Committee may call any of the following witnesses at the Hearing:

1. Any witness called or listed by any other party; and

2. Any rebuttal witnesses.

**EXHIBITS**

The Committee may offer into evidence any one or more of the following exhibits:

1. Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

2. Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party; and

3. Any exhibit listed by any other party.

[*Remainder of page intentionally left blank*]

## RESERVATION OF RIGHTS

The Committee reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserves the right to supplement this list at any time prior to the Hearing. The Committee reserves the right to offer into evidence any exhibit necessary to rebut evidence or testimony offered by any other party and any exhibits listed or used by any other party.

Dated:      Houston, Texas
            May 18, 2023

                                Respectfully Submitted,

                                **WILLKIE FARR & GALLAGHER LLP**

                                By:  /s/ *Jennifer J. Hardy*
                                Jennifer J. Hardy (Texas Bar No. 24096068)
                                600 Travis Street
                                Houston, Texas 77002
                                Telephone:  713-510-1700
                                Facsimile:  713-510-1799
                                Email:  jhardy2@willkie.com

                                **AND**

                                Brett H. Miller (admitted *pro hac vice*)
                                Todd M. Goren (admitted *pro hac vice*)
                                James H. Burbage (admitted *pro hac vice*)
                                787 Seventh Avenue
                                New York, New York 10019
                                Telephone: 212-728-8000
                                Facsimile: 212-728-8111
                                Email: bmiller@willkie.com
                                          tgoren@willkie.com
                                          jburbage@willkie.com

                                *Counsel for the Official Committee of Unsecured Creditors*

## Certificate of Service

I certify that on May 18, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

By: /s/ *Jennifer J. Hardy*
     Jennifer J. Hardy