## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CORE SCIENTIFIC, INC. *et al.*,[1] | ) | Case No. 22-90341 (DRJ) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**SUMMARY COVERSHEET TO THE FIRST INTERIM FEE APPLICATION OF
DELOITTE FINANCIAL ADVISORY SERVICES LLP FOR COMPENSATION OF
SERVICES RENDERED AS FINANCIAL SERVICES PROVIDER TO THE DEBTORS
FOR THE PERIOD FROM JANUARY 13, 2023 THROUGH MARCH 31, 2023**

| | | |
|---|---|---|
| **Name of Applicant:** | Deloitte Financial Advisory Services LLP | |
| **Applicant's Role in Case:** | financial services provider to Debtors and Debtors in Possession | |
| **Effective Date of Order of Employment Signed:** | 01/13/2023 by order, dated April 13, 2023 [Docket No. 789] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 01/13/2023 | 03/31/2023 |
| **Time period(s) covered by prior Applications:** | N/A | N/A |
| **Total amounts awarded in all prior Applications:** | N/A | |
| **Total fees requested in this Application:** | $39,175.50 | |
| **Total professional fees requested in this Application:** | $39,175.50 | |
| **Total actual professional hours covered by this Application:** | 57.6 | |
| **Average hourly rate for professionals:** | $680.13 | |
| **Total paraprofessional fees requested in this Application:** | $0.00 | |
| **Total actual paraprofessional hours covered by this Application:** | N/A | |
| **Average hourly rate for paraprofessionals:** | N/A | |
| **Reimbursable expenses sought in this application:** | $0.00 | |
| **Total Fees and Expenses Requested in this Statement (inclusive of 20% holdback):** | $39,175.50 | |

---

[1]        The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CORE SCIENTIFIC, INC. *et al.*,[2] | ) | Case No. 22-90341 (DRJ) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### FIRST INTERIM FEE APPLICATION OF DELOITTE FINANCIAL ADVISORY SERVICES LLP FOR COMPENSATION OF SERVICES RENDERED AS FINANCIAL SERVICES PROVIDER TO THE DEBTORS FOR THE PERIOD FROM JANUARY 13, 2023 THROUGH MARCH 31, 2023

> **IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING UNLESS OTHERWISE DIRECTED BY THE COURT, YOU MUST FILE YOUR RESPONSE ELECTRONICALLY AT HTTPS://EDF.TXB.USCOURTS.GOV/ WITHIN TWENTY-ONE DAYS FROM THE DATE THIS MOTION WAS FILED. IF YOU DO NOT HAVE ELECTRONIC FILING PRIVILDGES, YOU MUST FILE A WRITTEN OBJECTION THAT IS ACTUALLY RECEIVED BY THE CLERK WITHIN TWENTY-ONE DAYS FROM THE DATE THIS MOTION WAS FILED. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.
> REPRESENTED PARTES SHOULD ACT THROUGH THEIR ATTORNEY.**

| | |
|---|---|
| Name of Applicant: | Deloitte Financial Advisory Services LLP |
| Authorized to Provide Professional Services as: | Financial Services Provider |
| Date of Retention: | *Effective as of* January 13, 2023 |
| Period for which Compensation and Reimbursement is Sought: | January 13, 2023 through March 31, 2023 |

| | | |
|---|---|---|
| Total Amount of Fees Requested: | $ | 39,175.50 |
| Amount of Expense Reimbursement Sought: | $ | - |
| **Net Amount Due** | **$** | **39,175.50** |

This is an: __Monthly   X Interim   __Final Application

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

## PRIOR FEE APPLICATIONS FILED

| Date Filed / Docket # | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| | 1/13/2023 - 03/31/2023 | $ 39,175.50 | $ - | | $ - |
| **TOTAL** | | **$ 39,175.50** | **$ -** | **$ -** | **$ -** |

## CUMULATIVE TIME SUMMARY BY PROFESSIONAL
For the Period of January 13, 2023 through March 31, 2023

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Accounting and Financial Reporting Advisory Services** | | | | |
| Bradfield, Derek | Partner/Principal | $700.00 | 0.3 | $210.00 |
| Gorter, Michael | Senior Manager | $650.00 | 0.8 | $520.00 |
| Karafiat, Ella | Senior Manager | $650.00 | 5.6 | $3,640.00 |
| Lucas, Michael | Senior Manager | $650.00 | 43.3 | $28,145.00 |
| McMahon, Danielle | Senior Manager | $650.00 | 0.7 | $455.00 |
| **Professional Subtotal:** | | | **50.7** | **$32,970.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Accounting Matters under ASC 852** | | | | |
| Sullivan, Mike | Managing Director | $995.00 | 2.0 | $1,990.00 |
| Auyeung, John | Senior Manager | $775.00 | 3.0 | $2,325.00 |
| **Professional Subtotal:** | | | **5.0** | **$4,315.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Firm Retention** | | | | |
| Sullivan, Mike | Managing Director | $995.00 | 1.9 | $1,890.50 |
| **Professional Subtotal:** | | | **1.9** | **$1,890.50** |
| **Total** | Blended Rate: | $680.13 | **57.6** | **$39,175.50** |

### CUMULATIVE FEES BY CATEGORY SUMMARY
For the Period of January 13, 2023 through March 31, 2023

| Categories | Hours | Fees |
|---|---|---|
| Accounting and Financial Reporting Advisory Services | 50.7 | $32,970.00 |
| Accounting Matters under ASC 852 | 5.0 | $4,315.00 |
| Firm Retention | 1.9 | $1,890.50 |
| **Fees Category Subtotal :** | **57.6** | **$39,175.50** |

Deloitte Financial Advisory Services LLP
110 Morris Street
Morristown, NJ 07960
Telephone:  212.436.4265
Facsimile:  866.584.5524
Michael C. Sullivan

*Financial Services Provider to the Debtors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CORE SCIENTIFIC, INC. *et al.*,[3] | ) | Case No. 22-90341 (DRJ) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |

## FIRST INTERIM FEE APPLICATION OF DELOITTE FINANCIAL ADVISORY SERVICES LLP FOR COMPENSATION OF SERVICES RENDERED AS FINANCIAL SERVICES PROVIDER TO THE DEBTORS FOR THE PERIOD FROM JANUARY 13, 2023 THROUGH MARCH 31, 2023

Deloitte Financial Advisory Services LLP ("Deloitte FAS" or the "Applicant"), financial services provider for the debtors and debtors-in-possession (collectively, the "Debtors") in these chapter 11 cases, hereby submits this interim fee application (the "Interim Fee Application") seeking allowance and payment of compensation and reimbursement of expenses pursuant to section 105(a), 330 and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 2016-1 of the Local Bankruptcy Rules for the Southern District of Texas (the "Local Rules"),

---

[3] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

for the period commencing January 13, 2023 through and including March 31, 2023 (the "Interim Application Period").   In support of this Interim Fee Application, Deloitte FAS respectfully represents as follows:

## JURISDICTION

1.       The Court has subject matter jurisdiction to consider and determine this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## STATUTORY BASIS

2.       The statutory predicates for the relief requested herein are: (i) section 330 of the Bankruptcy Code; (ii) rule 2016 of the Bankruptcy Rules; and (iii) rule 2016-1 of the Local Rules.

## BACKGROUND

3.       On December 21, 2022 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.       No trustee or examiner has been appointed in these chapter 11 cases.

5.       On January 9, 2023, the United States Trustee for Region 7 (the "U.S. Trustee") appointed an official committee of unsecured creditors.

6.       On February 21, 2023, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 541] (the "Compensation Order"), which generally sets forth the procedures for interim and final compensation and expense reimbursement for retained professionals.

## RETENTION OF DELOITTE FAS

7.      On February 16, 2023, the Debtors filed the *Application of Debtors for Entry of an Order (I) Authorizing the Employment and Retention of Deloitte Financial Advisory Services LLP as Financial Services Provider Effective as of January 13, 2023 and (II) Granting Related Relief* [Docket No. 531] (the "Retention Application").

8.      On April 13, 2023, the Court entered an order approving the Retention Application [Docket No. 789] (the "Retention Order").

## RELIEF REQUESTED

9.      By this Interim Fee Application, Deloitte FAS respectfully seeks interim compensation of 100% of its fees in the amount of $39,175.50 incurred during the Interim Application Period.   Deloitte FAS did not incur any expenses during the Interim Application Period.  Deloitte FAS submits this Interim Fee Application in accordance with the Compensation Order and the Retention Order.  All services for which Deloitte FAS requests compensation were performed for the Debtors.

## BASIS FOR RELIEF

10.     This is the first interim fee application filed by Deloitte FAS in these cases.  In connection with the professional services rendered, by this Interim Fee Application, Deloitte FAS seeks compensation in the amount of $39,175.50.  The Applicant maintains computerized records of the time expended in the rendering of the professional services required by the Debtors.  These records are maintained in the ordinary course of the Applicant's business.  A detailed statement of hours spent rendering professional services to the Debtors in support of Deloitte FAS's request for compensation for fees incurred during the Interim Application Period is attached hereto as Exhibit

A.  Exhibit A: (i) identifies the professionals and paraprofessionals that rendered services in each project category; and (ii) describes each service such professional or paraprofessional performed.

11.     No agreement or understanding exists between Deloitte FAS and any nonaffiliated or unrelated person or persons for the sharing of compensation received or to be received for professional services rendered in or in connection with these cases.

## DESCRIPTION OF SERVICES RENDERED

12.     Deloitte FAS provides below an overview of the services it rendered as financial services provider for the Debtors during the Interim Application Period.  Detailed descriptions of these services, the amount of fees incurred, and the amount of hours spent providing services throughout the Interim Application Period are also provided in the attached Exhibits.

**Firm Retention:**

**Hours 1.9, Amount $1,890.50**

- Deloitte FAS personnel reviewed Deloitte FAS's retention documents, including its declaration in support of its retention.

**Accounting and Financial Reporting Advisory Services:**

**Hours 50.7, Amount $32,970.00**

- Deloitte FAS assisted the Debtors in preparation of preliminary draft technical accounting summaries analyzing various types of contracts.

- Deloitte FAS held discussions and correspondences, internally and with the Debtors, regarding various types of contracts and related accounting considerations.

**Accounting Matters under Accounting Standards Codification ("ASC") 852:**

**Hours 5.0, Amount $4,315.00**

- Deloitte FAS held discussions internally, and with the Debtors, regarding bankruptcy and

emergence accounting requirements under United States Generally Accepted Accounting Principles.

## ALLOWANCE OF COMPENSATION

13.     Because of the benefits realized by the Debtors, the nature of services provided, the amount of work done, the time consumed and the skill required, Deloitte FAS requests that it be allowed, on an interim basis, compensation for the professional services rendered during the Interim Application Period in the sum of $39,175.50.

14.     During the Interim Application Period, allowance of compensation in the amount requested would result in a blended hourly billing rate for professionals of approximately $680.13.

15.     Deloitte FAS respectfully submits that the professional services rendered by Deloitte FAS on behalf of the Debtors during the Interim Application Period were reasonable, necessary and appropriate to the administration of these chapter 11 cases and related matters.

## DELOITTE FAS'S REQUESTED FEES SHOULD BE ALLOWED BY THIS COURT

16.     Section 330 provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses."  11 U.S.C. § 330(a)(1).  Section 330 sets forth the criteria for the award of compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (a)     the time spent on such services;
> (b)     the rates charged for such services;
> (c)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(d)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(e)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(f)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

17.     In the instant case, Deloitte FAS respectfully submits that the services for which it seeks compensation in this Interim Application Period were necessary for and beneficial to the Debtors and were performed economically, effectively, and efficiently.  Deloitte FAS further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services to the Debtors.  Further, in accordance with the factors enumerated in section 327(a) and 328(a) of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (i) the complexity of these cases; (ii) the time expended; (iii) the nature and extent of the services rendered; (iv) the value of such services; and (v) the costs of comparable services other than in a case under the Bankruptcy Code.  Accordingly, the approval of the compensation sought herein is warranted.

## **CERTIFICATE OF COMPLIANCE AND WAIVER**

18.     The undersigned representative of Deloitte FAS certifies that Deloitte FAS has reviewed the requirements of rule 2016-1 of the Local Rules and that the Interim Fee Application substantially complies with that Local Rule.  To the extent that the Interim Fee Application does not comply in all respects with the requirements of Local Rule 2016-1, Deloitte FAS believes that such deviations are not material and respectfully requests that any such requirement be waived.

WHEREFORE, Deloitte FAS respectfully requests that the Court enter an order: (i) granting allowance, on an interim basis, of compensation for professional services rendered to the Debtors by Deloitte FAS for the Interim Application Period in the amount of $39,175.50, which represents 100% of the total compensation for professional services rendered during the Interim Application Period; (ii) authorizing and directing the Debtors to pay all such amounts to Deloitte FAS; and (iii) granting such other and relief as may be just and proper.

Dated: May 3, 2023
     Morristown, New Jersey

Respectfully submitted,

DELOITTE FINANCIAL ADVISORY
SERVICES LLP

/s/ Michael C. Sullivan
Michael C. Sullivan
Managing Director
110 Morris Street
Morristown, NJ 07960
Telephone:  212.436.4265
Facsimile:  866.584.5524

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CORE SCIENTIFIC, INC. *et al.*,[1] | ) | Case No. 22-90341 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## CERTIFICATION OF MICHAEL C. SULLIVAN

Michael C. Sullivan, deposes and says:

1)      I am a managing director in the applicant firm, Deloitte Financial Advisory Services LLP.

2)      I have personally led, as the engagement director, the professional services rendered by Deloitte Financial Advisory Services LLP, as financial services provider and am familiar with all work performed on behalf of the Debtors by the personnel of my firm.

3)      I have reviewed the foregoing Fee Application and the facts set forth therein are true and correct to the best of my knowledge, information, and belief.

Date: May 3, 2023                    /s/ Michael C. Sullivan
                                                  Michael C. Sullivan
                                                  Managing Director

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

# Exhibit A

**Professional Fees for the Fee Period
January 13, 2023 through March 31, 2023**

# Core Scientific, Inc.

# Deloitte Financial Advisory Services LLP

# Fees Sorted by Category for the Fee Period

January 13, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|

## *Accounting and Financial Reporting Advisory Services*

**02/16/2023**

| Name | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| Karafiat, Ella | Perform accounting research related to changes in asset groups. | $650.00 | 0.3 | $195.00 |
| Karafiat, Ella | Perform research on bitcoin mining industry insights for asset impairments in bitcoin mining industry. | $650.00 | 0.3 | $195.00 |
| Karafiat, Ella | Research accounting related to developing cash flow estimates for long-lived asset impairment recoverability test. | $650.00 | 0.2 | $130.00 |
| Karafiat, Ella | Review public company filings related to asset impairment accounting policies for entities in bitcoin mining industry. | $650.00 | 0.3 | $195.00 |

**02/17/2023**

| Name | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| Karafiat, Ella | Call with E. Haney (Core Scientific) to discuss long-lived asset impairment accounting. | $650.00 | 0.8 | $520.00 |
| Karafiat, Ella | Research regarding bitcoin mining industry long-lived asset impairment procedures. | $650.00 | 0.2 | $130.00 |

**02/21/2023**

| Name | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| Karafiat, Ella | Research regarding valuation question on valuation techniques for bitcoin mining equipment. | $650.00 | 0.2 | $130.00 |
| Karafiat, Ella | Perform accounting research related to cash flow estimates for property, plant, and equipment impairments. | $650.00 | 0.4 | $260.00 |

**02/23/2023**

| Name | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| Karafiat, Ella | Correspond via email with D. Knappenberger, A. Jain (Deloitte) on valuation techniques for assets with useful lives beyond those of the primary asset in a property, plant, and equipment impairment. | $650.00 | 0.2 | $130.00 |

**03/02/2023**

| Name | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| Karafiat, Ella | Call with M. Lucas (Deloitte) to discuss accounting considerations for power purchase agreements. | $650.00 | 0.5 | $325.00 |

# Core Scientific, Inc.

## Deloitte Financial Advisory Services LLP

## Fees Sorted by Category for the Fee Period

January 13, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

### *Accounting and Financial Reporting Advisory Services*

**03/02/2023**

| | | | | |
|------|-------------|------|-------|------|
| Karafiat, Ella | Review email from E. Haney (Core Scientific) and related to power purchase agreements. | $650.00 | 0.3 | $195.00 |
| Lucas, Michael | Call with E. Karafiat (Deloitte) to discuss accounting considerations for power purchase agreements. | $650.00 | 0.5 | $325.00 |
| Lucas, Michael | Research application of derivative scope exceptions to electricity and capacity contracts. | $650.00 | 0.8 | $520.00 |

**03/03/2023**

| | | | | |
|------|-------------|------|-------|------|
| Karafiat, Ella | Call with M. Lucas (Deloitte), E. Haney, J. Smith, N. Mann (Core Scientific) regarding power purchase agreement accounting considerations. | $650.00 | 0.6 | $390.00 |
| Karafiat, Ella | Review power purchase agreement documents. | $650.00 | 0.5 | $325.00 |
| Lucas, Michael | Call with E. Karafiat (Deloitte), E. Haney, J. Smith, N. Mann (Core Scientific) regarding power purchase agreement accounting considerations. | $650.00 | 0.6 | $390.00 |
| Lucas, Michael | Research application of derivative scope exceptions to electricity and capacity contracts and comparable Securities Exchange Commission (SEC) filings. | $650.00 | 0.7 | $455.00 |
| Lucas, Michael | Review selected power purchase agreement contracts requested for accounting analysis. | $650.00 | 0.3 | $195.00 |
| Lucas, Michael | Review accounting positions for power purchase agreements from consultation database. | $650.00 | 0.4 | $260.00 |

**03/06/2023**

| | | | | |
|------|-------------|------|-------|------|
| Lucas, Michael | Research interpretative accounting guidance on derivatives for power and utilities industry. | $650.00 | 1.5 | $975.00 |
| Lucas, Michael | Summarize Electric Facilities Extension Agreement contract and embedded derivative accounting analysis. | $650.00 | 1.3 | $845.00 |

# Core Scientific, Inc.

## Deloitte Financial Advisory Services LLP

## Fees Sorted by Category for the Fee Period

January 13, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

### *Accounting and Financial Reporting Advisory Services*

**03/06/2023**

| | | | | |
|------|-------------|------|-------|------|
| Lucas, Michael | Continue to summarize Electric Service Agreement contract and embedded derivative accounting analysis. | $650.00 | 0.5 | $325.00 |
| Lucas, Michael | Summarize Firm Power Contract 80198933 and embedded derivative accounting analysis. | $650.00 | 1.5 | $975.00 |
| Lucas, Michael | Summarize Transmission/Substation Facility Extension Agreement contract and embedded derivative accounting analysis. | $650.00 | 0.5 | $325.00 |

**03/07/2023**

| | | | | |
|------|-------------|------|-------|------|
| Karafiat, Ella | Call with M. Lucas (Deloitte) to discuss status on project for accounting considerations for power purchase agreements. | $650.00 | 0.1 | $65.00 |
| Lucas, Michael | Call with E. Karafiat (Deloitte) to discuss status on project for accounting considerations for power purchase agreements. | $650.00 | 0.1 | $65.00 |
| Lucas, Michael | Summarize Electric Facilities Extension Agreement contract and embedded derivative accounting analysis. | $650.00 | 0.2 | $130.00 |
| Lucas, Michael | Summarize Electric Service Agreement (Minimum Bill) contract and embedded derivative accounting analysis. | $650.00 | 1.4 | $910.00 |
| Lucas, Michael | Summarize Electric Service Agreement Mining Site. | $650.00 | 0.5 | $325.00 |
| Lucas, Michael | Summarize economically interruptible power (IP30) contract and embedded derivative accounting analysis. | $650.00 | 0.5 | $325.00 |

**03/08/2023**

| | | | | |
|------|-------------|------|-------|------|
| Lucas, Michael | Document accounting analysis on power purchase agreement embedded derivatives. | $650.00 | 0.4 | $260.00 |
| Lucas, Michael | Research interpretative accounting guidance on derivatives for power and utilities industry. | $650.00 | 1.0 | $650.00 |

# Core Scientific, Inc.

## Deloitte Financial Advisory Services LLP

## Fees Sorted by Category for the Fee Period

January 13, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|

### Accounting and Financial Reporting Advisory Services

**03/08/2023**

| | | | | |
|---|---|---|---|---|
| Lucas, Michael | Summarize Power Purchase Agreement contract and embedded derivative accounting analysis. | $650.00 | 2.6 | $1,690.00 |
| Lucas, Michael | Summarize economically interruptible power (IP30) contract and embedded derivative accounting analysis. | $650.00 | 1.7 | $1,105.00 |

**03/09/2023**

| | | | | |
|---|---|---|---|---|
| Karafiat, Ella | Call with M. Lucas (Deloitte) regarding power purchase agreement accounting considerations. | $650.00 | 0.2 | $130.00 |
| Karafiat, Ella | Call with M. Lucas (Deloitte), E. Haney, J. Smith (Core Scientific) regarding power purchase agreement accounting considerations. | $650.00 | 0.5 | $325.00 |
| Lucas, Michael | Summarize Electric Service Agreement Mining Site contract and embedded derivative accounting analysis. | $650.00 | 0.7 | $455.00 |
| Lucas, Michael | Summarize Firm Power Contract and embedded derivative accounting analysis. | $650.00 | 0.8 | $520.00 |
| Lucas, Michael | Summarize Electric Facilities Extension Agreement contract and embedded derivative accounting analysis. | $650.00 | 0.9 | $585.00 |
| Lucas, Michael | Summarize Power Purchase Agreement contract and embedded derivative accounting analysis. | $650.00 | 0.4 | $260.00 |
| Lucas, Michael | Summarize Electric Service Agreement Mining Site. | $650.00 | 0.5 | $325.00 |
| Lucas, Michael | Summarize economically interruptible power (IP30) contract and embedded derivative accounting analysis. | $650.00 | 0.6 | $390.00 |
| Lucas, Michael | Call with E. Karafiat (Deloitte) regarding power purchase agreement accounting considerations. | $650.00 | 0.2 | $130.00 |
| Lucas, Michael | Call with E. Karafiat (Deloitte), E. Haney, J. Smith (Core Scientific) regarding power purchase agreement accounting considerations. | $650.00 | 0.5 | $325.00 |

# Core Scientific, Inc.

## Deloitte Financial Advisory Services LLP

## Fees Sorted by Category for the Fee Period

January 13, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

### *Accounting and Financial Reporting Advisory Services*

**03/09/2023**

| | | | | |
|------|-------------|------|-------|------|
| Lucas, Michael | Document accounting analysis on power purchase agreement embedded derivatives to send summary to E. Haney (Core Scientific). | $650.00 | 1.1 | $715.00 |
| Lucas, Michael | Research interpretative accounting guidance on derivatives for power and utilities industry. | $650.00 | 0.8 | $520.00 |
| Lucas, Michael | Prepare for call with E. Karafiat (Deloitte), E. Haney, J. Smith (Core Scientific) regarding power purchase agreement accounting considerations. | $650.00 | 0.5 | $325.00 |
| Lucas, Michael | Summarize Electric Service Agreement (Minimum Bill) contract and embedded derivative accounting analysis. | $650.00 | 0.5 | $325.00 |

**03/13/2023**

| | | | | |
|------|-------------|------|-------|------|
| Lucas, Michael | Document power purchase contract embedded derivative summary for Firm Power Contract 80198933 and related contracts. | $650.00 | 0.8 | $520.00 |
| Lucas, Michael | Summarize Firm Power Contract IP Product Agreement IP-5 and embedded derivative accounting analysis. | $650.00 | 1.0 | $650.00 |
| Lucas, Michael | Summarize Firm Power Contract supplement 1 and embedded derivative accounting analysis. | $650.00 | 0.5 | $325.00 |
| Lucas, Michael | Summarize Firm Power Contract supplement 2 and embedded derivative accounting analysis. | $650.00 | 0.6 | $390.00 |
| Lucas, Michael | Summarize Firm Power Contract supplement 3 through 7 and embedded derivative accounting analysis. | $650.00 | 0.8 | $520.00 |

**03/14/2023**

| | | | | |
|------|-------------|------|-------|------|
| Lucas, Michael | Respond to E. Haney (Core Scientific) question on application of readily convertible to cash. | $650.00 | 0.1 | $65.00 |
| Lucas, Michael | Research other Securities Exchange Commission (SEC) filers in bitcoin mining industry. | $650.00 | 0.6 | $390.00 |

# Core Scientific, Inc.

# Deloitte Financial Advisory Services LLP

# Fees Sorted by Category for the Fee Period

January 13, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

## *Accounting and Financial Reporting Advisory Services*

**03/14/2023**

| | | | | |
|------|-------------|------|-------|------|
| Lucas, Michael | Summarize Firm Power Contract supplement 8, 11, and 12 and embedded derivative accounting analysis. | $650.00 | 1.4 | $910.00 |
| Lucas, Michael | Summarize economically interruptible power (IP30) contract and embedded derivative accounting analysis. | $650.00 | 1.5 | $975.00 |
| Lucas, Michael | Summarize reliability interruptible power (IP5) contract and embedded derivative accounting analysis. | $650.00 | 1.0 | $650.00 |
| Lucas, Michael | Update power purchase contract embedded derivative analysis with summary sent to E. Haney (Core Scientific). | $650.00 | 0.5 | $325.00 |

**03/16/2023**

| | | | | |
|------|-------------|------|-------|------|
| Lucas, Michael | Call with D. McMahon (Deloitte) on application of derivative guidance for power purchase contracts. | $650.00 | 0.7 | $455.00 |
| Lucas, Michael | Clean-up of power purchase embedded derivative summary document for consistency. | $650.00 | 0.3 | $195.00 |
| Lucas, Michael | Review remaining power purchase contracts to document to summarize. | $650.00 | 0.4 | $260.00 |
| Lucas, Michael | Summarize certain transmission facility extension contracts and embedded derivative accounting analysis. | $650.00 | 0.3 | $195.00 |
| Lucas, Michael | Summarize certain amended and restated electric services contracts and embedded derivative accounting analysis. | $650.00 | 0.8 | $520.00 |
| McMahon, Danielle | Call with M. Lucas (Deloitte) on application of derivative guidance for power purchase contracts. | $650.00 | 0.7 | $455.00 |

**03/17/2023**

| | | | | |
|------|-------------|------|-------|------|
| Lucas, Michael | Respond to E. Haney (Core Scientific) on questions related to application of derivative guidance. | $650.00 | 0.3 | $195.00 |

# Core Scientific, Inc.

# Deloitte Financial Advisory Services LLP

# Fees Sorted by Category for the Fee Period

January 13, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Accounting and Financial Reporting Advisory Services* | | | | |
| 03/20/2023 | | | | |
| Lucas, Michael | Reply to E. Haney (Core Scientific) identifying contracts reviewed that are readily convertible to cash and not meet normal purchase normal sale scope exception. | $650.00 | 0.5 | $325.00 |
| Lucas, Michael | Reply to E. Haney (Core Scientific) on identifying a notional amount in power purchase contracts for embedded derivative analysis. | $650.00 | 0.7 | $455.00 |
| Lucas, Michael | Reply to E. Haney (Core Scientific) summarizing application of normal purchase normal sale scope exception, embedded derivative, and notional amount for certain contracts. | $650.00 | 1.2 | $780.00 |
| Lucas, Michael | Reply to E. Haney (Core Scientific) summarizing application of normal purchase normal sale scope exception, embedded derivative, and notional amount for certain contract. | $650.00 | 0.8 | $520.00 |
| Lucas, Michael | Reply to E. Haney (Core Scientific) summarizing embedded derivative and notional amount for certain Electric and Power contracts. | $650.00 | 0.5 | $325.00 |
| Lucas, Michael | Research accounting guidance related to evaluating notional amount and net settlement (readily convertible to cash) of derivative criteria. | $650.00 | 0.5 | $325.00 |
| 03/21/2023 | | | | |
| Bradfield, Derek | Call with M. Lucas (Deloitte) on application of derivative guidance for power purchase contracts. | $700.00 | 0.3 | $210.00 |
| Lucas, Michael | Call with D. Bradfield (Deloitte) on application of derivative guidance for power purchase contracts. | $650.00 | 0.3 | $195.00 |
| 03/22/2023 | | | | |
| Lucas, Michael | Reply E. Haney (Core Scientific) e-mail regarding power purchase contract materiality and application of derivative guidance. | $650.00 | 0.3 | $195.00 |

# Core Scientific, Inc.

# Deloitte Financial Advisory Services LLP

# Fees Sorted by Category for the Fee Period

January 13, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

## Accounting and Financial Reporting Advisory Services

**03/24/2023**

| | | | | |
|------|-------------|------|-------|------|
| Gorter, Michael | Call with M. Lucas (Deloitte) on application of derivative guidance for power purchase contracts.F15 | $650.00 | 0.8 | $520.00 |
| Lucas, Michael | Call with M. Gorter (Deloitte) on application of derivative guidance for power purchase contracts. | $650.00 | 0.8 | $520.00 |

**03/29/2023**

| | | | | |
|------|-------------|------|-------|------|
| Lucas, Michael | Summarize certain power purchase contracts and embedded derivative accounting analysis. | $650.00 | 1.6 | $1,040.00 |
| Subtotal for Accounting and Financial Reporting Advisory Services: | | | 50.7 | $32,970.00 |

## Accounting Matters under ASC 852

**01/13/2023**

| | | | | |
|------|-------------|------|-------|------|
| Auyeung, John | Meeting with M. Sullivan (Deloitte), D. Sterling, E. Haney, J. Shaw, and 16 others (Core Scientific) regarding bankruptcy and emergence accounting requirements under US generally accepted accounting principles. | $775.00 | 1.5 | $1,162.50 |
| Sullivan, Mike | Meeting with J. Auyeung (Deloitte), D. Sterling, E. Haney, J. Shaw, and 16 others (Core Scientific) regarding bankruptcy and emergence accounting requirements under US generally accepted accounting principles. | $995.00 | 1.5 | $1,492.50 |

**01/31/2023**

| | | | | |
|------|-------------|------|-------|------|
| Auyeung, John | Correspond with R. Javaherian (Deloitte) regarding incremental footnote disclosures for year-end 2022 financial statements due to bankruptcy filing. | $775.00 | 0.2 | $155.00 |

**03/01/2023**

| | | | | |
|------|-------------|------|-------|------|
| Auyeung, John | Review ad hoc noteholder group filed statement regarding debt amounts for potential impacts to the financial statements. | $775.00 | 0.4 | $310.00 |

8

# Core Scientific, Inc.

## Deloitte Financial Advisory Services LLP

## Fees Sorted by Category for the Fee Period

January 13, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| **Accounting Matters under ASC 852** | | | | |
| 03/01/2023 | | | | |
| Auyeung, John | Review list of filed poofs of claim posted to claims agent website for potential impacts to the financial statements. | $775.00 | 0.4 | $310.00 |
| 03/03/2023 | | | | |
| Auyeung, John | Call with M. Sullivan, E. Karafiat (Deloitte), E. Haney, N. Mann (Core Scientific) regarding liabilities subject to compromise and reorganization costs for year-end 2022 financial reporting. | $775.00 | 0.5 | $387.50 |
| Sullivan, Mike | Call with J. Auyeung, E. Karafiat (Deloitte), E. Haney, N. Mann (Core Scientific) regarding liabilities subject to compromise and reorganization costs for year-end 2022 financial reporting. | $995.00 | 0.5 | $497.50 |
| Subtotal for Accounting Matters under ASC 852: | | | 5.0 | $4,315.00 |
| **Firm Retention** | | | | |
| 01/30/2023 | | | | |
| Sullivan, Mike | Review draft declaration for retention of Deloitte Financial Advisory Services. | $995.00 | 0.7 | $696.50 |
| 02/02/2023 | | | | |
| Sullivan, Mike | Discussion with M. Rothchild (Deloitte OGC) regarding draft declaration for retention of Deloitte Financial Advisory Services. | $995.00 | 0.3 | $298.50 |
| 02/13/2023 | | | | |
| Sullivan, Mike | Continue to review draft declaration for retention of Deloitte Financial Advisory Services. | $995.00 | 0.6 | $597.00 |
| 02/16/2023 | | | | |
| Sullivan, Mike | Review draft declaration for retention of Deloitte Financial Advisory Services. | $995.00 | 0.3 | $298.50 |
| Subtotal for Firm Retention: | | | 1.9 | $1,890.50 |
| **Total** | | | **57.6** | **$39,175.50** |

# Core Scientific, Inc.

# Deloitte Financial Advisory Services LLP

# Fees Sorted by Category for the Fee Period

January 13, 2023 - March 31, 2023

## Recapitulation

| Name | Rate | Hours | Fees |
|------|------|-------|------|
| Sullivan, Mike | $995.00 | 3.9 | $3,880.50 |
| Auyeung, John | $775.00 | 3.0 | $2,325.00 |
| Bradfield, Derek | $700.00 | 0.3 | $210.00 |
| Gorter, Michael | $650.00 | 0.8 | $520.00 |
| Karafiat, Ella | $650.00 | 5.6 | $3,640.00 |
| Lucas, Michael | $650.00 | 43.3 | $28,145.00 |
| McMahon, Danielle | $650.00 | 0.7 | $455.00 |