IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| Debtors[1] | § § § | (Jointly Administered) |

## WITNESS AND EXHIBIT LIST OF MASSMUTUAL ASSET FINANCE LLC

MassMutual Asset Finance LLC ("**MMAF**") hereby submits the following witness and exhibit list (the "**Witness and Exhibit List**") for the hearing (the "**Hearing**") scheduled to begin on **May 22, 2023**, at **1:30 p.m. (CT)**, in the above-captioned jointly administered bankruptcy cases (the "**Bankruptcy Cases**") before the Honorable David R. Jones, United States Bankruptcy Judge, 515 Rusk Street, Houston, Texas 77002.

## Witness List

MMAF reserves all rights to call:

1.    Any witness listed, offered, or called by any other party in connection with the Hearing.

2.    Any witnesses necessary to rebut or impeach the testimony of any witnesses called by any other party in connection with the Hearing.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

**Exhibit List**

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| 1. | Any exhibits identified or admitted by any other party. | | | | |
| 2. | Any pleadings or exhibits previously filed on the Court's docket, including, for the avoidance of doubt, the docket of any related adversary proceedings. | | | | |
| 3. | Any exhibits for rebuttal and/or impeachment purposes at the Hearing. | | | | |

**Reservation of Rights**

MMAF reserves the right to modify, amend, or supplement this Witness and Exhibit List at any time. MMAF reserves the right to ask the Court to take judicial notice of pleadings, transcripts, and/or documents filed in or in connection with these Bankruptcy Cases, to offer rebuttal exhibits, and to supplement or amend this Witness and Exhibit List at any time prior to the Hearing. Nothing herein shall be deemed to waive any objections MMAF may have to any exhibit listed on any other party's exhibit list.

**[Signature Page Follows]**

Dated: May 18, 2023
Boston, Massachusetts

Respectfully submitted,

**VERRILL DANA LLP**

By: <u>*/s/Thomas O. Bean*</u>

Thomas O. Bean (admitted *pro hac vice*)
**VERRILL DANA, LLP**
One Federal Street, 20th Floor
Boston, Massachusetts 02110
Tel: 617-309-2606
E-mail: tbean@verrill-law.com

- and -

Nathaniel R. Hull (admitted *pro hac vice*)
**VERRILL DANA, LLP**
One Portland Square
Portland, Maine 04101
Tel: 207-253-4726
E-mail: nhull@verrill-law.com

*Counsel to MassMutual Asset Finance LLC*

**Certificate of Service**

I, Thomas O. Bean of Verrill Dana, LLP, certify that I am over the age of eighteen and, on May 18, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas in the above-captioned case.

/s/ *Thomas O. Bean*
Thomas O. Bean (admitted *pro hac vice*)