IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § | (Joint Administered) [Re. Docket Nos. 787, 792, and 856] |

### NOTICE OF FILING OF AGREED ORDER CONTINUING HEARING ON GEM MINING'S EMERGENCY MOTION TO COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACTS OR, IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION

**PLEASE TAKE NOTICE THAT**, on April 13, 2023, GEM Mining 1, LLC and GEM Mining 4, LLC (collectively, and together with GEM Mining 2, LLC and GEM Mining 2B, LLC, "**GEM**"), filed *GEM Mining's Emergency Motion to Compel Assumption or Rejection of Executory Contracts or, in the Alternative, for Adequate Protection*, dated April 13, 2023 (Docket No. 787) (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE THAT**, in response to the Motion, on April 13, 2023 the Court entered an order (Docket No. 792) (the "**Order**"), ordering, *inter alia*, that the Court shall conduct a hearing on the Motion on May 22, 2023.

**PLEASE TAKE FURTHER NOTICE THAT**, on May 4, 2023, Core Scientific Operating Company f/k/a Core Scientific, Inc. and its debtor affiliates in the above-captioned

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**" and together with the GEM, the "**Parties**") filed an objection the Motion (Docket No. 856) (the "**Objection**").

**PLEASE TAKE FURTHER NOTICE THAT**, the Parties hereby submits an *Agreed Order Continuing Hearing on Gem Mining's Emergency Motion to Compel Assumption or Rejection of Executory Contracts or, in the Alternative, for Adequate Protection* (the "**Agreed Proposed Order**"), which is attached hereto as <u>**Exhibit A**</u>.

Dated: May 19, 2023
      Houston, Texas

    Respectfully submitted,

    /s/  Alfredo R. Pérez
    WEIL, GOTSHAL & MANGES LLP
    Alfredo R. Pérez (15776275)
    700 Louisiana Street, Suite 1700
    Houston, Texas 77002
    Telephone:  (713) 546-5000
    Facsimile:  (713) 224-9511
    Email:   Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Moshe A. Fink (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Ray.Schrock@weil.com
       Ronit.Berkovich@weil.com
       Moshe.Fink@weil.com

*Attorneys for Debtors
and Debtors in Possession*

## Certificate of Service

I hereby certify that on May 19, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                  */s/ Alfredo R. Pérez*
                                                  Alfredo R. Pérez