IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*, | § | Case No. 22-90341 (DRJ) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | RE: Docket Nos. 801, 819 & 861 |
| | § | |

NOTICE OF ADJOURNMENT
OF (I) CELSIUS MINING LLC'S
ADMINISTRATIVE EXPENSE MOTION FOR
MAY 22, 2023 HEARING AND (II) CELSIUS MINING LLC's
DEADLINE TO REPLY TO DEBTORS' PROOF OF CLAIM OBJECTIONS

PLEASE TAKE NOTICE that, on April 14, 2023, Celsius Mining LLC ("**Celsius**") filed *Proof of Claim No. 425* and later filed *Proof of Claim No. 497* (collectively, the "**Celsius Proofs of Claim**") in the above-captioned chapter 11 cases.

PLEASE TAKE FURTHER NOTICE that, on April 15, 2023, Celsius filed the *Celsius Mining LLC's Motion for Entry of an Order (I) Allowing And Directing Payment of Its Administrative Expense Claim Pursuant to 11 U.S.C. 503(B)(1)(a) and (II) Granting Related Relief* (Docket No. 801) (the "**Celsius Admin Motion**"). A hearing to consider the relief requested in the Celsius Admin Motion was scheduled for May 22, 2023 at 1:30 p.m. (prevailing Central Time).

PLEASE TAKE FURTHER NOTICE that, on April 24, 2023, Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR, LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

(the "**Debtors**") filed the *Debtors' Objection to Proof of Claim Nos. 425 and 497 Filed by Celsius Mining LLC* (Docket No. 819) (the "**Celsius Claim Objection**"). As set forth in the Celsius Claim Objection, Celsius had thirty (30) days following service of the Celsius Claim Objection to file a response thereto (the "**Claim Objection Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that, on May 15, 2023, the Debtors filed the *Debtors' Objection to Celsius Mining LLC's Motion for Entry of an Order (I) Allowing And Directing Payment of Its Administrative Expense Claim Pursuant to 11 U.S.C. 503(B)(1)(a) and (II) Granting Related Relief* (Docket No. 861).

**PLEASE TAKE FURTHER NOTICE** that the Debtors and Celsius (together, the "**Parties**") are engaged in discussions regarding their desire to mediate their respective claims against each other, including as it relates to the Celsius Proofs of Claim and the Celsius Admin Motion.

**PLEASE TAKE FURTHER NOTICE** that the (i) Claim Objection Response Deadline with respect to the Celsius Claim Objection and (ii) deadline by which Celsius must file a reply with respect to the Celsius Admin Motion have each been adjourned to a date to be determined, pending the Parties' mediation.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the relief requested in the Celsius Admin Motion has been adjourned, pending the Parties' mediation.

Dated: May 19, 2023
      Houston, Texas

     /s/ Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Theodore E. Tsekerides (admitted *pro hac vice*)
Moshe A. Fink (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email:   Ray.Schrock@weil.com
          Ronit.Berkovich@weil.com
          Theodore.Tsekerides@weil.com
          Moshe.Fink@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

**Certificate of Service**

    I hereby certify that on May 19, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                      */s/ Alfredo R. Pérez*
                                                      Alfredo R. Pérez