UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of __Alabama__:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Christian Pereyda<br>Maynard Nexsen P.C.<br>1901 Sixth Avenue North, Suite 1700<br>Birmingham, AL 35203<br>205-254-1000<br>Alabama (1826f85O) |
|---|---|

Seeks to appear as the attorney for this party:

| GEM Mining 1, LLC; GEM Mining 2, LLC; GEM Mining 2B, LLC; and GEM Mining 4, LLC |
|---|

| Dated: 5/19/2023 | Signed: /s/ Christian Pereyda |
|---|---|

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

Order

This lawyer is admitted *pro hac vice*.

Dated: _____                              _____
                                               United States Bankruptcy Judge