**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **CORE SCIENTIFIC, INC.**, *et al.*, | § | Case No. 22-90341 (DRJ) |
| | § | |
| | § | **(Jointly Administered)** |
| Debtors.[1] | § | RE: Docket Nos. 780, 879 & 883 |
| | § | |

**NOTICE OF ADJOURNMENT OF NORTH MILL EQUIPMENT FINANCE
LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY REGARDING
EQUIPMENT, OR ALTERNATIVELY MOTION FOR ADEQUATE PROTECTION**

> **PLEASE TAKE NOTICE** that, on April 12, 2023, North Mill Equipment Finance LLC ("**North Mill**") filed the *Motion for Relief from Automatic Stay Regarding Equipment, or Alternatively, Motion for Adequate Protection* (Docket No. 780) (the "**North Mill Motion**").

> **PLEASE TAKE FURTHER NOTICE** that, on May 3, 2023, North Mill contacted the Bankruptcy Court to set a date for hearing on the Motion, which has since be set for May 22, 2023 at 1:30 p.m. (Central Time) (the "**Hearing**").

> **PLEASE TAKE FURTHER NOTICE** that, on May 15, 2023, Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Objection to North Mill Equipment Finance LLC's Motion for Relief from Automatic Stay or Alternatively Motion for Adequate Protection* (Docket No. 879).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR, LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198).  The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

**PLEASE TAKE FURTHER NOTICE** that, on May 16, 2023, an ad hoc group of the Debtors' convertible noteholders filed the *Objection of the Ad Hoc Group to the Motion for Relief from Automatic Stay or Alternatively Motion for Adequate Protection* (Docket No. 883).

**PLEASE TAKE FURTHER NOTICE** that, on May 18, 2023, North Mill contacted the Bankruptcy Court to adjourn the Hearing to a later date.  Accordingly, the Hearing to consider the relief requested in the North Mill Motion has been adjourned.

Dated: May 19, 2023
Houston, Texas

/s/ *Alfredo R. Pérez*
**WEIL, GOTSHAL & MANGES LLP**
Alfredo R. Pérez
700 Louisiana St, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
E-mail:  Alfredo.Perez@weil.com


- and -


**WEIL, GOTSHAL & MANGES LLP**
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Moshe A. Fink (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail:  Ray.Schrock@weil.com
             Ronit.Berkovich@weil.com
             Moshe.Fink@weil.com

*Counsel for the Debtors and Debtors in Possession*

/s/ *Christopher V. Arisco*
**PADFIELD & STOUT LLP**
Christopher V. Arisco
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102
Telephone: (817) 338-1616
Facsimile: (817) 338-1610
E-mail:  CArisco@padfieldstout.com

*Counsel to North Mill Equipment Finance LLC.*

## **<u>Certificate of Service</u>**

I hereby certify that on May 19, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.


<u>/s/  Alfredo R. Pérez</u>
Alfredo R. Pérez