IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § § | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS
SET FOR HEARING ON MAY 22, 2023 AT 1:30 P.M. (CT)**

Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**") hereby file their Agenda of Matters Set for Hearing on May 22, 2023 at 1:30 p.m. (CT) before the Honorable David R. Jones. The hearing will be conducted in Courtroom 400, 4th floor, 515 Rusk Avenue, Houston, TX 77002. You may participate in the hearing by an audio and video connection. The audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510 and enter the conference code 205691. The video communication will be by use of the Gotomeeting Platform. Connect via the free Gotomeeting Application or click the link on Judge Jones's home page. The meeting code is "judgejones." Click the settings icon in the upper right corner and enter your name under the personal information setting.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

I. **Company Status Update**

   1. **Status update provided by Debtors' counsel.**

   Related Documents: None

II. **Contested Matters**

   2. **Motion of the Debtors for Order Extending Exclusive Periods Pursuant to Section 1121(D) of the Bankruptcy Code (Docket No. 773)**

     Status:    This matter is going forward.

     Responses Filed:

       A.   Objection to Motion of the Debtors for Order Extending Exclusive Periods Pursuant to Section 1121(D) of the Bankruptcy Code (Docket No. 834)

       B.   Joinder of MassMutual Asset Finance LLC (Docket No. 836)

       C.   Statement of Official Committee of Unsecured Creditors in Support of Motion of the Debtors for Order Extending Exclusive Periods Pursuant to Section 1121(D) of the Bankruptcy Code (Docket No. 837)

       D.   Limited Joinder of Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. to Objection to Motion of the Debtors for Order Extending Exclusive Periods Pursuant to Section 1121(D) of the Bankruptcy Code (Docket No. 838)

       E.   Statement of the Ad Hoc Group with Respect to the Debtors for Order Extending Exclusive Periods Pursuant to Section 1121(D) of the Bankruptcy Code (Docket No. 839)

       F.   BlockFi Lending LLC's (I) Limited Joinder to Objection to Motion of the Debtors for Order Extending Exclusive Periods Pursuant to Section 1121(D) of the Bankruptcy Code; and (II) Reservation of Rights (Docket No. 840)

     Related Documents:

       A.   Celsius Mining LLC's Witness and Exhibit List for Hearing Scheduled for May 22, 2023 at 1:30 p.m. (Prevailing Central Time) (Docket No. 890)

       B.   Witness and Exhibit List of Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. (Docket No. 891)

      C.      Debtors' Witness and Exhibit List for Hearing on May 22, 2023 (Docket No. 892)

      D.      The Official Committee of Unsecured Creditors' Witness and Exhibit List for Hearing on May 22, 2023 (Docket No. 896)

      E.      Ad Hoc Group's Witness and Exhibit List for May 22, 2023 Hearing (Docket No. 903)

      F.      Witness and Exhibit List of MassMutual Asset Finance LLC (Docket No. 904)

      A.      Witness and Exhibit List of MassMutual Asset Finance LLC (Docket No. 904)

## III. **Adjourned Matters**

3. **Debtors' Motion to Quash Sphere 3D's Bankruptcy Rule 2004 Requests for Production of Documents (Docket No. 711)**

    Status:    This matter is being resolved consensually, and the Debtors anticipate filing a notice regarding the resolution prior to the hearing.

    Responses Filed:

        A.    Sphere 3D's Objection to Debtors' Motion to Quash Sphere 3D's Bankruptcy Rule 2004 Requests for Production of Documents (Docket No. 729)

        B.    Reply in Further Support of Debtors' Motion to Quash Sphere 3D's Bankruptcy Rule 2004 Requests for Production of Documents (Docket No. 739)

    Related Documents:

        B.    Notice of Bankruptcy Rule 2004 Requests for Production of Documents From Core Scientific, Inc. (Docket No. 678)

4. **Motion for Relief from Automatic Stay Regarding Equipment, or Alternatively, Motion for Adequate Protection (Docket No. 780)**

    Status:    This matter has been adjourned.

    Related Documents:

        **A.    Notice of Adjournment of Motion for Relief from Automatic Stay Regarding Equipment, or Alternatively, Motion for Adequate Protection (Docket No. 909)**

    B.    Debtors' Objection to North Mill Equipment Finance LLC's Motion for Relief from Automatic Stay or Alternatively Motion for Adequate Protection (Docket No. 879).

    C.    Objection of the Ad Hoc Group to the Motion for Relief from Automatic Stay or Alternatively Motion for Adequate Protection (Docket No. 883)

    D.    Joinder of the Official Committee of Unsecured Creditors to Debtors' Objection to North Mill Equipment Finance LLC's Motion for Relief from the Automatic Stay or Alternatively Motion for Adequate Protection (Docket No. 895)

    E.    Joint Stipulation and Agreed Order Setting Objection Deadline with Respect to North Mill Equipment Finance LLC's Motion to Lift the Automatic Stay (Docket No. 897)

5. **GEM Mining's Emergency Motion to Compel Assumption or Rejection of Executory Contracts or, In the Alternative, for Adequate Protection (Docket No. 787)**

   Status:    This matter has been adjourned.

   Related Documents:

       **A.    Notice of Filing of Agreed Order Continuing Hearing on GEM Mining's Emergency Motion to Compel Assumption or Rejection of Executory Contracts or, in the Alternative, for Adequate Protection (Docket No. 906)**

       B.    Order Setting Hearing (Docket No. 792)

       C.    Debtors' Objection to GEM Mining's Emergency Motion to Compel Assumption or Rejection of Executory Contracts or, In the Alternative, for Adequate Protection (Docket No. 787)

6. **Celsius Mining LLC's Motion for Entry of an Order (I) Allowing and Directing Payment of its Administrative Expense Claim Pursuant to 11 U.S.C. §503(b)(1)(A) and (II) Granting Related Relief (Docket No. 801)**

   Status:    This matter has been adjourned.

   Related Documents:

       **A.    Notice of Adjournment of (I) Celsius Mining LLC's Administrative Expense Motion for May 22, 2023 Hearing and (II) Celsius Mining LLC's Deadline to Reply to Debtors Proof of Claim Objections (Docket No. 907)**

B.     Debtors' Objection to Celsius Mining LLC's Motion for Entry of an Order (I) Allowing and Directing Payment of its Administrative Expense Claim Pursuant to 11 U.S.C. §503(b)(1)(A) and (II) Granting Related Relief (Docket No. 861)

C.     Statement of the Official Committee of Unsecured Creditors (A) In Support of Debtors' Request for Mediation, (B) Objecting to Proof of Claim Nos. 425 and 497 Filed by Celsius Mining LLC, and (C) Joining the Debtors' Objection to Celsius Mining LLC's Motion for an Order (I) Allowing and Directing Payment of its Administrative Expense Claim Pursuant to 11 U.S.C. § 503(B)(1)(a) and (II) Granting Related Relief (Docket No. 894)

[*Remainder of page intentionally left blank*]

Dated: May 19, 2023
  Houston, Texas

          Respectfully submitted,

           /s/  Alfredo R. Pérez
          WEIL, GOTSHAL & MANGES LLP
          Alfredo R. Pérez (15776275)
          700 Louisiana Street, Suite 1700
          Houston, Texas 77002
          Telephone:  (713) 546-5000
          Facsimile:   (713) 224-9511
          Email:   Alfredo.Perez@weil.com

          -and-

          WEIL, GOTSHAL & MANGES LLP
          Ray C. Schrock (admitted *pro hac vice*)
          Ronit J. Berkovich (admitted *pro hac vice*)
          Moshe A. Fink (admitted *pro hac vice*)
          767 Fifth Avenue
          New York, New York 10153
          Telephone:  (212) 310-8000
          Facsimile:   (212) 310-8007
          Email:   Ray.Schrock@weil.com
              Ronit.Berkovich@weil.com
              Moshe.Fink@weil.com

          *Attorneys for Debtors*
          *and Debtors in Possession*

**Certificate of Service**

I hereby certify that on May 19, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

        /s/ Alfredo R. Pérez
       Alfredo R. Pérez