IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § § | (Jointly Administered) |

**DECLARATION OF MICHAEL BROS IN SUPPORT OF
(I) MOTION OF THE DEBTORS FOR ORDER EXTENDING
EXCLUSIVE PERIODS PURSUANT TO SECTION 1121(D) OF THE
BANKRUPTCY CODE AND (II) DEBTORS' REPLY TO OBJECTION
TO MOTION OF THE DEBTORS FOR ORDER EXTENDING EXCLUSIVE
PERIODS PURSUANT TO SECTION 1121(D) OF THE BANKRUPTCY CODE**

I, Michael Bros, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true to the best of my knowledge, information, and belief:

1. I am the Senior Vice President of Capital Markets & Acquisitions at Core Scientific, Inc. ("**Core**", and together with its subsidiaries and affiliates, the "**Company**"). I have served in this capacity since January 2022. Before that, starting in December 2018, I was the Debtors' Vice President of Corporate Development. Prior to joining the Company, I held various positions at Kayne Anderson from 2014 to 2018 and Merrill Lynch from 2011 to 2014. I hold a Bachelor's of Arts from the University of Saint Thomas and a Master's in Business Administration from the University of California, Los Angeles Anderson School of Management.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

2. I make this declaration in support of the *Motion of the Debtors for Order Extending Exclusive Periods Pursuant to Section 1121(D) of the Bankruptcy Code* (ECF. No. 773) (the "**Motion**") and the *Debtors' Reply to Objection to Motion of the Debtors for Order Extending Exclusive Periods Pursuant to Section 1121(D) of the Bankruptcy Code* (ECF. No. 912) (the "**Reply**").[2] I have reviewed the Motion, documents relevant to the Motion, and the factual statements contained therein. I have also reviewed the Reply, documents relevant to the Reply, and the factual statements contained therein. I can attest that the facts set forth in both the Motion and the Reply are true and correct to the best of my knowledge, information, and belief. If called upon to testify, I would testify competently to the facts set forth therein.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: May 21, 2023
Bellevue, Washington

Respectfully submitted,

By: _____
Michael Bros
Senior Vice President of Capital Markets & Acquisitions

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.