IN THE UNITED STATES BANKRUPTCY COURT
IN THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | ) ) | Case No. 22-90341 (DRJ) |
| CORE SCIENTIFIC, INC, *et al.*, | ) ) ) | Chapter 11 |
| DEBTORS.[1] | ) ) | (Jointly Administered) |

**NOTICE OF HEARING REGARDING NORTH MILL EQUIPMENT FINANCE, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY REGARDING EQUIPMENT, OR ALTERNATIVELY, MOTION FOR ADEQUATE PROTECTION**

**A HEARING WILL BE CONDUCTED ON THIS MATTER ON JULY 10, 2023 AT 2:00 P.M. (CST). YOU MAY PARTICIPATE IN THE HEARING EITHER IN PERSON OR BY AN AUDIO AND VIDEO CONNECTION.**

**AUDIO COMMUNICATION WILL BE BY USE OF THE COURT'S DIAL-IN FACILITY. YOU MAY ACCESS THE FACILITY AT 832-917-1510. ONCE CONNECTED, YOU WILL BE ASKED TO ENTER THE CONFERENCE ROOM NUMBER. JUDGE JONES' CONFERENCE ROOM NUMBER IS 205691. VIDEO COMMUNICATION WILL BE BY USE OF THE GOTOMEETING PLATFORM. CONNECT VIA THE GOTOMEETING APPLICATION OR CLICK THE LINK ON JUDGE JONES' HOMEPAGE.**

You are hereby notified that the hearing regarding the Motion for Relief from Automatic Stay Regarding Equipment, Or Alternatively, Motion for Adequate Protection ("Motion") [Doc. # 780] filed by North Mill Equipment Finance LLC, has been set for July 10, 2023 at 2:00 p.m. (CST) before the Honorable David R. Jones, Courtroom 400, 515 Rusk, Houston Texas 77002.

Parties are permitted to appear by video or by telephone. Please refer to Judge Jones' procedure page at:

https://www.txs.uscourts.gov/sites/txs/files/Court%20Procedures%20-%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.pdf

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

**Respectfully submitted,**

PADFIELD & STOUT, L.L.P
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102
Phone: 817-338-1616
Fax: 817-338-1610

/s/ *Christopher V. Arisco*
Mark W. Stout
State Bar I.D. #24008096
mstout@padfieldstout.com
Christopher V. Arisco
State Bar I.D. #24064830
carisco@padfieldstout.com

*Attorneys for North Mill Equipment Finance LLC*

## CERTIFICATE OF SERVICE

I certify that on May 22, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Christopher V. Arisco*
Christopher V. Arisco