IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.,* | § | Case No. 22-90341 (DRJ) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | Re: Docket No. 773 |

NOTICE OF FILING OF REVISED
PROPOSED ORDER PURSUANT TO SECTION 1121(D) OF
THE BANKRUPTCY CODE EXTENDING EXCLUSIVE PERIODS

**PLEASE TAKE NOTICE THAT** on April 10, 2023, Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**") filed the *Motion of the Debtors for Order Extending Exclusive Periods Pursuant to Section 1121(D) of the Bankruptcy Code* (Docket No. 773) (the "**Motion**"), with a proposed order granting the relief requested in the Motion attached thereto as Exhibit A (the "**Initial Proposed Order**").

**PLEASE TAKE FURTHER NOTICE THAT** a hearing (the "**Hearing**") was held on May 22, 2023 at 1:30 p.m. (prevailing Central Time) before the Honorable David R. Jones, United States Bankruptcy Judge for the Southern District of Texas, Houston Division to consider the Motion and entry of the Initial Proposed Order.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

1

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to comments provided by the Court at the Hearing, the Debtors hereby submit a revised proposed order granting the relief requested in the Motion, attached hereto as **Exhibit A** (the "**Revised Proposed Order**"). A redline of the Revised Proposed Order marked against the Initial Proposed Order is attached hereto as **Exhibit B**.

*[Remainder of Page Intentionally Left Blank]*

Dated:  May 26, 2023
Houston, Texas

        Respectfully submitted,

        */s/ Alfredo R. Pérez*
        WEIL, GOTSHAL & MANGES LLP
        Alfredo R. Pérez (15776275)
        Clifford Carlson (24090024)
        700 Louisiana Street, Suite 1700
        Houston, Texas 77002
        Telephone:  (713) 546-5000
        Facsimile:   (713) 224-9511
        Email:        Alfredo.Perez@weil.com

        -and-

        WEIL, GOTSHAL & MANGES LLP
        Ray C. Schrock (admitted *pro hac vice*)
        Ronit J. Berkovich (admitted *pro hac vice*)
        767 Fifth Avenue
        New York, New York 10153
        Telephone:  (212) 310-8000
        Facsimile:   (212) 310-8007
        Email:   Ray.Schrock@weil.com
                Ronit.Berkovich@weil.com

        *Attorneys for Debtors*
        *and Debtors in Possession*

## Certificate of Service

I hereby certify that on May 26, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                    */s/ Alfredo R. Pérez*
                                                                    Alfredo R. Pérez