# EXHIBIT C



# Invoice
#INV42818
12/15/2022

| Bill To | Ship To | TOTAL |
|---|---|---|
| c/o Patrick Holert<br>Celsius Mining LLC<br>221 River Street<br>9th Floor<br>Hoboken<br>NJ 07030<br>United States | c/o Patrick Holert<br>Celsius Mining LLC<br>221 River Street<br>9th Floor<br>Hoboken<br>NJ 07030<br>United States | $5,737,515.64<br>**Due Date: 12/26/2022** |

| Terms | Due Date | PO # | Sales Rep |
|---|---|---|---|
|  | 12/26/2022 | Order 1 - 4, 6, 7 ,9 and 10 |  |

| Quantity | Item | Tax Location | Tax Rate | Amount |
|---|---|---|---|---|
| 1 | **\*Hosting Services**<br>November 2022 Power Costs Pass-through |  | 0% | $843,129.45 |
| 1 | **Hosting Services\***<br>November 2022 Actual Usage |  | 0% | $4,531,046.96 |
| 1 | **Hosting Services\***<br>Reverse November 2022 Estimated Prepayment INV42724 |  | 0% | ($4,419,718.71) |
| 1 | **Hosting Services\***<br>Estimated January 2023 Usage Prepayment |  | 0% | $4,719,404.03 |
| 1 | **Replacement Parts**<br>10/31/2022 to 12/05/2022 - Calvert City, KY - Parts | Calvert City, KY | 6% | $23,787.50 |
| 1 | **Replacement Service**<br>10/31/2022 to 12/05/2022 - Calvert City, KY - Labor | Calvert City, KY | 6% | $4,795.00 |
| 1 | **Replacement Parts**<br>10/31/2022 to 12/04/2022 - Dalton, GA - Parts | Dalton, GA | 7% | $16,627.50 |
| 1 | **Replacement Service**<br>10/31/2022 to 12/04/2022 - Dalton, GA - Labor | -Not Taxable- | 0% | $5,748.75 |
| 1 | **Replacement Parts**<br>10/31/2022 to 12/04/2022 - Marble, NC - Parts | Marble, NC | 7% | $2,925.00 |
| 1 | **Replacement Service**<br>10/31/2022 to 12/04/2022 - Marble, NC - Labor | Marble, NC | 7% | $1,347.50 |
| 1 | **Replacement Parts**<br>11/03/2022 to 12/01/2022 - Cottonwood, TX - Parts | Cottonwood, TX | 8.25% | $818.75 |
| 1 | **Replacement Service**<br>11/03/2022 to 12/01/2022 - Cottonwood, TX - Labor | Cottonwood, TX | 8.25% | $315.00 |

1 of 2

Hosting Services includes Security, Monitoring, Maintenance, Facilities Management, Account Management, Usage, Network/Data Access, Technical Support, Rack/Colocation Space, Heat Management/Thermal Management.

**Thank you for your business and your trust. It is our pleasure to work with you.**





# Invoice
#INV42818
12/15/2022

| Quantity | Item | Tax Location | Tax Rate | Amount |
|---|---|---|---|---|
| 1 | **Replacement Parts**<br>10/31/2022 to 12/04/2022 - Denton, TX - Parts | Denton, TX | 8.25% | $3,387.50 |
| 1 | **Replacement Parts**<br>10/31/2022 to 12/04/2022 - Denton, TX - Labor | Denton, TX | 8.25% | $323.75 |

|  |  |
|---|---|
| **Subtotal** | $5,733,937.98 |
| **Tax Total (%)** | $3,577.66 |
| **Total** | $5,737,515.64 |
| **Amount Due** | $5,737,515.64 |

2 of 2

Hosting Services includes Security, Monitoring, Maintenance, Facilities Management, Account Management, Usage, Network/Data Access, Technical Support, Rack/Colocation Space, Heat Management/Thermal Management.

**Thank you for your business and your trust. It is our pleasure to work with you.**