**SAO**
Mark A. Hutchison (4639)
Todd L. Moody (5430)
Jennifer M.K. Willis (12013)
HUTCHISON & STEFFEN, PLLC
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:    (702) 385-2500
Fax:   (702) 385-2086
mhutchison@hutchlegal.com
tmoody@hutchlegal.com
jwillis@hutchlegal.com

*Attorneys for Plaintiff/Counterdefendant*

**EIGHTH JUDICIAL DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| CORE SCIENTIFIC, INC., a Delaware corporation licensed in Nevada,<br><br>Plaintiff,<br><br>v.<br><br>LV.NET, a Nevada entity; MARTIN MIZRAHI, an individual; IAN FINCH, an individual, DOES I through X, inclusive; and ROE CORPORATE DEFENDANTS XI through XX,<br><br>Defendants.<br><br>LV.NET, LLC,<br><br>Counterclaimant,<br><br>v.<br><br>CORE SCIENTIFIC, INC.,<br><br>Counterdefendant. | Case No.: A-18-779957-C<br>Dept No.: 32<br><br><br><br>**STIPULATION AND ORDER TO RELEASE FUNDS DEPOSITED WITH THE COURT TO LV.NET** |

# EXHIBIT A

Plaintiff/Counterdefendant Core Scientific, Defendant Martin Mizrahi, and Defendant/Counterclaimant LV.Net hereby stipulate and agree that the $400,000 deposited with the Court on _____, 2022 by Intact Insurance f/k/a One Beacon, shall be released and paid to the Mark A. Kulla, PC IOLTA Trust Account, 2132 Cresta Trail, Acton, CA 93510, f/b/o LV.Net, LLC.  Within seven (7) days of receipt of payment, Mark A. Kulla shall sign and file with the Court the Receipt of Funds attached hereto as Exhibit 1.

Dated December 5, 2022.

HUTCHISON & STEFFEN, PLLC

By /s/ Jennifer M.K. Willis
  Mark A. Hutchison (4639)
  Todd L. Moody (5430)
  Jennifer M.K. Willis (12013)
  10080 West Alta Drive, Suite 200
  Las Vegas, Nevada 89145
  mhutchison@hutchlegal.com
  tmoody@hutchlegal.com
  jwillis@hutchelgal.com

*Attorneys for Core Scientific, Inc.*

Dated _____, 2022.

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

By_____
  Rebecca Mastrangelo (5417)
  Sean N. Payne (13216)
  700 S. Third Street
  Las Vegas, Nevada 89101
  rmastrangelo@rcmlaw.com
  spayne@rmcmlaw.com

*Attorneys for LV.Net and Martin Mizrahi*

Dated _____, 2022.

MARK A. KULLA, P.C.

By_____
  Mark A. Kulla (3987)
  1221 South Casino Center Blvd.
  Las Vegas, Nevada 8910104
  mkulla@lawlv.com

*Attorney for Counterclaimant LV.Net*

/ / /

# ORDER

Based upon the stipulation of the parties,

**IT IS HEREBY ORDERED** that the $400,000 deposited with the Court on _____, 2022 by Intact Insurance f/k/a One Beacon, shall be released and paid to the Mark A. Kulla, PC IOLTA Trust Account, 2132 Cresta Trail, Acton, CA 93510, f/b/o LV.Net, LLC immediately upon entry of this Order.

**IT IS HEREBY FURTHER ORDERED** that within seven (7) days of receipt of payment, Mark A. Kulla shall sign and file the "Receipt of Funds by LV.Net" attached hereto as Exhibit 1 and incorporated herein by reference.

**IT IS SO ORDERED**.

_____

Submitted by:

HUTCHISON & STEFFEN, PLLC

By _/s/ Jennifer M.K. Willis_
  Mark A. Hutchison (4639)
  Todd L. Moody (5430)
  Jennifer M.K. Willis (12013)
  10080 West Alta Drive, Suite 200
  Las Vegas, Nevada 89145
  mhutchison@hutchlegal.com
  tmoody@hutchlegal.com
  jwillis@hutchelgal.com

*Attorneys for Core Scientific, Inc.*

# EXHIBIT 1

**"Receipt of Funds by LV.Net"**