**Shaun Bruce**

| | |
|---|---|
| **From:** | Sean Payne <spayne@rmcmlaw.com> |
| **Sent:** | Wednesday, December 21, 2022 1:50 PM |
| **To:** | Jennifer M.K. Willis; Mark Kulla |
| **Cc:** | Todd L. Moody; Shaun Bruce; Rusti Cooper |
| **Subject:** | RE: Core v. LV.Net - SAO to Deposit Funds |

Approved. You may affix my e-signature. Thanks



Sean N. Payne, Esq.
Rogers, Mastrangelo, Carvalho & Mitchell
700 S. Third Street
Las Vegas, Nevada 89101
Phone:  (702) 383-3400
Fax: (702) 384-1460
Email: spayne@rmcmlaw.com

**PRIVILEGED AND CONFIDENTIAL**.  This e-mail, and any attachments thereto, is intended only for the named recipient(s) above.  If you are not the intended recipient, you are hereby notified that the use, review, dissemination, disclosure, or copying of the information contained herein is strictly prohibited.  If you have received this communication in error, please immediately notify me by replying to this e-mail or calling me at the above number, and permanently delete the original and any copy of any email and any printout thereof. Thank you.

---

**From:** Jennifer M.K. Willis <jwillis@hutchlegal.com>
**Sent:** Wednesday, December 21, 2022 1:42 PM
**To:** Sean Payne <spayne@rmcmlaw.com>; Mark Kulla <mkulla@lawlv.com>
**Cc:** Todd L. Moody <TMoody@hutchlegal.com>; Shaun Bruce <SBruce@hutchlegal.com>
**Subject:** Core v. LV.Net - SAO to Deposit Funds
**Importance:** High

Sean and Mark,

Attached for your review and approval is the SAO to deposit settlement funds with the court.  I've added that the deposit will be made payable to "Clerk of the Court."

Please let me know if we have your consent to add your e-signature and we will get this submitted to Judge Craig as soon as possible.

Regards,

Jenn Willis

EXHIBIT B

**Shaun Bruce**

| | |
|---|---|
| **From:** | Mark Kulla <mkulla@lawlv.com> |
| **Sent:** | Wednesday, December 21, 2022 2:33 PM |
| **To:** | Jennifer M.K. Willis |
| **Cc:** | Sean Payne; Todd L. Moody; Shaun Bruce |
| **Subject:** | Re: Core v. LV.Net - SAO to Deposit Funds |

Dear Ms. Willis,

You have my consent to e-sign the SAO for deposit of funds in this matter.

Thank you for your assistance and your professionalism in this matter.

Mark Kulla, Esq.

On Wed, Dec 21, 2022, 1:41 PM Jennifer M.K. Willis <jwillis@hutchlegal.com> wrote:

> Sean and Mark,
>
> Attached for your review and approval is the SAO to deposit settlement funds with the court. I've added that the deposit will be made payable to "Clerk of the Court."
>
> Please let me know if we have your consent to add your e-signature and we will get this submitted to Judge Craig as soon as possible.
>
> Regards,
>
> Jenn Willis
>
> Jennifer M.K. Willis
> Attorney
>
> HUTCHISON & STEFFEN, PLLC
> (702) 385-2500
> hutchlegal.com

1