**IN THE UNITED STATES BANKRUPTCY COURT**
**IN THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | **Case No. 22-90341 (DRJ)** |
| | § | |
| **CORE SCIENTIFIC, INC, et al.,** | § | **Chapter 11** |
| | § | |
| **DEBTORS**[1] | § | **(Jointly Administered)** |

**ORDER GRANTING LV.NET LLC'S MOTION FOR**
**RELIEF FROM AUTOMATIC STAY**
**[Relates to Doc. ___]**

On this day came to be considered LV.Net LLC'S Motion for Relief from the Automatic

Stay, and after considering the Motion, any response, evidence and arguments of counsel, the

Court determines there is a cause to lift the stay as requested in the Motion. It is THEREFORE

ORDERED that the automatic stay in this case is lifted so that

1. The funds deposited into the registry of the court in Case No. A-18-779957-C filed in the Eighth Judicial District Court of Clark County, Nevada ("State Court Litigation") may be released to LV.Net LLC pursuant to the parties' stipulation;

2. the Eighth Judicial District Court of Clark County, Nevada and Clerk of that Court may take such actions as to effectuate the release of the funds deposited into the registry of the court in the State Court Litigation;

3. The State Court Litigation may thereafter be closed by the court.

Signed:

_____
DAVID R. JONES
UNITED STATE BANKRUPTCY JUDGE

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.