**Exhibit C**

**Schedule of Professional Fees**

## COMPENSATION BY PROFESSIONAL
## DECEMBER 21, 2022 THROUGH AND INCLUDING MARCH 31, 2023

The attorneys who rendered professional services in these chapter 11 cases during the Compensation Period are:

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | YEAR ADMITTED | HOURLY BILLING RATE[8,9] | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Perez, Alfredo R. | Partner | Restructuring | 1980 | $1,895.00 | 143.20 | $271,364.00 |
| Perez, Alfredo R. | Partner | Restructuring | 1980 | $1,695.00 | 18.80 | $31,866.00 |
| Goldring, Stuart J. | Partner | Tax | 1984 | $2,095.00 | 34.40 | $72,068.00 |
| Goldring, Stuart J. | Partner | Tax | 1984 | $1,950.00 | 4.00 | $7,800.00 |
| Wessel, Paul J. | Partner | Tax | 1988 | $2,095.00 | 28.40 | $59,498.00 |
| Wessel, Paul J. | Partner | Tax | 1988 | $1,950.00 | 12.40 | $24,180.00 |
| Dicker, Howard B. | Partner | Corporate | 1990 | $1,995.00 | 1.10 | $2,194.50 |
| Dicker, Howard B. | Partner | Corporate | 1990 | $1,750.00 | 1.80 | $3,150.00 |
| Lender, David | Partner | Litigation | 1994 | $1,795.00 | 32.40 | $58,158.00 |
| Lender, David | Partner | Litigation | 1994 | $1,595.00 | 12.50 | $19,937.50 |
| Tsekerides, Theodore E. | Partner | Litigation | 1994 | $1,595.00 | 197.60 | $315,172.00 |
| Tsekerides, Theodore E. | Partner | Litigation | 1994 | $1,395.00 | 23.40 | $32,643.00 |
| Tsekerides, Theodore E. | Partner | Litigation | 1994 | $797.50[10] | 10.80 | $8,613.00 |
| Schrock, Ray C. | Partner | Restructuring | 1998 | $2,095.00 | 150.30 | $314,878.50 |
| Schrock, Ray C. | Partner | Restructuring | 1998 | $1,950.00 | 49.50 | $96,525.00 |
| Heyliger, Adelaja | Partner | Corporate | 1998 | $1,625.00 | 22.70 | $36,887.50 |
| Heyliger, Adelaja | Partner | Corporate | 1998 | $1,425.00 | 10.10 | $14,392.50 |
| Freeman, Danek A. | Partner | Corporate | 1999 | $1,750.00 | 108.90 | $190,575.00 |
| Freeman, Danek A. | Partner | Corporate | 1999 | $1,495.00 | 52.70 | $78,786.50 |
| Berkovich, Ronit J. | Partner | Restructuring | 2002 | $1,925.00 | 488.80 | $940,940.00 |
| Berkovich, Ronit J. | Partner | Restructuring | 2002 | $1,725.00 | 66.90 | $115,402.50 |
| Berkovich, Ronit J. | Partner | Restructuring | 2002 | $962.50[10] | 14.00 | $13,475.00 |
| Sandhu, Charan J. | Partner | Corporate | 2003 | $1,875.00 | 1.80 | $3,375.00 |
| Westerman, Gavin | Partner | Corporate | 2004 | $1,725.00 | 1.40 | $2,415.00 |
| Hochstadt, Eric S. | Partner | Litigation | 2004 | $1,625.00 | 1.20 | $1,950.00 |

---

[8] On January 1, 2023, Weil implemented customary annual increases in billing rates.

[9] Non-working travel is billed at 50% of regular hourly rates.

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | YEAR ADMITTED | HOURLY BILLING RATE[8][9] | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Christensen, Evert J. | Partner | Litigation | 2007 | $1,550.00 | 1.30 | $2,015.00 |
| Johnson, Merritt S. | Partner | Corporate | 2007 | $1,625.00 | 19.50 | $31,687.50 |
| Johnson, Merritt S. | Partner | Corporate | 2007 | $1,450.00 | 13.80 | $20,010.00 |
| Cruz, Mariel E. | Partner | Corporate | 2010 | $1,575.00 | 1.30 | $2,047.50 |
| Adams, Dennis F. | Partner | Corporate | 2014 | $1,495.00 | 5.40 | $8,073.00 |
| Magill, Amanda Graham | Partner | Tax | 2015 | $1,575.00 | 1.30 | $2,047.50 |
| Fliman, Ariel | Counsel | Corporate | 2009 | $1,375.00 | 4.90 | $6,737.50 |
| Fink, Moshe A. | Counsel | Restructuring | 2014 | $1,400.00 | 319.90 | $447,860.00 |
| Fink, Moshe A. | Counsel | Restructuring | 2014 | $1,250.00 | 37.70 | $47,125.00 |
| Pucci-Sisti Maisonrouge, Maximilien J. | Counsel | Corporate | 2014 | $1,375.00 | 177.90 | $244,612.50 |
| Pucci-Sisti Maisonrouge, Maximilien J. | Counsel | Corporate | 2014 | $1,250.00 | 55.30 | $69,125.00 |
| Burbridge, Josephine Avelina | Counsel | Corporate | 2015 | $1,375.00 | 430.50 | $591,937.50 |
| Burbridge, Josephine Avelina | Counsel | Corporate | 2015 | $1,250.00 | 29.20 | $36,500.00 |
| Burbridge, Josephine Avelina | Counsel | Corporate | 2015 | $697.50[10] | 5.70 | $3,918.75 |
| Cain, Jeremy C. | Counsel | Litigation | 2016 | $1,375.00 | 89.10 | $122,512.50 |
| Cain, Jeremy C. | Counsel | Litigation | 2016 | $687.50[10] | 4.00 | $2,750.00 |
| Tooley, Ryan | Counsel | Corporate | 2016 | $1,250.00 | 2.60 | $3,250.00 |
| Smith, Leslie S. | Associate | Real Estate | 1995 | $1,345.00 | 2.80 | $3,766.00 |
| Friedman, Julie T. | Associate | Restructuring | 2003 | $775.00 | 34.90 | $27,047.50 |
| Friedman, Julie T. | Associate | Restructuring | 2003 | $695.00 | 4.40 | $3,058.00 |
| Goltser, Jonathan | Associate | Restructuring | 2011 | $1,225.00 | 226.60 | $277,585.00 |
| Goltser, Jonathan | Associate | Restructuring | 2011 | $1,130.00 | 26.40 | $29,832.00 |
| Sternberg, Adam J. | Associate | Tax | 2012 | $1,345.00 | 34.60 | $46,537.00 |
| Sternberg, Adam J. | Associate | Tax | 2012 | $1,200.00 | 4.80 | $5,760.00 |
| Calabrese, Christine A. | Associate | Litigation | 2017 | $1,345.00 | 396.70 | $533,561.50 |
| Calabrese, Christine A. | Associate | Litigation | 2017 | $1,200.00 | 20.30 | $24,360.00 |
| Calabrese, Christine A. | Associate | Litigation | 2017 | $672.50[10] | 8.20 | $5,514.50 |
| Jaikaran, Elizabeth Shanaz | Associate | Corporate | 2017 | $1,345.00 | 101.50 | $136,517.50 |

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | YEAR ADMITTED | HOURLY BILLING RATE[8][9] | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Jaikaran, Elizabeth Shanaz | Associate | Corporate | 2017 | $1,200.00 | 18.60 | $22,320.00 |
| Kim, Catherine Minji | Associate | Corporate | 2018 | $1,345.00 | 3.60 | $4,842.00 |
| Diplas, Alexandros | Associate | Litigation | 2018 | $1,275.00 | 383.90 | $489,472.50 |
| Diplas, Alexandros | Associate | Litigation | 2018 | $1,165.00 | 23.50 | $27,377.50 |
| Diplas, Alexandros | Associate | Litigation | 2018 | $637.50[10] | 5.00 | $3,187.50 |
| Graybill, Joshua David | Associate | Tax | 2018 | $1,275.00 | 16.00 | $20,400.00 |
| Kutner, Alyssa | Associate | Corporate | 2018 | $1,275.00 | 24.30 | $30,982.50 |
| DeSantis, Elena | Associate | Litigation | 2018 | $1,225.00 | 186.90 | $228,952.50 |
| DeSantis, Elena | Associate | Litigation | 2018 | $1,130.00 | 9.50 | $10,735.00 |
| Heller, Paul E. | Associate | Corporate | 2018 (CAN-BC) | $1,225.00 | 46.30 | $56,717.50 |
| Heller, Paul E. | Associate | Corporate | 2018 (CAN-BC) | $1,130.00 | 20.60 | $23,278.00 |
| Cohen, Alexander Paul | Associate | Restructuring | 2018 | $1,225.00 | 82.80 | $101,430.00 |
| Crabtree, Austin B. | Associate | Restructuring | 2018 | $1,170.00 | 454.40 | $531,648.00 |
| Crabtree, Austin B. | Associate | Restructuring | 2018 | $1,075.00 | 20.20 | $21,715.00 |
| Sierra, Tristan M. | Associate | Restructuring | 2019 | $1,170.00 | 24.70 | $28,899.00 |
| Kogel, Chaim | Associate | Tax | 2020 | $1,170.00 | 46.50 | $54,405.00 |
| Kogel, Chaim | Associate | Tax | 2020 | $1,075.00 | 4.40 | $4,730.00 |
| Stantzyk-Guzek, Claudia | Associate | Corporate | 2020 | $1,065.00 | 54.50 | $058,042.50 |
| Stantzyk-Guzek, Claudia | Associate | Corporate | 2020 | $980.00 | 2.70 | $2,646.00 |
| Delauney, Krytel | Associate | Litigation | 2020 | $1,065.00 | 5.50 | $5,857.50 |
| Berdini, Elissabeth | Associate | Tax | 2021 | $1,170.00 | 33.60 | $39,312.00 |
| Jaeger, Rebecca | Associate | Litigation | 2021 | $1,065.00 | 131.10 | $139,621.50 |
| Jaeger, Rebecca | Associate | Litigation | 2021 | $980.00 | 3.30 | $3,234.00 |
| King, Adam Michael | Associate | Litigation | 2021 | $1,065.00 | 56.40 | $60,066.00 |
| Da Silveira Leite, Enrico Bueno | Associate | Corporate | 2021 | $1,065.00 | 4.10 | $4,366.50 |
| Da Silveira Leite, Enrico Bueno | Associate | Corporate | 2021 | $980.00 | 2.90 | $2,842.00 |
| Barras, Elizabeth | Associate | Corporate | 2022 | $910.00 | 44.80 | $40,768.00 |
| Barras, Elizabeth | Associate | Corporate | 2022 | $840.00 | 7.80 | $6,552.00 |
| Kane, Alexandra | Associate | Restructuring | 2022 | $910.00 | 156.90 | $142,779.00 |
| Kane, Alexandra | Associate | Restructuring | 2022 | $840.00 | 39.50 | $33,180.00 |

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | YEAR ADMITTED | HOURLY BILLING RATE[89] | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Latowsky, Tessa | Associate | Litigation | 2022 | $910.00 | 78.70 | $71,617.00 |
| Losi, Emily | Associate | Corporate | 2022 | $910.00 | 4.70 | $4,277.00 |
| Markovitz, David | Associate | Corporate | 2022 | $910.00 | 84.30 | $76,713.00 |
| Markovitz, David | Associate | Corporate | 2022 | $840.00 | 14.20 | $11,928.00 |
| Menon, Asha | Associate | Litigation | 2022 | $910.00 | 101.10 | $92,001.00 |
| Menon, Asha | Associate | Litigation | 2022 | $840.00 | 13.50 | $11,340.00 |
| Polishuk, Menachem | Associate | Restructuring | 2022 | $910.00 | 603.60 | $549,276.00 |
| Polishuk, Menachem | Associate | Restructuring | 2022 | $840.00 | 22.40 | $18,816.00 |
| Reyes, Destiny | Associate | Restructuring | 2022 | $910.00 | 240.60 | $218,946.00 |
| Reyes, Destiny | Associate | Restructuring | 2022 | $840.00 | 36.90 | $30,996.00 |
| Samara, Eleni | Associate | Corporate | 2022 | $910.00 | 26.60 | $24,206.00 |
| Samara, Eleni | Associate | Corporate | 2022 | $840.00 | 2.20 | $1,848.00 |
| Waterman, Katherine | Associate | Corporate | 2022 | $910.00 | 59.20 | $53,872.00 |
| Waterman, Katherine | Associate | Corporate | 2022 | $840.00 | 35.40 | $29,736.00 |
| Wissman, Eric | Associate | Corporate | 2022 | $910.00 | 106.00 | $96,460.00 |
| Wissman, Eric | Associate | Corporate | 2022 | $840.00 | 39.20 | $32,928.00 |
| Sudama, Dawn Rita | Associate | Restructuring | 2022 | $910.00 | 277.90 | $252,889.00 |
| Qian, Yi | Associate | Corporate | 2023 | $750.00 | 51.90 | $38,925.00 |
| Rosen, Gabriel | Associate | Corporate | 2023 | $750.00 | 6.90 | $5,175.00 |
| Shaw, Kristen | Associate | Corporate | 2023 | $750.00 | 1.60 | $1,200.00 |
| Shaw, Kristen | Associate | Corporate | 2023 | $690.00 | 22.10 | $15,249.00 |
| Feder, Adina | Associate | Corporate | * | $750.00 | 99.30 | $74,475.00 |
| Feder, Adina | Associate | Corporate | * | $690.00 | 12.70 | $8,763.00 |
| Mezzatesta, Jared | Associate | Restructuring | * | $750.00 | 456.80 | $342,600.00 |
| Mezzatesta, Jared | Associate | Restructuring | * | $690.00 | 44.60 | $30,774.00 |
| **Total for Attorneys** | | | | | **7,906.40** | **$9,747,363.75** |

4

The paraprofessionals and other non-legal staff who rendered professional services in these chapter 11 cases during the Compensation Period are:

| NAME OF PROFESSIONAL PERSON | POSITION | DEPARTMENT | HOURLY BILLING RATE[10] | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Lee, Kathleen Anne | Paralegal | Restructuring | $530.00 | 44.90 | $23,797.00 |
| Lee, Kathleen Anne | Paralegal | Restructuring | $495.00 | 2.10 | $1,039.50 |
| Stauble, Christopher A. | Paralegal | Restructuring | $530.00 | 5.10 | $2,703.00 |
| Stauble, Christopher A. | Paralegal | Restructuring | $495.00 | 24.90 | $12,325.50 |
| Curbelo, Gracemary | Paralegal | Litigation | $475.00 | 5.60 | $2,660.00 |
| Arias, Juan C. | Paralegal | Corporate | $495.00 | 13.80 | $6,831.00 |
| Arias, Juan C. | Paralegal | Corporate | $465.00 | 1.80 | $837.00 |
| Ellsworth, John A. | Paralegal | Corporate | $475.00 | 4.50 | $2,137.50 |
| Fabsik, Paul | Paralegal | Restructuring | $475.00 | 167.40 | $79,515.00 |
| Fabsik, Paul | Paralegal | Restructuring | $430.00 | 29.20 | $12,556.00 |
| Olvera, Rene A. | Paralegal | Restructuring | $475.00 | 12.80 | $6,080.00 |
| Olvera, Rene A. | Paralegal | Restructuring | $430.00 | 14.60 | $6,278.00 |
| Fox, Trevor | Litigation Support | Litigation Support Services | $445.00 | 2.00 | $890.00 |
| Ting, Laura | Litigation Support | Litigation Support Services | $445.00 | 66.70 | $29,681.50 |
| Nudelman, Peter | Litigation Support | Litigation Support Services | $430.00 | 11.00 | 4,730.00 |
| Robin, Artur | Litigation Support | Litigation Support Services | $430.00 | 49.80 | $21,414.00 |
| Aaron-Yard, Merlyn | Paralegal | Corporate | $405.00 | 1.10 | $445.50 |
| Bogota, Alejandro | Litigation Support | Litigation Support Services | $405.00 | 1.10 | $445.50 |
| Jalomo, Chris | Paralegal | Restructuring | $375.00 | 3.30 | $1,237.50 |
| Jalomo, Chris | Paralegal | Restructuring | $340.00 | 5.50 | $1,870.00 |
| Peene, Travis | Paralegal | Restructuring | $325.00 | 5.40 | $1,755.00 |
| Mason, Kyle | Paralegal | Restructuring | $310.00 | 1.30 | $403.00 |
| Mason, Kyle | Paralegal | Restructuring | $275.00 | 10.60 | $2,915.00 |
| Okada, Tyler | Paralegal | Restructuring | $310.00 | 9.10 | $2,821.00 |
| Okada, Tyler | Paralegal | Restructuring | $275.00 | 21.40 | $5,885.00 |
| Verpoucke, Emma | Paralegal | Corporate | $295.00 | 7.30 | $2,153.50 |
| **Total for Paraprofessionals and Other Non-Legal Staff** | | | | **522.30** | **$233,406.00** |

---

[10] On January 1, 2023, Weil implemented customary annual increases in billing rates.

The total fees for the Compensation Period are:

| PROFESSIONALS TOTALS: | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,621.15 | 2,688.50 | $4,358,455.75 |
| Associates | $1,032.77 | 5,217.90 | $5,388,908.00 |
| Paraprofessionals and Other Non-Legal Staff | $446.88 | 522.30 | $233,406.00 |
| **Blended Attorney Rate** | **$1,232.84** | | |
| **Blended Rate for All Timekeepers** | **$1,184.14** | | |
| **Total Fees Incurred** | | | **$9,980,769.75** |

# COMPENSATION BY PROJECT CATEGORY
## DECEMBER 21, 2022 THROUGH AND INCLUDING MARCH 31, 2023

| TASK CODE | PROJECT CATEGORY | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|
| 001 | Administrative Expense Claims (excluding 503(b)(9) Claims) | 0.10 | $192.50 |
| 003 | Asset Acquisitions / Dispositions / 363 Matters | 620.50 | $737,500.00 |
| 004 | Automatic Stay | 37.80 | $41,363.00 |
| 005 | Bar Date and Claims Matters | 261.60 | $295,745.50 |
| 006 | Case Administration (WIP Updates and Calendar Updates Only) | 119.90 | $112,147.50 |
| 007 | Celsius Matters | 399.10 | $503,960.00 |
| 008 | Chapter 11 Plan / Confirmation / Implementation / Plan Supplement | 230.50 | $247,992.00 |
| 009 | Corporate Governance / Securities / Equity Matters | 607.30 | $719,032.50 |
| 010 | Customer / Vendor Matters and Reclamation / 503(b)(9) Claims | 42.70 | $51,609.50 |
| 011 | DIP Financing / Cash Collateral / Cash Management | 2,102.40 | $2,530,251.00 |
| 012 | Disclosure Statement / Solicitation / Voting | 30.90 | $28,403.50 |
| 013 | Employee Matters | 208.40 | $270,433.50 |
| 014 | Equipment Financing and Leases | 222.70 | $260,940.00 |
| 015 | Exclusivity | 51.40 | $56,781.50 |
| 016 | Executory Contracts / Leases / Real Property / Other 365 Matters | 372.80 | $422,485.50 |
| 017 | General Case Strategy (Including WIP and Team Meetings) | 271.20 | $407,588.00 |
| 018 | Hearings and Court Matters | 415.90 | $432,147.00 |
| 019 | Insurance and Surety Bond Matters | 38.80 | $42,024.50 |
| 020 | Non-Bankruptcy Litigation | 1,025.80 | $1,336,502.50 |
| 021 | Non-Working Travel | 47.70 | $37,458.75 |
| 022 | Regulatory / Decommissioning / Environmental Matters | 2.40 | $3,879.00 |
| 023 | Retention / Fee Applications: OCPs | 34.40 | $28,874.00 |
| 024 | Retention / Fee Applications: Non-Weil Professionals | 138.50 | $122,700.50 |
| 025 | Retention / Fee Applications: Weil | 179.20 | $160,519.00 |
| 026 | Secured Noteholder Issues / Meetings / Communications | 142.00 | $141,312.00 |
| 027 | Tax Matters | 147.60 | $214,568.50 |
| 028 | Unsecured Creditors Committee / Meetings / Communications | 123.10 | $143,707.50 |
| 029 | US Trustee / MORs / Schedules & SOFAs / 2015.3 Reports | 208.00 | $217,520.00 |
| 030 | Utility Matters / Adequate Assurance | 53.60 | $59,282.00 |
| 031 | Equity Committee / Meetings / Communications | 292.40 | $353,849.00 |
| **Total** | | **8,428.70** | **$9,980,769.75** |