**Exhibit F**

**BLENDED RATE COMPARISON CHART**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed by timekeepers in the Houston, New York, and Dallas offices, excluding bankruptcy[1] | Billed in this fee application |
| Partner | $1,429.00 | $1,816.00 |
| Counsel | $1,146.00 | $1,363.00 |
| Senior Associate (7 years or more since first admission) | $1,085.00 | $1,290.00 |
| Mid-level Associate (4-6 years since first admission) | $1,012.00 | $1,211.00 |
| Junior Associate (0-3 years since first admission) | $756.00 | $879.00 |
| Staff Attorney | $429.00 | $0.00 |
| Paralegal | $363.00 | $450.00 |
| Other | $386.00 | $438.00 |
| **All timekeepers aggregated:** | **$995.00** | **$1,184.00** |

---

[1] In accordance with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013,* preceding year is a rolling 12 months year ending April 30, 2023; blended rates reflect work performed in preceding year in each of the domestic offices in which timekeepers collectively billed at least 10% of the hours to the case during the application period, excluding all data from bankruptcy law matters.