**Exhibit G**

**BUDGET OF WEIL, GOTSHAL & MANGES LLP
FOR PERIOD DECEMBER 21, 2022 THROUGH MARCH 31, 2023**

| Task Code | Task Description | ESTIMATED FEES | ACTUAL AMOUNT |
|---|---|---|---|
| 001 | Administrative Expense Claims (excluding 503(b)(9) Claims) | $25,000.00 | $192.50 |
| 002 | Adversary Proceedings | $500,000.00 | $0.00 |
| 003 | Asset Acquisitions/ Dispositions/ 363 Matters | $1,000,000.00 | $737,500.00 |
| 004 | Automatic Stay | $75,000.00 | $41,363.00 |
| 005 | Bar Date and Claim Matters | $100,000.00 | $295,745.50 |
| 006 | Case Administration (WIP Updates and Calendar Updates Only) | $250,000.00 | $112,147.50 |
| 007 | Celsius Matters | $400,000.00 | $503,960.00 |
| 008 | Chapter 11 Plan / Confirmation / Implementation / Plan Supplement | $300,000.00 | $247,992.00 |
| 009 | Corporate Governance / Securities / Equity Matters | $1,000,000.00 | $719,032.50 |
| 010 | Customer / Vendor Matters and Reclamation / 503(b)(9) Claims | $125,000.00 | $51,609.50 |
| 011 | DIP Financing / Cash Collateral / Cash Management | $2,000,000.00 | $2,530,251.00 |
| 012 | Disclosure Statement / Solicitation / Voting | $75,000.00 | $28,403.50 |
| 013 | Employee Matters | $300,000.00 | $270,433.50 |
| 014 | Equipment Financing and Leases | $400,000.00 | $260,940.00 |
| 015 | Exclusivity | $50,000.00 | $56,781.50 |
| 016 | Executory Contracts / Leases / Real Property / Other 365 Matters | $650,000.00 | $422,485.50 |
| 017 | General Case Strategy (Including WIP and Team Meetings) | $500,000.00 | $407,588.00 |
| 018 | Hearings and Court Matters | $650,000.00 | $432,147.00 |
| 019 | Insurance and Surety Bond Matters | $50,000.00 | $42,024.50 |
| 020 | Non-Bankruptcy Litigation | $625,000.00 | $1,336,502.50 |
| 021 | Non-Working Travel | $50,000.00 | $37,458.75 |
| 022 | Regulatory / Decommissioning / Environmental Matters | $25,000.00 | $3,879.00 |
| 023 | Retention / Fee Applications: OCPs | $75,000.00 | $28,874.00 |
| 024 | Retention / Fee Applications: Non-Weil Professionals | $150,000.00 | $122,700.50 |
| 025 | Retention / Fee Applications: Weil | $100,000.00 | $160,519.00 |
| 026 | Secured Noteholder Issues / Meetings / Communications | $150,000.00 | $141,312.00 |
| 027 | Tax Matters | $200,000.00 | $214,568.50 |
| 028 | Unsecured Creditors Committee / Meetings / Communications | $200,000.00 | $143,707.50 |
| 029 | US Trustee / MORs / Schedules & SOFAs / 2015.3 Reports | $250,000.00 | $217,520.00 |
| 030 | Utility Matters / Adequate Assurance | $75,000.00 | $59,282.00 |
| 031 | Equity Committee / Meetings / Communications[1] | $0.00 | $353,849.00 |
| **Total:** | | **$10,350,000.00** | **$9,980,769.75** |

---

[1] Task Code 031 was added in April 2023 and time from prior months was reallocated to this Task Code, as appropriate. Prior to the creation of Task Code 031, time entries relating to the Equity Committee was included in Task Code 009.