IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § § | (Jointly Administered) |

### ORDER GRANTING DEBTORS' MOTION
### FOR SUMMARY JUDGMENT WITH RESPECT TO
### PROOF OF CLAIM NOS. 358 AND 359 FILED BY SPHERE 3D CORP.

Debtors Core Scientific Operating Company f/k/a Core Scientific, Inc. ("**Core**") and its debtor affiliates, as debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), move for summary judgment (the "**Motion**") on their objection (the "**Objection**") to Proofs of Claim Nos. 358 and 359 filed by Sphere 3D Corp.

After considering the Motion and exhibits, any response and reply thereto, it is **HEREBY ORDERED THAT** the Debtors' Motion is **GRANTED** and the claims asserted by Sphere 3D Corp. in Proofs of Claim Nos. 358 and 359 are **DISALLOWED**.

This Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

Dated: _____, 2023

Houston, Texas

                                                  DAVID R. JONES
                                                  UNITED STATES BANKRUPTCY JUDGE