# EXHIBIT C



# Invoice
#INV42924
5/12/2023

**Bill To**
Gryphon Digital Mining, Inc.
5953 Mabel Rd
Unit 138
Las Vegas NV 89110
United States

**Ship To**
Gryphon Digital Mining, Inc.
5953 Mabel Rd
Unit 138
Las Vegas NV 89110
United States

**TOTAL**

## $84,658.94

**Due Date: 5/22/2023**

| Terms | Due Date | PO # | Sales Rep |
|---|---|---|---|
|  | 5/22/2023 | Order 1-2 |  |

| Quantity | Item | Tax Location | Tax Rate | Amount |
|---|---|---|---|---|
| 1 | **Hosting Services*** <br> April 2023 Actual Usage |  | 0% | $84,083.25 |
| 1 | **Hosting Services*** <br> Reverse April 2023 Estimated Prepayment INV42894 |  | 0% | ($82,174.34) |
| 1 | **Hosting Services*** <br> Estimated June 2023 Usage Prepayment |  | 0% | $82,174.34 |
| 1 | **Replacement Parts** <br> 04/03/2023 to 05/03/2023 - Dalton, GA - Parts | Dalton, GA | 7% | $456.25 |
| 1 | **Replacement Service** <br> 04/03/2023 to 05/03/2023 - Dalton, GA - Labor | Dalton, GA | 0% | $87.50 |

|  |  |
|---|---|
| Subtotal | $84,627.00 |
| Tax Total (%) | $31.94 |
| Total | $84,658.94 |
| Amount Due | $84,658.94 |

1 of 1

Hosting Services includes Security, Monitoring, Maintenance, Facilities Management, Account Management, Usage, Network/Data Access, Technical Support, Rack/Colocation Space, Heat Management/Thermal Management.

**Thank you for your business and your trust. It is our pleasure to work with you.**