IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § | |

**NOTICE OF AGENDA OF MATTER**
**SET FOR HEARING ON JUNE 21, 2023 AT 2:00 P.M. (CT)**

Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**") hereby file this Agenda of Matters Set for Hearing on June 21, 2023 at 2:00 p.m. (CT) before the Honorable David R. Jones.  The hearing will be conducted in Courtroom 400, 4th floor, 515 Rusk Avenue, Houston, TX 77002.  You may participate in the hearing by an audio and video connection.  The audio communication will be by use of the Court's dial-in facility.  You may access the facility at 832-917-1510 and enter the conference code 205691.  The video communication will be by use of the Gotomeeting Platform.  Connect via the free Gotomeeting Application or click the link on Judge Jones's home page.  The meeting code is "judgejones."  Click the settings icon in the upper right corner and enter your name under the personal information setting.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198).  The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

I. **Continued Matter**

1. **GEM Mining's Emergency Motion to Compel Assumption or Rejection of Executory Contracts or, In the Alternative, for Adequate Protection (Docket No. 787)**

    Status: At the hearing, the Debtors intend to present to the Court an agreed order continuing the hearing on this matter to a later date.

    Related Documents:

    A. Agreed Order Continuing Hearing on GEM Mining's Emergency Motion to Compel Assumption or Rejection of Executory Contracts or, In the Alternative, For Adequate Protection (Docket No. 926)

    B. Order Setting Hearing (Docket No. 792)

    C. Debtors' Objection to GEM Mining's Emergency Motion to Compel Assumption or Rejection of Executory Contracts or, In the Alternative, for Adequate Protection (Docket No. 787)

    [*Remainder of page intentionally left blank*]

Dated: June 20, 2023
       Houston, Texas

          Respectfully submitted,

          */s/ Alfredo R. Pérez*
          WEIL, GOTSHAL & MANGES LLP
          Alfredo R. Pérez (15776275)
          Clifford Carlson (24090024)
          700 Louisiana Street, Suite 1700
          Houston, Texas 77002
          Telephone: (713) 546-5000
          Facsimile: (713) 224-9511
          Email: Alfredo.Perez@weil.com
                 Clifford.Carlson@weil.com

          -and-

          WEIL, GOTSHAL & MANGES LLP
          Ray C. Schrock (admitted *pro hac vice*)
          Ronit J. Berkovich (admitted *pro hac vice*)
          767 Fifth Avenue
          New York, New York 10153
          Telephone: (212) 310-8000
          Facsimile: (212) 310-8007
          Email: Ray.Schrock@weil.com
                 Ronit.Berkovich@weil.com

          *Attorneys for Debtors*
          *and Debtors in Possession*

**Certificate of Service**

I hereby certify that on June 20, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                         */s/ Alfredo R. Pérez*
                                         Alfredo R. Pérez