IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § | Case No. 22-90341 (DRJ) |
| Debtors[1] | § § § | (Jointly Administered) |

NOTICE OF (I) FILING OF
CHAPTER 11 PLAN OF CORE SCIENTIFIC, INC.
AND ITS AFFILIATED DEBTORS AND RELATED
DISCLOSURE STATEMENT AND (II) JUNE 29 STATUS CONFERENCE

**PLEASE TAKE NOTICE THAT:**

On June 20, 2023, Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors* [Docket No. 974] (the "**Plan**")[2] and the *Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors* [Docket No. 975] (the "**Disclosure Statement**"). The Plan and Disclosure Statement are subject to ongoing negotiations with each of the Debtors' key stakeholders and are subject to change. Accordingly, the Debtors reserve all rights to amend, modify, or supplement the Plan and Disclosure Statement.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] Capitalized terms used but not defined herein, have the meanings ascribed to them in the Plan.

At the May 22, 2023 hearing on the *Motion of the Debtors for Order Extending Exclusive Periods Pursuant to Section 1121(D) of the Bankruptcy Code* [Docket No. 773], the Court requested that the Debtors attempt to file a chapter 11 plan and disclosure statement by June 20, 2023. The Court subsequently scheduled a status conference on June 29 at 1:30 pm CT (the "**June 29 Status Conference**").

Since the May 22 hearing, the Debtors have been in active discussions with each of their key stakeholder groups, including the ad hoc group of the Debtors' convertible noteholders (the "**Ad Hoc Noteholder Group**"), the official committee of unsecured creditors (the "**Unsecured Creditors' Committee**"), the official committee of equity holders (the "**Official Equity Committee**"), B. Riley Commercial Capital, LLC (the "**Replacement DIP Lender**"), and certain secured equipment lenders (the "**Equipment Lenders**" and collectively with the Ad Hoc Noteholder Group, the Unsecured Creditors' Committee, the Official Equity Committee, and the Replacement DIP Lender, the "**Key Stakeholder Groups**").

On May 31, 2023, the Debtors and their advisors began presenting a construct for a consensual plan of reorganization to the Key Stakeholder Groups and solicited their feedback, starting with their largest creditor group, the Ad Hoc Noteholder Group. The Debtors subsequently presented the consensual plan construct to the principals for each of the Key Stakeholder Groups. On June 16, 2023, the Debtors shared a draft of the Plan with the advisors to each of the Key Stakeholder Groups, notified each group of the Debtors' intent to file the Plan on June 20, and invited feedback and comments from each such group, including after the filing of the Plan.

Although none of the Key Stakeholder Groups support the Plan as of the date hereof, the Debtors are continuing their negotiations with the Key Stakeholder Groups and intend to continue doing so after the Plan and the Disclosure Statement have been filed. Accordingly, the

Debtors expect to file an amended Plan and amended Disclosure Statement following such continued negotiations.

At the June 29 Status Conference, the Debtors intend to report on the status of negotiations with each of the Key Stakeholder Groups and their proposed path to emergence from chapter 11.

Dated: June 20, 2023
Houston, Texas

                                                  /s/ Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Alfredo.Perez@weil.com
        Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Ray.Schrock@weil.com
        Ronit.Berkovich@weil.com

*Attorneys for Debtors
and Debtors in Possession*

**Certificate of Service**

I hereby certify that on June 20, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtor's proposed claims, noticing, and solicitation agent.

                                               */s/ Alfredo R. Pérez*
                                               Alfredo R. Pérez