## Exhibit A

## Proposed Order

4

157870286v3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| | § § | (Jointly Administered) |
| Debtors.[2] | § § § | |

### ORDER GRANTING BRYCE JOHNSON'S MOTION TO WITHDRAW CLAIM NOS. 19 AND 120 WITH PREJUDICE

Upon consideration of Bryce Johnson's motion to withdraw Claim Nos. 19 and 120 with prejudice (the "**Motion**"), and it appearing that the terms of this Proposed Order are in the best interest of the Debtors and their respective estates and creditors; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. Claim Nos. 19 and 120 filed by Bryce Johnson are hereby withdrawn with prejudice.

2. Upon entry of this Order, the Objection to Claims 19 and 120 are also deemed withdrawn by the Debtors.

3. The Parties are authorized to take all actions necessary or appropriate to effectuate the relief granted in this Agreed Order.

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

5

157870286v3

4. Stretto, Inc., as claims, noticing and solicitation agent, is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

5. Each party will bear its own costs.

6. This Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2023
      Houston, Texas

                                                    DAVID R. JONES
                                                    UNITED STATES BANKRUPTCY JUDGE

157870286v3