Electronic Appearance Sheet

Christian Pereyda, Maynard Nexsen P.C.
Client(s): GEM Mining 1, LLC and GEM Mining 4, LLC

Kristine Manoukian, Schulte Roth & Zabel LLP
Client(s): Interested Party

Abbey Walsh, Schulte Roth & Zabel LLP
Client(s): Interested Party

Robert D.  Brown, Schulte Roth & Zabel LLP
Client(s): Interested Party

Frasher Murphy, Haynes and Boone, LLP
Client(s): BlockFi Lending, LLC

Patrick Autry, Branscomb
Client(s): Coonrod Electric

Thomas Bean, Verrill Dana
Client(s): MassMutual Asset Finance

Nathaniel Hull, Verrill Dana LLP
Client(s): MassMutual Asset Finance LLC

Tom Kirkendall, Law Office of Tom Kirkendall
Client(s): Darin Feinstein

Christopher Arisco, Padfield & Stout, LLP
Client(s): North Mill Equipment Finance

Ashley Harper, Hunton Andrews Kurth LLP
Client(s): Sphere 3D Corp.

Jay  Farwell, Cokinos | Young
Client(s): Huband Mantor Construction Inc.

Kathleen LaManna, Shipman & Goodwin LLP
Client(s): U.S. Bank National Association, as Note Agent

Brian Lohan, Arnold & Porter Kaye Scholer LLP
Client(s): Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp.

Sarah Gryll, Arnold & Porter Kaye Scholer LLP
Client(s): Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp.

John McDonald, Taft Stettinius & Hollister LLP
Client(s): Bremer Bank

Electronic Appearance Sheet

Christian Pereyda, Maynard Nexsen PC
Client(s):  GEM Mining 1, LLC, GEM Mining 4, LLC, GEM Mining 2, LLC, and GEM Mining 2B, LLC

Jennifer Hardy, Willkie Farr & Gallagher LLP
Client(s): Official Committee of Unsecured Creditors

Todd Goren, Willkie Farr & Gallagher LLP
Client(s): Official Committee of Unsecured Creditors

Peter Lewis, Scheef & Stone
Client(s): Core Independent Directors

Kristopher Hansen, Paul Hastings LLP
Client(s): Ad Hoc Group of Secured Convertible Noteholders

David Meyer , Vinson & Elkins LLP
Client(s): Official Committee of Equity Security Holders

Paul Heath, Vinson & Elkins LLP
Client(s): Official Committee of Equity Security Holders

Kiran Vakamudi, Vinson & Elkins LLP
Client(s): Official Committee of Equity Security Holders

Lauren Kanzer, Vinson & Elkins LLP
Client(s): Official Committee of Equity Security Holders

Chris Koenig, Kirkland & Ellis LLP
Client(s): Celsius Mining LLC

Victoria Argeroplos, Jackson Walker LLP
Client(s): Celsius Mining LLC

Alfredo Perez, Weil, Gotshal & Manges LLP
Client(s): Debtors' Counsel

Ronit Berkovich, Weil, Gotshal & Manges LLP
Client(s): Debtors' Counsel

Austin Crabtree, Weil, Gotshal & Manges LLP
Client(s): Debtors' Counsel

Evan Parrott, Maynard Nexsen P.C.
Client(s): Gem Mining 1, Gem Mining 2, Gem Mining 2b, Gem Mining 4

Robert D. Brown, Schulte Roth & Zabel LLP
Client(s): Foundry Digital LLC

Electronic Appearance Sheet

Abbey Walsh, Schulte Roth & Zabel LLP
Client(s): Foundry Digital LLC

Kristine Manoukian , Schulte Roth & Zabel LLP
Client(s): Foundry Digital LLC

Kathleen LaManna, Shipman & Goodwin LLP
Client(s): U.S. Bank National Association, as Note Agent

Brett Miller, Willkie Farr & Gallagher LLP
Client(s): Official Committee of Unsecured Creditors

Todd Goren, Willkie Farr & Gallagher LLP
Client(s): Official Committee of Unsecured Creditors

James Grogan, Paul Hastings LLP
Client(s): Ad Hoc Convertible Noteholder Group

Clifford Carlson, Weil, Gotshal & Manges LLP
Client(s): Debtors' Counsel

Alfredo Perez, Weil, Gotshal & Manges LLP
Client(s): Debtors' Counsel

Brian Lohan , Arnold & Porter Kaye Scholer LLP
Client(s): Barings

Jayson Ruff, US DOJ
Client(s): US Trustee

Sarah Gryll, Arnold & Porter Kaye Scholer LLP
Client(s): Barings

Jay Farwell, Cokinos | Young
Client(s): Huband-Mantor Construction