IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § § | (Jointly Administered) |
| | | Ref Docket No. 29 |

**MASTER SERVICE LIST**
**(as of June 26, 2023)[2]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198).  The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] The Master Service List in Excel and label formats are available on the Debtors' website at https://cases.stretto.com/CoreScientific/ under "Notice Lists."



**Debtors' Master Service List**
As of 6/26/2023

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 36th Street Capital Partners LLC, Prime Alliance Bank, Inc., and Wingspire Equipment Finance, LLC | c/o Reed Smith LLP | Attn: Devan J. Dal Col | 2850 N. Harwood, Suite 1500 | | Dallas | TX | 75201 | | 469-680-4200 | 469-680-4299 | ddalcol@reedsmith.com |
| 36th Street Capital Partners, LLC | c/o Reed Smith LLP | Attn: Devan Dal Col | 2850 N. Harwood Street Suite 1500 | | Dallas | TX | 75201 | | 469-680-4280 | | jolsen@36thstreetcapital.com clatouche@36thstreetcapital.com gkammerer@36thstreetcapital.com |
| AAF International | Attn: Ryan McGary, General Counsel | 9920 Corporate Campus Dr Ste 2200 | | | Louisville | KY | 40223 | | 502-637-0642 | | rmcgary@aafintl.com |
| Aaron Baker | | 2895 W. Capovilla Ave, Suite 140 | | | Las Vegas | NV | 89119 | | 702-830-1741 | | aaron@alphabravoholdings.com |
| ABLe Communications, Inc. | c/o Forshey & Prostok LLP | Attn: Jeff P. Prostok, Dyland T.F. Ross | 777 Main Street, Suite 1550 | | Fort Worth | TX | 76102 | | 817-877-8855 | 817-877-4151 | jprostok@forsheyprostok.com dross@forsheyprostok.com |
| Ad Hoc Equity Group | c/o Skadden, Arps, Slate, Meagher & Flom LLP | Attn: George N. Panagakis, Ron E. Meisler, Christopher M. Dressel, Jennifer Madden | 155 North Wacker Drive | | Chicago | IL | 60606-1720 | | 312-407-0700 | 312-407-0411 | george.panagakis@skadden.com ron.meisler@skadden.com christopher.dressel@skadden.com jennifer.madden@skadden.com |
| Ad Hoc Equity Group | c/o Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Noelle M. Reed | 1000 Louisiana Street, Suite 6800 | | Houston | TX | 77002 | | 713-655-5122 | 713-483-9122 | noelle.reed@skadden.com |
| Ad Hoc Group of Secured Convertible Noteholders | c/o Paul Hastings LLP | Attn: James T Grogan III | 600 Travis Street 58th Floor | | Houston | TX | 77002 | | 713-860-7300 | 713-353-3100 | jamesgrogan@paulhastings.com |
| Ad Hoc Group of Secured Convertible Noteholders | c/o Paul Hastings LLP | Attn: Kristopher M Hansen, Erez E Gilad, Sayan Bhattacharyya & Joanne Lau | 200 Park Ave | | New York | NY | 10166 | | 213-683-6000 212-318-6000 | 213-627-0705 212-319-4090 | krishansen@paulhastings.com erezgilad@paulhastings.com sayanbhattacharyya@paulhastings.com joannelau@paulhastings.com |
| Amazon Web Services Inc | Attn: Rashmi Manchanda | 410 Terry Avenue North | | | Seattle | WA | 98109-5210 | | 415-539-5057 | | rmmanch@amazon.com |
| American Property Acquisition, LLC | | 210 Barton Springs Road, Suite 300 | | | Austin | TX | 78701 | | | | |
| American Property Acquisitions I, LLC | | 210 Barton Springs Road, Suite 300 | | | Austin | TX | 78701 | | | | |
| American Property Acquisitions VII, LLC | | 210 Barton Springs Road, Suite 300 | | | Austin | TX | 78701 | | | | |
| AmTrust North America, Inc. on behalf of Associated Industries Insurance Company, Inc. | c/o Maurice Wutscher, LLP | Attn: Alan C. Hochheiser | 23611 Chagrin Blvd Suite 207 | | Beachwood | OH | 44122 | | 216-220-1129 | 216-472-8510 | ahochheiser@mauricewutscher.com |
| Anchorage Lending CA, LLC | c/o Otterbourg P.C. | Attn: James Drew | 230 Park Avenue | | New York | NY | 10169 | | | | jdrew@otterbourg.com |
| Atalaya Capital Management LP | c/o Holland & Knight LLP | Attn: Brent R. McIlwain and Brian Smith | 1722 Routh Street Suite 1500 | | Dallas | TX | 75201 | | | | brent.mcilwain@hklaw.com brian.smith@hklaw.com |
| B. Riley Commercial Capital, LLC | c/o Choate, Hall & Stewart LLP | Attn: John F. Ventola, Douglas R. Gooding & M. Hampton Foushee | Two International Place | | Boston | MA | 02110 | | 617-248-5000 617-248-4032 | | jventola@choate.com dgooding@choate.com hfoushee@choate.com |
| B. Riley Financial, Inc. | c/o Willkie Farr & Gallagher LLP | Attn: Melanie Mansfield | 300 North LeSalle Dr | | Chicago | IL | 60654 | | | | mmansfield@willkie.com |
| Bank of America | | 401 Union St | Fl 26 | | Seattle | WA | 98101-2678 | | | | |
| Barings BDC, Inc. | | 300 S. Tryon St | | | Charlotte | NC | 28202 | | | | |
| Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. | c/o Arnold & Porter Kaye Scholer LLP | Attn: C. Thomas Kruse | 700 Louisiana St Suite 4000 | | Houston | TX | 77002 | | 713-576-2400 | 713-576-2499 | tom.kruse@arnoldporter.com |
| Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. | c/o Arnold & Porter Kaye Scholer LLP | Attn: Jeffrey A. Fuisz, Madelyn A. Nicolini & Robert T. Franciscovich | 250 West 55th Street | | New York | NY | 10019 | | 212-836-8000 | 212-836-8689 | jeffrey.fuisz@arnoldporter.com madelyn.nicolini@arnoldporter.com robert.franciscovich@arnoldporter.com |
| Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. | c/o Arnold & Porter Kaye Scholer LLP | Attn: Michael D. Messersmith, Brian J. Lohan & Sarah Gryll | 70 West Madison Street Suite 4200 | | Chicago | IL | 60602 | | 312-583-2300 | 312-583-2360 | michael.messersmith@arnoldporter.com brian.lohan@arnoldporter.com sarah.gryll@arnoldporter.com |
| Barings Capital Investment | | 300 S. Tryon St | | | Charlotte | NC | 28202 | | | | |
| Barings LLC | Attn: Steve Johnson | 300 South Tryon Street, Suite 2500 | | | Charlotte | NC | 18202 | | | | |
| Barings Private Credit Corp | | 300 S. Tryon St | | | Charlotte | NC | 28202 | | | | |
| BEAM Concrete Construction, Inc. | c/o Matthews, Shiels, Knott, Eden, Davis & Beanland, L.L.P. | Attn: Misti L Beanland | 8131 LBJ Freeway Suite 700 | | Dallas | TX | 75251 | | 972-234-3400 | 972-234-1750 | beanland@mssattorneys.com |
| BlockFi Inc | c/o Haynes and Boone LLP | Attn: Matthew Frankle | 30 Rockefeller Plaza, 26th Floor | | New York | NY | 10112 | | | | matthew.frankle@haynesboone.com |
| BlockFi, Inc. | c/o Haynes and Boone, LLP | Attn: Kenric D. Kattner & Arsalan Muhammad | 1221 McKinney Street Suite 4000 | | Houston | TX | 77010 | | 713-547-2000 | 713-547-2600 | kenric.kattner@haynesboone.com arsalan.muhammad@haynesboone.com |
| BlockFi, Inc. | c/o Haynes and Boone, LLP | Attn: Matt Ferris & Charles M. Jones II | 2323 Victory Avenue, Suite 700 | | Dallas | TX | 75219 | | 214-651-5000 | 214-651-5940 | matt.ferris@haynesboone.com charlie.jones@haynesboone.com |
| BlockFi, Inc. | c/o Haynes and Boone, LLP | Attn: Richard Kanowitz | 30 Rockefeller Plaza, 26th Floor | | New York | NY | 10112 | | 212-659-7300 | 212-918-8989 | richard.kanowitz@haynesboone.com |
| Board of Directors of Core Scientific, Inc. | c/o Scheef & Stone, L.L.P. | Attn: Peter C. Lewis, Esq. | 500 North Akard Street, Suite 2700 | | Dallas | TX | 75201 | | 214-706-4200 | 214-706-4242 | peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com |
| Bremer Bank | | 3100 South Columbia Road | | | Grand Forks | ND | 58201 | | | | |
| Brent Berge | | 6718 E. Rovey Ave | | | Paradise Valley | AZ | 85253 | | 602-430-3673 | | brent.berge@bergetoyota.com |
| BRF Finance Co., LLC | Attn: General Counsel | 30870 Russell Ranch Road Ste 250 | | | Westlake Village | CA | 91362 | | 310-966-1444 | | legal@brileyfin.com |
| CDW Direct | Attn: Rick Kulevich, General Counsel | 200 N. Milwaukee Avenue | | | Vernon Hills | IL | 60061 | | 847-465-6000 | | credit@cdw.com |
| CEC Energy Services, LLC | c/o Branscomb PLLC | Attn: Patrick H. Autry | 4630 North Loop 1604 West Suite 206 | | San Antonio | TX | 78249 | | 210-598-5401 | 210-598-5405 | pautry@branscomblaw.com |
| CES Corporation | Attn: Scott Weatherall | 28029-108 Avenue | | | Acheson | AB | T7Z 6P7 | Canada | 780-910-6037 | | s.weatherall@cescorp.ca |
| Charles Basil and Mitch Edwards | c/o Ervin Cohen & Jessup LLP | Attn: Byron Z. Moldo, Russell M. Selmont | 9401 Wilshire Boulevard, 12th Floor | | Beverly Hills | CA | 90212 | | 310-273-6333 | 310-887-6802 | bmoldo@ecjlaw.com rselmont@ecjlaw.com |
| Cherokee County Tax Collector | Attn: Delenna Stiles, Tax Collector | 75 Peachtree Street #225 | | | Murphy | NC | 28906-2947 | | 828-837-2421 | | collections@cherokeecounty-nc.gov |
| City National Bank | | 555 South Flower Street | | | Los Angeles | CA | 90071 | | 800-599-0020 | | |
| City of Dalton, Georgia by and through its Board of Water, Light and Sinking Fund Commissioners d/b/a Dalton Utilities | c/o Howley Law PLLC | Attn: Tom A. Howley and Eric Terry | Pennzoil Place – South Tower | 711 Louisiana St., Suite 1850 | Houston | TX | 77002 | | 713-333-9125 | | tom@howley-law.com eric@howley-law.com |
| City of Dalton, Georgia by and through its Board of Water, Light and Sinking Fund Commissioners d/b/a Dalton Utilities | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Marcy J. McLaughlin Smith | PO Box 1709 | | Wilmington | DE | 19899-1709 | | 302-777-6500 | | marcy.smith@troutman.com |
| City of Dalton, Georgia by and through its Board of Water, Light and Sinking Fund Commissioners d/b/a Dalton Utilities | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Matthew Ray Brooks | 875 Third Avenue | | New York | NY | 10022 | | 212-704-6000 | | matthew.brooks@troutman.com |
| City of Denton | c/o Haynes and Boone, LLP | Attn: Kelli S. Norfleet | 1221 McKinney Street Suite 4000 | | Houston | TX | 77010 | | 713-547-2000 | 713-547-2600 | kelli.norfleet@haynesboone.com |
| City of Denton | c/o Haynes and Boone, LLP | Attn: Martha Wyrick & Thomas J. Zavala | 2323 Victory Avenue Suite 700 | | Dallas | TX | 75219 | | 214-651-5000 | 214-651-5940 | martha.wyrick@haynesboone.com tom.zavala@haynesboone.com |
| Coinbase Inc | c/o Coinbase Custody Trust Co LLC | 100 Pine St, Ste 1250 | | | San Francisco | CA | 94111 | | | | |
| Conflicts and Efficiency Counsel to the Official Committee of Unsecured Creditors | c/o Gray Reed | Attn: Jason S. Brookner & Lydia R. Webb | 1300 Post Oak Blvd, Suite 2000 | | Houston | TX | 77056 | | 713-986-7000 | 713-986-7100 | jbrookner@grayreed.com lwebb@grayreed.com |
| Cooley LLP | Attn: Daniel Peale | 3 Embarcadero Center, 20th Floor | | | San Francisco | CA | 94111-4004 | | 202-842-7835 | | dpeale@cooley.com |
| Core Scientific Acquired Mining LLC | | 210 Barton Springs Road, Suite 300 | | | Austin | TX | 78701 | | | | |
| Core Scientific Mining LLC | | 210 Barton Springs Road, Suite 300 | | | Austin | TX | 78701 | | | | |
| Core Scientific Operating Company | | 210 Barton Springs Road, Suite 300 | | | Austin | TX | 78701 | | | | |
| Core Scientific Specialty Mining (Oklahoma) LLC | | 210 Barton Springs Road, Suite 300 | | | Austin | TX | 78701 | | | | |
| Core Scientific, Inc. | Attn: Todd DuChene, Esq. | 210 Barton Springs Road, Suite 300 | | | Austin | TX | 78701 | | | | tduchene@corescientific.com |
| Core Scientific, Inc., et al. | c/o Weil, Gotshal & Manges LLP | Attn: Alfredo R. Perez | 700 Louisiana Street Suite 1700 | | Houston | TX | 77002 | | 713-546-5000 | 713-224-9511 | alfredo.perez@weil.com |

Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 1 of 3



**Debtors' Master Service List**
As of 6/26/2023

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Core Scientific, Inc., et al. | c/o Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, Ronit J. Berkovich and Moshe A. Fink | 767 5th Ave | | New York | NY | 10153 | | 212-310-6737<br>212-310-8000 | 212-310-8007 | ray.schrock@weil.com<br>ronit.berkovich@weil.com<br>moshe.fink@weil.com |
| Dallas County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | 2777 N Stemmons Freeway Suite 1000 | | Dallas | TX | 75207 | | 214-880-0089 | 469-221-5003 | dallas.bankruptcy@lgbs.com |
| Dalton Utilities | Attn: Tom Bundros | 1200 V D Parrott Jr Pkwy | | | Dalton | GA | 30721 | | 706-278-1313 | 706-278-7230 | tbundros@dutil.com |
| Dalton Utilities | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Matthew R. Brooks | 600 Peachtree Street NE, Suite 3000 | | Atlanta | GA | 30308 | | | | matthew.brooks@troutman.com |
| DK Construction Company | Attn: Justin Edwards, President | 5165 Gilbertsville Highway | | | Calvert City | KY | 42029-0388 | | 270-395-7656 | 270-395-1975 | justin@dkconstructioninc.com |
| Douglas S. Wall | | 4233 Versailles Ave | | | Dallas | TX | 75205 | | 214-662-9255 | | wallds@yahoo.com |
| Duke Energy | Attn: Tammy Daber, Power Contracts Administrator | 9700 David Taylor Dr. | Mail Code: DT01X | | Charlotte | NC | 28262 | | 866-541-8886 | | tammy.daber@duke-energy.com |
| FlowTX | Attn: Lucas Leavitt | PO Box 90504 | | | San Antonio | TX | 78209-9086 | | 210-455-0580 | | lleavitt@flowtx.com |
| Foundry Digital LLC | c/o Porter Hedges LLP | Attn: John F. Higgins, M. Shane Johnson, Megan N. Young-John | 1000 Main Street, 36th Floor | | Houston | TX | 77002 | | 713-226-6000 | 713-226-6248 | jhiggins@porterhedges.com<br>sjohnson@porterhedges.com<br>myoung-john@porterhedges.com |
| Foundry Digital LLC [DCG Foundry LLC] | Attn: Mike Coylers, Licia Barra, Ryan Boyle | 1100 Pittsford Victor Road | | | Pittsford | NY | 14534 | | 585-432-0353<br>646-465-4195 | | hello@foundrydigital.com<br>mcolyer@foundrydigital.com<br>rboyle@foundrydigital.com<br>notices@foundrydigital.com<br>lbarra@foundrydigital.com |
| Foundry Digital LLC [DCG Foundry LLC] | c/o Schulte Roth & Zabel LLP | Attn: Kristine G. Manoukian, Abbey Walsh, Peter J. Amend | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-593-5944 | kristine.manoukian@srz.com<br>abbey.walsh@srz.com<br>peter.amend@srz.com |
| Gaylor Electric, Inc. d/b/a Gaylor, Inc. | c/o Bradley Arant Boult Cummings LLP | Attn: James B Bailey | One Federal Place, 1819 5th Avenue N | | Birmingham | AL | 35203 | | 205-521-8000 | | jbailey@bradley.com |
| Gem Mining | c/o Maynard, Cooper & Gale, P.C. | Attn: Stephen C. Jackson | 1901 Sixth Avenue North, Suite 1700 | | Birmingham | AL | 35203 | | 205-254-1000 | | sjackson@maynardcooper.com |
| General Casualty Company of Wisconsin | c/o Shook, Hardy & Bacon L.L.P. | Attn: John Lewis, Jr. | 600 Travis St. Suite 3400 | | Houston | TX | 77002 | | 713-227-8008 | 713-227-9508 | jolewis@shb.com |
| Gensler | Attn: Todd Runkle | 1011 S. Congress Ave, Building 1, Ste 200 | | | Austin | TX | 78704 | | 512-867-8113 | | todd_runkle@gensler.com |
| Harper Construction Company, Inc | Attn: Stephen Marble | 2241 Kettner Blvd Ste 300 | | | San Diego | CA | 92101 | | 619-233-7900 | 619-233-1889 | lpz@harperconstruction.com<br>lzarazua@harperconstruction.com<br>scm@harperconstruction.com |
| Harper Construction Company, Inc. | c/o Mulinix Eddy & Ewert, PLLC | Attn: Russell L. Mulinix | 210 Park Avenue, Suite 3030 | | Oklahoma City | OK | 73102 | | 405-232-3800 | 405-232-8999 | rusty@lawokc.com |
| Harper Construction Company, Inc. | c/o Porter Hedges LLP | Attn: John F. Higgins, M. Shane Johnson | 1000 Main Street, 36th Floor | | Houston | TX | 77002 | | 713-226-6000 | 713-226-6248<br>713-226-6255 | jhiggins@porterhedges.com<br>sjohnson@porterhedges.com |
| Herc Rentals | Attn: Leslie Hunziker | 27500 Riverview Center Blvd Ste 100 | | | Bonita Springs | FL | 34134 | | 239-301-1675 | | leslie.hunziker@hercrentals.com |
| Huband-Mantor Construction, Inc. | c/o Cokinos Young | Attn: Jay K. Farwell & Stephanie O'Rourke | 10999 I-10 West Suite 800 | | San Antonio | TX | 78230 | | 210-293-8700 | 210-293-8733 | sorourke@cokinoslaw.com<br>jfarwell@cokinoslaw.com |
| Humphrey & Associates, Inc. | c/o Laperouse, PC | Attn: Jason R. Kennedy | 5220 Spring Valley Rd, Suite 615 | | Dallas | TX | 75254 | | 214-396-1105<br>214-396-1099 | 214-396-1096 | bankruptcy@laperouselaw.com |
| Indigo Direct Lending, LLC | c/o Moritt Hock & Hamroff LLP | Attn: Theresa A. Driscoll | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | 516-873-2010 | tdriscoll@moritthock.com |
| Indigo Direct Lending, LLC | c/o Ross, Smith & Binford, PC | Attn: Frances A. Smith, Judith W. Ross | 700 N. Pearl Street, Suite 1610, North Tower | | Dallas | TX | 75201 | | 214-377-7879 | 214-377-9409 | frances.smith@rsbfirm.com<br>judith.ross@rsbfirm.com |
| Internal Revenue Service | | Department of the Treasury | | | Ogden | UT | 84201-0045 | | | | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | 1111 Pennsylvania Ave NW | | | Washington | DC | 20004-2541 | | | | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 267-941-1015 | |
| Internal Revenue Service | Houston Department | 1919 Smith Street | | | Houston | TX | 77002 | | | | |
| Janice J. Kelly | c/o Dee J. Kelly, Jr. | 201 Main St., Ste, 2500 | | | Fort Worth | TX | 76102 | | 817-332-2500 | | dee.kelly@kellyhart.com |
| Kentucky Department of Revenue | Attn: Thomas B. Miller | 501 High Street | | | Frankfort | KY | 40601 | | 502-564-5930 | 502-564-8946 | |
| LiveView Technologies Inc | Attn: Chris Parker | 1226 S 1480 W | | | Orem | UT | 84058 | | 801-221-9408 | | chris.parker@lvt.com |
| Luxor Technology Corp | | 1100 Bellevue Way NE | Suite 8A #514 | | Bellevue | WA | 98004 | | | | |
| LV.NET, LLC | c/o Hendershot Cowart P.C. | Attn: Simon W. Hendershot, III, Carolyn Carollo | 1800 Bering Drive, Suite 600 | | Houston | TX | 77057 | | 713-783-3110 | 713-783-2809 | trey@hchlawyers.com<br>ccarollo@hchlawyers.com |
| Maddox Industrial Transformer, LLC | c/o Haynsworth Sinkler Boyd, P.A. | Attn: Mary M. Caskey, Esq. | Post Office Box 11889 | | Columbia | SC | 29211 | | 803-779-3080 | 803-765-1243 | mcaskey@hsblawfirm.com |
| Marnoy Interests, Ltd. d/b/a Office Pavilion | c/o Ferguson Braswell Fraser Kubasta PC | Attn: Rachel L. Smiley | 2500 Dallas Parkway, Suite 600 | | Plano | TX | 75093 | | 972-378-9111 | 972-378-9115 | rsmiley@fbfk.law |
| Marshall County Sheriff | Attn: Trent Weaver, Sheriff | 52 Judicial Dr | | | Benton | KY | 42025 | | 270-527-3112 | | marshallso@marshallco.org |
| MassMutual Asset Finance LLC | Attn: David Coutu | 2 Hampshire Street | Suite 101 | | Foxboro | MA | 02035 | | | | |
| MassMutual Asset Finance LLC | c/o Verrill Dana LLP | Attn: Nathaniel R. Hull | One Portland Square | | Portland | ME | 04101 | | 207-253-4726 | | nhull@verrill-law.com |
| MassMutual Asset Finance LLC | c/o Verrill Dana LLP | Attn: Thomas O. Bean, Esq. | One Federal Street 20th Floor | | Boston | MA | 02110 | | 617-309-2606 | | tbean@verrill-law.com |
| McCarthy Building Companies Inc. | c/o Watt, Tieder, Hoffar & Fitzgerald, LLP | Attn: Jennifer L. Kneeland and Marguerite Lee DeVoll | 1765 Greensboro Station Place | Suite 1000 | McLean | VA | 22102 | | 703-749-1000 | 703-893-8029 | jkneeland@watttieder.com<br>mdevoll@watttieder.com<br>shope@watttieder.com |
| McDermott Will and Emery LLP | Attn: Alexandra Catherina Scheibe | 1 Vanderbilt Ave | | | New York | NY | 10017 | | 202-756-8135 | | ascheibe@mwe.com |
| Meridian Equipment Finance, LLC | c/o Saldutti Law Group | Attn: Rebecca K. McDowell | 1040 Kings Highway N, Suite 100 | | Cherry Hill | NJ | 08034 | | 856-779-0300 | | rmcdowell@slgcollect.com |
| MK Marlow Company, LLC | c/o Scott Viscuso, PLLC | Attn: Eric L Scott | 1105 North Bishop Avenue | | Dallas | TX | 75208 | | 214-289-2891 | | escott@sv-legal.com |
| Moss Adams LLP | Attn: Findley Oliver Gillespie | 999 Third Ave | Ste 2800 | | Seattle | WA | 98104 | | 206-302-6500<br>206-302-6212 | | findley.gillespie@mossadams.com |
| MP2 Energy Texas, LLC d/b/a Shell Energy Solutions | Attn: Aren Hansen | 21 Waterway Avenue, Ste 450 | | | The Woodlands | TX | 77380 | | 832-510-1042 | | legal@shellenergy.com |
| MP2 Energy Texas, LLC d/b/a Shell Energy Solutions | c/o Cokinos Young | Attn: Craig E. Power & Tres Gibbs | 1221 Lamar Street 16th Floor Four Houston Center | | Houston | TX | 77010 | | 713-535-5500<br>713-535-5528 | 713-535-5533 | cpower@cokinoslaw.com<br>tgibbs@cokinoslaw.com |
| North Mill Equipment Finance LLC | c/o Padfield & Stout, L.L.P. | Attn: Christopher V. Arisco | 420 Throckmorton Street, Suite 1210 | | Fort Worth | TX | 76102 | | 817-338-1616 | 817-338-1610 | carisco@padfieldstout.com<br>mstout@padfieldstout.com |
| NYDIG ABL LLC | c/o Sidley Austin LLP | Attn: Dennis M. Twomey and Jackson T. Garvey | One South Dearborn Street | | Chicago | IL | 60603 | | 312-853-7000 | 312-853-7036 | dtwomey@sidley.com<br>jgarvey@sidley.com |
| NYDIG ABL LLC | c/o Sidley Austin LLP | Attn: Elizabeth R. Tabas Carson | 787 7th Ave | | New York | NY | 10019 | | | | etabas@sidley.com |
| NYDIG ABL LLC | c/o Sidley Austin LLP | Attn: Maegan Quejada | 1000 Louisiana Street, Suite 5900 | | Houston | TX | 77002 | | 713-495-4500 | 713-495-7799 | mquejada@sidley.com |
| Office of the U.S. Trustee | Attn: Jayson Ruff & Alicia Barcomb | 515 Rusk Street, Suite 3516 | | | Houston | TX | 77002 | | 713-718-4650 | 713-718-4670 | jayson.b.ruff@usdoj.gov<br>alicia.barcomb@usdoj.gov |
| Official Committee of Equity Security Holders | c/o Vinson & Elkins LLP | Attn: David S. Meyer, Lauren R. Kanzer and Zachary A. Paiva | 1114 Avenue of the Americas, 32nd Floor | | New York | NY | 10036 | | 212-237-0000 | 212-237-0100 | dmeyer@velaw.com<br>lkanzer@velaw.com<br>zpaiva@velaw.com |
| Official Committee of Equity Security Holders | c/o Vinson & Elkins LLP | Attn: Paul E. Heath, Harry A. Perrin and Kiran Vakamudi | 845 Texas Avenue, Suite 4700 | | Houston | TX | 77002 | | 713-758-2222 | 713-758-2346 | pheath@velaw.com<br>hperrin@velaw.com<br>kvakamudi@velaw.com |
| Official Committee of Unsecured Creditors | c/o Willkie Farr & Gallagher LLP | Attn: Brett H Miller, Todd M Goren, James H Burbage, & Joseph R. Brandt | 787 Seventh Avenue | | New York | NY | 10019 | | 212-728-8000 | 212-728-8111 | bmiller@willkie.com<br>tgoren@willkie.com<br>jburbage@willkie.com<br>corewillkie@willkie.com<br>jbrandt@willkie.com |
| Official Committee of Unsecured Creditors | c/o Willkie Farr & Gallagher LLP | Attn: Jennifer J Hardy | 600 Travis Street | | Houston | TX | 77002 | | 713-510-1700 | 713-510-1799 | jhardy2@willkie.com<br>corewillkie@willkie.com |
| OP | Attn: Elise Chittick | 10030 Bent Oak Dr | | | Houston | TX | 77040 | | 713-595-0522 | | echittick@ophouston.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | 425 Market Street, Suite 2900 | | San Francisco | CA | 94105-3493 | | 415-227-0900 | | schristianson@buchalter.com |

Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 2 of 3



## Debtors' Master Service List
As of 6/26/2023

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Priority Power Management LLC | Attn: Robert L. Douglas | 2201 E Lamar Blvd Suite 275 | | | Arlington | TX | 76006 | | 408-375-0865 | | rdouglas@prioritypower.com |
| Priority Power Management, LLC | c/o Baker Botts LLP | Attn: Danny David | One Shell Plaza, 910 Louisiana Street | | Houston | TX | 77002-4995 | | 713-229-1234 | | danny.david@bakerbotts.com |
| Priority Power Management, LLC | c/o Baker Botts LLP | Attn: Eric T. Haitz, Shelby V. Saxon | 2001 Ross Avenue, Suite 900 | | Dallas | TX | 75201-2980 | | 214-953-6500 | | eric.haitz@bakerbotts.com shelby.saxon@bakerbotts.com |
| Priority Power Management, LLC | c/o Baker Botts LLP | Attn: Scott R. Bowling | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-2500 | | scott.bowling@bakerbotts.com |
| Quinn Emanuel Urquhart & Sullivan LLP | Attn: Asher Griffin | 300 West 6th St, Suite 2010 | | | Austin | TX | 78701 | | 737-667-6103 | | ashergriffin@quinnemanuel.com |
| Radar Relay, Inc. | | 210 Barton Springs Road, Suite 300 | | | Austin | TX | 78701 | | | | |
| RADAR, LLC | | 210 Barton Springs Road, Suite 300 | | | Austin | TX | 78701 | | | | |
| RBH Holdings, LLC | c/o Randall B. Hale | 3737 Buffalo Speedway, Ste. 1800 | | | Houston | TX | 77098 | | 713-304-8262 | | rhale@rockhillcap.com |
| Reed Wells Benson and Company | Attn: Kenneth Fulk | 120010 N Central Expressway | Ste 1100 | | Dallas | TX | 75243 | | 972-788-4222 | | kfulk@rwb.net |
| Rudolph Family Trust | c/o Lawrence Rudolph Trustee | 613 Canyon Greens Dr. | | | Las Vegas | NV | 89144 | | 310-909-9745 | | laru@reign-deer.com |
| Securitas Security Services USA Inc | Attn: Patrick Melody | 4330 Park Terrace Drive | | | West Lake Village | CA | 91361 | | 763-287-6618 | | patrick.melody@securitasinc.com |
| Securities & Exchange Commission | Attn: Regional Director | 5000 T Rex Ave | Ste 300 | | Boca Raton | FL | 33431-4491 | | | | |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F Street, NE | | | Washington | DC | 20002 | | | | |
| Shell Energy Solutions | Attn: Marty Lundstrom | 21 Waterway Avenue Suite 450 | | | The Woodlands | TX | 77380 | | 832-510-1042 | 832-510-1128 | marty.lundstrom@mp2energy.com |
| Sidley Austin LLP | Attn: Scott Parel | 2021 McKinney Avenue | Suite 2000 | | Dallas | TX | 75201 | | 214-981-3431 | | sparel@sidley.com |
| Sphere 3D Corp. | Attn: Patricia Trompeter | 4 Greenwich Office Park | Suite 100 | | Greenwich | CT | 06831 | | | | patricia.trompeter@sphere3d.com |
| Sphere 3D Corp. | c/o Hunton Andrews Kurth LLP | Attn: Timothy A. ("Tad") Davidson II, Ashley L. Harper | 600 Travis Street, Suite 4200 | | Houston | TX | 77002 | | 713-220-4200 | 713-220-4285 | taddavidson@huntonak.com ashleyharper@huntonak.com |
| Sphere 3D Corp. | c/o Pryor Cashman LLP | Attn: Seth H. Lieberman, Matthew W. Silverman | 7 Times Square | | New York | NY | 10036 | | 212-421-4100 | 212-326-0806 | slieberman@pryorcashman.com msilverman@pryorcashman.com |
| SRPF A QR Riversouth LLC | c/o Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry | 500 N. Akard Street, Suite 3800 | | Dallas | TX | 75201-6659 | | 214-855-7565 214-855-7500 | 214-978-5335 214-855-7584 | dperry@munsch.com |
| Starboard Capital LLC | | 210 Barton Springs Road, Suite 300 | | | Austin | TX | 78701 | | 203-259-8287 | | |
| State Of Georgia | Office Of The Attorney General | 40 Capitol Sq Sw | | | Atlanta | GA | 30334 | | 404-656-3300 | 404-657-8733 | |
| State Of Kentucky | Office Of The Attorney General | Capitol Building | 700 Capitol Ave Ste 118 | | Frankfort | KY | 40601 | | 502-696-5300 | 502-564-2894 | kyoagor@ky.gov |
| State Of North Carolina | Office Of The Attorney General | 114 W Edenton St | | | Raleigh | NC | 27603 | | 919-716-6400 | 919-716-6050 | |
| State Of North Dakota | Office Of The Attorney General | State Capitol, 600 E Boulevard Ave | Dept. 125 | | Bismarck | ND | 58505 | | 701-328-2210 | 701-328-2226 | ndag@nd.gov |
| Stonebriar Commercial Finance LLC | Attn: Jeffrey L. Wilkison | 5601 Granite Parkway | Suite 1350 | | Plano | TX | 75024 | | 469-609-8500 469-609-8505 | 469-609-8549 | jeff.wilkinson@stonebriarcf.com |
| Tanmar Rentals, LLC | c/o Wells & Cuellar, P.C. | Attn: Jeffrey D. Stewart | 440 Lousiana, Suite 718 | | Houston | TX | 77002 | | 713-222-1281 | 713-237-0570 | jstewart@wellscuellar.com |
| Tenaska Power Services Co | Attn: Drew Fossum | 14302 FNB Parkway | | | Omaha | NE | 68154 | | 817-462-1521 | | tpmcustomerservice@tnsk.com |
| Tenaska Power Services Co. | | 300 E. John Carpenter Ste. 1000 | | | Irving | TX | 75062 | | | | |
| Tenaska Power Services Co. | c/o Ross, Smith & Binford, PC | Attn: Jason Binford | 2003 N. Lamar Blvd. Suite 100 | | Austin | TX | 78705 | | 512-351-4778 | 214-437-6650 | jason.binford@rsbfirm.com |
| Tenaska Power Services Co. | c/o Ross, Smith & Binford, PC | Attn: Judith W. Ross | 700 N. Pearl Street Suite 1610 Plaza of the Americas | North Tower | Dallas | TX | 75201 | | 214-377-7879 | 214-377-9409 | judith.ross@rsbfirm.com frances.smith@rsbfirm.com |
| Tenet Solutions | Attn: Accounting | 1238 Grey Fox Rd | | | Arden Hills | MN | 55112 | | 651-604-2838 | | tenet-ar@tenetsolutions.us |
| Texas Comptroller of Public Accounts, Revenue Accounting Division | c/o Bankruptcy & Collections Division | Attn: Christopher S. Murphy | PO Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4867 | 512-936-1409 | christopher.murphy@oag.texas.gov |
| Texas Office of the Attorney General | | 300 W. 15th Street | | | Austin | TX | 78701 | | 512-463-2100 | 512-475-2994 | |
| Texas Office of the Attorney General | | PO Box 12548 | | | Austin | TX | 78711-2548 | | 512-463-2100 | 512-475-2994 | |
| Toyota Industries Commercial Finance Inc. | c/o Weltman, Weinberg & Reis Co. LPA | Attn: Scott D. Fink | 965 Keynote Circle | | Brooklyn Heights | OH | 44131 | | 877-338-9484 | | bronationalecf@weltman.com |
| Travis County | Attn: Jason A. Starks, Assistant Travis County Attorney | PO Box 1748 | | | Austin | TX | 78767 | | 512-854-9092 | 512-854-9316 | jason.starks@traviscountytx.gov |
| Trilogy LLC | Attn: Sam Bersiek | 6255 Saddle Tree Dr | | | Las Vegas | NV | 89118 | | 949-678-1515 | | sam@trilogycorp.com |
| Trinity Capital Inc | Attn: Kyle Brown | 1N 1st Street, Suite 302 | | | Phoenix | AZ | 85004 | | | | |
| Trinity Capital Inc. | c/o Latham & Watkins LLP | Attn: Kimberly A. Posin | 355 South Grand Avenue, Suite 100 | | Los Angeles | CA | 90071-1560 | | 213-485-1234 | 213-891-8763 | kim.posin@lw.com |
| U.S. Bank National Association, as Prepetition Note Agent and Collateral Agent | c/o Shipman & Goodwin LLP | Attn: Kathleen M. LaManna, Esq. | One Constitution Plaza | | Hartford | CT | 06103 | | 860-251-5603 | 860-251-5218 | klamanna@goodwin.com bankruptcy@goodwin.com bankruptcyparalegal@goodwin.com |
| US Attorney's Office for the Southern District of Texas | Attn: Jennifer Lowery | 1000 Louisiana St Suite 2300 | | | Houston | TX | 77002 | | 713-567-9000 | 713-718-3300 | usatxs.atty@usdoj.gov |
| US Customs and Border Patrol | Attn: Raul Ortiz | 1300 Pennsylvania Avenue, Suite 4.4-B | | | Washington | DC | 20229 | | 202-344-2050 | 973-368-6913 | |
| Wingspire Equipment Finance LLC | c/o Reed Smith LLP | Attn: Richard J. Tannenbaum | 599 Lexington Avenue | | New York | NY | 10022 | | 212-549-0233 | | rtannenbaum@reedsmith.com |

Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 3 of 3