# UNITED STATES BANKRUPTCY COURT

Southern District of Texas

In re  Core Scientific, Inc., et al.            ,            Case No.  22-90341

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| B. Riley Securities, Inc. | BRF Finance Co., LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
B. Riley Securities, Inc.
11100 Santa Monica Blvd., Suite 800
Los Angeles, CA 90025

Court Claim # (if known): 328
Amount of Claim: $33,661,657.00
Date Claim Filed: April 13, 2023

Phone: N/A

Phone: 646-346-2402
Last Four Digits of Acct. #:  N/A

Last Four Digits of Acct #: N/A

Name and Address where transferee payments should be sent (if different from above): N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[DocuSigned signature: 6CE8AD0A7FF748F...]_____        Date: June 27, 2023
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court
Southern District of Texas
Attn: Clerk

AND TO: Core Scientific, Inc., et al. ("Debtor")
Case No. 22-90341 ("Case")

BRF Finance Co., LLC, a Delaware limited liability co (the "Assignor"), pursuant to the terms of an Assignment of Bridge Note effective as of June 15, 2023, does hereby certify that it has unconditionally and irrevocably transferred and assigned to:

B. Riley Securities, Inc.
11100 Santa Monica Blvd.
Suite 800
Los Angeles, CA 90025

its successors and assigns ("Assignee"), all right, title and interest in and to the claim of Assignor against the Debtor, in the principal amount solely with respect to the $33,661,657 claim docketed as Claim 328 (the "Claim") in the United States Bankruptcy Court for the Southern District of Texas.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the U.S. Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignor as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Assignee.

*[Signature Page Follows]*

11468084

IN WITNESS WHEREOF, Assignor and Assignee have executed this Evidence of Transfer of Claim as of June 15, 2023.

**BRF FINANCE CO., LLC**, as Assignor

By: *Phil Ahn* (DocuSigned)
Name: Phil Ahn
Title: Chief Financial Officer

**B. RILEY SECURITIES, INC.**, as Assignee

By: *Michael McCoy* (DocuSigned)
Name: Michael McCoy
Title: Chief Financial Officer

11468084