IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § § | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTER
SET FOR HEARING ON JUNE 28, 2023 AT 2:30 P.M. (CT)**

Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**") hereby file this Agenda of Matter Set for Hearing on June 28, 2023 at 2:30 p.m. (CT) before the Honorable David R. Jones. The hearing will be conducted in Courtroom 400, 4th floor, 515 Rusk Avenue, Houston, TX 77002. You may participate in the hearing by an audio and video connection. The audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510 and enter the conference code 205691. The video communication will be by use of the Gotomeeting Platform. Connect via the free Gotomeeting Application or click the link on Judge Jones's home page. The meeting code is "judgejones." Click the settings icon in the upper right corner and enter your name under the personal information setting.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

**Consensual Matter**

1. **LV.Net LLC's Motion for Relief from Automatic Stay (Docket No. 946)**

    Status:   The parties have resolved this matter consensually and the Debtors filed an agreed stipulation and proposed order granting LV. Net LLC limited relief from the automatic stay.

    Related Documents:

    A.   Stipulation and Order Granting LC, NET LLC Limited Relief from the Automatic Stay (Docket No. 970)

    B.   LV.Net LLC's Motion for Relief from Automatic Stay (Docket No. 946)

[*Remainder of page intentionally left blank*]

Dated: June 27, 2023
      Houston, Texas

                      Respectfully submitted,

                      /s/  Alfredo R. Pérez
                    WEIL, GOTSHAL & MANGES LLP
                    Alfredo R. Pérez (15776275)
                    Clifford Carlson (24090024)
                    700 Louisiana Street, Suite 1700
                    Houston, Texas  77002
                    Telephone: (713) 546-5000
                    Facsimile:  (713) 224-9511
                    Email:  Alfredo.Perez@weil.com
                           Clifford.Carlson@weil.com

                    -and-

                    WEIL, GOTSHAL & MANGES LLP
                    Ray C. Schrock (admitted *pro hac vice*)
                    Ronit J. Berkovich (admitted *pro hac vice*)
                    767 Fifth Avenue
                    New York, New York  10153
                    Telephone:  (212) 310-8000
                    Facsimile:   (212) 310-8007
                    Email:  Ray.Schrock@weil.com
                           Ronit.Berkovich@weil.com

                    *Attorneys for Debtors*
                    *and Debtors in Possession*

**Certificate of Service**

I hereby certify that on June 27, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                 */s/ Alfredo R. Pérez*
                                                 Alfredo R. Pérez