IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § § | (Jointly Administered) Re: Docket No. 881 |

**CERTIFICATE OF NO OBJECTION REGARDING
ORDER ALLOWING INTERIM COMPENSATION
AND REIMBURSEMENT OF EXPENSES DETAILED
IN PJT PARTNERS LP'S FIRST INTERIM FEE APPLICATION**

1. On May 15, 2023, PJT Partners LP (the "**Applicant**") filed the *First Interim Application of PJT Partners LP, Investment Banker to the Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from December 21, 2022 Through March 31, 2023* (Docket No. 881) (the "**PJT Fee Application**"), with a proposed order granting the relief requested in the PJT Fee Application annexed thereto (Docket No. 881-1) (the "**Proposed Orde**r"). Objections to the PJT Fee Application were required to be filed and served on or prior to June 5, 2023 (the "**Objection Deadline**").

2. In accordance with paragraph 44 of the *Procedures for Complex Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) the Objection Deadline has passed, (ii) the undersigned counsel is

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

unaware of any objection to the PJT Fee Application, and (iii) the undersigned counsel has reviewed the Court's docket and no objection to the PJT Fee Application appears thereon.

3. Therefore, the Applicant respectfully requests entry of the Proposed Order annexed hereto as **Exhibit A**.

*[Remainder of page intentionally left blank]*

Dated: June 27, 2023
      Houston, Texas

Respectfully submitted,

  /s/ *Alfredo R. Pérez*
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Alfredo.Perez@weil.com
       Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Ray.Schrock@weil.com
       Ronit.Berkovich@weil.com

*Attorneys for Debtors
and Debtors in Possession*

Case 22-90341   Document 999   Filed in TXSB on 06/27/23   Page 4 of 4

## Certificate of Service

    I hereby certify that on June 27, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                     /s/  Alfredo R. Pérez
                                                                     Alfredo R. Pérez