IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § § | (Jointly Administered) Re: Docket No. 902 |

CERTIFICATE OF NO OBJECTION REGARDING
ORDER ALLOWING INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES DETAILED IN DELOITTE
FINANCIAL ADVISORY SERVICES LLP'S FIRST INTERIM FEE APPLICATION

1. On May 18, 2023, Deloitte Financial Advisory Services LLP (the "**Applicant**") filed the *First Interim Fee Application of Deloitte Financial Advisory Services LLP for Compensation of Services Rendered as Financial Services Provider to the Debtors for the Period from January 13, 2023 Through March 31, 2023* (Docket No. 902) (the "**Deloitte FAS Fee Application**"), with a proposed order granting the relief requested in the Deloitte FAS Fee Application annexed thereto (Docket No. 902-1) (the "**Proposed Order**"). Objections to the Deloitte FAS Fee Application were required to be filed and served on or prior to June 8, 2023 (the "**Objection Deadline**").

2. In accordance with paragraph 44 of the *Procedures for Complex Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) the Objection Deadline has passed, (ii) the undersigned counsel is

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

unaware of any objection to the Deloitte FAS Fee Application, and (iii) the undersigned counsel has reviewed the Court's docket and no objection to the Deloitte FAS Fee Application appears thereon.

       3. Therefore, the Applicant respectfully requests entry of the Proposed Order annexed hereto as **Exhibit A**.

[*Remainder of page intentionally left blank*]

Dated: June 27, 2023
      Houston, Texas

Respectfully submitted,

  /s/  Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:   (713) 224-9511
Email:   Alfredo.Perez@weil.com
         Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Email:   Ray.Schrock@weil.com
         Ronit.Berkovich@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

**Certificate of Service**

    I hereby certify that on June 27, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                      */s/ Alfredo R. Pérez*
                                                    Alfredo R. Pérez