### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.,* | § | Case No. 22-90341 (DRJ) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | |

### NOTICE OF AGENDA OF MATTER
### SET FOR STATUS CONFERENCE ON JUNE 29, 2023 AT 1:30 P.M. (CT)

Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), hereby file this Agenda of Matter Set for Status Conference on June 29, 2023 at 1:30 p.m. (CT) before the Honorable David R. Jones. The hearing will be conducted in Courtroom 400, 4th floor, 515 Rusk Avenue, Houston, TX 77002. You may participate in the hearing by an audio and video connection. The audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510 and enter the conference code 205691. The video communication will be by use of the Gotomeeting Platform. Connect via the free Gotomeeting Application or click the link on Judge Jones's home page. The meeting code is "judgejones." Click the settings icon in the upper right corner and enter your name under the personal information setting.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

1. **Status Conference**

<u>Status</u>:     At the status conference, the Debtors will provide the Court with an update on the status of the Debtors' plan of reorganization, disclosure statement, and chapter 11 process.

<u>Related Documents</u>:

      A.     Order Pursuant to Section 1121(d) of the Bankruptcy Code Extending Exclusive Periods (Docket No. 962)

      B.     Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors (Docket No. 974)

      C.     Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors (Docket No. 975)

      D.     Notice of (I) Filing of Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors and Related Disclosure Statement and (II) June 29 Status Conference (Docket No. 976)

*[Remainder of page intentionally left blank]*

Dated: June 28, 2023
       Houston, Texas

Respectfully submitted,

*/s/  Alfredo R. Pérez*
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:  Alfredo.Perez@weil.com
        Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:  Ray.Schrock@weil.com
        Ronit.Berkovich@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

**<u>Certificate of Service</u>**

I hereby certify that on June 28, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

<u>/s/ Alfredo R. Pérez</u>
Alfredo R. Pérez
