Electronic Appearance Sheet

ROBERT D. BROWN, SCHULTE ROTH & ZABEL LLP
Client(s): Foundry Digital LLC

KRISTINE MANOUKIAN, Schulte Roth & Zabel LLP
Client(s): Foundry Digital LLC

ABBEY WALSH, Schulte Roth & Zabel LLP
Client(s): Foundry Digital LLC

David S. Meyer, Vinson & Elkins LLP
Client(s): Counsel to the Official Committee of Equity Security Holders

Paul E. Heath, Vinson & Elkins LLP
Client(s): Counsel to the Official Committee of Equity Security Holders

Kristopher Hansen, Paul Hastings LLP
Client(s): Ad Hoc Group of Secured Convertible Noteholders

Alfredo Perez, Weil, Gotshal & Manges LLP
Client(s): Debtors' Counsel

Ray Schrock, Weil, Gotshal & Manges LLP
Client(s): Debtors' Counsel

Ronit Berkovich, Weil, Gotshal & Manges LLP
Client(s): Debtors' Counsel

Clifford Carlson, Weil, Gotshal & Manges LLP
Client(s): Debtors' Counsel

Todd Goren, Willkie Farr & Gallagher LLP
Client(s): Official Committee of Unsecured Creditors

Brett Miller, Willkie Farr & Gallagher LLP
Client(s): Official Committee of Unsecured Creditors

Lauren R. Kanzer, Vinson & Elkins LLP
Client(s): Official Committee of Equity Security Holders

Tom Kirkendall, Law Office of Tom Kirkendall
Client(s): Darin Feinstein

John For, Pro Se, None, Pro Se
Client(s): Na

Jennifer Hardy, Willkie Farr & Gallagher LLP
Client(s): Official Committee of Unsecured Creditors

Electronic Appearance Sheet

Thomas Bean, Verrill Dana
Client(s): MassMutual Asset Finance

Patrick Autry, Branscomb Law
Client(s): Coonrod Electric Co LLC

Nathaniel Hull, Verrill Dana LLP
Client(s): MassMutual Asset Finance LLC

James Bailey, Bradley
Client(s): Gaylor Electric

Austin Crabtree, Weil, Gotshal & Manges LLP
Client(s): Debtors' Counsel

Peter Lewis, Scheef & Stone
Client(s): Special Committee of Core Board of Directors

Brian Lohan, Arnold & Porter Kaye Scholer LLP
Client(s): Barings

Sarah Gryll, Arnold & Porter Kaye Scholer LLP
Client(s): Barings

James Grogan, Paul Hastings LLP
Client(s): Ad Hoc Secured Convertible Noteholder Group

Jayson Ruff, US DOJ
Client(s): US Trustee

Matthew Ferris, Haynes and Boone, LLP
Client(s): BlockFi

Chris Murphy, Office of the Texas Attorney General
Client(s): Texas Comptroller of Public Accounts

Gary McDonald, McDonald Law, PLLC
Client(s): J.W. Didado Electric, LLC

Jay Farwell, Cokinos | Young
Client(s): Huband-Mantor Construction