IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CHAPTER 11 |
| CORE SCIENTIFIC, INC., *et al.* | § § | CASE NO. 22-90341 (DRJ) |
| DEBTORS.[1] | § § § | (Jointly Administered) |

## WITNESS AND EXHIBIT LIST

| | |
|---|---|
| Main Case No: 22-90341 | Name of Debtor: Core Scientific, Inc. |
| | |
| Witnesses: | |
| Nadine E. Reighn, Legal Recovery Manager, North Mill Equipment Finance, LLC | Judge: Honorable David R. Jones |
| Todd DuChene, President of Core Scientific, Inc. | Courtroom Deputy: Vriana Portillo |
| Alfredo R. Perez, Counsel for Core Scientific, Inc. | Hearing Date: July 10, 2023 |
| Any other counsel for Core Scientific, Inc. | Hearing Time: 2:00 p.m. |
| | Party's Name: North Mill Equipment Finance, LLC |
| | Attorney's Name: Christopher V. Arisco |
| | Attorney's Phone: 817-338-1616 |
| | Nature of Proceeding: Motion for Relief from Automatic Stay Regarding Equipment, or Alternatively, Motion for Adequate Protection [Doc. # 780] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| NM-A | Affidavit in Support of Motion for Relief from Stay, or Alternatively, Motion for Adequate Protection | | | | |
| NM-B | Master Lease Agreement Number 32109 | | | | |
| NM-C | Equipment Schedule No. 03 | | | | |
| NM-D | UCC-1 Financing Statement No. 2020 2258236 | | | | |
| NM-E | Notice and Acknowledgement of Assignment (Equipment Schedule No. 03) | | | | |
| NM-F | Equipment Schedule No. 05 | | | | |
| NM-G | Subsequent UCC-1 Financing Statement No. 2020 2258236 | | | | |
| NM-H | Notice and Acknowledgement of Assignment (Equipment Schedule No. 05) | | | | |

North Mill Equipment Finance, LLC reserves the right to call any other witness designated or identified by any other party at the hearing for purpose of examination at the hearing and/or any rebuttal witness.

North Mill Equipment Finance, LLC reserves the right to amend its Exhibit List and/or supplement the same. North Mill Equipment Finance, LLC further reserves the right to introduce any document designated by any other party in-interest, as well as any rebuttal documents.

**Respectfully submitted,**

PADFIELD & STOUT, L.L.P
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102
Phone: 817-338-1616
Fax: 817-338-1610

<u>/s/ *Christopher V. Arisco*</u>
Mark W. Stout
State Bar I.D. #24008096
mstout@padfieldstout.com
Christopher V. Arisco
State Bar I.D. #24064830
carisco@padfieldstout.com

*Attorneys for North Mill Equipment Finance LLC*

## CERTIFICATE OF SERVICE

The undersigned converted the foregoing document into an electronic image, via portable document format (.pdf), electronically submitted same to the Internet web portal for the Clerk of this Court utilizing the Electronic Management and Electronic Case Filing system of the Court, which has caused service, via Simple Mail Transfer Protocol (e-mail), of a Notice of Electronic Filing of this imaged document to the below-identified parties on Monday, July 3, 2023; said e-mail provides an attributable hyperlink to the document, in portable document format, except for Debtor(s), and any other entity so identified below or on the EM/ECF filing sheet, whereas in that instance such document was mailed via First Class United States Mail, to-wit:

| | |
|---|---|
| **Core Scientific, Inc.**<br>2407 S. Congress Avenue, Suite E-101<br>Austin, TX 78704<br><br>*Debtor* | **Alfredo R. Pérez**<br>Weil, Gotshal & Manges LLP<br>700 Louisiana Street, Suite 1700<br>Houston, TX 77002<br><br>*Attorney for Debtor* |
| **Jason S. Brookner**<br>**Lydia R. Webb**<br>Gray Reed & McGraw LLP<br>1601 Elm Street, Suite 4600<br>Dallas, TX 75201<br><br>**Jennifer Jaye Hardy**<br>Willkie Farr Gallagher LLP<br>600 Travis St, Suite 2310<br>Houston, TX 77002<br><br>*Official Committee of Unsecured Creditors* | **United States Trustee**<br>Office of the US Trustee<br>515 Rusk Ave., Suite 3516<br>Houston, Texas 77002<br><br><br><br><br><br><br><br>*U.S. Trustee's Office* |
| **Alicia Lenae Barcomb**<br>**Hector Duran, Jr.**<br>**Jayson B. Ruff**<br>U.S. Trustee<br>515 Rusk, Ste. 3516<br>Houston, TX 77002<br><br><br>*Chapter 11 Trustee* | **All those receiving ECF notification in this case.** |

/s/ *Christopher V. Arisco*
Christopher V. Arisco