IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22- 90341 (DRJ) |
| Debtors.[1] | § § § § | (Jointly Administered) Re: Docket No. 543 |

### DECLARATION AND DISCLOSURE STATEMENT OF CATHERINE IWICKI, ON BEHALF OF ANDERSEN TAX LLC

I, **Catherine Iwicki**, hereby declare, pursuant to section 1746 of title 28 of the United States Code, that the following is true to the best of my knowledge, information, and belief:

1. I am a Managing Director of **Andersen Tax LLC** located at **1200 Fifth Avenue, Suite 1600, Seattle, WA 98101** (the "Professional").

2. Core Scientific, Inc. and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), have requested that the Professional provide **tax and accounting** services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Professional may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Professional is retained in cases, proceedings, and transactions involving many different parties, some of which

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198).  The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

may represent or be claimants or employees of the Debtors, or other parties-in-interest in these chapter 11 cases. The Professional does not perform services for any such person in connection with these chapter 11 cases. The Professional performed a search for all parties in interest that were identified by the Debtors against the list of all known clients of Andersen Tax LLC. That search identified the parties in interest that have been or continue to be clients of Andersen Tax LLC, that are listed in Exhibit A. The Professional is not aware of any services Andersen Tax LLC provides to such clients that may conflict with the Professional's tax provision and tax compliance services to Core Scientific, Inc., if Professional is authorized to perform such services by the Court. The Professional does not have any relationship with any party in interest, their attorneys, or accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Professional is to be retained.

4. Neither I, nor any principal of, or professional employed by the Professional has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Professional.

5. Neither I, nor any principal of, or professional employed by the Professional, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates, with respect to the matters on which the Professional is to be retained.

6. The Debtors owe the Professional $0.00 for prepetition services.

7. The Professional is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of

its employment, if the Professional should discover any facts bearing on the matters described herein, the Professional will supplement the information contained in this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: <u>March 23, 2023</u>

By: *Catherine C. Iwicki* _____

<u>Catherine Iwicki</u>

<u>Managing Director</u>

**Andersen Tax LLC**

**Exhibit A**

5STAR5 INC
AT&T
Akin Gump Strauss Hauer & Feld LLP
Alteryx Inc.
Amazon Web Services Inc.
Andrew Ferraro
Arnold & Porter Kaye Scholer LLP
BEP 888, LLC
BEP 999, LLC
BW Holdings, LLC
Barkley Investments, LLC
Bigeye, Inc.
Bitmain Technologies Georgia Limited
Bitmain Technologies Limited
Bitmain Technology Inc.
Brent Berge
Christopher R. Travis
Circular Technologies Inc.
City National Bank
Cloudflare Inc.
Coinbase Inc.
ComNet Communications, LLC
ComputerShare Inc.
Cooley LLP
Core Scientific, Inc.
CrossCountry Consulting LLC
DUS Management Inc.
Databricks, Inc.
David Sarner
Davis Wright Tremaine LLP
Docusign Inc.
Ducera Partners
FTF Diversified Holdings, LP
Faegre Drinker Biddle and Reath LLP
First National Capital LLC
Frontier Communications
Frontier Communications America Inc.
GPU One Holdings, LLC
Genesis Global Capital, LLC
George Wilson
Gopher, LLC

Gray Reed
Greenberg Traurig, LLP
Grubhub Holdings Inc.
Gwen Smith
Hewlett Packard Enterprise Company
Holland and Hart LLP
HubSpot Inc.
ICE Systems, Inc.
Ibex Partners (Core) LP
Intralinks, Inc.
Ironclad Inc.
Jackson Walker LLP
Jay Deutsch
Lane Powell PC
Latham & Watkins LLP (Counsel for Trinity Capital)
Lattice
Lockton Insurance Brokers LLC
Lukka Inc.
MNP LLP
MSC Industrial Supply Co.
Mawson Infrastructure Group Inc.
McDermott Will & Emery LLP
MetLife
Michael Cruz
Mineco Holdings, Inc.
Morgan, Lewis & Bockius LLP
N9+, LLC
NAVEX Global, Inc.
PJT Partners LP
Q4 Inc.
Quinn Emanuel Urquhart & Sullivan, LLP
Resources Global Professionals
Ryan LLC
Sidley Austin LLP
Skadden, Arps, Slate, Meagher & Flom LLP
Slack Technologies LLC
Slalom LLC
Smartsheet Inc.
Starlink
Synopsys Inc
T-Mobile USA, Inc.
TBC 222 LLC
Talos Energy, Inc.
Team LLC
Telfi LLC

Troutman Pepper Hamilton Sanders LLP (Counsel for Dalton Utilities)
UnitedHealthcare ("UHC")
W5 Family Trust
Weil, Gotshal & Manges LLP
Willkie Farr & Gallagher LLP
Wilmington Savings Fund Society, FSB
Workday, Inc.
Zendesk Inc.
Zoom Video Communications Inc.