IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **CORE SCIENTIFIC, INC.**, *et al.*, | § | Case No. 22-90341 (DRJ) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

**ORDER GRANTING SPHERE 3D CORP.'S MOTION TO SEAL SPHERE 3D CORP.'S OBJECTION TO THE DEBTORS' MOTION FOR SUMMMARY JUDGMENT AND SPHERE 3D CORP.'S CLAIM OBJECTION RESPONSE**

Relates to Docket No. [_____]

Upon consideration of *Sphere 3D Corp.'s Motion to Seal Sphere 3D Corp.'s Objection to the Debtors' Motion for Summary Judgment and Sphere 3D Corp.'s Claim Objection Response* (the "Motion"),[2] it is hereby

**ORDERED THAT:**

1. Sphere is authorized to file under seal unredacted versions of the MSJ Opposition and the Claim Objection Response.

2. Both the unredacted MSJ Opposition and Claim Objection Response shall remain confidential and under seal, and shall not be made available to anyone without the consent of the Parties or further order of the Court.

3. Sphere is authorized to file redacted versions of the MSJ Opposition and the Claim Objection Response.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198) (collectively, the "Debtors"). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

DMS 302919889

4.  Sphere is hereby authorized to take all actions necessary to effectuate the relief granted in this Order.

5.  The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: _____

_____
THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE