IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| CORE SCIENTIFIC, INC. *et al.*,[1] | ) Case No. 22-90341 (DRJ) |
| Debtors. | ) (Jointly Administered) |
| | ) (Docket No. 950) |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF WILLKIE FARR & GALLAGHER LLP FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JANUARY 9, 2023 THROUGH MARCH 31, 2023**

The Court has considered the *First Interim Fee Application of Willkie Farr & Gallagher LLP for Compensation of Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period January 9, 2023 through March 31, 2023* (the "Application") filed by Willkie Farr & Gallagher LLP (the "Applicant"). The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of expenses in the total amount of $2,950,087.65 for the period as set forth in the Application.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

2. The Debtors are authorized and directed to pay Applicant any unpaid amounts allowed by paragraph 1 of this Order.

**Signed: July 06, 2023.**

_____
**DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE**

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 22-90341-drj |
| Core Scientific, Inc. | Chapter 11 |
| Official Committee of Unsecured Creditor | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 7 |
| Date Rcvd: Jul 07, 2023 | Form ID: pdf002 | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | American Property Acquisition, LLC, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | American Property Acquisitions I, LLC, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | American Property Acquisitions VII, LLC, 210 Barton Springs Road, Suite 300, Austiin, TX 78704-1251 |
| db | + | Core Scientific Acquired Mining LLC, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | Core Scientific Mining LLC, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | Core Scientific Operating Company, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | Core Scientific Specialty Mining (Oklahoma) LLC, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | Core Scientific, Inc., 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | RADAR LLC, 210 Barton Springs Road, Suite 300, Austiin, TX 78704-1251 |
| db | + | Radar Relay, Inc., 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | Starboard Capital LLC, 210 Barton Springs Road, Suite 300, Austiin, TX 78704-1251 |
| trnsfee | + | B. Riley Securities, Inc., 11100 Santa Monica Blvd., Suite 800, Los Angeles, CA 90025-3979 |
| intp | + | Board of Directors of Core Scientific, Inc., c/o Peter C. Lewis, Scheef & Stone, L.L.P., 500 North Akard Street, Suite 2700, Dallas, TX 75201-3306 |
| intp | + | Condair Inc., c/o John S. Collins, Vorys, Sater, Seymour and Pease LLP, 909 Fannin, Suite 2700, Houston, TX 77010-1009 |
| cr | + | Dalton Utilities, Howley Law PLLC, 711 Louisiana Street, Ste. 1850, Houston, TX 77002-2790 |
| cr | + | Indigo Direct Lending, LLC, c/o Ross, Smith & Binford, PC, Attn: Frances A. Smith, 700 N. Pearl Street, Suite 1610 Dallas, TX 75201-7459 |
| cr | + | J.W. Didado Electric, LLC, c/o Leonard I. Pataki, Quanta Services, 4500 S. Garnett Road, Suite 100, Tulsa, OK 74146-5221 |
| cr | + | LV.NET, LLC, 1221 S. Casino Center Blvd., Las Vegas, NV 89104, UNITED STATES 89104-1015 |
| cr | + | Maddox Industrial Transformer, LLC, c/o Mary M. Caskey, Esq., Haynsworth Sinkler Boyd, PA, PO Box 11889, Columbia, SC 29211-1889 |
| intp | + | McCarthy Building Companies, Inc., c/o Watt, Tieder, Hoffar & Fitzgerald, L, 1765 Greensboro Station Place, Suite 1000, McLean, VA 22102-3468 |
| cr | + | North Mill Equipment Finance LLC, c/o Padfield & Stout, LLP, Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| cr | + | Pescadero Capital, LLC, Building LAW/JB, 700 Universe Blvd, Juno Beach, FL 33408, UNITED STATES 33408-2657 |
| cr | + | Quinn Emanuel Urquhart & Sullivan, LLP, c/o Asher Griffin, 300 W 6th Street, Suite 2010, Austin, TX 78701 UNITED STATES 78701-3901 |
| cr | + | Tanmar Rentals, LLC, c/o Wells & Cuellar, P.C., 440 Louisiana Suite 718, Houston, TX 77002, UNITED STATES 77002-1058 |
| cr | + | Tenaska Power Services Co., c/o Ross & Smith, P.C., Attn: Jason Binford, 2003 N. Lamar Blvd., Suite 100 Austin, TX 78705-4932 |
| intp | + | U.S. Bank National Association, as Prepetition Not, c/o Shipman & Goodwin LLP, One Constitution Plaza, Hartford, CT 06103-1803 |
| cr | + | c/o James Bailey Esq Gaylor Electric, Inc., d/b/a, Bradley Arant Boult Cummings LLP, One Federal Place, 1819 5th Ave. N, Birmingham, AL 35203-2119 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ahochheiser@mauricewutscher.com | Jul 07 2023 20:16:00 | AmTrust North America, Inc. on behalf of Associate, c/o Maurice Wutscher LLP, 23611 Chagrin Blvd. Suite 207, Beachwood, OH 44122-5540 |
| cr | + | Email/Text: beanland@mssattorneys.com | Jul 07 2023 20:16:00 | BEAM Concrete Construction, Inc., c/o Misti L. Beanland, 8131 LBJ Freeway, Suite 700, Dallas, |

| District/off: 0541-4 | User: ADIuser | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Jul 07, 2023 | Form ID: pdf002 | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Jul 07 2023 20:17:00 | TX 75251-1352<br>Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o John K. Turner, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| cr | ^ | MEBN | Jul 07 2023 20:14:50 | GEM Mining 1, LLC, c/o Evan N. Parrott, 11 North Water Street, Suite 24290, Mobile, AL 36602-5024 |
| cr | ^ | MEBN | Jul 07 2023 20:14:50 | GEM Mining 2, LLC, c/o Evan N. Parrott, 11 North Water Street, Suite 24290, Mobile, AL 36602-5024 |
| cr | ^ | MEBN | Jul 07 2023 20:14:49 | GEM Mining 2B, LLC, c/o Evan N. Parrott, 11 North Water Street, Suite 24290, Mobile, AL 36602-5024 |
| cr | ^ | MEBN | Jul 07 2023 20:14:49 | GEM Mining 3, LLC, c/o Evan N. Parrott, 11 North Water Street, Suite 24290, Mobile, AL 36602-5024 |
| cr | ^ | MEBN | Jul 07 2023 20:14:48 | GEM Mining 4, LLC, c/o Evan N. Parrott, 11 North Water Street, Suite 24290, Mobile, AL 36602-5024 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Jul 07 2023 20:16:00 | Meridian Equipment Finance, LLC, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| cr | | Email/Text: shirley.palumbo@nexteraenergy.com | Jul 07 2023 20:16:00 | NextEra Energy Resources, LAW/JB, 700 Universe Blvd., Juno Beach, FL 33408, UNITED STATES |
| cr | + | Email/Text: schristianson@buchalter.com | Jul 07 2023 20:16:00 | Oracle America, Inc., Buchalter PC, c/o Shawn M. Christianson, 425 Market St., Suite 2900, San Francisco, Ca 94105-2491 |
| cr | + | Email/Text: neil.orleans@judithwross.com | Jul 07 2023 20:16:00 | Tenaska Power Services Co., c/o Ross & Smith, P.C., Attn: Judith W. Ross, 700 N. Pearl Street, Suite 1610, Dallas, TX 75201-7459 |
| cr | ^ | MEBN | Jul 07 2023 20:13:40 | Texas Comptroller of Public Accounts, Revenue Acco, Christopher S. Murphy, P.O. Box 12548, Austin, TX 78711-2548 |
| cr | + | Email/Text: BKECF@traviscountytx.gov | Jul 07 2023 20:16:00 | Travis County, c/o Jason A. Starks, P.O. Box 1748, Austin, TX 78767-1748 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | 36th Street Capital Partners, LLC |
| cr | | ABLe Communications, Inc. |
| cr | | Ad Hoc Group of Secured Convertible Noteholders |
| cr | | Anchorage Lending CA, LLC |
| intp | | B. Riley Commercial Capital, LLC |
| cr | | Barings BDC, Inc. |
| cr | | Barings Capital Investment Corporation |
| cr | | Barings Private Credit Corp. |
| cr | | BlockFi Lending LLC |
| cr | | BlockFi, Inc. and its affiliated entities |
| cr | | Bremer Bank |
| cr | | Brown Corporation Brown Corporation, 311 Pointe North Place #4, Dalton, UNITED STATES |
| cr | | Bryce Johnson |
| cr | | CEC Energy Services LLC |
| cr | | Celsius Mining, LLC |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 3 of 7 |
| Date Rcvd: Jul 07, 2023 | Form ID: pdf002 | Total Noticed: 41 |

| | |
|---|---|
| cr | Charles Basil |
| cr | City of Denton |
| cr | Coonrod Electric Co. LLC |
| intp | Foundry Digital LLC |
| cr | General Casualty Company of Wisconsin |
| intp | Harper Construction Company, Inc. |
| cr | Huband-Mantor Construction, Inc. |
| cr | Humphrey & Associates, Inc. |
| cr | MK Marlow Company, LLC |
| cr | MP2 Energy Texas LLC d/b/a Shell Energy Solutions |
| cr | Marnoy Interests, Ltd. d/b/a Office Pavilion |
| cr | MassMutual Asset Finance, LLC |
| cr | Mitch Edwards |
| cr | NYDIG ABL LLC |
| intp | Official Committee of Equity Security Holders |
| crcm | Official Committee of Unsecured Creditors |
| cr | Prime Alliance Bank, Inc. |
| cr | Priority Power Management, LLC |
| intp | SRPF A QR Riversouth LLC |
| cr | Sphere 3D Corp. |
| cr | Summit Electric Supply Company, Inc. |
| cr | TOYOTA INDUSTRIES COMMERCIAL FINANCE INC. |
| cr | Texas Capitalization Resource Group, Inc., 5201 Camp Bowie Blvd. Suite 200, Fort Worth |
| intp | The Ad Hoc Equity Group |
| intp | Trilogy LLC |
| intp | Trinity Capital Inc. |
| cr | Wingspire Equipment Finance, LLC |

TOTAL: 42 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2023 at the address(es) listed below:

**Name**          **Email Address**

Alfredo R Perez
　　　　　on behalf of Debtor Starboard Capital LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
　　　　　on behalf of Debtor American Property Acquisition  LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
　　　　　on behalf of Debtor Core Scientific  Inc. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

Case 22-90341   Document 1043   Filed in TXSB on 07/09/23   Page 6 of 9

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 4 of 7 |
| Date Rcvd: Jul 07, 2023 | Form ID: pdf002 | Total Noticed: 41 |

| | |
|---|---|
| | on behalf of Debtor Core Scientific Specialty Mining (Oklahoma) LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | |
| | on behalf of Debtor Core Scientific Mining LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | |
| | on behalf of Debtor Core Scientific Acquired Mining LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | |
| | on behalf of Debtor Core Scientific Operating Company alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | |
| | on behalf of Debtor Radar Relay  Inc. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | |
| | on behalf of Debtor RADAR LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | |
| | on behalf of Debtor American Property Acquisitions VII  LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | |
| | on behalf of Debtor American Property Acquisitions I  LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alicia Lenae Barcomb | |
| | on behalf of U.S. Trustee US Trustee alicia.barcomb@usdoj.gov |
| Amy Kathleen Wolfshohl | |
| | on behalf of Interested Party Trilogy LLC awolfshohl@porterhedges.com lfolk@porterhedges.com;jdickinson@porterhedges.com |
| Arsalan Muhammad | |
| | on behalf of Creditor BlockFi  Inc. and its affiliated entities arsalan.muhammad@haynesboone.com, kenneth.rusinko@haynesboone.com |
| Asher Benjamin Griffin | |
| | on behalf of Creditor Quinn Emanuel Urquhart & Sullivan  LLP ashergriffin@quinnemanuel.com |
| Ashley L. Harper | |
| | on behalf of Creditor Sphere 3D Corp. ashleyharper@HuntonAK.com |
| Brittany Dant Hepner | |
| | on behalf of Creditor Brown Corporation Brown Corporation bdant@minorfirm.com |
| Byron Z Moldo | |
| | on behalf of Creditor Mitch Edwards bmoldo@ecjlaw.com  aantonio@ecjlaw.com,dperez@ecjlaw.com |
| Byron Z Moldo | |
| | on behalf of Creditor Charles Basil bmoldo@ecjlaw.com  aantonio@ecjlaw.com,dperez@ecjlaw.com |
| Charles Thomas Kruse | |
| | on behalf of Creditor Barings Capital Investment Corporation tom.kruse@arnoldporter.com |
| Charles Thomas Kruse | |
| | on behalf of Creditor Barings Private Credit Corp. tom.kruse@arnoldporter.com |
| Charles Thomas Kruse | |
| | on behalf of Creditor Barings BDC  Inc. tom.kruse@arnoldporter.com |
| Christopher S Murphy | |
| | on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-cmurphy@oag.texas.gov, sherri.simpson@oag.texas.gov |
| Christopher V Arisco | |
| | on behalf of Creditor North Mill Equipment Finance LLC carisco@padfieldstout.com |
| Craig Crockett | |
| | on behalf of Creditor Texas Capitalization Resource Group  Inc. craig@crockettfirm.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 5 of 7 |
| Date Rcvd: Jul 07, 2023 | Form ID: pdf002 | Total Noticed: 41 |

Craig E Power
    on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions cpower@cokinoslaw.com mbartlett@cokinoslaw.com;eolson@cokinoslaw.com

Deborah Michelle Perry
    on behalf of Interested Party SRPF A QR Riversouth LLC dperry@munsch.com

Devan Joan Dal Col
    on behalf of Creditor Wingspire Equipment Finance  LLC ddalcol@reedsmith.com

Devan Joan Dal Col
    on behalf of Creditor Prime Alliance Bank  Inc. ddalcol@reedsmith.com

Devan Joan Dal Col
    on behalf of Creditor 36th Street Capital Partners  LLC ddalcol@reedsmith.com

Dylan Ross
    on behalf of Creditor ABLe Communications  Inc. dross@forsheyprostok.com, calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;drossfp@ecf.courtdrive.com;khartogh@forsheyprostok.com;khartogh@ecf.forsheyprostok.com

Eric L Scott
    on behalf of Creditor MK Marlow Company  LLC escott@sv-legal.com

Eric Thomas Haitz
    on behalf of Creditor Priority Power Management  LLC ehaitz@gibsondunn.com

Evan Nicholas Parrott
    on behalf of Creditor GEM Mining 4  LLC eparrott@maynardcooper.com

Evan Nicholas Parrott
    on behalf of Creditor GEM Mining 1  LLC eparrott@maynardcooper.com

Frances Anne Smith
    on behalf of Creditor Indigo Direct Lending  LLC frances.smith@rsbfirm.com, michael.coulombe@rsbfirm.com

Gary M McDonald
    on behalf of Creditor J.W. Didado Electric  LLC gmcdonald@mmmsk.com, hdowell@mcdonaldpllc.com

Hector Duran, Jr
    on behalf of U.S. Trustee US Trustee Hector.Duran.Jr@usdoj.gov

James Drew
    on behalf of Creditor Anchorage Lending CA  LLC jdrew@otterbourg.com

James B. Bailey
    on behalf of Creditor c/o James Bailey Esq Gaylor Electric  Inc., d/b/a Gaylor, Inc. jbailey@bradley.com, jbailey@ecf.courtdrive.com

James Tillman Grogan, III
    on behalf of Creditor Ad Hoc Group of Secured Convertible Noteholders jamesgrogan@paulhastings.com

Jason Starks
    on behalf of Creditor Travis County bkecf@traviscountytx.gov

Jason B. Binford
    on behalf of Creditor Tenaska Power Services Co. jason.binford@rsbfirm.com

Jason R Kennedy
    on behalf of Creditor Humphrey & Associates  Inc. bankruptcy@laperouselaw.com, amanda.olvera@laperouselaw.com

Jason S Brookner
    on behalf of Creditor Committee Official Committee of Unsecured Creditors jbrookner@grayreed.com lwebb@grayreed.com

Jay K Farwell
    on behalf of Creditor Huband-Mantor Construction  Inc. jfarwell@cokinoslaw.com, dcarlin@cokinoslaw.com

Jayson B. Ruff
    on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

Jeffrey Dale Stewart
    on behalf of Creditor Tanmar Rentals  LLC jstewart@wellscuellar.com

Jeffrey Philipp Prostok
    on behalf of Creditor ABLe Communications  Inc. jprostok@forsheyprostok.com, calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com;khartogh@forsheyprostok.com;khartogh@ecf.forsheyprostok.com

Jennifer Jaye Hardy
    on behalf of Creditor Committee Official Committee of Unsecured Creditors jhardy2@willkie.com  mao@willkie.com

Jennifer L. Kneeland
    on behalf of Interested Party McCarthy Building Companies  Inc. jkneeland@watttieder.com, shope@watttieder.com

Case 22-90341   Document 1043   Filed in TXSB on 07/09/23   Page 8 of 9

| District/off: 0541-4 | User: ADIuser | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Jul 07, 2023 | Form ID: pdf002 | Total Noticed: 41 |

John Lewis, Jr.
    on behalf of Creditor General Casualty Company of Wisconsin jolewis@shb.com sgrussell@shb.com

John E. Mitchell
    on behalf of Creditor Bryce Johnson john.mitchell@katten.com

John F Higgins, IV
    on behalf of Interested Party Harper Construction Company Inc. jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
    on behalf of Interested Party Foundry Digital LLC jhiggins@porterhedges.com emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John Kendrick Turner
    on behalf of Creditor Dallas County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Stuart Collins
    on behalf of Interested Party Condair Inc. jscollins@vorys.com mdwalkuski@vorys.com

Judith W Ross
    on behalf of Creditor Tenaska Power Services Co. judith.ross@rsbfirm.com

Kelli S. Norfleet
    on behalf of Creditor City of Denton kelli.norfleet@haynesboone.com kenneth.rusinko@haynesboone.com

Kiran K Vakamudi
    on behalf of Interested Party Official Committee of Equity Security Holders kvakamudi@velaw.com

Lydia R Webb
    on behalf of Creditor Committee Official Committee of Unsecured Creditors lwebb@grayreed.com vsalazar@grayreed.com

Maegan Quejada
    on behalf of Creditor NYDIG ABL LLC mquejada@sidley.com txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com

Marcy J. McLaughlin Smith
    on behalf of Creditor Dalton Utilities marcy.smith@troutman.com

Marguerite Lee DeVoll
    on behalf of Interested Party McCarthy Building Companies Inc. mdevoll@watttieder.com

Maria Mulrooney Bartlett
    on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions mbartlett@cokinoslaw.com

Mary M Caskey
    on behalf of Creditor Maddox Industrial Transformer LLC mcaskey@hsblawfirm.com, cwilliamson@hsblawfirm.com

Matthew D Cavenaugh
    on behalf of Creditor Celsius Mining LLC mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew Ray Brooks
    on behalf of Creditor Dalton Utilities matthew.brooks@troutman.com wlbank@troutman.com;Monica.Molitor@troutman.com

Matthew T Ferris
    on behalf of Creditor BlockFi Lending LLC matt.ferris@haynesboone.com kim.morzak@haynesboone.com;kristy.martinez@haynesboone.com;kenneth.rusinko@haynesboone.com

Misti Lachelle Beanland
    on behalf of Creditor BEAM Concrete Construction Inc. beanland@mssattorneys.com

Nathaniel Richard Hull
    on behalf of Creditor MassMutual Asset Finance LLC nhull@verrilldana.com

Noelle M Reed
    on behalf of Interested Party The Ad Hoc Equity Group noelle.reed@skadden.com daniel.mayerfeld@skadden.com;dockethouston@skadden.com;rachel.redman@skadden.com;wendy.lamanna@skadden.com;andrea.bates@skadden.com;christopher.heaney@skadden.com

Patrick Holder Autry
    on behalf of Creditor Coonrod Electric Co. LLC pautry@branscombpc.com slee@branscomblaw.com

Patrick Holder Autry
    on behalf of Creditor CEC Energy Services LLC pautry@branscombpc.com slee@branscomblaw.com

Paul E Heath
    on behalf of Interested Party Official Committee of Equity Security Holders pheath@velaw.com

Peter Clifton Lewis
    on behalf of Interested Party Board of Directors of Core Scientific Inc. peter.lewis@solidcounsel.com, marcella.morales@solidcounsel.com

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 7 of 7 |
| Date Rcvd: Jul 07, 2023 | Form ID: pdf002 | Total Noticed: 41 |

R. J. Shannon
    on behalf of Interested Party B. Riley Commercial Capital LLC rshannon@shannonpllc.com, rshannon@shannonleellp.com;7044075420@filings.docketbird.com

R. J. Shannon
    on behalf of Transferee B. Riley Securities Inc. rshannon@shannonpllc.com, rshannon@shannonleellp.com;7044075420@filings.docketbird.com

Rachael L Smiley
    on behalf of Creditor Marnoy Interests Ltd. d/b/a Office Pavilion rsmiley@fbfk.law, eglenn@fbfk.law

Reagan H. Tres Gibbs, III
    on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions tgibbs@cokinoslaw.com

Scott D Fink
    on behalf of Creditor TOYOTA INDUSTRIES COMMERCIAL FINANCE INC. Bronationalecf@weltman.com

Scott R Huete
    on behalf of Creditor Summit Electric Supply Company Inc. shuete@elkinsplc.com

Shawn Kevin Brady
    on behalf of Creditor TOYOTA INDUSTRIES COMMERCIAL FINANCE INC. sgodwin@brady-law-firm.com

Shawn M Christianson
    on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Shirley Palumbo
    on behalf of Creditor Pescadero Capital LLC shirley.palumbo@nexteraenergy.com

Shirley Palumbo
    on behalf of Creditor NextEra Energy Resources shirley.palumbo@nexteraenergy.com

Simon W Hendershot, III
    on behalf of Creditor LV.NET LLC trey@hcmhlaw.com, kcowart@hcmhlaw.com;rpanneton@hcmhlaw.com;rainsworth@hchlawyers.com

Stephanie Lyn O'Rourke
    on behalf of Creditor Huband-Mantor Construction Inc. sorourke@cokinoslaw.com, sdavis@cokinoslaw.com;etalavera@cokinoslaw.com

Stephen Clark Jackson
    on behalf of Creditor GEM Mining 2B LLC sjackson@maynardcooper.com

Stephen Clark Jackson
    on behalf of Creditor GEM Mining 1 LLC sjackson@maynardcooper.com

Stephen Clark Jackson
    on behalf of Creditor GEM Mining 4 LLC sjackson@maynardcooper.com

Stephen Clark Jackson
    on behalf of Creditor GEM Mining 3 LLC sjackson@maynardcooper.com

Stephen Clark Jackson
    on behalf of Creditor GEM Mining 2 LLC sjackson@maynardcooper.com

Stretto
    ecf@cases-cr.stretto-services.com aw01@ecfcbis.com

Theresa A. Driscoll
    on behalf of Creditor Indigo Direct Lending LLC tdriscoll@moritthock.com

Thomas A Howley
    on behalf of Creditor Dalton Utilities tom@howley-law.com roland@howley-law.com;eric@howley-law.com

Thomas O. Bean
    on behalf of Creditor MassMutual Asset Finance LLC tbean@verrilldana.com

Timothy Alvin Davidson, II
    on behalf of Creditor Sphere 3D Corp. taddavidson@andrewskurth.com

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 99