B 2100A (Form 2100A) (12/15)

United States Courts
Southern District of Texas
FILED

JUL 10 2023

Nathan Ochsner, Clerk of Court

# UNITED STATES BANKRUPTCY COURT

Southern District of Texas

In re: Core Scientific, Inc., et al _____, Case No. 22-90341 _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Euclid Claims Recovery LLC | Jonathan Barrett |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

945 McKinney Street, PMB 434
Houston, TX 7700

Phone: N/A
Last Four Digits of Acct #: N/A

Court Claim # (if known): 448 and 456
Amount of Claim: $934,111.00
Date Claim Filed: April 14, 2023

Phone: N/A
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Howard Siegel                Date: 7/6/23
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE AND NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TO:  United States Bankruptcy Court
     Southern District of Texas
     Attn: Clerk

AND TO:  Core Scientific, Inc.
         Case No. 22-90341

CLAIM #:  448 and 456

**Jonathan Barrett**, his successors and assigns (Seller), for good and valuable consideration the receipt of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**EUCLID CLAIMS RECOVERY LLC**
**945 McKinney Street, PMB 434**
**Houston, Texas 77002**

Its successors and assigns (Buyer), all right, title and interest in and to all pre-petition claims of Seller against any of the affiliated Debtors in the above-referenced jointly administered bankruptcy proceedings including that claim represented by the Proof(s) of Claim referenced above in the principal amount of $934,111.00 (collectively, the Claim).

Seller acknowledges, understands and agrees and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim.

**All future payments and distributions on account of the Claim and all future notices and communications in respect of the Claim shall be made/sent to Buyer at the address indicated above.**

IN WITNESS WHEROF, each of the undersigned has duly executed this Evidence and Notice of Transfer of Claim on the date(s) indicated below.

JONATHAN BARRETT

By: _____

Date:  6/28/23

EUCLID CLAIMS RECOVERY LLC

By: _____

Date:  7/6/23