IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § | Case No. 22-90341 (DRJ) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On July 12, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Notice of Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1024)

Dated: July 18, 2023

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: TeamCoreScientific@stretto.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Special Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

# **<u>Exhibit A</u>**



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Betsy Marie Lee | | Address Redacted | | | | | |
| Brandon Curtis | | Address Redacted | | | | | |
| Brandon Scott Curtis | | Address Redacted | | | | | |
| Coonrod Electric Co, LLC | c/o Branscomb Law | Attn: James Egbert | 802 N Carancahua St | Ste 2300 | Corp Christi | TX | 78401-0083 |
| Dillon Eldridge | | Address Redacted | | | | | |
| Elasticsearch Inc | | 88 Kearny St | Fl 19 | | San Francisco | CA | 94108-5508 |
| John Miller Tracy | | Address Redacted | | | | | |
| Megan Elizabeth Gilchrist | | Address Redacted | | | | | |
| Patricia Blair | | Address Redacted | | | | | |
| Peter Engler | | Address Redacted | | | | | |
| Philip Ross Schiff | | Address Redacted | | | | | |
| Precision Securities, LLC | Corp Actions | 2010 Jimmy Durante | Ste 270 | | Del Mar | CA | 92014-2272 |
| Radiant PPC LLC | | 4250 Via Marina | Apt 418 | | Marina Dl Rey | CA | 90292-7568 |
| Robert Half Accountemps Salaried Professional Service | | 3380 146th Pl SE | Ste 102 | | Bellevue | WA | 98007-8067 |
| Seagen Inc. | | 22310 20th Ave SE | Ste 200 | | Bothell | WA | 98021-8413 |
| Silver Fox Productions Inc | | 7609 66th Pl NE | | | Marysville | WA | 98270-6593 |
| Sloan Session | | Address Redacted | | | | | |
| Synopsys Inc | | 675 Almanor Ave | Ste 101 | | Sunnyvale | CA | 94085-2925 |
| Vanisha Goodman Coker | | Address Redacted | | | | | |