**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** § | | **Chapter 11** |
| § | | |
| **CORE SCIENTIFIC, INC.,** *et al.,* § | | **Case No. 22-90341 (DRJ)** |
| § | | |
| § | | **(Jointly Administered)** |
| **Debtors** § | | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Ray Battaglia is appearing as counsel for HUBAND-MANTOR CONSTRUCTION, INC., and hereby requests service of all notices and papers herein upon the address listed below, pursuant to section 1109 of Title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*, and rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure.

> Raymond W. Battaglia
> Law Offices of Ray Battaglia, PLLC
> 66 Granburg Circle
> San Antonio, Texas 78218
> rbattaglialaw@outlook.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal, or informal, however transmitted, related in any way to the debtor, its property, or its estate. The undersigned requests that its name be added to the mailing matrix.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Request for Service of Papers* (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after *de novo* review by a District Judge; (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any

purpose other than with respect to this Notice; (v) an election of remedy; and (vi) any other rights, claims, actions, defenses, setoffs, and recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: July 20, 2023

By: /s/ *Ray Battaglia*
Raymond W. Battaglia
Texas Bar No. 01918055
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle San
Antonio, Texas 78218
Tel.: (210) 601-9405
rbattaglialaw@outlook.com

*Counsel for Huband-Mantor Construction, Inc.*

### CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system on July 20, 2023:

/s/ Raymond W. Battaglia
Raymond W. Battaglia