IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*, | § | Case No. 22-90341 (DRJ) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | Re: Docket No. 1005 |
| | § | |

### CERTIFICATE OF NO OBJECTION REGARDING MOTION OF DEBTORS FOR ENTRY OF AN ORDER (I) APPROVING ASSUMPTION OF (A) UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES AND (B) AN EXECUTORY CONTRACT, AS AMENDED AND (II) GRANTING RELATED RELIEF

1. On June 28, 2023, Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Motion of Debtors for Entry of an Order (I) Approving Assumption of (A) Unexpired Nonresidential Real Property Leases and (B) An Executory Contract, as Amended and (II) Granting Related Relief* (Docket No. 1005) (the "**Motion**"),[2] with a proposed order granting the relief requested in the Motion (the "**Proposed Order**") annexed thereto. Objections to the Proposed Order were required to be filed and served on or prior to July 19, 2023, (the "**Objection Deadline**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2. Attached hereto as **Exhibit A** is a revised Proposed Order, incorporating comments received from the City of Denton (the "**Revised Proposed Final Order**").  A redline of the Revised Proposed Final Order against the Proposed Order is attached hereto as **Exhibit B**.

3. In accordance with paragraph 44 of the *Procedures for Complex Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) the Objection Deadline has passed, (ii) the undersigned counsel is unaware of any objection to the Motion, and (iii) the undersigned counsel has reviewed the Court's docket and no objection to the Motion appears thereon.

4. Therefore, the Debtors respectfully request entry of the Proposed Order.

*[Remainder of page intentionally left blank]*

Dated: July 21, 2023
      Houston, Texas

                                      Respectfully submitted,

                                      */s/ Alfredo R. Pérez*
                                      WEIL, GOTSHAL & MANGES LLP
                                      Alfredo R. Pérez (15776275)
                                      Clifford Carlson (24090024)
                                      700 Louisiana Street, Suite 1700
                                      Houston, Texas 77002
                                      Telephone: (713) 546-5000
                                      Facsimile: (713) 224-9511
                                      Email: Alfredo.Perez@weil.com
                                                     Clifford.Carlson@weil.com

                                      -and-

                                      WEIL, GOTSHAL & MANGES LLP
                                      Ray C. Schrock (admitted *pro hac vice*)
                                      Ronit J. Berkovich (admitted *pro hac vice*)
                                      767 Fifth Avenue
                                      New York, New York 10153
                                      Telephone: (212) 310-8000
                                      Facsimile: (212) 310-8007
                                      Email: Ray.Schrock@weil.com
                                                     Ronit.Berkovich@weil.com

                                      *Attorneys for Debtors*
                                      *and Debtors in Possession*

**Certificate of Service**

      I hereby certify that on July 21, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                            */s/ Alfredo R. Pérez*
                                            Alfredo R. Pérez