IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*, | § | Case No. 22-90341 (DRJ) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | |

### AGREED ORDER CONTINUING HEARING ON GEM MINING'S EMERGENCY MOTION TO COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACTS OR, IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION

Upon *GEM Mining's Emergency Motion to Compel Assumption or Rejection of Executory Contracts or, in the Alternative, for Adequate Protection*, dated April 13, 2023 (Docket No. 787) (the "**Motion**") filed by GEM Mining 1, LLC and GEM Mining 4, LLC (collectively, and together with GEM Mining 2, LLC and GEM Mining 2B, LLC, "**GEM**"), and upon the Court's order entered on April 13, 2023 (Docket No. 792) (the "**Order**"), and the objection to the Motion (the "**Objection**") filed on May 4, 2023 (Docket No. 856) by Core Scientific Operating Company f/k/a Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**" and together with the GEM, the "**Parties**"), and the *Agreed Order Continuing Hearing on GEM Mining's Motion to Compel Assumption or Rejection of Executory Contracts or, In the Alternative, For Adequate Protection* (Docket No. 926) dated May 22, 2023 (the "**First Stipulated Continuance**"), and the *Agreed Order Continuing Hearing on GEM Mining's Motion to Compel Assumption or Rejection of*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

*Executory Contracts or, In the Alternative, For Adequate Protection* (Docket No. 980) dated June 21, 2023 (the "**Second Stipulated Continuance**"); and upon the agreement of the Parties to the terms of this Agreed Order; and it appearing to the Court after due deliberation and sufficient cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The terms of the Order shall remain in effect, except that the hearing to consider the Motion, initially set for May 22, 2023 at 1:30 p.m. (Prevailing Central Time) and continued in the First Stipulated Continuance to June 21, 2023 at 2:00 p.m. (Prevailing Central time), and continued in the Second Stipulated Continuance to July 24, 2023 at 2:00 p.m. (Prevailing Central Time) is hereby further continued, by consent of the Parties, to August 16, 2023 at 3:00 p.m. (Prevailing Central Time) (the "**Adjourned Hearing Date**").

2. The deadline for GEM to respond to the *Debtors' Objection to Proof of Claim Nos. 503, 505, 506, 508, 570, 571, and 572 Filed by GEM Mining 1, LLC, GEM Mining 2B, LLC, GEM Mining 4, LLC, GEM Mining 2, LLC, GEM Mining 2, LLC, GEM Mining 2B, LLC, and GEM Mining 4, LLC, Respectively* (Docket No. 854) shall be extended to August 23, 2023 at 3:00 p.m. (Prevailing Central Time, which is one week after the Adjourned Hearing Date).

3. This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Agreed Order.

Dated:_____ 2023
      Houston, Texas

                                                                   _____
                                                                   THE HONORABLE DAVID R. JONES
                                                                   UNITED STATES BANKRUPTCY JUDGE

IN WITNESS WHEREOF and in agreement herewith, by and through the undersigned, the Parties have executed and delivered this Agreed Order as of the date set forth below.

Date:   July 21, 2023

 /s/  Evan N. Parrott
MAYNARD NEXSEN, P.C.
Stephen C. Jackson (24090637)
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
Telephone: (205) 254-1000
Email:  sjackson@maynardnexsen.com

-and-

MAYNARD NEXSEN, P.C.
Evan N. Parrott (admitted *pro hac vice*)
11 North Water Street
RSA Battle House Tower, Suite 24290
Mobile, AL 36602
Telephone:  (251) 432-0001
Email:             eparrott@maynardnexsen.com

*Attorneys for GEM*

 /s/  Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:   (713) 224-9511
Email:  Alfredo.Perez @weil.com
              Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Email:           Ray.Schrock@weil.com
                      Ronit.Berkovich@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*