IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § § | |

**ORDER SUSTAINING THE DEBTORS' PRELIMINARY OBJECTION
TO PROOF OF CLAIM NO. 556 FILED BY MORGAN HOFFMAN**

Upon the preliminary objection, dated July 24, 2023 (the "**Preliminary Objection**"),[2] of Core Scientific, Inc. ("**Core**") and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), seeking entry of an order (this "**Order**") determining that Proof of Claim No. 556 filed by Morgan Hoffman ("**Claimant**") is an individual claim and not a class proof of claim, and granting related relief, all as more fully set forth in the Preliminary Objection; and the Court having jurisdiction to consider the Preliminary Objection and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Preliminary Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Preliminary Objection having been provided; and all responses, if any, to the Preliminary Objection having been withdrawn, resolved,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] All capitalized terms used, but not otherwise defined, herein shall have the meanings ascribed to such terms in the Preliminary Objection.

or overruled; and the Court having found and determined that the relief sought in the Preliminary Objection is in the best interests of the Debtors, their respective estates and creditors, and all parties-in-interest, and that the legal and factual bases set forth in the Preliminary Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. Proof of Claim No. 556 filed by Morgan Hoffman is expunged.

2. Claimant is authorized to file an amended proof of claim setting forth the amount of his individual claim no later than ten (10) days after entry of this Order.

3. Further objections by the Debtors to any amended claim filed by Claimant, or any other claim seeking recovery pursuant to the Securities Litigation, are preserved.

4. Stretto, Inc., as claims, noticing and solicitation agent, is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

5. This Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2023

Houston, Texas

                                                                    DAVID R. JONES
                                                                    UNITED STATES BANKRUPTCY JUDGE