| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 |
|---|---|---|---|
| Debtor | In Re: | CORE SCIENTIFIC, INC., et al | |

This lawyer, who is admitted to the State Bar of __Georgia__:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Christiane C. Bard<br>The Minor Firm<br>745 College Drive Suite B<br>Dalton, GA 30720<br>706-259-2586<br>GA-914719 |
|---|---|

Seeks to appear as the attorney for this party:

| Brown Corporation | |
|---|---|
| Dated: 7/26/2023 | Signed: /s/ Christiane C. Bard |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated: | Signed: _____
       |         Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                           United States Bankruptcy Judge