IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.,* | § § | Case No. 22-90341 (DRJ) |
| Debtors[1] | § § § | (Jointly Administered) Re: Docket No. 869, 959 |

### NOTICE OF HEARING SCHEDULED FOR
### AUGUST 7, 2023 AT 3:30 P.M. (PREVAILING CENTRAL TIME)

**PLEASE TAKE NOTICE** that, on May 9, 2023, the Debtors filed *Debtors' Objection to Proofs of Claim Nos. 358 and 359 Filed by Sphere 3D Corp.* (Docket No. 869) ("**Claim Objection**") objecting to proofs of claim Nos. 358 and 359 filed by Sphere 3D Corp ("**Sphere**").

**PLEASE TAKE FURTHER NOTICE** that, on June 9, 2023, the Debtors filed *Debtors' Motion for Summary Judgment with Respect to Proof of Claim Nos. 358 and 359 Filed by Sphere 3D Corp.* (Docket No. 959) (the "**Summary Judgment Motion**").

**PLEASE TAKE FURTHER NOTICE** that, on July 7, 2023, Sphere filed *Sphere 3D Corp.'s Objection to Debtors' Motion for Summary Judgment with Respect to Proof of Claim Nos. 358 and 359 Filed by Sphere 3D Corp.* (Docket No. 1039).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

**PLEASE TAKE FURTHER NOTICE** that, on July 10, 2023 Sphere filed *Sphere 3D Corp.'s Response to Debtors' Objection to Proofs of Claim Nos. 358 and 359 Filed by Sphere 3D Corp.* (Docket No. 1044).

**PLEASE TAKE FURTHER NOTICE** that, a hearing to consider the relief requested in the Summary Judgment Motion, and, depending on the outcome of the Summary Judgment Motion, a non-evidentiary status conference on the Claim Objection, will be conducted before the Honorable David R. Jones at the Bankruptcy Court on **August 7, 2023 at 3:30 p.m. (Prevailing Central Time)** (the "**Hearing**"), Courtroom 400, 4th Floor, 515 Rusk Avenue, Houston, TX 77002. You may participate in the Hearing either in person or by an audio and video connection. Audio communication will be by use of the Bankruptcy Court's dial-in facility. You may access the facility by dialing 832-917-1510 and entering the conference code 205691. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Jones's home page (https://www.gotomeet.me/JudgeJones) on the Southern District of Texas website. The meeting code is "JudgeJones". Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that, copies of all pleadings are available by visiting the website maintained by the Debtors' claims and noticing agent, Stretto, Inc. at https://cases.stretto.com/corescientific, or from the Court's website, www.txs.uscourts.gov, for a fee. A PACER login and password are required to access documents on the Court's website, and these can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov.

Dated:  July 26, 2023
       Houston, Texas

                  Respectfully submitted,

                   /s/  Alfredo R. Pérez
                  WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:  Alfredo.Perez@weil.com
        Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit Berkovich (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Email:  Ray.Schrock@weil.com
        Ronit.Berkovich@weil.com


*Attorneys for Debtors
and Debtors in Possession*

**Certificate of Service**

I hereby certify that, on July 26, 2023, a true and correct copy of the foregoing document was served as provided by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                  /s/ Alfredo R. Pérez
                                                                  Alfredo R. Pérez