UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 22-90341 |
|---|---|---|---|
| Debtor | | In Re: | Core Scientific, Inc., et al. |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Joshua Baker<br>The Rosen Law Firm, P.A.<br>101 Greenwood Avenue, Suite 440<br>Jenkintown, PA 19046<br>(215) 600-2817; jbaker@rosenlegal.com<br>New York (5265699) |

| Name of party applicant seeks to appear for: | Morgan Hoffman |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 7/27/2023 | Signed: | /s/Joshua Baker |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature: |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____        _____
                                                  United States Bankruptcy Judge