**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CORE SCIENTIFIC, *et al.*,[1] | ) Case No. 22-90341 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) Re: Docket No. 963 |

**CERTIFICATE OF NO OBJECTION
REGARDING FIRST INTERIM FEE APPLICATION OF
DUCERA PARTNERS LLC FOR COMPENSATION
OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
AS INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE PERIOD JANUARY 10, 2023 THROUGH MARCH 31, 2023**

1.     On June 13, 2023, Ducera Partners LLC (the "Applicant") filed the *First Interim Application of Ducera Partners LLC for Compensation of Services Rendered and Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors for the Period January 10, 2023 through March 31, 2023* [Docket No. 963] (the "Ducera Interim Fee Application"), with a proposed order granting the relief requested in the Ducera Interim Fee Application annexed thereto as Exhibit D (the "Proposed Order").  Objections to the Ducera Interim Fee Application were required to be filed and served on or prior to July 5, 2023 (the "Objection Deadline").

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

2.      In accordance with paragraph 44 of the *Procedures for Complex Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (a) the Objection Deadline has passed, (b) the undersigned counsel is unaware of any objection to the Ducera Interim Fee Application, and (c) the undersigned counsel has reviewed the Court's docket and no objection to the Ducera Interim Fee Application appears thereon.

3.      Therefore, the Applicant respectfully requests entry of the Proposed Order annexed hereto as **<u>Exhibit A</u>**.

[*Remainder of page intentionally left blank*]

Dated:      Houston, Texas
            July 28, 2023

Respectfully Submitted,

**WILLKIE FARR & GALLAGHER LLP**

By:  /s/  Jennifer J. Hardy
Jennifer J. Hardy (Texas Bar No. 24096068)
600 Travis Street
Houston, Texas 77002
Telephone:  713-510-1700
Facsimile:  713-510-1799
Email:  jhardy2@willkie.com

**AND**

Brett H. Miller (admitted *pro hac vice*)
Todd M. Goren (admitted *pro hac vice*)
James H. Burbage (admitted *pro hac vice*)
887 Seventh Avenue
New York, New York 10019
Telephone: 212-728-8000
Facsimile: 212-728-8111
Email: bmiller@willkie.com
       tgoren@willkie.com
       jburbage@willkie.com

*Counsel for the Official Committee of Unsecured Creditors*

**<u>Certificate of Service</u>**

I certify that on July 28, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

By:  <u>/s/ Jennifer J. Hardy      </u>
      Jennifer J. Hardy