**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| **CORE SCIENTIFIC, INC.,** *et al.,* | § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § § | (Jointly Administered) |

**DEBTOR'S WITNESS AND EXHIBIT LIST
FOR HEARING ON AUGUST 7, 2023**

Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), files this witness and exhibit list (the "**Witness and Exhibit List**") in advance of the hearing scheduled for August 7, 2023 at 3:30 p.m. (Prevailing Central Time) (the "**Hearing**"):

**WITNESSES**

The Debtor may call any of the following witnesses at the Hearing:

1.  Any witness called or listed by any other party; and

2.  Any rebuttal witnesses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

**EXHIBITS**

The Debtors may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Sphere Proof of Claim No. 358, Exhibit B to *Debtors' Motion for Summary Judgment With Respect To Proof of Claim Nos. 358 and 359 Filed By Sphere 3D Corp.* (the "**Motion**") (**ECF No. 959-2**) | | | | |
| 2. | Sphere Proof of Claim No. 359, Exhibit C to the Motion (**ECF No. 959-3**) | | | | |
| 3. | Debtors' Objection to Proofs of Claim Nos. 358 and 359 Filed By Sphere 3D Corp., Exhibit D to the Motion (**ECF No. 959-4**) | | | | |
| 4. | Declaration of Russell Cann in Support of Debtors' Motion for Summary Judgment (**ECF No. 960**) (the "**Cann Declaration**") | | | | |
| 5. | Master Services Agreement, effective as of September 12, 2021, between Core Scientific, Inc. and Gryphon Digital Mining, Inc., Exhibit A to the Cann Declaration (**ECF No. 960-1**) | | | | |
| 6. | Master Services Agreement Order #1 between Core Scientific, Inc. and Gryphon Digital Mining, Inc., Exhibit A to the Cann Declaration (**ECF No. 960-1**) | | | | |
| 7. | Master Services Agreement Order #2 between Core Scientific, Inc. and Gryphon Digital Mining, Inc., Exhibit B to the Cann Declaration (**ECF No. 960-2**) | | | | |
| 8. | Invoice dated May 12, 2023 to Gryphon Digital Mining Inc., Exhibit C to the Cann Declaration (**ECF No. 960-3**) | | | | |
| 9. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 10. | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party | | | | |
| 11. | Any exhibit listed by any other party | | | | |

## **RESERVATION OF RIGHTS**

The Debtor's reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list at any time prior to the hearing.  The Debtors reserve the right to offer into evidence any exhibit necessary to rebut evidence or testimony offered by any other party and any exhibits listed or used by any other party.

Dated: August 3, 2023
     Houston, Texas

        Respectfully submitted,

         _/s/  Alfredo R. Pérez_____
        WEIL, GOTSHAL & MANGES LLP
        Alfredo R. Pérez (15776275)
        Clifford W. Carlson (24090024)
        700 Louisiana Street, Suite 1700
        Houston, Texas 77002
        Telephone:  (713) 546-5000
        Facsimile:   (713) 224-9511
        Email: Alfredo.Perez@weil.com
            Clifford.Carlson@weil.com

        -and-

        WEIL, GOTSHAL & MANGES LLP
        Ray C. Schrock (admitted _pro hac vice_)
        Ronit J. Berkovich (admitted _pro hac vice_)
        767 Fifth Avenue
        New York, New York 10153
        Telephone:  (212) 310-8000
        Facsimile:   (212) 310-8007
        Email:   Ray.Schrock@weil.com
            Ronit.Berkovich@weil.com

        _Counsel for Debtors and Debtors in Possession_

### Certificate of Service

I hereby certify that on August 3, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.


 */s/ Alfredo R. Pérez*
Alfredo R. Pérez