## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.*, | § | **Case No. 22-90341 (DRJ)** |
| | § | |
| **Debtors.[1]** | § | **(Jointly Administered)** |

### SPHERE 3D CORP.'S WITNESS AND EXHIBIT LIST
[Relates to Docket Nos. 959, 1039, 1040]

Sphere 3D Corp. ("**Sphere**") file this Witness and Exhibit List for the hearing to be held

on **August 7, 2023, at 3:30 p.m. (prevailing Central Time)** (the "**Hearing**").

### WITNESSES

Sphere may call any of the following witnesses at the Hearing:

1. Any witness called or listed by any other party; and

2. Rebuttal witnesses as necessary.

### EXHIBITS

Sphere may offer into evidence any one or more of the following exhibits at the Hearing:

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Declaration of Patricia Trompeter in Support of Sphere 3D Corp.'s Opposition to Debtors' Motion for Summary Judgment (Exhibits Separately Listed) [Docket 1039-2] | | | | |

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198) (collectively, the "**Debtors**"). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

| | | | | | |
|---|---|---|---|---|---|
| 2. | Master Services Agreement dated August 19, 2021, by and between Gryphon Digital Mining, Inc. and Sphere 3D Corp. [Docket No. 1039-2, Exhibit 1] | | | | |
| 3. | Master Services Agreement dated September 12, 2021, by and between Core Scientific, Inc. and Gryphon Digital Mining, Inc. (Including Exhibit, Master Services Agreement Order #1) [Docket No. 1039-2, Exhibit 2] [SEALED] | | | | |
| 4. | Master Services Agreement Order # 2 [Docket No. 1039-2, Exhibit 3] [SEALED] | | | | |
| 5. | Sub-License and Delegation Agreement dated October 5, 2021 [Docket No. 1039-2, Exhibit 4] | | | | |
| 6. | Brian Chase Letter to Core Scientific dated July 27, 2022, Re: Source of Funds and Letter of Direction [Docket No. 1039-2, Exhibit 5] | | | | |
| 7. | Declaration of Peter Tassiopoulos in Support of Sphere 3D Corp.'s Opposition to Debtors' Motion for Summary Judgment (Including Exhibit 1, Sphere 3D Corp.'s Form 6-K, and Exhibit 2, Screenshot of Message Exchange between Gryphon Digital Mining, Inc. and Core Scientific, Inc. Employees) [Docket No. 1039-3] [SEALED] | | | | |
| 8. | Declaration of Kurt Kalbfleisch in Support of Sphere 3D Corp.'s Opposition to Debtors' Motion for Summary Judgment (Including Exhibit 1, April 2022 Invoice) [Docket No. 1039-4] [SEALED] | | | | |
| 9. | Declaration of Gregory N. Wolfe in Support of Sphere 3D Corp.'s Opposition to Debtors' Motion for Summary Judgment [Docket No. 1039-5] | | | | |
| | Any documents filed in the above-captioned bankruptcy case | | | | |

| | Any exhibit listed or introduced by any other party | | | | |
| --- | --- | --- | --- | --- | --- |
| | Rebuttal exhibits as necessary | | | | |

Sphere reserves its right to amend or supplement this Witness and Exhibit List as necessary in advance of the Hearing.

Dated: August 3, 2023                                        Respectfully submitted,


*/s/ Timothy A. ("Tad") Davidson II*

Timothy A. ("Tad") Davidson II
TX Bar No. 24012503
Ashley L. Harper
TX Bar No. 24065272
**HUNTON ANDREWS KURTH LLP**
600 Travis Street, Suite 4200
Houston, Texas 77002
Telephone:  (713) 220-4200
Facsimile:  (713) 220-4285
E-mail:      taddavidson@HuntonAK.com
                 ashleyharper@HuntonAK.com

- and -

Seth H. Lieberman (admitted *pro hac vice*)
Matthew W. Silverman (admitted *pro hac vice*)
**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
Telephone:  (212) 421-4100
Facsimile:  (212) 326-0806
E-mail:      slieberman@pryorcashman.com
                 msilverman@pryorcashman.com

- and -

*Co-Counsel for Sphere 3D Corp.*

Tibor L. Nagy, Jr.
TX Bar No. 24041562
Gregory N. Wolfe (admitted *pro hac vice*)
Susan Hu (admitted *pro hac vice*)
**DONTZIN NAGY & FLEISSIG LLP**
980 Madison Avenue
New York, New York 10075
Telephone: (212) 717-2900
Email:      tibor@dnfllp.com
                greg@dnfllp.com
                shu@dnfllp.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 3, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

<u>*/s/ Timothy A. ("Tad") Davidson II*</u>
Timothy A. ("Tad") Davidson II