# **<u>EXHIBIT 6</u>**

# **EXHIBIT 5**

VIA EMAIL

Core Scientific, Inc.
210 Barton Springs #300
Austin, Texas 78704
(425) 998-5300

July 27, 2022

Re: Source of Funds and Letter of Direction

To Whom It May Concern,

We hereby confirm that as of the date hereof, Sphere 3D Corp. ("Sphere 3D") is the sole source and beneficiary of the funds paid to Core Scientific Inc. ("Core") by Gryphon Digital Mining ("Gryphon") under Order #2 on Sphere 3D's behalf, as per the terms of the Sub-license and Delegation Agreement dated as of October 5, 2021, as subsequently amended by Amendment No. 1 to the Sub-License and Delegation Agreement dated as of December 29, 2021.

As of the date hereof, Sphere 3D has provided a total of $35,104,363 US Dollars, through Gryphon, to Core for prepayment of hosting services on the units contemplated under Order #2 under the Master Services Agreement between Gryphon and Core (the "Prepayment Balance"). We hereby confirm that Sphere 3D solely and exclusively maintains any and all right and claim to Prepayment Balance. Further, we hereby authorize Core to transfer, refund, apply, or otherwise direct the Prepayment Balance in a manner as instructed by Sphere 3D in its sole discretion.

Notwithstanding the above, by this correspondence Gryphon does not waive or otherwise amend or modify any provision of the MSA or any other agreement between Gryphon and Core unless otherwise expressly noted herein.

Best,

Brian Chase
Chief Financial Officer
Gryphon Digital Mining

Signed _____
DocuSigned by:
Brian Chase
AEE11BFA504949C...