# **EXHIBIT 8**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § | (Jointly Administered) |

### DECLARATION OF KURT KALBFLEISCH IN SUPPORT OF SPHERE 3D CORP.'S OPPOSITION TO DEBTORS' MOTION FOR SUMMARY JUDGMENT

I, Kurt Kalbfleisch, under penalty of perjury, pursuant to 28 U.S.C. § 1746, declare that the following is true and correct, based on my personal knowledge:

1. I am Sphere 3D Corp.'s ("Sphere") Senior Vice President and CFO.

2. Sphere, through Gryphon Digital Mining Inc., wired all deposit payments to Core Scientific Inc. ("Core"), a sum of $35,104,363.00, including a payment of ▮▮▮▮▮▮▮▮ in October 2021.

3. Attached as **Exhibit 1** to this declaration is a Core invoice received on April 4, 2022.

**Executed on:** July 7, 2023                         */s/ Kurt Kalbfleisch*
                                                      Kurt Kalbfleisch

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

1

# **EXHIBIT 1**





#INV42043
4/4/2022

| **Bill To** | **Ship To** | **TOTAL** |
|---|---|---|
| Gryphon Digital Mining, Inc.<br>5953 Mabel Rd<br>Unit 138<br>Las Vegas NV 89110<br>United States | Gryphon Digital Mining, Inc.<br>5953 Mabel Rd<br>Unit 138<br>Las Vegas NV 89110<br>United States | $ ▮▮▮▮▮ |

Due Date: 4/15/2022

| **Terms** | **Due Date** | **PO #** | **Sales Rep** |
|---|---|---|---|
|  | 4/15/2022 | Order 2 - 10000 Units S19 |  |

| **Quantity** | **Item** | **Tax Location** | **Tax Rate** | **Amount** |
|---|---|---|---|---|
| 1 | **Hosting Services*** |  | 0% | $ ▮▮▮ |

|  |  |
|---|---|
| **Subtotal** | $ ▮▮▮ |
| **Tax Total (0%)** | $0.00 |
| **Total** | $ ▮▮▮ |
| **Amount Due** | $ ▮▮▮ |

1 of 1

*Hosting Services includes Security, Monitoring, Maintenance, Facilities Management, Account Management, Usage, Network/Data Access, Technical Support, Rack/Colocation Space, Heat Management/Thermal Management.

**Thank you for your business and your trust. It is our pleasure to work with you.**