**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CORE SCIENTIFIC, INC., *et al.*, | ) Case No. 22-90341 (DRJ) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) Re: Docket Nos. 305, 611 |

**SECOND SUPPLEMENTAL
VERIFIED STATEMENT OF THE AD HOC GROUP OF SECURED
CONVERTIBLE NOTEHOLDERS PURSUANT TO BANKRUPTCY RULE 2019**

In connection with the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors in possession (the "Debtors"), Paul Hastings LLP ("Paul Hastings" or "Counsel") hereby submits this second supplemental verified statement (this "Second Supplemental Verified Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") in connection with Paul Hastings' representation of an ad hoc group of secured convertible noteholders, or investment advisors, subadvisors, or managers of discretionary accounts (the "Ad Hoc Group") that hold (i) secured convertible notes issued pursuant to that certain Secured Convertible Note Purchase Agreement, dated as of April 19, 2021 (as may be amended, restated, amended and restated, supplemented or otherwise modified from time to time, and including all related credit documents, and the notes issued thereunder, the "April Secured Convertible Notes"),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

and/or (ii) secured convertible notes issued pursuant to that certain Secured Convertible Note Purchase Agreement, dated on or about August 20, 2021 (as may be amended, restated, amended and restated, supplemented or otherwise modified from time to time, and including all related credit documents, and the notes issues thereunder, the "August Secured Convertible Notes", and collectively with the April Secured Convertible Notes, the "Secured Convertible Notes"), each issued by Core Scientific, Inc. (as successor to or assignee of Core Scientific Holdings Co.). As certified to Counsel by the Ad Hoc Group, each member holds, or are the investment advisors, sub-advisors, or managers for discretionary accounts that hold the Secured Convertible Notes (the "Debt Holdings"). Certain members of the Ad Hoc Group and/or their affiliates also hold shares of common stock and/or call options to purchase shares of common stock of Core Scientific, Inc. (the "Equity Holdings", and together with the Debt Holdings, the "Holdings"). For the avoidance of doubt, Paul Hastings only represents the Ad Hoc Group in connection with the Ad Hoc Group's Debt Holdings and does not represent the Ad Hoc Group in connection with any member's Equity Holdings.

1. On October 30, 2022, certain members of the Ad Hoc Group retained Paul Hastings as counsel in connection with a potential restructuring of the Debtors. Each member of the Ad Hoc Group has consented to Counsel's representation. Since its formation, certain additional noteholders have joined the Ad Hoc Group.

2. On January 18, 2023, Paul Hastings filed the *Verified Statement of the Ad Hoc Group of Secured Convertible Noteholders Pursuant to Bankruptcy Rule 2019* [Docket No. 305]. On March 2, 2023, Paul Hastings filed the *First Supplemental Verified Statement of the Ad Hoc Group of Secured Convertible Noteholders Pursuant to Bankruptcy Rule 2019* [Docket No. 611] (the "First Supplemental Verified Statement"). Paul Hastings now files this Second Supplemental

Verified Statement to further update the information contained in the First Supplemental Verified Statement.

3. Since the filing of the First Supplemental Verified Statement, certain changes have occurred with respect to the disclosable economic interests held or managed by the members of the Ad Hoc Group in relation to the Debtors. Additionally, certain additional members have joined the Ad Hoc Group.

4. The members of the Ad Hoc Group are either the beneficial holders of, or the investment advisors or managers to, funds and/or accounts that hold disclosable economic interests in relation to the Debtors. In accordance with Bankruptcy Rule 2019, attached hereto as **Exhibit A** is a list of the names and addresses for each member of the Ad Hoc Group and the Holdings of each member of the Ad Hoc Group, as of August 3, 2023 (as certified to Counsel by each member of the Ad Hoc Group).[2] The information contained in **Exhibit A** is based upon information provided by the members of the Ad Hoc Group to Counsel and is subject to change.

5. As of the date of this Second Supplemental Verified Statement, Counsel represents only the members of the Ad Hoc Group and does not represent or purport to represent any persons or entities other than the Ad Hoc Group in connection with the Chapter 11 Cases. In addition, as of the date of this Second Supplemental Verified Statement, the Ad Hoc Group, both collectively and through its individual members, does not represent or purport to represent any other persons or entities in connection with the Chapter 11 Cases.

6. The information contained in this Second Supplemental Verified Statement and **Exhibit A** attached hereto is intended only to comply with Bankruptcy Rule 2019 and is not

---

[2] Certain affiliates of or other funds or accounts managed or advised by affiliates of certain members of the Ad Hoc Group may hold equity or debt in or other claims against the Debtors. Paul Hastings does not represent such affiliates or funds in the Chapter 11 Cases, and their debt and equity holdings are not included in **Exhibit A** attached hereto.

intended for any other purpose.  Nothing contained herein should be construed as a limitation or waiver of any rights of any member of the Ad Hoc Group, including, without limitation, the right to assert, file and/or amend its claims in accordance with any applicable orders entered in these Chapter 11 Cases.

7.  The information contained in **Exhibit A** is based upon information provided by the applicable members of the Ad Hoc Group.  Counsel does not make any representation regarding the validity, amount, allowance, or priority of such claims, and reserves all rights with respect thereto.  Counsel does not own, nor have they ever owned, any claims against or interests in the Debtors, except for claims for services rendered to the Ad Hoc Group.  However, Counsel has sought to have its fees and disbursements paid by the Debtors' estates pursuant to title 11 of the United States Code or as otherwise permitted in the Chapter 11 Cases.  The Ad Hoc Group, through Counsel, reserves the right to amend and/or supplement this Second Supplemental Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019 at any time in the future.

|  |  |
|---|---|
| Dated: August 4, 2023<br>Houston, Texas | Respectfully submitted<br><br>/s/ *James T. Grogan III*<br>**PAUL HASTINGS LLP**<br>James T. Grogan III (TX Bar No. 24027354)<br>600 Travis Street, 58th Floor<br>Houston, Texas 77002<br>Telephone: (713) 860-7300<br>Facsimile: (713) 353-3100<br>Email: jamesgrogan@paulhastings.com<br><br>-and-<br><br>Kristopher M. Hansen (admitted *pro hac vice*)<br>Sayan Bhattacharyya (admitted *pro hac vice*)<br>Emily Kuznick (admitted *pro hac vice*)<br>Joanne Lau (admitted *pro hac vice*)<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 318-6000<br>Facsimile: (212) 319-4090<br>Email: krishansen@paulhastings.com<br>  sayanbhattacharyya@paulhastings.com<br>  emilykuznick@paulhastings.com<br>  joannelau@paulhastings.com<br><br>*Counsel to the Ad Hoc Group of Secured Convertible Noteholders* |

**Certificate of Service**

I certify that on August 4, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ James T. Grogan III*
James T. Grogan III

**Exhibit A[1]**

| Entity | Address | Nature and Principal Amount of Holdings[2] |
|---|---|---|
| Apollo Capital Management, L.P. | 9 West 57th Street 41st Floor New York, NY 10019 | $22,592,716.74 in aggregate principal amount of April Secured Convertible Notes<br><br>$10,924,074.45 in aggregate principal amount of August Secured Convertible Notes |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by BlackRock Financial Management, Inc., or an affiliate thereof[3] | 50 Hudson Yards New York, NY 10001 | $38,234,260.58 in aggregate principal amount of August Secured Convertible Notes |
| Corbin Capital Partners, L.P. | 590 Madison Avenue Suite 3101 New York, NY 10022 | $15,293,704.23 in aggregate principal amount of August Secured Convertible Notes |

---

[1] Amounts listed on this **Exhibit A** represent aggregate interests held by, or held by funds or accounts managed or advised by, the listed entities or their respective affiliates solely to the extent such entities are members of the Ad Hoc Group. Amounts listed on this **Exhibit A** do not include any claims for, without limitation, fees, expenses, premiums, make-wholes or other amounts (including the "Repayment Amount") or indemnification obligations that may be owing under any note purchase agreement, note, indenture, credit agreement or other instrument.

[2] Amounts listed with respect to the April Secured Convertible Notes include (i) accrued paid in kind ("PIK") interest, (ii) accrued cash interest, and (iii) accreted original issue discount, in each case, through the Petition Date. Amounts listed with respect to the August Secured Convertible Notes include (i) accrued PIK interest and (ii) accrued cash interest, in each case, through the Petition Date.

[3] Certain other funds and accounts managed or advised by affiliates of BlackRock Financial Management, Inc. may hold equity or debt in the Debtors. Paul Hastings does not represent these funds with respect to such holdings.

| Entity | Address | Nature and Principal Amount of Holdings[2] |
|---|---|---|
| Celsius US Holding LLC[4] | 221 River Street, Suite 9129<br>Hoboken, NJ 07030 | $81,856,428.33 in aggregate principal amount of April Secured Convertible Notes |
| Gullane Capital, LLC | 640 S Perkins Rd<br>Memphis, TN 38117 | $62,363,606.38 in aggregate principal amount of August Secured Convertible Notes<br><br>8,297,746 shares of common stock<br><br>291,700 shares of common stock may be purchased pursuant to call options |
| Ibex Partners (Core) LP | 260 N. Josephine St<br>Third Floor<br>Denver, CO 80206 | $97,901,772.52 in aggregate principal amount of April Secured Convertible Notes |
| ICG Advisors, LLC | 11111 Santa Monica Blvd., Suite 2100<br>Los Angeles, CA 90025 | $61,753,425.74 in aggregate principal amount of April Secured Convertible Notes |
| Jordan Park Group LLC | 100 Pine Street<br>Suite 2600<br>San Francisco, CA 94111 | $31,133,612.18 in aggregate principal amount of August Secured Convertible Notes |

---

[4] Certain affiliates of Celsius US Holding LLC are party to a now-rejected contract with the Debtors. Paul Hastings does not represent any such affiliates of Celsius US Holding LLC in their capacity as a contract counterparty or in connection with any claims thereunder, including any rejection damages claim.

| Entity | Address | Nature and Principal Amount of Holdings[2] |
|---|---|---|
| Kensico Capital Management Corp. | 55 Railroad Avenue<br>2nd Floor<br>Greenwich, CT 06830 | $37,654,527.89 in aggregate principal amount of April Secured Convertible Notes<br><br>$4,369,629.78 in aggregate principal amount of August Secured Convertible Notes[5] |
| Marsico AXS CS LLC | 5251 DTC Parkway<br>Suite 410<br>Greenwood Village, CO 80111 | $23,557,623.45 in aggregate principal amount of August Secured Convertible Notes |
| Massachusetts Mutual Life Insurance Company[6] | 10 Fan Pier Blvd.<br>Boston, MA 02210 | $43,696,297.80 in aggregate principal amount of August Secured Convertible Notes |
| OIP Management Company, LLC | 31 Hudson Yards, 11th floor<br>New York, New York 10001 | $1,879,791.30 in aggregate principal amount of August Secured Convertible Notes |
| Sabby Volatility Warrant Master Fund, Ltd. | c/o Sabby Management, LLC<br>115 Hidden Hills Dr.<br>Spicewood, TX 78669 | $2,731,018.61 in aggregate principal amount of August Secured Convertible Notes |

---

[5] Such amount is beneficially owned through a personal account of a co-principal of Kensico Capital Management Corp.

[6] Certain affiliates of Massachusetts Mutual Life Insurance Company provided equipment financing to the Debtors. Paul Hastings does not represent any such affiliates of Massachusetts Mutual Life Insurance Company in its capacity as an equipment financing lender to the Debtors in connection with the Chapter 11 Cases.

| Entity | Address | Nature and Principal Amount of Holdings[2] |
|---|---|---|
| Toroso Investments, LLC | PO Box 1995<br>West Chester, PA 19380 | $28,948,797.29 in aggregate principal amount of August Secured Convertible Notes |