IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § § | (Jointly Administered) |

### NOTICE OF AMENDED AGENDA OF MATTERS
### SET FOR HEARING ON AUGUST 7, 2023 AT 3:30 P.M. (CT)

Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**") hereby file their Amended Agenda of Matters Set for Hearing on August 7, 2023 at 3:30 p.m. (CT) before the Honorable David R. Jones. The hearing will be conducted in Courtroom 400, 4th floor, 515 Rusk Avenue, Houston, TX 77002. You may participate in the hearing by an audio and video connection. The audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510 and enter the conference code 205691. The video communication will be by use of the Gotomeeting Platform. Connect via the free Gotomeeting Application or click the link on Judge Jones's home page. The meeting code is "judgejones." Click the settings icon in the upper right corner and enter your name under the personal information setting.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

I. **Contested Matters**

1. **Motion of the Debtors for Summary Judgment With Respect to Proof of Claim Nos. 358 and 359 Filed by Sphere 3D Corp. (Docket No. 959)**

   Status:  This matter is going forward.

   Responses Filed:

   A.  Objection to the Motion of the Debtors for Summary Judgment With Respect to Proof of Claim Nos. 358 and 359 Filed by Sphere 3D Corp. (Docket No. 1039)

   B.  Debtors' Reply to Objection to the Motion of the Debtors' for Summary Judgment With Respect to Proof of Claim Nos. 358 and 359 Filed by Sphere 3D Corp. (Docket No. 1094)

   Related Documents:

   A.  Declaration of Russell Cann in Support of the Motion of the Debtors for Summary Judgment With Respect to Proof of Claim Nos. 358 and 359 Filed by Sphere 3D Corp. (Docket No. 960)

   B.  Debtors' Witness and Exhibit List for Hearing on August 7, 2023 at 3:30 p.m. (Prevailing Central Time) (Docket No. 1099)

   C.  Sphere 3D Corp.'s Witness and Exhibit List for Hearing Scheduled for August 7, 2023 at 3:30 p.m. (Prevailing Central Time) (Docket No. 1100)

2. **Debtors' Objection to Proofs of Claim Nos. 358 and 359 Filed by Sphere 3D Corp. (Docket No. 869)**

   Status:  Depending on the outcome of the hearing on the Summary Judgment Motion, a non-evidentiary status conference on the Debtors' Claim Objection will go forward.

   Responses Filed:

   A.  Sphere 3D Corp.'s Response to Debtors' Objection to Proofs of Claim Nos. 358 and 359 (Docket No. 1044)

   Related Documents:

   A.  Declaration of Russell Cann in Support of Debtors' Objection to Proofs of Claim Nos. 358 and 359 Filed by Sphere 3D Corp. (Docket No. 870)

Dated: August 4, 2023
      Houston, Texas

                    Respectfully submitted,

                    /s/  *Alfredo R. Pérez*
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:   (713) 224-9511
Email:   Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Theodore E. Tsekerides (admitted *pro hac vice*)
Christine A. Calabrese (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Email:   Ray.Schrock@weil.com
          Ronit.Berkovich@weil.com
          Theodore.Tsekerides@weil.com
          Christine.Calabrese@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

## Certificate of Service

I hereby certify that on August 4, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                       */s/ Alfredo R. Pérez*
                                                      Alfredo R. Pérez