IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.*, | § | **Case No. 22-90341 (DRJ)** |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |

**NOTICE OF SPHERE 3D CORP.'S PROPOSED SCHEDULING ORDER**
[Relates to Docket Nos. 869, 1044]

Sphere 3D Corp. ("Sphere") files this *Notice of Sphere 3D Corp.'s Proposed Scheduling Order* ("Notice") to submit to the Court Sphere's version of a proposed scheduling order, which has not been agreed to by the Debtors, in advance of the scheduling conference set for August 7, 2023 (the "Scheduling Conference").[2]  In support, Sphere respectfully states as follows:

1. The *Joint Stipulation and Agreed Order (I) Extending Response Deadline with Respect to Debtors' Objection to Proofs of Claim Nos. 358 and 359 Filed by Sphere 3D Corp. (II) Suspending Discovery Pending Further Order* [Docket No. 956], signed by the Court on June 6, 2023, deferred and suspended all discovery regarding Sphere's Proofs of Claim Nos. 358 and 359 ("Sphere's Claims") and the *Debtors' Objection to Proofs of Claim Nos. 358 and 359 Filed by Sphere 3D Corp.* [Docket No. 869] (the "Claim Objection") "until after a non-evidentiary scheduling conference with the Court to set relevant discovery and litigation deadlines and a trial date related to Sphere's Claims and Core's Claim Objection." [Docket No. 956, ¶ 4].

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198) (collectively, the "Debtors"). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] *See Notice of Hearing Scheduled for August 7, 2023 at 3:30 P.M. (Prevailing Central Time)* [Docket No. 1084].

DMS 303311614

2. On August 3, 2023, Sphere's counsel sent Debtors' counsel a proposed scheduling order to confer regarding dates and deadlines for a trial on Sphere's Claims, the Claim Objection, and Sphere's Response to the Claim Objection [Docket No. 1044]. Debtors' counsel does not agree with Sphere's proposed schedule.

3. Accordingly, for the Court's consideration at the Scheduling Conference, Sphere submits its version of a proposed Scheduling Order in the form attached to this Notice.

Dated: August 6, 2023                    Respectfully submitted,

/s/ Timothy A. ("Tad") Davidson II
Timothy A. ("Tad") Davidson II           Tibor L. Nagy, Jr.
TX Bar No. 24012503                      TX Bar No. 24041562
Ashley L. Harper                         Gregory N. Wolfe (admitted *pro hac vice*)
TX Bar No. 24065272                      **DONTZIN NAGY & FLEISSIG LLP**
**HUNTON ANDREWS KURTH LLP**             980 Madison Avenue
600 Travis Street, Suite 4200            New York, New York 10075
Houston, Texas 77002                     Telephone: (212) 717-2900
Telephone:  (713) 220-4200               Email:    tibor@dnfllp.com
Facsimile:  (713) 220-4285                         greg@dnfllp.com
E-mail:     taddavidson@HuntonAK.com
            ashleyharper@HuntonAK.com

- and -

Seth H. Lieberman (admitted *pro hac vice*)
Matthew W. Silverman (admitted *pro hac vice*)
**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
Telephone:  (212) 421-4100
Facsimile:  (212) 326-0806
E-mail:     slieberman@pryorcashman.com
            msilverman@pryorcashman.com

- and -

*Co-Counsel for Sphere 3D Corp.*

2

## **CERTIFICATE OF SERVICE**

I certify that on August 6, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II

DMS 303311614