IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.*, | § | Case No. 22-90341 (DRJ) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

# SCHEDULING ORDER
[Relates to Docket Nos. 869, 1044]

A scheduling conference was held before the Court on August 7, 2023. It is hereby ORDERED that the following deadlines and settings shall apply to this contested matter regarding the *Debtors' Objection to Proofs of Claim Nos. 358 and 359 Filed by Sphere 3D Corp.* [Docket No. 869] (the "Claim Objection"):

| EVENT | DATE |
|---|---|
| **Discovery:** | |
| Deadline to exchange disclosures regarding: (i) the name, and, if known, address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support claims and defenses (except impeachment); (ii) copies of documents, electronically stored information, and tangible things the disclosing party has in its possession, custody, or control that may be used to support claims and defenses (except impeachment). | **Mon., Oct. 16, 2023** |

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198) (collectively, the "Debtors"). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

| | |
|---|---|
| Deadline to complete document productions and written discovery (with written discovery requests having been served at least 30 days prior to this deadline) | **Tues., Dec. 19, 2023** |
| Sphere to designate their expert(s) and provide expert report(s) | **Tues., Jan. 9, 2024** |
| The Debtors to designate their rebuttal expert(s) and provide expert report(s) | **Tues., Jan. 16, 2024** |
| Period for the Parties to conduct all depositions of fact and 30(b)(6) witnesses | **Mon., Jan. 29 – Fri., Feb. 2, 2024** |
| Period for the Parties to conduct expert depositions | **Mon., Feb. 26 – Fri., Mar. 1, 2024** |
| **Pretrial Motions:** | |
| Deadline for the Parties to file motions for summary judgment | **Fri., Mar. 15, 2024** |
| Deadline for the Parties to file objections or challenges to experts, including *Daubert* motions | **Fri., Mar. 15, 2024** |
| Deadline for Parties to file responses to motions for summary judgment.  No replies permitted. | **Fri., Apr. 5, 2024** |
| Deadline for Parties to file responses to objections or challenges to experts, including *Daubert* motions.  No replies permitted. | **Fri., Apr. 5, 2024** |
| Hearing on motions for summary judgment and Daubert motions (if any) | **Apr. ___, 2024 at _____ __.m. (Central)** |
| **Pretrial and Trial:** | |
| The Parties shall exchange Witness and Exhibit Lists and deposition designations. | **Apr. ___, 2024**<br>[Four weeks before Pretrial Conference] |
| Parties to file pre-trial motions, if any. | **Apr. ___, 2024**<br>[Two weeks before Pretrial Conference] |
| Parties to file responses to pre-trial motions, if any. | **Apr. ___, 2024**<br>[One week before Pretrial Conference] |

2

| | |
|---|---|
| The Parties shall confer and file the Standard Joint Pretrial Statement and related attachments in accordance with Appendix C to the Local Rules no later than this date. | **Apr. ___, 2024** [Two business days before Pretrial Conference] |
| Parties to file Witness Lists, Exhibits Lists, and Exhibits | **Apr. ___, 2024 at 12:00 p.m. (Central)** [Two business days before Pretrial Conference] |
| Final pre-trial conference | **Apr. ___, 2024 at _____ __.m. (Central)** |
| Trial | **Apr. ___, 2024 at _____ __.m. (Central)** |

It is further ORDERED that the Court's approval and entry of this Scheduling Order shall constitute authority for the Parties to file documents, in connection with the deadlines and settings set forth in this Scheduling Order, designated as confidential under seal without the necessity of filing a separate motion under 9037-1 of the Bankruptcy Local Rules for the Southern District of Texas.  Parties filing such documents under seal shall, to the extent feasible, also file redacted documents simultaneously.

It is further ORDERED that changes to the deadlines in this Scheduling Order may only be made by further order of this Court.

Signed: _____

                  DAVID R. JONES
                  UNITED STATES BANKRUPTCY JUDGE

DMS 303311614