UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 22-90341 |
|---|---|---|---|
| Debtor | | In Re: | Core Scientific, Inc., et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Phillip Kim<br>The Rosen Law Firm, P.A.<br>275 Madison Avenue, 40th Floor<br>New York, NY 10016<br>(212) 686-1060; pkim@rosenlegal.com<br>New York (4145397) |
|---|---|

| Name of party applicant seeks to appear for: | Morgan Hoffman |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/27/2023 | Signed: | /s/Phillip Kim |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature: |
|---|---|

**Order**
(Docket No. 1088)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.

**This lawyer is admitted *pro hac vice*.**

Signed:  August 07, 2023

_____
**DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE**