Electronic Appearance Sheet

Scott Burkey, Pro Se, None, Pro Se
Client(s): Scott D Burkey (self)

Chris Tyson, Pro Se, None, Pro Se
Client(s): Chris Tyson

Tad Davidson, HUNTON ANDREWS KURTH LLP
Client(s): Sphere 3D Corp.

Ashley Harper, HUNTON ANDREWS KURTH LLP
Client(s): Sphere 3D Corp.

Gregory Wolfe, DONTZIN NAGY & FLEISSIG LLP
Client(s): Sphere 3D Corp.

Brandon Bell, HUNTON ANDREWS KURTH LLP
Client(s): Sphere 3D Corp.

Tony Kha, none
Client(s): Tony Kha

Brett Miller, Willkie Farr & Gallagher LLP
Client(s): Official Committee of Unsecured Creditors

Todd Goren, Willkie Farr & Gallagher LLP
Client(s): Official Committee of Unsecured Creditors

Kris Hansen, Paul Hastings LLP
Client(s): Ad Hoc Group of Secured Convertible Noteholders

Theodore Tsekerides, Weil, Gotshal & Manges LLP
Client(s): Debtors Counsel

Christine Calabrese, Weil, Gotshal & Manges LLP
Client(s): Debtors Counsel

Clifford Carlson, Weil, Gotshal & Manges LLP
Client(s): Debtors Counsel

Austin Crabtree, Weil, Gotshal & Manges LLP
Client(s): Debtors Counsel

Jay Farwell, Cokinos Young
Client(s): Huband Mantor Construction, Inc.

Tom Kirkendall, Law Office of Tom Kirkendall
Client(s): Darin Feinstein

Electronic Appearance Sheet