**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | )    Chapter 11 |
| | ) |
| CORE SCIENTIFIC, INC. *et al.*,[1] | )    Case No. 22-90341 (DRJ) |
| | ) |
| Debtors. | )    (Jointly Administered) |
| | ) |

**SUMMARY COVERSHEET TO THE SECOND INTERIM FEE APPLICATION OF**
**DELOITTE FINANCIAL ADVISORY SERVICES LLP FOR COMPENSATION OF**
**SERVICES RENDERED AS FINANCIAL SERVICES PROVIDER TO THE DEBTORS**
**FOR THE PERIOD FROM APRIL 1, 2023 THROUGH JUNE 30, 2023**

| | | |
|---|---|---|
| **Name of Applicant:** | Deloitte Financial Advisory Services LLP | |
| **Applicant's Role in Case:** | financial services provider to Debtors and Debtors in Possession | |
| **Effective Date of Order of Employment Signed:** | 01/13/2023 by order, dated April 13, 2023 [Docket No. 789] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 04/01/2023 | 06/30/2023 |
| **Time period(s) covered by prior Applications:** | 01/13/2023 | 03/31/2023 |
| **Total amounts awarded in all prior Applications:** | $39,175.50 | |
| **Total fees requested in this Application:** | $17,565.50 | |
| **Total professional fees requested in this Application:** | $14,218.00 | |
| **Total actual professional hours covered by this Application:** | 17.7 | |
| **Average hourly rate for professionals:** | $803.28 | |
| **Total paraprofessional fees requested in this Application:** | $3,347.50 | |
| **Total actual paraprofessional hours covered by this Application:** | 13.5 | |
| **Average hourly rate for paraprofessionals:** | $247.96 | |
| **Reimbursable expenses sought in this application:** | $0.00 | |
| **Total Fees and Expenses Requested in this Statement (inclusive of 20% holdback):** | $17,565.50 | |

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CORE SCIENTIFIC, INC. *et al.*,[2] | ) | Case No. 22-90341 (DRJ) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**SECOND INTERIM FEE APPLICATION OF DELOITTE FINANCIAL ADVISORY SERVICES LLP FOR COMPENSATION OF SERVICES RENDERED AS FINANCIAL SERVICES PROVIDER TO THE DEBTORS FOR THE PERIOD FROM APRIL 1, 2023 THROUGH JUNE 30, 2023**

> **IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING UNLESS OTHERWISE DIRECTED BY THE COURT, YOU MUST FILE YOUR RESPONSE ELECTRONICALLY AT HTTPS://EDF.TXB.USCOURTS.GOV/ WITHIN TWENTY-ONE DAYS FROM THE DATE THIS MOTION WAS FILED. IF YOU DO NOT HAVE ELECTRONIC FILING PRIVLIDGES, YOU MUST FILE A WRITTEN OBJECTION THAT IS ACTUALLY RECEIVED BY THE CLERK WITHIN TWENTY-ONE DAYS FROM THE DATE THIS MOTION WAS FILED. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED. REPRESENTED PARTES SHOULD ACT THROUGH THEIR ATTORNEY.**

| | |
|---|---|
| Name of Applicant: | Deloitte Financial Advisory Services LLP |
| Authorized to Provide Professional Services as: | Financial Services Provider |
| Date of Retention: | *Effective as of* January 13, 2023 |
| Period for which Compensation and Reimbursement is Sought: | April 1, 2023 through June 30, 2023 |

| | | |
|---|---|---|
| Total Amount of Fees Requested: | $ | 17,565.50 |
| Amount of Expense Reimbursement Sought | $ | - |
| Total Amount of Fees and Expense: | **$** | **17,565.50** |

This is an: __Monthly   _X_ Interim   __Final Application

---

[2]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

## PRIOR FEE APPLICATIONS SERVED

| Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|
| 01/13/2023 - 03/31/2023 | $ 39,175.50 | $ - | $ 39,175.50 | $ - |
| 04/01/2023 - 05/31/2023 | $ 10,323.50 | | | |
| 06/01/2023 - 06/30/2023 | $ 7,242.00 | | | |
| | **$ 56,741.00** | **$ -** | **$39,175.50** | **$ -** |

## CUMULATIVE TIME SUMMARY BY PROFESSIONAL
For the Period of April 1, 2023 through June 30, 2023

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Accounting and Financial Reporting Advisory Services** | | | | |
| Lucas, Michael | Senior Manager | $650.00 | 1.6 | $1,040.00 |
| **Professional Subtotal:** | | | **1.6** | **$1,040.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Accounting Matters under ASC 852** | | | | |
| Sullivan, Mike | Managing Director | $995.00 | 4.2 | $4,179.00 |
| Auyeung, John | Senior Manager | $775.00 | 3.9 | $3,022.50 |
| **Professional Subtotal:** | | | **8.1** | **$7,201.50** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Preparation of Fee Applications** | | | | |
| Sullivan, Mike | Managing Director | $995.00 | 0.7 | $696.50 |
| Auyeung, John | Senior Manager | $775.00 | 3.0 | $2,325.00 |
| McDonald, Carisa | Senior Consultant | $275.00 | 4.9 | $1,347.50 |
| Gutierrez, Dalia | Consultant | $250.00 | 2.6 | $650.00 |
| Praful, Jain | Consultant | $225.00 | 2.0 | $450.00 |
| Sharma, Sarthak | Consultant | $225.00 | 4.0 | $900.00 |
| **Professional Subtotal:** | | | **17.2** | **$6,369.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Valuation Services** | | | | |
| Chill, Paul | Partner/Principal | $700.00 | 1.1 | $770.00 |
| Knappenberger, Dan | Partner/Principal | $700.00 | 2.1 | $1,470.00 |
| Jain, Ashish | Senior Manager | $650.00 | 0.5 | $325.00 |
| Peters, Bryson | Senior Manager | $650.00 | 0.6 | $390.00 |
| **Professional Subtotal:** | | | **4.3** | **$2,955.00** |

| **Total** | Blended Rate: | $563.00 | **31.2** | **$17,565.50** |

**CUMULATIVE FEES BY CATEGORY SUMMARY**
For the Period of April 1, 2023 through June 30, 2023

| Categories | Hours | Fees |
|---|---|---|
| Accounting and Financial Reporting Advisory Services | 1.6 | $1,040.00 |
| Accounting Matters under ASC 852 | 8.1 | $7,201.50 |
| Preparation of Fee Applications | 17.2 | $6,369.00 |
| Valuation Services | 4.3 | $2,955.00 |
| **Fees Category Subtotal :** | **31.2** | **$17,565.50** |

Deloitte Financial Advisory Services LLP
110 Morris Street
Morristown, NJ 07960
Telephone:  212.436.4265
Facsimile:  866.584.5524
Michael C. Sullivan

*Financial Services Provider to the Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CORE SCIENTIFIC, INC. *et al.*,[3] | ) | Case No. 22-90341 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SECOND INTERIM FEE APPLICATION OF DELOITTE FINANCIAL ADVISORY
SERVICES LLP FOR COMPENSATION OF SERVICES RENDERED AS FINANCIAL
SERVICES PROVIDER TO THE DEBTORS FOR THE PERIOD
<u>FROM APRIL 1, 2023 THROUGH JUNE 30, 2023</u>**

Deloitte Financial Advisory Services LLP ("<u>Deloitte FAS</u>" or the "<u>Applicant</u>"), financial

services provider for the debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") in these

chapter 11 cases, hereby submits this interim fee application (the "<u>Interim Fee Application</u>")

seeking allowance and payment of compensation and reimbursement of expenses pursuant to

section 105(a), 330 and 331 of chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy</u>

<u>Code</u>"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and

rule 2016-1 of the Local Bankruptcy Rules for the Southern District of Texas (the "<u>Local Rules</u>"),

---

[3]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

for the period commencing April 1, 2023 through and including June 30, 2023 (the "Interim Application Period").   In support of this Interim Fee Application, Deloitte FAS respectfully represents as follows:

## JURISDICTION

1.      The Court has subject matter jurisdiction to consider and determine this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## STATUTORY BASIS

2.      The statutory predicates for the relief requested herein are: (i) sections 330 and 331 of the Bankruptcy Code; (ii) rule 2016 of the Bankruptcy Rules; and (iii) rule 2016-1 of the Local Rules.

## BACKGROUND

3.      On December 21, 2022 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.      No trustee or examiner has been appointed in these chapter 11 cases.

5.      On January 9, 2023, the United States Trustee for Region 7 (the "U.S. Trustee") appointed an official committee of unsecured creditors.

6.      On February 21, 2023, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 541] (the "Compensation Order"), which generally sets forth the procedures for interim and final compensation and expense reimbursement for retained professionals.

## RETENTION OF DELOITTE FAS

7.     On February 16, 2023, the Debtors filed the *Application of Debtors for Entry of an Order (I) Authorizing the Employment and Retention of Deloitte Financial Advisory Services LLP as Financial Services Provider Effective as of January 13, 2023 and (II) Granting Related Relief* [Docket No. 531] (the "Retention Application").

8.     On April 13, 2023, the Court entered an order approving the Retention Application [Docket No. 789] (the "Retention Order").

## RELIEF REQUESTED

9.     By this Interim Fee Application, Deloitte FAS respectfully seeks interim compensation of 100% of its fees in the amount of $17,565.50 incurred during the Interim Application Period.   Deloitte FAS did not incur any expenses during the Interim Application Period.  Deloitte FAS submits this Interim Fee Application in accordance with the Compensation Order and the Retention Order.  All services for which Deloitte FAS requests compensation were performed for the Debtors.

## BASIS FOR RELIEF

10.     This is the second interim fee application filed by Deloitte FAS in these cases.  In connection with the professional services rendered, by this Interim Fee Application, Deloitte FAS seeks compensation in the amount of $17,565.50.   The Applicant maintains computerized records of the time expended in the rendering of the professional services required by the Debtors.  These records are maintained in the ordinary course of the Applicant's business.  A detailed statement of hours spent rendering professional services to the Debtors in support of Deloitte FAS's request for compensation for fees incurred during the Interim Application Period is attached hereto as Exhibit

A.  Exhibit A: (i) identifies the professionals and paraprofessionals that rendered services in each project category; and (ii) describes each service such professional or paraprofessional performed.

11.     No agreement or understanding exists between Deloitte FAS and any nonaffiliated or unrelated person or persons for the sharing of compensation received or to be received for professional services rendered in or in connection with these cases.

## DESCRIPTION OF SERVICES RENDERED

Deloitte FAS provides below an overview of the services it rendered as financial services provider for the Debtors during the Interim Application Period.  Detailed descriptions of these services, the amount of fees incurred, and the amount of hours spent providing services throughout the Interim Application Period are also provided in the attached Exhibits.

**Accounting and Financial Reporting Advisory Services:**

**Hours 1.6, Amount $1,040.00**

- Deloitte FAS held discussions internally, and with the Debtors, regarding impacts to financial reporting related to bankruptcy emergence under United States Generally Accepted Accounting Principles ("US GAAP").

**Accounting Matters under Accounting Standards Codification ("ASC") 852:**

**Hours 8.1, Amount $7,201.50**

- Deloitte FAS held discussions internally, and with the Debtors, regarding potential ranges of enterprise value, related financial reporting considerations and emergence accounting requirements under US GAAP pursuant to ASC 852.

**Valuation Services:**

**Hours 4.3, Amount $2,955.00**

- Deloitte FAS held discussions internally and with the Debtors to discuss intangible and

tangible asset recordkeeping and valuation of such assets for both US GAAP and tax planning purposes.

**Preparation of Fee Applications:**

**Hours 17.2, Amount $6,369.00**

- Deloitte FAS prepared its monthly fee applications for the period January 13, 2023 through March 31, 2023 and subsequent fee statements for the period April and May 2023 period.

## ALLOWANCE OF COMPENSATION

12.     Because of the benefits realized by the Debtors, the nature of services provided, the amount of work done, the time consumed and the skill required, Deloitte FAS requests that it be allowed, on an interim basis, compensation for the professional services rendered during the Interim Application Period in the sum of $17,565.50.

13.     During the Interim Application Period, allowance of compensation in the amount requested would result in a blended hourly billing rate for professionals of approximately $563.00.

14.     Deloitte FAS respectfully submits that the professional services rendered by Deloitte FAS on behalf of the Debtors during the Interim Application Period were reasonable, necessary and appropriate to the administration of these chapter 11 cases and related matters.

## DELOITTE FAS'S REQUESTED FEES SHOULD BE ALLOWED BY THIS COURT

15.     Section 330 provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 sets forth the criteria for the award of compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –

(a)     the time spent on such services;

(b)     the rates charged for such services;

(c)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(d)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(e)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(f)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

16.     In the instant case, Deloitte FAS respectfully submits that the services for which it seeks compensation in this Interim Application Period were necessary for and beneficial to the Debtors and were performed economically, effectively, and efficiently.  Deloitte FAS further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services to the Debtors.  Further, in accordance with the factors enumerated in section 327(a) and 328(a) of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (i) the complexity of these cases; (ii) the time expended; (iii) the nature and extent of the services rendered; (iv) the value of such services; and (v) the costs of comparable services other than in a case under the Bankruptcy Code.  Accordingly, the approval of the compensation sought herein is warranted.

## CERTIFICATE OF COMPLIANCE AND WAIVER

17.     The undersigned representative of Deloitte FAS certifies that Deloitte FAS has reviewed the requirements of rule 2016-1 of the Local Rules and that the Interim Fee Application substantially complies with that Local Rule.  To the extent that the Interim Fee Application does

not comply in all respects with the requirements of Local Rule 2016-1, Deloitte FAS believes that such deviations are not material and respectfully requests that any such requirement be waived.

WHEREFORE, Deloitte FAS respectfully requests that the Court enter an order: (i) granting allowance, on an interim basis, of compensation for professional services rendered to the Debtors by Deloitte FAS for the Interim Application Period in the amount of $17,565.50, which represents 100% of the total compensation for professional services rendered during the Interim Application Period; (ii) authorizing and directing the Debtors to pay all such amounts to Deloitte FAS; and (iii) granting such other and relief as may be just and proper.

Dated: August 9, 2023
      Morristown, New Jersey

                             Respectfully submitted,

                             DELOITTE FINANCIAL ADVISORY
                             SERVICES LLP

                             /s/ Michael C. Sullivan
                             Michael C. Sullivan
                             Managing Director
                             110 Morris Street
                             Morristown, NJ 07960
                             Telephone:  212.436.4265
                             Facsimile:  866.584.5524

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CORE SCIENTIFIC, INC. *et al.*,[1] | ) | Case No. 22-90341 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

<u>**CERTIFICATION OF MICHAEL C. SULLIVAN**</u>

Michael C. Sullivan, deposes and says:

       1)     I am a managing director in the applicant firm, Deloitte Financial Advisory Services LLP.

       2)     I have personally led, as the engagement director, the professional services rendered by Deloitte Financial Advisory Services LLP, as financial services provider and am familiar with all work performed on behalf of the Debtors by the personnel of my firm.

       3)     I have reviewed the foregoing Fee Application and the facts set forth therein are true and correct to the best of my knowledge, information, and belief.

Date: August 9, 2023                   /s/ Michael C. Sullivan
                                          Michael C. Sullivan
                                          Managing Director

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

# Exhibit A

**Professional Fees for the Fee Period
April 1, 2023 through June 30, 2023**

# Core Scientific, Inc.

## Deloitte Financial Advisory Services LLP

## Fees Sorted by Category for the Fee Period

April 01, 2023 - June 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Accounting and Financial Reporting Advisory Services** | | | | |
| 05/16/2023 | | | | |
| Lucas, Michael | Call with D. Sterling, N. Mann, J. Smith (Core Scientific), C. Weber, J. Auyeung, M. Sullivan (Deloitte) regarding chapter 11 status and estimated timelines, various accounting and financial reporting system items. | $650.00 | 1.1 | $715.00 |
| 05/23/2023 | | | | |
| Lucas, Michael | Work session with K .Gerstel (Deloitte tax), D. Knappenberger, J. Auyeung, M. Sullivan (Deloitte Advisory) to discuss chapter 11 emergence timelines, fresh start accounting, workstream coordination. | $650.00 | 0.5 | $325.00 |
| Subtotal for Accounting and Financial Reporting Advisory Services: | | | 1.6 | $1,040.00 |
| **Accounting Matters under ASC 852** | | | | |
| 04/20/2023 | | | | |
| Sullivan, Mike | Review bankruptcy docket for pleadings requiring accounting consideration for US GAAP in Q-1 2023 financial statements. | $995.00 | 0.5 | $497.50 |
| 04/28/2023 | | | | |
| Auyeung, John | Update draft agenda on bankruptcy and emergence accounting discussion items to be held with E. Haney and other Core Scientific employees. | $775.00 | 0.4 | $310.00 |
| 05/16/2023 | | | | |
| Auyeung, John | Call with D. Sterling, N. Mann, J. Smith (Core Scientific), C. Weber, M. Lucas, M. Sullivan (Deloitte) regarding chapter 11 status and estimated timelines, various accounting and financial reporting system items. | $775.00 | 1.1 | $852.50 |

# Core Scientific, Inc.

## Deloitte Financial Advisory Services LLP

## Fees Sorted by Category for the Fee Period

April 01, 2023 - June 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Accounting Matters under ASC 852* | | | | |
| **05/16/2023** | | | | |
| Sullivan, Mike | Call with D. Sterling, N. Mann, J. Smith (Core Scientific), C. Weber, M. Lucas, J. Auyeung (Deloitte) regarding chapter 11 status and estimated timelines, various accounting and financial reporting system items. | $995.00 | 1.1 | $1,094.50 |
| **05/23/2023** | | | | |
| Auyeung, John | Work session with K .Gerstel (Deloitte tax), M. Lucas (D&T), D. Knappenberger, M. Sullivan (Deloitte Advisory) to discuss chapter 11 emergence timelines, fresh start accounting, workstream coordination. | $775.00 | 0.5 | $387.50 |
| Sullivan, Mike | Work session with K .Gerstel (Deloitte tax), M. Lucas (D&T), D. Knappenberger, J. Auyeung (Deloitte Advisory) to discuss chapter 11 emergence timelines, fresh start accounting, workstream coordination. | $995.00 | 0.5 | $497.50 |
| **06/05/2023** | | | | |
| Auyeung, John | Call with D. Knappenberger, M. Sullivan (Deloitte) to discuss fixed asset ledgers, project management and emergence timeline. | $775.00 | 0.3 | $232.50 |
| Auyeung, John | Attend working session with D, Sterling, N. Mann, E Haney (Core Scientific), D. Knappenberger, M. Sullivan (Deloitte) regarding tangible asset recordkeeping, fresh start accounting and emergence timeline. | $775.00 | 0.7 | $542.50 |
| Sullivan, Mike | Attend working session with D, Sterling, N. Mann, E Haney (Core Scientific), J. Auyeung, D. Knappenberger (Deloitte) regarding tangible asset recordkeeping, fresh start accounting and emergence timeline. | $995.00 | 0.7 | $696.50 |
| Sullivan, Mike | Call with J. Auyeung, D. Knappenberger (Deloitte) to discuss fixed asset ledgers, project management and emergence timeline. | $995.00 | 0.3 | $298.50 |

# Core Scientific, Inc.

## Deloitte Financial Advisory Services LLP

## Fees Sorted by Category for the Fee Period

April 01, 2023 - June 30, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Accounting Matters under ASC 852* | | | | |
| 06/21/2023 | | | | |
| Auyeung, John | Discussion with J. Kirpas, J. Genova, M. Butler, K. Gerstel, D. Knappenberger, J. Auyeung, P. Chill, B. Peters, A. Jain (Deloitte) regarding the valuation of Core Scientific's assets from a tax perspective. | $775.00 | 0.4 | $310.00 |
| Sullivan, Mike | Attend working session with D. Sterling, E. Haney, P. Hynes (Core), J. Trankina (Alix) P. Chill, D. Knappenberger, B. Peters, K. Gerstel, J. Kirpas, A. Jain, M. Butler (Deloitte) regarding tangible asset valuation and tax planning items for emergence. | $995.00 | 0.6 | $597.00 |
| 06/26/2023 | | | | |
| Auyeung, John | Meeting with D. Sterling, E. Haney, N. Mann, J. Smith (Core Scientific), J. Horgan, J. Creighton (Alix), A. Midha (PJT), P. Chill, A. Jain, M. Sullivan (Deloitte) to discuss potential range of enterprise value and emergence accounting. | $775.00 | 0.5 | $387.50 |
| Sullivan, Mike | Meeting with D. Sterling, E. Haney, N. Mann, J. Smith (Core Scientific), J. Horgan, J. Creighton (Alix), A. Midha (PJT), J. Auyeung, P. Chill, A. Jain (Deloitte) to discuss potential range of enterprise value and emergence accounting. | $995.00 | 0.5 | $497.50 |
| Subtotal for Accounting Matters under ASC 852: | | | 8.1 | $7,201.50 |
| *Preparation of Fee Applications* | | | | |
| 04/10/2023 | | | | |
| Gutierrez, Dalia | Pull data period January 13, 2023 through March 31, 2023 in preparation for the monthly fee application. | $250.00 | 0.2 | $50.00 |
| 04/11/2023 | | | | |
| Praful, Jain | Perform review period January through March 2023 for Core Scientific first monthly fee application file. | $225.00 | 2.0 | $450.00 |

# Core Scientific, Inc.

## Deloitte Financial Advisory Services LLP

## Fees Sorted by Category for the Fee Period

April 01, 2023 - June 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Preparation of Fee Applications** | | | | |
| 04/11/2023 | | | | |
| Sharma, Sarthak | Review January through March 2023 fees in preparation for the first monthly fee application. | $225.00 | 4.0 | $900.00 |
| 04/18/2023 | | | | |
| Gutierrez, Dalia | Prepare exhibits for the first monthly fee application. | $250.00 | 0.7 | $175.00 |
| 04/20/2023 | | | | |
| Auyeung, John | Review monthly fee statement covering the period through March 31, 2023. | $775.00 | 0.7 | $542.50 |
| McDonald, Carisa | Prepare first monthly fee statement. | $275.00 | 1.4 | $385.00 |
| 04/21/2023 | | | | |
| Auyeung, John | Provide comments on monthly fee statement covering the period through March 31, 2023. | $775.00 | 0.4 | $310.00 |
| 04/24/2023 | | | | |
| McDonald, Carisa | Prepare first interim fee application draft. | $275.00 | 2.1 | $577.50 |
| 04/25/2023 | | | | |
| Auyeung, John | Review draft first interim fee application covering the period from Petition Date through and including March 31, 2023. | $775.00 | 0.4 | $310.00 |
| Sullivan, Mike | Review draft first interim fee application. | $995.00 | 0.4 | $398.00 |
| 04/27/2023 | | | | |
| Auyeung, John | Update draft language in first interim fee application covering the period from Petition Date to March 31, 2023. | $775.00 | 0.2 | $155.00 |
| Sullivan, Mike | Review updated draft first interim fee application. | $995.00 | 0.3 | $298.50 |
| 04/28/2023 | | | | |
| McDonald, Carisa | Finalize first interim fee application. | $275.00 | 0.3 | $82.50 |
| 05/01/2023 | | | | |
| McDonald, Carisa | Revise first interim fee application. | $275.00 | 0.9 | $247.50 |

# Core Scientific, Inc.

# Deloitte Financial Advisory Services LLP

# Fees Sorted by Category for the Fee Period

April 01, 2023 - June 30, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| **_Preparation of Fee Applications_** | | | | |
| 05/02/2023 | | | | |
| Auyeung, John | Review first interim fee application covering the period from Petition Date through March 31, 2023. | $775.00 | 0.3 | $232.50 |
| Gutierrez, Dalia | Prepare exhibits for the April 2023 monthly fee application. | $250.00 | 0.5 | $125.00 |
| 05/03/2023 | | | | |
| McDonald, Carisa | Finalize first interim fee application. | $275.00 | 0.2 | $55.00 |
| 06/05/2023 | | | | |
| Gutierrez, Dalia | Prepare exhibits for the combined April1-May31'23 monthly fee application. | $250.00 | 0.7 | $175.00 |
| Gutierrez, Dalia | Review May 2023 fee detail in preparation for the monthly fee application. | $250.00 | 0.5 | $125.00 |
| 06/07/2023 | | | | |
| Auyeung, John | Update draft fee statement for April and May 2023. | $775.00 | 0.7 | $542.50 |
| 06/08/2023 | | | | |
| Auyeung, John | Review revised draft fee statement for April and May 2023. | $775.00 | 0.3 | $232.50 |
| Subtotal for Preparation of Fee Applications: | | | 17.2 | $6,369.00 |
| **_Valuation Services_** | | | | |
| 05/23/2023 | | | | |
| Knappenberger, Dan | Work session with K .Gerstel (Deloitte tax), M. Lucas (D&T), J. Auyeung, M. Sullivan (Deloitte Advisory) to discuss chapter 11 emergence timelines, fresh start accounting, workstream coordination. | $700.00 | 0.5 | $350.00 |
| 06/05/2023 | | | | |
| Knappenberger, Dan | Attend working session with D, Sterling, N. Mann, E Haney (Core Scientific), J. Auyeung, M. Sullivan (Deloitte) regarding tangible asset recordkeeping, fresh start accounting and emergence timeline. | $700.00 | 0.7 | $490.00 |

# Core Scientific, Inc.

## Deloitte Financial Advisory Services LLP

## Fees Sorted by Category for the Fee Period

April 01, 2023 - June 30, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| **Valuation Services** | | | | |
| 06/05/2023 | | | | |
| Knappenberger, Dan | Call with J. Auyeung, M. Sullivan (Deloitte) to discuss fixed asset ledgers, project management and emergence timeline. | $700.00 | 0.3 | $210.00 |
| 06/21/2023 | | | | |
| Chill, Paul | Attend working session with D. Sterling, E. Haney, P. Hynes (Core), J. Trankina (Alix) D. Knappenberger, B. Peters, M. Sullivan, K. Gerstel, J. Kirpas, A. Jain, M. Butler (Deloitte) regarding tangible asset valuation and tax planning items for emergence. | $700.00 | 0.6 | $420.00 |
| Knappenberger, Dan | Attend working session with D. Sterling, E. Haney, P. Hynes (Core), J. Trankina (Alix) P. Chill, B. Peters, M. Sullivan, K. Gerstel, J. Kirpas, A. Jain, M. Butler (Deloitte) regarding tangible asset valuation and tax planning items for emergence. | $700.00 | 0.6 | $420.00 |
| Peters, Bryson | Attend working session with D. Sterling, E. Haney, P. Hynes (Core), J. Trankina (Alix) P. Chill, D. Knappenberger, M. Sullivan, K. Gerstel, J. Kirpas, A. Jain, M. Butler (Deloitte) regarding tangible asset valuation and tax planning items for emergence. | $650.00 | 0.6 | $390.00 |
| 06/26/2023 | | | | |
| Chill, Paul | Meeting with D. Sterling, E. Haney, N. Mann, J. Smith (Core Scientific), J. Horgan, J. Creighton (Alix), A. Midha (PJT), J. Auyeung, A. Jain, M. Sullivan (Deloitte) to discuss potential range of enterprise value and emergence accounting. | $700.00 | 0.5 | $350.00 |

# Core Scientific, Inc.

## Deloitte Financial Advisory Services LLP

## Fees Sorted by Category for the Fee Period

April 01, 2023 - June 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Valuation Services* | | | | |
| 06/26/2023 | | | | |
| Jain, Ashish | Meeting with D. Sterling, E. Haney, N. Mann, J. Smith (Core Scientific), J. Horgan, J. Creighton (Alix), A. Midha (PJT), J. Auyeung, P. Chill, M. Sullivan (Deloitte) to discuss potential range of enterprise value and emergence accounting. | $650.00 | 0.5 | $325.00 |
| Subtotal for Valuation Services: | | | 4.3 | $2,955.00 |
| **Total** | | | **31.2** | **$17,565.50** |

## Recapitulation

| Name | Rate | Hours | Fees |
|------|------|-------|------|
| Sullivan, Mike | $995.00 | 4.9 | $4,875.50 |
| Auyeung, John | $775.00 | 6.9 | $5,347.50 |
| Chill, Paul | $700.00 | 1.1 | $770.00 |
| Knappenberger, Dan | $700.00 | 2.1 | $1,470.00 |
| Jain, Ashish | $650.00 | 0.5 | $325.00 |
| Lucas, Michael | $650.00 | 1.6 | $1,040.00 |
| Peters, Bryson | $650.00 | 0.6 | $390.00 |
| McDonald, Carisa | $275.00 | 4.9 | $1,347.50 |
| Gutierrez, Dalia | $250.00 | 2.6 | $650.00 |
| Praful, Jain | $225.00 | 2.0 | $450.00 |
| Sharma, Sarthak | $225.00 | 4.0 | $900.00 |