IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*, | § | Case No. 22-90341 (DRJ) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |

CERTIFICATE OF SERVICE

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On August 9, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Second Interim Fee Application of Deloitte Financial Advisory Services LLP for Compensation of Services Rendered as Financial Services Provider to the Debtors for the Period from April 1, 2023 Through June 30, 2023** (Docket No. 1126)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: August 10, 2023                                               */s/ Serina Tran*
                                                                              Serina Tran
                                                                              STRETTO
                                                                              410 Exchange, Suite 100
                                                                              Irvine, CA 92602
                                                                              Telephone: 949-404-4152
                                                                              Email: TeamCoreScientific@stretto.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Special Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

# **Exhibit A**



# Exhibit A
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Ad Hoc Group of Secured Convertible Noteholders | c/o Paul Hastings LLP | Attn: Kristopher M Hansen, Erez E Gilad, Sayan Bhattacharyya & Joanne Lau | krishansen@paulhastings.com<br>erezgilad@paulhastings.com<br>sayanbhattacharyya@paulhastings.com<br>joannelau@paulhastings.com |
| Core Scientific, Inc. | Attn: Todd DuChene, Esq. | | tduchene@corescientific.com |
| Core Scientific, Inc., et al. | c/o Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, Ronit J. Berkovich and Moshe A. Fink | ray.schrock@weil.com<br>ronit.berkovich@weil.com<br>moshe.fink@weil.com |
| Office of the U.S. Trustee | Attn: Jayson Ruff & Alicia Barcomb | | jayson.b.ruff@usdoj.gov<br>alicia.barcomb@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Willkie Farr & Gallagher LLP | Attn: Brett H Miller, Todd M Goren, James H Burbage, & Joseph R. Brandt | bmiller@willkie.com<br>tgoren@willkie.com<br>jburbage@willkie.com<br>corewillkie@willkie.com<br>jbrandt@willkie.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 1 of 1