# EXHIBIT 6

**To:** Joe Poore[joe.poore@gemmining.com]
**From:** Jeff Pratt
**Sent:** Tue 10/25/2022 5:49:49 PM
**Subject:** [External]RE: GEM 2/2B

Joe,

October rates have come down a bit and November drops further.

Just got off the phone with our power team and no longer need the leverage of the power down.  I'd suggest continual mining with only 6 days to go in October.
Thoughts?

Jeff Pratt

SVP, Growth & Partnerships

Core Scientific, Inc

(425) 309-1790


**From:** Jeff Pratt
**Sent:** Tuesday, October 25, 2022 11:18 AM
**To:** Joe Poore <joe.poore@gemmining.com>
**Subject:** RE: GEM 2/2B

Joe,
I can waive the $10 per unit per month storage fee for Oct and Nov.   Let's hope they are not down more than 30 days anyway.

Do I have your approval to power down?

Jeff Pratt

SVP, Growth & Partnerships

Core Scientific, Inc

(425) 309-1790


**From:** Joe Poore <joe.poore@gemmining.com>
**Sent:** Tuesday, October 25, 2022 11:03 AM
**To:** Jeff Pratt <jpratt@corescientific.com>
**Subject:** GEM 2/2B

[EXTERNAL] Use caution when opening attachments or links.

Hey Jeff,

A few follow up questions on powering down:

- If GEM 2/2B power down machines, can they get them powered back on within 2 business days after the power on request?
- Would you be willing to waive the storage fee while you negotiate the lower power rate with Dalton utilities?

Thanks,
Joe



**Joe Poore**
CFO
550 S Main St.
Suite 310
Greenville, SC 29601
Direct: 864.704.0147

joe.poore@gemmining.com
www.gemmining.com

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message.