# EXHIBIT 8

| | |
|---|---|
| **To:** | John Thompson[john.thompson@gemmining.com] |
| **Cc:** | John Warren[jw@gemmining.com] |
| **From:** | Joe Poore |
| **Sent:** | Tue 11/8/2022 1:06:52 PM |
| **Subject:** | FW: [External]Gem Mining 2 and 2b Notice of Termination |

Gem Mining 2 and 2b Notice of Termination.pdf

Top,

Can you connect with Moses to handle transfer of units to our storage facilities (wherever they end up being)?

**From:** Mitch Livingston <mlivingston@corescientific.com>
**Sent:** Tuesday, November 8, 2022 10:54 AM
**To:** Joe Poore <joe.poore@gemmining.com>
**Cc:** Client Success <client-success@corescientific.com>; Jeff Pratt <jpratt@corescientific.com>
**Subject:** [External]Gem Mining 2 and 2b Notice of Termination

Hi Joe

Please find the attached notice of termination of your hosting agreement for Gem Mining 2 and 2b.

Thank you,

Mitchell

**Mitchell Livingston**

Client Success Manager

**Core Scientific**

mlivingston@corescientific.com

(803) 422-4484

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message.