# EXHIBIT 9



November 4, 2022

GEM Mining 2 LLC
GEM Mining 2 B LLC
550 S Main St.
Suite 310
Greenville, SC 29601

Re: Notice of Termination of Services

Dear Clients,

By mutual agreement of the parties, the following agreements between Core Scientific, Inc. ("Core") and GEM Mining 2 LLC and GEM Mining 2 B LLC ("Clients") are hereby terminated as of November 7, 2022:

- Master Services Agreement by and between Core and GEM Mining 2 LLC dated as of May 24, 2021, and all related Orders.
- Master Services Agreement by and between Core and GEM Mining 2 B LLC dated as of July 16, 2021, and all related Orders.

Please contact Moses Marure Jr. (moses@corescientific.com) with respect to removal of your units.

By: *Jeff Pratt* (DocuSigned, EA7E920F1D2448F...)
Jeff Pratt
Its: SVP, Partnerships

210 Barton Springs Road, Austin, TX 78704
www.corescientific.com | 512-402-5233