# EXHIBIT 11

**To:**     Jeff Pratt[jpratt@corescientific.com]
**Cc:**     Baylor Landry[blandry@corescientific.com]; Moses Marure Jr.[moses@corescientific.com]
**From:**   Joe Poore
**Sent:**   Thur 1/5/2023 7:08:24 PM
**Subject:** RE: [External]Scheduling time to discuss GEM 1 and GEM 4

Thursday is pretty open.

**From:** Jeff Pratt <jpratt@corescientific.com>
**Sent:** Thursday, January 5, 2023 10:34 AM
**To:** Joe Poore <joe.poore@gemmining.com>
**Cc:** Baylor Landry <blandry@corescientific.com>; Moses Marure Jr. <moses@corescientific.com>
**Subject:** [External]Scheduling time to discuss GEM 1 and GEM 4

Joe,
Do you have a free 45 min in the next week to go over your account and some ideas we have?

Thanks
Jeff



Jeff Pratt

SVP, Growth & Partnerships

Core Scientific, Inc

(425) 309-1790

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message.