# EXHIBIT 12

**To:**       John Thompson[john.thompson@gemmining.com]; Mitch Livingston[mlivingston@corescientific.com]
**Cc:**       Client Success[client-success@corescientific.com]
**From:**     Joe  Poore
**Sent:**     Tue 1/10/2023 3:39:07 PM
**Subject:**  RE: [External]Gem2 shipment 8 ready for pick up

Do we have serials on shipment 7 and 8?

---

**From:** John Thompson <john.thompson@gemmining.com>
**Sent:** Tuesday, January 10, 2023 11:15 AM
**To:** Mitch Livingston <mlivingston@corescientific.com>
**Cc:** Joe Poore <joe.poore@gemmining.com>; Client Success <client-success@corescientific.com>
**Subject:** RE: [External]Gem2 shipment 8 ready for pick up

Mitch,

Thanks, I will get these scheduled for pickup.

John

---

**From:** Mitch Livingston <mlivingston@corescientific.com>
**Sent:** Tuesday, January 10, 2023 10:37 AM
**To:** John Thompson <john.thompson@gemmining.com>
**Cc:** Joe Poore <joe.poore@gemmining.com>; Client Success <client-success@corescientific.com>
**Subject:** [External]Gem2 shipment 8 ready for pick up

John,

Gem Shipment 8 is ready for pick up. This is the final shipment of all units.

GEM2 shipment# 8 is ready to go. 9 full pallets and 1 partial (1028 lbs. 48x42x37) Total weight is 17,228 lbs.

**Mitchell Livingston**

Client Success Manager

## Core Scientific
mlivingston@corescientific.com

(803) 422-4484

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message.