# EXHIBIT 15

**To:**      Joe  Poore[joe.poore@gemmining.com]; Krista Rhynard[krhynard@corescientific.com]; John Warren[jw@gemmining.com]
**Cc:**      Baylor Landry[blandry@corescientific.com]; Mitch Livingston[mlivingston@corescientific.com]; Moses Marure Jr.[moses@corescientific.com]; Russell Cann[russell@corescientific.com]
**From:**    Jeff Pratt
**Sent:**    Thur 1/26/2023 9:52:51 PM
**Subject:** [External]RE: Follow Up from our call on GEM 1 and GEM 4 Contracts
GEM 1 and GEM 4.pptx

Joe & John,

Good Evening.

Sorry to email on a Friday night but we did have our leadership meeting and I wanted to let you know that we discussed your units.

To confirm, our leadership team can only offer the following

- All Units go to 5.95c consumption and $45/unit per month fixed fee, as of Feb 1
- Decomm / termination sche3dule is as follows

| | Current Deployed | Contracted + Inbound | Confirmed - Outbound | Forecasted - Outbound | = Planned | Notes & Requests |
|---|---|---|---|---|---|---|
| GEM Mining 1 | 3,677 | - | - | (3,677) | - | Termination confirming May 31 |
| GEM Mining 1 | 3,677 | - | - | (3,677) | - | Termination confirming June 30 |
| GEM Mining 4 | 1,553 | - | - | (1,553) | - | Termination confirming May 31 |
| GEM Mining 4 | 1,553 | - | - | (1,553) | - | Termination confirming June 30 |

We can decomm earlier at your request but not until Q2.  I realize this came as a jolt and email lacks the personal touch but I felt it important we get this logged given the actions which are due next week.

We will not be signing a new MSA or moving the orders to the new MSA since the termination is now planned for end of May and end of June.
Jeff

**Jeff Pratt**

SVP, Growth & Partnerships

**Core Scientific, Inc**

(425) 309-1790

---

**From:** Jeff Pratt
**Sent:** Monday, January 16, 2023 10:39 AM
**To:** Joe Poore <joe.poore@gemmining.com>; Krista Rhynard <krhynard@corescientific.com>
**Cc:** Baylor Landry <blandry@corescientific.com>; Mitch Livingston <mlivingston@corescientific.com>; Moses Marure Jr. <moses@corescientific.com>; Russell Cann <russell@corescientific.com>
**Subject:** Follow Up from our call on GEM 1 and GEM 4 Contracts

**Importance:** High

Joe,
Good Morning,

Please see this quick summary of your orders for the migration to MSA 2 and move to current pricing.   We are still targeting Feb 1 for the update but we will have some additional reviews on our side.  We are close to confirming the XP order but still need a bit of time next week.   _@Krista Rhynard will send the current MSA but know that we may make some minor additional modifications.

Thanks and I look forward to working through this with you.

Jeff

 **Jeff Pratt**

SVP, Growth & Partnerships

**Core Scientific, Inc**

**(425) 309-1790**

The information contained in this email message is intended only for use of the individual or entity

named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message.

**GEM 1 Order Consolidation (MSA 2 Order 1)**

| Company | Previous Order | New Order | Total Units | Hosting Rate | Infrastructure Fee / Unit / Month | Prepayment | Prepayment Amount | Deposit | Deposit Amount | Start Date | Term |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GEM Mining  Fund 1 | GEM Mining 1 LLC - Order 8 - 3029 Units Antminer S19j Pro Jan 2022 | MSA 2 Order 1 | 3,029 | $0.0595 | $45 | NA | $0 | NA | $0 | 2/1/23 | 12 Months |
| GEM Mining  Fund 1 | GEM Mining Fund 1 - Order 8 - S19J Pro December Batch | MSA 2 Order 1 | 2,695 | $0.0595 | $45 | NA | $0 | NA | $0 | 2/1/23 | 12 Months |
| GEM Mining  Fund 1 | GEM Mining Fund 1 - Order 8 - S19J Pro November Batch | MSA 2 Order 1 | 1,200 | $0.0595 | $45 | NA | $0 | NA | $0 | 2/1/23 | 12 Months |
| GEM Mining  Fund 1 | GEM Mining Fund 1 - Order 8 - S19J Pro October Batch | MSA 2 Order 1 | 430 | $0.0595 | $45 | NA | $0 | NA | $0 | 2/1/23 | 12 Months |
| **Total** | | | **7,354** | **$0.0595** | **$45** | | **$0** | | **$0** | | |

**GEM 4 Order Consolidation (MSA 2 Order 1)**

| Company | Previous Order | New Order | Total Units | Hosting Rate | Infrastructure Fee / Unit / Month | Prepayment | Prepayment Amount | Deposit | Deposit Amount | Start Date | Term |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GEM Mining Fund 4 | GEM Mining 4 - Order 1 - S19J Pro Nov Batch | MSA 2 Order 1 | 1,301 | $0.0595 | $45 | NA | $0 | NA | $0 | 2/1/23 | 12 Months |
| GEM Mining Fund 4 | GEM Mining 4 - Order 1 - S19J Pro Oct Batch | MSA 2 Order 1 | 1,805 | $0.0595 | $45 | NA | $0 | NA | $0 | 2/1/23 | 12 Months |
| **Total** | | | **3,106** | **$0.0595** | **$45** | | **$0** | | **$0** | | |

**Additional 1,500 S19XP Order (MSA 2 Order 2)**

| Company | Previous Order | New Order | Total Units | Hosting Rate | Infrastructure Fee / Unit / Month | Prepayment | Prepayment Amount | Deposit | Deposit Amount | Start Date | Term |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GEM Mining  Fund 1 | NA | MSA 2 Order 2 | 1,500 | $0.0595 | $45 | 1 Month | $263,609 | NA | $0 | 2/1/23 | 12 Months |
| **Total** | | | **1,500** | **$0.0595** | **$45** | | **$263,609** | | | | |