# EXHIBIT 17

**To:**      Joe Poore[joe.poore@gemmining.com]; John Warren[jw@gemmining.com]
**From:**    Jeff Pratt
**Sent:**    Fri 2/3/2023 10:09:57 AM
**Subject:** [External]RE: Any openings for a short call today?

Quick summary

6.95 hosting
$5/month/unit infra fee
Overall realized rate is 7c
Month to Month
Fees for cleaning and decommissioning waived
Effective March 1

Jeff Pratt

SVP, Growth & Partnerships

Core Scientific, Inc

(425) 309-1790

**From:** Jeff Pratt
**Sent:** Friday, February 3, 2023 7:32 AM
**To:** Joe Poore <joe.poore@gemmining.com>; John Warren <jw@gemmining.com>
**Subject:** Any openings for a short call today?



Jeff Pratt

SVP, Growth & Partnerships

Core Scientific, Inc

(425) 309-1790

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination,

distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message.