# EXHIBIT 23

| | |
|---|---|
| **To:** | Mitch Livingston[mlivingston@corescientific.com] |
| **Cc:** | Moses Marure Jr.[moses@corescientific.com] |
| **Bcc:** | Evan N. Parrott[EParrott@maynardcooper.com] |
| **From:** | Joe Poore |
| **Sent:** | Tue 3/21/2023 10:54:36 AM |
| **Subject:** | RE: [External]Gem Mining Decom Schedule |

Hey Mitch,

I am happy to get on a call. However, there are no agreements in place for Core to breach its contracts with GEM 1 and GEM 4. I assume we will need to wait for the required court process to play out before we can nail down logistics.

Thanks,
Joe

**From:** Mitch Livingston <mlivingston@corescientific.com>
**Sent:** Tuesday, March 21, 2023 11:10 AM
**To:** Joe Poore <joe.poore@gemmining.com>
**Cc:** Moses Marure Jr. <moses@corescientific.com>
**Subject:** [External]Gem Mining Decom Schedule

Hi Joe,

Would you have time today for a zoom meeting to discuss the decom schedule for Gem 1 and 4?

**Mitchell Livingston**

Client Success Manager

**Core Scientific**
mlivingston@corescientific.com

(803) 422-4484

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message.