# EXHIBIT 24

| | |
|---|---|
| **To:** | Joe Poore[joe.poore@gemmining.com]; John Warren[jw@gemmining.com] |
| **Cc:** | Matt Minnis[mminnis@corescientific.com] |
| **From:** | Jeff Pratt |
| **Sent:** | Thur 3/30/2023 4:43:01 PM |
| **Subject:** | [External]Meeting Proposal |

Joe & John,

Can we have a meeting tomorrow between 11am and 12am Central Time tomorrow?

Either the first half hour or the last half hour.   Attendees on our side will be myself and Matt Minnis from our Board.

Please let me know,
Jeff



Jeff Pratt

SVP, Growth & Partnerships

Core Scientific, Inc

(425) 309-1790

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message.