# EXHIBIT 25

**To:** Joe Poore[joe.poore@gemmining.com]
**Cc:** John Warren[jw@gemmining.com]; Matt Minnis[mminnis@corescientific.com]
**From:** Jeff Pratt
**Sent:** Fri 3/31/2023 7:41:51 PM
**Subject:** [External]RE: Follow-up Call

Joe,

We have an entirely different recollection of our conversation.

As we stated, Core intends to suspend the mining related Services associated with your account unless and until profitability improves. If you would like to remove your miners and terminate the Master Services Agreement and applicable Order(s) without penalty, please let us know.

Thanks,
Jeff

Jeff Pratt

SVP, Growth & Partnerships

Core Scientific, Inc

(425) 309-1790


**From:** Joe Poore <joe.poore@gemmining.com>
**Sent:** Friday, March 31, 2023 11:59 AM
**To:** Jeff Pratt <jpratt@corescientific.com>; Matt Minnis <mminnis@corescientific.com>
**Cc:** John Warren <jw@gemmining.com>
**Subject:** Re: Follow-up Call

[EXTERNAL] Use caution when opening attachments or links.

Jeff & Matt,

I am following up our Zoom call today to memorialize our understanding of the discussion.

On the Zoom call today, you notified GEM Mining that you intend to intentionally shut down GEM Mining 1 & 4 miners on Monday April 3rd, 2023 if we do not agree to a new hosting contract.

We communicated to you that our position is that this action would be a material breach of the master service agreement made under the threat of severe economic duress.

We have consistently communicated to Core since January that we would not agree to terminate GEM Mining 1's contract under any circumstances. Jeff confirmed that he agrees with that representation. Our position is unchanged.

GEM 4 and Core did, at one point, consider a mutual termination agreement. However, we did not come to final terms and the changing of timelines created significant concern for GEM that the timelines were not reliable.  If Core is interested in making us a cash offer in exchange for a mutual termination agreement, we

would entertain such offer for GEM 4. Our investors in GEM 4 may or may not accept the offer.

You both told us on the Zoom call today that Core is losing significant money and is under financial distress due to the GEM 1 and GEM 4 contracts. As we stated on the call, if this is an accurate statement, then Core should file a motion in bankruptcy court to terminate the contracts. As recently as March 22, Jeff told us in emails that Core would ask the bankruptcy court to terminate GEM 1's contract and GEM 4's contract if a mutual termination agreement could not be reached.

After asking both of you repeatedly on today's call, neither of you would tell us why rejection of the contracts in bankruptcy court is no longer possible or desired by Core. We regret that Core now has chosen to threaten to turn off all of GEM 1's and GEM 4's miners and breach our contracts.

Please let me know if any of our understanding is incorrect. Again, we are open to Core sending us a proposal for a mutual termination agreement for GEM 4.

Thanks,
Joe

This communication is not intended to and does not limit or waive any claims, defenses or damages and expressly reserves all rights & remedies available to GEM Mining 1 & 4 against any wrongdoer.



**Joe Poore**
CFO
550 S Main St.
Suite 310
Greenville, SC 29601
Direct: 864.704.0147

joe.poore@gemmining.com
www.gemmining.com

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message.