# EXHIBIT 27

**To:** Mitch Livingston[mlivingston@corescientific.com]; John Thompson[john.thompson@gemmining.com]
**Cc:** Client Success[client-success@corescientific.com]
**From:** Joe Poore
**Sent:** Thur 2/9/2023 11:04:53 AM
**Subject:** RE: [External]Gem Mining - DTO Scheduled Maintenance 2/10/2023

Thanks for letting us know.

---

**From:** Mitch Livingston <mlivingston@corescientific.com>
**Sent:** Thursday, February 9, 2023 9:14 AM
**To:** Joe Poore <joe.poore@gemmining.com>; John Thompson <john.thompson@gemmining.com>
**Cc:** Client Success <client-success@corescientific.com>
**Subject:** [External]Gem Mining - DTO Scheduled Maintenance 2/10/2023

Gem Mining Team,

DTO will be undergoing a scheduled maintenance that will affect a total of 3633 of your units.

The maintenance will begin tomorrow 2/10/2023, at 9:00 AM CT and is estimated to continue until 11:00 AM CT. Units will be put into sleep mode during this time.

I apologize for the inconvenience and thank you for your understanding.

Thank you,


**Mitchell Livingston**

Client Success Manager

**Core Scientific**
mlivingston@corescientific.com

(803) 422-4484

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message.