# EXHIBIT 28

| | |
|---|---|
| **To:** | Monica Xia[mxia@corescientific.com] |
| **Cc:** | Ryan Irvin[Ryan.Irvin@gemmining.com] |
| **From:** | Joe Poore |
| **Sent:** | Fri 9/30/2022 3:56:13 PM |
| **Subject:** | RE: [External]Core Scientific Past Due Invoice - GEM Mining 1 INV42681 |

Hey Monica-

We have the cash but have had an issue with our bank. They are moving out of the crypto business and that's made things complicated.

I have gotten it straightened out and am getting this wire out. I am not 100% certain they will have it out today but I am certain it will be in your account Monday if it doesn't get cleared today.

Thanks,
Joe

**From:** Monica Xia <mxia@corescientific.com>
**Sent:** Friday, September 30, 2022 1:51 PM
**To:** Joe Poore <joe.poore@gemmining.com>
**Cc:** Ryan Irvin <Ryan.Irvin@gemmining.com>
**Subject:** [External]Core Scientific Past Due Invoice - GEM Mining 1 INV42681

Hi Joe,

Happy Friday! Could we expect to receive the payment for GEM Mining 1 INV42681 today?

| NAME | DATE | MEMO | DOCUMENT NUMBER | DUE DATE | AGE | CURRENT | <30 DAYS PAST DUE |
|---|---|---|---|---|---|---|---|
| GEM Mining 1 LLC | 9/15/2022 | Order 3-a, 5 and 8 Hosting Services | INV42681 | 9/26/2022 | 3 | | 688,299.82 |

Thank you,
Monica



MONICA XIA, CPA

ACCOUNTING MANAGER

Core Scientific

M. (425) 283-2982

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message. Thank you.