# EXHIBIT 33

**To:**      Monica Xia[mxia@corescientific.com]
**Cc:**      Jeff Pratt[jpratt@corescientific.com]
**From:**    Joe Poore
**Sent:**    Tue 1/31/2023 1:33:08 PM
**Subject:** RE: [External]RE: February Hosting Payment GEM 1/4.

Hey Monica,
Should be another wire today for the remaining balance.

All our accounts at our new bank are now fully functioning which will allow us to now send all wires at one time as we have done in the past.

---

**From:** Monica Xia <mxia@corescientific.com>
**Sent:** Tuesday, January 31, 2023 2:18 PM
**To:** Joe Poore <joe.poore@gemmining.com>
**Cc:** Jeff Pratt <jpratt@corescientific.com>
**Subject:** [External]RE: February Hosting Payment GEM 1/4.

Hi Joe,

Hope all is well! We received in total of $540K yesterday. The payments have been applied to GEM Mining 1 INV42846. Let me know if they should have been applied differently. Please see below updated outstanding balances for the invoices.

Let me know if you have any questions. Could you inform when we should expect to receive the remaining balances.

| NAME | DATE | MEMO | DOCUMENT NUMBER | DUE DATE | AGE | CURRENT | +30 DAYS PAST DUE |
|---|---|---|---|---|---|---|---|
| GEM Mining 1 LLC | 1/12/2023 | Order 8 Hosting Services | INV42846 | 1/23/2023 | 7 | | 228,035.74 |
| GEM Mining 4 LLC | 1/12/2023 | Order 1 Hosting Services | INV42847 | 1/23/2023 | 7 | | 334,356.10 |

| | 30-Jan-2023 | Incoming Money Transfer Credit (195) | | USD 50( |
|---|---|---|---|---|
| | Bank reference # | Client reference # | Text | |
| | 230130536255 | 0130536255 | WIRE TYPE:WIRE IN DATE:013023 TIME:1523 ET TRN:202 REF:0000000000543028 SERVICE REF:20230130QMGFT0 MINING ADVISORS LLC 550 SOUTH MAIN STREET GREE BK: ID: INS BK: ID: SND BK:COASTAL COMMUNITY BAN BARTON SPRINGS ROAD AUSTIN TX AUSTIN TX 78704 I DETAILS: 875103641895 PAYMENT FOR TECHNOLOGY S SERVICES FOR 1/30/2023. | |

| | 30-Jan-2023 | Incoming Money Transfer Credit (195) | | USD 20 |
|---|---|---|---|---|
| | Bank reference # | Client reference # | Text | |
| | 230130591247 | 0130591247 | WIRE TYPE:WIRE IN DATE:013023 TIME:1724 ET TRN:202 REF:0000000000543640 SERVICE REF:20230130QMGFT0 MINING ADVISORS LLC 550 SOUTH MAIN STREET GREE BK: ID: INS BK: ID: SND BK:COASTAL COMMUNITY BANK BARTON SPRINGS ROAD AUSTIN TX AUSTIN TX 78704 ID DETAILS: 875103641895 PAYMENT FOR TECHNOLOGY S SERVICES FOR 1/30/2023. | |
| | 30-Jan-2023 | Incoming Money Transfer Credit (195) | | USD 20 |
| | Bank reference # | Client reference # | Text | |
| | 230130591275 | 0130591275 | WIRE TYPE:WIRE IN DATE:013023 TIME:1724 ET TRN:202 REF:0000000000543603 SERVICE REF:20230130QMGFT0 MINING ADVISORS LLC 550 SOUTH MAIN STREET GREE BK: ID: INS BK: ID: SND BK:COASTAL COMMUNITY BANK BARTON SPRINGS ROAD AUSTIN TX AUSTIN TX 78704 ID DETAILS: 875103641895 PAYMENT FOR TECHNOLOGY S SERVICES FOR 1/30/2023. | |

Thank you,
Monica



**MONICA XIA, CPA**

ACCOUNTING MANAGER

**Core Scientific**

M. (425) 283-2982

---

**From:** Monica Xia
**Sent:** Thursday, January 26, 2023 10:16 AM
**To:** 'Joe Poore' <joe.poore@gemmining.com>
**Cc:** Jeff Pratt <jpratt@corescientific.com>
**Subject:** RE: February Hosting Payment GEM 1/4.

Hi Joe,

Happy Thursday! Could you provide some updates for the payments?

| NAME | DATE | MEMO | DOCUMENT NUMBER | DUE DATE | AGE ▼ | CURRENT | +30 DAYS PAST DUE |
|---|---|---|---|---|---|---|---|
| GEM Mining 1 LLC | 1/12/2023 | Order 8 Hosting Services | INV42846 | 1/23/2023 | 2 | | 768,035.74 |
| GEM Mining 4 LLC | 1/12/2023 | Order 1 Hosting Services | INV42847 | 1/23/2023 | 2 | | 334,356.10 |

Thank you!
Monica



MONICA XIA, CPA

ACCOUNTING MANAGER

**Core Scientific**

M. (425) 283-2982

---

**From:** Monica Xia
**Sent:** Monday, January 23, 2023 6:01 PM
**To:** Joe Poore <joe.poore@gemmining.com>
**Cc:** Jeff Pratt <jpratt@corescientific.com>
**Subject:** RE: February Hosting Payment GEM 1/4.

Hi Joe,

That sounds great. Thank you so much for the updates.

Have a great rest of your day!

Regards,
Monica



MONICA XIA, CPA

ACCOUNTING MANAGER

**Core Scientific**

M. (425) 283-2982

**From:** Joe Poore <joe.poore@gemmining.com>
**Sent:** Monday, January 23, 2023 5:27 PM
**To:** Monica Xia <mxia@corescientific.com>
**Cc:** Jeff Pratt <jpratt@corescientific.com>
**Subject:** February Hosting Payment GEM 1/4.

[EXTERNAL] Use caution when opening attachments or links.

Monica,

We have been in the long painful process of changing banks. Our new accounts were opened today, and we have funded them. However, I could not make the wire cut off today. I expect we will have February payment to you tomorrow. I will confirm once it goes out. Our last bank was giving us a lot of problems with the large wires for Core. The new bank is heavily involved in the BTC space and I expect we will bank to our prior pattern or timely payments.

Thanks,
Joe



Joe Poore
CFO
550 S Main St.
Suite 310
Greenville, SC 29601
Direct: 864.704.0147

joe.poore@gemmining.com
www.gemmining.com

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message.