# EXHIBIT 36

**From:** Joe Poore
**Sent:** Wednesday, February 16, 2022 11:18 PM
**To:** Monica Xia <mxia@corescientific.com>; Core Scientific Inc. Billing <billing@corescientific.com>
**Cc:** Ryan Irvin <Ryan.Irvin@gemmining.com>; John Warren <jw@gemmining.com>; Jeff Pratt <jpratt@corescientific.com>; Moses Marure Jr. <moses@corescientific.com>; Mitch Livingston <mlivingston@corescientific.com>
**Subject:** RE: [External]Core Scientific Inc. February 2022 Hosting Invoice - GEM Mining 1 LLC

Thanks for the additional info.

This is how that section reads:

1. Was there an 1) increase, 2) change in, or 3) introduction/administration of:
    a. New taxes
    b. Levies
    c. Tariffs or
    d. Governmental fees & charges

First, do we agree this is how 4(f) of the MSA reads?
Second, can you help me understand how increased power costs from Duke Energy constitute a new tax, levy, tariff or governmental charge?
Third, was this curtailment buy through part of a PPA or other agreement that was in place when we signed our MSA? If so, how does this qualify as an increase or change that occurred after the Effective Date of our MSA? If it is not new after the effective date of the MSA it does not qualify for pass-through.

Thanks,
Joe

**From:** Monica Xia <mxia@corescientific.com>
**Sent:** Wednesday, February 16, 2022 10:52 PM
**To:** Joe Poore <joe.poore@gemmining.com>; Core Scientific Inc. Billing <billing@corescientific.com>
**Cc:** Ryan Irvin <Ryan.Irvin@gemmining.com>; John Warren <jw@gemmining.com>; Jeff Pratt <jpratt@corescientific.com>; Moses Marure Jr. <moses@corescientific.com>; Mitch Livingston <mlivingston@corescientific.com>
**Subject:** RE: [External]Core Scientific Inc. February 2022 Hosting Invoice - GEM Mining 1 LLC

Hi Joe,

Please see below –

Section 4(f) of Core's Master Services Agreement specifies that tariffs such as the additional power charges from the utility may be passed through:

> f. Further, and notwithstanding the Change in Law related costs above, after the Effective Date, if there are any increases, changes in, or introduction or administration of, any new taxes, levies, tariffs or governmental fees and charges with respect to the provision of Services, Company may, in its sole and absolute discretion, pass through all such amounts to Client ("Increased Costs") and Client shall pay all Increased Costs in accordance with the payment and invoicing procedures as set forth in this Agreement.

These additional power charges are the result of rate adjustments applied by our utility provider (Duke Energy at Marble 2). We are doing a straight pass through of the increase without any markup. Please see attached file for support.

Hope this helps to address your concerns. And Moses and team will also discuss this matter with you in your calls.

Thank you,
Monica



**MONICA XIA, CPA**

ACCOUNTING MANAGER

Core Scientific

M. (425) 283-2982

---

**From:** Joe Poore <joe.poore@gemmining.com>
**Sent:** Tuesday, February 15, 2022 6:33 PM
**To:** Hailun Zhang <hzhang@corescientific.com>; Core Scientific Inc. Billing <billing@corescientific.com>
**Cc:** Client Success <client-success@corescientific.com>; Ryan Irvin <Ryan.Irvin@gemmining.com>; John Warren <jw@gemmining.com>
**Subject:** RE: [External]Core Scientific Inc. February 2022 Hosting Invoice - GEM Mining 1 LLC

[EXTERNAL] Use caution when opening attachments or links.

To be clear, my prior email should be considered a written dispute of all invoices with a rate above the Services rate listed in the applicable agreement. These invoices should be considered subject to the written dispute procedures outlined in the master service agreement.

**From:** Joe Poore
**Sent:** Tuesday, February 15, 2022 9:31 PM
**To:** Hailun Zhang <hzhang@corescientific.com>; Billing <billing@corescientific.com>
**Cc:** Client Success <client-success@corescientific.com>; Ryan Irvin <Ryan.Irvin@gemmining.com>; John Warren <jw@gemmining.com>
**Subject:** RE: [External]Core Scientific Inc. February 2022 Hosting Invoice - GEM Mining 1 LLC

Holy smokes. That's a > 60% increase in power costs.

My understanding is that the rate is fixed under the GEM-Core agreements. Can you please provide the following:

1. Specific reference to the portion of the agreement that allows Core to adjust the rate
2. What caused the increased power rate and is it likely to recur?
3. Can you provide some proof of the actual increased power costs (e.g. power bills or other records from the utility provider)?

**From:** Core Scientific Inc. Billing <billing@corescientific.com>
**Sent:** Tuesday, February 15, 2022 9:01 PM
**To:** Core Scientific Inc. Billing <billing@corescientific.com>; Joe Poore <joe.poore@gemmining.com>; Ryan Irvin <Ryan.Irvin@gemmining.com>; AccountsPayable <AccountsPayable@gemmining.com>
**Cc:** Accounts Receivable <ar@corescientific.com>; Client Success <client-success@corescientific.com>
**Subject:** [External]Core Scientific Inc. February 2022 Hosting Invoice - GEM Mining 1 LLC

Hi Ryan and Joe,

Hope you are doing well! Please see attached invoice INV42316 for ***GEM Mining1 LLC*** and associated support for your Hosting Services.

Please note – for power consumption in Marble 2 site, , the hosting rate for 19 days in Jan 2022 is $0.094/kWh due to increased power costs.

Feel free to reach out if you have any questions or concerns.

We appreciate your business and trust in Core Scientific!



**HAILUN ZHANG, CMA, MBA**

SR. REVENUE ACCOUNTANT

**Core Scientific**

hzhang@corescientific.com

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message. Thank you.