IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § | |

**COVERSHEET TO SECOND INTERIM FEE APPLICATION OF
SCHEEF & STONE L.L.P. FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AS COUNSEL TO CERTAIN INDEPENDENT DIRECTORS
FOR THE PERIOD FROM APRIL 1, 2023 THROUGH JUNE 30, 2023**

**IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING. UNLESS OTHERWISE DIRECTED BY THE COURT, YOU MUST FILE YOUR RESPONSE ELECTRONICALLY AT HTTPS://ECF.TXSB.USCOURTS.GOV/ WITHIN TWENTY-ONE DAYS FROM THE DATE THIS APPLICATION WAS FILED. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

**Complex Case Fee Application Coversheet**

| | |
|---|---|
| **Name of Applicant:** | Scheef & Stone, L.L.P. |
| **Applicant's Role in Case:** | Counsel to certain Independent Directors |
| **Docket No. of Employment Order(s):** | Docket No. 540, effective as of 12/21/2022 |
| **Interim Application ( X )   No.  2nd** <br> **Final Application   ( )** | Indicate whether this is an interim or final Application. If interim, indicate the number (1st, 2nd, 3rd, etc.) |

| | **Beginning Date** | **End Date** |
|---|---|---|
| **Time period covered by this Application for which interim compensation has not previously been awarded:** | 04/01/23 | 06/30/23 |

| | |
|---|---|
| **Were the services provided necessary to the administration of or beneficial at the time rendered toward the completion of the case? ( Y ) Y/N** | |
| **Were the services performed in a reasonable amount of time commensurate with the complexity, importance and nature of the issues addressed? ( Y ) Y/N** | |
| **Is the requested compensation reasonable based on the customary compensation charged by comparably skilled practitioners in other non-bankruptcy cases? ( Y ) Y/N** | |
| **Do expense reimbursements represent actual and necessary expenses incurred? ( Y ) Y/N** | |
| **Compensation Breakdown for Time Period Covered by this Application** | |
| Total professional fees requested in this Application: | 47,339 $ |
| Total professional hours covered by this Application: | 98.6 |
| Average hourly rate for professionals: | 480.11 $ |
| Total paraprofessional fees requested in this Application: | 4,275 $ |
| Total paraprofessional hours covered by this Application: | 28.8 |
| Average hourly rate for paraprofessionals: | 148.44 $ |
| **Total fees requested in this Application:** | 51,614 $ |
| **Total expense reimbursements requested in this Application:** | 1,235.31 $ |
| **Total fees and expenses requested in this Application:** | 52,849.31 $ |
| **Total fees and expenses awarded in all prior Applications:** | *70,395.06$ <br> Total fees and expenses requested |

Page. 2

**Plan Status:** (Provide a short narrative of status if a plan has not confirmed; date of hearing and docket number of confirmation order if plan has been confirmed; if confirmed, whether the plan has gone effective.)

On June 20, 2023, the Debtors filed their Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors [D.E.974]. On August 8, 2023, the Debtors filed their Amended Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors [D.E.#1115] and Disclosure Statement for Amended Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors [D.E.#1117]. A hearing to consider whether the Amended Disclosure Statement should be approved has been rescheduled from August 24, 2023, to September 5, 2023, at 3:30 pm (CST).

**Primary Benefits:** (Provide a short narrative [less than 100 words] of the most significant benefits your client received from your services during the application period.)

During the period covered by this second interim fee application, the professionals of Scheef & Stone, LLP primarily focused their efforts on (i) providing support to the independent directors, including attending the status conferences, preparing and filing Proof of Claims for Core officers and directors, reviewing filings and calendaring dates to same; (ii) attending Board of Directors and Special Committee meetings and conducting research for assisting the independent directors regarding Pang Class Action lawsuit, the draft Chapter 11 plan and disclosure statements; and (iii) issues related to special committee and attending hearings related to same.

Dated: August 14, 2023

Respectfully Submitted,

**SCHEEF & STONE, L.L.P.**

*/s/ Peter C. Lewis*
**PETER C. LEWIS**
State Bar No. 12302100
peter.lewis@solidcounsel.com

500 North Akard Street, Suite 2700
Dallas, Texas 75201
(214) 706-4200 (Telephone)
(214) 706-4242 (Fax)

**ATTORNEYS FOR INDEPENDENT DIRECTORS NEAL P. GOLDMAN AND KNEELAND YOUNGBLOOD**

**TIME AND EXPENSE DETAIL FOR SCHEEF & STONE, L.L.P.**

**<u>SECOND INTERIM FEE APPLICATION</u>**



Scheef & Stone, L.L.P.
500 North Akard Street
Suite 2700
Dallas, TX  75201

## INVOICE

Board of Directors of Core Scientific

| | |
|---|---|
| Invoice Date: | 05/26/2023 |
| Client ID: | 19504.0101 |
| Invoice No. | 1065541 |

RE: Business Reorganization

### PROFESSIONAL SERVICES

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 04/01/2023 | PCL | Receipt and/or review of DIP monthly operating reports (0.6). | 525.00 | 0.60 | 315.00 |
| 04/03/2023 | PCL | Communications with D. Reyes regarding special committee minutes and/or related review (0.2); communications with A. Crabtree regarding proof of claims issues (0.2). Total (0.4). | 525.00 | 0.40 | 210.00 |
| 04/04/2023 | PCL | Communications with A. Crabtree and P. Jesani regarding proof of claim filing and/or related case docket review (0.4); communications with D. Reyes, et al., regarding minutes approval and/or related file review (0.3); receipt and/or review of Certificate of No Objection to Omnibus Motion to Reject Executory Contracts (0.2). Total (0.9). | 525.00 | 0.90 | 472.50 |
| 04/05/2023 | PKJ | Attend telephone conference with Peter Lewis and Austin Crabtree to discuss proofs of claim to be filed on behalf of the officers and directors (.40); review proofs of claim samples for purpose of preparing proofs of claim on behalf of all officers and directors (.30); review corporate filings in preparation for drafting proofs of claim (.30). Total (1.0). | 400.00 | 1.00 | 400.00 |
| | PCL | Communications with A. Crabtree and P. Jesani regarding proof of claim preparation issues (.40); review related file/docket/pleadings review (.60). Total (1.0). | 525.00 | 1.00 | 525.00 |
| 04/06/2023 | PCL | Communications with A. Crabtree and M. Morales regarding monthly fee statements transmission request (.20); related file review (.20). Total (.40). | 525.00 | 0.40 | 210.00 |
| 04/10/2023 | PCL | Receipt and/or review of Motion to Extend Exclusivity (0.4); and receipt and/or review of Motion to Employ Adam Sullivan (0.3). Total (0.7). | 525.00 | 0.70 | 367.50 |

| | | | Invoice Date: | 05/26/2023 |
|---|---|---|---|---|
| Board of Directors of Core Scientific | | | Client ID: | 19504.0101 |
| | | | Invoice No. | 1065541 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 04/11/2023 | PKJ | Review Core Scientific's corporate formation documents including Articles of Incorporation and Amended and second Amended Bylaws (1.1); research regarding the various officers and directors for purpose of preparing Proof of Claim documents (.90); review the Class Action lawsuit filed against Core Scientific and three of its officers (1.1); review the Court's Order setting the POC deadline and start working on the Proofs of Claim documents and accompanying attachments to be filed on behalf of each of the fourteen officers and directors (1.6). Total: (4.70). | 400.00 | 4.70 | 1,880.00 |
| | PCL | Communications with R. Aurand regarding escrow funding (0.2); receipt and/or review of Motion to Extend assumption/rejection deadline (0.4); communications with M. Fink, et al., regarding board meeting scheduling (0.2). Total (0.8). | 525.00 | 0.80 | 420.00 |
| 04/12/2023 | PKJ | Review additional corporate documents including Board Unanimous Consent and Resolution documents along with exhibits and related director, officer, and/or indemnity agreements (1.5); drafting/revising Proofs of Claim documents and attachments for officers and directors (8.2); confer with Peter Lewis regarding same (.80); communications with Todd DuChene regarding questions relating to Proofs of Claim (.50); revise the Proofs of Claim documents and attachments based on discussions with Peter Lewis and Todd DuChene (2.2). Total (13.2) | 400.00 | 13.20 | 5,280.00 |
| | PCL | Receipt and/or review of UCC and Secured Parties stipulation notice (0.2); receipt and/or review of motion to allow use of insurance proceeds for defense expenses (0.3); communications with A. Crabtree, P. Jesani, N. Goldman, M. Minnis, M. Marcella, T. Duchene, D. Feinstein, J. Hollingsworth and/or K. Youngblood regarding filing of proof of claims (2.9); review related corporate, employment documents and/or proof of claim template (1.9); review and/or revise proof of claims draft templates (.40); related communications with P. Jesani regarding same (.50); review bk docket notices (0.2). Total (6.4) | 525.00 | 6.40 | 3,360.00 |
| 04/13/2023 | PKJ | Review of Proofs of Claim filed by certain officer's regarding indemnification claim's (.50); review filings regarding indemnification issues (.70); additional revisions to the Proofs of Claim and attachments to be included with each category of officer/director (.80); confer with Peter Lewis regarding same (.20); communications with Todd DuChene regarding follow up questions relating to the Proofs of Claim and signatures of officers/directors (.40). Total (2.6). | 400.00 | 2.60 | 1,040.00 |
| | MMM | Revise Proof of Claims and Addendums for 6 Creditors (3.0); prepare Proof of Claims and Addendums for filing in 11 pending litigations (2.0). Review/analyze docket regarding Proof of Claim filings (0.8). Correspondence to P. Lewis and P. Jesani regarding same (0.4). Various communications with P. Lewis and P. Jesani regarding filing strategy for officer/director Proof of Claims filings (.60). Total (6.8) | 150.00 | 6.80 | 1,020.00 |

Board of Directors of Core Scientific

Invoice Date: 05/26/2023
Client ID: 19504.0101
Invoice No. 1065541

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| | PCL | Review/revise draft proof of claims for T. Duchene, J. Hollingsworth, M. Bros, M. Levitt, N. Goldman, J.Taylor, R. Canns, D. Sterling, J. Pratt, M. Brown, K. Youngblood (2.5), communications with P. Jesani, M. Levitt, T. Duchene, J. Hollingworth, N. Goldman and K. Youngblood regarding same (1.5); review/confirm proofs of claims filed for D. Sterling, M. Levitt, M. Minnis, D. Feinstein and related communications with M. Minnis, D. Feinstein, et al. (0.8); review bk docket filing notice and proof of claim register (0.7). Total (5.5). | 525.00 | 5.50 | 2,887.50 |
| 04/14/2023 | PKJ | Coordinating filing of all the Proofs of Claim with Peter Lewis and Marcella Morales (1.8) ; communications with Todd DuChene regarding same (.40). Total (2.2). | 400.00 | 2.20 | 880.00 |
| | MMM | Revise/finalize Proof of Claims and Addendums for 6 officers and/or directors (4.2); docket/file Proof of Claims and Addendums in 11 pending litigations (4.2). Various communications with P. Lewis and P. Jesani regarding docket, deadlines, pending Proof of Claims, and filing of same (1.6). | 150.00 | 10.00 | 1,500.00 |
| | PCL | Communications with M. Morales, P. Jesani, K. Youngblood, and T. Duchene regarding finalization and filing of proofs of claims for N. Goldman, K. Youngblood, T. Duchene, for J. Taylor, M. Brown and J. Pratt (2.8); communications with T. Duchene and P.Jesani regarding D. Sterling proof of claim (0.1); prepare for and attend special committee meeting today (.60); related communications with M. Fink and R. Schrock regarding same (.40); communications with J. Hollingsworth and T.Duchene regarding proof of claim filing/firm retention issues and related file review (0.8); communication with T. Duchene regarding signatures for J. Taylor, M. Brown and J. Pratt proof of claims (0.3); communications with T. Tsekerides regarding case status (0.3). Total (5.3). | 525.00 | 5.30 | 2,782.50 |
| 04/19/2023 | MMM | Correspondence to A. Crabtree regarding the submission of Monthly Fee Statements for Interim Compensation and Reimbursement to the Fee Notice Parties (0.1); communications with P. Lewis regarding same (0.1). | 150.00 | 0.20 | 30.00 |
| | PCL | Review docket filings (supplemental Singh declaration notice) (.20), UCC stipulations (.20), removal deadline extension and/or declaration (.20). Total (0.6). | 525.00 | 0.60 | 315.00 |
| 04/21/2023 | PCL | Communications with M. Fink et al., regarding board meeting today (.20); related review of Board minutes (.30). Total (.05). | 525.00 | 0.50 | 262.50 |
| 04/25/2023 | PCL | Communications with R. Aurand regarding escrow funding (0.2). | 525.00 | 0.20 | 105.00 |
| 04/26/2023 | PCL | Review case status and/or docket (0.4). | 525.00 | 0.40 | 210.00 |
| | PCL | Communications with M. Fink, et al., regarding board meeting (0.1); communications with J. Shen regarding fee budget inquiry and related file review (0.2). Total (0.3). | 525.00 | 0.30 | 157.50 |

| | | Invoice Date: | 05/26/2023 |
|---|---|---|---|
| Board of Directors of Core Scientific | | Client ID: | 19504.0101 |
| | | Invoice No. | 1065541 |

| Date | Tkpr | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 04/27/2023 | PCL | Communications with M. Morales regarding POC's filed and related organization (0.4). | 525.00 | 0.40 | 210.00 |
| 04/28/2023 | PCL | Communications with M. Fink, R. Schrock, K. Youngblood, J. Hollingworth, N. Goldman, et al., regarding Celsius settlement proposal and/or related file review (0.6). | 525.00 | 0.60 | 315.00 |
| 04/30/2023 | PCL | Review case docket/status filed (.70). | 525.00 | 0.70 | 367.50 |
| | | For Current Services Rendered | | 66.40 | 25,522.50 |

**SUMMARY**

| Timekeeper | Hours | Hourly Rate | Total |
|---|---:|---:|---:|
| Priya K. Jesani | 23.70 | $400.00 | $9,480.00 |
| Peter Lewis | 25.70 | 525.00 | 13,492.50 |
| Marcella Morales | 17.00 | 150.00 | 2,550.00 |

| | |
|---|---:|
| Total Current Work | 25,522.50 |
| Previous Balance | $22,719.56 |
| Balance Due | $48,242.06 |

Your current balance in trust is

| | |
|---|---:|
| Opening Trust Balance | $58,520.00 |
| Closing Trust Balance | $58,520.00 |

Page   4



Scheef & Stone, L.L.P.
500 North Akard Street
Suite 2700
Dallas, TX  75201

## INVOICE

Board of Directors of Core Scientific

Invoice Date: 07/26/2023
Client ID: 19504.0101
Invoice No. 1074011

Re:     Business Reorganization

### PROFESSIONAL SERVICES

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 05/01/2023 | MMM | Receive and review court filed documents regarding Debtors' Motion for Order Extending Exclusive Periods, Statements in Support thereof, and Objections thereto (0.3); correspondence to P. Lewis regarding same (0.1). Receive and review Notice of Payments to Ordinary Course Professionals (0.1); communications with P. Lewis regarding same (0.1). | 150.00 | 0.60 | 90.00 |
| | PCL | Receipt and review of Celsius settlement materials (0.5); prepare for and attend board meeting (0.5); receipt and/or review of objections/joinder of Wingspire, et al., to motion to extend exclusivity (0.3); receipt and/or review of notice of ordinary payments (0.2); receipt and/or review of Vinson & Elkins employment application (0.3);receipt and/or review of Statement of UCC in support of exclusivity extension (0.3). Total (2.1) | 525.00 | 2.10 | 1,102.50 |
| | PCL | Follow up with M. Fink,et al., regarding Celsius response (.40). | 525.00 | 0.40 | 210.00 |
| 05/02/2023 | PCL | Communications with M. Fink, et al., regarding Special Committee issues (.3); communications with R. Aurand regarding escrow account funding (.2). Total (0.5). | 525.00 | 0.50 | 262.50 |
| 05/04/2023 | MMM | Receive and review court filed documents, and related case document management. | 150.00 | 0.60 | 90.00 |
| 05/06/2023 | PCL | Receipt and/or review of J. Pratt declaration in support of Debtors' Objection to GEM Mining Proof of Claims (.3); receipt and/or review of Debtor's Objection to Celsius Mining's Admin Claim Motion (.3). Total (0.6). | 525.00 | 0.60 | 315.00 |
| 05/07/2023 | PCL | Communications with R. Berkovich, T. Tsekerides regarding Pang class action Amended Complaint and/or related review of same (1.2). | 525.00 | 1.20 | 630.00 |

| | | | Invoice Date: | 07/26/2023 |
|---|---|---|---|---|
| Board of Directors of Core Scientific | | | Client ID: | 19504.0101 |
| | | | Invoice No. | 1074011 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 05/08/2023 | PCL | Communications with D. Reyes, et al., regarding Special Committee minutes and related review (.3). | 525.00 | 0.30 | 157.50 |
| 05/09/2023 | PCL | Communications with R. Aurand regarding escrow funding (.2); receipt and review of Debtor's Objection to Sphere 3 D Claim (.4). Total (.60). | 525.00 | 0.60 | 315.00 |
| 05/10/2023 | PCL | Receipt and/or review of Advisor Business Plan and related communications with N. Warier, et al (1.4); communications with P. Jesani regarding interim fee application preparation and related file review (.4). Total (1.8). | 525.00 | 1.80 | 945.00 |
| 05/11/2023 | MMM | Assist in preparation of initial Interim Application, and related file review (1.0); various communications with P. Lewis and P. Jesani regarding same (0.3). Total (1.3). | 150.00 | 1.30 | 195.00 |
| | PCL | Attend special committee meeting and related follow up with Debtors's counsel and related communications with K. Youngblood and K. Goldman (.9); communications with P. Jesani regarding interim fee application and related review of Fee Procedures Order (.3);  receipt and/or review of B. Johnson claim objection (.4). Total (1.6). | 525.00 | 1.60 | 840.00 |
| 05/12/2023 | PKJ | Review of the Order Establishing Procedures for Interim Compensation & Reimbursement of Expenses for Professionals; review of the local rules regarding fee applications (.8); review Scheef and Stone invoices to be included in Interim Fee application (.7); drafting of Interim Fee Application and the proposed order to accompany the Application (1.5); confer with Peter Lewis regarding same (.3). Total (3.3). | 400.00 | 3.30 | 1,320.00 |
| | PCL | Communications with P. Jesani regarding the interim fee application and related review of  same (.4); receipt and/or review of Sullivan Employment Order (.2). Total (0.6). | 525.00 | 0.60 | 315.00 |
| 05/14/2023 | PKJ | Confer with P. Lewis regarding Interim Fee Application and related review of  local rules pertaining to requirements for filing same (.4). | 400.00 | 0.40 | 160.00 |
| | PCL | Communications with P. Jesani regarding interim fee application (0.2). | 525.00 | 0.20 | 105.00 |
| 05/15/2023 | CM | Assist in filing of first interim application for compensation, review all billing statements, cover sheet and file and forward file stamped copy to team and docket objection deadline. | 125.00 | 1.50 | 187.50 |

|  |  |  | Invoice Date: | 07/26/2023 |
|---|---|---|---|---|
| Board of Directors of Core Scientific |  |  | Client ID: | 19504.0101 |
|  |  |  | Invoice No. | 1074011 |

___

|  |  |  | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
|  | PKJ | Review additional Scheef and Stone invoices to be included in Interim Fee application (.8); additional revisions to Interim Fee Application and/or invoices and the proposed order to accompany the Application based on additional invoices for fees and expenses (.8); finalize all exhibits to be attached to interim fee application (.9); confer with P. Lewis regarding revisions to Interim Fee Application (.9). Total (3.4). | 400.00 | 3.50 | 1,400.00 |
|  | PCL | Revise, finalize and file interim fee application and related invoice support (.3). | 525.00 | 0.30 | 157.50 |
|  | PCL | Receipt and/or review of Debtors Objection to North Mill Lift Stay motion and/or Ad Hoc Group Objection (.4). | 525.00 | 0.40 | 210.00 |
| 05/16/2023 | CM | Follow-up with court clerk regarding filing of first fee application, and forward information to P. Lewis re same. | 125.00 | 0.30 | 37.50 |
|  | MMM | Prepare Monthly Fee Statements and to notice Parties (1.0). | 150.00 | 1.00 | 150.00 |
| 05/18/2023 | PCL | Communications with M. Levitt, K. Youngblood, et al., regarding Pang class action developments (.4); receipt and/or review of Statement Joinder of UCC to Debtors' Objection to North Mill Equipment Finance LLC's Lift Stay Motion (.2); receipt and/or review of Order Extending Time to Assume or Reject Unexpired Nonresidential Real Property (.2); receipt and/or review of Order Approving Claims Objections Procedures (.2); receipt and/or review of Order Authorizing Use of Proceeds of Directors and Officers Liability Insurance Policies for Defense Expenses of Individual Insureds (.2); receipt and review of Order Authorizing and Approving Procedures for Settling Certain Claims and Causes of Action of the Debtors (.2). Total (1.4). | 525.00 | 1.40 | 735.00 |
| 05/19/2023 | PCL | Receipt and review of Debtors' Reply to Objection to Motion of the Debtors for/or Order Extending Exclusivity Deadline (.3). | 525.00 | 0.30 | 157.50 |
| 05/21/2023 | PCL | Receipt and/or review of Declaration of Michael Bros in Support of Extending Exclusivity Period (.5). | 525.00 | 0.50 | 262.50 |
| 05/22/2023 | PCL | Attend hearing on Motion to Extend Exclusivity Period, et al. and related file review (1.8). | 525.00 | 1.80 | 945.00 |
| 05/25/2023 | PCL | Prepare for and/or attend Board meeting (2.1). | 525.00 | 2.10 | 1,102.50 |
| 05/30/2023 | DAW | Conference with P. Lewis regarding Pang class action issue. | 310.00 | 0.20 | 62.00 |
|  | PCL | Continue review of Pang Amended Complaint (1.5). | 525.00 | 1.50 | 787.50 |
|  | PCL | Receipt and/or review of Motion for Summary Judgment on Celsius POC (.5). | 525.00 | 0.50 | 262.50 |
|  |  | For Current Services Rendered |  | 31.40 | 13,509.50 |

___

|  | Invoice Date: | 07/26/2023 |
|---|---|---|
| Board of Directors of Core Scientific | Client ID: | 19504.0101 |
|  | Invoice No. | 1074011 |

## SUMMARY

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Priya K. Jesani | 7.20 | $400.00 | $2,880.00 |
| Cynthia A. Morris | 1.80 | 125.00 | 225.00 |
| Peter Lewis | 18.70 | 525.00 | 9,817.50 |
| David Wills | 0.20 | 310.00 | 62.00 |
| Marcella Morales | 3.50 | 150.00 | 525.00 |

Total Current Work   13,509.50

Previous Balance   $48,242.06

Balance Due   $61,751.56

Your current balance in trust is

Opening Trust Balance   $58,520.00
Closing Trust Balance   $58,520.00



Scheef & Stone, L.L.P.
500 North Akard Street
Suite 2700
Dallas, TX  75201

## INVOICE

Board of Directors of Core Scientific

Invoice Date: 07/26/2023
Client ID: 19504.0101
Invoice No. 1074016

Re:   Business Reorganization

### PROFESSIONAL SERVICES

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 06/05/2023 | RAC | Office conference with P. Lewis regarding Pang Class Action and related. | 600.00 | 0.80 | 480.00 |
|  | PCL | Communications with R. Crabb regarding Pang class action legal issue and related complaint review (.8); communications with C. Carlson, et. al., regarding board materials for meeting today (.2) ; attend board meeting and/or related preparation (1.1). Total (2.1). | 525.00 | 2.10 | 1,102.50 |
| 06/09/2023 | PCL | Prepare for and attend Special Committee meeting and review related materials regarding same (1.5). | 525.00 | 1.50 | 787.50 |
| 06/12/2023 | PCL | Receipt and/or review of Debtor's Motion for Summary Judgment as to Sphere 3D proof of claims (.5). | 525.00 | 0.50 | 262.50 |
| 06/14/2023 | DAW | Review of Pang class action lawsuit claims against Core directors. | 310.00 | 2.70 | 837.00 |
|  | MMM | Receipt and review of Order Granting Extension of Exclusive Periods and Status Conference setting (0.2); docket status conference (0.1); prepare correspondence to attorney regarding same (0.1). | 150.00 | 0.40 | 60.00 |
|  | PCL | Review D. Wills Pang complaint review (.3). | 525.00 | 0.30 | 157.50 |
| 06/15/2023 | PCL | Communications with T. Tsekerides, et al., regarding plan release due diligence (.4). | 525.00 | 0.40 | 210.00 |
| 06/16/2023 | PCL | Attend Special Committee and board meetings and related review of meeting materials (1.5). | 525.00 | 1.50 | 787.50 |
| 06/17/2023 | PCL | Communications with Special Committee members regarding plan issues and strategy (.5). | 525.00 | 0.50 | 262.50 |
| 06/19/2023 | PCL | Prepare for and attend special committee and/or board meeting regarding plan, disclosure statement and related materials review (1.6). | 525.00 | 1.60 | 840.00 |

| | | | Invoice Date: | 07/26/2023 |
|---|---|---|---|---|
| Board of Directors of Core Scientific | | | Client ID: | 19504.0101 |
| | | | Invoice No. | 1074016 |

___

| | | | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| | PCL | Continue review of draft plan and/or disclosure statement and/or related communications with C. Carlson, et. al. (.9). | 525.00 | 0.90 | 472.50 |
| 06/21/2023 | MMM | Review court filed documents (0.8); docket deadlines (0.2); and case document management (0.5). | 150.00 | 1.50 | 225.00 |
| | PCL | Receipt and/or review of Mediation Agreed Order (.4). | 525.00 | 0.40 | 210.00 |
| | PCL | Review agreed order on GEM Mining Motion to Compel (.1); receipt and/or review of plan, disclosure statement filing notice and/or related review of filed same (.9). Total (1.0). | 525.00 | 1.00 | 525.00 |
| 06/22/2023 | PCL | Receipt and/or review Celsius Objection to Debtor Motion for Partial Summary Judgment (.5). | 525.00 | 0.50 | 262.50 |
| 06/23/2023 | MMM | Receipt and review of court filed pleadings regarding Chapter 11 Plan and Disclosure Statement (0.3); correspondence to P. Lewis regarding same (0.1). | 150.00 | 0.40 | 60.00 |
| | PCL | Communications with M. Levitt, C. Carson, et al., regarding board meeting scheduling (.1); receipt and/or review of exclusivity order (.2). Total (.3). | 525.00 | 0.30 | 157.50 |
| | PCL | Communications with C. Carlson, et al., regarding Special Committee meeting today, review related materials and attend Special Committee and Board meetings (1.6). | 525.00 | 1.60 | 840.00 |
| 06/26/2023 | PCL | Communications with T. Tsekerides, K. Youngblood, et al., regarding plan release review and related document review (1.3); communications with C. Clifford, et al., regarding Celsius term sheet (.4); receipt and review of exclusivity order (.2). Total (1.9). | 525.00 | 1.90 | 997.50 |
| | MMM | Receive and review Mediation Order, Chapter 11 Plan, and Disclosure Statement (0.3). Correspondence to P. Lewis regarding same (0.2). Case document management (0.2). | 150.00 | 0.70 | 105.00 |
| 06/27/2023 | PCL | Continue review of plan and/or disclosure statement (.6). | 525.00 | 0.60 | 315.00 |
| | MMM | Hearing preparation regarding Status Conference (1.0); communications with P. Lewis regarding same (0.2). | 150.00 | 1.20 | 180.00 |
| 06/28/2023 | PCL | Communications with C. Carlson, et. al., regarding board minutes, equipment lenders proposal and/or related review of same (.8). | 525.00 | 0.80 | 420.00 |
| | MMM | Receive and review court filed pleadings and docket same. | 150.00 | 0.30 | 45.00 |
| 06/29/2023 | PCL | Prepare for and attend status conference and related communications with R. Schrock and R. Berkowitz (.90); review docket (.4). Total (1.3). | 525.00 | 1.30 | 682.50 |
| | MMM | Receive court filed pleadings, review same, and docket deadlines (1.0). Hearing preparation regarding Status Conference (1.0). | 150.00 | 2.00 | 300.00 |

___

| | | | Invoice Date: | 07/26/2023 |
|---|---|---|---|---|
| Board of Directors of Core Scientific | | | Client ID: | 19504.0101 |
| | | | Invoice No. | 1074016 |

___

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/30/2023 | PCL | Prepare for and/or attend Special Committee and Board of Directors meetings and review related communications from C. Carlson regarding same (1.4); continue review of plan and/or disclosure statement drafts(.5). Total (1.9). | 525.00 | 1.90 | 997.50 |
| | | For Current Services Rendered | | 29.60 | 12,582.00 |

### SUMMARY

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Roger Crabb | 0.80 | $600.00 | $480.00 |
| Peter Lewis | 19.60 | 525.00 | 10,290.00 |
| David Wills | 2.70 | 310.00 | 837.00 |
| Marcella Morales | 6.50 | 150.00 | 975.00 |

### EXPENSES

| Date | Description | Amount |
|---|---|---|
| 03/01/2023 | Uber while in Houston, Texas for client meeting and court hearing - Client Advance - Peter Lewis | 46.00 |
| 03/02/2023 | Dawn R. Franklin; Business Services (1/2 Split). Houston, Texas Travel; Client Meeting & Court Hearing - Peter Lewis | 69.82 |
| 03/02/2023 | Uber; Ride Trip. Houston, Texas Travel; Client Meeting & Court Hearing - Peter Lewis | 12.86 |
| 03/02/2023 | Hyatt Regency; Breakfast (1/2 Split). Houston, Texas Travel; Client Meeting & Court Hearing - Peter Lewis | 15.26 |
| 03/02/2023 | Hyatt Regency; Lodging (1/2 Split). Houston, Texas Travel; Client Meeting & Court Hearing - Peter Lewis | 456.62 |
| 03/02/2023 | Hyatt Regency; Breakfast (1/2 Split). Houston, Texas Travel; Client Meeting & Court Hearing - Peter Lewis | 15.51 |
| 03/02/2023 | Uber; Ride Trip. Houston, Texas Travel; Client Meeting & Court Hearing - Peter Lewis | 11.99 |
| 03/02/2023 | Hyatt Regency; Breakfast (1/2 Split). Houston, Texas Travel; Client Meeting & Court Hearing - Peter Lewis | 386.99 |
| 03/02/2023 | Goode Company Hamburgers & Taqueria; Dinner (1/2 Split). Houston, Texas Travel; Client Meeting & Court Hearing - Peter Lewis | 21.40 |
| 03/02/2023 | Southwest Airlines; One-Way Flight (Received Credit for 1/2 of Billed Ticket $378.96). Houston, Texas Travel; Client Meeting & Court Hearing - Peter Lewis | 189.96 |
| 03/07/2023 | Client Advance - WWW.PACER.GOV - (MMcD C C) | 3.00 |
| 06/30/2023 | Filing fee Pacer Service Center | 5.90 |
| | Total Costs | 1,235.31 |
| | Total Current Work | 13,817.31 |
| | Previous Balance | $61,751.56 |

### PAYMENTS

| | | |
|---|---|---|
| 06/12/2023 | Payment - Core Scientific Inc - Wire | -43,137.56 |

Page   3

| | | |
|---|---|---|
| Board of Directors of Core Scientific | Invoice Date: | 07/26/2023 |
| | Client ID: | 19504.0101 |
| | Invoice No. | 1074016 |

Balance Due $32,431.31

Your current balance in trust is

Opening Trust Balance $58,520.00
Closing Trust Balance $58,520.00