IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*, | § | Case No. 22-90341 (DRJ) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |

**ORDER ALLOWING SECOND INTERIM FEE APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
SCHEEF & STONE, L.L.P. FOR THE PERIOD OF
<u>APRIL 1, 2023 THROUGH JUNE 30, 2023</u>**
(Related Docket No. \_\_\_\_)

The Court has considered the Second Interim Fee Application for Compensation and Reimbursement of Expenses filed by Scheef & Stone, L.L.P. (the "Applicant"). The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of expenses in the amount of <u>$52,849.31</u> for the period set forth in the application.

2. The Debtors are authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Dated: _____, 2023

_____
THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.