## Exhibit C

**Schedule of Professional Fees**

## COMPENSATION BY PROFESSIONAL
## APRIL 1, 2023 THROUGH AND INCLUDING JUNE 30, 2023

The attorneys who rendered professional services in these chapter 11 cases during the Compensation Period are:

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | YEAR ADMITTED | HOURLY BILLING RATE[8] | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Perez, Alfredo R. | Partner | Restructuring | 1980 | $1,895.00 | 180.90 | $342,805.50 |
| Nissan, Michael | Partner | Tax | 1981 | $2,095.00 | 2.80 | $5,866.00 |
| Goldring, Stuart J. | Partner | Tax | 1984 | $2,095.00 | 52.40 | $109,778.00 |
| Lynch, Alexander D. | Partner | Corporate | 1988 | $2,095.00 | 0.40 | $838.00 |
| Wessel, Paul J. | Partner | Tax | 1988 | $2,095.00 | 19.70 | $41,271.50 |
| Dicker, Howard B. | Partner | Corporate | 1990 | $1,995.00 | 0.50 | $997.50 |
| Adams, Frank R. | Partner | Corporate | 1994 | $1,950.00 | 3.20 | $6,240.00 |
| Lender, David | Partner | Litigation | 1994 | $1,795.00 | 10.30 | $18,488.50 |
| Tsekerides, Theodore E. | Partner | Litigation | 1994 | $1,595.00 | 268.50 | $428,257.50 |
| Wohl, David E. | Partner | Corporate | 1996 | $1,650.00 | 0.80 | $1,320.00 |
| Schrock, Ray C. | Partner | Restructuring | 1998 | $2,095.00 | 157.20 | $329,334.00 |
| Heyliger, Adelaja | Partner | Corporate | 1998 | $1,625.00 | 21.80 | $35,425.00 |
| Freeman, Danek A. | Partner | Corporate | 1999 | $1,750.00 | 23.90 | $41,825.00 |
| Berkovich, Ronit J. | Partner | Restructuring | 2002 | $1,925.00 | 323.20 | $622,160.00 |
| Berkovich, Ronit J. | Partner | Restructuring | 2002 | $962.50[8] | 10.60 | $10,202.50 |
| Westerman, Gavin | Partner | Corporate | 2004 | $1,725.00 | 15.80 | $27,255.00 |
| Christensen, Evert J. | Partner | Litigation | 2007 | $1,550.00 | 0.40 | $620.00 |
| Johnson, Merritt S. | Partner | Corporate | 2007 | $1,625.00 | 37.60 | $61,100.00 |
| Liou, Jessica | Partner | Restructuring | 2009 | $1,695.00 | 0.50 | $847.50 |
| Rotkel, Amanda | Partner | Tax | 2014 | $1,525.00 | 3.00 | $4,575.00 |
| Magill, Amanda Graham | Partner | Tax | 2015 | $1,575.00 | 37.90 | $59,692.50 |
| Nagar, Roshelle A. | Counsel | Corporate | 1989 | $1,450.00 | 0.90 | $1,305.00 |
| Morton, Matthew D. | Counsel | Corporate | 2002 | $1,425.00 | 1.80 | $2,565.00 |
| Fliman, Ariel | Counsel | Corporate | 2009 | $1,375.00 | 3.50 | $4,812.50 |
| Fink, Moshe A. | Counsel | Restructuring | 2014 | $1,400.00 | 100.30 | $140,420.00 |
| Carlson, Clifford W. | Counsel | Restructuring | 2014 | $1,375.50 | 243.90 | $335,362.50 |

---

[8] Non-working travel is billed at 50% of regular hourly rates.

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | YEAR ADMITTED | HOURLY BILLING RATE[8] | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Pucci-Sisti Maisonrouge, Maximilien J. | Counsel | Corporate | 2014 | $1,375.00 | 64.80 | $89,100.00 |
| Burbridge, Josephine Avelina | Counsel | Corporate | 2015 | $1,375.00 | 335.20 | $460,900.00 |
| Nolan, John J. | Counsel | Litigation | 2015 | $1,375.00 | 34.40 | $47,300.00 |
| Cain, Jeremy C. | Counsel | Litigation | 2016 | $1,375.00 | 71.30 | $98,037.50 |
| Smith, Leslie S. | Associate | Real Estate | 1995 | $1,345.00 | 3.80 | $5,111.00 |
| Friedman, Julie T. | Associate | Restructuring | 2003 | $775.00 | 84.40 | $65,410.00 |
| Goltser, Jonathan | Associate | Restructuring | 2011 | $1,225.00 | 180.30 | $220,867.50 |
| Sternberg, Adam J. | Associate | Tax | 2012 | $1,345.00 | 73.90 | $99,395.50 |
| Calabrese, Christine A. | Associate | Litigation | 2017 | $1,345.00 | 208.00 | $279,760.00 |
| Jaikaran, Elizabeth Shanaz | Associate | Corporate | 2017 | $1,345.00 | 83.30 | $112,038.50 |
| Diplas, Alexandros | Associate | Litigation | 2018 | $1,275.00 | 146.90 | $187,297.50 |
| Kutner, Alyssa | Associate | Corporate | 2018 | $1,275.00 | 20.30 | $25,882.50 |
| Cohen, Alexander Paul | Associate | Restructuring | 2018 | $1,225.00 | 55.40 | $67,865.00 |
| DeSantis, Elena | Associate | Litigation | 2018 | $1,225.00 | 203.00 | $248,675.00 |
| Heller, Paul E. | Associate | Corporate | 2018 (CAN-BC) | $1,225.00 | 57.60 | $70,560.00 |
| Crabtree, Austin B. | Associate | Restructuring | 2018 | $1,170.00 | 580.20 | $678,834.00 |
| Buschmann, Michael | Associate | Corporate | 2019 | $1,170.00 | 3.40 | $3,978.00 |
| Kogel, Chaim | Associate | Tax | 2020 | $1,170.00 | 39.50 | $46,215.00 |
| Taitt-Harmon, Mercedez | Associate | Corporate | 2020 | $1,170.00 | 21.20 | $24,804.00 |
| Stantzyk-Guzek, Claudia | Associate | Corporate | 2020 | $1,065.00 | 10.20 | $10,863.00 |
| Delauney, Krytel | Associate | Litigation | 2020 | $1,065.00 | 141.60 | $150,804.00 |
| Berdini, Elissabeth | Associate | Tax | 2021 | $1,170.00 | 57.40 | $67,158.00 |
| Cummings, Kyle | Associate | Litigation | 2021 | $1,065.00 | 0.80 | $852.00 |
| Da Silveira Leite, Enrico Bueno | Associate | Corporate | 2021 | $1,065.00 | 9.50 | $10,117.50 |
| Luo, Karen | Associate | Corporate | 2021 | $1,065.00 | 12.20 | $12,993.00 |
| Sheng, Sheng | Associate | Restructuring | 2021 | $1,065.00 | 57.80 | $61,557.00 |
| Barras, Elizabeth | Associate | Corporate | 2022 | $910.00 | 79.20 | $72,072.00 |
| Kane, Alexandra | Associate | Restructuring | 2022 | $910.00 | 97.80 | $88,998.00 |
| Latowsky, Tessa | Associate | Litigation | 2022 | $910.00 | 67.90 | $61,789.00 |

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | YEAR ADMITTED | HOURLY BILLING RATE[8] | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Lyons, Patrick | Associate | Litigation | 2022 | $910.00 | 71.50 | $65,065.00 |
| Menon, Asha | Associate | Litigation | 2022 | $910.00 | 104.80 | $95,368.00 |
| Polishuk, Menachem | Associate | Restructuring | 2022 | $910.00 | 453.80 | $412,958.00 |
| Reyes, Destiny | Associate | Restructuring | 2022 | $910.00 | 284.60 | $258,986.00 |
| Samara, Eleni | Associate | Corporate | 2022 | $910.00 | 10.10 | $9,191.00 |
| Shields, Matthew | Associate | Litigation | 2022 | $910.00 | 207.70 | $189,007.00 |
| Waterman, Katherine | Associate | Corporate | 2022 | $910.00 | 21.00 | $19,110.00 |
| Wissman, Eric | Associate | Corporate | 2022 | $910.00 | 106.70 | $97,097.00 |
| Sudama, Dawn Rita | Associate | Restructuring | 2022 | $910.00 | 218.00 | $198,380.00 |
| Motta, Patrick | Associate | Corporate | 2023 | $750.00 | 13.60 | $10,200.00 |
| Rosen, Gabriel | Associate | Corporate | 2023 | $750.00 | 3.00 | $2,250.00 |
| Feder, Adina | Associate | Corporate | * | $750.00 | 77.60 | $58,200.00 |
| Mezzatesta, Jared | Associate | Restructuring | * | $750.00 | 468.90 | $351,675.00 |
| **Total for Attorneys** | | | | | **6,364.40** | **$7,770,085.50** |

3

The paraprofessionals and other non-legal staff who rendered professional services in these chapter 11 cases during the Compensation Period are:

| NAME OF PROFESSIONAL PERSON | POSITION | DEPARTMENT | HOURLY BILLING RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Lee, Kathleen Anne | Paralegal | Restructuring | $530.00 | 35.30 | $18,709.00 |
| Stauble, Christopher A. | Paralegal | Restructuring | $530.00 | 4.90 | $2,597.00 |
| Curbelo, Gracemary | Paralegal | Litigation | $475.00 | 7.70 | $3,657.50 |
| Fabsik, Paul | Paralegal | Restructuring | $475.00 | 134.30 | $63,792.50 |
| Gilchrist, Roy W. | Paralegal | Litigation | $475.00 | 26.20 | $12,445.00 |
| Olvera, Rene A. | Paralegal | Restructuring | $475.00 | 2.40 | $1,140.00 |
| Fox, Trevor | Litigation Support | Litigation Support Services | $445.00 | 73.60 | $32,752.00 |
| Ting, Lara | Litigation Support | Litigation Support Services | $445.00 | 0.60 | $267.00 |
| Dang, Thai | Litigation Support | Litigation Support Services | $430.00 | 0.50 | $215.00 |
| Robin, Artur | Litigation Support | Litigation Support Services | $430.00 | 0.80 | $344.00 |
| Chavez, Miguel | Litigation Support | Litigation Support Services | $405.00 | 8.30 | $3,361.50 |
| Mo, Suihua | Litigation Support | Litigation Support Services | $405.00 | 3.00 | $1,215.00 |
| Jalomo, Chris | Paralegal | Restructuring | $375.00 | 0.60 | $225.00 |
| Peene, Travis | Paralegal | Restructuring | $325.00 | 4.40 | $1,430.00 |
| Mason, Kyle | Paralegal | Restructuring | $310.00 | 2.10 | $651.00 |
| Okada, Tyler | Paralegal | Restructuring | $310.00 | 2.00 | $620.00 |
| **Total for Paraprofessionals and Other Non-Legal Staff** | | | | **306.70** | **$143,421.50** |

The total fees for the Compensation Period are:

| PROFESSIONALS TOTALS: | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,641.78 | 2,027.50 | $3,328,701.50 |
| Associates | $1,024.09 | 4,336.90 | $4,441,384.00 |
| Paraprofessionals and Other Non-Legal Staff | $467.63 | 306.70 | $143,421.50 |
| **Blended Attorney Rate** | **$1,220.87** | | |
| **Blended Rate for All Timekeepers** | **$1,186.24** | | |
| **Total Fees Incurred** | | | **$7,913,507.00** |

**COMPENSATION BY PROJECT CATEGORY**
**APRIL 1, 2023 THROUGH AND INCLUDING JUNE 30, 2023**

| TASK CODE | PROJECT CATEGORY | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|
| 003 | Asset Acquisitions / Dispositions / 363 Matters | 23.00 | $32,908.00 |
| 004 | Automatic Stay | 82.50 | $80,319.00 |
| 005 | Bar Date and Claims Matters | 1,017.10 | $1,251,704.50 |
| 006 | Case Administration (WIP Updates and Calendar Updates Only) | 66.50 | $64,361.50 |
| 007 | Celsius Matters | 912.60 | $1,054,254.00 |
| 008 | Chapter 11 Plan / Confirmation / Implementation / Plan Supplement | 1,466.60 | $1,852,636.50 |
| 009 | Corporate Governance / Securities / Equity Matters | 409.60 | $507,246.00 |
| 010 | Customer / Vendor Matters and Reclamation / 503(b)(9) Claims | 4.60 | $5,769.00 |
| 011 | DIP Financing / Cash Collateral / Cash Management | 54.90 | $77,020.00 |
| 012 | Disclosure Statement / Solicitation / Voting | 425.80 | $431,689.00 |
| 013 | Employee Matters | 109.80 | $146,092.00 |
| 014 | Equipment Financing and Leases | 159.00 | $185,921.00 |
| 015 | Exclusivity | 93.20 | $106,626.00 |
| 016 | Executory Contracts / Leases / Real Property / Other 365 Matters | 588.90 | $693,501.00 |
| 017 | General Case Strategy (Including WIP and Team Meetings) | 150.80 | $191,370.50 |
| 018 | Hearings and Court Matters | 232.70 | $252,943.00 |
| 019 | Insurance and Surety Bond Matters | 20.00 | $22,041.50 |
| 020 | Non-Bankruptcy Litigation | 204.50 | $203,427.00 |
| 021 | Non-Working Travel | 10.60 | $10,202.50 |
| 023 | Retention / Fee Applications: OCPs | 8.10 | $6,096.50 |
| 024 | Retention / Fee Applications: Non-Weil Professionals | 11.50 | $8,675.50 |
| 025 | Retention / Fee Applications: Weil | 226.00 | $203,622.00 |
| 026 | Secured Noteholder Issues / Meetings / Communications | 61.10 | $68,957.00 |
| 027 | Tax Matters | 205.20 | $315,299.00 |
| 028 | Unsecured Creditors Committee / Meetings / Communications | 21.60 | $30,764.00 |
| 029 | US Trustee / MORs / Schedules & SOFAs / 2015.3 Reports | 82.40 | $76,953.00 |
| 030 | Utility Matters / Adequate Assurance | 2.90 | $2,435.00 |
| 031 | Equity Committee / Meetings / Communications | 19.60 | $30,673.00 |
| **Total** | | **6,671.10** | **$7,913,507.00** |