**Exhibit E**

**Expenses**

# EXPENSE SUMMARY
## APRIL 1, 2023 THROUGH AND INCLUDING JUNE 30, 2023

| EXPENSES | AMOUNTS |
|---|---|
| Air Courier/Express Mail | $66.56 |
| Computerized Research | $42,167.40 |
| Corporation Services | $269.00 |
| Court Reporting | $315.81 |
| Document Svc. Bureau/Retrieval | $40.07 |
| Duplicating | $4,754.40 |
| Filing Fees | $75.00 |
| Local Transportation | $1,595.54 |
| Meals | $920.00 |
| Outside Messenger Service | $126.91 |
| Travel | $1,092.52 |
| **Total Expenses Requested:** | **$51,423.21** |