## Exhibit F

## BLENDED RATE COMPARISON CHART

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed by timekeepers in the Houston, New York, and Dallas offices, excluding bankruptcy[1] | Billed in this fee application |
| Partner | $1,447.00 | $1,834.00 |
| Counsel | $1,164.00 | $1,378.00 |
| Senior Associate (7 years or more since first admission) | $1,109.00 | $1,239.00 |
| Mid-level Associate (4-6 years since first admission) | $1,023.00 | $1,203.00 |
| Junior Associate (0-3 years since first admission) | $769.00 | $889.00 |
| Staff Attorney | $445.00 | N/A |
| Paralegal | $368.00 | $479.00 |
| Other | $401.00 | $440.00 |
| **All timekeepers aggregated:** | **$1,011.00** | **$1,186.00** |

[1] In accordance with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013,* preceding year is a rolling 12 months year ending July 31, 2023; blended rates reflect work performed in preceding year in each of the domestic offices in which timekeepers collectively billed at least 10% of the hours to the case during the application period, excluding all data from bankruptcy law matters.