**Exhibit H**

**STAFFING PLAN OF WEIL, GOTSHAL & MANGES LLP PROVIDED TO DEBTORS FOR THE PERIOD APRIL 1, 2023 THROUGH JUNE 30, 2023**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS PROJECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Partners and Counsel | 30 | $1,375.00 - $2,095.00 |
| Associates | 40 | $750.00 - $1,345.00 |
| Paralegals and Other Non-Legal Staff | 20 | $295.00 - $530.00 |