IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*, | § | Case No. 22-90341 (DRJ) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | Re: Docket No. 1058 |
| | § | |

CERTIFICATE OF NO OBJECTION REGARDING
DEBTORS' MOTION FOR ORDER APPROVING (I) GLOBAL SETTLEMENT
BETWEEN DEBTORS AND TRILOGY LLC AND (II) GRANTING RELATED RELIEF

1. On July 14, 2023, Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Debtors' Motion for Order Approving (I) Global Settlement Between Debtors and Trilogy LLC and (II) Granting Related Relief* (Docket No. 1058) (the "**Motion**"),[2] with a proposed order granting the relief requested in the Motion (the "**Initial Proposed Order**"), attached thereto as <u>Exhibit A</u>. Objections to the Proposed Order were required to be filed and served on or prior to August 14, 2023, (the "**Objection Deadline**").

2. In accordance with paragraph 44 of the *Procedures for Complex Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) the Objection Deadline has passed, (ii) the undersigned counsel is

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

unaware of any objection to the Motion, and (iii) the undersigned counsel has reviewed the Court's docket and no objection to the Motion appears thereon.

3. The Debtors received informal comments to the Initial Proposed Order from the counsel to the ad hoc group of the Debtors' convertible noteholders, which comments have been incorporated into a revised form of proposed order, annexed hereto as **Exhibit A** (the "**Revised Proposed Order**"). A redline of the Revised Proposed Order against the Initial Proposed Order is attached hereto as **Exhibit B**.

4. Therefore, the Debtors respectfully requests entry of the Revised Proposed Order.

Dated: August 15, 2023
       Houston, Texas

            Respectfully submitted,

            <u>/s/  Alfredo R. Pérez</u>
            WEIL, GOTSHAL & MANGES LLP
            Alfredo R. Pérez (15776275)
            Clifford Carlson (24090024)
            700 Louisiana Street, Suite 1700
            Houston, Texas 77002
            Telephone:  (713) 546-5000
            Facsimile:   (713) 224-9511
            Email:   Alfredo.Perez@weil.com
                    Clifford.Carlson@weil.com

            -and-

            WEIL, GOTSHAL & MANGES LLP
            Ray C. Schrock (admitted *pro hac vice*)
            Ronit J. Berkovich (admitted *pro hac vice*)
            767 Fifth Avenue
            New York, New York 10153
            Telephone:  (212) 310-8000
            Facsimile:   (212) 310-8007
            Email:   Ray.Schrock@weil.com
                    Ronit.Berkovich@weil.com

            *Attorneys for Debtors*
            *and Debtors in Possession*

**Certificate of Service**

    I hereby certify that on August 15, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                              */s/ Alfredo R. Pérez*
                                              Alfredo R. Pérez