IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.,* | § | Case No. 22-90341 (DRJ) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On or before August 8, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors** (Docket No. 1090)

Furthermore, on or before August 9, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**, and on twenty-two (22) confidential parties not included herein, pursuant to USPS forwarding instructions:

- **Notice of Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1024)

Furthermore, on or before August 9, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, pursuant to USPS forwarding instructions:

- **Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1090)

- **Instructional Cover Letter to Nominees** (Attached hereto as **Exhibit D**)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Special Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

Furthermore, on August 9, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit E**, pursuant to USPS forwarding instructions:

- **Notice of Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1024)

- **Instructional Cover Letter to Nominees** (Attached hereto as **Exhibit D**)

Furthermore, on August 9, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on IRA FBO Abbie Loeffler, Pershing LLC as Custodian, Rollover Account at 8658 E Turquoise Ave, Scottsdale, AZ 85258-1413, pursuant to USPS forwarding instructions:

- **Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors** (Docket No. 1090)

Dated: August 16, 2023

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: TeamCoreScientific@stretto.com

# **<u>Exhibit A</u>**



# Exhibit A
Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Abacus Poseidon Coden | Address Redacted | | | | |
| Alyssa Cavazos | Address Redacted | | | | |
| Andrew D Stone | Address Redacted | | | | |
| Betsy Marie Lee | Address Redacted | | | | |
| Blockchain Association | 1155 F St NW | Ste 300 | Washington | DC | 20004-1369 |
| Brandon Curtis | Address Redacted | | | | |
| Brandon Davis | Address Redacted | | | | |
| Brandon Scott Curtis | Address Redacted | | | | |
| Caleb Wetor | Address Redacted | | | | |
| Elasticsearch Inc | 88 Kearny St | Fl 19 | San Francisco | CA | 94108-5508 |
| Five Star Food Services, Inc. (Five Star) | 412 E 10th St | # 108 | Chattanooga | TN | 37403-4312 |
| Forks Landscaping LLC | 1301 Central Ave NW | | E Grand Forks | MN | 56721-1611 |
| Free Transportation LLC | 300 Sherwood Forest Dr | | Hayesville | NC | 28904-7283 |
| Gordon Clark MacDonald | Address Redacted | | | | |
| Ivan Peter Shires | Address Redacted | | | | |
| Jean-Sebastien Anoma | Address Redacted | | | | |
| John Miller Tracy | Address Redacted | | | | |
| John Wayne Montgomery | Address Redacted | | | | |
| Joshua Paul Miller | Address Redacted | | | | |
| Kevin Christopher Halligan | Address Redacted | | | | |
| Lalita M Nelson | Address Redacted | | | | |
| Matthew K Brown | Address Redacted | | | | |
| Megan Elizabeth Gilchrist | Address Redacted | | | | |
| Neeraj Gupta | Address Redacted | | | | |
| Patricia Blair | Address Redacted | | | | |
| Radiant PPC LLC | 4250 Via Marina | Apt 418 | Marina Dl Rey | CA | 90292-7568 |
| Rex M Serrano-Navarro | Address Redacted | | | | |
| Robert J Hamilton | Address Redacted | | | | |
| Seagen Inc. | 22310 20th Ave SE | Ste 200 | Bothell | WA | 98021-8413 |
| ShaystaMoon Cutchie | Address Redacted | | | | |
| Silver Fox Productions Inc | 7609 66th Pl NE | | Marysville | WA | 98270-6593 |
| Sloan Session | Address Redacted | | | | |
| Synopsys Inc | 675 Almanor Ave | Ste 101 | Sunnyvale | CA | 94085-2925 |
| Thomas Pinataro | Address Redacted | | | | |
| Thycotic Software LLC | 221 Main St | Ste 1300 | San Francisco | CA | 94105-1931 |
| Tobias R Curry | Address Redacted | | | | |
| Tommy E Colter | Address Redacted | | | | |
| Vanisha Goodman Coker | Address Redacted | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit A**
Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|------|-------|-----|
| Veriedge LLC<br>Kutumba R Gaddipati DBA Veriedge LLC | 1042 Rock Ave | | San Jose | CA | 95131-1610 |
| Wade Slough | Address Redacted | | | | |
| Whitney B Snodgrass | Address Redacted | | | | |
| William Tyler Cooper | Address Redacted | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

# **<u>Exhibit B</u>**



# Exhibit B
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Abacus Poseidon Coden | | Address Redacted | | | | |
| Abdifatah Mohamed | | Address Redacted | | | | |
| Alyssa Cavazos | | Address Redacted | | | | |
| Amazon Capital Services, Inc. | Attn: Steve Beranek | 510 14th Rd S | | Arlington | VA | 22202-4739 |
| Amazon Web Services, Inc. | Attn: Steve Beranek, Senior Manager, Finance Ops | 510 14th Rd S | | Arlington | VA | 22202-4739 |
| Amherst Pierpont Securities LLC | Corporate Actions | 437 Madison Ave | Fl 8 | New York | NY | 10022-7046 |
| Andrew D Stone | | Address Redacted | | | | |
| Austin Professional Cleaning Services, LLC | | 4131 Spicewood Springs Rd | Ste E2 | Austin | TX | 78759-8658 |
| BB&T Securities, LLC | Jesse W. Sprouse | 1001 Semmes Ave | | Richmond | VA | 23224-2245 |
| Bethesda Securities, LLC | Corporate Actions | 7373 Wisconsin Ave | Ste 2200 | Bethesda | MD | 20814-3767 |
| Brandon Davis | | Address Redacted | | | | |
| Caleb Wetor | | Address Redacted | | | | |
| Corporate Stock Transfer, Inc./Drs | Shari Humpherys | 1110 Centre Pointe Curv | Ste 101 | Saint Paul | MN | 55120-4100 |
| Elmington Property Management LLC | | 1030 16th Ave S | Ste 500 | Nashville | TN | 37212-2358 |
| Erica S Hill | | Address Redacted | | | | |
| Five Star Food Services, Inc. (Five Star) | | 412 E 10th St | # 108 | Chattanooga | TN | 37403-4312 |
| Forks Landscaping LLC | | 1301 Central Ave NW | | E Grand Forks | MN | 56721-1611 |
| Free Transportation LLC | | 300 Sherwood Forest Dr | | Hayesville | NC | 28904-7283 |
| Gennaro Torre | | Address Redacted | | | | |
| Gerard Brennan | | Address Redacted | | | | |
| Gordon Clark MacDonald | | Address Redacted | | | | |
| Hilltop Securities Inc. | Attn: Bonnie Allen, Corporate Actions | 717 N Harwood St | Ste 3400 | Dallas | TX | 75201-6534 |
| Ivan Peter Shires | | Address Redacted | | | | |
| Jean-Sebastien Anoma | | Address Redacted | | | | |
| John Wayne Montgomery | | Address Redacted | | | | |
| Joshua Paul Miller | | Address Redacted | | | | |
| Kevin Christopher Halligan | | Address Redacted | | | | |
| Lalita M Nelson | | Address Redacted | | | | |
| Matthew K Brown | | Address Redacted | | | | |
| Mufg Union Bank, N.A. | Maggi Boutelle | 1555 N Rivercenter Dr | Ste 302 | Milwaukee | WI | 53212-3958 |
| Mufg Union Bank, N.A./MMI/PIMS/IPA | Maggi Boutelle | Maggi Boutelle | 1555 N Rivercenter Dr Ste 302 | Milwaukee | WI | 53212-3958 |
| National Financial Services LLC/STOC | Michael Fortugno | 499 Washington Blvd | Fl 5 | Jersey City | NJ | 07310-2010 |
| Pure Storage, Inc. | | 2555 Augustine Dr | | Santa Clara | CA | 95054-3003 |
| Rex M Serrano-Navarro | | Address Redacted | | | | |
| Thomas Pinataro | | Address Redacted | | | | |
| Thycotic Software LLC | | 221 Main St | Ste 1300 | San Francisco | CA | 94105-1931 |
| Tobias R Curry | | Address Redacted | | | | |
| Tommy E Colter | | Address Redacted | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit B**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Wade Slough | | Address Redacted | | | | |
| WEX Health Inc | | 700 26th Ave E | | West Fargo | ND | 58078-6617 |
| Whitney B Snodgrass | | Address Redacted | | | | |
| William Tyler Cooper | | Address Redacted | | | | |
| Worksmith, Inc. | | 3005 S Lamar Blvd | Ste 109D | Austin | TX | 78704-4785 |

# **<u>Exhibit C</u>**



**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Mufg Union Bank, N.A. | Maggi Boutelle | 1555 N Rivercenter Dr | Ste 302 | | Milwaukee | WI | 53212-3958 |
| Mufg Union Bank, N.A./MMI/PIMS/IPA | Maggi Boutelle | Maggi Boutelle | 1555 N Rivercenter Dr | Ste 302 | Milwaukee | WI | 53212-3958 |
| Precision Securities, LLC | Corp Actions | 2010 Jimmy Durante Blvd | Ste 270 | | Del Mar | CA | 92014-2272 |
| Stockcross Financial Services, Inc. | Corporate Actions | 9378 Wilshire Blvd | Ste 300 | | Beverly Hills | CA | 90212-3168 |
| Stockcross Financial Services, Inc. | Attn: Lisa Brunson | 9378 Wilshire Blvd | Ste 300 | | Beverly Hills | CA | 90212-3168 |
| Stockcross Financial Services, Inc./#3 | Corporate Actions | 9378 Wilshire Blvd | Ste 300 | | Beverly Hills | CA | 90212-3168 |

# **<u>Exhibit D</u>**



To Custodians, Banks, Brokers, and Other Nominees (each, a "Nominee"):

*Re: Case Number: 22-90341 (DRJ) – Core Scientific, Inc., et al. CHAPTER 11 BANKRUPTCY*

**CUSIP No. 21873J 108**

Core Scientific, Inc., et al., (the "Debtors"), filed with the United States Bankruptcy Court for the Southern District of Texas (the "Court"), the enclosed *Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors* (the "Notice"). Stretto, the Claims and Noticing agent for Debtors, was instructed by the Debtors' counsel that the Notice must be served upon nominees that hold stock in "street name" for the beneficial holders of the below-referenced CUSIP Number. You are receiving the Notice because your institution was identified by Depository Trust Company ("DTC") on the Security Position Report as of July 3, 2023 (the "Record Date").

| CUSIP/ISIN No | Record Date(s) |
|---|---|
| 21873J 108 / US21873J1088 | July 3, 2023 |

Stretto has provided the appropriate number of sets of the Notice as requested upon Broadridge and Mediant, respectively. The following referenced job numbers pertain to the mailings established at Broadridge and Mediant. Please mail the provided materials via USPS First-Class Mail and Email to the record date beneficial holders in your books and records as applicable.

| Broadridge Job No.(s) | Mediant Job No.(s) |
|---|---|
| TBD | TBD |

If you would like to request Stretto to either provide extra copies of the Notice on your behalf to your respective clients, please provide Stretto with either the number of copies you require or a list of names and addresses to whom you would like Stretto to serve.

| By Email |
|---|
| PublicSecurities@Stretto.com |

If you are not the correct individual or department to research and disburse the requested information, please forward to the proper individual at your firm.

# **Exhibit E**



**Exhibit E**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Hilltop Securities Inc. | Attn: Bonnie Allen, Corporate Actions | 717 N Harwood St | Ste 3400 | Dallas | TX | 75201-6534 |
| Hilltop Securities Inc. | Attn: Corporate Actions | 717 N Harwood St | Ste 3400 | Dallas | TX | 75201-6534 |
| Stockcross Financial Services, Inc. | Attn: Lisa Brunson | 9378 Wilshire Blvd | Ste 300 | Beverly Hills | CA | 90212-3168 |
| Stockcross Financial Services, Inc. | Corporate Actions | 9378 Wilshire Blvd | Ste 300 | Beverly Hills | CA | 90212-3168 |