**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC., *et al.*,** | § | **Case No. 22-90341 (DRJ)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.** [1] | § | **Re: Docket No. 1062** |
| | § | |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING**
**(I) GLOBAL SETTLEMENT BETWEEN DEBTORS AND HUBAND-**
**MANTOR CONSTRUCTION, INC. AND (II) GRANTING RELATED RELIEF**

Pursuant to paragraphs 44 and 45 of the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, the undersigned hereby certifies as follows:

1.     On July 14, 2023, Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed *the Debtors' Motion for Order Approving (I) Global Settlement Between Debtors and Huband-Mantor Construction, Inc. and (II) Granting Related Relief* (Docket No. 1062) (the "**Motion**"),[2] with a proposed order granting the relief requested in the Motion (the "**Initial Proposed Order**"), attached thereto as Exhibit A.  Objections to the Initial Proposed

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198).  The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Order were required to be filed and served on or prior to August 4, 2023, (the "**Objection Deadline**").[3]

2.      On August 8, 2023, the ad hoc group of the Debtors' convertible noteholders (the "**Ad Hoc Noteholders Group**") filed the *Limited Objection and Reservation of Rights of the Ad Hoc Group to the Debtors Motion for Order Approving (I) Global Settlement Between Debtors and Huband-Mantor Construction, Inc. and (II) Granting Related Relief* (Docket No. 1125) (the "**Objection**").  The undersigned counsel has reviewed the Court's docket and no other objection or responsive pleading to the Motion appears thereon.

3.      The Debtors have resolved the Objection to the Motion by the revised form of order attached hereto as <u>**Exhibit A**</u> (the "**Revised Proposed Order**").  A redline of the Revised Proposed Order against the Initial Proposed Order is attached hereto as <u>**Exhibit B**</u>.

4.      Accordingly, the Debtors respectfully request that the Court enter the Revised Proposed Order.

*[Remainder of page intentionally left blank]*

---

[3] The Debtors agreed to extend the Ad Hoc Noteholders Group's deadline to object to the Motion to August 8, 2023.

Dated: August 17, 2023
      Houston, Texas

                                   Respectfully submitted,

                                   */s/  Alfredo R. Pérez*

WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford W. Carlson (2409024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email: Alfredo.Perez @weil.com
            Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Ray.Schrock@weil.com
              Ronit.Berkovich@weil.com


*Attorneys for Debtors*
*and Debtors in Possession*

**<u>Certificate of Service</u>**

I hereby certify that on August 17, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Alfredo R. Pérez*
Alfredo R. Pérez
