IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| Debtors. [1] | § § § § | (Jointly Administered) Re: Docket No. 1062 |

**CORRECTED CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING(I) GLOBAL SETTLEMENT BETWEEN DEBTORS AND HUBAND-MANTOR CONSTRUCTION, INC. AND (II) GRANTING RELATED RELIEF[2]**

Pursuant to paragraphs 44 and 45 of the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, the undersigned hereby certifies as follows:

1. On July 14, 2023, Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed *the Debtors' Motion for Order Approving (I) Global Settlement Between Debtors and Huband-Mantor Construction, Inc. and (II) Granting Related Relief* (Docket No. 1062) (the "**Motion**"),[3] with a proposed order granting the relief requested in the Motion (the "**Initial Proposed Order**"), attached thereto as <u>Exhibit A</u>. Objections to the Initial Proposed

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] This certificate of counsel supersedes the Certification of Counsel filed at Docket No. 1163, which did not attach the correct form of the Revised Proposed Order.

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Order were required to be filed and served on or prior to August 4, 2023, (the "**Objection Deadline**").[4]

2. On August 8, 2023, the ad hoc group of the Debtors' convertible noteholders (the "**Ad Hoc Noteholders Group**") filed the *Limited Objection and Reservation of Rights of the Ad Hoc Group to the Debtors Motion for Order Approving (I) Global Settlement Between Debtors and Huband-Mantor Construction, Inc. and (II) Granting Related Relief* (Docket No. 1125) (the "**Objection**"). The undersigned counsel has reviewed the Court's docket and no other objection or responsive pleading to the Motion appears thereon.

3. The Debtors have resolved the Objection to the Motion by the revised form of order attached hereto as **Exhibit A** (the "**Revised Proposed Order**"). A redline of the Revised Proposed Order against the Initial Proposed Order is attached hereto as **Exhibit B**.

4. Accordingly, the Debtors respectfully request that the Court enter the Revised Proposed Order.

[*Remainder of page intentionally left blank*]

---

[4] The Debtors agreed to extend the Ad Hoc Noteholder Group's deadline to object to the Motion to August 8, 2023.

Dated: August 18, 2023
      Houston, Texas

                    Respectfully submitted,

                      */s/ Alfredo R. Pérez*
                    WEIL, GOTSHAL & MANGES LLP
                    Alfredo R. Pérez (15776275)
                    Clifford W. Carlson (2409024)
                    700 Louisiana Street, Suite 1700
                    Houston, Texas 77002
                    Telephone: (713) 546-5000
                    Facsimile: (713) 224-9511
                    Email: Alfredo.Perez@weil.com
                            Clifford.Carlson@weil.com

                    -and-

                    WEIL, GOTSHAL & MANGES LLP
                    Ray C. Schrock (admitted *pro hac vice*)
                    Ronit J. Berkovich (admitted *pro hac vice*)
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007
                    Email: Ray.Schrock@weil.com
                            Ronit.Berkovich@weil.com


                    *Attorneys for Debtors*
                    *and Debtors in Possession*

**Certificate of Service**

I hereby certify that on August 18, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                  _/s/ Alfredo R. Pérez_
                                                  Alfredo R. Pérez