**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.,* | § | Case No. 22-90341 (DRJ) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | Re: Docket No. 1005 |

**ORDER (I) APPROVING ASSUMPTION
OF (A) UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES AND (B) AN
EXECUTORY CONTRACT, AS AMENDED AND (II) GRANTING RELATED RELIEF**

Upon the motion, dated June 28, 2023 (the "**Motion**"),[2] of Core Scientific, Inc. and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), pursuant to sections 365(a), 365(d)(4), and 105(a) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 6006 of the Federal Rules of Bankruptcy Procedure, for entry of an order (i) approving the Debtors' assumption of all Unexpired Leases under which the Debtors are lessees, including the Unexpired Leases set forth on **Exhibit 1** attached hereto, in each case with assumption of the Unexpired Leases being deemed effective as of the 365(d)(4) Deadline, (ii) authorizing the Debtors to (a) enter into the Denton Lease Amendment and the Denton PPA Amendment and (b) assume the Denton Lease, as amended by the Denton Lease Amendment, and the Denton PPA, as amended by the Denton PPA Amendment, and (iii) granting related relief, as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice needs be provided; and the Court having reviewed the Motion; and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors and their respective estates, creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Debtors are authorized to assume all Unexpired Leases, including the Unexpired Leases listed on **Exhibit 1** attached hereto, which shall be deemed effective as of the 365(d)(4) Deadline. For the avoidance of doubt, to the extent any Unexpired Leases are not included in **Exhibit 1**, the Debtors are hereby authorized to assume any such Unexpired Leases.

2. The Debtors are authorized to (i) enter into the Denton Lease Amendment and the Denton PPA Amendment, (ii) assume the Denton Lease, as amended by the Denton Lease Amendment, and the Denton PPA, as amended by the Denton PPA Amendment, and (iii) pay the cure amounts related thereto as provided in **Exhibit 1**, in accordance with the terms of the Denton Lease Amendment and the Denton PPA Amendment.

3. The Debtors are authorized, but not directed, to perform all of their obligations under the Assumed Leases and Contract, and implement the actions contemplated

thereby, including payment of any expenses associated with such assumption and payment of any amounts that become due and owing in the ordinary course of business.

4. Within three (3) business days of the date hereof, or as soon as reasonably practicable thereafter, the Debtors shall pay to the applicable counterparty the Cure Amounts set forth on **Exhibit 1** under the column heading, "Cure Amount ($'s)," which payments shall constitute full and final satisfaction of any and all defaults under the Unexpired Leases, whether monetary or non-monetary.

5. Parties to the Denton Lease and the Denton PPA shall enter into the Denton Lease Amendment and the Denton PPA Amendment, and following the Debtors' payment of the Cure Amounts identified on **Exhibit 1** relating to the Denton Lease and the Denton PPA, the assumption of the Denton Lease, as amended by the Denton Lease Amendment, and the Denton PPA, as amended by the Denton PPA Amendment, shall be deemed effective and enforceable by both parties thereto as of the 365(d)(4) Deadline.

6. Assumption of Assumed Leases and Contract or payment of an associated Cure Amount does not represent (i) an admission as to the validity of any claim against the Debtors, (ii) a waiver or limitation of the Debtors' or any party in interest's rights to dispute the amount of, basis for, or validity of any claim, (iii) a waiver of the Debtors' or any party in interest's rights under the Bankruptcy Code or any other applicable nonbankruptcy law, (iv) an agreement or obligation to pay any claims, (v) a waiver of any claims or causes of action which may exist against any creditor or interest holder, or (vi) an admission by the Debtors that any instruments constitute an Unexpired Lease or executory contract, except for the Unexpired Leases identified on **Exhibit 1**. The Debtors' rights to object to or challenge whether any instrument constitutes an Unexpired Lease or executory contract shall be reserved.

7. The Debtors have provided adequate assurance of future performance under the Assumed Leases and Contract to the extent required pursuant to section 365(b) of the Bankruptcy Code.

8. The Debtors are authorized to take all actions necessary or appropriate to implement the relief granted in this Order.

9. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

10. Notwithstanding entry of this Order, nothing herein shall create, nor is intended to create, any rights in favor of or enhance the status of any claim held by, any party.

**Signed: August 16, 2023.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

**Exhibit 1**

**Schedule of Leases**

| Contract Counterparty Name | Debtor | Lease Description | Address of Leased Real Property | Date of Proposed Assumption | Cure Amount ($'s) |
|---|---|---|---|---|---|
| Dalton-Whitfield County Joint Development Authority | Core Scientific Operating Company (formerly known as Core Scientific, Inc.) | Lease Agreement, dated December 1, 2018, by and between Dalton-Whitfield County Joint Development Authority, as lessor, and Core Scientific Operating Company (formerly known as Core Scientific, Inc.), as lessee | 206 Boring Drive, Dalton, GA 30721 | July 19, 2023 | $0 |
| Dalton-Whitfield County Joint Development Authority | Core Scientific Operating Company (formerly known as Core Scientific, Inc.) | Lease Agreement, dated December 1, 2018, by and between Dalton-Whitfield County Joint Development Authority, as lessor, and Core Scientific Operating Company (formerly known as Core Scientific, Inc.), as lessee | 2205 South Industrial Rd, Dalton, GA 30721 | July 19, 2023 | $0 |

| Contract Counterparty Name | Debtor | Lease Description | Address of Leased Real Property | Date of Proposed Assumption | Cure Amount ($'s) |
|---|---|---|---|---|---|
| Minnkota Power Cooperative, Inc. | Core Scientific Operating Company (formerly known as Core Scientific, Inc.) | (Ground Lease) Prairie Site Ground Lease Agreement with Option to Purchase, dated September 30, 2021, by and between Minnkota Power Cooperative, Inc., as lessor, and Core Scientific Operating Company (formerly known as Core Scientific, Inc.), as lessee | 5601 11th Avenue South, Grand Forks, ND 58201 | July 19, 2023 | $0 |
| Minnkota Power Cooperative, Inc. | Core Scientific Operating Company (formerly known as Core Scientific, Inc.) | (Commercial Lease) Prairie Site Ground Lease Agreement with Option to Purchase, dated September 30, 2021, by and between Minnkota Power Cooperative, Inc., as lessor, and Core Scientific Operating Company | 5601 11th Avenue South, Grand Forks, ND 58201 | July 19, 2023 | $9,331.79 |

| Contract Counterparty Name | Debtor | Lease Description | Address of Leased Real Property | Date of Proposed Assumption | Cure Amount ($'s) |
|---|---|---|---|---|---|
| | | (formerly known as Core Scientific, Inc.), as lessee | | | |
| City of Denton | Core Scientific Operating Company (formerly known as Core Scientific, Inc.) | Lease Agreement, dated as of September 3, 2021, by and between City of Denton, as lessor, and Core Scientific Operating Company (formerly known as Core Scientific, Inc.), as lessee | 8171 Jim Christal Road, Denton, TX 76207 | July 19, 2023 | $11,669.61 |
| City of Denton d/b/a Denton Municipal Electric | Core Scientific Operating Company (formerly known as Core Scientific, Inc.) | Power Purchase Agreement dated as of September 3, 2021, by and between City of Denton d/b/a Denton Municipal Electric, as Seller, and Core Scientific Operating Company (formerly known as Core Scientific, Inc.), as Buyer | n/a | July 19, 2023 | $1,536,750.03 |
| Jobe Ranch Family Limited Partnership | Core Scientific Operating Company | Term Surface Lease Agreement for Data Center | 1851 FM 2119, Pecos, | July 19, 2023 | $0 |

| Contract Counterparty Name | Debtor | Lease Description | Address of Leased Real Property | Date of Proposed Assumption | Cure Amount ($'s) |
|---|---|---|---|---|---|
| | (formerly known as Core Scientific, Inc.) | Site, dated November 15, 2021, by and between Jobe Ranch Family Limited Partnership, as lessor, and Core Scientific Operating Company (formerly known as Core Scientific, Inc.), as lessee | TX 79772 | | |
| Worksmith, Inc. | Core Scientific, Inc. | Sublease with Continuing Liability of Lessee and Assumption and Indemnity by Sublessee, dated January 26, 2022, as amended by that certain First Amendment to Sublease Agreement, dated as of September 14, 2022, each by and between Worksmith, as sublessor, and Core Scientific, Inc., as sublessee | 210 Barton Springs Road, Austin, TX | July 19, 2023 | $0 |

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 22-90341-drj |
| Core Scientific, Inc. | Chapter 11 |
| Official Committee of Unsecured Creditor | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 8 |
| Date Rcvd: Aug 16, 2023 | Form ID: pdf002 | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | American Property Acquisition, LLC, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | American Property Acquisitions I, LLC, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | American Property Acquisitions VII, LLC, 210 Barton Springs Road, Suite 300, Austiin, TX 78704-1251 |
| db | + | Core Scientific Acquired Mining LLC, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | Core Scientific Mining LLC, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | Core Scientific Operating Company, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | Core Scientific Specialty Mining (Oklahoma) LLC, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | Core Scientific, Inc., 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | RADAR LLC, 210 Barton Springs Road, Suite 300, Austiin, TX 78704-1251 |
| db | + | Radar Relay, Inc., 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | Starboard Capital LLC, 210 Barton Springs Road, Suite 300, Austiin, TX 78704-1251 |
| trnsfee | + | B. Riley Securities, Inc., 11100 Santa Monica Blvd., Suite 800, Los Angeles, CA 90025-3979 |
| intp | + | Board of Directors of Core Scientific, Inc., c/o Peter C. Lewis, Scheef & Stone, L.L.P., 500 North Akard Street, Suite 2700, Dallas, TX 75201-3306 |
| intp | + | Condair Inc., c/o John S. Collins, Vorys, Sater, Seymour and Pease LLP, 909 Fannin, Suite 2700, Houston, TX 77010-1009 |
| cr | + | Dalton Utilities, Howley Law PLLC, 711 Louisiana Street, Ste. 1850, Houston, TX 77002-2790 |
| cr | + | Indigo Direct Lending, LLC, c/o Ross, Smith & Binford, PC, Attn: Frances A. Smith, 700 N. Pearl Street, Suite 1610 Dallas, TX 75201-7459 |
| cr | + | J.W. Didado Electric, LLC, c/o Leonard I. Pataki, Quanta Services, 4500 S. Garnett Road, Suite 100, Tulsa, OK 74146-5221 |
| cr | + | LV.NET, LLC, 1221 S. Casino Center Blvd., Las Vegas, NV 89104, UNITED STATES 89104-1015 |
| cr | + | Maddox Industrial Transformer, LLC, c/o Mary M. Caskey, Esq., Haynsworth Sinkler Boyd, PA, PO Box 11889, Columbia, SC 29211-1889 |
| intp | + | McCarthy Building Companies, Inc., c/o Watt, Tieder, Hoffar & Fitzgerald, L, 1765 Greensboro Station Place, Suite 1000, McLean, VA 22102-3468 |
| cr | + | North Mill Equipment Finance LLC, c/o Padfield & Stout, LLP, Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| cr | + | Pescadero Capital, LLC, Building LAW/JB, 700 Universe Blvd, Juno Beach, FL 33408, UNITED STATES 33408-2657 |
| cr | + | Quinn Emanuel Urquhart & Sullivan, LLP, c/o Asher Griffin, 300 W 6th Street, Suite 2010, Austin, TX 78701 UNITED STATES 78701-3901 |
| cr | + | Tanmar Rentals, LLC, c/o Wells & Cuellar, P.C., 440 Louisiana Suite 718, Houston, TX 77002, UNITED STATES 77002-1058 |
| cr | + | Tenaska Power Services Co., c/o Ross & Smith, P.C., Attn: Jason Binford, 2003 N. Lamar Blvd., Suite 100 Austin, TX 78705-4932 |
| intp | + | U.S. Bank National Association, as Prepetition Not, c/o Shipman & Goodwin LLP, One Constitution Plaza, Hartford, CT 06103-1803 |
| cr | + | c/o James Bailey Esq Gaylor Electric, Inc., d/b/a, Bradley Arant Boult Cummings LLP, One Federal Place, 1819 5th Ave. N, Birmingham, AL 35203-2119 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ahochheiser@mauricewutscher.com | Aug 16 2023 20:16:00 | AmTrust North America, Inc. on behalf of Associate, c/o Maurice Wutscher LLP, 23611 Chagrin Blvd. Suite 207, Beachwood, OH 44122-5540 |
| cr | + | Email/Text: beanland@mssattorneys.com | Aug 16 2023 20:16:00 | BEAM Concrete Construction, Inc., c/o Misti L. Beanland, 8131 LBJ Freeway, Suite 700, Dallas, |

Case 22-90341   Document 1168   Filed in TXSB on 08/18/23   Page 11 of 17

| District/off: 0541-4 | User: ADIuser | Page 2 of 8 |
|---|---|---|
| Date Rcvd: Aug 16, 2023 | Form ID: pdf002 | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Aug 16 2023 20:17:00 | TX 75251-1352<br>Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o John K. Turner, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| cr | ^ | MEBN | Aug 16 2023 20:14:42 | GEM Mining 1, LLC, c/o Evan N. Parrott, 11 North Water Street, Suite 24290, Mobile, AL 36602-5024 |
| cr | ^ | MEBN | Aug 16 2023 20:14:42 | GEM Mining 2, LLC, c/o Evan N. Parrott, 11 North Water Street, Suite 24290, Mobile, AL 36602-5024 |
| cr | ^ | MEBN | Aug 16 2023 20:14:41 | GEM Mining 2B, LLC, c/o Evan N. Parrott, 11 North Water Street, Suite 24290, Mobile, AL 36602-5024 |
| cr | ^ | MEBN | Aug 16 2023 20:14:40 | GEM Mining 3, LLC, c/o Evan N. Parrott, 11 North Water Street, Suite 24290, Mobile, AL 36602-5024 |
| cr | ^ | MEBN | Aug 16 2023 20:14:39 | GEM Mining 4, LLC, c/o Evan N. Parrott, 11 North Water Street, Suite 24290, Mobile, AL 36602-5024 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Aug 16 2023 20:16:00 | Meridian Equipment Finance, LLC, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| cr | | Email/Text: shirley.palumbo@nexteraenergy.com | Aug 16 2023 20:16:00 | NextEra Energy Resources, LAW/JB, 700 Universe Blvd., Juno Beach, FL 33408, UNITED STATES |
| cr | + | Email/Text: schristianson@buchalter.com | Aug 16 2023 20:16:00 | Oracle America, Inc., Buchalter PC, c/o Shawn M. Christianson, 425 Market St., Suite 2900, San Francisco, Ca 94105-2491 |
| cr | + | Email/Text: neil.orleans@judithwross.com | Aug 16 2023 20:16:00 | Tenaska Power Services Co., c/o Ross & Smith, P.C., Attn: Judith W. Ross, 700 N. Pearl Street, Suite 1610, Dallas, TX 75201-7459 |
| cr | ^ | MEBN | Aug 16 2023 20:12:53 | Texas Comptroller of Public Accounts, Revenue Acco, Christopher S. Murphy, P.O. Box 12548, Austin, TX 78711-2548 |
| cr | + | Email/Text: BKECF@traviscountytx.gov | Aug 16 2023 20:16:00 | Travis County, c/o Jason A. Starks, P.O. Box 1748, Austin, TX 78767-1748 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | 36th Street Capital Partners, LLC |
| cr | | ABLe Communications, Inc. |
| cr | | Ad Hoc Group of Secured Convertible Noteholders |
| cr | | Anchorage Lending CA, LLC |
| intp | | B. Riley Commercial Capital, LLC |
| cr | | Barings BDC, Inc. |
| cr | | Barings Capital Investment Corporation |
| cr | | Barings Private Credit Corp. |
| cr | | BlockFi Lending LLC |
| cr | | BlockFi, Inc. and its affiliated entities |
| cr | | Bremer Bank |
| cr | | Brown Corporation Brown Corporation, 311 Pointe North Place #4, Dalton, UNITED STATES |
| cr | | Bryce Johnson |
| cr | | CEC Energy Services LLC |
| cr | | Celsius Mining, LLC |

| District/off: 0541-4 | User: ADIuser | Page 3 of 8 |
|---|---|---|
| Date Rcvd: Aug 16, 2023 | Form ID: pdf002 | Total Noticed: 41 |

| | | |
|---|---|---|
| cr | Charles Basil | |
| cr | City of Denton | |
| cr | Coonrod Electric Co. LLC | |
| intp | Foundry Digital LLC | |
| cr | General Casualty Company of Wisconsin | |
| intp | Harper Construction Company, Inc. | |
| cr | Huband-Mantor Construction, Inc. | |
| cr | Humphrey & Associates, Inc. | |
| cr | MK Marlow Company, LLC | |
| cr | MP2 Energy Texas LLC d/b/a Shell Energy Solutions | |
| cr | Marnoy Interests, Ltd. d/b/a Office Pavilion | |
| cr | MassMutual Asset Finance, LLC | |
| cr | Mitch Edwards | |
| cr | Morgan Hoffman | |
| cr | NYDIG ABL LLC | |
| intp | Official Committee of Equity Security Holders | |
| crcm | Official Committee of Unsecured Creditors | |
| cr | Prime Alliance Bank, Inc. | |
| cr | Priority Power Management, LLC | |
| intp | SRPF A QR Riversouth LLC | |
| cr | Sphere 3D Corp. | |
| cr | Summit Electric Supply Company, Inc. | |
| cr | TOYOTA INDUSTRIES COMMERCIAL FINANCE INC. | |
| cr | Texas Capitalization Resource Group, Inc., 5201 Camp Bowie Blvd. Suite 200, Fort Worth | |
| intp | The Ad Hoc Equity Group | |
| intp | Trilogy LLC | |
| intp | Trinity Capital Inc. | |
| cr | Wingspire Equipment Finance, LLC | |

TOTAL: 43 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alfredo R Perez | |
| | on behalf of Debtor Starboard Capital LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | |
| | on behalf of Debtor American Property Acquisition  LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | |
| | on behalf of Debtor Core Scientific  Inc. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo |

District/off: 0541-4                         User: ADIuser                              Page 4 of 8
Date Rcvd: Aug 16, 2023                      Form ID: pdf002                            Total Noticed: 41

| | |
|---|---|
| Alfredo R Perez | @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| | on behalf of Debtor Core Scientific Specialty Mining (Oklahoma) LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | |
| | on behalf of Debtor Core Scientific Mining LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | |
| | on behalf of Debtor Core Scientific Acquired Mining LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | |
| | on behalf of Debtor Core Scientific Operating Company alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | |
| | on behalf of Debtor Radar Relay  Inc. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | |
| | on behalf of Debtor RADAR LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | |
| | on behalf of Debtor American Property Acquisitions VII  LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | |
| | on behalf of Debtor American Property Acquisitions I  LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alicia Lenae Barcomb | |
| | on behalf of U.S. Trustee US Trustee alicia.barcomb@usdoj.gov |
| Amy Kathleen Wolfshohl | |
| | on behalf of Interested Party Trilogy LLC awolfshohl@porterhedges.com lfolk@porterhedges.com;jdickinson@porterhedges.com |
| Arsalan Muhammad | |
| | on behalf of Creditor BlockFi  Inc. and its affiliated entities arsalan.muhammad@haynesboone.com, kenneth.rusinko@haynesboone.com |
| Asher Benjamin Griffin | |
| | on behalf of Creditor Quinn Emanuel Urquhart & Sullivan  LLP ashergriffin@quinnemanuel.com |
| Ashley L. Harper | |
| | on behalf of Creditor Sphere 3D Corp. ashleyharper@HuntonAK.com |
| Brandon Bell | |
| | on behalf of Creditor Sphere 3D Corp. bbell@hunton.com |
| Brittany Dant Hepner | |
| | on behalf of Creditor Brown Corporation Brown Corporation bdant@minorfirm.com |
| Byron Z Moldo | |
| | on behalf of Creditor Mitch Edwards bmoldo@ecjlaw.com  aantonio@ecjlaw.com,dperez@ecjlaw.com |
| Byron Z Moldo | |
| | on behalf of Creditor Charles Basil bmoldo@ecjlaw.com  aantonio@ecjlaw.com,dperez@ecjlaw.com |
| Charles Thomas Kruse | |
| | on behalf of Creditor Barings Capital Investment Corporation tom.kruse@arnoldporter.com |
| Charles Thomas Kruse | |
| | on behalf of Creditor Barings Private Credit Corp. tom.kruse@arnoldporter.com |
| Charles Thomas Kruse | |
| | on behalf of Creditor Barings BDC  Inc. tom.kruse@arnoldporter.com |
| Christiane C. Bard | |
| | on behalf of Creditor Brown Corporation Brown Corporation cbard@minorfirm.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 5 of 8 |
| Date Rcvd: Aug 16, 2023 | Form ID: pdf002 | Total Noticed: 41 |

Christopher S Murphy
    on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-cmurphy@oag.texas.gov, sherri.simpson@oag.texas.gov

Christopher V Arisco
    on behalf of Creditor North Mill Equipment Finance LLC carisco@padfieldstout.com

Craig Crockett
    on behalf of Creditor Texas Capitalization Resource Group  Inc. craig@crockettfirm.com

Craig E Power
    on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions cpower@cokinoslaw.com mbartlett@cokinoslaw.com;eolson@cokinoslaw.com

Deborah Michelle Perry
    on behalf of Interested Party SRPF A QR Riversouth LLC dperry@munsch.com

Devan Joan Dal Col
    on behalf of Creditor Wingspire Equipment Finance  LLC ddalcol@reedsmith.com

Devan Joan Dal Col
    on behalf of Creditor Prime Alliance Bank  Inc. ddalcol@reedsmith.com

Devan Joan Dal Col
    on behalf of Creditor 36th Street Capital Partners  LLC ddalcol@reedsmith.com

Dylan Ross
    on behalf of Creditor ABLe Communications  Inc. dross@forsheyprostok.com, calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;drossfp@ecf.courtdrive.com;khartogh@forsheyprostok.com;khartogh@ecf.forsheyprostok.com

Eric L Scott
    on behalf of Creditor MK Marlow Company  LLC escott@sv-legal.com

Eric Thomas Haitz
    on behalf of Creditor Priority Power Management  LLC ehaitz@gibsondunn.com

Evan Nicholas Parrott
    on behalf of Creditor GEM Mining 4  LLC eparrott@maynardcooper.com

Evan Nicholas Parrott
    on behalf of Creditor GEM Mining 1  LLC eparrott@maynardcooper.com

Frances Anne Smith
    on behalf of Creditor Indigo Direct Lending  LLC frances.smith@rsbfirm.com, michael.coulombe@rsbfirm.com

Gary M McDonald
    on behalf of Creditor J.W. Didado Electric  LLC gmcdonald@mmmsk.com, hdowell@mcdonaldpllc.com

Hector Duran, Jr
    on behalf of U.S. Trustee US Trustee Hector.Duran.Jr@usdoj.gov

James Drew
    on behalf of Creditor Anchorage Lending CA  LLC jdrew@otterbourg.com

James B. Bailey
    on behalf of Creditor c/o James Bailey Esq Gaylor Electric  Inc., d/b/a Gaylor, Inc. jbailey@bradley.com, jbailey@ecf.courtdrive.com

James Tillman Grogan, III
    on behalf of Creditor Ad Hoc Group of Secured Convertible Noteholders jamesgrogan@paulhastings.com schleathomas@paulhastings.com

Jason Starks
    on behalf of Creditor Travis County bkecf@traviscountytx.gov

Jason B. Binford
    on behalf of Creditor Tenaska Power Services Co. jason.binford@rsbfirm.com

Jason R Kennedy
    on behalf of Creditor Humphrey & Associates  Inc. bankruptcy@laperouselaw.com, amanda.olvera@laperouselaw.com

Jason S Brookner
    on behalf of Creditor Committee Official Committee of Unsecured Creditors jbrookner@grayreed.com  lwebb@grayreed.com

Jay K Farwell
    on behalf of Creditor Huband-Mantor Construction  Inc. jfarwell@cokinoslaw.com, dcarlin@cokinoslaw.com

Jayson B. Ruff
    on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

Jeffrey Dale Stewart
    on behalf of Creditor Tanmar Rentals  LLC jstewart@wellscuellar.com

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 6 of 8 |
| Date Rcvd: Aug 16, 2023 | Form ID: pdf002 | Total Noticed: 41 |

Jeffrey Philipp Prostok
 on behalf of Creditor ABLe Communications Inc. jprostok@forsheyprostok.com,
 calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com;khartogh@forsheyprostok.com;
 khartogh@ecf.forsheyprostok.com

Jennifer Jaye Hardy
 on behalf of Creditor Committee Official Committee of Unsecured Creditors jhardy2@willkie.com  mao@willkie.com

Jennifer L. Kneeland
 on behalf of Interested Party McCarthy Building Companies Inc. jkneeland@watttieder.com, shope@watttieder.com

John Lewis, Jr.
 on behalf of Creditor General Casualty Company of Wisconsin jolewis@shb.com  sgrussell@shb.com

John E. Mitchell
 on behalf of Creditor Bryce Johnson john.mitchell@katten.com

John F Higgins, IV
 on behalf of Interested Party Harper Construction Company Inc. jhiggins@porterhedges.com,
 emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
 on behalf of Interested Party Foundry Digital LLC jhiggins@porterhedges.com
 emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John Kendrick Turner
 on behalf of Creditor Dallas County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Stuart Collins
 on behalf of Interested Party Condair Inc. jscollins@vorys.com  mdwalkuski@vorys.com

Judith W Ross
 on behalf of Creditor Tenaska Power Services Co. judith.ross@rsbfirm.com

Kelli S. Norfleet
 on behalf of Creditor City of Denton kelli.norfleet@haynesboone.com  kenneth.rusinko@haynesboone.com

Kiran K Vakamudi
 on behalf of Interested Party Official Committee of Equity Security Holders kvakamudi@velaw.com

Lydia R Webb
 on behalf of Creditor Committee Official Committee of Unsecured Creditors lwebb@grayreed.com  vsalazar@grayreed.com

Maegan Quejada
 on behalf of Creditor NYDIG ABL LLC mquejada@sidley.com
 txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com

Marcy J. McLaughlin Smith
 on behalf of Creditor Dalton Utilities marcy.smith@troutman.com

Marguerite Lee DeVoll
 on behalf of Interested Party McCarthy Building Companies Inc. mdevoll@watttieder.com

Maria Mulrooney Bartlett
 on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions mbartlett@cokinoslaw.com

Mary M Caskey
 on behalf of Creditor Maddox Industrial Transformer LLC mcaskey@hsblawfirm.com, cwilliamson@hsblawfirm.com

Matthew D Cavenaugh
 on behalf of Creditor Celsius Mining LLC mcavenaugh@jw.com,
 kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew Ray Brooks
 on behalf of Creditor Dalton Utilities matthew.brooks@troutman.com  wlbank@troutman.com;Monica.Molitor@troutman.com

Matthew T Ferris
 on behalf of Creditor BlockFi Lending LLC matt.ferris@haynesboone.com
 kim.morzak@haynesboone.com;kristy.martinez@haynesboone.com;kenneth.rusinko@haynesboone.com

Misti Lachelle Beanland
 on behalf of Creditor BEAM Concrete Construction Inc. beanland@mssattorneys.com

Nathaniel Richard Hull
 on behalf of Creditor MassMutual Asset Finance LLC nhull@verrilldana.com

Noelle M Reed
 on behalf of Interested Party The Ad Hoc Equity Group noelle.reed@skadden.com
 daniel.mayerfeld@skadden.com;dockethouston@skadden.com;rachel.redman@skadden.com;wendy.lamanna@skadden.com;andr
 ea.bates@skadden.com;christopher.heaney@skadden.com

Patrick Holder Autry
 on behalf of Creditor Coonrod Electric Co. LLC pautry@branscomblaw.com  slee@branscomblaw.com

Case 22-90341   Document 1168   Filed in TXSB on 08/18/23   Page 16 of 17

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 7 of 8 |
| Date Rcvd: Aug 16, 2023 | Form ID: pdf002 | Total Noticed: 41 |

| | |
|---|---|
| Patrick Holder Autry | on behalf of Creditor CEC Energy Services LLC pautry@branscomblaw.com  slee@branscomblaw.com |
| Paul E Heath | on behalf of Interested Party Official Committee of Equity Security Holders pheath@velaw.com |
| Peter Clifton Lewis | on behalf of Interested Party Board of Directors of Core Scientific  Inc. peter.lewis@solidcounsel.com, marcella.morales@solidcounsel.com |
| R. J. Shannon | on behalf of Interested Party B. Riley Commercial Capital  LLC rshannon@shannonpllc.com, rshannon@shannonleellp.com;7044075420@filings.docketbird.com |
| R. J. Shannon | on behalf of Transferee B. Riley Securities  Inc. rshannon@shannonpllc.com, rshannon@shannonleellp.com;7044075420@filings.docketbird.com |
| Rachael L Smiley | on behalf of Creditor Marnoy Interests  Ltd. d/b/a Office Pavilion rsmiley@fbfk.law, eglenn@fbfk.law |
| Raymond William Battaglia | on behalf of Creditor Huband-Mantor Construction  Inc. rbattaglialaw@outlook.com, rwbresolve@gmail.com |
| Reagan H. Tres Gibbs, III | on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions tgibbs@cokinoslaw.com |
| Scott D Fink | on behalf of Creditor TOYOTA INDUSTRIES COMMERCIAL FINANCE INC. Bronationalecf@weltman.com |
| Scott R Huete | on behalf of Creditor Summit Electric Supply Company  Inc. shuete@elkinsplc.com |
| Shawn Kevin Brady | on behalf of Creditor TOYOTA INDUSTRIES COMMERCIAL FINANCE INC. sgodwin@brady-law-firm.com |
| Shawn M Christianson | on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Shirley Palumbo | on behalf of Creditor Pescadero Capital  LLC shirley.palumbo@nexteraenergy.com |
| Shirley Palumbo | on behalf of Creditor NextEra Energy Resources shirley.palumbo@nexteraenergy.com |
| Simon W Hendershot, III | on behalf of Creditor LV.NET  LLC trey@hchlawyers.com, ccarollo@hchlawyers.com |
| Stephanie Lyn O'Rourke | on behalf of Creditor Huband-Mantor Construction  Inc. sorourke@cokinoslaw.com, sdavis@cokinoslaw.com;etalavera@cokinoslaw.com |
| Stephen Clark Jackson | on behalf of Creditor GEM Mining 2B  LLC sjackson@maynardcooper.com |
| Stephen Clark Jackson | on behalf of Creditor GEM Mining 1  LLC sjackson@maynardcooper.com |
| Stephen Clark Jackson | on behalf of Creditor GEM Mining 4  LLC sjackson@maynardcooper.com |
| Stephen Clark Jackson | on behalf of Creditor GEM Mining 3  LLC sjackson@maynardcooper.com |
| Stephen Clark Jackson | on behalf of Creditor GEM Mining 2  LLC sjackson@maynardcooper.com |
| Stretto | ecf@cases-cr.stretto-services.com  aw01@ecfcbis.com |
| Stuart Lee Cochran | on behalf of Creditor Morgan Hoffman stuart@scochranlaw.com  lisa@scochranlaw.com |
| Theresa A. Driscoll | on behalf of Creditor Indigo Direct Lending  LLC tdriscoll@moritthock.com |
| Thomas A Howley | on behalf of Creditor Dalton Utilities tom@howley-law.com  roland@howley-law.com;eric@howley-law.com |
| Thomas O. Bean | on behalf of Creditor MassMutual Asset Finance  LLC tbean@verrilldana.com |
| Timothy Alvin Davidson, II | |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 8 of 8 |
| Date Rcvd: Aug 16, 2023 | Form ID: pdf002 | Total Noticed: 41 |

                on behalf of Creditor Sphere 3D Corp. taddavidson@andrewskurth.com

US Trustee

        USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 103