```
Centro de Investigaciones
ergeticas, Medioambientales y
       Tecnologicas
   Reg. Gral. CIEMAT
        SALIDA
Nº Reg: REGAGE23s00053141431
Fecha: 04/08/2023 13:15:55
```

 GOBIERNO DE ESPAÑA · MINISTERIO DE CIENCIA E INNOVACIÓN

 Ciemat — Centro de Investigaciones Energéticas, Medioambientales y Tecnológicas

**Bankruptcy Court Clerk's Office,**
**Courtroom 400, 4th Floor,**
**515 Rusk Avenue**
**Houston**
**77002 Texas (UNITED STATES)**

United States Courts
Southern District of Texas
FILED
AUG 21 2023
Nathan Ochsner, Clerk of Court

Case No. 22-90341 (DRJ). Document 1024

In response to the *"Notice of Hearing to consider approval of disclosure Statement for Joint Chapte 11 Plan of Core Scientific, Inc. And its affliliated debtors"*, case No. 22-90341 (DRJ), dated 06/30/23, received by CENTRO DE INVESTIGACIONES ENERGÉTICAS, MEDIOAMBIENTALES Y TECNOLÓGICAS (hereinafter referred to as CIEMAT), with its seat at Avenida Complutense 40, 28040 Madrid, Spain, public research body, assigned to the Ministry of Science and Innovation of Spain, I inform you that according to the attached report of the General Secretary of CIEMAT the Company CORE SCIENTIFIC,INC, Tax ID United States 82-3805526 has no debt to the CIEMAT.

Signed by Luis Alberto Fernández Regalado, Jefe Gabinete Jurídico del CIEMAT.


**MINISTERIO DE CIENCIA E INNOVACIÓN**


Ciemat — Centro de Investigaciones Energéticas, Medioambientales y Tecnológicas

Enrique Jesús Caracuel González, Secretario General del Centro de Investigaciones Energéticas, Medioambientales y Tecnológicas, O.A., M.P. (CIEMAT),

**INFORMA:**

Que según obra en conocimiento del Servicio de Control de Proyectos y Facturación, integrado en la Secretaría General del CIEMAT, la relación comercial con la empresa CORE SCIENTIFIC, INC, con sede en la ciudad de Bellevue (Washington, Estados Unidos), y número de identificación fiscal (Tax ID) en Estados Unidos 82 – 3805526, se circunscribe a:

- El acuerdo con referencia FPV 9573 denominado *"Caracterización y rendimiento de aplicaciones científicas contenerizadas en entornos heterogéneas de computación de altas prestaciones"*, celebrado en Madrid el 2 de octubre de 2021 y cuyo contenido económico se resume en la cláusula 4.1, en los siguientes puntos:

    *4.1.1 Un primer pago a la firma del contrato por valor de TRES MIL EUROS (3.000,00 €), impuestos indirectos no incluidos*

    *4.1.2 Un segundo pago a los TRES MESES tras la firma del contrato por valor de TRES MIL EUROS (3.000,00 €), impuestos indirectos no incluidos.*

    *4.1.3 Un tercer pago a la finalización del contrato proporcional a la cantidad de horas-nodo de computación utilizadas durante el desarrollo del presente contrato, previa presentación de informe por parte del CETA, y tomando como referencia los costes unitarios, según tipo de nodo utilizado, que se recogen en el Anexo, impuestos indirectos no incluidos.*

De dicho acuerdo se derivan diferentes obligaciones económicas, por parte de la empresa, que se materializan:

- De los apartados 4.1.1 y 4.1.2, en las facturas P-0055-2021 y P-0041-2021 por los importes indicados. Ambas resultaron abonadas en tiempo y forma.

- Del apartado 4.1.3 no se derivó obligación alguna.

**De lo aquí expuesto, se concluye que la referida empresa no tiene deuda con el CIEMAT.**

*Firmado electrónicamente por Enrique Jesús Caracuel González, Secretario General de CIEMAT*

BANKRUPTCY COURT CLERK'S OFFICE
COURTROOM 400, 4th FLOOR
515 RUSK AVENUE. HOUSTON
77002 TEXAS (UNITED STATES)



Nathan Ochsner, Clerk of Court

AUG 21 2023

FILED
Southern District of Texas
United States Courts



Ciemat· Centro de Investigaciones
Energéticas, Medioambientales
y Tecnológicas

Avda. Complutense, 22
28040 - Madrid
Tlf: 91 346 60 00
Fax: 91 346 60 05

[Postal return receipt form (Aviso de recibo / Avis de réception), Correos España, addressed to Bankruptcy Court Clerk's Office, 515 Rusk Avenue, Houston, Texas (USA); sender: Luis A. Fernández Recavado, Avióh Putnam? Nº 16, Esc. A, Madrid 28040, España. Handwritten note: RE: L.v.I. Alberto Fernández Recavado, Ciemat, Avda. Complutense 40, 28040 Madrid (España).]