IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>CORE SCIENTIFIC, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-90341 (DRJ)<br><br>(Jointly Administered)<br><br>Re: D.I. 1080 |

**[PROPOSED] ORDER ALLOWING LEAD PLAINTIFF'S PROOF OF CLAIM NO. 556 AND OVERRULING IN FULL THE DEBTORS' CLAIM OBJECTION**

Having reviewed the Preliminary Response to the Debtors' Preliminary Objection to Proof of Claim No. 556 by Lead Plaintiff Morgan Hoffman, on behalf of himself individually and on behalf of all others similarly situated, and good cause appearing therefor, the Court hereby ORDERS that:

1. The Proof of Claim of Lead Plaintiff Morgan Hoffman is allowed.

2. The Debtors' Preliminary Objection to Proof of Claim No. 556 (D.I. 1080) is overruled in full.

SO ORDERED:

Dated: _____, 2023

_____
HON. DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

1