IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § | Case No. 22-90341 (DRJ) |
| Debtors[1] | § § § | (Jointly Administered) |

# NOTICE OF RESCHEDULED HEARING
# TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT FOR JOINT
# CHAPTER 11 PLAN OF CORE SCIENTIFIC, INC. AND ITS AFFILIATED DEBTORS

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On June 30, 2023, Core Scientific, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Notice of Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Core Scientific, Inc., and Its Affiliated Debtors* (Docket No. 1024) scheduling a hearing on approval of the *Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Core Scientific, Inc. and Its Debtor Affiliates*, dated June 20, 2023 (Docket No. 975) for August 7, 2023 at 12:00 p.m. (Prevailing Central Time) (the "**Disclosure Statement Hearing**") before the Honorable David R. Jones, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**"), 515 Rusk Avenue, Courtroom 400, 4th Floor, Houston, Texas 77002.

2. On July 27, 2023, the Debtors filed the *Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors* (Docket No. 1090), rescheduling the Disclosure Statement Hearing for August 24, 2023 at 2:00 p.m. (Prevailing Central Time) and extending the deadline to object to the Disclosure Statement to August 10, 2023 at 5:00 p.m. (Prevailing Central Time).

3. On August 8, 2023, the Debtors filed the *Disclosure Statement for Amended Joint Chapter 11 Plan of Reorganization of Core Scientific, Inc. and Its Debtor Affiliates* (Docket No. 1116) (as may be amended, supplemented, or otherwise modified from time to time, the "**Disclosure Statement**") and the *Amended Joint Chapter 11 Plan of Core Scientific, Inc. and*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR, LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

*Its Affiliated Debtors* (Docket No. 1115) (as may be amended, supplemented, or otherwise modified from time to time, the "**Amended Plan**").

4. On August 9, 2023, the Debtors filed the *Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors* (Docket No. 1129), rescheduling the Disclosure Statement Hearing for September 5, 2023 at 3:30 p.m. (Prevailing Central Time) and extending the deadline to object to the Disclosure Statement to August 24, 2023.

5. The Disclosure Statement Hearing has been rescheduled for **September 15, 2023 at 9:00 a.m. (Prevailing Central Time)**. In advance of the Disclosure Statement Hearing, the Debtors intend to file a motion seeking approval of the adequacy of information contained in the Disclosure Statement, establishing solicitation procedures, and seeking related relief.

6. You may participate in the Disclosure Statement Hearing either in person or by an audio and video connection. **Parties wishing to appear in person must appear before the Bankruptcy Court at 1133 N. Shoreline Blvd., Corpus Christi, Texas 78401 (the "Corpus Christi Courthouse").** Audio communication will be by use of the Bankruptcy Court's dial-in facility. You may access the facility at 832-917-1510. Once connected, you will be asked to enter the conference room number. Judge Jones' conference room number is 205691. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Jones' home page. The meeting code is "JudgeJones". Click the settings icon in the upper right hand corner and enter your name under the personal information setting. Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Jones' home page. Select the case name, complete the required fields, and click "Submit" to complete your appearance.

7. The deadline to file objections, if any, to the approval of the Disclosure Statement has been further extended to **September 6, 2023** (the "**Objection Deadline**"). Objections to approval of the Disclosure Statement must: (i) be in writing; (ii) conform to the Bankruptcy Rules and the Local Bankruptcy Rules; (iii) set forth the name of the objecting party and the nature and amount of Claims or Interests (as each term is defined in the Amended Plan) held or asserted by such party against the Debtors' estates or property; (iv) provide the basis for objection and specific grounds thereof, and, if the objection relates to the adequacy of information or lack of disclosure of adequate information, include specific amendments or language addressing such objection; and (v) be filed with the Bankruptcy Court (with proof of service) via the Electronic Case Filing System or by mailing to the Bankruptcy Court at United States Bankruptcy Court Clerk's Office, 515 Rusk Avenue, Courtroom 400, 4th Floor, Houston, Texas 77002, so as to be actually received by the Objection Deadline.

8. Any party in interest wishing to obtain a copy of the Disclosure Statement and the Amended Plan may do so free of charge at https://cases.stretto.com/CoreScientific. In addition, the Disclosure Statement and Amended Plan are on file with the Bankruptcy Court and may be reviewed online at: https://ecf.txsb.uscourts.gov/. Note that a PACER password and login are needed to access the documents. A PACER password can be obtained at: www.pacer.psc.uscourts.gov.

9. Upon approval of the Disclosure Statement by the Bankruptcy Court, any party in interest that is entitled to vote on the Amended Plan will receive a copy of the approved Disclosure Statement, the Amended Plan, one or more ballots to vote to accept or reject the Amended Plan, and various documents related thereto, unless otherwise ordered by the Bankruptcy Court.

10. The Disclosure Statement Hearing may be adjourned or rescheduled from time to time without further notice to parties in interest other than by an announcement in Bankruptcy Court of such adjournment or rescheduling on the date scheduled for the Disclosure Statement Hearing or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court.

Dated: August 24, 2023
      Houston, Texas

      */s/ Alfredo R. Pérez*
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:  Alfredo.Perez@weil.com
       Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Email:  Ray.Schrock@weil.com
       Ronit.Berkovich@weil.com

*Attorneys for Debtors
and Debtors in Possession*

**Certificate of Service**

    I hereby certify that on August 24, 2023 a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                                                                                       */s/ Alfredo R. Pérez*
                                                                                                                                       Alfredo R. Pérez