# Exhibit C

## Itemized Expense Records

# Core Scientific, Inc.
# Deloitte Tax LLP
# Expenses Sorted by Category for the Fee Period
### January 16, 2023 - March 31, 2023

| Category | Date | Description | Amount |
|---|---|---|---|

## Airfare

| | | | |
|---|---|---|---|
| Kirpas, Joe | 03/22/2023 | One way coach airfare from Boston, MA to Washington, DC. | $144.88 |
| Kirpas, Joe | 03/22/2023 | One way coach airfare from Washington, DC to Boston, MA. | $227.70 |
| Subtotal for Airfare: | | | $372.58 |

## Hotel

| | | | |
|---|---|---|---|
| Kirpas, Joe | 03/28/2023 | 1 night hotel accommodation at St. Regis in Washington, DC. | $527.62 |
| Kirpas, Joe | 03/29/2023 | 1 night hotel accommodation at St. Regis in Washington, DC. | $527.62 |
| Subtotal for Hotel: | | | $1,055.24 |

## Meals

| | | | |
|---|---|---|---|
| Kirpas, Joe | 03/27/2023 | Lunch in Boston, MA. | $12.34 |
| Kirpas, Joe | 03/29/2023 | Dinner in Washington, DC. | $50.00 |
| Kirpas, Joe | 03/30/2023 | Dinner in Arlington, VA. | $15.07 |
| Kirpas, Joe | 03/30/2023 | Lunch in Washington, DC. | $8.25 |
| Subtotal for Meals: | | | $85.66 |

## Taxi

| | | | |
|---|---|---|---|
| Kirpas, Joe | 03/29/2023 | Lyft from Deloitte office to hotel in McLean, VA. | $40.43 |
| Kirpas, Joe | 03/31/2023 | Uber from hotel to Deloitte office in McLean, VA. | $67.91 |
| Kirpas, Joe | 04/02/2023 | Lyft from hotel to Deloitte office then to airport in McLean, VA. | $98.81 |
| Subtotal for Taxi: | | | $207.15 |
| Total | | | $1,720.63 |

# Core Scientific, Inc.

# Deloitte Tax LLP

# Expenses Sorted by Category for the Fee Period

January 16, 2023 - March 31, 2023

## Recapitulation

| Category | Amount |
|---|---:|
| Hotel | $1,055.24 |
| Airfare | $372.58 |
| Taxi | $207.15 |
| Meals | $85.66 |