IN THE UNITED STATES BANKRUPTCY COURT
IN THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 22-90341 (DRJ) |
| | ) | |
| CORE SCIENTIFIC, INC, *et al.*, | ) | Chapter 11 |
| | ) | |
| DEBTORS.[1] | ) | (Jointly Administered) |

# WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY REGARDING EQUIPMENT, OR ALTERNATIVELY, MOTION FOR ADEQUATE PROTECTION

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

NOW COMES North Mill Equipment Finance LLC and hereby withdraws its Motion for Relief from Automatic Stay Regarding Equipment, or Alternatively, Motion for Adequate Protection [Doc. # 780] filed on April 12, 2023.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and

**Respectfully submitted,**

PADFIELD & STOUT, L.L.P
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102
Phone: 817-338-1616
Fax: 817-338-1610

/s/ *Christopher V. Arisco*
Mark W. Stout
State Bar I.D. #24008096
mstout@padfieldstout.com
Christopher V. Arisco
State Bar I.D. #24064830
carisco@padfieldstout.com

*Attorneys for North Mill Equipment Finance LLC*

## CERTIFICATE OF SERVICE

I certify that on Wednesday, August 30, 2023, a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notices.

/s/ *Christopher V. Arisco*
Christopher V. Arisco

---

service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.