United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 30, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **CORE SCIENTIFIC, INC.**, *et al.*, | § | Case No. 22-90341 (DRJ) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

**AGREED SCHEDULING ORDER**
[Relates to Docket Nos. 869, 1044]

Sphere 3D Corp. and the Debtors submit this joint proposed Agreed Scheduling Order regarding the *Debtors' Objection to Proofs of Claim Nos. 358 and 359 Filed by Sphere 3D Corp.* [Docket No. 869] (the "Claim Objection") and Sphere's Response to the Claim Objection [Docket No. 1044]. It is hereby ORDERED that the following deadlines and settings shall apply to this contested matter:

| EVENT | DATE |
|---|---|
| **Discovery:** | |
| Deadline for serving all initial requests for written discovery including requests for production, interrogatories, and requests for admission. | Fri., Aug. 18, 2023 |
| Deadline for responding to initial requests for written discovery. | Fri., Sept. 8, 2023 |
| Deadline for responding to all written discovery other than initial written discovery. | 14 days after receipt of such discovery. |

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198) (collectively, the "Debtors"). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

| | |
|---|---|
| Deadline for substantial completion of document productions. | **Fri., Oct. 13, 2023** |
| Deadline to complete all discovery other than depositions, including of any third parties. | **Mon., Oct. 23, 2023** |
| Deadline to complete all depositions of fact and 30(b)(6) witnesses. | **Wed., Nov. 22, 2023** |
| **Pretrial Motions:** | |
| Deadline for the Parties to file motions for summary judgment. | **Wed., Dec. 6, 2023** |
| Deadline for the Parties to file responses to motions for summary judgment.  No replies permitted. | **Wed., Dec. 20, 2023 at 12:00 noon (Central)** |
| Hearing on motions for summary judgment. | **Dec. 21, 2023 at 10:00 a.m. (Central)** |
| **Pretrial and Trial:** | |
| Parties to file pre-trial motions, if any. | **Fri., Dec. 8, 2023** |
| Parties to file responses to pre-trial motions, if any. | **Fri., Dec. 15, 2023** |
| Deadline to exchange Witness and Exhibit Lists and deposition designations. | **Fri., Dec. 15, 2023** |
| The Parties shall confer and file the Standard Joint Pretrial Statement and related attachments in accordance with Appendix C to the Local Rules no later than this date. | **Wed., Dec. 20, 2023** |
| Deadline to file Witness Lists, Exhibit Lists, and Exhibits. | **Wed., Dec. 20, 2023 at 12:00 p.m. (Central)** |

DMS 303420176

| Final pre-trial conference | Thurs., Dec. 21, 2023 at 10:00 a.m. (Central) |
|---|---|
| Trial | Wed., Jan. 3, 2024 at 9:00 a.m. (Central) and continuing Thurs., Jan. 4, 2024 and Fri., Jan. 5, 2024 |

It is further ORDERED that the Court's approval and entry of this Scheduling Order shall constitute authority for the Parties to file documents, in connection with the deadlines and settings set forth in this Scheduling Order, designated as confidential under seal without the necessity of filing a separate motion under 9037-1 of the Bankruptcy Local Rules for the Southern District of Texas. Parties filing such documents under seal shall, to the extent feasible, also file redacted documents simultaneously.

It is further ORDERED that changes to the deadlines in this Scheduling Order may only be made by further order of this Court.

Signed:  August 29, 2023.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

DMS 303420176

**AGREED TO BY:**

Dated: August 14, 2023

| | |
|---|---|
| */s/ Timothy A. ("Tad") Davidson II* | */s/ Alfredo R. Pérez* |
| Timothy A. ("Tad") Davidson II | Alfredo R. Pérez (15776275) |
| TX Bar No. 24012503 | Clifford W. Carlson (24090024) |
| Ashley L. Harper | **WEIL, GOTSHAL & MANGES LLP** |
| TX Bar No. 24065272 | 700 Louisiana Street, Suite 1700 Houston, Texas 77002 |
| **HUNTON ANDREWS KURTH LLP** | Telephone: (713) 546-5000 |
| 600 Travis Street, Suite 4200 | Facsimile: (713) 224-9511 |
| Houston, Texas 77002 | Email: Alfredo.Perez@weil.com |
| Telephone: (713) 220-4200 | Clifford.Carlson@weil.com |
| Facsimile: (713) 220-4285 | |
| E-mail: taddavidson@HuntonAK.com | |
| ashleyharper@HuntonAK.com | |
| | |
| - and - | - and - |
| | |
| | Ray C. Schrock (admitted *pro hac vice*) |
| | Ronit J. Berkovich (admitted *pro hac vice*) |
| Tibor L. Nagy, Jr. | Theodore E. Tsekerides (admitted *pro hac vice*) |
| TX Bar No. 24041562 | Christine A. Calabrese (admitted *pro hac vice*) |
| Gregory N. Wolfe (admitted *pro hac vice*) | **WEIL, GOTSHAL & MANGES LLP** |
| **DONTZIN NAGY & FLEISSIG LLP** | 767 Fifth Avenue |
| 980 Madison Avenue | New York, New York 10153 |
| New York, New York 10075 | Telephone: (212) 310-8000 |
| Telephone: (212) 717-2900 | Facsimile: (212) 310-8007 |
| Email: tibor@dnfllp.com | Email: Ray.Schrock@weil.com |
| greg@dnfllp.com | Ronit.Berkovich@weil.com |
| | Theodore.Tsekerides@weil.com |
| | Christine.Calabrese@weil.com |
| | |
| | *Counsel for the Debtors and Debtors in Possession* |
| - and - | |
| | |
| Seth H. Lieberman (admitted *pro hac vice*) | |
| Matthew W. Silverman (admitted *pro hac vice*) | |
| **PRYOR CASHMAN LLP** | |
| 7 Times Square | |
| New York, New York 10036 | |
| Telephone: (212) 421-4100 | |
| Facsimile: (212) 326-0806 | |
| E-mail: slieberman@pryorcashman.com | |
| msilverman@pryorcashman.com | |
| | |
| *Co-Counsel for Sphere 3D Corp.* | |