IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.,* | § § § | Case No. 22-90341 (DRJ) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On August 28, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Reed Wells Benson and Company, Attn: Kenneth Fulk at 12222 Merit Dr, Ste 400, Dallas, TX 75251-2268, pursuant to USPS forwarding instructions:

- **Debtors' Motion for Order Approving (I) Global Settlement Between Debtors and Condair Inc. and (II) Granting Related Relief** (Docket No. 1057)

- **Debtors' Motion for Order Approving (I) Global Settlement Between Debtors and Trilogy LLC and (II) Granting Related Relief** (Docket No. 1058)

- **Debtors' Motion for Order Approving (I) Global Settlement Between Debtors and J.W. Didado Electric, LLC and (II) Granting Related Relief** (Docket No. 1061)

- **Debtors' Motion for Order Approving (I) Global Settlement Between Debtors and Huband-Mantor Construction, Inc. and (II) Granting Related Relief** (Docket No. 1062)

Furthermore, on August 28, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Worksmith, Inc. at 3005 S Lamar Blvd, Ste 109D, Austin, TX 78704-4785, pursuant to USPS forwarding instructions:

- **Certificate of No Objection Regarding Motion of Debtors for Entry of an Order (I) Approving Assumption of (A) Unexpired Nonresidential Real Property Leases and (B) an Executory Contract, as Amended and (II) Granting Related Relief** (Docket No. 1072)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Special Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

Furthermore, on August 29, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1179)

Dated: September 5, 2023

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: TeamCoreScientific@stretto.com

# **<u>Exhibit A</u>**



## Exhibit A
Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Betsy Marie Lee | Address Redacted | | | | |
| Robert J Hamilton | Address Redacted | | | | |
| Seagen Inc. | 22310 20th Ave SE | Ste 200 | Bothell | WA | 98021-8413 |