IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § | Case No. 22-90341 (DRJ) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § § | |

ORDER GRANTING DELOITTE FINANCIAL
ADVISORY SERVICES LLP'S SECOND INTERIM FEE
APPLICATION FOR COMPENSATION FOR SERVICES RENDERD AS
FINANCIAL SERVICES PROVIDER FOR THE DEBTORS AND DEBTORS-IN-
POSSESSION FOR THE PERIOD FROM APRIL 1, 2023 THROUGH JUNE 30, 2023

The Court has considered the *Second Interim Fee Application for Compensation for Services Rendered as Financial Services Provider for the Debtors and Debtors-in-Possession for the Period from April 1, 2023 through June 30, 2023* (the "**Application**") filed by Deloitte Financial Advisory Services LLP ("**Deloitte FAS**"). The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of expenses in the amount of $17,565.50 incurred from the period set forth in the Application.

2. The Debtors are authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Dated:_____, 2023
    Houston, Texas

_____
THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.