**<u>Exhibit B</u>**

**Redline**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § § | |

ORDER GRANTING DELOITTE FINANCIAL
ADVISORY SERVICES LLP'S SECOND INTERIM FEE
APPLICATION FOR COMPENSATION FOR SERVICES RENDERD AS
FINANCIAL SERVICES PROVIDER FOR THE DEBTORS AND
DEBTORS-IN-POSSESSION FOR THE PERIOD FROM APRIL 1, 2023 THROUGH
JUNE 30, 2023

~~CAME ON FOR CONSIDERATION,~~ The Court has considered the *Second Interim Fee Application for Compensation for Services Rendered as Financial Services Provider for the Debtors and Debtors-in-Possession for the Period from April 1, 2023 through June 30, 2023* (the "**Application**") filed by ~~Core Scientific, Inc. on behalf of~~ Deloitte Financial Advisory Services LLP ("**Deloitte FAS**")~~, and~~. ~~t~~The Court ~~having reviewed the Application, the matters contained therein and exhibits thereto, and being of the opinion that the professional fees and expenses incurred should be allowed and paid by Debtors, it is therefore~~ orders:

1. ~~ORDERED, that Deloitte FAS is hereby~~ The Applicant is allowed interim compensation ~~for professional fees~~ and reimbursement of expenses in the amount of $17,565.50

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198).  The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

incurred from ~~April 1, 2023 through June 30, 2023; it is further~~ the period set forth in the Application.

2. ~~ORDERED, that t~~The Debtors are authorized ~~and directed to pay Deloitte FAS the amount of $17,565.50 as approved herein less any amounts previously paid with respect thereto~~ to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Dated:_____, 2023
      Houston, Texas

_____
THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

6