

| | |
|---|---|
| Bill Date: | April 28, 2023 |
| Client.Matter: | 026629.000007 |
| Attorney: | Jason S. Brookner |
| Invoice: | 769272 |
| Page: | 1 of 2 |



1300 Post Oak Boulevard, Suite 2000, Houston, Texas  77056
Federal Tax Identification Number: 81-4045088

Core Scientific, Inc - UCC
bmiller@willkle.com

Attention: Brett H. Miller

RE: Case Administration

**Bill-at-a-Glance –** for services through March 31, 2023

| | |
|---|---|
| **Professional Services** | $3,342.50 |
| **Total this Invoice** | $3,342.50 |
| **Total Now Due** | $3,342.50 |

**Please remit payment to:**
Gray Reed & McGraw
ATTN: Accounts Receivable
1300 Post Oak Boulevard
Suite 2000
Houston, TX 77056

**Wire Instructions:**
Domestic Routing  #: 114000093 | Frost Bank
100 W. Houston St., San Antonio, TX 78205

International SWIFT #: FRSTUS44

Beneficiary Account #: 502399725
Beneficiary Name: Gray Reed & McGraw Depository

**Credit Card Payment:**
Pay your invoice online by using this internet address:
https://www.grayreed.com/Online-Bill-Pay

**Reference:** 026629.000007 **Invoice #** 769272

For questions about this bill please call 1.888.908.8159 or e-mail us at ar@grayreed.com

**||| Gray Reed & McGraw**

Core Scientific, Inc - UCC
bmiller@willkle.com

Bill Date: April 28, 2023
Client.Matter: 026629.000007
Invoice: 769272
Page: 2 of 2

**Matter 000007 – Case Administration**

**Professional Services – Detail**

| Date | Tkpr | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 01/31/23 | JSB | Review case file. | 2.60 | $2,483.00 |
| 03/15/23 | JSB | Call with T. Goren and P. Autry re case status, upcoming sale of properties and related (.3); review recent pleadings (.6). | 0.90 | $859.50 |
| | | Total Professional Services | 3.50 | $3,342.50 |

**Professional Services - Timekeeper Summary**

| Person | | Hours | Rate | Amount |
|---|---|---|---|---|
| JSB | Jason S. Brookner | 3.50 | $955.00 | $3,342.50 |



| | |
|---|---|
| Bill Date: | April 28, 2023 |
| Client.Matter: | 026629.000008 |
| Attorney: | Jason S. Brookner |
| Invoice: | 769273 |
| Page: | 1 of 2 |

1300 Post Oak Boulevard, Suite 2000, Houston, Texas  77056
Federal Tax Identification Number: 81-4045088

Core Scientific, Inc - UCC
bmiller@willkle.com


Attention: Brett H. Miller

RE: Other Contested Matters

**Bill-at-a-Glance –** for services through March 31, 2023

| | |
|---|---|
| **Professional Services** | $2,430.50 |
| **Total this Invoice** | $2,430.50 |
| **Total Now Due** | $2,430.50 |

**Please remit payment to:**
Gray Reed & McGraw
ATTN: Accounts Receivable
1300 Post Oak Boulevard
Suite 2000
Houston, TX 77056

**Wire Instructions:**
Domestic Routing  #: 114000093 | Frost Bank
100 W. Houston St., San Antonio, TX 78205

International SWIFT #: FRSTUS44

Beneficiary Account #: 502399725
Beneficiary Name: Gray Reed & McGraw Depository

**Credit Card Payment:**
Pay your invoice online by using this internet address:
https://www.grayreed.com/Online-Bill-Pay

**Reference:** 026629.000008 **Invoice #** 769273

For questions about this bill please call 1.888.908.8159 or e-mail us at ar@grayreed.com

**||| Gray Reed & McGraw**

Core Scientific, Inc - UCC  
bmiller@willkle.com

Bill Date: April 28, 2023  
Client.Matter: 026629.000008  
Invoice: 769273  
Page: 2 of 2

**Matter 000008 – Other Contested Matters**

| Professional Services – Detail | | | | |
|---|---|---|---|---|
| Date | Tkpr | Description of Services | Hours | Amount |
| 02/02/23 | LW | Review equity committee motion. | 1.00 | $690.00 |
| 02/03/23 | LW | Review equity committee motion. | 1.00 | $690.00 |
| 02/09/23 | JSB | Review motion to appoint official equity committee and confer with counsel on same. | 1.10 | $1,050.50 |
| | | Total Professional Services | 3.10 | $2,430.50 |

| Professional Services - Timekeeper Summary | | | | |
|---|---|---|---|---|
| Person | | Hours | Rate | Amount |
| JSB | Jason S. Brookner | 1.10 | $955.00 | $1,050.50 |
| LW | Lydia Webb | 2.00 | $690.00 | $1,380.00 |



|  |  |
|---|---|
| Bill Date: | April 28, 2023 |
| Client.Matter: | 026629.000012 |
| Attorney: | Jason S. Brookner |
| Invoice: | 769274 |
| Page: | 1 of 2 |

1300 Post Oak Boulevard, Suite 2000, Houston, Texas  77056
Federal Tax Identification Number: 81-4045088

Core Scientific, Inc - UCC
bmiller@willkle.com

Attention: Brett H. Miller

RE: Employment and Fee Applications

**Bill-at-a-Glance –** for services through March 31, 2023

| | |
|---|---|
| **Professional Services** | $9,336.50 |
| **Total this Invoice** | $9,336.50 |
| **Total Now Due** | $9,336.50 |

**Please remit payment to:**
Gray Reed & McGraw
ATTN: Accounts Receivable
1300 Post Oak Boulevard
Suite 2000
Houston, TX 77056

**Wire Instructions:**
Domestic Routing  #: 114000093 | Frost Bank
100 W. Houston St., San Antonio, TX 78205

International SWIFT #: FRSTUS44

Beneficiary Account #: 502399725
Beneficiary Name: Gray Reed & McGraw Depository

**Credit Card Payment:**
Pay your invoice online by using this internet address:
https://www.grayreed.com/Online-Bill-Pay

**Reference:** 026629.000012 **Invoice #** 769274

For questions about this bill please call 1.888.908.8159 or e-mail us at ar@grayreed.com

**||| Gray Reed & McGraw**

Core Scientific, Inc - UCC
bmiller@willkle.com

Bill Date: April 28, 2023
Client.Matter: 026629.000012
Invoice: 769274
Page: 2 of 2

**Matter 000012 – Employment and Fee Applications**

### Professional Services – Detail

| Date | Tkpr | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 02/01/23 | LRE | Draft retention application for Gray Reed as conflicts and efficiency counsel. | 1.50 | $787.50 |
| 02/03/23 | LRE | Review issues related to retention and next steps in client representation, including strategy and reviewing docket for recent filings. | 0.40 | $210.00 |
| 02/03/23 | VTS | Assist S. Grant with supplemental conflicts. | 0.90 | $279.00 |
| 02/06/23 | LW | Revise Gray Reed retention application. | 1.00 | $690.00 |
| 02/06/23 | LRE | Review key issues related to retention application and continue revising retention application. | 0.20 | $105.00 |
| 02/07/23 | LW | Work on Gray Reed retention application. | 1.60 | $1,104.00 |
| 02/08/23 | LRE | Revise draft retention motion and declaration. | 0.40 | $210.00 |
| 02/18/23 | LW | Work on retention application. | 0.50 | $345.00 |
| 02/19/23 | LW | Work on Gray Reed retention application. | 2.50 | $1,725.00 |
| 02/24/23 | LW | Work on Brookner Declaration. | 3.00 | $2,070.00 |
| 02/27/23 | LW | Finalize Brookner declaration and Gray Reed retention application (1.9); correspondence re same (.3). | 2.20 | $1,518.00 |
| 02/28/23 | VTS | Prepare Gray Reed retention application for filing (.3); file same (.2). | 0.50 | $155.00 |
| 03/15/23 | LW | Correspondence with UST re retention. | 0.20 | $138.00 |
| | | Total Professional Services | 14.90 | $9,336.50 |

### Professional Services - Timekeeper Summary

| Person | | Hours | Rate | Amount |
|---|---|---|---|---|
| LW | Lydia Webb | 11.00 | $690.00 | $7,590.00 |
| LRE | London R. England | 2.50 | $525.00 | $1,312.50 |
| VTS | Veronica T. Salazar | 1.40 | $310.00 | $434.00 |



| | |
|---|---|
| Bill Date: | April 28, 2023 |
| Client.Matter: | 026629.000014 |
| Attorney: | Jason S. Brookner |
| Invoice: | 769275 |
| Page: | 1 of 2 |

1300 Post Oak Boulevard, Suite 2000, Houston, Texas  77056
Federal Tax Identification Number: 81-4045088

Core Scientific, Inc - UCC
bmiller@willkle.com


Attention: Brett H. Miller

RE: Financing and Cash Collateral

**Bill-at-a-Glance –** for services through March 31, 2023

| | |
|---|---|
| **Professional Services** | $13,568.00 |
| **Total this Invoice** | $13,568.00 |
| **Total Now Due** | **$13,568.00** |

**Please remit payment to:**
Gray Reed & McGraw
ATTN: Accounts Receivable
1300 Post Oak Boulevard
Suite 2000
Houston, TX 77056

**Wire Instructions:**
Domestic Routing  #: 114000093 | Frost Bank
100 W. Houston St., San Antonio, TX 78205

International SWIFT #: FRSTUS44

Beneficiary Account #: 502399725
Beneficiary Name: Gray Reed & McGraw Depository

**Credit Card Payment:**
Pay your invoice online by using this internet address:
https://www.grayreed.com/Online-Bill-Pay

**Reference:** 026629.000014 **Invoice #** 769275

For questions about this bill please call 1.888.908.8159 or e-mail us at ar@grayreed.com

**||| Gray Reed & McGraw**

Core Scientific, Inc - UCC
bmiller@willkle.com

Bill Date: April 28, 2023
Client.Matter: 026629.000014
Invoice: 769275
Page: 2 of 2

**Matter 000014 – Financing and Cash Collateral**

### Professional Services – Detail

| Date | Tkpr | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 01/31/23 | JSB | Review DIP motion and related pleadings in support (1.5); prepare for tomorrow's hearings (1.2). | 2.70 | $2,578.50 |
| 02/01/23 | JSB | Prepare for today's hearings [reviewing recent pleadings and forms of proposed DIP order] (1.7); prepare for hearing with co-counsel (1.6); attend today's hearings (1.5); follow up with counsel et al. on same (.8). | 5.60 | $5,348.00 |
| 02/02/23 | LW | Review DIP order for challenge period. | 0.20 | $138.00 |
| 02/15/23 | LW | Initial review of final DIP order. | 0.30 | $207.00 |
| 02/16/23 | LW | Call with J. Burbage re DIP order (.2); review same (.5) | 0.70 | $483.00 |
| 02/17/23 | LW | Review draft Final DIP Order (1.8); correspondence with J. Brookner re same (.2); correspondence with Weil re edits to same (.2). | 2.20 | $1,518.00 |
| 02/19/23 | JSB | Review proposed form of new final DIP Order and correspond with L. Webb on same (.6); review form of DIP Credit Agreement with B. Riley (.9). | 1.50 | $1,432.50 |
| 02/19/23 | LW | Review credit agreement. | 0.90 | $621.00 |
| 02/21/23 | LW | Review changes to DIP order and correspondence re same. | 0.40 | $276.00 |
| 02/21/23 | LW | Correspondence re final dip order (.2); call re same (.2). | 0.40 | $276.00 |
| 03/01/23 | LW | Attend final DIP hearing. | 1.00 | $690.00 |
| | | Total Professional Services | 15.90 | $13,568.00 |

### Professional Services - Timekeeper Summary

| Person | | Hours | Rate | Amount |
|---|---|---|---|---|
| JSB | Jason S. Brookner | 9.80 | $955.00 | $9,359.00 |
| LW | Lydia Webb | 6.10 | $690.00 | $4,209.00 |



| | |
|---|---|
| Bill Date: | April 28, 2023 |
| Client.Matter: | 026629.000016 |
| Attorney: | Jason S. Brookner |
| Invoice: | 769276 |
| Page: | 1 of 3 |

1300 Post Oak Boulevard, Suite 2000, Houston, Texas  77056
Federal Tax Identification Number: 81-4045088

Core Scientific, Inc - UCC
bmiller@willkle.com


Attention: Brett H. Miller

RE: Meetings and Communications with Creditors

**Bill-at-a-Glance –** for services through March 31, 2023

| | |
|---|---|
| **Professional Services** | $14,046.00 |
| **Total this Invoice** | $14,046.00 |
| **Total Now Due** | $14,046.00 |

**Please remit payment to:**
Gray Reed & McGraw
ATTN: Accounts Receivable
1300 Post Oak Boulevard
Suite 2000
Houston, TX 77056

**Wire Instructions:**
Domestic Routing  #: 114000093 | Frost Bank
100 W. Houston St., San Antonio, TX 78205

International SWIFT #: FRSTUS44

Beneficiary Account #: 502399725
Beneficiary Name: Gray Reed & McGraw Depository

**Credit Card Payment:**
Pay your invoice online by using this internet address:
https://www.grayreed.com/Online-Bill-Pay

**Reference:** 026629.000016 **Invoice #** 769276

For questions about this bill please call 1.888.908.8159 or e-mail us at ar@grayreed.com

**||| Gray Reed & McGraw**

Core Scientific, Inc - UCC
bmiller@willkle.com

Bill Date: April 28, 2023
Client.Matter: 026629.000016
Invoice: 769276
Page: 2 of 3

**Matter 000016 – Meetings and Communications with Creditors**

**Professional Services – Detail**

| Date | Tkpr | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 02/02/23 | LW | Attend committee meeting. | 0.60 | $414.00 |
| 02/02/23 | LW | Attend committee meeting. | 0.60 | $414.00 |
| 02/06/23 | JSB | Committee professional update meeting. | 0.50 | $477.50 |
| 02/06/23 | LW | Committee professional meeting. | 0.50 | $345.00 |
| 02/07/23 | JSB | Attend Committee meeting. | 0.50 | $477.50 |
| 02/07/23 | LW | Committee meeting. | 0.50 | $345.00 |
| 02/09/23 | JSB | Attend committee meeting. | 0.50 | $477.50 |
| 02/09/23 | LW | Committee meeting. | 0.50 | $345.00 |
| 02/15/23 | LW | UCC professional meeting. | 0.50 | $345.00 |
| 02/16/23 | JSB | Committee call (.7); follow ups on same and B. Riley issues (.6). | 1.30 | $1,241.50 |
| 02/22/23 | LW | UCC professional call. | 0.30 | $207.00 |
| 02/23/23 | LW | Committee call. | 0.40 | $276.00 |
| 03/01/23 | JSB | Committee professional call (.6); attend today's hearings (1.6). | 2.20 | $2,101.00 |
| 03/02/23 | JSB | Committee call. | 0.50 | $477.50 |
| 03/02/23 | LW | Attend committee meeting. | 0.40 | $276.00 |
| 03/06/23 | JSB | Call with R. Battaglia (counsel to M&M claimants) re general status of case. | 0.70 | $668.50 |
| 03/08/23 | LW | UCC professional meeting. | 0.50 | $345.00 |
| 03/09/23 | JSB | Attend Committee update call. | 0.60 | $573.00 |
| 03/09/23 | LW | UCC meeting. | 0.60 | $414.00 |
| 03/15/23 | JSB | Committee professionals' update call. | 0.30 | $286.50 |
| 03/16/23 | JSB | Committee call. | 0.30 | $286.50 |
| 03/16/23 | LW | UCC meeting. | 0.30 | $207.00 |
| 03/22/23 | LW | UCC professional meeting. | 0.40 | $276.00 |
| 03/23/23 | JSB | Attend Committee call. | 0.80 | $764.00 |
| 03/23/23 | LW | Committee meeting. | 1.00 | $690.00 |
| 03/29/23 | JSB | Weekly committee professionals' call. | 0.50 | $477.50 |
| 03/29/23 | LW | UCC Professionals Meeting. | 0.50 | $345.00 |
| 03/30/23 | JSB | Weekly committee call. | 0.30 | $286.50 |
| 03/30/23 | LW | UCC Meeting. | 0.30 | $207.00 |
| | | Total Professional Services | 16.90 | $14,046.00 |

CONFIDENTIAL

**||| Gray Reed & McGraw**

Core Scientific, Inc - UCC
bmiller@willkle.com

| | |
|---|---|
| Bill Date: | April 28, 2023 |
| Client.Matter: | 026629.000016 |
| Invoice: | 769276 |
| Page: | 3 of 3 |

### Professional Services - Timekeeper Summary

| Person | | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| JSB | Jason S. Brookner | 9.00 | $955.00 | $8,595.00 |
| LW | Lydia Webb | 7.90 | $690.00 | $5,451.00 |



| | |
|---|---|
| Bill Date: | April 28, 2023 |
| Client.Matter: | 026629.000024 |
| Attorney: | Jason S. Brookner |
| Invoice: | 769277 |
| Page: | 1 of 2 |

1300 Post Oak Boulevard, Suite 2000, Houston, Texas  77056
Federal Tax Identification Number: 81-4045088

Core Scientific, Inc - UCC
bmiller@willkle.com

Attention: Brett H. Miller

RE: Expenses

**Bill-at-a-Glance –** for services through March 31, 2023

| | |
|---|---|
| **Expenses** | $1,118.27 |
| **Total this Invoice** | $1,118.27 |
| **Total Now Due** | $1,118.27 |

**Please remit payment to:**
Gray Reed & McGraw
ATTN: Accounts Receivable
1300 Post Oak Boulevard
Suite 2000
Houston, TX 77056

**Wire Instructions:**
Domestic Routing  #: 114000093 | Frost Bank
100 W. Houston St., San Antonio, TX 78205

International SWIFT #: FRSTUS44

Beneficiary Account #: 502399725
Beneficiary Name: Gray Reed & McGraw Depository

**Credit Card Payment:**
Pay your invoice online by using this internet address:
https://www.grayreed.com/Online-Bill-Pay

**Reference:** 026629.000024 **Invoice #** 769277

For questions about this bill please call 1.888.908.8159 or e-mail us at ar@grayreed.com

**||| Gray Reed & McGraw**

Core Scientific, Inc - UCC
bmiller@willkle.com

Bill Date: April 28, 2023
Client.Matter: 026629.000024
Invoice: 769277
Page: 2 of 2

**Matter 000024 – Expenses**

**Expenses – Detail**

| Date | Description of Expenses | Amount |
|---|---|---|
| 02/14/23 | Westlaw Charges} - VENDOR: West Group Payment Center; WESTLAW Data Research By: BOWMAN,TIERENEY | $0.00 |
| 02/14/23 | Westlaw Charges} - VENDOR: West Group Payment Center; WESTLAW Data Research By: JUMPER,RUSSELL | $0.00 |
| 02/27/23 | Westlaw Charges} - VENDOR: West Group Payment Center; WESTLAW Data Research By: STUCKEY,SKYLER | $32.19 |
| 03/07/23 | Westlaw Charges} - VENDOR: West Group Payment Center; WESTLAW Data Research By: STUCKEY,SKYLER | $427.02 |
| 03/08/23 | Westlaw Charges} - VENDOR: West Group Payment Center; WESTLAW Data Research By: STUCKEY,SKYLER | $328.47 |
| 03/20/23 | Westlaw Charges} - VENDOR: West Group Payment Center; WESTLAW Data Research By: JUMPER,RUSSELL | $65.70 |
| 03/23/23 | Westlaw Charges} - VENDOR: West Group Payment Center; WESTLAW Data Research By: JUMPER,RUSSELL | $32.85 |
| 03/28/23 | Westlaw Charges} - VENDOR: West Group Payment Center; WESTLAW Data Research By: JUMPER,RUSSELL | $65.70 |
| 03/29/23 | Westlaw Charges} - VENDOR: West Group Payment Center; WESTLAW Data Research By: JUMPER,RUSSELL | $98.54 |
| | Photocopies (339 @ $0.20) | $67.80 |
| | **Total Expenses** | **$1,118.27** |



| | |
|---|---|
| Bill Date: | April 28, 2023 |
| Client.Matter: | 026629.000025 |
| Attorney: | Jason S. Brookner |
| Invoice: | 769278 |
| Page: | 1 of 5 |

1300 Post Oak Boulevard, Suite 2000, Houston, Texas  77056
Federal Tax Identification Number: 81-4045088

Core Scientific, Inc - UCC
bmiller@willkle.com


Attention: Brett H. Miller

RE: B. Riley Investigation

**Bill-at-a-Glance –** for services through March 31, 2023

| | |
|---|---|
| **Professional Services** | $73,802.00 |
| **Total this Invoice** | $73,802.00 |
| **Total Now Due** | **$73,802.00** |

**Please remit payment to:**
Gray Reed & McGraw
ATTN: Accounts Receivable
1300 Post Oak Boulevard
Suite 2000
Houston, TX 77056

**Wire Instructions:**
Domestic Routing  #: 114000093 | Frost Bank
100 W. Houston St., San Antonio, TX 78205

International SWIFT #: FRSTUS44

Beneficiary Account #: 502399725
Beneficiary Name: Gray Reed & McGraw Depository

**Credit Card Payment:**
Pay your invoice online by using this internet address:
https://www.grayreed.com/Online-Bill-Pay

**Reference:** 026629.000025 **Invoice #** 769278

For questions about this bill please call 1.888.908.8159 or e-mail us at ar@grayreed.com

---

**Visit us at www.grayreed.com**

**||| Gray Reed & McGraw**

Core Scientific, Inc - UCC
bmiller@willkle.com

Bill Date: April 28, 2023
Client.Matter: 026629.000025
Invoice: 769278
Page: 2 of 5

**Matter 000025 – B. Riley Investigation**

**Professional Services – Detail**

| Date | Tkpr | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 02/02/23 | JSB | Call with L. Webb to coordinate case issues and B. Riley claim investigation (.5); attend Committee call (.6); initial B. Riley investigation call with L. Webb, R. Jumper and Weil team (.5); follow up with R. Jumper and L. Webb on same (.3). | 1.90 | $1,814.50 |
| 02/02/23 | REJ | Call with counsel for Debtors regarding investigation (.5); call with J. Brookner and L. Webb regarding same (.3); detailed review of first day declaration, press release, and related pleadings from Court's docket for purposes of understanding background of dispute and relationship of B. Riley to insolvency proceedings (3.2). | 4.00 | $2,500.00 |
| 02/02/23 | LW | Confer with J. Brookner re B. Riley investigation (.2); confer with Weil team re same (.4); follow up with J. Brookner and R. Jumper re same (.2). | 0.80 | $552.00 |
| 02/02/23 | LW | Confer with J. Brookner re B. Riley investigation (.2); confer with Weil team re same (.4); follow up with J. Brookner and R. Jumper re same (.2); review DIP order for challenge period (.2). | 1.00 | $690.00 |
| 02/06/23 | JSB | Call with Choate, counsel to B. Riley re B. Riley DIP and related investigation (.5); follow up with L. Webb with drafting initial information and document request list and reviewing available applicable documents in connection with same (1.8). | 2.30 | $2,196.50 |
| 02/06/23 | REJ | Teleconference with counsel from Choate regarding investigation on behalf of client and request for documents related to same. | 0.30 | $187.50 |
| 02/06/23 | REJ | Evaluate categories of documents to request from Core and from B. Riley related to investigation. | 0.40 | $250.00 |
| 02/06/23 | LW | Research re potential equitable subordination claim (1.0); call with Choate re B. Riley DIP and related investigation (.5); follow up with J. Brookner with drafting initial information and document request list and reviewing available applicable documents in connection with same (1.8). | 3.30 | $2,277.00 |
| 02/07/23 | JSB | Meeting with L. Webb and R. Jumper re B. Riley investigation information requests, document requests and related (.7); correspond with Weil re investigation and document requests (.2); correspond with Choate re same (.2). | 1.10 | $1,050.50 |
| 02/07/23 | REJ | Analyze categories of document requests to send to counsel for Debtor and B. Riley (.4); meeting with L. Webb and J. Brookner re B. Riley investigation document requests and request for relevant information (.7) identify areas to research related to insider and person in control status (.5); work with S. Stuckey on same (.4). | 2.00 | $1,250.00 |
| 02/07/23 | LW | Meeting with J. Brookner and R. Jumper re investigation information requests and related (.7); foundational research re potential claims (1.5). | 2.20 | $1,518.00 |
| 02/07/23 | SYS | Meet with R. Jumper to discuss parameters of review and analysis project and initial research on "person in control" and factors related to same. | 1.10 | $660.00 |
| 02/08/23 | REJ | Draft of document request categories. | 0.50 | $312.50 |
| 02/08/23 | LW | Correspondence with R. Jumper re investigation (.2); begin review of loan documents (.8). | 1.00 | $690.00 |
| 02/13/23 | JSB | Correspond with Choate re discovery requests and related. | 0.60 | $573.00 |

**||| Gray Reed & McGraw**

Core Scientific, Inc - UCC
bmiller@willkle.com

Bill Date: April 28, 2023
Client.Matter: 026629.000025
Invoice: 769278
Page: 3 of 5

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/14/23 | REJ | Research regarding parameters of non-statutory insider analysis (1.9); begin drafting memorandum regarding non-statutory insider analysis for use in ultimate investigation report (.5); call with counsel for B. Riley regarding our request for documents from B. Riley and scope of same (.3); review bridge notes and related documents (1.4); review Debtors' Statements of Financial Affairs and Schedules re transactions involving B. Riley related entities (1.7) | 5.80 | $3,625.00 |
| 02/14/23 | LW | Call with Choate re document requests (.2); follow up with R. Jumper re same (.2). | 0.40 | $276.00 |
| 02/14/23 | TLB | Research factors of "person in control" under the Bankruptcy Code | 3.50 | $962.50 |
| 02/15/23 | REJ | Draft correspondence to J. Brookner and L. Webb regarding review of schedules and results of same. | 0.40 | $250.00 |
| 02/16/23 | LW | Correspondence re status of document production (.2); work on claims investigation (1.0). | 1.20 | $828.00 |
| 02/17/23 | JSB | Correspond with counsel on DIP and investigation issues (.6); work with L. Webb and R. Jumper on same (.5). | 1.10 | $1,050.50 |
| 02/17/23 | LW | Correspondence with R. Jumper re Bridge Notes. | 0.30 | $207.00 |
| 02/18/23 | LW | Correspondence with several parties re document production. | 0.20 | $138.00 |
| 02/20/23 | REJ | Review correspondence from counsel for B. Riley regarding responses to request for information. | 0.20 | $125.00 |
| 02/21/23 | REJ | Teleconference with counsel for Debtors, lenders, and UCC regarding replacement DIP order and remaining objections to same (.2); review correspondence related to document production (.1); begin process of ingesting data to database with L. DeBerg (.4); review response to informal requests for information from counsel for B. Riley (.2); evaluate resulting items to investigate as result thereof (.3). | 1.20 | $750.00 |
| 02/21/23 | SYS | Meet with R. Jumper to analyze current document set and strategy for review of same. | 0.30 | $180.00 |
| 02/21/23 | MJB | Briefly work with L. DeBerg on database and production issues | 0.20 | $142.00 |
| 02/21/23 | LGL | Exchange multiple email communications with team regarding details and instructions for processing Weil Production load files. | 0.30 | $82.50 |
| 02/21/23 | LJD | Review Sharefile production of documents(.1); brief review of load files for same (.3). | 0.40 | $110.00 |
| 02/22/23 | LJD | Review sharefile for second production. | 0.40 | $110.00 |
| 02/23/23 | LGL | Debriefing with L. Deberg to transition case (.3); begin processing production and assess load files for Database ingestion (.6). | 0.90 | $247.50 |
| 02/24/23 | LGL | Continue processing Weil production for Database ingestion, including troubleshooting and working with team on same. | 2.40 | $660.00 |
| 02/27/23 | REJ | Determine manner to address ingestion issues with vendor (.2); begin review of documents provided by B. Riley and information from same (.6) | 0.80 | $500.00 |
| 02/27/23 | LW | Review information and documents re investigation. | 1.00 | $690.00 |
| 02/27/23 | SYS | Additional research re person in control issues. | 0.70 | $420.00 |
| 02/27/23 | LGL | Follow-up meeting with L. Deberg and R. Jumper regarding issues with production files and review and analysis same. | 1.30 | $357.50 |
| 02/28/23 | REJ | Work additional ingestion of documents. | 0.20 | $125.00 |
| 02/28/23 | LW | Confer with J. Brookner and R. Jumper re status (.2); review information | 1.00 | $690.00 |

CONFIDENTIAL

||| Gray Reed & McGraw

Core Scientific, Inc - UCC
bmiller@willkle.com

Bill Date: April 28, 2023
Client.Matter: 026629.000025
Invoice: 769278
Page: 4 of 5

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | from Choate (.8). | | |
| 03/05/23 | REJ | Review documents produced by B. Riley in response to requests for production. | 3.70 | $2,312.50 |
| 03/06/23 | JSB | Meeting with investigation team re B. Riley investigation. | 1.00 | $955.00 |
| 03/06/23 | REJ | Review amended bridge note in preparation for meeting with J. Brookner, L. Webb and S. Stuckey (1.0); evaluate what additional documents are needed from B. Riley and Core (.30); meet with J. Brookner, L. Webb and S. Stuckey regarding current support for potential causes of action and results of review of documentation (1.2); plan strategy for pursing investigation of potential causes of action identified by investigation team (.8) | 3.30 | $2,062.50 |
| 03/06/23 | LW | Team meeting with R. Jumper, S. Stuckey, and J. Brookner (1.0); follow up research re same (.5). | 1.50 | $1,035.00 |
| 03/06/23 | SYS | Meet with J. Brookner, L. Webb, and R. Jumper to confer and analyze current state of review and issues identified in same. | 1.00 | $600.00 |
| 03/07/23 | REJ | Plan for additional investigation tasks with S. Stuckey. | 0.30 | $187.50 |
| 03/13/23 | REJ | Continue review of correspondence related to non-disclosure agreement and alleged breach of same. | 1.60 | $1,000.00 |
| 03/14/23 | REJ | Begin comparison of terms of non-disclosure agreement with language of press release from B. Riley (1.3); evaluate potential claims associated with same (.7); review allegations regarding damages stemming from alleged NDA breach (.4). | 2.40 | $1,500.00 |
| 03/14/23 | LW | Correspondence with R. Jumper re follow up documents requests. | 0.40 | $276.00 |
| 03/16/23 | REJ | Begin preparing memorandum related to investigation work to date (.5); correspondence with counsel for B. Riley requesting additional documents and information (.2); correspondence with counsel for Debtors requesting additional information and documents (.2). | 0.90 | $562.50 |
| 03/16/23 | LW | Research re wrong payor law in the Fifth Circuit. | 0.50 | $345.00 |
| 03/17/23 | REJ | Evaluate timing of preparation of remainder of memorandum based on documents requested to date and responses to same. | 0.50 | $312.50 |
| 03/20/23 | REJ | Evaluate application of elements of fraudulent transfer cause of action to facts determined by investigation (2.5); determine what documentary evidence collected relates to fraudulent transfer cause of action and relationships of parties involved (1.8). | 4.30 | $2,687.50 |
| 03/22/23 | REJ | Draft of language for inclusion in analysis of breach of NDA cause of action. | 2.10 | $1,312.50 |
| 03/22/23 | LW | Correspondence re challenge period (.2); review DIP order re same (.2). | 0.40 | $276.00 |
| 03/23/23 | REJ | Review versions of Confidentiality Agreement with redline provisions to evaluate areas of the contract where revisions were made in line with communications between the parties during negotiations (2.1); continue drafting analysis of breach of contract cause of action (2.5); evaluate potential categories of damages based on disclosures contained in B. Riley press release (2.1); research into changes in Debtors' stock price in dates surrounding B. Riley press release (.8) | 7.50 | $4,687.50 |
| 03/23/23 | LW | Correspondence re challenge period. | 0.20 | $138.00 |
| 03/24/23 | REJ | Work on preparation of chart for demonstration of payments made pursuant to note repayments. | 0.60 | $375.00 |
| 03/24/23 | LW | Research re investigation memo. | 2.00 | $1,380.00 |

CONFIDENTIAL

**||| Gray Reed & McGraw**

Core Scientific, Inc - UCC  
bmiller@willkle.com

Bill Date: April 28, 2023  
Client.Matter: 026629.000025  
Invoice: 769278  
Page: 5 of 5

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 03/27/23 | REJ | Continue drafting investigation memorandum for (4.9); additional review of ELOC agreement to evaluate potential issues surrounding required repayments (1.3); compare accounting of transactions from ELOC activity and B. Riley's accounting of payments made in days prior to Petition Date and update memorandum regarding the same (1.5). | 7.70 | $4,812.50 |
| 03/28/23 | REJ | Continue drafting investigation and research re same (7.6); review production documents related to insider analysis (.9). | 8.50 | $5,312.50 |
| 03/28/23 | LW | Confer with R. Jumper re investigation status. | 0.30 | $207.00 |
| 03/29/23 | REJ | Call with Committee counsel for the Unsecured Creditors Committee to discuss B. Riley investigation and current analysis (.5); continue drafting of memorandum of investigation of potential estate claims against B. Riley, including provisions discussing the terms of Confidentiality and Non-Disclosure agreements (2.1), and evaluating claims of damages previously asserted by Debtors (2.7); drafting of provisions related to reasonably equivalent value analysis (3.0), review of case law related to reasonably equivalent value (1.3). | 9.60 | $6,000.00 |
| 03/29/23 | LW | Confer with R. Jumper re investigation report, today's professional call (.3); begin reviewing report (.5). | 0.80 | $552.00 |
| 03/29/23 | SYS | Confer with R. Jumper on current status of investigation memorandum (.5); research on application of case law to non-statutory insider and person in control status (.8); prepare relevant portion of memorandum on same (1.0). | 2.30 | $1,380.00 |
| 03/30/23 | LW | Review and revise investigation report. | 2.00 | $1,380.00 |
| 03/31/23 | LW | Work on investigation memo. | 4.50 | $3,105.00 |
| | | Total Professional Services | 116.60 | $73,802.00 |

**Professional Services - Timekeeper Summary**

| Person | | Hours | Rate | Amount |
|---|---|---|---|---|
| JSB | Jason S. Brookner | 8.00 | $955.00 | $7,640.00 |
| MJB | Mara J. Bindler | 0.20 | $710.00 | $142.00 |
| LW | Lydia Webb | 25.00 | $690.00 | $17,250.00 |
| REJ | Russell E. Jumper | 68.80 | $625.00 | $43,000.00 |
| SYS | Skyler Y. Stuckey | 5.40 | $600.00 | $3,240.00 |
| LGL | Lan G. Lam | 4.90 | $275.00 | $1,347.50 |
| LJD | Laura J. DeBerg | 0.80 | $275.00 | $220.00 |
| TLB | Tiereney L. Bowman | 3.50 | $275.00 | $962.50 |