

|  |  |
|---|---|
| Bill Date: | May 25, 2023 |
| Client.Matter: | 026629.000016 |
| Attorney: | Jason S. Brookner |
| Invoice: | 770811 |
| Page: | 1 of 2 |

1300 Post Oak Boulevard, Suite 2000, Houston, Texas  77056
Federal Tax Identification Number: 81-4045088



Core Scientific, Inc - UCC
bmiller@willkie.com

Attention: Brett H. Miller

RE: Meetings and Communications with Creditors

**Bill-at-a-Glance –** for services through April 30, 2023

| | |
|---|---|
| **Professional Services** | $3,311.50 |
| **Total this Invoice** | $3,311.50 |
| **Previous Balance** | $14,046.00 |
| **Total Now Due** | **$17,357.50** |

**Please remit payment to:**
Gray Reed & McGraw
ATTN: Accounts Receivable
1300 Post Oak Boulevard
Suite 2000
Houston, TX 77056

**Wire Instructions:**
Domestic Routing  #: 114000093 | Frost Bank
100 W. Houston St., San Antonio, TX 78205

International SWIFT #: FRSTUS44

Beneficiary Account #: 502399725
Beneficiary Name: Gray Reed & McGraw Depository

**Credit Card Payment:**
Pay your invoice online by using this internet address:
https://www.grayreed.com/Online-Bill-Pay

**Reference:** 026629.000016 **Invoice #** 770811

For questions about this bill please call 1.888.908.8159 or e-mail us at ar@grayreed.com

**Visit us at www.grayreed.com**

**||| Gray Reed & McGraw**

Core Scientific, Inc - UCC
bmiller@willkle.com

Bill Date:        May 25, 2023
Client.Matter:    026629.000016
Invoice:          770811
Page:             2 of 2

**Matter 000016 – Meetings and Communications with Creditors**

### Professional Services – Detail

| Date | Tkpr | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 04/05/23 | JSB | Weekly professionals call. | 0.40 | $382.00 |
| 04/05/23 | LW | UCC professionals meeting. | 0.20 | $138.00 |
| 04/06/23 | JSB | Weekly committee call. | 0.30 | $286.50 |
| 04/06/23 | LW | Attend committee call. | 0.20 | $138.00 |
| 04/12/23 | JSB | Weekly professionals' call. | 0.20 | $191.00 |
| 04/12/23 | LW | Attend UCC professional meeting (.3); correspondence with Committee re investigation report (.3); correspondence re slides for tomorrow's meeting (.2). | 0.80 | $552.00 |
| 04/13/23 | JSB | Committee meeting. | 0.40 | $382.00 |
| 04/13/23 | LW | Prepare for today's meeting (.3); attend committee meeting (.5). | 0.80 | $552.00 |
| 04/19/23 | LW | UCC professional meeting. | 0.20 | $138.00 |
| 04/20/23 | LW | UCC meeting. | 0.40 | $276.00 |
| 04/26/23 | LW | UCC professional meeting. | 0.40 | $276.00 |
| | | Total Professional Services | 4.30 | $3,311.50 |

### Professional Services - Timekeeper Summary

| Person | | Hours | Rate | Amount |
|---|---|---|---|---|
| JSB | Jason S. Brookner | 1.30 | $955.00 | $1,241.50 |
| LW | Lydia Webb | 3.00 | $690.00 | $2,070.00 |



| | |
|---|---|
| Bill Date: | May 25, 2023 |
| Client.Matter: | 026629.000025 |
| Attorney: | Jason S. Brookner |
| Invoice: | 770812 |
| Page: | 1 of 2 |

1300 Post Oak Boulevard, Suite 2000, Houston, Texas  77056
Federal Tax Identification Number: 81-4045088

Core Scientific, Inc - UCC
bmiller@willkle.com

Attention: Brett H. Miller

RE: B. Riley Investigation

**Bill-at-a-Glance –** for services through April 30, 2023

| | |
|---|---|
| **Professional Services** | $21,650.50 |
| **Total this Invoice** | $21,650.50 |
| **Previous Balance** | $73,802.00 |
| **Total Now Due** | **$95,452.50** |

**Please remit payment to:**
Gray Reed & McGraw
ATTN: Accounts Receivable
1300 Post Oak Boulevard
Suite 2000
Houston, TX 77056

**Wire Instructions:**
Domestic Routing  #: 114000093 | Frost Bank
100 W. Houston St., San Antonio, TX 78205

International SWIFT #: FRSTUS44

Beneficiary Account #: 502399725
Beneficiary Name: Gray Reed & McGraw Depository

**Credit Card Payment:**
Pay your invoice online by using this internet address:
https://www.grayreed.com/Online-Bill-Pay

**Reference:** 026629.000025 **Invoice #** 770812

For questions about this bill please call 1.888.908.8159 or e-mail us at ar@grayreed.com

**||| Gray Reed & McGraw**

Core Scientific, Inc - UCC
bmiller@willkle.com

Bill Date: May 25, 2023
Client.Matter: 026629.000025
Invoice: 770812
Page: 2 of 2

**Matter 000025 – B. Riley Investigation**

**Professional Services – Detail**

| Date | Tkpr | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 04/03/23 | LW | Work on investigation report. | 4.00 | $2,760.00 |
| 04/04/23 | LW | Work on investigation report. | 5.30 | $3,657.00 |
| 04/05/23 | JSB | Review and revise investigation memo. | 2.90 | $2,769.50 |
| 04/05/23 | LW | Continue to work on investigation memo. | 2.00 | $1,380.00 |
| 04/06/23 | JSB | Review and revise investigation memo and various research on same. | 3.10 | $2,960.50 |
| 04/06/23 | REJ | Revisions to final report on investigation. | 0.60 | $375.00 |
| 04/06/23 | LW | Work on investigation report (2.0); correspondence re same (.2). | 2.20 | $1,518.00 |
| 04/11/23 | REJ | Call with members of Unsecured Creditors' Committee regarding finalizing of memorandum of investigation (.7); finalize memorandum regarding investigation of estate claims against B. Riley (1.4). | 2.10 | $1,312.50 |
| 04/11/23 | LW | Call with Willkie re investigation report (.8); follow up with R. Jumper re same (.2); review updated report (.5); correspondence re same (.2). | 1.50 | $1,035.00 |
| 04/12/23 | JSB | Review correspondence on investigation issues and request to extend Challenge Deadline. | 0.40 | $382.00 |
| 04/12/23 | REJ | Prepare slides for presentation to UCC at meeting scheduled for 4/13. | 0.70 | $437.50 |
| 04/12/23 | LW | Email Choate re challenge extension (.5); correspondence with Willkie re same (.2); prepare for tomorrow's meeting (.3); confer with Weil re preference question (.2); follow up correspondence re same (.2). | 1.40 | $966.00 |
| 04/13/23 | REJ | Prepare for call with UCC to report on conclusions in investigation report (.5); call with UCC regarding same (.4). | 0.90 | $562.50 |
| 04/14/23 | LW | Correspondence re stipulation (.2); draft same (.4); correspondence re same (.2); revise and file same (.3); correspondence with Weil re preferences (.2). | 1.30 | $897.00 |
| 04/17/23 | REJ | Review information provided by counsel for Debtor regarding pre-petition payments made related to the Bridge Notes and evaluate whether changes need be made to memorandum to incorporate newly-provided information. | 0.80 | $500.00 |
| 04/18/23 | LW | Correspondence with R. Jumper re updating memo. | 0.20 | $138.00 |
| | | Total Professional Services | 29.40 | $21,650.50 |

**Professional Services - Timekeeper Summary**

| Person | | Hours | Rate | Amount |
|---|---|---|---|---|
| JSB | Jason S. Brookner | 6.40 | $955.00 | $6,112.00 |
| LW | Lydia Webb | 17.90 | $690.00 | $12,351.00 |
| REJ | Russell E. Jumper | 5.10 | $625.00 | $3,187.50 |