

| | |
|---|---|
| Bill Date: | June 26, 2023 |
| Client.Matter: | 026629.000007 |
| Attorney: | Jason S. Brookner |
| Invoice: | 773114 |
| Page: | 1 of 3 |

1300 Post Oak Boulevard, Suite 2000, Houston, Texas  77056
Federal Tax Identification Number: 81-4045088


EXHIBIT C

Core Scientific, Inc - UCC
bmiller@willkle.com

Attention: Brett H. Miller

RE: Case Administration

**Bill-at-a-Glance –** for services through May 31, 2023

| | |
|---|---|
| **Professional Services** | $1,680.50 |
| **Total this Invoice** | $1,680.50 |
| **Previous Balance** | $3,342.50 |
| **Total Now Due** | **$5,023.00** |

**Please remit payment to:**
Gray Reed & McGraw
ATTN: Accounts Receivable
1300 Post Oak Boulevard
Suite 2000
Houston, TX 77056

**Wire Instructions:**
Domestic Routing  #: 114000093 | Frost Bank
100 W. Houston St., San Antonio, TX 78205

International SWIFT #: FRSTUS44

Beneficiary Account #: 502399725
Beneficiary Name: Gray Reed & McGraw Depository

**Credit Card Payment:**
Pay your invoice online by using this internet address:
https://www.grayreed.com/Online-Bill-Pay

**Reference:** 026629.000007 **Invoice #** 773114

For questions about this bill please call 1.888.908.8159 or e-mail us at ar@grayreed.com

**||| Gray Reed & McGraw**

Core Scientific, Inc - UCC
bmiller@willkle.com

| | |
|---|---|
| Bill Date: | June 26, 2023 |
| Client.Matter: | 026629.000007 |
| Invoice: | 773114 |
| Page: | 2 of 3 |

## Matter 000007 – Case Administration

**Outstanding Invoices**

| Date | Invoice Number | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Amount |
|---|---|---|---|---|---|---|
| 04/28/23 | 769272 | 0.00 | $3,342.50 | 0.00 | 0.00 | $3,342.50 |
| | **Total Outstanding** | $0.00 | $3,342.50 | $0.00 | $0.00 | $3,342.50 |

CONFIDENTIAL

**||| Gray Reed & McGraw**

Core Scientific, Inc - UCC
bmiller@willkle.com

Bill Date:　　　　　　June 26, 2023
Client.Matter:　　　　026629.000007
Invoice:　　　　　　　773114
Page:　　　　　　　　3 of 3

**Matter 000007 – Case Administration**

| Professional Services – Detail | | | | |
|---|---|---|---|---|
| Date | Tkpr | Description of Services | Hours | Amount |
| 05/17/23 | JSB | Review recent pleadings and press reports. | 0.80 | $764.00 |
| 05/18/23 | VTS | Review and analysis of interim comp order to ascertain upcoming deadlines (.4); update case management system re same (.4). | 0.80 | $248.00 |
| 05/31/23 | JSB | Review recent pleadings and press reports. | 0.70 | $668.50 |
| | | Total Professional Services | 2.30 | $1,680.50 |

| Professional Services - Timekeeper Summary | | | | |
|---|---|---|---|---|
| Person | | Hours | Rate | Amount |
| JSB | Jason S. Brookner | 1.50 | $955.00 | $1,432.50 |
| VTS | Veronica T. Salazar | 0.80 | $310.00 | $248.00 |



|  |  |
|---|---|
| Bill Date: | June 26, 2023 |
| Client.Matter: | 026629.000012 |
| Attorney: | Jason S. Brookner |
| Invoice: | 773115 |
| Page: | 1 of 3 |

1300 Post Oak Boulevard, Suite 2000, Houston, Texas  77056
Federal Tax Identification Number: 81-4045088

Core Scientific, Inc - UCC
bmiller@willkle.com


Attention: Brett H. Miller

RE: Employment and Fee Applications

**Bill-at-a-Glance –** for services through May 31, 2023

| | |
|---|---|
| **Professional Services** | $1,643.00 |
| **Total this Invoice** | $1,643.00 |
| **Previous Balance** | $9,336.50 |
| **Total Now Due** | **$10,979.50** |

**Please remit payment to:**
Gray Reed & McGraw
ATTN: Accounts Receivable
1300 Post Oak Boulevard
Suite 2000
Houston, TX 77056

**Wire Instructions:**
Domestic Routing  #: 114000093 | Frost Bank
100 W. Houston St., San Antonio, TX 78205

International SWIFT #: FRSTUS44

Beneficiary Account #: 502399725
Beneficiary Name: Gray Reed & McGraw Depository

**Credit Card Payment:**
Pay your invoice online by using this internet address:
https://www.grayreed.com/Online-Bill-Pay

**Reference:** 026629.000012 **Invoice #** 773115

For questions about this bill please call 1.888.908.8159 or e-mail us at ar@grayreed.com

---

**Visit us at www.grayreed.com**

**||| Gray Reed & McGraw**

Core Scientific, Inc - UCC
bmiller@willkle.com

| | |
|---|---|
| Bill Date: | June 26, 2023 |
| Client.Matter: | 026629.000012 |
| Invoice: | 773115 |
| Page: | 2 of 3 |

## Matter 000012 – Employment and Fee Applications

**Outstanding Invoices**

| Date | Invoice Number | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Amount |
|---|---|---|---|---|---|---|
| 04/28/23 | 769274 | 0.00 | $9,336.50 | 0.00 | 0.00 | $9,336.50 |
| | **Total Outstanding** | $0.00 | $9,336.50 | $0.00 | $0.00 | $9,336.50 |

CONFIDENTIAL

**||| Gray Reed & McGraw**

Core Scientific, Inc - UCC
bmiller@willkle.com

| | |
|---|---|
| Bill Date: | June 26, 2023 |
| Client.Matter: | 026629.000012 |
| Invoice: | 773115 |
| Page: | 3 of 3 |

**Matter 000012 – Employment and Fee Applications**

**Professional Services – Detail**

| Date | Tkpr | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 05/11/23 | VTS | Commence data assembly and analysis of Gray Reed invoices in preparation of Gray Reed's first monthly fee statement. | 0.40 | $124.00 |
| 05/12/23 | VTS | Review and minor revisions to March 2023 invoices in preparation of first monthly fee statement. | 0.10 | $31.00 |
| 05/15/23 | VTS | Email communications with A. Cordova re revised March 2023 invoices and work on same. | 0.30 | $93.00 |
| 05/16/23 | VTS | Work on fees and expense calculations spreadsheet (2.0); draft first monthly fee statement (.5). | 2.50 | $775.00 |
| 05/17/23 | VTS | Continue work on draft first monthly fee statement (1.7); detailed email correspondence with L. Webb re same (.3). | 2.00 | $620.00 |
| | | Total Professional Services | 5.30 | $1,643.00 |

**Professional Services - Timekeeper Summary**

| Person | | Hours | Rate | Amount |
|---|---|---|---|---|
| VTS | Veronica T. Salazar | 5.30 | $310.00 | $1,643.00 |