United States Bankruptcy Court
Southern District of Texas

**ENTERED**
September 12, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CORE SCIENTIFIC, INC. *et al.*,[1] | ) Case No. 22-90341 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF
DUCERA PARTNERS LLC FOR COMPENSATION OF SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
JANUARY 10, 2023 THROUGH MARCH 31, 2023**

(Docket No. 963)

The Court has considered the *First Interim Fee Application of Ducera Partners LLC for Compensation of Services Rendered and Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors for the Period January 10, 2023 through March 31, 2023* (the "Application") filed by Ducera Partners LLC (the "Applicant"). The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of expenses in the total amount of $454,378.37 for the period as set forth in the Application.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

2.  The Debtors are authorized to pay Applicant any unpaid amounts allowed by paragraph 1 of this Order.

**Signed: September 11, 2023.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**