United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 12, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § | Case No. 22-90341 (DRJ) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § § | (Docket No. 1143) |

### ORDER GRANTING THE SECOND INTERIM FEE APPLICATION OF PJT PARTNERS LP, INVESTMENT BANKER TO THE DEBTORS, FOR THE FEE PERIOD FROM APRIL 1, 2023 THROUGH JUNE 30, 2023

The Court has considered the *Second Interim Fee Application of PJT Partners LP, Investment Banker to the Debtors, for the Fee Period from April 1, 2023 through June 30, 2023* (the "**Second Interim Application**"), filed by PJT Partners LP ("**PJT**"). The Court orders:

1.  PJT is allowed interim compensation and reimbursement of expenses in the amount of $603,981.08 for the period set forth in the Second Interim Fee Application.

2.  The Debtors are authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

**Signed:  September 11, 2023.**

_____
**DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.