United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 12, 2023
Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | **Chapter 11** |
| **CORE SCIENTIFIC, INC.,** *et al.,* | § § | **Case No. 22-90341 (DRJ)** |
| | § § | **(Jointly Administered)** |
| Debtors.[2] | § § | |
| | § | (Docket No. 1149) |

### ORDER ALLOWING INTERIM COMPENSATION
### AND REIMBURSEMENT OF EXPENSES

The Court has considered the Second Interim Application for Compensation and Reimbursement of Expenses filed by Weil, Gotshal & Manges LLP (the "**Applicant**"). The Court orders:

1.      The Applicant is allowed interim compensation and reimbursement of fees and expenses in the amount of $7,964,930.21 for the period set forth in the application.

2.      The Debtors are authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

**Signed:  September 12, 2023.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

---

[2]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.