IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § § | (Jointly Administered) |

# DECLARATION OF GREGORY N. WOLFE IN SUPPORT OF SPHERE 3D CORP.'S EMERGENCY MOTION FOR ENTRY OF AN ORDER (I) COMPELLING THE DEBTORS TO SUPPLEMENT DISCOVERY RESPONSES AND (II) GRANTING RELATED RELIEF

I, Gregory N. Wolfe, under penalty of perjury, pursuant to 28 U.S.C. § 1746, declare that the following is true and correct, based on my personal knowledge:

1. I am an attorney at Dontzin Nagy & Fleissig LLP and represent Sphere 3D Corp. ("Sphere") in this case. I am fully familiar with the facts concerning this matter. I respectfully submit this declaration in support of Sphere 3D Corp.'s Emergency Motion for Entry of an Order (I) Compelling the Debtors to Supplement Discovery Responses and (II) Granting Related Relief.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a September 10, 2023 email I sent Debtors' counsel, in advance of a meet-and-confer regarding the Debtors' discovery responses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

1

3. Attached hereto as **Exhibit 2** is a true and correct copy of a September 11, 2023 email I sent Debtors' counsel outlining Sphere's concerns in advance of the meet-and-confer, and notifying Debtors' counsel that Sphere planned to file this motion if its concerns were not resolved.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Debtors' responses to Sphere's First Set of Requests for Admissions.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Debtors' responses to Sphere's First Set of Interrogatories.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the Debtors' responses to Sphere's First Set of Requests for Production.

**Executed on:** September 13, 2023

  /s/ *Gregory N. Wolfe*
  Gregory N. Wolfe