# Exhibit 2

| | |
|---|---|
| **From:** | Greg Wolfe |
| **Sent:** | Monday, September 11, 2023 2:10 PM |
| **To:** | Tsekerides, Theodore |
| **Cc:** | Calabrese, Christine; Harper, Ashley; Davidson, Tad; Bell, Brandon; Tibor Nagy; Rahul Srinivas; Maxine Peskens; Perez, Alfredo; Carlson, Clifford; Crabtree, Austin; Delauney, Krystel; Menon, Asha; David Moosmann |
| **Subject:** | RE: Core / Sphere \| Debtors' Responses and Objections to Sphere's Initial Discovery Requests |

Ted –

First, I am glad to hear Core is open to working out the raises we raised.  Per the Court's instructions, in the event we cannot work out our differences, we will plan to file an emergency motion.  We have spoken to the case manager and reserved a hearing slot for Wednesday at 1 pm CT.

So we are clear coming into the meet-and-confer, we will be asking for:

- Supplementation of Core's responses to Interrogatory Nos. 1–4, 9–10 by September 15.
- Supplementation of RFA No. 2 by September 15.
- Confirmation that Core will provide a standard privilege log for documents generated prior to September 6, 2022.  We are willing to discuss what logging, if any, makes sense after that date.

The remaining issues are of course subject to the outcome of our meet-and-confer.

Second, you did not answer my question regarding whether Core had served subpoenas in connection with the action.  Please do.

Third, what time does Weil intend to circulate an ESI order?

Finally, the Weil team is very large, so I will send the invite to you and Christine and you can forward it on as needed.

Best,


**Greg Wolfe**
Partner
Dontzin Nagy & Fleissig LLP
980 Madison Avenue
New York, NY 10075
O: (212) 717-2900 | M: (917) 282-9481
greg@dnfllp.com