# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **CORE SCIENTIFIC, INC.**, *et al.*, | § | Case No. 22-90341 (DRJ) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

### ORDER GRANTING SPHERE 3D CORP.'S EMERGENCY MOTION FOR AN ORDER (I) COMPELLING THE DEBTORS TO SUPPLEMENT DISCOVERY RESPONSES AND (II) GRANTING RELATED RELIEF

[Relates to Docket No. 1188, _____ ]

Upon consideration of *Sphere's 3D Corp.'s Emergency Motion for Entry of an Order (I) Compelling the Debtors to Supplement Discovery Responses and (II) Granting Related Relief* (the "Motion to Compel")[2] and upon all of the proceedings had before this Court, it is **HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein and on the record during the hearing.

2. Core shall supplement its responses, as provided during the hearing, to Interrogatories 3, 4, 9, and 10 and serve such supplemented responses no later than September 15, 2023, at 5:00 p.m. (prevailing Central Time).

3. Core shall respond to RFA No. 2 as written, and serve such amended response no later than September 15, 2023, at 5:00 p.m. (prevailing Central Time).

4. Core's objections to RFP No. 13 are overruled, and Core shall serve a response to RFP No. 13 no later than September 15, 2023, at 5:00 p.m. (prevailing Central Time).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] Capitalized terms used but not otherwise defined herein have the meaning assigned in the Motion to Compel.

DMS 303797961

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: _____

                                                                DAVID R. JONES
                                                                UNITED STATES BANKRUPTCY JUDGE

DMS 303797961