## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.,* | § § | Case No. 22-90341 (DRJ) |
| | § § | (Jointly Administered) |
| Debtors.³ | § § § | (Emergency Hearing Requested) |

## ORDER GRANTING DEBTORS' EMERGENCY MOTION TO COMPEL DISCOVERY RESPONSES FROM SPHERE 3D CORP.

Upon the cross-motion (the "**Cross-Motion**") of Core Scientific, Inc. and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), Debtors request the entry of an order compelling Sphere 3D Corp. ("**Sphere**") to (i) produce documents requested pursuant to certain of Debtors' Initial Requests for Production as fully set forth in the Cross-Motion; (ii) provide responses to certain of Debtors' Initial Set of Interrogatories, as fully set forth in the Cross-Motion; and granting related relief. the Court having jurisdiction to consider the Cross-Motion and the relief requested therein pursuant to 28 U.S.C. §1334; and consideration of the Cross-Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtor's notice of the Motion and opportunity for a hearing on the Cross-Motion were appropriate and no other notice need be provided; and this Court having

---

³ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

reviewed the Cross-Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "**Hearing**"); and the Court having determined that the legal and factual bases set forth in the Cross-Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Cross-Motion is in the best interest of the Debtors and their respective estates and creditors; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing,

**IT IS HEREBY ORDERED THAT:**

1.      The Cross-Motion is granted as set forth herein.

2.      Sphere must, within ___ days of this Order, produce responsive documents requested in Debtors' Initial Requests for Production.

3.      Sphere must, within ___ days of this Order, provide sufficient responses to Debtors' Initial Set of Interrogatories.

4.      Notwithstanding Federal Rule of Bankruptcy Procedure 6004(f), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

5.      Notice of the Cross-Motion as provided therein shall be deemed good and sufficient notice of such Cross-Motion and the notice requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

6.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Cross-Motion.

7.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Houston, Texas
Dated: September ___, 2023

_____
THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE