**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>CORE SCIENTIFIC, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-90341 (DRJ)<br><br>(Jointly Administered)<br><br>Re: D.I. 1080, 1199, 1200 |

**[PROPOSED] ORDER (I) FINDING THAT FED. R. BANKR. P. 7023 IS APPLICABLE UNDER FED. R. BANKR. P. 9014; (II) ALLOWING THE CLASS PROOF OF CLAIM; (III) CERTIFYING THE CLASS UNDER FED. R. BANKR. P. 7023 AND FED. R. CIV. P. 23 FOR PURPOSES OF ALLOWANCE AND EFFECTUATION OF THE CLASS PROOF OF CLAIM; (IV) ALLOWING AN OMNIBUS OPT-OUT OF THE PLAN'S NONDEBTOR THIRD PARTY RELEASES; AND (V) CERTIFYING CLASS UNDER FED. R. BANKR. P. 7023 AND FED. R. CIV. P. 23 FOR PURPOSES OF THE OMNIBUS <u>OPT-OUT OF THE PLAN'S NONDEBTOR THIRD PARTY RELEASES</u>**

Having reviewed the Lead Plaintiff's Motion for Class Treatment under Fed. R. Bankr. P. 7023 for (i) a Class Proof of Claim, (ii) Certifying Class for Purposes of the Class Proof of Claim, (iii) an Omnibus Opt-Out of the Plan's Nondebtor Third Party Releases, (iv) Certifying Class for Purposes of the Omnibus Opt-Out of the Plan's Nondebtor Third Party Releases, and (v) Other Relief, on behalf of himself individually and on behalf of all others similarly situated, and good cause appearing therefor, the Court hereby ORDERS that:

1. Fed. R. Bankr. P. 7023 is applicable under Fed. R. Bankr. P. 9014.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

2.  The Class Proof of Claim is allowed.

3.  The Class is certified under Fed. R. Bankr. P. 7023 and Fed. R. Civ. P. 23 for purposes

    of allowance and effectuation of the Class Proof of Claim.

4.  The Omnibus Opt-Out of the Plan's Nondebtor Third Party Releases is allowed.

5.  The Class is certified under Fed. R. Bankr. P. 7023 and Fed. R. Civ. P. 23 for purposes

    of the Omnibus Opt-Out of the Plan's Nondebtor Third Party Releases.


SO ORDERED:

Dated: _____, 2023

_____
HON. DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

2