IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § § | (Jointly Administered) Re: Docket No. 1182 |

**CERTIFICATE OF NO OBJECTION TO
FIRST INTERIM FEE APPLICATION OF
DELOITTE TAX LLP FOR COMPENSATION OF
SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS TAX SERVICES PROVIDER TO THE DEBTORS FOR THE
PERIOD FROM JANUARY 16, 2023 THROUGH AND INCLUDING MARCH 31, 2023**

1. On August 25, 2023, Deloitte Tax LLP ("**Deloitte Tax**") filed the *First Interim Fee Application of Deloitte Tax LLP for Compensation of Services Rendered and Reimbursement of Expenses Tax Services Provider to the Debtors for the Period From January 16, 2023 Through March 31, 2023* (Docket No. 1182) (the "**Application**"). Objections to the Application were required to be filed and served on or prior to September 15, 2023 (the "**Objection Deadline**").

2. In accordance with paragraph 41 of the *Procedures for Complex Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) more than twenty-four hours have passed since the Objection Deadline, (ii) the undersigned counsel is unaware of any objection to the Application, and (iii) the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

undersigned counsel has reviewed the Court's docket and no objection to the Application appears thereon.

3. The Debtors respectfully request entry of the proposed *Order Approving* the *First Interim Fee Application of Deloitte Tax LLP for Compensation of Services Rendered and Reimbursement of Expenses Tax Services Provider to the Debtors for the Period From January 16, 2023 Through March 31, 2023*, attached hereto as **Exhibit A** (the "**Proposed Order**"). A redline reflecting non-substantive changes to the Proposed Order is attached hereto as **Exhibit B**.

Dated: September 18, 2023
Houston, Texas

/s/ Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Alfredo.Perez@weil.com
Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Ray.Shrock@weil.com
Ronit.Berkovich@weil.com

*Attorneys for Debtors
and Debtors in Possession*

**Certificate of Service**

I hereby certify that on September 18, 2023 a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                       */s/ Alfredo R. Pérez*
                                                       Alfredo R. Pérez