IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § § | |

# ORDER ALLOWING INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES
(Docket No. 1182)

The Court has considered the *First Interim Fee Application of Deloitte Tax LLP for Compensation of Services Rendered and Reimbursement of Expenses Tax Services Provider to the Debtors for the Period From January 16, 2023 Through March 31, 2023* (the "**Application**") filed by Deloitte Tax LLP ("**Deloitte Tax**"). The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of expenses in the amount of $840,477.83 incurred from the period set forth in the Application.

2. The Debtors are authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Dated:_____, 2023
          Houston, Texas

THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.