**Exhibit B**

**Redline**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § § | (Jointly Administered) |

ORDER ~~GRANTING DELOITTE TAX LLP'S~~ALLOWING INTERIM COMPENSATION
AND REIMBURSEMENT OF EXPENSES
(Docket No. 1182)
~~FIRST INTERIM FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERD AND REIMBURSEMENT OF EXPENSES INCURRED AS TAX SERVICES PROVIDER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM JANUARY 16, 2023 THROUGH MARCH 31, 2023~~

~~CAME ON FOR CONSIDERATION,~~ The Court has considered the *First Interim Fee Application of Deloitte Tax LLP for Compensation ~~for~~of Services Rendered ~~as~~and Reimbursement of Expenses* Tax Services Provider ~~for~~to the Debtors ~~and Debtors-in-Possession~~ for the Period ~~f~~From January 16, 2023 ~~t~~Through March 31, 2023 (the "**Application**") filed by ~~Core Scientific, Inc. on behalf of~~ Deloitte Tax LLP ("**Deloitte Tax**")~~, and~~. ~~t~~The Court ~~having reviewed the Application,~~ orders:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198).  The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

1. The Applicant is allowed interim compensation and reimbursement of expenses in the amount of $840,477.83 incurred from the period set forth in the Application.

~~the matters contained therein and exhibits thereto, and being of the opinion that the professional fees and expenses incurred should be allowed and paid by Debtors, it is therefore~~

~~ORDERED, that Deloitte Tax is hereby allowed interim compensation for professional fees in the amount of $838,757.20 and reimbursement of expenses in the amount of $1,720.63 incurred from January 16, 2023 through March 31, 2023; it is further~~

2. ~~ORDERED, that t~~The Debtors are authorized ~~and directed to pay Deloitte Tax the amount of~~ to disburse any unpaid amounts allowed by paragraph 1 of this Order.

~~$840,477.83 as approved herein less any amounts previously paid with respect thereto.~~

Dated:_____, 2023
Houston, Texas

_____
THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE