IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CORE SCIENTIFIC, INC. *et al.*,[1] | ) Case No. 22-90341 (DRJ) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**SUPPLEMENTAL DECLARATION OF BRETT H. MILLER
IN SUPPORT OF THE APPLICATION FOR ENTRY OF AN ORDER
AUTHORIZING THE RETENTION AND EMPLOYMENT OF
WILLKIE FARR & GALLAGHER LLP AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JANUARY 9, 2023**

I, Brett H. Miller, being duly sworn, state the following under penalty of perjury:

1. I am a partner in the law firm of Willkie Farr & Gallagher LLP ("Willkie"), with offices at 787 Seventh Avenue, New York, New York 10019, among other locations, and I am duly authorized to make this declaration on behalf of Willkie. I am an attorney duly admitted and in good standing to practice before the Bar of the State of New York, the United States Court of Appeals for the Second Circuit, and the United States District Courts for the Southern and Eastern Districts of New York. There are no disciplinary proceedings pending against me.

2. I submit this supplemental declaration (the "Supplemental Declaration") to supplement the disclosures contained in my initial declaration, filed on February 8, 2023, submitted in connection with the application of the Official Committee of Unsecured Creditors (the "Committee") to retain Willkie as counsel to the Committee in these chapter 11 cases effective

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

- 2 -

as of January 9, 2023 [Docket No. 505] (the "Application").  An order granting the Application was entered on March 10, 2023 [Docket No. 664] (the "Order").  Except as otherwise indicated, the facts set forth in this Supplemental Declaration are personally known to me and, if called as a witness, I could and would testify thereto.

3. As set forth in paragraph 5 of the Order, Willkie agreed to disclose any periodic adjustments to its rates by filing a supplemental declaration.  Willkie's hourly rates will be adjusted on October 1, 2023.  Accordingly, the purpose of this Supplemental Declaration is to disclose that as of October 1, 2023: (a) the Willkie partners that may provide services to the Committee in these cases will have standard hourly rates ranging from $1,550-$2,250; (b) the Willkie associates (including discovery and document review attorneys) and counsel that may provide services to the Committee in these cases will have standard hourly rates ranging from $565-$1,500; and (c) the Willkie paraprofessionals that may provide services to the Committee in these cases will have standard hourly rates ranging from $345-$590.  The Committee has consented to these rate increases.

By reason of the foregoing, I continue to believe Willkie is eligible for retention and employment by the Committee pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code and the applicable Bankruptcy Rules and Local Rules.

Dated:  September 18, 2023
        New York, New York

                                         /s/ Brett H. Miller
                                        Brett H. Miller
                                        Willkie Farr & Gallagher LLP

**Certificate of Service**

I certify that on September 18, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

By: */s/ Jennifer J. Hardy*
Jennifer J. Hardy