IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*, | § | Case No. 22-90341 (DRJ) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[7] | § | |
| | § | |
| | § | |

### ORDER SUSTAINING DEBTORS' OBJECTION TO PROOF OF CLAIM NOS. 364 AND 383 FILED BY HARLIN DEAN

Upon the objection, dated September 19, 2023 (the "**Objection**"),[2] of Core Scientific, Inc. ("**Core**") and its affiliates in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), seeking entry of an order (this "**Order**") disallowing Proof of Claim Nos. 364 and 383 filed by Harlin Dean and granting related relief, all as more fully set forth in the Objection, and after due deliberation,

**IT IS HEREBY ORDERED THAT:**

1. Proof of Claim Nos. 364 and 383 filed by Harlin Dean are disallowed.

2. Stretto, Inc., as claims, noticing and solicitation agent, is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

---

[7] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] All capitalized terms used, but not otherwise defined, herein shall have the meanings ascribed to such terms in the Objection.

3. This Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2023

Houston, Texas

                                                          DAVID R. JONES
                                                          UNITED STATES BANKRUPTCY JUDGE