IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.,* | § § § | Case No. 22-90341 (DRJ) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On or before September 11, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1179)

Dated: September 21, 2023

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: TeamCoreScientific@stretto.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Special Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

# Exhibit A



# Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 36th Street Capital #2 | | 161 Headquarters Plz | # 5 | Morristown | NJ | 07960-3965 |
| 36th Street Capital #4 | | 161 Headquarters Plz | # 5 | Morristown | NJ | 07960-3965 |
| 36th Street Capital Partners, LLC | | 161 Headquarters Plz | # 5 | Morristown | NJ | 07960-3965 |
| Abacus Poseidon Coden | | Address Redacted | | | | |
| Abdifatah Mohamed | | Address Redacted | | | | |
| Alyssa Cavazos | | Address Redacted | | | | |
| Andrew D Stone | | Address Redacted | | | | |
| Austin Professional Cleaning Services, LLC | | 4131 Spicewood Springs Rd | Ste E2 | Austin | TX | 78759-8658 |
| BlockFi Lending LLC | Attn: Michelle Henry | 115 Broadway | Fl 5 | New York | NY | 10006-1646 |
| Brandon Curtis | | Address Redacted | | | | |
| Brandon Davis | | Address Redacted | | | | |
| Brandon Scott Curtis | | Address Redacted | | | | |
| Caleb Wetor | | Address Redacted | | | | |
| Cole Nolan | | Address Redacted | | | | |
| Dillon Eldridge | | Address Redacted | | | | |
| Elasticsearch Inc | | 88 Kearny St | Fl 19 | San Francisco | CA | 94108-5508 |
| Elmington Property Management LLC | | 1030 16th Ave S | Ste 500 | Nashville | TN | 37212-2358 |
| Erica S Hill | | Address Redacted | | | | |
| Five Star Food Services, Inc. (Five Star) | | 412 E 10th St | # 108 | Chattanooga | TN | 37403-4312 |
| Forks Landscaping LLC | | 1301 Central Ave NW | | E Grand Forks | MN | 56721-1611 |
| Free Transportation LLC | | 300 Sherwood Forest Dr | | Hayesville | NC | 28904-7283 |
| Gerard Brennan | | Address Redacted | | | | |
| Gordon Clark MacDonald | | Address Redacted | | | | |
| Ivan Peter Shires | | Address Redacted | | | | |
| Jean-Sebastien Anoma | | Address Redacted | | | | |
| John Wayne Montgomery | | Address Redacted | | | | |
| Joshua Paul Miller | | Address Redacted | | | | |
| Kevin Christopher Halligan | | Address Redacted | | | | |
| Lukka Inc | | 800 Laurel Oak Dr | Ste 300 | Naples | FL | 34108-2713 |
| Matthew K Brown | | Address Redacted | | | | |
| Parker Lynch | | Address Redacted | | | | |
| Patricia Blair | | Address Redacted | | | | |
| Peter Engler | | Address Redacted | | | | |
| Pradeeban Kathiravelu | | Address Redacted | | | | |
| Rex M Serrano-Navarro | | Address Redacted | | | | |
| Ricardo Garcia-Pagan | | Address Redacted | | | | |
| Robert J Hamilton | | Address Redacted | | | | |
| Sloan Session | | Address Redacted | | | | |
| Synopsys Inc | | 675 Almanor Ave | Ste 101 | Sunnyvale | CA | 94085-2925 |
| Thomas Pinataro | | Address Redacted | | | | |
| Tobias R Curry | | Address Redacted | | | | |



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Tommy E Colter | | Address Redacted | | | | |
| Vanisha Goodman Coker | | Address Redacted | | | | |
| Veriedge LLC | Kutumba R Gaddipati DBA Veriedge LLC | 1042 Rock Ave | | San Jose | CA | 95131-1610 |
| Whitney B Snodgrass | | Address Redacted | | | | |
| William Tyler Cooper | | Address Redacted | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)