## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CORE SCIENTIFIC, INC., *et al.,* | ) | Case No. 22-90341 (DRJ) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## CERTIFICATE OF SERVICE

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On September 19, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1229]**

Furthermore, on September 20, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1248]**

Dated: September 21, 2023

   */s/ Serina Tran*
Serina Tran
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 949-404-4152
Email: TeamCoreScientific@stretto.com

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Special Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704

# **<u>Exhibit A</u>**



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| CRG Financial LLC [as Assignee of Kldiscovery Ontrack LLC] | Attn: Robert Axenrod | 84 Herbert Ave. Building B, Ste 202 | Closter | NJ | 07264 |
| KLDiscovery Ontrack, LLC [KLDiscovery, LLC, LDiscovery, LLC, KLDiscovery Holdings, Inc.] | Attn: Ejaye Haley | 9023 Columbine Road | Eden Prairie | MN | 55347-4182 |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

# **<u>Exhibit B</u>**

 STRETTO

**Exhibit B**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| CRG Financial LLC [as Assignee of M. Arthur GenslerJr. & Associates, Inc., A.k.a. Gensler] | Attn: Robert Axenrod | 84 Herbert Ave. Building B | Ste 202 | Closter | NJ | 07624 |
| M. Arthur Gensler Jr. & Associates, Inc. a.k.a. Gensler | Attn: Todd Runkle | 1011 S Congress Ave | Building 1, Ste 200 | Austin | TX | 78704 |