IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*, | § | Case No. 22-90341 (DRJ) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

**NOTICE OF FIRM CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that effective September 15, 2023, Haynes and Boone, LLP relocated its Dallas office to the following address:

Haynes and Boone, LLP
2801 N. Harwood Street, Suite 2300
Dallas, Texas 75201
Telephone: 214.651.5000
Facsimile: 214.651.5940

Please reflect this change in all future pleadings, notices and other papers served or filed in the above-captioned matter.

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

Dated: September 22, 2023　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: */s/ Martha Wyrick*
　　　　　　　　　　　　　　　　　　　　Kelli S. Norfleet
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24070678
　　　　　　　　　　　　　　　　　　　　**HAYNES AND BOONE, LLP**
　　　　　　　　　　　　　　　　　　　　1221 McKinney Street, Suite 4000
　　　　　　　　　　　　　　　　　　　　Houston, TX 77010
　　　　　　　　　　　　　　　　　　　　Telephone No.: (713) 547-2000
　　　　　　　　　　　　　　　　　　　　Facsimile No.: (713) 547-2600
　　　　　　　　　　　　　　　　　　　　Email: kelli.norfleet@haynesboone.com

　　　　　　　　　　　　　　　　　　　　-　　and　　-

　　　　　　　　　　　　　　　　　　　　Martha Wyrick
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24101606
　　　　　　　　　　　　　　　　　　　　Thomas J. Zavala
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24116265
　　　　　　　　　　　　　　　　　　　　**HAYNES AND BOONE, LLP**
　　　　　　　　　　　　　　　　　　　　2801 N. Harwood Street, Suite 2300
　　　　　　　　　　　　　　　　　　　　Dallas, TX 75201
　　　　　　　　　　　　　　　　　　　　Telephone No. (214) 651-5000
　　　　　　　　　　　　　　　　　　　　Facsimile No.: (214) 651-5940
　　　　　　　　　　　　　　　　　　　　Email: martha.wyrick@haynesboone.com
　　　　　　　　　　　　　　　　　　　　Email: tom.zavala@haynesboone.com

　　　　　　　　　　　　　　　　　　　　*Counsel for the City of Denton*

## **CERTIFICATE OF SERVICE**

　　　I hereby certify that a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in these cases on September 22, 2023.

　　　　　　　　　　　　　　　　　　　　*/s/ Martha Wyrick*
　　　　　　　　　　　　　　　　　　　　Martha Wyrick