IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § § | |

**THIRD AGREED ORDER POSTPONING DEADLINE FOR REPLY
IN FURTHER SUPPORT OF DEBTORS' MOTION FOR PARTIAL SUMMARY
JUDGMENT WITH RESPECT TO PROOF OF CLAIM NOS. 425 AND 497**

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), and Celsius Mining LLC[2] ("**Celsius**," and together with the Debtors and Celsius, the "**Parties**" and each a "**Party**") have agreed to further postpone the deadline for Debtors to file a Reply in further support of the *Debtors' Motion for Partial Summary Judgment with Respect to Proof of Claim Nos. 425 and 497* (Docket No. 942) (the "**Motion**") to October 31, 2023.[3]

Accordingly, upon the agreement of the Parties to postpone the deadline for Debtors to file their Reply in further support of the Motion, and it appearing to the Court after due deliberation and sufficient cause,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] Celsius is a debtor in possession in its own chapter 11 case pending in the United States Bankruptcy Court for the Southern District of New York, being jointly administered under Case No. 22-10964 (MG) (collectively, the "Celsius Chapter 11 Cases").

[3] The Parties previously filed an Agreed Order on August 3, 2023, which this Court entered on September 26, 2023 (Docket No. 1264), postponing the deadline for Debtors to file a Reply in further support of the Motion to September 29, 2023.

**IT IS HEREBY ORDERED THAT:**

1. The deadline for the Debtors to file their Reply in further support of the *Debtors' Motion for Partial Summary Judgment with Respect to Proof of Claims Nos. 425 and 497* (Docket No. 942) is extended to **October 31, 2023**.

2. This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Agreed Order.

**Signed**:

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

IN WITNESS WHEREOF and in agreement herewith, by and through the undersigned, the Parties have executed and delivered this Agreed Order as of the date set forth below.

Date:  September 27, 2023

  /s/ Christopher S. Koenig
JACKSON WALKER LLP
Matthew D. Cavenaugh (TX Bar No. 24062656)
Victoria Argeroplos (TX Bar No. 24105799)
Emily Flynn Meraia (TX Bar No. 24129307)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221
Email: mcavenaugh@jw.com

*Attorneys for Celsius Mining LLC*

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Joshua A. Sussberg, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: jsussberg@kirkland.com

-and-

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig (admitted *pro hac vice*)
Dan Latona (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: patrick.nash@kirkland.com
ross.kwasteniet@kirkland.com
chris.koenig@kirkland.com

/s/ Alfredo R.  Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:   (713) 224-9511
Email: Alfredo.Perez @weil.com
            Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Email:         Ray.Schrock@weil.com
                  Ronit.Berkovich@weil.com

*Attorneys for Debtors
and Debtors in Possession*

dan.latona@kirkland.com

-and-

Judson Brown, P.C. (admitted *pro hac vice*)
1301 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
Email: judson.brown@kirkland.com

*Attorneys for Celsius Mining LLC*