**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.,* | § | **Case No. 22-90341 (DRJ)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |
| | § | |

**DEBTOR'S SUPPLEMENTAL WITNESS AND EXHIBIT
LIST FOR HEARING ON OCTOBER 2, 2023**

Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), file this supplemental witness and exhibit list (the "**Supplemental Witness and Exhibit List**") for the hearing scheduled for **October 2, 2023 at 3:00 p.m.** (prevailing Central Time) (the "**Hearing**") for the *Debtors' Emergency Motion for Order Approving (I) Global Settlement Between Debtors and Celsius, (II) Sale of Cedarvale Facility and Related Assets, (III) Entry into Amended TNMP Contract and Assumption and Assignment of Transferred Contracts and (IV) Granting Related Relief* (ECF No. 1236) (the "**Motion**"):

**WITNESSES**

The Debtors may call any of the following witnesses at the Hearing:

1.     Adam Sullivan, President and Chief Executive Officer at Core Scientific, Inc.;

2.     Michael Bros, Senior Vice President of Capital Markets & Acquisitions at Core Scientific, Inc.;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

3.      Any witness called or listed by any other party; and

4.      Any rebuttal witnesses.

### EXHIBITS

In addition to the exhibits set forth on the Debtors' Witness and Exhibit list filed at ECF No. 1272, the Debtors may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 28. | Celsius Mining LLC's Objection to the Debtors' Motion for Partial Summary Judgment With Respect to Proof of Claim Nos. 425 and 497 Filed By Celsius Mining LLC **(ECF No. 984)** | | | | |
| 29. | [Celsius] Debtors' Motion for Entry of an Order (I) Approving the Settlement By and Among the Debtors and Core Scientific, (II) Authorizing Entry Into the Purchase and Sale Agreement, (III) Authorizing Intercompany Transfers With Celsius Mining, and (IV) Granting Related Relief **(Celsius Cases ECF No. 3474)** | | | | |
| 30. | Notice of Executory Contracts and Unexpired Leases To Be Assumed and Assigned in Connection With the Celsius Settlement and the Proposed Cure Costs With Respect Thereto (Service Copy - see Exhibit 20 at ECF No. 1272 for form attached to the PSA) | | | | |
| 31. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |
| 32. | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party | | | | |
| 33. | Any exhibit listed by any other party | | | | |

## <u>RESERVATION OF RIGHTS</u>

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list at any time prior to the hearing.  The Debtors reserve the right to offer into evidence any exhibit necessary to rebut evidence or testimony offered by any other party and any exhibits listed or used by any other party.

Dated: October 1, 2023
      Houston, Texas

               Respectfully submitted,

                /s/ Alfredo R. Pérez
               WEIL, GOTSHAL & MANGES LLP
               Alfredo R. Pérez (15776275)
               Clifford W. Carlson (24090024)
               700 Louisiana Street, Suite 1700
               Houston, Texas  77002
               Telephone: (713) 546-5000
               Facsimile:  (713) 224-9511
               Email:  Alfredo.Perez@weil.com
                      Clifford.Carlson@weil.com

               -and-

               WEIL, GOTSHAL & MANGES LLP
               Ray C. Schrock (admitted *pro hac vice*)
               Ronit J. Berkovich (admitted *pro hac vice*)
               767 Fifth Avenue
               New York, New York  10153
               Telephone:  (212) 310-8000
               Facsimile:   (212) 310-8007
               Email:  Ray.Schrock@weil.com
                      Ronit.Berkovich@weil.com

               *Attorneys for Debtors*
               *and Debtors in Possession*

**<u>Certificate of Service</u>**

I hereby certify that on October 1, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

_/s/ Alfredo R. Pérez_
Alfredo R. Pérez