## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC., *et al.*,** | § | **Case No. 22-90341 (DRJ)** |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| | § | |

## NOTICE OF FILING OF DEMONSTRATIVE TO BE USED BY THE DEBTORS AT THE OCTOBER 2, 2023 HEARING AT 3:00 PM (CENTRAL TIME)

**PLEASE TAKE NOTICE THAT** on September 15, 2023, the Debtors filed the *Emergency Motion for Order Approving (I) Global Settlement Between Debtors and Celsius, (II) Sale of Cedarvale Facility and Related Assets, (III) Entry Into Amended TNMP Contract and Assumption and Assignment of Transferred Contracts and (IV) Granting Related Relief* (Docket No. 1236), which is scheduled for hearing (the "**Hearing**") on October 2, 2023 at 3:00 p.m. (prevailing Central Time) before the Honorable David R. Jones, United States Bankruptcy Judge for the Southern District of Texas, Houston Division.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors' undersigned counsel will present a PowerPoint demonstrative, attached hereto as **Exhibit A**, to the Court and other interested parties at the Hearing.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

Dated: October 2, 2023
      Houston, Texas

Respectfully submitted,

  _/s/ Alfredo R. Pérez_            

WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   Alfredo.Perez@weil.com
         Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Ray.Schrock@weil.com
         Ronit.Berkovich@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

**<u>Certificate of Service</u>**

I hereby certify that on October 2, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/  Alfredo R. Pérez*
Alfredo R. Pérez

**EXHIBIT A**



Celsius Settlement Hearing

October 2, 2023



# Opening Statement

| 1 | Timeline of Celsius Settlement |
| 2 | Debtors' Business Relationship with Celsius |
| 3 | Disputes between Debtors and Celsius |
| 4 | Celsius Settlement |
| 5 | Overview of Purchased Assets |
| 6 | Approval of Celsius Settlement is Warranted |

**Weil**

# Timeline

| | |
|---|---|
| Celsius – Confirmation Hearing | October 2, 2023 |
| Core – Hearing to Approve the Celsius Settlement | October 2, 2023 |
| Celsius – Hearing to Approve the Celsius Settlement | October 5, 2023 |
| Targeted Closing Date of the Celsius Settlement | October 11, 2023[1] |

1.  The Debtors' Exhibit and Witness List was filed at Docket No. 1272 and Supplemental Exhibit and Witness List was filed at Docket No. 1280.

   Section 7(a) of the Purchase and Sale Agreement (the "**PSA**", Debtors' Exhibit No. 19, ECF No. 1272-21) provides that the closing shall take place on the date that is three (3) business days following the later to occur of the date on which the Debtors' proposed order for the Celsius Settlement has been entered and the date on which Celsius's proposed order for the Celsius Settlement has been entered and, in each case, any stay relating thereto has been lifted or expired.



# Debtors' Business Relationship with Celsius

- Prior to the Debtors' chapter 11 filing, Celsius Mining LLC (collectively with certain of its affiliates, "**Celsius**") was one of the Debtors' major hosting customers, owning approximately 37,536 miners hosted by the Debtors (Debtors' Exhibit No. 6, ECF No. 1272-6)

- The Debtors provided hosting services to Celsius pursuant to the below agreements:

  - Master Services Agreement, December 18, 2020, including Orders Nos. 1, 2, 3, 4, 5, 6, 7, 9, and 10 thereof (the "**2020 MSA**") (Debtors' Exhibit No. 8, ECF Nos. 1272-8 & 1272-9)

  - Master Services Agreement, December 3, 2021, including Order No. 1A thereof (the "**2021 MSA**", and together with the 2020 MSA, the "**Celsius Contracts**") (Debtors' Exhibit No. 8, ECF Nos. 1272-8 & 1272-9)

- Pursuant to the Celsius Contracts, the Debtors passed through any power tariffs to Celsius (the "**PPT Charges**")

  - The unpaid PPT Charges invoiced to Celsius after Celsius filed for chapter 11 led to one of the primary disputes between the parties (Debtors' Exhibit No. 6, ECF No. 1272-6)



# History of Disputes and Settlement with Celsius

| | | |
|---|---|---|
| **Celsius Chapter 11** | July 13, 2022 | Celsius filed for chapter 11 in the U.S. Bankruptcy Court for the Southern District of New York |
| **Celsius Motion to Enforced Automatic Stay** | September 28, 2022 | Celsius filed a motion in Celsius's chapter 11 cases to enforce the automatic stay and otherwise breached the 2020 MSA (Debtors' Exhibit No. 3, ECF No. 1272-3) |
| | October 19, 2022 | The Debtors filed an objection (Debtors' Exhibit No. 4, ECF No. 1272-4) and also moved (i) to compel immediate payment of administrative expenses, and either (ii) (a) for relief from the automatic stay, or (b) to compel assumption or rejection of the Celsius Contracts (Debtors' Exhibit No. 5, ECF No. 1272-5) |
| **Debtor's Chapter 11** | December 21, 2022 | The Debtors filed for chapter 11 in the U.S. Bankruptcy Court for the Southern District of Texas |
| **Debtors' POC** | January 3, 2023 | The Debtors filed a proof of claim in Celsius's chapter 11 cases (Debtors' Exhibit No. 13, ECF No. 1272-15) |
| | February 9, 2023 | The Debtors filed an amended proof of claim (Debtors' Exhibit No. 13, ECF No. 1272-15) |
| **Debtors Rejected the Celsius Contracts** | January 4, 2023 | The Court granted the Debtors' motion to reject the Celsius Contracts (Debtors' Exhibit No. 7, ECF No. 1272-7) |



# History of Disputes and Settlement with Celsius

| | | |
|---|---|---|
| **Celsius's POC and Debtors' Partial Summary Judgment Motion** | April 14, 2023 | Celsius filed proof of claims asserting purported breaches of the Celsius Contracts (Debtors' Exhibit No. 8, ECF Nos. 1272-8 & 1272-9) |
| | May 30, 2023 | The Debtors filed an objection (Debtors' Exhibit No. 09, ECF No. 1272-10) and also moved for partial summary judgment (the **"Summary Judgment Motion"**) (Debtors' Exhibit No. 10, ECF Nos. 1272-11 & 1272-12) |
| | June 21, 2023 | Celsius filed an objection to the Summary Judgment Motion (Debtors' Exhibit No. 28, ECF No. 1280-1) |
| **Celsius's Administrative Claim** | April 15, 2023 | Celsius filed a motion directing immediate payment of its asserted administrative expense claim (Debtors' Exhibit No. 11, ECF No. 1272-13) |
| | May 5, 2023 | The Debtors filed an objection (Debtors' Exhibit No. 12, ECF No. 1272-14) |



# History of Disputes and Settlement with Celsius

| | | |
|---|---|---|
| **Request for Mediation and Settlement** | June 16, 2023 | Parties agreed to mediate the issues and disputes underlying the competing pleadings before the Honorable Marvin Isgur on July 11, 2023 (Debtors' Exhibit No. 14, ECF No. 1272-16) |
| | June 2023 | Parties began exchanging numerous mark ups of the term sheet and later the PSA for the Celsius Settlement. (the Sullivan Declaration, Debtors' Exhibit No. 1, ECF No. 1272-1, para 10) |
| | June 30, 2023 | Parties agreed to postpone the deadline for the Debtors to file reply in support of the Summary Judgment Motion and to adjourn the hearing for pending settlement negotiations (Debtors' Exhibit Nos. 15, 16, 17, & 18, ECF Nos. 1272-17, 1272-18, 1272-19, & 1272-20) |
| | September 14, 2023 | Parties finalized the settlement agreement (i.e. the PSA) (Debtors' Exhibit No. 19, ECF No. 1272-21)<br><br>Celsius filed the *Motion to Approve / Debtors' Motion for Entry of an Order (I) Approving the Settlement By and Among the Debtors and Core Scientific, (II) Authorizing Entry Into the Purchase and Sale Agreement, (III) Authorizing Intercompany Transfers with Celsius Mining, and (IV) Granting Related Relief* (Celsius Docket No. 3474) (Debtors' Exhibit No. 29, ECF No. 1280-2) |
| | September 15, 2023 | The Debtors filed the *Emergency Motion / Debtors' Emergency Motion for Order Approving (I) Global Settlement Between Debtors and Celsius, (II) Sale of Cedarvale Facility and Related Assets, (III) Entry Into Amended TNMP Contract and Assumption and Assignment of Transferred Contracts and (IV) Granting Related Relief* (Docket No. 1236) |



# Celsius Settlement – Principle Terms

- Memorialized in the PSA (Debtors' Exhibit 19, ECF No. 1272-21)[1]
- PSA purchase price: $45mm
- Resolves all claims and disputes between the Debtors and Celsius except the Excluded Claims
- Subject to approval by both courts in the Debtors' and Celsius's chapter 11 cases

| Value to the Debtors | Consideration Received by Celsius |
|---|---|
| • Full and final release of the Released Celsius Claims | • Full and final release of the Released Core Claims |
| • $14 million cash payment from Celsius | • Sale of the Purchased Assets (e.g., the Cedarvale Facility and the Transferred Personal Property) free and clear[2] |
| • $4-6 million of savings in litigation expenses | • Perpetual, non-exclusive license to use the Licensed Materials |

1.  All subject to the conditions and terms further set forth in the PSA. Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the PSA.

2.  In connection with the Celsius Settlement, the Debtors have also reached various settlements with the general contractors to release the materials' and mechanics' lien in the Purchased Assetts asserted by them and their subcontractors (if applicable), including: Huband-Mantor Construction, Inc. (Debtors' Exhibit No. 24, ECF No. 1272-27), Trilogy LLC (Debtors' Exhibit No. 25, ECF No. 1272-28), Condair Inc. (Debtors' Exhibit No. 26, ECF No. 1272-29), Priority Power Management, LLC (Debtors' Exhibit No. 27, ECF No. 1272-30).



# Celsius Settlement – Released Claims

| POC # | Celsius Claim Type | Celsius Asserted Amount ($mm) | Settled and Released | |
|---|---|---|---|---|
| 425, 497 | Prepetition Breach of MSA | $112.0 | Yes | Released Celsius Claims |
| | Postpetition (Pre-Rejection) Breach of MSA | $1.5 | Yes | |
| | MSA Rejection Damages | $194.5 | Yes | |
| | Postpetition Administrative Claim | $4.7 | Yes | |
| | Additional Unspecified and Unliquidated Amounts | Not Specified | Yes | |
| 428, 434, 436, 439, 469, 494, 495, 496 | Celsius Secured Convertible Note Claims | $54.0 | No | Excluded Claims |

| POC # | Core Claim Type | Core Asserted Amount ($mm) | Settled and Released | |
|---|---|---|---|---|
| 17273, 23022 | Liquidated Amounts | $3.8 | Yes | Released Core Claims |
| | Unliquidated Amounts | >$30.0 | Yes | |
| | Postpetition Amounts | $7.7 | Yes | |



9

# Overview of Purchased Assets – the Cedarvale Facility





# Overview of Purchased Assets – the Cedarvale Facility





# Legal Standards under Rule 9019 and Sections 363, 365

**Legal Standard for Settlement under Rule 9019**

- Fair and equitable, in the best interest of the debtor's estate, and not beneath the "lowest point in the range of reasonableness"
- Product of good-faith, arm's-length bargaining

**Legal Standard for Asset Sales under Section 363**

- Reflects reasonable business judgment and has an articulated business justification
- Adequate and reasonable notice provided
- Good faith buyer
- Assets can be sold free and clear if any one of the elements of 363(f) are satisfied, including (among others):
  - parties holding an interest in the asset consent to the sale
  - parties' interest in the assets are in bona fide dispute

**Legal Standard for Assumption and Assignment under Section 365**

- Reflects reasonable business judgment and has an articulated business justification
- Any outstanding defaults must be cured
- Adequate assurance of assignee's future performance



# Celsius Settlement Should be Approved under Rule 9019

- As set forth in the Sullivan Declaration, the benefits of the settlement substantially outweigh the costs. The benefits include:
  - Settlement of approximately $312mm in claims against the estate, including $4.7mm in administrative expense claims
  - Cost savings from litigation of approximately $4-6mm (see the Sullivan Declaration, Debtors' Exhibit No.1, ECF No. 1272-1, para 8)
  - $14mm of cash

- The consideration provided by the Debtors is limited:
  - Cedarvale Facility is not part of the Debtors' go-forward business plan and the Debtors were unsuccessful in their previous marketing process (see the Bros Declaration, Debtors' Exhibit No. 2, ECF No. 1272-2, para 8)
    - Value received under the Celsius Settlement is the highest and best and use of the Purchased Assets (see the Sullivan Declaration, Debtors' Exhibit No.1, ECF No. 1272-1, para 9)
  - The Debtors' ability to succeed and recover on account of their claims against Celsius is uncertain (see id., para 8)

- The Celsius Settlement is the product of good-faith, arm's-length bargaining
  - More than 3 months of settlement negotiation (see id.)



13

# Sale of Purchased Assets Satisfies Section 363

- As set forth in the Bros Declaration, selling the Purchased Assets as part of the Celsius Settlement reflects a sound exercise of the Debtors' business judgment
  - More value received than if sold to a third party
    - Evidenced by the Debtors' robust marketing process that lasted for months (see the Bros Declaration, Debtors' Exhibit No. 2, ECF No. 1272-2, para 6)
  - Cedarvale Facility has limited value to the Debtors and would require material capital expenditures to become fully operational (see id., para 5)
  - $14mm of cash and release of substantial claims against the Debtors (see id., para 9)

- Granting the license to the Licensed Materials and entry into the Amended TNMP Contract are integral parts of the sale and settlement (see the Sullivan Declaration, Debtors' Exhibit No.1, ECF No. 1272-1, para 11)

- Sale of the Purchased Assets should be approved free and clear
  - Satisfies Bankruptcy Code section 363(f)
  - The Debtors provided adequate and reasonable notice on September 15, 2023 (see Certificate of Service, Debtors' Exhibit No. 21, ECF No. 1272-23)
  - Proposed in good faith and without collusion, and Celsius will be a "good faith buyer" (see the Sullivan Declaration, Debtors' Exhibit No.1, ECF No. 1272-1, para 10)



# Assumption and Assignment Satisfies Section 365

- As set forth in the Sullivan Declaration, assumption and assignment of the Transferred Contracts are integral parts of the sale and settlement (see the Sullivan Declaration, Debtors' Exhibit No.1, ECF No. 1272-1, para 11)

- No cure costs are owed in connection with the assumption of the Transferred Contracts (see the Certificate of Service (Service Copy), Debtors' Exhibit No. 30, ECF No. 1280-3)

- Celsius will provide adequate assurance of its future performance by being responsible for performing all future obligations (see the PSA, Debtors' Exhibit No. 19, No. 1272-21, section 1(a)(ii))



15

# Approval of the Celsius Settlement is Warranted

- For the foregoing reasons, the Debtors believe that the evidence will show that:
  - the Celsius Settlement is fair and equitable, in the best interest of the debtor's estate, and not beneath the "lowest point in the range of reasonableness," and it meets the standard for approval under Rule 9019
  - selling the Purchased Assets as part of the Celsius Settlement reflects a sound exercise of the Debtors' business judgment and should be approved free and clear under section 363
  - granting the license to the Licensed Materials and entry into the Amended TNMP Contract reflect a sound exercise of the Debtors' business judgment and should be approved under section 363
  - assumption and assignment of the Transferred Contracts reflects a sound exercise of the Debtors' business judgment and should be approved under section 365

