Electronic Appearance Sheet

Tom Kirkendall, Law Office of Tom Kirkendall
Client(s): Darin Feinstein

Marguerite DeVoll, Watt, Tieder, Hoffar & Fitzgerald
Client(s): McCarthy Building Companies, Inc.

Theodore Tsekerides, Weil, Gotshal & Manges LLP
Client(s): Debtors' Counsel

Greg Wolfe, Dontzin Nagy & Fleissig LLP
Client(s): Sphere 3D Corp.

Ashley Harper, Hunton Andrews Kurth LLP
Client(s): Sphere 3D Corp.

Brandon Bell, Hunton Andrews Kurth LLP
Client(s): Sphere 3D Corp.

Alfredo R. Perez, Weil, Gotshal & Manges LLP
Client(s): Debtors Counsel

Theodore Tsekerides, Weil, Gotshal & Manges LLP
Client(s): Debtors Counsel

Theodore E. Tsekerides, Weil, Gotshal & Manges LLP
Client(s): Debtors Counsel

Clifford W. Carlson, Weil, Gotshal & Manges LLP
Client(s): Debtors Counsel

Peter Lewis, Scheef & Stone
Client(s): Independent Directors

Katie Cowart, Hendershot Cowart, PC
Client(s): Holliwood, LLC

Alfredo R. Perez, Weil, Gotshal & Manges LLP
Client(s): Debtors Counsel

Clifford Carlson, Weil, Gotshal & Manges LLP
Client(s): Debtors Counsel

James Grogan, Paul Hastings LLP
Client(s): Ad Hoc Secured Noteholders Group

Tom Kirkendall, Law Office of Tom Kirkendall
Client(s): Darin Feinstein

Electronic Appearance Sheet

Kristopher Hansen, Paul Hastings LLP
Client(s): Ad Hoc Committee of Convertible Noteholders

Sarah Gryll, Arnold & Porter Kaye Scholer LLP
Client(s): Barings

Dan Latona, Kirkland & Ellis LLP
Client(s): Celsius Mining LLC and affiliates

Brian Lohan, Arnold & Porter Kaye Scholer LLP
Client(s): Barings

Madelyn Nicolini, Arnold & Porter Kaye Scholer LLP
Client(s): Barings

Jennifer Hardy, Willkie Farr & Gallagher LLP
Client(s): Official Committee of Unsecured Creditors

Peter Lewis, Scheef & Stone
Client(s): Special Committee of Board of Directors