IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § | Case No. 22-90341 (DRJ) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § | |
| | § | Re: Docket No. 1260 |

### SUPPLEMENT AND REQUEST FOR EMERGENCY RELIEF WITH RESPECT TO MOTION OF DEBTORS FOR AUTHORITY TO ENTER INTO LEASE AND RELATED AGREEMENTS

> EMERGENCY RELIEF HAS BEEN REQUESTED. RELIEF IS REQUESTED NOT LATER THAN TUESDAY, OCTOBER 10, 2023.
>
> IF YOU OBJECT TO THE RELIEF REQUESTED OR YOU BELIEVE THAT EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU MUST APPEAR AT THE HEARING IF ONE IS SET, OR FILE A WRITTEN RESPONSE PRIOR TO THE DATE THAT RELIEF IS REQUESTED IN THE PRECEDING PARAGRAPH. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.
>
> A HEARING WILL BE CONDUCTED ON THIS MATTER ON TUESDAY, OCTOBER 10, 2023 AT 1:00 P.M. (CENTRAL PREVAILING TIME) IN COURTROOM 400, 4TH FLOOR, 515 RUSK AVENUE, HOUSTON, TX 77002.
>
> YOU MAY PARTICIPATE IN THE HEARING EITHER IN PERSON OR BY AN AUDIO AND VIDEO CONNECTION. AUDIO COMMUNICATION WILL BE BY USE OF THE COURT'S DIAL-IN FACILITY. YOU MAY ACCESS THE FACILITY AT 832-917-1510.  ONCE CONNECTED, YOU WILL BE ASKED TO ENTER THE CONFERENCE ROOM NUMBER.  JUDGE JONES'S CONFERENCE ROOM NUMBER IS 205691.  VIDEO COMMUNICATION WILL BE BY USE OF THE GOTOMEETING PLATFORM.  CONNECT VIA THE FREE GOTOMEETING APPLICATION OR CLICK THE LINK ON JUDGE JONES'S HOME PAGE.  THE MEETING CODE IS "JUDGEJONES". CLICK THE SETTINGS ICON IN THE UPPER RIGHT CORNER AND ENTER YOUR NAME UNDER THE PERSONAL INFORMATION SETTING.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII, LLC (3198).  The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

> **HEARING APPEARANCES MUST BE MADE ELECTRONICALLY IN ADVANCE OF BOTH ELECTRONIC AND IN-PERSON HEARINGS. TO MAKE YOUR APPEARANCE, CLICK THE "ELECTRONIC APPEARANCE" LINK ON JUDGE JONE'S HOME PAGE. SELECT THE CASE NAME, COMPLETE THE REQUIRED FIELDS AND CLICK "SUBMIT" TO COMPLETE YOUR APPEARANCE.**

Core Scientific, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to rule 9013 of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Local Rules**") and paragraphs 17–18 of the Procedures for Complex Cases in the Southern District of Texas, hereby file this supplement and request for emergency relief (this "**Supplement**") with respect to the *Motion of Debtors for Authority to Enter Into Lease and Related Agreements*, dated September 23, 2023 (Docket No. 1260) (the "**Motion**")[2] and request entry of an order, substantially similar to the form attached hereto as **Exhibit A** (the "**Proposed Order**"), authorizing the relief requested in the Motion and this Supplement, and respectfully represent as follows:

### Supplement and Request for Emergency Relief

1. Following the filing of the Motion, the Debtors determined that emergency consideration thereof is necessary. Pursuant to Section 3 of the Cottonwood II Lease, the Landlord may terminate the Cottonwood II Agreements if the Court does not approve the Cottonwood II Agreements and the payment of the Consideration (as defined in the Cottonwood II Lease) on or before October 16, 2023. The Motion was filed on September 23, 2023 and the current deadline to object to the Motion is October 16, 2023. Consequently, absent emergency consideration, the

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion. The Motion is incorporated by reference herein in its entirety.

Debtors will be unable to obtain entry of the Proposed Order on or before October 16, 2023, in which case the Landlord may terminate the Cottonwood II Agreements.

2. As described in the Motion, the Debtors require entry into the Cottonwood II Agreements so that they may continue energizing the Cottonwood Facility and further expand their Mining Operations thereon. Most importantly, without the Transmission Easement, the Debtors are not able to transmit energy from the electrical grid to the Cottonwood Substation, which is necessary to energize and continue Mining Operations at the Cottonwood Facility, including the Cottonwood I Property, which the Debtors have spent in excess of $70,000,000 developing to date and currently is the site of over 12,000 miners engaged in Mining Operations. Consequently, the Debtors submit that emergency consideration of the relief requested in the Proposed Order is necessary and appropriate.

3. To avoid the irreparable harm that the Debtors and their estates will suffer absent Court-approval of the Cottonwood II Agreements, the Debtors file this Supplement and respectfully request that the Court consider the relief requested in the Proposed Order on an emergency basis at the hearing scheduled on October 10, 2023 (the "**Hearing**").[3]

## Notice

4. Notice of this Supplement will be provided to any party entitled to notice pursuant to Bankruptcy Rule 2002 and any other party entitled to notice pursuant to Bankruptcy Local Rule 9013-1(d).

---

[3] The Debtors intend to file an accompanying declaration in support of the Motion prior to the Hearing and will make the declarant available for cross examination at the Hearing.

**WHEREFORE**, the Debtors respectfully request entry of the Proposed Order granting the relief requested herein and in the Motion and further relief as the Court may deem just and appropriate.

Dated:  October 4, 2023
        Houston, Texas

Respectfully submitted,

/s/  Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:  Alfredo.Perez@weil.com
        Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Email:  Ray.Schrock@weil.com
        Ronit.Berkovich@weil.com

*Attorneys for Debtors
and Debtors in Possession*

**Certificate of Service**

I hereby certify that on October 4, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Alfredo R. Pérez
Alfredo R. Pérez