IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CORE SCIENTIFIC, INC. *et al.*,[1] | ) | Case No. 22-90341 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATE OF NO OBJECTION**

Pursuant to the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, Gray Reed, as conflicts and efficiency counsel to the Official Committee of Unsecured Creditors (the "Committee") hereby certifies as follows:

1. On Monday, September 11, 2023, Gray Reed filed and served via CM/ECF, and separately via electronic transmission upon the Fee Notice Parties, its *First Interim Application of Gray Reed for Allowance of Compensation and Reimbursement of Expenses as Conflicts and Efficiency Counsel for the Official Committee of Unsecured Creditors for the Period of January 30, 2023 through May 31, 2023* [Docket No. 1213] (the "Application").[2]

2. The deadline for parties to file responses to the Application was Monday, October 2, 2023 (the "Objection Deadline"). No responses to the Application were filed on the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 541].

4854-0434-4452

docket on or before the Objection Deadline.  Additionally, Gray Reed did not receive any informal responses to the Application.

3.  Accordingly, Gray Reed requests that the Court enter the proposed order attached hereto at the earliest convenience of the Court.

Respectfully submitted this 4th day of October, 2023.

                                **GRAY REED**

By:  */s/ Jason S. Brookner*
      Jason S. Brookner
      Texas Bar No. 24033684
      Lydia R. Webb
      Texas Bar No. 24083758
1300 Post Oak Boulevard, Suite 2000
Houston, Texas 77056
Telephone:   (713) 986-7127
Facsimile:   (713) 986-5966
Email:           jbrookner@grayreed.com
                     lwebb@grayreed.com

*Counsel for the Official Committee of Unsecured Creditors*

### Certificate of Service

I certify that on October 4, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                        */s/ Jason S. Brookner*
                        Jason S. Brookner

4854-0434-4452