IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § | (Jointly Administered) Re: Docket Nos. 1260 and 1301 |

### NOTICE OF FILING OF REVISED PROPOSED ORDER FOR SUPPLEMENT AND REQUEST FOR EMERGENCY RELIEF WITH RESPECT TO MOTION OF DEBTORS FOR AUTHORITY TO ENTER INTO LEASE AND RELATED AGREEMENTS

**PLEASE TAKE FURTHER NOTICE** that on October 4, 2023, Core Scientific, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Supplement and Request for Emergency Relief with Respect to Motion of Debtors for Authority to Enter Into Lease and Related Agreements* (Docket No. 1301) (the "**Supplement**"), with a proposed order granting the relief requested in the Supplement attached thereto as Exhibit A (the "**Initial Proposed Order**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby submit a revised proposed order granting the same relief requested in the Supplement, attached hereto as **Exhibit A** (the "**Revised Proposed Order**"), which removes Exhibit B from the Revised Proposed Order and adds the fully executed and compiled agreements for Exhibits 1 through 5 to the Revised

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

Proposed Order.  A redline of the Revised Proposed Order marked against the Initial Proposed Order reflecting the removal of Exhibit B in the Initial Order is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Supplement and entry of the Revised Proposed Order is scheduled for October 10, 2023 at 1:00 p.m. (prevailing Central Time) before the Honorable David R. Jones, United States Bankruptcy Judge for the Southern District of Texas, Houston Division.

*[Remainder of Page Intentionally Left Blank]*

Dated:  October 5, 2023
Houston, Texas

                                                Respectfully submitted,

                                                */s/ Alfredo R. Pérez*
                                                WEIL, GOTSHAL & MANGES LLP
                                                Alfredo R. Pérez (15776275)
                                                Clifford W. Carlson (24090024)
                                                700 Louisiana Street, Suite 1700
                                                Houston, Texas 77002
                                                Telephone:  (713) 546-5000
                                                Facsimile:   (713) 224-9511
                                                Email:       Alfredo.Perez@weil.com
                                                                      Clifford.Carlson@weil.com

                                                -and-

                                                WEIL, GOTSHAL & MANGES LLP
                                                Ray C. Schrock (admitted *pro hac vice*)
                                                Ronit J. Berkovich (admitted *pro hac vice*)
                                                767 Fifth Avenue
                                                New York, New York 10153
                                                Telephone:  (212) 310-8000
                                                Facsimile:   (212) 310-8007
                                                Email:   Ray.Schrock@weil.com
                                                               Ronit.Berkovich@weil.com


                                                *Attorneys for Debtors*
                                                *and Debtors in Possession*

**Certificate of Service**

I hereby certify that on October 5, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Alfredo R. Pérez*
Alfredo R. Pérez