**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.,* | § | Case No. 22-90341 (DRJ) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | |

## DEBTORS' WITNESS AND EXHIBIT
## LIST FOR HEARING ON OCTOBER 10, 2023

Core Scientific, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), file this witness and exhibit list (the "**Witness and Exhibit List**") for the hearing scheduled for October 10, 2023 at 1:00 P.M. (prevailing Central Time) (the "**Hearing**"):

## WITNESSES

The Debtors may call any of the following witnesses at the Hearing:

1.   Michael Bros, Senior Vice President of Capital Markets & Acquisitions at Core Scientific, Inc.;

2.   Any witness called or listed by any other party; and

3.   Any rebuttal witnesses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

**<u>EXHIBITS</u>**[2]

The Debtors may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Revised Proposed Order, annexed to the *Notice of Filing of Revised Proposed Order for Supplement And Request For Emergency Relief With Respect to Motion of Debtors for Authority to Enter Into Lease and Related Agreements* (Docket No. 1315) as Exhibit A **(Docket No. 1315-1)** (the "**Revised Proposed Order**") | | | | |
| 2. | Cottonwood II Lease, annexed to the Revised Proposed Order as Exhibit 1 **(Docket No. 1315-1, Exhibit 1)** | | | | |
| 3. | Cottonwood II Memo of Lease, annexed to the Revised Proposed Order as Exhibit 2 **(Docket No. 1315-1, Exhibit 2)** | | | | |
| 4. | Distribution Easement Agreement, annexed to the Revised Proposed Order as Exhibit 3 **(Docket No. 1315-1, Exhibit 3)** | | | | |
| 5. | Transmission Easement Agreement, annexed to the Revised Proposed Order as Exhibit 4 **(Docket No. 1315-1, Exhibit 4)** | | | | |
| 6. | Access Easement Agreement, annexed to the Revised Proposed Order as Exhibit 5 **(Docket No. 1315-1, Exhibit 5)** | | | | |
| 7. | List of Existing Liens, annexed to the Motion as Exhibit B **(Docket No. 1260, Exhibit B)** | | | | |

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the *Supplement and Request for Emergency Relief With Respect to Motion of Debtors for Authority to Enter Into Lease and Related Agreements* (Docket No. 1301) (the "**Supplement**") and the *Motion of Debtors for Authority to Enter Into Lease and Related Agreements*, dated September 23, 2023 (Docket No. 1260) (the "**Motion**").

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 8. | Declaration of Michael Bros in Support of Supplement and Request For Emergency Relief With Respect to Motion of Debtors for Authority to Enter Into Lease And Related Agreements **(Docket No. 1316)** | | | | |
| 9. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |
| 10. | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party | | | | |
| 11. | Any exhibit listed by any other party | | | | |

*[Remainder of Page Intentionally Left Blank]*

## **RESERVATION OF RIGHTS**

The Debtor's reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this Witness and Exhibit List at any time prior to the Hearing.  The Debtors reserve the right to offer into evidence any exhibit necessary to rebut evidence or testimony offered by any other party and any exhibits listed or used by any other party.

Dated: October 6, 2023
     Houston, Texas

Respectfully submitted,

  */s/ Alfredo R. Pérez*
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:  Alfredo.Perez@weil.com
     Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Email:  Ray.Schrock@weil.com
     Ronit.Berkovich@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

**<u>Certificate of Service</u>**

I hereby certify that on October 6, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Alfredo R. Pérez* _____
Alfredo R. Pérez