IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § § | (Jointly Administered) |

NOTICE OF AGENDA OF MATTER
SET FOR HEARING ON OCTOBER 10, 2023 AT 1:00 P.M. (CT)

Core Scientific, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), hereby file this Agenda of Matter Set for Hearing on October 10, 2023 at 1:00 P.M. (prevailing Central Time) before the Honorable David R. Jones. The hearing will be conducted in Courtroom 400, 4th floor, 515 Rusk Avenue, Houston, TX 77002. You may participate in the hearing by an audio and video connection. The audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510 and enter the conference code 205691. The video communication will be by use of the Gotomeeting Platform. Connect via the free Gotomeeting Application or click the link on Judge Jones's home page. The meeting code is "judgejones." Click the settings icon in the upper right corner and enter your name under the personal information setting.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

1. **Motion of Debtors for Authority to Enter Into Lease and Related Agreements (Docket No. 1260) and Supplement and Request for Emergency Relief with Respect to Motion of Debtors for Authority to Enter Into Lease and Related Agreements (Docket No. 1301)**

    Status:	This matter is going forward.

    Responses Filed:	None.

    Related Documents:

    A.	Notice of Filing of Revised Proposed Order for Supplement and Request for Emergency Relief With Respect to Motion of Debtors for Authority to Enter Into Lease and Related Agreements (Docket No. 1315)

    B.	Declaration of Michael Bros in Support of Supplement and Request For Emergency Relief With Respect to Motion of Debtors for Authority to Enter Into Lease And Related Agreements (Docket No. 1316)

    C.	Witness and Exhibit List (Docket No. 1317)

    *[Remainder of Page Intentionally Left Blank]*

Dated: October 6, 2023
      Houston, Texas

                                Respectfully submitted,

                                */s/ Alfredo R. Pérez*
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Alfredo.Perez@weil.com
        Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Ray.Schrock@weil.com
        Ronit.Berkovich@weil.com

*Attorneys for Debtors
and Debtors in Possession*

**Certificate of Service**

I hereby certify that on October 6, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                     _/s/ Alfredo R. Pérez_
                                                     Alfredo R. Pérez