Electronic Appearance Sheet

Christine Calabrese, Weil, Gotshal & Manges LLP
Client(s): Core Scientific, Inc., et al.

Christine Calabrese, Weil, Gotshal & Manges LLP
Client(s): Core Scientific, Inc. et al.

James Burbage, Willkie Farr & Gallagher LLP
Client(s): Official Committee of Unsecured Creditors

James Grogan, Paul Hastings LLP
Client(s): Ad Hoc Secured Noteholder Group

Clifford Carlson, Weil, Gotshal & Manges LLP
Client(s): Core Scientific, Inc.

Austin Crabtree, Weil, Gotshal & Manges LLP
Client(s): Core Scientific, Inc.

Avelina Burbridge, Weil, Gotshal & Manges LLP
Client(s): Core Scientific, Inc.

Jay Farwell, Cokinos Young
Client(s): Huband Mantor Construction

Peter Lewis, Scheef and Stone
Client(s): Special Committee of Board of Directors