IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.,* | § § § | Case No. 22-90341 (DRJ) |
| Debtors.[1] | § § § § | (Jointly Administered) Re: Docket No. 1065 |

CERTIFICATE OF NO OBJECTION TO
REGARDING MOTION OF THE DEBTORS FOR
ENTRY OF AN ORDER FURTHER EXTENDING EXCLUSIVE
PERIODS PURSUANT TO SECTION 1121(D) OF THE BANKRUPTCY CODE

1. On July 18, 2023, Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Motion of Debtors for Entry of an Order Further Extending Exclusive Periods Pursuant to Section 1121(D) of the Bankruptcy Code* (Docket No. 1065) (the "**Motion**"),[2] with a proposed order granting the relief requested in the Motion annexed thereto as Exhibit A (the "**Proposed Order**"). Objections to the Motion were required to be filed and served on or prior to August 8, 2023 (the "**Objection Deadline**").

2. Following the filing of the Motion, the Debtors received certain informal comments from Barings BDC, Inc. and the ad hoc group of secured convertible noteholders. A revised proposed order incorporating such comments is annexed hereto as **Exhibit A**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

(the "**Revised Proposed Order**").  A redline of the Revised Proposed Order marked against the Proposed Order is annexed hereto as **Exhibit B**.

3. In accordance with paragraph 44 of the *Procedures for Complex Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) the Objection Deadline has passed, (ii) the undersigned counsel is unaware of any objection to the Motion, and (iii) the undersigned counsel has reviewed the Court's docket and no objection to the Motion appears thereon.

4. Therefore, the Debtors respectfully request entry of the Revised Proposed Order.

*[Remainder of page intentionally left blank]*

Dated: October 10, 2023
       Houston, Texas

                                                  */s/ Alfredo R. Pérez*
                                     WEIL, GOTSHAL & MANGES LLP
                                     Alfredo R. Pérez (15776275)
                                     Clifford Carlson (24090024)
                                     700 Louisiana Street, Suite 1700
                                     Houston, Texas  77002
                                     Telephone: (713) 546-5000
                                     Facsimile:  (713) 224-9511
                                     Email:  Alfredo.Perez@weil.com
                                                    Clifford.Carlson@weil.com

                                     -and-

                                     WEIL, GOTSHAL & MANGES LLP
                                     Ray C. Schrock (admitted *pro hac vice*)
                                     Ronit J. Berkovich (admitted *pro hac vice*)
                                     767 Fifth Avenue
                                     New York, New York 10153
                                     Telephone:  (212) 310-8000
                                     Facsimile:  (212) 310-8007
                                     Email:   Ray.Shrock@weil.com
                                                    Ronit.Berkovich@weil.com

                                     *Attorneys for Debtors*
                                     *and Debtors in Possession*

**Certificate of Service**

    I hereby certify that on October 10, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                           */s/ Alfredo R. Pérez*
                                                                           Alfredo R. Pérez