**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC., *et al.*,** | § | **Case No. 22-90341 (DRJ)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On or before September 27, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1220)

Furthermore, on or before October 3, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit B**:

- **Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1265)

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit C**, pursuant to USPS forwarding instructions:

- **Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1090)

- **Instructional Cover Letter to Nominees** (attached hereto as **Exhibit D**)

[THIS SPACE INTENTIONALLY LEFT BLANK]

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Special Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit E**, pursuant to USPS forwarding instructions:

- **Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1129)

- **Instructional Cover Letter to Nominees** (attached hereto as **Exhibit F**)

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit G**, pursuant to USPS forwarding instructions:

- **Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1179)

- **Instructional Cover Letter to Nominees** (attached hereto as **Exhibit H**)

Dated: October 11, 2023

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-734
Email: TeamCoreScientific@stretto.com

# Exhibit A



# Exhibit A

Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 36th Street Capital #2 | | 8353 Morning Star Rd | | | Lake Worth | FL | 33467-1713 |
| 36th Street Capital #4 | | 8363 NW 41st St | Apt 106 | | Doral | FL | 33166-6626 |
| 36th Street Capital Partners, LLC | | 8405 White Stallion Trl | | | Mckinney | TX | 75070-6874 |
| 36th Street Capital Partners, LLC | c/o Underwriting & Portfolio Management | Attn: Jennifer Olsen | 8405 White Stallion Trl | | Mckinney | TX | 75070-6874 |
| 36th Street Capital Partners, LLC | c/o Underwriting & Portfolio Management | Attn: Jennifer Olsen | 90 NW 29th St | Apt 710 | Miami | FL | 33127-4099 |
| Ashu Swami | | Address Redacted | | | | | |
| BlockFi Lending LLC | | 8330 E Quincy Ave | Apt F106 | | Denver | CO | 80237-2411 |
| Brandyn W Forrest | | Address Redacted | | | | | |
| Hewlett Packard Enterprise Company | | 8816 19th St | Apt 44 | | Rch Cucamonga | CA | 91701-4628 |
| Katharine Hall | | Address Redacted | | | | | |
| Pradeeban Kathiravelu | | Address Redacted | | | | | |

# Exhibit B



# Exhibit B

Served Via First-Class Mail

| Name | Address |
|---|---|
| Brett C Hiley | Address Redacted |
| Harlin R Dean | Address Redacted |
| Ricardo Garcia-Pagan | Address Redacted |
| Sharon Orlopp | Address Redacted |

# Exhibit C



**Exhibit C**

Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Alpine Securities Corporation | Corporate Actions | PO Box 3478 | | | Salt Lake Cty | UT | 84110-3478 |
| Amherst Pierpont Securities LLC | Corporate Actions | 437 Madison Ave | Fl 8 | | New York | NY | 10022-7046 |
| BBT&T Securities, LLC | Jesse W. Sprouse | 1001 Semmes Ave | | | Richmond | VA | 23224-2245 |
| Corporate Stock Transfer, Inc./Drs | Shari Humpherys | 1110 Centre Pointe Curv | Ste 101 | | Saint Paul | MN | 55120-4100 |
| Hilltop Securities Inc. | Attn: Bonnie Allen, Corporate Actions | 717 N Harwood St | Ste 3400 | | Dallas | TX | 75201-6534 |
| MG Trust Company | Suzanne Walters | Vice President | 250 N Sunny Slope Rd | Ste 300 | Brookfield | WI | 53005-4824 |
| National Financial Services LLC/Stoc | Michael Fortugno | 5000 T Rex Ave | Ste 300 | | Boca Raton | FL | 33431-4491 |

# **Exhibit D**




To Custodians, Banks, Brokers, and Other Nominees (each, a "Nominee"):

*Re: Case Number: 22-90341 (DRJ) – Core Scientific, Inc., et al. CHAPTER 11 BANKRUPTCY*

***CUSIP No. 21873J 108***

Core Scientific, Inc., et al., (the "Debtors"), filed with the United States Bankruptcy Court for the Southern District of Texas (the "Court"), the enclosed *Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors* (the "Notice"). Stretto, the Claims and Noticing agent for Debtors, was instructed by the Debtors' counsel that the enclosed listed in Notice must be served upon nominees that hold stock in "street name" for the beneficial holders of the below-referenced CUSIP Number. You are receiving the Notice because your institution was identified by Depository Trust Company ("DTC") on the Security Position Report as of December 21, 2022 (the "Record Date").

| CUSIP/ISIN No | Record Date |
|---|---|
| 21873J 108 / US21873J1088 | December 21, 2022 |

| Broadridge Job No.(s) | Mediant Job No.(s) |
|---|---|
| TBD | TBD |

If you would like to request Stretto to either provide extra copies of the Notice on your behalf to your respective clients, please provide Stretto with either the number of copies you require or a list of names and addresses to whom you would like STRETTO to serve.

| By Email |
|---|
| PublicSecurities@Stretto.com |

If you are not the correct individual or department to research and disburse the requested information, please forward to the proper individual at your firm.

# **Exhibit E**



# Exhibit E

Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Amherst Pierpont Securities LLC | Corporate Actions | 437 Madison Ave | Fl 8 | New York | NY | 10022-7046 |
| BBT&T Securities, LLC | Jesse W. Sprouse | 1001 Semmes Ave | | Richmond | VA | 23224-2245 |
| Clear Street LLC/Securities Lending | | 150 Greenwich St | Fl 45 | New York | NY | 10007-5201 |
| Corporate Stock Transfer, Inc./Drs | Shari Humpherys | 1110 Centre Pointe Curv | Ste 101 | Saint Paul | MN | 55120-4100 |

# **Exhibit F**



To Custodians, Banks, Brokers, and Other Nominees (each, a "Nominee"):

*Re: Case Number: 22-90341 (DRJ) – Core Scientific, Inc., et al. CHAPTER 11 BANKRUPTCY*

***CUSIP No. 21873J 108***

Core Scientific, Inc., et al., (the "Debtors"), filed with the United States Bankruptcy Court for the Southern District of Texas (the "Court"), the enclosed *Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors (Docket No. 1129)* (the "Notice"). Stretto, the Claims and Noticing agent for Debtors, was instructed by the Debtors' counsel that the enclosed listed in Notice must be served upon nominees that hold stock in "street name" for the beneficial holders of the below-referenced CUSIP Number. You are receiving the Notice because your institution was identified by Depository Trust Company ("DTC") on the Security Position Report as of December 21, 2022 (the "Record Date").

| CUSIP/ISIN No | Record Date |
| --- | --- |
| 21873J 108 / US21873J1088 | December 21, 2022 |

| Broadridge Job No.(s) | Mediant Job No.(s) |
| --- | --- |
| **TBD** | **TBD** |

If you would like to request Stretto to either provide extra copies of the Notice on your behalf to your respective clients, please provide Stretto with either the number of copies you require or a list of names and addresses to whom you would like STRETTO to serve.

| By Email |
| --- |
| PublicSecurities@Stretto.com |

If you are not the correct individual or department to research and disburse the requested information, please forward to the proper individual at your firm.

# **Exhibit G**



# Exhibit G

Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Corporate Stock Transfer, Inc./Drs | Shari Humpherys | 1110 Centre Pointe Curv | Ste 101 | | Saint Paul | MN | 55120-4100 |
| Hilltop Securities Inc. | Attn: Bonnie Allen, Corporate Actions | 717 N Harwood St | Ste 3400 | | Dallas | TX | 75201-6534 |
| Hilltop Securities Inc. | Attn: Corporate Actions | 717 N Harwood St | Ste 3400 | | Dallas | TX | 75201-6534 |
| Mufg Union Bank, N.A. | Maggi Boutelle | 1555 N Rivercenter Dr | Ste 302 | | Milwaukee | WI | 53212-3958 |
| Mufg Union Bank, N.A./MMI/PIMS/IPA | Maggi Boutelle | Maggi Boutelle | 1555 N Rivercenter Dr | Ste 302 | Milwaukee | WI | 53212-3958 |
| Precision Securities, LLC | Corp Actions | 2010 Jimmy Durante Blvd | Ste 270 | | Del Mar | CA | 92014-2272 |

# Exhibit H



To Custodians, Banks, Brokers, and Other Nominees (each, a "Nominee"):

*Re: Case Number: 22-90341 (DRJ) – Core Scientific, Inc., et al. CHAPTER 11 BANKRUPTCY*

***CUSIP No. 21873J 108***

Core Scientific, Inc., et al., (the "Debtors"), filed with the United States Bankruptcy Court for the Southern District of Texas (the "Court"), the enclosed *Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors (Docket No. 1179)* (the "Notice"). Stretto, the Claims and Noticing agent for Debtors, was instructed by the Debtors' counsel that the enclosed listed in Notice must be served upon nominees that hold stock in "street name" for the beneficial holders of the below-referenced CUSIP Number. You are receiving the Notice because your institution was identified by Depository Trust Company ("DTC") on the Security Position Report as of December 21, 2022 (the "Record Date").

| CUSIP/ISIN No | Record Date |
|---|---|
| 21873J 108 / US21873J1088 | December 21, 2022 |

Stretto has provided the appropriate number of sets of the Notice as requested upon Broadridge and Mediant, respectively. The following referenced job numbers pertain to the mailings established at Broadridge and Mediant. Please mail the provided materials via USPS First-Class Mail and Email to the record date beneficial holders in your books and records as applicable.

| Broadridge Job No.(s) | Mediant Job No.(s) |
|---|---|
| **N92220, N92221, N92222** | **TBD** |

If you are not the correct individual or department to research and disburse the requested information, please forward to the proper individual at your firm.