IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § | Case No. 22-90341 (DRJ) |
| Debtors[1] | § § § | (Jointly Administered) Re: Dkt. No. 1251 |

**CERTIFICATE OF NO OBJECTION TO
FIRST INTERIM FEE APPLICATION OF VINSON & ELKINS LLP,
COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY
HOLDERS FOR THE PERIOD FROM MARCH 30, 2023 THROUGH JUNE 30, 2023**

1. On September 20, 2023, Vinson & Elkins LLP ("***V&E***") filed the *First Interim Fee Application of Vinson & Elkins LLP, Counsel for the Official Committee of Equity Security Holders for the Period from March 30, 2023 Through June 30, 2023* [Docket No. 1251] (the "***Application***"). The deadline for filing and serving objections to the Application was October 11, 2023 (the "***Objection Deadline***").

2. In accordance with paragraph 44 of the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, V&E hereby files this Certificate of No Objection and represents to the United States Bankruptcy Court for the Southern District of Texas (the "***Court***") that (i) the Objection Deadline has passed; (ii) V&E is unaware of any objection to the Application, and (iii) V&E has reviewed the Court's docket and found no objection to the Application.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR, LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

3. Therefore, V&E respectfully requests entry of the proposed order attached as **Exhibit A** at the earliest convenience of the Court.

| | |
|---|---|
| Dated: October 13, 2023<br>Houston, Texas | Respectfully submitted,<br><br>*/s/ Paul E. Heath*<br>**VINSON & ELKINS LLP**<br><br>David S. Meyer (admitted *pro hac vice*)<br>Lauren R. Kanzer (admitted *pro hac vice*)<br>1114 Avenue of the Americas<br>32nd Floor<br>New York, NY 10036<br>Tel: (212) 237-0000<br>Fax: (212) 237-0100<br>dmeyer@velaw.com; lkanzer@velaw.com<br><br>- and -<br><br>Paul E. Heath (Texas Bar No. 09355050)<br>Harry A. Perrin (Texas Bar No. 15796800)<br>Matthew J. Pyeatt (Texas Bar No. 24086609)<br>Kiran Vakamudi (Texas Bar No. 24106540)<br>845 Texas Avenue<br>Suite 4700<br>Houston, TX 77002<br>Tel: (713) 758-2222<br>Fax: (713) 758-2346<br>pheath@velaw.com; hperrin@velaw.com;<br>mpyeatt@velaw.com; kvakamudi@velaw.com<br><br>**COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS** |

4876-2773-1078

## **CERTIFICATE OF SERVICE**

I certify that on October 13, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

>  */s/ Paul E. Heath*  
> One of Counsel

# **EXHIBIT A**

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | Case No. 22-90341 (DRJ) |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.*, | § | Chapter 11 |
| | § | |
| | § | **(Jointly Administered)** |
| Debtors.[1] | § | Re: Dkt. No. 1251 |

## ORDER GRANTING THE
## FIRST INTERIM FEE APPLICATION OF VINSON & ELKINS LLP,
## COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY
## HOLDERS FOR THE PERIOD FROM MARCH 30, 2023 THROUGH JUNE 30, 2023

Upon the *First Interim Application of Vinson & Elkins LLP, Counsel for the Official Committee of Equity Security Holders for the Period From March 30, 2023 through June 30, 2023* (the "***Application***")[2]; and the Court having jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that proper and adequate notice of the Application has been given and that no other or further notice is necessary; and the Court having found that good and sufficient cause exists for the granting of the relief requested in the Application after having given due deliberation upon the Application and all of the proceedings had before the Court in connection with the Application, it

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR, LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Application.

2

is HEREBY ORDERED THAT:

1.	Interim compensation of fees to V&E for professional services rendered during the Fee Period is allowed in the amount of $1,859,847.56.

2.	Interim reimbursement to V&E for expenses incurred during the Fee Period is allowed in the amount of $20,842.06.

3.	The Debtors are authorized and directed to pay V&E all unpaid fees and expenses allowed pursuant to this Order.

Dated: _____, 2023
Houston, Texas

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**