**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CORE SCIENTIFIC, INC., *et al.*,[1] | ) | Case No. 22-90341 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | Re: Dkt. No. 1252 |

**CERTIFICATE OF NO OBJECTION TO FTI CONSULTING, INC.'S FIRST INTERIM FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS FOR THE PERIOD FROM APRIL 8, 2023 THROUGH JUNE 30, 2023**

1. On September 20, 2023, FTI Consulting, Inc. ("FTI") filed the *First Interim Fee Application for Allowance and Payment of Fees and Expenses as Financial Advisor to the Official Committee of Equity Security Holders for the Period From April 8, 2023 through June 30, 2023* [Docket No. 1252] (the "Application"). The deadline for filing and serving objections to the Application was October 11, 2023 (the "Objection Deadline").

2. In accordance with paragraph 44 of the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, FTI hereby files this Certificate of No Objection and represents to the United States Bankruptcy Court for the Southern District of Texas (the "Court") that (i) the Objection Deadline has passed; (ii) FTI is unaware of any objection to the Application, and (iii) FTI has reviewed the Court's docket and found no objection to the Application.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6073); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

4884-4037-6966

3. Therefore, FTI respectfully requests entry of the proposed order attached as **Exhibit A** at the earliest convenience of the Court.

| | |
|---|---|
| New York, NY<br>October 13, 2023 | */s/ Andrew Scruton*<br>**FTI Consulting, Inc.**<br><br>Andrew Scruton<br>1166 Avenue of the Americas, 15th Floor<br>New York, NY 10036<br>Telephone: (646) 453-1222<br>Email: Andrew.Scruton@FTIConsulting.com<br>*Financial Advisor to the Official Committee of Equity Security Holders* |

## **CERTIFICATE OF SERVICE**

I certify that on October 13, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

 */s/ Paul E. Heath*  
One of Counsel

## Exhibit A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CORE SCIENTIFIC, INC., *et al.*,[1] | ) | Case No. 22-90341 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | Re: Dkt. No. 1252 |

**ORDER GRANTING FTI CONSULTING, INC.'S
FIRST INTERIM FEE APPLICATION FOR ALLOWANCE AND
PAYMENT OF FEES AND EXPENSES AS FINANCIAL ADVISOR TO
THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
FOR THE PERIOD FROM APRIL 8, 2023 THROUGH JUNE 30, 2023**

The Court has considered the *First Interim Application for Compensation and Reimbursement of Expenses* filed by FTI Consulting, Inc. (the "Applicant"). The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of expenses in the amount of $1,637,613.70 for the period set forth in the application.

2. The Debtors are authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Signed:

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6073); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

4884-4037-6966