**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC., *et al.*,** | § | **Case No. 22-90341 (DRJ)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

<u>**SUPPLEMENTAL CERTIFICATE OF SERVICE**</u>

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On October 6, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Hilltop Securities Inc., Attn: Corporate Actions at 717 N Harwood St, Ste 3400, Dallas, TX 75201-6534, pursuant to USPS forwarding instructions:

- **Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1090)

- **Instructional Cover Letter to Nominees** (Attached hereto as <u>**Exhibit A**</u>)

Furthermore, on October 6, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as <u>**Exhibit B**</u>, pursuant to USPS forwarding instructions:

- **Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1129)

- **Instructional Cover Letter to Nominees** (attached hereto as <u>**Exhibit C**</u>)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Special Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

Furthermore, on October 6, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Bethesda Securities, LLC, Corporate Actions at 7373 Wisconsin Ave, Ste 2200, Bethesda MD 20814-3767, pursuant to USPS forwarding instructions:

- **Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1220)

- **Instructional Cover Letter to Nominees** (attached hereto as **Exhibit D**)

Furthermore, on October 6, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Corporate Stock Transfer, Inc./Drs, Shari Humpherys at 1110 Centre Pointe Curv, Ste 101, Saint Paul MN 55120-4100, pursuant to USPS forwarding instructions:

- **Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1265)

- **Instructional Cover Letter to Nominees** (attached hereto as **Exhibit E**)

Furthermore, on or before October 10, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit F**:

- **Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1265)

Furthermore, on October 10, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit G**, pursuant to USPS forwarding instructions:

- **Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1129)

Furthermore, on October 10, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit H**, pursuant to USPS forwarding instructions:

- **Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1220)

[THIS SPACE INTENTIONALLY LEFT BLANK]

Furthermore, on or before October 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit I**, pursuant to USPS forwarding instructions:

- **Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1179)

Furthermore, on October 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit J**, pursuant to USPS forwarding instructions:

- **Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1265)

Dated: October 17, 2023

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: TeamCoreScientific@stretto.com

# **Exhibit A**



To Custodians, Banks, Brokers, and Other Nominees (each, a "<u>Nominee</u>"):

*Re: Case Number: 22-90341 (DRJ) – Core Scientific, Inc., et al. CHAPTER 11 BANKRUPTCY*

### <u>CUSIP No. 21873J 108</u>

Core Scientific, Inc., et al., (the "Debtors"), filed with the United States Bankruptcy Court for the Southern District of Texas (the "Court"), the enclosed *Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors* (the "Notice"). Stretto, the Claims and Noticing agent for Debtors, was instructed by the Debtors' counsel that the Notice must be served upon nominees that hold stock in "street name" for the beneficial holders of the below-referenced CUSIP Number. You are receiving the Notice because your institution was identified by Depository Trust Company ("DTC") on the Security Position Report as of July 3, 2023 (the "Record Date").

| CUSIP/ISIN No | Record Date(s) |
|---|---|
| 21873J 108 / US21873J1088 | July 3, 2023 |

Stretto has provided the appropriate number of sets of the Notice as requested upon Broadridge and Mediant, respectively. The following referenced job numbers pertain to the mailings established at Broadridge and Mediant. Please mail the provided materials via USPS First-Class Mail and Email to the record date beneficial holders in your books and records as applicable.

| Broadridge Job No.(s) | Mediant Job No.(s) |
|---|---|
| TBD | TBD |

If you would like to request Stretto to either provide extra copies of the Notice on your behalf to your respective clients, please provide Stretto with either the number of copies you require or a list of names and addresses to whom you would like Stretto to serve.

| By Email |
|---|
| PublicSecurities@Stretto.com |

If you are not the correct individual or department to research and disburse the requested information, please forward to the proper individual at your firm.

# **<u>Exhibit B</u>**



**Exhibit B**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|------|-----------|-----------|-----------|-----------|------|-------|-----|
| MUFG Union Bank, N.A. | Maggi Boutelle | 1555 N Rivercenter Dr | Ste 302 | | Milwaukee | WI | 53212-3958 |
| MUFG Union Bank, N.A./MMI/PIMS/IPA | Maggi Boutelle | Maggi Boutelle | 1555 N Rivercenter Dr | Ste 302 | Milwaukee | WI | 53212-3958 |
| National Financial Services LLC/STOC | Michael Fortugno | 499 Washington Blvd | Fl 5 | | Jersey City | NJ | 07310-2010 |
| Precision Securities, LLC | Corp Actions | 2010 Jimmy Durante Blvd | Ste 270 | | Del Mar | CA | 92014-2272 |
| Stockcross Financial Services, Inc. | Attn: Lisa Brunson | 9378 Wilshire Blvd | Ste 300 | | Beverly Hills | CA | 90212-3168 |
| Stockcross Financial Services, Inc./#3 | Corporate Actions | 9378 Wilshire Blvd | Ste 300 | | Beverly Hills | CA | 90212-3168 |

# **Exhibit C**



To Custodians, Banks, Brokers, and Other Nominees (each, a "Nominee"):

*Re: Case Number: 22-90341 (DRJ) – Core Scientific, Inc., et al. CHAPTER 11 BANKRUPTCY*

**CUSIP No. 21873J 108**

Core Scientific, Inc., et al., (the "Debtors"), filed with the United States Bankruptcy Court for the Southern District of Texas (the "Court"), the enclosed *Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors (Docket No. 1129)* (the "Notice"). Stretto, the Claims and Noticing agent for Debtors, was instructed by the Debtors' counsel that the enclosed listed in Notice must be served upon nominees that hold stock in "street name" for the beneficial holders of the below-referenced CUSIP Number. You are receiving the Notice because your institution was identified by Depository Trust Company ("DTC") on the Security Position Report as of December 21, 2022 (the "Record Date").

| CUSIP/ISIN No | Record Date |
|---|---|
| 21873J 108 / US21873J1088 | December 21, 2022 |

| Broadridge Job No.(s) | Mediant Job No.(s) |
|---|---|
| TBD | TBD |

If you would like to request Stretto to either provide extra copies of the Notice on your behalf to your respective clients, please provide Stretto with either the number of copies you require or a list of names and addresses to whom you would like STRETTO to serve.

| By Email |
|---|
| PublicSecurities@Stretto.com |

If you are not the correct individual or department to research and disburse the requested information, please forward to the proper individual at your firm.

# **Exhibit D**



To Custodians, Banks, Brokers, and Other Nominees (each, a "Nominee"):

*Re: Case Number: 22-90341 (DRJ) – Core Scientific, Inc., et al. CHAPTER 11 BANKRUPTCY*

### **CUSIP No. 21873J 108**

Core Scientific, Inc., et al., (the "Debtors"), filed with the United States Bankruptcy Court for the Southern District of Texas (the "Court"), the enclosed *Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors (Docket No. 1220)* (the "Notice"). Stretto, the Claims and Noticing agent for Debtors, was instructed by the Debtors' counsel that the enclosed listed in Notice must be served upon nominees that hold stock in "street name" for the beneficial holders of the below-referenced CUSIP Number. You are receiving the Notice because your institution was identified by Depository Trust Company ("DTC") on the Security Position Report as of December 21, 2022 (the "Record Date").

| CUSIP/ISIN No | Record Date |
|---|---|
| 21873J 108 / US21873J1088 | December 21, 2022 |

Stretto has provided the appropriate number of sets of the Notice as requested upon Broadridge and Mediant, respectively. The following referenced job numbers pertain to the mailings established at Broadridge and Mediant. Please mail the provided materials via USPS First-Class Mail and Email to the record date beneficial holders in your books and records as applicable.

| Broadridge Job No.(s) | Mediant Job No.(s) |
|---|---|
| N92818, N92819, N92820 | 2223859 |

If you are not the correct individual or department to research and disburse the requested information, please forward to the proper individual at your firm.

# **Exhibit E**



To Custodians, Banks, Brokers, and Other Nominees (each, a "Nominee"):

*Re: Case Number: 22-90341 (DRJ) – Core Scientific, Inc., et al. CHAPTER 11 BANKRUPTCY*

### CUSIP No. 21873J 108

Core Scientific, Inc., et al., (the "Debtors"), filed with the United States Bankruptcy Court for the Southern District of Texas (the "Court"), the enclosed *Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors (Docket No. 1265)* (the "Notice"). Stretto, the Claims and Noticing agent for Debtors, was instructed by the Debtors' counsel that the enclosed listed in Notice must be served upon nominees that hold stock in "street name" for the beneficial holders of the below-referenced CUSIP Number. You are receiving the Notice because your institution was identified by Depository Trust Company ("DTC") on the Security Position Report as of December 21, 2022 (the "Record Date").

| CUSIP/ISIN No | Record Date |
|---|---|
| 21873J 108 / US21873J1088 | December 21, 2022 |

Stretto has provided the appropriate number of sets of the Notice as requested upon Broadridge and Mediant, respectively. The following referenced job numbers pertain to the mailings established at Broadridge and Mediant. Please mail the provided materials via USPS First-Class Mail and Email to the record date beneficial holders in your books and records as applicable.

| Broadridge Job No.(s) | Mediant Job No.(s) |
|---|---|
| N93285, N93286, N93287 | 2235240 |

If you are not the correct individual or department to research and disburse the requested information, please forward to the proper individual at your firm.

# **<u>Exhibit F</u>**



## Exhibit F
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Ashu Swami | Address Redacted | | | | |
| BlockFi Lending LLC | 115 Broadway | Fl 5 | New York | NY | 10006-1646 |
| Brandyn W Forrest | Address Redacted | | | | |
| Cole Nolan | Address Redacted | | | | |
| Harlin R Dean | Address Redacted | | | | |
| Hewlett Packard Enterprise Company | 3001 Dallas Pkwy | Ste 200 | Frisco | TX | 75034-8660 |
| Katharine Hall | Address Redacted | | | | |
| Lukka Inc | 800 Laurel Oak Dr | Ste 300 | Naples | FL | 34108-2713 |
| Pradeeban Kathiravelu | Address Redacted | | | | |
| Robert Miller | Address Redacted | | | | |
| Sharon Orlopp | Address Redacted | | | | |

# **Exhibit G**



**Exhibit G**
Served Via First-Class Mail

| Name | Address |
|---|---|
| Adam Olson | Address Redacted |
| Alexander Benjamin Spiro | Address Redacted |
| Austin Carr | Address Redacted |
| Celeste L. Lemieux | Address Redacted |
| Everett McGuirk | Address Redacted |
| Glenda B Robinson | Address Redacted |
| IRA FBO Abbie Loeffler | Address Redacted |
| Jonathan L Groot 2008 IRREV TR UAD 04/01/08 | Address Redacted |
| Lawrence A. Claiborne | Address Redacted |
| Michael Mattei | Address Redacted |
| Rebecca Glasser | Address Redacted |
| Richard Marklen Kennedy | Address Redacted |
| Robert C Labianca | Address Redacted |
| Sara W. Claiborne | Address Redacted |
| The Alexander Charles Roetter | Address Redacted |
| Thomas Soluri | Address Redacted |
| Thomas Soluri Family Trust | Address Redacted |
| William Conrad Pipkin | Address Redacted |
| William Reilly | Address Redacted |

# **Exhibit H**



**Exhibit H**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Alexander Benjamin Spiro | | Address Redacted | | | | | |
| Austin Carr | | Address Redacted | | | | | |
| Celeste L. Lemieux | | Address Redacted | | | | | |
| Elaine Kilgore | | Address Redacted | | | | | |
| Everett McGuirk | | Address Redacted | | | | | |
| Glenda B Robinson | | Address Redacted | | | | | |
| IRA FBO Abbie Loeffler | | Address Redacted | | | | | |
| James H Brooks | | Address Redacted | | | | | |
| James H Brooks & | | Address Redacted | | | | | |
| Jonathan L Groot 2008 IRREV TR UAD 04/01/08 | | Address Redacted | | | | | |
| JP Morgan Chase NA TTEE | Siemens Savings Plan | FBO Daniel Scuereb | 109 2nd St S | Apt 438 | Kirkland | WA | 98033-9002 |
| Lawrence A. Claiborne | | Address Redacted | | | | | |
| Letitia M Brooks Custodian FBO | | Address Redacted | | | | | |
| Michael Mattei | | Address Redacted | | | | | |
| Richard Marklen Kennedy | | Address Redacted | | | | | |
| Sara W. Claiborne | | Address Redacted | | | | | |
| The Alexander Charles Roetter | | Address Redacted | | | | | |
| Thomas Soluri | | Address Redacted | | | | | |
| Thomas Soluri Family Trust | | Address Redacted | | | | | |
| William Conrad Pipkin | | Address Redacted | | | | | |
| William Reilly | | Address Redacted | | | | | |

# __Exhibit I__



**Exhibit I**
Served Via First-Class Mail

| Name | Address |
| --- | --- |
| Adam Olson | Address Redacted |
| Alexander Benjamin Spiro | Address Redacted |
| Alexander Prater Herrera | Address Redacted |
| Austin Carr | Address Redacted |
| Celeste L. Lemieux | Address Redacted |
| Erica Brenna Briggs | Address Redacted |
| Everett McGuirk | Address Redacted |
| Glenda B Robinson | Address Redacted |
| IRA FBO Abbie Loeffler | Address Redacted |
| James H Brooks | Address Redacted |
| James H Brooks & | Address Redacted |
| Jay Stolkin | Address Redacted |
| Jonathan L Groot 2008 IRREV TR UAD 04/01/08 | Address Redacted |
| Joshua N Mancuso | Address Redacted |
| Justin Courtnall | Address Redacted |
| Lawrence A. Claiborne | Address Redacted |
| Letitia M Brooks Custodian FBO | Address Redacted |
| Michael Mattei | Address Redacted |
| Patrick Woodruff | Address Redacted |
| Peter Engler | Address Redacted |
| Rebecca Glasser | Address Redacted |
| Richard Marklen Kennedy | Address Redacted |
| Robert C Labianca | Address Redacted |
| Sara W. Claiborne | Address Redacted |
| Steven Andrews | Address Redacted |
| The Alexander Charles Roetter | Address Redacted |
| Thomas Soluri | Address Redacted |
| Thomas Soluri Family Trust | Address Redacted |
| William Conrad Pipkin | Address Redacted |
| William Reilly | Address Redacted |

# **Exhibit J**



**Exhibit J**
Served Via First-Class Mail

| Name | Address |
|---|---|
| Alexander Benjamin Spiro | Address Redacted |
| Austin Carr | Address Redacted |
| Celeste L. Lemieux | Address Redacted |
| Glenda B Robinson | Address Redacted |
| IRA FBO Abbie Loeffler | Address Redacted |
| James H Brooks | Address Redacted |
| James H Brooks & | Address Redacted |
| Jonathan L Groot 2008 IRREV TR UAD 04/01/08 | Address Redacted |
| Lawrence A. Claiborne | Address Redacted |
| Letitia M Brooks Custodian FBO | Address Redacted |
| Rebecca Glasser | Address Redacted |
| Sara W. Claiborne | Address Redacted |
| The Alexander Charles Roetter | Address Redacted |
| Thomas Soluri | Address Redacted |
| Thomas Soluri Family Trust | Address Redacted |
| William Reilly | Address Redacted |