| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (CML) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of __New York__:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | David Neier<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 294-5318<br>Licensed: New York, Bar No. 2261345 |
|---|---|

Seeks to appear as the attorney for this party:

| Anchorage Lending CA, LLC | |
|---|---|
| Dated: October 19, 2023 | Signed: /s/ David Neier |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:                    Signed: _____<br>                                              Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                                              United States Bankruptcy Judge