UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| CORE SCIENTIFIC, INC., *et al,* | ) | Case No. 22-90341 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING HARLIN DEAN'S MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT
RELATED TO DEBTORS' OBJECTION TO PROOF OF CLAIM NOS. 364 AND 383**

On this date came to be considered Harlin Dean's *Motion for Summary Judgment and Brief in Support Related to Debtors' Objection Proof of Claim Nos. 364 and 383, the Response, and the Reply* (collectively the "Motion"). Having considered the Motion, timely filed briefs, the evidence, the pleadings on file with the Court, and the relevant authority, the Court finds the Motion for Summary Judgment is well taken and should be **GRANTED**.

The Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. section 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. Section 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. Sections 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; **IT IS HEREBY ORDERED THAT:**

1. The Motion is granted;
2. The *Debtors' Objection to Proof of Claim Nos. 364 and 383* is overruled;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

3. The Proofs of Claim filed by Harlin Dean – Proof of Claim Nos. 364 and 383 – are allowed in the amount of $7,638,779.17 as of the petition date;

4. The terms and conditions of this Order will be immediately effective and enforceable upon its entry; and

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2023
Houston, Texas

_____
THE HONORABLE CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE