# Harlin Dean

| | |
|---|---|
| **From:** | hd@blockcap.com |
| **Sent:** | Sunday, July 25, 2021 7:41 PM |
| **To:** | 'Clifford Brandeis'; 'Louise Tudor' |
| **Cc:** | 'Karen Park' |
| **Subject:** | Resignation letter |
| **Attachments:** | Resignation Letter (Dean) 7-25 draft.docx |

Here is the revised resignation letter that I will sign. I've shared it with Todd DuChene and he's okay with it.

Peter Dorrius is reviewing this tonight and I suspect will sign it in the same form.

We will send you execution copies tomorrow. Just wanted you to be able to share it with Cooley so they will have time to confirm with DuChene.

Let me know if you have any questions.

Thanks,
Harlin