# Harlin Dean

| | |
|---|---|
| **From:** | hd@blockcap.com |
| **Sent:** | Tuesday, July 27, 2021 10:12 AM |
| **To:** | Harlin Dean |
| **Subject:** | FW: Resignation letter |

**BL◻CKCAP**
Harlin Dean | Chief Legal Officer
blockcap.com

The information contained in this transmission is privileged and confidential and intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is prohibited. If you have received this transmission in error, please reply immediately to sender that you have received this communication in error and delete it. Thank you.

---

**From:** Karen Park <kpark@zukermangore.com>
**Sent:** Sunday, July 25, 2021 10:05 PM
**To:** hd@blockcap.com
**Cc:** Clifford Brandeis <cbrandeis@zukermangore.com>; Vanida Narrainen <vnarrainen@zukermangore.com>; Christopher Dunlap <cdunlap@zukermangore.com>; Louise Tudor <ltudor@zukermangore.com>; Nicholas Plinio <nplinio@zukermangore.com>
**Subject:** Fwd: Resignation letter

Harlin, please see exchange below with Michael Zhang at Cooley. Is this correct? It seems inconsistent with your letter (which I read as a resignation from, among other things, your officer position) and the written consent appointing the new officer slate that Cooley sent over yesterday.

Karen S. Park
Partner
Zukerman Gore Brandeis & Crossman, LLP
Eleven Times Square 15th Floor
New York, NY 10036
Direct 212.500.4763
Main 212.223.6700
Fax 212.223.6433
kpark@zukermangore.com

---

**From:** Zhang, Michael <MZhang@cooley.com>
**Sent:** Sunday, July 25, 2021 22:54
**To:** Karen Park; Finan, Matthew O; Silverman, David I
**Cc:** Clifford Brandeis; Vanida Narrainen; Christopher Dunlap; Louise Tudor; Nicholas Plinio
**Subject:** RE: Resignation letter

1

APP. 67

What I'm hearing from Todd is that rather than have all Blockcap officers resign, the plan is to have all Blockcap officers as of the Effective Time remain as officers of Blockcap post-closing. So rather than remove any Blockcap officers, we're just adding Todd as an additional officer of Blockcap.

**Michael Zhang**
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157
+1 212 479 6055 office
+1 212 479 6275 fax
mzhang@cooley.com

Cooley is committed to racial justice

**From:** Karen Park <kpark@zukermangore.com>
**Sent:** Sunday, July 25, 2021 10:47 PM
**To:** Zhang, Michael <MZhang@cooley.com>; Finan, Matthew O <mfinan@cooley.com>; Silverman, David I <dsilverman@cooley.com>
**Cc:** Clifford Brandeis <cbrandeis@zukermangore.com>; Vanida Narrainen <vnarrainen@zukermangore.com>; Christopher Dunlap <cdunlap@zukermangore.com>; Louise Tudor <ltudor@zukermangore.com>; Nicholas Plinio <nplinio@zukermangore.com>
**Subject:** Re: Resignation letter

**[External]**

As far as I know, all officers are resigning from their positions as such. And Harlin's letter seems consistent with that. Am I missing something?

Karen S. Park
Partner
Zukerman Gore Brandeis & Crossman, LLP
Eleven Times Square 15th Floor
New York, NY 10036
Direct 212.500.4763
Main 212.223.6700
Fax 212.223.6433
kpark@zukermangore.com

**From:** Zhang, Michael <MZhang@cooley.com>
**Sent:** Sunday, July 25, 2021 22:40
**To:** Karen Park; Finan, Matthew O; Silverman, David I
**Cc:** Clifford Brandeis; Vanida Narrainen; Christopher Dunlap; Louise Tudor; Nicholas Plinio
**Subject:** RE: Resignation letter

Thanks, Karen. Sounds like Core and Blockcap have been discussing, so I'm happy to help paper the agreed-upon arrangement. Just so we're clear on what Blockcap will look like upon closing:

1. All Blockcap directors will resign.
2. Mike Levitt will be appointed as the sole director of Blockcap.
3. None of the current officers of Blockcap will resign.
4. Core will add Todd as an additional officer of Blockcap.

If that's correct, do you think we'll need to waive part of Section 3.1(h)(vi), which says that the officers will resign from such officer's position effective as of the Closing? And what will Harlin's officer role be at Blockcap?

**Michael Zhang**
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157
+1 212 479 6055 office
+1 212 479 6275 fax
mzhang@cooley.com

Cooley is committed to racial justice

---

**From:** Karen Park <kpark@zukermangore.com>
**Sent:** Sunday, July 25, 2021 9:09 PM
**To:** Zhang, Michael <MZhang@cooley.com>; Finan, Matthew O <mfinan@cooley.com>; Silverman, David I <dsilverman@cooley.com>
**Cc:** Clifford Brandeis <cbrandeis@zukermangore.com>; Vanida Narrainen <vnarrainen@zukermangore.com>; Christopher Dunlap <cdunlap@zukermangore.com>; Louise Tudor <ltudor@zukermangore.com>; Nicholas Plinio <nplinio@zukermangore.com>
**Subject:** FW: Resignation letter

**[External]**

Hi Michael,

Attached is a revised form of resignation letter for Harlin Dean. We understand this has been shared with Todd DuChene and that he is ok with it. We are sending this along to close the loop for you so that there are no surprises at your end.

We understand that Peter Dorrius is likely to execute a similar form.

Please feel free to let us know of any questions.

Thanks,

Karen S. Park
Partner
Zukerman Gore Brandeis & Crossman, LLP
Eleven Times Square 15th Floor
New York, NY 10036
Direct 212.500.4763
Main 212.223.6700
Fax 212.223.6433
kpark@zukermangore.com

"This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments. Thank you."----------------------------------------------------------------------------To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.