**Exhibit 9A**

**Harlin Dean January 19, 2022 Restricted Stock Grant Vesting - Conversion and Damages Calculations**

| Blockcap Restricted Stock Grant - Shares Vesting on Public Event | Grant Date | Vesting Date | Blockcap/Core Merger Conversion at .5074 Exchange Ratio<br>Conversion to Core Shares | Core/XPDI Merger Conversion at 1.6001528688 Exchange Ratio<br>Conversion to New Core Shares |
|---|---|---|---|---|
| 400,000 | 6/1/2021 | 1/19/2022 | 202,960 | 324,767 |

| Damages Calculation for Failure to Vest at January 19, 2022 | |
|---|---|
| Shares Vesting at January 19, 2022 **(A)** | 324,767 |
| CORZ Closing Price on January 19, 2022 **(B)** | $ 9.60 |
| **Value of Damages at January 19, 2022 (AxB)** | **$ 3,117,763.20** |