**Exhibit 9B**

**Harlin Dean March 4, 2021 Option Grant - Conversion and Damages Calculations**

| Blockcap Option Grant | Grant Date | Exercise price | Vesting Period (years) | Blockcap/Core Merger Conversion at .5074 Exchange Ratio | | Core/XPDI Merger Conversion at 1.6001528688 Exchange Ratio | | New Core Options Vesting at 3/4/2022 (25%) | New Core Options Vesting at 3/4/2023 (25%) | New Core Options Vesting at 3/4/2024 (25%) | New Core Options Vesting at 3/4/2025 (25%) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Option Conversion | Exercise Price Conversion | Option Conversion | Exercise Price Conversion | | | | |
| 350,000 | 3/4/2021 | $6.00 | 4 | 177,590 | $11.83 | 284,171 | $7.40 | 71,042 | 71,042 | 71,042 | 71,045 |

| Damages Calculation for Wrongful Termination at February 14, 2022 | |
|---|---:|
| Options Vested on or before February 14, 2022 | 0 |
| Unvested Options accelerated at February 14, 2022 **(A)** | 284,171 |
| CORZ Closing Price on February 14, 2022 **(B)** | $9.89 |
| Converted Option Exercise Price **(C)** | $7.40 |
| Net Value of Accelerated Options at February 14, 2022 **(B-C)=(D)** | $2.49 |
| **Value of Damages at February 14, 2022 (AxD)** | **$707,585.79** |

| Value at February 28, 2022 (Effective Date Stated in Mr. Dean's Resignation for Good Reason) | |
|---|---:|
| Number of Options to Purchase CORZ Shares **(A)** | 284,171 |
| CORZ Closing Price on February 28, 2022 **(B)** | $9.20 |
| Converted Option Exercise Price **(C)** | $7.40 |
| Net Value of Accelerated Options at February 28, 2022 **(B-C)=(D)** | $1.80 |
| **Value at February 28, 2022 (AxD)** | **$511,507.80** |

APP. 72