**Exhibit 9C**

**Harlin Dean May 6, 2021 Restricted Stock Grant - Conversion and Damages Calculations**

| Blockcap Restricted Stock Grant | Grant Date | Vesting Period (years) | Blockcap/Core Merger Conversion at .5074 Exchange Ratio<br>Conversion to Core Shares | Core/XPDI Merger Conversion at 1.6001528688 Exchange Ratio<br>Conversion to New Core Shares | New Core Shares Vesting at 5/6/2022 (25%) | New Core Shares Vesting at 5/6/2023 (25%) | New Core Shares Vesting at 5/6/2024 (25%) | New Core Shares Vesting at 5/6/2025 (25%) |
|---|---|---|---|---|---|---|---|---|
| 50,000 | 5/6/2021 | 4 | 25,370 | 40,595 | 10,148 | 10,148 | 10,148 | 10,151 |

| Damages Calculation for Wrongful Termination at February 14, 2022 | |
|---|---:|
| Shares Vested on or before February 14, 2022 | 0 |
| Unvested Shares accelerated at February 14, 2022 **(A)** | 40,595 |
| CORZ Closing Price on February 14, 2022 **(B)** | $ 9.89 |
| **Value of Damages at February 14, 2022 (AxB)** | **$ 401,484.55** |

| Value at February 28, 2022<br>(Effective Date Stated in Mr. Dean's Resignation for Good Reason) | |
|---|---:|
| Number of CORZ Shares **(A)** | 40,595 |
| CORZ Closing Price on February 28, 2022 **(B)** | $ 9.20 |
| **Value at February 28, 2022 (AxB)** | **$ 373,474.00** |