**Exhibit 9D**

**Harlin Dean June 1, 2021 Restricted Stock Grant (After Vesting on January 19, 2022) - Conversion and Damages Calculations**

| Blockcap Restricted Stock Grant (800,000 shares) Less 400,000 shares vested on January 19, 2022 | Grant Date | Vesting Period (years) | Blockcap/Core Merger Conversion at .5074 Exchange Ratio — Conversion to Core Shares | Core/XPDI Merger Conversion at 1.6001528688 Exchange Ratio — Conversion to New Core Shares | New Core Shares Vesting at 6/1/2022 (25%) | New Core Shares Vesting at 6/1/2023 (25%) | New Core Shares Vesting at 6/1/2024 (25%) | New Core Shares Vesting at 6/1/2025 (25%) |
|---|---|---|---|---|---|---|---|---|
| 400,000 | 6/1/2021 | 4 | 202,960 | 324,767 | 81,191 | 81,191 | 81,191 | 81,194 |

| Damages Calculation for Wrongful Termination at February 14, 2022 | |
|---|---:|
| Shares Vested on or before February 14, 2022 | 0 |
| Unvested Shares accelerated at February 14, 2022 **(A)** | 324,767 |
| CORZ Closing Price on February 14, 2022 **(B)** | $ 9.89 |
| **Value of Damages at February 14, 2022 (AxB)** | **$ 3,211,945.63** |

| Value at February 28, 2022 (Effective Date Stated in Mr. Dean's Resignation for Good Reason) | |
|---|---:|
| Number of CORZ Shares **(A)** | 324,767 |
| CORZ Closing Price on February 28, 2022 **(B)** | $ 9.20 |
| **Value at February 28, 2022 (AxB)** | **$ 2,987,856.40** |