

Harlin R. Dean
Redacted

February 10, 2022

Core Scientific Acquired Mining LLC
106 E. 6th Street, Suite 900-145
Austin, TX  78701
Attention:  Kyle Buckett

Re:   Executive Employment Agreement dated as of June 1, 2021 (the "Employment Agreement") between Harlin Dean and Core Scientific Acquired Mining LLC (as successor to Blockcap, Inc., the "Company")

Dear Kyle:

    I hereby tender my resignation for "Good Reason" pursuant to Section 8(d)(i) of the referenced Employment Agreement, such resignation to be effective on and as of February 28, 2022.

    I attach for your review a draft of the customary and reasonable "Release" referenced in Section 8(h) of the Employment Agreement, my execution of which is a condition precedent to the Company's obligation to deliver the "Severance Pay" to me as described in the Employment Agreement.

    I am available at your convenience to finalize and execute the Release and to work together to complete any steps necessary to process any aspects of the required items under the Agreement, including tax withholding obligations on Severance Pay which I elect to satisfy by surrender of shares.

Sincerely,

*Harlin Dean*

Harlin R. Dean

Enclosure – Mutual Release

APP. 78