

Log Out

logged in as **jfoster@riddleandwilliams.com**

| Home | Submit Filing | Submit eService | My Filings | My Cases | My eServices | Firm Management | Resources |

**Filing Progress**

🖨 Print Page

1. Case Information
2. Upload Documents
3. eService
4. Review
5. Process
6. **Acknowledgement**

**Start a New Filing**

## Proof of Submission

**Your submission was successful!** Your trace number is **68785938**. The details of your filing are shown below.

You can monitor the status of this submission by clicking here.

The date and time below will be the official timestamp when this filing is accepted by the clerk.

| Filed Date & Time | |
|---|---|
| **Date:** | **Time | Time Zone:** |
| Friday, September 30, 2022 | 1:14:40 PM |

| Fee | Est.Amount | Payment Information | |
|---|---|---|---|
| **ProDoc, Inc. Fees** | | **Account Name:** R&W - Visa | |
| eFiling/eService Fee | $3.00 | **Payment Method:** Credit Card | |
| 8.25% Sales Tax | $0.25 | **Credit Card Type:** VISA | |
| **Court Fees** | | **Card Number:** Redacted | |
| Issue Citation ($8.00 x 2) | $16.00 | **Card Expiration Date:** Redacted | |
| Case Initiation Fee | $350.00 | **Transaction Amount:** $379.92 | |
| **The State eFiling System Processing Fees** | | **Transaction Status:** | |
| Convenience Fee | $10.67 | **Transaction ID:** 100948470 | |
| | | **Transaction Order ID:** 068785938-5 | |
| **Envelope Total:** | $379.92 | | |

| Personal Information | | Envelope Information | |
|---|---|---|---|
| **Filer:** Julie Foster | | **Case Title:** N/A | **Plaintiff(s):** |
| **Attorney:** Chad E Robinson | | **Sealed Case:** No | Harlin Dean |
| **Firm or Organization:** Riddle & Williams, P.C. | | **Court Name:** Travis County - District Clerk Civil/Family | **Defendant(s):** |
| **Bar Number:** 24037373 | | | Core Scientific, Inc. |
| **Address:** 3811 Turtle Creek Blvd. Dallas, TX 75219 | | **Case Category:** Civil - Employment | Core Scientific Acquired Mining LLC |
| **Phone:** 214-760-6766 | | **Case Type:** Other Employment | |
| | | **Cause Number:** N/A | |
| | | **Procedure/Remedy:** Declaratory Judgment | |
| | | **Damages Sought:** Monetary relief over $1,000,000 | |

| Document Information | | Service Recipients |
|---|---|---|
| **Reference Number:** | Dean v Core | eService |
| **Comments For Clerk:** | When the citations are ready for execution, please email the citations to Jfoster@riddleandwilliams.com and we will make arrangements for a process | » Chad E Robinson   crobinson@riddleandwilliams.com |
| | | » Julie Foster   jfoster@riddleandwilliams.com |
| | | » Grant Figari   gfigari@riddleandwilliams.com |
| | | » Dean Arden Riddle   driddle@riddleandwilliams.com |

APP. 79

server to serve the citation and petition.

| Petition |
|---|
| **Lead Document:** <br> 📄 Plaintiff's Original Petition 09-30-22.pdf **[Does not contain sensitive data]** <br> **Document Description:** Plaintiff's Original Petition 09-30-22.pdf |

**Bookmark This Page**     **Privacy Policy**     **www.ProDoc.com**     **Contact Us**

This site and all contents Copyright ©2003-2022 Thomson Reuters. All rights reserved.

APP. 80