UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*,[1] | Case No. 22-90341 (CML) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned hereby appears on behalf of Anchorage Lending CA, LLC and requests that any and all notices and papers filed or entered in the above-captioned chapter 11 cases be delivered to and served upon:

> David Neier
> **Winston & Strawn LLP**
> 200 Park Avenue
> New York, NY 10166
> Email: dneier@winston.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, written or oral, whether transmitted or conveyed

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

by mail, courier service, hand-delivery, telephone, facsimile transmission, electronic mail, or otherwise is filed or made with regard to these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of any substantive or procedural right, including: (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Court, (ii) the right to trial by jury in any proceeding triable in this Case or any case, controversy, or proceeding related to this Case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) abstention, (v) any objection to the jurisdiction or venue of this Court in these chapter 11 cases or in any case, controversy, or proceeding related to these chapter 1 cases, for any purpose other than with respect to this Notice, (vi) to have documents served in accordance with Bankruptcy Rule 7004 and Rule 4 of the Federal Rules of Civil Procedure and (vii) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: October 20, 2023<br>New York, NY | **WINSTON & STRAWN LLP**<br><br>*/s/ David Neier*<br>David Neier (*pro hac vice* pending)<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 294-6700<br>Fax: (212) 294-4700<br>Email: dneier@winston.com<br><br>**Counsel to Anchorage Lending CA, LLC** |

-3-

## Certificate of Service

      I certify that on October 20, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                */s/ Katherine A. Preston*
                                                Katherine A. Preston