Electronic Appearance Sheet

Kristopher Hansen, Paul Hastings LLP
Client(s): Ad Hoc Group of Secured Convertible Noteholders

Sayan Bhattacharyya, Paul Hastings LLP
Client(s): Ad Hoc Group of Secured Convertible Noteholders

Emily Kuznick, Paul Hastings LLP
Client(s): Ad Hoc Group of Secured Convertible Noteholders

Joanne Lau, Paul Hastings LLP
Client(s): Ad Hoc Group of Secured Convertible Noteholders

David Meyer, Vinson & Elkins LLP
Client(s): Official Committee of Equity Security Holders

Paul Heath, Vinson & Elkins LLP
Client(s): Official Committee of Equity Security Holders

Lauren Kanzer, Vinson & Elkins LLP
Client(s): Official Committee of Equity Security Holders

Gabriel Morgan, Weil, Gotshal & Manges LLP
Client(s): Debtors Counsel

Ray Schrock, Weil, Gotshal & Manges LLP
Client(s): Debtor's Counsel

Ronit Berkovich, Weil, Gotshal & Manges LLP
Client(s): Debtor's Counsel

Clifford Carlson, Weil, Gotshal & Manges LLP
Client(s): Debtors Counsel

Theodore Tsekerides, Weil, Gotshal & Manges LLP
Client(s): Debtor's Counsel

Austin Crabtree, Weil, Gotshal & Manges LLP
Client(s): Debtors Counsel

Tom KIrkendall, Law Office of Tom Kirkendall
Client(s): Darin Feinstein

Nathaniel Hull, Verrill Dana LLP
Client(s): MassMutual Asset Finance LLC

James Grogan, Paul Hastings LLP
Client(s): Ad Hoc Secured Noteholder Group

Electronic Appearance Sheet

Ashley Harper, Hunton Andrews Kurth LLP
Client(s): Sphere 3D Corp.

Jennifer Hardy, Willkie Farr & Gallagher LLP
Client(s): Official Committee of Unsecured Creditors

Brett Miller, Willkie Farr & Gallagher LLP
Client(s): Official Committee of Unsecured Creditors

Todd Goren, Willkie Farr & Gallagher LLP
Client(s): Official Committee of Unsecured Creditors

Jayson Ruff, US DOJ
Client(s): US Trustee

Hudson Jobe, QSLWM
Client(s): Monitor

Peter Lewis, Scheef & Stone
Client(s): Special Committee to Board of Directors

Christopher Murphy, Office of the Texas Attorney General
Client(s): Texas Comptroller of Public Accounts

Brian Lohan, Arnold & Porter Kaye Scholer LLP
Client(s): Barings

Sarah Gryll, Arnold & Porter Kaye Scholer LLP
Client(s): Barings

Jared Roach, Reed Smith LLP
Client(s): Wingspire Equipment Finance; 36th Street Capital; Prime Alliance Bank

Carolyn Carollo, Hendershot Cowart, P.C.
Client(s): Holliwood

Madelyn Nicolini, Arnold & Porter Kaye Scholer LLP
Client(s): Barings