United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 24, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Case No. 22-90341 (CML)** |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.*, | § | **Chapter 11** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | **Re: Dkt. No. 1251** |

**ORDER GRANTING THE
FIRST INTERIM FEE APPLICATION OF VINSON & ELKINS LLP,
COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY
HOLDERS FOR THE PERIOD FROM MARCH 30, 2023 THROUGH JUNE 30, 2023**

This Court conducted its own analysis of the *First Interim Application of Vinson & Elkins LLP, Counsel for the Official Committee of Equity Security Holders for the Period From March 30, 2023 through June 30, 2023* (the "**Application**")[2]; and the Court having jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that proper and adequate notice of the Application has been given and that no other or further notice is necessary; and the Court having found that good and sufficient cause exists for the granting of the relief requested in the Application after having given due deliberation upon the Application and all of the proceedings had before the Court in connection with the Application, it

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR, LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Application.

4876-2773-1078

is HEREBY ORDERED THAT:

1. Interim compensation of fees to V&E for professional services rendered during the Fee Period is allowed in the amount of $1,859,847.56.

2. Interim reimbursement to V&E for expenses incurred during the Fee Period is allowed in the amount of $20,842.06.

3. The Debtors are authorized and directed to pay V&E all unpaid fees and expenses allowed pursuant to this Order.

Signed: October 24, 2023

_____
Christopher Lopez
United States Bankruptcy Judge