United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 24, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT	SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (CML) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of   New York   :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | David Neier<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 294-5318<br>Licensed:  New York, Bar No. 2261345 |

Seeks to appear as the attorney for this party:

Anchorage Lending CA, LLC

Dated: October 19, 2023    Signed: /s/ David Neier

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:    Signed: _____
Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Signed: October 23, 2023

Christopher Lopez
United States Bankruptcy Judge