**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| **In re:** | § | **Chapter 11** |
|  | § |  |
| **CORE SCIENTIFIC, INC., *et al.,*** | § | **Case No. 22-90341 (DRJ)** |
|  | § |  |
|  | § | **(Jointly Administered)** |
| **Debtors.**[1] | § |  |

## <u>SUPPLEMENTAL CERTIFICATE OF SERVICE</u>

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On October 16, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **<u>Exhibit A</u>**:

- **Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1265)

Furthermore, on or before October 18, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **<u>Exhibit B</u>**, pursuant to USPS forwarding instructions:

- **Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1090)

Furthermore, on or before October 18, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **<u>Exhibit C</u>**, pursuant to USPS forwarding instructions:

- **Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1220)

- **Instructional Cover Letter to Nominees** (attached hereto as **<u>Exhibit D</u>**)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Special Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

Furthermore, on or before October 18, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit E**, pursuant to USPS forwarding instructions:

- **Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1265)

Furthermore, on October 18, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit F**, pursuant to USPS forwarding instructions:

- **Notice of Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1024)

Furthermore, on October 18, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on WEX Health Inc at 700 26th Ave E, West Fargo, ND 58078-6617, pursuant to USPS forwarding instructions:

- **Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1129)

- **Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1179)

Furthermore, on October 18, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Hilltop Securities Inc., Attn: Bonnie Allen, Corporate Actions at 717 N Harwood St, Ste 3400, Dallas, TX 75201-6534, pursuant to USPS forwarding instructions:

- **Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1129)

- **Instructional Cover Letter to Nominees** (attached hereto as **Exhibit G**)

Furthermore, on October 18, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit H**, pursuant to USPS forwarding instructions:

- **Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1179)

- **Instructional Cover Letter to Nominees** (attached hereto as **Exhibit I**)

Furthermore, on October 18, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit J**, pursuant to USPS forwarding instructions:

- **Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1220)

Furthermore, on October 18, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit K**, pursuant to USPS forwarding instructions:

- **Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1265)

- **Instructional Cover Letter to Nominees** (attached hereto as **Exhibit L**)

Dated: October 25, 2023

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: TeamCoreScientific@stretto.com

# **Exhibit A**



**Exhibit A**
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| 36th Street Capital #2 | 161 Headquarters Plz | # 5 | Morristown | NJ | 07960-3965 |
| 36th Street Capital #4 | 161 Headquarters Plz | # 5 | Morristown | NJ | 07960-3965 |
| 36th Street Capital Partners, LLC | 161 Headquarters Plz | # 5 | Morristown | NJ | 07960-3965 |
| Pradeeban Kathiravelu | Address Redacted | | | | |

# **Exhibit B**



**Exhibit B**
Served Via First-Class Mail

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Alexander Benjamin Spiro | Address Redacted | | | |
| Austin Carr | Address Redacted | | | |
| Celeste L. Lemieux | Address Redacted | | | |
| Erica Brenna Briggs | Address Redacted | | | |
| Everett McGuirk | Address Redacted | | | |
| Glenda B Robinson | Address Redacted | | | |
| Jonathan L Groot 2008 IRREV TR UAD 04/01/08 | Address Redacted | | | |
| Justin Courtnall | Address Redacted | | | |
| Lawrence A. Claiborne | Address Redacted | | | |
| Michael Mattei | Address Redacted | | | |
| Peter Engler | Address Redacted | | | |
| Rebecca Glasser | Address Redacted | | | |
| Richard Marklen Kennedy | Address Redacted | | | |
| Robert C Labianca | Address Redacted | | | |
| Sara W. Claiborne | Address Redacted | | | |
| Steven Andrews | Address Redacted | | | |
| The Alexander Charles Roetter | Address Redacted | | | |
| Thomas Soluri | Address Redacted | | | |
| Thomas Soluri Family Trust | Address Redacted | | | |
| WEX Health Inc | 700 26th Ave E | West Fargo | ND | 58078-6617 |
| William Conrad Pipkin | Address Redacted | | | |
| William Reilly | Address Redacted | | | |

# **Exhibit C**



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Amherst Pierpont Securities LLC | Corporate Actions | 437 Madison Ave | Fl 8 | | New York | NY | 10022-7046 |
| Corporate Stock Transfer, Inc./DRS | Shari Humpherys | 1110 Centre Pointe Curv | Ste 101 | | Saint Paul | MN | 55120-4100 |
| Hilltop Securities Inc. | Attn: Bonnie Allen, Corporate Actions | 717 N Harwood St | Ste 3400 | | Dallas | TX | 75201-6534 |
| Matrix Trust Company | Suzanne Walters | Vice President | 250 N Sunny Slope Rd | Ste 300 | Brookfield | WI | 53005-4824 |
| MG Trust Company | Suzanne Walters | Vice President | 250 N Sunny Slope Rd | Ste 300 | Brookfield | WI | 53005-4824 |
| MUFG Union Bank, N.A. | Maggi Boutelle | 1555 N Rivercenter Dr | Ste 302 | | Milwaukee | WI | 53212-3958 |
| MUFG Union Bank, N.A./MMI/PIMS/IPA | Maggi Boutelle | Maggi Boutelle | 1555 N Rivercenter Dr | Ste 302 | Milwaukee | WI | 53212-3958 |
| National Financial Services LLC/STOC | Michael Fortugno | 499 Washington Blvd | Fl 5 | | Jersey city | NJ | 07310-2010 |
| Precision Securities, LLC | Corp Actions | 2010 Jimmy Durante Blvd | Ste 270 | | Del Mar | CA | 92014-2272 |
| RQD* Clearing, LLC | Attn: Corporate Actions | 1 World Trade Ctr | Ste 47M | | New York | NY | 10007-0124 |

# **<u>Exhibit D</u>**



To Custodians, Banks, Brokers, and Other Nominees (each, a "<u>Nominee</u>"):

*Re: Case Number: 22-90341 (DRJ) – Core Scientific, Inc., et al. CHAPTER 11 BANKRUPTCY*

### <u>CUSIP No. 21873J 108</u>

Core Scientific, Inc., et al., (the "Debtors"), filed with the United States Bankruptcy Court for the Southern District of Texas (the "Court"), the enclosed *Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors (Docket No. 1220)* (the "Notice"). Stretto, the Claims and Noticing agent for Debtors, was instructed by the Debtors' counsel that the enclosed listed in Notice must be served upon nominees that hold stock in "street name" for the beneficial holders of the below-referenced CUSIP Number. You are receiving the Notice because your institution was identified by Depository Trust Company ("DTC") on the Security Position Report as of December 21, 2022 (the "Record Date").

| CUSIP/ISIN No | Record Date |
|---|---|
| 21873J 108 / US21873J1088 | December 21, 2022 |

Stretto has provided the appropriate number of sets of the Notice as requested upon Broadridge and Mediant, respectively. The following referenced job numbers pertain to the mailings established at Broadridge and Mediant. Please mail the provided materials via USPS First-Class Mail and Email to the record date beneficial holders in your books and records as applicable.

| Broadridge Job No.(s) | Mediant Job No.(s) |
|---|---|
| N92818, N92819, N92820 | 2223859 |

If you are not the correct individual or department to research and disburse the requested information, please forward to the proper individual at your firm.

# **Exhibit E**



**Exhibit E**

Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Alexander Prater Herrera | | Address Redacted | | | | | |
| Elaine Kilgore | | Address Redacted | | | | | |
| Erica Brenna Briggs | | Address Redacted | | | | | |
| Jay Stolkin | | Address Redacted | | | | | |
| John Clinton Hightower III | | Address Redacted | | | | | |
| JP Morgan Chase NA TTEE | Siemens Savings Plan | FBO Daniel Scuereb | 109 2nd St S | Apt 438 | Kirkland | WA | 98033-9002 |
| Justin Courtnall | | Address Redacted | | | | | |
| Mark Edward Drever | | Address Redacted | | | | | |
| Patrick Woodruff | | Address Redacted | | | | | |
| Steven Andrews | | Address Redacted | | | | | |
| Timothy P Flaherty | | Address Redacted | | | | | |
| William Conrad Pipkin | | Address Redacted | | | | | |

# **Exhibit F**



**Exhibit F**
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Alpine Securities Corporation | Corporate Actions | PO Box 3478 | Salt Lake Cty | UT | 84110-3478 |
| ShaystaMoon Cutchie | | Address Redacted | | | |

# **Exhibit G**



To Custodians, Banks, Brokers, and Other Nominees (each, a "<u>Nominee</u>"):

*Re: Case Number: 22-90341 (DRJ) – Core Scientific, Inc., et al. CHAPTER 11 BANKRUPTCY*

### <u>CUSIP No. 21873J 108</u>

Core Scientific, Inc., et al., (the "Debtors"), filed with the United States Bankruptcy Court for the Southern District of Texas (the "Court"), the enclosed *Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors (Docket No. 1129)* (the "Notice"). Stretto, the Claims and Noticing agent for Debtors, was instructed by the Debtors' counsel that the enclosed listed in Notice must be served upon nominees that hold stock in "street name" for the beneficial holders of the below-referenced CUSIP Number. You are receiving the Notice because your institution was identified by Depository Trust Company ("DTC") on the Security Position Report as of December 21, 2022 (the "Record Date").

| CUSIP/ISIN No | Record Date |
|---|---|
| 21873J 108 / US21873J1088 | December 21, 2022 |

| Broadridge Job No.(s) | Mediant Job No.(s) |
|---|---|
| TBD | TBD |

If you would like to request Stretto to either provide extra copies of the Notice on your behalf to your respective clients, please provide Stretto with either the number of copies you require or a list of names and addresses to whom you would like STRETTO to serve.

| By Email |
|---|
| PublicSecurities@Stretto.com |

If you are not the correct individual or department to research and disburse the requested information, please forward to the proper individual at your firm.

# **<u>Exhibit H</u>**



**Exhibit H**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Alpine Securities Corporation | Corporate Actions | PO Box 3478 | | Salt Lake Cty | UT | 84110-3478 |
| Amherst Pierpont Securities LLC | Corporate Actions | 437 Madison Ave | Fl 8 | New York | NY | 10022-7046 |
| BB&T Securities, LLC | Jesse W. Sprouse | 1001 Semmes Ave | | Richmond | VA | 23224-2245 |
| Bethesda Securities, LLC | Corporate Actions | 7373 Wisconsin Ave | Ste 2200 | Bethesda | MD | 20814-3767 |
| National Financial Services LLC/STOC | Michael Fortugno | 499 Washington Blvd | Fl 5 | Jersey City | NJ | 07310-2010 |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

# **Exhibit I**



To Custodians, Banks, Brokers, and Other Nominees (each, a "Nominee"):

*Re: Case Number: 22-90341 (DRJ) – Core Scientific, Inc., et al. CHAPTER 11 BANKRUPTCY*

**CUSIP No. 21873J 108**

Core Scientific, Inc., et al., (the "Debtors"), filed with the United States Bankruptcy Court for the Southern District of Texas (the "Court"), the enclosed *Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors (Docket No. 1179)* (the "Notice"). Stretto, the Claims and Noticing agent for Debtors, was instructed by the Debtors' counsel that the enclosed listed in Notice must be served upon nominees that hold stock in "street name" for the beneficial holders of the below-referenced CUSIP Number. You are receiving the Notice because your institution was identified by Depository Trust Company ("DTC") on the Security Position Report as of December 21, 2022 (the "Record Date").

| CUSIP/ISIN No | Record Date |
|---|---|
| 21873J 108 / US21873J1088 | December 21, 2022 |

Stretto has provided the appropriate number of sets of the Notice as requested upon Broadridge and Mediant, respectively. The following referenced job numbers pertain to the mailings established at Broadridge and Mediant. Please mail the provided materials via USPS First-Class Mail and Email to the record date beneficial holders in your books and records as applicable.

| Broadridge Job No.(s) | Mediant Job No.(s) |
|---|---|
| N92220, N92221, N92222 | TBD |

If you are not the correct individual or department to research and disburse the requested information, please forward to the proper individual at your firm.

# Exhibit J



**Exhibit J**
Served Via First-Class Mail

| Name | Address |
|------|---------|
| Alexander Prater Herrera | Address Redacted |
| Erica Brenna Briggs | Address Redacted |
| Jay Stolkin | Address Redacted |
| John Clinton Hightower III | Address Redacted |
| Justin Courtnall | Address Redacted |
| Steven Andrews | Address Redacted |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

# Exhibit K



**Exhibit K**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Amherst Pierpont Securities LLC | Corporate Actions | 437 Madison Ave | Fl 8 | | New York | NY | 10022-7046 |
| MUFG Union Bank, N.A. | Maggi Boutelle | 1555 N Rivercenter Dr | Ste 302 | | Milwaukee | WI | 53212-3958 |
| MUFG Union Bank, N.A./MMI/PIMS/IPA | Maggi Boutelle | Maggi Boutelle | 1555 N Rivercenter Dr | Ste 302 | Milwaukee | WI | 53212-3958 |
| National Financial Services LLC/STOC | Michael Fortugno | 499 Washington Blvd | Fl 5 | | Jersey City | NJ | 07310-2010 |
| Precision Securities, LLC | Corp Actions | 2010 Jimmy Durante Blvd | Ste 270 | | Del Mar | CA | 92014-2272 |
| RQD* Clearing, LLC | Attn: Corporate Actions | 1 World Trade Ctr | Ste 47M | | New York | NY | 10007-0124 |
| Stockcross Financial Services, Inc. | Attn: Lisa Brunson | 9378 Wilshire Blvd | Ste 300 | | Beverly Hills | CA | 90212-3168 |
| Stockcross Financial Services, Inc. | Corporate Actions | 9378 Wilshire Blvd | Ste 300 | | Beverly Hills | CA | 90212-3168 |
| Stockcross Financial Services, Inc./#3 | Corporate Actions | 9378 Wilshire Blvd | Ste 300 | | Beverly Hills | CA | 90212-3168 |

# **Exhibit L**



To Custodians, Banks, Brokers, and Other Nominees (each, a "<u>Nominee</u>"):

*Re: Case Number: 22-90341 (DRJ) – Core Scientific, Inc., et al. CHAPTER 11 BANKRUPTCY*

<u>*CUSIP No. 21873J 108*</u>

Core Scientific, Inc., et al., (the "Debtors"), filed with the United States Bankruptcy Court for the Southern District of Texas (the "Court"), the enclosed *Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors (Docket No. 1265)* (the "Notice"). Stretto, the Claims and Noticing agent for Debtors, was instructed by the Debtors' counsel that the Notice must be served upon nominees that hold stock in "street name" for the beneficial holders of the below-referenced CUSIP Number. You are receiving the Notice because your institution was identified by Depository Trust Company ("DTC") on the Security Position Report as of July 3, 2023 (the "Record Date").

| CUSIP/ISIN No | Record Date(s) |
|---|---|
| 21873J 108 / US21873J1088 | July 3, 2023 |

Stretto has provided the appropriate number of sets of the Notice as requested upon Broadridge and Mediant, respectively. The following referenced job numbers pertain to the mailings established at Broadridge and Mediant. Please mail the provided materials via USPS First-Class Mail and Email to the record date beneficial holders in your books and records as applicable.

| <u>Broadridge Job No.(s)</u> | <u>Mediant Job No.(s)</u> |
|---|---|
| E39044, TBD | 2235238 |

If you are not the correct individual or department to research and disburse the requested information, please forward to the proper individual at your firm.