**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC., *et al.,*** | § | **Case No. 22-90341 (DRJ)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

## <u>CERTIFICATE OF SERVICE</u>

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On October 25, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **<u>Exhibit A</u>**, and via electronic mail on the service list attached hereto as **<u>Exhibit B</u>**:

- **Master Service List as of October 24, 2023** (Docket No. 1353)

Furthermore, on October 25, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **<u>Exhibit C</u>**:

- **Third Interim Fee Application of PJT Partners LP, Investment Banker to the Debtors, for the Fee Period from July 1, 2023 Through September 30, 2023** (Docket No. 1355)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: October 26, 2023

    */s/ Serina Tran*
Serina Tran
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 949-404-4152
Email: TeamCoreScientific@stretto.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Special Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

# Exhibit A

 STRETTO

**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| AAF International | Attn: Ryan McGary, General Counsel | 9920 Corporate Campus Dr Ste 2200 | | Louisville | KY | 40223 | |
| Aaron Baker | | 2895 W. Capovilla Ave, Suite 140 | | Las Vegas | NV | 89119 | |
| Amazon Web Services Inc | Attn: Rashmi Manchanda | 410 Terry Avenue North | | Seattle | WA | 98109-5210 | |
| Anchorage Lending CA, LLC | c/o Otterbourg P.C. | Attn: James Drew | 230 Park Avenue | New York | NY | 10169 | |
| Atalaya Capital Management LP | c/o Holland & Knight LLP | Attn: Brent R. McIlwain and Brian Smith | 1722 Routh Street Suite 1500 | Dallas | TX | 75201 | |
| B. Riley Financial, Inc. | c/o Willkie Farr & Gallagher LLP | Attn: Melanie Mansfield | 300 North LeSalle Dr | Chicago | IL | 60654 | |
| Bank of America | | 401 Union St | Fl 26 | Seattle | WA | 98101-2678 | |
| Barings BDC, Inc. | | 300 S. Tryon St | | Charlotte | NC | 28202 | |
| Barings Capital Investment | | 300 S. Tryon St | | Charlotte | NC | 28202 | |
| Barings LLC | Attn: Steve Johnson | 300 South Tryon Street, Suite 2500 | | Charlotte | NC | 18202 | |
| Barings Private Credit Corp | | 300 S. Tryon St | | Charlotte | NC | 28202 | |
| Bremer Bank | | 3100 South Columbia Road | | Grand Forks | ND | 58201 | |
| Brent Berge | | Address Redacted | | | | | |
| BRF Finance Co., LLC | Attn: General Counsel | 30870 Russell Ranch Road Ste 250 | | Westlake Village | CA | 91362 | |
| CDW Direct | Attn: Rick Kulevich, General Counsel | 200 N. Milwaukee Avenue | | Vernon Hills | IL | 60061 | |
| CES Corporation | Attn: Scott Weatherall | 28029-108 Avenue | | Acheson | AB | T7Z 6P7 | Canada |
| Cherokee County Tax Collector | Attn: Delenna Stiles, Tax Collector | 75 Peachtree Street  #225 | | Murphy | NC | 28906-2947 | |
| City National Bank | | 555 South Flower Street | | Los Angeles | CA | 90071 | |
| Coinbase Inc | c/o Coinbase Custody Trust Co LLC | 100 Pine St, Ste 1250 | | San Francisco | CA | 94111 | |
| Cooley LLP | Attn: Daniel Peale | 3 Embarcadero Center, 20th Floor | | San Francisco | CA | 94111-4004 | |
| Dalton Utilities | Attn: Tom Bundros | 1200 V D Parrott Jr Pkwy | | Dalton | GA | 30721 | |
| Dalton Utilities | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Matthew R. Brooks | 600 Peachtree Street NE, Suite 3000 | Atlanta | GA | 30308 | |
| DK Construction Company | Attn: Justin Edwards, President | 5165 Gilbertsville Highway | | Calvert City | KY | 42029-0388 | |
| Douglas S. Wall | | Address Redacted | | | | | |
| Duke Energy | Attn: Tammy Daber, Power Contracts Administrator | 9700 David Taylor Dr. | Mail Code: DT01X | Charlotte | NC | 28262 | |
| FlowTX | Attn: Lucas Leavitt | PO Box 90504 | | San Antonio | TX | 78209-9086 | |
| Foundry Digital LLC [DCG Foundry LLC] | Attn: Mike Coylers, Licia Barra, Ryan Boyle | 1100 Pittsford Victor Road | | Pittsford | NY | 14534 | |
| Gensler | Attn: Todd Runkle | 1011 S. Congress Ave, Building 1, Ste 200 | | Austin | TX | 78704 | |
| Herc Rentals | Attn: Leslie Hunziker | 27500 Riverview Center Blvd Ste 100 | | Bonita Springs | FL | 34134 | |
| Internal Revenue Service | | Department of the Treasury | | Ogden | UT | 84201-0045 | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | 1111 Pennsylvania Ave NW | | Washington | DC | 20004-2541 | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Internal Revenue Service | Houston Department | 1919 Smith Street | | Houston | TX | 77002 | |
| Janice J. Kelly | c/o Dee J. Kelly, Jr. | 201 Main St., Ste, 2500 | | Fort Worth | TX | 76102 | |
| Kentucky Department of Revenue | Attn: Thomas B. Miller | 501 High Street | | Frankfort | KY | 40601 | |
| LiveView Technologies Inc | Attn: Chris Parker | 1226 S 1480 W | | Orem | UT | 84058 | |
| Luxor Technology Corp | | 1100 Bellevue Way NE | Suite 8A #514 | Bellevue | WA | 98004 | |
| Marshall County Sheriff | Attn: Trent Weaver, Sheriff | 52 Judicial Dr | | Benton | KY | 42025 | |
| MassMutual Asset Finance LLC | Attn: David Coutu | 2 Hampshire Street | Suite 101 | Foxboro | MA | 02035 | |
| McDermott Will and Emery LLP | Attn: Alexandra Catherina Scheibe | 1 Vanderbilt Ave | | New York | NY | 10017 | |



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| Moss Adams LLP | Attn: Findley Oliver Gillespie | 999 Third Ave | Ste 2800 | Seattle | WA | 98104 | |
| MP2 Energy Texas, LLC d/b/a Shell Energy Solutions | Attn: Aren Hansen | 21 Waterway Avenue, Ste 450 | | The Woodlands | TX | 77380 | |
| NYDIG ABL LLC | c/o Sidley Austin LLP | Attn: Elizabeth R. Tabas Carson | 787 7th Ave | New York | NY | 10019 | |
| Office of the U.S. Trustee | Attn: Jayson Ruff & Alicia Barcomb | 515 Rusk Street, Suite 3516 | | Houston | TX | 77002 | |
| OP | Attn: Elise Chittick | 10030 Bent Oak Dr | | Houston | TX | 77040 | |
| Priority Power Management LLC | Attn: Robert L. Douglas | 2201 E Lamar Blvd Suite 275 | | Arlington | TX | 76006 | |
| RBH Holdings, LLC | c/o Randall B. Hale | 3737 Buffalo Speedway, Ste. 1800 | | Houston | TX | 77098 | |
| Reed Wells Benson and Company | Attn: Kenneth Fulk | 12222 Merit Dr | Ste 400 | Dallas | TX | 75251-2268 | |
| Rudolph Family Trust | c/o Lawrence Rudolph Trustee | 613 Canyon Greens Dr. | | Las Vegas | NV | 89144 | |
| Securitas Security Services USA Inc | Attn: Patrick Melody | 4330 Park Terrace Drive | | West Lake Village | CA | 91361 | |
| Securities & Exchange Commission | Attn: Regional Director | 5000 T Rex Ave | Ste 300 | Boca Raton | FL | 33431-4491 | |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F Street, NE | | Washington | DC | 20002 | |
| Shell Energy Solutions | Attn: Marty Lundstrom | 21 Waterway Avenue Suite 450 | | The Woodlands | TX | 77380 | |
| Sidley Austin LLP | Attn: Scott Parel | 2021 McKinney Avenue | Suite 2000 | Dallas | TX | 75201 | |
| Sphere 3D Corp. | Attn: Patricia Trompeter | 623 Steamboat Road | Apt A | Greenwich | CT | 06830 | |
| State Of Georgia | Office Of The Attorney General | 40 Capitol Sq Sw | | Atlanta | GA | 30334 | |
| State Of Kentucky | Office Of The Attorney General | Capitol Building | 700 Capitol Ave Ste 118 | Frankfort | KY | 40601 | |
| State Of North Carolina | Office Of The Attorney General | 114 W Edenton St | | Raleigh | NC | 27603 | |
| State Of North Dakota | Office Of The Attorney General | State Capitol, 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 | |
| Stonebriar Commercial Finance LLC | Attn: Jeffrey L. Wilkison | 5601 Granite Parkway | Suite 1350 | Plano | TX | 75024 | |
| Tenaska Power Services Co | Attn: Drew Fossum | 14302 FNB Parkway | | Omaha | NE | 68154 | |
| Tenaska Power Services Co. | | 300 E. John Carpenter Ste. 1000 | | Irving | TX | 75062 | |
| Tenet Solutions | Attn: Accounting | 1238 Grey Fox Rd | | Arden Hills | MN | 55112 | |
| Texas Office of the Attorney General | | 300 W. 15th Street | | Austin | TX | 78701 | |
| Texas Office of the Attorney General | | PO Box 12548 | | Austin | TX | 78711-2548 | |
| Trilogy LLC | Attn: Sam Bersiek | 6255 Saddle Tree Dr | | Las Vegas | NV | 89118 | |
| Trinity Capital Inc | Attn: Kyle Brown | 1N 1st Street, Suite 302 | | Phoenix | AZ | 85004 | |
| US Attorney's Office for the Southern District of Texas | Attn: Jennifer Lowery | 1000 Louisiana St Suite 2300 | | Houston | TX | 77002 | |
| US Customs and Border Patrol | Attn: Raul Ortiz | 1300 Pennsylvania Avenue, Suite 4.4-B | | Washington | DC | 20229 | |
| Wingspire Equipment Finance LLC | c/o Reed Smith LLP | Attn: Richard J. Tannenbaum | 599 Lexington Avenue | New York | NY | 10022 | |

# Exhibit B



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 36th Street Capital Partners LLC, Prime Alliance Bank, Inc., and Wingspire Equipment Finance, LLC | c/o Reed Smith LLP | Attn: Devan J. Dal Col | ddalcol@reedsmith.com |
| 36th Street Capital Partners, LLC | c/o Reed Smith LLP | Attn: Devan Dal Col | jolsen@36thstreetcapital.com<br>clatouche@36thstreetcapital.com<br>gkammerer@36thstreetcapital.com<br>ddalcol@reedsmith.com |
| AAF International | Attn: Ryan McGary, General Counsel | | rmcgary@aafintl.com |
| Aaron Baker | | | aaron@alphabravoholdings.com |
| ABLe Communications, Inc. | c/o Forshey & Prostok LLP | Attn: Jeff P. Prostok, Dyland T.F. Ross | jprostok@forsheyprostok.com<br>dross@forsheyprostok.com |
| Ad Hoc Equity Group | c/o Skadden, Arps, Slate, Meagher & Flom LLP | Attn: George N. Panagakis, Ron E. Meisler, Christopher M. Dressel, Jennifer Madden | george.panagakis@skadden.com<br>ron.meisler@skadden.com<br>christopher.dressel@skadden.com<br>jennifer.madden@skadden.com |
| Ad Hoc Equity Group | c/o Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Noelle M. Reed | noelle.reed@skadden.com |
| Ad Hoc Group of Secured Convertible Noteholders | c/o Paul Hastings LLP | Attn: James T Grogan III | jamesgrogan@paulhastings.com |
| Ad Hoc Group of Secured Convertible Noteholders | c/o Paul Hastings LLP | Attn: Kristopher M Hansen, Erez E Gilad, Sayan Bhattacharyya & Joanne Lau | krishansen@paulhastings.com<br>erezgilad@paulhastings.com<br>sayanbhattacharyya@paulhastings.com<br>joannelau@paulhastings.com |
| Amazon Web Services Inc | Attn: Rashmi Manchanda | | rmmanch@amazon.com |
| AmTrust North America, Inc. on behalf of Associated Industries Insurance Company, Inc. | c/o Maurice Wutscher, LLP | Attn: Alan C. Hochheiser | ahochheiser@mauricewutscher.com |
| Anchorage Lending CA, LLC | c/o Otterbourg P.C. | Attn: James Drew | jdrew@otterbourg.com |
| Anchorage Lending CA, LLC | c/o Winston & Strawn LLP | Attn: David Neier | dneier@winston.com |
| Atalaya Capital Management LP | c/o Holland & Knight LLP | Attn: Brent R. McIlwain and Brian Smith | brent.mcilwain@hklaw.com<br>brian.smith@hklaw.com |
| B. Riley Commercial Capital, LLC | c/o Choate, Hall & Stewart LLP | Attn: John F. Ventola, Douglas R. Gooding & M. Hampton Foushee | jventola@choate.com<br>dgooding@choate.com<br>hfoushee@choate.com |
| B. Riley Financial, Inc. | c/o Willkie Farr & Gallagher LLP | Attn: Melanie Mansfield | mmansfield@willkie.com |
| Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. | c/o Arnold & Porter Kaye Scholer LLP | Attn: C. Thomas Kruse | tom.kruse@arnoldporter.com |
| Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. | c/o Arnold & Porter Kaye Scholer LLP | Attn: Jeffrey A. Fuisz, Madelyn A. Nicolini & Robert T. Franciscovich | jeffrey.fuisz@arnoldporter.com<br>madelyn.nicolini@arnoldporter.com<br>robert.franciscovich@arnoldporter.com |
| Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. | c/o Arnold & Porter Kaye Scholer LLP | Attn: Michael D. Messersmith, Brian J. Lohan & Sarah Gryll | michael.messersmith@arnoldporter.com<br>brian.lohan@arnoldporter.com<br>sarah.gryll@arnoldporter.com |
| BEAM Concrete Construction, Inc. | c/o Matthews, Shiels, Knott, Eden, Davis & Beanland, L.L.P. | Attn: Misti L Beanland | beanland@mssattorneys.com |
| BlockFi Inc | c/o Haynes and Boone LLP | Attn: Matthew Frankle | matthew.frankle@haynesboone.com |
| BlockFi, Inc. | c/o Haynes and Boone, LLP | Attn: Kenric D. Kattner & Arsalan Muhammad | kenric.kattner@haynesboone.com<br>arsalan.muhammad@haynesboone.com |
| BlockFi, Inc. | c/o Haynes and Boone, LLP | Attn: Matt Ferris & Charles M. Jones II | matt.ferris@haynesboone.com<br>charlie.jones@haynesboone.com |
| BlockFi, Inc. | c/o Haynes and Boone, LLP | Attn: Richard Kanowitz | richard.kanowitz@haynesboone.com |
| Board of Directors of Core Scientific, Inc. | c/o Scheef & Stone, L.L.P. | Attn: Peter C. Lewis, Esq. | peter.lewis@solidcounsel.com<br>marcella.morales@solidcounsel.com |
| Brent Berge | | | Email Address Redacted |
| BRF Finance Co., LLC | Attn: General Counsel | | legal@brileyfin.com |
| CDW Direct | Attn: Rick Kulevich, General Counsel | | credit@cdw.com |



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| CEC Energy Services, LLC | c/o Branscomb PLLC | Attn: Patrick H. Autry | pautry@branscomblaw.com |
| CEC Energy Services, LLC | c/o Hughes Watters Askanase, LLP | Attn: Waynes Kitchen | wkitchens@hwa.com |
| CES Corporation | Attn: Scott Weatherall | | s.weatherall@cescorp.ca |
| Charles Basil and Mitch Edwards | c/o Ervin Cohen & Jessup LLP | Attn: Byron Z. Moldo, Russell M. Selmont | bmoldo@ecjlaw.com rselmont@ecjlaw.com |
| Cherokee County Tax Collector | Attn: Delenna Stiles, Tax Collector | | collections@cherokeecounty-nc.gov |
| City of Dalton, Georgia by and through its Board of Water, Light and Sinking Fund Commissioners d/b/a Dalton Utilities | c/o Howley Law PLLC | Attn: Tom A. Howley and Eric Terry | tom@howley-law.com eric@howley-law.com |
| City of Dalton, Georgia by and through its Board of Water, Light and Sinking Fund Commissioners d/b/a Dalton Utilities | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Marcy J. McLaughlin Smith | marcy.smith@troutman.com |
| City of Dalton, Georgia by and through its Board of Water, Light and Sinking Fund Commissioners d/b/a Dalton Utilities | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Matthew Ray Brooks | matthew.brooks@troutman.com |
| City of Denton | c/o Haynes and Boone, LLP | Attn: Kelli S. Norfleet | kelli.norfleet@haynesboone.com |
| City of Denton | c/o Haynes and Boone, LLP | Attn: Martha Wyrick, Thomas J. Zavala | martha.wyrick@haynesboone.com tom.zavala@haynesboone.com |
| Conflicts and Efficiency Counsel to the Official Committee of Unsecured Creditors | c/o Gray Reed | Attn: Jason S. Brookner & Lydia R. Webb | jbrookner@grayreed.com lwebb@grayreed.com |
| Cooley LLP | Attn: Daniel Peale | | dpeale@cooley.com |
| Dallas County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Dalton Utilities | Attn: Tom Bundros | | tbundros@dutil.com |
| Dalton Utilities | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Matthew R. Brooks | matthew.brooks@troutman.com |
| DK Construction Company | Attn: Justin Edwards, President | | justin@dkconstructioninc.com |
| Duke Energy | Attn: Tammy Daber, Power Contracts Administrator | | tammy.daber@duke-energy.com |
| FlowTX | Attn: Lucas Leavitt | | lleavitt@flowtx.com |
| Foundry Digital LLC | c/o Porter Hedges LLP | Attn: John F. Higgins, M. Shane Johnson, Megan N. Young-John | jhiggins@porterhedges.com sjohnson@porterhedges.com myoung-john@porterhedges.com |
| Foundry Digital LLC [DCG Foundry LLC] | Attn: Mike Coylers, Licia Barra, Ryan Boyle | | hello@foundrydigital.com mcolyer@foundrydigital.com rboyle@foundrydigital.com notices@foundrydigital.com lbarra@foundrydigital.com |
| Foundry Digital LLC [DCG Foundry LLC] | c/o Schulte Roth & Zabel LLP | Attn: Kristine G. Manoukian, Abbey Walsh, Peter J. Amend | kristine.manoukian@srz.com abbey.walsh@srz.com peter.amend@srz.com |
| Gaylor Electric, Inc. d/b/a Gaylor, Inc. | c/o Bradley Arant Boult Cummings LLP | Attn: James B Bailey | jbailey@bradley.com |
| Gem Mining | c/o Maynard, Cooper & Gale, P.C. | Attn: Stephen C. Jackson | sjackson@maynardcooper.com |
| General Casualty Company of Wisconsin | c/o Shook, Hardy & Bacon L.L.P. | Attn: John Lewis, Jr. | jolewis@shb.com |
| Gensler | Attn: Todd Runkle | | todd_runkle@gensler.com |
| Harper Construction Company, Inc | Attn: Stephen Marble | | lpz@harperconstruction.com lzarazua@harperconstruction.com scm@harperconstruction.com |
| Harper Construction Company, Inc. | c/o Mulinix Eddy & Ewert, PLLC | Attn: Russell L. Mulinix | rusty@lawokc.com |
| Harper Construction Company, Inc. | c/o Porter Hedges LLP | Attn: John F. Higgins, M. Shane Johnson | jhiggins@porterhedges.com sjohnson@porterhedges.com egarfias@porterhedges.com |
| Herc Rentals | Attn: Leslie Hunziker | | leslie.hunziker@hercrentals.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 2 of 4



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Huband-Mantor Construction, Inc. | c/o Cokinos Young | Attn: Jay K. Farwell & Stephanie O'Rourke | sorourke@cokinoslaw.com<br>jfarwell@cokinoslaw.com |
| Huband-Mantor Construction, Inc. | c/o Law Offices of Ray Battaglia, PLLC | Attn: Raymond W. Battaglia | rbattaglialaw@outlook.com |
| Humphrey & Associates, Inc. | c/o Laperouse, PC | Attn: Jason R. Kennedy | bankruptcy@laperouselaw.com |
| Indigo Direct Lending, LLC | c/o Moritt Hock & Hamroff LLP | Attn: Theresa A. Driscoll | tdriscoll@moritthock.com |
| Indigo Direct Lending, LLC | c/o Ross, Smith & Binford, PC | Attn: Frances A. Smith, Judith W. Ross | frances.smith@rsbfirm.com<br>judith.ross@rsbfirm.com |
| Janice J. Kelly | c/o Dee J. Kelly, Jr. | | dee.kelly@kellyhart.com |
| LiveView Technologies Inc | Attn: Chris Parker | | chris.parker@lvt.com |
| LV.NET, LLC | c/o Hendershot Cowart P.C. | Attn: Simon W. Hendershot, III, Carolyn Carollo | trey@hchlawyers.com<br>ccarollo@hchlawyers.com |
| Maddox Industrial Transformer, LLC | c/o Haynsworth Sinkler Boyd, P.A. | Attn: Mary M. Caskey, Esq. | mcaskey@hsblawfirm.com |
| Marnoy Interests, Ltd. d/b/a Office Pavilion | c/o Ferguson Braswell Fraser Kubasta PC | Attn: Rachel L. Smiley | rsmiley@fbfk.law |
| Marshall County Sheriff | Attn: Trent Weaver, Sheriff | | marshallso@marshallco.org |
| MassMutual Asset Finance LLC | c/o Verrill Dana LLP | Attn: Nathaniel R. Hull | nhull@verrill-law.com |
| MassMutual Asset Finance LLC | c/o Verrill Dana LLP | Attn: Thomas O. Bean, Esq. | tbean@verrill-law.com |
| McCarthy Building Companies Inc. | c/o Watt, Tieder, Hoffar & Fitzgerald, LLP | Attn: Jennifer L. Kneeland and Marguerite Lee DeVoll | jkneeland@watttieder.com<br>mdevoll@watttieder.com<br>shope@watttieder.com |
| McDermott Will and Emery LLP | Attn: Alexandra Catherina Scheibe | | ascheibe@mwe.com |
| Meridian Equipment Finance, LLC | c/o Saldutti Law Group | Attn: Rebecca K. McDowell | rmcdowell@slgcollect.com |
| MK Marlow Company, LLC | c/o Scott Viscuso, PLLC | Attn: Eric L Scott | escott@sv-legal.com |
| Moss Adams LLP | Attn: Findley Oliver Gillespie | | findley.gillespie@mossadams.com |
| MP2 Energy Texas, LLC d/b/a Shell Energy Solutions | c/o Cokinos Young | Attn: Craig E. Power & Tres Gibbs | cpower@cokinoslaw.com<br>tgibbs@cokinoslaw.com |
| North Mill Equipment Finance LLC | c/o Padfield & Stout, L.L.P. | Attn: Christopher V. Arisco | carisco@padfieldstout.com<br>mstout@padfieldstout.com |
| NYDIG ABL LLC | c/o Sidley Austin LLP | Attn: Dennis M. Twomey and Jackson T. Garvey | dtwomey@sidley.com<br>jgarvey@sidley.com |
| NYDIG ABL LLC | c/o Sidley Austin LLP | Attn: Elizabeth R. Tabas Carson | etabas@sidley.com |
| NYDIG ABL LLC | c/o Sidley Austin LLP | Attn: Maegan Quejada | mquejada@sidley.com |
| Office of the U.S. Trustee | Attn: Jayson Ruff & Alicia Barcomb | | jayson.b.ruff@usdoj.gov<br>alicia.barcomb@usdoj.gov |
| Official Committee of Equity Security Holders | c/o Vinson & Elkins LLP | Attn: David S. Meyer, Lauren R. Kanzer and Zachary A. Paiva | dmeyer@velaw.com<br>lkanzer@velaw.com<br>zpaiva@velaw.com |
| Official Committee of Equity Security Holders | c/o Vinson & Elkins LLP | Attn: Paul E. Heath, Harry A. Perrin & Kiran Vakamudi | pheath@velaw.com<br>hperrin@velaw.com<br>kvakamudi@velaw.com |
| Official Committee of Unsecured Creditors | c/o Willkie Farr & Gallagher LLP | Attn: Brett H Miller, Todd M Goren, James H Burbage, & Joseph R. Brandt | bmiller@willkie.com<br>tgoren@willkie.com<br>jburbage@willkie.com<br>corewillkie@willkie.com<br>jbrandt@willkie.com |
| Official Committee of Unsecured Creditors | c/o Willkie Farr & Gallagher LLP | Attn: Jennifer J Hardy | jhardy2@willkie.com<br>corewillkie@willkie.com |
| OP | Attn: Elise Chittick | | echittick@ophouston.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Priority Power Management LLC | Attn: Robert L. Douglas | | rdouglas@prioritypower.com |
| Priority Power Management, LLC | c/o Baker Botts LLP | Attn: Danny David | danny.david@bakerbotts.com |
| Priority Power Management, LLC | c/o Baker Botts LLP | Attn: Eric T. Haitz, Shelby V. Saxon | eric.haitz@bakerbotts.com<br>shelby.saxon@bakerbotts.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 3 of 4



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Priority Power Management, LLC | c/o Baker Botts LLP | Attn: Scott R. Bowling | scott.bowling@bakerbotts.com |
| Quinn Emanuel Urquhart & Sullivan LLP | Attn: Asher Griffin | | ashergriffin@quinnemanuel.com |
| RBH Holdings, LLC | c/o Randall B. Hale | | rhale@rockhillcap.com |
| Reed Wells Benson and Company | Attn: Kenneth Fulk | | kfulk@rwb.net |
| Rudolph Family Trust | c/o Lawrence Rudolph Trustee | | laru@reign-deer.com |
| Securitas Security Services USA Inc | Attn: Patrick Melody | | patrick.melody@securitasinc.com |
| Shell Energy Solutions | Attn: Marty Lundstrom | | marty.lundstrom@mp2energy.com |
| Sidley Austin LLP | Attn: Scott Parel | | sparel@sidley.com |
| Sphere 3D Corp. | Attn: Patricia Trompeter | | patricia.trompeter@sphere3d.com |
| Sphere 3D Corp. | c/o Hunton Andrews Kurth LLP | Attn: Timothy A. ("Tad") Davidson II, Ashley L. Harper | taddavidson@huntonak.com ashleyharper@huntonak.com |
| Sphere 3D Corp. | c/o Pryor Cashman LLP | Attn: Seth H. Lieberman, Matthew W. Silverman | slieberman@pryorcashman.com msilverman@pryorcashman.com |
| SRPF A QR Riversouth LLC | c/o Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry | dperry@munsch.com |
| State Of Kentucky | Office Of The Attorney General | | kyoagor@ky.gov |
| State Of North Dakota | Office Of The Attorney General | | ndag@nd.gov |
| Tanmar Rentals, LLC | c/o Wells & Cuellar, P.C. | Attn: Jeffrey D. Stewart | jstewart@wellscuellar.com |
| Tenaska Power Services Co | Attn: Drew Fossum | | tpmcustomerservice@tnsk.com |
| Tenaska Power Services Co. | c/o Ross, Smith & Binford, PC | Attn: Jason Binford | jason.binford@rsbfirm.com |
| Tenaska Power Services Co. | c/o Ross, Smith & Binford, PC | Attn: Judith W. Ross | judith.ross@rsbfirm.com frances.smith@rsbfirm.com |
| Tenet Solutions | Attn: Accounting | | tenet-ar@tenetsolutions.us |
| Texas Comptroller of Public Accounts, Revenue Accounting Division | c/o Bankruptcy & Collections Division | Attn: Christopher S. Murphy | christopher.murphy@oag.texas.gov |
| Toyota Industries Commercial Finance Inc. | c/o Weltman, Weinberg & Reis Co. LPA | Attn: Scott D. Fink | bronationalecf@weltman.com |
| Travis County | Attn: Jason A. Starks, Assistant Travis County Attorney | | jason.starks@traviscountytx.gov |
| Trilogy LLC | Attn: Sam Bersiek | | sam@trilogycorp.com |
| Trinity Capital Inc. | c/o Latham & Watkins LLP | Attn: Kimberly A. Posin | kim.posin@lw.com |
| U.S. Bank National Association, as Prepetition Note Agent and Collateral Agent | c/o Shipman & Goodwin LLP | Attn: Kathleen M. LaManna, Esq. | klamanna@goodwin.com bankruptcy@goodwin.com bankruptcyparalegal@goodwin.com |
| US Attorney's Office for the Southern District of Texas | Attn: Jennifer Lowery | | usatxs.atty@usdoj.gov |
| Ward County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | sanantonio.bankruptcy@lgbs.com |
| Wingspire Equipment Finance LLC | c/o Reed Smith LLP | Attn: Richard J. Tannenbaum | rtannenbaum@reedsmith.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 4 of 4

# **Exhibit C**



**Exhibit C**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|------|-------------|-------------|-------|
| Ad Hoc Group of Secured Convertible Noteholders | c/o Paul Hastings LLP | Attn: Kristopher M Hansen, Erez E Gilad, Sayan Bhattacharyya & Joanne Lau | krishansen@paulhastings.com<br>erezgilad@paulhastings.com<br>sayanbhattacharyya@paulhastings.com<br>joannelau@paulhastings.com |
| Core Scientific, Inc. | Attn: Todd DuChene, Esq. | | tduchene@corescientific.com |
| Core Scientific, Inc., et al. | c/o Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, Ronit J. Berkovich and Moshe A. Fink | ray.schrock@weil.com<br>ronit.berkovich@weil.com<br>moshe.fink@weil.com |
| Office of the U.S. Trustee | Attn: Jayson Ruff & Alicia Barcomb | | jayson.b.ruff@usdoj.gov<br>alicia.barcomb@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Willkie Farr & Gallagher LLP | Attn: Brett H Miller, Todd M Goren, James H Burbage, & Joseph R. Brandt | bmiller@willkie.com<br>tgoren@willkie.com<br>jburbage@willkie.com<br>corewillkie@willkie.com<br>jbrandt@willkie.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 1 of 1