# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CORE SCIENTIFIC, INC., *et al.*,[1] | ) Case No. 22-90341 (CML) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF INCREASE OF HOURLY RATES OF PROFESSIONALS

**PLEASE TAKE NOTICE** that FTI Consulting, Inc. ("FTI") is hereby providing notice of the increase of the hourly rate of certain of its professionals, pursuant to the *Order Authorizing Retention of FTI Consulting, Inc. as Financial Advisor for the Office Committee of Equity Security Holders Effective as of April 8, 2023* ("Retention Order") [Docket No. 934], which requires 10 business days' notice to the Debtors, the Official Committee of Unsecured Creditors in these chapter 11 cases, the U.S. Trustee, and the Equity Committee before any increase in the hourly rates listed in the Application is implemented.

**PLEASE TAKE FURTHER NOTICE** that pursuant to its internal operating procedures, and as set forth in the Engagement Letters that were attached to the *Application for An Order Authorizing the Retention and Employment of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Equity Security Holders Effective as of April 8, 2023* [Docket No. 825] filed in these cases, FTI, from time to time, adjusts its hourly rates. The following tables reflect the hourly rate increases for certain professionals as of October 1, 2023.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6073); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

| United States | Previous Rates | Proposed Rates |
| --- | ---: | ---: |
| Senior Managing Directors | $1,045 - $1,495 | $1,095 - $1,495 |
| Directors/Senior Directors/Managing Directors | $785 - $1,055 | $825 - $1,110 |
| Consultants/Senior Consultants | $435 - $750 | $450 - $790 |
| Administrative/Paraprofessionals | $175 - $325 | $185 - $370 |

| Securities, Commodities & Derivatives (SCD) | Previous Rates | Proposed Rates |
| --- | ---: | ---: |
| Senior Managing Directors | n/a | $1,650 - $1,895 |
| Directors/Senior Directors/Managing Directors | n/a | $1,060 - $1,515 |
| Consultants/Senior Consultants | n/a | $595 - $990 |

Dated: October 26, 2023
New York, NY

                                        */s/ Andrew Scruton*
                                        **FTI Consulting, Inc.**
                                        Andrew Scruton
                                        1166 Avenue of the Americas, 15th Floor
                                        New York, NY 10036
                                        Telephone: (646) 453-1222
                                        Email: Andrew.Scruton@FTIConsulting.com

                                        *Financial Advisor to the Official Committee of Equity Security Holders*

**Certificate of Service**

      I certify that on October 26, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

      */s/ Paul E. Heath*
      One of Counsel