United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 26, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CORE SCIENTIFIC, INC., *et al.*,[1] | ) | Case No. 22-90341 (CML) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | Re: Dkt. No. 1252 |

### ORDER GRANTING FTI CONSULTING, INC.'S FIRST INTERIM FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS FOR THE PERIOD FROM APRIL 8, 2023 THROUGH JUNE 30, 2023

This Court conducted its own analysis of the *First Interim Application for Compensation and Reimbursement of Expenses* filed by FTI Consulting, Inc. (the "Applicant"). The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of expenses in the amount of $1,637,613.70 for the period set forth in the application.

2. The Debtors are authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Signed: October 24, 2023

Christopher Lopez
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6073); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

4884-4037-6966