# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| CORE SCIENTIFIC INC., *et al.*,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 22-90341 (DRJ) <br> ) <br> ) Jointly Administered <br> ) <br> ) <br> ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND TERMINATION OF ELECTRONIC CASE FILINGS

PLEASE TAKE NOTICE that Marcy J. McLaughlin Smith of Troutman Pepper Hamilton Sanders LLP hereby files this notice of withdrawal of appearance on behalf of City of Dalton, Georgia by and through its Board of Water, Light and Sinking Fund Commissioners d/b/a Dalton Utilities ("Dalton Utilities"), in the above-referenced cases, and requests that she be removed from the Court Matrix and Official Service List in these Chapter 11 cases.

PLEASE TAKE FURTHER NOTICE that Matthew R. Brooks of Troutman Pepper Hamilton Sanders LLP and Tom A. Howley and Eric Terry of Howley Law PLLC will continue to represent Dalton Utilities in these cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

Dated: October 27, 2023

Respectfully submitted,

*/s/ Marcy J. McLaughlin Smith*
Marcy J. McLaughlin Smith
(Admitted Pro Hac Vice)
TROUTMAN PEPPER HAMILTON SANDERS LLP
Hercules Plaza Suite 5100
1313 N. Market Street, PO Box 1709
Wilmington, DE 19899-1709
Telephone: 302-777-6500
Email: marcy.smith@troutman.com

- and –

Tom A. Howley Texas Bar No. 24010115
Eric Terry Texas Bar No. 00794729
HOWLEY LAW PLLC
Pennzoil Place – South Tower
711 Louisiana St., Suite 1850
Houston, Texas 77002
Telephone: 713-333-9125
Email: tom@howley-law.com
Email: eric@howley-law.com

- and -

Matthew Ray Brooks
(Admitted Pro Hac Vice)
TROUTMAN PEPPER HAMILTON SANDERS LLP
875 Third Avenue
New York, NY 10022
Telephone: 212-704-6000
Email: matthew.brooks@troutman.com

*Counsel to City of Dalton, Georgia by and through its Board of Water, Light and Sinking Fund Commissioners d/b/a Dalton Utilities*

## CERTIFICATE OF SERVICE

I certify that on October 27, 2023, I caused a copy of the foregoing document to be served by electronic transmission to all registered ECF users appearing in these cases.

*/s/ Marcy J. McLaughlin Smith*
Marcy J. McLaughlin Smith
