IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (CML) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § § | |

### DEBTORS' WITNESS AND EXHIBIT
### LIST FOR HEARING ON OCTOBER 31, 2023

Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), file this witness and exhibit list (the "**Witness and Exhibit List**") for the hearing scheduled for October 31, 2023 at 1:00 p.m. (prevailing Central Time) (the "**Hearing**") for the *Emergency Motion of Debtors for Order Approving Amendment of Purchase and Sale Agreement* (ECF No. 1366) (the "**Motion**"):

### WITNESSES

The Debtors may call any of the following witnesses at the Hearing:

1. Michael Bros, Senior Vice President of Capital Markets & Acquisitions at Core Scientific, Inc.;

2. Any witness called or listed by any other party; and

3. Any rebuttal witnesses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, TX 78704.

## EXHIBITS

The Debtors may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | *Emergency Motion for Order Approving (I) Global Settlement Between Debtors and Celsius, (II) Sale of Cedarvale Facility and Related Assets, (III) Entry Into Amended TNMP Contract and Assumption and Assignment of Transferred Contracts and (IV) Granting Related Relief* (**ECF No. 1236**) | | | | |
| 2. | *Emergency Order Approving (I) Global Settlement Between Debtors and Celsius, (II) Sale of Cedarvale Facility and Related Assets, (III) Assumption and Assignment of Transferred Contracts and (IV) Granting Related Relief* (**ECF No. 1292**) | | | | |
| 3. | That certain Purchase and Sale Agreement, dated as of September 14, 2023, by and between the Debtors and Celsius Mining LLC (**ECF No. 1272-21**) | | | | |
| 4. | That certain First Amendment to Purchase and Sale Agreement, dated as October 28, 2023, by and between the Debtors and Celsius Mining LLC, annexed to the Motion as Exhibit 1 of Exhibit A (**ECF No. 1366, Exhibit 1 of Exhibit A**) | | | | |
| 5. | Certificate of Service regarding Emergency Motion of Debtors for Order Approving Amendment of Purchase and Sale Agreement (**ECF No. 1370**) | | | | |
| 6. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |
| 7. | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party | | | | |
| 8. | Any exhibit listed by any other party | | | | |

## RESERVATION OF RIGHTS

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list at any time prior to the hearing. The Debtors reserve the right to offer into evidence any exhibit necessary to rebut evidence or testimony offered by any other party and any exhibits listed or used by any other party.

Dated: October 30, 2023
      Houston, Texas

    Respectfully submitted,

    */s/ Alfredo R. Pérez*
    WEIL, GOTSHAL & MANGES LLP
    Alfredo R. Pérez (15776275)
    Clifford W. Carlson (24090024)
    700 Louisiana Street, Suite 1700
    Houston, Texas  77002
    Telephone: (713) 546-5000
    Facsimile:  (713) 224-9511
    Email:  Alfredo.Perez@weil.com
           Clifford.Carlson@weil.com

    -and-

    WEIL, GOTSHAL & MANGES LLP
    Ray C. Schrock (admitted *pro hac vice*)
    Ronit J. Berkovich (admitted *pro hac vice*)
    767 Fifth Avenue
    New York, New York  10153
    Telephone:  (212) 310-8000
    Facsimile:   (212) 310-8007
    Email:  Ray.Schrock@weil.com
           Ronit.Berkovich@weil.com

    *Attorneys for Debtors*
    *and Debtors in Possession*

**Certificate of Service**

I hereby certify that on October 30, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                   */s/ Alfredo R. Pérez*
                                                   Alfredo R. Pérez