United States Bankruptcy Court
Southern District of Texas

**ENTERED**

November 02, 2023

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CORE SCIENTIFIC, INC. *et al.*,[1] | ) | Case No. 22-90341 (CML) |
| | ) | (Jointly Administered) ) |
| Debtors. | | |

### ORDER GRANTING FIRST INTERIM APPLICATION OF GRAY REED
### FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
### OF EXPENSES AS CONFLICTS AND EFFICIENCY COUNSEL
### FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### <u>FOR THE PERIOD OF JANUARY 30, 2023 THROUGH MAY 31, 2023</u>

The Court has considered the *First Interim Application of Gray Reed for Allowance of Compensation and Reimbursement of Expenses as Conflicts and Efficiency Counsel for the Official Committee of Unsecured Creditors for the Period of January 30, 2023 through May 31, 2023* (the "<u>Application</u>") filed by Gray Reed (the "<u>Applicant</u>").  The Court orders:

1.      The Applicant is allowed interim compensation and reimbursement of expenses in the amount of **<u>$145,929.27</u>** for the period set forth in the Application.

2.      The Debtors are authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Signed:  November 02, 2023

Christopher Lopez
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.