IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|   |   |   |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (CML) |
|  | § § | (Jointly Administered) |
| Debtors.[1] | § § § | Re: Docket No. 1189 |

### CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' MOTION FOR ORDER APPROVING (I) GLOBAL SETTLEMENT BETWEEN DEBTORS AND HARPER CONSTRUCTION COMPANY, INC. AND (II) GRANTING RELATED RELIEF

1. On August 30, 2023, Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Debtors' Motion for Order Approving (I) Global Settlement Between Debtors and Harper Construction Company, Inc. and (II) Granting Related Relief* (Docket No. 1189) (the "**Motion**"),[2] with a proposed order granting the relief requested in the Motion annexed thereto as <u>Exhibit A</u> (the "**Initial Proposed Order**"). Any objections to the Motion by other parties were required to be filed and served on or prior to September 20, 2023; any objections to the Motion by the ad hoc group of secured convertible noteholders (the "**Ad Hoc Noteholder Group**") were required to be filed and served on or prior to October 13, 2023 (collectively, the "**Objection Deadlines**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, TX 78704.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2. The Debtors received informal comments to the Initial Proposed Order from the Ad Hoc Noteholder Group, which comments have been incorporated into a revised form of proposed order, annexed hereto as **Exhibit A** (the "**Revised Proposed Order**").  A redline of the Revised Proposed Order against the Initial Proposed Order is attached hereto as **Exhibit B**.

3. In accordance with paragraph 44 of the *Procedures for Complex Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) the Objection Deadlines have passed, (ii) the undersigned counsel is unaware of any objection to the Motion, and (iii) the undersigned counsel has reviewed the Court's docket and no objection to the Motion appears thereon.

4. Therefore, the Debtors respectfully request entry of the Revised Proposed Order.

[*Remainder of page intentionally left blank*]

Dated: November 3, 2023
       Houston, Texas

          */s/ Alfredo R. Pérez*
          WEIL, GOTSHAL & MANGES LLP
          Alfredo R. Pérez (15776275)
          Clifford Carlson (24090024)
          700 Louisiana Street, Suite 1700
          Houston, Texas  77002
          Telephone: (713) 546-5000
          Facsimile:  (713) 224-9511
          Email:  Alfredo.Perez@weil.com
                   Clifford.Carlson@weil.com

          -and-

          WEIL, GOTSHAL & MANGES LLP
          Ray C. Schrock (admitted *pro hac vice*)
          Ronit J. Berkovich (admitted *pro hac vice*)
          767 Fifth Avenue
          New York, New York 10153
          Telephone:  (212) 310-8000
          Facsimile:  (212) 310-8007
          Email:  Ray.Shrock@weil.com
                   Ronit.Berkovich@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

**Certificate of Service**

I hereby certify that on November 3, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                                          _/s/ Alfredo R. Pérez_
                                                                                           Alfredo R. Pérez