# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (CML) |
| Debtors.[1] | § § § § § § | (Jointly Administered) |

## [PROPOSED] ORDER DENYING MOTION FOR SUMMARY JUDGMENT

Upon *Harlin Dean's Motion for Summary Judgment and Brief in Support Related to Debtor's Objection to Proof Of Claim Nos. 364 and 383*, dated October 19, 2023 (the "**Motion**"), and Debtors' Opposition to Claimant Harlin Dean's Motion for Summary Judgment (the "**Opposition**"),[2] dated November 9, 2023; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

**IT IS HEREBY ORDERED THAT:**

1. Harlin Dean's Motion is DENIED.

2. The Debtors are authorized to take all steps necessary or appropriate to carry out the relief granted in this Order.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed:

_____
Honorable Christopher M. Lopez
UNITED STATES BANKRUPTCY JUDGE