# Exhibit 1

| | |
|---|---|
| **To:** | Harlin Dean[hd@blockcap.com] |
| **From:** | tduchene@corescientific.com[tduchene@corescientific.com] |
| **Sent:** | Sat 7/24/2021 9:33:04 PM (UTC-05:00) |
| **Subject:** | Re: Post-Closing |

Sure. Fine with that. Mark it up however you want. Again will support fully.

**TODD DUCHENE**

GENERAL COUNSEL

**Core Scientific**

(408) 464-3421

On Jul 24, 2021, at 7:08 PM, hd@blockcap.com wrote:

> [EXTERNAL] Use caution when opening attachments or links.

Todd,

I've been doing some thinking about our conversation earlier in the week. Do you have some time tomorrow to discuss a little further? I'll be in my office starting around 11:00 a.m. your time.

I would like to hang around post-closing to see the SPAC deal to completion and work through transition on the legal and admin side. The one issue with that is I need to sign a resignation at closing and I'm a concerned that resigning from my positions and hanging around for a couple of months may waive the rights I have today under my employment agreement to resign for good reason and accelerate my equity. So I was thinking that if you're on board with me hanging out for a while, I could revise the resignation letter Cooley provided to address that issue.

Wanted to share that thought with you as well as a draft resignation so you could think about it prior to our call.

Thank you and let me know if you're available tomorrow and a time that works for you.

Harlin

<image001.png>

Harlin Dean | Chief Legal Officer
blockcap.com

The information contained in this transmission is privileged and confidential and intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is prohibited. If you have received this transmission in error, please reply immediately to sender that you have received this communication in error and delete it. Thank you.

<Resignation Letter (Dean).docx>