**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.,* | § | **Case No. 22-90341 (DRJ)** |
| | § | |
| | § | **(Jointly Administered)** |
| Debtors.[1] | § | |
| | § | |

**DECLARATION OF MIKE LEVITT IN SUPPORT OF DEBTORS' OPPOSITION TO
MOTION FOR SUMMARY JUDGMENT IN CONNECTION WITH PROOF OF CLAIM
NOS. 364 AND 383 FILED BY HARLIN DEAN**

I, Mike Levitt, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am Chairman and Co-Founder of Core Scientific, Inc. ("**Core**").  I have served in this capacity, or similar, since its inception.  I was also Core's Chief Executive Officer from its inception until August, 2023.  Prior to joining Core, I served in executive and managerial roles and investment banking for over 20 years.  I received my business and law degrees from the University of Michigan.

2.      I submit this Declaration in support of Core's Opposition to the Motion for Summary Judgment filed by Harlin Dean in connection with Proof of Claim Nos. 364 and 383

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198).  The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

filed by Harlin Dean.  Except as otherwise indicated herein, all facts set forth in this declaration are based on my personal knowledge.

3.      I have reviewed Mr. Dean's motion for summary judgment (the "**Motion**") and supporting appendix and declaration.

4.      Mr. Dean alleges that he and I had a conversation in August 2021 in which he asserts I confirmed to him that Core would honor his resignation for "Good Reason" and that Core would accelerate his equity.  I dispute that I ever said that to Mr. Dean and further state that I have no recollection of ever discussing with Mr. Dean what he might be entitled to under his employment agreement whenever he decided to leave Core.

5.      Further, it has always been my practice to refer matters relating to employment issues to Core's legal and human resources departments, as they are primarily responsible for handling all employment-related matters.

Pursuant to 28 U.S.C § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: November 9, 2023
Austin, Texas

By:    */s/ Mike Levitt*
          Mike Levitt