**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC., *et al.*,** | § | **Case No. 22-90341 (DRJ)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.[1]** | § | |

<u>**SUPPLEMENTAL CERTIFICATE OF SERVICE**</u>

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On October 20, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as <u>**Exhibit A**</u>, pursuant to USPS forwarding instructions:

- **Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1265)

Furthermore, on October 25, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Reed Wells Benson and Company, Attn: Kenneth Fulk at 12222 Merit Dr, Ste 400, Dallas, TX 75251-2268, pursuant to USPS forwarding instructions:

- **Certification of Counsel Regarding Order Approving (I) Global Settlement Between Debtors and Huband-Mantor Construction, Inc. and (II) Granting Related Relief** (Docket No. 1163)

Furthermore, on or before October 31, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as <u>**Exhibit B**</u>:

- **Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1335)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Special Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

Furthermore, on or before October 31, 2023, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on the service list attached hereto as **Exhibit C**:

- **Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1335)

- **Instructional Cover Letter to Nominees** (attached hereto as **Exhibit D**)

Dated: November 9, 2023

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: TeamCoreScientific@stretto.com

# **Exhibit A**



**Exhibit A**

Served Via First-Class Mail

| Name | Address |
|---|---|
| Everett McGuirk | Address Redacted |
| Michael Mattei | Address Redacted |
| Robert C Labianca | Address Redacted |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

# Exhibit B



**Exhibit B**
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Alexander Benjamin Spiro | Address Redacted | | | | |
| Better IT Solutions LLC | PO Box 1031 | | Houston | TX | 77066-1215 |
| Bitpay Inc | 1201 W Peachtree St NW | Ste 2625 | Bedford | TX | 76095-0845 |
| Caleb Roy Tebbe | Address Redacted | | | | |
| Caleb Tebbe | Address Redacted | | | | |
| Celeste L. Lemieux | Address Redacted | | | | |
| Elaine Kilgore | Address Redacted | | | | |
| Glenda B Robinson | Address Redacted | | | | |
| IRA FBO Abbie Loeffler | Address Redacted | | | | |
| IRA FBO Jay Panzarella | Address Redacted | | | | |
| Ira Kravitz | Address Redacted | | | | |
| Jonathan L Groot 2008 Irrev TR UAD 04/01/08 | Address Redacted | | | | |
| Landmark American Insurance Compnay (RSUI via Amwins) | 945 E Paces Ferry Rd NE | Ste 1800 | Atlanta | GA | 30326-1373 |
| Lawrence A. Claiborne | Address Redacted | | | | |
| Mark Edward Drever | Address Redacted | | | | |
| Matthew Russell Mann | Address Redacted | | | | |
| Michael Mattei | Address Redacted | | | | |
| Nenad Petrovic TOD on File Subject to CPU Rules | Address Redacted | | | | |
| Raylon J. Metcalf | Address Redacted | | | | |
| Rebecca Glasser | Address Redacted | | | | |
| Robert C Labianca | Address Redacted | | | | |
| Sara W. Claiborne | Address Redacted | | | | |
| The Alexander Charles Roetter | Address Redacted | | | | |
| Thomas Soluri | Address Redacted | | | | |
| Thomas Soluri Family Trust | Address Redacted | | | | |
| Todd Becker | Address Redacted | | | | |
| William Conrad Pipkin | Address Redacted | | | | |
| William Reilly | Address Redacted | | | | |

# Exhibit C



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Amherst Pierpont Securities LLC | Corporate Actions | 437 Madison Ave | Fl 8 | | Fort Worth | TX | 76123-2022 |
| Clear Street LLC/Securities Lending | Attn: Corporate Actions | 150 Greenwich St | Fl 45 | | N Richlnd Hls | TX | 76182-7429 |
| Mufg Union Bank, N.A. | c/o Corporate Actions Claims Management | 1555 N Rivercenter Dr | Ste 302 | | Milwaukee | WI | 53212-3958 |
| Mufg Union Bank, N.A. | Maggi Boutelle | 1555 N Rivercenter Dr | Ste 302 | | Milwaukee | WI | 53212-3958 |
| Mufg Union Bank, N.A. | c/o Corporate Actions Claims Management | 1555 N Rivercenter Dr | Ste 302 | | N Richlnd Hls | TX | 76182-7429 |
| Mufg Union Bank, N.A. | Maggi Boutelle | 1555 N Rivercenter Dr | Ste 302 | | Red Oak | TX | 75154-2723 |
| Mufg Union Bank, N.A./MMI/PIMS/IPA | Maggi Boutelle | Maggi Boutelle | 1555 N Rivercenter Dr | Ste 302 | Milwaukee | WI | 53212-3958 |
| Mufg Union Bank, N.A./MMI/PIMS/IPA | Maggi Boutelle | Maggi Boutelle | 1555 N Rivercenter Dr | Ste 302 | Houston | TX | 77095-4475 |

# **Exhibit D**



To Custodians, Banks, Brokers, and Other Nominees (each, a "Nominee"):

*Re: Case Number: 22-90341 (DRJ) – Core Scientific, Inc., et al. CHAPTER 11 BANKRUPTCY*

**CUSIP No. 21873J 108**

Core Scientific, Inc., et al., (the "Debtors"), filed with the United States Bankruptcy Court for the Southern District of Texas (the "Court"), the enclosed *Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors (Docket No. 1335)* (the "Notice"). Stretto, the Claims and Noticing agent for Debtors, was instructed by the Debtors' counsel that the enclosed listed in Notice must be served upon nominees that hold stock in "street name" for the beneficial holders of the below-referenced CUSIP Number. You are receiving the Notice because your institution was identified by Depository Trust Company ("DTC") on the Security Position Report as of December 21, 2022 (the "Record Date").

| CUSIP/ISIN No | Record Date |
|---|---|
| 21873J 108 / US21873J1088 | December 21, 2022 |

Stretto has provided the appropriate number of sets of the Notice as requested upon Broadridge and Mediant, respectively. The following referenced job numbers pertain to the mailings established at Broadridge and Mediant. Please mail the provided materials via USPS First-Class Mail and Email to the record date beneficial holders in your books and records as applicable.

| Broadridge Job No.(s) | Mediant Job No.(s) |
|---|---|
| N94639 N94640 N94641 | 2255665 |

If you are not the correct individual or department to research and disburse the requested information, please forward to the proper individual at your firm.