**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC., *et al.,*** | § | **Case No. 22-90341 (CML)** |
| | § | |
| **Debtors**[1] | § | **(Jointly Administered)** |
| | § | **Re: Docket Nos. 1335, 1383, & 1384** |

**NOTICE OF EMERGENCY HEARING ON BACKSTOP APPROVAL MOTION**
**AND CONDITIONAL APPROVAL OF DISCLOSURE STATEMENT SCHEDULED**
**FOR NOVEMBER 14, 2023 AT 2:00 P.M. (PREVAILING CENTRAL TIME)**

**PLEASE TAKE NOTICE** that on October 18 2023, Core Scientific, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed and served the N*otice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. And Its Affiliated Debtors* (Docket No. 1335) (the "**Notice of Disclosure Statement Hearing**")[2] notifying parties of a hearing to consider conditional approval of the Disclosure Statement scheduled for November 14, 2023 at 2:00 p.m. (Prevailing Central Time).

**PLEASE TAKE NOTICE** that on November 3, 2023, the Debtors filed the

*Emergency Motion of Debtors for Order (I) Authorizing Entry into Backstop Commitment Letter, (II) Approving Performance of Obligations Thereunder, and (III) Granting Related Relief* (Docket

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.  The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, TX 78704.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Notice of Disclosure Statement Hearing.

No. 1383) (the "**Backstop Motion**") and the *Emergency Motion of Debtors for Entry of Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan; (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing; (III) Establishing Solicitation and Voting Procedures; (IV) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan; (V) Approving Notice Procedures for Assumption or Rejection of Executory Contracts and Unexpired Leases; (VI) Approving Notice Procedures for Reinstatement of Claims; (VII) Establishing Rights Offering Procedures; And (VIII) Granting Related Reliefs* (Docket No. 1384) (the "**Disclosure Statement Motion**").

PLEASE TAKE FURTHER NOTICE that a hearing to consider the relief requested in the Disclosure Statement Motion and Backstop Motion will be conducted before the Honorable Christopher M. Lopez at the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") on **November 14, 2023 at 2:00 p.m. (Prevailing Central Time)** (the "**Hearing**"), Courtroom 401, 4th Floor, 515 Rusk Avenue, Houston, TX 77002.  You may participate in the Hearing either in person or by an audio and video connection. Audio communication will be by use of the Bankruptcy Court's dial-in facility.  You may access the facility by dialing 832-917-1510 and entering the conference code 590153.  Video communication will be by use of the GoToMeeting platform.  Connect via the free GoToMeeting application or click the link on Judge Lopez's home page (https://www.gotomeet.me/JudgeLopez) on the Southern District of Texas website.  The meeting code is "JudgeLopez".  Click the settings icon in the upper right corner and enter your name under the personal information setting.

PLEASE TAKE FURTHER NOTICE that copies of all pleadings are available by visiting the website maintained by the Debtors' claims and noticing agent, Stretto, Inc. at https://cases.stretto.com/corescientific, or from the Court's website, www.txs.uscourts.gov, for a

Debtors' Exhibit No. 5
Page 2 of 5

fee.  A PACER login and password are required to access documents on the Court's website, and

these can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov.


*[Remainder of Page Intentionally Left Blank]*

3

Dated:  November 7, 2023
       Houston, Texas

                              Respectfully submitted,

                              ___/s/  Alfredo R. Pérez_____
                              WEIL, GOTSHAL & MANGES LLP
                              Alfredo R. Pérez (15776275)
                              Clifford W. Carlson (24090024)
                              700 Louisiana Street, Suite 1700
                              Houston, Texas  77002
                              Telephone: (713) 546-5000
                              Facsimile:  (713) 224-9511
                              Email:  Alfredo.Perez@weil.com
                                     Clifford.Carlson@weil.com

                              -and-

                              WEIL, GOTSHAL & MANGES LLP
                              Ray C. Schrock (admitted *pro hac vice*)
                              Ronit Berkovich (admitted *pro hac vice*)
                              767 Fifth Avenue
                              New York, New York  10153
                              Telephone:  (212) 310-8000
                              Facsimile:   (212) 310-8007
                              Email:  Ray.Schrock@weil.com
                                     Ronit.Berkovich@weil.com


                              *Attorneys for Debtors*
                              *and Debtors in Possession*

Debtors' Exhibit No. 5
Page 4 of 5

**Certificate of Service**

I hereby certify that, on November 7, 2023, a true and correct copy of the foregoing document was served as provided by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/  Alfredo R. Pérez*
Alfredo R. Pérez