IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CORE SCIENTIFIC, INC. et al., | ) ) ) | Case No. 22-90341 (CML) |
| Debtors.[1] | ) ) ) | Jointly Administered |

**McCARTHY BUILDING COMPANIES, INC.'S (I) NOTICE OF
WITHDRAWAL OF OBJECTION [D.I. 1197] TO THE DISCLOSURE
STATEMENT FOR JOINT CHAPTER 11 PLAN OF CORE SCIENTIFIC,
INC. AND ITS DEBTOR AFFILIATES; AND (II) RESERVATION OF RIGHTS**

McCarthy Building Companies, Inc. ("**McCarthy**") files its (I) Notice of Withdrawal of its Objection [D.I. 1197] (the "**Objection**") to the *Disclosure Statement for Amended Joint Chapter 11 Plan of Core Scientific, Inc. and its Debtor Affiliates* [D.I. 1116] (the "**Disclosure Statement**"); and (II) Reservation of Rights, and states as follows:

1. On September 6, 2023, McCarthy filed the Objection at docket number 1197 with the Court.

2. McCarthy hereby withdraws the Objection without prejudice to, and with a full reservation of, McCarthy's rights to reassert the issues raised in the Objection in connection with any formal or informal objection to *Amended Joint Chapter 11 Plan of Core Scientific, Inc. and its Debtor Affiliates* [D.I. 1115] (as may be subsequently amended, the "**Plan**") and/or any hearing

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

to confirm the Plan. Nothing herein is intended to be a waiver by McCarthy of any right, objection, argument, claim or defense with respect to any matter, including matters involving the Plan, all of which are hereby expressly reserved.

Dated: November 13, 2023          Respectfully submitted,

*/s/ Jennifer L. Kneeland*
Jennifer L. Kneeland (admitted *pro hac vice*)
Marguerite Lee DeVoll (admitted *pro hac vice*)
**WATT, TIEDER, HOFFAR & FITZGERALD, LLP**
1765 Greensboro Station Place, Suite 1000
McLean, Virginia 22102
Telephone: 703-749-1000
Facsimile: 703-893-8029
Email: jkneeland@watttieder.com
Email: mdevoll@watttieder.com

*Counsel to McCarthy Building Companies, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2023, I caused a true and correct copy of the foregoing document to be served by electronic means through the Court's CM/ECF system to all parties authorized to receive electronic notice in this case.

*/s/ Jennifer L. Kneeland*
Jennifer L. Kneeland
