IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC. *et al.* | § | Case No. 22-90341-DRJ |
| | § | |
| Debtors[1] | § | (Jointly Administered) |

**HUMPHREY & ASSOCIATES, INC.'S (I) NOTICE OF WITHDRAWAL OF JOINDER IN THE OBJECTION OF McCARTHEY BUILDING COMPANIES, INC. [D.I.1198] TO THE DISCLOSURE STATEMENT FOR JOINT CHAPTER 11 PLAN OF CORE SCIENTIFIC, INC. AND ITS DEBTOR AFFLIATES; AND (II) RESERVATION OF RIGHTS**

Humphrey & Associates, Inc. ("Humphrey") files its (I) Notice of Withdrawal of its Joinder in the Objection of McCarthy Building Companies, Inc. [D.I. 1198] (the "Objection") to the *Disclosure Statement for Amended Joint Chapter 11 Plan of Core Scientific, Inc. and its Debtor Affiliates* [D.I. 1116] (the "Disclosure Statement"); and (II) Reservation of Rights, and states as follows:

1. On September 6, 2023, Humphrey filed the Objection at docket number 1198 with the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

1

2.      Humphrey hereby withdraws the Objection without prejudice to, and with a full reservation of, Humphrey's rights to reassert the issues raised in the Objection in connection with any formal or informal objection to *Amended Join Chapter 11 Plan of Core Scientific, Inc. and its Debtor Affiliates* [D.I. 1115] (as may be subsequently amended, the "Plan") and/or any hearing to confirm the Plan. Nothing herein is intended to be a waiver by Humphrey of any right, objection, argument, claim or defense with respect to any matter, including matters involving the Plan, all of which are hereby expressly reserved.

Date: November 14, 2023                    Respectfully submitted,

*/s/ Jason R. Kennedy*
Jason R. Kennedy
State Bar No. 24027100
**LAPEROUSE KENNEDY, P.C.**
5220 Spring Valley Rd., Suite 615
Dallas, Texas 75254
Telephone: 214-396-1099
Email: Jason.Kennedy@laperouselaw.com

ATTORNEYS FOR HUMPHREY & ASSOCIATES, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of November 2023, a true and correct copy of this document will be served via the ECF System on all parties registered to receive ECF service in this case.

*/s/ Jason R. Kennedy*
Jason R. Kennedy
