Electronic Appearance Sheet

vPhillip Kim, THE ROSEN LAW FIRM, P.A  
Client(s): Morgan Hoffman, Lead Plaintiff

vKathleen LaManna, Shipman & Goodwin LLP  
Client(s): U.S. Bank National Association, as Note Agent and Collateral Agent

vPhillip Kim, The Rosen Law Firm, P.A.  
Client(s): Morgan Hoffman, Lead Plaintiff

vJeffrey Wisler, Connolly Gallagher LLP  
Client(s): Stonebriar Commercial Finance LLC

vKristopher Hansen, Paul Hastings LLP  
Client(s): Ad Hoc Group of Secured Convertible Noteholders

vJames Grogan III, Paul Hastings LLP  
Client(s): Ad Hoc Group of Secured Convertible Noteholders

vKatie Cowart, Hendershot Cowart  
Client(s): Holliwood, LLC

vBrett Miller, Willkie Farr & Gallagher LLP  
Client(s): Official Committee of Unsecured Creditors

vTodd Goren, Willkie Farr & Gallagher LLP  
Client(s): Official Committee of Unsecured Creditors

vJennifer Hardy, Willkie Farr & Gallagher LLP  
Client(s): Official Committee of Unsecured Creditors

vGary McDonald, McDonald Law, PLLC  
Client(s): J.W. Didado Electric, LLC

vTom Kirkendall, Law Office of Tom Kirkendall  
Client(s): Darin Feinstein

vJayson Ruff, US DOJ  
Client(s): US Trustee

vAshley Harper, Hunton Andrews Kurth LLP  
Client(s): Sphere 3D Corp.

vPaul Heath, Vinson & Elkins LLP  
Client(s): Official Committee of Equity Security Holders

vDavid Meyer, Vinson & Elkins LLP  
Client(s): Official Committee of Equity Security Holders

Electronic Appearance Sheet

vLauren Kanzer, Vinson & Elkins LLP
Client(s): Official Committee of Equity Security Holders

vBrian Lohan , Arnold & Porter Kaye Scholer LLP
Client(s): Barings

vSarah Gryll, Arnold & Porter Kaye Scholer LLP
Client(s): Barings

vMadelyn Nicolini , Arnold & Porter Kaye Scholer LLP
Client(s): Barings

vNathaniel Hull, Verrill Dana LLP
Client(s): MassMutual Asset Finance LLC

vEvan Parrott, Maynard Nexsen
Client(s): GEM Mining