IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § | |

**COVERSHEET TO THIRD INTERIM FEE APPLICATION OF
SCHEEF & STONE L.L.P. FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AS COUNSEL TO CERTAIN INDEPENDENT DIRECTORS
FOR THE PERIOD FROM JULY 1, 2023 THROUGH SEPTEMBER 30, 2023**

**IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING. UNLESS OTHERWISE DIRECTED BY THE COURT, YOU MUST FILE YOUR RESPONSE ELECTRONICALLY AT HTTPS://ECF.TXSB.USCOURTS.GOV/ WITHIN TWENTY-ONE DAYS FROM THE DATE THIS APPLICATION WAS FILED. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198).  The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

**Complex Case Fee Application Coversheet**

| | |
|---|---|
| **Name of Applicant:** | Scheef & Stone, L.L.P. |
| **Applicant's Role in Case:** | Counsel to certain Independent Directors |
| **Docket No. of Employment Order(s):** | Docket No. 540, effective as of 12/21/2022 |
| **Interim Application ( X )   No. 3rd**<br>**Final Application     (    )** | Indicate whether this is an interim or final Application.  If interim, indicate the number (1st, 2nd, 3rd, etc.) |

| | Beginning Date | End Date |
|---|---|---|
| **Time period covered by this Application for which interim compensation has not previously been awarded:** | 07/01/23 | 09/30/23 |

| | |
|---|---|
| Were the services provided necessary to the administration of or beneficial at the time rendered toward the completion of the case?  ( Y ) Y/N | |
| Were the services performed in a reasonable amount of time commensurate with the complexity, importance and nature of the issues addressed? ( Y ) Y/N | |
| Is the requested compensation reasonable based on the customary compensation charged by comparably skilled practitioners in other non-bankruptcy cases? ( Y ) Y/N | |
| Do expense reimbursements represent actual and necessary expenses incurred? ( Y ) Y/N | |
| **Compensation Breakdown for Time Period Covered by this Application** | |
| Total professional fees requested in this Application: | 32,576.31 $ |
| Total professional hours covered by this Application: | 62.65 |
| Average hourly rate for professionals: | 520 $ |
| Total paraprofessional fees requested in this Application: | 2,940 $ |
| Total paraprofessional hours covered by this Application: | 19.6 |
| Average hourly rate for paraprofessionals: | 150 $ |
| Total fees requested in this Application: | 35,516.31 $ |
| Total expense reimbursements requested in this Application: | 48.40 $ |
| Total fees and expenses requested in this Application: | 35,564.71 $ |
| Total fees and expenses awarded in all prior Applications: | *123,244.37 $ |
| | Total fees and expenses requested |

| |
|---|
| **Plan Status:** (Provide a short narrative of status if a plan has not confirmed; date of hearing and docket number of confirmation order if plan has been confirmed; if confirmed, whether the plan has gone effective.) |
| On June 20, 2023, the Debtors filed their Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors [D.E.974]. On August 8, 2023, the Debtors filed their Amended Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors [D.E. # 1115] and Disclosure Statement for Amended Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors [D.E. # 1117]. A hearing to consider whether the Amended Disclosure Statement should be approved has been rescheduled to November 14, 2023, at 2:00 pm (CST) [D.E. # 1384]. |
| **Primary Benefits:** (Provide a short narrative [less than 100 words] of the most significant benefits your client received from your services during the application period.)<br>During the period covered by this third interim fee application, the professionals of Scheef & Stone, LLP primarily focused their efforts on (i) providing support to the independent directors, including attending the status conferences, reviewing the filings and calendaring dates to same; (ii) attending Board of Directors and Special Committee meetings; (iii) review the draft Chapter 11 plan and Amended plan and preparation for hearing to consider approval of same; (iv) review mediation materials, advise Special Committee regarding same and preparation for attending mediation; and (v) issues related to special committee and attending hearings related to same. |

Dated: November 14, 2023

Respectfully Submitted,

**SCHEEF & STONE, L.L.P.**

*/s/ Peter C. Lewis*
**PETER C. LEWIS**
State Bar No. 12302100
peter.lewis@solidcounsel.com

500 North Akard Street, Suite 2700
Dallas, Texas 75201
(214) 706-4200 (Telephone)
(214) 706-4242 (Fax)

**ATTORNEYS FOR
INDEPENDENT DIRECTORS
NEAL P. GOLDMAN AND
KNEELAND YOUNGBLOOD**

**TIME AND EXPENSE DETAIL FOR SCHEEF & STONE, L.L.P.**

**THIRD INTERIM FEE APPLICATION**



Scheef & Stone, L.L.P.
500 North Akard Street
Suite 2700
Dallas, TX  75201

## INVOICE

Board of Directors of Core Scientific

| | |
|---|---|
| Invoice Date: | 10/23/2023 |
| Client ID: | 19504.0101 |
| Invoice No. | 1093217 |

RE: Business Reorganization

### PROFESSIONAL SERVICES

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/05/2023 | PCL | Review plan and disclosure statement (1.5). | 525.00 | 1.50 | 787.50 |
| 07/07/2023 | PCL | Attend Special Committee and/or Board meeting and related preparation for same (1.3); continue review of plan and/or disclosure statement (.5). Total (1.8). | 525.00 | 1.80 | 945.00 |
| 07/10/2023 | PCL | Communications with C. Carlson, et al., regarding plan funding issues (.40); communications with C. Carlson regarding B.Riley proposal and related review (.60); Total (1.0). | 525.00 | 1.00 | 525.00 |
| 07/11/2023 | PCL | Communications with T. DuChene regarding case issues (.3). | 525.00 | 0.30 | 157.50 |
| 07/12/2023 | PCL | Receipt and/or review of Agreed Mediation Order on Chapter 11 plan (.5). | 525.00 | 0.50 | 262.50 |
| | PCL | Communications with T. DuChene regarding case issues (.5). | 525.00 | 0.50 | 262.50 |
| 07/13/2023 | PCL | Communications with R. Berkovich regarding Special Committee meeting tomorrow-review (.2). | 525.00 | 0.20 | 105.00 |
| | PCL | Communications with D. Reyes, C. Carlson, et al., regarding draft minutes and/or related review (.4). | 525.00 | 0.40 | 210.00 |
| 07/14/2023 | PCL | Prepare for and attend Special Committee and Board meetings and related file review (1.1). | 525.00 | 1.10 | 577.50 |
| 07/17/2023 | PCL | Communications with R. Berkovich and R. Schrock regarding mediation issues and related file review (.8). | 525.00 | 0.80 | 420.00 |
| 07/20/2023 | PCL | Receipt and/or review of notice of motion to extend removal deadlines (.3). | 525.00 | 0.30 | 157.50 |

| | | | Invoice Date: | 10/23/2023 |
|---|---|---|---|---|
| Board of Directors of Core Scientific | | | Client ID: | 19504.0101 |
| | | | Invoice No. | 1093217 |

___

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 07/21/2023 | PCL | Prepare for and/or attend special committee/board meetings (1.2); review Mediation materials and disclosure statement/plan (1.5); draft, revise and finalize letter to board from Special Committee regarding the plan mediation and related follow up communications regarding same with C. Carlson (2.5); review draft board minutes (.5). Total (5.7). | 525.00 | 5.70 | 2,992.50 |
| 07/22/2023 | PCL | Communications with K. Youngblood, C. Carlson, R. Shrock and N. Hoffman regarding Board mediation letter and related file review and finalization (1.2). | 525.00 | 1.20 | 630.00 |
| 07/23/2023 | PCL | Prepare for and attend special committee meeting regarding mediation session this week (1.0); continue to review related plan/mediation materials/statements (1.2). Total (2.2) | 525.00 | 2.20 | 1,155.00 |
| 07/24/2023 | PCL | Receipt and/or review of the final mediation statements (1.1); communications with C. Carlson regarding same (.6); receipt and/or review of notice no objection regarding Motion to Amend and Reinstate Equipment Lease Agreements (.1); receipt and/or review of Debtors Objection to Morgan Hoffman Pang POC (.5). Total (2.3). | 525.00 | 2.30 | 1,207.50 |
| | MMM | Emails to/from D. Feinstein regarding correspondence dated July 22, 2023, attendance at mediation session. | 150.00 | 0.30 | 45.00 |
| | MMM | Receive and review court filed documents, and related case document management. | 150.00 | 1.00 | 150.00 |
| 07/26/2023 | PCL | Continue review of plan and mediation materials (2.0); communications with K. Youngblood regarding plan/mediation issues (.7); communications with R. Berkovich regarding plan mediation status (.4); communications with C. Carlson, et al., regarding mediation report (.4). Total (-3.5). | 525.00 | 3.50 | 1,837.50 |
| | PCL | Communications with K. Youngblood regarding plan/mediation issues and related file review (2.5). | 525.00 | 2.50 | 1,312.50 |
| | MMM | Prepare Monthly Fee Statements and notice to Parties (1.0). Prepare for and docket Interim Fee Application deadlines (0.6). | 150.00 | 1.60 | 240.00 |
| 07/28/2023 | PCL | Attend special committee and Board Meeting (1.3). | 525.00 | 1.30 | 682.50 |
| | MMM | Receive and review court filed documents, and related case document management (0.6). Correspondence to P. Lewis and P. Jesani regarding Interim Fee Application and Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement (0.2). | 150.00 | 0.80 | 120.00 |
| 07/31/2023 | PCL | Review plan/mediation materials for last special committee meeting and draft minutes (.9); review Debtor reply in support of MSJ with respect to Sphere 3D claims (.5). Total (1.4). | 525.00 | 1.40 | 735.00 |
| | | For Current Services Rendered | | 32.20 | 15,517.50 |

___

| | | Invoice Date: | 10/23/2023 |
|---|---|---|---|
| Board of Directors of Core Scientific | | Client ID: | 19504.0101 |
| | | Invoice No. | 1093217 |

## SUMMARY

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Peter Lewis | 28.50 | $525.00 | $14,962.50 |
| Marcella Morales | 3.70 | 150.00 | 555.00 |

## EXPENSES

| | | |
|---|---|---|
| 06/30/2023 | Filing fee Pacer Service Center | 3.40 |
| 06/30/2023 | Filing fee Pacer Service Center | 37.00 |
| 06/30/2023 | Filing fee Pacer Service Center | 0.10 |
| 06/30/2023 | Filing fee Pacer Service Center | 4.00 |
| 06/30/2023 | Filing fee Pacer Service Center | 2.00 |
| 06/30/2023 | Filing fee Pacer Service Center | 1.50 |
| 06/30/2023 | Filing fee Pacer Service Center | 0.30 |
| 06/30/2023 | Filing fee Pacer Service Center | 0.10 |
| | Total Costs | 48.40 |
| | Total Current Work | 15,565.90 |
| | Previous Balance before Adjustments | $32,867.91 |
| 09/19/2023 | Write off per PCL | -436.60 |
| | Previous Balance | $32,431.31 |

## PAYMENTS

| | | |
|---|---|---|
| 08/11/2023 | Payment - Core Scientific Inc - Wire | -22,108.51 |
| 09/08/2023 | Payment - Core Scientific Inc - Wire | -10,322.80 |
| | Total Payments | -32,431.31 |
| | COURTESY DISCOUNT | -52.44 |
| | Balance Due | $15,513.46 |

Your current balance in trust is

| | |
|---|---|
| Opening Trust Balance | $58,520.00 |
| Closing Trust Balance | $58,520.00 |



Scheef & Stone, L.L.P.
500 North Akard Street
Suite 2700
Dallas, TX  75201

## INVOICE

Board of Directors of Core Scientific

| | |
|---|---|
| Invoice Date: | 10/23/2023 |
| Client ID: | 19504.0101 |
| Invoice No. | 1093218 |

RE: Business Reorganization

### PROFESSIONAL SERVICES

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 08/01/2023 | MMM | Receive and review court filed documents, and related case document management. | 150.00 | 0.50 | 75.00 |
| 08/02/2023 | MMM | Communications with P. Lewis regarding strategy/plan regarding Proof of Claims (0.2), and related case document management (1.8). | 150.00 | 2.00 | 300.00 |
| 08/03/2023 | MMM | Communications with P. Lewis regarding strategy/plan regarding Claim Registers, Schedules of Assets and Liabilities, and Statements of Financial Affairs for 11 cases (0.3). Review claims, registers, schedules, and statements (1.0). Receive and review court filed documents, and related case document management (1.0). | 150.00 | 2.30 | 345.00 |
| 08/04/2023 | PCL | Prepare for and attend Board and Special Committee meeting (1.4). | 525.00 | 1.40 | 735.00 |
| 08/06/2023 | PCL | Prepare for and attend special committee meeting, receipt and/or review of proposed amended disclosure statement and plan and related communications with J. Singh, K. Youngblood, C. Carlson, et al (2.8). | 525.00 | 2.80 | 1,470.00 |
| 08/07/2023 | MMM | Prepare materials for P. Lewis regarding hearing on Debtors' Motion for Summary Judgement with respect to Sphere 3D Corp. Proof of Claims (0.5). Correspondence to P. Lewis regarding Notice of Hearing on same (0.2). | 150.00 | 0.70 | 105.00 |
| 08/08/2023 | PCL | Receipt and/or review of amended plan and disclosure (.5). | 525.00 | 0.50 | 262.50 |

| | | | Invoice Date: | 10/23/2023 |
|---|---|---|---|---|
| Board of Directors of Core Scientific | | | Client ID: | 19504.0101 |
| | | | Invoice No. | 1093218 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 08/09/2023 | MMM | Receive and review court filed documents, and related case document management (1.0). | 150.00 | 1.00 | 150.00 |
| | PCL | Communications with C. Carlson regarding Board minutes (.2); review revised Plan and disclosure statement and/or related docket items (1.0) Total (1.2). | 525.00 | 1.20 | 630.00 |
| 08/10/2023 | MMM | Receive and review Notice of Rescheduled Disclosure Statement Hearing (0.1), docket rescheduled hearing (0.1), and correspondence to P. Lewis regarding same (0.1). Review court filed pleadings, and related case document management (0.1). | 150.00 | 0.40 | 60.00 |
| | PCL | Continue review of plan and/or disclosure statement (1.2). | 525.00 | 1.20 | 630.00 |
| 08/11/2023 | MMM | Receive and review court filed documents, and related case document management. | 150.00 | 0.80 | 120.00 |
| 08/14/2023 | PJ | Prepare and draft Scheef and Stone's Second Interim Fee Application based on review of invoices for the relevant time period and proposed order (1.5); Confer with Peter Lewis regarding same (.3); Review docket regarding status of (First) Interim Fee Application order (.3). Total (2.1). | 400.00 | 2.10 | 840.00 |
| | MMM | Communications with P. Lewis and P. Jesani regarding plan/strategy Second Interim Fee Application (0.3). Revise/finalize Second Interim Fee Application, and prepare exhibits/statements (.6). Docket/file Application (0.3), and correspondence to attorneys regarding same (0.2). | 150.00 | 1.40 | 210.00 |
| | PCL | Receipt and/or review of professional fee applications filed and/or related docket review (.4). | 525.00 | 0.40 | 210.00 |
| 08/15/2023 | MMM | Receive and review court filed documents, and related case document management. | 150.00 | 1.00 | 150.00 |
| | MMM | Receive and review pleadings regarding Second Interim Fee Applications filed by Creditors, and related case document management (0.5); Communications with Court regarding modification of docket text for Application (0.3). Correspondence to P. Lewis and P. Jesani regarding same (0.2). Total (1.0). | 150.00 | 1.00 | 150.00 |
| 08/16/2023 | PCL | Receipt and/or review of Order (I) Approving Assumption of (A) Unexpired Nonresidential Real Property Leases and (B) an Executory Contract, Equipment Lease, and Global Settlement with Condair (.5); communications with D. Reyes, N. Goldman, K. Youngblood regarding Special Committee minutes and/or related review of same (.4); receipt and/or review of converts terms sheet (.6) Total (1.10). | 525.00 | 1.10 | 577.50 |
| 08/17/2023 | MMM | Receive and review court filed documents, and related case document management. | 150.00 | 0.40 | 60.00 |

Page   2

| | | | Invoice Date: | 10/23/2023 |
|---|---|---|---|---|
| Board of Directors of Core Scientific | | | Client ID: | 19504.0101 |
| | | | Invoice No. | 1093218 |

___

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | MMM | Additional communications with Court regarding modification of docket text for Application, and electronic notification regarding same. | 150.00 | 0.30 | 45.00 |
| | PCL | Receipt and/or review of Order Extending Removal of Civil Actions (.2). | 525.00 | 0.20 | 105.00 |
| 08/18/2023 | MMM | Docket deadline to Objection to Disclosure Statement, and docket Disclosure Statement hearing (0.2). Correspondence to P. Lewis regarding same (0.1). | 150.00 | 0.30 | 45.00 |
| | PCL | Prepare for and attend Special Committee and Board meetings (.9). | 525.00 | 0.90 | 472.50 |
| 08/22/2023 | PCL | Communications with C. Carlson regarding mediation plan construct developments (.4); and related file review (.4). Total (.8). | 525.00 | 0.80 | 420.00 |
| 08/23/2023 | PCL | Receipt and/or review of Lead Plaintiff's Preliminary Response to Debtors Objection to Morgan Hoffman POC (.8); communications with D. Reyes, et al., regarding minutes for SC and/or related review (.3) Total (1.1). | 525.00 | 1.10 | 577.50 |
| 08/24/2023 | PCL | Receipt and/or review of Notice of Rescheduled Hearing on Disclosure Statement (.3); receipt and/or review of minutes (.4) Total (.7). | 525.00 | 0.70 | 367.50 |
| 08/25/2023 | PCL | Prepare for and attend special committee and Board meeting (1.1); receipt and/or review of Foundry Digital 9019 motion (.4) Total (1.5). | 525.00 | 1.50 | 787.50 |
| | | For Current Services Rendered | | 28.00 | 9,900.00 |

**SUMMARY**

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Priya Jesani | 2.10 | $400.00 | $840.00 |
| Peter Lewis | 13.80 | 525.00 | 7,245.00 |
| Marcella Morales | 12.10 | 150.00 | 1,815.00 |

| | |
|---|---|
| Total Current Work | 9,900.00 |
| Previous Balance | $15,513.46 |
| Balance Due | $25,413.46 |

Page  3

| | |
|---|---|
| | Invoice Date: 10/23/2023 |
| Board of Directors of Core Scientific | Client ID: 19504.0101 |
| | Invoice No. 1093218 |

Your current balance in trust is

| | |
|---|---|
| Opening Trust Balance | $58,520.00 |
| Closing Trust Balance | $58,520.00 |



Scheef & Stone, L.L.P.
500 North Akard Street
Suite 2700
Dallas, TX  75201

## INVOICE

Board of Directors of Core Scientific

Invoice Date: 10/23/2023
Client ID: 19504.0101
Invoice No. 1093220

RE: Business Reorganization

### PROFESSIONAL SERVICES

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/01/2023 | MMM | Preparation of mediation binder and related docket review and case document management. | 150.00 | 0.80 | 120.00 |
|  | PCL | Review Ad Hoc group proposal and/or related communications (.4); receipt and/or review of T. Tskerides report (.8). Total (1.2). | 525.00 | 1.25 | 656.25 |
| 09/04/2023 | PCL | Communications with T. Tsekerides, et. al., regarding meeting follow up and related receipt and/or review of related reports (1.4). | 525.00 | 1.40 | 735.00 |
| 09/05/2023 | PCL | Communications with C. Carlson, K. Youngblood and N. Goldman regarding Special Committee and Board of Directors meetings today and related preparation and attendance (.8); receipt and/or beigin review of draft redline disclosure statement and plan and communications with C. Carlson regarding same (.9); receipt and review of Notice of Rescheduled Disclosure Statement (.2). Total (1.9). | 525.00 | 1.90 | 997.50 |
| 09/07/2023 | PCL | Review of mediation materials (.08). | 525.00 | 0.80 | 420.00 |
| 09/08/2023 | MMM | Receive and review court filed documents, and related case document management (.8). | 150.00 | 0.80 | 120.00 |
|  | PCL | Communications with D. Sudama, et al., regarding status of any objections to Scheef and Stone Second Interim Fee Application and review draft Certificate of No Objection (.5). | 525.00 | 0.50 | 262.50 |
|  | PCL | Prepare for and attend Board of Directors and Special Committee meetings and review of related materials (1.2). | 525.00 | 1.20 | 630.00 |
| 09/09/2023 | MMM | Communications P. Lewis regarding Objections to Second Interim Fee Application (0.2). Receive and review court filed documents, and related case document management (0.3). | 150.00 | 0.50 | 75.00 |

|  |  |  | Invoice Date: | 10/23/2023 |
|---|---|---|---|---|
| Board of Directors of Core Scientific |  |  | Client ID: | 19504.0101 |
|  |  |  | Invoice No. | 1093220 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
|  | PCL | Receipt and/or review of Certificates of No Objection regarding fee applications and/or related communications with D. Sudama (.3). | 525.00 | 0.30 | 157.50 |
| 09/11/2023 | PCL | Receipt and/or review of Amended Employment Agreement and Key Employee Retention Plan Supplement (.5). | 525.00 | 0.50 | 262.50 |
| 09/12/2023 | MMM | Preparation for scheduled hearing to consider approval of Disclosure Statement for Joint Chapter 11 Plan. | 150.00 | 0.50 | 75.00 |
|  | PCL | Review communications from T. Tsekerides and related file and/or docket review (1.0). | 525.00 | 1.00 | 525.00 |
| 09/13/2023 | MMM | Receive and review Notice of Rescheduled Disclosure Statement hearing, and docket same. | 150.00 | 0.10 | 15.00 |
|  | PCL | Review communications from T. Tsekerides and related file and/or docket review (.8); communications with C. Carlson, et al., regarding mediators proposal and/or related file review (.5); receipt of disclosure statement notice (.2). Total (1.5). | 525.00 | 1.50 | 787.50 |
| 09/15/2023 | PCL | Prepare for and attend Special Committee and Board of Directors meetings (1.1); receipt and/or review of Celsius 9019 settlement motion (.4). Total (1.5). | 525.00 | 1.50 | 787.50 |
| 09/18/2023 | MMM | Receive and review Scheduling Order between Debtors and Sphere 3D Corp., and docket same (.3). | 150.00 | 0.30 | 45.00 |
| 09/19/2023 | PCL | Communications with C. Carlson, et al., regarding Ad Hoc converts agreement updates and related review of B. Riley backstop (.8). | 525.00 | 0.80 | 420.00 |
|  | PCL | Receipt and/or review of Notice of Mediated Settlement in Principle, Debtor's Objection to Dean Proof of Claim, Emergency Premium Financing Order and docket entries (.9). | 525.00 | 0.90 | 472.50 |
| 09/21/2023 | PCL | Prepare for and attend Special Committee and Board meetings (.8). | 525.00 | 0.80 | 420.00 |
| 09/25/2023 | PCL | Receipt and/or review of Motion to Approve Lease and related agreements (.5). | 525.00 | 0.50 | 262.50 |
|  | MMM | Review court filed documents, docket same, and related case document management. | 150.00 | 0.50 | 75.00 |
| 09/26/2023 | PCL | Receipt and/or review of continued disclosure statement hearing notice (.3). | 525.00 | 0.30 | 157.50 |
| 09/27/2023 | PCL | Review docket and/or case status materials (.6); continued review of Amended Plan and/or regarding disclosure statement (.9). Total (1.5). | 525.00 | 1.50 | 787.50 |

| | | |
|---|---|---|
| Board of Directors of Core Scientific | Invoice Date: | 10/23/2023 |
| | Client ID: | 19504.0101 |
| | Invoice No. | 1093220 |

| Date | TK | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 09/29/2023 | PCL | Receipt and/or review updated materials to attend Board of Directors and Special Committee meetings (1.2); receipt and/or review of August MOR's (.2); receipt and/or review of Witness and Exhibit List for Oct 2 hearing (.2). Total (1.6). | 525.00 | 1.60 | 840.00 |
| | MMM | Receive and review Notice of Rescheduled Disclosure Statement Hearing (.1); docket rescheduled hearing (.1); and correspondence to P. Lewis regarding same (.1). | 150.00 | 0.30 | 45.00 |
| | | For Current Services Rendered | | 22.05 | 10,151.25 |

**SUMMARY**

| Timekeeper | Hours | Hourly Rate | Total |
|---|---:|---:|---:|
| Peter Lewis | 18.25 | $525.00 | $9,581.25 |
| Marcella Morales | 3.80 | 150.00 | 570.00 |

| | |
|---|---:|
| Total Current Work | 10,151.25 |
| Previous Balance | $25,413.46 |
| Balance Due | $35,564.71 |

Your current balance in trust is

| | |
|---|---:|
| Opening Trust Balance | $58,520.00 |
| Closing Trust Balance | $58,520.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*, | § | Case No. 22-90341 (DRJ) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |

**ORDER ALLOWING THIRD INTERIM FEE APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF
SCHEEF & STONE, L.L.P. FOR THE PERIOD OF
JULY 1, 2023 THROUGH SEPTEMBER 30, 2023**
**(Related Docket No. ____)**

The Court has considered the Third Interim Fee Application for Compensation and Reimbursement of Expenses filed by Scheef & Stone, L.L.P. (the "Applicant"). The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of expenses in the amount of $35,564.71 for the period set forth in the application.

2. The Debtors are authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Dated: _____, 2023

_____
THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.