**<u>Exhibit B</u>**

**Berkovich Certification**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|                              |     |                              |
| ---------------------------- | --- | ---------------------------- |
|                              | §   |                              |
| In re:                       | §   | Chapter 11                   |
|                              | §   |                              |
| **CORE SCIENTIFIC, INC.,** *et al.,* | §   | Case No. 22-90341 (CML)      |
|                              | §   |                              |
|                              | §   | (Jointly Administered)       |
| Debtors.[1]                  | §   |                              |
|                              | §   |                              |

**CERTIFICATION OF RONIT J. BERKOVICH IN SUPPORT OF
THIRD INTERIM FEE APPLICATION OF WEIL, GOTSHAL & MANGES LLP,
AS ATTORNEYS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION
FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF
ACTUAL AND NECESSARY EXPENSES INCURRED FROM
JULY 1, 2023 THROUGH AND INCLUDING SEPTEMBER 30, 2023**

I, Ronit J. Berkovich, hereby certify that:

1.     I am a Partner of the firm, Weil, Gotshal & Manges LLP ("**Weil**").  Weil maintains offices at, among other places, 700 Louisiana Street, Suite 1700, Houston, Texas 77002 and 767 Fifth Avenue, New York, New York 10153.

2.     This certification ("**Certification**") is made in connection with Weil's interim fee application, dated November 14, 2023 (the "**Application**"),[2] for compensation and reimbursement of expenses for the period commencing July 1, 2023 through and including September 30, 2023 (the "**Compensation Period**").  I have reviewed the Application and hereby

---

[1] The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, Texas 78704.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Application.

certify that the Application complies with the applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Bankruptcy Local Rules, and Fee Guidelines.

3.      I certify that Weil has complied with provisions of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (Docket No. 541) requiring it to provide the Debtors, the attorneys for the Creditors' Committee, and the United States Trustee for the Southern District of Texas with monthly statements of Weil's fees and disbursements accrued during the Compensation Period.

4.      Weil discussed its rates, fees, and staffing with the Debtors at the outset of these cases and has continued to discuss staffing and fees with the Debtors throughout these cases. Attorneys and paraprofessionals assigned to this matter were necessary to assist with the prosecution of the Debtors' chapter 11 cases, preservation of the Debtors' assets, and other matters described herein.  The budget prepared in connection with Weil's representation of the Debtors in these chapter 11 cases and a summary of the staffing plan are attached to the Application at **Exhibit G** and **Exhibit H** respectively.

5.      In accordance with the Fee Guidelines*,* Weil responds to the questions identified therewith as follows:

| Question 1: | Did Weil agree to any variations from, or alternatives to, Weil's standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the Compensation Period? If so, please explain. |
|---|---|
| Answer: | No. |
| Question 2: | If the fees sought in the Application as compared to the fees budgeted for the time period covered by the Application are higher by 10% or more, did Weil discuss the reasons for the variation with the client? |
| Answer: | The fees sought in the Application are less than the budgeted fees. |
| Question 3: | Have any of the professionals included in the Application varied |

their hourly rate based on geographic location of the bankruptcy case?

Answer: No.

Question 4: Does the Application include time or fees related to reviewing or revising time records or preparing, reviewing or revising invoices? If so, please quantify by hours and fees.

Answer: Yes. The time expended performing such work during the Compensation Period is included within Task Code 025.

Question 5: Does the Application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify hours and fees.

Answer: Yes. The time expended performing such work during the Compensation Period is included within Task Code 025.

Question 6: Does the Application include any rate increases since Weil's retention in these cases? If so, did the client review and approve those rate increases in advance? Did the client agree when retaining the law firm to accept all future rate increases?

Answer: As disclosed in the Retention Application, on January 1, 2023, Weil adjusted its standard billing rates for its professionals in the normal course.

Dated:   November 16, 2023

 /s/ Ronit J. Berkovich
Ronit J. Berkovich
Partner
Weil, Gotshal & Manges LLP

## Exhibit C

**Schedule of Professional Fees**

## COMPENSATION BY PROFESSIONAL
## JULY 1, 2023 THROUGH AND INCLUDING SEPTEMBER 30, 2023

The attorneys who rendered professional services in these chapter 11 cases during the Compensation Period are:

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | YEAR ADMITTED[1] | HOURLY BILLING RATE[2] | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Perez, Alfredo R. | Partner | Restructuring | 1980 | $1,895.00 | 255.10 | $483,414.50 |
| Goldring, Stuart J. | Partner | Tax | 1984 | $2,095.00 | 66.60 | $139,527.00 |
| Lynch, Alexander D. | Partner | Corporate | 1988 | $2,095.00 | 0.70 | $1,466.50 |
| Wessel, Paul J. | Partner | Tax | 1988 | $2,095.00 | 26.90 | $56,355.50 |
| Dicker, Howard B. | Partner | Corporate | 1990 | $1,995.00 | 1.40 | $2,793.00 |
| Adams, Frank R. | Partner | Corporate | 1994 | $1,950.00 | 9.10 | $17,745.00 |
| Barry, John Patrick | Partner | Litigation | 1994 | $1,795.00 | 4.30 | $7,718.50 |
| Lender, David | Partner | Litigation | 1994 | $1,795.00 | 1.00 | $1,795.00 |
| Tsekerides, Theodore E. | Partner | Litigation | 1994 | $1,595.00 | 304.70 | $485,996.50 |
| | | | | $797.50† | 5.00 | $3,987.50 |
| Osterman, Jeffrey D. | Partner | Corporate | 1996 | $1,875.00 | 10.60 | $19,875.00 |
| Wohl, David E. | Partner | Corporate | 1996 | $1,650.00 | 1.30 | $2,145.00 |
| Schrock, Ray C. | Partner | Restructuring | 1998 | $2,095.00 | 299.30 | $627,033.50 |
| Heyliger, Adelaja | Partner | Corporate | 1998 | $1,625.00 | 38.10 | $61,912.50 |
| Freeman, Danek A. | Partner | Corporate | 1999 | $1,750.00 | 65.10 | $113,925.00 |
| Stein, Daniel Lawrence | Partner | Litigation | 2000 | $1,795.00 | 0.90 | $1,615.50 |
| Berkovich, Ronit J. | Partner | Restructuring | 2002 | $1,925.00 | 273.80 | $527,065.00 |
| | | | | $962.50† | 8.30 | $7,988.75 |
| Westerman, Gavin | Partner | Corporate | 2004 | $1,725.00 | 90.50 | $156,112.50 |
| Johnson, Merritt S. | Partner | Corporate | 2007 | $1,625.00 | 141.80 | $230,425.00 |
| Seales, Jannelle Marie | Partner | Corporate | 2009 | $1,497.00 | 0.20 | $299.00 |
| Adams, Dennis | Partner | Corporate | 2014 | $1,495.00 | 7.60 | $11,362.00 |
| Magill, Amanda Graham | Partner | Tax | 2015 | $1,575.00 | 52.80 | $83,160.00 |
| Nagar, Roshelle A. | Counsel | Corporate | 1989 | $1,450.00 | 2.60 | $3,770.00 |
| Naughton, Michael | Counsel | Litigation | 1995 | $1,450.00 | 1.40 | $2,030.00 |

[1] * - Not yet admitted to practice.
[2] † - Non-working travel is billed at 50% of regular hourly rates.

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | YEAR ADMITTED[1] | HOURLY BILLING RATE[2] | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Fliman, Ariel | Counsel | Corporate | 2009 | $1,375.00 | 8.30 | $11,412.50 |
| Chan, Celine | Counsel | Litigation | 2011 | $1,425.00 | 11.00 | $15,675.00 |
| Carlson, Clifford W. | Counsel | Restructuring | 2014 | $1,375.50 | 747.20 | $1,027,400.00 |
| Pucci-Sisti Maisonrouge, Maximilien J. | Counsel | Corporate | 2014 | $1,375.00 | 80.80 | $111,100.00 |
| Burbridge, Josephine Avelina | Counsel | Corporate | 2015 | $1,375.00 | 366.40 | $503,800.00 |
| Cain, Jeremy C. | Counsel | Litigation | 2016 | $1,375.00 | 47.90 | $65,862.50 |
| Wishart, Kane | Counsel | Corporate | 2018 | $1,375.00 | 8.80 | $12,100.00 |
| Smith, Leslie S. | Associate | Real Estate | 1995 | $1,345.00 | 1.00 | $1,345.00 |
| Hubana, Lidija | Associate | Litigation | 2001 | $525.00 | 4.20 | $2,205.00 |
| Friedman, Julie T. | Associate | Restructuring | 2003 | $775.00 | 71.50 | $55,412.50 |
| Moncada, Alcira | Associate | Litigation | 2004 | $525.00 | 1.20 | $630.00 |
| Deopersaud, Savitri A. | Associate | Litigation | 2005 | $525.00 | 0.30 | $157.50 |
| Goltser, Jonathan | Associate | Restructuring | 2011 | $1,275.00 | 76.60 | $97,665.00 |
| Goltser, Jonathan | Associate | Restructuring | 2011 | $1,225.00 | 231.90 | $284,077.50 |
| Sternberg, Adam J. | Associate | Tax | 2012 | $1,345.00 | 159.20 | $214,124.00 |
| Calabrese, Christine A. | Associate | Litigation | 2017 | $1,345.00 | 256.40 | $344,858.00 |
| | | | | $672.50† | 14.00 | $9,415.00 |
| Bednarczyk, Meggin | Associate | Corporate | 2018 | $1,345.00 | 3.90 | $5,245.50 |
| Bednarczyk, Meggin | Associate | Corporate | 2018 | $1,275.00 | 3.60 | $4,590.00 |
| Kutner, Alyssa | Associate | Corporate | 2018 | $1,345.00 | 19.40 | $26,093.00 |
| Kutner, Alyssa | Associate | Corporate | 2018 | $1,275.00 | 89.50 | $114,112.50 |
| Heckel, Theodore S. | Associate | Restructuring | 2018 | $1,275.00 | 174.40 | $222,360.00 |
| Heckel, Theodore S. | Associate | Restructuring | 2018 | $1,225.00 | 174.30 | $213,517.50 |
| DeSantis, Elena | Associate | Litigation | 2018 | $1,225.00 | 3.00 | $3,675.00 |
| Heller, Paul E. | Associate | Corporate | 2018 (CAN-BC) | $1,275.00 | 46.40 | $59,160.00 |
| Heller, Paul E. | Associate | Corporate | 2018 (CAN-BC) | $1,225.00 | 118.70 | $145,407.50 |
| Crabtree, Austin B. | Associate | Restructuring | 2018 | $1,225.00 | 89.90 | $110,127.50 |
| Crabtree, Austin B. | Associate | Restructuring | 2018 | $1,170.00 | 370.30 | $433,251.00 |
| Buschmann, Michael | Associate | Corporate | 2019 | $1,225.00 | 2.10 | $2,572.50 |
| Buschmann, Michael | Associate | Corporate | 2019 | $1,170.00 | 19.10 | $22,347.00 |

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | YEAR ADMITTED[1] | HOURLY BILLING RATE[2] | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Sharma, Sakshi | Associate | Corporate | 2019 (CAN-AB) | $1,225.00 | 0.30 | $367.50 |
| Aquilla, Elaina | Associate | Litigation | 2020 | $1,225.00 | 19.90 | $24,377.50 |
| Aquilla, Elaina | Associate | Litigation | 2020 | $1,170.00 | 15.20 | $17,784.00 |
| Islam, Intisarul | Associate | Litigation | 2020 | $1,225.00 | 6.40 | $7,840.00 |
| Kogel, Chaim | Associate | Tax | 2020 | $1,225.00 | 17.10 | $20,947.50 |
| Kogel, Chaim | Associate | Tax | 2020 | $1,170.00 | 69.00 | $80,730.00 |
| Taitt-Harmon, Mercedez | Associate | Corporate | 2020 | $1,225.00 | 70.70 | $86,607.50 |
| Taitt-Harmon, Mercedez | Associate | Corporate | 2020 | $1,170.00 | 51.10 | $59,787.00 |
| Stantzyk-Guzek, Claudia | Associate | Corporate | 2020 | $1,170.00 | 5.50 | $6,435.00 |
| Stantzyk-Guzek, Claudia | Associate | Corporate | 2020 | $1,065.00 | 14.60 | $15,549.00 |
| Delauney, Krystel | Associate | Litigation | 2020 | $1,170.00 | 107.60 | $125,892.00 |
| Delauney, Krystel | Associate | Litigation | 2020 | $1,065.00 | 146.00 | $155,490.00 |
| Berdini, Elissabeth | Associate | Tax | 2021 | $1,225.00 | 6.90 | $8,452.50 |
| Berdini, Elissabeth | Associate | Tax | 2021 | $1,170.00 | 52.20 | $61,074.00 |
| Da Silveira Leite, Enrico Bueno | Associate | Corporate | 2021 | $1,170.00 | 24.30 | $28,431.00 |
| Da Silveira Leite, Enrico Bueno | Associate | Corporate | 2021 | $1,065.00 | 111.20 | $118,428.00 |
| Luo, Karen | Associate | Corporate | 2021 | $1,170.00 | 72.70 | $85,059.00 |
| Luo, Karen | Associate | Corporate | 2021 | $1,065.00 | 113.50 | $120,877.50 |
| Sheng, Sheng | Associate | Restructuring | 2021 | $1,170.00 | 202.60 | $237,042.00 |
| Sheng, Sheng | Associate | Restructuring | 2021 | $585.00† | 5.60 | $3,276.00 |
| Sheng, Sheng | Associate | Restructuring | 2021 | $1,065.00 | 387.20 | $412,368.00 |
| King, Alexa | Associate | Corporate | 2022 | $1,065.00 | 10.20 | $10,863.00 |
| Lyons, Patrick | Associate | Litigation | 2022 | $1,065.00 | 85.80 | $91,377.00 |
| Lyons, Patrick | Associate | Litigation | 2022 | $910.00 | 199.90 | $181,909.00 |
| Menon, Asha | Associate | Litigation | 2022 | $1,065.00 | 38.90 | $41,428.50 |
| Menon, Asha | Associate | Litigation | 2022 | $910.00 | 77.80 | $70,798.00 |
| Reyes, Destiny | Associate | Restructuring | 2022 | $1,065.00 | 56.50 | $60,172.50 |
| Reyes, Destiny | Associate | Restructuring | 2022 | $910.00 | 211.00 | $192,010.00 |
| Waterman, Katherine | Associate | Corporate | 2022 | $1,065.00 | 9.30 | $9,904.50 |
| Waterman, Katherine | Associate | Corporate | 2022 | $910.00 | 16.90 | $15,379.00 |

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | YEAR ADMITTED[1] | HOURLY BILLING RATE[2] | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Wissman, Eric | Associate | Corporate | 2022 | $1,065.00 | 53.60 | $57,084.00 |
| Wissman, Eric | Associate | Corporate | 2022 | $910.00 | 62.20 | $56,602.00 |
| Sudama, Dawn Rita | Associate | Restructuring | 2022 | $1,065.00 | 60.40 | $64,326.00 |
| Sudama, Dawn Rita | Associate | Restructuring | 2022 | $910.00 | 205.90 | $187,369.00 |
| Barras, Elizabeth | Associate | Corporate | 2022 | $910.00 | 29.90 | $27,209.00 |
| Markovitz, David | Associate | Corporate | 2022 | $910.00 | 0.20 | $182.00 |
| Polishuk, Menachem | Associate | Restructuring | 2022 | $910.00 | 386.50 | $351,715.00 |
| Samara, Eleni | Associate | Corporate | 2022 | $910.00 | 1.40 | $1,274.00 |
| Adnams, Caroline | Associate | Corporate | 2023 | $910.00 | 9.70 | $8,827.00 |
| Adnams, Caroline | Associate | Corporate | 2023 | $750.00 | 0.60 | $450.00 |
| Kamath, Priya | Associate | Litigation | 2023 | $910.00 | 17.40 | $15,834.00 |
| Motta, Patrick | Associate | Corporate | 2023 | $910.00 | 40.20 | $36,582.00 |
| Motta, Patrick | Associate | Corporate | 2023 | $750.00 | 81.00 | $60,750.00 |
| Rosen, Gabriel | Associate | Corporate | 2023 | $910.00 | 6.50 | $5,915.00 |
| Rosen, Gabriel | Associate | Corporate | 2023 | $750.00 | 10.70 | $8,025.00 |
| Creaser, Eileen | Associate | Corporate | 2023 | $750.00 | 25.60 | $19,200.00 |
| Mezzatesta, Jared | Associate | Restructuring | 2023 | $910.00 | 126.20 | $114,842.00 |
| Mezzatesta, Jared | Associate | Restructuring | 2023 | $750.00 | 306.30 | $229,725.00 |
| Feder, Adina | Associate | Corporate | * | $750.00 | 22.80 | $17,100.00 |
| **Total for Attorneys** | | | | | **8,523.40** | **$10,782,883.75** |

4

The paraprofessionals and other non-legal staff who rendered professional services in these chapter 11 cases during the Compensation Period are:

| NAME OF PROFESSIONAL PERSON | POSITION | DEPARTMENT | HOURLY BILLING RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Lee, Kathleen Anne | Paralegal | Restructuring | $530.00 | 17.60 | $9,328.00 |
| Stauble, Christopher A. | Paralegal | Restructuring | $530.00 | 1.30 | $689.00 |
| Curbelo, Gracemary | Paralegal | Litigation | $475.00 | 2.60 | $1,235.00 |
| Fabsik, Paul | Paralegal | Restructuring | $475.00 | 94.10 | $44,697.50 |
| Frayle, Barbara | Paralegal | Corporate | $475.00 | 5.10 | $2,422.50 |
| Gilchrist, Roy W. | Paralegal | Litigation | $475.00 | 5.20 | $2,470.00 |
| Olvera, Rene A. | Paralegal | Restructuring | $475.00 | 17.90 | $8,502.50 |
| Shrestha, Christine | Paralegal | Corporate | $475.00 | 0.40 | $190.00 |
| Eng-Bendel, Cheryl | Litigation Support | Litigation Support Services | $465.00 | 5.40 | $2,511.00 |
| Martorell, Jorge | Litigation Support | Litigation Support Services | $465.00 | 11.60 | $5,394.00 |
| Cromwell McCray, Crystal | Paralegal | Litigation | $460.00 | 2.40 | $1,104.00 |
| Fox, Trevor | Litigation Support | Litigation Support Services | $445.00 | 69.60 | $30,972.00 |
| Ting, Lara | Litigation Support | Litigation Support Services | $445.00 | 0.70 | $311.50 |
| Biratu, Sirak D. | Paralegal | Litigation | $405.00 | 3.90 | $1,579.50 |
| Mo, Suihua | Litigation Support | Litigation Support Services | $405.00 | 25.00 | $10,125.00 |
| Jalomo, Chris | Paralegal | Restructuring | $375.00 | 4.10 | $1,537.50 |
| Kleissler, Matthew Joseph | Paralegal | Restructuring | $325.00 | 0.50 | $162.50 |
| Peene, Travis | Paralegal | Restructuring | $325.00 | 24.00 | $7,800.00 |
| Okada, Tyler | Paralegal | Restructuring | $310.00 | 10.60 | $3,286.00 |
| Verpoucke, Emma | Paralegal | Corporate | $295.00 | 0.60 | $177.00 |
| **Total for Paraprofessionals and Other Non-Legal Staff** | | | | **302.60** | **$134,494.50** |

The total fees for the Compensation Period are:[3]

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,631.87 | 2,939.50 | $4,796,867.75 |
| Associates | $1,072.01 | 5,583.90 | $5,986,016.00 |
| Paraprofessionals and Other Non-Legal Staff | $444.46 | 302.60 | $134,494.50 |
| **Blended Attorney Rate** | **$1,265.09** | | |
| **Blended Rate for All Timekeepers** | **$1,236.96** | | |
| **Total Fees Incurred** | | | **$10,917,378.25** |

---

[3]  These values reflect the adjusted total of $10,917,378.25 with non-working travel time correctly billed at 50% of regular hourly rates.

## COMPENSATION BY PROJECT CATEGORY
## <u>JULY 1, 2023 THROUGH AND INCLUDING SEPTEMBER 30, 2023</u>

| TASK CODE | PROJECT CATEGORY | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|
| 003 | Asset Acquisitions / Dispositions / 363 Matters | 182.00 | $227,485.00 |
| 004 | Automatic Stay | 18.80 | $24,336.50 |
| 005 | Bar Date and Claims Matters | 1,062.30 | $1,315,798.00 |
| 006 | Case Administration (WIP Updates and Calendar Updates Only) | 77.20 | $70,487.50 |
| 007 | Celsius Matters | 784.40 | $978,680.50 |
| 008 | Chapter 11 Plan / Confirmation / Implementation / Plan Supplement | 3,109.40 | $4,165,033.50 |
| 009 | Corporate Governance / Securities / Equity Matters | 550.50 | $659,256.00 |
| 010 | Customer / Vendor Matters and Reclamation / 503(b)(9) Claims | 7.30 | $7,957.00 |
| 011 | DIP Financing / Cash Collateral / Cash Management | 46.80 | $64,519.50 |
| 012 | Disclosure Statement / Solicitation / Voting | 741.60 | $762,055.50 |
| 013 | Employee Matters | 269.70 | $345,868.00 |
| 014 | Equipment Financing and Leases | 127.40 | $154,793.50 |
| 015 | Exclusivity | 244.40 | $245,654.00 |
| 016 | Executory Contracts / Leases / Real Property / Other 365 Matters | 565.50 | $658,749.00 |
| 017 | General Case Strategy (Including WIP and Team Meetings) | 151.30 | $180,105.50 |
| 018 | Hearings and Court Matters | 102.70 | $105,310.00 |
| 019 | Insurance and Surety Bond Matters | 34.70 | $42,134.50 |
| 020 | Non-Bankruptcy Litigation | 33.50 | $28,778.00 |
| 021 | Non-Working Travel | 32.90 | $24,667.25 |
| 022 | Regulatory / Decommissioning / Environmental Matters | 7.30 | $8,770.00 |
| 023 | Retention / Fee Applications: OCPs | 6.90 | $5,354.50 |
| 024 | Retention / Fee Applications: Non-Weil Professionals | 20.50 | $18,657.50 |
| 025 | Retention / Fee Applications: Weil | 154.40 | $136,282.00 |
| 026 | Secured Noteholder Issues / Meetings / Communications | 39.20 | $48,114.50 |
| 027 | Tax Matters | 382.30 | $559,341.00 |
| 028 | Unsecured Creditors Committee / Meetings / Communications | 16.20 | $21,837.50 |
| 029 | US Trustee / MORs / Schedules & SOFAs / 2015.3 Reports | 40.40 | $33,372.50 |
| 030 | Utility Matters / Adequate Assurance | 0.20 | $182.00 |
| 031 | Equity Committee / Meetings / Communications | 16.20 | $23,798.00 |
| **Total** | | **8,826.00** | **$10,917,378.25** |

**Exhibit D**

**Time Records**

## SUMMARY OF PRIOR MONTHLY FEE STATEMENTS

| First Fee Application | | | | | |
|---|---|---|---|---|---|
| **Date Served** | **Period Covered** | **Total Compensation and Expenses Incurred for Period Covered** | | **Total Amount Paid to Date** | |
| | | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 3/10/2023 | 12/21/2022 through 12/31/2023 | $1,058,396.50 | $20,823.10 | $1,058,396.50 | $20,823.10 |
| 4/3/2023 | 1/1/2023 through 1/31/2023 | $3,587,644.75 | $21,220.06 | $3,587,644.75 | $21,220.06 |
| 4/25/2023 | 2/1/2023 through 2/28/2023 | $2,737,523.50 | $33,376.80 | $2,737,523.50 | $33,376.80 |
| 5/19/2023 | 3/1/2023 through 3/31/2023 | $2,597,205.00 | $28,074.86 | $2,597,205.00 | $28,074.86 |
| **Total for First Fee Application** | | **$9,980,769.75** | **$103,494.82** | **$9,980,769.75** | **$103,494.82** |

| | | Second Fee Application | | | |
|---|---|---|---|---|---|
| **Date Served** | **Period Covered** | **Total Compensation and Expenses Incurred for Period Covered** | | **Total Amount Paid to Date** | |
| | | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 6/21/2023 | 4/1/2023 through 4/30/2023 | $1,967,767.00 | $13,933.14 | $1,574,213.60 | $13,933.14 |
| 6/30/2023 | 5/1/2023 through 5/31/2023 | $2,403,856.50 | $16,017.76 | $2,403,856.50 | $16,017.76 |
| 8/4/2023 | 6/1/2023 through 6/30/2023 | $3,541,883.50 | $21,472.31 | $3,541,883.50 | $21,472.31 |
| **Total for Second Fee Application** | | **$7,913,507.00** | **$51,423.21** | **$7,913,507.00** | **$51,423.21** |

| | | Third Fee Application | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Date Served** | **Period Covered** | **Total Compensation and Expenses Incurred for Period Covered** | | **Total Amount Previously Requested with Prior Monthly Fee Statement** | | **Total Amount Paid to Date** | | **Holdback Fees Requested** |
| | | **Fees** | **Expenses** | **Fees (@ 80%)** | **Expenses (@ 100%)** | **Fees (@ 80%)** | **Expenses (@ 100%)** | **Fees (@ 20%)** |
| 9/1/2023 | 7/1/2023 through 7/30/2023 | $3,389,876.25 | $19,409.43 | $2,711,901.00 | $19,409.43 | $2,711,901.00 | $19,409.43 | $677,975.25 |
| 10/16/2023 | 8/1/2023 through 8/31/2023 | $4,184,573.00 | $16,090.73 | $3,347,658.40 | $16,090.73 | $3,347,658.40 | $16,090.73 | $836,914.60 |
| 11/2/2023[1] | 9/1/2023 through 9/30/2023 | $3,359,607.50 | $15,307.88 | $2,687,686.00 | $15,307.88 | $0.00 | $0.00 | $671,921.50 |
| **Total for Third Fee Application** | | **$10,934,056.75** | **$50,808.04** | **$8,747,245.40** | **$50,808.04** | **$6,059,559.40** | **$35,500.16** | **$2,186,811.35[2]** |

Summary of Any Objections to Monthly Fee Statements:  None.

**Compensation Sought in this Application Not Yet Paid:  $4,873,126.73**

---

[1]  The objection deadline with respect to Weil's September Monthly Fee Statement is November 16, 2023. Once the objection deadline has passed without objection, the Debtors are authorized to pay Weil $2,687,686.00 (80% of $3,359,607.50) and $50,808.04 in expenses.

[2]  As noted above, due to an inadvertent billing error, non-working travel time included on the August and September monthly fee statements was incorrectly billed at 100% of regular hourly rates, thus resulting in a total overcharge in fees to the Debtors in the amount of $16,678.50.  To reverse this inadvertent error, Weil has reduced the total fees requested in this Application by such amount, as reflected herein.  Specifically, instead of seeking allowance of fees of $10,934,056.75 (the sum of all the fees on the monthly fee statements in this period), this Application seeks allowance of fees of $10,917,378.25.  Therefore, the compensation sought in this Application reflects the $10,917,378.25 (the adjusted total for the monthly fees) instead of $10,934,056.75 (the sum of all the fees on the monthly fee statements in this period).

**Exhibit E**

**Expenses**

**EXPENSE SUMMARY**
**JULY 1, 2023 THROUGH AND INCLUDING SEPTEMBER 30, 2023**

| EXPENSES | AMOUNTS |
|---|---|
| Corporation Services | $977.20 |
| Court Reporting | $119.00 |
| Duplicating | $5,257.54 |
| Electronic Research | $27,828.25 |
| Local Transportation | $2,790.91 |
| Meals | $6,014.77 |
| Travel | $7,820.37 |
| **Total Expenses Requested:** | **$50,808.04** |

**Exhibit F**

**BLENDED RATE COMPARISON CHART**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed by timekeepers in New York and Houston offices, excluding bankruptcy[1] | Billed in this fee application |
| Partner | $1,465.00 | $1,830.00 |
| Counsel | $1,177.00 | $1,376.00 |
| Senior Associate (7 years or more since first admission) | $1,128.00 | $1,267.00 |
| Mid-level Associate (4-6 years since first admission) | $1,035.00 | $1,208.00 |
| Junior Associate (0-3 years since first admission) | $774.00 | $943.00 |
| Staff Attorney | $445.00 | $525.00 |
| Paralegal | $373.00 | $448.00 |
| Other | $398.00 | $439.00 |
| **All timekeepers aggregated:** | **$1,015.00** | **$1,239.00** |

---

[1]  In accordance with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013,* preceding year is a rolling 12 months year ending October 31, 2023; blended rates reflect work performed in preceding year in each of the domestic offices in which timekeepers collectively billed at least 10% of the hours to the case during the application period, excluding all data from bankruptcy law matters.

**Exhibit G**

**BUDGET OF WEIL, GOTSHAL & MANGES LLP
FOR PERIOD JULY 1, 2023 THROUGH SEPTEMBER 30, 2023**

| Task Code | Task Description | ESTIMATED FEES | ACTUAL AMOUNT |
|---|---|---|---|
| 001 | Administrative Expense Claims (excluding 503(b)(9) Claims) | $20,000.00 | $0.00 |
| 002 | Adversary Proceedings | $200,000.00 | $0.00 |
| 003 | Asset Acquisitions/ Dispositions/ 363 Matters | $250,000.00 | $227,485.00 |
| 004 | Automatic Stay | $25,000.00 | $24,336.50 |
| 005 | Bar Date and Claim Matters | $1,500,000.00 | $1,315,798.00 |
| 006 | Case Administration (WIP Updates and Calendar Updates Only) | $150,000.00 | $70,487.50 |
| 007 | Celsius Matters | $1,000,000.00 | $978,680.50 |
| 008 | Chapter 11 Plan / Confirmation / Implementation / Plan Supplement | $5,200,000.00 | $4,165,033.50 |
| 009 | Corporate Governance / Securities / Equity Matters | $1,000,000.00 | $659,256.00 |
| 010 | Customer / Vendor Matters and Reclamation / 503(b)(9) Claims | $25,000.00 | $7,957.00 |
| 011 | DIP Financing / Cash Collateral / Cash Management | $350,000.00 | $64,519.50 |
| 012 | Disclosure Statement / Solicitation / Voting | $1,750,000.00 | $762,055.50 |
| 013 | Employee Matters | $500,000.00 | $345,868.00 |
| 014 | Equipment Financing and Leases | $200,000.00 | $154,793.50 |
| 015 | Exclusivity | $300,000.00 | $245,654.00 |
| 016 | Executory Contracts / Leases / Real Property / Other 365 Matters | $175,000.00 | $658,749.00 |
| 017 | General Case Strategy (Including WIP and Team Meetings) | $475,000.00 | $180,105.50 |
| 018 | Hearings and Court Matters | $300,000.00 | $105,310.00 |
| 019 | Insurance and Surety Bond Matters | $50,000.00 | $42,134.50 |
| 020 | Non-Bankruptcy Litigation | $80,000.00 | $28,778.00 |
| 021 | Non-Working Travel | $130,000.00 | $41,345.75 |
| 022 | Regulatory / Decommissioning / Environmental Matters | $15,000.00 | $8,770.00 |
| 023 | Retention / Fee Applications: OCPs | $10,000.00 | $5,354.50 |
| 024 | Retention / Fee Applications: Non-Weil Professionals | $20,000.00 | $18,657.50 |
| 025 | Retention / Fee Applications: Weil | $150,000.00 | $136,282.00 |
| 026 | Secured Noteholder Issues / Meetings / Communications | $150,000.00 | $48,114.50 |
| 027 | Tax Matters | $350,000.00 | $559,341.00 |
| 028 | Unsecured Creditors Committee / Meetings / Communications | $50,000.00 | $21,837.50 |
| 029 | US Trustee / MORs / Schedules & SOFAs / 2015.3 Reports | $20,000.00 | $33,372.50 |
| 030 | Utility Matters / Adequate Assurance | $5,000.00 | $182.00 |
| 031 | Equity Committee / Meetings / Communications | $50,000.00 | $23,798.00 |
| **Total:** | | **$14,500,000.00** | **$10,934,056.75**[1] |

[1] *See* footnote 2 to summary coversheet.

**Exhibit H**

**STAFFING PLAN OF WEIL, GOTSHAL & MANGES LLP PROVIDED TO
DEBTORS FOR THE PERIOD JULY 1, 2023 THROUGH SEPTEMBER 30, 2023**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS PROJECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Partners and Counsel | 30 | $1,375.00 - $2,095.00 |
| Associates | 45 | $750.00 - $1,345.00 |
| Paralegals and Other Non-Legal Staff | 20 | $295.00 - $530.00 |