**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.,* | § | **Case No. 22-90341 (DRJ)** |
| | § | |
| | § | **(Jointly Administered)** |
| Debtors.[1] | § | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On or before November 6, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1335)

Furthermore, on or before November 6, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit B**:

- **Notice of Status Conference Scheduled for October 23, 2023 at 10:00 a.m. (Prevailing Central Time)** (Docket No. 1344)

Furthermore, on or before November 6, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit C**:

- **Master Service List as of October 24, 2023** (Docket No. 1353)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Special Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

Furthermore, on or before November 8, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit D**, pursuant to USPS forwarding instructions:

- **Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1265)

Dated: November 16, 2023

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: TeamCoreScientific@stretto.com

# Exhibit A



## Exhibit A
Served Via First-Class Mail

| Name | Address |
|------|---------|
| IRA FBO Jay Panzarella | Address Redacted |
| Robert J Hamilton | Address Redacted |
| William Conrad Pipkin | Address Redacted |

# **<u>Exhibit B</u>**



**Exhibit B**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| MP2 Energy Texas, LLC D/B/A Shell Energy Solutions | Attn: Aren Hansen | 909 Fannin St | Ste 3500 | Arlington | TX | 76011-1311 |
| Shell Energy Solutions | Attn: Marty Lundstrom | 909 Fannin St | Ste 3500 | Fogelsville | PA | 18051-5007 |

# **<u>Exhibit C</u>**



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Shell Energy Solutions | Attn: Marty Lundstrom | 909 Fannin St | Ste 3500 | Hurst | TX | 76053-3935 |
| MP2 Energy Texas, LLC D/B/A Shell Energy Solutions | Attn: Aren Hansen | 909 Fannin St | Ste 3500 | Milledgeville | GA | 31061-8751 |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

# Exhibit D



**Exhibit D**

Served Via First-Class Mail

| Name | Address |
|------|---------|
| Joshua N Mancuso | Address Redacted |
| Lawrence A. Claiborne | Address Redacted |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)