IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>CORE SCIENTIFIC, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-90341 (DRJ)<br><br>(Jointly Administered) |

## NOTICE OF NEW FIRM & CONTACT INFORMATION

COMES NOW, Stuart L. Cochran previously with the firm Cochran Law PLLC, local counsel of record for Lead Plaintiff Morgan Hoffman in the above-styled and numbered cause, and files this Notice of New Firm & Contact Information, effective November 1, 2023, and would show the Court that he is now affiliated with and located at:

**CONDON TOBIN SLADEK
THORNTON NERENBERG PLLC**
**8080 Park Lane, Suite 700**
**Dallas, Texas 75231**
**Telephone: (214) 265-3800**
**Facsimile: (214) 691-6311**
**scochran@condontobin.com**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

**NOTICE OF NEW FIRM & CONTACT INFORMATION** – Page 1

Dated: November 16, 2023.					Respectfully submitted,

**CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**

_/s/ Stuart L. Cochran_
Stuart L. Cochran
Texas Bar No.: 24027936
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3804
Facsimile: (214) 691-6311
scochran@condontobin.com

**LIAISON COUNSEL FOR LEAD PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all attorneys of record in this cause of action *via* Electronic Notice on November 16, 2023, in accordance with the Federal Rules of Civil Procedure.

_/s/ Stuart L. Cochran_
Stuart L. Cochran