IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.,* | § § § | Case No. 22-90341 (CML) |
|  | § § | (Jointly Administered) |
| Debtors.[1] | § § | Re: Docket Nos. 1384, 1416, & 1426 |

### NOTICE OF FILING OF REVISED PROPOSED DISCLOSURE STATEMENT ORDER

**PLEASE TAKE NOTICE** that on November 3, 2023, Core Scientific, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Emergency Motion of Debtors for Entry of Order (I) Scheduling Combined Hearing On (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan; (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing; (III) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan; (V) Approving Notice Procedures for Assumption or Rejection of Executory Contracts and Unexpired Leases; (VI) Approving Notice Procedures for Reinstatement of Claims; (VII) Establishing Rights Offering Procedures; and (VIII) Granting Related Relief* (Docket No. 1384) (the "**Disclosure Statement Motion**"), with a proposed order

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, Texas 78704.

granting the relief requested in the Disclosure Statement Motion attached thereto as Exhibit A (the "**Initial Proposed Order**").

**PLEASE TAKE FURTHER NOTICE** that on November 14 2023, the Debtors filed a revised version of the Initial Proposed Order (Docket No. 1416). Following a hearing on the Disclosure Statement Motion the Court entered an order approving the Disclosure Statement Motion (Docket No. 1426) (the "**Disclosure Statement Order**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors request that the Court enter a revised form of order approving the Disclosure Statement Motion in the form attached hereto as **Exhibit A** (the "**Revised Disclosure Statement Order**"), which revises the Disclosure Statement Order to (i) include docket number references to the solicitation versions of the Plan and Disclosure Statement (each as defined herein) and (ii) incorporate other changes agreed to by the Debtors, the Ad Hoc Noteholder Group and the Equity Committee.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a redline of the Revised Disclosure Statement Order marked against the version of the Disclosure Statement Order.

Dated: November 16, 2023
       Houston, Texas

Respectfully submitted,

  /s/  Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:  Alfredo.Perez@weil.com
       Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Email:  Ray.Schrock@weil.com
       Ronit.Berkovich@weil.com

*Attorneys for Debtors
and Debtors in Possession*

**Certificate of Service**

I hereby certify that on November 16, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                             */s/  Alfredo R. Pérez*
                                                             Alfredo R. Pérez