IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (CML) |
| Debtors[1] | § § § | (Jointly Administered) Re: Docket Nos. 1383, 1415 |

**NOTICE OF (I) EXECUTION OF BACKSTOP
COMMITMENT LETTER AND (II) FILING OF PROPOSED
BACKSTOP ORDER AND BACKSTOP COMMITMENT LETTER**

**PLEASE TAKE NOTICE** that on November 3, 2023, Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Emergency Motion of Debtors for Order (I) Authorizing Entry into Backstop Commitment Letter, (II) Approving Performance of Obligations Thereunder, and (III) Granting Related Relief* (Docket No. 1383) (the "**Backstop Motion**"), with (i) that certain initial Backstop Commitment Letter with the Commitment Parties[2] attached thereto as Exhibit A (the "**Initial Backstop Commitment Letter**"), including the initial Backstop Commitment Term Sheet (the **"Initial Backstop Term Sheet"**) attached as Exhibit A of the Initial Backstop Commitment Letter and (ii) an initial proposed order attached as Exhibit B of the Backstop Motion.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII, LLC (3198).  The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.  The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, Texas 78704.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Backstop Motion.

**PLEASE TAKE FURTHER NOTICE** that on November 14, 2023, the Debtors filed the *Supplement to Backstop Motion* (Docket No. 1415), with (i) that certain revised Backstop Commitment Letter attached thereto as Exhibit A (the "**Revised Backstop Commitment Letter**"), including the revised Backstop Commitment Term Sheet attached as Exhibit A of the Revised Backstop Commitment Letter (the "**Revised Backstop Term Sheet**") and (ii) a revised proposed order attached as Exhibit C thereto (the "**Revised Proposed Backstop Order**").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Backstop Motion was conducted on November 14, 2023 at 2:00 p.m. (prevailing Central Time) before the Honorable Christopher M. Lopez, United States Bankruptcy Judge for the Southern District of Texas, Houston Division.

**PLEASE TAKE FURTHER NOTICE** that on November 16, 2023, the Debtors and each of the Commitment Parties executed the final version of the Backstop Commitment Letter (the "**Backstop Commitment Letter**"), including the Backstop Term Sheet attached as Exhibit A thereto, which is attached hereto as **Exhibit A.** The Backstop Commitment Letter reflects certain minor modifications and clarifications agreed to by the Debtors, the Equity Committee, and the Commitment Parties. A redline of the Backstop Commitment Letter marked against the Revised Backstop Commitment Letter is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby submit a further revised proposed *Order (I) Authorizing Entry into Backstop Commitment Letter, (II) Approving Performance of Obligations Thereunder, and (III) Granting Related Relief*, attached hereto as **Exhibit C** (the "**Proposed Backstop Order**"). The Proposed Backstop Order reflects the updated reference to the final Backstop Commitment Letter to be approved thereunder. A redline of the

Proposed Backstop Order marked against the Revised Proposed Backstop Order is attached hereto as **Exhibit D**.

Dated: November 16, 2023
Houston, Texas

    /s/  Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:  Alfredo.Perez@weil.com
    Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Email:   Ray.Schrock@weil.com
    Ronit.Berkovich@weil.com

*Attorneys for Debtors
and Debtors in Possession*

**Certificate of Service**

I hereby certify that on November 16, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                        /s/ *Alfredo R. Pérez*
                                                                        Alfredo R. Pérez