IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*, | § | Case No. 22-90341 (CML) |
| | § | |
| Debtors[1] | § | (Jointly Administered) |
| | § | |

NOTICE OF HEARING SCHEDULED FOR
DECEMBER 6, 2023 AT 10:00 A.M. (PREVAILING CENTRAL TIME)

**PLEASE TAKE NOTICE** that, on July 24, 2023, the Debtors filed *Debtors' Preliminary Objection to Proof of Claim No. 556 Filed by Morgan Hoffman* (Docket No. 1080) (the "**Objection**"), and on September 14, 2023, Morgan Hoffman filed his *Motion for Class Treatment under Fed. R. Bankr. P. 7023* (Docket No. 1228) (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief requested in the Objection and Motion will be conducted before the Honorable Christopher M. Lopez at the Bankruptcy Court on **December 6, 2023 at 10:00 a.m. (Prevailing Central Time)** (the "**Hearing**"), Courtroom 401, 4th Floor, 515 Rusk Avenue, Houston, TX 77002. You may participate in the Hearing either in person or by an audio and video connection. Audio communication will be by use of the Bankruptcy Court's dial-in facility. You may access the facility by dialing 832-917-1510 and entering the conference code 590153. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, TX 78704.

click the link on Judge Lopez's home page (https://www.gotomeet.me/JudgeLopez) on the Southern District of Texas website. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that, copies of all pleadings are available by visiting the website maintained by the Debtors' claims and noticing agent, Stretto, Inc. at https://cases.stretto.com/corescientific, or from the Court's website, www.txs.uscourts.gov, for a fee. A PACER login and password are required to access documents on the Court's website, and these can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov.

Dated:  November 17, 2023
      Houston, Texas

           Respectfully submitted,

            /s/  Alfredo R. Pérez
           WEIL, GOTSHAL & MANGES LLP
           Alfredo R. Pérez (15776275)
           Clifford Carlson (24090024)
           700 Louisiana Street, Suite 1700
           Houston, Texas  77002
           Telephone: (713) 546-5000
           Facsimile:  (713) 224-9511
           Email:  Alfredo.Perez@weil.com
                    Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit Berkovich (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Email:  Ray.Schrock@weil.com
         Ronit.Berkovich@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

**Certificate of Service**

I hereby certify that, on November 17, 2023, a true and correct copy of the foregoing document was served as provided by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                  */s/ Alfredo R. Pérez*
                                                  Alfredo R. Pérez