IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § | Case No. 22-90341 (CML) |
|  | § § | (Jointly Administered) |
| Debtors.[1] | § § | Re: Docket No. 1355 |

### CERTIFICATE OF NO OBJECTION TO THIRD INTERIM FEE APPLICATION OF PJT PARTNERS LP, INVESTMENT BANKER TO THE DEBTORS, FOR THE FEE PERIOD FROM JULY 1, 2023 THROUGH SEPTEMBER 30, 2023

1. On October 25, 2023 PJT Partners LP ("**PJT**") filed the *Third Interim Fee Application of PJT Partners LP, Investment Banker to the Debtors, for the Fee Period From July 1, 2023 Through September 30, 2023* (Docket No. 1355) (the "**Application**"). Objections to the Application were required to be filed and served on or prior to November 15, 2023 (the "**Objection Deadline**").

2. In accordance with paragraph 41 of the *Procedures for Complex Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) more than twenty-four hours have passed since the Objection Deadline, (ii) the undersigned counsel is unaware of any objection to the Application, and (iii) the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, Texas 78704.

undersigned counsel has reviewed the Court's docket and no objection to the Application appears thereon.

   3. The Debtors respectfully request entry of the proposed *Order Approving Third Interim Fee Application of PJT Partners LP, Investment Banker to the Debtors, for the Fee Period From July 1, 2023 Through September 30, 2023* (Docket No. 1355), attached hereto as **Exhibit A** (the "**Proposed Order**").

Dated: November 20, 2023
   Houston, Texas

            /s/ Alfredo R. Pérez
            WEIL, GOTSHAL & MANGES LLP
            Alfredo R. Pérez (15776275)
            Clifford Carlson (24090024)
            700 Louisiana Street, Suite 1700
            Houston, Texas 77002
            Telephone: (713) 546-5000
            Facsimile: (713) 224-9511
            Email: Alfredo.Perez@weil.com
                Clifford.Carlson@weil.com

            -and-

            WEIL, GOTSHAL & MANGES LLP
            Ray C. Schrock (admitted *pro hac vice*)
            Ronit J. Berkovich (admitted *pro hac vice*)
            767 Fifth Avenue
            New York, New York 10153
            Telephone: (212) 310-8000
            Facsimile: (212) 310-8007
            Email: Ray.Shrock@weil.com
                Ronit.Berkovich@weil.com

            *Attorneys for Debtors*
            *and Debtors in Possession*

**Certificate of Service**

I hereby certify that on November 20, 2023 a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                         /s/ *Alfredo R. Pérez*
                                                    Alfredo R. Pérez