IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.,* | § § § | Case No. 22-90341 (CML) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § | Re: Docket No. 1355 |

### ORDER GRANTING THE THIRD INTERIM FEE APPLICATION OF PJT PARTNERS LP, INVESTMENT BANKER TO THE DEBTORS, FOR THE FEE PERIOD FROM JULY 1, 2023 THROUGH SEPTEMBER 30, 2023

The Court has considered the *Third Interim Fee Application of PJT Partners LP, Investment Banker to the Debtors, for the Fee Period From July 1, 2023 Through September 30, 2023* (the "**Third Interim Application**"), filed by PJT Partners LP ("**PJT**"). The Court orders:

1. PJT is allowed interim compensation and reimbursement of expenses in the amount of $609,821.61 for the period set forth in the Third Interim Fee Application.

2. The Debtors are authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Dated:_____, 2023
        Houston, Texas

CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, Texas 78704.