IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **CORE SCIENTIFIC, INC.**, *et al.*, | § | Case No. 22-90341 (CML) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

**ORDER GRANTING SPHERE 3D CORP.'S MOTION TO SEAL
SPHERE 3D CORP.'S OBJECTION TO DEBTORS' EMERGENCY MOTION TO
VACATE THE SCHEDULING ORDER AND CERTAIN EXHIBITS THERETO**
[Relates to Docket No. 1474, ____]

Upon consideration of *Sphere 3D Corp.'s Motion to Seal Sphere 3D Corp.'s Objection to Debtors' Emergency Motion to Vacate the Scheduling Order and Certain Exhibits Thereto* (the "Motion")[2], and upon all of the proceedings had before this Court, it is **HEREBY ORDERED THAT:**

1. Sphere is authorized to file under seal an unredacted version of Sphere's Objection and unredacted versions of certain of the exhibits thereto.

2. The unredacted version of Sphere's Objection and the unredacted exhibits attached thereto shall remain confidential and under seal, and shall not be made available to anyone without the consent of the parties or further order of the Court.

3. Sphere is authorized to file a redacted version of Sphere's Objection and redacted versions of certain exhibits thereto.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

    4.      Sphere is hereby authorized to take all actions necessary to effectuate the relief granted in this Order.

    5.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: _____

                                                          THE HONORABLE CHRISTOPHER M. LOPEZ
                                                          UNITED STATES BANKRUPTCY JUDGE