# Exhibit 6

| | |
|---|---|
| **From:** | Tsekerides, Theodore |
| **To:** | Greg Wolfe |
| **Cc:** | Tracey, Dennis H.; Calabrese, Christine; Barcelo-Rojas, Gloria; Wynne, Rick; Posner, Sara; Bianchini, Allegra; Lender, David; Perez, Alfredo; Carlson, Clifford |
| **Subject:** | Re: 23-03252_Adversary Proceeding Complaint (Core v. Sphere and Gryphon) |
| **Date:** | Tuesday, November 21, 2023 4:53:23 PM |

Greg, we didn't represent that you had agreed to anything or suggest anything of the sort. We were making an assertion. If you don't agree, that's fine. We'll take it up with the Court but we are not making our witnesses available, or planning on taking depositions, pending a new schedule in the adversary proceeding.

Thanks.

Theodore E. Tsekerides
Partner
Weil, Gotshal & Manges LLP
212-310-8218 Office
516-398-0510 Mobile

> On Nov 21, 2023, at 4:44 PM, Greg Wolfe <greg@dnfllp.com> wrote:
>
> Christine –
>
> We have not agreed to adjourn the trial or depositions. It was wrong of you to make that representation as if we had reached agreement on that point, which you know to be untrue. We will be responding to you on scheduling shortly.
>
> **Greg Wolfe**
> Partner
> Dontzin Nagy & Fleissig LLP
> 980 Madison Avenue
> New York, NY 10075
> O: (212) 717-2900 | M: (917) 282-9481
> greg@dnfllp.com
>
> ---
>
> **From:** Tracey, Dennis H. <dennis.tracey@hoganlovells.com>
> **Sent:** Tuesday, November 21, 2023 4:38 PM
> **To:** Calabrese, Christine <Christine.Calabrese@weil.com>; Barcelo-Rojas, Gloria <gloria.barcelo-rojas@hoganlovells.com>; Wynne, Rick <richard.wynne@hoganlovells.com>; Posner, Sara <Sara.Posner@HoganLovells.com>; Bianchini, Allegra <allegra.bianchini@hoganlovells.com>
> **Cc:** Lender, David <david.lender@weil.com>; Perez, Alfredo <alfredo.perez@weil.com>; Tsekerides, Theodore <theodore.tsekerides@weil.com>; Carlson, Clifford <Clifford.Carlson@weil.com>; Greg Wolfe <greg@dnfllp.com>
> **Subject:** RE: 23-03252_Adversary Proceeding Complaint (Core v. Sphere and Gryphon)

We are in receipt of the complaint and acknowledge the cancellation of the previously scheduled deposition of Gryphon.

**From:** Calabrese, Christine <Christine.Calabrese@weil.com>
**Sent:** Tuesday, November 21, 2023 1:25 PM
**To:** Tracey, Dennis H. <dennis.tracey@hoganlovells.com>; Barcelo-Rojas, Gloria <gloria.barcelo-rojas@hoganlovells.com>; Wynne, Rick <richard.wynne@hoganlovells.com>; Posner, Sara <Sara.Posner@HoganLovells.com>; Bianchini, Allegra <allegra.bianchini@hoganlovells.com>
**Cc:** Lender, David <david.lender@weil.com>; Perez, Alfredo <alfredo.perez@weil.com>; Tsekerides, Theodore <theodore.tsekerides@weil.com>; Carlson, Clifford <Clifford.Carlson@weil.com>
**Subject:** 23-03252_Adversary Proceeding Complaint (Core v. Sphere and Gryphon)

**[EXTERNAL]**
Counsel,

The Debtors just filed the attached complaint against Sphere and Gryphon to bring all of the issues in one proceeding for complete resolution. Please let us know if you will agree to accept service.

This filing obviously impacts the schedule set in the Sphere contested matter, as discovery (including depositions) and the trial—on calendar for January 30 to February 1—will need to be adjourned and rescheduled. To be clear, none of the pending depositions will go forward and we can discuss with you and Sphere's counsel an appropriate date for a scheduling conference with the Court to set out a schedule for the adversary proceeding.

Best,


<image001.jpg>


**Christine A. Calabrese**
Associate
Pronouns: She/her/hers

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
christine.calabrese@weil.com
+1 212 310 8083 Direct

+1 202 213 7892 Mobile

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

PRIVACY. Hogan Lovells processes personal data, including data relating to email communications, in accordance with the terms of its privacy policy which is available at www.hoganlovells.com/en/privacy.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.