# EXHIBIT 10
# SEALED