# Exhibit 24



Confidential    CORE-SPH0013639

# Executive Summary

**Capacity**
- Starts year at 498MW
- Ends year at site capacity of 1,622MW and capacity for miners of 1,537MW
- Longroads was removed as an active project
- Capacity is tight or behind until September when it frees up

**Demand**
- Starts Feb 2022 at 563MW, a 56MW overage vs capacity, 22K miners in inventory
- Ends 2022 at 1,007MW, 494MW of unallocated capacity
- 174K Miners are inbound, requiring 536MW of power

**Open Issues**
- Gryphon units were changed from 70K to 59K.  Given uncertainty of the contract, it was removed for this version
- OT S19 swap deal, 10K units not included in the model

Confidential                                                                                 CORE-SPH0013639.002

# Inbound Units for Self-Mining and Hosting

| Customer & Miner Type | Contracted | Backlog | Dec | Jan | Feb | Mar | Apr | May | June | Jul | Aug | Sept | Oct | Nov | Dec | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 2022 | | | | | | | | 2023 | | | |
| Inbound Month | | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 | Jan-23 | Feb-23 | Total | kW/u |
| Transfer Opening 2/7 | | – | – | – | (2,162) | – | – | – | – | – | – | – | – | – | – | (2,162) | 1.45 |
| Transfer | | – | 2,000 | – | – | – | – | – | – | – | – | – | – | – | – | 2,000 | 3.40 |
| Transfer | | – | 200 | – | – | – | – | – | – | – | – | – | – | – | – | 200 | 3.00 |
| Transfer | | – | – | 1,250 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 3,500 | – | – | 24,750 | 3.00 |
| Transfer | | – | 200 | 200 | 200 | 200 | 200 | 200 | 200 | – | – | – | – | – | – | 1,400 | 3.00 |
| Transfer In/ Host S19J Pro - Gryphon | | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | 3.00 |
| Transfer | | – | – | 3,530 | 4,710 | 2,350 | 2,350 | 2,350 | 2,350 | 2,350 | 2,350 | 2,350 | 2,350 | – | – | 27,040 | 3.40 |
| Purchase | | – | 3,000 | 3,000 | 399 | 399 | 399 | 399 | 399 | 399 | – | – | – | – | – | 8,394 | 3.00 |
| Purchase | | – | – | – | 750 | – | – | – | – | – | – | – | – | – | – | 750 | 3.00 |
| Purchase | | – | – | – | 500 | – | – | – | – | – | – | – | – | – | – | 500 | 3.00 |
| Purchase | | – | – | – | – | – | 3,410 | – | – | – | – | – | – | – | – | 3,410 | 3.00 |
| **BTC Hosting Subtotal** | 73,898 | – | 5,400 | 7,980 | 6,897 | 5,449 | 8,859 | 5,449 | 5,449 | 5,249 | 4,850 | 4,850 | 5,850 | – | – | 66,282 | |
| Purchases ...ro for Self-Mining - A0 Fixed 36K | | 1,300 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | – | – | 34,300 | 3.00 |
| Purchases ...ro for Self-Mining - A1 Referral 39K | | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | – | 3,250 | 3,250 | 3,250 | – | – | – | – | – | 26,000 | 3.00 |
| Purchases ...ro for Self-Mining - A2 Referral 15K | | 3,720 | 1,250 | 1,250 | 1,250 | 1,250 | 1,090 | 1,250 | 1,250 | 1,250 | – | – | – | – | – | 13,560 | 3.00 |
| Purchases ...ro for Self-Mining - A3 Referral 38.1K | | 175 | 175 | 175 | 1,526 | 2,776 | 2,776 | 2,776 | 2,776 | 2,776 | – | – | – | – | – | 15,931 | 3.00 |
| Purchases ...ro for Self-Mining - A4 Referral 9K | | – | – | – | – | – | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | – | – | – | 9,000 | 3.00 |
| Purchases ...i for Self-Mining - A5 Referral 6K | | – | – | – | – | – | – | – | – | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 6,000 | 3.00 |
| Purchases ...i for Self-Mining - A6 Referral 1.8K | | – | – | – | – | – | – | – | – | 300 | 300 | 300 | 300 | 300 | 300 | 1,800 | 3.00 |
| Repaired ...Units returning from HMT | | – | – | 500 | – | – | – | – | – | – | – | – | – | – | – | 500 | 3.00 |
| **BTC Self-Mining Subtotal** | 75,426 | 8,445 | 7,675 | 8,175 | 9,026 | 10,276 | 8,366 | 11,776 | 11,776 | 13,076 | 5,800 | 5,800 | 4,300 | 1,300 | 1,300 | 107,091 | |
| Transfer | | – | – | – | (2,700) | – | – | – | – | – | – | – | – | – | – | (2,700) | 1.51 |
| Transfer | | – | 700 | 300 | 2,000 | – | – | – | – | – | – | – | – | – | – | 3,000 | 1.51 |
| Transfer | | – | 175 | 150 | – | – | – | – | – | – | – | – | – | – | – | 325 | 0.90 |
| Transfer ...ity Host - Red Cap | | – | 100 | – | – | – | – | – | – | – | – | – | – | – | – | 100 | 3.50 |
| Other Units Subtotal | | – | 975 | 450 | (700) | – | – | – | – | – | – | – | – | – | – | 725 | |
| **Total Miners Added** | | 8,445 | 14,050 | 16,605 | 15,223 | 15,725 | 17,225 | 17,225 | 17,225 | 18,325 | 10,650 | 10,650 | 10,150 | 1,300 | 1,300 | 174,098 | |
| Miner Adds Cumulative | | 8,445 | 22,495 | 39,100 | 54,323 | 70,048 | 87,273 | 104,498 | 121,723 | 140,048 | 150,698 | 161,348 | 171,498 | 172,798 | 174,098 | | |
| Self-Mining % of inbound | | – | 59% | 51% | 57% | 65% | 49% | 68% | 68% | 71% | 54% | 54% | 42% | 100% | 100% | 62% | |



CORE SCIENTIFIC — PROPRIETARY & CONFIDENTIAL

Confidential — CORE-SPH0013639.003

# Inbound Units for Self-Mining and Hosting – MW Required

| Customer & Miner Type | | Contracted | 2022 | | | | | | | | | | | 2023 | | Total | kW/ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Backlog | Dec | Jan | Feb | Mar | Apr | May | June | Jul | Aug | Sept | Oct | Nov | Dec | | |
| | | Inbound Month | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 | Jan-23 | Feb-23 | Total | |
| Deployment Plan - MW | | | | | | | | | | | | | | | | | | |
| MW Deployed (EoM) | | | | | | | | | | | | | | | | | | |
| Transfer [OT] | | | – | – | – | (3.1) | – | – | – | – | – | – | – | – | – | – | (3.1) | |
| Transfer | | | – | 6.8 | – | – | – | – | – | – | – | – | – | – | – | – | 6.8 | |
| Transfer | | | – | 0.6 | – | – | – | – | – | – | – | – | – | – | – | – | 0.6 | |
| Transfer | | | – | – | 3.8 | 7.5 | 7.5 | 7.5 | 7.5 | 7.5 | 7.5 | 7.5 | 7.5 | 10.5 | – | – | 74.3 | |
| Transfer | | | – | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | – | – | – | – | – | – | 4.2 | |
| Transfer In/ Host S19J Pro - Gryphon | | | – | – | – | – | – | – | – | – | – | – | – | – | – | – | | |
| Transfer | | | – | – | 12.0 | 16.0 | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | – | – | 91.9 | |
| Purchase [OT] | | | – | 9.0 | 9.0 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | – | – | – | – | – | 25.2 | |
| Purchase | | | – | – | – | 2.3 | – | – | – | – | – | – | – | – | – | – | 2.3 | |
| Purchase | | | – | – | – | 1.5 | – | – | – | – | – | – | – | – | – | – | 1.5 | |
| Purchase | | | – | – | – | – | – | 10.2 | – | – | – | – | – | – | – | – | 10.2 | |
| BTC MW Hosting Subtotal | | 222.0 | – | 17.0 | 25.4 | 25.9 | 17.3 | 27.5 | 17.3 | 17.3 | 16.7 | 15.5 | 15.5 | 18.5 | – | – | 213.8 | |
| Purchases | 9J Pro for Self-Mining - A0 Fixed 36K | | 3.9 | 9.0 | 9.0 | 9.0 | 9.0 | 9.0 | 9.0 | 9.0 | 9.0 | 9.0 | 9.0 | 9.0 | – | – | 102.9 | |
| Purchases | 9J Pro for Self-Mining - A1 Referral 39K | | 9.8 | 9.8 | 9.8 | 9.8 | 9.8 | – | 9.8 | 9.8 | 9.8 | – | – | – | – | – | 78.0 | |
| Purchases | 9J Pro for Self-Mining - A2 Referral 15K | | 11.2 | 3.8 | 3.8 | 3.8 | 3.8 | 3.3 | 3.8 | 3.8 | 3.8 | – | – | – | – | – | 40.7 | |
| Purchases [OT] | 9J Pro for Self-Mining - A3 Referral 38.1K | | 0.5 | 0.5 | 0.5 | 4.6 | 8.3 | 8.3 | 8.3 | 8.3 | 8.3 | – | – | – | – | – | 47.8 | |
| Purchases | 9J Pro for Self-Mining - A4 Referral 9K | | – | – | – | – | – | 4.5 | 4.5 | 4.5 | 4.5 | 4.5 | 4.5 | – | – | – | 27.0 | |
| Purchases | 9 XP for Self-Mining - A5 Referral 6K | | – | – | – | – | – | – | – | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 18.0 | |
| Purchases | 9 XP for Self-Mining - A6 Referral 1.8K | | – | – | – | – | – | – | – | – | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 5.4 | |
| Repaired | ning Units returning from HMT | | – | – | 1.5 | – | – | – | – | – | – | – | – | – | – | – | 1.5 | |
| BTC Self-Mining MW Subtotal | | 203.0 | 25.3 | 23.0 | 24.5 | 27.1 | 30.8 | 25.1 | 35.3 | 35.3 | 39.2 | 17.4 | 17.4 | 12.9 | 3.9 | 3.9 | 321.3 | |
| Transfer [OT] | | | – | – | – | (4.1) | – | – | – | – | – | – | – | – | – | – | (4.1) | |
| Transfer | | | – | 1.1 | 0.5 | 3.0 | – | – | – | – | – | – | – | – | – | – | 4.5 | |
| Transfer | | | – | 0.2 | 0.1 | – | – | – | – | – | – | – | – | – | – | – | 0.3 | |
| Transfer | | | – | 0.4 | – | – | – | – | – | – | – | – | – | – | – | – | 0.4 | |
| Other Units MW Subtotal | | | – | 1.6 | 0.6 | (1.1) | – | – | – | – | – | – | – | – | – | – | 1.1 | |
| Total MW Added | | | 25.3 | 41.6 | 50.5 | 51.9 | 48.1 | 52.6 | 52.6 | 52.6 | 55.9 | 32.9 | 32.9 | 31.4 | 3.9 | 3.9 | 536.2 | |
| Miner Adds Cumulative | | | 25.3 | 41.6 | 50.5 | 51.9 | 48.1 | 52.6 | 52.6 | 52.6 | 55.9 | 32.9 | 32.9 | 31.4 | 3.9 | 3.9 | 536.2 | |
| MW Totals | | 496.5 | 521.8 | 563.4 | 613.9 | 665.8 | 714.0 | 766.6 | 819.2 | 871.8 | 927.7 | 960.6 | 993.5 | 1,024.9 | 1,028.8 | 1,032.7 | | |



CORE SCIENTIFIC

4

PROPRIETARY & CONFIDENTIAL

Confidential
CORE-SPH0013639.004

# CAPACITY PLAN – Expansion by Site/Month + Site Capacity and Capacity for Miners

| Capacity Plan<br>in MW | 2021<br>Dec End<br>After Nov Depl. | 2022<br>Jan<br>After Nov/Dec Depl. | 2022<br>Feb<br>After Dec/Depl. | 2022<br>Mar<br>After Jan Depl | 2022<br>Apr<br>After Feb Depl | 2022<br>May<br>After Mar Depl. | 2022<br>Jun<br>After Apr Depl. | 2022<br>July<br>After May Depl. | 2022<br>Aug<br>After Jun Depl. | 2022<br>Sep<br>After Jul Depl. | 2022<br>Oct<br>After Aug Depl. | 2022<br>Nov<br>After Sep Depl. | 2022<br>Dec<br>After Oct Depl. | 2022 Added | Max Additional |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grand Forks B | – | 24 | 26 | – | – | – | – | – | – | – | – | – | – | 50 | 50 |
| Denton |  |  | 22 |  |  | 50 |  |  | 50 | 100 |  | 50 | 272 | 300 |
| Cedarvale /Priority |  |  |  |  | 22 |  |  | 50 | 50 | 50 | 50 | 50 | 272 | 700 |
| Cottonwood 1 & 2 /Priority |  |  |  | 15 | 35 | 30 | 50 | 50 | 50 | 50 | 50 | 50 | – | 380 | 380 |
| Muskogee/ OG&E |  |  |  |  |  |  |  |  |  |  |  | 25 | 25 | 50 | 500 |
| In Progress - Wink / Priority |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 400 |
| In Progress - ADQ Dubai Immersion |  |  |  |  |  |  | 15 |  |  |  |  |  |  | 15 | 12 |
| **Total MW from Expansion** | – | 24 | 48 | 15 | 57 | 30 | 115 | 50 | 100 | 150 | 200 | 125 | 125 | 1,039 | 2,342 |
| *Cumulative MW added* | – | 24 | 72 | 87 | 144 | 174 | 289 | 339 | 439 | 589 | 789 | 914 | 1,039 |  |  |

|  |  |  |  |  |  |  |  |  |  |  |  |  |  | Site Max |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Marble 1 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 |
| Marble 2 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 |
| Dalton Brown DNN 1 & 2 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 |
| Dalton Green DNN 3 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 142 |
| Calvert City | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 |
| Grand Forks A | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 |
| Grand Forks B | – | 24 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 |
| Denton | – | – | 22 | 22 | 22 | 22 | 72 | 72 | 72 | 122 | 222 | 222 | 272 | 300 |
| Cedarvale | – | – | – | – | 22 | 22 | 22 | 22 | 72 | 122 | 172 | 222 | 272 | 700 |
| Cottonwood | – | – | – | 15 | 50 | 80 | 130 | 180 | 230 | 280 | 330 | 380 | 380 | 380 |
| Muskogee | – | – | – | – | – | – | – | – | – | – | – | 25 | 50 | 500 |
| TBD Wink / Priority | – | – | – | – | – | – | – | – | – | – | – | – | – | 400 |
| In Progress - ADQ Dubai Immersion | – | – | – | – | – | – | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 12 |
| **Total Capacity at Site** | 498 | 522 | 570 | 585 | 642 | 672 | 787 | 837 | 937 | 1,087 | 1,287 | 1,412 | 1,537 | 2,840 |
| Marble 1 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 |  |
| Marble 2 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 |  |
| Dalton Brown DNN 1 & 2 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 |  |
| Dalton Green DNN 3 | 140 | 140 | 140 | 140 | 140 | 140 | 140 | 140 | 140 | 140 | 140 | 140 | 140 |  |
| Calvert City | 147 | 147 | 147 | 147 | 147 | 147 | 147 | 147 | 147 | 147 | 147 | 147 | 147 |  |
| Grand Forks A | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 |  |
| Grand Forks B | – | 23 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 |  |
| Denton | – | – | 22 | 22 | 22 | 22 | 71 | 71 | 71 | 120 | 218 | 218 | 267 |  |
| Cedarvale | – | – | – | – | 22 | 22 | 22 | 22 | 71 | 120 | 169 | 218 | 267 |  |
| Cottonwood | – | – | – | 15 | 49 | 78 | 127 | 176 | 225 | 274 | 323 | 372 | 372 |  |
| Muskogee | – | – | – | – | – | – | – | – | – | – | – | 25 | 49 |  |
| In Progress - ADQ Dubai Immersion | – | – | – | – | – | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 |  |
| **Total Capacity for Miners** | 483 | 506 | 554 | 568 | 624 | 654 | 766 | 815 | 913 | 1,060 | 1,256 | 1,379 | 1,501 |  |



5

PROPRIETARY & CONFIDENTIAL

## Available MW Summary – Capacity by Month after Deployment

| Capacity Plan | 2021 Dec End | 2022 Jan | 2022 Feb | 2022 Mar | 2022 Apr | 2022 May | 2022 Jun | 2022 July | 2022 Aug | 2022 Sep | 2022 Oct | 2022 Nov | 2022 Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Marble 1 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 |
| Marble 2 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 |
| Dalton Brown DNN 1 & 2 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 |
| Dalton Green DNN 3 | 140 | 140 | 140 | 140 | 140 | 140 | 140 | 140 | 140 | 140 | 140 | 140 | 140 |
| Calvert City | 147 | 147 | 147 | 147 | 147 | 147 | 147 | 147 | 147 | 147 | 147 | 147 | 147 |
| Grand Forks A | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 |
| Grand Forks B | – | 23 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 |
| Denton | – | – | 22 | 22 | 22 | 22 | 71 | 71 | 71 | 120 | 218 | 218 | 267 |
| Cedarvale | – | – | – | – | 22 | 22 | 22 | 22 | 71 | 120 | 169 | 218 | 267 |
| Cottonwood | – | – | – | 15 | 49 | 78 | 127 | 176 | 225 | 274 | 323 | 372 | 372 |
| Muskogee | – | – | – | – | – | – | – | – | – | – | – | 25 | 49 |
| In Progress - ADQ Dubai Immersion | – | – | – | – | – | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 |
| **Total Capacity for Miners** | **483** | **506** | **554** | **568** | **624** | **654** | **766** | **815** | **913** | **1,060** | **1,256** | **1,379** | **1,501** |
| Marble 1 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 |
| Marble 2 | 69 | 69 | 69 | 69 | 69 | 69 | 69 | 69 | 69 | 69 | 69 | 69 | 69 |
| Dalton Brown DNN 1 & 2 | 44 | 44 | 47 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 |
| Dalton Green DNN 3 | 141 | 141 | 141 | 141 | 141 | 141 | 141 | 141 | 141 | 141 | 141 | 141 | 141 |
| Calvert City | 145 | 145 | 146 | 147 | 147 | 147 | 147 | 147 | 147 | 147 | 147 | 147 | 147 |
| Grand Forks A | 46 | 46 | 47 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 |
| Grand Forks B | 20 | 20 | 46 | 48 | 51 | 51 | 51 | 51 | 51 | 51 | 51 | 51 | 51 |
| Denton | – | – | 18 | 22 | 22 | 22 | 70 | 70 | 70 | 88 | 103 | 103 | 103 |
| Cedarvale | – | – | – | – | 22 | 22 | 22 | 22 | 52 | 64 | 94 | 124 | 128 |
| Cottonwood | – | – | – | 15 | 49 | 79 | 128 | 176 | 209 | 225 | 229 | 229 | 229 |
| Muskogee | – | – | – | – | – | – | – | – | – | – | – | – | – |
| In Progress - ADQ Dubai Immersion | – | – | – | – | – | – | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| **Demand in MW, EOP** | **497** | **497** | **546** | **571** | **630** | **660** | **766** | **815** | **878** | **924** | **973** | **1,003** | **1,007** |
| Marble 1 | – | – | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Marble 2 | – | – | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) |
| Dalton Brown DNN 1 & 2 | – | – | 0 | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) |
| Dalton Green DNN 3 | – | – | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) |
| Calvert City | – | – | 1 | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) |
| Grand Forks A | – | – | 1 | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) |
| Grand Forks B | – | – | 3 | 1 | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) |
| Denton | – | – | 3 | (1) | (1) | (1) | 0 | 0 | 0 | 31 | 115 | 115 | 164 |
| Cedarvale | – | – | – | – | (0) | (0) | (0) | (0) | 19 | 56 | 75 | 93 | 138 |
| Cottonwood | – | – | – | (0) | 0 | (0) | (0) | 1 | 17 | 49 | 95 | 144 | 144 |
| Muskogee | – | – | – | – | – | – | – | – | – | – | – | 25 | 49 |
| In Progress - ADQ Dubai Immersion | – | – | – | – | – | – | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| MW Req'd for Inventory in Hub as of 2/7 | – | (66) | – | – | – | – | – | – | – | – | – | – | – |
| **Available MW or (Expansion Required MW)** | – | (56) | (48) | (51) | (56) | (62) | (62) | (62) | (26) | 110 | 331 | 376 | 494 |



6

**PROPRIETARY & CONFIDENTIAL**