# EXHIBIT 25
# SEALED