IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CORE SCIENTIFIC, INC. *et al.*,[1] | ) | Case No. 22-90341 (CML) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING DELOITTE TAX LLP'S
SECOND INTERIM FEE APPLICATION FOR COMPENSATION FOR
SERVICES RENDERD AND REIMBURSEMENT OF EXPENSES INCURRED
AS TAX SERVICES PROVIDER FOR THE DEBTORSAND DEBTORS-IN-POSSESSION
FOR THE PERIOD FROMAPRIL 1, 2023 THROUGH JUNE 30, 2023**

CAME ON FOR CONSIDERATION, the *Second Interim Fee Application for Compensation for Services Rendered as Tax Services Provider for the Debtors and Debtors-in-Possession for the Period from April 1, 2023 through June 30, 2023* (the "Application") filed by Core Scientific, Inc. on behalf of Deloitte Tax LLP ("Deloitte Tax"), and the Court having reviewed the Application, the matters contained therein and exhibits thereto, and being of the opinion that the professional fees and expenses incurred should be allowed and paid by Debtors, it is therefore

ORDERED, that Deloitte Tax is hereby allowed interim compensation for professional fees in the amount of $699,535.40 and reimbursement of expenses in the amount of $126.81 incurred from April 1, 2023 through June 30, 2023; it is further

ORDERED, that the Debtors are authorized and directed to pay Deloitte Tax the amount of $699,662.31 as approved herein less any amounts previously paid with respect thereto.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, Texas 78704.

Dated: _____, 2023
       Houston, Texas

                                              _____
                                              CHRISTOPHER M. LOPEZ
                                              UNITED STATES BANKRUPTCY JUDGE