IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*, | § | Case No. 22-90341 (CML) |
| | § | |
| Debtors[1] | § | (Jointly Administered) |
| | § | Re: Docket Nos. 1188, 1456, & 1464 |

**NOTICE OF EMERGENCY HEARING ON MOTION VACATING THE SCHEDULING ORDER IN THE SPHERE CONTESTED MATTER AND CONSOLIDATON WITH THE ADVERSARY PROCEEDING SCHEDULED FOR DECEMBER 1, 2023 AT 9:00 A.M. (PREVAILING CENTRAL TIME)**

**PLEASE TAKE NOTICE** that on November 21, 2023, Core Scientific, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") commenced an adversary proceeding against defendants Sphere 3D Corp. ("**Sphere**") and Gryphon Digital Mining Inc. seeking damages and declaratory relief (the "**Adversary Proceeding**"), Adv. Pro. No. 23-03252 (Docket No. 1456).

**PLEASE TAKE FURTHER NOTICE** that on November 25, 2023, the Debtors filed the *Debtors' Emergency Motion for an Order Vacating the Scheduling Order in the Sphere Contested Matter and Consolidating the Sphere Contested Matter with the Adversary Proceeding* (Docket No. 1464) (the "**Consolidation Motion**"). The Consolidation Motion seeks to (i) vacate a scheduling order entered at Docket No.1188 associated with proofs of claim nos. 358 and 359

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, TX 78704.

filed by Sphere and the Debtors' objection thereto (the "**Sphere Contested Matter**") and (ii) consolidate the Sphere Contested Matter with the Adversary Proceeding.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief requested in the Consolidation Motion will be conducted before the Honorable Christopher M. Lopez at the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") on **December 1, 2023 at 9:00 a.m. (Prevailing Central Time)** (the "**Hearing**"), Courtroom 401, 4th Floor, 515 Rusk Avenue, Houston, TX 77002.  You may participate in the Hearing either in person or by an audio and video connection. Audio communication will be by use of the Bankruptcy Court's dial-in facility.  You may access the facility by dialing 832-917-1510 and entering the conference code 590153.  Video communication will be by use of the GoToMeeting platform.  Connect via the free GoToMeeting application or click the link on Judge Lopez's home page (https://www.gotomeet.me/JudgeLopez) on the Southern District of Texas website.  The meeting code is "JudgeLopez".  Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that copies of all pleadings are available by visiting the website maintained by the Debtors' claims and noticing agent, Stretto, Inc. at https://cases.stretto.com/corescientific, or from the Bankruptcy Court's website, www.txs.uscourts.gov, for a fee.  A PACER login and password are required to access documents on the Bankruptcy Court's website, and these can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov.

*[Remainder of Page Intentionally Left Blank]*

Dated:  November 29, 2023
       Houston, Texas

                                   Respectfully submitted,

                                     /s/  Alfredo R. Pérez
                                   WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:  Alfredo.Perez@weil.com
         Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
David J. Lender (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Theodore E. Tsekerides (admitted *pro hac vice*)
Christine A. Calabrese (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:     (212) 310-8000
Facsimile:      (212) 310-8007
Email:   Ray.Schrock@weil.com
         David.Lender@weil.com
         Ronit.Berkovich@weil.com
         Theodore.Tsekerides@weil.com
         Christine.Calabrese@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

**Certificate of Service**

I hereby certify that, on November 29, 2023, a true and correct copy of the foregoing document was served as provided by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                                    */s/  Alfredo R. Pérez*
                                                                                   Alfredo R. Pérez