IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § | Case No. 22-90341 (CML) |
| Debtors[1]. | § § | (Jointly Administered) |
| ---------------------------------------------- | § § | (Emergency Relief Requested) |
| CORE SCIENTIFIC, INC., *et al.*, | § § | Adv. Pro. No. 23-03252 |
| Plaintiffs, | § § | |
| v. | § § | |
| SPHERE 3D CORP. and GRYPHON DIGITAL MINING, INC., | § § § | |
| Defendants. | § § | |

NOTICE OF AGENDA OF MATTERS
SET FOR HEARING ON DECEMBER 1, 2023 AT 9:00 AM

Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**") hereby file their Agenda of Matters Set for Hearing on December 1, 2023 at 9:00 a.m. (CT) before the Honorable Christopher M. Lopez. The hearing will be conducted in Courtroom 401, 4th floor, 515 Rusk Avenue, Houston, TX 77002. You may participate in the hearing by an audio and video

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

connection. The audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510 and enter the conference code 205691. The video communication will be by use of the Gotomeeting Platform. Connect via the free Gotomeeting Application or click the link on Judge Lopez's home page. The meeting code is "judgelopez." Click the settings icon in the upper right corner and enter your name under the personal information setting.

I. **Contested Matters**

    1. **Debtors' Emergency Motion for an Order Vacating the Scheduling Order in the Sphere Contested Matter and Consolidating the Sphere Contested Matter With the Adversary Proceeding Filed by Debtor Core Scientific, Inc. (Docket No. 1464)[2]**

        <u>Status</u>:      This matter is going forward.

        <u>Responses Filed</u>:

            A.    Sphere 3D Corp.'s Objection to Debtors' Emergency Motion to Vacate the Scheduling Order in the Sphere Contested Matter and Consolidating the Sphere Contested Matter with the Adversary Proceeding (Docket No. 1476)

            B.    Declaration of Gregory N. Wolfe in Support of Sphere 3D Corp.'s Objection to Debtors' Motion For an Order Vacating the Scheduling Order in the Sphere Contested Matter With the Adversary Proceeding (Docket No. 1476-31)

---

[2] Debtors' Emergency Motion and related documents were also filed in Adversary Proceeding No. 23-03252 at Docket Nos. 5, 6, and 22. Gryphon Digital Mining, Inc. filed a Response Non-Opposition In Part and Opposition in Part to Debtors' Emergency Motion For an Order Vacating the Scheduling Order in the Sphere Contested Matter and Consolidating the Sphere Contested Matter with the Adversary Proceeding (Adv. Proc. No. 23-03252, Docket No. 12). Sphere 3d Corp. filed Sphere 3D Corp.'s Objection to Debtors' Emergency Motion to Vacate the Scheduling Order in the Sphere Contested Matter and Consolidating the Sphere Contested Matter with the Adversary Proceeding (Adv. Proc. No. 23-03252, Docket No. 16) and Declaration of Gregory N. Wolfe in Support of Sphere 3D Corp.'s Objection to Debtors' Motion For an Order Vacating the Scheduling Order in the Sphere Contested Matter With the Adversary Proceeding (Docket No. 16-31).

2

Related Documents:

A. Declaration of Theodore E. Tsekerides in Support of Debtors' Emergency Motion for an Order Vacating the Scheduling Order in the Sphere Contested Matter and Consolidating the Sphere Contested Matter with the Adversary Proceeding and Exhibits 1-4 (Docket No. 1465)

B. Debtors' Witness and Exhibit List for Hearing on December 1, 2023 at 9:00 a.m. (Prevailing Central Time) (Docket No. 1480)

Dated: November 30, 2023
      Houston, Texas

                              Respectfully submitted,

                              */s/  Alfredo R. Pérez*
                              WEIL, GOTSHAL & MANGES LLP
                              Alfredo R. Pérez (15776275)
                              Clifford W. Carlson (24090024)
                              700 Louisiana Street, Suite 1700
                              Houston, Texas 77002
                              Telephone: (713) 546-5000
                              Facsimile: (713) 224-9511
                              Email:   Alfredo.Perez@weil.com
                                              Clifford.Carlson@weil.com

                              -and-

                              WEIL, GOTSHAL & MANGES LLP
                              Ray C. Schrock (admitted *pro hac vice*)
                              David J. Lender (admitted *pro hac vice*)
                              Ronit J. Berkovich (admitted *pro hac vice*)
                              Theodore E. Tsekerides (admitted *pro hac vice*)
                              Christine A. Calabrese (admitted *pro hac vice*)
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007
                              Email:   Ray.Schrock@weil.com
                                              David.Lender@weil.com
                                              Ronit.Berkovich@weil.com
                                              Theodore.Tsekerides@weil.com
                                              Christine.Calabrese@weil.com

                              *Attorneys for Debtors*
                              *and Debtors in Possession*

**Certificate of Service**

I hereby certify that, on November 30, 2023, a true and correct copy of the foregoing document was served on Sphere 3D Corp. and Gryphon Digital Mining, Inc. by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

      /s/ *Alfredo R. Pérez*
Alfredo R. Pérez