# Exhibit 18

| | |
|---|---|
| **Date:** | Wednesday, September 29 2021 07:50 AM |
| **Subject:** | Re: Sphere 3D Corp - KYC / AML Process |
| **From:** | Taras Kulyk |
| **To:** | Dan Tolhurst <dan@gryphonmining.com>; |
| **CC:** | Rob Chang (rob@gryphonmining.com) <rob@gryphonmining.com>; Kristen Carnevali <kcarnevali@corescientific.com>; Russell Cann <russell@corescientific.com>; Jeff Pratt <jpratt@corescientific.com>; |
| **Attachments:** | image001.png |

Thanks Dan, however, we need to KYC sphere as well.

On Sep. 29, 2021 5:56 a.m., Dan Tolhurst <dan@gryphonmining.com> wrote:

[EXTERNAL] Use caution when opening attachments or links.

Hi Taras,

Please see below.
Best,
Dan

Dan Tolhurst
Co-Founder/President
+44(74)6214-1860
dan@gryphonmining.com



On Tue, Sep 28, 2021 at 6:56 PM Taras Kulyk <tkulyk@corescientific.com> wrote:

Rob / Dan – To complete the next steps for Sphere 3D Corp KYC/AML onboarding, we require:

- Legal entity: Gryphon Digital Mining, Inc.
- Authorized individual: Rob Chang, Dan Tolhurst

- Registered address: 5953 Mabel Rd, Unit 138, Las Vegas NV, 89110

- Contact email: rob@gryphonmining.com , dan@gryphonmining.com

- Contact number: +14165005675, +447462141860

Once received, they'll be sent a DocuSign form to complete from Kristen in our Legal team.

Best,



Taras Kulyk
SVP, Growth
**Core Scientific**
+1 (647) 703 - 6456

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message.

Confidential                                                                                                                                      CORE-SPH0000355