# Exhibit 21

Date: Wednesday, November 17 2021 07:40 AM
Subject: Re: Sphere 6K - Contract Redaction
From: Todd DuChene
To: Taras Kulyk <tkulyk@corescientific.com>;
CC: Dan Tolhurst <dan@gryphonmining.com>;

The economic terms should be redacted

**TODD DUCHENE**
GENERAL COUNSEL
**Core Scientific**
(408) 464-3421

> On Nov 17, 2021, at 4:00 AM, Taras Kulyk <tkulyk@corescientific.com> wrote:
>
> Todd – Aside from the cost of electricity, should we redact the other specific costs? Config fee, etc?
>
> Also, maybe the deposit structure?
>
> Not sure how many salient economic terms can be redacted given the disclosure requirements.
>
> Best,
> Taras
>
> ---
>
> **From:** Dan Tolhurst <dan@gryphonmining.com>
> **Sent:** Wednesday, November 17, 2021 12:55 AM
> **To:** Taras Kulyk <tkulyk@corescientific.com>
> **Cc:** Todd DuChene <tduchene@corescientific.com>
> **Subject:** Re: Sphere 6K - Contract Redaction
>
> Hi Todd / Taras,
> Circling back on this as Sphere is chasing us on this.
>
> Please advise.
>
> Best,
> Dan
>
> Dan Tolhurst
> Co-Founder/President
> +44(74)6214-1860
> dan@gryphonmining.com
>
> 

Confidential                                                                                                                          CORE-SPH0001186

On Thu, Nov 11, 2021 at 6:25 AM Taras Kulyk <tkulyk@corescientific.com> wrote:

> Thanks Dan - looping in Todd for guidance.
>
> On Nov. 11, 2021 10:18 a.m., Dan Tolhurst <dan@gryphonmining.com> wrote:
>
>> [EXTERNAL] Use caution when opening attachments or links.
>>
>> Hi Taras,
>>
>> Sphere has to file a 6K with our sub license and delegation agreement along with our contract. The price of the electricity will be redacted. Is there any other information that needs to be redacted?
>>
>> Please advise
>>
>> Thanks,
>> Dan
>>
>> Dan Tolhurst
>> Co-Founder/President
>> +44(74)6214-1860
>> dan@gryphonmining.com
>>
>> The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message.

Confidential
CORE-SPH0001187