# Exhibit 22

| | |
|---|---|
| **Date:** | Tuesday, October 5 2021 11:11 AM |
| **Subject:** | Re: Small update |
| **To:** | Rob Chang <rob@gryphonmining.com>; Krista Rhynard <krhynard@corescientific.com>; |
| **CC:** | Dan Tolhurst <dan@gryphonmining.com>; Russell Cann <russell@corescientific.com>; Jeff Pratt <jpratt@corescientific.com>; |

Krista

On Oct. 5, 2021 11:13 a.m., Rob Chang <rob@gryphonmining.com> wrote:

[EXTERNAL] Use caution when opening attachments or links.

Hey Taras. Given that we are past the stated payment dates in the original draft, for the first two payments, can we update the payment schedule where we blend the first two payments and we get it to you by the 12th? Morgan Stanley apparently requires Sphere to jump through hoops whenever they send wires

--

Rob Chang
CEO & Director
(416) 500-5675
Rob@gryphonmining.com
GryphonDigitalMining.com
Twitter: @GryphonMining

