# Exhibit 23



25 March 2022

Core Scientific
210 Barton Springs Road
Suite 300
Austin, Texas 78704

Via Email: Monica Xia (mxia@corescientific.com)

Dear Sirs/madams:

We are the auditors of Sphere 3D Corp. and are currently conducting our regular examination of the accounts of the Company as at December 31, 2021.

The records of Sphere 3D Corp. show:
- Advance paid to you for the following manufacturing batches: October 2021, November 2021 – February 2022 and March 2022 – November 2022 for $15,575,025 USD.
    - With $nil expensed in the fiscal year from January 1, 2021 to December 31, 2021.
- Advance paid to you for November 2021 and March 2022 manufacturing batches for $755,645 USD.
    - With $nil expensed in the fiscal year from January 1, 2021 to December 31, 2021.
- Advance paid to you for December 2021 and April 2022 manufacturing batches for $1,489,258 USD.
    - With $nil expensed in the fiscal year from January 1, 2021 to December 31, 2021.
- Advance paid to you for January 2022 and May 2022 manufacturing batches for $2,222,905 USD.
    - With $nil expensed in the fiscal year from January 1, 2021 to December 31, 2021.

- Amounts payable to you as of December 31, 2021 of $nil.

Please verify these amounts by signing below. If these amounts are incorrect, kindly state the particulars of the discrepancy.

Please email your response to thochban@smythecpa.com, or fax your response to 604-688-4675 to the attention of Taylor Hochban.

Thank you for your prompt attention to this matter.

Yours very truly,


SMYTHE LLP

Smythe LLP | smythecpa.com

**Vancouver**
1700 – 475 Howe St
Vancouver, BC  V6C 2B3
T: 604 687 1231
F: 604 688 4675

**Langley**
305 – 9440 202 St
Langley, BC  V1M 4A6
T: 604 282 3600
F: 604 357 1376

**Nanaimo**
201 – 1825 Bowen Rd
Nanaimo, BC  V9S 1H1
T: 250 755 2111
F: 250 984 0886



*Taylor Hochban*

The above amount is correctly stated:

Per: ___*Monica Xia*___  Monica Xia, Accounting Manager

Date: ___03/25/2022___

**Vancouver**
1700 – 475 Howe St
Vancouver, BC  V6C 2B3
**T:** 604 687 1231
**F:** 604 688 4675

**Langley**
305 – 9440 202 St
Langley, BC  V1M 4A6
**T:** 604 282 3600
**F:** 604 357 1376

**Nanaimo**
201 – 1825 Bowen Rd
Nanaimo, BC  V9S 1H1
**T:** 250 755 2111
**F:** 250 984 0886

Smythe LLP | smythecpa.com

Confidential                                                                                                                                        CORE-SPH0008247