IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re<br><br>**CORE SCIENTIFIC, INC.,** *et al.,*<br><br>Debtors[1].<br>------------------------------------------------<br>**CORE SCIENTIFIC, INC.,** *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>**SPHERE 3D CORP. and GRYPHON DIGITAL MINING, INC.,**<br><br>Defendants. | Chapter 11<br><br>Case No. 22-90341 (CML)<br><br>(Jointly Administered)<br><br>(Emergency Relief Requested)<br><br>Adv. Pro. No. 23-03252 |

**DEBTOR'S AMENDED WITNESS AND EXHIBIT LIST
FOR HEARING ON DECEMBER 1, 2023**

Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), files this witness and exhibit list (the "**Witness and Exhibit List**") in advance of the hearing scheduled for December 1, 2023 at 9:00 a.m. (Prevailing Central Time) (the "**Hearing**"):

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

## WITNESSES

The Debtor may call any of the following witnesses at the Hearing:

1. Any witness called or listed by any other party; and

2. Any rebuttal witnesses.

## EXHIBITS

The Debtors may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Debtors' Emergency Motion for an Order Vacating the Scheduling Order in the Sphere Contested Matter and Consolidating the Sphere Contested Matter With the Adversary Proceeding Filed by Debtor Core Scientific, Inc. **(ECF No. 1464; also filed in Adv. Pro. 23-03252, ECF No. 5)** | | | | |
| 2. | Declaration of Theodore E. Tsekerides in Support of Debtors' Emergency Motion for an Order Vacating the Scheduling Order in the Sphere Contested Matter and Consolidating the Sphere Contested Matter with the Adversary Proceeding and Exhibits 1-4 **(ECF No. 1465; also filed in Adv. Pro. 23-03252, ECF No. 6)** | | | | |
| 3. | Reply in Further Support of Debtors' Emergency Motion For an Order Vacating the Scheduling Order in the Sphere Contested Matter and Consolidating the Sphere Contested Matter With the Adversary Proceeding **(ECF No. 1484; also filed in Adv. Pro. No. 23-03252, ECF No. 26)** | | | | |
| 4. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 5. | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party | | | | |
| 6. | Any exhibit listed by any other party | | | | |

## RESERVATION OF RIGHTS

The Debtor's reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list at any time prior to the hearing. The Debtors reserve the right to offer into evidence any exhibit necessary to rebut evidence or testimony offered by any other party and any exhibits listed or used by any other party.

Dated:  November 30, 2023
       Houston, Texas

                    Respectfully submitted,

                    */s/ Alfredo R. Pérez*
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:  Alfredo.Perez@weil.com
        Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
David J. Lender (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Theodore E. Tsekerides (admitted *pro hac vice*)
Christine A. Calabrese (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:     (212) 310-8000
Facsimile:     (212) 310-8007
Email:  Ray.Schrock@weil.com
        David.Lender@weil.com
        Ronit.Berkovich@weil.com
        Theodore.Tsekerides@weil.com
        Christine.Calabrese@weil.com

*Attorneys for Debtors and Debtors in Possession*

## Certificate of Service

I hereby certify that, on November 30, 2023, a true and correct copy of the foregoing document was served on Sphere 3D Corp. and Gryphon Digital Mining, Inc. by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                               */s/ Alfredo R. Pérez*
                                               Alfredo R. Pérez