UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (CML) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of    New York    :

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | Ryan Montefusco<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, New York 10166<br>(212) 318-6061<br>New York 5176946 |
|---|---|

Seeks to appear as the attorney for this party:

| Ad Hoc Group of Secured Convertible Noteholders ||
|---|---|
| Dated: 12/1/2023 | Signed: /s/ Ryan Montefusco |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

Order

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                     United States Bankruptcy Judge