Electronic Appearance Sheet

Tom Kirkendall, Law Office of Tom Kirkendall
Client(s): Darin Feinstein

Theodore Tsekerides, Weil, Gotshal & Manges LLP
Client(s): Core Scientific, Inc.

Christine Calabrese, Weil, Gotshal & Manges LLP
Client(s): Core Scientific, Inc.

Jennifer Hardy, Willkie Farr & Gallagher LLP
Client(s): Official Committee of Unsecured Creditors

Gregory  Wolfe, Dontzin Nagy & Fleissig LLP
Client(s): Sphere 3D Corp.

Rahul Srinivas, Dontzin Nagy & Fleissig LLP
Client(s): Sphere 3D Corp.

Ashley Harper, Hunton Andrews Kurth LLP
Client(s): Sphere 3D Corp.

Peter Lewis, Scheef & Stone
Client(s): Special Committee of Core Board Of Directors