United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 01, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (CML) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc., et al. | |

This lawyer, who is admitted to the State Bar of **New York**:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Ryan Montefusco<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, New York 10166<br>(212) 318-6061<br>New York 5176946 |

Seeks to appear as the attorney for this party:

| Ad Hoc Group of Secured Convertible Noteholders | |
|---|---|
| Dated: 12/1/2023 | Signed: /s/ Ryan Montefusco |

| COURT USE ONLY: The applicant's state bar reports their status as: **Currently registered**. | |
|---|---|
| Dated: 11/28/2023 | Signed: /s/ Z. Compean<br>Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Signed: December 01, 2023

*Christopher M. Lopez*
Christopher Lopez
United States Bankruptcy Judge