## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.,* | § | Case No. 22-90341 (CML) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | |

### NOTICE OF AGENDA OF MATTERS SET FOR
### HEARING ON DECEMBER 6, 2023 AT 10:00 A.M. (CT)

Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**") hereby file this Agenda of Matters Set for Hearing on December 6, 2023 at 10:00 a.m. (CT) before the Honorable Christopher M. Lopez.  The hearing will be conducted in Courtroom 401, 4th floor, 515 Rusk Avenue, Houston, TX 77002.  You may participate in the hearing by an audio and video connection.  The audio communication will be by use of the Court's dial-in facility.  You may access the facility at 832-917-1510 and enter the conference code 590153.  The video communication will be by use of the Gotomeeting Platform.  Connect via the free Gotomeeting Application or click the link on Judge Lopez's home page.  The meeting code is "judgelopez." Click the settings icon in the upper right corner and enter your name under the personal information setting.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, TX 78704.

I.   **<u>CONTESTED MATTERS</u>:**

1.  Debtors' Preliminary Objection to Proof of Claim No. 556 filed by Morgan Hoffman (Docket No. 1080)

    <u>Status</u>:          This matter is fully briefed and set to go forward.

    <u>Related Documents</u>:

    A.     Morgan Hoffman's Preliminary Response to Debtors' Preliminary Objection to Proof of Claim No. 556 (Docket No. 1178)

    B.     Debtors' Combined (I) Reply in Further Support of Debtors' Preliminary Objection to Proof of Claim No. 556 and (II) Opposition to Morgan Hoffman's Motion for Class Treatment under Fed. R. Bankr. P. 7023 (Docket No. 1313)

2.  Morgan Hoffman's Motion for Class Treatment under Fed. R. Bankr. P. 7023 (Docket No. 1228)

    <u>Status</u>:          This matter is fully briefed and set to go forward.

    <u>Related Documents</u>:

    A.     Debtors' Combined (I) Reply in Further Support of Debtors' Preliminary Objection to Proof of Claim No. 556 and (II) Opposition to Morgan Hoffman's Motion for Class Treatment under Fed. R. Bankr. P. 7023 (Docket No. 1313)

    B.     Morgan Hoffman's Reply in Further Support of Motion for Class Treatment under Fed. R. Bankr. P. 7023 (Docket No. 1503)

        a.   Affidavit of Paul Mulholland in Support of Motion for Class Treatment (Docket No. 1503-1)

Dated: December 5, 2023
     Houston, Texas

Respectfully submitted,

  /s/  Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:  Alfredo.Perez@weil.com
       Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:  Ray.Schrock@weil.com
      Ronit.Berkovich@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

**<u>Certificate of Service</u>**

I hereby certify that on December 5, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Alfredo R. Pérez*

Alfredo R. Pérez
