**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.,* | § | **Case No. 22-90341 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| Debtors.[1] | § | |
| | § | |

**NOTICE OF CURE AMOUNTS RELATED TO**
**REINSTATEMENT OF OTHER SECURED CLAIMS**
<u>**IN CLASS 4 IN CONNECTION WITH CONFIRMATION OF PLAN**</u>

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On December 21, 2022, Core Scientific, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") each commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**").

On November 17, 2023, the Bankruptcy Court entered the *Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan; (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing; (III) Establishing Solicitation and Voting Procedures; (IV) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan; (V) Approving Notice Procedures for Assumption or Rejection of Executory Contracts and Unexpired Leases; (VI) Approving Notice Procedures for Reinstatement of Claims; (VII) Establishing Rights Offering Procedures; and (VIII) Granting Related Relief* (Docket No. 1447) (the "**Disclosure Statement Order**"), authorizing the Debtors to solicit acceptances for the *Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors* (Docket No. 1438) (including any exhibits

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.  The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, Texas 78704

and schedules thereto, and as may be modified, amended, or supplemented, the "**Plan**"),[2] and approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan.

In accordance with section 4.4 of the Plan, all Allowed Other Secured Claims shall be Reinstated in accordance with section 1124(2) of the Bankruptcy Code and the applicable Other Secured Claims Agreement and continued after the Effective Date in accordance with the terms and provisions of the applicable Other Secured Claims Agreement, subject to the procedures for Reinstated Claims set forth in section 7.11 of the Plan and decretal paragraph 38 of the Disclosure Statement Order, including to determine the applicable Cure Amount.

Copies of the Plan, Disclosure Statement, Disclosure Statement Order, or other documents related thereto are available free of charge by visiting https://cases.stretto.com/corescientific/.  You may also obtain copies of these documents by visiting the Bankruptcy Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

**YOU ARE RECEIVING THIS NOTICE BECAUSE YOU ARE A HOLDER OF AN OTHER SECURED CLAIM IN CLASS 4 OF THE PLAN TO BE REINSTATED BY THE DEBTORS.   YOU ARE ADVISED TO REVIEW CAREFULLY THE INFORMATION CONTAINED IN THIS NOTICE AND THE RELATED PROVISIONS OF THE PLAN.**

Each of the Other Secured Claims in Class 4 that are designated for Reinstatement and the Debtors' calculation of the Cure Amount (if any) with respect thereto are set forth on **Schedule 1** annexed hereto.  The Cure Amounts listed on Schedule 1 are the only amounts proposed to be paid upon the Reinstatement of those Other Secured Claims in Class 4.

**The Debtors reserve the right to amend Schedule 1 (including the Cure Amounts) at any time prior to the Effective Date, including any amendments that reflect changes to the Debtors' intention to Reinstate certain Other Secured Claims.  The Debtors reserve all rights with respect thereto.**

To Reinstate a Claim, section 1124(2) of the Bankruptcy Code requires a chapter 11 debtor to, among other things, cure certain prepetition defaults and compensate the Holder for any damages incurred as a result of any reasonable reliance by the holder on contractual provisions or applicable law.  Accordingly, the Debtors have conducted a thorough review of their books and records and have determined the Cure Amount (if any) owed to Holders of Other Secured Claims in Class 4, which amounts are set forth on **Schedule 1** attached hereto.  Please note that if no amount is stated for an Other Secured Claim, the Debtors believe that there is no Cure Amount outstanding with respect to such Other Secured Claim.  All Other Secured Claims in Class 4 shall be Reinstated.  Subject to (i) satisfaction of the conditions set forth in section 7.11 of the Plan, (ii) resolution of any disputes in accordance with section 7.11 of the Plan with respect to the Cure Amounts subject to such disputes, and (iii) the occurrence of the Effective Date, entry of the

---

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan or the Disclosure Statement Order, as applicable.

Confirmation Order by the Bankruptcy Court shall authorize Reinstatement of the Other Secured Claims in Class 4 pursuant to section 1124 of the Bankruptcy Code.

## Objections and Claims

### A. Cure Objections

Any objection by a Holder of an Other Secured Claim in Class 4 to the Cure Amount identified on **Schedule 1** ("**Cure Objection**") must be Filed, served and actually received by the Debtors within fourteen (14) days of the service of this Cure Notice, or such shorter period as agreed to by the parties or authorized by the Bankruptcy Court (the "**Cure Objection Deadline**").

If there is a dispute relating to the Cure Amount, the Debtors may Reinstate the applicable Other Secured Claim prior to the resolution of the Cure Amount dispute; *provided* that the Debtors or the Reorganized Debtors, as applicable, reserve Cash in an amount sufficient to pay the full amount reasonably asserted as the required Cure Amount by the Holder of the applicable Other Secured Claim (or such smaller amount as may be fixed or estimated by the Bankruptcy Court or otherwise agreed to by such Holder and the applicable Reorganized Debtor). Subject to resolution of any dispute regarding any Cure Amount, all Cure Amounts shall be satisfied on the Effective Date, or otherwise as soon as practicable thereafter, by the Debtors or Reorganized Debtors, as the case may be

**ANY HOLDER OF AN OTHER SECURED CLAIM IN CLASS 4 THAT DOES NOT TIMELY OBJECT TO THE NOTICE OF THE PROPOSED CURE AMOUNT SHALL BE DEEMED TO HAVE ASSENTED TO THE REINSTATEMENT OF ITS CLAIM AND THE PROPOSED CURE AMOUNT LISTED THEREIN AND SHALL BE FOREVER BARRED AND ENJOINED FROM OBJECTING TO THE REINSTATEMENT OF ITS CLAIM ON THE GROUNDS THAT SECTIONS 1124(2)(A), (C), OR (D) OF THE BANKRUPTCY CODE HAVE NOT BEEN SATISFIED.**

## Confirmation Hearing

A hearing to consider confirmation of the Plan is currently scheduled to begin on **Friday, December 22, 2023 at 10:00 a.m. (Prevailing Central Time)** before the Bankruptcy Court (the "**Confirmation Hearing**"). The Confirmation Hearing may be adjourned from time to time, without further notice other than by filing a notice on the Bankruptcy Court's docket indicating such adjournment and/or announcement of the adjourned date(s) at the Confirmation Hearing.

Dated: December 5, 2023
      Houston, Texas

Respectfully submitted,

*/s/ Alfredo R. Pérez*
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:  Alfredo.Perez@weil.com
        Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:  Ray.Schrock@weil.com
        Ronit.Berkovich@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

**<u>Certificate of Service</u>**

I hereby certify that on December 5, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                         */s/ Alfredo R. Pérez*
                                         Alfredo R. Pérez

## <u>Schedule 1</u>

**Other Secured Claims in Class 4 to be Reinstated**

**Core Scientific, Inc., et al.**

**Other Secured Claims in Class 4 to be Reinstated**

**Report Date: 12/5/2023**

| Contract Party | Debtor | Relevant Claim | Relevant Agreement(s) | Cure Amount |
|---|---|---|---|---|
| 36th Street Capital Partners, LLC | Core Scientific Operating Company | Non-Miner Equipment Lender Claim (36th Street) | 36th Street Non-Miner Agreements | - |
| Bank of the West | Core Scientific Operating Company | Non-Miner Equipment Lender Claim (Bank of the West) | Bank of the West Agreement | 48,789 |
| Bremer Bank, National Association | Core Scientific Operating Company | Bremer Secured Claim | Bremer Agreements | 5,041,440 |
| Dell Financial Services L.L.C. | Core Scientific Operating Company | Non-Miner Equipment Lender Claim (Dell) | Dell Agreements | 9,740 |
| Indigo Direct Lending, LLC as assigned from Liberty Commercial Finance LLC | Core Scientific Operating Company | Non-Miner Equipment Lender Claim (Indigo) | Indigo Agreement | 1,003,286 |
| Meridian Equipment Finance LLC | Core Scientific Operating Company | Non-Miner Equipment Lender Claim (Meridian) | Meridian Agreement | 52,656 |
| North Mill Equipment Finance LLC as assigned from Liberty Commercial Finance LLC | Core Scientific Operating Company | Non-Miner Equipment Lender Claim (North Mill) | North Mill Agreements | 307,977 |
| North Star Leasing as assigned from Liberty Commercial Finance LLC | Core Scientific Operating Company | Non-Miner Equipment Lender Claim (North Star) | North Star Agreements | 303,698 |
| Prime Alliance Bank, Inc. as assigned from Liberty Commercial Finance LLC | Core Scientific Operating Company | Non-Miner Equipment Lender Claim (Prime) | Prime Agreements | 1,069,478 |
| Wingspire Equipment Finance LLC (f/k/a Liberty Commercial Finance LLC) | Core Scientific Operating Company | Non-Miner Equipment Lender Claim (Wingspire) | Liberty Non-Miner Agreements | 906,670 |