Electronic Appearance Sheet

Emily Kuznick, Paul Hastings LLP
Client(s): Ad Hoc Group of Secured Convertible Noteholders

Phillip Kim, The Rosen Law Firm, P.A.
Client(s): Morgan Hoffman, Lead Plaintiff

Anthony Scarcella, Willkie Farr & Gallagher LLP
Client(s): Official Committee of Unsecured Creditors

Theodore Tsekerides, Weil, Gotshal & Manges LLP
Client(s): Core Scientific, Inc. et al.

Austin Crabtree, Weil, Gotshal & Manges LLP
Client(s): Core Scientific, Inc., et al.

Clifford Carlson, Weil, Gotshal & Manges LLP
Client(s): Core Scientific, Inc. et al.

Patrick Lyons, Weil, Gotshal & Manges LLP
Client(s): Core Scientific, Inc. et al.

Peter Lewis, Scheef & Stone
Client(s): Core Board of Directors Special Committee