United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 07, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-90341 |
| CORE SCIENTIFIC, INC., *et al.*, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

## ORDER

For the reasons stated on the record at the hearing held on December 6, 2023:

1. The Debtors' objection to Proof of Claim No. 556, as amended by Proof of Claim No. 632, filed by Morgan Hoffman [Docket No. 1080] is sustained.

2. Proof of Claim No. 556, as amended by Proof of Claim No. 632, is disallowed without prejudice to Morgan Hoffman's ability to file an individual proof of claim on or before December 20, 2023.

3. Morgan Hoffman's Motion for Class Treatment under Fed. R. Bankr. P. 7023 [Docket No. 1228] is denied.

Signed: December 06, 2023

Christopher Lopez
United States Bankruptcy Judge