**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| In Re:  Core Scientific, Inc. and Official Committee of Unsecured Creditors<br>Debtor | Case No.: 22−90341<br><br>Chapter: 11 |

## NOTICE OF FILING OF OFFICIAL TRANSCRIPT

An official transcript has been filed in this case and it may contain information protected under the E-Government Act of 2002, and Fed. R. Bank. P. 9037.

Transcripts will be electronically available on PACER to the public 90 days after their filing with the court. To comply with privacy requirements of Fed. R. Bank. P. 9037, the parties must ensure that certain protected information is redacted from transcripts prior to their availability on PACER.

If redaction is necessary, the parties must file a statement of redaction listing the items to be redacted, citing the transcript's docket number, the item's location by page and line, and including only the following portions of the protected information. This statement must be filed within 21 days of the transcript being filed. A suggested form for the statement of redaction is available at https://www.txs.uscourts.gov/.

- the last four digits of the social security number or taxpayer identification number;
- the year of the individual's birth;
- the minor's initials;
- the last four digits of the financial account number; and
- the city and state of the home address.

Any additional redaction requires a separate motion and Court approval.

A party may review the transcript at the Clerk's Office public terminals or purchase it by following the instruction on our website at https://www.txs.uscourts.gov/ or by calling (713) 250−5500 . A party is only responsible for reviewing the:

- opening and closing statements made on the party's behalf;
- statements of the party;
- testimony of any witness called by the party; and
- any other portion of the transcript as ordered by the court.

Redaction is your responsibility. The Clerk, court reporter, or transcriber will not review this transcript for compliance.

Nathan Ochsner
Clerk of Court

United States Bankruptcy Court
Southern District of Texas

In re:  Case No. 22-90341-cml
Core Scientific, Inc.  Chapter 11
Official Committee of Unsecured Creditor
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4     User: ADIuser     Page 1 of 8
Date Rcvd: Dec 07, 2023     Form ID: ntctran     Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | American Property Acquisition, LLC, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | American Property Acquisitions I, LLC, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | American Property Acquisitions VII, LLC, 210 Barton Springs Road, Suite 300, Austiin, TX 78704-1251 |
| db | + | Core Scientific Acquired Mining LLC, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | Core Scientific Mining LLC, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | Core Scientific Operating Company, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | Core Scientific Specialty Mining (Oklahoma) LLC, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | Core Scientific, Inc., 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | RADAR LLC, 210 Barton Springs Road, Suite 300, Austiin, TX 78704-1251 |
| db | + | Radar Relay, Inc., 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | Starboard Capital LLC, 210 Barton Springs Road, Suite 300, Austiin, TX 78704-1251 |
| cr | + | Argo Partners, 12 West 37th Street, Ste. 900, New York, NY 10018-7381 |
| trnsfee | + | B. Riley Securities, Inc., 11100 Santa Monica Blvd., Suite 800, Los Angeles, CA 90025-3979 |
| intp | + | Board of Directors of Core Scientific, Inc., c/o Peter C. Lewis, Scheef & Stone, L.L.P., 500 North Akard Street, Suite 2700, Dallas, TX 75201-3306 |
| cr | + | CRG Financial LLC, 84 Herbert Avenue, Building B, Suite 202, Closter, NJ 07624 UNITED STATES 07624-1313 |
| intp | + | Condair Inc., c/o John S. Collins, Vorys, Sater, Seymour and Pease LLP, 909 Fannin, Suite 2700, Houston, TX 77010-1009 |
| cr | + | Dalton Utilities, Howley Law PLLC, 711 Louisiana Street, Ste. 1850, Houston, TX 77002-2790 |
| cr | + | Harlin Dean, Attn: Hudson M. Jobe, 2001 Bryan Street, Suite 1800, Dallas, TX 75201 UNITED STATES 75201-3070 |
| cr | + | Indigo Direct Lending, LLC, c/o Ross, Smith & Binford, PC, Attn: Frances A. Smith, 700 N. Pearl Street, Suite 1610 Dallas, TX 75201-7459 |
| cr | + | J.W. Didado Electric, LLC, c/o Leonard I. Pataki, Quanta Services, 4500 S. Garnett Road, Suite 100, Tulsa, OK 74146-5221 |
| cr | + | LV.NET, LLC, 1221 S. Casino Center Blvd., Las Vegas, NV 89104, UNITED STATES 89104-1015 |
| cr | + | Maddox Industrial Transformer, LLC, c/o Mary M. Caskey, Esq., Haynsworth Sinkler Boyd, PA, PO Box 11889, Columbia, SC 29211-1889 |
| intp | + | McCarthy Building Companies, Inc., c/o Watt, Tieder, Hoffar & Fitzgerald, L, 1765 Greensboro Station Place, Suite 1000, McLean, VA 22102-3468 |
| cr | + | North Mill Equipment Finance LLC, c/o Padfield & Stout, LLP, Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| cr | + | Pescadero Capital, LLC, Building LAW/JB, 700 Universe Blvd, Juno Beach, FL 33408, UNITED STATES 33408-2657 |
| cr | + | Quinn Emanuel Urquhart & Sullivan, LLP, c/o Asher Griffin, 300 W 6th Street, Suite 2010, Austin, TX 78701 UNITED STATES 78701-3901 |
| cr | + | Tanmar Rentals, LLC, c/o Wells & Cuellar, P.C., 440 Louisiana Suite 718, Houston, TX 77002, UNITED STATES 77002-1058 |
| cr | + | Tenaska Power Services Co., c/o Ross & Smith, P.C., Attn: Jason Binford, 2003 N. Lamar Blvd., Suite 100 Austin, TX 78705-4932 |
| intp | + | U.S. Bank National Association, as Prepetition Not, c/o Shipman & Goodwin LLP, One Constitution Plaza, Hartford, CT 06103-1803 |
| cr | + | c/o James Bailey Esq Gaylor Electric, Inc., d/b/a, Bradley Arant Boult Cummings LLP, One Federal Place, 1819 5th Ave. N, Birmingham, AL 35203-2119 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ahochheiser@mauricewutscher.com | Dec 07 2023 20:16:00 | AmTrust North America, Inc. on behalf of Associate, c/o Maurice Wutscher LLP, 23611 Chagrin Blvd. Suite 207, Beachwood, OH 44122-5540 |

District/off: 0541-4      User: ADIuser      Page 2 of 8
Date Rcvd: Dec 07, 2023      Form ID: ntctran      Total Noticed: 45

| | | | | |
|---|---|---|---|---|
| cr | + | Email/Text: beanland@mssattorneys.com | Dec 07 2023 20:16:00 | BEAM Concrete Construction, Inc., c/o Misti L. Beanland, 8131 LBJ Freeway, Suite 700, Dallas, TX 75251-1352 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Dec 07 2023 20:16:00 | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o John K. Turner, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| cr | ^ | MEBN | Dec 07 2023 20:09:27 | GEM Mining 1, LLC, c/o Evan N. Parrott, 11 North Water Street, Suite 24290, Mobile, AL 36602-5024 |
| cr | ^ | MEBN | Dec 07 2023 20:09:27 | GEM Mining 2, LLC, c/o Evan N. Parrott, 11 North Water Street, Suite 24290, Mobile, AL 36602-5024 |
| cr | ^ | MEBN | Dec 07 2023 20:09:26 | GEM Mining 2B, LLC, c/o Evan N. Parrott, 11 North Water Street, Suite 24290, Mobile, AL 36602-5024 |
| cr | ^ | MEBN | Dec 07 2023 20:09:26 | GEM Mining 3, LLC, c/o Evan N. Parrott, 11 North Water Street, Suite 24290, Mobile, AL 36602-5024 |
| cr | ^ | MEBN | Dec 07 2023 20:09:25 | GEM Mining 4, LLC, c/o Evan N. Parrott, 11 North Water Street, Suite 24290, Mobile, AL 36602-5024 |
| cr | | Email/Text: sanantonio.bankruptcy@publicans.com | Dec 07 2023 20:16:00 | Ward County, 112 E Pecan Street, Suite 2200, San Antonio, TX 78205 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Dec 07 2023 20:16:00 | Meridian Equipment Finance, LLC, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| cr | | Email/Text: shirley.palumbo@nexteraenergy.com | Dec 07 2023 20:16:00 | NextEra Energy Resources, LAW/JB, 700 Universe Blvd., Juno Beach, FL 33408, UNITED STATES |
| cr | + | Email/Text: schristianson@buchalter.com | Dec 07 2023 20:16:00 | Oracle America, Inc., Buchalter PC, c/o Shawn M. Christianson, 425 Market St., Suite 2900, San Francisco, Ca 94105-2491 |
| cr | + | Email/Text: neil.orleans@judithwross.com | Dec 07 2023 20:16:00 | Tenaska Power Services Co., c/o Ross & Smith, P.C., Attn: Judith W. Ross, 700 N. Pearl Street, Suite 1610, Dallas, TX 75201-7459 |
| cr | ^ | MEBN | Dec 07 2023 20:08:58 | Texas Comptroller of Public Accounts, Revenue Acco, Christopher S. Murphy, P.O. Box 12548, Austin, TX 78711-2548 |
| cr | + | Email/Text: BKECF@traviscountytx.gov | Dec 07 2023 20:16:00 | Travis County, c/o Jason A. Starks, P.O. Box 1748, Austin, TX 78767-1748 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | 36th Street Capital Partners, LLC |
| cr | | ABLe Communications, Inc. |
| cr | | Ad Hoc Group of Secured Convertible Noteholders |
| cr | | Anchorage Lending CA, LLC |
| intp | | B. Riley Commercial Capital, LLC |
| cr | | Barings BDC, Inc. |
| cr | | Barings Capital Investment Corporation |
| cr | | Barings Private Credit Corp. |
| cr | | BlockFi Lending LLC |
| cr | | BlockFi, Inc. and its affiliated entities |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 3 of 8 |
| Date Rcvd: Dec 07, 2023 | Form ID: ntctran | Total Noticed: 45 |

| | |
|---|---|
| cr | Bremer Bank |
| cr | Brown Corporation Brown Corporation, 311 Pointe North Place #4, Dalton, UNITED STATES |
| cr | Bryce Johnson |
| cr | CEC Energy Services LLC |
| cr | Celsius Mining, LLC |
| intp | Centro de Investigaciones Energeticas, Medioambien |
| cr | Charles Basil |
| cr | City of Denton |
| cr | Coonrod Electric Co. LLC |
| intp | Foundry Digital LLC |
| cr | General Casualty Company of Wisconsin |
| intp | Harper Construction Company, Inc. |
| cr | Huband-Mantor Construction, Inc. |
| cr | Humphrey & Associates, Inc. |
| cr | MK Marlow Company, LLC |
| cr | MP2 Energy Texas LLC d/b/a Shell Energy Solutions |
| cr | Marnoy Interests, Ltd. d/b/a Office Pavilion |
| cr | MassMutual Asset Finance, LLC |
| cr | Mitch Edwards |
| cr | Morgan Hoffman |
| cr | NYDIG ABL LLC |
| intp | Official Committee of Equity Security Holders |
| crcm | Official Committee of Unsecured Creditors |
| cr | Prime Alliance Bank, Inc. |
| cr | Priority Power Management, LLC |
| intp | SRPF A QR Riversouth LLC |
| intp | Skadden, Arps, Slate, Meagher & Flom LLP |
| cr | Sphere 3D Corp. |
| cr | Summit Electric Supply Company, Inc. |
| cr | TOYOTA INDUSTRIES COMMERCIAL FINANCE INC. |
| cr | Texas Capitalization Resource Group, Inc., 5201 Camp Bowie Blvd. Suite 200, Fort Worth |
| intp | The Ad Hoc Equity Group |
| intp | Trilogy LLC |
| intp | Trinity Capital Inc. |
| cr | Wingspire Equipment Finance, LLC |

TOTAL: 45 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alfredo R Perez | |
| | on behalf of Debtor American Property Acquisitions VII  LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 4 of 8 |
| Date Rcvd: Dec 07, 2023 | Form ID: ntctran | Total Noticed: 45 |

Alfredo R Perez
    on behalf of Debtor American Property Acquisitions I LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
    on behalf of Debtor Starboard Capital LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
    on behalf of Debtor American Property Acquisition LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
    on behalf of Debtor Core Scientific Inc. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
    on behalf of Debtor Core Scientific Specialty Mining (Oklahoma) LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
    on behalf of Plaintiff Core Scientific Inc. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
    on behalf of Debtor Core Scientific Mining LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
    on behalf of Debtor Core Scientific Acquired Mining LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
    on behalf of Debtor Core Scientific Operating Company alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
    on behalf of Debtor Radar Relay Inc. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
    on behalf of Debtor RADAR LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alicia Lenae Barcomb
    on behalf of U.S. Trustee US Trustee alicia.barcomb@usdoj.gov

Amy Kathleen Wolfshohl
    on behalf of Interested Party Trilogy LLC awolfshohl@porterhedges.com lfolk@porterhedges.com;jdickinson@porterhedges.com

Arsalan Muhammad
    on behalf of Creditor BlockFi Inc. and its affiliated entities arsalan.muhammad@haynesboone.com, kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Asher Benjamin Griffin
    on behalf of Creditor Quinn Emanuel Urquhart & Sullivan LLP ashergriffin@quinnemanuel.com

Ashley L. Harper
    on behalf of Creditor Sphere 3D Corp. ashleyharper@HuntonAK.com

Brandon Bell
    on behalf of Creditor Sphere 3D Corp. bbell@hunton.com

Brittany Dant Hepner
    on behalf of Creditor Brown Corporation Brown Corporation bdant@minorfirm.com

Byron Z Moldo
    on behalf of Creditor Mitch Edwards bmoldo@ecjlaw.com aantonio@ecjlaw.com,dperez@ecjlaw.com

Byron Z Moldo
    on behalf of Creditor Charles Basil bmoldo@ecjlaw.com aantonio@ecjlaw.com,dperez@ecjlaw.com

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 5 of 8 |
| Date Rcvd: Dec 07, 2023 | Form ID: ntctran | Total Noticed: 45 |

Charles Thomas Kruse
    on behalf of Creditor Barings Capital Investment Corporation tom.kruse@arnoldporter.com

Charles Thomas Kruse
    on behalf of Creditor Barings Private Credit Corp. tom.kruse@arnoldporter.com

Charles Thomas Kruse
    on behalf of Creditor Barings BDC  Inc. tom.kruse@arnoldporter.com

Christiane C. Bard
    on behalf of Creditor Brown Corporation Brown Corporation cbard@minorfirm.com

Christopher S Murphy
    on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-cmurphy@oag.texas.gov, sherri.simpson@oag.texas.gov

Christopher V Arisco
    on behalf of Creditor North Mill Equipment Finance LLC carisco@padfieldstout.com

Clifford William Carlson
    on behalf of Plaintiff Core Scientific  Inc. Clifford.Carlson@Weil.com, clifford-carlson-4089@ecf.pacerpro.com

Craig Crockett
    on behalf of Creditor Texas Capitalization Resource Group  Inc. craig@crockettfirm.com

Craig E Power
    on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions cpower@cokinoslaw.com mbartlett@cokinoslaw.com;eolson@cokinoslaw.com

David Neier
    on behalf of Creditor Anchorage Lending CA  LLC dneier@winston.com, dcunsolo@winston.com;chardman@winston.com

Deborah Michelle Perry
    on behalf of Interested Party SRPF A QR Riversouth LLC dperry@munsch.com

Devan Joan Dal Col
    on behalf of Creditor 36th Street Capital Partners  LLC ddalcol@reedsmith.com

Devan Joan Dal Col
    on behalf of Creditor Wingspire Equipment Finance  LLC ddalcol@reedsmith.com

Devan Joan Dal Col
    on behalf of Creditor Prime Alliance Bank  Inc. ddalcol@reedsmith.com

Don Stecker
    on behalf of Creditor Ward County sanantonio.bankruptcy@lgbs.com

Dylan Ross
    on behalf of Creditor ABLe Communications  Inc. dross@forsheyprostok.com, calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;drossfp@ecf.courtdrive.com;khartogh@forsheyprostok.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net

Eric L Scott
    on behalf of Creditor MK Marlow Company  LLC escott@sv-legal.com

Eric Thomas Haitz
    on behalf of Creditor Priority Power Management  LLC eric.haitz@bondsellis.com

Evan Nicholas Parrott
    on behalf of Creditor GEM Mining 2  LLC eparrott@maynardcooper.com

Evan Nicholas Parrott
    on behalf of Creditor GEM Mining 4  LLC eparrott@maynardcooper.com

Evan Nicholas Parrott
    on behalf of Creditor GEM Mining 2B  LLC eparrott@maynardcooper.com

Evan Nicholas Parrott
    on behalf of Creditor GEM Mining 1  LLC eparrott@maynardcooper.com

Frances Anne Smith
    on behalf of Creditor Indigo Direct Lending  LLC frances.smith@rsbfirm.com, michael.coulombe@rsbfirm.com

Gary M McDonald
    on behalf of Creditor J.W. Didado Electric  LLC gmcdonald@mmmsk.com, hdowell@mcdonaldpllc.com

Hector Duran, Jr
    on behalf of U.S. Trustee US Trustee Hector.DUran.Jr@usdoj.gov

Hudson M Jobe
    on behalf of Creditor Harlin Dean hjobe@qslwm.com  nchancellor@qslwm.com

James Drew

|  |  |
|---|---|
| | on behalf of Creditor Anchorage Lending CA LLC jdrew@otterbourg.com |
| James B. Bailey | |
| | on behalf of Creditor c/o James Bailey Esq Gaylor Electric Inc., d/b/a Gaylor, Inc. jbailey@bradley.com, jbailey@ecf.courtdrive.com |
| James Tillman Grogan, III | |
| | on behalf of Creditor Ad Hoc Group of Secured Convertible Noteholders jamesgrogan@paulhastings.com schleathomas@paulhastings.com;jocelynkuo@paulhastings.com |
| Jason Starks | |
| | on behalf of Creditor Travis County bkecf@traviscountytx.gov |
| Jason B. Binford | |
| | on behalf of Creditor Tenaska Power Services Co. jason.binford@rsbfirm.com |
| Jason R Kennedy | |
| | on behalf of Creditor Humphrey & Associates Inc. bankruptcy@laperouselaw.com, amanda.olvera@laperouselaw.com |
| Jason S Brookner | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors jbrookner@grayreed.com lwebb@grayreed.com |
| Jay K Farwell | |
| | on behalf of Creditor Huband-Mantor Construction Inc. jfarwell@cokinoslaw.com, dcarlin@cokinoslaw.com |
| Jayson B. Ruff | |
| | on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov |
| Jeffrey Dale Stewart | |
| | on behalf of Creditor Tanmar Rentals LLC jstewart@wellscuellar.com |
| Jeffrey Philipp Prostok | |
| | on behalf of Creditor ABLe Communications Inc. jprostok@forsheyprostok.com, calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com;khartogh@forsheyprostok.com; khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net |
| Jennifer Jaye Hardy | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors jhardy2@willkie.com mao@willkie.com |
| Jennifer L. Kneeland | |
| | on behalf of Interested Party McCarthy Building Companies Inc. jkneeland@watttieder.com, shope@watttieder.com |
| John Lewis, Jr. | |
| | on behalf of Creditor General Casualty Company of Wisconsin jolewis@shb.com sgrussell@shb.com |
| John E. Mitchell | |
| | on behalf of Creditor Bryce Johnson john.mitchell@katten.com |
| John F Higgins, IV | |
| | on behalf of Interested Party Harper Construction Company Inc. jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | |
| | on behalf of Interested Party Foundry Digital LLC jhiggins@porterhedges.com emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John Kendrick Turner | |
| | on behalf of Creditor Dallas County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| John Stuart Collins | |
| | on behalf of Interested Party Condair Inc. jscollins@vorys.com mdwalkuski@vorys.com |
| Judith W Ross | |
| | on behalf of Creditor Tenaska Power Services Co. judith.ross@rsbfirm.com |
| Kelli S. Norfleet | |
| | on behalf of Creditor City of Denton kelli.norfleet@haynesboone.com kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com |
| Kiran K Vakamudi | |
| | on behalf of Interested Party Official Committee of Equity Security Holders kvakamudi@velaw.com |
| Lydia R Webb | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors lwebb@grayreed.com vsalazar@grayreed.com |
| Maegan Quejada | |
| | on behalf of Creditor NYDIG ABL LLC mquejada@sidley.com txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com |
| Marcy J. McLaughlin Smith | |
| | on behalf of Creditor Dalton Utilities marcy.smith@wbd-us.com |
| Marguerite Lee DeVoll | |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 7 of 8 |
| Date Rcvd: Dec 07, 2023 | Form ID: ntctran | Total Noticed: 45 |

on behalf of Interested Party McCarthy Building Companies Inc. mdevoll@watttieder.com

Maria Mulrooney Bartlett

    on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions mbartlett@cokinoslaw.com

Martha Burroughes Wyrick

    on behalf of Creditor City of Denton martha.wyrick@haynesboone.com
    kenneth.rusinko@haynesboone.com,imaan.patel@haynesboone.com,jodi.valencia@haynesboone.com

Mary M Caskey

    on behalf of Creditor Maddox Industrial Transformer LLC mcaskey@hsblawfirm.com, cwilliamson@hsblawfirm.com

Matthew D Cavenaugh

    on behalf of Creditor Celsius Mining LLC mcavenaugh@jw.com,
    kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com;dduhon@jw.com

Matthew Ray Brooks

    on behalf of Creditor Dalton Utilities matthew.brooks@troutman.com wlbank@troutman.com;Monica.Molitor@troutman.com

Matthew T Ferris

    on behalf of Creditor BlockFi Lending LLC matt.ferris@haynesboone.com
    kim.morzak@haynesboone.com;kristy.martinez@haynesboone.com;kenneth.rusinko@haynesboone.com

Misti Lachelle Beanland

    on behalf of Creditor BEAM Concrete Construction Inc. beanland@mssattorneys.com

Nathaniel Richard Hull

    on behalf of Creditor MassMutual Asset Finance LLC nhull@verrilldana.com

Noelle M Reed

    on behalf of Interested Party The Ad Hoc Equity Group noelle.reed@skadden.com
    daniel.mayerfeld@skadden.com;dockethouston@skadden.com;noelle-reed-8522@ecf.pacerpro.com;rachel.redman@skadden.com
    ;wendy.lamanna@skadden.com;andrea.bates@skadden.com;christopher.heaney@skadden.com

Noelle M Reed

    on behalf of Interested Party Skadden Arps, Slate, Meagher & Flom LLP noelle.reed@skadden.com,
    daniel.mayerfeld@skadden.com;dockethouston@skadden.com;noelle-reed-8522@ecf.pacerpro.com;rachel.redman@skadden.com
    ;wendy.lamanna@skadden.com;andrea.bates@skadden.com;christopher.heaney@skadden.com

Patrick Holder Autry

    on behalf of Creditor Coonrod Electric Co. LLC pautry@branscomblaw.com slee@branscomblaw.com

Patrick Holder Autry

    on behalf of Creditor CEC Energy Services LLC pautry@branscomblaw.com slee@branscomblaw.com

Paul E Heath

    on behalf of Interested Party Official Committee of Equity Security Holders pheath@velaw.com

Peter Clifton Lewis

    on behalf of Interested Party Board of Directors of Core Scientific Inc. peter.lewis@solidcounsel.com,
    marcella.morales@solidcounsel.com

R. J. Shannon

    on behalf of Interested Party B. Riley Commercial Capital LLC rshannon@shannonpllc.com,
    rshannon@shannonleellp.com;7044075420@filings.docketbird.com

R. J. Shannon

    on behalf of Transferee B. Riley Securities Inc. rshannon@shannonpllc.com,
    rshannon@shannonleellp.com;7044075420@filings.docketbird.com

Rachael L Smiley

    on behalf of Creditor Marnoy Interests Ltd. d/b/a Office Pavilion rsmiley@fbfk.law, eglenn@fbfk.law

Raymond William Battaglia

    on behalf of Creditor Huband-Mantor Construction Inc. rbattaglialaw@outlook.com, rwbresolve@gmail.com

Reagan H. Tres Gibbs, III

    on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions tgibbs@cokinoslaw.com

Ryan Montefusco

    on behalf of Creditor Ad Hoc Group of Secured Convertible Noteholders ryanmontefusco@paulhastings.com

S. Lee Whitesell

    on behalf of Defendant Gryphon Digital Mining Inc. lee.whitesell@hoganlovells.com, lee-whitesell-0346@ecf.pacerpro.com

Scott D Fink

    on behalf of Creditor TOYOTA INDUSTRIES COMMERCIAL FINANCE INC. Bronationalecf@weltman.com

Scott R Huete

    on behalf of Creditor Summit Electric Supply Company Inc. shuete@elkinsplc.com

Shawn Kevin Brady

    on behalf of Creditor TOYOTA INDUSTRIES COMMERCIAL FINANCE INC. sgodwin@brady-law-firm.com

| District/off: 0541-4 | User: ADIuser | Page 8 of 8 |
|---|---|---|
| Date Rcvd: Dec 07, 2023 | Form ID: ntctran | Total Noticed: 45 |

Shawn M Christianson
 on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Shirley Palumbo
 on behalf of Creditor Pescadero Capital  LLC shirley.palumbo@nexteraenergy.com

Shirley Palumbo
 on behalf of Creditor NextEra Energy Resources shirley.palumbo@nexteraenergy.com

Simon W Hendershot, III
 on behalf of Creditor LV.NET  LLC trey@hchlawyers.com, ccarollo@hchlawyers.com

Stephanie Lyn O'Rourke
 on behalf of Creditor Huband-Mantor Construction  Inc. sorourke@cokinoslaw.com, sdavis@cokinoslaw.com;etalavera@cokinoslaw.com

Stephen Clark Jackson
 on behalf of Creditor GEM Mining 2B  LLC sjackson@maynardcooper.com

Stephen Clark Jackson
 on behalf of Creditor GEM Mining 1  LLC sjackson@maynardcooper.com

Stephen Clark Jackson
 on behalf of Creditor GEM Mining 4  LLC sjackson@maynardcooper.com

Stephen Clark Jackson
 on behalf of Creditor GEM Mining 3  LLC sjackson@maynardcooper.com

Stephen Clark Jackson
 on behalf of Creditor GEM Mining 2  LLC sjackson@maynardcooper.com

Stretto
 ecf@cases-cr.stretto-services.com  aw01@ecfcbis.com

Stuart Lee Cochran
 on behalf of Creditor Morgan Hoffman scochran@condontobin.com  lmedeles@condontobin.com

Theresa A. Driscoll
 on behalf of Creditor Indigo Direct Lending  LLC tdriscoll@moritthock.com

Thomas A Howley
 on behalf of Creditor Dalton Utilities tom@howley-law.com  roland@howley-law.com;eric@howley-law.com

Thomas O. Bean
 on behalf of Creditor MassMutual Asset Finance  LLC tbean@verrilldana.com

Timothy Alvin Davidson, II
 on behalf of Creditor Sphere 3D Corp. taddavidson@andrewskurth.com

Timothy Alvin Davidson, II
 on behalf of Defendant Sphere 3D Corp. taddavidson@andrewskurth.com

US Trustee
 USTPRegion07.HU.ECF@USDOJ.GOV

Wayne Kitchens
 on behalf of Creditor CEC Energy Services LLC jwk@hwallp.com  dkokenes@hwallp.com

TOTAL: 116