**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| CORE SCIENTIFIC, INC. | § | |
| | § | CASE NO. 22-90341 |
| DEBTOR | § | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 62**

NOW COMES Ward County and files this Notice of Withdrawal of Proof of Claim No. 62. In support thereof, Ward County respectfully represents the following:

1.      Ward County filed its secured proof of claim herein on October 25, 2023 in the amount of $71.48.

2.      The tax debt to subject to Ward County's proof of claim is paid in full.

3.      Ward County desires to withdraw its proof of claim no. 62 filed herein based upon the reasons stated above.

Respectfully submitted,

**LINEBARGER GOGGAN**
**BLAIR & SAMPSON, LLP**
112 E. Pecan Street, Suite 2200
San Antonio, TX  78205
(210) 225-6763 - *Telephone*
(210) 225-6410 - *Fax*

By:      __/s/ Don Stecker_____ __
            David G. Aelvoet (SBN 00786959)
            Don Stecker (SBN 19095300)
            Attorney for Ward County

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Ward County Proof of Claim No. 62 was served this 11th day of December, 2023 by Electronic Mail and/or by First Class Mail upon the following:

Debtor:
> Core Scientific, Inc.
> 210 Barton Springs Road
> Suite 300
> Austin, TX 78704

Attorney for Debtor:
> Alfredo R Perez
> Weil Gotshal et al
> 700 Louisiana, Ste 1700
> Houston, TX 77002

U.S. Trustee:
> Office of the US Trustee
> 515 Rusk Ave
> Ste 3516
> Houston, TX 77002


> ___/s/ Don Stecker_____ __
> Don Stecker

2