28 NOV 2023

DEAR SIR OR MADAM:

I AM WRITING IN REGARDS TO CASE NO. 22-90341, BANKRUPTCY RESTRUCTURING OF CORE SCIENTIFIC, INC. MY NAME IS MICHAEL G. PATTON AND I AM A SHAREHOLDER OF 22,581 SHARES OF CORZQ STOCK. THE PURPOSE OF THIS LETTER IS TO OBJECT TO THE RESTRUCTURING PLAN PORTION THAT WOULD IMPLEMENT A 25-TO-1 REVERSE STOCK SPLIT. IT IS MY CONTENTION THAT A REVERSE STOCK SPLIT WOULD SUBJECT CORE SCIENTIFIC COMMON STOCKHOLDERS TO INCREASED RISK OF EQUITY LOSS SHOULD MARKET AND/OR COMPANY OPERATION FACTORS NEGATIVELY IMPACT STOCK PRICE AFTER PLAN APPROVAL AND EMERGENCE FROM BANKRUPTCY.

    I RESPECTFULLY REQUEST AND SUBMIT THAT THE RESTRUCTURING PLAN <u>SHOULD NOT</u> IMPLEMENT A REVERSE STOCK SPLIT OF ANY TYPE AND SIMPLY LEAVE THE NUMBER OF SHAREHOLDER COMMON SHARES ALONE.

VERY RESPECTFULLY SUBMITTED,

*Michael G. Patton*

United States Courts
Southern District of Texas
FILED

DEC 11 2023

Nathan Ochsner, Clerk of Court



Mr. Michael G. Patton
15 Jessica Rae Ln.
Fredericksburg, VA 22405

email: michael.patton56@yahoo.com