# Exhibit 11

**Core Lost Profit Analysis - Gryphon Order #2**

| | | |
|---|---|---|
| **Miner Specs (Individual Units)** | | |
| Hashrate (TH/s) | | 93 |
| Energy Draw (kWh) | | 3.200 |
| Efficiency (J/TH) | | 34.5 |
| | | |
| **Miner Specs (Total)** | | |
| # Miners | | 70,000 |
| Hashrate (TH/s) | | 6,492,754 |
| Energy Draw (kWh) | | 224,000 |
| | | |
| Uptime | | 98.00% |

**Daily Lost Profit**

| | | |
|---|---|---|
| **Hosting Rate** | | |
| Months 1-30 | 30 | $0.06175 |
| Months 31-48 | 18 | $0.06000 |
| | | |
| **Revenue** | | |
| WA Hosting Rate | | $0.0611 |
| Daily KWh Used | | 219,520 |
| Daily Revenue | | $321,871 |
| | | |
| **Power Cost** | | |
| $/kWh | | $0.0483 |
| PUE | | 1.05 |
| Daily KWh Used | | 219,520 |
| Daily Power Cost | | $261,666 |
| | | |
| **Other Opex** | | |
| $/kWh | | $0.0059 |
| Daily KWh Used | | 219,520 |
| Daily Other Opex | | $30,634 |
| | | |
| Total Expense | | $292,300 |
| **Daily Lost Profit** | | $29,571 |

**Contract Lost Profit**

| | |
|---|---|
| Contract Term (Months) | 48 |
| | |
| **Contract Lost Profit** | |
| Revenue | $469,931,952 |
| Expense | $426,757,597 |
| Contract Lost Profit | $43,174,355 |

**Weighted Average Cost Calculation**

| Consolidated | WA | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|
| Power Usage (MWh) | | | | | |
| Denton | | 308,850 | 886,101 | 886,101 | 886,101 |
| Cedarvale | | 59,736 | 100 | 0 | 0 |
| Cottonwood 1 | | 88,296 | 300,549 | 300,549 | 300,549 |
| Cottonwood 2 | | 179,886 | 99,012 | 0 | 0 |
| Total | | 636,768 | 1,285,762 | 1,186,651 | 1,186,651 |
| | | | | | |
| Power Costs ($/kWh) | | | | | |
| Denton | | $0.067 | $0.043 | $0.043 | $0.043 |
| Cedarvale | | $0.098 | $6.908 | $0.000 | $0.000 |
| Cottonwood 1 | | $0.060 | $0.044 | $0.044 | $0.044 |
| Cottonwood 2 | | $0.085 | $0.064 | $0.000 | $0.000 |
| Weighted Avg | $0.0483 | $0.074 | $0.045 | $0.043 | $0.043 |
| | | | | | |
| Other Opex* ($/kWh) | | | | | |
| Denton | | $0.007 | $0.004 | $0.004 | $0.004 |
| Cedarvale | | $0.015 | $0.000 | $0.000 | $0.000 |
| Cottonwood 1 | | $0.008 | $0.009 | $0.009 | $0.009 |
| Cottonwood 2 | | $0.009 | $0.007 | $0.000 | $0.000 |
| Weighted Avg | $0.0059 | $0.008 | $0.006 | $0.005 | $0.005 |

*Includes facility equipment/supplies, break-fix parts expense, data center mining expenses, and other miscellaneous costs