IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **CORE SCIENTIFIC, INC.**, *et al.*, | § | Case No. 22-90341 (CML) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

**ORDER GRANTING SPHERE 3D CORP.'S EMERGENCY MOTION
TO EXCLUDE DAMAGES/OFFSET THEORIES**

[Relates to Docket No. _____]

Upon consideration of the *Sphere 3D Corp.'s Emergency Motion to Exclude Damages/Offset Theories* (the "Motion")[2], and upon all the proceedings had before this Court, it is **HEREBY ORDERED THAT:**

1. The Motion is granted.

2. Core may not rely on any damages theories not disclosed by September 20, 2023, as part of this contested matter.

3. This Court retains exclusive jurisdiction with respect to all matter arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: _____

_____
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are as follows: Core Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198) (each a "Debtor" and collectively, the "Debtors"). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] Capitalized terms used, but not otherwise defined herein, have the meanings ascribed in the Motion.