United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 13, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **CORE SCIENTIFIC, INC.**, *et al.*, | § | Case No. 22-90341 (CML) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

**AGREED REVISED SCHEDULING ORDER**
[Relates to Docket Nos. 869, 1044, 1188]

The Debtors and Sphere 3D Corp. ("**Sphere**") submit this joint proposed Agreed Revised Scheduling Order regarding the *Debtors' Objection to Proofs of Claim Nos. 358 and 359 Filed by Sphere 3D Corp.* [Docket No. 869] (the "**Claim Objection**") and *Sphere's Response to the Claim Objection* [Docket No. 1044], to revise the so-ordered *Agreed Scheduling Order* [Docket No. 1188]. It is hereby ORDERED that the following deadlines shall apply to this contested matter:

| EVENT | DATE |
|---|---|
| **Discovery:** | |
| Deadline to complete all depositions of fact and 30(b)(6) witnesses | **Fri., Jan. 19, 2024** |
| **Pretrial and Trial:** | |
| Parties to file motions *in limine*, if any | **Tues., Jan. 23, 2024** |
| Parties to file responses to motions *in limine*, if any | **Tues., Jan. 30, 2024** |

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198) (collectively, the "Debtors"). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave., Suite E-101, Austin, Texas 78704.

| | |
|---|---|
| Deadline to exchange witness and exhibit lists and deposition designations | **Tues., Jan. 30, 2024** |
| Deadline for the parties to confer and file the Standard Joint Pretrial Statement and related attachments in accordance with Appendix C to the Local Rules | **Thurs., Feb. 1, 2024** |
| Deadline to file witness lists, exhibit lists, and exhibits[2] | **Fri., Feb. 2, 2024** |
| Deadline to file pre-trial briefs | **Wed., Feb. 7, 2024** |
| Final pre-trial conference | **Fri., Feb. 9, 2024 at 9:00 a.m. (Central)** |
| Trial | **Tues., Feb. 13, 2024 at 9:00 a.m. (Central) and continuing Weds., Feb. 14, 2024 and Thurs., Feb. 15, 2024** |

It is further ORDERED that the Court's approval and entry of this Scheduling Order shall constitute authority for the Parties to file documents, in connection with the deadlines and settings set forth in this Scheduling Order, designated as confidential under seal without the necessity of filing a separate motion under 9037-1 of the Bankruptcy Local Rules for the Southern District of Texas. Parties filing such documents under seal shall, to the extent feasible, also file redacted documents simultaneously.

It is further ORDERED that changes to the final pre-trial conference and trial dates set forth in this Scheduling Order may only be made by further order of this Court.

Signed: December 13, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

---

[2] Any witness on a witness list who has not been previously deposed will be immediately made available for a pre-trial deposition.

**AGREED TO BY:**

Dated: December 11, 2023

| | |
|---|---|
| */s/ Timothy A. ("Tad") Davidson II* | */s/ Alfredo R. Pérez* |
| Timothy A. ("Tad") Davidson II | Alfredo R. Pérez (15776275) |
| TX Bar No. 24012503 | Clifford W. Carlson (24090024) |
| Ashley L. Harper | **WEIL, GOTSHAL & MANGES LLP** |
| TX Bar No. 24065272 | 700 Louisiana Street, Suite 1700 Houston, Texas 77002 |
| **HUNTON ANDREWS KURTH LLP** | Telephone: (713) 546-5000 |
| 600 Travis Street, Suite 4200 | Facsimile: (713) 224-9511 |
| Houston, Texas 77002 | Email: Alfredo.Perez@weil.com |
| Telephone: (713) 220-4200 | Clifford.Carlson@weil.com |
| Facsimile: (713) 220-4285 | |
| E-mail: taddavidson@HuntonAK.com | |
| ashleyharper@HuntonAK.com | |
| - and - | - and - |
| | Ray C. Schrock (admitted *pro hac vice*) |
| | David J. Lender (admitted *pro hac vice*) |
| Tibor L. Nagy, Jr. | Ronit J. Berkovich (admitted *pro hac vice*) |
| TX Bar No. 24041562 | Theodore E. Tsekerides (admitted *pro hac vice*) |
| Gregory N. Wolfe (admitted *pro hac vice*) | Christine A. Calabrese (admitted *pro hac vice*) |
| **DONTZIN NAGY & FLEISSIG LLP** | **WEIL, GOTSHAL & MANGES LLP** |
| 980 Madison Avenue | 767 Fifth Avenue |
| New York, New York 10075 | New York, New York 10153 |
| Telephone: (212) 717-2900 | Telephone: (212) 310-8000 |
| Email: tibor@dnfllp.com | Facsimile: (212) 310-8007 |
| greg@dnfllp.com | Email: Ray.Schrock@weil.com |
| | David.Lender@weil.com |
| | Ronit.Berkovich@weil.com |
| | Theodore.Tsekerides@weil.com |
| | Christine.Calabrese@weil.com |
| - and - | ***Counsel for the Debtors and Debtors in Possession*** |
| Seth H. Lieberman (admitted *pro hac vice*) | |
| Matthew W. Silverman (admitted *pro hac vice*) | |
| **PRYOR CASHMAN LLP** | |
| 7 Times Square | |
| New York, New York 10036 | |
| Telephone: (212) 421-4100 | |
| Facsimile: (212) 326-0806 | |
| E-mail: slieberman@pryorcashman.com | |
| msilverman@pryorcashman.com | |
| ***Co-Counsel for Sphere 3D Corp.*** | |