United States Bankruptcy Court
Southern District of Texas

**ENTERED**
December 13, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT         SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | | Main Case Number | |
|---|---|---|---|
| Debtor | | In Re: | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | |

| Name of party applicant seeks to appear for: | | Company |
|---|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | Signed: |
|---|---|
| | |

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature: |
|---|---|
| | |

**Order**          **This lawyer is admitted *pro hac vice*.**

Signed: December 13, 2023

_____
Christopher Lopez
United States Bankruptcy Judge