IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 22-90341 |
| CORE SCIENTIFIC, INC., et al., § | |
| § | Chapter 11 |
| § | |
| Debtors.[1] § | (Jointly Administered) |

## GAYLOR ELECTRIC, INC. D/B/A GAYLOR, INC.'S LIMITED OBJECTION TO PLAN AND NOTICE OF OPT OUT RELEASE ELECTION

Gaylor Electric, Inc. d/b/a Gaylor, Inc. ("Gaylor Electric") files this limited objection to plan and notice of opt out release election ("Limited Objection") regarding the *Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors* [Docket No. 1438] (as it may be supplemented or amended, the "Plan"), as follows:

1. Gaylor Electric is a full-service electrical contractor. Prior to the Debtors filing for bankruptcy, pursuant to a contract with Harper Construction Company, Gaylor Electric provided certain goods and services to the Debtors at the facility located in Muskogee, Oklahoma (the "Property").

2. The Debtors failed to pay Harper Construction Company or Gaylor Electric for the balance owing for goods and services provided.

3. In the Debtors' bankruptcy case, Gaylor Electric asserted legal and equitable claims against the Debtors and the Property. *See* Proofs of Claim Nos. 374 & 378.

4. The Debtors filed the Plan on November 16, 2023.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

5. The Plan provides that, upon confirmation, Releasing Parties will be deemed to have granted releases to certain third parties. Plan § 10.6(b).

6. Gaylor Electric has settled certain claims relating to the Debtors. As part of that settlement, Gaylor Electric agreed to assign its proofs of claim filed in this case.

7. Gaylor Electric received a ballot to vote on the Plan, but is not eligible to submit a ballot that includes an "opt out" election regarding the Plan releases.

8. Accordingly, Gaylor Electric provides notice that it opts out of any releases in the Plan and objects to the imposition of any nonconsensual third-party release. *See, e.g.*, *In re Pac. Lumber Co.*, 584 F.3d 229, 252-53 (5th Cir. 2009).

9. Gaylor Electric requests that any order confirming the Plan clarify that Gaylor Electric is not a "Releasing Party" under the Plan or otherwise providing a non-consensual third-party release.

Dated: December 14, 2023

By: /s/ *James B. Bailey*
James B. Bailey
**BRADLEY ARANT BOULT CUMMINGS LLP**
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
jbailey@bradley.com

***Counsel for Gaylor Electric, Inc. d/b/a Gaylor, Inc.***

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 14, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties authorized to receive electronic notice in this case.

                                        */s/ James B. Bailey*
                                                OF COUNSEL