**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.,* | § | **Case No. 22-90341 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| | § | |
| **Debtors.**[1] | § | |
| | § | |

**ORDER ALLOWING INTERIM COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES**

The Court has considered the Revised Third Interim Application for Compensation

and Reimbursement of Expenses filed by Weil, Gotshal & Manges LLP (the "**Applicant**").  The

Court orders:

1.      The Applicant is allowed interim compensation and reimbursement of fees

and expenses in the amount of $10,917,378.25 for the period set forth in the application.

2.      The Debtors are authorized to disburse any unpaid amounts allowed by

paragraph 1 of this Order.

Dated:_____, 2023
       Houston, Texas

                                            _____
                                            THE HONORABLE CHRISTOPHER LOPEZ
                                            UNITED STATES BANKRUPTCY JUDGE

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198).  The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave., Suite E-101, Austin, Texas 78704.