| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (CML) |
|---|---|---|---|
| Debtor | In Re: | CORE SCIENTIFIC, INC., ET AL | |

This lawyer, who is admitted to the State Bar of ___New York___ :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Allegra Bianchini<br>Hogan Lovells US LLP<br>390 Madison Ave.,<br>New York, NY 10017<br>212-918-3882<br>allegra.bianchini@hoganlovells.com<br>NY 5717913 |

Seeks to appear as the attorney for this party:

| Gryphon Digital Mining, Inc. | |
|---|---|
| Dated: 12/01/2023 | Signed: /s/ Allegra Bianchini |

| |
|---|
| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
| Dated:    Signed: _____<br>Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                        United States Bankruptcy Judge