| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (CML) |
|---|---|---|---|
| Debtor | In Re: | CORE SCIENTIFIC, INC., ET AL | |

This lawyer, who is admitted to the State Bar of  California, New Jersey, New York :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Richard L. Wynne<br>Hogan Lovells US LLP<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>310-785-4602 \| rick.wynne@hoganlovells.com<br>CA 123049; NJ 2201982; NY 1861426 |
|---|---|

Seeks to appear as the attorney for this party:

| Gryphon Digital Mining, Inc. |
|---|
| Dated: 12/01/2023    Signed: /s/ Richard L. Wynne |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:        Signed: _____
                          Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                        United States Bankruptcy Judge