UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (CML) |
|---|---|---|---|
| Debtor | In Re: | CORE SCIENTIFIC, INC., ET AL | |

This lawyer, who is admitted to the State Bar of __New York__:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Sara Posner<br>Hogan Lovells US LLP<br>390 Madison Ave.,<br>New York, NY 10017<br>212-918-3593 \| sara.posner@hoganlovells.com<br>NY 5681192 |
|---|---|

Seeks to appear as the attorney for this party:

| Gryphon Digital Mining, Inc. |
|---|
| Dated: 12/01/2023    Signed: /s/ Sara Posner |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:        Signed: _____
                              Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                     United States Bankruptcy Judge