IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re<br>**CORE SCIENTIFIC, INC.,** *et al.,*<br>Debtors.[1] | § Chapter 11<br>§ Case No. 22-90341 (CML)<br>§ **(Jointly Administered) (Emergency Relief Requested)** |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Gryphon Digital Mining, Inc. ("Gryphon") hereby appears through its counsel, Hogan Lovells US LLP, pursuant to section 1109(b) of the Bankruptcy Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that the undersigned be added to the official mailing matrix and service lists in these cases. Gryphon and its counsel request, pursuant to Bankruptcy Rules 2002, 3017, 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these cases and copies of all papers served or required to be served in these cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

plans, disclosure statements, and all other matters arising herein or in any related proceeding, be given and served upon the following:

Dennis Tracey
dennis.tracey@hoganlovells.com
Sara Posner
sara.posner@hoganlovells.com
Allegra Bianchini
allegra.bianchini@hoganlovells.com
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, New York 10017
Tel.: (212) 918-3882

S. Lee Whitesell
lee.whitesell@hoganlovells.com
**HOGAN LOVELLS US LLP**
609 Main St., Suite 4200
Houston, Texas 77002
Tel. (713) 632-1400
Fax (713) 632-1401

Richard L. Wynne
richard.wynne@hoganlovells.com
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel.: (310) 785-4600

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint, or demand, motion, petition, pleading, or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service, or any subsequent appearance, pleading, claim, or suit is not intended to waive and shall not be deemed or construed to waive any of the rights of Gryphon, including, without limitation, Gryphon's right to (i) have final orders in non-core matters

entered only after de novo review by a higher court and in accordance with Article III of the United States Constitution; (ii) trial by jury in any proceeding so triable in these cases, or any case, controversy, or adversary proceeding related to these cases; (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) to contest jurisdiction or venue in this case or in any case, controversy, or proceeding related to this adversary proceeding; (v) seek to have referred to arbitration any dispute, claim or cause of action relating to any contract or agreement that provides for Gryphon to have the right to seek to have such dispute, claim or cause of action arbitrated; (vi) require sufficiency of process and/or service of process in accordance with applicable law; (vii) to have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4; or (viii) any other rights, claims, actions, defenses, setoffs, or recoupments to which Gryphon is or may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted,

/s/ *S. Lee Whitesell*
S. Lee Whitesell
Texas Bar No. 24093356
lee.whitesell@hoganlovells.com
**HOGAN LOVELLS US LLP**
609 Main St., Suite 4200
Houston, Texas 77002
Tel. (713) 632-1400
Fax (713) 632-1401

Dennis Tracey*
dennis.tracey@hoganlovells.com
Sara Posner*
sara.posner@hoganlovells.com
Allegra Bianchini*
allegra.bianchini@hoganlovells.com
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, New York 10017
Tel.: (212) 918-3882

Richard L. Wynne*
richard.wynne@hoganlovells.com
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400

Los Angeles, California 90067
Tel.: (310) 785-4600

\* *pro hac vice* pending

**Counsel for Gryphon Digital Mining, Inc.**

## **CERTIFICATE OF SERVICE**

I certify that on December 15, 2023, a copy of this document was served by electronic service on all counsel of record via the Court's CM/ECF system.

*/s/ S. Lee Whitesell*
S. Lee Whitesell