IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 22-90341 (CML) |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.*, | § | (Chapter 11) |
| | § | |
| | § | (**Jointly Administered**) |
| Debtors.[1] | § | Re: Dkt. No. 933 |

**NOTICE OF VINSON & ELKINS LLP ANNUAL RATE INCREASE**

On April 28, 2023, the Official Committee of Equity Security Holders (the "**Equity Committee**") filed the *Application for Entry of an Order Authorizing the Retention and Employment of Vinson & Elkins LLP as Counsel for the Official Committee of Equity Security Holders* [Docket No. 827] (the "**Application**")[2] seeking authorization to employ and retain Vinson & Elkins LLP ("**V&E**") as counsel to the Equity Committee. On May 25, 2023, the Court entered the *Order Authorizing the Retention and Employment of Vinson & Elkins LLP as Counsel for the Official Committee of Equity Security Holders* [Docket No. 933] (the "**Retention Order**") approving the Application and authorizing the Equity Committee to retain and employ V&E as counsel.

This notice is provided pursuant to the Retention Order, which states that "V&E shall provide ten business days' notice to the Debtors, the U.S. Trustee, and the Official Equity

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR, LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

4886-6351-2727

Committee before any increases in the rates set forth in the Application are implemented and shall file such notice with the Court." *See* Retention Order ¶ 4.

In the ordinary course of V&E's business and in keeping with V&E's established billing practices and procedures, V&E's standard billing rates will be adjusted firm-wide on January 1, 2024. As a result, V&E's hourly rates for matters related to these chapter 11 cases shall range from $775 to $2,050 per hour for attorneys and $570 to $600 per hour for paraprofessionals and other time keepers after January 1, 2024.

[*Remainder of Page Intentionally Left Blank*]

Dated: December 17, 2023  
Houston, Texas

Respectfully submitted,

*/s/ David S. Meyer*  
**VINSON & ELKINS LLP**

David S. Meyer (admitted *pro hac vice*)  
Lauren R. Kanzer (admitted *pro hac vice*)  
1114 Avenue of the Americas  
32nd Floor  
New York, NY 10036  
Tel: (212) 237-0000  
Fax: (212) 237-0100  
dmeyer@velaw.com; lkanzer@velaw.com

- and -

Paul E. Heath (Texas Bar No. 09355050)  
Harry A. Perrin (Texas Bar No. 15796800)  
Matthew J. Pyeatt (Texas Bar No. 24086609)  
Kiran Vakamudi (Texas Bar No. 24106540)  
845 Texas Avenue  
Suite 4700  
Houston, TX 77002  
Tel: (713) 758-2222  
Fax: (713) 758-2346  
pheath@velaw.com; hperrin@velaw.com; mpyeatt@velaw.com; kvakamudi@velaw.com

**COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS**

## **CERTIFICATE OF SERVICE**

  I certify that on December 17, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Kiran Vakamudi*
One of Counsel

4

4886-6351-2727