IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (CML) |
| Debtors[1] | § § § | (Jointly Administered) |

### NOTICE OF FURTHER EXTENSION
### OF RIGHTS OFFERING SUBSCRIPTION DEADLINE

**PLEASE TAKE NOTICE** that on November 20, 2023, the Debtors launched the Rights Offering in accordance with the procedures for the Rights Offering attached as <u>Exhibit A</u> to *the Notice of (I) Commencement of Rights Offering and (II) Filing of Revised Rights Offering Procedures* (Docket No. 1457) (the "**Rights Offering Procedures**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors previously extended the Rights Offering Subscription Deadline (as defined in the Rights Offering Procedures) to December 15, 2023 in accordance with the Rights Offering Procedures.[2]

**PLEASE TAKE FURTHER NOTICE** that the Debtors filed the *Joint Notice of Agreement in Principle regarding Terms of Global Plan Settlement between the Debtors, Creditors' Committee, Ad Hoc Noteholder Group, Equity Committee, Equity Committee Members,*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, Texas 78704.

[2] See *Notice Of Extension Of Rights Offering Subscription Deadline* (Docket No. 1521).

*and B. Riley* (the "**Notice of Global Plan Settlement**"),[3] which announces an agreement in principle amongst the Debtors, Creditors' Committee, Ad Hoc Noteholder Group, Equity Committee, members of the Equity Committee, and B. Riley with respect to the terms of a global settlement of Plan issues between such parties (the "**Global Plan Settlement**"). In light of the Global Plan Settlement, the Debtors are adjourning the combined hearing to consider final approval of the Disclosure Statement and confirmation of the Plan from December 22, 2023 at 10:00 am CT to **January 10, 2024 at 1:00 pm CT** (the "**Combined Hearing**").

**PLEASE TAKE FURTHER NOTICE** that in light of the Global Plan Settlement and the adjournment of the Combined Hearing, the Debtors hereby further extend the Rights Offering Subscription Deadline to December 28, 2023 in accordance with the Rights Offering Procedures.

---

[3] Capitalized terms used but not defined herein have the meanings ascribed to them in the Notice of Global Plan Settlement.

Dated: December 18, 2023
       Houston, Texas

Respectfully submitted,

  /s/ *Alfredo R. Pérez*
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:  Alfredo.Perez@weil.com
       Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Email:  Ray.Schrock@weil.com
       Ronit.Berkovich@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

**Certificate of Service**

I hereby certify that on December 18, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                         */s/ Alfredo R. Pérez*
                                                        Alfredo R. Pérez