**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.,* | § | **Case No. 22-90341 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

## CERTIFICATE OF SERVICE

I, Michael Deboissiere, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

Commencing on December 18, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit B**, and by electronic mail on the service list attached hereto as **Exhibit C**:

- **Notice of Further Extension of Rights Offering Subscription Deadline** (Docket No. 1575)

- **Instructional Letter to Nominees, Banks, and Brokers** (Attached hereto as **Exhibit A**)

Furthermore, on December 18, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail to Depository Trust & Clearing Corporation at lensnotices@dtcc.com:

- **Notice of Further Extension of Rights Offering Subscription Deadline** (Docket No. 1575)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Special Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

Dated: December 18, 2023

_/s/ Michael Deboissiere_____
Michael Deboissiere
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 949-404-4152
Email: TeamCoreScientific@stretto.com

# **Exhibit A**



To Custodians, Banks, Brokers, and Other Nominees (each, a "Nominee"):

*Re: Case Number: 22-90341 (CML) – Core Scientific, Inc., et al. CHAPTER 11 BANKRUPTCY*

**Important! The Core Scientific, Inc. Equity Rights Offering Subscription Period has been extended to December 28, 2023.**

**PLEASE SERVE THE ATTACHED NOTICE OF FURTHER EXTENSION OF RIGHTS OFFERING SUBSCRIPTION DEADLINE TO THE BENEFICIAL HOLDERS OF THE SECURITY LISTED BELOW.**

**CUSIP No. 21873J 108**

Please find the attached *Notice of Further Extension of Rights Offering Subscription Deadline* for Core Scientific, Inc. You are receiving the attached *Notice of Further Extension of Rights Offering Subscription Deadline,* press release because your institution was identified by Depository Trust Company ("DTC") on the Security Position Report as of November 16, 2023 (the "Record Date"). This mailing will not be handled through the facilities of third-party intermediaries such as Broadridge and Mediant.

| CUSIP/ISIN No. | Record Date |
|---|---|
| 21873J 108 / US21873J1088 | November 16, 2023 |

# Exhibit B



**Exhibit B**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| ABN AMRO CLEARING CHICAGO LLC | PORTFOLIO MARGINING | 175 W. JACKSON BLVD | SUITE 400 | CHICAGO | IL | 60604 | |
| AMERICAN ENTERPRISE INVEST SVCS INC | ATTN: PENNY ZALESKY | 2178 AMERIPRISE FINANCIAL CENTER | ROUTING: S6/2178 | MINNEAPOLIS | MN | 55474 | |
| AMERICAN ENTERPRISE INVEST SVCS INC | ATTN: REORG DEPARTMENT | 2178 AMERIPRISE FINANCIAL CENTER | ROUTING: S6/2178 | MINNEAPOLIS | MN | 55474 | |
| AMERICAN ENTERPRISE INVEST SVCS INC | ATTN: TENZIN LHADON, PROXY DEPT | 690 AMERIPRISE FINANCIAL CENTER | | MINNEAPOLIS | MN | 55474 | |
| AMERICAN ENTERPRISE INVEST SVCS INC | ERIN M STIELER | 682 AMP FINANCIAL CENTER | | MINNEAPOLIS | MN | 55474 | |
| AMERICAN ENTERPRISE INVEST SVCS INC | GREG WRAALSTAD | CORPORATE ACTIONS | 901 3RD AVE SOUTH | MINNEAPOLIS | MN | 55474 | |
| AMERICAN ENTERPRISE INVESTMENT SERVICES INC. | ATTN: CORPORATE ACTIONS DEPT | 682 AMERIPRISE FINANCIAL CTR | | MINNEAPOLIS | MN | 55474-0006 | |
| APEX CLEARING CORPORATION | ATTN: BILIANA STOIMENOVA | 1700 PACIFIC AVENUE | SUITE 1400 | DALLAS | TX | 75201 | |
| APEX CLEARING CORPORATION | ATTN: BRIAN DARBY | ONE DALLAS CENTER | 350 M. ST. PAUL, SUITE 1300 | DALLAS | TX | 75201 | |
| APEX CLEARING CORPORATION | ATTN: CORPORATE ACTIONS DEPT | 2 GATEWAY CENTER 283-299 MARKET ST | 16TH FLOOR | NEWARK | NJ | 07102-5005 | |
| AXOS CLEARING LLC | ANH MECHALS | 9300 UNDERWOOD AVENUE | SUITE 400 | OMAHA | NE | 68114 | |
| AXOS CLEARING LLC | ISSUER SERVICES | C/O MEDIANT COMMUNICATION | 8000 REGENCY PARKWAY | CARY | NC | 27518 | |
| AXOS CLEARING LLC | LUKE HOLLAND | 1200 LANDMARK CENTER | SUITE 800 | OMAHA | NE | 68102 | |
| BANK OF AMERICA, NA/GWIM TRUST OPERATIONS | ATTN: CORPORATE ACTIONS DEPT | 901 MAIN ST FL 12 | | DALLAS | TX | 75202-3738 | |
| BANK OF AMERICA, NA/GWIM TRUST OPS | SHARON BROWN | 1201 MAIN STREET | 9TH FLOOR | DALLAS | TX | 75202 | |
| BARCLAYS BANK PLC NEW YORK BRANCH | BARCLAYSBANK PLC-LNBR | ANTHONY SCIARAFFO | 1301 SIXTH AVE | NEW YORK | NY | 10019 | |
| BARCLAYS BANK PLC NEW YORK BRANCH | BARCLAYSBANK PLC-LNBR | CORPORATE ACTIONS | 200 CEDAR KNOLLS ROAD | WHIPPANY | NJ | 07981 | |
| BBS SECURITIES INC./CDS | CORPORATE ACTIONS | 4100 YONGE STREET | SUITE 415 | TORONTO | ON | M2P 2B5 | CANADA |
| BBS SECURITIES INC./CDS | DEBORAH CARLYLE | 4100 YONGE STREET | SUITE 504A | TORONTO | ON | M2P 2G2 | CANADA |
| BMO NESBITT BURNS INC./CDS | LOUISE TORANGEAU; PHUTHORN PENIKETT | 1 FIRST CANADIAN PLACE, 13TH FL | PO BOX 150 | TORONTO | ON | M5X 1H3 | CANADA |
| BMO NESBITT BURNS INC./CDS | PHUTHORN PENIKETT | 250 YONGE STREET | 14TH FLOOR | TORONTO | ON | M5B 2M8 | CANADA |
| BNP PARIBAS NY BRANCH/CUST/CLTASSTS | DEAN GALLI | AD. D. JOAO II | N. 49 | LISBON | | 1988-028 | PORTUGAL |
| BNP PARIBAS NY BRANCH/CUST/CLTASSTS | RUSSELL YAP | 525 WASHINGTON BLVD | 9TH FLOOR | JERSEY CITY | NJ | 07310 | |
| BNP PARIBAS PRIME BROKERAGE, INC. | RONALD PERSAUD | 525 WASHINGTON BLVD | 9TH FLOOR | JERSEY CITY | NJ | 07310 | |
| BNP PARIBAS SECURITIES CORP/PRIME B | RONALD PERSAUD | 525 WASHINGTON BLVD | 9TH FLOOR | JERSEY CITY | NJ | 07310 | |
| BNP PARIBAS, NEW YORK BRANCH/BNP PAR | RONALD PERSAUD | 525 WASHINGTON BLVD | 9TH FLOOR | JERSEY CITY | NJ | 07310 | |
| BNP PARIBAS, NY BRANCH/BNP P PRIME | BROKERAGE CUSTODIAN | 525 WASHINGTON BLVD | 9TH FLOOR | JERSEY CITY | NJ | 07310 | |
| BNYMELLON/RE CHARLES STANLEY AND COM | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | PITTSBURGH | PA | 15259 | |
| BROWN BROTHERS HARRIMAN & CO. | JERRY TRAVERS | 525 WASHINGTON BLVD. | | JERSEY CITY | NJ | 07310 | |
| CANTOR FITZGERALD & CO. | CORPORATE ACTIONS | 55 WATER STREET | 28TH FLOOR | NEW YORK | NY | 10041 | |
| CANTOR FITZGERALD & CO. | CORPORATE ACTIONS DEPT. | 110 EAST 59TH STREET | | NEW YORK | NY | 10022 | |



**Exhibit B**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| CANTOR FITZGERALD & CO. | ISSUER SERVICES | 51 MERCEDES WAY | | EDGEWOOD | NY | 11717 | |
| CDS | LORETTA VERELLI | 600 BOUL.DE MAISONNEUVE | OUEST BUREAU 210 | MONTREAL | QC | H3A 3J2 | CANADA |
| CETERA INVESTMENT SERVICES LLC | ANGELA HANDELAND | 400 1ST STREET SOUTH | SUITE 300 | ST. CLOUD | MN | 56301 | |
| CETERA INVESTMENT SERVICES LLC | ATTN: ASHLEY ROELIKE | 400 1ST STREET SOUTH | SUITE 300 | ST. CLOUD | MN | 56301 | |
| CHARLES SCHWAB & CO., INC. | CHRISTINA YOUNG | 2423 E LINCOLN DRIVE | | PHOENIX | AZ | 85016-1215 | |
| CHARLES SCHWAB & CO., INC. | CORP ACTIONS DEPT.: 01-1B572 CHRISTINA YOUNG | 2423 E LINCOLN DRIVE | | PHOENIX | AZ | 85016-1215 | |
| CIBC WORLD MARKETS INC./CDS | RODERICK  ROOPSINGH | CANADIAN IMPERIAL BANK OF COMMERCE | 22 FRONT ST. W. 7TH FL (ATTN. CORP. ACT) | TORONTO | ON | M5J 2W5 | CANADA |
| CITIBANK, N.A. | PAUL WATTERS | 3801 CITIBANK CENTER | B/3RD FLOOR/ZONE 12 | TAMPA | FL | 33610 | |
| CITIBANK, N.A. | SHERIDA SINANAN | 3801 CITIBANK CENTER | B/3RD FLOOR/ZONE 12 | TAMPA | FL | 33610 | |
| CITIGROUP GLOBAL MARKETS, INC./CORRESPONDENT CLEARING | CHARLES  FERNANDES | 388 GREENWICH STREET | | NEW YORK | NY | 10013 | |
| CITIGROUP GLOBAL MARKETS, INC./CORRESPONDENT CLEARING | CORRESPONDENT CLEARING | 388 GREENWICH STREET | 11TH FLOOR | NEW YORK | NY | 10013 | |
| CLEAR STREET LLC | | 55 BROADWAY, SUITE 2102 | | NEW YORK | NY | 10006 | |
| COMERICA BANK | GLORIA IMHOFF | 411 WEST LAFAYETTE | | DETROIT | MI | 48226 | |
| CONVERGEX EXECUTION SOLUTIONS LLC | HOWARD FLAXER | 3501 QUADRANGLE BLVD | SUITE 200 | ORLANDO | FL | 32817 | |
| COWEN EXECUTION SERVICES LLC | HOWARD FLAXER | 3501 QUADRANGLE BLVD | SUITE 200 | ORLANDO | FL | 32817 | |
| CREDENTIAL SECURITIES INC./CDS | CORPORATE ACTIONS | 700 - 1111 WEST GEORGIA ST | | VANCOUVER | BC | V6E 4T6 | CANADA |
| CREST INTERNATIONAL NOMINEES LIMITED | NATHAN ASHWORTH | 33 CANNON STREET | | LONDON | UK | EC4M 5SB | UNITED KINGDOM |
| D. A. DAVIDSON & CO. | ATTN: CORPORATE ACTIONS | 8 THIRD STREET NORTH | | GREAT FALLS | MT | 59401 | |
| D. A. DAVIDSON & CO. | ATTN: DEBBIE GYGER, RITA LINSKEY | 8 THIRD STREET NORTH | | GREAT FALLS | MT | 59401 | |
| DEPOSITORY TRUST & CLEARING CORPORATION | ATTN REORG DEPT 4TH FLOOR | 570 WASHINGTON BLVD. | | JERSEY CITY | NJ | 07310 | |
| DESJARDINS SECURITIES INC./CDS | ATTN: REORG DEPARTMENT | 1 COMPLEXE DESJARDINS | C.P. 34, SUCC ESJARDINS | MONTREAL | QC | H5B 1E4 | CANADA |
| DESJARDINS SECURITIES INC./CDS | ATTN: REORG DEPT-MTL1060-1ER-E | 1060 UNIVERSITY STREET | SUITE 101 | MONTREAL | QC | H3B 5L7 | CANADA |
| DESJARDINS SECURITIES INC./CDS | VALEURS MOBILIARES DESJARDINS | 2, COMPLEXE DESJARDINS TOUR EST | NIVEAU 62, E1-22 | MONTREAL | QC | H5B 1J2 | CANADA |
| DESJARDINS SECURITIES INC./CDS | VERONIQUE LEMIEUX | 1060 UNIVERSITY STREET | SUITE 101 | MONTREAL | PQ | H5B 5L7 | CANADA |
| DRIVEWEALTH, LLC | | 15 EXCHANGE PLACE | 10TH FLOOR | JERSEY CITY | NJ | 07302 | |
| E*TRADE CLEARING LLC | C/O BROADRIDGE | 2 JOURNAL SQUARE PLAZA | 5TH FLOOR | JERSEY CITY | NJ | 07306 | |
| E*TRADE CLEARING LLC | JOHN  ROSENBACH | 1271 AVENUE OF THE AMERICAS | 14TH FLOOR | NEW YORK | NY | 10020 | |
| E*TRADE CLEARING LLC | JOHN  ROSENBACH | 200 HUDSON STREET | SUITE 501 | JERSEY CITY | NJ | 07311 | |
| E*TRADE CLEARING LLC | VICTOR LAU | 34 EXCHANGE PLACE | PLAZA II | JERSEY CITY | NJ | 07311 | |
| EDWARD D. JONES & CO. | DEREK ADAMS | 12555 MANCHESTER ROAD | | ST LOUIS | MO | 63131 | |
| EDWARD D. JONES & CO. | ELIZABETH ROLWES | 201 PROGRESS PARKWAY | | MARYLAND HEIGHTS | MO | 63043-3042 | |
| EDWARD JONES/CDS | CORPORATE ACTIONS | 201 PROGRESS PARKWAY | | MARYLAND HEIGHTS | MO | 63043 | |
| EDWARD JONES/CDS | DIANE YOUNG | 1255 MANCHESTER ROAD | | ST LOUIS | MO | 63141 | |
| FIDELITY CLEARING CANADA ULC/CDS | ATTN: CORPORATE ACTIONS | 245 SUMMER STREET | MAILZONE V5A | BOSTON | MA | 02210 | |
| FIDELITY CLEARING CANADA ULC/CDS | ATTN: JOHN SPURWAY | 245 SUMMER STREET | MAILZONE V5A | BOSTON | MA | 02210 | |



**Exhibit B**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| FIDELITY CLEARING CANADA ULC/CDS | CAROL ANDERSON | 483 BAY STREET, SOUTH TOWER | SUITE 200 | TORONTO | ON | M5G 2N7 | CANADA |
| FIDELITY CLEARING CANADA ULC/CDS | CORP ACTION | 483 BAY STREET, SOUTH TOWER | SUITE 200 | TORONTO | ON | M5G 2N7 | CANADA |
| FIDELITY CLEARING CANADA ULC/CDS | LINDA SARGEANT | 401 BAY STREET | SUITE 2910 | TORONTO | ON | M5H 2Y4 | CANADA |
| FIFTH THIRD BANK | LANCE WELLS | 5001 KINGSLEY DRIVE | MAIL DROP 1MOB2D | CINCINNATI | OH | 45227 | |
| FOLIO INVESTMENTS, INC. | ASHLEY THEOBALD | 8180 GREENSBORO DRIVE | 8TH FLOOR | MCLEAN | VA | 22102 | |
| FUTU CLEARING INC. | CORPORATE ACTIONS | 12750 MERIT DRIVE | SUITE 475 | DALLAS | TX | 75251 | |
| GOLDMAN SACHS & CO. LLC | PROXY HOTLINE 1 | 30 HUDSON STREET | PROXY DEPARTMENT | JERSEY CITY | NJ | 07302 | |
| GOLDMAN, SACHS & CO. | ATTN: STEVE BERRIOS - CORPORATE ACTIONS | 100 BURMA ROAD | | JERSEY CITY | NJ | 07305 | |
| HAYWOOD SECURITIES INC./CDS | TRACY COLLEGE / JULIE BRERETON | 200 BURRARD STREET | SUITE 700 | VANCOUVER | BC | V6C 3L6 | CANADA |
| HILLTOP SECURITIES INC. | ATTN: BONNIE ALLEN, CORPORATE ACTION | 717 N HARWOOD ST | STE 3400 | DALLAS | TX | 75201-6534 | |
| HILLTOP SECURITIES INC. | ATTN: CORPORATE ACTIONS | 1201 ELM STREET | SUITE 3500 | DALLAS | TX | 75270 | |
| HILLTOP SECURITIES INC. | RHONDA JACKSON | 717 N HARWOOD ST | SUITE 3400 | DALLAS | TX | 75201 | |
| HRT FINANCIAL LLC | CORPORATE ACTIONS | 32 OLD SLIP | 30TH FLOOR | NEW YORK | NY | 10005 | |
| HSBC BANK USA, NA/CLEARING | CORPORATE ACTIONS | HOWARD  DASH | 452 5TH AVENUE | NEW YORK | NY | 10018 | |
| HSBC BANK USA, NA/CLEARING | LEON SCHNITZPAHN | ONE HANSON PLACE | LOWER LEVEL | BROOKLYN | NY | 11243 | |
| HSBC BANK USA, NA/HSBC CUSTODY & CLEARING SERVICES FOR STOCK | CORPORATE ACTIONS | ONE HANSON PLACE | | BROOKLYN | NY | 11243 | |
| INTERACTIVE BROKERS RETAIL EQUITY CLEARING | KARIN MCCARTHY | 2 PICKWICK PLAZA | 2ND FLOOR | GREENWICH | CT | 06830 | |
| INTERACTIVE BROKERS RETAIL EQUITY CLEARING | KARIN MCCARTHY | 8 GREENWICH OFFICE PARK | | GREENWICH | CT | 06831 | |
| J.P. MORGAN CLEARING CORP. | ATTN: CORPORATE ACTIONS | 14201 DALLAS PARKWAY | 12TH FLOOR | DALLAS | TX | 75254 | |
| J.P. MORGAN CLEARING CORP. | JOHN FAY | 500 STANTON CHRISTIANA ROAD | OPS 4, FLOOR 03 NCC5 | NEWARK | DE | 19713-2107 | |
| J.P. MORGAN CLEARING CORP. | MARCIN BIEGANSKI | 14201 DALLAS PARKWAY, 12TH FL | | DALLAS | TX | 75254 | |
| JANNEY MONTGOMERY SCOTT LLC | ATTN: BRENDAI KIRBY, KURT DODDS | 1717 ARCH STREET | 19TH FLOOR | PHILADELPHIA | PA | 19103 | |
| JANNEY MONTGOMERY SCOTT LLC | ATTN: CORPORATE ACTIONS DEPARTMENT | 1717 ARCH STREET, 19TH FLOOR | | PHILADELPHIA | PA | 19103 | |
| JANNEY MONTGOMERY SCOTT LLC | MARK F. GRESS | C/O MEDIANT COMMUNICATIONS INC. | 200 REGENCY FOREST DRIVE | CARY | NC | 27518 | |
| JANNEY MONTGOMERY SCOTT LLC | REGINA LUTZ | 1801 MARKET STREET, 9TH FLOOR | | PHILADEPHIA | PA | 19103-1675 | |
| JEFFERIES LLC | ROBERT MARANZANO | 34 EXCHANGE PL | | JERSEY CITY | NJ | 07311 | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCI | SACHIN GOYAL | 500 STANTON CHRISTIANA ROAD, OPS 4 | FLOOR 02 | NEWARK | DE | 19713-2107 | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | FAREED HAMEEDUDDIN | 4 CHASE METROTECH CENTER | | BROOKLYN | NY | 11245 | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | MARCIN BIEGANSKI | 14201 DALLAS PKWY | FLOOR 12 - CORP ACTIONS DEPT | DALLAS | TX | 75254 | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | SACHIN GOYAL | 500 STANTON CHRISTIANA ROAD | OPS 4, FLOOR 02 | NEWARK | DE | 19713-2107 | |



**Exhibit B**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK/EUROCLEAR BANK | CORPORATE ACTIONS | 14201 DALLAS PKWY | FLOOR 12 - CORP ACTIONS DEPT | DALLAS | TX | 75254 | |
| JPMORGAN CHASE BANK/EUROCLEAR BANK | CORPORATE ACTIONS | 500 STANTON CHRISTIANA ROAD | OPS 4, FLOOR 02 | NEWARK | DE | 19713-2107 | |
| KCG AMERICAS LLC | JANICA BRINK, VP | CORPORATE ACTIONS | 545 WASHINGTON BLVD. | JERSEY CITY | NJ | 07310 | |
| LAURENTIAN BANK OF CANADA/CDS | FRANCESCA MAIORINO | 1981 MCGILL COLLEGE AVE | SUITE 100 | MONTREAL | QC | BCAH3A 3K3 | CANADA |
| LPL FINANCIAL CORPORATION | CORPORATE ACTIONS | KRISTIN KENNEDY | 9785 TOWNE CENTRE DRIVE | SAN DIEGO | CA | 92121-1968 | |
| M1 FINANCE LLC | ATTN: CORPORATE ACTIONS | 200 N LASALLE ST STE. 800 | | CHICAGO | IL | 60601 | |
| MACKIE RESEARCH CAPITAL CORPORATION/ | TONY RODRIGUES | 199 BAY STREET | COMMERCE COURT WEST, SUITE 4600 | TORONTO | ON | M5L 1G2 | CANADA |
| MACKIE RESEARCH CAPITAL CORPORATION/CDS | ATTN: CORPORATE ACTIONS | 199 BAY STREET | COMMERCE COURT WEST, SUITE 4600 | TORONTO | ON | M5L 1G2 | CANADA |
| MACKIE RESEARCH CAPITAL CORPORATION/CDS | ATTN: VISHNU SANTHAKUMAR | 199 BAY STREET | COMMERCE COURT WEST, SUITE 4600 | TORONTO | ON | M5L 1G2 | CANADA |
| MANULIFE SECURITIES INCORPORATED/CDS | JOSEPH CHAU | MANAGER | 85 RICHMOND STREET WEST | TORONTO | ON | M5K 1K2 | CANADA |
| MANULIFE SECURITIES INCORPORATED/CDS | SECURITIES OPERATIONS | PO BOX 1700 RPO LAKESHORE WEST | | OAKVILLE | ON | L6K 0G7 | CANADA |
| MARSCO INVESTMENT CORPORATION/TRADEUP | MARK KADISON | 101 EISENHOWER PARKWAY | | ROSELAND | NJ | 07068 | |
| MERRILL LYNCH, PIERCE FENNER & | SMITH INC. -SECURITIES LENDING | EARL WEEKS | 4804 DEER LAKE DR. E. | JACKSONVILLE | FL | 32246 | |
| MERRILL LYNCH, PIERCE FENNER & SMITH | EARL WEEKS | ATTN: CORPORATE ACTIONS | 4804 DEER LAKE DR. E. | JACKSONVILLE | FL | 32246 | |
| MERRILL LYNCH, PIERCE FENNER & SMITH | EARL WEEKS | C/O MERRILL LYNCH CORPORATE ACTIONS | 4804 DEER LAKE DR. E. | JACKSONVILLE | FL | 32246 | |
| MERRILL LYNCH, PIERCE, FENNER & | SMITH INCORPORATED | EARL WEEKS | 4804 DEAR LAKE DR E | JACKSONVILLE | FL | 32246 | |
| MERRILL LYNCH, PIERCE, FENNER & SMITH | EARL WEEKS | 4804 DEAR LAKE DR E | | JACKSONVILLE | FL | 32246 | |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED/671 MLPF& | ATTN EARL WEEKS CORP ACTIONS | 4804 DEERLAKE DR. E. | | JACKSONVILLE | FL | 32246 | |
| MIRAE ASSET SECURITIES (USA), INC. | CORPORATE ACTIONS | 810 7TH AVENUE, 37TH FLOOR | | NEW YORK | NY | 10019 | |
| MITSUBISHI UFJ TRUST & BANKING CORPO | EDWARD CAPLETTE | 1221 AVENUE OF THE AMERICAS | 10TH FLOOR | NEW YORK | NY | 10022 | |
| MITSUBISHI UFJ TRUST & BANKING CORPORATION, | NEW YORK BRANCH | RICHARD WENSKOSKI | 420 FIFTH AVENUE 6TH FLOOR | NEW YORK | NY | 10018 | |
| MIZUHO BANK (USA) | ROBERT DIMICK | 135 WEST 50TH STREET | 16TH FLOOR | NEW YORK | NY | 10020 | |
| MIZUHO TRUST & BANKING CO. (USA) | ROBERT DIMICK | 135 WEST 50TH STREET | 16TH FLOOR | NEW YORK | NY | 10020 | |
| MORGAN STANLEY & CO. INTERNATIONAL P | DAN SPADACCINI | 901 SOUTH BOND ST | 6TH FL | BALTIMORE | MD | 21231 | |
| MORGAN STANLEY & CO. LLC | ATTN: CORPORATE ACTIONS | 1300 THAMES STREET | 7TH FLOOR | BALTIMORE | MD | 21231 | |
| MORGAN STANLEY & CO. LLC | MANSUR PRESIDENT | 1300 THAMES STREET | 5TH FL | BALTIMORE | MD | 21231 | |
| MORGAN STANLEY & CO. LLC | MICHELLE FORD | 901 SOUTH BOND ST | 6TH FL | BALTIMORE | MD | 21231 | |
| MORGAN STANLEY & CO. LLC/INTERNATIONAL PLC | MANSUR PRESIDENT CORP ACTIONS | 1300 THAMES STREET | 7TH FLOOR | BALTIMORE | MD | 21231 | |
| MORGAN STANLEY SMITH BARNEY LLC | JOHN BARRY | 1300 THAMES ST | 6TH FLOOR | BALTIMORE | MD | 21231 | |



**Exhibit B**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| MURIEL SIEBERT & CO., INC. | | 15 EXCHANGE PLACE SUITE 800 | | JERSEY CITY | NY | 07302 | |
| NATIONAL FINANCIAL SERVICES LLC | CORP ACTIONS | 200 SEAPORT BLVD, Z1B | | BOSTON | MA | 02210 | |
| NATIONAL FINANCIAL SERVICES LLC | JOANNE PADARATHSIGN | 499 WASHINGTON BLVD | | JERSEY CITY | NJ | 07310 | |
| NATIONAL FINANCIAL SERVICES LLC | PETER CLOSS | 499 WASHINGTON BLVD. | | JERSEY CITY | NJ | 07310 | |
| NBCN INC./CDS | ANNA MEDEIROS | 1010 RUE DE LA GAUCHETIERE ST WEST | SUITE 1925 | MONTREAL | QC | H3B 5J2 | CANADA |
| OPPENHEIMER & CO. INC. | ATTN: CORPORATE ACTIONS | 85 BROAD STREET | | NEW YORK | NY | 10004 | |
| OPPENHEIMER & CO. INC. | ATTN: FRAN BANSON, SUSAN STOIA | 85 BROAD STREET | | NEW YORK | NY | 10004 | |
| PERSHING LLC | ATTN: REGAN PALMER JOSEPH LAVARA | ONE PERSHING PLAZA | 10TH FLOOR | JERSEY CITY | NJ | 07399 | |
| PHILLIP CAPITAL INC. | ATTN: CORPORATE ACTIONS | 141 W JACKSON BLVD | SUITE 3050, CHICAGO BOARD OF TRADE BUILDING | CHICAGO | IL | 60604 | |
| PI FINANCIAL CORP./CDS | ROB MCNEIL | 666 BURRARD STREET | SUITE 1900 | VANCOUVER | BC | V6C 3NBC | CANADA |
| PNC BANK, NATIONAL ASSOCIATION | JUANITA NICHOLS | 8800 TINICUM BLVD | MAILSTOP F6-F266-02-2 | PHILADELPHIA | PA | 19153 | |
| QUANTEX CLEARING, LLC | CORP ACTION | 70 HUDSON ST. SUITE 5B | | HOBOKEN | NJ | 07030 | |
| QUANTEX CLEARING, LLC | MATTHEW LAGNESE | 70 HUDSON ST. SUITE 5B | | HOBOKEN | NJ | 07030 | |
| QUESTRADE INC./CDS | CORPORATE ACTIONS | 5650 YONGE STREET | SUITE 1700 | TORONTO | ON | M2M 4G3 | CANADA |
| RAYMOND JAMES & ASSOCIATES, INC. | ATTN: ELAINE MULLEN | CORPORATE ACTIONS | 880 CARILLON PARKWAY | ST. PETERSBURG | FL | 33716 | |
| RAYMOND JAMES & ASSOCIATES, INC. | ROBERTA GREEN | 880 CARILION PARKWAY | | SAIT PETERSBURG | FL | 33716 | |
| RAYMOND JAMES LTD./CDS | CORPORATE ACTIONS | PO BOX 23558 | | ST PETERSBURG | FL | 33742-3558 | |
| RBC CAPITAL MARKETS, LLC | ATTN: REORG DEPARTMENT | 60 S 6TH ST | | MINNEAPOLIS | MN | 55402 | |
| RBC CAPITAL MARKETS, LLC | SHANNON JONES | 60 S 6TH ST - P09 | | MINNEAPOLIS | MN | 55402-4400 | |
| RBC CAPITAL MARKETS, LLC | STEVE SCHAFER SR | ASSOCIATE | 60 S 6TH ST - P09 | MINNEAPOLIS | MN | 55402-4400 | |
| RBC DOMINION SECURITIES INC./CDS | KAREN OLIVERES | 200 BAY STREET, 6TH FLOOR | ROYAL BANK PLAZA NORTH TOWER | TORONTO | ON | M5J 2W7 | CANADA |
| RELIANCE TRUST COMPANY/FIS TRUSTDESK MKE | JULIE MCGUINESS | 1100 ABERNATHY ROAD | 500 NORTHPARK BUILDING SUITE 400 | ATLANTA | GA | 30328 | |
| ROBERT W. BAIRD & CO. INCORPORATED | JAN SUDFELD | 777 E. WISCONSIN AVENUE | 19TH FLOOR | MILWAUKEE | WI | 53202 | |
| ROBINHOOD SECURITIES, LLC | CORPORATE ACTIONS | DAWN PAGLIARO | 500 COLONIAL CENTER PKWY #100 | LAKE MARY | FL | 32746 | |
| SAFRA SECURITIES LLC | CORPORATE ACTIONS | NOAH RAMOS | 545 5TH AVENUE | NEW YORK | NY | 10036 | |
| SANFORD C. BERNSTEIN & CO., LLC | ANITA BACTAWAR | 1 NORTH LEXINGTON AVE | C/O RIDGE | WHITE PLAINS | NY | 10601 | |
| SCOTIA CAPITAL INC./CDS | CORPORATE ACTIONS | LUISA DOMINGUES | 40 KING STREET W | TORONTO | ON | M5H1H1 | CANADA |
| SCOTIA CAPITAL INC./CDS | LILIAN NIE | 40 KING STREET W | 23RD FLOOR | TORONTO | ON | M5H1H1 | CANADA |
| SEI PRIVATE TRUST COMPANY/C/O GWP | DIANA MASON | CORPORATE ACTIONS | 1 FREEDOM VALLEY DRIVE | OAKS | PA | 19456 | |
| SEI PRIVATE TRUST COMPANY/C/O GWP | ERIC GREENE | ONE FREEDOM VALLEY DRIVE | | OAKS | PA | 19456 | |
| SG AMERICAS SECURITIES, LLC | CHARLES HUGHES | 480 WASHINGTON BLVD | | JERSEY CITY | NJ | 07310 | |
| SG AMERICAS SECURITIES, LLC | PAUL MITSAKOS | 480 WASHINGTON BLVD | | JERSEY CITY | NJ | 07310 | |
| STATE STREET BANK & TRUST/STATE STRE | JOSEPH J. CALLAHAN | GLOBAL CORP ACTION DEPT JAB5W | P.O. BOX 1631 | BOSTON | MA | 02105-1631 | |
| STATE STREET BANK & TRUST/STATE STREET TOTALETF | GLOBAL CORP ACTION DEPT JAB5W | EMAIL PROXY CONTACT | 1776 HERITAGE DR | NORTH QUINCY | MA | 02171 | |
| STATE STREET BANK & TRUST/STATE STREET TOTALETF | GLOBAL CORP ACTION DEPT JAB5W | ROBERT RAY / JOSEPH J. CALLAHAN | P.O. BOX 1631 | BOSTON | MA | 02105-1631 | |



**Exhibit B**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| STATE STREET BANK AND TRUST COMPANY | DEUTSCHE BANK FRANKFURT | KAREN T JOHNDROW | 1776 HERITAGE DRIVE | NORTH QUINCY | MA | 02171 | |
| STATE STREET BANK AND TRUST COMPANY | PROXY SERVICES | 1776 HERITAGE DR | | NORTH QUINCY | MA | 02171 | |
| STATE STREET BANK AND TRUST COMPANY | PROXY SERVICES | CHRISTINE SULLIVAN; JERRY PARRILLA | 1776 HERITAGE DR. | NORTH QUINCY | MA | 02171 | |
| STATE STREET BANK AND TRUST COMPANY/ | KAREN T JOHNDROW | 1776 HERITAGE DRIVE | | NORTH QUINCY | MA | 02171 | |
| STERNE, AGEE & LEACH, INC. | ATTN: JUSTIN WOODHAM | 2 PERIMETER PARK SOUTH | SUITE 100W | BIRMINGHAM | AL | 35243 | |
| STERNE, AGEE & LEACH, INC. | KEN SIMPSON, JAMES MEZRANO | 2 PERIMETER PARK | SUITE 100W | BIRMINGHAM | AL | 35209 | |
| STIFEL, NICOLAUS & COMPANY, INCORPORATED | 501 N BROADWAY | | | ST LOUIS | MO | 63102 | |
| STIFEL, NICOLAUS & COMPANY, INCORPORATED | ATTN: CHRIS WIEGAND, TINA SCHWEITZER | 501 N BROADWAY | ONE FINANCIAL PLAZA | ST. LOUIS | MO | 63102 | |
| STIFEL, NICOLAUS & COMPANY, INCORPORATED | C/O MEDIANT COMMUNICATIONS | 200 REGENCY FOREST DRIVE | | CARY | NC | 27518 | |
| STOCKCROSS FINANCIAL SERVICES, INC. | ATTN: CORPORATE ACTIONS, LORETTA RACER | 1900 ST. JAMES PLACE #120 | | HOUSTON | TX | 77056 | |
| STOCKCROSS FINANCIAL SERVICES, INC. | ATTN: KIMBERLEY DEHN | 1900 ST. JAMES PLACE #120 | | HOUSTON | TX | 77056 | |
| STOCKCROSS FINANCIAL SERVICES, INC. | ATTN: LISA BRUNSON | 9464 WILSHIRE BLVD | | BEVERLY HILLS | CA | 90212 | |
| STOCKCROSS FINANCIAL SERVICES, INC. | CORPORATE ACTIONS | 9464 WILSHIRE BLVD. | | BEVERLY HILLS | CA | 90212 | |
| STOCKCROSS FINANCIAL SERVICES, INC. | DIANE TOBEY | 77 SUMMER STREET | | BOSTON | MA | 02110 | |
| SUMITOMO MITSUI TRUST BANK (U.S.A.) LIMITED | BETH CUMMINGS | 111 RIVER STREET | | HOBOKEN | NJ | 07030 | |
| TD AMERITRADE CLEARING, INC. | ANH MECHALS | 200 S. 108TH AVENUE | | OMAHA | NE | 68154 | |
| TD AMERITRADE CLEARING, INC. | ATTN: CORP ACTIONS | SUZANNE  BRODD | 200 S. 108TH AVENUE | OMAHA | NE | 68154 | |
| TD AMERITRADE CLEARING, INC. | KEVIN STRINE | 4211 S. 102ND STREET | | OMAHA | NE | 68127 | |
| TD AMERITRADE CLEARING, INC. | MANDI FOSTER | 1005 N. AMERITRADE PLACE | | BELLEVUE | NE | 68005 | |
| TD WATERHOUSE CANADA INC./CDS | YOUSUF AHMED | 77 BLOOR STREET WEST | 3RD FLOOR | TORONTO | ON | M4Y 2T1 | CANADA |
| TEXAS TREASURY SAFEKEEPING TRUST COMPANY | JANIE DOMINGUEZ | 208 E. 10TH STREET | ROOM 410 | AUSTIN | TX | 78701 | |
| THE BANK OF NEW YORK MELLON | CELESTE  MORRIS | 500 GRANT STREET | ROOM 151-2610 | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | CHARLES STANLEYAND COMPANY, LIMITED | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | JENNIFER MAY | 525 WILLIAM PENN PLACE | SUITE 153-0400 | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON MELLON TRST OF NEW ENGLAND, NATIONAL ASSOC. | | 525 WILLIAM PENN PLACE | SUITE 0400 | PITTSBURGH | PA | 15259 | |
| THE NORTHERN TRUST COMPANY | ANDREW  LUSSEN | ATTN: CAPITAL STRUCTURES-C1N | 801 S CANAL STREET | CHICAGO | IL | 60607 | |
| THE NORTHERN TRUST COMPANY | ATTN: CORPORATE ACTIONS | RYAN CHISLETT | 801 S CANAL STREET | CHICAGO | IL | 60607 | |
| TRADESTATION SECURITIES, INC. | ATTN: ANDREA AUGUSTIN | CORPORATE ACTIONS | 8050 SW 10TH ST | PLANTATION | FL | 33324 | |
| TRADESTATION SECURITIES, INC. | ATTN: DAVID BIALER | 8050 SW 10TH STREET | SUITE 400 | PLANTATION | FL | 33324 | |



**Exhibit B**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| TRADEUP SECURITIES, INC. | | 101 EISENHOWER PARKWAY | | ROSELAND | NJ | 07068 | |
| U.S. BANCORP INVESTMENTS, INC. | ATTN: CHERICE TVEIT | 60 LIVINGSTON AVE | | ST. PAUL | MN | 55107 | |
| U.S. BANCORP INVESTMENTS, INC. | ATTN: REORG DEPARTMENT | 60 LIVINGSTON AVE | | ST. PAUL | MN | 55107 | |
| U.S. BANCORP INVESTMENTS, INC. | KEVIN BROWN | ASSISTANT VICE PRESIDENT | 60 LIVINGSTON AVE | ST. PAUL | MN | 55107-1419 | |
| U.S. BANK N.A. | STEPHANIE KAPTA | 1555 N RIVERCENTER DRIVE | SUITE 302 | MILWAUKEE | WI | 53212 | |
| UBS AG STAMFORD BRANCH | AS CUSTODIAN FOR UBSAG LONDON BRANCH | GREGORY CONTALDI - DIRECTOR | 1000 HARBOR BLVD - 5TH FLOOR | WEEHAWKEN | NJ | 07086 | |
| UBS AG STAMFORD BRANCH/AS CUSTODIAN | GREGORY CONTALDI | DIRECTOR | 1000 HARBOR BLVD - 5TH FLOOR | WEENHAWKEN | NJ | 07086 | |
| UBS FINANCIAL SERVICES INC. | ATTN: CORPORATE ACTIONS | 1000 HARBOR DRIVE | | WEEHAWKEN | NJ | 07086 | |
| UBS FINANCIAL SERVICES INC. | JANE FLOOD | 1000 HARBOR BLVD | | WEEHAWKEN | NJ | 07086 | |
| UBS SECURITIES LLC | GREGORY CONTALDI | DIRECTOR | 1000 HARBOR BLVD - 5TH FLOOR | WEENHAWKEN | NJ | 07086 | |
| VANGUARD MARKETING CORPORATION | | 100 VANGUARD BOULEVARD | | MALVERN | PA | 19355 | |
| VANGUARD MARKETING CORPORATION | | PO BOX 1170 | | VALLEY FORGE | PA | 19482-1170 | |
| VANGUARD MARKETING CORPORATION | ATTN: BEN BEGUIN | 14321 N. NORTHSIGHT BOULEVARD | | SCOTTSDALE | AZ | 85260 | |
| VELOX CLEARING LLC | | 2400 E KATELLA AVE | | ANAHEIM | CA | 92806 | |
| VIRTU AMERICAS LLC | JANICA BRINK | 165 BROADWAY | | NEW YORK | NY | 10006 | |
| VIRTU AMERICAS LLC | JANICA BRINK | 545 WASHINGTON BLVD. | | JERSEY CITY | NJ | 07310 | |
| VISION FINANCIAL MARKETS LLC | ANA MARTINEZ | 120 LONG RIDGE ROAD | 3 NORTH | STAMFORD | CT | 06902 | |
| VISION FINANCIAL MARKETS LLC | ANA MARTINEZ | CORPORATE ACTIONS | 4 HIGH RIDGE PARK | STAMFORD | CT | 06804 | |
| WEDBUSH SECURITIES INC. | ALAN FERREIRA | P.O. BOX 30014 | | LOS ANGELES | CA | 90030 | |
| WEDBUSH SECURITIES INC. | DONNA WONG | 1000 WILSHIRE BLVD | | LOS ANGELES | CA | 90030 | |
| WEDBUSH SECURITIES INC./P3 | ALAN FERREIRA | 1000 WILSHIRE BLVD | SUITE #850 | LOS ANGELES | CA | 90030 | |
| WELLS FARGO CLEARING SERVICES LLC | PROXY DEPARTMENT | 1 N JEFFERSON AVE | | ST. LOUIS | MO | 63103 | |
| WESBANCO BANK, INC. | SUSAN KOVAL | ONE BANK PLAZA | | WHEELING | WV | 26003 | |
| WILSON-DAVIS & CO., INC. | BILL WALKER | 236 SOUTH MAIN STREET | | SALT LAKE CITY | UT | 84101 | |

# **Exhibit C**



**Exhibit C**
Served via Electronic Mail

| Name | Email |
|---|---|
| ABN AMRO CLEARING CHICAGO LLC | SUE.NOWICKI@FORTISCLEARINGAMERICAS.COM |
| AMERICAN ENTERPRISE INVEST SVCS INC | REORG@AMPF.COM<br>GREGORY.A.WRAALSTAD@AMPF.COM |
| APEX CLEARING CORPORATION | FRANK.A.CONTI@RIDGECLEARING.COM<br>CORPORATEACTIONS@APEXCLEARING.COM |
| AXOS CLEARING LLC | CORPORATE.ACTION@CORCLEARING.COM<br>ANH.MECHALS@LEGENTCLEARING.COM |
| BANK OF AMERICA DTC #0773 #05198 | BASCORPORATEACTIONS@BOFASECURITIES.COM<br>CPACTIONSLITIGATION@BOFA.COM<br>CORPACTIONSPROXY@ML.COM |
| BANK OF AMERICA NA/CLIENT ASSETS DTC #02251 | TSS.CORPORATE.ACTIONS@BANKOFAMERICA.COM |
| BANK OF AMERICA, NA/GWIM TRST OPERA | SEC_OPS_PROXY@BAML.COM |
| BANK OF AMERICA, NA/GWIM TRUST OPERATIONS | EARL.WEEKS@BAML.COM<br>CPACTIONSMLPROREORG@BAML.COM;<br>GMISAMRSIPBCORPACT@BAML.COM;<br>GMISAMRSIPBPROXYVOT@BAML.COM;<br>CPACTIONSLITIGATION@BANKOFAMERICA.COM;<br>SEC_OPS_PROXY@BAML.COM<br>CPACTIONSLITIGATION@BOFA.COM |
| BARCLAYS CAPITAL INC. DTC #0229 | NYVOLUNTARY@BARCLAYS.COM |
| BBS SECURITIES INC./CDS | INFO@BBSSECURITIES.COM |
| BLOOMBERG | RELEASE@BLOOMBERG.NET |
| BMO NESBITT BURNS INC./CDS | NBOPS.PROXY@BMO.COM<br>DINA.FERNANDES@BMONB.COM;<br>BMOCMSETTLEMENTS.NEWYORK@BMO.COM;<br>BMOGAM.SLOPERATIONS@BMO.COM |
| BMO NESBITT BURNS INC./CDS** DTC# 05043 | PHUTHORN.PENIKETT@BMONB.COM<br>WMPOCLASS.ACTIONS@BMO.COM |
| BNP PARIBAS PRIME BROKERAGE, INC. | RONALD.PERSAUD@US.BNPPARIBAS.COM |
| BNP PARIBAS SECURITIES CORP/PRIME B | RONALD.PERSAUD@US.BNPPARIBAS.COM |
| BNP PARIBAS, NEW YORK BRANCH/BNP PAR | RONALD.PERSAUD@US.BNPPARIBAS.COM |
| BNP PARIBAS, NY BRANCH/BNP P PRIME | RONALD.PERSAUD@US.BNPPARIBAS.COM |
| BROWN BROTHERS HARRIMAN & CO. | CALEB.LANFEAR@BBH.COM<br>JERRY.TRAVERS@BBH.COM |
| BROWN BROTHERS HARRIMAN & CO. DTC #010 | EDWIN.ORTIZ@BBH.COM<br>MAVIS.LUQUE@BBH.COM<br>NJ.MANDATORY.INBOX@BBH.COM<br>MICHAEL.LERMAN@BBH.COM<br>PAUL.NONNON@BBH.COM<br>SEAN.IMHOF@BBH.COM |
| CANTOR FITZGERALD & CO. | IDIAZ@CANTOR.COM<br>CORPORATEACTIONS-NY@BGCPARTNERS.COM |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (CML)

Page 1 of 8



**Exhibit C**
Served via Electronic Mail

| Name | Email |
|---|---|
| CETERA INVESTMENT SERVICES LLC | REORG@CETERAFI.COM<br>ALICE.HEMPHILL@CETERA.COM<br>AMANDA.ZWILLING@CETERA.COM;<br>RUSSELL.MARKFELDER@CETERA.COM; KATIE.BIEDLER@CETERAFI.COM<br>STEVE.SCHMITZ@CETERA.COM<br>ASHLEY.ROELIKE@CETERAFI.COM |
| CHARLES SCHWAB & CO. INC. DTC #0164 | PHXMCBR@SCHWAB.COM<br>VOLUNTARYSETUP@SCHWAB.COM |
| CHARLES SCHWAB & CO., INC. | PHXMCBR@SCHWAB.COM<br>JEN.CURTIN@SCHWAB.COM<br>CHRISTINA.YOUNG@SCHWAB.COM |
| CIBC WORLD MARKETS INC./CDS | MAILBOX.CAEVENTSCIBC@CIBC.CA |
| CITIBANK, N.A. | GTS.CAEC.TPA@CITI.COM<br>MARIANNE.SULLIVAN@CITI.COM<br>PAOLA.PRINS@CITI.COM<br>DARYL.SLATER@CITI.COM<br>MICHAEL.FENNER@CITI.COM<br>THEOPHILUS.CHAN@CITI.COM<br>PRABHA.L.BATNI@CITI.COM<br>ANN.E.NOBBE@CITI.COM; |
| CITIGROUP GLOBAL MARKETS, INC./CORRESPONDENT CLEARING | GTS.CAEC.TPA@CITI.COM<br>MARIANNE.SULLIVAN@CITI.COM<br>PAOLA.PRINS@CITI.COM<br>DARYL.SLATER@CITI.COM<br>MICHAEL.FENNER@CITI.COM<br>THEOPHILUS.CHAN@CITI.COM<br>PRABHA.L.BATNI@CITI.COM<br>ANN.E.NOBBE@CITI.COM; |
| CLEAR STREET LLC | PRESS@CLEARSTREET.IO |
| CLEARSTREAM INTERNATIONAL SA | CA_GENERAL.EVENTS@CLEARSTREAM.COM<br>CA_LUXEMBOURG@CLEARSTREAM.COM<br>CA_MANDATORY.EVENTS@CLEARSTREAM.COM<br>CHERIFA.MAAMERI@CLEARSTREAM.COM<br>NATHALIE.CHATAIGNER@CLEARSTREAM.COM<br>HULYA.DIN@CLEARSTREAM.COM |
| COMERICA BANK | GHIMHOFF@COMERICA.COM<br>MLGILES@COMERICA.COM |
| CONVERGEX EXECUTION SOLUTIONS LLC | HFLAXER@CONVERGEX.COM |
| COWEN EXECUTION SERVICES LLC | HFLAXER@CONVERGEX.COM |
| CREDIT AGRICOLE SECS USA INC. DTC #0651 | CSICORPACTIONS@CA-CIB.COM |
| CREDIT SUISSE SECURITIES (USA) LLC DTC #0355 | ASSET.SERVNOTIFICATION@CREDIT-SUISSE.COM<br>LIST.NYEVTINTGRP@CREDIT-SUISSE.COM |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (CML)

Page 2 of 8



**Exhibit C**
Served via Electronic Mail

| Name | Email |
|---|---|
| | DGYGER@DADCO.COM |
| | REORG@DADCO.COM |
| | KSAPP@DADCO.COM |
| | DWEGNER@DADCO.COM |
| | THOWELL@DADCO.COM |
| D. A. DAVIDSON & CO. | RLINSKEY@DADCO.COM |
| | VOLUNTARYREORGANNOUNCEMENTS@DTCC.COM |
| DEPOSITORY TRUST & CLEARING CORPORATION | MANDATORYREORGANNOUNCEMENTS@DTCC.COM; |
| | RECOURS.COLLECTIFS@DESJARDINS.COM |
| DESJARDINS SECURITIES INC./CDS | VERONIQUE.LEMIEUX@VMD.DESJARDINS.COM |
| DEUTSCHE BANK SECURITIES INC. DTC #0573 | JAXCA.NOTIFICATIONS@DB.COM |
| E*TRADE CLEARING LLC | VANDANA.X.VEMULA@BROADRIDGE.COM |
| EDWARD D. JONES & CO. | ELIZABETH.ROLWES@EDWARDJONES.COM |
| EDWARD D. JONES & CO. | GINGER.STILLMAN@EDWARDJONES.COM |
| | MATT.BROMLEY@EDWARDJONES.COM |
| | ANNA.SCHIERMANN@EDWARDJONES.COM |
| | MARIE.MOHN@EDWARDJONES.COM |
| | BRETT.BROWN@EDWARDJONES.COM |
| EDWARD JONES/CDS | NICK.HUMMEL@EDWARDJONES.COM |
| | CA.OMK@EUROCLEAR.COM |
| EUROCLEAR BANK S.A./N.V. | EB.CA@EUROCLEAR.COM |
| | PETER.CLOSS@FMR.COM |
| | LISA.GANESH@FMR.COM |
| | SEAN.MCDONOUGH@FMR.COM |
| | JASON.DRESS@FMR.COM |
| | ROHAN.ROSE@FMR.COM |
| | JOHN.SPURWAY@FMR.COM |
| | GERARDO.FLEITES@FMR.COM |
| | ROB.DAY@FMR.COM |
| FIDELITY CLEARING CANADA ULC/CDS | LINDA.SARGEANT@FMR.COM |
| FIFTH THIRD BANK | LANCE.WELLS@53.COM; WENDELL.JONES@53.COM |
| FINANCIAL INFORMATION INC. | REORGNOTIFICATIONLIST@FIINET.COM |
| | PROXYSERVICES@FOLIOINVESTING.COM |
| | WADE.LYNCH@GS.COM |
| FOLIO INVESTMENTS | THEOBALDA@FOLIOFN.COM |
| FUTU CLEARING INC. | CUSTOMERSVC@FUTUCLEARING.COM |
| | GS-AS-NY-PROXY@NY.EMAIL.GS.COM |
| GOLDMAN SACHS & CO DTC #0005 | NEWYORKANNCHUB@GS.COM |
| GOLDMAN SACHS & CO. LLC | GS-AS-NY-PROXY@GS.COM |
| HAYWOOD SECURITIES INC./CDS | JBRERETON@HAYWOOD.COM |
| | BONNIE.ALLEN@SWST.COM |
| HILLTOP SECURITIES INC. | BONNIE.ALLEN@HILLTOPSECURITIES.COM |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (CML)

Page 3 of 8



**Exhibit C**
Served via Electronic Mail

| Name | Email |
|---|---|
| HSBC BANK USA, NA/CLEARING | CLAUDIO.J.DELAROSA@US.HSBC.COM<br>ANTHONY.J.HOE@US.HSBC.COM<br>JAY.X.SPITZER@US.HSBC.COM<br>JOHN.HICKEY@US.HSBC.COM<br>IDALIA.X.FRIAS@US.HSBC.COM<br>YELENA.X.FRIDBURG@US.HSBC.COM<br>NARDIA.MENDEZ@US.HSBC.COM<br>YANMEI.X.SHAO@US.HSBC.COM |
| INTERACTIVE BROKERS LLC DTC#0017 | BANKRUPTCY@IBKR.COM |
| INTERACTIVE BROKERS RETAIL EQUITY CLEARING | PROXY@INTERACTIVEBROKERS.COM<br>BANKRUPTCY@INTERACTIVEBROKERS.COM<br>IBCORPACTION@INTERACTIVEBROKERS.COM |
| J.P. MORGAN CLEARING CORP. | USSO.PROXY.TEAM@JPMORGAN.COM<br>JPMORGANINFORMATION.SERVICES@JPMORGAN.COM<br>IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM |
| JANNEY MONTGOMERY SCOTT LLC | KWALTON@JANNEY.COM<br>REORGCONTACTS@JANNEY.COM<br>KDODDS@JANNEY.COM |
| JEFFERIES LLC | RMARANZANO@JEFFERIES.COM |
| JEFFERIES LLC DTC #0019 | CORPORATE_ACTIONS_REORG@JEFFERIES.COM |
| JEFFERIES LLC DTC #0019 | MHARDIMAN@JEFFERIES.COM |
| JPMORGAN CHASE BANK | JPMORGANINFORMATION.SERVICES@JPMCHASE.COM |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | USSO.PROXY.TEAM@JPMORGAN.COM<br>JPMORGANINFORMATION.SERVICES@JPMORGAN.COM<br>IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM |
| JPMORGAN CHASE BANK/EUROCLEAR BANK | USSO.PROXY.TEAM@JPMORGAN.COM<br>JPMORGANINFORMATION.SERVICES@JPMORGAN.COM<br>IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM |
| JPMORGAN CLEARING CORP. DTC #0352 | IB_DOMESTIC_VOLUNTARY_CORPORATE_ACTIONS@JPMORGAN.COM |
| KCG AMERICAS LLC | JBRINK@KNIGHT.COM |
| LAURENTIAN BANK OF CANADA/CDS | REORG@VMBL.CA |
| LPL FINANCIAL CORPORATION | KRISTIN.KENNEDY@LPL.COM<br>JASON.ADAMEK@LPL.COM<br>CORPORATE.ACTION@LPL.COM<br>CINTHYA.LEITE@LPL.COM<br>STEVEN.TRZCINSKI@LPL.COM<br>KEVIN.MOULTON@LPL.COM<br>MICAH.WEINSTEIN@LPL.COM |
| M1 FINANCE LLC | SUPPORT@M1FINANCE.COM |
| MACKIE RESEARCH CAPITAL CORPORATION/ | TRODRIGUES@RESEARCHCAPITAL.COM |
| MANULIFE SECURITIES INCORPORATED/CDS | NIKOLA_KIROVSKI@MANULIFE.COM<br>JCHAU@CDS.CA |
| MARSCO INVESTMENT CORPORATION/TRADEUP | MKADISON@MARSCO.COM |

In re: Core Scientific, Inc., et al.<br>Case No. 22-90341 (CML)

Page 4 of 8



**Exhibit C**
Served via Electronic Mail

| Name | Email |
|---|---|
| MERRILL LYNCH PIERCE FENNER & SMITH | CPACTIONSLITIGATION@ML.COM<br>EARL.WEEKS@BAML.COM<br>KATELYN.BECK@BAML.COM<br>CORPACTIONSPROXY@ML.COM<br>CPACTIONSLITIGATION@BOFA.COM |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED/671 MLPF& | CPACTIONSLITIGATION@ML.COM<br>EARL.WEEKS@BAML.COM<br>KATELYN.BECK@BAML.COM<br>CORPACTIONSPROXY@ML.COM<br>CPACTIONSLITIGATION@BOFA.COM |
| MITSUBISHI UFJ TRUST & BANKING CORP DTC #2932 | CORPORATEACTIONS-DL@US.TR.MUFG.JP |
| MORGAN STANLEY & CO. INTERNATIONAL P | DANIEL.SPADACCIN@MORGANSTANLEY.COM |
| MORGAN STANLEY & CO. LLC | DEALSETUP@MORGANSTANLEY.COM<br>RAQUEL.DEL.MONTE@MORGANSTANLEY.COM<br>MARIA.CACOILO@MORGANSTANLEY.COM<br>PROXY.BALT@MS.COM<br>PRODDATA@MORGANSTANLEY.COM |
| MORGAN STANLEY & CO. LLC/INTERNATIONAL PLC | DEALSETUP@MORGANSTANLEY.COM<br>RAQUEL.DEL.MONTE@MORGANSTANLEY.COM<br>MARIA.CACOILO@MORGANSTANLEY.COM<br>PROXY.BALT@MS.COM<br>PRODDATA@MORGANSTANLEY.COM |
| MORGAN STANLEY SMITH BARNEY DTC #0015 | CAVSDOM@MORGANSTANLEY.COM<br>JODANCY.MACKENSY@MORGANSTANLEY.COM<br>JOHN.FALCO@MORGANSTANLEY.COM<br>ROBERT.CREGAN@MORGANSTANLEY.COM<br>USPROXIES@MORGANSTANLEY.COM |
| MORGAN STANLEY SMITH BARNEY LLC | DEALSETUP@MORGANSTANLEY.COM<br>RAQUEL.DEL.MONTE@MORGANSTANLEY.COM<br>MARIA.CACOILO@MORGANSTANLEY.COM<br>PROXY.BALT@MS.COM<br>PRODDATA@MORGANSTANLEY.COM<br>JOHN.BARRY@MSSB.COM |
| MURIEL SIEBERT & CO., INC. | SERVICE@SIEBERT.COM<br>AGUERRIERO@SIEBERT.COM |
| NATIONAL FINANCIAL SERVICES LLC | PETER.CLOSS@FMR.COM<br>LISA.GANESH@FMR.COM<br>SEAN.MCDONOUGH@FMR.COM<br>JASON.DRESS@FMR.COM<br>ROHAN.ROSE@FMR.COM<br>JOHN.SPURWAY@FMR.COM<br>GERARDO.FLEITES@FMR.COM<br>ROB.DAY@FMR.COM |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (CML)

Page 5 of 8



**Exhibit C**
Served via Electronic Mail

| Name | Email |
|---|---|
| OPPENHEIMER & CO. INC. | GUILLERMO.GONZALEZ@OPCO.COM |
| | COLIN.SANDY@OPCO.COM |
| | REORG@OPCO.COM |
| | KENYA.WHITE@OPCO.COM |
| | FRAN.BANSON@OPCO.COM |
| OPTIONSXPRESS INC. DTC #0338 | PROXYSERVICES@OPTIONSXPRESS.COM |
| PERSHING LLC | REGAN.PALMER@PERSHING.COM |
| | JLAVARA@PERSHING.COM |
| | CHARLENE.POLDEN@PERSHING.COM |
| | KRISTIE.MEDICH@PERSHING.COM |
| | MARIA.RUIZ-MARTINEZ@PERSHING.COM |
| | VOLUNTARYPROCESSING@PERSHING.COM |
| | PERSHINGCORPROATEACTIONSPROXY@PERSHING.COM |
| | CHENICE.BRINSON@PERSHING.COM |
| PI FINANCIAL CORP./CDS | RMCNEIL@PISECURITIES.COM |
| PNC BANK NA DTC #02616 | CASPR@PNC.COM |
| QUANTEX CLEARING, LLC | ALFRED.PENNIS@NYFIX.COM |
| RAYMOND JAMES & ASSOCIATES, INC. | ROBERTA.GREEN@RAYMONDJAMES.COM |
| | CORPORATEACTIONS@RAYMONDJAMES.COM |
| | ELAINE.MULLEN@RAYMONDJAMES.COM |
| RAYMOND JAMES LTD./CDS | CORPORATEACTIONS@RAYMONDJAMES.COM |
| RBC CAPITAL MARKETS, LLC | NICHOLAS.ONKEN@RBC.COM |
| | RBCWM-PROXYNOTIFICATIONS@RBC.COM |
| RELIANCE TRUST COMPANY/FIS TRUSTDESK MKE | TMONTGOMERY@RELICO.COM |
| | RELIANCE_REORGMAILGROUP@FISGLOBAL.COM |
| | RELIANCE_CITRGROUP@FISGLOBAL.COM |
| ROBERT W. BAIRD & CO. INCORPORATED | JSUDFELD@RWBAIRD.COM |
| | NROBERTSTAD@RWBAIRD.COM |
| | REORG@RWBAIRD.COM |
| ROBINHOOD SECURITIES, LLC | DIVREORG@ROBINHOOD.COM |
| ROYAL BANK OF CANADA | DONALD.GARCIA@RBC.COM |
| SEI PV/GWP #02663 | PLATFORMCA@SEIC.COM |
| SG AMERICAS SECURITIES, LLC | PAUL.MITSAKOS@SGCIB.COM |
| SIS SEGAINTERSETTLE AG | CA.NOTICES@SIX-SECURITIES-SERVICES.COM |
| SIS SEGAINTERSETTLE AG | CORPACTIONSOVERSEAS.GROUP@SISCLEAR.COM |
| SOUTHWEST SECURITIES | PROXY@SWST.COM |
| | VALLWARDT@SWST.COM |
| STATE STREET BANK & TRUST/STATE STREET TOTALETF | PROXY-SERVICES@STATESTREET.COM |
| | USCARESEARCH@STATESTREET.COM |
| | BARINGSIMSUSCLIENTSERVICES@STATESTREET.COM |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (CML)

Page 6 of 8



**Exhibit C**
Served via Electronic Mail

| Name | Email |
|---|---|
| STATE STREET BANK AND TRUST COMPANY | PROXY-SERVICES@STATESTREET.COM<br>PCDESHARNAIS@STATESTREET.COM<br>DJGONZALES@STATESTREET.COM<br>SBUISSERETH@STATESTREET.COM<br>LLNORDBERG@STATESTREET.COM<br>AGREENBERG2@STATESTREET.COM<br>USCARESEARCH@STATESTREET.COM<br>CMSULLIVAN2@STATESTREET.COM<br>BARINGSIMSUSCLIENTSERVICES@STATESTREET.COM |
| STERNE, AGEE & LEACH, INC. | JMEZRANO@STERNEAGEE.COM<br>KSIMPSON@STERNEAGEE.COM<br>SECURITIESTRANSFER@STERNEAGEE.COM |
| STIFEL, NICOLAUS & COMPANY, INCORPORATED | RUSSELLC@STIFEL.COM<br>KIVLEHENS@STIFEL.COM<br>WIEGANDC@STIFEL.COM<br>OPSSTOCKRECORDS@STIFEL.COM<br>BLANNERM@STIFEL.COM<br>CAOP@STIFEL.COM<br>JENKINSK@STIFEL.COM<br>RESMANNZ@STIFEL.COM |
| STOCKCROSS FINANCIAL SERVICES, INC. | AGUERRIERO@SIEBERT.COM<br>OFEINA.TUIHALAMAKA@STOCKCROSS.COM<br>DANIEL.LOGUE@STOCKCROSS.COM |
| STOCKCROSS FINANCIAL SERVICES, INC. | LISA.BRUNSON@STOCKCROSS.COM<br>INFO@STOCKCROSS.COM |
| TD AMERITRADE CLEARING, INC. | DIANE.EASTER@TDAMERITRADE.COM<br>TDWPROXY@TDSECURITIES.COM |
| TD WATERHOUSE CANADA INC./CDS | TDWPROXY@TD.COM |
| THE BANK OF NEW YORK MELLON | PROXYSUPPORT@BNYMELLON.COM<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM<br>PXRPT@BNYMELLON.COM<br>PGHEVENTCREATION@BNYMELLON.COM<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM |
| THE BANK OF NEW YORK MELLON DTC #0901 | THERESA.STANTON@BNYMELLON.COM<br>KEN.BATTAGLIA@BNYMELLON.COM<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM<br>MATTHEW.BARTEL@BNYMELLON.COM<br>BRIAN.MARNELL@BNYMELLON.COM |
| THE BANK OF NY MELLON DTC #0954 | ATHOMPSON@BNYMELLON.COM<br>KEN.BATTAGLIA@BNYMELLON.COM |
| THE DEPOSITORY TRUST CO | CSCOTTO@DTCC.COM |
| THE DEPOSITORY TRUST CO | LEGALANDTAXNOTICES@DTCC.COM<br>LENSNOTICES@DTCC.COM |
| THE DEPOSITORY TRUST CO | MANDATORYREORGANNOUNCEMENTS@DTCC.COM<br>VOLUNTARYREORGANNOUNCEMENTS@DTCC.COM |

In re: Core Scientific, Inc., et al.<br>Case No. 22-90341 (CML)

Page 7 of 8



**Exhibit C**
Served via Electronic Mail

| Name | Email |
|---|---|
| THE NORTHERN TRUST COMPANY | PK5@NTRS.COM<br>US_VOLUNTARY_CORPACTIONS@NTRS.COM<br>KEG2@NTRS.COM; DR65@NTRS.COM<br>CS_NOTIFICATIONS@NTRS.COM |
| THE NORTHERN TRUST COMPANY | US_VOLUNTARY_CORPACTIONS@NTRS.COM<br>DR65@NTRS.COM |
| TRADESTATION SECURITIES, INC. | CORPACTIONS@TRADESTATION.COM<br>DBIALER@TRADESTATION.COM |
| TRADEUP SECURITIES, INC. | TRANSFER@TRADEUP.COM |
| TRUIST BANK | CORPORATE.ACTIONS@TRUIST.COM |
| U.S. BANCORP INVESTMENTS, INC. | USBIIREORGINCOME@USBANK.COM<br>TRUST.PROXY@USBANK.COM |
| U.S. BANK N.A. | STEPHANIE.STORCH@USBANK.COM<br>STEPHANIE.KAPTA@USBANK.COM<br>TRUSTCLASSACTIONS@USBANK.COM<br>TRUST.PROXY@USBANK.COM<br>USBIIREORGINCOME@USBANK.COM<br>TRUSTCORPORATEACTIONS@USBANK.COM |
| UBS | OL-STAMFORDCORPACTIONS@UBS.COM<br>OL-WMA-CA-PROXY@UBS.COM<br>OL-WMA-VOLCORPACTIONS@UBS.COM<br>JANE.FLOOD@UBS.COM<br>KIMBERLY.BREESE@UBS.COM<br>SH-VOL-CAIP-NA@UBS.COM |
| UBS FINANCIAL SERVICES INC. | OL-CA-MANAGERS@UBS.COM<br>OL-WMA-CA-BONDREDEMPTION@UBS.COM<br>DL-WMA-PROXY@UBS.COM<br>OL-WMA-CA-PROXY@UBS.COM<br>MANAGER@UBS.COM<br>JANE.FLOOD@UBS.COM |
| UBS SECURITIES LLC | OL-WMA-CA-REORG@UBS.COM<br>DL-WMA-PHYSICAL-PROCESSING@UBS.COM<br>GREGORY.CONTALDI@UBS.COM<br>OL-EVENTMANAGEMENT@UBS.COM |
| VANGUARD MARKETING CORPORATION | VBS_CORPORATE_ACTIONS@VANGUARD.COM |
| VIRTU AMERICAS LLC | JBRINK@KNIGHT.COM |
| VISION FINANCIAL MARKETS LLC | AMARTINEZ@VISIONFINANCIALMARKETS.COM<br>REORGS@VISIONFINANCIALMARKETS.COM<br>LLUCIEN@VFMARKETS.COM<br>SECURITIESOPS@VFMARKETS.COM |
| WEDBUSH SECURITIES INC. | DONNA.WONG@WEDBUSH.COM<br>CARMEN.RIVERA@WEDBUSH.COM<br>ALAN.FERREIRA@WEDBUSH.COM |
| WEDBUSH SECURITIES INC./P3 | ALAN.FERREIRA@WEDBUSH.COM |
| WELLS FARGO CLEARING SERVICES LLC | PROSPECTUSSERVICING1@FIRSTCLEARING.COM |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (CML)