United States Bankruptcy Court
Southern District of Texas

**ENTERED**
December 19, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (CML) |
|---|---|---|---|
| Debtor | In Re: | CORE SCIENTIFIC, INC., ET AL | |

This lawyer, who is admitted to the State Bar of _____New York_____:

| | |
|---|---|
| Name | Allegra Bianchini |
| Firm | Hogan Lovells US LLP |
| Street | 390 Madison Ave., |
| City & Zip Code | New York, NY 10017 |
| Telephone | 212-918-3882 |
| | allegra.bianchini@hoganlovells.com |
| Licensed: State & Number | NY 5717913 |

Seeks to appear as the attorney for this party:

| Gryphon Digital Mining, Inc. |
|---|
| Dated: 12/01/2023    Signed: /s/ Allegra Bianchini |

| COURT USE ONLY: The applicant's state bar reports their status as: Currently registered. |
|---|
| Dated: 12/19/2023    Signed: /s/ Z. Compean |
| Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Signed: December 19, 2023

*Christopher M. Lopez*
Christopher Lopez
United States Bankruptcy Judge