United States Bankruptcy Court
Southern District of Texas

**ENTERED**
December 19, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT                SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (CML) |
|---|---|---|---|
| Debtor | In Re: | CORE SCIENTIFIC, INC., ET AL | |

This lawyer, who is admitted to the State Bar of __New York__:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | Dennis Tracey<br>Hogan Lovells US LLP<br>390 Madison Ave.,<br>New York, NY 10017<br>212-918-3524 \| dennis.tracey@hoganlovells.com<br>NY 1751361 |
|---|---|

Seeks to appear as the attorney for this party:

Gryphon Digital Mining, Inc.

Dated: 12/01/2023            Signed: /s/ Dennis Tracey

COURT USE ONLY: The applicant's state bar reports their status as: __Currently registered__.

Dated: 12/19/2023            Signed: /s/ Z. Compean
                                      Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Signed: December 19, 2023

Christopher M. Lopez
Christopher Lopez
United States Bankruptcy Judge