United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 19, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT · SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (CML) |
|---|---|---|---|
| Debtor | In Re: | CORE SCIENTIFIC, INC., ET AL | |

This lawyer, who is admitted to the State Bar of  California, New Jersey, New York :

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | Richard L. Wynne<br>Hogan Lovells US LLP<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>310-785-4602 \| rick.wynne@hoganlovells.com<br>CA 123049; NJ 2201982; NY 1861426 |
|---|---|

Seeks to appear as the attorney for this party:

**Gryphon Digital Mining, Inc.**

Dated: 12/01/2023    Signed: /s/ Richard L. Wynne

COURT USE ONLY: The applicant's state bar reports their status as: Currently Registered.

Dated: 12/19/2023    Signed: /s/ Z. Compean
                             Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Signed: December 19, 2023

Christopher Lopez
United States Bankruptcy Judge