United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 19, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (CML) |
|---|---|---|---|
| Debtor | In Re: | CORE SCIENTIFIC, INC., ET AL | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Sara Posner<br>Hogan Lovells US LLP<br>390 Madison Ave.,<br>New York, NY 10017<br>212-918-3593 \| sara.posner@hoganlovells.com<br>NY 5681192 |

Seeks to appear as the attorney for this party:

Gryphon Digital Mining, Inc.

Dated: 12/01/2023          Signed: /s/ Sara Posner

---

COURT USE ONLY: The applicant's state bar reports their status as: __Currently Registered__.

Dated: 12/19/2023          Signed: /s/ Z. Compean
                                   Deputy Clerk

---

**Order**

This lawyer is admitted *pro hac vice*.

Signed: December 19, 2023

Christopher Lopez
United States Bankruptcy Judge