IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § | Case No. 22-90341 (CML) |
| Debtors[1] | § § § | (Jointly Administered) Re: Docket Nos. 1515 & 1525 |

**NOTICE OF CANCELLATION OF EMERGENCY HEARINGS ON DISPUTED CLAIMS MOTION AND DALTON MOTION AND SETTING OBJECTION DEADLINES ON NORMAL NOTICE PURSUANT TO BANKRUPTCY RULE 2002 AND BANKRUPTCY LOCAL RULE 9013-1**

**PLEASE TAKE NOTICE** that on December 6, 2023, Core Scientific, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed under seal and served the *Debtors' Emergency Motion for Entry of an Order (I) Authorizing Assumption and Performance of the Legacy Dalton Agreements, as Amended by the Dalton Settlement Agreement and (II) Granting Related Relief* (Docket No. 1515) (the "**Dalton Motion**"), whereby the Debtors requested emergency relief no later than December 22, 2023 at 10:00 A.M. CT.

**PLEASE TAKE FURTHER NOTICE** that on December 7, 2023, the Debtors filed *Debtors' Emergency Motion for Entry of an Order Establishing Disputed Claim Amounts for Calculation and Distribution Purposes Under Debtors' Proposed Joint Chapter 11 Plan of*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, TX 78704.

*Reorganization* (Docket No. 1525) (the "**Disputed Claims Motion**"), whereby the Debtors requested emergency relief no later than on December 22, 2023 at 10:00 A.M. CT.

**PLEASE TAKE FURTHER NOTICE** that on December 18, 2023, the Debtors filed the *Joint Notice of Agreement in Principle regarding Terms of Global Plan Settlement between the Debtors, Creditors' Committee, Ad Hoc Noteholder Group, Equity Committee, Equity Committee Members, and B. Riley* (Docket No. 1574) (the "**Notice of Global Plan Settlement**")[2], whereby the Debtors, among other things, adjourned the combined hearing to consider final approval of the Disclosure Statement and confirmation of the Plan from December 22, 2023 at 10:00 am CT to January 10, 2024 at 1:00 pm CT (the "**Combined Hearing**").

**PLEASE TAKE FURTHER NOTICE** that in light of the adjournment of the Combined Hearing, the Debtors no longer require the relief requested in the Dalton Motion and the Disputed Claims Motion be heard on an emergency basis. Accordingly, the Debtors have asked that the Court (i) cancel any emergency hearing(s) on the Dalton Motion and the Disputed Claims Motion and (ii) consider such motions on normal notice.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and Rule 9013-1 of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Southern District of Texas, (i) the deadline to object to the Dalton Motion is 21 days following the date of service of such motion and (ii) the deadline to object to the Disputed Claims Motion is 21 days following the date of service of such motion.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Notice of Global Plan Settlement.

Dated:  December 19, 2023
       Houston, Texas

Respectfully submitted,

  /s/  Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:  Alfredo.Perez@weil.com
        Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit Berkovich (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Email:  Ray.Schrock@weil.com
        Ronit.Berkovich@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

**Certificate of Service**

I hereby certify that, on December 19, 2023, a true and correct copy of the foregoing document was served as provided by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                                                   */s/ Alfredo R. Pérez*
                                                                                                    Alfredo R. Pérez