**Denton County**
**Juli Luke**
**County Clerk**

---

**Instrument Number:** 175088

ERecordings-RP

LIEN

Recorded On: December 30, 2022 10:55 AM

Number of Pages: 8

---

**" Examined and Charged as Follows: "**

Total Recording: $54.00

---

************ **THIS PAGE IS PART OF THE INSTRUMENT** ************
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

**File Information:**

| | |
|---|---|
| Document Number: | 175088 |
| Receipt Number: | 20221230000038 |
| Recorded Date/Time: | December 30, 2022 10:55 AM |
| User: | Jennifer K |
| Station: | Station 38 |

**Record and Return To:**
Simplifile

---




STATE OF TEXAS
COUNTY OF DENTON

**I hereby certify that this Instrument was FILED In the File Number sequence on the date/time printed hereon, and was duly RECORDED in the Official Records of Denton County, Texas.**

Juli Luke
County Clerk
Denton County, TX

STATE OF TEXAS §
§
COUNTY OF TARRANT §

**AFFIDAVIT OF LIEN CLAIM**

BEFORE ME, the undersigned notary public, personally appeared Zachary Fusilier personally known to me who, upon his oath, deposed and stated the following:

1. My name is Zachary Fusilier. I am Vice President of North Texas Contracting, Inc., hereinafter sometimes referred to as "Claimant". I am over the age of eighteen (18) years and am competent and authorized to make this affidavit. The facts contained herein are within my personal knowledge, and are true and correct.

2. Claimant's mailing address is P.O. Box 468, Keller, Texas 76248 and its physical address is 4999 Keller Haslet Road, Keller, Texas 76248.

3. Claimant furnished labor and material for the improvement the real property described herein under a contract between Claimant and Imperial Fire Protection, LLC., a subcontractor to the general contractor for the project, and whose last known addresses are: 116 Calverley Place, Keller, TX 76248-5126 and c/o Mr. Ronnie Morgan, 1516 Whitley Road, Keller, TX 76248-3016.

4. The general contractor for the project is McCarthy Building Companies, Inc., whose last known addresses are: 3400 N. Central Expressway, Suite 500, Richardson, TX 75080-0039, 12001 N. Central Expressway, Suite 400, Dallas, TX 75243-3733, and/or c/o Corporation Service Company, 211 E. 7th Street, Suite 620, Austin, TX 78701-3218.

5. The real property sought to be charged with a lien by Claimant is described as Core Scientific Denton Data Center, located at 8151 Jim Christal Road, Denton, Texas and more particularly described in **Exhibit A** attached hereto and incorporated herein for all purposes.

6. The owner of the leasehold estate on which Claimant furnished labor and materials is Core Scientific, Inc., whose last known addresses are:1939 FM 2119, Pecos, TX 79772, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251, and/or c/o Registered Agent Solutions, Inc., 5301 Southwest Parkway, Suite 400, Austin, TX 78735-8986.

7. The labor and material furnished by Claimant are generally described as the furnishing and installation of seven (7) 4" remote fire department connections to the Project per plans.

8. The labor and materials for which payment is requested were furnished beginning in February, 2022 through November, 2022.

9. Under Section 53.054 of the Texas Property Code, the undersigned makes this sworn affidavit for the purpose of perfecting a lien on the leasehold estate owned by the City of Denton, to secure the amount of the claim. After allowing all just credits, offsets, and payments, the amount of $11,871.10 in retainage remains unpaid and is due and owing to Claimant under its contract with Imperial Fire Protection, LLC, and Claimant claims a lien on said property and improvements under the provisions of Texas Property Code §53.001 et seq. to secure payment of said amount.

10. Notice of the claim were sent to the owner of the leasehold estate, the general contractor, and Imperial Fire Protection, LLC on December 28, 2022 by certified mail, return receipt requested as follows:

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED NO. 7022 0410 0001 4770 8771**

Core Scientific, Inc.
1939 FM 2119
Pecos, TX 79772

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED NO. 7022 0410 0001 4770 8788**

Core Scientific, Inc.
210 Barton Springs Road, Suite 300
Austin, TX 78704-1251

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED NO. 7022 0410 0001 4770 8795**

Core Scientific, Inc.
c/o Registered Agent Solutions, Inc.
5301 Southwest Parkway, Suite 400
Austin, TX 78735-8986

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED NO. 7022 0410 0001 4770 8801**

McCarthy Building Companies, Inc.
3400 N. Central Expressway, Suite 500
Richardson, TX 75080-0039

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED NO. 7022 0410 0001 4770 8818**

McCarthy Building Companies, Inc.
12001 N. Central Expressway, Suite 400
Dallas, TX 75243-3733

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED NO. 7022 0410 0001 4770 8825**

McCarthy Building Companies, Inc.
c/o Corporation Service Company
211 E. 7th Street, Suite 620
Austin, TX 78701-31326

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED NO. 7022 0410 0001 4770 8832**

Imperial Fire Protection, LLC
116 Calverley Place
Keller, TX 76248-5126

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED NO. 7022 0410 0001 4770 8900**

Imperial Fire Protection, LLC
c/o Mr. Ronnie Morgan
1516 Whitley Road
Keller, TX 76248-3016

11. One (1) copy of this Lien Affidavit and Claim is being sent via certified mail, return receipt requested to the above-described Owner addressed to its last known addresses.

NORTH TEXAS CONTRACTING, INC.

Zachary Fusilier, Vice President

SUBSCRIBED, SWORN TO, AND ACKNOWLEDGED by the said Zachary Fusilier on this the 28 day of December, 2022, to certify which, witness my hand and seal of office.

JARVIS ALAN WARD
NOTARY PUBLIC
STATE OF TEXAS
NOTARY ID 12586437
MY COMM. EXP. 10-18-2026

Notary Public, State of Texas
My Commission Expires: 10/18/2026



Exhibit A
DEC Property
Jim Christal Road
Site Two Lease Tract
Future US Loop 288
Site One Lease Tract
DEC Property and Lease Tracts
DEC Property Boundary
N
W
E
S
DENTON

**Exhibit B**
**Leased Premises**

**Site One**

BEING a 19.064 acre tract of land situated in the Moses H. Davis Survey, Abstract No. 377, City of Denton, Denton County, Texas, being part of a called 340.469 acre tract of land described in a Deed to the City of Denton, a Texas home-rule municipal corporation, as recorded in Document No. 2016-143882 of the Official Records of Denton County, Texas and being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found for an interior Southwest corner of the above cited 340.469 acre tract and the Northwest corner of a called 116.154 acre tract of land described in a Deed to the Mark Hicks Investments, LLC, as recorded in Document No. 2021-8595 of the Official Records of Denton County, Texas, from which a 1/2 inch iron rod with cap stamped "Vannoy 563-7101" found for an interior ell corner of said 340.469 acre tract, same being the Northeast corner of a called 152 acre tract of land described in a Deed to Walter B. (Bud) Wolf, as recorded in Volume 533, Page 541 of the Deed Records of Denton County, Texas bears North 00°26'46" East, a distance of 599.88 feet;

THENCE South 89°50'49" East along the South line of said 340.469 acre tract and North line of said 116.154 acre tract, for a distance of 506.72 feet to a 5/8 inch iron rod with cap stamped "TNP" set for the POINT OF BEGINNING of the herein described tract;

THENCE North 0 1 °31 '40" West departing the South line of said 340.469 acre tract and the North line of said 116.154 acre tract, for a distance of 608.71 feet to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE South 89°59'35" East for a distance of 611 .28 feet to an "X" cut set in concrete;

THENCE South 00°00'25" West for a distance of 65.60 feet to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE North 90°00'00" East for a distance of 872.65 feet to a 5/8 inch iron rod with cap stamped "TNP" set at the beginning of a non-tangent curve to the left;

THENCE in a Southern direction, along said non-tangent curve to the left having a central angle of 07°27'36", a radius of 4210.63 feet, a chord bearing of South 03°47'11" West, a chord distance of 547.84 feet and an arc length of 548.23 feet to a 5/8 inch iron rod with cap stamped "TNP" set in the South line of said 340.469 acre tract and the North line of said 116.154 acre tract, from which a 1/2 inch iron rod with cap stamped "Vannoy 563-7101" found for the Northeast corner of said 116.154 acre tract and an interior ell corner of said 340.469 acre tract bears South 89°50'49" East, a distance of 420.07 feet;

THENCE North 89°50'49" West along the South line of said 340.469 acre tract and the North line of said 116.154 acre tract, for a distance of 1431.52 feet to the POINT OF BEGINNING, and containing 19.064 acres of land, more or less.




## Site Two

BEING an 11.256 acre tract of land situated in the Moses H. Davis Survey, Abstract No. 377 and the Johnson, Green, Myers and Brummett Survey, Abstract No. 1699, City of Denton, Denton County, Texas, being part of a called 340.469 acre tract of land described in a Deed to the City of Denton, a Texas home-rule municipal corporation, as recorded in Document No. 2016-143882 of the Official Records of Denton County, Texas and being more particularly described as follows:

COMMENCING at a 5/8 inch iron rod found for the Southwest corner of Lot 1, Block 1 of Krum Tap Electrical Switch Station, per Plat recorded in Document No. 2010-3 of the Plat Records of Denton County, Texas;

THENCE North 89°39'01" East along the South line of said Lot 1, for a distance of 21.24 feet to a 5/8 inch iron rod with cap stamped "TNP" set for the POINT OF BEGINNING of the herein described tract;

THENCE North 89°39'01" East continuing along the South line of said Lot 1, passing a 5/8 inch iron rod found for the Southeast corner of same at a distance of 658.12 feet, and continuing for a total distance of 806.50 to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE South 67°31 '07" East, for a distance of 85.93 to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE South 75°20'51" East, for a distance of 150.68 to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE South 56°48'38" East, for a distance of 80.84 to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE South 21 °23'05" East, for a distance of 76.31 to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE South 43°26'26" East, for a distance of 72.63 to a 5/8 inch iron rod with c-,ap stamped "TNP" set;

THENCE South 00°24'23" East, for a distance of 179.60 to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE North 90°00'00" West, for a distance of 1259.39 to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE North 70°47'23" West, for a distance of 60.77 to a 5/8 inch iron rod with cap stamped "TNP" set;

THENCE North 19°22'19" East, for a distance of 417.32 to the POINT OF BEGINNING, and containing 11.256 acres of land, more or less.




| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | S 87°31'07" E | 85.95 |
| L2 | S 75°20'51" E | 150.68 |
| L3 | S 58°48'38" E | 80.84 |
| L4 | [illegible] | [illegible] |
| L5 | [illegible] | 72.83 |
| L6 | S 00°24'23" E | [illegible] |
| L7 | N 70°47'23" W | 60.77 |
| L8 | N 19°22'19" E | 417.32 |
| L9 | N [illegible] E | 31.24 |

Canterbury

Brad W. Gaswirth | bgaswirth@canterburylaw.com | (972) 388-5177

January 3, 2023

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED NO. 7022 0410 0001 4770 8917**

Core Scientific, Inc.
1939 FM 2119
Pecos, TX 79772

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED NO. 7022 0410 0001 4770 8924**

Core Scientific, Inc.
210 Barton Springs Road, Suite 300
Austin, TX 78704-1251

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED NO. 7022 0410 0001 4770 8931**

Core Scientific, Inc.
c/o Registered Agent Solutions, Inc.
5301 Southwest Parkway, Suite 400
Austin, TX 78735-8986

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED NO. 7022 0410 0001 4770 8948**

McCarthy Building Companies, Inc.
3400 N. Central Expressway, Suite 500
Richardson, TX 75080-0039

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED NO. 7022 0410 0001 4770 8955**

McCarthy Building Companies, Inc.
12001 N. Central Expressway, Suite 400
Dallas, TX 75243-3733

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED NO. 7022 0410 0001 4770 8962**

McCarthy Building Companies, Inc.
c/o Corporation Service Company
211 E. 7th Street, Suite 620
Austin, TX 78701-31326

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED NO. 7022 0410 0001 4770 8979**

Imperial Fire Protection, LLC
116 Calverley Place
Keller, TX 76248-5126

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED NO. 7022 0410 0001 4770 8986**

Imperial Fire Protection, LLC
c/o Mr. Ronnie Morgan
1516 Whitley Road
Keller, TX 76248-3016

Re: Notice of Filed Lien; Core Scientific Data Center, 8151 Jim Christal Road, Denton, Texas

Ladies and Gentlemen:

As required by Section 53.055 of the TEXAS PROPERTY CODE, enclosed is a copy of a Mechanic's Lien filed on behalf of North Texas Contracting, Inc. with the county clerk of Denton County, Texas. You are hereby advised that if this account remains unpaid, the property may be subject to foreclosure for satisfaction of the lien.

If you are not the owner of the property, please notify the undersigned at your earliest convenience.





Your immediate attention to this matter is required. Please do not hesitate to contact the undersigned should you have any questions concerning the enclosed lien.

Yours very truly,

Brad W. Gaswirth

Brad W. Gaswirth

/bc
Enclosure

cc: North Texas Contracting, Inc.