IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*, | § | Case No. 22-90341 (CML) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |

**CERTIFICATE OF SERVICE**

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On December 19, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Cancellation of Emergency Hearings on Disputed Claims Motion and Dalton Motion and Setting Objection Deadlines on Normal Notice Pursuant to Bankruptcy Rule 2002 and Bankruptcy Local Rule 9013-1** (Docket No. 1589)

- **Debtors' Motion for Order (I) Authorizing and Approving Settlement Between Debtors and Maddox Industrial Transformer LLC and (II) Granting Related Relief** (Docket No. 1590)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Special Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, TX 78704.

Furthermore, on December 19, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Notice of Cancellation of Emergency Hearings on Disputed Claims Motion and Dalton Motion and Setting Objection Deadlines on Normal Notice Pursuant to Bankruptcy Rule 2002 and Bankruptcy Local Rule 9013-1** (Docket No. 1589)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: December 20, 2023

       */s/ Serina Tran*
Serina Tran
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 949-404-4152
Email: TeamCoreScientific@stretto.com

# Exhibit A



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| AAF International | Attn: Ryan McGary, General Counsel | 9920 Corporate Campus Dr Ste 2200 | | Louisville | KY | 40223 | |
| Aaron Baker | | Address Redacted | | | | | |
| Amazon Web Services Inc | Attn: Rashmi Manchanda | 410 Terry Avenue North | | Seattle | WA | 98109-5210 | |
| Anchorage Lending CA, LLC | c/o Otterbourg P.C. | Attn: James Drew | 230 Park Avenue | New York | NY | 10169 | |
| Atalaya Capital Management LP | c/o Holland & Knight LLP | Attn: Brent R. McIlwain and Brian Smith | 1722 Routh Street Suite 1500 | Dallas | TX | 75201 | |
| B. Riley Financial, Inc. | c/o Willkie Farr & Gallagher LLP | Attn: Melanie Mansfield | 300 North LeSalle Dr | Chicago | IL | 60654 | |
| Bank of America | | 401 Union St | Fl 26 | Seattle | WA | 98101-2678 | |
| Barings BDC, Inc. | | 300 S. Tryon St | | Charlotte | NC | 28202 | |
| Barings Capital Investment | | 300 S. Tryon St | | Charlotte | NC | 28202 | |
| Barings LLC | Attn: Steve Johnson | 300 South Tryon Street, Suite 2500 | | Charlotte | NC | 18202 | |
| Barings Private Credit Corp | | 300 S. Tryon St | | Charlotte | NC | 28202 | |
| Bremer Bank | | 3100 South Columbia Road | | Grand Forks | ND | 58201 | |
| Brent Berge | | Address Redacted | | | | | |
| BRF Finance Co., LLC | Attn: General Counsel | 30870 Russell Ranch Road Ste 250 | | Westlake Village | CA | 91362 | |
| CDW Direct | Attn: Vida Krug | 200 N. Milwaukee Avenue | | Vernon Hills | IL | 60061 | |
| CES Corporation | Attn: Scott Weatherall | 28029-108 Avenue | | Acheson | AB | T7Z 6P7 | Canada |
| Cherokee County Tax Collector | Attn: Delenna Stiles, Tax Collector | 75 Peachtree Street #225 | | Murphy | NC | 28906-2947 | |
| City National Bank | | 555 South Flower Street | | Los Angeles | CA | 90071 | |
| City of Dalton, Georgia by and through its Board of Water, Light and Sinking Fund Commissioners d/b/a Dalton Utilities | c/o Troutman Pepper Hamilton Sanders LLP | PO Box 1709 | | Wilmington | DE | 19899-1709 | |
| Coinbase Inc | c/o Coinbase Custody Trust Co LLC | 100 Pine St, Ste 1250 | | San Francisco | CA | 94111 | |
| Cooley LLP | Attn: Daniel Peale | 3 Embarcadero Center, 20th Floor | | San Francisco | CA | 94111-4004 | |
| Dalton Utilities | Attn: Tom Bundros | 1200 V D Parrott Jr Pkwy | | Dalton | GA | 30721 | |
| Dalton Utilities | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Matthew R. Brooks | 600 Peachtree Street NE, Suite 3000 | Atlanta | GA | 30308 | |
| DK Construction Company | Attn: Justin Edwards, President | 5165 Gilbertsville Highway | | Calvert City | KY | 42029-0388 | |
| Douglas S. Wall | | Address Redacted | | | | | |
| Duke Energy | Attn: Tammy Daber, Power Contracts Administrator | 9700 David Taylor Dr. | Mail Code: DT01X | Charlotte | NC | 28262 | |
| FlowTX | Attn: Lucas Leavitt | PO Box 90504 | | San Antonio | TX | 78209-9086 | |
| Foundry Digital LLC [DCG Foundry LLC] | Attn: Mike Coylers, Licia Barra, Ryan Boyle | 1100 Pittsford Victor Road | | Pittsford | NY | 14534 | |
| Gensler | Attn: Todd Runkle | 1011 S. Congress Ave, Building 1, Ste 200 | | Austin | TX | 78704 | |
| Herc Rentals | Attn: Leslie Hunziker | 27500 Riverview Center Blvd Ste 100 | | Bonita Springs | FL | 34134 | |
| Internal Revenue Service | | Department of the Treasury | | Ogden | UT | 84201-0045 | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | 1111 Pennsylvania Ave NW | | Washington | DC | 20004-2541 | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Internal Revenue Service | Houston Department | 1919 Smith Street | | Houston | TX | 77002 | |
| Janice J. Kelly | c/o Dee J. Kelly, Jr. | 201 Main St., Ste, 2500 | | Fort Worth | TX | 76102 | |
| Kentucky Department of Revenue | Attn: Thomas B. Miller | 501 High Street | | Frankfort | KY | 40601 | |
| LiveView Technologies Inc | Attn: Chris Parker | 1226 S 1480 W | | Orem | UT | 84058 | |
| Luxor Technology Corp | | 1100 Bellevue Way NE | Suite 8A #514 | Bellevue | WA | 98004 | |
| Marshall County Sheriff | Attn: Trent Weaver, Sheriff | 52 Judicial Dr | | Benton | KY | 42025 | |
| MassMutual Asset Finance LLC | Attn: David Coutu | 2 Hampshire Street | Suite 101 | Foxboro | MA | 02035 | |
| McDermott Will and Emery LLP | Attn: Alexandra Catherina Scheibe | 1 Vanderbilt Ave | | New York | NY | 10017 | |
| Moss Adams LLP | Attn: Findley Oliver Gillespie | 999 Third Ave | Ste 2800 | Seattle | WA | 98104 | |
| MP2 Energy Texas, LLC d/b/a Shell Energy Solutions | Attn: Aren Hansen | 909 Fannin St | Ste 3500 | Houston | TX | 77010-1034 | |
| NYDIG ABL LLC | c/o Sidley Austin LLP | Attn: Elizabeth R. Tabas Carson | 787 7th Ave | New York | NY | 10019 | |
| Office of the U.S. Trustee | Attn: Jayson Ruff & Alicia Barcomb | 515 Rusk Street, Suite 3516 | | Houston | TX | 77002 | |
| OP | Attn: Elise Chittick | 10030 Bent Oak Dr | | Houston | TX | 77040 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (CML)



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Priority Power Management LLC | Attn: Robert L. Douglas | 2201 E Lamar Blvd Suite 275 | | Arlington | TX | 76006 | |
| RBH Holdings, LLC | c/o Randall B. Hale | 3737 Buffalo Speedway, Ste. 1800 | | Houston | TX | 77098 | |
| Reed Wells Benson and Company | Attn: Kenneth Fulk | 12222 Merit Dr | Ste 400 | Dallas | TX | 75251-2268 | |
| Rudolph Family Trust | c/o Lawrence Rudolph Trustee | 613 Canyon Greens Dr. | | Las Vegas | NV | 89144 | |
| Securitas Security Services USA Inc | Attn: Patrick Melody | 4330 Park Terrace Drive | | West Lake Village | CA | 91361 | |
| Securities & Exchange Commission | Attn: Regional Director | 5000 T Rex Ave | Ste 300 | Boca Raton | FL | 33431-4491 | |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F Street, NE | | Washington | DC | 20002 | |
| Shell Energy Solutions | Attn: Marty Lundstrom | 909 Fannin St | Ste 3500 | Houston | TX | 77010-1034 | |
| Sidley Austin LLP | Attn: Scott Parel | 2021 McKinney Avenue | Suite 2000 | Dallas | TX | 75201 | |
| Sphere 3D Corp. | Attn: Patricia Trompeter, Karen Sadowski | 243 Tresser Blvd | 17th Fl | Stamford | CT | 06901 | |
| State Of Georgia | Office Of The Attorney General | 40 Capitol Sq Sw | | Atlanta | GA | 30334 | |
| State Of Kentucky | Office Of The Attorney General | Capitol Building | 700 Capitol Ave Ste 118 | Frankfort | KY | 40601 | |
| State Of North Carolina | Office Of The Attorney General | 114 W Edenton St | | Raleigh | NC | 27603 | |
| State Of North Dakota | Office Of The Attorney General | State Capitol, 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 | |
| Stonebriar Commercial Finance LLC | Attn: Jeffrey L. Wilkison | 5601 Granite Parkway | Suite 1350 | Plano | TX | 75024 | |
| Tenaska Power Services Co | Attn: Drew Fossum | 14302 FNB Parkway | | Omaha | NE | 68154 | |
| Tenaska Power Services Co. | | 300 E. John Carpenter Ste. 1000 | | Irving | TX | 75062 | |
| Texas Office of the Attorney General | | 300 W. 15th Street | | Austin | TX | 78701 | |
| Texas Office of the Attorney General | | PO Box 12548 | | Austin | TX | 78711-2548 | |
| Trilogy LLC | Attn: Sam Bersiek | 6255 Saddle Tree Dr | | Las Vegas | NV | 89118 | |
| Trinity Capital Inc | Attn: Kyle Brown | 1N 1st Street, Suite 302 | | Phoenix | AZ | 85004 | |
| US Attorney's Office for the Southern District of Texas | Attn: Jennifer Lowery | 1000 Louisiana St Suite 2300 | | Houston | TX | 77002 | |
| US Customs and Border Patrol | Attn: Raul Ortiz | 1300 Pennsylvania Avenue, Suite 4.4-B | | Washington | DC | 20229 | |
| Wingspire Equipment Finance LLC | c/o Reed Smith LLP | Attn: Richard J. Tannenbaum | 599 Lexington Avenue | New York | NY | 10022 | |

# **Exhibit B**



## Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 36th Street Capital Partners LLC, Prime Alliance Bank, Inc., and Wingspire Equipment Finance, LLC | c/o Reed Smith LLP | Attn: Devan J. Dal Col | ddalcol@reedsmith.com |
| 36th Street Capital Partners, LLC | Jared Roach | | jolsen@36thstreetcapital.com<br>gkammerer@36thstreetcapital.com<br>ddalcol@reedsmith.com<br>jroach@reedsmith.com |
| AAF International | Attn: Ryan McGary, General Counsel | | rmcgary@aafintl.com |
| Aaron Baker | | | Email Address Redacted |
| ABLe Communications, Inc. | c/o Forshey & Prostok LLP | Attn: Jeff P. Prostok, Dyland T.F. Ross | jprostok@forsheyprostok.com<br>dross@forsheyprostok.com |
| Ad Hoc Equity Group | c/o Skadden, Arps, Slate, Meagher & Flom LLP | Attn: George N. Panagakis, Ron E. Meisler, Christopher M. Dressel, Jennifer Madden | george.panagakis@skadden.com<br>ron.meisler@skadden.com<br>christopher.dressel@skadden.com<br>jennifer.madden@skadden.com |
| Ad Hoc Equity Group | c/o Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Noelle M. Reed | noelle.reed@skadden.com |
| Ad Hoc Group of Secured Convertible Noteholders | c/o Paul Hastings LLP | Attn: James T Grogan III | jamesgrogan@paulhastings.com |
| Ad Hoc Group of Secured Convertible Noteholders | c/o Paul Hastings LLP | Attn: Kristopher M Hansen, Erez E Gilad, Sayan Bhattacharyya, Joanne Lau, & Emily Kuznick | krishansen@paulhastings.com<br>erezgilad@paulhastings.com<br>sayanbhattacharyya@paulhastings.com<br>joannelau@paulhastings.com<br>emilykuznick@paulhastings.com |
| Amazon Web Services Inc | Attn: Rashmi Manchanda | | rmmanch@amazon.com |
| AmTrust North America, Inc. on behalf of Associated Industries Insurance Company, Inc. | c/o Maurice Wutscher, LLP | Attn: Alan C. Hochheiser | ahochheiser@mauricewutscher.com |
| Anchorage Lending CA, LLC | c/o Otterbourg P.C. | Attn: James Drew | jdrew@otterbourg.com |
| Anchorage Lending CA, LLC | c/o Winston & Strawn LLP | Attn: David Neier | dneier@winston.com |
| Atalaya Capital Management LP | c/o Holland & Knight LLP | Attn: Brent R. McIlwain and Brian Smith | brent.mcilwain@hklaw.com<br>brian.smith@hklaw.com |
| B. Riley Commercial Capital, LLC | c/o Choate, Hall & Stewart LLP | Attn: John F. Ventola, Douglas R. Gooding & M. Hampton Foushee | jventola@choate.com<br>dgooding@choate.com<br>hfoushee@choate.com |
| B. Riley Financial, Inc. | c/o Willkie Farr & Gallagher LLP | Attn: Melanie Mansfield | mmansfield@willkie.com |
| Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. | c/o Arnold & Porter Kaye Scholer LLP | Attn: C. Thomas Kruse | tom.kruse@arnoldporter.com |
| Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. | c/o Arnold & Porter Kaye Scholer LLP | Attn: Jeffrey A. Fuisz, Madelyn A. Nicolini & Robert T. Franciscovich | jeffrey.fuisz@arnoldporter.com<br>madelyn.nicolini@arnoldporter.com<br>robert.franciscovich@arnoldporter.com |
| Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. | c/o Arnold & Porter Kaye Scholer LLP | Attn: Michael D. Messersmith, Brian J. Lohan & Sarah Gryll | michael.messersmith@arnoldporter.com<br>brian.lohan@arnoldporter.com<br>sarah.gryll@arnoldporter.com |
| BEAM Concrete Construction, Inc. | c/o Matthews, Shiels, Knott, Eden, Davis & Beanland, L.L.P. | Attn: Misti L Beanland | beanland@mssattorneys.com |
| BlockFi Inc | c/o Haynes and Boone LLP | Attn: Matthew Frankle | matthew.frankle@haynesboone.com |
| BlockFi, Inc. | c/o Haynes and Boone, LLP | Attn: Kenric D. Kattner & Arsalan Muhammad | kenric.kattner@haynesboone.com<br>arsalan.muhammad@haynesboone.com |
| BlockFi, Inc. | c/o Haynes and Boone, LLP | Attn: Matt Ferris & Charles M. Jones II | matt.ferris@haynesboone.com<br>charlie.jones@haynesboone.com |
| BlockFi, Inc. | c/o Haynes and Boone, LLP | Attn: Richard Kanowitz | richard.kanowitz@haynesboone.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (CML)

Page 1 of 4



## Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Board of Directors of Core Scientific, Inc. | c/o Scheef & Stone, L.L.P. | Attn: Peter C. Lewis, Esq. | peter.lewis@solidcounsel.com<br>marcella.morales@solidcounsel.com |
| Brent Berge | | | Email Address Redacted |
| BRF Finance Co., LLC | Attn: General Counsel | | legal@brileyfin.com |
| CDW Direct | Attn: Vida Krug | | vida.krug@cdw.com |
| CEC Energy Services, LLC | c/o Branscomb PLLC | Attn: Patrick H. Autry | pautry@branscomblaw.com |
| CEC Energy Services, LLC | c/o Hughes Watters Askanase, LLP | Attn: Waynes Kitchen | wkitchens@hwa.com |
| Charles Basil and Mitch Edwards | c/o Ervin Cohen & Jessup LLP | Attn: Byron Z. Moldo, Russell M. Selmont | bmoldo@ecjlaw.com<br>rselmont@ecjlaw.com |
| Cherokee County Tax Collector | Attn: Delenna Stiles, Tax Collector | | collections@cherokeecounty-nc.gov |
| City of Dalton, Georgia by and through its Board of Water, Light and Sinking Fund Commissioners d/b/a Dalton Utilities | c/o Howley Law PLLC | Attn: Tom A. Howley and Eric Terry | tom@howley-law.com<br>eric@howley-law.com |
| City of Dalton, Georgia by and through its Board of Water, Light and Sinking Fund Commissioners d/b/a Dalton Utilities | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Matthew Ray Brooks | matthew.brooks@troutman.com |
| City of Denton | c/o Haynes and Boone, LLP | Attn: Kelli S. Norfleet | kelli.norfleet@haynesboone.com |
| City of Denton | c/o Haynes and Boone, LLP | Attn: Martha Wyrick, Thomas J. Zavala | martha.wyrick@haynesboone.com<br>tom.zavala@haynesboone.com |
| Conflicts and Efficiency Counsel to the Official Committee of Unsecured Creditors | c/o Gray Reed | Attn: Jason S. Brookner & Lydia R. Webb | jbrookner@grayreed.com<br>lwebb@grayreed.com |
| Cooley LLP | Attn: Daniel Peale | | dpeale@cooley.com |
| Dallas County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Dalton Utilities | Attn: Tom Bundros | | tbundros@dutil.com |
| Dalton Utilities | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Matthew R. Brooks | matthew.brooks@troutman.com |
| DK Construction Company | Attn: Justin Edwards, President | | justin@dkconstructioninc.com |
| Duke Energy | Attn: Tammy Daber, Power Contracts Administrator | | tammy.daber@duke-energy.com |
| FlowTX | Attn: Lucas Leavitt | | lleavitt@flowtx.com |
| Foundry Digital LLC | c/o Porter Hedges LLP | Attn: John F. Higgins, M. Shane Johnson, Megan N. Young-John | jhiggins@porterhedges.com<br>sjohnson@porterhedges.com<br>myoung-john@porterhedges.com |
| Foundry Digital LLC [DCG Foundry LLC] | Attn: Mike Coylers, Licia Barra, Ryan Boyle | | hello@foundrydigital.com<br>mcolyer@foundrydigital.com<br>rboyle@foundrydigital.com<br>notices@foundrydigital.com<br>lbarra@foundrydigital.com |
| Foundry Digital LLC [DCG Foundry LLC] | c/o Schulte Roth & Zabel LLP | Attn: Kristine G. Manoukian, Abbey Walsh, Peter J. Amend | kristine.manoukian@srz.com<br>abbey.walsh@srz.com<br>peter.amend@srz.com |
| Gaylor Electric, Inc. d/b/a Gaylor, Inc. | c/o Bradley Arant Boult Cummings LLP | Attn: James B Bailey | jbailey@bradley.com |
| Gem Mining | c/o Maynard, Cooper & Gale, P.C. | Attn: Stephen C. Jackson | sjackson@maynardcooper.com |
| General Casualty Company of Wisconsin | c/o Shook, Hardy & Bacon L.L.P. | Attn: John Lewis, Jr. | jolewis@shb.com |
| Gensler | Attn: Todd Runkle | | todd_runkle@gensler.com |
| Gryphon Digital Mining, Inc. | c/o Hogan Lovells US LLP | Attn: Dennis Tracey, Sara Posner, Allegra Bianchini | dennis.tracey@hoganlovells.com<br>sara.posner@hoganlovells.com<br>allegra.bianchini@hoganlovells.com |
| Gryphon Digital Mining, Inc. | c/o Hogan Lovells US LLP | Attn: Richard L. Wynne | richard.wynne@hoganlovells.com |
| Gryphon Digital Mining, Inc. | c/o Hogan Lovells US LLP | Attn: S. Lee Whitesell | lee.whitesell@hoganlovells.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (CML)

Page 2 of 4



## Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Harper Construction Company, Inc | Attn: Stephen Marble | | lpz@harperconstruction.com<br>lzarazua@harperconstruction.com<br>scm@harperconstruction.com |
| Harper Construction Company, Inc. | c/o Mulinix Eddy & Ewert, PLLC | Attn: Russell L. Mulinix | rusty@lawokc.com |
| Harper Construction Company, Inc. | c/o Porter Hedges LLP | Attn: John F. Higgins, M. Shane Johnson | jhiggins@porterhedges.com<br>sjohnson@porterhedges.com<br>egarfias@porterhedges.com |
| Herc Rentals | Attn: Leslie Hunziker | | leslie.hunziker@hercrentals.com |
| Huband-Mantor Construction, Inc. | c/o Cokinos Young | Attn: Jay K. Farwell & Stephanie O'Rourke | sorourke@cokinoslaw.com<br>jfarwell@cokinoslaw.com |
| Huband-Mantor Construction, Inc. | c/o Law Offices of Ray Battaglia, PLLC | Attn: Raymond W. Battaglia | rbattaglialaw@outlook.com |
| Humphrey & Associates, Inc. | c/o Laperouse, PC | Attn: Jason R. Kennedy | bankruptcy@laperouselaw.com |
| Indigo Direct Lending, LLC | c/o Moritt Hock & Hamroff LLP | Attn: Theresa A. Driscoll | tdriscoll@moritthock.com |
| Indigo Direct Lending, LLC | c/o Ross, Smith & Binford, PC | Attn: Frances A. Smith, Judith W. Ross | frances.smith@rsbfirm.com<br>judith.ross@rsbfirm.com |
| Janice J. Kelly | c/o Dee J. Kelly, Jr. | | dee.kelly@kellyhart.com |
| LiveView Technologies Inc | Attn: Chris Parker | | chris.parker@lvt.com |
| LV.NET, LLC | c/o Hendershot Cowart P.C. | Attn: Simon W. Hendershot, III, Carolyn Carollo | trey@hchlawyers.com<br>ccarollo@hchlawyers.com |
| Maddox Industrial Transformer, LLC | c/o Haynsworth Sinkler Boyd, P.A. | Attn: Mary M. Caskey, Esq. | mcaskey@hsblawfirm.com |
| Marnoy Interests, Ltd. d/b/a Office Pavilion | c/o Ferguson Braswell Fraser Kubasta PC | Attn: Rachel L. Smiley | rsmiley@fbfk.law |
| Marshall County Sheriff | Attn: Trent Weaver, Sheriff | | marshallso@marshallco.org |
| MassMutual Asset Finance LLC | c/o Verrill Dana LLP | Attn: Nathaniel R. Hull | nhull@verrill-law.com |
| MassMutual Asset Finance LLC | c/o Verrill Dana LLP | Attn: Thomas O. Bean, Esq. & David Coutu | tbean@verrill-law.com |
| McCarthy Building Companies Inc. | c/o Watt, Tieder, Hoffar & Fitzgerald, LLP | Attn: Jennifer L. Kneeland and Marguerite Lee DeVoll | jkneeland@watttieder.com<br>mdevoll@watttieder.com<br>shope@watttieder.com |
| McDermott Will and Emery LLP | Attn: Alexandra Catherina Scheibe | | ascheibe@mwe.com |
| Meridian Equipment Finance, LLC | c/o Saldutti Law Group | Attn: Rebecca K. McDowell | rmcdowell@slgcollect.com |
| MK Marlow Company, LLC | c/o Scott Viscuso, PLLC | Attn: Eric L Scott | escott@sv-legal.com |
| Moss Adams LLP | Attn: Findley Oliver Gillespie | | findley.gillespie@mossadams.com |
| MP2 Energy Texas, LLC d/b/a Shell Energy Solutions | c/o Cokinos Young | Attn: Craig E. Power & Tres Gibbs | cpower@cokinoslaw.com<br>tgibbs@cokinoslaw.com |
| North Mill Equipment Finance LLC | c/o Padfield & Stout, L.L.P. | Attn: Christopher V. Arisco | carisco@padfieldstout.com<br>mstout@padfieldstout.com |
| NYDIG ABL LLC | c/o Sidley Austin LLP | Attn: Dennis M. Twomey and Jackson T. Garvey | dtwomey@sidley.com<br>jgarvey@sidley.com |
| NYDIG ABL LLC | c/o Sidley Austin LLP | Attn: Elizabeth R. Tabas Carson | etabas@sidley.com |
| NYDIG ABL LLC | c/o Sidley Austin LLP | Attn: Maegan Quejada | mquejada@sidley.com |
| Office of the U.S. Trustee | Attn: Jayson Ruff & Alicia Barcomb | | jayson.b.ruff@usdoj.gov<br>alicia.barcomb@usdoj.gov |
| Official Committee of Equity Security Holders | c/o Vinson & Elkins LLP | Attn: David S. Meyer, Lauren R. Kanzer and Zachary A. Paiva | dmeyer@velaw.com<br>lkanzer@velaw.com |
| Official Committee of Equity Security Holders | c/o Vinson & Elkins LLP | Attn: Paul E. Heath, Harry A. Perrin, Kiran Vakamudi, and Matthew J. Pyeatt | pheath@velaw.com<br>hperrin@velaw.com<br>kvakamudi@velaw.com<br>mpyeatt@velaw.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (CML)

Page 3 of 4



## Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Official Committee of Unsecured Creditors | c/o Willkie Farr & Gallagher LLP | Attn: Brett H Miller, Todd M Goren, James H Burbage, & Joseph R. Brandt | bmiller@willkie.com tgoren@willkie.com jburbage@willkie.com corewillkie@willkie.com jbrandt@willkie.com |
| Official Committee of Unsecured Creditors | c/o Willkie Farr & Gallagher LLP | Attn: Jennifer J Hardy | jhardy2@willkie.com corewillkie@willkie.com |
| OP | Attn: Elise Chittick | | echittick@ophouston.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Priority Power Management LLC | Attn: Robert L. Douglas | | rdouglas@prioritypower.com |
| Priority Power Management, LLC | c/o Baker Botts LLP | Attn: Danny David | danny.david@bakerbotts.com |
| Priority Power Management, LLC | c/o Baker Botts LLP | Attn: Eric T. Haitz, Shelby V. Saxon | eric.haitz@bakerbotts.com shelby.saxon@bakerbotts.com |
| Priority Power Management, LLC | c/o Baker Botts LLP | Attn: Scott R. Bowling | scott.bowling@bakerbotts.com |
| Quinn Emanuel Urquhart & Sullivan LLP | Attn: Asher Griffin | | ashergriffin@quinnemanuel.com |
| RBH Holdings, LLC | c/o Randall B. Hale | | rhale@rockhillcap.com |
| Reed Wells Benson and Company | Attn: Kenneth Fulk | | kfulk@rwb.net |
| Rudolph Family Trust | c/o Lawrence Rudolph Trustee | | laru@reign-deer.com |
| Securitas Security Services USA Inc | Attn: Patrick Melody | | patrick.melody@securitasinc.com |
| Shell Energy Solutions | Attn: Marty Lundstrom | | marty.lundstrom@mp2energy.com |
| Sidley Austin LLP | Attn: Scott Parel | | sparel@sidley.com |
| Sphere 3D Corp. | Attn: Patricia Trompeter, Karen Sadowski | | patricia.trompeter@sphere3d.com karen.sadowski@sphere3d.com |
| Sphere 3D Corp. | c/o Hunton Andrews Kurth LLP | Attn: Timothy A. ("Tad") Davidson II, Ashley L. Harper | taddavidson@huntonak.com ashleyharper@huntonak.com |
| Sphere 3D Corp. | c/o Pryor Cashman LLP | Attn: Seth H. Lieberman, Matthew W. Silverman | slieberman@pryorcashman.com msilverman@pryorcashman.com |
| SRPF A QR Riversouth LLC | c/o Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry | dperry@munsch.com |
| State Of Kentucky | Office Of The Attorney General | | kyoagor@ky.gov |
| State Of North Dakota | Office Of The Attorney General | | ndag@nd.gov |
| Tanmar Rentals, LLC | c/o Wells & Cuellar, P.C. | Attn: Jeffrey D. Stewart | jstewart@wellscuellar.com |
| Tenaska Power Services Co | Attn: Drew Fossum | | tpmcustomerservice@tnsk.com |
| Tenaska Power Services Co. | c/o Ross, Smith & Binford, PC | Attn: Jason Binford | jason.binford@rsbfirm.com |
| Tenaska Power Services Co. | c/o Ross, Smith & Binford, PC | Attn: Judith W. Ross | judith.ross@rsbfirm.com frances.smith@rsbfirm.com |
| Texas Comptroller of Public Accounts, Revenue Accounting Division | c/o Bankruptcy & Collections Division | Attn: Christopher S. Murphy | christopher.murphy@oag.texas.gov |
| Toyota Industries Commercial Finance Inc. | c/o Weltman, Weinberg & Reis Co. LPA | Attn: Scott D. Fink | bronationalecf@weltman.com |
| Travis County | Attn: Jason A. Starks, Assistant Travis County Attorney | | jason.starks@traviscountytx.gov |
| Trilogy LLC | Attn: Sam Bersiek | | sam@trilogycorp.com |
| Trinity Capital Inc. | c/o Latham & Watkins LLP | Attn: Kimberly A. Posin | kim.posin@lw.com |
| U.S. Bank National Association, as Prepetition Note Agent and Collateral Agent | c/o Shipman & Goodwin LLP | Attn: Kathleen M. LaManna, Esq. | klamanna@goodwin.com bankruptcy@goodwin.com bankruptcyparalegal@goodwin.com |
| US Attorney's Office for the Southern District of Texas | Attn: Jennifer Lowery | | usatxs.atty@usdoj.gov |
| Ward County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | sanantonio.bankruptcy@lgbs.com |
| Wingspire Equipment Finance LLC | c/o Reed Smith LLP | Attn: Richard J. Tannenbaum | rtannenbaum@reedsmith.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (CML)

# Exhibit C



**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| A to Z Pest Control & Services | Attn: Zackery Dewayne Gordon | 2402 Ashland Dr | | Panama City | FL | 32405 | |
| Alexandra Seifert | | Address Redacted | | | | | |
| Alpha Waste Disposal Inc | | PO Box 313 | | Rocky Face | GA | 30740 | |
| American Paper & Twine Co | Attn: Brooks Odom | 7400 Cockrill Bend Blvd | | Nashville | TN | 37209-1035 | |
| American Paper & Twine Co | Attn: Brooks Odom | PO Box 90348 | | Nashville | TN | 37209 | |
| American Security and Protection Service LLC | | 375 Little Ranger Rd | | Murphy | NC | 28906 | |
| Ani Kamali | | Address Redacted | | | | | |
| Ann A. Meyer | | Address Redacted | | | | | |
| Another Crypto LLC | | 39 Audubon La | | Shelton | CT | 06484 | |
| Apex Logistics International Inc. | | 18554 South Susanna Road | | Rancho Dominguez | CA | 90221 | |
| Arch Insurance Company | Attn: Francine Petrosino, Legal Assistant | 210 Hudson St | Ste 300 | Jersey City | NJ | 07311 | |
| AT&T | | 1025 Lenox Park Blvd NE | | Atlanta | GA | 30319 | |
| Austin Professional Cleaning Services, LLC | | 4131 Spicewood Springs Rd | Ste E2 | Austin | TX | 78759-8658 | |
| Averitt Express | | PO Box 3166 | | Cookeville | TN | 38502 | |
| Averitt Express | Attn: Marilyn Susanne Hyden | 1415 Neal Street | | Cookeville | TN | 38502 | |
| Avnet, Inc. | | 2211 S. 47th Street | | Phoenix | AZ | 85034 | |
| B. Riley Commercial Capital, LLC | | 299 Park Avenue | | New York | NY | 10171 | |
| B. Riley Commercial Capital, LLC | Attn: Lucy Yasinsky & Phil Ahn | 30870 Russell Ranch Road Suite 250 | | Westlake Village | CA | 91362 | |
| B. Riley Commercial Capital, LLC | c/o Choate, Hall & Stewart LLP | Attn: John F. Ventola, Douglas R. Gooding & M. Hampton Foushee | Two International Place | Boston | MA | 02110 | |
| B. Riley Securities, Inc. [as Assignee of BRF Finance Co., LLC] | Attn: Michael McCoy | 11100 Santa Monica Blvd. | Suite 800 | Los Angeles | CA | 90025 | |
| Bay Colony Law Center LLC | Attn: Georgina Segal | 18 Main St. Extension | | Plymouth | MA | 02360 | |
| Bearden Industrial Supply | | PO Box 3188 | | Dalton | GA | 30719 | |
| BitAlpha, Inc. [Bitwave] | | 382 NE 191st St PMB 61754 | | Miami | FL | 33179 | |
| BitAlpha, Inc. [Bitwave] | c/o LIB FIN LLC | Attn: Christopher Sicklesteel | 1312 17th Street PMB 70387 | Denver | CO | 80202 | |
| Bitmain Development Pte. Ltd. | c/o O'Melveny & Myers LLP | Attn: Emma Persson | 2501 N. Harwood St., Ste. 1700 | Dallas | TX | 75201 | |
| Bitmain Development PTE. Ltd. | | 1 Raffles Place, #36-01 One Raffles Place | | | | 048616 | Singapore |
| Bitmain Technologies Georgia Limited | | 900 Old Roswell Lakes Parkway, Suite 310 | | Roswell | GA | 30076 | |
| Bitmain Technologies Georgia Limited | c/o O'Melveny & Myers LLP, | Attn: Emma Persson | 2501 N. Harwood Street, Suite # 1700 | Dallas | TX | 75201 | |
| Bitmain Technologies Limited | | 11/F., Wheelock House, 20 Pedder Street, Central | | Hong Kong | | | Hong Kong |
| Bitmain Technologies Limited | c/o O'Melveny & Myers LLP | Attn: Emma Persson | 2501 N. Harwood St., Suite # 1700 | Dallas | TX | 75201 | |
| Bitwave | | PMB 61754 | 382 NE 191st St | Miami | FL | 33179-3899 | |
| C.H. Robinson Worldwide, Inc. | | 14701 Charlson Road | | Eden Prairie | MN | 55347 | |
| Calvert City Municipal Water and Sewer | | PO Box 36 | | Calvert City | KY | 42029 | |
| Carey Olsen Cayman Limited [CO Services Cayman Limited] | Attn: Accounts Receivable | Willow House | Cricket Sq | Georgetown, Grand Cayman | | KY1-1001 | Cayman Islands |
| Carey Olsen Cayman Limited [CO Services Cayman Limited] | Attn: Shane Westin | Willow House | Cricket Sq | Georgetown, Grand Cayman | | KY1-1001 | Cayman Islands |
| Carpet Capital Fire Protection Inc | | PO Box 3325 | | Dalton | GA | 30720 | |
| Carpet Capital Multi-System Inc | | 464 Callahan Rd South East | | Dalton | GA | 30721 | |
| Carrington Lobban | | Address Redacted | | | | | |
| CenturyLink Communications, LLC [f/k/a Quest Communications Company, LLC] | Attn: Legal-BKY | 1025 EL Dorado Blvd | | Broomfield | CO | 80021 | |
| CenturyLink Communications, LLC [f/k/a Quest Communications Company, LLC] | Bankruptcy | 220 N 5th St | | Bismarck | ND | 58501 | |
| Chad Dickman | | Address Redacted | | | | | |
| Cherokee Rental, Inc. | | PO Box 13564 | | Odessa | TX | 79768-3524 | |
| Cherokee Rental, Inc. | Attn: Becky Tinsley | PO Box 13524 | | Odessa | TX | 79768-3524 | |
| Christopher Elliott Scott | | Address Redacted | | | | | |
| City of Calvert City | | 861 E. 5th Ave. | | Calvert City | KY | 42029 | |
| City of Calvert City | c/o Farmer & Wright | Attn: Todd A. Farmer | 4975 Alben Barkley Dr #1 | Paducah | KY | 42001 | |
| Cloudflare Inc | | 101 Townsend Street | | San Francisco | CA | 95054 | |



### Exhibit C
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Colo Properties Atlanta LLC | | PO Box 419729 | | Boston | MA | 02241-9729 | |
| Commercial Plumbers Supply | | 5228 Gilbertsville Road | PO Box 157 | Calvert City | KY | 42029 | |
| ComNet Communications LLC | Attn: Paul Anderson, CFO | 1 Park Ridge Rd Suite 9 | | Bethel | CT | 06801 | |
| Consilio LLC | Attn: Michael Flanagan | 1828 L Street NW, Suite 1070 | | Washington | DC | 20036 | |
| Consilio, LLC | Attn: Lew McConnell | 1828 L Street N.W., Suite 1070 | | Washington | DC | 20036 | |
| Convergint Technologies LLC | Attn: Henry Kedzierski | 5257 Eagle Way | | Chicago | IL | 60678 | |
| Convergint Technologies LLC | Attn: Henry Kedzierski | One Commerce Drive | | Schaumburg | IL | 60173 | |
| Convergint Technologies LLC | c/o Faegre Drinker Biddle & Reath LLP | Attn: Mike T. Gustafson | 320 S. Canal Street, Suite 3300 | Chicago | IL | 60606 | |
| Cooley LLP | Attn: J. Michael Kelly | 3 Embarcadero Center, 20th Fl | | San Francisco | CA | 94111 | |
| Cori Faerman | | Address Redacted | | | | | |
| Countrywide Sanitation Co | c/o Countrywide Sanitation Co | Attn: Seth | PO Box 5551 | Grand Forks | ND | 58206-5551 | |
| CRG Financial LLC (As Assignee of KLDiscovery Ontrack LLC) | Attn: Heather Jauregui | 84 Herbert Ave, Building B, Ste 202 | | Closter | NJ | 07624 | |
| CRG Financial LLC (As Assignee of Ricks Rental Equipment) | Attn: Heather Jauregui | 84 Herbert Ave | Building B, Ste 202 | Closter | NJ | 07624 | |
| CRG Financial LLC [as Assignee of M. Arthur GenslerJr. & Associates, Inc., A.k.a. Gensler] | Attn: Robert Axenrod and Heather Jauregui | 84 Herbert Ave. Building B | Ste 202 | Closter | NJ | 07624 | |
| CrossCountry Consulting LLC | | 1600 Tysons Blvd, Ste 1100 | | Mclean | VA | 22102 | |
| Dallas County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | 2777 N Stemmons Freeway, Suite 1000 | Dallas | TX | 75207 | |
| Dalton Utilities | Attn: Matthew R. Brooks | 875 Third Avenue | | New York | NY | 10022 | |
| Darin Feinstein | c/o Law Office of Tom Kirkendall | Attn: Tom Kirkendall | 2 Violetta Ct | The Woodlands | TX | 77381 | |
| Data Sales Co Inc | | 3450 W Burnsville Parkway | | Burnsville | MN | 55337 | |
| Delcom, Inc. | Attn: Accounting Department | PO Box 67 | 610 South Main | Dell City | TX | 79837 | |
| Denise Sterling | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Joanna D. Caytas & John Bash | 711 Louisiana Street, Ste 500 | Houston | TX | 77002 | |
| Department of Treasury - Internal Revenue Service | | 1919 Smith St | M/S 5024 HOU | Houston | TX | 77002 | |
| Department of Treasury - Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Dockery Auto Parts | | PO Box 1188, 85 Main St | | Andrews | NC | 28901 | |
| Donnelley Financial Solutions | | PO Box 842282 | | Boston | MA | 02284-2282 | |
| Duke Energy Carolinas, LLC | Attn: Lynn Colombo | 4720 Piedmont Row Dr | PNG04C | Charlotte | NC | 29210 | |
| Duke Energy Carolinas, LLC | c/o Haynsworth Sinkler Boyd, PA | Attn: Mary M. Caskey | PO Box 11889 | Columbia | SC | 29211 | |
| Eagle Promotions | | 4575 W Post Road | | Las Vegas | NV | 89118 | |
| Eaton Corporation | c/o Global Trade Credit | Attn: Meeko A Chislom | 1000 Eaton Blvd, 5S | Cleveland | OH | 44122 | |
| Egencia LLC | | 333 108th Ave. NE | | Bellevue | WA | | |
| EMO North Customers Brokers Ltd | | 7420 Airport Rd, Suite 108 | | Mississauga | ON | L4T 4E5 | Canada |
| EPB of Chattanooga | | 10 West M.L. King Blvd | | Chattanooga | TN | 37402 | |
| Ernst & Young LLP | | 1120 NW Couch St # 425 | | Portland | OR | 97209 | |
| Ernst & Young LLP | | 920 Fifth Avenue, Suite 900 | | Seattle | WA | 98104 | |
| Euclid Claims Recovery LLC [as Assignee of Jonathan Barrett] | | 945 McKinney Street, PMB 434 | | Houston | TX | 77002 | |
| EvoTek | | 462 Stevens Ave | Ste 308 | Solana Beach | CA | 92075-2066 | |
| FedEx | | PO BOX 94515 | | Palatine | IL | 60094-45151 | |
| Felker Construction Company Inc | Allan Felker | PO Box 1647 | | Dalton | GA | 30722 | |
| Financial Accounting Standards Board/Governmental Accounting Standards Board | | PO Box 418272 | | Boston | MA | 02241-8272 | |
| Fishman Stewart PLLC | | 800 Tower Dr | # 610 | Troy | MI | 48098-2843 | |
| Florida SBA TTEE [David Andrew Michaels] | | Address Redacted | | | | | |
| Foundry Digital LLC [DCG Foundry LLC] | c/o Schulte Roth & Zabel LLP | Attn: Kristine G. Manoukian, Abbey Walsh, Peter J. Amend | 919 Third Avenue | New York | NY | 10022 | |
| Franchise Tax Board | c/o Bankruptcy Section MS A340 | Attn: Rebecca Estonilo | PO Box 2952 | Sacramento | CA | 95812-2952 | |
| Francois Emmanuel Veilleux | | Address Redacted | | | | | |
| Frontline Shredding Inc | | PO Box 3094 | | Bellevue | WA | 98009 | |
| GEM Mining 1, LLC | Attn: Joe Poore | 550 S Main St | Suite 310 | Greenville | SC | 29601 | |
| GEM Mining 1, LLC | c/o Maynard Nexsen, P.C. | Attn: Evan N. Parrott | 11 North Water Street, Suite 24290 | Mobile | AL | 36602 | |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (CML)

Page 2 of 5



**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| GEM Mining 2 B, LLC | Attn: Joe Poore | 550 S Main St, Suite 310 | | Greenville | SC | 29601 | |
| GEM Mining 2 B, LLC | Evan Parrott | 11 North Water Street | Suite 24290 | Mobile | AL | 36602 | |
| GEM Mining 2, LLC | Attn: Joe Poore | 550 S. Main St., Suite 310 | | Greenville | SC | 29601 | |
| GEM Mining 2, LLC | Evan N. Parrott | 11 North Water Street | Suite 24290 | Mobile | AL | 36602 | |
| GEM Mining 4, LLC | Attn: Joe Poore | 550 S Main St | Ste 310 | Greenville | SC | 29601 | |
| GEM Mining 4, LLC | Evan N. Parrott | 11 North Water Street | Suite 24290 | Mobile | AL | 36602 | |
| Grand Forks Utility Billing | | PO Box 5518 | | Grand Forks | ND | 58206-5518 | |
| Gravity Oilfield Services LLC | c/o General Counsel | Attn: Kevin Trautner | 9821 Katy Freewa, Suite 700 | Houston | TX | 77024 | |
| GreatAmerica Financial Services Corporation [GreatAmerica Leasing Corporation] | Attn: Litigation Dept | PO Box 609 | | Cedar Rapids | IA | 52406-0609 | |
| Greyline Partners LLC [IQ-EQ] | | PO Box 733976 | | Dallas | TX | 75373-3976 | |
| Greyline Partners, LLC [IQ-EQ] | Attn: Kevin Ryan Survance | 2777 North Stemmons Freeway | Suite 1425 | Dallas | TX | 75207 | |
| Grubhub Holdings Inc | | 111 W Washington St | Ste 2100 | Chicago | IL | 60602 | |
| Gryphon Digital Mining, Inc. | | 5953 Mabel Rd, Unit 138 | | Las Vegas | NV | 89110 | |
| Harco National Insurance Company | c/o Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber | 105 Eisenhower Parkway | Roseland | NJ | 07068 | |
| Harco National Insurance Company | c/o IAT Insurance Group, Inc. | Attn: Frank Tanzola, Sr. VP/Chief Legal Officer | One Newark Center, 20th Floor | Newark | NJ | 07102 | |
| Harlin Dean | | Address Redacted | | | | | |
| Herc Rentals, Inc. | OTC Legal Bankruptcy | 27500 Riverview Center Blvd | | Bonita Springs | FL | 34134 | |
| Humphrey & Associates, Inc. | Attn: Randall Paul Humphrey | 1501 Luna Road | | Carrollton | TX | 75006 | |
| Humphrey & Associates, Inc. | c/o Laperouse, PC | Attn: Jason R. Kennedy | 5220 Spring Valley Rd, Suite 615 | Dallas | TX | 75254 | |
| Hutchison & Steffen, PLLC | Attn: Jennifer Willis | 10080 W Alta Drive | Suite 200 | Las Vegas | NV | 89145 | |
| Interstate Welding and Steel Supply | | PO Box 1112 | | Murphy | NC | 28906 | |
| Jackson Purchase Energy Corporation | | PO Box 3000 | | Hopkinsville | KY | 42241-3000 | |
| Jarvis Hollingsworth | c/o Core Scientific, Inc. | Attn: Board of Directors Member | 210 Barton Springs Rd, Ste 300 | Austin | TX | 78704 | |
| Jason Walters [Jason Walters IRA] | | Address Redacted | | | | | |
| JBM Office Solutions | | 510 McGhee Drive | | Dalton | GA | 30721 | |
| Kentucky Department of Revenue | | PO Box 5222 | | Frankfort | KY | 40602 | |
| Kesco Air Inc | Attn: Anna Lee | 266 Merrick Rd Ste 200 | | Lynbrook | NY | 11563-2640 | |
| Keystone Strategy LLC | Attn: Alexis Diaz & Sally Gigliotti | 116 Huntington Avenue, Suite 1200 | | Boston | MA | 02116 | |
| King County Treasury | | 201 S Jackson St | Room 710 | Seattle | WA | 98104 | |
| Kneeland Youngblood | c/o Pharos Capital Group, LLC | 3889 Maple Avenue, Suite 400 | | Dallas | TX | 75219 | |
| Kneeland Youngblood | c/o Scheef & Stone LLP | 500 North Akard St, Suite 2700 | | Dallas | TX | 75201 | |
| Lake Effect Traffic LLC | Attn: Gene King | 5824 Lauder Ct | | Granger | IN | 46350 | |
| Lattice | | 360 Spear St, Floor 4 | | San Francisco | CA | 94105 | |
| Level 3 Communications LLC | | 1025 Eldorado Blvd | | Broomfield | CO | 80021 | |
| Lisa Ragan Customs Brokerage | | 327 West Taylor Street, Ste. A | | Griffin | GA | 30223 | |
| LML Services, LLC dba FlowTX | Attn: Lucas Leavitt | PO Box 90504 | | San Antonio | TX | 78209 | |
| LML Services, LLC dba FlowTx | c/o Law Offices of William B. Kingman, P.C. | Attn: William B. Kingman | 3511 Broadway | San Antonio | TX | 78209 | |
| Logix Fiber Networks | c/o Logix Billing | Attn: Monique Sampson | 2950 N Loop West 10th Floor | Houston | TX | 77092 | |
| Lone Star Corporation | | 2222 West 42nd Street | | Odessa | TX | 79764 | |
| M & S Patterson, Inc | c/o DFW Breakroom Vending | 2560 King Arthur Blvd | Suite 124-127 | Lewisville | TX | 75056 | |
| Maddox Industrial Transformer, LLC | c/o Haynsworth Sinkler Boyd, PA | Attn: Mary M. Caskey, Esq. | PO Box 11889 | Columbia | SC | 29211-1889 | |
| Marble Community Water System | Attn: Dianne Chastain | PO Box 274 | | Marble | NC | 28905 | |
| Marnoy Interests, Ltd d/b/a OP | | 10030 Bent Oak Drive | | Houston | TX | 77040 | |
| Marnoy Interests, Ltd d/b/a OP | Attn: Rachael L. Smiley, FBFK and Steve Marnoy | 2500 Dallas Parkway | Suite 600 | Plano | TX | 75093 | |
| Marvin W. Meyer | | Address Redacted | | | | | |
| Matthew Minnis | c/o Eric English, Porter Hedges LLP | 1000 Main St., 36th Floor | | Houston | TX | 77002 | |
| McDermott Will & Emery LLP | | 444 West Lake Street | Suite 4000 | Chicago | IL | 60606 | |
| Michael & Elizabeth Silbergleid | | Address Redacted | | | | | |
| Michael & Elizabeth Silbergleid TRS FBO Silverknight Group Inc 401k Plan FBO Michael Silbergleid | | Address Redacted | | | | | |



**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Michael & Elizabeth Silbergleid TRS FBO Silverknight Group Inc 401k Roth Plan FBO Michael Silbergleid | | Address Redacted | | | | | |
| Michael Bros | c/o Core Scientific, Inc. | Attn: Senior Vice President, Finance | 210 Barton Spring Rd, Ste 300 | Austin | TX | 78704 | |
| Michael Levitt | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Joanna D Caytas | 711 Louisiana St, Ste 500 | Houston | TX | 77002 | |
| Michael Trzupek | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Joanna D. Caytas & John Bash | 711 Louisiana Street, Ste 500 | Houston | TX | 77002 | |
| Microsoft Corporation | Attn: Patrick Gogerty | One Microsoft Way | | Redmond | WA | 98052 | |
| Microsoft Corporation | c/o Fox Rothschild LLP | Attn: David P. Papiez | 1001 4th Ave Suite 4400 | Seattle | WA | 98154 | |
| Mobile Modular Portable Storage | | PO Box 45043 | | San Francisco | CA | 94145 | |
| Morgan Hoffman | c/o Condon Tobin Sladek Thornton Nerenberg PLLC | Attn: Stuart L. Cochran | 8080 Park Lane, Suite 700 | Dallas | TX | 75231 | |
| Morgan Hoffman | c/o The Rosen Law Firm, P.A. | Attn: Phillip Kim, Laurence Rosen & Joshua Baker | 275 Madison Ave., 40th Fl. | New York | NY | 10016 | |
| Morgan, Lewis & Bockius LLP | Attn: Craig A. Wolfe | 101 Park Avenue | | New York | NY | 10178 | |
| Moss Adams LLP | | PO Box 101822 | | Pasadena | CA | 91189-1822 | |
| Mountain Top Ice | | PO Box 365 | | Deming | NM | 88031 | |
| MP2 Energy Texas LLC d/b/a Shell Energy Solutions | | PO Box 733560 | | Dallas | TX | 75373 | |
| MP2 Energy Texas LLC d/b/a Shell Energy Solutions | c/o MP2 Energy LLC (a Shell Subsidiary) | 909 Fannin St | Ste 3500 | Houston | TX | 77010-1034 | |
| MP2 Energy Texas, LLC d/b/a Shell Energy Solutions | c/o Cokinos Young | Attn: Craig E. Power & Tres Gibbs | 1221 Lamar Street 16th Floor Four Houston Center | Houston | TX | 77010 | |
| Murphy & Grantland, P.A. | Attn: Anthony W. Livoti | 4406-B Forest Drive | PO Box 6648 | Columbia | SC | 59206 | |
| Neal Goldman | c/o Scheef & Stone, LLP | Attn: Peter C. Lewis | 500 North Akard St., Suite 2700 | Dallas | TX | 75201 | |
| Neal Goldman | | Address Redacted | | | | | |
| Nebraska Department of Labor | c/o General Counsel | Attn: Katie S. Thurber | 550 S 16th St, PO Box 94600 | Lincoln | NE | 68509 | |
| Northern States Power Minnesota dba Xcel Energy | c/o Bankruptcy Department | PO Box 9477 | | Minneapolis | MN | 55484 | |
| Novo Construction, Inc. | Attn: Christina Fonseca | 608 Folsom Street | | San Francisco | CA | 94107 | |
| Oklahoma Gas and Electric Company | Attn: Ashley Fulk | PO Box 321 | | Oklahoma City | OK | 73101 | |
| Onyx Contractors Operations, LP | Attn: Christi Brown | PO Box 60547 | | Midland | TX | 79711-0547 | |
| OP Houston | Attn: Accounts Receivable | PO Box 4346, Dept. 698 | | Houston | TX | 77210-4346 | |
| Optilink | | PO Box 745091 | | Atlanta | GA | 30374 | |
| ORGDEV Limited | Attn: Sam Elmore | PO Box 604 | | Indianola | WA | 98342-0604 | |
| Prime Mowing and Property Management LLC | | 103 Hamilton Dr | | Benton | KY | 42025 | |
| Proctor Management | | 2314 Bahama Rd | | Austin | TX | 78733 | |
| Pye-Barker Fire and Safety LLC | | PO Box 735358 | | Dallas | TX | 75373-5358 | |
| Quinn Emanuel Urquhart & Sullivan LLP | | 555 South Flower St., 12th Floor | | Los Angeles | CA | 90071 | |
| Quinn Emanuel Urquhart & Sullivan LLP | Attn: Asher Griffin | 300 West 6th St, Suite 2010 | | Austin | TX | 78701 | |
| Regulatory DataCorp, Inc. | | PO Box 392280 | | Pittsburgh | PA | 15251-9280 | |
| Regulatory DataCorp, Inc. | Attn: Jennifer N Bromberg | 211 S. Gulph Road #125 | | King of Prussia | PA | 19406 | |
| Rhode Island Division of Taxation | Attn: Crystal Cote | 1 Capitol Hill | | Providence | RI | 02908 | |
| Ricks Rental Equipment | Attn: Jason Henson | 1363 Murphy Hwy | | Blairsville | GA | 30512 | |
| Robert Joseph | | Address Redacted | | | | | |
| Russell Cann | c/o Core Scientific Inc | Attn: Executive Vice President, Client Services | 210 Barton Spring Road, Suite 300 | Austin | TX | 78704 | |
| Salary.com LLC | | 610 Lincoln St., North Building, Suite 200 | | Waltham | MA | 02451 | |
| Shermco Industries, Inc | | PO Box 540545 | | Dallas | TX | 75354 | |
| Sphere 3D Corp. | c/o Hunton Andrews Kurth LLP | Attn: Timothy A. ("Tad") Davidson II, Ashley L. Harper | 600 Travis Street, Suite 4200 | Houston | TX | 77002 | |
| Sphere 3D Corp. | c/o Pryor Cashman LLP | Attn: Seth H. Lieberman, Matthew W. Silverman | 7 Times Square | New York | NY | 10036 | |
| State of Nevada Department of Taxation | Attn: Dana M. Snow | 700 E Warm Springs Rd, Ste 200 | | Las Vegas | NV | 89119 | |
| State of Tennessee Department of Revenue | Collection Services Division | 500 Deaderick Street | | Nashville | TN | 37242 | |
| Tangent Energy Solutions Inc | | 204 Gale Lane | | Kennett Square | PA | 19348 | |
| Tenaska Power Services Co | c/o Ross, Smith, & Binford, PC | Attn: Jason Binford | 2003 N Lamar Blvd, Ste 100 | Austin | TX | 78705 | |
| Tenaska Power Services Co. | Attn: Mark Joseph Holler | 300 E John Carpenter Fwy | Ste 1100 | Irving | TX | 75062 | |



## Exhibit C
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Texas Comptroller of Public Accounts on behalf of the State of Texas and Local Sales Tax Jurisdictions | c/o Office of the Attorney General | Attn: Catherine L. Coy Bankruptcy & Collections Division | PO Box 12548, MC-008 | Austin | TX | 78711 | |
| Texas Comptroller of Public Accounts on behalf of the State of Texas and Local Sales Tax Jurisdictions | c/o Revenue Accounting Div. | Attn: Catherine Ledesma Coy | 111 E 17th Street | Austin | TX | 78711 | |
| Texas Comptroller of Public Accounts on behalf of the State of Texas and Local Sales Tax Jurisdictions | c/o Revenue Accounting Division | Attn: Bankruptcy | PO Box 13528 | Austin | TX | 78711-3528 | |
| Thrasivoulos Dimitriou | | Address Redacted | | | | | |
| Todd DuChene | c/o Core Scientific, Inc. | Attn: President and Chief Legal Officer | 210 Barton Springs Road, Suite 300 | Austin | TX | 78704 | |
| Travis County | Attn: Jason A. Starks, Assistant Travis County Attorney | PO Box 1748 | | Austin | TX | 78767 | |
| Trinity Mining Group, Inc. | Attn: Parker Handlin | 6600 Hawks Creek Ave, Ste. 101 | | Westworth Vlg | TX | 76114-4056 | |
| Trinity Mining Group, Inc. | c/o Howley Law PLLC | Attn: Tom A. Howely | 711 Louisiana Street, Ste. 1850 | Houston | TX | 77002 | |
| Truckload Connections | Attn: Don Cherry | 3270 Hampton Ave | | Saint Louis | MO | 63139 | |
| TY Properties | Tien Yun Investments, LLC | 929 108th Ave NE ,Suite 1510 | | Bellevue | WA | 98004 | |
| Uline | | 12575 Uline Drive | | Pleasant Prairie | WI | 53158 | |
| Ward County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E Pecan Street, Ste 2200 | San Antonio | TX | 78205 | |
| Water Works C&R, LLC | | 2425 Stafford Blvd | | Pecos | TX | 79722 | |
| Waterlogic Americas LLC | | PO Box 677867 | | Dallas | TX | 75267 | |
| XPDI Sponsor LLC | c/o Kirkland & Ellis LLP | Attn: Steven N. Serajeddini & Simon Briefel | 601 Lexington Avenue | New York | NY | 10022 | |
| XPDI Sponsor, LLC | Attn: John P. McGarrity | 321 North Clark Street, Suite 2440 | | Chicago | IL | 60654 | |

# **Exhibit D**



**Exhibit D**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| A to Z Pest Control & Services | Attn: Zackery Dewayne Gordon | | ashleypowell2001@gmail.com zgordon2929@gmail.com |
| American Paper & Twine Co | Attn: Brooks Odom | | brooksodom@aptcommerce.com |
| American Security and Protection Service LLC | | | fmj1947@yahoo.com |
| Ani Kamali | | | Email Address Redacted |
| Ann A. Meyer | | | Email Address Redacted |
| Averitt Express | | | sengland@averitt.com mhyden@averitt.com |
| Averitt Express | Attn: Marilyn Susanne Hyden | | mhyden@averittexpress.com |
| B. Riley Commercial Capital, LLC | Attn: Lucy Yasinsky & Phil Ahn | | pahn@brileyfin.com |
| Bay Colony Law Center LLC | Attn: Georgina Segal | | baycolonylaw@gmail.com |
| BitAlpha, Inc. [Bitwave] | | | accounting@bitwave.io |
| Bitmain Development Pte. Ltd. | c/o O'Melveny & Myers LLP | Attn: Emma Persson | eljones@omm.com |
| Bitmain Development PTE. Ltd. | | | jingyi@bitmain.com jingyi.li@bitmain.com |
| Bitmain Technologies Georgia Limited | | | jingyi.li@bitmain.com |
| Bitmain Technologies Georgia Limited | c/o O'Melveny & Myers LLP, | Attn: Emma Persson | eljones@omm.com |
| Bitmain Technologies Limited | | | jingyi.li@bitmain.com |
| Bitmain Technologies Limited | c/o O'Melveny & Myers LLP | Attn: Emma Persson | eljones@omm.com |
| C.H. Robinson Worldwide, Inc. | | | bill.glad@chrobinson.com |
| Calvert City Municipal Water and Sewer | | | todd@farmerwright.com |
| Carey Olsen Cayman Limited [CO Services Cayman Limited] | Attn: Accounts Receivable | | accountsreceivable@careyolsen.com |
| Carey Olsen Cayman Limited [CO Services Cayman Limited] | Attn: Shane Westin | | shane.westin@careyolsen.com |
| Carrington Lobban | | | Email Address Redacted |
| CenturyLink Communications, LLC [f/k/a Quest Communications Company, LLC] | Attn: Legal-BKY | | bankruptcylegal@lumen.com |
| CenturyLink Communications, LLC [f/k/a Quest Communications Company, LLC] | Bankruptcy | | bmg.bankruptcy@lumen.com |
| Cherokee Rental, Inc. | | | btinsley@cherokeerentalinc.com wkenworthy@cherokeerentalinc.com |
| Cherokee Rental, Inc. | Attn: Becky Tinsley | | wkenworthy@cherokeerentalinc.com |
| City of Calvert City | | | todd@farmerwright.com |
| City of Calvert City | c/o Farmer & Wright | Attn: Todd A. Farmer | todd@farmerwright.com |
| ComNet Communications LLC | Attn: Paul Anderson, CFO | | panderson@comnetcomm.com |
| Consilio LLC | Attn: Michael Flanagan | | michael.flanagan@consilio.com |
| Consilio, LLC | Attn: Lew McConnell | | lew.mcconnell@consilio.com jeffrey.berman@consilio.com |
| Cooley LLP | Attn: J. Michael Kelly | | kellyjm@cooley.com |
| Cori Faerman | | | Email Address Redacted |
| Countrywide Sanitation Co | c/o Countrywide Sanitation Co | Attn: Seth | rachel@countrywidesanitation.com |
| Duke Energy Carolinas, LLC | Attn: Lynn Colombo | | lynn.colombo@duke-energy.com |
| Duke Energy Carolinas, LLC | c/o Haynsworth Sinkler Boyd, PA | Attn: Mary M. Caskey | mcaskey@hsblawfirm.com |
| Felker Construction Company Inc | Allan Felker | | allanfelker@optilink.us rebekahcope@optilink.us |
| Fishman Stewart PLLC | | | hstrebe@fishstewip.com |
| Florida SBA TTEE [David Andrew Michaels] | | | Email Address Redacted |
| Frontline Shredding Inc | | | bfrontline@att.net |
| Gravity Oilfield Services LLC | c/o General Counsel | Attn: Kevin Trautner | kevin.trautner@guty.com |
| GreatAmerica Financial Services Corporation [GreatAmerica Leasing Corporation] | Attn: Litigation Dept | | pupton@greatamerica.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (CML)

Page 1 of 2



**Exhibit D**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Greyline Partners LLC [IQ-EQ] | | | joann.heiser@iqeq.com |
| Greyline Partners, LLC [IQ-EQ] | Attn: Kevin Ryan Survance | | kevin.survance@iqeq.com |
| Harlin Dean | | | Email Address Redacted |
| Humphrey & Associates, Inc. | Attn: Randall Paul Humphrey | | randyh@teamhumphrey.com |
| Kentucky Department of Revenue | | | jenniferl.howard@ky.gov |
| Lake Effect Traffic LLC | Attn: Gene King | | gking@lakeeffecttrafficllc.com |
| LML Services, LLC dba FlowTX | Attn: Lucas Leavitt | | lleavitt@flowtx.com |
| LML Services, LLC dba FlowTx | c/o Law Offices of William B. Kingman, P.C. | Attn: William B. Kingman | bkingman@kingmanlaw.com |
| Logix Fiber Networks | c/o Logix Billing | Attn: Monique Sampson | monique.sampson@logix.com |
| Lone Star Corporation | | | ar@lonestarcorporation.com |
| Maddox Industrial Transformer, LLC | c/o Haynsworth Sinkler Boyd, PA | Attn: Mary M. Caskey, Esq. | mcaskey@hsblawfirm.com |
| Marble Community Water System | Attn: Dianne Chastain | | info@ncrwa.org |
| Marvin W. Meyer | | | Email Address Redacted |
| McDermott Will & Emery LLP | | | wire@mwe.com |
| Michael & Elizabeth Silbergleid | | | Email Address Redacted |
| Michael & Elizabeth Silbergleid TRS FBO Silverknight Group Inc 401k Plan FBO Michael Silbergleid | | | Email Address Redacted |
| Michael & Elizabeth Silbergleid TRS FBO Silverknight Group Inc 401k Roth Plan FBO Michael Silbergleid | | | Email Address Redacted |
| Moss Adams LLP | | | findley.gillespie@mossadams.com |
| MP2 Energy Texas LLC d/b/a Shell Energy Solutions | c/o MP2 Energy LLC (a Shell Subsidiary) | | legal@shellenergy.com |
| Murphy & Grantland, P.A. | Attn: Anthony W. Livoti | | awlivoti@murphygrantland.com |
| Neal Goldman | | | Email Address Redacted |
| Nebraska Department of Labor | c/o General Counsel | Attn: Katie S. Thurber | ndol.legal@nebraska.gov |
| Northern States Power Minnesota dba Xcel Energy | c/o Bankruptcy Department | | katie.miller@xcelenergy.com |
| Novo Construction, Inc. | Attn: Christina Fonseca | | cfonseca@novoconstruction.com |
| Oklahoma Gas and Electric Company | Attn: Ashley Fulk | | kernnd@oge.com fulkap@oge.com |
| Onyx Contractors Operations, LP | Attn: Christi Brown | | christi@onyxcontractors.com |
| ORGDEV Limited | Attn: Sam Elmore | | sam@orgdev.com |
| Quinn Emanuel Urquhart & Sullivan LLP | | | ashergriffin@quinnemanuel.com |
| Regulatory DataCorp, Inc. | | | macollections@moodys.com |
| Regulatory DataCorp, Inc. | Attn: Jennifer N Bromberg | | macollections@moodys.com jen.bromberg@moodys.com |
| Ricks Rental Equipment | Attn: Jason Henson | | staff@ricksrental.com |
| State of Nevada Department of Taxation | Attn: Dana M. Snow | | tax-bankruptcy@tax.state.nv.us |
| Texas Comptroller of Public Accounts on behalf of the State of Texas and Local Sales Tax Jurisdictions | c/o Office of the Attorney General | Attn: Catherine L. Coy Bankruptcy & Collections Division | bankruptcytax@oag.texas.gov |
| Texas Comptroller of Public Accounts on behalf of the State of Texas and Local Sales Tax Jurisdictions | c/o Revenue Accounting Div. | Attn: Catherine Ledesma Coy | bankruptcysection@cpa.texas.gov |
| Texas Comptroller of Public Accounts on behalf of the State of Texas and Local Sales Tax Jurisdictions | c/o Revenue Accounting Division | Attn: Bankruptcy | bankruptcysection@cpa.texas.gov |
| Thrasivoulos Dimitriou | | | Email Address Redacted |
| Todd DuChene | c/o Core Scientific, Inc. | Attn: President and Chief Legal Officer | tduchene@corescientific.com |
| Trinity Mining Group, Inc. | Attn: Parker Handlin | | parker@trinitymining.io |
| Truckload Connections | Attn: Don Cherry | | don@truckloadconnections.com |
| Uline | | | arbankruptcy@uline.com |
| XPDI Sponsor, LLC | Attn: John P. McGarrity | | jmcgarrity@xmscapital.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (CML)

Page 2 of 2