IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § | Case No. 22-90341 (CML) |
| Debtors[1] | § § § | (Jointly Administered) |

**NOTICE OF RATE INCREASE
PURSUANT TO ORDER AUTHORIZING RETENTION
AND EMPLOYMENT OF WEIL, GOTSHAL & MANGES LLP AS
ATTORNEYS FOR DEBTORS EFFECTIVE AS OF PETITION DATE**

**PLEASE TAKE NOTICE THAT**:

1. On January 15, 2023, Core Scientific, Inc. and its debtor subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed the *Application of Debtors for Authority to Retain and Employ Weil, Gotshal & Manges LLP as Attorneys for Debtors Effective as of Petition Date* (Docket No. 286) (the "**Weil Retention Application**").

2. On February 8, 2023, the Court entered the *Order Authorizing Retention and Employment of Weil, Gotshal & Manges LLP as Attorneys for Debtors Effective as of Petition Date* (Docket No. 504) (the "**Weil Retention Order**"). As disclosed in the Weil Retention Application, in the normal course of its business, Weil, Gotshal & Manges LLP ("**Weil**") adjusts its billing rates annually.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, Texas 78704.

3.  Pursuant to paragraph 7 of the Weil Retention Order, Weil is required to provide the Debtors, the U.S. Trustee, the Creditors' Committee, and the Equity Committee (the "**Notice Parties**") with 7 days' notice of any increase in its rates.  On December 11, 2023, Weil provided notice of the following rate increase to the Notice Parties:

| Weil Professional | Original Rate Range | Revised Rate Range |
|---|---|---|
| Partners and Counsel | $1,375 to $2,095 | $1,595 to $2,350 |
| Associates | $750 to $1,345 | $830 to $1,470 |
| Paraprofessionals | $295 to $530 | $350 to $595 |

4.  Effective January 1, 2024, Weil will increase its hourly rates and adopt the revised standard billing structure set forth above.

Dated: December 20, 2023
       Houston, Texas

Respectfully submitted,

 /s/ *Alfredo R. Pérez*
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Alfredo.Perez@weil.com
       Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Ray.Schrock@weil.com
       Ronit.Berkovich@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

**Certificate of Service**

    I hereby certify that on December 20, 2023 a true and correct copy of the foregoing document was served as provided by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                */s/ Alfredo R. Pérez*
                                                Alfredo R. Pérez