UNITED STATES BANKRUPTCY COURT                    SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (CML) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc. | |

This lawyer, who is admitted to the State Bar of _____ New York _____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Robert D. Drain<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West<br>New York, New York 10001<br>Telephone: (212) 735-3000<br>New York Bar No. 1990324 |
|---|---|

Seeks to appear as the attorney for this party:

| Skadden, Arps, Slate, Meagher & Flom LLP | |
|---|---|
| Dated: 12/20/23 | Signed: /s/ Robert D. Drain _____ |

| COURT USE ONLY: The applicant's state bar reports their status as: _____ . | |
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                         United States Bankruptcy Judge