UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| | § | CASE NO. 22-90341 |
| CORE SCIENTIFIC, INC., *et al.*, | § | |
| | § | |
| | § | (JOINTLY ADMINISTERED) |

**NOTICE OF WITHDRAW OF PROOF OF CLAIM**

1. Creditor MK Marlow Company, LLC, ("Marlow") files this Notice of Withdraw of Proof of Claim No. 84, 85, 91 and 514 (collectively "Claim").

2. Marlow has received payment and released the liens associated with the Claim and against Core and its interest in the Property and to further perfects its Lien under the law.

Dated: December 21, 2023

Respectfully submitted,

*/s/ Eric L. Scott*
Eric L. Scott
State Bar No. 24002919
Scott Viscuso, PLLC
1105 North Bishop Avenue
Dallas, TX 75208
Telephone:  214-289-2891
E-Mail:  escott@sv-legal.com

**ATTORNEYS FOR MK MARLOW COMPANY, LLC**

**CERTIFICATE OF SERVICE**

    I certify that on this the 21st day of December 2023, a true and correct copy of the foregoing was electronically filed utilizing the ECF filing procedures for the United States District Court for the Southern District of Texas.

    /s/ Eric L. Scott