UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| | § | CASE NO. 22-90341 |
| CORE SCIENTIFIC, INC., *et al.*, | § | |
| | § | |
| | § | (JOINTLY ADMINISTERED) |

**WITHDRAWAL OF NOTICE OF WITHDRAW OF PROOF OF CLAIM**

1. Creditor MK Marlow Company, LLC, ("Marlow") hereby withdraws its Notice of Withdraw of Proof of Claim (Doc. #1600) filed on December 21, 2023.

Respectfully submitted,

*/s/ Eric L. Scott*
Eric L. Scott
State Bar No. 24002919
Scott Viscuso, PLLC
1105 North Bishop Avenue
Dallas, TX 75208
Telephone:  214-289-2891
E-Mail:  escott@sv-legal.com

**ATTORNEYS FOR MK MARLOW COMPANY, LLC**

**CERTIFICATE OF SERVICE**

    I certify that on this the 21st day of December 2023, a true and correct copy of the foregoing was electronically filed utilizing the ECF filing procedures for the United States District Court for the Southern District of Texas.

    /s/ Eric L. Scott