UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| | § | CASE NO. 22-90341 |
| CORE SCIENTIFIC, INC., *et al.*, | § | |
| | § | |
| | § | (JOINTLY ADMINISTERED) |

## NOTICE OF WITHDRAW OF PROOF OF CLAIM

1. Creditor MK Marlow Company, LLC, ("Marlow") files this Notice of Withdraw of Proof of Claim Nos. 4 (filed in Case No. 22-90343), 18, 19, 84, 85, 91 and 514 (collectively "Claim").

2. Marlow has received a payment and released the liens associated with the Claim.

Dated: December 21, 2023

Respectfully submitted,

/s/ *Eric L. Scott*
Eric L. Scott
State Bar No. 24002919
Scott Viscuso, PLLC
1105 North Bishop Avenue
Dallas, TX 75208
Telephone: 214-289-2891
E-Mail: escott@sv-legal.com

**ATTORNEYS FOR MK MARLOW COMPANY, LLC**

**CERTIFICATE OF SERVICE**

    I certify that on this the 21st day of December 2023, a true and correct copy of the foregoing was electronically filed utilizing the ECF filing procedures for the United States District Court for the Southern District of Texas.

    /s/ Eric L. Scott