IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CORE SCIENTIFIC, *et al.*,[1] | ) ) ) | Case No. 22-90341 (CML) |
| Debtors. | ) ) ) | (Jointly Administered) Re: Docket No. 1429 |

**CERTIFICATE OF NO OBJECTION
REGARDING THIRD INTERIM FEE APPLICATION OF
WILLKIE FARR & GALLAGHER LLP FOR COMPENSATION
OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE PERIOD JULY 1, 2023 THROUGH SEPTEMBER 30, 2023**

1. On November 15, 2023, Willkie Farr & Gallagher LLP (the "Applicant") filed the *Third Interim Fee Application of Willkie Farr & Gallagher LLP for Compensation of Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period July 1, 2023 through September 30, 2023* [Docket No. 1429] (the "Willkie Interim Fee Application"), with a proposed order granting the relief requested in the Willkie Interim Fee Application annexed thereto (the "Proposed Order"). Objections to the Willkie Interim Fee Application were required to be filed and served on or prior to December 6, 2023 (the "Objection Deadline").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

- 2 -

2. In accordance with paragraph 44 of the *Procedures for Complex Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (a) the Objection Deadline has passed, (b) the undersigned counsel is unaware of any objection to the Willkie Interim Fee Application, and (c) the undersigned counsel has reviewed the Court's docket and no objection to the Willkie Interim Fee Application appears thereon.

3. Therefore, the Applicant respectfully requests entry of the Proposed Order annexed hereto as **Exhibit A**.

[*Remainder of page intentionally left blank*]

Dated:   Houston, Texas
         December 22, 2023

        Respectfully Submitted,

        **WILLKIE FARR & GALLAGHER LLP**

        By: /s/ Jennifer J. Hardy
        Jennifer J. Hardy (Texas Bar No. 24096068)
        600 Travis Street
        Houston, Texas 77002
        Telephone: 713-510-1700
        Facsimile: 713-510-1799
        Email: jhardy2@willkie.com

        **AND**

        Brett H. Miller (admitted *pro hac vice*)
        Todd M. Goren (admitted *pro hac vice*)
        James H. Burbage (admitted *pro hac vice*)
        787 Seventh Avenue
        New York, New York 10019
        Telephone: 212-728-8000
        Facsimile: 212-728-8111
        Email: bmiller@willkie.com
               tgoren@willkie.com
               jburbage@willkie.com

        *Counsel for the Official Committee of Unsecured Creditors*

**Certificate of Service**

      I certify that on December 22, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                           By: /s/ Jennifer J. Hardy
                                 Jennifer J. Hardy