IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*, | § | Case No. 22-90341 (CML) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.¹ | § | |

**CERTIFICATE OF SERVICE**

I, James Nguyen-Phan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On December 22, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Debtors' Motion for Entry of an Order (I) Authorizing (A) Assumption of McCarthy Contracts, as Amended in Accordance with the Settlement Agreement and (B) Entry Into the Settlement Agreement, and (II) Granting Related Relief** (Docket No. 1580)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: December 26, 2023

        */s/ James Nguyen-Phan*
James Nguyen-Phan
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 949-404-4152
Email: TeamCoreScientific@stretto.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Special Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, TX 78704.

# **<u>Exhibit A</u>**



# Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| ABLe Communications, Inc. | c/o Forshey & Prostok, LLP | 777 Main Street | Suite 1550 | Fort Worth | TX | 76102 |
| BURNCO Texas LLC | | 8505 Freeport Parkway, Suite 190 | | Irving | TX | 75063 |
| Housley Communications, Inc. | c/o Carter, Boyd, Lisson & Hohsensee | Attn: Jeffrey S. Lisson | 515 West Harris Ave, Ste 100 | San Angelo | TX | 76903 |
| Imperial Fire Protection, LLC | Attn: Jonathan Marshall | 2615 E. Southlake Boulevard, Suite 200 | | Southlake | TX | 76092 |
| McCarthy Building Companies, Inc. | Attn: Jennifer L. Kneeland | 1765 Greensboro Station Place, Ste. 1000 | | McLean | VA | 22102 |
| McCorvey Sheet Metal Works, LP | | 8171 Jim Christal Road | | Denton | TX | 76207 |
| North Texas Contracting | Attn: Zach Fusilier | 4999 Keller Haslet Road | | Fort Worth | TX | 76244 |
| Pillar Electric Group, LP | | 2703 Telecom Parkway | Suite 120 | Richardson | TX | 75082 |
| Power Engineering Services, Inc. | | 9179 Shadow Creek Ln | | Converse | TX | 78109 |
| RPM xConstruction, LLC | Attn: Ruben Rosales | 6500 Meyer Way, Suite 100 | | McKinney | TX | 75070 |
| Sure Steel - Texas, LP | c/o Sure Steel Inc. | Attn: Brian Tingey | 7528 Cornia Dr | South Weber | UT | 84405 |
| Way Mechanical | | 8171 Jim Christal Road | | Denton | TX | 76207 |

# **Exhibit B**



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| ABLe Communications, Inc. | c/o Forshey & Prostok, LLP | | dross@forsheyprostok.com |
| Housley Communications, Inc. | c/o Carter, Boyd, Lisson & Hohsensee | Attn: Jeffrey S. Lisson | jlisson@carterboyd.com |
| Imperial Fire Protection, LLC | Attn: Jonathan Marshall | | marshall@mpplegal.com |
| McCarthy Building Companies, Inc. | Attn: Jennifer L. Kneeland | | jkneeland@watttieder.com |
| North Texas Contracting | Attn: Zach Fusilier | | ssowell@winstead.com<br>plamberson@winstead.com |
| Sure Steel - Texas, LP | c/o Sure Steel Inc. | Attn: Brian Tingey | btingey@suresteel.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (CML)

Page 1 of 1