IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.,* | § § § | Case No. 22-90341 (CML) |
| Debtors.[1] | § § § § | (Jointly Administered) Re: Docket No. 1528 and 1536 |

**NOTICE OF FILING OF SECOND AMENDED PLAN SUPPLEMENT
IN CONNECTION WITH FOURTH AMENDED JOINT CHAPTER 11
PLAN OF CORE SCIENTIFIC, INC. AND ITS AFFILIATED DEBTORS**

**PLEASE TAKE NOTICE THAT**:

1. On December 21, 2022, Core Scientific, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), each commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**").

2. On November 17, 2023, the Bankruptcy Court entered the *Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan; (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing; (III) Establishing Solicitation and Voting Procedures; (IV) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan;*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, Texas 78704.

*(V) Approving Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (VI) Approving Notice Procedures for Reinstatement of Claims; (VII) Establishing Rights Offering Procedures; and (VIII) Granting Related Relief* (Docket No. 1447) (the "**Disclosure Statement Order**"), authorizing the Debtors to solicit acceptances for the *Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors*, filed on November 16, 2023 (Docket No. 1438) (including any exhibits and schedules thereto, the "**Third Amended Plan**"),[2] and approving procedures for soliciting, receiving, and tabulating votes on the Third Amended Plan and for filing objections to the Third Amended Plan.

3. On December 8, 2023, the Debtors filed the *Notice of Filing of Plan Supplement in Connection with Third Amended Joint Chapter 11 Plan of Core Scientific, Inc., and Its Affiliated Debtors* (Docket No. 1528) (including any exhibits and schedules thereto and as modified, amended, or supplemented, the "**Plan Supplement**").

4. On December 11, 2023, the Debtors filed the *Notice of Filing of Amended Plan Supplement in Connection with Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors* (Docket No. 1536).

5. On December 26, 2023, the Debtors filed the *Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors* (Docket No. 1622) (including any exhibits and schedules thereto and as may be modified, amended, or supplemented, the "**Plan**").

6. In accordance with the Plan and Disclosure Statement Order, the Debtors hereby file the following exhibits to the Plan Supplement, which replace and supersede all prior-filed versions of such documents, as applicable:

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

| | |
|---|---|
| **Exhibit N** | **Schedule of Allowed General Unsecured Claims** |

7. The documents contained in the Plan Supplement, including this amendment, are integral to, and are considered part of, the Plan. These documents have not yet been approved by the Bankruptcy Court. If the Plan is confirmed, the documents contained in this Plan Supplement will be approved by the Bankruptcy Court pursuant to the Confirmation Order.

8. A hearing to consider confirmation of the Plan and final approval of the Disclosure Statement is currently proposed to begin on **Tuesday, January 16, 2024 at 10:00 a.m. (Central Time)** before the Bankruptcy Court (the "**Combined Hearing**"), subject to Bankruptcy Court approval. The Combined Hearing may be adjourned from time to time, without further notice other than by filing a notice on the Bankruptcy Court's docket indicating such adjournment and/or announcement of the adjourned date(s) at the Combined Hearing.

9. Copies of the exhibits contained in this Plan Supplement, and all documents filed in these chapter 11 cases, including the Plan and Disclosure Statement, are available free of charge by visiting https://cases.stretto.com/CoreScientific. You may also obtain copies of the pleadings by visiting the Bankruptcy Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

Dated: December 27, 2023
       Houston, Texas

Respectfully submitted,

  /s/  Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:  Alfredo.Perez@weil.com
       Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Email:  Ray.Schrock@weil.com
       Ronit.Berkovich@weil.com

*Attorneys for Debtors
and Debtors in Possession*

## Certificate of Service

I hereby certify that on December 27, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                              /s/ Alfredo R. Pérez
                                                              Alfredo R. Pérez

# **Exhibit N**

## Schedule of Allowed General Unsecured Claims

**Exhibit N**

**Schedule of Allowed General Unsecured Claims**

In accordance with sections 1.10, 1.287, 4.8(b), and 4.9 (b) of the *Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors* (Docket No. 1622) (including any exhibits and schedules thereto, and as may be modified, amended, or supplemented, the "**Plan**"),[1] the Debtors hereby file this schedule of Allowed General Unsecured Claims and Allowed Convenience Claims, which lists the General Unsecured Claims and Convenience Claims to be Allowed on the Effective Date and the amounts in which such Claims are to be Allowed pursuant to the Plan (the "**Schedule of Allowed General Unsecured Claims**").

**Holders of General Unsecured Claims in Class 8A and Holders of Convenience Claims in Class 8B are advised to carefully review the information contained herein and the related provisions of the Plan.**

In accordance with section 4.8(b) of the Plan, each General Unsecured Claim listed on the Schedule of Allowed General Unsecured will be Allowed on the Effective Date pursuant to section 506(a) of the Bankruptcy Code in the applicable amount set forth on the Schedule of Allowed General Unsecured Claims. Each General Unsecured Claim not listed on the Schedule of Allowed General Unsecured Claims (the "**Disputed Claims**") shall be resolved in accordance with Article VII of the Plan. All Holders of Allowed General Unsecured Claims shall receive the treatment afforded to such Holders pursuant to section 4.8 of the Plan.

In accordance with section 4.9(b) of the Plan, each Convenience Claim listed on the Schedule of Allowed General Unsecured Claims will be Allowed on the Effective Date in the applicable amount set forth on the Schedule of Allowed General Unsecured Claims. All Holders of Allowed Convenience Claims shall receive the treatment afforded to such Holders pursuant to section 4.9 of the Plan.

Except insofar as a Claim is Allowed under the Plan or was Allowed prior to the Effective Date, the Debtors or Reorganized Debtors, as applicable, shall have and retain any and all rights and defenses such Debtor has with respect to any Disputed Claim. Any objections to Claims shall be served and Filed on or before the Claim Objection Deadline. All Disputed Claims not objected to by the end of such period shall be deemed Allowed unless such period is extended upon approval of the Bankruptcy Court.

Any Holder who disagrees with the amount of such Holder's Allowed General Unsecured Claim or Allowed Convenience Claim as set forth in the Schedule of Allowed General Unsecured Claims must timely File an objection to the Plan prior to **January 11, 2024 at 5:00 p.m. (prevailing Central Time)** (the "**Proposed Plan Objection Deadline**").[2] Any failure of a Holder of a General Unsecured Claim or Convenience Claim to timely File an objection prior to the Proposed Plan Objection Deadline will result in such Holder's Claim being Allowed in the amount set forth on the Schedule of Allowed General Unsecured Claims.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

[2] The Debtors' Proposed Plan Objection Deadline is subject to Bankruptcy Court approval.

**The Debtors reserve all rights to amend, revise, or supplement this Exhibit N to the Plan Supplement, and any of the designations contained herein, at any time before the Effective Date, or any such other date as may be provided for by the Plan or by order of the Bankruptcy Court.**

## Schedule of Allowed General Unsecured Claims

In re Core Scientific, Inc., *et al.*
Case No. 22-90341 (CML), Jointly Administered

| COUNT | NAME[3] | CLAIM NUMBER | PRE-PETITION CLAIM AMOUNT | POST-PETITION INTEREST[1] | ALLOWED GENERAL UNSECURED CLAIM (TOTAL FILED CLAIM AMOUNT PLUS POST-PETITION INTEREST)[1] | ALLOWED CONVENIENCE CLAIM (TOTAL FILED CLAIM AMOUNT PLUS POST-PETITION INTEREST)[1] |
|---|---|---|---|---|---|---|
| 1. | BRF Finance Co., LLC | 328 | N/A | N/A | $39,188,152[4] | |
| 2. | MP2 Energy Texas, LLC d/b/a Shell Energy Solutions | 372 | N/A | N/A | $12,315,478[4] | |
| 3. | Sphere 3D Corp.[5] | 358 | N/A | N/A | $10,000,000 | |
| 4. | B. Riley Commercial Capital, LLC | 327 | N/A | N/A | $9,797,038[4] | |
| 5. | Foundry Digital LLC [DCG Foundry LLC] | 360, 361 | N/A | N/A | $5,500,000[3] | |
| 6. | Duke Energy Carolinas, LLC | 27 | N/A | N/A | $4,338,451[4] | |
| 7. | Cooley LLP | 40 | N/A | N/A | $3,112,960[4] | |
| 8. | LML Services, LLC dba FlowTx | 29 | N/A | N/A | $1,318,795[4] | |
| 9. | Moss Adams LLP | 28 | $669,689 | $33,866 | $703,555 | |
| 10. | Convergint Technologies LLC | 479 | $460,000 | $24,165 | $502,015 | |
| 11. | Jonathan Barrett | 448 | $425,000 | $21,492 | $446,492 | |
| 12. | AAF International | 493 | $266,468 | $13,475 | $279,943 | |
| 13. | Novo Construction, Inc. | 209 | $259,981 | $13,147 | $273,128 | |
| 14. | ComNet Communications LLC | 139 | $247,937 | $12,538 | $260,475 | |
| 15. | Quinn Emanuel Urquhart & Sullivan LLP | 244 | N/A | N/A | $300,357[4] | |
| 16. | Trinity Mining Group, Inc. | 411 | N/A | N/A | $261,442[4] | |
| 17. | Consilio LLC | 228 | N/A | N/A | $199,516[4] | |
| 18. | M. Arthur Gensler Jr. & Associates, Inc. a.k.a. Gensler | 486 | $104,110 | $35,889 | $139,999 | |
| 19. | Marnoy Interests, Ltd d/b/a OP | 419 | $97,274 | $4,919 | $102,193 | |
| 20. | Bergstrom Electric | 02424068 | $89,929 | $4,548 | $94,477 | |
| 21. | Onyx Contractors Operations, LP | 134 | $82,945 | $4,194 | $87,140 | |
| 22. | Delcom, Inc. | 422 | $81,630 | $4,128 | $85,758 | |
| 23. | McDermott Will & Emery LLP | 66 | $54,834 | $2,773 | $57,606 | |
| 24. | Hutchison & Steffen, PLLC | 309 | $48,772 | $2,466 | $51,238 | |
| 25. | Morgan, Lewis & Bockius LLP | 599 | $35,580 | $1,799 | $37,379 | |
| 26. | Fishman Stewart PLLC | 266 | $35,200 | $1,780 | $36,980 | |
| 27. | Eaton Corporation | 332 | $32,680 | $1,653 | $34,333 | |
| 28. | Carey Olsen Cayman Limited [CO Services Cayman Limited] | 58 | $32,638 | $1,650 | $34,288 | |
| 29. | Lattice | 02424025 | $16,053 | $812 | $16,864 | |
| 30. | TY Properties | 02424119 | $15,610 | $789 | $16,400 | |
| 31. | Averitt Express | 16 | $15,057 | $761 | $15,819 | |
| 32. | Truckload Connections | 15 | $14,873 | $752 | $15,625 | |
| 33. | Gravity Oilfield Services LLC | 32 | $13,440 | $680 | $14,120 | |
| 34. | GreatAmerica Financial Services Corporation [GreatAmerica Leasing Corporation] | 14 | $12,668 | $641 | $13,308 | |
| 35. | Lake Effect Traffic LLC | 02424080 | $12,090 | $611 | $12,701 | |
| 36. | Apex Logistics International Inc. | 02424030 | $12,010 | $607 | $12,617 | |
| 37. | Felker Construction Company Inc | 264 | $11,933 | $603 | $12,536 | |
| 38. | ORGDEV Limited | 95 | $10,000 | $506 | $10,506 | |
| 39. | CRG Financial LLC (As Assignee of Ricks Rental Equipment) | 485 | $9,847 | $498 | $10,345 | |
| 40. | Uline | 2 | $9,282 | $469 | | $9,752 |
| 41. | Proctor Management[6] | 02424107 | $9,000 | $455 | | $9,455 |
| 42. | BitAlpha, Inc. [Bitwave] | 631 | $8,750 | $442 | | $9,192 |
| 43. | Shermco Industries, Inc | 02424046 | $8,154 | $412 | | $8,566 |
| 44. | American Security and Protection Service LLC | 02424092 | $8,071 | $408 | | $8,479 |
| 45. | EvoTek | 02424037 | $7,969 | $403 | | $8,372 |
| 46. | Greyline Partners, LLC [IQ-EQ] | 25 | $6,000 | $303 | | $6,303 |
| 47. | Dallas County | 26 | $5,021 | $254 | | $5,275 |
| 48. | Donnelley Financial Solutions | 02424043 | $4,894 | $247 | | $5,141 |
| 49. | American Paper & Twine Co | 33 | $4,779 | $242 | | $5,021 |
| 50. | M & S Patterson, Inc | 10 | $4,610 | $233 | | $4,843 |
| 51. | Regulatory DataCorp, Inc. | 217 | $4,323 | $219 | | $4,542 |
| 52. | A to Z Pest Control & Services | 38 | $3,530 | $179 | | $3,709 |
| 53. | Calvert City Municipal Water and Sewer | 272 | $3,529 | $178 | | $3,707 |
| 54. | Bitwave | 02424105 | $3,500 | $177 | | $3,677 |
| 55. | Data Sales Co Inc | 02424042 | $3,064 | $155 | | $3,219 |
| 56. | Logix Fiber Networks | 20 | $2,984 | $151 | | $3,135 |
| 57. | Jackson Purchase Energy Corporation | 02424085 | $2,437 | $123 | | $2,560 |
| 58. | Lone Star Corporation | 24 | $2,158 | $109 | | $2,267 |
| 59. | Tangent Energy Solutions Inc | 02424067 | $2,000 | $101 | | $2,101 |
| 60. | Microsoft Corporation | 339 | $1,699 | $86 | | $1,785 |
| 61. | Grubhub Holdings Inc | 02424097 | $1,591 | $80 | | $1,671 |
| 62. | Grand Forks Utility Billing | 02424051 | $1,530 | $77 | | $1,608 |
| 63. | Northern States Power Minnesota dba Xcel Energy | 6 | $1,177 | $60 | | $1,237 |
| 64. | AT&T | 02424135 | $1,139 | $58 | | $1,197 |
| 65. | Optilink | 02424095 | $1,058 | $54 | | $1,112 |

**Schedule of Allowed General Unsecured Claims**

In re Core Scientific, Inc., *et al.*
Case No. 22-90341 (CML), Jointly Administered

| COUNT | NAME[3] | CLAIM NUMBER | PRE-PETITION CLAIM AMOUNT | POST-PETITION INTEREST[1] | ALLOWED GENERAL UNSECURED CLAIM (TOTAL FILED CLAIM AMOUNT PLUS POST-PETITION INTEREST)[1] | ALLOWED CONVENIENCE CLAIM (TOTAL FILED CLAIM AMOUNT PLUS POST-PETITION INTEREST) |
|---|---|---|---|---|---|---|
| 66. | FedEx | 02424127 | $797 | $40 | | $837 |
| 67. | Dockery Auto Parts | 02424074 | $758 | $38 | | $796 |
| 68. | Prime Mowing and Property Management LLC | 02424117 | $750 | $38 | | $788 |
| 69. | Cherokee Rental, Inc. | 35 | $722 | $36 | | $758 |
| 70. | Level 3 Communications LLC | 02424063 | $701 | $35 | | $737 |
| 71. | Kesco Air Inc | 02424104 | $680 | $34 | | $714 |
| 72. | Salary.com LLC | 02424057 | $631 | $32 | | $663 |
| 73. | Water Works C&R, LLC | 02424069 | $592 | $30 | | $622 |
| 74. | Countrywide Sanitation Co | 02424137 | $577 | $29 | | $606 |
| 75. | Murphy & Grantland, P.A. | 17 | $480 | $24 | | $504 |
| 76. | Rhode Island Division of Taxation | 627 | $403 | $20 | | $423 |
| 77. | C.H. Robinson Worldwide, Inc. | 113 | $398 | $20 | | $418 |
| 78. | Carpet Capital Multi-System Inc | 02424077 | $395 | $20 | | $415 |
| 79. | Bearden Industrial Supply | 02424109 | $354 | $18 | | $372 |
| 80. | Eagle Promotions | 02424076 | $295 | $15 | | $310 |
| 81. | Austin Professional Cleaning Services, LLC | 02424126 | $261 | $13 | | $274 |
| 82. | Waterlogic Americas LLC | 02424138 | $210 | $11 | | $220 |
| 83. | Commercial Plumbers Supply | 02424108 | $203 | $10 | | $213 |
| 84. | Carpet Capital Fire Protection Inc | 02424094 | $200 | $10 | | $210 |
| 85. | Mountain Top Ice | 02424083 | $184 | $9 | | $193 |
| 86. | Mobile Modular Portable Storage | 02424114 | $135 | $7 | | $142 |
| 87. | Pye-Barker Fire and Safety LLC | 02424082 | $118 | $6 | | $124 |
| 88. | Frontline Shredding Inc | 614 | $100 | $5 | | $105 |
| 89. | Nebraska Department of Labor | 22 | $95 | $5 | | $100 |
| 90. | EPB of Chattanooga | 02424130 | $92 | $5 | | $96 |
| 91. | Lisa Ragan Customs Brokerage | 02424139 | $90 | $5 | | $95 |
| 92. | JBM Office Solutions | 02424115 | $78 | $4 | | $82 |
| 93. | Marble Community Water System | 02424136 | $63 | $3 | | $66 |
| 94. | Interstate Welding and Steel Supply | 02424102 | $57 | $3 | | $60 |
| 95. | Alpha Waste Disposal Inc | 02424129 | $56 | $3 | | $59 |
| 96. | State of Tennessee Department of Revenue | 02424153 | $22 | $1 | | $23 |
| 97. | Financial Accounting Standards Board/Governmental Accounting Standards Board | 02424120 | $9 | $0 | | $9 |
| | Total | | | | $89,710,030 | $128,960 |

[1] The amounts appearing in this column represent Post-Petition Interest at the Federal Judgement Rate of 4.64% through 1/22/2024.

[2] Does not include (i) Miner Equipment Lender Deficiency Claims, which may be found on Exhibit J to the Plan or (ii) Claims related to executory contracts that the Debtors intend to assume pursuant to the Plan or otherwise settled.

[3] This amount reflects the agreed amount of the Allowed General Unsecured Claim based on a settlement in principle between Foundry Digital LLC and the Debtors, and not the total filed claim amount, which is in the amount of not less than $18,404,990.08 plus interest.

[4] The Allowed General Unsecured Claims for each of these claims are part of the global mediated settlement (the "Mediated Settlement") between the Debtors, the Official Committee of Unsecured Creditors and its members, B. Riley, the Ad Hoc Noteholder Group, and the Official Committee of Equity Holders and its members. The Mediated Settlement resolved, among other issues, the applicable claim amounts for these holders and is subject to the occurrence of the Effective Date

[5] This amount reflects the agreed amount of the Allowed General Unsecured Claim based on a settlement in principle between Sphere 3D Corp. and the Debtors and not the total filed claim amount.

[6] Plan to allow Pre-Petition invoices under future Rejection Damages claim.