

United States Courts
Southern District of Texas
FILED

DEC 26 2023

Nathan Ochsner, Clerk of Court

December 19, 2023

United States Bankruptcy Court
Southern District of Texas
Houston Division
515 Rusk Street
Houston, TX 77002

RE: Docket No. 899 Response to Omnibus Objection

   a) United States Bankruptcy Court, Southern District of Texas, Houston Division
      Core Scientific, Inc. Case No. 22-90341
      Omnibus Objection: Wrong Debtor
      Claim No. 15

   b) We agree and request that our claim be modified to reflect the Proposed Debtor as shown in Schedule 5 Wrong Debtor Claims. Proposed Debtor name is Core Scientific Operating Company Amount $14,872.87. Case No. 22-90343

   c) Don Cherry, Truckload Connections, 3270 Hampton Ave, St. Louis, MO 63139, 314-481-4022 or 314-518-5222, don@truckloadconnections.com and alisa@truckloadconnections.com

Respectfully,

Don Cherry
Owner



SAINT LOUIS MO 630
20 DEC 2023 PM 4 L

United States Bankruptcy Court
Southern District of Texas
Houston Division
515 Rusk Street
Houston, TX 77002

77002-25258

United States Courts
Southern District of Texas
FILED

DEC 26 2023

Nathan Ochsner, Clerk of Court



3270 Hampton Ave.
St. Louis, MO 63139