| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

### MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (CML) |
|---|---|---|---|
| Debtor | In Re: | CORE SCIENTIFIC, INC., ET AL. | |

This lawyer, who is admitted to the State Bar of __California__:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Chase A. Stone<br>ERVIN COHEN & JESSUP LLP<br>9401 Wilshire Boulevard, Twelfth Floor<br>Beverly Hills, California 90212-2974<br>(310) 281-6369<br>California SBN 335228 |
|---|---|

Seeks to appear as the attorney for this party:

| (1) Charles Basil; (2) Mitchell Edwards (Joint Representation) ||
|---|---|
| Dated: 12/22/2023 | Signed: /s/ Chase A. Stone |

---

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                         United States Bankruptcy Judge