United States Bankruptcy Court
Southern District of Texas

**ENTERED**

December 26, 2023

Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CORE SCIENTIFIC, INC. *et al.*,[1] | ) Case No. 22-90341 (CML) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**ORDER GRANTING THIRD INTERIM FEE APPLICATION OF WILLKIE FARR & GALLAGHER LLP FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JULY 1, 2023 THROUGH SEPTEMBER 30, 2023**

The Court has considered the *Third Interim Fee Application of Willkie Farr & Gallagher LLP for Compensation of Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period July 1, 2023 through September 30, 2023* (the "Application") filed by Willkie Farr & Gallagher LLP (the "Applicant"). The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of expenses in the total amount of $1,204,199.18 for the period as set forth in the Application.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

2. The Debtors are authorized and directed to pay the Applicant any unpaid amounts allowed by paragraph 1 of this Order.

]

Signed: December 26, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 22-90341-cml |
| Core Scientific, Inc. | Chapter 11 |
| Official Committee of Unsecured Creditor | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 9 |
| Date Rcvd: Dec 26, 2023 | Form ID: pdf002 | Total Noticed: 57 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | American Property Acquisition, LLC, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | American Property Acquisitions I, LLC, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | American Property Acquisitions VII, LLC, 210 Barton Springs Road, Suite 300, Austiin, TX 78704-1251 |
| db | + | Core Scientific Acquired Mining LLC, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | Core Scientific Mining LLC, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | Core Scientific Operating Company, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | Core Scientific Specialty Mining (Oklahoma) LLC, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | Core Scientific, Inc., 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | RADAR LLC, 210 Barton Springs Road, Suite 300, Austiin, TX 78704-1251 |
| db | + | Radar Relay, Inc., 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | Starboard Capital LLC, 210 Barton Springs Road, Suite 300, Austiin, TX 78704-1251 |
| aty | + | Allegra Bianchini, Hogan Lovells US LLP, 390 Madison Ave., New York, NY 10017-2507 |
| aty | + | Dennis Tracey, Hogan Lovells US LLP, 390 Madison Ave., New York, NY 10017-2507 |
| aty | + | Richard L. Wynne, Hogan Lovells US LLP, 1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067-6047 |
| aty | + | Sara Posner, Hogan Lovells US LLP, 390 Madison Ave., New York, NY 10017-2507 |
| aty | + | Scott A. Zuber, Chiesa Shahinian & Giantomasi PC, 105 Eisenhower Parkway, Roseland, 07068, NJ 07068-1640 |
| cr | + | Allegheny Casualty Company, c/o Chiesa Shahinian & Giantomasi PC, 105 Eisenhower Parkway, Attn: Scott Zuber, Esq., Roseland, NJ 07068 UNITED STATES 07068-1640 |
| cr | + | Argo Partners, 12 West 37th Street, Ste. 900, New York, NY 10018-7381 |
| trnsfee | + | B. Riley Securities, Inc., 11100 Santa Monica Blvd., Suite 800, Los Angeles, CA 90025-3979 |
| intp | + | Board of Directors of Core Scientific, Inc., c/o Peter C. Lewis, Scheef & Stone, L.L.P., 500 North Akard Street, Suite 2700, Dallas, TX 75201-3306 |
| cr | + | CRG Financial LLC, 84 Herbert Avenue, Building B, Suite 202, Closter, NJ 07624 UNITED STATES 07624-1313 |
| intp | + | Condair Inc., c/o John S. Collins, Vorys, Sater, Seymour and Pease LLP, 909 Fannin, Suite 2700, Houston, TX 77010-1009 |
| cr | + | Dalton Utilities, Howley Law PLLC, 711 Louisiana Street, Ste. 1850, Houston, TX 77002-2790 |
| cr | + | Dennis Powers, 362 S. Clarkson St., Denver, CO 80209-2126 |
| cr | + | Harco National Insurance Company, c/o Chiesa Shahinian & Giantomasi PC, 105 Eisenhower Parkway, Attn: Scott Zuber, Esq., Roseland, NJ 07068 UNITED STATES 07068-1640 |
| cr | + | Harlin Dean, Attn: Hudson M. Jobe, 2001 Bryan Street, Suite 1800, Dallas, TX 75201 UNITED STATES 75201-3070 |
| cr | + | Indigo Direct Lending, LLC, c/o Ross, Smith & Binford, PC, Attn: Frances A. Smith, 700 N. Pearl Street, Suite 1610 Dallas, TX 75201-7459 |
| cr | + | International Fidelity Insurance Company, c/o Chiesa Shahinian & Giantomasi PC, 105 Eisenhower Parkway, Attn: Scott Zuber, Esq., Roseland, NJ 07068 UNITED STATES 07068-1640 |
| cr | + | J.W. Didado Electric, LLC, c/o Leonard I. Pataki, Quanta Services, 4500 S. Garnett Road, Suite 100, Tulsa, OK 74146-5221 |
| cr | + | LV.NET, LLC, 1221 S. Casino Center Blvd., Las Vegas, NV 89104, UNITED STATES 89104-1015 |
| cr | + | Maddox Industrial Transformer, LLC, c/o Mary M. Caskey, Esq., Haynsworth Sinkler Boyd, PA, PO Box 11889, Columbia, SC 29211-1889 |
| intp | + | McCarthy Building Companies, Inc., c/o Watt, Tieder, Hoffar & Fitzgerald, L, 1765 Greensboro Station Place, Suite 1000, McLean, VA 22102-3468 |
| intp | + | Michael G. Patton, 15 Jessica Rae Lane, Fredericksburg, VA 22405-5774 |
| cr | + | North Mill Equipment Finance LLC, c/o Padfield & Stout, LLP, Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| cr | + | North Texas Contracting, Inc., PO Box 468, Keller, TX 76244-0468 |
| cr | + | Pescadero Capital, LLC, Building LAW/JB, 700 Universe Blvd, Juno Beach, FL 33408, UNITED STATES 33408-2657 |
| cr | + | Quinn Emanuel Urquhart & Sullivan, LLP, c/o Asher Griffin, 300 W 6th Street, Suite 2010, Austin, TX 78701 UNITED STATES 78701-3901 |
| cr | + | Tanmar Rentals, LLC, c/o Wells & Cuellar, P.C., 440 Louisiana Suite 718, Houston, TX 77002, UNITED STATES 77002-1058 |

Case 22-90341   Document 1643   Filed in TXSB on 12/28/23   Page 4 of 11

| District/off: 0541-4 | User: ADIuser | Page 2 of 9 |
|---|---|---|
| Date Rcvd: Dec 26, 2023 | Form ID: pdf002 | Total Noticed: 57 |

| | | |
|---|---|---|
| cr | + | Ted Farmer VFS LLC, c/o Ted C. Farmer, Esq., Suite 395 East, 41000 Woodward Avenue, Bloomfield Hills, MI 48304-5130 |
| cr | + | Tenaska Power Services Co., c/o Ross & Smith, P.C., Attn: Jason Binford, 2003 N. Lamar Blvd., Suite 100 Austin, TX 78705-4932 |
| intp | + | U.S. Bank National Association, as Prepetition Not, c/o Shipman & Goodwin LLP, One Constitution Plaza, Hartford, CT 06103-1803 |
| cr | + | c/o James Bailey Esq Gaylor Electric, Inc., d/b/a, Bradley Arant Boult Cummings LLP, One Federal Place, 1819 5th Ave. N, Birmingham, AL 35203-2119 |

TOTAL: 42

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ahochheiser@mauricewutscher.com | Dec 26 2023 21:05:00 | AmTrust North America, Inc. on behalf of Associate, c/o Maurice Wutscher LLP, 23611 Chagrin Blvd. Suite 207, Beachwood, OH 44122-5540 |
| cr | + | Email/Text: beanland@mssattorneys.com | Dec 26 2023 21:05:00 | BEAM Concrete Construction, Inc., c/o Misti L. Beanland, 8131 LBJ Freeway, Suite 700, Dallas, TX 75251-1352 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Dec 26 2023 21:06:00 | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o John K. Turner, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| cr | ^ | MEBN | Dec 26 2023 21:02:48 | GEM Mining 1, LLC, c/o Evan N. Parrott, 11 North Water Street, Suite 24290, Mobile, AL 36602-5024 |
| cr | ^ | MEBN | Dec 26 2023 21:02:47 | GEM Mining 2, LLC, c/o Evan N. Parrott, 11 North Water Street, Suite 24290, Mobile, AL 36602-5024 |
| cr | ^ | MEBN | Dec 26 2023 21:02:46 | GEM Mining 2B, LLC, c/o Evan N. Parrott, 11 North Water Street, Suite 24290, Mobile, AL 36602-5024 |
| cr | ^ | MEBN | Dec 26 2023 21:02:45 | GEM Mining 3, LLC, c/o Evan N. Parrott, 11 North Water Street, Suite 24290, Mobile, AL 36602-5024 |
| cr | ^ | MEBN | Dec 26 2023 21:02:44 | GEM Mining 4, LLC, c/o Evan N. Parrott, 11 North Water Street, Suite 24290, Mobile, AL 36602-5024 |
| cr | | Email/Text: sanantonio.bankruptcy@publicans.com | Dec 26 2023 21:05:00 | Ward County, 112 E Pecan Street, Suite 2200, San Antonio, TX 78205 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Dec 26 2023 21:05:00 | Meridian Equipment Finance, LLC, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| cr | | Email/Text: shirley.palumbo@nexteraenergy.com | Dec 26 2023 21:05:00 | NextEra Energy Resources, LAW/JB, 700 Universe Blvd., Juno Beach, FL 33408, UNITED STATES |
| cr | + | Email/Text: schristianson@buchalter.com | Dec 26 2023 21:05:00 | Oracle America, Inc., Buchalter PC, c/o Shawn M. Christianson, 425 Market St., Suite 2900, San Francisco, Ca 94105-2491 |
| cr | + | Email/Text: neil.orleans@judithwross.com | Dec 26 2023 21:05:00 | Tenaska Power Services Co., c/o Ross & Smith, P.C., Attn: Judith W. Ross, 700 N. Pearl Street, Suite 1610, Dallas, TX 75201-7459 |
| cr | ^ | MEBN | Dec 26 2023 21:02:35 | Texas Comptroller of Public Accounts, Revenue Acco, Christopher S. Murphy, P.O. Box 12548, Austin, TX 78711-2548 |
| cr | + | Email/Text: BKECF@traviscountytx.gov | Dec 26 2023 21:05:00 | Travis County, c/o Jason A. Starks, P.O. Box 1748, Austin, TX 78767-1748 |

TOTAL: 15

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 3 of 9 |
| Date Rcvd: Dec 26, 2023 | Form ID: pdf002 | Total Noticed: 57 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | 36th Street Capital Partners, LLC |
| cr | | ABLe Communications, Inc. |
| cr | | Ad Hoc Group of Secured Convertible Noteholders |
| cr | | Anchorage Lending CA, LLC |
| intp | | B. Riley Commercial Capital, LLC |
| cr | | Barings BDC, Inc. |
| cr | | Barings Capital Investment Corporation |
| cr | | Barings Private Credit Corp. |
| cr | | BlockFi Lending LLC |
| cr | | BlockFi, Inc. and its affiliated entities |
| cr | | Bremer Bank |
| cr | | Brown Corporation Brown Corporation, 311 Pointe North Place #4, Dalton, UNITED STATES |
| cr | | Bryce Johnson |
| cr | | CEC Energy Services LLC |
| cr | | Celsius Mining, LLC |
| intp | | Centro de Investigaciones Energeticas, Medioambien |
| cr | | Charles Basil |
| cr | | City of Denton |
| cr | | Coonrod Electric Co. LLC |
| intp | | Foundry Digital LLC |
| cr | | General Casualty Company of Wisconsin |
| cr | | Gryphon Digital Mining, Inc. |
| intp | | Harper Construction Company, Inc. |
| cr | | Huband-Mantor Construction, Inc. |
| cr | | Humphrey & Associates, Inc. |
| cr | | MK Marlow Company, LLC |
| cr | | MP2 Energy Texas LLC d/b/a Shell Energy Solutions |
| cr | | Marnoy Interests, Ltd. d/b/a Office Pavilion |
| cr | | MassMutual Asset Finance, LLC |
| cr | | Mitch Edwards |
| cr | | Morgan Hoffman |
| cr | | NYDIG ABL LLC |
| intp | | Official Committee of Equity Security Holders |
| crcm | | Official Committee of Unsecured Creditors |
| cr | | Prime Alliance Bank, Inc. |
| cr | | Priority Power Management, LLC |
| intp | | SRPF A QR Riversouth LLC |
| intp | | Skadden, Arps, Slate, Meagher & Flom LLP |
| cr | | Sphere 3D Corp. |
| cr | | Summit Electric Supply Company, Inc. |
| cr | | TOYOTA INDUSTRIES COMMERCIAL FINANCE INC. |
| cr | | Texas Capitalization Resource Group, Inc., 5201 Camp Bowie Blvd. Suite 200, Fort Worth |
| intp | | The Ad Hoc Equity Group |
| intp | | Trilogy LLC |
| intp | | Trinity Capital Inc. |
| cr | | Wingspire Equipment Finance, LLC |

TOTAL: 46 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 4 of 9 |
| Date Rcvd: Dec 26, 2023 | Form ID: pdf002 | Total Noticed: 57 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 28, 2023           Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2023 at the address(es) listed below:

**Name**     **Email Address**

Alfredo R Perez
on behalf of Debtor Radar Relay Inc. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
on behalf of Debtor RADAR LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
on behalf of Debtor American Property Acquisitions VII LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
on behalf of Debtor American Property Acquisitions I LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
on behalf of Debtor Starboard Capital LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
on behalf of Debtor American Property Acquisition LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
on behalf of Debtor Core Scientific Inc. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
on behalf of Debtor Core Scientific Specialty Mining (Oklahoma) LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
on behalf of Plaintiff Core Scientific Inc. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
on behalf of Debtor Core Scientific Mining LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
on behalf of Debtor Core Scientific Acquired Mining LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
on behalf of Debtor Core Scientific Operating Company alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alicia Lenae Barcomb
on behalf of U.S. Trustee US Trustee alicia.barcomb@usdoj.gov

Amy Kathleen Wolfshohl
on behalf of Interested Party Trilogy LLC awolfshohl@porterhedges.com lfolk@porterhedges.com;jdickinson@porterhedges.com

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 5 of 9 |
| Date Rcvd: Dec 26, 2023 | Form ID: pdf002 | Total Noticed: 57 |

Arsalan Muhammad
    on behalf of Creditor BlockFi Inc. and its affiliated entities arsalan.muhammad@haynesboone.com, kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Asher Benjamin Griffin
    on behalf of Creditor Quinn Emanuel Urquhart & Sullivan LLP ashergriffin@quinnemanuel.com

Ashley L. Harper
    on behalf of Creditor Sphere 3D Corp. ashleyharper@HuntonAK.com

Brandon Bell
    on behalf of Creditor Sphere 3D Corp. bbell@hunton.com

Brittany Dant Hepner
    on behalf of Creditor Brown Corporation Brown Corporation bdant@minorfirm.com

Byron Z Moldo
    on behalf of Creditor Mitch Edwards bmoldo@ecjlaw.com aantonio@ecjlaw.com,dperez@ecjlaw.com

Byron Z Moldo
    on behalf of Creditor Charles Basil bmoldo@ecjlaw.com aantonio@ecjlaw.com,dperez@ecjlaw.com

Charles Thomas Kruse
    on behalf of Creditor Barings Capital Investment Corporation tom.kruse@arnoldporter.com

Charles Thomas Kruse
    on behalf of Creditor Barings Private Credit Corp. tom.kruse@arnoldporter.com

Charles Thomas Kruse
    on behalf of Creditor Barings BDC Inc. tom.kruse@arnoldporter.com

Christiane C. Bard
    on behalf of Creditor Brown Corporation Brown Corporation cbard@minorfirm.com

Christopher S Murphy
    on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-cmurphy@oag.texas.gov, sherri.simpson@oag.texas.gov

Christopher V Arisco
    on behalf of Creditor North Mill Equipment Finance LLC carisco@padfieldstout.com

Clifford William Carlson
    on behalf of Plaintiff Core Scientific Inc. Clifford.Carlson@Weil.com, clifford-carlson-4089@ecf.pacerpro.com

Craig Crockett
    on behalf of Creditor Texas Capitalization Resource Group Inc. craig@crockettfirm.com

Craig E Power
    on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions cpower@cokinoslaw.com mbartlett@cokinoslaw.com;eolson@cokinoslaw.com

David Neier
    on behalf of Creditor Anchorage Lending CA LLC dneier@winston.com, dcunsolo@winston.com;chardman@winston.com

Deborah Michelle Perry
    on behalf of Interested Party SRPF A QR Riversouth LLC dperry@munsch.com

Devan Joan Dal Col
    on behalf of Creditor Prime Alliance Bank Inc. ddalcol@reedsmith.com

Devan Joan Dal Col
    on behalf of Creditor 36th Street Capital Partners LLC ddalcol@reedsmith.com

Devan Joan Dal Col
    on behalf of Creditor Wingspire Equipment Finance LLC ddalcol@reedsmith.com

Don Stecker
    on behalf of Creditor Ward County sanantonio.bankruptcy@lgbs.com

Dylan Ross
    on behalf of Creditor ABLe Communications Inc. dross@forsheyprostok.com, calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;drossfp@ecf.courtdrive.com;khartogh@forsheyprostok.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net

Eric L Scott
    on behalf of Creditor MK Marlow Company LLC escott@sv-legal.com

Eric Thomas Haitz
    on behalf of Creditor Priority Power Management LLC eric.haitz@bondsellis.com

Evan Nicholas Parrott
    on behalf of Creditor GEM Mining 2 LLC eparrott@maynardcooper.com

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 6 of 9 |
| Date Rcvd: Dec 26, 2023 | Form ID: pdf002 | Total Noticed: 57 |

Evan Nicholas Parrott
    on behalf of Creditor GEM Mining 4  LLC eparrott@maynardcooper.com

Evan Nicholas Parrott
    on behalf of Creditor GEM Mining 2B  LLC eparrott@maynardcooper.com

Evan Nicholas Parrott
    on behalf of Creditor GEM Mining 1  LLC eparrott@maynardcooper.com

Frances Anne Smith
    on behalf of Creditor Indigo Direct Lending  LLC frances.smith@rsbfirm.com, michael.coulombe@rsbfirm.com

Gary M McDonald
    on behalf of Creditor J.W. Didado Electric  LLC gmcdonald@mmmsk.com, hdowell@mcdonaldpllc.com

Hector Duran, Jr
    on behalf of U.S. Trustee US Trustee Hector.Duran.Jr@usdoj.gov

Hudson M Jobe
    on behalf of Creditor Harlin Dean hjobe@qslwm.com  nchancellor@qslwm.com

James Drew
    on behalf of Creditor Anchorage Lending CA  LLC jdrew@otterbourg.com

James B. Bailey
    on behalf of Creditor c/o James Bailey Esq Gaylor Electric  Inc., d/b/a Gaylor, Inc. jbailey@bradley.com, jbailey@ecf.courtdrive.com

James Tillman Grogan, III
    on behalf of Creditor Ad Hoc Group of Secured Convertible Noteholders jamesgrogan@paulhastings.com schleathomas@paulhastings.com;jocelynkuo@paulhastings.com

Jason Starks
    on behalf of Creditor Travis County bkecf@traviscountytx.gov

Jason B. Binford
    on behalf of Creditor Tenaska Power Services Co. jason.binford@rsbfirm.com

Jason R Kennedy
    on behalf of Creditor Humphrey & Associates  Inc. bankruptcy@laperouselaw.com, amanda.olvera@laperouselaw.com

Jason S Brookner
    on behalf of Creditor Committee Official Committee of Unsecured Creditors jbrookner@grayreed.com  lwebb@grayreed.com

Jay K Farwell
    on behalf of Creditor Huband-Mantor Construction  Inc. jfarwell@cokinoslaw.com, dcarlin@cokinoslaw.com

Jayson B. Ruff
    on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

Jeffrey Dale Stewart
    on behalf of Creditor Tanmar Rentals  LLC jstewart@wellscuellar.com

Jeffrey Philipp Prostok
    on behalf of Creditor ABLe Communications  Inc. jprostok@forsheyprostok.com, calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com;khartogh@forsheyprostok.com; khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net

Jennifer Jaye Hardy
    on behalf of Creditor Committee Official Committee of Unsecured Creditors jhardy2@willkie.com  mao@willkie.com

Jennifer L. Kneeland
    on behalf of Interested Party McCarthy Building Companies  Inc. jkneeland@watttieder.com, shope@watttieder.com

John Lewis, Jr.
    on behalf of Creditor General Casualty Company of Wisconsin jolewis@shb.com  sgrussell@shb.com

John E. Mitchell
    on behalf of Creditor Bryce Johnson john.mitchell@katten.com

John F Higgins, IV
    on behalf of Interested Party Harper Construction Company  Inc. jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
    on behalf of Interested Party Foundry Digital LLC jhiggins@porterhedges.com emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John Kendrick Turner
    on behalf of Creditor Dallas County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Stuart Collins
    on behalf of Interested Party Condair Inc. jscollins@vorys.com  mdwalkuski@vorys.com

Case 22-90341   Document 1643   Filed in TXSB on 12/28/23   Page 9 of 11

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 7 of 9 |
| Date Rcvd: Dec 26, 2023 | Form ID: pdf002 | Total Noticed: 57 |

| | |
|---|---|
| Judith W Ross | on behalf of Creditor Tenaska Power Services Co. judith.ross@rsbfirm.com |
| Kelli S. Norfleet | on behalf of Creditor City of Denton kelli.norfleet@haynesboone.com kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com |
| Kiran K Vakamudi | on behalf of Interested Party Official Committee of Equity Security Holders kvakamudi@velaw.com |
| Lydia R Webb | on behalf of Creditor Committee Official Committee of Unsecured Creditors lwebb@grayreed.com  vsalazar@grayreed.com |
| Maegan Quejada | on behalf of Creditor NYDIG ABL LLC mquejada@sidley.com txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com |
| Marcy J. McLaughlin Smith | on behalf of Creditor Dalton Utilities marcy.smith@wbd-us.com |
| Marguerite Lee DeVoll | on behalf of Interested Party McCarthy Building Companies  Inc. mdevoll@watttieder.com |
| Maria Mulrooney Bartlett | on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions mbartlett@cokinoslaw.com |
| Martha Burroughes Wyrick | on behalf of Creditor City of Denton martha.wyrick@haynesboone.com kenneth.rusinko@haynesboone.com,imaan.patel@haynesboone.com,jodi.valencia@haynesboone.com |
| Mary M Caskey | on behalf of Creditor Maddox Industrial Transformer  LLC mcaskey@hsblawfirm.com, cwilliamson@hsblawfirm.com |
| Matthew D Cavenaugh | on behalf of Creditor Celsius Mining  LLC mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com;dduhon@jw.com |
| Matthew Ray Brooks | on behalf of Creditor Dalton Utilities matthew.brooks@troutman.com  wlbank@troutman.com;Monica.Molitor@troutman.com |
| Matthew T Ferris | on behalf of Creditor BlockFi Lending LLC matt.ferris@haynesboone.com kim.morzak@haynesboone.com;kristy.martinez@haynesboone.com;kenneth.rusinko@haynesboone.com |
| Misti Lachelle Beanland | on behalf of Creditor BEAM Concrete Construction  Inc. beanland@mssattorneys.com |
| Nathaniel Richard Hull | on behalf of Creditor MassMutual Asset Finance  LLC nhull@verrilldana.com |
| Noelle M Reed | on behalf of Interested Party The Ad Hoc Equity Group noelle.reed@skadden.com daniel.mayerfeld@skadden.com;dockethouston@skadden.com;noelle-reed-8522@ecf.pacerpro.com;rachel.redman@skadden.com;wendy.lamanna@skadden.com;andrea.bates@skadden.com;christopher.heaney@skadden.com |
| Noelle M Reed | on behalf of Interested Party Skadden  Arps, Slate, Meagher & Flom LLP noelle.reed@skadden.com, daniel.mayerfeld@skadden.com;dockethouston@skadden.com;noelle-reed-8522@ecf.pacerpro.com;rachel.redman@skadden.com;wendy.lamanna@skadden.com;andrea.bates@skadden.com;christopher.heaney@skadden.com |
| Patrick Holder Autry | on behalf of Creditor Coonrod Electric Co. LLC pautry@branscomblaw.com  slee@branscomblaw.com |
| Patrick Holder Autry | on behalf of Creditor CEC Energy Services LLC pautry@branscomblaw.com  slee@branscomblaw.com |
| Paul E Heath | on behalf of Interested Party Official Committee of Equity Security Holders pheath@velaw.com |
| Peter Clifton Lewis | on behalf of Interested Party Board of Directors of Core Scientific  Inc. peter.lewis@solidcounsel.com, marcella.morales@solidcounsel.com |
| Phillip L Lamberson | on behalf of Creditor North Texas Contracting  Inc. plamberson@winstead.com, dgalindo@winstead.com;kknight@winstead.com |
| R. J. Shannon | on behalf of Interested Party B. Riley Commercial Capital  LLC rshannon@shannonpllc.com, rshannon@shannonleellp.com;7044075420@filings.docketbird.com |
| R. J. Shannon | on behalf of Transferee B. Riley Securities  Inc. rshannon@shannonpllc.com, rshannon@shannonleellp.com;7044075420@filings.docketbird.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 8 of 9 |
| Date Rcvd: Dec 26, 2023 | Form ID: pdf002 | Total Noticed: 57 |

| | |
|---|---|
| Rachael L Smiley | on behalf of Creditor Marnoy Interests Ltd. d/b/a Office Pavilion rsmiley@fbfk.law, eglenn@fbfk.law |
| Raymond William Battaglia | on behalf of Creditor Huband-Mantor Construction Inc. rbattaglialaw@outlook.com, rwbresolve@gmail.com |
| Reagan H. Tres Gibbs, III | on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions tgibbs@cokinoslaw.com |
| Ryan Montefusco | on behalf of Creditor Ad Hoc Group of Secured Convertible Noteholders ryanmontefusco@paulhastings.com |
| S. Lee Whitesell | on behalf of Defendant Gryphon Digital Mining Inc. lee.whitesell@hoganlovells.com, lee-whitesell-0346@ecf.pacerpro.com |
| S. Lee Whitesell | on behalf of Creditor Gryphon Digital Mining Inc. lee.whitesell@hoganlovells.com, lee-whitesell-0346@ecf.pacerpro.com |
| Scott A Zuber | on behalf of Creditor Allegheny Casualty Company szuber@csglaw.com |
| Scott A Zuber | on behalf of Creditor Harco National Insurance Company szuber@csglaw.com |
| Scott A Zuber | on behalf of Creditor International Fidelity Insurance Company szuber@csglaw.com |
| Scott D Fink | on behalf of Creditor TOYOTA INDUSTRIES COMMERCIAL FINANCE INC. Bronationalecf@weltman.com |
| Scott R Huete | on behalf of Creditor Summit Electric Supply Company Inc. shuete@elkinsplc.com |
| Shawn Kevin Brady | on behalf of Creditor TOYOTA INDUSTRIES COMMERCIAL FINANCE INC. sgodwin@brady-law-firm.com |
| Shawn M Christianson | on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Shirley Palumbo | on behalf of Creditor Pescadero Capital LLC shirley.palumbo@nexteraenergy.com |
| Shirley Palumbo | on behalf of Creditor NextEra Energy Resources shirley.palumbo@nexteraenergy.com |
| Simon W Hendershot, III | on behalf of Creditor LV.NET LLC trey@hchlawyers.com, ccarollo@hchlawyers.com |
| Stephanie Lyn O'Rourke | on behalf of Creditor Huband-Mantor Construction Inc. sorourke@cokinoslaw.com, sdavis@cokinoslaw.com;etalavera@cokinoslaw.com |
| Stephen Clark Jackson | on behalf of Creditor GEM Mining 3 LLC sjackson@maynardcooper.com |
| Stephen Clark Jackson | on behalf of Creditor GEM Mining 2 LLC sjackson@maynardcooper.com |
| Stephen Clark Jackson | on behalf of Creditor GEM Mining 2B LLC sjackson@maynardcooper.com |
| Stephen Clark Jackson | on behalf of Creditor GEM Mining 1 LLC sjackson@maynardcooper.com |
| Stephen Clark Jackson | on behalf of Creditor GEM Mining 4 LLC sjackson@maynardcooper.com |
| Stretto | ecf@cases-cr.stretto-services.com aw01@ecfcbis.com |
| Stuart Lee Cochran | on behalf of Creditor Morgan Hoffman scochran@condontobin.com lmedeles@condontobin.com |
| Ted C Farmer | on behalf of Creditor Ted Farmer VFS LLC tedfarmer@tedfarmerlaw.com |
| Theresa A. Driscoll | on behalf of Creditor Indigo Direct Lending LLC tdriscoll@moritthock.com |
| Thomas A Howley | on behalf of Creditor Dalton Utilities tom@howley-law.com roland@howley-law.com;eric@howley-law.com |
| Thomas O. Bean | |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 9 of 9 |
| Date Rcvd: Dec 26, 2023 | Form ID: pdf002 | Total Noticed: 57 |

on behalf of Creditor MassMutual Asset Finance LLC tbean@verrilldana.com

Timothy Alvin Davidson, II

on behalf of Creditor Sphere 3D Corp. taddavidson@andrewskurth.com

Timothy Alvin Davidson, II

on behalf of Defendant Sphere 3D Corp. taddavidson@andrewskurth.com

US Trustee

USTPRegion07.HU.ECF@USDOJ.GOV

Wayne Kitchens

on behalf of Creditor CEC Energy Services LLC jwk@hwallp.com dkokenes@hwallp.com

TOTAL: 122