IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (CML) |
| Debtors[1] | § § § | (Jointly Administered) |

NOTICE OF FURTHER EXTENSION
OF RIGHTS OFFERING SUBSCRIPTION DEADLINE

**PLEASE TAKE NOTICE** that on November 20, 2023, the Debtors launched the Rights Offering in accordance with the procedures for the Rights Offering attached as <u>Exhibit A</u> to *the Notice of (I) Commencement of Rights Offering and (II) Filing of Revised Rights Offering Procedures* (Docket No. 1457) (the "**Rights Offering Procedures**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors previously extended the Rights Offering Subscription Deadline (as defined in the Rights Offering Procedures) to December 28, 2023 in accordance with the Rights Offering Procedures.[2]

**PLEASE TAKE FURTHER NOTICE** that on December 26, 2023, the Debtors filed the *Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors* (Docket No. 1622) (including any exhibits and schedules thereto and as may be further modified,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, Texas 78704.

[2] See *Notice of Further Extension of Rights Offering Subscription Deadline* (Docket No. 1575).

amended, or supplemented from time to time, the "**Plan**"),[3] which incorporates the terms of a global settlement between the Debtors, the Creditors' Committee and the members thereof, B. Riley Commercial Capital, LLC, and BRF Finance Co., LLC (and any assignees thereof), which is the Debtors' largest unsecured creditor, the Ad Hoc Noteholder Group, and the Equity Committee. In addition, on December 28, 2023, the Court entered the *Order (I) Modification of Certain Dates and Deadlines Set Forth in the Disclosure Statement Order and (II) Conditional Approval of the Debtors' Disclosure Statement Supplement* (Docket No. 1638), which, among other things, extended various dates and deadlines related to confirmation of the Plan and adjourned the combined hearing to consider confirmation of the Plan and final approval of the related disclosure statement to **January 16, 2024 at 10:00 am CT** (the "**Combined Hearing**").

    **PLEASE TAKE FURTHER NOTICE** that in light of filing of the Plan, the extension of various deadlines related to confirmation of the Plan, and the adjournment of the Combined Hearing, the Debtors hereby further extend the Rights Offering Subscription Deadline to January 5, 2024 in accordance with the Rights Offering Procedures.

---

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

Dated: December 29, 2023
       Houston, Texas

Respectfully submitted,

  /s/ Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:  Alfredo.Perez@weil.com
       Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Email:  Ray.Schrock@weil.com
       Ronit.Berkovich@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

**Certificate of Service**

I hereby certify that on December 29, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                         */s/ Alfredo R. Pérez*
                                                        Alfredo R. Pérez