**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC., et al** | § | **Case No. 22-90341 (CML)** |
| | § | |
| **Debtors.**[1] | § | **Jointly Administered** |
| | § | |

**NOTICE OF RESCHEDULED HEARING REGARDING THE APPLICATION OF
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOR ALLOWANCE OF FEES
AND EXPENSES INCURRED IN THE MAKING OF A SUBSTANTIAL
CONTRIBUTION AS AN ADMINISTRATIVE EXPENSE**

[Relates to Docket No. 1461]

---

**A HEARING WILL BE CONDUCTED ON THIS MATTER ON TUESDAY, JANUARY 16, 2024 AT 10:00 A.M. (CENTRAL PREVAILING TIME).**

**YOU MAY PARTICIPATE IN THE HEARING EITHER IN PERSON OR BY AN AUDIO AND VIDEO CONNECTION.**

**AUDIO COMMUNICATION WILL BE BY USE OF THE COURT'S DIAL-IN FACILITY. YOU MAY ACCESS THE FACILITY AT 832-917-1510. ONCE CONNECTED, YOU WILL BE ASKED TO ENTER THE CONFERENCE ROOM NUMBER. JUDGE LOPEZ'S CONFERENCE ROOM NUMBER IS 590153. VIDEO COMMUNICATION WILL BE BY USE OF THE GOTOMEETING PLATFORM. CONNECT VIA THE FREE GOTOMEETING APPLICATION OR CLICK THE LINK ON JUDGE LOPEZ'S HOME PAGE. THE MEETING CODE IS "JUDGELOPEZ". CLICK THE SETTINGS ICON IN THE UPPER RIGHT CORNER AND ENTER YOUR NAME UNDER THE PERSONAL INFORMATION SETTING.**

**HEARING APPEARANCES MUST BE MADE ELECTRONICALLY IN ADVANCE OF BOTH ELECTRONIC AND IN-PERSON HEARINGS. TO MAKE YOUR APPEARANCE, CLICK THE "ELECTRONIC APPEARANCE" LINK ON JUDGE LOPEZ'S HOME PAGE. SELECT THE CASE NAME, COMPLETE THE REQUIRED FIELDS AND CLICK "SUBMIT" TO COMPLETE YOUR APPEARANCE.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas, 78704. The Debtors' service address is 2407 S. Congress Ave., Suite E-101, Austin, Texas 78704.

**PLEASE TAKE NOTICE** that a hearing was previously scheduled for January 10, 2024, at 1:00 p.m. (prevailing Central Time) for the Court to consider the relief requested in the *Application of Skadden, Arps, Slate, Meagher & Flom LLP Pursuant to Sections 503(b)(3) and 503(b)(4) of The Bankruptcy Code, Bankruptcy Rule 2016, and Sections 1.6 And 6.3 of the Debtors' Third Amended Plan for Allowance of Fees and Expenses Incurred in the Making of a Substantial Contribution as an Administrative Expense* [Docket No. 1461] (the "**Application**").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion has been rescheduled for **January 16, 2024 at 10:00 a.m. CT** before the Honorable Christopher M. Lopez, United States Bankruptcy Judge for the Southern District of Texas, Houston Division.

**PLEASE TAKE FURTHER NOTICE** that this hearing will be conducted in Courtroom 404, 4th floor, 515 Rusk Avenue, Houston, TX 77002. You may participate in the hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510 and entering the conference code 590153. Video communication will be by use of the Gotomeeting Platform. Connect via the free Gotomeeting Application or click the link on Judge Lopez's home page (https://www.gotomeet.me/JudgeLopez) on the Southern District of Texas website. The meeting code is "JudgeLopez." Click the settings icon in the upper right corner and enter your name under the personal information setting.

Dated:  January 2, 2024

          Respectfully submitted,

          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

          */s/ Noelle M. Reed*
          Noelle M. Reed
          Attorney-in-Charge
          State Bar No. 24044211
          Federal Bar No. 27139
          1000 Louisiana Street
          Suite 6800
          Houston, Texas 77002
          Tel: (713) 655-5122
          Fax: (713) 483-9122
          Email: Noelle.Reed@skadden.com

          -and-

          Robert D. Drain
          *(Pro hac vice application pending)*
          One Manhattan West
          New York, New York 10001-8602
          Telephone: (212) 735-3000
          Fax: (212) 735-2000
          Email: Robert.Drain@skadden.com

          -and-

          Ron E. Meisler
          *(Admitted pro hac vice)*
          Jennifer Madden
          *(Admitted pro hac vice)*
          155 North Wacker Drive
          Chicago, Illinois 60606-1720
          Telephone: (312) 407-0700
          Fax: (312) 407-0411
          Email: Ron.Meisler@skadden.com
          Email: Jennifer.Madden@skadden.com

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing document to be served by electronic transmission via the Court's ECF system to all parties registered to receive electronic notice in this case.

/s/ Noelle M. Reed
Noelle M. Reed