**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC., *et al.*,** | § | **Case No. 22-90341 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| Debtors.[1] | § | |

### CERTIFICATE OF SERVICE

I, Aurelie I. Blanadet, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On January 2, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 1647]**

Furthermore, on January 2, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1648]**

Furthermore, on January 2, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1649]**

Furthermore, on January 2, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit D**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1657]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Special Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, Texas 78704.

Furthermore, on January 2, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **<u>Exhibit E</u>**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1658]**

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: January 3, 2024

*/s/ Aurelie I. Blanadet*
Aurelie I. Blanadet
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 949-404-4152
Email: TeamCoreScientific@stretto.com

# Exhibit A



**Exhibit A**
Served via First-Class Mail

| Name | Address 1 | City | State | Zip |
|---|---|---|---|---|
| Fair Harbor Capital, LLC [as Assignee of Tangent Energy Solutions] | PO Box 237037 | New York | NY | 10023 |
| Tangent Energy Solutions Inc | 204 Gale Lane | Kennett Square | PA | 19348 |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (CML)

# **Exhibit B**



**Exhibit B**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| American Paper & Twine Co | Attn: Brooks Odom | PO Box 90348 | | Nashville | TN | 37209 |
| Argo Partners [as Assignee of American Paper & Twine Co] | | 12 West 37th Street | Ste 900 | New York | NY | 10018 |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (CML)

# Exhibit C



**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| A to Z Pest Control & Services | Attn: Zackery Dewayne Gordon | 2402 Ashland Dr | | Panama City | FL | 32405 |
| A to Z Pest Control and Services | | 4005 Woodline Dr | | Dalton | GA | 30721 |
| Argo Partners [as Assignee of A to Z Pest Control & Services] | | 12 West 37th Street | Ste 900 | New York | NY | 10018 |

# **<u>Exhibit D</u>**



**Exhibit D**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|------|-----------|-----------|-----------|-----------|------|-------|-----|
| CRG Financial LLC [as Assignee of Orgdev Limited] | | 84 Herbert Ave | Building B | Suite 202 | Closter | NJ | 7624 |
| ORGDEV Limited | Attn: Sam Elmore | PO Box 604 | | | Indianola | WA | 98342-0604 |

# **Exhibit E**



**Exhibit E**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Carey Olsen Cayman Limited [CO Services Cayman Limited] | Attn: Shane Westin | Willow House | Cricket Sq | | Georgetown | Grand Cayman | KY1-1001 | Cayman Islands |
| CRG Financial LLC [as Assignee of Carey Olsen Cayman Limited, CO Services Cayman Limited] | | 84 Herbert Ave | Building B | Suite 202 | Closter | NJ | 07624 | |