United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 03, 2024
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc. et al. | |

This lawyer, who is admitted to the State Bar of _____Michigan_____ :

| | |
|---|---|
| Name | Ted Farmer |
| Firm | Ted C. Farmer, Esq. |
| Street | 41000 Woodward Avenue, Suite 395 East |
| City & Zip Code | Bloomfield Hills, MI 48304 |
| Telephone | (248) 433-7300 |
| Licensed: State & Number | Michigan P33272 |

Seeks to appear as the attorney for this party:

| VFS LLC |
|---|
| Dated: 12/19/2023       Signed: [signature] |

| COURT USE ONLY: The applicant's state bar reports their status as:  Active  . |
|---|
| Dated: 01/03/2024       Signed: /s/ Z. Compean
Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Signed: January 03, 2024

Christopher Lopez
United States Bankruptcy Judge