United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 03, 2024
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (CML) |
|---|---|---|---|
| Debtor | In Re: | Core Scientific, Inc. | |

This lawyer, who is admitted to the State Bar of __New York__:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Robert D. Drain<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West<br>New York, New York 10001<br>Telephone: (212) 735-3000<br>New York Bar No. 1990324 |
|---|---|

Seeks to appear as the attorney for this party:

| Skadden, Arps, Slate, Meagher & Flom LLP |
|---|
| Dated: 12/20/23    Signed: /s/ Robert D. Drain |

COURT USE ONLY: The applicant's state bar reports their status as: __Currently Registered__.

Dated: 01/03/2024    Signed: /s/ Z. Compean
                              Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Signed: January 03, 2024

_/s/ Christopher M. Lopez_
Christopher Lopez
United States Bankruptcy Judge