United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 03, 2024
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 (CML) |
|---|---|---|---|
| Debtor | In Re: | CORE SCIENTIFIC, INC., ET AL. | |

This lawyer, who is admitted to the State Bar of __California__:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number |
|---|
| Chase A. Stone<br>ERVIN COHEN & JESSUP LLP<br>9401 Wilshire Boulevard, Twelfth Floor<br>Beverly Hills, California 90212-2974<br>(310) 281-6369<br>California SBN 335228 |

Seeks to appear as the attorney for this party:

(1) Charles Basil; (2) Mitchell Edwards (Joint Representation)

Dated: 12/22/2023    Signed: /s/ Chase A. Stone

COURT USE ONLY: The applicant's state bar reports their status as: __Active__.

Dated: 01/03/2024    Signed: /s/ Z. Compean
Deputy Clerk

## Order

This lawyer is admitted *pro hac vice*.

Signed: January 03, 2024

Christopher Lopez
United States Bankruptcy Judge