**This form is intentionally blank.**

**The notice is scheduled to be processed by the Bankruptcy Noticing Center (BNC).**

**Refer to the BNC Certificate of Notice entry to view the actual form.**

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 22-90341-cml |
| Core Scientific, Inc. | Chapter 11 |
| Official Committee of Unsecured Creditor | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 9 |
| Date Rcvd: Jan 02, 2024 | Form ID: trc | Total Noticed: 59 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | American Property Acquisition, LLC, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | American Property Acquisitions I, LLC, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | American Property Acquisitions VII, LLC, 210 Barton Springs Road, Suite 300, Austiin, TX 78704-1251 |
| db | + | Core Scientific Acquired Mining LLC, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | Core Scientific Mining LLC, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | Core Scientific Operating Company, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | Core Scientific Specialty Mining (Oklahoma) LLC, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | Core Scientific, Inc., 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | RADAR LLC, 210 Barton Springs Road, Suite 300, Austiin, TX 78704-1251 |
| db | + | Radar Relay, Inc., 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | Starboard Capital LLC, 210 Barton Springs Road, Suite 300, Austiin, TX 78704-1251 |
| aty | + | Allegra Bianchini, Hogan Lovells US LLP, 390 Madison Ave., New York, NY 10017-2507 |
| aty | + | Dennis Tracey, Hogan Lovells US LLP, 390 Madison Ave., New York, NY 10017-2507 |
| aty | + | Richard L. Wynne, Hogan Lovells US LLP, 1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067-6047 |
| aty | + | Sara Posner, Hogan Lovells US LLP, 390 Madison Ave., New York, NY 10017-2507 |
| aty | + | Scott A. Zuber, Chiesa Shahinian & Giantomasi PC, 105 Eisenhower Parkway, Roseland, 07068, NJ 07068-1640 |
| cr | + | Allegheny Casualty Company, c/o Chiesa Shahinian & Giantomasi PC, 105 Eisenhower Parkway, Attn: Scott Zuber, Esq., Roseland, NJ 07068 UNITED STATES 07068-1640 |
| cr | + | Argo Partners, 12 West 37th Street, Ste. 900, New York, NY 10018-7381 |
| trnsfee | + | B. Riley Securities, Inc., 11100 Santa Monica Blvd., Suite 800, Los Angeles, CA 90025-3979 |
| intp | + | Board of Directors of Core Scientific, Inc., c/o Peter C. Lewis, Scheef & Stone, L.L.P., 500 North Akard Street, Suite 2700, Dallas, TX 75201-3306 |
| cr | + | CRG Financial LLC, 84 Herbert Avenue, Building B, Suite 202, Closter, NJ 07624 UNITED STATES 07624-1313 |
| intp | + | Condair Inc., c/o John S. Collins, Vorys, Sater, Seymour and Pease LLP, 909 Fannin, Suite 2700, Houston, TX 77010-1009 |
| cr | + | Dalton Utilities, Howley Law PLLC, 711 Louisiana Street, Ste. 1850, Houston, TX 77002-2790 |
| cr | + | Dennis Powers, 362 S. Clarkson St., Denver, CO 80209-2126 |
| cr | + | Harco National Insurance Company, c/o Chiesa Shahinian & Giantomasi PC, 105 Eisenhower Parkway, Attn: Scott Zuber, Esq., Roseland, NJ 07068 UNITED STATES 07068-1640 |
| cr | + | Harlin Dean, Attn: Hudson M. Jobe, 2001 Bryan Street, Suite 1800, Dallas, TX 75201 UNITED STATES 75201-3070 |
| cr | + | Indigo Direct Lending, LLC, c/o Ross, Smith & Binford, PC, Attn: Frances A. Smith, 700 N. Pearl Street, Suite 1610 Dallas, TX 75201-7459 |
| cr | + | International Fidelity Insurance Company, c/o Chiesa Shahinian & Giantomasi PC, 105 Eisenhower Parkway, Attn: Scott Zuber, Esq., Roseland, NJ 07068 UNITED STATES 07068-1640 |
| cr | + | J.W. Didado Electric, LLC, c/o Leonard I. Pataki, Quanta Services, 4500 S. Garnett Road, Suite 100, Tulsa, OK 74146-5221 |
| cr | + | LV.NET, LLC, 1221 S. Casino Center Blvd., Las Vegas, NV 89104, UNITED STATES 89104-1015 |
| cr | + | Maddox Industrial Transformer, LLC, c/o Mary M. Caskey, Esq., Haynsworth Sinkler Boyd, PA, PO Box 11889, Columbia, SC 29211-1889 |
| intp | + | McCarthy Building Companies, Inc., c/o Watt, Tieder, Hoffar & Fitzgerald, L, 1765 Greensboro Station Place, Suite 1000, McLean, VA 22102-3468 |
| intp | + | Michael G. Patton, 15 Jessica Rae Lane, Fredericksburg, VA 22405-5774 |
| cr | + | North Mill Equipment Finance LLC, c/o Padfield & Stout, LLP, Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| cr | + | North Texas Contracting, Inc., PO Box 468, Keller, TX 76244-0468 |
| cr | + | Pescadero Capital, LLC, Building LAW/JB, 700 Universe Blvd, Juno Beach, FL 33408, UNITED STATES 33408-2657 |
| cr | + | Quinn Emanuel Urquhart & Sullivan, LLP, c/o Asher Griffin, 300 W 6th Street, Suite 2010, Austin, TX 78701 UNITED STATES 78701-3901 |
| cr | + | Tanmar Rentals, LLC, c/o Wells & Cuellar, P.C., 440 Louisiana Suite 718, Houston, TX 77002, UNITED STATES 77002-1058 |

District/off: 0541-4          User: ADIuser          Page 2 of 9

Date Rcvd: Jan 02, 2024          Form ID: trc          Total Noticed: 59

| | | |
|---|---|---|
| cr | + | Ted Farmer VFS LLC, c/o Ted C. Farmer, Esq., Suite 395 East, 41000 Woodward Avenue, Bloomfield Hills, MI 48304-5130 |
| cr | + | Tenaska Power Services Co., c/o Ross & Smith, P.C., Attn: Jason Binford, 2003 N. Lamar Blvd., Suite 100 Austin, TX 78705-4932 |
| cr | + | Truckload Connections, 3270 Hampton Ave., St. Louis, MO 63139-2367 |
| intp | + | U.S. Bank National Association, as Prepetition Not, c/o Shipman & Goodwin LLP, One Constitution Plaza, Hartford, CT 06103-1803 |
| cr | + | c/o James Bailey Esq Gaylor Electric, Inc., d/b/a, Bradley Arant Boult Cummings LLP, One Federal Place, 1819 5th Ave. N, Birmingham, AL 35203-2119 |

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ahochheiser@mauricewutscher.com | Jan 02 2024 21:26:00 | AmTrust North America, Inc. on behalf of Associate, c/o Maurice Wutscher LLP, 23611 Chagrin Blvd. Suite 207, Beachwood, OH 44122-5540 |
| cr | + | Email/Text: beanland@mssattorneys.com | Jan 02 2024 21:26:00 | BEAM Concrete Construction, Inc., c/o Misti L. Beanland, 8131 LBJ Freeway, Suite 700, Dallas, TX 75251-1352 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Jan 02 2024 21:27:00 | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o John K. Turner, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| cr | | Email/Text: fred.glass@fairharborcapital.com | Jan 02 2024 21:26:00 | Fair Harbor Capital, LLC, PO Box 237037, New York, NY 10023, US |
| cr | ^ | MEBN | Jan 02 2024 21:22:02 | GEM Mining 1, LLC, c/o Evan N. Parrott, 11 North Water Street, Suite 24290, Mobile, AL 36602-5024 |
| cr | ^ | MEBN | Jan 02 2024 21:22:02 | GEM Mining 2, LLC, c/o Evan N. Parrott, 11 North Water Street, Suite 24290, Mobile, AL 36602-5024 |
| cr | ^ | MEBN | Jan 02 2024 21:22:01 | GEM Mining 2B, LLC, c/o Evan N. Parrott, 11 North Water Street, Suite 24290, Mobile, AL 36602-5024 |
| cr | ^ | MEBN | Jan 02 2024 21:22:01 | GEM Mining 3, LLC, c/o Evan N. Parrott, 11 North Water Street, Suite 24290, Mobile, AL 36602-5024 |
| cr | ^ | MEBN | Jan 02 2024 21:22:00 | GEM Mining 4, LLC, c/o Evan N. Parrott, 11 North Water Street, Suite 24290, Mobile, AL 36602-5024 |
| cr | | Email/Text: sanantonio.bankruptcy@publicans.com | Jan 02 2024 21:26:00 | Ward County, 112 E Pecan Street, Suite 2200, San Antonio, TX 78205 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Jan 02 2024 21:26:00 | Meridian Equipment Finance, LLC, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| cr | | Email/Text: shirley.palumbo@nexteraenergy.com | Jan 02 2024 21:26:00 | NextEra Energy Resources, LAW/JB, 700 Universe Blvd., Juno Beach, FL 33408, UNITED STATES |
| cr | + | Email/Text: schristianson@buchalter.com | Jan 02 2024 21:26:41 | Oracle America, Inc., Buchalter PC, c/o Shawn M. Christianson, 425 Market St., Suite 2900, San Francisco, Ca 94105-2491 |
| cr | + | Email/Text: neil.orleans@judithwross.com | Jan 02 2024 21:26:00 | Tenaska Power Services Co., c/o Ross & Smith, P.C., Attn: Judith W. Ross, 700 N. Pearl Street, Suite 1610, Dallas, TX 75201-7459 |
| cr | ^ | MEBN | Jan 02 2024 21:21:43 | Texas Comptroller of Public Accounts, Revenue Acco, Christopher S. Murphy, P.O. Box 12548, Austin, TX 78711-2548 |
| cr | + | Email/Text: BKECF@traviscountytx.gov | Jan 02 2024 21:26:00 | Travis County, c/o Jason A. Starks, P.O. Box 1748, Austin, TX 78767-1748 |

District/off: 0541-4                     User: ADIuser                               Page 3 of 9
Date Rcvd: Jan 02, 2024                  Form ID: trc                            Total Noticed: 59
TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | 36th Street Capital Partners, LLC |
| cr | | ABLe Communications, Inc. |
| cr | | Ad Hoc Group of Secured Convertible Noteholders |
| cr | | Anchorage Lending CA, LLC |
| intp | | B. Riley Commercial Capital, LLC |
| cr | | Barings BDC, Inc. |
| cr | | Barings Capital Investment Corporation |
| cr | | Barings Private Credit Corp. |
| cr | | BlockFi Lending LLC |
| cr | | BlockFi, Inc. and its affiliated entities |
| cr | | Bremer Bank |
| cr | | Brown Corporation Brown Corporation, 311 Pointe North Place #4, Dalton, UNITED STATES |
| cr | | Bryce Johnson |
| cr | | CEC Energy Services LLC |
| cr | | Celsius Mining, LLC |
| intp | | Centro de Investigaciones Energeticas, Medioambien |
| cr | | Charles Basil |
| cr | | City of Denton |
| cr | | Coonrod Electric Co. LLC |
| intp | | Foundry Digital LLC |
| cr | | General Casualty Company of Wisconsin |
| cr | | Gryphon Digital Mining, Inc. |
| intp | | Harper Construction Company, Inc. |
| cr | | Huband-Mantor Construction, Inc. |
| cr | | Humphrey & Associates, Inc. |
| cr | | MK Marlow Company, LLC |
| cr | | MP2 Energy Texas LLC d/b/a Shell Energy Solutions |
| cr | | Marnoy Interests, Ltd. d/b/a Office Pavilion |
| cr | | MassMutual Asset Finance, LLC |
| cr | | Mitch Edwards |
| cr | | Morgan Hoffman |
| cr | | NYDIG ABL LLC |
| intp | | Official Committee of Equity Security Holders |
| crcm | | Official Committee of Unsecured Creditors |
| cr | | Prime Alliance Bank, Inc. |
| cr | | Priority Power Management, LLC |
| intp | | SRPF A QR Riversouth LLC |
| intp | | Skadden, Arps, Slate, Meagher & Flom LLP |
| cr | | Sphere 3D Corp. |
| cr | | Summit Electric Supply Company, Inc. |
| cr | | TOYOTA INDUSTRIES COMMERCIAL FINANCE INC. |
| cr | | Texas Capitalization Resource Group, Inc., 5201 Camp Bowie Blvd. Suite 200, Fort Worth |
| intp | | The Ad Hoc Equity Group |
| intp | | Trilogy LLC |
| intp | | Trinity Capital Inc. |
| cr | | Wingspire Equipment Finance, LLC |

TOTAL: 46 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0541-4                              User: ADIuser                                    Page 4 of 9
Date Rcvd: Jan 02, 2024                           Form ID: trc                                      Total Noticed: 59

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2024                    Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2023 at the address(es) listed below:**

**Name**                          **Email Address**

Alfredo R Perez
                                  on behalf of Debtor Radar Relay  Inc. alfredo.perez@weil.com,
                                  alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
                                  @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
                                  on behalf of Debtor RADAR LLC alfredo.perez@weil.com
                                  alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
                                  @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
                                  on behalf of Debtor American Property Acquisitions VII  LLC alfredo.perez@weil.com,
                                  alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
                                  @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
                                  on behalf of Debtor American Property Acquisitions I  LLC alfredo.perez@weil.com,
                                  alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
                                  @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
                                  on behalf of Debtor Starboard Capital LLC alfredo.perez@weil.com
                                  alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
                                  @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
                                  on behalf of Debtor American Property Acquisition  LLC alfredo.perez@weil.com,
                                  alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
                                  @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
                                  on behalf of Debtor Core Scientific  Inc. alfredo.perez@weil.com,
                                  alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
                                  @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
                                  on behalf of Debtor Core Scientific Specialty Mining (Oklahoma) LLC alfredo.perez@weil.com
                                  alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
                                  @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
                                  on behalf of Plaintiff Core Scientific  Inc. alfredo.perez@weil.com,
                                  alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
                                  @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
                                  on behalf of Debtor Core Scientific Mining LLC alfredo.perez@weil.com
                                  alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
                                  @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
                                  on behalf of Debtor Core Scientific Acquired Mining LLC alfredo.perez@weil.com
                                  alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
                                  @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
                                  on behalf of Debtor Core Scientific Operating Company alfredo.perez@weil.com
                                  alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
                                  @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alicia Lenae Barcomb
                                  on behalf of U.S. Trustee US Trustee alicia.barcomb@usdoj.gov

Amy Kathleen Wolfshohl

District/off: 0541-4                                    User: ADIuser                                    Page 5 of 9

Date Rcvd: Jan 02, 2024                                Form ID: trc                                     Total Noticed: 59

on behalf of Interested Party Trilogy LLC awolfshohl@porterhedges.com
lfolk@porterhedges.com;jdickinson@porterhedges.com

Arsalan Muhammad
            on behalf of Creditor BlockFi  Inc. and its affiliated entities arsalan.muhammad@haynesboone.com,
            kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Asher Benjamin Griffin
            on behalf of Creditor Quinn Emanuel Urquhart & Sullivan  LLP ashergriffin@quinnemanuel.com

Ashley L. Harper
            on behalf of Creditor Sphere 3D Corp. ashleyharper@HuntonAK.com

Brandon Bell
            on behalf of Creditor Sphere 3D Corp. bbell@hunton.com

Brittany Dant Hepner
            on behalf of Creditor Brown Corporation Brown Corporation bdant@minorfirm.com

Byron Z Moldo
            on behalf of Creditor Mitch Edwards bmoldo@ecjlaw.com  aantonio@ecjlaw.com,dperez@ecjlaw.com

Byron Z Moldo
            on behalf of Creditor Charles Basil bmoldo@ecjlaw.com  aantonio@ecjlaw.com,dperez@ecjlaw.com

Charles Thomas Kruse
            on behalf of Creditor Barings Capital Investment Corporation tom.kruse@arnoldporter.com

Charles Thomas Kruse
            on behalf of Creditor Barings Private Credit Corp. tom.kruse@arnoldporter.com

Charles Thomas Kruse
            on behalf of Creditor Barings BDC  Inc. tom.kruse@arnoldporter.com

Chase Aleksander Stone
            on behalf of Creditor Mitch Edwards cstone@ecjlaw.com

Chase Aleksander Stone
            on behalf of Creditor Charles Basil cstone@ecjlaw.com

Christiane C. Bard
            on behalf of Creditor Brown Corporation Brown Corporation cbard@minorfirm.com

Christopher S Murphy
            on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-cmurphy@oag.texas.gov,
            sherri.simpson@oag.texas.gov

Christopher V Arisco
            on behalf of Creditor North Mill Equipment Finance LLC carisco@padfieldstout.com

Clifford William Carlson
            on behalf of Plaintiff Core Scientific  Inc. Clifford.Carlson@Weil.com, clifford-carlson-4089@ecf.pacerpro.com

Craig Crockett
            on behalf of Creditor Texas Capitalization Resource Group  Inc. craig@crockettfirm.com

Craig E Power
            on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions cpower@cokinoslaw.com
            mbartlett@cokinoslaw.com;eolson@cokinoslaw.com

David Neier
            on behalf of Creditor Anchorage Lending CA  LLC dneier@winston.com, dcunsolo@winston.com;chardman@winston.com

Deborah Michelle Perry
            on behalf of Interested Party SRPF A QR Riversouth LLC dperry@munsch.com

Devan Joan Dal Col
            on behalf of Creditor Prime Alliance Bank  Inc. ddalcol@reedsmith.com

Devan Joan Dal Col
            on behalf of Creditor 36th Street Capital Partners  LLC ddalcol@reedsmith.com

Devan Joan Dal Col
            on behalf of Creditor Wingspire Equipment Finance  LLC ddalcol@reedsmith.com

Don Stecker
            on behalf of Creditor Ward County sanantonio.bankruptcy@lgbs.com

Dylan Ross
            on behalf of Creditor ABLe Communications  Inc. dross@forsheyprostok.com,
            calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;drossfp@ecf.courtdrive.com;khartogh@forsheyprostok.com;k
            hartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net

Eric L Scott
on behalf of Creditor MK Marlow Company  LLC escott@sv-legal.com

Eric Thomas Haitz
on behalf of Creditor Priority Power Management  LLC eric.haitz@bondsellis.com

Evan Nicholas Parrott
on behalf of Creditor GEM Mining 2  LLC eparrott@maynardcooper.com

Evan Nicholas Parrott
on behalf of Creditor GEM Mining 4  LLC eparrott@maynardcooper.com

Evan Nicholas Parrott
on behalf of Creditor GEM Mining 2B  LLC eparrott@maynardcooper.com

Evan Nicholas Parrott
on behalf of Creditor GEM Mining 1  LLC eparrott@maynardcooper.com

Frances Anne Smith
on behalf of Creditor Indigo Direct Lending  LLC frances.smith@rsbfirm.com, michael.coulombe@rsbfirm.com

Gary M McDonald
on behalf of Creditor J.W. Didado Electric  LLC gmcdonald@mmmsk.com, hdowell@mcdonaldpllc.com

Hector Duran, Jr
on behalf of U.S. Trustee US Trustee Hector.Duran.Jr@usdoj.gov

Hudson M Jobe
on behalf of Creditor Harlin Dean hjobe@qslwm.com  nchancellor@qslwm.com

James Drew
on behalf of Creditor Anchorage Lending CA  LLC jdrew@otterbourg.com

James B. Bailey
on behalf of Creditor c/o James Bailey Esq Gaylor Electric  Inc., d/b/a Gaylor, Inc. jbailey@bradley.com,
jbailey@ecf.courtdrive.com

James Tillman Grogan, III
on behalf of Creditor Ad Hoc Group of Secured Convertible Noteholders jamesgrogan@paulhastings.com
schleathomas@paulhastings.com;jocelynkuo@paulhastings.com

Jason Starks
on behalf of Creditor Travis County bkecf@traviscountytx.gov

Jason B. Binford
on behalf of Creditor Tenaska Power Services Co. jason.binford@rsbfirm.com

Jason R Kennedy
on behalf of Creditor Humphrey & Associates  Inc. bankruptcy@laperouselaw.com, amanda.olvera@laperouselaw.com

Jason S Brookner
on behalf of Creditor Committee Official Committee of Unsecured Creditors jbrookner@grayreed.com  lwebb@grayreed.com

Jay K Farwell
on behalf of Creditor Huband-Mantor Construction  Inc. jfarwell@cokinoslaw.com, dcarlin@cokinoslaw.com

Jayson B. Ruff
on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

Jeffrey Dale Stewart
on behalf of Creditor Tanmar Rentals  LLC jstewart@wellscuellar.com

Jeffrey Philipp Prostok
on behalf of Creditor ABLe Communications  Inc. jprostok@forsheyprostok.com,
calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com;khartogh@forsheyprostok.com;
khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net

Jennifer Jaye Hardy
on behalf of Creditor Committee Official Committee of Unsecured Creditors jhardy2@willkie.com  mao@willkie.com

Jennifer L. Kneeland
on behalf of Interested Party McCarthy Building Companies  Inc. jkneeland@watttieder.com, shope@watttieder.com

John Lewis, Jr.
on behalf of Creditor General Casualty Company of Wisconsin jolewis@shb.com  sgrussell@shb.com

John E. Mitchell
on behalf of Creditor Bryce Johnson john.mitchell@katten.com

John F Higgins, IV
on behalf of Interested Party Harper Construction Company  Inc. jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Interested Party Foundry Digital LLC jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John Kendrick Turner
on behalf of Creditor Dallas County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Stuart Collins
on behalf of Interested Party Condair Inc. jscollins@vorys.com  mdwalkuski@vorys.com

Judith W Ross
on behalf of Creditor Tenaska Power Services Co. judith.ross@rsbfirm.com

Kelli S. Norfleet
on behalf of Creditor City of Denton kelli.norfleet@haynesboone.com
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Kiran K Vakamudi
on behalf of Interested Party Official Committee of Equity Security Holders kvakamudi@velaw.com

Lydia R Webb
on behalf of Creditor Committee Official Committee of Unsecured Creditors lwebb@grayreed.com  vsalazar@grayreed.com

Maegan Quejada
on behalf of Creditor NYDIG ABL LLC mquejada@sidley.com
txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com

Marcy J. McLaughlin Smith
on behalf of Creditor Dalton Utilities marcy.smith@wbd-us.com

Marguerite Lee DeVoll
on behalf of Interested Party McCarthy Building Companies  Inc. mdevoll@watttieder.com

Maria Mulrooney Bartlett
on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions mbartlett@cokinoslaw.com

Martha Burroughes Wyrick
on behalf of Creditor City of Denton martha.wyrick@haynesboone.com
kenneth.rusinko@haynesboone.com,imaan.patel@haynesboone.com,jodi.valencia@haynesboone.com

Mary M Caskey
on behalf of Creditor Maddox Industrial Transformer  LLC mcaskey@hsblawfirm.com, cwilliamson@hsblawfirm.com

Matthew D Cavenaugh
on behalf of Creditor Celsius Mining  LLC mcavenaugh@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com;dduhon@jw.com

Matthew Ray Brooks
on behalf of Creditor Dalton Utilities matthew.brooks@troutman.com  wlbank@troutman.com;Monica.Molitor@troutman.com

Matthew T Ferris
on behalf of Creditor BlockFi Lending LLC matt.ferris@haynesboone.com
kim.morzak@haynesboone.com;kristy.martinez@haynesboone.com;kenneth.rusinko@haynesboone.com

Misti Lachelle Beanland
on behalf of Creditor BEAM Concrete Construction  Inc. beanland@mssattorneys.com

Nathaniel Richard Hull
on behalf of Creditor MassMutual Asset Finance  LLC nhull@verrilldana.com

Noelle M Reed
on behalf of Interested Party The Ad Hoc Equity Group noelle.reed@skadden.com
daniel.mayerfeld@skadden.com;dockethouston@skadden.com;noelle-reed-8522@ecf.pacerpro.com;rachel.redman@skadden.com
;wendy.lamanna@skadden.com;andrea.bates@skadden.com;christopher.heaney@skadden.com

Noelle M Reed
on behalf of Interested Party Skadden  Arps, Slate, Meagher & Flom LLP noelle.reed@skadden.com,
daniel.mayerfeld@skadden.com;dockethouston@skadden.com;noelle-reed-8522@ecf.pacerpro.com;rachel.redman@skadden.com
;wendy.lamanna@skadden.com;andrea.bates@skadden.com;christopher.heaney@skadden.com

Patrick Holder Autry
on behalf of Creditor Coonrod Electric Co. LLC pautry@branscomblaw.com  slee@branscomblaw.com

Patrick Holder Autry
on behalf of Creditor CEC Energy Services LLC pautry@branscomblaw.com  slee@branscomblaw.com

Paul E Heath
on behalf of Interested Party Official Committee of Equity Security Holders pheath@velaw.com

Peter Clifton Lewis
on behalf of Interested Party Board of Directors of Core Scientific  Inc. peter.lewis@solidcounsel.com,
marcella.morales@solidcounsel.com

District/off: 0541-4        User: ADIuser        Page 8 of 9

Date Rcvd: Jan 02, 2024        Form ID: trc        Total Noticed: 59

Phillip L Lamberson
> on behalf of Creditor North Texas Contracting  Inc. plamberson@winstead.com, dgalindo@winstead.com;kknight@winstead.com

R. J. Shannon
> on behalf of Interested Party B. Riley Commercial Capital  LLC rshannon@shannonpllc.com, rshannon@shannonleellp.com;7044075420@filings.docketbird.com

R. J. Shannon
> on behalf of Transferee B. Riley Securities  Inc. rshannon@shannonpllc.com, rshannon@shannonleellp.com;7044075420@filings.docketbird.com

Rachael L Smiley
> on behalf of Creditor Marnoy Interests  Ltd. d/b/a Office Pavilion rsmiley@fbfk.law, eglenn@fbfk.law

Raymond William Battaglia
> on behalf of Creditor Huband-Mantor Construction  Inc. rbattaglialaw@outlook.com, rwbresolve@gmail.com

Reagan H. Tres Gibbs, III
> on behalf of Creditor MP2 Energy Texas LLC d/b/a Shell Energy Solutions tgibbs@cokinoslaw.com

Ryan Montefusco
> on behalf of Creditor Ad Hoc Group of Secured Convertible Noteholders ryanmontefusco@paulhastings.com

S. Lee Whitesell
> on behalf of Defendant Gryphon Digital Mining  Inc. lee.whitesell@hoganlovells.com, lee-whitesell-0346@ecf.pacerpro.com

S. Lee Whitesell
> on behalf of Creditor Gryphon Digital Mining  Inc. lee.whitesell@hoganlovells.com, lee-whitesell-0346@ecf.pacerpro.com

Scott A Zuber
> on behalf of Creditor Allegheny Casualty Company szuber@csglaw.com

Scott A Zuber
> on behalf of Creditor Harco National Insurance Company szuber@csglaw.com

Scott A Zuber
> on behalf of Creditor International Fidelity Insurance Company szuber@csglaw.com

Scott D Fink
> on behalf of Creditor TOYOTA INDUSTRIES COMMERCIAL FINANCE INC. Bronationalecf@weltman.com

Scott R Huete
> on behalf of Creditor Summit Electric Supply Company  Inc. shuete@elkinsplc.com

Shawn Kevin Brady
> on behalf of Creditor TOYOTA INDUSTRIES COMMERCIAL FINANCE INC. sgodwin@brady-law-firm.com

Shawn M Christianson
> on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Shirley Palumbo
> on behalf of Creditor Pescadero Capital  LLC shirley.palumbo@nexteraenergy.com

Shirley Palumbo
> on behalf of Creditor NextEra Energy Resources shirley.palumbo@nexteraenergy.com

Simon W Hendershot, III
> on behalf of Creditor LV.NET  LLC trey@hchlawyers.com, ccarollo@hchlawyers.com

Stephanie Lyn O'Rourke
> on behalf of Creditor Huband-Mantor Construction  Inc. sorourke@cokinoslaw.com, sdavis@cokinoslaw.com;etalavera@cokinoslaw.com

Stephen Clark Jackson
> on behalf of Creditor GEM Mining 3  LLC sjackson@maynardcooper.com

Stephen Clark Jackson
> on behalf of Creditor GEM Mining 2  LLC sjackson@maynardcooper.com

Stephen Clark Jackson
> on behalf of Creditor GEM Mining 2B  LLC sjackson@maynardcooper.com

Stephen Clark Jackson
> on behalf of Creditor GEM Mining 1  LLC sjackson@maynardcooper.com

Stephen Clark Jackson
> on behalf of Creditor GEM Mining 4  LLC sjackson@maynardcooper.com

Stretto
> ecf@cases-cr.stretto-services.com  aw01@ecfcbis.com

Stuart Lee Cochran
> on behalf of Creditor Morgan Hoffman scochran@condontobin.com  lmedeles@condontobin.com

District/off: 0541-4                    User: ADIuser                              Page 9 of 9
Date Rcvd: Jan 02, 2024            Form ID: trc                             Total Noticed: 59

Ted C Farmer
>on behalf of Creditor Ted Farmer VFS LLC tedfarmer@tedfarmerlaw.com

Theresa A. Driscoll
>on behalf of Creditor Indigo Direct Lending  LLC tdriscoll@moritthock.com

Thomas A Howley
>on behalf of Creditor Dalton Utilities tom@howley-law.com  roland@howley-law.com;eric@howley-law.com

Thomas O. Bean
>on behalf of Creditor MassMutual Asset Finance  LLC tbean@verrilldana.com

Timothy Alvin Davidson, II
>on behalf of Creditor Sphere 3D Corp. taddavidson@andrewskurth.com

Timothy Alvin Davidson, II
>on behalf of Defendant Sphere 3D Corp. taddavidson@andrewskurth.com

US Trustee
>USTPRegion07.HU.ECF@USDOJ.GOV

Wayne Kitchens
>on behalf of Creditor CEC Energy Services LLC jwk@hwallp.com  dkokenes@hwallp.com

TOTAL: 124