IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CORE SCIENTIFIC, INC. et al., | § | CASE NO. 22-90341 |
| | § | |
| DEBTOR(S) | § | CHAPTER 11 |

**NOTICE OF WITHDRAWAL OF
BAKER DRYWALL FORT WORTH, LTD.'S
OBJECTIONS TO CONFIRMATION OF SETTLEMENT**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, BAKER DRYWALL FORT WORTH, LTD. (hereinafter "Claimant", or "Baker"), and files this its **NOTICE OF WITHDRAWAL** of its *Objections to Debtor's Motion for Entry of an Order (I) Authorizing (A) Assumption of McCarthy Contracts, as Amended in Accordance with the Settlement Agreement and (B) Entry into the Settlement Agreement, and (II) Granting Related Relief* [Doc. No. 1679]. Claimant has **NO OBJECTION** to the *Motion for Entry of an Order (I) Authorizing (A) Assumption of McCarthy Contracts, as Amended in Accordance with the Settlement Agreement and (B) Entry into the Settlement Agreement, and (II) Granting Related Relief* [Doc. No. 1580].

*Signature block on following page.*

Respectfully submitted,

**CUTLER ▪ SMITH, P.C.**

By: */s/ Garrin B. Fant*
    Garrin B. Fant
    State Bar No. 00785430
    gfant@cutler-smith.com
    Darrell W. Smith
    State Bar No. 00785430
    dsmith@cutler-smith.com
    Sewall C. Cutler, Jr.
    State Bar No. 00783920
    scutler@cutler-smith.com
    Park Central 7
    12750 Merit Drive, Suite 500
    Dallas, Texas 75251
    (214) 219-0800   Tel.
    (214) 219-0854   Fax

**SW LEGAL SERVICE, PLLC**

By: */s/ Shannon S. Walla*
    Shannon S. Walla
    State Bar No. 24081157
    SDTX Fed. ID No. 1515122
    swalla@swlegalservice.com
    2717 Commercial Center Blvd., Suite E200
    Katy, Texas 77494
    (281) 915-2366

**ATTORNEYS FOR BAKER DRYWALL FORT WORTH, LTD.**

CERTIFICATE OF SERVICE

Undersigned counsel certifies that a true and correct copy of the foregoing was served on all parties and/or their counsel of record in accordance with the Federal Rules of Civil Procedure on this 5th day of January 2024.

    */s/ Shannon S. Walla*
    Shannon S. Walla