**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC., *et al.*,** | § | **Case No. 22-90341 (CML)** |
| | § | |
| **Debtors¹** | § | **(Jointly Administered)** |
| | § | |

**NOTICE OF INTENT TO ADDUCE TESTIMONY FROM A**
**REMOTE LOCATION BY TELEPHONE AND VIDEO TECHNOLOGY**

1. This Notice is filed pursuant to BLR 9017-1(c)(2)(B) by Core Scientific, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**").

2. This Notice pertains to the matters scheduled for hearing or trial in this case on January 16, 2024 at 10:00 a.m. (Prevailing Central Time), including the hearing (the "**Hearing**") to consider Confirmation of the *Fourth Amended Joint Chapter 11 Plan of Reorganization of Core Scientific, Inc. and its Debtor Affiliates* (Docket No. 1639), and final approval of the *Disclosure Statement for Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors* (Docket No. 1439), supplemented by the *Supplement to Disclosure Statement for Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors* (Docket No. 1640).[2]

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.  The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, Texas 78704.

[2]   The Debtors may also present virtual testimony at the Hearing in connection with one or more of the following motions: (i) the *Debtors' Emergency Motion for Entry of an Order Establishing Disputed Claim Amounts for Calculation and Distribution Purposes Under Debtors' Proposed Joint Chapter 11 Plan of Reorganization*, dated December 7, 2023 (Docket No. 1525); (ii) the *Emergency Motion for Order (I) Authorizing And Approving Settlement Among Debtors, Sphere 3D Corp., and Gryphon Digital Mining Inc., and (II) Granting Related Relief* (Docket No. 1663); and (iii) various other motions filed prior to the Hearing.

3.  The party filing this Notice may call any one or more of the following witnesses to testify at the Hearing by telephone and video technology:

    (i)      Michael Bros, Senior Vice President of Capital Markets & Acquisitions at Core Scientific, Inc.;

    (ii)     Rodi Blokh, Partner & Managing Director at AlixPartners, LLP;

    (iii)    Avinash Patel, Partner at PJT Partners LP;

    (iv)    Neal P. Goldman, Independent Director at Core Scientific, Inc.;

    (v)     Jung (JW) Song, Managing Director at Stretto;

    (vi)    John Creighton, Director at AlixPartners, LLP; and

    (vii)   Russell Cann, Head of Mining at Core Scientific, Inc.

**4.  Any party-in-interest may object to this notice within 3 days of its filing on the Court's docket.  If no party-in-interest files a timely objection, the Court will allow the identified witness(es) to give testimony remotely using the Court's telephone and video technology. If the Court does not authorize the testimony to be taken remotely, the witness(es) and the objector must appear in person at the Hearing.**

5.  This Notice may be withdrawn at any point prior to the Hearing.

Dated: January 8, 2024
Houston, Texas

Respectfully submitted,

_/s/ Clifford W. Carlson_

WEIL, GOTSHAL & MANGES LLP
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:  Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit Berkovich (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Email:  Ray.Schrock@weil.com
            Ronit.Berkovich@weil.com


*Attorneys for Debtors*
*and Debtors in Possession*

**<u>Certificate of Service</u>**

I hereby certify that on January 8, 2024, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' proposed claims, noticing, and solicitation agent.


_/s/  Clifford W. Carlson_
Clifford W. Carlson