**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.,* | § | **Case No. 22-90341** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.** [1] | § | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 374**

Gaylor Electric, Inc. d/b/a Gaylor, Inc. ("Gaylor Electric"), hereby withdraws with prejudice its proof of claim number 374.  This notice of withdrawal is without prejudice to Gaylor Electric's Limited Objection to Plan and Notice of Opt Out Release Election [Docket No. 1554].

Dated: January 9, 2024

By:   /s/ *James B. Bailey*
James B. Bailey
**BRADLEY ARANT BOULT CUMMINGS LLP**
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
jbailey@bradley.com

*Counsel for Gaylor Electric, Inc. d/b/a Gaylor, Inc.*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198).  The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

ACKNOWLEDGED AND APPROVED BY:

HARPER CONSTRUCTION COMPANY, INC.

BY: _____

ITS: _EXEC V.P_____

PRINT NAME: _STEPHEN C MARBLE_____

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties authorized to receive electronic notice in this case.

/s/ James B. Bailey
OF COUNSEL