IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*,[1] | § | Case No. 22-90341 (CML) |
| | § | |
| DEBTORS. | § | (Jointly Administered) |
| | § | |

**NOTICE OF WITHDRAWAL OF DOCUMENT**
**[This instrument relates to Docket No. 1559]**

North Texas Contracting, Inc. ("NTC"), by and through its undersigned counsel, hereby withdraws its *Objection* [Docket No. 1559] (the "Objection") to the *Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors* [Docket No. 1438] (as may be amended, supplemented, or modified, the "Amended Plan").

**DATED: January 11, 2024.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave., Suite E-101, Austin, Texas 78704.

Respectfully submitted,

**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
(214) 745-5400 (Telephone)
(214) 745-5390 (Facsimile)

By:     */s/ Steffen R. Sowell*
         Phillip L. Lamberson
         Texas Bar No. 00794134
         S.D. Tex. No. 25823
         Steffen R. Sowell[2]
         Texas Bar No. 24087475
         S.D. Tex. No. 3599931

**ATTORNEYS FOR NORTH TEXAS CONTRACTING, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2024, notice of the foregoing document will be electronically mailed to the parties registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

*/s/ Steffen R. Sowell*
One of Counsel

---

[2] Resident of Winstead PC's Houston office located at 600 Travis Street, Suite 5200, Houston, Texas 77002.