IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CORE SCIENTIFIC, INC. et al., | § | CASE NO. 22-90341 |
| | § | |
| DEBTOR(S) | § | CHAPTER 11 |

### NOTICE OF WITHDRAWAL OF
### BAKER DRYWALL FORT WORTH, LTD.'S
### CLAIM [CLAIM 65-1]

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, BAKER DRYWALL FORT WORTH, LTD. (hereinafter "Claimant", or "Baker"), and files this its **NOTICE OF WITHDRAWAL** of its claim in the above-captioned matter, specifically identified as Claim No. 65-1 and filed January 5, 2024. Claimant hereby withdraws its claim and associated *Proof of Claim* filing, and authorizes the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor.

Respectfully submitted,

**CUTLER ▪ SMITH, P.C.**

By: */s/ Garrin B. Fant*
  Garrin B. Fant
  State Bar No. 00785430
  gfant@cutler-smith.com
  Darrell W. Smith
  State Bar No. 00785430
  dsmith@cutler-smith.com
  Sewall C. Cutler, Jr.
  State Bar No. 00783920
  scutler@cutler-smith.com
  Park Central 7

        12750 Merit Drive, Suite 500
        Dallas, Texas 75251
        (214) 219-0800   Tel.
        (214) 219-0854   Fax

**SW LEGAL SERVICE, PLLC**

By: */s/ Shannon S. Walla*
    Shannon S. Walla
    State Bar No. 24081157
    SDTX Fed. ID No. 1515122
    swalla@swlegalservice.com
    2717 Commercial Center Blvd., Suite E200
    Katy, Texas 77494
    (281) 915-2366

**ATTORNEYS FOR BAKER DRYWALL FORT WORTH, LTD.**

CERTIFICATE OF SERVICE

Undersigned counsel certifies that a true and correct copy of the foregoing was served on all parties and/or their counsel of record in accordance with the Federal Rules of Civil Procedure on this 11th day of January 2024.

        */s/ Shannon S. Walla*
        Shannon S. Walla