IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|   |   |   |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (CML) |
| Debtors[1] | § § § | (Jointly Administered) Dkt. No. 1460 |

**CERTIFICATE OF NO OBJECTION TO DEBTORS' FIRST OMNIBUS CLAIMS OBJECTION TO CERTAIN (I) AMENDED CLAIMS; (II) EXACT DUPLICATIVE CLAIMS; (III) BENEFICIAL BONDHOLDER DUPLICATIVE CLAIMS; (IV) MULTIPLE DEBTOR CLAIMS; (V) WRONG DEBTOR CLAIMS; (VI) LATE FILED CLAIMS; (VII) INSUFFICIENT DOCUMENTATION CLAIMS; (VIII) EQUITY CLAIMS; AND (IX) RECLASSIFIED CLAIMS (BASED ON PRIORITY)**

1. On November 22, 2023, Core Scientific, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Debtors**"), filed the *Debtors' First Omnibus Claims Objection To Certain (I) Amended Claims; (II) Exact Duplicative Claims; (III) Beneficial Bondholder Duplicative Claims; (IV) Multiple Debtor Claims; (V) Wrong Debtor Claims; (VI) Late Filed Claims; (VII) Insufficient Documentation Claims; (VIII) Equity Claims; And (IX) Reclassified Claims (Based On Priority)* [Docket No. 1460] (the "**First Omnibus Objection**"). Objections to the First Omnibus Objection were required to be filed and served by December 22, 2023 (the "**Objection Deadline**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, Texas 78704.

2. Following the filing of the First Omnibus Objection, certain holders of claims contacted the Debtors to clarify their claims, claim amounts, or otherwise provided other pertinent information regarding their claims. The Debtors have worked with such claimholders to resolve potential objections.

3. In accordance with paragraph 44 of the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) more than twenty-four hours have passed since the Objection Deadline, (ii) the undersigned counsel is unaware of any unresolved objections to the First Omnibus Objection to the extent of the claims identified on the amended schedules, and (iii) the undersigned counsel has reviewed the Court's docket and no objection to the First Omnibus Objection appears thereon.

4. Therefore, the Debtors respectfully request entry of the proposed order filed with the First Omnibus Objection, attached hereto as **Exhibit A**, which includes revised schedules attached thereto. A redline showing the changes to the schedules originally filed with the First Omnibus Objection is attached hereto as **Exhibit B**.

[*Remainder of page intentionally left blank*]

Dated: January 11, 2024
       Houston, Texas

                                                Respectfully submitted,

                                                */s/  Clifford W. Carlson*
                                                WEIL, GOTSHAL & MANGES LLP
                                                Clifford W. Carlson (24090024)
                                                700 Louisiana Street, Suite 3700
                                                Houston, Texas  77002
                                                Telephone: (713) 546-5000
                                                Facsimile:  (713) 224-9511
                                                Email:  Clifford.Carlson@weil.com

                                                -and-

                                                WEIL, GOTSHAL & MANGES LLP
                                                Ray C. Schrock (admitted pro hac vice)
                                                Ronit J. Berkovich (admitted pro hac vice)
                                                767 Fifth Avenue
                                                New York, New York  10153
                                                Telephone:  (212) 310-8000
                                                Facsimile:   (212) 310-8007
                                                Email:  Ray.Schrock@weil.com
                                                                       Ronit.Berkovich@weil.com

                                                *Attorneys for the Debtors*

## Certificate of Service

I hereby certify that on January 11, 2024, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                          /s/ Clifford W. Carlson
                                        Clifford W. Carlson