IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.*, | § | Case No. 22-90341 (CML) |
| | § | |
| Debtors[1] | § | (Jointly Administered) |
| | § | Dkt. No. 1463 |

**CERTIFICATE OF NO OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER CLASSIFYING CERTAIN CLAIMS AS SECTION 510(B) CLAIMS (CLASS 11) UNDER DEBTORS' PROPOSED JOINT CHAPTER 11 PLAN OF REORGANIZATION**

1. On November 24, 2023, Core Scientific, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Debtors**"), filed the *Debtors' Motion For Entry of an Order Classifying Certain Claims as Section 510(B) Claims (Class 11) Under Debtors' Proposed Joint Chapter 11 Plan Of Reorganization* (the "**Motion**"). Objections to the First Omnibus Objection were required to be filed and served by December 15, 2023 (the "**Objection Deadline**").

2. While the Debtors did not receive any objections to the Motion, the reference to claims by Morgan Hoffman were removed, as such claims were expunged pursuant to the Court's *Order* dated December 7, 2023 (Docket No. 1522).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, Texas 78704.

3. In accordance with paragraph 44 of the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) more than twenty-four hours have passed since the Objection Deadline, (ii) the undersigned counsel is unaware of any unresolved objections to the First Omnibus Objection to the extent of the claims identified on the amended schedules, and (iii) the undersigned counsel has reviewed the Court's docket and no objection to the First Omnibus Objection appears thereon.

4. Therefore, the Debtors respectfully request entry of the proposed order filed with the Motion, attached hereto as **Exhibit A**. A redline showing the changes to the Equity Damages Claims schedule originally filed with the Motion is attached hereto as **Exhibit B**.

Dated: January 11, 2024
      Houston, Texas

Respectfully submitted,

 */s/ Clifford W. Carlson*
WEIL, GOTSHAL & MANGES LLP
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted pro hac vice)
Ronit J. Berkovich (admitted pro hac vice)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Ray.Schrock@weil.com
        Ronit.Berkovich@weil.com

*Attorneys for the Debtors*

## Certificate of Service

I hereby certify that on January 11, 2024, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                 */s/ Clifford W. Carlson*
                                                 Clifford W. Carlson