**Exhibit B**

Privileged & Confidential
Attorney Work Product

*In re Core Scientific Inc., et al.*
Case No. 22-90341 (CML)

Subordinated 510(b) Equity Interest Claims

| Name of Claimant | Claim Number to be Reclassified | Asserted Claim Priority | Asserted Debtor | Asserted Claim Amount: General Unsecured | Reason for Reclassification |
|---|---|---|---|---|---|
| Alexandra Seifert | 431 | General Unsecured | Core Scientific, Inc. | 2,482 | Claim references 'violation of fiduciary duty / monetary harm' |
| Ani Kamali | 229 | General Unsecured | Core Scientific, Inc. | 150,000 | Claim references damages 'due to false info of Core Scientific' |
| Ann A. Meyer | 248 | General Unsecured | Core Scientific, Inc. | 16,044 | Claim references 'mismanagement and bankruptcy of the company' |
| Ann A. Meyer | 247 | General Unsecured | Core Scientific, Inc. | 15,241 | Claim references 'mismanagement and bankruptcy of the company' |
| Bay Colony Law Center LLC | 241 | General Unsecured | Core Scientific, Inc. | 151,474 | Claim references 'fradulent stock sale' |
| Carrington Lobban | 54 | General Unsecured | Core Scientific, Inc. | 1,093 | Claim references 'misappropriation of stock funding' |
| Chad Dickman | 349 | General Unsecured | Core Scientific, Inc. | 4,045 | Claim references 'mismanagement + misleading investors' |
| Christopher Elliott Scott | 320 | General Unsecured | Core Scientific, Inc. | 359,512 | Claim references 'money lost securties as shareholder during class action period' |
| Cori Faerman | 212 | General Unsecured | Core Scientific, Inc. | 81 | Claim references 'I believed in what I read on this company. I feel betrayed' |
| Cori Faerman | 211 | General Unsecured | Core Scientific, Inc. | 38 | Claim references 'I believed in what I read about this company. Poorly managed. They lied' |
| FLORIDA SBA TTEE | 384 | General Unsecured | Core Scientific, Inc. | 395,715 | Claim references 'class period' |
| Francois Emmanuel Veilleux | 555 | General Unsecured | Core Scientific, Inc. | 75,000 | Claim references 'miss management of funds and assets' |
| Jason Walters [Jason Walters IRA] | 311 | General Unsecured | Core Scientific, Inc. | 21,193 | Claim references 'lack of disclosure' |
| Marvin W. Meyer | 250 | General Unsecured | Core Scientific, Inc. | 12,848 | Claim references 'mismanagement' |
| Marvin W. Meyer | 249 | General Unsecured | Core Scientific, Inc. | 22,118 | Claim references 'mismanagement' |
| Michael & Elizabeth Silbergleid TRS FBO Silverknight Group Inc 401k Plan FBO Michael Silbergleid | 82 | General Unsecured | Core Scientific, Inc. | 27 | Claim references 'fraudulent appearance on Bloomberg TV by CEO' |
| Michael & Elizabeth Silbergleid TRS FBO Silverknight Group Inc 401k Roth Plan FBO Michael Silbergleid | 81 | General Unsecured | Core Scientific, Inc. | 7,963 | Claim references 'fraudulent appearance on Bloomberg TV by CEO' |
| ~~Morgan Hoffman~~ | ~~632~~ | ~~General Unsecured~~ | ~~Core Scientific, Inc.~~ | ~~188,600,000~~ | ~~Claim references 'violations of the securities laws'~~ |
| Robert Joseph | 351 | General Unsecured | Core Scientific, Inc. | 39,390 | Claim references 'securities fraud or other unlawful business practices' |
| Thrasivoulos Dimitriou | 52 | General Unsecured | Core Scientific, Inc. | 3,104 | Claim references 'failure to disclose material facts' |
| **Total** | | | | $ 1,277,368   ~~189,877,368~~ | |