IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>CORE SCIENTIFIC, INC., *et al.*,<br><br>Debtors.[1] | § Chapter 11<br>§<br>§ Case No. 22-90341 (CML)<br>§<br>§ (Jointly Administered)<br>§<br>§ **This instrument relates to Docket No. 1551** |

## NOTICE OF WITHDRAWAL

The ad hoc group (the "Ad Hoc Group") of beneficial holders and/or investment advisors or managers of discretionary accounts that hold (i) secured convertible notes issued pursuant to that certain Secured Convertible Note Purchase Agreement, dated as of April 19, 2021 and/or (ii) the secured convertible notes issued pursuant to that certain Convertible Note Purchase Agreement, dated on or about August 20, 2021, each issued by Core Scientific, Inc. (as successor to or assignee of Core Scientific Holdings Co.), by and through its undersigned counsel, hereby withdraws the *Objection of the Ad Hoc Group of Convertible Noteholders to the Application of Skadden, Arps, Slate, Meagher & Flom LLP Pursuant to Sections 503(B)(3) and 503(B)(4) of the Bankruptcy Code, Bankruptcy Rule 2016, and Sections 1.6 and 6.3 of the Debtors' Third Amended Plan for Allowance of Fees and Expenses Incurred in the Making of a Substantial Contribution as an Administrative Expense* [Docket No. 1551].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR, LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

Date:  January 12, 2024         Respectfully submitted
      Houston, Texas

*/s/ James T. Grogan*
**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Kristopher M. Hansen (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Emily Kuznick (admitted *pro hac vice*)
Joanne Lau (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: krishansen@paulhastings.com
      sayanbhattacharyya@paulhastings.com
      emilykuznick@paulhastings.com
      joannelau@paulhastings.com

*Counsel to the Ad Hoc Group of Secured Convertible Noteholders*

## CERTIFICATE OF SERVICE

I certify that on January 12, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on all parties receiving ECF notice in this case, and by electronic mail on counsel to (i) the Debtors (Weil, Gotshal & Manges LLP), (ii) the Creditors' Committee (Willkie Farr & Gallagher LLP), (iii) the Official Committee of Equity Security Holders (Vinson & Elkins LLP), (iv) the Office of the United States Trustee for the Southern District of Texas, and (v) Skadden, Arps, Slate, Meagher & Flom LLP.

                                                    */s/ James T. Grogan*
                                                    James T. Grogan III