# Skadden, Arps, Slate, Meagher & Flom LLP
**AND AFFILIATES**

Core Scientific (Ad Hoc Group)　　　　　　　　　　　　January 20, 2023
　　　　　　　　　　　　　　　　　　　　　　　　　　Bill No.: 1927603

　　　　　　　　　　　　　　　　　　　　　　　　　　TIN: ███████

| PLEASE REMIT TO: | | | |
|---|---|---|---|
| **By Check:** | SASM&F LLP<br>P.O. Box 1764<br>White Plains, NY 10602 | **By Wire:** | **In US Dollars to:**<br>Citibank, N.A., New York<br>A.B.A. Number: ███<br>Swift Code: ███<br>For Credit To Account: ███<br>Reference Bill No.: 1927603 |
| If you receive a request, via email or otherwise, to change our remittance account information, please verify that this is our intent by contacting your Skadden contact. | | | |

Invoice # 1927603

　　Re: <u>Corporate Advice, Financing and Special Projects</u>

TO PROFESSIONAL SERVICES RENDERED
through January 16, 2023

For Ad Hoc Group of Equity Holders　............ $　　132,510.50

　　<u>Charges and Disbursements</u>
　　Computer Legal Research.............  $　　　273.60
　　Electronic Document Management.......　　　　5.92

　　　　Total Disbursements .....................　　　279.52
　　　　　　　　　　　　　　　　　　　　　　　$　　132,790.02

　　　　　　　　　　PAYMENT DUE UPON RECEIPT.
　　　　　　　　　　　　　　***
　　MAY INCLUDE PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS FROM AFFILIATES.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　B43E

**SASMF EXHIBIT 01**

**1 of 10**

```
Core Scientific (Ad Hoc Group)
Monthly Omnibus Statement   (January, 2023)
January 20, 2023 - Summary Page 2


Total Fees .....................................$    132,510.50

Total Charges and Disbursements ................         279.52

Grand Total ....................................$    132,790.02
```

**TIME SUMMARY**
**CORE SCIENTIFIC (AD HOC GROUP): through January 16, 2023**

**MATTER #1  Ad Hoc Group of Equity Holders**                          Bill No: 1927603

| NAME | RATE | HOURS | TOTAL |
|---|---|---|---|
| **PARTNER** | | | |
| RON E. MEISLER | $1,785 | 2.10 | $ 3,748.50 |
| | 1,960 | 10.30 | 20,188.00 |
| **TOTAL PARTNER** | | 12.40 | $ 23,936.50 |
| **ASSOCIATES/LAW CLERK** | | | |
| CHRISTOPHER M. DRESSEL | $1,275 | 12.90 | $ 16,447.50 |
| | 1,390 | 12.30 | 17,097.00 |
| JENNIFER MADDEN | 1,275 | 12.90 | 16,447.50 |
| | 1,390 | 17.80 | 24,742.00 |
| AMY S. PHELPS* | 550 | 11.70 | 6,435.00 |
| | 725 | 37.80 | 27,405.00 |
| **TOTAL ASSOCIATES/LAW CLERK** | | 105.40 | $108,574.00 |
| **MATTER TOTAL** | | **117.80** | **$132,510.50** |

\* Law clerks are law school graduates who are not presently admitted to practice. Associate admitted to the Bar as of January 1, 2023.

## TIME SUMMARY
### CORE SCIENTIFIC (AD HOC GROUP): through January 16, 2023

**MATTER #1** Ad Hoc Group of Equity Holders    Bill No: 1927603

| NAME | RATE | HOURS | TOTAL |
|---|---|---|---|
| **PARTNER** | | | |
| RON E. MEISLER | $1,785 | 2.10 | $ 3,748.50 |
| | 1,960 | 10.30 | 20,188.00 |
| **TOTAL PARTNER** | | 12.40 | $ 23,936.50 |
| **ASSOCIATES/LAW CLERK** | | | |
| CHRISTOPHER M. DRESSEL | $1,275 | 12.90 | $ 16,447.50 |
| | 1,390 | 12.30 | 17,097.00 |
| JENNIFER MADDEN | 1,275 | 12.90 | 16,447.50 |
| | 1,390 | 17.80 | 24,742.00 |
| AMY S. PHELPS* | 550 | 11.70 | 6,435.00 |
| | 725 | 37.80 | 27,405.00 |
| **TOTAL ASSOCIATES/LAW CLERK** | | 105.40 | $108,574.00 |
| **MATTER TOTAL** | | **117.80** | **$132,510.50** |

\* Law clerks are law school graduates who are not presently admitted to practice.  Associate admitted to the Bar as of January 1, 2023.

B43E

<u>**TIME SUMMARY**</u>
<u>**CORE SCIENTIFIC (AD HOC GROUP): through January 16, 2023**</u>

**MATTER #1  Ad Hoc Group of Equity Holders**              **Bill No: 1927603**

| **NAME** | **RATE** | **HOURS** | **TOTAL** |
|---|---|---|---|
| **PARTNER** | | | |
| RON E. MEISLER | $1,785 | 2.10 | $ 3,748.50 |
| | 1,960 | 10.30 | 20,188.00 |
| **TOTAL PARTNER** | | **12.40** | **$ 23,936.50** |
| **ASSOCIATES/LAW CLERK** | | | |
| CHRISTOPHER M. DRESSEL | $1,275 | 12.90 | $ 16,447.50 |
| | 1,390 | 12.30 | 17,097.00 |
| JENNIFER MADDEN | 1,275 | 12.90 | 16,447.50 |
| | 1,390 | 17.80 | 24,742.00 |
| AMY S. PHELPS* | 550 | 11.70 | 6,435.00 |
| | 725 | 37.80 | 27,405.00 |
| **TOTAL ASSOCIATES/LAW CLERK** | | **105.40** | **$108,574.00** |
| **MATTER TOTAL** | | **117.80** | **$132,510.50** |

\* Law clerks are law school graduates who are not presently admitted to practice.  Associate admitted to the Bar as of January 1, 2023.

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
**PRIVILEGED AND CONFIDENTIAL**

Core Scientific (Ad Hoc Group)  
Ad Hoc Group of Equity Holders

Bill Date: 01/20/23  
Bill Number: 1927603

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MEISLER RE | 12/27/22 | 1.10 | REVIEW AND COMMENT ON UST LETTER REQUESTING APPOINTMENT OF EC (1.1). |
| MEISLER RE | 12/28/22 | 1.00 | CONTINUE TO REVIEW AND COMMENT ON UST LETTER REQUESTING APPOINTMENT OF EC (1.0). |
| MEISLER RE | 01/02/23 | 1.00 | WORK ON U.S. TRUSTEE LETTER RE: FORMATION OF EQUITY COMMITTEE (.4); CALL WITH J. MADDEN AND C. DRESSEL RE: SAME (.6). |
| MEISLER RE | 01/03/23 | 0.80 | CONTINUE TO REVIEW AND EDIT LETTER TO U.S. TRUSTEE SEEKING APPOINTMENT OF EQUITY COMMITTEE (.8). |
| MEISLER RE | 01/04/23 | 0.10 | CALL WITH COUNSEL TO B. RILEY RE: STATUS OF COMPETING DIP LOAN AND GENERAL POSTURE (.1). |
| MEISLER RE | 01/05/23 | 1.40 | CONTINUE TO WORK ON LETTER TO U.S. TRUSTEE RE: APPOINTMENT OF EQUITY COMMITTEE (.8); CALL WITH POTENTIAL DIP LENDER TO COMPETE WITH CURRENT DIP (.2); CALL WITH D. SAFERSTEIN RE: SAME (.2); CALL WITH R. BERMAN RE: SAME AND POSSIBILITY FOR COMPETING DIP (.2). |
| MEISLER RE | 01/06/23 | 1.00 | FINALIZE EDITS TO LETTER TO U.S. TRUSTEE (.4); CORRESPONDENCE RE: SAME (.3); CALL WITH R. BERKOVICH, COUNSEL TO THE COMPANY (.3). |
| MEISLER RE | 01/10/23 | 0.20 | CORRESPONDENCE WITH BRETT MILLER, COUNSEL TO UCC AND CORRESPONDENCE WITH J. MADDEN (.2). |
| MEISLER RE | 01/11/23 | 1.10 | WORK ON TALKING POINTS (.4); CALL WITH CLIENT GROUP (.2); WORK ON ADVOCACY EFFORTS TO FORM COMMITTEE, INCLUDING FOLLOW UP CALLS WITH R. BERKOVICH AND B. MILLER (.5). |
| MEISLER RE | 01/12/23 | 1.10 | REVIEW RESEARCH AND ANALYSIS FROM A. PHELPS RE: LEGAL SUPPORT FOR CHALLENGES TO RSA (.2); REVIEW AND COMMENT ON FOLLOW UP LETTER TO U.S. TRUSTEE (.5); CONTINUE TO WORK ON FORMATION OF EC (.4). |

SASMF EXHIBIT 01

6 of 10

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| MEISLER RE | 01/13/23 | 1.80 | ███████████████ ANALYSIS (.3) AND FOLLOW UP CORRESPONDENCE WITH U.S. TRUSTEE (.3); CORRESPONDENCE WITH CLIENTS (.1). |
| MEISLER RE | 01/15/23 | 0.60 | CALL WITH D. ASKEW, SHAREHOLDER AND PROSPECTIVE NEW MEMBER OF AD HOC GROUP (.2); CORRESPONDENCE RE: SAME (4). |
| MEISLER RE | 01/16/23 | 1.20 | CALL WITH LARRY RUDOLPH (.5); CORRESPONDENCE WITH K. TURNER RE: JOINING GROUP (.2); CALLS AND CORRESPONDENCE WITH POTENTIAL NEW MEMBERS INTERESTED IN JOINING GROUP (.5). |
| | | 12.40 | |
| **Total Partner** | | **12.40** | |
| DRESSEL CM | 12/23/22 | 4.60 | REVIEW RSA, DIP, AND OTHER FIRST-DAY PAPERS AND ANALYZE ISSUES RE SAME (4.4); CALL WITH A PHELPS RE SAME (0.2). |
| DRESSEL CM | 12/26/22 | 2.10 | CONTINUE REVIEW OF RSA, DIP, AND OTHER PAPERS AND EVALUATE STRATEGIC CONSIDERATIONS. |
| DRESSEL CM | 12/27/22 | 1.80 | REVIEW AND COMMENT ON LETTER TO U.S. TRUSTEE REQUESTING APPOINTMENT OF EQUITY COMMITTEE. |
| DRESSEL CM | 12/28/22 | 0.60 | REVIEW AMENDMENTS TO DIP CREDIT AGREEMENT AND CORRESPONDENCE WITH WORKING GROUP RE SAME (0.2); SUPERVISE RESEARCH FOR LETTER TO U.S. TRUSTEE REQUESTING APPOINTMENT OF EQUITY COMMITTEE (0.4). |
| DRESSEL CM | 12/29/22 | 3.80 | REVIEW AND COMMENT ON LETTER TO U.S. TRUSTEE REQUESTING APPOINTMENT OF EQUITY COMMITTEE (3.5); CALL WITH J. MADDEN TO DISCUSS ISSUES RE SAME (0.3). |
| DRESSEL CM | 01/03/23 | 4.90 | CONTINUE DRAFTING LETTER TO U.S. TRUSTEE REQUESTING APPOINTMENT OF EQUITY COMMITTEE (4.8); CALL WITH J MADDEN RE SAME (0.1). |
| DRESSEL CM | 01/04/23 | 2.30 | REVIEW AND ANALYZE ISSUES RE: DIP FACILITY AND PREPARE ANALYSIS OF PAYOFF AMOUNT OF9 LETTER TO U.S. TRUSTEE; REVIEW LETTER TO U.S. TRUSTEE. |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| DRESSEL CM | 01/05/23 | 4.80 | REVIEW AND COMMENT ON LETTER REQUESTING APPOINTMENT OF EQUITY SECURITY HOLDERS' COMMITTEE (3.2); PREPARE ANALYSIS OF DIP ECONOMICS AND PAYOFF AMOUNT TO SUPPLEMENT LETTER TO U.S. TRUSTEE (1.6). |
| DRESSEL CM | 01/13/23 | 0.30 | REVIEW FOLLOW-UP LETTER TO U.S. TRUSTEE. |
| | | **25.20** | |
| MADDEN J | 12/27/22 | 5.80 | REVIEW PLEADINGS AND DRAFT UST LETTER; RESEARCH RE SAME. |
| MADDEN J | 12/28/22 | 4.30 | CONTINUE TO REVIEW/REVISE EQUITY COMMITTEE LETTER TO UST AND FOLLOW UP RESEARCH RE SAME. |
| MADDEN J | 12/29/22 | 2.80 | CONTINUE TO REVIEW/REVISE LETTER TO UST AND DISCUSS COMMENTS RE SAME WITH SKADDEN TEAM. |
| MADDEN J | 01/02/23 | 2.20 | CONTINUE TO FINALIZE AND REVISE U.S. TRUSTEE LETTER. |
| MADDEN J | 01/03/23 | 2.10 | CONTINUE TO REVIEW/REVISE U.S. TRUSTEE LETTER AND DISCUSS SAME WITH SKADDEN TEAM. |
| MADDEN J | 01/04/23 | 1.10 | CORRESPONDENCE AND FOLLOW UP RE U.S. TRUSTEE LETTER AND NEXT STEPS. |
| MADDEN J | 01/05/23 | 3.80 | FOLLOW UP RE GROUP MATTERS AND FINALIZING U.S. TRUSTEE LETTER; COMMUNICATIONS RE SAME AND REVIEW COMMENTS/ANALYSIS RE SAME. |
| MADDEN J | 01/06/23 | 2.40 | FINALIZE U.S. TRUSTEE LETTER AND COMMUNICATIONS RE SAME. |
| MADDEN J | 01/09/23 | 0.60 | PREPARE FOLLOW UP CORRESPONDENCE RE CASE / UCC STATUS AND FOLLOW UP WITH CLIENTS. |
| MADDEN J | 01/10/23 | 0.90 | COMMUNICATIONS WITH CLIENTS RE EQUITY COMMITTEE FORMATION AND STRATEGY. |
| MADDEN J | 01/11/23 | 0.80 | [REDACTED] |
| MADDEN J | 01/12/23 | 2.00 | FOLLOW UP COMMUNICATIONS REGARDING MEDIA COVERAGE; PREPARE FOLLOW UP CORRESPONDENCE TO UST AND COMMUNICATIONS WITH SKADDEN TEAM AND CLIENTS RE SAME. |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| MADDEN J | 01/13/23 | 1.90 | PREPARE FOLLOW UP CORRESPONDENCE FOR U.S. TRUSTEE AND CORRESPONDENCE RE SAME WITH TEAM AND CLIENTS; COORDINATE RE MEDIA COMMUNICATIONS. |
| | | 30.70 | |
| PHELPS AS* | 12/28/22 | 2.10 | RESEARCH CONVERTIBLE NOTE PURCHASE AGREEMENTS AND THEIR TRADING PRICES FOR LETTER TO US TRUSTEE (0.7); RESEARCH EBITDA PROJECTIONS FOR LETTER TO US TRUSTEE (1.4). |
| PHELPS AS* | 12/29/22 | 7.20 | CONDUCT ADDITIONAL RESEARCH AND UPDATE CITATIONS IN DRAFT LETTER TO US TRUSTEE (5.3); REVIEW AND SUMMARIZE DEBTORS' CORRECTIONS TO DIP AGREEMENT (1.4); RESEARCH CORE SCIENTIFIC ENTERPRISE VALUATION ISSUES (0.5). |
| PHELPS AS* | 12/30/22 | 2.40 | MONITOR CORE SCIENTIFIC AND SUMMARIZE FILINGS FROM 12/30 (2.4). |
| PHELPS AS | 01/02/23 | 3.80 | RESEARCH ECONOMIC FORECASTING FOR FOOTNOTE CITATIONS IN LETTER TO U.S. TRUSTEE (3.8). |
| PHELPS AS | 01/03/23 | 5.90 | RESEARCH POWER PRICE TRENDS FOR U.S. TRUSTEE LETTER (0.8); MONITOR CORE SCIENTIFIC DOCKET AND REVIEW AND SUMMARIZE FILINGS (2.5); DETERMINE INSIDER SHARE COUNT (0.7); REVIEW AND SUMMARIZE DOCKET UPDATES FOR CLIENT (0.6); RESEARCH S.D. TEXAS CASE PRECEDENTS APPOINTING AN EQUITY COMMITTEE (0.4); RESEARCH FIFTH CIRCUIT CASE PRECEDENTS APPOINTING AN EQUITY COMMITTEE (0.3); SUMMARIZE CORE SCIENTIFIC SEC FILINGS FOR LETTER TO U.S. TRUSTEE (0.6). |
| PHELPS AS | 01/04/23 | 3.20 | REVIEW AND SUMMARIZE JANUARY 3RD HEARING NOTES AND ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACT (0.2); CONTINUE RESEARCHING CASE PRECEDENT WHERE EQUITY COMMITTEES WERE APPOINTED (3.0). |
| PHELPS AS | 01/05/23 | 1.50 | INVESTIGATE FILING AND ADDRESSING PROCEDURE FOR LETTER TO U.S. TRUSTEE (1.5). |
| PHELPS AS | 01/06/23 | 1.40 | UPDATE LETTER TO U.S. TRUSTEE AND COORDINATE MAILING (1.4). |
| PHELPS AS | 01/09/23 | 1.40 | MONITOR CORE SCIENTIFIC DOCKET AND SUMMARIZE CASE DEVELOPMENTS (1.4). |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| PHELPS AS | 01/10/23 | 6.80 | RESEARCH JUDGE JONES APPROACH TO EQUITY COMMITTEE APPOINTMENTS (6.3); DRAFT EMAIL MEMO RE: JUDGE JONES APPROACH TO EQUITY COMMITTEES (0.5). |
| PHELPS AS | 01/11/23 | 3.90 | MONITOR DOCKET AND SUMMARIZE FILINGS FROM 1/10 AND 1/11 (0.3); UPDATE CASE CHART OF 5TH CIRCUIT CASES WITH MOTION TO APPOINT AN EQUITY COMMITTEE (0.9); CALL WITH J. MADDEN RE: NEXT STEPS IN CORE SCIENTIFIC REPRESENTATION (0.1); ▇▇▇▇▇▇▇▇▇ CONFERENCE WITH R. MEISLER, J. MADDEN, AND EQUITY HOLDERS (0.2); ▇▇▇▇▇▇▇▇▇ |
| PHELPS AS | 01/12/23 | 6.00 | UPDATE TALKING POINTS FOR WHY U.S. TRUSTEE SHOULD APPOINT AN EQUITY COMMITTEE (0.4); ▇▇▇▇▇▇▇▇▇ PULL PRECEDENT MOTIONS TO APPOINT AN EQUITY COMMITTEE (0.6); UPDATE DRAFT FOLLOW UP LETTER TO U.S. TRUSTEE (0.9); GRAPH OF BITCOIN PRICE CHANGES RE: CORRESPONDENCE TO U.S. TRUSTEE (1.2); CALL WITH R. MEISLER AND J. MADDEN TO DISCUSS FOLLOW UP LETTER (0.2). |
| PHELPS AS | 01/13/23 | 3.10 | MONITOR BITCOIN PRICES AND UPDATE GRAPH (0.6); UPDATE LETTER TO U.S. TRUSTEE (0.6); DRAFT ADDITIONAL UPDATE LETTER TO U.S. TRUSTEE COMPARING COMPETITOR TRADING PRICES (1.9). |
| PHELPS AS | 01/15/23 | 0.80 | MONITOR CORE SCIENTIFIC DOCKET AND SUMMARIZE NEW FILINGS (0.8). |
| | | **49.50** | |
| **Total Associate/Law Clerk** | | **105.40** | |
| **TOTAL TIME** | | **117.80** | |
| | | | |
| **CLIENT TOTAL** | | **117.80** | |

\* Law clerks are law school graduates who are not presently admitted to practice. Associate admitted to the Bar as of January 1, 2023.