# Skadden, Arps, Slate, Meagher & Flom LLP
**AND AFFILIATES**

Core Scientific (Ad Hoc Group)　　　　　　　　　February 10, 2023
　　　　　　　　　　　　　　　　　　　　　　　　Bill No.: 1929799

　　　　　　　　　　　　　　　　　　　　　　　　TIN: ███████

| PLEASE REMIT TO: | | |
|---|---|---|
| **By Check:** SASM&F LLP<br>P.O. Box 1764<br>White Plains, NY 10602 | **By Wire:** | **In US Dollars to:**<br>Citibank, N.A., New York<br>A.B.A. Number: ███<br>Swift Code: ███████<br>For Credit To Account: ███████<br>Reference Bill No.: 1929799 |
| If you receive a request, via email or otherwise, to change our remittance account information, please verify that this is our intent by contacting your Skadden contact. | | |

Invoice # 1929799

　　Re:  **Corporate Advice, Financing and Special Projects**

TO PROFESSIONAL SERVICES RENDERED
through January 31, 2023

For Ad Hoc Group of Equity Holders  ............ $　　352,227.00

　　<u>Charges and Disbursements</u>
　　Computer Legal Research.............. $　　　606.96
　　Travel Expenses....................... 　　　　567.17

　　　　Total Disbursements ................... <u>　　1,174.13</u>

　　　　　　　　　　　　　　　　　　　　　$　　353,401.13

PAYMENT DUE UPON RECEIPT.
＊＊＊
MAY INCLUDE PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS FROM AFFILIATES.

B43E

```
Core Scientific (Ad Hoc Group)
Monthly Omnibus Statement   (January, 2023)
February 10, 2023 - Summary Page 2


Total Fees ......................................$   352,227.00

Total Charges and Disbursements ..................    1,174.13

Grand Total .....................................$   353,401.13
```

## TIME SUMMARY
## CORE SCIENTIFIC (AD HOC GROUP): through January 31, 2023

**MATTER #1  Ad Hoc Group of Equity Holders**                               **Bill No: 1929799**

| NAME | RATE | HOURS | TOTAL |
|---|---|---|---|
| **PARTNERS** | | | |
| ALBERT L. HOGAN III | $1,960 | 1.00 | $ 1,960.00 |
| RON E. MEISLER | 1,960 | 44.10 | 86,436.00 |
| GEORGE N. PANAGAKIS | 1,960 | 2.30 | 4,508.00 |
| NOELLE M. REED | 1,960 | 12.00 | 23,520.00 |
| **TOTAL PARTNERS** | | 59.40 | $116,424.00 |
| **ASSOCIATES** | | | |
| CHRISTOPHER M. DRESSEL | $1,390 | 33.30 | $ 46,287.00 |
| JENNIFER MADDEN | 1,390 | 71.50 | 99,385.00 |
| AMY S. PHELPS | 725 | 116.20 | 84,245.00 |
| **TOTAL ASSOCIATES** | | 221.00 | $229,917.00 |
| **LEGAL ASSISTANTS** | | | |
| LEGAL ASSISTANT @ | $540 | 10.90 | $ 5,886.00 |
| **TOTAL LEGAL ASSISTANTS** | | 10.90 | $ 5,886.00 |
| **MATTER TOTAL** | | **291.30** | **$352,227.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Core Scientific (Ad Hoc Group)**  Bill Date: 02/10/23
**Ad Hoc Group of Equity Holders**  Bill Number: 1929799

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| HOGAN III AL | 01/28/23 | 1.00 | REVIEW EQUITY COMMITTEE MOTION AND DISCUSS WITH WORKING GROUP. |
|  |  | **1.00** |  |
| MEISLER RE | 01/17/23 | 1.60 | CONTINUE TO WORK ON APPOINTMENT OF EQUITY COMMITTEE (.4); CALLS WITH J. MADDEN (.3); CALL WITH DAVID ASKEW AND TALLA FAMILY (.5); CALLS WITH K. TURNER'S COUNSEL (.4). |
| MEISLER RE | 01/20/23 | 2.10 | [REDACTED] CALL WITH CLIFF BRANDEIS RE: UPDATE (.2); [REDACTED] CALL WITH JAYSON RUFF (UST) RE: RESPONSE TO REQUEST FOR APPOINTMENT OF EQUITY COMMITTEE (.2); CORRESPONDENCE WITH CLIENT GROUP RE: SAME (.5). |
| MEISLER RE | 01/22/23 | 2.10 | CALL WITH CLIENT GROUP (.6); FOLLOW UP CALLS WITH GROUP MEMBERS (.7); CALL WITH R. BERKOVICH (WEIL) (.3); CORRESPONDENCE (.5). |
| MEISLER RE | 01/23/23 | 3.00 | CALL WITH L. RUDOLPH (.1); CALL WITH K. TURNER AND HIS COUNSEL (.4); WORK ON LETTER TO CORE SCIENTIFIC RE: APPOINTMENT OF EQUITY COMMITTEE (.4); CORRESPONDENCE (.8); CALL WITH M. BERMAN RE: [REDACTED] (.6); CALL WITH G. PANAGAKIS RE: ANALYSIS (.5); CALLS WITH J. MADDEN (.2). |
| MEISLER RE | 01/24/23 | 3.40 | CALL WITH L. RUDOLPH (.1); CORRESPONDENCE (.1); CALLS WITH T. SIMONYAN RE: [REDACTED] (1.1); CALL WITH VIKAS TANDON RE: DIP (.3); CALLS WITH J. MADDEN AND A. PHELPS RE: MOTION TO APPOINT EQUITY COMMITTEE AND DIP OBJECTION (.5); CALL WITH J. JUDSON (.2); CALL WITH R. HALE (.1); CALLS WITH R. BERMAN (.4); CALL WITH J. MADDEN (.1); CORRESPONDENCE (.5). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| MEISLER RE | 01/25/23 | 3.80 | CALL WITH B. MILLER, COUNSEL TO CREDITORS COMMITTEE (.2); CALLS WITH R. BERKOVICH, COUNSEL TO COMPANY (.4); CALLS WITH R. BERMAN (.2, .1); CALL WITH R. HIRSH, COUNSEL TO JMB CAPITAL (.2); CALL WITH JMB CAPITAL (VIKAS TANDON) (.3); WORK ON LETTER TO COMPANY RE: ADJOURN DIP HEARING (.8); WORK ON MOTION TO APPOINT EQUITY COMMITTEE (1.2); CORRESPONDENCE WITH CLIENTS (.4). |
| MEISLER RE | 01/26/23 | 3.00 | REVIEW AND EDIT MOTION TO APPOINT EQUITY COMMITTEE (2.2); CALLS WITH J. MADDEN (.3); CALL WITH R. BERMAN (.1); CORRESPONDENCE (.4). |
| MEISLER RE | 01/27/23 | 6.40 | WORK ON DIP OBJECTION (1.6); CONTINUE TO WORK ON MOTION TO APPOINT EQUITY COMMITTEE (1.5); CALLS (.4) AND CORRESPONDENCE (.2) WITH R. BERKOVICH (WEIL); CORRESPONDENCE WITH T. TSEKERIDES (WEIL) (.1); CORRESPONDENCE WITH B. MILLER (WILKIE) (.2); CALL WITH V. TANDON (.1); CALL WITH R. HIRSH (.1); CALLS WITH R. HALE (.7); CORRESPONDENCE WITH CLIENTS (.4); CALLS WITH J. MADDEN (1.1). |
| MEISLER RE | 01/28/23 | 2.90 | REVIEW AND COMMENT ON REVISED VERSION OF MOTION TO APPOINT EQUITY COMMITTEE (1.5); CALL WITH L. RUDOLPH (.1); CALL WITH R. HALE (.4); CALL WITH R. BERKOVICH (.1); CALLS WITH V. TANDON (.2); CALL WITH B. LOHAN, COUNSEL TO EQUIPMENT FINANCING SOURCES (.1); CALL WITH R. HIRSH, COUNSEL TO JMB (.1); CORRESPONDENCE (.4). |
| MEISLER RE | 01/29/23 | 4.90 | CONTINUE TO REVIEW AND COMMENT ON MOTION TO APPOINT EQUITY COMMITTEE (1.7); CALL WITH J. SINGH (PJT) (.6); CALL WITH A. HOGAN RE: STRATEGY (.8); CALLS WITH J. MADDEN RE: UPDATE AND COMMENTS TO MOTION (.7); CALL WITH L. RUDOLPH (.5); CALL WITH D. ASKEW (.1); CALL WITH B. LOHAN (COUNSEL TO EQUIPMENT FINANCING SOURCE) (.1); CORRESPONDENCE (.4). |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| MEISLER RE | 01/30/23 | 3.50 | REVIEW NOTICE OF FILING RE: B. RILEY DIP AND CORRESPONDENCE RE: SAME (.4); CALL WITH D. WALL (.1); CALL WITH J. NAHAS RE: ▮▮▮▮ (.4); CALL WITH CLIENTS RE: UPDATE AND NEXT STEPS (.4); CALL WITH J. MADDEN (.2); ▮▮▮▮▮▮▮▮ CALLS WITH D. WALL (.2); CALL WITH R. HALE (.2); CALL WITH A. PHELPS (.2); CONTINUE TO WORK ON MOTION TO APPOINT EQUITY COMMITTEE (.8). |
| MEISLER RE | 01/31/23 | 7.40 | REVIEW REVISED DIP ORDER (.6); REVIEW MOTION TO APPROVE REVISED DIP (.7); REVIEW UCC PLEADING IN SUPPORT (.3); REVIEW SINGH DECLARATION IN SUPPORT (.3); CALL WITH N. REED RE: HEARING PREP (.2); ▮▮▮▮▮▮▮▮ CALLS WITH J. MADDEN RE: SAME AND RE: MOTION TO APPOINT EQUITY COMMITTEE (.7); CONTINUE TO REVIEW AND REVIEW MOTION TO APPOINT EQUITY COMMITTEE (1.0); TRAVEL TO HOUSTON FROM DETROIT (3.0). |
| | | **44.10** | |
| PANAGAKIS GN | 01/23/23 | 0.80 | REVIEW MATERIALS AND PARTICIPATE ON CALLS. |
| PANAGAKIS GN | 01/24/23 | 0.80 | PREPARE FOR AND PARTICIPATE ON CALLS. |
| PANAGAKIS GN | 01/28/23 | 0.70 | REVIEW AND COMMENT ON PLEADINGS. |
| | | **2.30** | |
| REED NM | 01/27/23 | 5.90 | REVIEW AND REVISE DIP OBJECTION, MOTION TO APPOINT COMMITTEE AND RELATED FILINGS; CONFER AMONG CLIENT AND COUNSEL RE: SAME; REVIEW BACKGROUND MATERIAL. |
| REED NM | 01/30/23 | 3.80 | REVIEW AND REVISE DRAFT MOTION TO APPOINT OFFICIAL EQUITY COMMITTEE; REVIEW NEW BANKRUPTCY FILINGS; CONFER AMONG CLIENT AND COUNSEL RE: SAME, STRATEGY. |
| REED NM | 01/31/23 | 2.30 | REVIEW RECENT FILINGS (.8); REVIEW AND REVISE MOTION TO APPOINT EQUITY COMMITTEE (1.3); CALL WITH R. MEISLER RE: HEARING PREPARATION (.2). |
| | | **12.00** | |
| **Total Partner** | | **59.40** | |
| DRESSEL CM | 01/24/23 | 1.80 | CALL WITH J. MADDEN TO DISCUSS DIP OBJECTION (0.5); BEGIN PLANNING AND DRAFTING SAME (1.3). |

**Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates**
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| DRESSEL CM | 01/25/23 | 8.10 | DRAFT DIP OBJECTION (5.3); DRAFT LETTER TO DEBTORS' COUNSEL REQUESTING ADJOURNMENT OF DIP HEARING (2.8). |
| DRESSEL CM | 01/26/23 | 9.10 | CONTINUE DRAFTING DIP OBJECTION. |
| DRESSEL CM | 01/27/23 | 9.70 | CONTINUE DRAFTING DIP OBJECTION AND FILE SAME (7.3); REVIEW AND COMMENT ON MOTION TO APPOINT EQUITY COMMITTEE (2.4). |
| DRESSEL CM | 01/28/23 | 1.00 | REVIEW COMPETING DIP TERM SHEETS (0.8); REVIEW ISSUES CONCERNING AD HOC GROUP DIP OBJECTION AND CORRESPONDENCE WITH WORKING GROUP RE: SAME (0.2). |
| DRESSEL CM | 01/29/23 | 0.60 | REVIEW REVISED DRAFT OF MOTION TO DIRECT APPOINTMENT OF EQUITY COMMITTEE. |
| DRESSEL CM | 01/30/23 | 1.20 | UPDATE CALL WITH AD HOC GROUP (0.4); REVIEW REPLACEMENT DIP PAPERS (0.8). |
| DRESSEL CM | 01/31/23 | 1.80 | REVIEW REPLACEMENT DIP DOCUMENTS AND RELATED PLEADINGS FOR FEBRUARY 1 DIP HEARING. |
| | | 33.30 | |
| MADDEN J | 01/17/23 | 0.60 | REVIEW DIP OBJECTION MATERIALS AND PREPARE SUMMARY FOR CLIENT. |
| MADDEN J | 01/22/23 | 1.60 | CALL WITH CLIENTS RE: NEXT STEPS; COMMUNICATION WITH CLIENTS RE: CASE INFORMATION; FOLLOW UP CORRESPONDENCE RE: SAME. |
| MADDEN J | 01/23/23 | 2.30 | CALL RE: POTENTIAL DIP FINANCING (0.3); DRAFT/REVISE LETTER FOR COMPANY COUNSEL AND CORRESPONDENCE WITH TEAM RE: SAME (1.2); REVIEW RESEARCH RE: EQUITY COMMITTEES (0.8). |
| MADDEN J | 01/24/23 | 8.40 | CALL WITH TEAM RE: MOTION; DRAFT/REVISE SAME; CALL WITH CLIENT GROUP RE: DIP FINANCING; CALL WITH TEAM RE: DIP OBJECTION. |
| MADDEN J | 01/25/23 | 11.40 | DRAFT/REVISE MOTION TO APPOINT AN EQUITY COMMITTEE AND REVIEW COMMENTS RE: SAME; CORRESPONDENCE RE: DIP MATTERS. |
| MADDEN J | 01/26/23 | 11.80 | CONTINUE TO REVIEW/REVISE MOTION TO APPOINT EQUITY COMMITTEE AND DIP OBJECTION. |
| MADDEN J | 01/27/23 | 7.80 | REVIEW/REVISE PLEADINGS AND CORRESPONDENCE RE: SAME. |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates
ATTORNEY WORK PRODUCT
**PRIVILEGED AND CONFIDENTIAL**

| | | | |
|---|---|---|---|
| MADDEN J | 01/28/23 | 3.90 | REVIEW COMMENTS TO/REVISE MOTION; CORRESPONDENCE RE: SAME; WORK ON PRELIMINARY STATEMENT. |
| MADDEN J | 01/29/23 | 7.10 | REVIEW/REVISE APPOINTMENT MOTION; REVIEW DIP TRANSCRIPTS. |
| MADDEN J | 01/30/23 | 7.90 | CALL WITH GROUP RE: DIP AND NEXT STEPS AND FOLLOW UP RE: SAME (0.7); REVIEW/REVISE MOTION IN LIGHT OF DIP DEVELOPMENTS (6.2); REVIEW DIP DOCUMENTS (1.0). |
| MADDEN J | 01/31/23 | 8.70 | REVIEW AND SUMMARIZE DIP-RELATED MATERIALS AND PLEADINGS AND SUMMARIZE SAME; REVIEW/REVISE MOTION AND DISCUSS SAME WITH TEAM; DISCUSS VALUATION METRICS WITH ADVISOR. |
| | | **71.50** | |
| PHELPS AS | 01/17/23 | 5.00 | MONITOR DOCKET AND SUMMARIZE FILINGS FROM 1/17 (1.5); MONITOR THE CORE SCIENTIFIC DOCKET AND SUMMARIZE OBJECTION AND JOINDER FILINGS FROM 1/17 (2.2); DRAFT EMAIL MEMO RE: SAME (0.2); MONITOR THE CORE SCIENTIFIC DOCKET AND SUMMARIZE MOTION FILINGS FROM 1/17 (0.9); DRAFT EMAIL MEMO RE: MOTION FILINGS FROM 1/17 (0.2). |
| PHELPS AS | 01/18/23 | 2.90 | RESEARCH ARGUMENTS AGAINST DIP FACILITIES IN PRECEDENT CASES (1.8); MONITOR COMMODITIES PRICE FLUCTUATIONS AND UPDATE GRAPHS FOR MOTION TO APPOINT EQUITY COMMITTEE (1.1). |
| PHELPS AS | 01/19/23 | 2.40 | MONITOR BITCOIN AND COMPETITOR TRADING PRICES AND UPDATE GRAPHS FOR MOTION TO APPOINT EQUITY COMMITTEE (0.8); MONITOR THE DOCKET AND SUMMARIZE NEW FILINGS (1.6). |
| PHELPS AS | 01/20/23 | 3.90 | TRACK BITCOIN AND COMMODITIES PRICES (0.7); MONITOR CORE SCIENTIFIC DOCKET AND SUMMARIZE UPDATES (0.2); RESEARCH PRECEDENT CASE FOR DIP OBJECTION ARGUMENTS (3.0). |
| PHELPS AS | 01/21/23 | 2.80 | INVESTIGATE BUSINESS RELATIONSHIPS TO TEST DISINTERESTEDNESS OF CORE SCIENTIFIC DIRECTORS. |
| PHELPS AS | 01/22/23 | 6.30 | COMPILE PACKET OF KEY DOCKET FILINGS FOR EQUITY MEMBER (0.4); CONTINUE RESEARCHING BUSINESS RELATIONSHIPS OF CORE SCIENTIFIC BOARD MEMBERS (1.0); DRAFT MOTION TO APPOINT OFFICIAL EQUITY COMMITTEE (4.9). |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| MADDEN J | 01/28/23 | 3.90 | REVIEW COMMENTS TO/REVISE MOTION; CORRESPONDENCE RE: SAME; WORK ON PRELIMINARY STATEMENT. |
| MADDEN J | 01/29/23 | 7.10 | REVIEW/REVISE APPOINTMENT MOTION; REVIEW DIP TRANSCRIPTS. |
| MADDEN J | 01/30/23 | 7.90 | CALL WITH GROUP RE: DIP AND NEXT STEPS AND FOLLOW UP RE: SAME (0.7); REVIEW/REVISE MOTION IN LIGHT OF DIP DEVELOPMENTS (6.2); REVIEW DIP DOCUMENTS (1.0). |
| MADDEN J | 01/31/23 | 8.70 | REVIEW AND SUMMARIZE DIP-RELATED MATERIALS AND PLEADINGS AND SUMMARIZE SAME; REVIEW/REVISE MOTION AND DISCUSS SAME WITH TEAM; DISCUSS VALUATION METRICS WITH ADVISOR. |
| | | **71.50** | |
| PHELPS AS | 01/17/23 | 5.00 | MONITOR DOCKET AND SUMMARIZE FILINGS FROM 1/17 (1.5); MONITOR THE CORE SCIENTIFIC DOCKET AND SUMMARIZE OBJECTION AND JOINDER FILINGS FROM 1/17 (2.2); DRAFT EMAIL MEMO RE: SAME (0.2); MONITOR THE CORE SCIENTIFIC DOCKET AND SUMMARIZE MOTION FILINGS FROM 1/17 (0.9); DRAFT EMAIL MEMO RE: MOTION FILINGS FROM 1/17 (0.2). |
| PHELPS AS | 01/18/23 | 2.90 | RESEARCH ARGUMENTS AGAINST DIP FACILITIES IN PRECEDENT CASES (1.8); MONITOR COMMODITIES PRICE FLUCTUATIONS AND UPDATE GRAPHS FOR MOTION TO APPOINT EQUITY COMMITTEE (1.1). |
| PHELPS AS | 01/19/23 | 2.40 | MONITOR BITCOIN AND COMPETITOR TRADING PRICES AND UPDATE GRAPHS FOR MOTION TO APPOINT EQUITY COMMITTEE (0.8); MONITOR THE DOCKET AND SUMMARIZE NEW FILINGS (1.6). |
| PHELPS AS | 01/20/23 | 3.90 | TRACK BITCOIN AND COMMODITIES PRICES (0.7); MONITOR CORE SCIENTIFIC DOCKET AND SUMMARIZE UPDATES (0.2); RESEARCH PRECEDENT CASE FOR DIP OBJECTION ARGUMENTS (3.0). |
| PHELPS AS | 01/21/23 | 2.80 | INVESTIGATE BUSINESS RELATIONSHIPS TO TEST DISINTERESTEDNESS OF CORE SCIENTIFIC DIRECTORS. |
| PHELPS AS | 01/22/23 | 6.30 | COMPILE PACKET OF KEY DOCKET FILINGS FOR EQUITY MEMBER (0.4); CONTINUE RESEARCHING BUSINESS RELATIONSHIPS OF CORE SCIENTIFIC BOARD MEMBERS (1.0); DRAFT MOTION TO APPOINT OFFICIAL EQUITY COMMITTEE (4.9). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| PHELPS AS | 01/23/23 | 11.10 | MONITOR CORE SCIENTIFIC DOCKET AND SUMMARIZE FILINGS FROM 1/23 (0.9); IMPLEMENT EDITS AND UPDATE GRAPHS AND CITATIONS FOR LETTER TO THE COMPANY (2.1); CONTINUE DRAFTING FACTUAL BACKGROUND FOR MOTION TO APPOINT OFFICIAL EQUITY COMMITTEE (1.8); DRAFT ARGUMENTS FOR MOTION TO APPOINT AND OFFICIAL EQUITY COMMITTEE (2.1): RESEARCH LEGAL STANDARD FOR U.S. TRUSTEE ABUSE OF DISCRETION ARGUMENTS (2.3); RESEARCH PROCEDURAL REQUIREMENTS FOR MOVING THE COURT TO APPOINT AN OFFICIAL EQUITY COMMITTEE (1.9). |
| PHELPS AS | 01/24/23 | 14.50 | CONTINUE DRAFTING MOTION TO APPOINT EQUITY COMMITTEE; UPDATE MOTION TO APPOINT EQUITY COMMITTEE DRAFT (2.1); PREPARE APPEARANCE AND PRO HAC VICE FILINGS (1.2); DRAFT 2019 DISCLOSURE (0.9); DRAFT PROPOSED ORDER GRANTING MOTION TO APPOINT EQUITY COMMITTEE (0.4); CALL WITH R. MEISLER AND J. MADDEN RE: MOTION TO APPOINT EQUITY COMMITTEE (0.2); RESEARCH SOUTHERN DISTRICT OF TEXAS PROCEDURES FOR EMERGENCY MOTIONS (1.4); RESEARCH DIP OBJECTION PRECEDENTS (0.6); UPDATE MOTION DRAFT (0.9); CALL WITH AD HOC EQUITY GROUP (0.6); ORGANIZE AND DISTRIBUTE CALL NOTES (0.4); CALL WITH R. MEISLER AND J. MADDEN TO DISCUSS DRAFTING MOTION TO APPOINT EQUITY COMMITTEE AND DIP OBJECTION (0.2); CALL WITH J. MADDEN TO DISCUSS OBJECTION DRAFTING; CREATE INITIAL DRAFT OF DIP OBJECTION (2.5). |
| PHELPS AS | 01/25/23 | 11.00 | CONTINUE DRAFTING DIP OBJECTION; UPDATE MOTION TO APPLIED EQUITY COMMITTEE DRAFT (3.4); UPDATE DRAFT 2019 DISCLOSURE AND EXHIBIT (1.3); EDIT MOTION CITATIONS (0.7); REFINE RIDER FOR MOTION (0.2); UPDATE MEMBERSHIP CHART FOR 2019 DISCLOSURE (0.8); MONITOR BITCOIN AND COMPETITOR TRADING PRICES AND UPDATE GRAPHS IN MOTION TO APPOINT EQUITY COMMITTEE (0.4); COLLECT AD HOC EQUITY GROUP VOTES (0.2); CONTINUE EDITING MOTION TO APPOINT OFFICIAL EQUITY COMMITTEE (1.8); MONITOR CORE SCIENTIFIC DOCKET AND SUMMARIZE FILINGS (0.9). |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| PHELPS AS | 01/26/23 | 14.40 | EDIT MOTION TO APPOINT OFFICIAL EQUITY COMMITTEE (4.0); CONDUCT RESEARCH ON CRYPTO COMPANIES FOR DIP OBJECTION (4.8); RESEARCH CORE SCIENTIFIC SEC FILINGS (2.3); CONFERENCE WITH J. LARKIN RE: CORPORATIONS LAW ON DIRECTOR INDEPENDENCE (0.6); CALL WITH J. MADDEN RE: INDEPENDENT DIRECTOR CASE LAW (0.3); UPDATE 2019 DISCLOSURE DRAFT (0.9); CALL WITH J. MADDEN RE: ADDITIONAL RESEARCH FOR MOTION TO APPOINT OFFICIAL EQUITY COMMITTEE (0.1); IMPLEMENT FURTHER EDITS TO MOTION TO APPOINT OFFICIAL EQUITY COMMITTEE (0.8); UPDATE 2019 DISCLOSURE WITH ADDITIONAL ADDRESSES (0.6). |
| PHELPS AS | 01/27/23 | 12.10 | IMPLEMENT FURTHER EDITS FROM C. DRESSEL AND N. REED TO MOTION TO APPOINT EQUITY COMMITTEE (4.5); IMPLEMENT FURTHER UPDATES FROM R. MEISLER TO MOTION TO APPOINT EQUITY COMMITTEE (2.8); EDIT AND UPDATE 2019 DISCLOSURE (1.5); CREATE UPDATED GRAPHS FOR MOTION (0.9); PREPARE DOCUMENTS AND EXHIBITS FOR FILING (0.9); AGGREGATE VOTES FROM AD HOC EQUITY GROUP (1.0); UPDATE ADDRESSES IN 2019 (0.5). |
| PHELPS AS | 01/28/23 | 6.70 | IMPLEMENT FURTHER UPDATES FROM R. MEISLER TO MOTION TO APPOINT EQUITY COMMITTEE (3.1); RESEARCH NEWS ARTICLES ON MACROECONOMIC TRENDS FOR MOTION (1.3); RESEARCH BALANCE SHEET TEST FOR SOLVENCY (2.3). |
| PHELPS AS | 01/29/23 | 3.20 | IMPLEMENT FURTHER EDITS TO MOTION TO APPOINT EQUITY COMMITTEE (1.8); UPDATE GRAPHS AND IMAGES FOR MOTION TO APPOINT EQUITY COMMITTEE (0.6); RESEARCH NEWS ARTICLES THAT INDICATE INFLATION RATES ARE SLOWING (0.8). |
| PHELPS AS | 01/30/23 | 8.40 | REVIEW AND SUMMARIZE DOCKET FILINGS FROM 1/30 (2.1); UPDATE MOTION TO REFLECT REPLACEMENT DIP (3.8); EDIT PRELIMINARY STATEMENT (1.2); UPDATE GRAPHS AND DATA FOR MOTION (0.5); IMPLEMENT FURTHER EDITS TO MOTION TO APPOINT AN OFFICIAL EQUITY COMMITTEE. |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| PHELPS AS | 01/26/23 | 14.40 | EDIT MOTION TO APPOINT OFFICIAL EQUITY COMMITTEE (4.0); CONDUCT RESEARCH ON CRYPTO COMPANIES FOR DIP OBJECTION (4.8); RESEARCH CORE SCIENTIFIC SEC FILINGS (2.3); CONFERENCE WITH J. LARKIN RE: CORPORATIONS LAW ON DIRECTOR INDEPENDENCE (0.6); CALL WITH J. MADDEN RE: INDEPENDENT DIRECTOR CASE LAW (0.3); UPDATE 2019 DISCLOSURE DRAFT (0.9); CALL WITH J. MADDEN RE: ADDITIONAL RESEARCH FOR MOTION TO APPOINT OFFICIAL EQUITY COMMITTEE (0.1); IMPLEMENT FURTHER EDITS TO MOTION TO APPOINT OFFICIAL EQUITY COMMITTEE (0.8); UPDATE 2019 DISCLOSURE WITH ADDITIONAL ADDRESSES (0.6). |
| PHELPS AS | 01/27/23 | 12.10 | IMPLEMENT FURTHER EDITS FROM C. DRESSEL AND N. REED TO MOTION TO APPOINT EQUITY COMMITTEE (4.5); IMPLEMENT FURTHER UPDATES FROM R. MEISLER TO MOTION TO APPOINT EQUITY COMMITTEE (2.8); EDIT AND UPDATE 2019 DISCLOSURE (1.5); CREATE UPDATED GRAPHS FOR MOTION (0.9); PREPARE DOCUMENTS AND EXHIBITS FOR FILING (0.9); AGGREGATE VOTES FROM AD HOC EQUITY GROUP (1.0); UPDATE ADDRESSES IN 2019 (0.5). |
| PHELPS AS | 01/28/23 | 6.70 | IMPLEMENT FURTHER UPDATES FROM R. MEISLER TO MOTION TO APPOINT EQUITY COMMITTEE (3.1); RESEARCH NEWS ARTICLES ON MACROECONOMIC TRENDS FOR MOTION (1.3); RESEARCH BALANCE SHEET TEST FOR SOLVENCY (2.3). |
| PHELPS AS | 01/29/23 | 3.20 | IMPLEMENT FURTHER EDITS TO MOTION TO APPOINT EQUITY COMMITTEE (1.8); UPDATE GRAPHS AND IMAGES FOR MOTION TO APPOINT EQUITY COMMITTEE (0.6); RESEARCH NEWS ARTICLES THAT INDICATE INFLATION RATES ARE SLOWING (0.8). |
| PHELPS AS | 01/30/23 | 8.40 | REVIEW AND SUMMARIZE DOCKET FILINGS FROM 1/30 (2.1); UPDATE MOTION TO REFLECT REPLACEMENT DIP (3.8); EDIT PRELIMINARY STATEMENT (1.2); UPDATE GRAPHS AND DATA FOR MOTION (0.5); IMPLEMENT FURTHER EDITS TO MOTION TO APPOINT AN OFFICIAL EQUITY COMMITTEE. |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| PHELPS AS | 01/31/23 | 11.50 | REVIEW AND SUMMARIZE REPLACEMENT DIP PAPERS (4.2); REVIEW AND SUMMARIZE ADDITIONAL 1/31 DOCKET FILINGS (2.8); UPDATE MOTION TO APPOINT AD HOC EQUITY COMMITTEE (2.1); ORGANIZE MATERIALS AND PAPERS FOR 2/1 HEARING RE: ALTERNATIVE DIP AND OBJECTION TO $6 MILLION TERMINATION FEE (1.5); PREPARE EXHIBITS FOR MOTION FILING (0.9). |
| | | 116.20 | |
| **Total Associate** | | **221.00** | |
| HEANEY CM | 01/17/23 | 0.10 | REVIEW DOCKETS RE: UPDATES TO CASE FILES AND DEADLINES. |
| HEANEY CM | 01/18/23 | 0.50 | REVIEW COURT DOCKETS RE: DOCUMENT TO BE USED AS PRECEDENT IN CONNECTION WITH NEW MATTER. |
| HEANEY CM | 01/19/23 | 0.20 | REVIEW DOCKETS RE: UPDATES TO CASE FILES. |
| HEANEY CM | 01/23/23 | 0.20 | REVIEW DOCKETS RE: UPDATES TO CASE FILES AND HEARING MATTERS. |
| HEANEY CM | 01/24/23 | 1.40 | DRAFT, EDIT/REVISE, AND DISTRIBUTE ADMINISTRATIVE CASE DOCUMENTS FOR POTENTIAL FILING; REVIEW VARIOUS COURT DOCKETS RE: PLEADINGS TO BE USED AS PRECEDENT; REVIEW AND UPDATE SERVICE INFORMATION. |
| HEANEY CM | 01/25/23 | 1.60 | REVIEW DOCKETS RE: UPDATES TO CASE FILES AND HEARING MATTERS; EDIT/REVISE UPDATES TO SERVICE INFORMATION; REVIEW VARIOUS COURT DOCKETS RE: PLEADINGS TO BE USED AS PRECEDENT IN CONNECTION WITH POTENTIAL FILINGS. |
| HEANEY CM | 01/26/23 | 1.30 | REVIEW DOCKETS RE: UPDATES TO CASE FILES AND DEADLINES; OBTAIN, REVIEW, AND DISTRIBUTE PLEADINGS ON THIRD PARTIES; REVIEW VARIOUS COURT DOCKETS TIME AND PROCEDURES FOR EMERGENCY MOTIONS. |
| HEANEY CM | 01/27/23 | 2.10 | REVIEW DOCKETS RE: UPDATES TO CASE FILES AND DEADLINES; EDIT/REVISE, REVIEW AND UPDATE VARIOUS PLEADINGS; REVIEW COURT DOCKETS RE: ADDITIONAL PRECEDENT TO BE USED IN CONNECTION WITH FILINGS; PREPARE; FILE, AND DISTRIBUTE OBJECTION TO DIP MOTION. |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| HEANEY CM | 01/30/23 | 1.90 | OBTAIN, REVIEW, AND DISTRIBUTE PLEADINGS ON THIRD PARTIES; REVIEW CASE FILES AND COURT DOCKETS RE: PLEADINGS TO BE USED AS PRECEDENT IN CONNECTION WITH HEARING MATTERS; DRAFT, EDIT/REVISE, AND DISTRIBUTE WITNESS AND EXHIBIT LIST. |
| HEANEY CM | 01/31/23 | 1.60 | REVIEW DOCKETS RE: UPDATES TO CASE FILES AND HEARING MATTERS; OBTAIN, REVIEW, AND DISTRIBUTE PLEADINGS ON THIRD PARTIES; PREPARE; FILE, AND DISTRIBUTE PRO HAC MOTIONS; ASSIST ATTORNEYS WITH PREPARATION OF MATERIALS TO BE USED AT HEARING. |

                                10.90

**Total Legal Assistant**        10.90

**TOTAL TIME**                   **291.30**


**CLIENT TOTAL**                 **291.30**