**SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP**
**AND AFFILIATES**

Core Scientific (Ad Hoc Group)  May 1, 2023
Bill No.: 1955570

TIN: ▮

| PLEASE REMIT TO: | | | |
|---|---|---|---|
| By Check: | SASM&F LLP<br>P.O. Box 1764<br>White Plains, NY 10602 | By Wire: | In US Dollars to:<br>Citibank, N.A., New York<br>A.B.A. Number: ▮<br>Swift Code: ▮<br>For Credit To Account: ▮<br>Reference Bill No.: 1955570 |
| If you receive a request, via email or otherwise, to change our remittance account information, please verify that this is our intent by contacting your Skadden contact. | | | |

Invoice # 1955570

Re: <u>Corporate Advice, Financing and Special Projects</u>

TO PROFESSIONAL SERVICES RENDERED
through April 30, 2023

For Ad Hoc Group of Equity Holders ............ $    31,421.50

Charges and Disbursements
Computer Legal Research............... $   16,084.08
Outside Research Services............          179.07
Court Reporting......................           82.80
Reproduction and Document Preparation          176.00
Travel Expenses......................        2,710.94

    Total Disbursements ....................   19,232.89

                                          $    50,654.39

PAYMENT DUE UPON RECEIPT.
\*\*\*
MAY INCLUDE PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS FROM AFFILIATES.

B43E

**SASMF EXHIBIT 04**
**1 of 6**

```
Core Scientific (Ad Hoc Group)
Monthly Omnibus Statement  (April, 2023)
May 1, 2023 - Summary Page 2


Total Fees ......................................$   31,421.50

Total Charges and Disbursements ..................   19,232.89

Grand Total .....................................$   50,654.39
```

TIME SUMMARY
CORE SCIENTIFIC (AD HOC GROUP): through April 30, 2023

MATTER #1  Ad Hoc Group of Equity Holders                    Bill No: 1955570

| NAME | RATE | HOURS | TOTAL |
|---|---|---|---|
| **ASSOCIATES** | | | |
| CLAIRE ARMSTRONG | $1,275 | 6.80 | $ 8,670.00 |
| JENNIFER MADDEN | 1,390 | 6.20 | 8,618.00 |
| AMY S. PHELPS | 725 | 4.30 | 3,117.50 |
| TOTAL ASSOCIATES | | 17.30 | $20,405.50 |
| **TRIAL CONSULTANT** | | | |
| AARON SHORR | $1,035 | 6.00 | $ 6,210.00 |
| TOTAL Trial Consultant | | 6.00 | $ 6,210.00 |
| **LEGAL ASSISTANTS** | | | |
| LEGAL ASSISTANT @ | $540 | 8.90 | $ 4,806.00 |
| TOTAL LEGAL ASSISTANTS | | 8.90 | $ 4,806.00 |
| **MATTER TOTAL** | | 32.20 | $31,421.50 |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

Core Scientific (Ad Hoc Group)　　　　　　　　　　　　　　Bill Date: 05/01/23
Ad Hoc Group of Equity Holders　　　　　　　　　　　　　　Bill Number: 1955570

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| ARMSTRONG C | 03/01/23 | 6.80 | PREPARE FOR HEARING ON AD HOC EQUITY GROUP'S MOTION. |
| | | **6.80** | |
| MADDEN J | 03/03/23 | 2.20 | FINALIZE ORDER AND COMMUNICATIONS WITH TEAM AND CLIENTS RE SAME; CALL WITH CLIENTS. |
| MADDEN J | 04/18/23 | 1.00 | PREPARE LETTER AND CORRESPONDENCE RE SAME. |
| MADDEN J | 04/25/23 | 1.00 | REVIEW/COMMENT ON/UPDATE LETTERS. |
| MADDEN J | 04/26/23 | 2.00 | PREPARE / UPDATE LETTERS. |
| | | **6.20** | |
| PHELPS AS | 03/08/23 | 0.70 | REVIEW AND SUMMARIZE CORE SCIENTIFIC PRESS RELEASE; REVIEW JUDGE JONES'S ORDER DIRECTING APPOINTMENT OF THE OFFICIAL EQUITY COMMITTEE ON THE CORE SCIENTIFIC DOCKET. |
| PHELPS AS | 03/09/23 | 0.60 | MONITOR DOCKET AND REVIEW DEBTORS' EMERGENCY MOTION. |
| PHELPS AS | 03/10/23 | 2.30 | MONITOR DOCKET AND SUMMARIZE NEW FILINGS; CORRESPOND BY EMAIL RE: DEBTORS' MOTIONS. |
| PHELPS AS | 03/13/23 | 0.70 | MONITOR CORE SCIENTIFIC DOCKET AND SUMMARIZE DISCOVERY REQUEST FILING. |
| | | **4.30** | |
| **Total Associate** | | **17.30** | |
| SHORR A | 03/01/23 | 6.00 | PREPARE PRESENTATION MATERIALS FOR HEARING; OPERATE PRESENTATION SYSTEM FOR HEARING. |
| | | **6.00** | |
| **Total Trial Consultant** | | **6.00** | |
| HEANEY CM | 03/06/23 | 1.20 | REVIEW DOCKETS RE: UPDATES TO CASE FILES AND DEADLINES; OBTAIN, REVIEW, AND DISTRIBUTE PLEADINGS ON THIRD PARTIES; REVIEW AND UPDATE SERVICE INFORMATION. |

1

B43E

**SASMF EXHIBIT 04**

**4 of 6**

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| HEANEY CM | 03/07/23 | 0.60 | REVIEW DOCKETS RE: UPDATES TO CASE FILES AND DEADLINES; OBTAIN, REVIEW, AND DISTRIBUTE PLEADINGS ON THIRD PARTIES. |
| HEANEY CM | 03/08/23 | 0.80 | PREPARE, FILE, AND DISTRIBUTE PRO HAC MOTION; REVIEW AND UPDATES CASE FILES AND MATERIALS. |
| HEANEY CM | 03/09/23 | 0.60 | OBTAIN, REVIEW, AND DISTRIBUTE PLEADINGS ON THIRD PARTIES. |
| HEANEY CM | 03/10/23 | 0.70 | REVIEW DOCKETS RE: UPDATES TO CASE FILES AND DEADLINES; OBTAIN, REVIEW, AND DISTRIBUTE PLEADINGS ON THIRD PARTIES. |
| HEANEY CM | 03/13/23 | 0.20 | REVIEW DOCKETS RE: UPDATES TO CASE FILES AND DEADLINES. |
| HEANEY CM | 03/16/23 | 0.90 | REVIEW DOCKETS RE: UPDATES TO CASE FILES AND DEADLINES; OBTAIN, REVIEW, AND DISTRIBUTE PLEADINGS ON THIRD PARTIES. |
| HEANEY CM | 03/17/23 | 0.70 | REVIEW DOCKETS RE: UPDATES TO CASE FILES AND HEARING MATTERS; OBTAIN, REVIEW, AND DISTRIBUTE PLEADINGS TO BE USED AT HEARING. |
| HEANEY CM | 03/20/23 | 0.70 | REVIEW DOCKETS RE: UPDATES TO CASE FILES AND HEARING MATTERS; OBTAIN, REVIEW, AND DISTRIBUTE PLEADINGS ON THIRD PARTIES. |
| HEANEY CM | 03/21/23 | 0.40 | OBTAIN, REVIEW, AND DISTRIBUTE PLEADINGS ON THIRD PARTIES. |
| HEANEY CM | 03/23/23 | 0.40 | OBTAIN, REVIEW, AND DISTRIBUTE PLEADINGS ON THIRD PARTIES. |
| | | 7.20 | |
| LAMANNA WK | 02/27/23 | 0.40 | RESEARCH IN LOCAL RULES AND FEDERAL RULES FOR MOTION REPLY DEADLINES. |
| LAMANNA WK | 03/01/23 | 0.30 | REVIEW COURT DOCUMENTS AND CALENDAR CASE DEADLINES. |
| LAMANNA WK | 03/08/23 | 0.10 | REVIEW COURT DOCUMENTS AND CALENDAR CASE DEADLINES. |
| LAMANNA WK | 03/09/23 | 0.70 | REVIEW COURT DOCUMENTS AND CALENDAR CASE DEADLINES. |
| LAMANNA WK | 03/17/23 | 0.10 | REVIEW COURT DOCUMENTS AND CALENDAR CASE DEADLINES. |
| LAMANNA WK | 03/23/23 | 0.10 | REVIEW COURT DOCUMENTS AND CALENDAR CASE DEADLINES. |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

|  |  |
|---|---|
|  | 1.70 |
| Total Legal Assistant | 8.90 |
| TOTAL TIME | <u>32.20</u> |
|  |  |
| CLIENT TOTAL | <u>32.20</u> |