# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.*, | § | **Case No. 22-90341 (DRJ)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |
| | § | |

## SUPPLEMENTAL VERIFIED STATEMENT OF THE
## AD HOC GROUP OF EQUITY HOLDERS
## PURSUANT TO BANKRUPTCY RULE 2019

In connection with the chapter 11 cases (the "**Chapter 11 Cases**") of the above-captioned debtors in possession (the "**Debtors**"), Skadden, Arps, Slate, Meagher & Flom LLP ("**Skadden**" or "**Counsel**") hereby submits this supplemental verified statement (the "**Supplemental Statement**") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**") in connection with Skadden's representation of the ad hoc group of equity holders (the "**Ad Hoc Equity Group**"), as beneficial holders of common stock issued by Core Scientific, Inc. ("**Core Scientific**" or the "**Company**" and, together with its affiliated debtors and debtors in possession, the "**Debtors**"). As certified to Counsel by the Ad Hoc Equity Group, each member holds shares of common stock of the Company (the "**Equity Holdings**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6073); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

1. As of December 26, 2022, certain members of the Ad Hoc Equity Group retained Skadden as counsel in connection with a potential restructuring of the Debtors. Since its formation, certain additional equity holders have joined the Ad Hoc Equity Group as of February 1, 2023. Each member of the Ad Hoc Equity Group has consented to Counsel's representation.

2. On January 27, 2023, Counsel to the Ad Hoc Equity Group submitted the *Verified Statement of the Ad Hoc Group of Equity Holders Pursuant to Bankruptcy Rule 2019* [Docket No. 376]. Counsel to the Ad Hoc Equity Group submits this Supplemental Statement to update the current membership of the Ad Hoc Equity Group.

3. The members of the Ad Hoc Equity Group are beneficial holders of common stock issued by Core Scientific, Inc. In accordance with Bankruptcy Rule 2019, attached as **Exhibit A** is a list of the members of the Ad Hoc Equity Group, each member's address, and the amount of Equity Holdings held by each member as of the date hereof (as certified to Counsel by each member of the Ad Hoc Equity Group). The information contained in **Exhibit A** is based upon information provided by the members of the Ad Hoc Equity Group to Counsel and is subject to change. Counsel does not make any representation regarding the validity, amount, allowance, or priority of such interests, and reserves all rights with respect thereto.

4. As of the date of this Supplemental Statement, Counsel represents the members of the Ad Hoc Equity Group only in their capacities as such and does not currently represent or purport to represent any other persons or entities in connection with the Chapter 11 Cases. In addition, as of the date of this Supplemental Statement, the Ad Hoc Equity Group, both collectively and through its individual members, does not represent or purport to represent any other persons or entities in connection with the Chapter 11 Cases.

5. The information contained in this Supplemental Statement and **Exhibit A** is provided only to comply with Bankruptcy Rule 2019 and is not intended for any other purpose.

Nothing contained herein should be construed as a limitation or waiver of any rights of any member of the Ad Hoc Equity Group, including, without limitation, the right to assert, file, and/or amend any claims or proofs of interest in accordance with any applicable orders entered in these Chapter 11 Cases.

6.      The Ad Hoc Equity Group, though Counsel, reserves the right to amend and/or supplement this Supplemental Statement in accordance with the requirements set forth in Bankruptcy Rule 2019 at any time in the future.

Dated: Houston, Texas
       March 1, 2023

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Noelle M. Reed*
Noelle M. Reed
Attorney-in-Charge
State Bar No. 24044211
Federal Bar No. 27139
1000 Louisiana Street, Suite 6800
Houston, Texas 77002
Tel: (713) 655-5122
Fax: (713) 483-9122
Email: Noelle.Reed@skadden.com

-and-

George N. Panagakis (*Admitted pro hac vice*)
Ron E. Meisler (*Admitted pro hac vice*)
Jennifer Madden
(*Application for pro hac vice admission forthcoming*)
155 North Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411
Email: George.Panagakis@skadden.com
Email: Ron.Meisler@skadden.com
Email: Jennifer.Madden@skadden.com

*Attorneys for the Ad Hoc Equity Group*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing document to be served by electronic transmission via the Court's ECF system to all parties registered to receive electronic notice in this case.

*/s/ Noelle M. Reed*
Noelle M. Reed

**Exhibit A**
**Disclosable Economic Interests of the Members of the Ad Hoc Equity Group**

| Name | Address | Number of Shares of Common Stock |
|---|---|---|
| The Rudolph Family Trust | 9350 Civic Center Drive<br>Beverly Hills, CA 90210 | 6,940,704 |
| Douglas Abrams | P.O. Box 142<br>Ross, CA 94957 | 475,000 |
| Todd Deutsch | c/o Skadden Arps Slate Meagher & Flom LLP<br>One Manhattan West<br>395 9th Avenue<br>New York, NY 10001 | 900,000 |
| Jay Deutsch | c/o Skadden Arps Slate Meagher & Flom LLP<br>One Manhattan West<br>395 9th Avenue<br>New York, NY 10001 | 100,000 |
| Lukasz Gottwald | c/o Matthew E. Wolf, Esq.<br>Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP<br>11400 W. Olympic Blvd., 9th Floor<br>Los Angeles, CA 90064 | 1,720,296 |
| Mark Beaven | c/o AAM<br>270 Lafayette St.<br>Ste 605<br>New York, NY 10012 | 88,000 |
| Eddie Griffin | 5520 S Fort Apache Rd.<br>Las Vegas, NV 89148 | 58,419 |
| Two Trees Capital BVI Ltd | #02-03 Haw Par Centre<br>180 Clemenceau Avenue<br>Singapore 239922 | 2,040,000 |
| W5 Family Trust | 5217 McKinney Avenue<br>Suite 400<br>Dallas, TX 75205 | 5,310,489 |
| Douglas Wall | 5217 McKinney Avenue<br>Suite 400<br>Dallas, TX 75205 | 700,000 |
| Grady Roberts | c/o GWR Equities, LLC<br>2000 West Loop South<br>Suite 1050<br>Houston, TX 77027 | 2,579,342 |
| Allane Ray O'Neil | 5217 McKinney Avenue<br>Suite 400<br>Dallas, TX 75205 | 2,583,497 |
| Jacob Novak | 5217 McKinney Avenue<br>Suite 400<br>Dallas, TX 75205 | 5,913,309 |

| Name | Address | Number of Shares of Common Stock |
|---|---|---:|
| David M. Talla | 1803 Pontius Avenue<br>Los Angeles, CA 90025 | 4,000,000 |
| Brett Talla | 1803 Pontius Avenue<br>Los Angeles, CA 90025 | 163,153 |
| Jared Talla | 1803 Pontius Avenue<br>Los Angeles, CA 90025 | 163,153 |
| Mark Spino | 1803 Pontius Avenue<br>Los Angeles, CA 90025 | 81,575 |
| David Askew | 1803 Pontius Avenue<br>Los Angeles, CA 90025 | 81,575 |
| John T. Rifenbark | 1803 Pontius Avenue<br>Los Angeles, CA 90025 | 81,575 |
| George Wilson | 1803 Pontius Avenue<br>Los Angeles, CA 90025 | 320 |
| Kevin Turner | c/o Tereza Simonyan<br>Lane Powell PC<br>1420 5th Ave., Suite 4200<br>Seattle, WA 98101 | 16,806,069 |
| Joe Judson | 457 Laurence Dr<br>#525<br>Heath, TX 75032 | 1,126,048 |
| Brent Berge | c/o Brent C Berge TTEE<br>6718 E Rovey Avenue<br>Paradise Valley, AZ 85253 | 5,284,101 |
| Wesley Hoaglund | c/o Lenox Financial<br>4100 Alpha Rd. # 875<br>Dallas, TX 75244 | 3,878,228 |
| Randall Hale | c/o RBH Holdings, LLC<br>3737 Buffalo Speedway<br>Suite 1800 | 1,366,381 |
| Weston Adams | 4129 West Cheyenne Avenue<br>North Las Vegas, NV 89032 | 1,001,579 |
| WS-Oaxaca LLC | 4129 West Cheyenne Avenue<br>North Las Vegas, NV 89032 | 588,547 |
| Bitrockett LLC | 4129 West Cheyenne Avenue<br>North Las Vegas, NV 89032 | 707,387 |
| Alpha Bravo Holding Company Inc. | 2895 W. Capovilla Ave #140<br>Las Vegas, NV 89119 | 1,035,865 |
| Stefan Amling | 10 Hickory Ridge Drive<br>Houston, TX 77024 | 600,000 |
| Matt Stringfellow | 1005 S Wolf Road<br>Wheeling, IL 60090 | 711,631 |

| Name | Address | Number of Shares of Common Stock |
|---|---|---:|
| Justin B Kalb Trust | 5670 Wynn Road<br>Las Vegas, NV 89118 | 614,051 |
| Two Seas Capital LP | 32 Elm Place, 3rd Floor<br>Rye, NY 10580 | 1,229,211 |
| *Ad Hoc Equity Group Total* | | *68,929,505* |

**SASMF EXHIBIT 08**

**7 of 7**