IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| Debtors.¹ | § § § § | (Jointly Administered) |

### NOTICE OF VIDEOTAPED DEPOSITION OF MIKE LEVITT

To:   All Counsel of Record

PLEASE TAKE NOTICE that, pursuant to Rule 7029 and Rule 7030 of the Federal Rules of Bankruptcy Procedure, the Ad Hoc Group of Equity Holders of the common stock issued by Core Scientific, Inc. (the "Ad Hoc Equity Group") will take the oral and videotaped deposition of Mike Levitt beginning on February 23, 2023 at 10:00 a.m. CT at the offices of Skadden, Arps, Slate, Meagher & Flom LLP, 1000 Louisiana Street, Suite 6800, Houston, TX, 77002 or at another agreed upon time and location. The deposition will continue from day to day until completed. The deposition will be recorded by digital, stenographic, and/or videographic means by an officer authorized by law to administer oaths. The deposition is being taken for purposes of discovery, for use at trial, or for any other purpose permitted by the Federal Rules of Bankruptcy Procedure.

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

**SASMF EXHIBIT 19**

**1 of 3**

Dated:  February 20, 2023

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/Noelle M. Reed
Noelle Reed
Attorney-in-Charge
State Bar No. 24044211
Federal Bar No. 274247
1000 Louisiana Street
Suite 6800
Houston, Texas 77002
Tel: (713) 655-5116
Fax: (713) 483-9116
Email: Noelle.Reed@skadden.com

-and-

George N. Panagakis
(*Application for pro hac vice Admission Forthcoming*)
Ron E. Meisler
(*Application for pro hac vice Admission Forthcoming*)
155 North Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411
Email: George.Panagakis@skadden.com
Email: Ron.Meisler@skadden.com

-and-

Jennifer Madden
(*Application for pro hac vice Admission Forthcoming*)
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Fax: (650) 470-4570
Email: Jennifer.Madden@skadden.com
*Attorneys for the Ad Hoc Equity Group*

## CERTIFICATE OF SERVICE

  I hereby certify that on February 20, 2023, I served the foregoing document on counsel for all parties via electronic mail, as consented to pursuant to Rule 7005(b)(2)(E) of the Federal Rules of Bankruptcy Procedure.

                */s/Noelle M. Reed*
                Noelle M. Reed