Case 22-90341 Document 1378-27 Filed in TXSB on 01/27/23 Page 5 of 79

## Ready to get started?

CONTACT US

# Securing and Powering the Bitcoin Network

A leader in high-performance
blockchain infrastructure and software solutions.



## WHAT WE DO

Blockchain infrastructure

Digital Asset Self-Mining

Premium Hosting

## ABOUT

Team

News & Press

Events & Media

Careers

Supplier Code of Conduct

## INVESTORS

Overview

News

Governance

Events & Presentations

Stock Info

Analyst Coverage

Financials

Resources

Form 8937

Chapter 11 Filing Hotline and
Information

**CONTACT**



Copyright 2023 Core Scientific, Inc. All Rights Reserved

Privacy | Terms & Conditions

Ad Hoc Equity Group Exhibit 27
6

SASMF EXHIBIT 25
903 of 979

**Exhibit 28**

**SASMF EXHIBIT 25**

**904 of 979**

Bitcoin USD (BTC-USD) Price, Value, News & History - Yahoo Finance

Finance Home    Watchlists    My Portfolio    Crypto    Yahoo Finance Plus 🔵    News    Screeners    Markets    ···        🔵 Upgrade now

## Bitcoin USD (BTC-USD)
CCC - CoinMarketCap. Currency in USD

Follow    👥 Visitors trend  2W ↓    10W ↑    9M ↑                    Quote Lookup

### 23,136.70  +24.57  (+0.11%)
As of 11:09PM UTC. Market open.

**Summary**    Chart    Conversations    Historical Data    Profile

1D  5D  1M  6M  YTD  1Y  5Y  Max  📊                                    ⤢ Full screen



Data provided by Ⓜ CoinMarketCap

| | | | |
|---|---|---|---|
| Previous Close | 23,195.02 | Market Cap | 446.577B |
| Open | 23,195.02 | Circulating Supply | 19.30M |
| Day's Range | 22,863.38 - 23,201.94 | Max Supply | N/A |
| 52 Week Range | 15,599.05 - 48,086.84 | Volume | 16,013,168,640 |
| Start Date | 2013-04-28 | Volume (24hr) | 16.01B |
| Algorithm | N/A | Volume (24hr) All Currencies | 16.01B |

### Related Video



investor should ...st have an ...eness of crypto...

earnings: 'Some ...s survived the ...e, I don't expe...

Yahoo Finance's Jared Blikre is joined by MarketGauge.com Director of Tra...



Business Insider • yesterday

**US stocks close lower to wrap up losing week as hot inflation data jolts markets**

The drop on Friday follows higher-than-expected core PCE data. The two-year Treasury yield neared its highest level since 2007.


*The Family Trippers*
▲ DELTA


yahoo/+
finance
**What's a strong buy today?**
Get expert stock picks built on data
Try 14 days free*

WILLIAMS SONOMA HOME
CUSTOMIZABLE SOFAS & CHAIRS
SHOP NOW

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Privacy Dashboard ▷
About Our Ads  Sitemap
🐦 f in
© 2023 Yahoo. All rights reserved.

**Markets**

It's backed by 500 years of economic history and reveals the big mistake bullish investors are making today. Don't miss what the...

Business Insider • yesterday

**Authorities seek arrest of man who allegedly mined crypto under a high school and stole...**

In December 2021, a town found a secret crypto mining operation underneath a Massachusetts high school.

Yahoo Finance • yesterday

**'Crypto has a target on its back with the IRS': Bitcoin exec on Yahoo Finance Live**

Crypto investors might want to secure all relevant tax information this season as the IRS and the SEC began to pay extra attention to...

Business Insider • yesterday

**Nobel laureate Paul Krugman sees only a 25% chance of a US recession**

Krugman warned of devastating fallout if the US debt-ceiling crisis isn't resolved, and dismissed crypto as a tool for criminals.

Business Insider • yesterday

**US stocks fall after new inflation data boosts outlook the Fed will stay aggressive**

Stocks fell after hot PCE data. The two-year Treasury yield was nearing its highest level since 2007, ticking up to 4.8%.

Ad   InvestorPlace    ⋯

**"Top Trader" Predicts: New Silicon Valley is Here**

300 miles of land in the Heart of America could become the new Silicon Valley, thanks to a massive $350 billon trend that could...

Forkast News • yesterday

**Weekly Market Wrap: Bitcoin lingers at US$24,000 level after Wall Street's worst day in 2023 so far**

Bitcoin remained resilient around the US$24,000 level on Tuesday despite Wall Street's worst day of the year so far. Industry experts...

Yahoo Finance Video • yesterday

**Every investor should at least have an 'awareness of crypto': veteran trader**

Yahoo Finance's Jared Blikre is joined by MarketGauge.com Director of Trading Education, Michele "Mish" Schneider, and...

Yahoo Finance UK • yesterday

**Ukraine buying military equipment to fight Russia partly using crypto, claims minister**

Ukraine has been purchasing military equipment using cryptocurrencies, according to the nation's deputy digital minister.

Business Insider • yesterday

**2 former Barclays bankers just netted a 700% profit selling Bored Ape NFTs**

Ad Hoc Equity Group Exhibit 28    SASMF EXHIBIT 25
2                                906 of 979

Finance Home     Watchlists     My Portfolio     Crypto     Yahoo Finance Plus 🟣     News     Screeners     Markets     ...          🟣 Upgrade now

**Ad**  Microsoft                                                    ...

### Focus on every customer

Connect sales, marketing, and service to evolve your customer
experience.

Forkast News • yesterday

### Markets: Bitcoin, Ether fall along with all top 10 cryptos as investors await consumption index

Bitcoin and Ether fell during Asian trading hours on Friday, along
with all the top 10 non-stablecoin cryptocurrencies by market...

**Exhibit 29**

**SASMF EXHIBIT 25**

**908 of 979**

Finance Home    Watchlists    My Portfolio    Crypto    Yahoo Finance Plus    News    Screeners    Markets    Videos    ⋯

 Upgrade now

## HIVE Blockchain Technologies Ltd. (HIVE)
NasdaqCM - NasdaqCM Real Time Price. Currency in USD

Follow

**2.6700**  -0.1700  (-5.99%)    **2.7400**  +0.07 (+2.62%)
At close: February 24 04:00PM EST    After hours: Feb 24, 07:52PM EST

Quote Lookup

Summary   Company Insights ⓘ   Chart   Conversations   Statistics   Historical Data   Profile   Financials   Analysis   Options   Holders   Sustainability

1D  5D  1M  6M  YTD  1Y  5Y  Max        ⤢ Full screen



Jan 3, 23        Jan 30, 23

Trade prices are not sourced from all markets

**Chart Events** ⓘ ⌄
**Bearish** pattern detected

  Commodity Channel Index

⌁ View all chart patterns

**Performance Outlook**

| Short Term 2W - 6W | Mid Term 6W - 9M | Long Term 9M+ |
|---|---|---|
| ↓ | ↓ | ↓ |

| | | | |
|---|---|---|---|
| Previous Close | 2.8400 | Market Cap | 223.657M |
| Open | 2.7900 | Beta (5Y Monthly) | 4.44 |
| Bid | 2.6600 x 3100 | PE Ratio (TTM) | N/A |
| Ask | 2.7500 x 1800 | EPS (TTM) | -2.9000 |
| Day's Range | 2.5700 - 2.8000 | Earnings Date | Feb 21, 2023 |
| 52 Week Range | 1.3600 - 11.7000 | Forward Dividend & Yield | N/A (N/A) |
| Volume | 1,334,461 | Ex-Dividend Date | N/A |
| Avg. Volume | 1,273,239 | 1y Target Est | 4.98 |

**Fair Value** ⓘ ⌵
XX.XX
Undervalued
19% Est. Return

⌁ View details

**Related Research** ⓘ ⌵
Daily – Vickers Top Insider Picks for 02/03/2023The Vickers Top Insider Picks is a daily report that utilizes a proprietary algorithm...
23 days ago · Argus Research

▸ View more

All   News   Press Releases   Research Reports   SEC Filings



Newsfile · 5 days ago
**RETRANSMISSION: HIVE Announces Quarterly Revenue of $14.3 Million, Gross Mining Margin of...**
Vancouver, British Columbia--(Newsfile Corp. - February 21, 2023) - HIVE Blockchain Technologies Ltd. (TSXV: HIVE) (NASDAQ: HIVE) (FSE...

Ad   The Motley Fool    ⋯
**Motley Fool Issues "All In" Buy Alert**
5 years from now, you'll probably wish you'd grabbed this stock.

Newsfile · 5 days ago


yahoo/finance
**IT'S TAX TIME**
We've got the info you need
Learn more

**People Also Watch**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| HUT Hut 8 Mining Corp. | 1.6300 | -0.1500 | -8.43% |
| BITF Bitfarms Ltd. | 0.9400 | -0.1200 | -11.32% |
| ARBK Argo Blockchain plc | 1.6500 | -0.0200 | -1.20% |
| BTBT Bit Digital, Inc. | 1.2700 | -0.1000 | -7.30% |
| MARA Marathon Digital Holdings, Inc. | 6.67 | -0.61 | -8.38% |

**Similar to HIVE**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| HUT Hut 8 Mining Corp. | 1.6300 | -0.1500 | -8.43% |
| BITF Bitfarms Ltd. | 0.9400 | -0.1200 | -11.32% |
| MARA Marathon Digital Holdings, Inc. | 6.67 | -0.61 | -8.38% |
| BTBT Bit Digital, Inc. | 1.2700 | -0.1000 | -7.30% |
| ARBK Argo Blockchain plc | 1.6500 | -0.0200 | -1.20% |

**Earnings** ›

SASMF EXHIBIT 25
909 of 979
Ad Hoc Equity Group Exhibit 29
1

**Finance Home**  Watchlists  My Portfolio  Crypto  Yahoo Finance Plus **YF**  News  Screeners  Markets  Videos  ⋯  **YF** Upgrade now

Vancouver, British Columbia--(Newsfile Corp. - February 21, 2023) -
HIVE Blockchain Technologies Ltd. (TSXV: HIVE) (NASDAQ: HIVE) (FSE...

GlobeNewswire • 11 days ago
### HIVE Blockchain Announces Late Filing of Interim Financial Statements
VANCOUVER, British Columbia, Feb. 15, 2023 (GLOBE NEWSWIRE) --
HIVE Blockchain Technologies Ltd. (TSXV:HIVE) (Nasdaq: HIVE) (FSE:...

Insider Monkey • 12 days ago
### 11 Most Undervalued Blockchain Stocks To Buy According To Hedge Funds
In this article, we will take a look at the 11 most undervalued
blockchain stocks to buy according to hedge funds. To see more such...

Zacks • 12 days ago
### Here's Why HIVE Blockchain (HIVE) Looks Ripe for Bottom Fishing
HIVE Blockchain (HIVE) appears to have found support after losing
some value lately, as indicated by the formation of a hammer chart. I...

Ad • Stansberry Research
### One Chart Suggests History Is Repeating in Markets
It's backed by 500 years of economic history and reveals the big
mistake bullish investors are making today. Don't miss what the chart...

InvestorPlace • 13 days ago
### The 3 Best Crypto Mining Stocks to Buy in February
The crypto winter was excruciatingly painful. For investors who took a
plunge near highs, the losses have been significant. However, there is...

Newsfile • 19 days ago
### RETRANSMISSION: HIVE Blockchain Provides January 2023 Production Update and Bitcoin HODL...
This news release constitutes a "designated news release" for the
purposes of the Company's prospectus supplement dated September...

Newsfile • 19 days ago
### HIVE Blockchain Provides January 2023 Production Update and Bitcoin HODL Increase of 20% on Year-...
This news release constitutes a "designated news release" for the
purposes of the Company's prospectus supplement dated September...

Zacks • 20 days ago
### Earnings Preview: HIVE Blockchain (HIVE) Q3 Earnings Expected to Decline
HIVE Blockchain (HIVE) doesn't possess the right combination of the
two key ingredients for a likely earnings beat in its upcoming report....

Ad • USA News Group
### There's Big Business Happening In Drug Repurposing
Reformulating old drugs into newly modified applications is BIG
business, and is a strategy that's becoming increasingly popular with...



Zacks • 27 days ago
### Bitcoin ETF Wins in January: 5 Best Stocks

|  | Q2 2022 | Q3 2022 | Q4 2022 |
| --- | --- | --- | --- |
|  | Missed By $1.10 | Missed By $0.21 | Feb 21 |

**Financials** ›

**Annual**  Quarterly          Revenue  Earnings

250.00M
200.00M
150.00M
100.00M
50.00M
$
-50.00M
-100.00M
       2019   2020   2021   2022

**Recommendation Trends** ›

6

4

2

Nov   Dec   Jan   Feb

Strong Buy
Buy
Hold
Underperform
Sell

**Recommendation Rating** ›

1.7

1 Strong Buy   2 Buy   3 Hold   4 Under-perform   5 Sell

**Analyst Price Targets (3)** ›

Average 4.98

High 7.00

Current 2.67

SASMF EXHIBIT 25

910 of 979

Ad Hoc Equity Group Exhibit 29
2

Suite 855
Vancouver, BC V6C 1H2
Canada

https://www.hiveblockchain.com

Sector(s): **Financial Services**
Industry: **Capital Markets**
Full Time Employees: **18**

HIVE Blockchain Technologies Ltd. operates as a cryptocurrency mining company in Canada, Sweden, and Iceland. It engages in the mining and sale of digital currencies, including Ethereum, Ethereum Classic, and Bitcoin. The company was formerly known as Leeta Gold Corp. and changed its name to HIVE Blockchain Technologies Ltd. in September 2017. HIVE Blockchain Technologies Ltd. was incorporated in 1987 and is headquartered in Vancouver, Canada.

More about HIVE Blockchain Technologies Ltd.

**HIVE vs Sector**    More details

---

Motley Fool • last month

**Why Riot Platforms, Hut 8 Mining Corp, and HIVE Blockchain Technologies Are Volatile Today**

Shares of the Chinese Bitcoin miner Riot Platforms (NASDAQ: RIOT) traded more than 10% higher earlier today. Shares of Hut 8 Mining...

Newsfile • last month

**RETRANSMISSION: HIVE Blockchain Announces Appointment of Aydin Kilic as Chief Executive Officer**

This news release constitutes a "designated release" for the purposes of the Company's prospectus supplement dated September...

Newsfile • last month

**HIVE Blockchain Announces Appointment of Aydin Kilic as Chief Executive Officer**

This news release constitutes a "designated news release" for the purposes of the Company's prospectus supplement dated September...

Ad    Capital One Shopping

**Amazon Left In Chaos After Shoppers Find This Out**

Think you're getting the best deal when you shop online? Don't buy a single thing until you try this — you won't regret it.

Newsfile • last month

**RETRANSMISSION: HIVE Blockchain Announces Commercial Deployment of the HIVE BuzzMiner...**

This news release constitutes a "designated news release" for the purposes of the Company's prospectus supplement dated September...

Newsfile • last month

**HIVE Blockchain Announces Commercial Deployment of the HIVE BuzzMiner powered by th...**

This news release constitutes a "designated news release" for the purposes of the Company's prospectus supplement dated September...

Newsfile • 2 months ago

**RETRANSMISSION: HIVE Blockchain Provides December 2022 Production Update**

This news release constitutes a "designated news release" for the purposes of the Company's prospectus supplement dated September...

Newsfile • 2 months ago

**HIVE Blockchain Provides December 2022 Production Update**

This news release constitutes a "designated news release" for the purposes of the Company's prospectus supplement dated September...

Ad    Search Ads | Tarzo

**New York: Unsold 2021 Cars Now For Pennies on The Dollar**

Unsold 2021 Cars Now Almost Being Given Away: See Updated Prices

Newsfile • 2 months ago

**RETRANSMISSION: HIVE Blockchain Provides Results from Shareholder Meeting and Announces Opportunistic Acquisitions of Energy Efficient...**

SASMF EXHIBIT 25
911 of 979
Ad Hoc Equity Group Exhibit 29
3

Finance Home    Watchlists    My Portfolio    Crypto    Yahoo Finance Plus 🔵    News    Screeners    Markets    Videos    ⋯    🔵 Upgrade now





Newsfile • 2 months ago

**HIVE Blockchain Provides Results from Shareholder Meeting and Announces Opportunistic Acquisition...**

This news release constitutes a "designated news release" for the purposes of the Company's prospectus supplement dated September...



Insider Monkey • 2 months ago

**13 Best Blockchain Stocks To Buy Now**

In this article, we will discuss the 13 best blockchain stocks to buy now. If you want to skip our analysis of the blockchain industry and...



Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Privacy Dashboard ▷
About Our Ads  Sitemap
🐦  f  in
© 2023 Yahoo. All rights reserved.

SASMF EXHIBIT 25

Ad Hoc Equity Group Exhibit 29

912 of 979

4

**<u>Exhibit 30</u>**

**SASMF EXHIBIT 25**
**913 of 979**

Finance Home    Watchlists    My Portfolio    Crypto    Yahoo Finance Plus    News    Screeners    Markets    Videos    ...    Upgrade now

## Marathon Digital Holdings, Inc. (MARA)

NasdaqCM - NasdaqCM Real Time Price. Currency in USD

Follow    Visitors trend   2W ↓   10W ↑   9M ↑    Quote Lookup

**6.67**  -0.61 (-8.38%)      **6.54** -0.13 (-1.95%)
At close: February 24 04:00PM EST    After hours: Feb 24, 07:59PM EST

Summary | Company Insights | Chart | Conversations | Statistics | Historical Data | Profile | Financials | Analysis | Options | Holders | Sustainability

1D  5D  1M  6M  YTD  1Y  5Y  Max          ⤢ Full screen



NEW: Experience our best charts yet.  ✕
Everything you need for any kind of investing

11.00
8.00
6.67
5.00
2.00

Jan 3, 23          Jan 30, 23

Trade prices are not sourced from all markets



FREE SAMSUNG GALAXY S23+
NO TRADE-IN REQUIRED
With eligible port-in on MAX. $800 via 24 mo. bill credits, & $200 virtual prepaid card rebate; allow 8 weeks. Plus tax.
Switch now

Contact us before cancelling service to continue billing credits, or credits stop & balance on req'd finance agmt due (e.g. $299.99). For well-qualified customers. Register prepaid card code within 30 days; card expires in 6 mos. & no cash access. $35 connection charge applies. See details.

yahoo/finance
IT'S TAX TIME
We've got the info you need
Learn more

**Chart Events**
**Bullish** *pattern detected*



Price Crosses Moving Average

▸ View all chart patterns

**Performance Outlook**

| | Short Term 2W - 6W | Mid Term 6W - 9M | Long Term 9M+ |
|---|---|---|---|
| | ↑ | → | ↓ |

| | | | |
|---|---|---|---|
| Previous Close | 7.28 | Market Cap | 779.336M |
| Open | 6.98 | Beta (5Y Monthly) | 5.11 |
| Bid | 6.53 x 3200 | PE Ratio (TTM) | N/A |
| Ask | 6.54 x 2200 | EPS (TTM) | -2.23 |
| Day's Range | 6.51 - 7.17 | Earnings Date | Feb 28, 2023 |
| 52 Week Range | 3.11 - 32.74 | Forward Dividend & Yield | N/A (N/A) |
| Volume | 25,465,542 | Ex-Dividend Date | N/A |
| Avg. Volume | 29,523,340 | 1y Target Est | 12.33 |

**Fair Value**
XX.XX
Overvalued

**Related Research**

**Daily – Vickers Top Insider Picks for 02/03/2023** The Vickers Top Insider Picks is a daily report that utilizes a proprietary algorithm...
23 days ago • Argus Research

🔒 View more

🔒 View details

All | News | Press Releases | Research Reports | SEC Filings



GlobeNewswire • 6 days ago

**Marathon Digital Holdings Schedules Conference Call for Fourth Quarter and Fiscal Year 2022 Financial...**

Earnings Webcast and Conference Call Set for Tuesday, February 28, 2023, at 4:30 p.m. ETFORT LAUDERDALE, Fla., Feb. 20, 2023 (GLOBE...



Ad  The Motley Fool

**3 Stocks We're Doubling Down On In 2023**

Worried about the market? We're doubling down on these stocks.

Insider Monkey • 7 days ago

Finance Home   Watchlists   My Portfolio   Crypto   Yahoo Finance Plus   News   Screeners   Markets   Videos   •••   Upgrade now

In this article, we will discuss the 10 most promising blockchain stocks to buy now according to analysts. If you want to explore similar stock...

Simply Wall St. • 9 days ago

**Institutions profited after Marathon Digital Holdings, Inc.'s (NASDAQ:MARA) market cap rose...**

Every investor in Marathon Digital Holdings, Inc. ( NASDAQ:MARA ) should be aware of the most powerful shareholder...

InvestorPlace • 12 days ago

**Battleground Stocks: 3 Heavily Shorted Meme Stocks to Watch**

Heavily shorted meme stocks have become a major draw for speculators in the stock market. These stocks are characterized by...

InvestorPlace • 13 days ago

**The 3 Best Crypto Mining Stocks to Buy in February**

The crypto winter was excruciatingly painful. For investors who took a plunge near highs, the losses have been significant. However, there is...

Ad   Stansberry Research

**One Chart Suggests History Is Repeating in Markets**

It's backed by 500 years of economic history and reveals the big mistake bullish investors are making today. Don't miss what the chart...

InvestorPlace • 20 days ago

**3 Bargain Stocks to Snap Up Before the Crowd Gets Wise**

One of the best ways to make money in 2023 is by picking up red-hot bargain stocks in some of the hottest industries. Look at lithium...

Bloomberg • 23 days ago

**Crypto Miner Marathon Digital Made First Bitcoin Sales as Token Soared in January**

(Bloomberg) -- Long-time Bitcoin holder Marathon Digital Holdings Inc. last month sold the token for the first time as its price soared, a step...

GlobeNewswire • 24 days ago

**Marathon Digital Holdings Announces Bitcoin Production and Mining Operation Updates for...**

Produced a Record 687 BTC in January 2023, 45% Increase from the Prior MonthIncreased Unrestricted Cash to $133.8 Million and...

InvestorPlace • 2 months ago

**4 Small-Cap Stocks to Buy and Hold for the Long Haul**

There are small-cap stocks to buy and hold that can be mid-caps or large-caps in the next five to ten years. It's relatively easy to pick blu...

Ad   USA News Group

**There's Big Business Happening In Drug Repurposing**

Reformulating old drugs into newly modified applications is BIG business, and is a strategy that's becoming increasingly popular with every year.

Data Disclaimer   Help   Suggestions
Terms and Privacy Policy
Privacy Dashboard
About Our Ads   Sitemap
© 2023 Yahoo. All rights reserved.

2/26/23, 5:13 PM

Case 22-90341 Document 1074-30 Filed in TXSB on 02/27/24 Page 16 of 79
Marathon Digital Holdings, Inc. (MARA) Stock Historical Prices & Data - Yahoo Finance

Finance Home    Watchlists    My Portfolio    Crypto    Yahoo Finance Plus     News    Screeners    Markets    Videos    ...     Upgrade now

GlobeNewswire • 2 months ago

**Marathon Digital Holdings Announces Bitcoin Production and Mining Operation Updates for...**

Marathon's Path to 23 EH/s Latest installation schedules as of January 2023. Subject to change. - Achieved a New Record in Quarterly BTC...

SASMF EXHIBIT 25
916 of 979

Ad Hoc Equity Group Exhibit 30
3

**Exhibit 31**

**SASMF EXHIBIT 25**
**917 of 979**



Ad Hoc Equity Group Exhibit 31
SASMF EXHIBIT 25
918 of 979

2/26/23, 5:16 PM    Case 22-90341 Document 1174-34 Filed in TXSB on 03/27/23 Page 19 of 79

In this article, we will discuss the 10 most promising blockchain stocks to buy now according to analysts. If you want to explore similar stock...

InvestorPlace • 8 days ago

### 3 Overlooked Growth Stocks That Could Outperform the Market

When it comes to growth stocks, the gold investment opportunity is still not lost. Buying quality and overlooked growth stocks at attracti...

InvestorPlace • 11 days ago

### The Top 3 High-Growth Stocks to Buy for Outsized Returns

The S&P 500 index has witnessed a decent recovery from the lows of Oct. 2022. During this period, several oversold stocks have surged....

Insider Monkey • 12 days ago

### 11 Most Undervalued Blockchain Stocks To Buy According To Hedge Funds

In this article, we will take a look at the 11 most undervalued blockchain stocks to buy according to hedge funds. To see more such...

Ad   Stansberry Research

**One Chart Suggests History Is Repeating in Markets**

It's backed by 500 years of economic history and reveals the big mistake bullish investors are making today. Don't miss what the chart...

InvestorPlace • 13 days ago

### The 3 Best Crypto Mining Stocks to Buy in February

The crypto winter was excruciatingly painful. For investors who took a plunge near highs, the losses have been significant. However, there is...

InvestorPlace • 14 days ago

### The 7 Best Millionaire-Maker Stocks to Buy for February 2023

If you want to retire a millionaire, invest early in millionaire-maker stocks. Easier said than done, right? If there was a reliable formula fo...

GlobeNewswire • 20 days ago

### Riot Announces January 2023 Production and Operations Updates

Riot Produces New All-Time High of 740 Bitcoin in January 2023 and Provides Infrastructure Update Riot's Rockdale Facility Last month,...

MarketWatch • 24 days ago

### These crypto-related stocks rallied up to 200% this year. Here's why

The latest Distributed Ledger columns from MarketWatch. A weekly look at the most important moves and news in crypto.

Ad   USA News Group

**There's Big Business Happening In Drug Repurposing**

Reformulating old drugs into newly modified applications is BIG business, and is a strategy that's becoming increasingly popular with every year.

Data Disclaimer   Help   Suggestions
Terms and Privacy Policy
Privacy Dashboard ▶
About Our Ads   Sitemap
🐦   f   in
© 2023 Yahoo. All rights reserved.

Ad Hoc Equity Group Exhibit 31
2

SASMF EXHIBIT 25
919 of 979

Finance Home   Watchlists   My Portfolio   Crypto   Yahoo Finance Plus   News   Screeners   Markets   Videos   …   Upgrade now

Bloomberg • 25 days ago

### Texas Bitcoin Miners Face Damage, Higher Power Costs From Ice Storms

(Bloomberg) -- Bitcoin miners in Texas are suffering from yet another storm as they scale back operations due to spiking electricity costs...

Ad Hoc Equity Group Exhibit 31
3

SASMF EXHIBIT 25
920 of 979

3/3

**Exhibit 32**

**SASMF EXHIBIT 25**
**921 of 979**



AUSTIN, Texas, January 09, 2023--Core Scientific Announces November and December 2022 Updates

**File today**

Refers to TurboTax®. tax file import; .pdf import time varies based on Internet and system speed.

Data Disclaimer   Help   Suggestions
Terms and Privacy Policy
Privacy Dashboard
About Our Ads   Sitemap
© 2023 Yahoo. All rights reserved.

**Exhibit 33**

**SASMF EXHIBIT 25**

**924 of 979**

← Cryptocurrencies                                                    View all Cryptocurrencies

# Bitcoin
Futures and Options

**GLOBEX CODE** ⓘ        **LAST**            **CHANGE**              **VOLUME**
BTCH3                    23940           +595 (+2.55%)           3,043

[ 💼 WATCHLISTS ]

*Last Updated 27 Feb 2023 08:37:19 AM CT*

OVERVIEW    **QUOTES**    SETTLEMENTS    VOLUME & OI    TIME & SALES    FUTURES    OPTIONS ▾

## BITCOIN FUTURES - QUOTES                          **VENUE:** GLOBEX

○ AUTO-REFRESH IS OFF    *Last Updated 27 Feb 2023 08:20:25 AM CT. Market data is delayed by at least 10 minutes.*

| MONTH | OPTIONS | CHART | LAST | CHANGE | PRIOR SETTLE | OPEN | HIGH | LOW | VOLUME | UPDATED |
|-------|---------|-------|------|--------|--------------|------|------|-----|--------|---------|
| **MAR 2023** 💼 BTCH3 | OPT | 📊 | 23845 | +500 (+2.14%) | 23345 | 23565 | 23955 | 23455 | 2,807 | 08:10:12 CT 27 Feb 2023 |
| **APR 2023** 💼 BTCJ3 | OPT | 📊 | 24005 | +500 (+2.13%) | 23505 | 23835 | 24005 | 23615 | 40 | 07:55:58 CT 27 Feb 2023 |
| **MAY 2023** 💼 BTCK3 | OPT | 📊 | 23835 | +260 (+1.10%) | 23575 | 23755 | 23835 | 23755 | 11 | 07:17:29 CT 27 Feb 2023 |
| **JUN 2023** 💼 BTCM3 | OPT | 📊 | 24000 | +345 (+1.46%) | 23655 | 24000 | 24000 | 24000 | 1 | 18:18:38 CT 26 Feb 2023 |
| **JUL 2023** 💼 BTCN3 | OPT | 📊 | 23980 | +320 (+1.35%) | 23660 | 23980 | 23980 | 23980 | 1 | 07:37:56 CT 27 Feb 2023 |

Ad Hoc Equity Group Exhibit 33
1

SASMF EXHIBIT 25
925 of 979

| MONTH | OPTIONS | CHART | LAST | CHANGE | PRIOR SETTLE | OPEN | HIGH | LOW | VOLUME | UPDATED |
|---|---|---|---|---|---|---|---|---|---|---|
| **AUG 2023** BTCQ3 | OPT | 📊 | – | – | 23665 | – | – | – | 0 | 16:00:00 CT 26 Feb 2023 |
| **SEP 2023** BTCU3 | OPT | 📊 | – | – | 23750 | – | – | – | 0 | 18:18:38 CT 26 Feb 2023 |
| **DEC 2023** BTCZ3 | OPT | 📊 | – | – | 23905 | – | – | – | 0 | 18:18:38 CT 26 Feb 2023 |
| **MAR 2024** BTCH4 | OPT | 📊 | – | – | 24105 | – | – | – | 0 | 18:18:38 CT 26 Feb 2023 |
| **JUN 2024** BTCM4 | OPT | 📊 | – | – | 24310 | – | – | – | 0 | 16:00:00 CT 26 Feb 2023 |
| **DEC 2024** BTCZ4 | OPT | 📊 | – | – | 24720 | – | – | – | 0 | 16:00:00 CT 26 Feb 2023 |

About this Report                                                                 Return to top

*All market data contained within the CME Group website should be considered as a reference only and should not be used as validation against, nor as a complement to, real-time market data feeds. Settlement prices on instruments without open interest or volume are provided for web users only and are not published on Market Data Platform (MDP). These prices are not based on market activity.*

## Commitment of Traders →
Drawn from CFTC report data, see which trader types have positions in a market you want to trade, at what size, whether they're long or short, and chart changes over time.

## Pace of Roll →
Inform your roll strategy with daily updates and analytics on roll activity in Cryptocurrency futures.

## Bitcoin Historical Pricing Tool →
Backtest bitcoin trading strategies using historical prices as tracked by the CME CF Bitcoin Real Time Index and CME CF Bitcoin Reference Rate indicators.

# Looking for more? Explore our additional resources

**PRODUCTS**

Bitcoin futures and options

**RESOURCES**

Data licensing

NOW TRADING: OPTIONS ON MICRO BITCOIN

Ad Hoc Equity Group Exhibit 33
2

SASMF EXHIBIT 25
926 of 979

Micro Bitcoin futures

Ether futures and options

Micro Ether futures

Micro Cryptocurrency futures and options

Brokers and FCMs

Intermediaries and liquidity providers

BTIC on Cryptocurrency futures

Cryptocurrency Benchmarks

Futures price fixings for options

AND MICRO ETHER FUTURES



| COMPANY | INTERNATIONAL | MARKET REGULATION | OUR EXCHANGES |
|---|---|---|---|
| About Us | Global Offices | Overview | CME |
| ESG | Partner Exchanges | Rulebooks | CBOT |
| Media Room | Latin America | Regulatory Guidance | NYMEX |
| Careers | Europe, Middle East & Africa | Rule Filings | COMEX |
| Investor Relations | Asia-Pacific | Regulatory Outreach | |
| Contact Us | | | |

     

English ⌄



CME Group is the world's leading derivatives marketplace. The company is comprised of four Designated Contract Markets (DCMs).
Further information on each exchange's rules and product listings can be found by clicking on the links to CME, CBOT, NYMEX and COMEX.

© 2023 CME Group Inc. All rights reserved.

Disclaimer | Privacy Notice | Cookie Notice | Terms of Use | Data Terms of Use | Modern Slavery Act Transparency Statement | Report a Security Concern

**Exhibit 34**

**SASMF EXHIBIT 25**

**928 of 979**


We Translate Bitcoin to Plain English

You are at: Home » Bitcoin » Who Accepts Bitcoin?

# Who Accepts Bitcoin as Payment?

By: Ofir Beigel | Last updated: 1/15/23

Bitcoin has taken over the cryptocurrency market. It's the largest and most well-known digital currency today. Many large companies are accepting Bitcoin as a legitimate source of funds.  This post will cover them all.

## Who Accepts Bitcoin Summary

A 2020 survey by HSB reveals that 36% of small-medium businesses in the US accept Bitcoin. The most popular companies accepting Bitcoin payments worldwide today are:

- Wikipedia
- Microsoft
- AT&T

Or, you can use this search engine that allows you to search for vendors by products.

If you want a detailed list of companies who accept Bitcoin keep on reading. Here's what I'll cover:

1. Major Companies who Accept Bitcoin
2. Stores that Accept Bitcoin
3. Frequently Asked Questions
4. Conclusion

## 1. Major Companies Who Accepts Bitcoin as Payment

### Wikipedia

Wikimedia, the company that operates the world's largest open-source encyclopedia, Wikipedia, accepts donations in Bitcoin. Payment is done through BitPay.

### Microsoft

The company allows the use of Bitcoin to top up your Microsoft account. In the past, the company halted its acceptance of cryptocurrency but shortly after

Ad Hoc Equity Group Exhibit 34
1

SASMF EXHIBIT 25
929 of 979



We Translate Bitcoin to Plain English

### AT&T

AT&T is the first major U.S. mobile carrier to provide a cryptocurrency payment option to customers through BitPay.

### Burger King

According to local news reports, Burger King outlets in Venezuela announced a partnership with Cryptobuyer to accept cryptocurrencies as a mode of payment. Customers can pay in Bitcoin, Dash, Litecoin, Ethereum, and Tether.

Additionally, the German branch of Burger King has begun accepting Bitcoin on its website and mobile app on September 3, 2019. However, this was more of a marketing gimmick that doesn't enable you to buy at an actual brick and mortar store.

You can only pay with Bitcoins and Bitcoin Cash by ordering delivery online through the Lieferservice delivery service, which works with restaurants throughout the country.

### KFC

KFC Canada decided to accept Bitcoin for a limited time in exchange for the "Bitcoin Bucket". The company processed payment through BitPay and the bucket was to be delivered straight to the customer's home address.

### Overstock

Overstock, a famous American online retailer that sells big-ticket items at lower prices due to overstocking, partnered with Coinbase in order to allow Bitcoin payments for their online orders.

### Subway

Several Subway branches accept (or used to accept, the current status is unknown) Bitcoin as payment for their sandwiches. You can see an example in this video:

SASMF EXHIBIT 25
930 of 979





### Twitch

Amazon owned leading game streaming platform accepts Bitcoin and Bitcoin Cash as payment for its services. The company removed this option on March 2019 but then re-enabled it in June.

### Pizza Hut

As of November 2020, the giant pizza franchise Pizza Hut can be now purchased and paid for with Bitcoin in Venezuela. This is following the economic sanctions imposed on the country that drove cryptocurrency acceptance to new heights. While this step is far from being global, it could be an indication of things to come.

### Miami Dolphins

The Miami Dolphins intend to give home game attendees the ability to pay with Litecoin and Bitcoin when purchasing tickets for the team's 50/50 raffle, where half of the proceeds benefit the Miami Dolphins Foundation and its charitable causes.

### Dallas Mavericks

The Dallas Mavericks now accept Bitcoin as a method of payment for both game tickets and merchandise. BitPay will process all Bitcoin payments through the team's website.

### Virgin Galactic

Richard Branson company that includes Virgin Mobile and Virgin Airlines allows you to pay for space travel with Bitcoins.

### Norwegian Air

Norwegian Air Shuttle (Norwegian), Scandinavia's largest airline and Europe's third-largest budget airline, plans to provide a payment solution enabling customers to pay for tickets with cryptocurrency.

SASMF EXHIBIT 25
931 of 979


We Translate Bitcoin to Plain English

One of the leading domain name registrants start accepting Bitcoin back in 2013 since it has been requested by the company's tech audience.

### CheapAir

An American online travel agency, established in 1989 has started accepting Bitcoin through Coinbase and later on changed their payment processor to BTCPayServer.

### Gyft

Buy & send gift cards online for retailers like Amazon, Starbucks, and iTunes. The company accepts Bitcoin as payment without any additional fees.

### NewEgg

An online retailer of items including computer hardware and consumer electronics. The company is one of the first to accept Bitcoin payment.

### The Internet Archive

A San Francisco–based nonprofit digital library with the stated mission of "universal access to all knowledge" accepts Bitcoin donations. Its web archive, the Wayback Machine, contains hundreds of billions of web captures.

### The Pirate Bay

An online index of digital content of entertainment media and software. The site accepts Bitcoin and cryptocurrency donations since 2013.

### 4Chan

A beloved site among crypto users, 4Chan is an imageboard website. Users generally post anonymously, with the most recent posts appearing above the rest.

4chan is split into various boards with their own specific content and guidelines. Registration is not possible. The site accepts Bitcoin, Bitcoin Cash, Ethereum, and Litecoin as payment for a 4Chan pass.

### Mega.nz

A cloud storage and file hosting service launched on January 19, 2013, by Kim Dotcom, who had previously founded Megaupload. The site accepts Bitcoin for account upgrades.

### Amazon (not directly)



connects people who have Bitcoin and want to buy on Amazon with people who want to get Bitcoin in return for fulfilling an order.

## ExpressVPN

One of the largest virtual private network service that allows you to surf online securely and privately. ExpressVPN is a subscription-based service that accepts Bitcoin.

## Benfica

Sport Lisboa e Benfica, commonly known as Benfica is an extremely popular sports club based in Lisbon Portugal. The company accepts Bitcoin for game tickets and merchandise.

## Quiznos

Quiznos, the Denver-based restaurant brand specializing in subs, has announced plans to accept crypto at its Denver airport branch.

## AMC

AMC, the American-based renowned movie theatre chain, has announced that by the end of 2021 it will accept Bitcoin as payment for movie tickets. This option will be available across all of AMC's US theatres.

# 1. Stores that Accept Bitcoin as Payment

Aside from the big companies I've mentioned in the previous chapter, there are many small and medium businesses (SMBs) that accept Bitcoin as well.

- **Alza** – Largest Czech online retailer
- **Alternative Airlines** –  A flight-search website that offers ways to book flights using a range of cryptocurrencies.
- **Bitcoin.Travel** – a travel site that provides accommodation, apartments, attractions, etc.
- **Travala –** Travala.com is the largest cryptocurrency-friendly OTA in the world. It offers comprehensive travel products, such as hotel lodging and tours, for a large selection of destinations. Services can be paid with a variety of cryptocurrencies, Bitcoin and Ethereum included. Travala.com is backed by Binance, the popular crypto exchange.
- **Pembury Tavern** – A pub in London, England
- **Old Fitzroy** – A pub in Sydney, Australia
- **The Pink Cow** – A diner in Tokyo, Japan
- **Zynga** – Mobile gaming

SASMF EXHIBIT 25
933 of 979



We Translate Bitcoin to Plain English

- **Etsy Vendors** – 93 of them
- **PizzaForCoins.com** – Domino's Pizza signed up – pay for their pizza with bitcoins
- **Bitcoincoffee.com** – Buy your favorite coffee online
- **Grass Hill Alpacas** – A local farm in Haydenville, MA
- **Jeffersons Store** – A streetwear clothing store in Bergenfield, N.J
- **Helen's Pizza** – Jersey City, N.J., you can get a slice of pizza for bitcoin.
- **A Class Limousine** – Pick you up and drop you off at Newark (N.J.) Airport
- **Seoclerks.com** – Get SEO work done on your site cheap
- **Fancy.com** – Discover amazing stuff, collect the things you love, buy it all in one place
- **Humblebundle.com** – Indie game site
- **BigFishGames.com** – Games for PC, Mac, and Smartphones (iPhone, Android, Windows)
- **Suntimes.com** – Chicago based online newspaper
- **San Jose Earthquakes** – San Jose California Professional Soccer Team (MLS)
- **Crowdtilt.com** – The fastest and easiest way to pool funds with family and friends
- **Lumfile** – Server company that offers free cloud-based servers
- **Museum of the Coastal Bend** – 2200 East Red River Street, Victoria, Texas 77901, USA
- **Gap, Gamestop and JC Penney** – have to use eGifter.com
- **Fight for the Future** – Leading organization finding for Internet freedom
- **i-Pmart (ipmart.com.my)** – A Malaysian online mobile phone and electronic parts retailer
- **Curryupnow.com** – A total of 12 restaurants on the list of restaurants accept bitcoins in San Francisco
- **Dish Network** – An American direct-broadcast satellite service provider
- **The Libertarian Party** – United States political party
- **Yacht-base.com** – Croatian yacht charter company
- **Euro Pacific** – A major precious metal dealer
- **CEX** – The trade-in chain has a shop in Glasgow, Scotland that accepts bitcoin
- **Straub Auto Repairs** – 477 Warburton Ave, Hastings-on-Hudson, NY 10706 – (914) 478-1177
- **PSP Mollie** – Dutch Payment Service
- **Intuit** – an American software company that develops financial and tax preparation software.
- **ShopJoy** – An Australian online retailer that sells novelty and unique gifts
- **Lv.net** – Las Vegas high-speed internet services
- **Grooveshark** – Online music streaming service based in the United States
- **MIT Coop Store** – Massachusetts Institute of Technology student bookstore
- **SimplePay** – Nigeria's most popular web and mobile-based wallet service
- **SFU bookstore** – Simon Fraser University in Vancouver, Canada

SASMF EXHIBIT 25
934 of 979



- **mspinc.com** – Respiratory medical equipment supplies store
- **Shopify.com** – An online store that allows anyone to sell their products
- **Famsa** – Mexico's biggest retailer
- **Naughty America** – Adult entertainment provider
- **Mexico's Universidad de las Américas Puebla** – A major university in Mexico
- **MovieTickets.com** – Online movie ticket exchange/retailer
- **Dream Lover** – Online relationship service
- **Rakuten** – A Japanese e-commerce giant
- **Badoo** – Online dating network
- **RE/MAX London** – UK-based franchisee of the global real estate network
- **T-Mobile Poland** – T-Mobile's Poland-based mobile phone top-up company
- **Stripe** – San Francisco-based payments company
- **WebJet** – Online travel agency
- **Green Man Gaming** – Popular digital game reseller
- **Save the Children** – Global charity organization
- **NCR Silver** – Point of sales systems
- **One Shot Hotels** – Spanish hotel chain
- **Coupa Café** in Palo Alto
- **PureVPN** – VPN provider
- That's my face – create action figures
- **Foodler** – North American restaurant delivery company
- **Amagi Metals** – Precious metal furnisher

While many companies are very excited to let us know when they start accepting Bitcoin they don't bother to update if they stop. Therefore this list can be somewhat outdated, so take it with a grain of salt.

Additional SMBs that accept Bitcoin can be found here and here. Also, many people have started advertising their SMBs in the comment section of this page.

## 3. Frequently Asked Questions

### Can Bitcoin Be Converted to Cash?

Yes, you can convert Bitcoin to cash at a Bitcoin ATM or through a Bitcoin exchange.

### Does Amazon Accept Bitcoin?

No. You can't pay with Bitcoins on Amazon. However, you can buy stuff on Amazon indirectly with Bitcoin by using Purse.io

### Does Microsoft Still Accept Bitcoin?



99 BITCOINS
We Translate Bitcoin to Plain English

### Does Starbucks Accept Bitcoin?

No. Starbucks does not accept Bitcoin.

### Do Hotels Accept Bitcoin?

In general, hotels don't accept Bitcoin. In the past, Expedia has accepted Bitcoin for travel bookings, but that activity ceased sometime around June 2018.

### What Can I Buy with Bitcoin?

Today it's possible to buy almost anything with Bitcoin through the use of Bitcoin debit cards. These cards are issued by Visa or Mastercard and can be loaded with funds via Bitcoin.

### Does Expedia Still Accept Bitcoin?

No, Expedia quietly stopped accepting Bitcoin in 2018.

### Does eBay Accept Bitcoin?

No. eBay does not allow Bitcoin as a payment method.

## 4. Conclusion

While not a lot of places accept Bitcoin directly, it's clear to see that the adoption of Bitcoin as a payment method is increasing with each year. One example is the emergence of companies such as NowPayments, a crypto payment gateway that can integrate to any business and allow it to accept Bitcoin, as well as many other coins.

So, while we still have a long way to go until all companies will accept Bitcoin directly and not through payment processors or Bitcoin debit cards, you can find big brands like Microsoft, AT&T, and Overstock that have already taken a step in the right direction.

Do you know of any business that accepts bitcoin as payment and is not listed on this page? Feel free to share it in the comment section below.



Free Bitcoin Crash Course

Learn everything you need to know about Bitcoin in just 7 days. Daily videos sent straight to your inbox.


We Translate Bitcoin to Plain English



Your email

This site is protected by reCAPTCHA and the Google
Privacy Policy and Terms of Service apply.

I'M IN!

We hate spam as much as you do. You can unsubscribe with one click.

## 1,718 comments on "Who Accepts Bitcoin?"

## Leave a Comment

Your email address will not be published. Required fields are marked *

Type here..



### JEFF

FEBRUARY 10, 2023 AT 22:58

Hi 99Bitcoins, we love your content and have followed your obituaries since way back around 2013. Can you add our Locksmith business Locksmith Direct to your list of merchants who accept Bitcoin?

*Reply*



### ASAD

FEBRUARY 7, 2023 AT 20:27

Thank you for Sharing Amazing content

*Reply*



### KIBET - 99BITCOINS SUPPORT

FEBRUARY 8, 2023 AT 06:42

You're most welcome!

*Reply*



### ASRI

FEBRUARY 16, 2023 AT 12:46

hey Kibet.
I'm a documentary filmmaker and currently working on a documentary series about Bitcoin. I'd like to talk to you. Thankyou

SASMF EXHIBIT 25
937 of 979





**JANI**

JANUARY 31, 2023 AT 21:35

in buy-clash you can use Cryptocurrency to buy Clash of Clans account. They accept all types of crypto as payment like Bitcoin, Dogecoin and ETH. You can take a look at their clash of clans accounts.

Reply



**BITCHCOIN**

FEBRUARY 18, 2023 AT 18:08

Would you accept a highly volatile fantasy currency as payment for your work?

Reply

Load more comments



99 Coins International PTE. LTD

© All rights reserved

About the company

Contact

Bitcoin Obituaries

Who Accepts Bitcoin?

Bitcoin Historical Price

Dead Coins

Guides and Tutorials

Privacy policy

Terms of use

Disclaimer

GDPR

99 Coins International PTE. LTD

© All rights reserved

Ad Hoc Equity Group Exhibit 34

10

SASMF EXHIBIT 25

938 of 979

**Exhibit 35**

**SASMF EXHIBIT 25**
**939 of 979**

**EXHIBIT B**

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

155 NORTH WACKER DRIVE

CHICAGO, ILLINOIS 60606-1720

———

TEL: (312) 407-0700

FAX: (312) 407-0411

www.skadden.com

DIRECT DIAL
+1 (312) 407-0549
DIRECT FAX
+1 (312) 407-8641
EMAIL ADDRESS
RON.MEISLER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

January 6, 2023

*Via First-Class Mail and Email*

Jayson B. Ruff, Esquire
Trial Attorney
Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002

> RE:  Core Scientific, Inc., et al., Case No. 22-90341 (DRJ)
> (the "**Chapter 11 Cases**") –
> Request for Appointment of an Official Committee of
> Equity Security Holders

Dear Mr. Ruff:

We write on behalf of an ad hoc group of equity security holders (the "**Ad Hoc Group**") of Core Scientific Inc. ("**Core Scientific**" or the "**Company**," and together with its subsidiaries and affiliates in the Chapter 11 Cases, the "**Debtors**"). The members of the Ad Hoc Group collectively own 12,322,419 shares of the Company's common stock (representing approximately 3.29% of all issued and outstanding common stock of the Company and approximately 4.61% of issued and outstanding common stock of the Company not held by insiders).[1] The current members of the Ad Hoc Group are identified on **Exhibit A** attached hereto.

---

[1]  Based on public filings, we believe approximately 107.03 million shares of the Company's common stock are currently held by insiders, representing approximately 28.58% of all issued and outstanding shares of common stock of the Company.

Jayson B. Ruff, Esq.
Trial Attorney
Office of the United States Trustee
January 6, 2023
Page 2

By this letter, the Ad Hoc Group respectfully requests that the United States Trustee promptly appoint an official committee of equity security holders in these Chapter 11 Cases. As detailed below, the circumstances underlying the Debtors' bankruptcy filing, the terms of their proposed restructuring plan, and their own statements provide substantial reason to believe that equity is "in the money." As such, the Company's stockholders have a substantial stake in the outcome of the Chapter 11 Cases and deserve meaningful representation in these proceedings. Unfortunately, no other fiduciary can adequately fill this role. In these circumstances, prompt appointment of an official committee is necessary to safeguard stockholders' legitimate interests, facilitate their meaningful participation in the Chapter 11 Cases, and maximize value for all stakeholders.

## BASIS FOR REQUESTED APPOINTMENT

As you know, Section 1102(a)(1) of the Bankruptcy Code entrusts to the United States Trustee's discretion the decision to appoint an official committee of equity security holders as the United States Trustee "deems appropriate."[2] As set forth herein, there are compelling reasons to appoint an official committee of equity security holders in these Chapter 11 Cases, including:

(1) The Company's stockholders have an important economic stake in the outcome of these Chapter 11 Cases because there is a substantial likelihood that the Debtors are solvent.

(2) An official equity committee is necessary to assure adequate representation of the equity holders in the Chapter 11 Cases.

(3) The appointment of an official equity committee adds value to the Chapter 11 Cases that outweighs any additional cost.

(4) The request is timely, and the prompt appointment of an official equity committee is essential to allow the equity holders to participate meaningfully in the Chapter 11 Cases.[3]

---

[2] 11 U.S.C. § 1102(a)(1).

[3] Although Section 1102(a)(1) leaves to your client's discretion the propriety of appointing a committee of equity holders, case precedent focuses on the foregoing factors in considering whether appointment of an official equity committee is appropriate. *See, e.g., In re Pilgrim's Pride Corp.*, 407 B.R. 211, 216 (Bankr. N.D. Tex. 2009); *In re Williams Commc'ns Grp. Inc.*, 281 B.R. 216, 220 (Bankr. S.D.N.Y. 2002); *In re Kalver Microfilm Inc.*, 195 B.R. 599 (Bankr. D. Del. 1996); *In re Sandridge Energy Inc.*, No. 16-32488 (Bankr. S.D. Tex. Aug. 1, 2016), Hr'g Tr. at 94:10-12.

**Ad Hoc Equity Group Exhibit 35**

**3**

**SASMF EXHIBIT 25**

**942 of 979**

Jayson B. Ruff, Esq.
Trial Attorney
Office of the United States Trustee
January 6, 2023
Page 3

**I.      There is a substantial likelihood that the Debtors are solvent and that stockholders are entitled to a distribution.**

Case law addressing the appointment of equity committees in chapter 11 cases accords great importance to the debtor's likely solvency, or lack thereof.[4]  The significance of this factor is straightforward.  Equity holders of a "hopelessly insolvent" debtor are entitled to no distribution under a chapter 11 plan; the appointment of a committee to represent them therefore accomplishes little more than to burden the estate with incremental expenses.  Conversely, equity holders of a solvent debtor retain a substantial legal and economic interest entitled to adequate representation during the chapter 11 process.  Of course, the debtor's solvency—and, by extension, its equity holders' entitlement to a distribution—need not be conclusively established in connection with a request to appoint an equity committee.  Rather, appointment of an equity committee may rest on preliminary indicia of value that suggest a "substantial likelihood" that equity security holders are entitled to a "meaningful distribution" under the absolute priority rule.[5]

---

[4]     *See, e.g., Pilgrim's Pride*, 407 B.R. at 217 n. 15 ("Much of the authority suggests—and the court agrees—that appointment of an equity committee should be denied in cases where there is no doubt about the debtor's insolvency." (citing *Williams Commc'ns*, 281 B.R. 216; *In re Wang Labs., Inc.*, 149 B.R. 1, 4 (Bankr. D. Mass. 1992))); *Williams Commc'ns*, 281 B.R. at 220 (describing solvency as a "major factor"); *Exide Techs. v. Wis. Inv. Bd.*, No. 02-11125-KJC, 2002 WL 32332000, at *1-2 (D. Del. Dec. 23, 2002) (noting that courts only "consider . . . additional factors in determining whether equity holders are adequately represented without the appointment of an official committee" when a debtor is *not* deemed to be "hopelessly insolvent"); *In re Kalvar Microfilm, Inc.*, 195 B.R. 599, 601 (Bankr. D. Del. 1996); *In re Emons Indus., Inc.*, 50 B.R. 692, 694 (Bankr. S.D.N.Y. 1985) ("[G]enerally no equity committee should be appointed when it appears that a debtor is hopelessly insolvent[.]").

[5]     *See, e.g., In re Spansion, Inc.*, 421 B.R. 151, 156 (Bankr. D. Del. 2009) (quoting *Exide Techs. v. Wis. Inv. Bd.*, Case No. 02-1572–SLR, 2002 WL 32332000, at *1 (D. Del. Dec. 23, 2002)); *see also In re SunEdison, Inc.*, 556 B.R. 94, 103–04 (Bankr. S.D.N.Y. 2016) (denying a motion to appoint an equity committee where "it is substantially unlikely that equity will receive a distribution"); *In re Eastman Kodak Co.*, No. 12-10202 ALG, 2012 WL 2501071, at *4 (Bankr. S.D.N.Y. June 28, 2012) (denying a motion to appoint an equity committee because, "based on the instant record, there is no substantial evidence that equity will be entitled to a meaningful distribution in this case"); *In re Nat'l R.V. Holdings, Inc.*, 390 B.R. 690, 698 (Bankr. C.D. Cal. 2008) (denying motion to appoint equity committee based, *inter alia*, on the fact that equity security holders will not receive a meaningful distribution); *In re Leap Wireless Int'l, Inc.*, 295 B.R. 135, 140 (Bankr. S.D. Cal. 2003) ("Shareholders committees should be appointed when equity holders establish there is a substantial likelihood that they will receive a meaningful distribution in the case [.]"); *In re Williams Commc'ns Grp., Inc.*, 281 B.R. 216, 223 (Bankr. S.D.N.Y. 2002) (An equity committee "should not be appointed unless equity holders establish

**SASMF EXHIBIT 25**
**943 of 979**

Jayson B. Ruff, Esq.
Trial Attorney
Office of the United States Trustee
January 6, 2023
Page 4

Here, even at this early stage, there is ample evidence—including the Debtors' own papers and statements—to suggest that the Company is solvent and that its stockholders therefore are entitled to a meaningful distribution.

Support for this conclusion begins with the Debtors' first-day papers, which indicate that the Company's assets exceed its liabilities. Specifically, Core Scientific's petition and First-Day Declaration[6] indicate that the Company had approximately $1.4 billion in total assets compared to approximately $1.3 billion in total liabilities, as of the end of third quarter 2022.[7]

Consistent with these representations, the Debtors have unilaterally proposed what they characterize as a "meaningful recover[y]" for the Company's stockholders.[8] Specifically, the proposed chapter 11 plan contemplated by the Debtors' Restructuring Support Agreement[9] provides that if both the class of general unsecured claims and the class of equity interests in the Company vote to accept the plan, general unsecured creditors and stockholders will share (in portions to be determined) (1) three percent[10] of the reorganized Company's common stock (subject to dilution by warrants and the management incentive plan) and

---

that . . . there is a substantial likelihood that they will receive a meaningful distribution in the case under a strict application of the absolute priority rule[.]").

[6] The **"First-Day Declaration"** (or **"First-Day Decl."**) refers to the *Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief* [Docket No. 5].

[7] Attachment to Voluntary Pet. of Core Scientific, Inc., ¶ 2, Docket No. 1; First-Day Decl. ¶ 63; *see also* Core Scientific, Inc., Quarterly Report (Form 10-Q) at 4 (Nov. 22, 2022) (balance sheet as of September 30, 2022, reporting stockholders' equity of approximately $73 million).

[8] First-Day Decl. ¶ 15.

[9] The **"Restructuring Support Agreement"** (or **"RSA"**) refers to that certain Restructuring Support Agreement between the Debtors and certain holders of the Debtors' convertible notes, the form of which was appended to a Notice of Filing dated December 21, 2022 [Docket No. 72] and incorporated into the First-Day Declaration as Exhibit B thereto. It is unclear whether the RSA has been executed and whether the Support Effective Date (as defined therein) has occurred. The form of RSA filed on the docket is undated and includes no signature pages; the Notice of Filing to which the form of RSA was appended states only that "the Debtors have agreed to the form of Restructuring Support Agreement." Notice of Filing 1. The term sheet attached as Exhibit A to the RSA is referred to as the **"Plan Term Sheet."**

[10] *See* RSA Ex. A, at 11–12.

Jayson B. Ruff, Esq.
Trial Attorney
Office of the United States Trustee
January 6, 2023
Page 5

(2) additional contingent value in the form of warrants exercisable at certain enterprise value thresholds.[11]

    In this regard, the United States Trustee need not look beyond the Debtors' own representations and proposals to ascertain a "substantial likelihood" of a "meaningful distribution" to stockholders.  The Debtors surely will insist that their proposed plan provides stockholders more than they are legally entitled; the Ad Hoc Group will argue, conversely, that stockholders are entitled to a great deal more.  Indeed, the Ad Hoc Group submits that conditioning stockholders' retention of even a small fraction of the value of the Company on value hurdles that imply a double or triple recovery for the senior secured creditors (who are only entitled to par plus accrued) is, in these circumstances, inequitable and suggests an improper transfer of value to senior secured creditors to the detriment of equity holders.  Nevertheless, the imminent dispute over the adequacy of the Debtors' proposed treatment of stockholders need not, and cannot, be conclusively resolved now.  For present purposes, it suffices that the Debtors' papers and proposed plan raise a substantial and colorable issue concerning the Debtors' solvency—and, by extension, stockholders' entitlement to a distribution.  Stockholders deserve an independent and empowered fiduciary to represent their interests in this impending dispute.

    The fact that the Debtors reported positive stockholder equity in their most recent balance sheet and have proposed a distribution to stockholders in these cases is reason enough to conclude that there is a substantial likelihood that the Debtors are solvent.  But even a more searching inquiry into the circumstances surrounding the Debtor's chapter 11 filing would yield the same conclusion.  The Debtors commenced the Chapter 11 Cases amid a pronounced, but likely transitory, market dislocation.  Less than one year ago, the Company consummated a deSPAC transaction, premised on a pre-transaction equity valuation of $4 billion,[12] and thereafter experienced "tremendous growth, as measured by cash flow increases."[13]  As of March 31, 2022, the Company's market capitalization stood at approximately

---

[11]    Specifically, general unsecured creditors and stockholders would share three tranches of warrants: (1) Tranche I warrants exercisable when the enterprise value implies a 100% recovery to the secured convertible notes; (2) Tranche II warrants exercisable when the enterprise value implies a 200% recovery to the secured convertible notes; and (3) Tranche III warrants exercisable when the enterprise value implies a 300% recovery to the secured convertible notes. *See* RSA Ex. A, at 28–29.

[12]    First-Day Decl. ¶ 31; *Power & Digital Infrastructure Acquisition Corp.*, Amendment No. 6 to Registration Statement (Form S-4) at 5–6, 223 (Dec. 30, 2021).

[13]    First-Day Decl. ¶ 32.

Jayson B. Ruff, Esq.
Trial Attorney
Office of the United States Trustee
January 6, 2023
Page 6

$2.67 billion.[14]  But, beginning in Spring 2022, a confluence of headwinds—including the decline in the price of cryptocurrency, an increase in interest rates, an increase in power prices, and a number of companies in the cryptocurrency sector, including one of the Debtors' largest hosting customers, filing for chapter 11 protection—precipitated a "crypto winter"[15] and interrupted the Company's high-growth phase.

But there is good reason to believe that the dynamics underlying the crypto winter are temporary.  Indeed, many of the factors the Debtors blame for their recent difficulties are now trending in a favorable direction.  Among other things, reports establish that inflation rates are falling and the cost of power is moderating.[16]  In short, this is not a company that has endured long-term operational struggles, but rather a company enduring temporary turbulence.

Notably, this bullish sentiment is not confined to the Ad Hoc Group.  Even as recently as November 30, 2022, well into the so-called "crypto winter," the Company was projecting adjusted EBITDA of $130 million in 2023, $142 million in 2024, and $141 million in 2025.[17]  At the First-Day Hearing, counsel to the ad hoc

---

[14]   *See Core Scientific, Inc.*, Yahoo! Finance, https://finance.yahoo.com/quote/CORZ/key-statistics/ (last visited Jan. 2, 2023).

[15]   First-Day Decl. ¶¶ 6, 65–78.

[16]   *See* Associated Press, *U.S. Inflation Slowed Sharply to 7.1 Percent Over Past 12 Months*, POLITICO (Dec. 13, 2022, 8:56 a.m. EST), https://www.politico.com/news/2022/12/13/us-inflation-slowed-sharply-past-12-months-00073646 ("Inflation in the United States slowed again last month in the latest sign that price increases are gradually cooling despite the pressures they continue to inflict on American households."); Abha Bhattarai, *What's Next for the Economy? 10 Charts That Show Where Things Stand.*, Wash. Post (Dec. 29, 2022, 6:00 a.m. EST), https://www.washingtonpost.com/business/2022/12/29/economy-2023-outlook-inflation-prices/ (observing that "[o]verall inflation has fallen for five straight months and is expected to continue its descent in 2023" and "[g]as prices are coming back down"); Austin Hufford, *Prices for Used Cars, Plane Tickets and Electricity Eased in November*, Wall St. J. (Dec. 13, 2022, 12:37 p.m. ET), https://www.wsj.com/articles/prices-for-used-cars-plane-tickets-and-electricity-eased-in-november-11670949912 ("[P]rices have started to ease on a monthly basis in a potential sign that price pressures are easing . . . Prices for gasoline, electricity and natural gas declined in the month, in welcome news for consumers who need to heat their homes as the colder months approach."); *see also See* Andrea Shalal and David Lawder, *World Bank Projects 11% Energy Price Decline by 2023*, Reuters (Oct. 26, 2022, 10:31 a.m. EDT), https://www.reuters.com/business/energy/world-bank-projects-energy-prices-decline-11-2023-after-60-jump-2022-2022-10-26/ (reporting World Bank projection that energy prices will decline by 11% in 2023).

[17]   *See* Core Scientific Inc., Current Report (Form 8-K) (December 15, 2022), Ex. 99.1, at 2.

Jayson B. Ruff, Esq.
Trial Attorney
Office of the United States Trustee
January 6, 2023
Page 7

convertible noteholder group likewise reaffirmed his clients' "belief in the future of the company."[18]

Certainly, any uptick in the market will have a materially accretive effect on the enterprise value of the Debtors. As noted in open letter from B. Riley Financial ("**B. Riley**") to the Company's shareholders and lenders, dated December 14, 2022, every $1,000 increase in the price of bitcoin would likely increase EBITDA by $20 million.[19] Additional investments and right-sizing of operations could further improve EBITDA. For example, B. Riley suggests that building out the Company's Denton, Texas facility could provide an incremental $25 million of EBITDA.[20]

As described in greater detail below, the Company has not engaged in any meaningful market check on the proposed plan and DIP financing and has restricted itself from doing so on a go-forward basis. A competitive market process could establish a greater enterprise value, and therefore greater recoveries for equity and other stakeholders.

The appointment of an equity committee is crucial to ensuring adequate value is allocated to stockholders and is not unfairly diverted to senior secured creditors or other stakeholders.

## II.    An official committee is necessary to assure adequate representation of stockholders in the Chapter 11 Cases.

Only an official committee of equity security holders can protect stockholders' substantial legal and economic interests and ensure their meaningful

---

[18]    *See In re Core Scientific, Inc.*, No. 22-90341-11 (Bankr. S.D. Tex. Dec. 22, 2022), Hr'g Tr. at 31:19-25, 32:1-4 ("[P]eople believed in this business, they invested in this business as original holders, and they still hold those notes. And so it's not been fun for them to see where the price of the coin is right now, and to see what happened with respect to the company. And so for them to come together and not only support this restructuring, but also be prepared to write a money check into it from a DIP lending perspective because they're also serving in the capacity of DIP lenders, is a real testament to their desire to stick to this process, and their belief in the future of the company."); *Id.* at 32:5-10 ("However, they also know that this company has sustained an extraordinarily volatile larger universe. You only need to look at the price of bitcoin and where it's been and where it is now. There's lots of hopeful people that hope it'll go back in the other direction.").

[19]    Press Release, B. Riley Financial, *B. Riley Financial Issues Open Letter to Core Scientific Investors* (Dec. 14, 2022), https://www.prnewswire.com/news-releases/b-riley-financial-issues-open-letter-to-core-scientific-investors-301703337.html.

[20]    *Id.*

Jayson B. Ruff, Esq.
Trial Attorney
Office of the United States Trustee
January 6, 2023
Page 8

participation in these Chapter 11 Cases. Stockholders can count on neither the Debtors nor an unsecured creditors' committee to adequately represent their interests.

Although, by law, the Company's board of directors has a fiduciary duty to the Company and its stockholders, a board is not necessarily an adequate representative of stockholders' interests in a chapter 11 proceeding. This is so because the directors of a corporation in bankruptcy must advance the interests of the estate generally, rather than the specific interests of stockholders.[21]

That concern is particularly acute here. The Debtors apparently have committed themselves to a restructuring transaction that would award nearly the entire value of their enterprise to their convertible secured noteholders, without having engaged in any rigorous, prepetition marketing process and on terms that tightly constrain their ability to seek out and exploit potentially superior alternatives postpetition. Notably, this course was established by a black-box "Special Committee" that seemingly has supplanted the Company's full board as the ultimate decision-maker concerning restructuring matters, but whose genesis and purpose is not meaningfully explained in the Company's SEC filings or first-day papers.

The RSA and Plan Term Sheet are structured to ensure the outcome of these cases and preclude stockholders' meaningful participation. The proposed plan would not simply compensate the convertible secured noteholders' for their prepetition claims; it would dramatically augment their entitlements, thus awarding them a windfall at the expense of other stakeholders.

The Debtors' DIP facility, provided by members of the ad hoc group of convertible noteholders, is the principal culprit in this respect. The DIP facility inappropriately diverts value to the convertible secured noteholders in numerous ways. Noteholders that agree to participate in the DIP facility will earn handsome fees,[22] plus warrants to obtain 30% of the common stock of the reorganized

---

[21]  *See, e.g., In re Pilgrim's Pride Corp.*, 407 B.R. 211, 218 (Bankr. N.D. Tex. 2009) ("While it is unquestionably true that Debtors' officers and directors have a duty to maximize Debtors' estates to the benefit of shareholders as well as creditors, the reorganization process is not so simple that that ensures shareholders are adequately represented by even equity-owning management. The principal concern of Debtors and their managers . . . must be preservation of Debtors' going concern value and their successful emergence from chapter 11.")

[22]  The proposed fees include a 2% commitment fee; a $1.6 million backstop fee; a termination fee equal to (x) 2% of outstanding roll-up loans plus (y) 3% of all other outstanding loans (and interest thereon) (if the DIP facility rolls into an exit facility) or 15% of such other outstanding

SASMF EXHIBIT 25
948 of 979

Jayson B. Ruff, Esq.
Trial Attorney
Office of the United States Trustee
January 6, 2023
Page 9

Company in the event that they choose to roll over the DIP facility into exit facility.[23]  More significantly, the Debtors have agreed to roll up the DIP lenders' prepetition notes on a one-to-one basis and to secure the roll-up portion of the DIP facility with liens on substantially all of Debtors' previously unencumbered assets, including nearly all of the Debtors' valuable real estate portfolio.  Viewed in its totality, the DIP facility channels nearly all of the Debtors' residual value to the convertible secured noteholders in exchange for just $75 million in new funding, leaving other stakeholders to fight for scraps.  Even the value ostensibly allocated to equity holders may prove illusory, as the proposed plan includes a double death trap that would strip equity holders of any recovery if either the general unsecured creditors *or* the equity holders vote to reject the proposed plan.

Moreover, the RSA and proposed DIP financing significantly hamstring the Debtors' ability to explore, consider, or negotiate any alternative.  Specifically, the RSA affords the Debtors only 14 days from the Support Effective Date to solicit or discuss alternative restructuring proposals.[24]  Thereafter, the Debtors are forbidden from participating in *any* discussions regarding any alternative restructuring proposals with any party not contacted prior to the end of that 14-day period unless and until a party submits a *bona fide* offer *and* the boards (or similar governing bodies) of the Debtors determine, but only after counsel has so advised, that failure to engage in discussions would violate their fiduciary duties.[25]  If the Special Committee of Core Scientific's board makes such a determination, the Debtors may exercise a "fiduciary out" and terminate the RSA.[26]  But termination of the RSA constitutes an event of default under the DIP Credit Agreement.[27]  Accordingly, any alternative proposal would require a competing bidder or plan sponsor to put up an amount that may exceed $165 million to refinance the DIP facility (including the roll-up loans and exorbitant economics) before it would even know if the alternative

---

[23]  loans and interest (upon the termination of the DIP facility in any other circumstance); a 2% fee for a three-month extension of the scheduled maturity date; and other administrative agency and other fees.  *See* Notice of Corrections to DIP Credit Agreement Ex. A §§ 1.1, 2.1.4, 2.1.5, 3.2 [Docket No. 188] (the "**DIP Credit Agreement**").  In other words, in order to refinance the DIP facility following entry of the final order, the Debtors would need to pay an amount that could exceed $165 million (depending on when the refinancing is effected).

[23]  RSA Ex. A, at 6–7.

[24]  RSA § 4(b)(xii).

[25]  *Id.*

[26]  *Id.* § 6(b)(ii).

[27]  DIP Credit Agreement § 11.1(p)(xxii).

Jayson B. Ruff, Esq.
Trial Attorney
Office of the United States Trustee
January 6, 2023
Page 10

transaction would close. The RSA also requires the Company to timely file a formal
objection to any motion that seeks approval of any alternative restructuring or
otherwise frustrates the purposes of the proposed plan or challenges the proposed
DIP financing.[28] In the event that the Debtors receive any outreach regarding an
alternative proposal, the Debtors must share the terms with the Consenting Creditors
within two business days of receipt.[29]

     The Debtors' acquiescence to these constraints is particularly troubling given
they have not yet taken any comprehensive efforts to market check either their
proposed plan or the DIP financing. The only restructuring alternative that the
Special Committee appears to have considered was a proposal from B. Riley, which
on its face seemed reasonable and appropriate. The First-Day Declaration provides
no coherent explanation for the Special Committee's conclusion that the B. Riley
proposal was inferior to the plan and DIP financing proposed by the ad hoc
convertible noteholder group. Indeed, the proposed plan and DIP financing suffer, in
equal (if not greater) measure, from the same putative deficiencies that apparently
prompted the Special Committee to reject the B. Riley proposal. For example, the
Debtors contend that the B. Riley proposal would have required "the conversion of
B. Riley's unsecured claim into secured debt with liens on certain of the Debtors'
assets."[30] But, as discussed above, the convertible secured noteholders similarly
insisted that the Debtors roll up a significant portion of the prepetition notes into DIP
loans secured by liens on substantial additional collateral, including mining
equipment and real estate, thereby "restricting the Company's ability to provide
collateral to other potential lenders."[31] Indeed, there is no indication that the Debtors
properly marketed their previously unencumbered assets in connection to obtain DIP
financing. A proper marketing process may have supported a non-priming, cheaper
DIP financing facility without a roll-up.

     Similarly, the Debtors complain that B. Riley's proposal required consensual
agreements with equipment lenders; however, the equipment financing parties have
not agreed to the plan outlined in the RSA, and the Debtors have outlined no credible
basis to confirm the proposed plan over the equipment financing parties'

---

[28]   RSA §4 (a)(ii).

[29]   RSA § 4(a)(viii).

[30]   First-Day Decl. ¶ 84.

[31]   *Id.* ¶ 85.

Jayson B. Ruff, Esq.
Trial Attorney
Office of the United States Trustee
January 6, 2023
Page 11

objections.[32]  Thus, the plan outlined in the RSA, just like the B. Riley proposal, will require active negotiations with those constituents.

Moreover, the governance processes that set the Debtors on their present course are obscure and potentially troubling.  The First-Day Declaration suggests that the board has delegated all decision-making authority with respect to the restructuring to the Special Committee, which determined to support a proposed restructuring that allocates a disproportionate share of the available value to the prepetition secured noteholders.[33]

In sum, the Company's board cannot zealously represent the interests of the equity holders in these Chapter 11 Cases.  Its objectives span multiple constituencies (e.g., equity holders and creditors), and its ability to pursue more attractive alternatives is tightly constrained by the RSA and DIP Credit Agreement.

Nor can the official committee of unsecured creditors, once appointed, adequately represent the interests of stockholder.  The creditors' committee's role will be limited to ensuring that general unsecured creditors achieve maximum value for their claims.  As noted above, the general unsecured creditors and equity holders have already been pitted against each other in several ways: (1) the proposed double death trap built into the Plan Term Sheet (any vote to reject the plan by the unsecured creditors strips all value from the unsecured creditors *and* equity holders) and (2) the fact that the allocation of the 3% of the reorganized Company's common stock and the warrants as between the equity holders and unsecured creditors remains open.  Accordingly, the equity holders require a seat at the table as to how to allocate the value between the equity holders and unsecured creditors.  Moreover, although general unsecured creditors and equity holders are currently being treated similarly under the plan, the creditors' committee may seek to decouple general

---

[32]   The Debtors' apparent belief that they can "cram up" the equipment financing parties, thus obviating the need to consensually resolve their claims, is tendentious at best.  The Debtors' strategy is premised on a judicial valuation of the mining equipment in an aggregate amount no greater than $90 million.  *See* RSA Ex. A, at 10.  This alone is a highly uncertain proposition, given the vagaries inherent in judicial valuations.  And, even if the Debtors' valuation case succeeds, they likely will face substantial additional legal objections to the contemplated cram-up of the equipment financing debt.

[33]   *See* First-Day Declaration, ¶¶ 13, 17, 80, 85, 87; *see also In re Core Scientific, Inc.*, Case No. 22-90341 (DRJ), Docket No. 1, p. 7 (resolutions suggesting that from November 14, 2022, when Special Committee was formed, until December 12, 2022, Special Committee served in an advisory role; as of December 12, 2022, Special Committee was designated exclusive decision-making authority with respect to "the evaluation, negotiations, and execution of any potential transaction").

Jayson B. Ruff, Esq.
Trial Attorney
Office of the United States Trustee
January 6, 2023
Page 12

unsecured recoveries from equity recoveries or trade higher general unsecured claim
recoveries for little or no equity recoveries. For the foregoing reasons, the creditors'
committee cannot adequately represent the interests of the equity holders.

Without the appointment of an official equity committee, the equity holders
lack a seat at the table to negotiate, or even evaluate, critical case milestones, and no
one will be standing up to the Company, the secured noteholders, or the well-
represented general unsecured creditors to ensure that equity holders receive the
value to which they are entitled.

**III.     The appointment of an official equity committee adds value to the
           Chapter 11 Cases.**

In light of all the facts and circumstances described above, the Ad Hoc Group
believes it is clear that the appointment of an official equity committee will ensure
that all stakeholders entitled to a recovery are able to meaningfully participate in the
Chapter 11 Cases. Giving the equity holders a meaningful role in the process is the
only way to ensure that the bankruptcy process works fairly and justly to maximize
value for all stakeholders, not only the secured creditors. The added value of giving
the equity holders a seat at the table outweighs the costs to the Debtors' estates of
appointing an additional committee.

**IV.     The request is timely, and the prompt appointment of an official equity
          committee is essential to allowing the equity holders meaningful
          participation in the Chapter 11 Proceedings.**

The equity holders are seeking the appointment of an equity committee at the
nascency of these Chapter 11 Cases, when they can most effectively ensure
maximum value for equity holders and before the terms of the DIP financing and
plan of reorganization that strip the equity holders of value are set in stone. The Ad
Hoc Group's request for appointment of a committee is therefore timely.

The Debtors have committed themselves to a quick timeline for obtaining
final approval of the proposed DIP financing and filing and confirming a plan of
reorganization. The final hearing on the proposed DIP financing is currently
scheduled for January 23, 2022, with objections due by January 17, 2022. It is
essential that the equity committee be constituted and begin its work quickly so that
it can adequately protect the interests of the Company's equity holders before the
Debtors are able to force stakeholders into accepting DIP financing and a plan that
does not maximize value for all stakeholders. Time is particularly of the essence in a

Jayson B. Ruff, Esq.
Trial Attorney
Office of the United States Trustee
January 6, 2023
Page 13

complex case like this one, involving eleven debtors with operations across several states in a highly technical industry.

The Ad Hoc Group respectfully requests that, in light of all the facts and circumstances, the United States Trustee promptly appoint an official committee of equity security holders so that the substantial interests of the Company's stockholders are fairly represented in these cases.

Thank you for your prompt consideration.

Sincerely,

Ron E. Meisler

cc:

*Counsel to the Debtors*

Alfredo R. Pérez (alfredo.perez@weil.com)
Ray C. Schrock, P.C. (ray.schrock@weil.com)
Ronit J. Berkovich (ronit.berkovich@weil.com)
Moshe A. Fink (moshe.fink@weil.com)

# EXHIBIT A

## Ad Hoc Group of Equity Holders

| Shareholder | Number Holdings of Common Stock | Percent Holdings of Common Stock (all holders) | Percent Holdings of Common Stock (excl. insiders) |
|---|---|---|---|
| The Rudolph Family Trust | 6,940,704 | 1.85% | 2.59% |
| Two Trees Capital Limited BVI Custodian CSPB | 2,040,000 | 0.54% | 0.76% |
| Lukasz Gottwald | 1,720,296 | 0.46% | 0.64% |
| Todd Deutsch | 900,000 | 0.24% | 0.34% |
| Douglas Abrams | 475,000 | 0.13% | 0.18% |
| Jay Deutsch | 100,000 | 0.03% | 0.04% |
| Mark Beaven | 88,000 | 0.02% | 0.03% |
| Eddie Griffin | 58,419 | 0.02% | 0.02% |
| **Total** | **12,322,419** | **3.29%** | **4.61%** |

**Exhibit 36**

SASMF EXHIBIT 25

955 of 979

# EXHIBIT C

Ad Hoc Equity Group Exhibit 36
1

SASMF EXHIBIT 25
956 of 979

**Madden, Jennifer (PAL)**

| | |
|---|---|
| **From:** | Meisler, Ron E (CHI) |
| **Sent:** | Friday, January 20, 2023 11:43 AM |
| **To:** | 'Ruff, Jayson B. (USTP)'; Barcomb, Alicia (USTP) |
| **Cc:** | Madden, Jennifer (PAL) |
| **Subject:** | RE: In re Core Scientific, Inc., et al., Case No. 22-90341 (DRJ) - Request for Appointment of Official Equity Committee |

Dear Mr. Ruff and Ms. Barcomb,
We wanted to follow up with you on our request for the formation of an official committee of equity holders.  As previously noted, over the last month, Bitcoin prices have rallied materially. See
https://finance.yahoo.com/quote/BTC-USD?p=BTC-USD&.tsrc=fin-srch.

With this nearly $5,000/bitcoin increase, Core Scientific's value has increased exponentially.  Even before the rally, and as mentioned in our January 6th letter, the Debtors' first day papers included evidence of solvency, and accordingly, the Restructuring Support Agreement included a distribution for equity. But there is no one to negotiate on behalf of equity.  Moreover, the Final DIP hearing is around the corner, and equity needs an official committee to push back on the value destructive terms.  In fact, the ad hoc group of equity holders has been in touch with a couple funding sources that may be able to compete on the DIP loan, but without an official committee, we are operating with "both hands tied behind our back."  Furthermore, as stated below, the group of ad hoc equity holders continues to grow because of their conviction regarding value.

We are happy to discuss our request with you and answer any questions you may have.  But, most importantly, we urge you to form an official committee of equity holders expeditiously, so that they can assemble, engage counsel and make a meaningful difference in these chapter 11 cases.

Best,
Ron

**Ron E. Meisler**
Partner
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive | Chicago | Illinois | 60606-1720
T: +1.312.407.0549 | F: +1.312.407.8641 | M: +1.312.282.1111
ron.meisler@skadden.com

Skadden

---

**From:** Madden, Jennifer (PAL) <Jennifer.Madden@skadden.com>
**Sent:** Tuesday, January 17, 2023 1:30 PM
**To:** 'Ruff, Jayson B. (USTP)' <Jayson.B.Ruff@usdoj.gov>; Barcomb, Alicia (USTP) <Alicia.Barcomb@usdoj.gov>
**Cc:** Meisler, Ron E (CHI) <Ron.Meisler@skadden.com>
**Subject:** RE: In re Core Scientific, Inc., et al., Case No. 22-90341 (DRJ) - Request for Appointment of Official Equity Committee

Dear Mr. Ruff and Ms. Barcomb,

We write to provide a further update on the ad hoc group of equity holders seeking appointment of an official committee. Over the past few days, several additional shareholders holding more than 37 million shares (or approximately 10% of the shares outstanding, including shares held by insiders) have reached out to Skadden, expressing interest in joining the ad hoc group. Together with the existing group, we are currently in touch with holders owning approximately 50 million shares (or approximately 13% of the shares outstanding, including shares held by insiders).

The growing size of the group and the substantial additional outreach from shareholders evidences that these holders are passionate about having an official committee appointed in the Core Scientific Chapter 11 cases to advocate for the rights of equity holders for many of the reasons we have communicated in our previous correspondence.

Given the status of the cases and the timing of your decision, we wanted to share this information with you quickly. Please let us know if you would like any additional information.

We look forward to hearing from you soon.

Thanks,
Jenn

**Jennifer Madden**
**Skadden, Arps, Slate, Meagher & Flom LLP**
525 University Avenue | Palo Alto | California | 94301-1908
**T: +1.650.470.4658** | **F: +1.650.798.6558**
**jennifer.madden@skadden.com**

---

**From:** Meisler, Ron E (CHI) <Ron.Meisler@skadden.com>
**Sent:** Friday, January 13, 2023 12:41 PM
**To:** 'Ruff, Jayson B. (USTP)' <Jayson.B.Ruff@usdoj.gov>; Barcomb, Alicia (USTP) <Alicia.Barcomb@usdoj.gov>
**Cc:** Madden, Jennifer (PAL) <Jennifer.Madden@skadden.com>
**Subject:** RE: In re Core Scientific, Inc., et al., Case No. 22-90341 (DRJ) - Request for Appointment of Official Equity Committee

Dear Mr. Ruff and Ms. Barcomb,

Thanks for your response and considering our request. One more issue worth taking into account is the surge in values in comparable companies – a direct result of the factors mentioned in my prior email. In particular, the market caps for the following companies has nearly doubled over the last several weeks:

- The price of **Marathon Digital Holdings**, a cryptocurrency mining company headquartered in Las Vegas, increased from $3.40 on the first day of trading in 2023 to $7.26 today, January 13, 2023—a 113% increase in less than two weeks. (*Marathon Digital Holdings, Inc.*, Yahoo! Finance, https://finance.yahoo.com/chart/MARA/ (last visited Jan. 13, 2023)).



- The price of **Riot Platforms, Inc.**, a Bitcoin mining company headquartered in Colorado, increased from $3.37 on the first day of trading in 2023 to $5.94 today, January 13, 2023—a 76% increase in less than two weeks. (*Riot Platforms, Inc.*, Yahoo! Finance, https://finance.yahoo.com/chart/RIOT/ (last visited Jan. 13, 2023)).



- The price of **HIVE Blockchain Technologies Ltd.**, a cryptocurrency mining company headquartered in Vancouver, increased from $2.09 on the first day of trading in 2023 to $4.14 today, January 13, 2023— a 98% increase in less than two weeks. (*HIVE Blockchain Technologies Ltd.*, Yahoo! Finance, https://finance.yahoo.com/quote/HIVE/chart/ (last visited Jan. 13, 2023)).



- The price of **Hut 8 Mining Corp.**, a Bitcoin mining company based in Toronto, increased from $1.13 on the first day of trading in 2023 to $2.03 today, January 13, 2023—an 80% increase in less than two weeks. (*Hut 8 Mining Corp.*, Yahoo! Finance, https://finance.yahoo.com/chart/HUT.TO/ (last visited Jan. 13, 2023)).



Each of these companies is a competitor of Core Scientific, and all have experienced significant market price increases over the three and a half weeks since Core Scientific filed for chapter 11 bankruptcy protection.

We are happy to discuss at your convenience.

Sincerely,
Ron

**Ron E. Meisler**
Partner
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive | Chicago | Illinois | 60606-1720
T: +1.312.407.0549 | F: +1.312.407.8641 | M: +1.312.282.1111
ron.meisler@skadden.com

Skadden

**From:** Ruff, Jayson B. (USTP) <Jayson.B.Ruff@usdoj.gov>
**Sent:** Friday, January 13, 2023 12:52 PM
**To:** Meisler, Ron E (CHI) <Ron.Meisler@skadden.com>; Barcomb, Alicia (USTP) <Alicia.Barcomb@usdoj.gov>
**Cc:** Madden, Jennifer (PAL) <Jennifer.Madden@skadden.com>
**Subject:** [Ext] RE: In re Core Scientific, Inc., et al., Case No. 22-90341 (DRJ) - Request for Appointment of Official Equity Committee

Ron,

Thank again for reaching out. We are still reviewing the matter I expect we will be able to provide a response next week.

Kind regards,

*Jayson B. Ruff*
Trial Attorney
Office of the United States Trustee
515 Rusk St., Suite 3516
Houston, Texas 77002
713-718-4662 (office)
202-573-6960 (mobile)
jayson.b.ruff@usdoj.gov



PLEASE DO NOT read, copy or disseminate this Internet E-mail if you are not the intended addressee. This E-mail may contain privileged information intended only for the addressee. If you have received this E-mail in error, please call us immediately at (713) 718-4650 and ask to speak to the sender of the communication. Also, please notify the sender immediately, by E-mail, that you have received this E-mail in error and have deleted it.

**From:** Meisler, Ron E <Ron.Meisler@skadden.com>
**Sent:** Friday, January 13, 2023 10:51 AM
**To:** Ruff, Jayson B. (USTP) <Jayson.B.Ruff@usdoj.gov>; Barcomb, Alicia (USTP) <Alicia.Barcomb@usdoj.gov>
**Cc:** Madden, Jennifer <Jennifer.Madden@skadden.com>
**Subject:** [EXTERNAL] RE: In re Core Scientific, Inc., et al., Case No. 22-90341 (DRJ) - Request for Appointment of Official Equity Committee

Dear Mr. Ruff and Ms. Barcomb,

We are writing as a follow-up to the letter dated January 6, 2023 (the "January 6 Letter"), sent by Skadden on behalf of an ad hoc group of equity holders of Core Scientific, Inc. ("Core Scientific" or the "Company"), requesting the appointment of an official equity committee in the chapter 11 cases of Core Scientific and its affiliated debtors. We are writing to provide additional information that we believe will be helpful to you in

making your decision regarding whether to appoint an official equity committee in the Core Scientific chapter 11 cases.

As highlighted in the January 6 Letter, the Debtors pointed to the transitory decline in the price of Bitcoin in both their First-Day Declaration and at their first-day hearing as one of the reasons why Core Scientific was suffering financial decline and seeking chapter 11 relief.

Notably, on December 18, 2022, just days before the debtors filed for bankruptcy, Bitcoin's price was at $16,439.68 at market close.  Today, January 12, 2023, the price of Bitcoin closed at $18,853.84. (*Bitcoin USD*, Yahoo! Finance, https://finance.yahoo.com/chart/BTC-USD (last visited Jan. 12, 2023).)



*Daily Bitcoin Price and Trading Volume  from December 18, 2023 to January 12, 2023*



Over the course of a mere three and a half weeks, the price of Bitcoin rose $2,414.16. This increase of approximately 15% in less than 30 days is attributable, among other things, to favorable macroeconomic factors—including a slowing inflation rate and moderating Fed interest rate hikes that continue to trend in a value accretive direction.  In fact, as noted in the chart below, today's trading activity further reflects the rise in bitcoin pricing, which has a direct effect on the Debtors' valuation.



On that point, in B. Riley's open letter to the Company's shareholders and lenders, and as we highlighted in the January 6 Letter, B. Riley noted that every $1,000 increase in the price of Bitcoin would likely increase EBITDA by $20 million. (Press Release, B. Riley Financial, *B. Riley Financial Issues Open Letter to Core Scientific Investors* (Dec. 14, 2022), https://www.prnewswire.com/news-releases/b-riley-financial-issues-open-letter-to-

SASMF EXHIBIT 25

963 of 979

core-scientific-investors-301703337.html)).  In other words, in the past three and a half weeks, the Debtors' EBITDA has likely increased by more than $48 million in just the first few weeks of the chapter 11 cases, which likely equates to an increase in the value of the Company in the hundreds of millions of dollars.

In light of the positive trajectory of the economy, generally, and interest rates and inflation, specifically, values are rapidly increasing, and equity holders are in dire need of representation in the chapter 11 cases.  If the equity holders are denied representation, the cases will result in all of the represented stakeholders carving up the value of the Company among themselves to the detriment of equity holders.

I welcome the opportunity to discuss the position of the ad hoc group of equity holders and our correspondence to date.

Sincerely,

Ron

**Ron E. Meisler**
Partner
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive | Chicago | Illinois | 60606-1720
T: +1.312.407.0549 | F: +1.312.407.8641 | M: +1.312.282.1111
ron.meisler@skadden.com

Skadden

---

**From:** Ruff, Jayson B. (USTP) <Jayson.B.Ruff@usdoj.gov>
**Sent:** Tuesday, January 10, 2023 12:16 PM
**To:** Madden, Jennifer (PAL) <Jennifer.Madden@skadden.com>; Meisler, Ron E (CHI) <Ron.Meisler@skadden.com>
**Cc:** Barcomb, Alicia (USTP) <Alicia.Barcomb@usdoj.gov>
**Subject:** [Ext] RE: In re Core Scientific, Inc., et al., Case No. 22-90341 (DRJ) - Request for Appointment of Official Equity Committee

Jenn,

Thank you. We are reviewing the request.  We are also seeking the position of the Debtors as well as the Unsecured Creditors Committee with respect to the request as well.  We may have some follow-up questions as we work through this and will reach back out as necessary.

*Jayson B. Ruff*
Trial Attorney
Office of the United States Trustee
515 Rusk St., Suite 3516
Houston, Texas 77002
713-718-4662 (office)
202-573-6960 (mobile)
jayson.b.ruff@usdoj.gov



PLEASE DO NOT read, copy or disseminate this Internet E-mail if you are not the intended addressee. This E-mail may contain privileged information intended only for the addressee. If you have received this E-mail in error, please call us immediately at (713) 718-4650 and ask to speak to the sender of the communication.  Also, please notify the sender immediately, by E-mail, that you have received this E-mail in error and have deleted it.

**From:** Madden, Jennifer <Jennifer.Madden@skadden.com>
**Sent:** Tuesday, January 10, 2023 11:50 AM
**To:** Ruff, Jayson B. (USTP) <Jayson.B.Ruff@usdoj.gov>; Meisler, Ron E <Ron.Meisler@skadden.com>
**Cc:** Barcomb, Alicia (USTP) <Alicia.Barcomb@usdoj.gov>
**Subject:** [EXTERNAL] RE: In re Core Scientific, Inc., et al., Case No. 22-90341 (DRJ) - Request for Appointment of Official Equity Committee

Jayson, Alicia,

I hope you had a good weekend.  We wanted to reach out and check in on whether you had any follow-up questions about the equity committee request or our letter.  We are available at your convenience to provide any additional information or answer any questions you think may be helpful.  We are getting a number of inquiries from equity holders who have voiced concerns about the chapter 11 cases, and in light of the upcoming final DIP hearing, we just wanted to reach out.  Please don't hesitate to let us know if there is any additional information we can provide.

Best regards,
Jenn

**Jennifer Madden**
**Skadden, Arps, Slate, Meagher & Flom LLP**
525 University Avenue | Palo Alto | California | 94301-1908
**T: +1.650.470.4658 | F: +1.650.798.6558**
jennifer.madden@skadden.com

**From:** Ruff, Jayson B. (USTP) <Jayson.B.Ruff@usdoj.gov>
**Sent:** Friday, January 6, 2023 1:18 PM
**To:** Meisler, Ron E (CHI) <Ron.Meisler@skadden.com>; Madden, Jennifer (PAL) <Jennifer.Madden@skadden.com>
**Cc:** Barcomb, Alicia (USTP) <Alicia.Barcomb@usdoj.gov>
**Subject:** [Ext] RE: In re Core Scientific, Inc., et al., Case No. 22-90341 (DRJ) - Request for Appointment of Official Equity Committee

Ron & Jennifer,

Confirming receipt of the request.  We will review and let you know of any questions.

Kind regards,

*Jayson B. Ruff*
Trial Attorney
Office of the United States Trustee
515 Rusk St., Suite 3516

Houston, Texas 77002
713-718-4662 (office)
202-573-6960 (mobile)
jayson.b.ruff@usdoj.gov



PLEASE DO NOT read, copy or disseminate this Internet E-mail if you are not the intended addressee. This E-mail may contain privileged information intended only for the addressee. If you have received this E-mail in error, please call us immediately at (713) 718-4650 and ask to speak to the sender of the communication.  Also, please notify the sender immediately, by E-mail, that you have received this E-mail in error and have deleted it.

---

**From:** Meisler, Ron E <Ron.Meisler@skadden.com>
**Sent:** Friday, January 6, 2023 2:37 PM
**To:** Ruff, Jayson B. (USTP) <Jayson.B.Ruff@usdoj.gov>
**Cc:** Schrock, Ray <Ray.Schrock@weil.com>; 'Berkovich, Ronit' <Ronit.Berkovich@weil.com>; 'alfredo.perez@weil.com' <alfredo.perez@weil.com>; 'moshe.fink@weil.com' <moshe.fink@weil.com>; Madden, Jennifer <Jennifer.Madden@skadden.com>
**Subject:** [EXTERNAL] In re Core Scientific, Inc., et al., Case No. 22-90341 (DRJ) - Request for Appointment of Official Equity Committee

Dear Mr. Ruff,
Please see attached correspondence on behalf of the shareholders identified therein, requesting the appointment of an official committee of equity security holders in the Core Scientific chapter 11 cases.  We are available to discuss at your convenience, including over this weekend. My and my colleague's contact information are below.

Best regards,
Ron Meisler

**Ron E. Meisler**
Partner
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive | Chicago | Illinois | 60606-1720
**T: +1.312.407.0549** | **F: +1.312.407.8641** | **M: +1.312.282.1111**
ron.meisler@skadden.com

Skadden

**Jennifer Madden**
**Skadden, Arps, Slate, Meagher & Flom LLP**
525 University Avenue | Palo Alto | California | 94301-1908
**T: +1.650.470.4658** | **F: +1.650.798.6558**
jennifer.madden@skadden.com

Skadden

---

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

================================================================

---

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

================================================================

---

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

================================================================

**Exhibit 37**

SASMF EXHIBIT 25
968 of 979

# EXHIBIT D

**Madden, Jennifer (PAL)**

| | |
|---|---|
| **From:** | Ruff, Jayson B. (USTP) <Jayson.B.Ruff@usdoj.gov> |
| **Sent:** | Friday, January 20, 2023 12:52 PM |
| **To:** | Meisler, Ron E (CHI); Barcomb, Alicia (USTP) |
| **Cc:** | Madden, Jennifer (PAL) |
| **Subject:** | [Ext] RE: In re Core Scientific, Inc., et al., Case No. 22-90341 (DRJ) - Request for Appointment of Official Equity Committee |

Mr. Meisler,

Thank you for following up. I was intending to respond to the request earlier, but was tied up in Court this morning. The U.S. Trustee has evaluated the request and at this time and based on the present facts and circumstances of these cases, the U.S. Trustee is exercising his discretion to not appoint an Official Equity Committee.

We will be continuing to monitor these cases with the factors relevant to the appointment of an Equity Committee in mind. Should the U.S. Trustee decide to exercise his discretion to appoint an Official Equity Committee at a later date, we will reach back out to see if there is still interest from the members of your Ad-Hoc Group in serving on such a committee.

Kind regards,

*Jayson B. Ruff*
Trial Attorney
Office of the United States Trustee
515 Rusk St., Suite 3516
Houston, Texas 77002
713-718-4662 (office)
202-573-6960 (mobile)
jayson.b.ruff@usdoj.gov



PLEASE DO NOT read, copy or disseminate this Internet E-mail if you are not the intended addressee. This E-mail may contain privileged information intended only for the addressee. If you have received this E-mail in error, please call us immediately at (713) 718-4650 and ask to speak to the sender of the communication. Also, please notify the sender immediately, by E-mail, that you have received this E-mail in error and have deleted it.

---

**From:** Meisler, Ron E <Ron.Meisler@skadden.com>
**Sent:** Friday, January 20, 2023 1:43 PM
**To:** Ruff, Jayson B. (USTP) <Jayson.B.Ruff@usdoj.gov>; Barcomb, Alicia (USTP) <Alicia.Barcomb@usdoj.gov>
**Cc:** Madden, Jennifer <Jennifer.Madden@skadden.com>
**Subject:** [EXTERNAL] RE: In re Core Scientific, Inc., et al., Case No. 22-90341 (DRJ) - Request for Appointment of Official Equity Committee

**Exhibit 38**

**SASMF EXHIBIT 25**

**971 of 979**

## Skadden, Arps, Slate, Meagher & Flom llp

### 155 NORTH WACKER DRIVE

### CHICAGO, ILLINOIS 60606-1720

TEL: (312) 407-0700

FAX: (312) 407-0411

www.skadden.com

DIRECT DIAL

+1 (312) 407-0549

DIRECT FAX

+1 (312) 407-8641

EMAIL ADDRESS

RON.MEISLER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

January 23, 2023

**BY E-MAIL**

*Counsel to Core Scientific, Inc.*

Alfredo R. Perez
Weil, Gotshal & Manges LLP
700 Louisiana Street, Suite 1700
Houston Texas 77002

Ray C. Schrock
Ronit J. Berkovich
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

RE:　In re Core Scientific, Inc., et al., Case No. 22-90341
(DRJ)—Appointment of an Official Committee of
Equity Holders

Dear Messrs. Perez and Schrock, and Ms. Berkovich:

As you are aware, we represent an ad hoc group of equity security holders (the "**Ad Hoc Group**") of Core Scientific, Inc. ("**Core Scientific**" or the "**Company**" and together with its subsidiaries and affiliates in the Chapter 11 Cases, the "**Debtors**"). As of today, the members of the Ad Hoc Group collectively own approximately 51,912,524 shares of the company's common stock (representing approximately 13.9% of all issued and outstanding stock of the Company and

Alfredo R. Perez
Ray C. Schrock
Ronit J. Berkovich
January 23, 2023
Page 2

approximately 19.4% of issued and outstanding common stock of the Company not held by insiders).[1]

As you are also aware, we sent a letter on January 6, 2023 to Mr. Jayson B. Ruff, the trial attorney representing the United States Trustee for Region 7 (the "**U.S. Trustee**") in the Debtors' pending chapter 11 cases (the "**Chapter 11 Cases**"), requesting the appointment of an official committee of equity security holders in the Chapter 11 Cases (the "**UST Letter**"), a copy of which was provided to you. We also engaged in subsequent correspondence with the U.S. Trustee regarding, among other things, the significant increase in the price of Bitcoin, the surge in values of companies comparable to the Debtors since the beginning of the year, and the significant increase in the amount of outstanding and issued common stock included in the Ad Hoc Group since the date of the UST Letter (an increase of nearly 50 million shares of common stock or more than 10% of the Company's issued and outstanding common stock).

On Friday, January 20, 2023, the U.S. Trustee notified the Ad Hoc Group (by email addressed to Skadden) that the U.S. Trustee was exercising his discretion to decline our request to appoint an official committee of equity security holders in the Chapter 11 Cases, but noted that the U.S. Trustee would continue to monitor the cases.

The Ad Hoc Group continues to believe that equity is "in the money" and that equity holders have a substantial stake in the outcome of the Chapter 11 Cases, and therefore, equity holders deserve meaningful representation in the Chapter 11 Cases. Indeed, the Debtors' own representations establish that the Company's common stock holds real value. Specifically, the Debtors reported positive stockholder equity of approximately $73 million in their most recent balance sheet,[2] the First Day Declaration of the Company's CEO indicates that assets exceed liabilities by at least $100 million,[3] and the Debtors have unilaterally proposed a distribution to stockholders in these Chapter 11 Cases[4] that they describe as a

---

[1]   Based on public filings, we believe approximately 107.03 million shares of the Company's common stock are currently held by insiders, representing approximately 28.6% of all issued and outstanding shares of common stock of the Company.

[2]   Core Scientific, Inc., Quarterly Report (Form 10-Q) at 4 (Nov. 22, 2022) (balance sheet as of September 30, 2022).

[3]   Attachment to Voluntary Pet. of Core Scientific, Inc., ¶ 2, Docket No. 1; First-Day Decl. ¶ 63.

[4]   *See* Docket No. 72, Restructuring Support Agreement Ex. A, at 11–12.

Alfredo R. Perez
Ray C. Schrock
Ronit J. Berkovich
January 23, 2023
Page 3

"meaningful recover[y]" for stockholders.[5]  In addition, the price of Bitcoin and the value of companies comparable to the Debtors continue to surge, indicating a significant increase in the value of Debtors' estates since the Petition Date for the benefit of the Company's equity security holders.

Specifically, since December 18, 2022, just days leading up to the Debtors' chapter 11 filings, the price of Bitcoin has increased from $16,439.68 (at market close) to $22,997.80 (at market close today)—a price increase of more than 38 percent.



In addition to the foregoing, the Ad Hoc Group has been monitoring the trading prices of several of the Company's competitors.  As reflected in the charts below, trading prices for these comparable companies have doubled, or even tripled, in the first few weeks of 2023.

---

[5]      First-Day Decl. ¶ 15.

Alfredo R. Perez
Ray C. Schrock
Ronit J. Berkovich
January 23, 2023
Page 4

The price of **Marathon Digital Holdings**, a cryptocurrency mining company headquartered in Las Vegas, increased from $3.40 on the first day of trading in 2023 to $9.00 today, January 23, 2023—a 165% increase in less than three weeks.[6]



The price of **Riot Platforms, Inc.**, a Bitcoin mining company headquartered in Colorado, increased from $3.37 on the first day of trading in 2023 to $6.48 today, January 23, 2023—a 92% increase in less than three weeks.[7]

---

[6]   *Marathon Digital Holdings, Inc.*, Yahoo! Finance, https://finance.yahoo.com/chart/MARA/ (last visited Jan. 23, 2023).

[7]   *Riot Platforms, Inc.*, Yahoo! Finance, https://finance.yahoo.com/chart/RIOT/ (last visited Jan. 23, 2023).

Alfredo R. Perez
Ray C. Schrock
Ronit J. Berkovich
January 23, 2023
Page 5



The price of **HIVE Blockchain Technologies Ltd.**, a cryptocurrency mining company headquartered in Vancouver, increased from $1.53 on the first day of trading in 2023 to $3.44 today, January 23, 2023—a 125% increase in less than three weeks.[8]



---

[8]     *HIVE Blockchain Technologies Ltd.*, Yahoo! Finance,
        https://finance.yahoo.com/quote/HIVE/chart/ (last visited Jan. 23, 2023).

Alfredo R. Perez
Ray C. Schrock
Ronit J. Berkovich
January 23, 2023
Page 6

    The price of **Hut 8 Mining Corp.**, a Bitcoin mining company based in Toronto, increased from $0.82 on the first day of trading in 2023 to $1.98 today, January 23, 2023—a 142% increase in less than three weeks.[9]



    The Debtors pointed to the transitory decline in the price of Bitcoin in both their First Day Declaration[10] and their first day hearing,[11] as well as certain other temporary macroeconomic factors,[12] as the leading cause of the Debtors' financial decline and decision to seek chapter 11 relief.

---

[9]   *Hut 8 Mining Corp.*, Yahoo! Finance, https://finance.yahoo.com/chart/HUT/ (last visited Jan. 23, 2023).

[10]  *Declaration of Michael Bros in Support of the Debtors' Chapter 11 Petitions and First Day Relief* [D.I. 5] (the "**First Day Declaration**") ¶ 6, 22-23, 65-67.

[11]  *See In re Core Scientific, Inc.*, No. 22-90341 (DRJ) (Bankr. S.D. Tex. Dec. 22, 2022), Hr'g Tr. at 10:23-24, 32:6-8.

[12]  *See* First Day Declaration ¶ 76 (referencing energy prices, inflation, and supply chain interruptions between July 2022 and September 2022).

Alfredo R. Perez
Ray C. Schrock
Ronit J. Berkovich
January 23, 2023
Page 7

The surge in value of Bitcoin and the Debtors' competitors illustrate that these macroeconomic factors are trending in a favorable, value-accretive direction.[13] Indeed, B. Riley's open letter to the Company's shareholders and lenders, and as we highlighted in the UST Letter, noted that every $1,000 increase in the price of Bitcoin would likely increase EBITDA by $20 million.[14]  In other words, the Debtors' EBITDA has likely increased by more than $131 million in just the first month of the chapter 11 cases, which the Ad Hoc Group believes equates to an increase in the value of the Company in the hundreds of millions of dollars.

In light of the positive trajectory of the economy and the rapidly increasing value of the Debtors' estates, the equity security holders are in need of adequate and independent representation in the Chapter 11 Cases now.  To that end, the Ad Hoc Group has instructed us to file a motion seeking appointment of an official equity committee in the Chapter 11 Cases.  We intend to file a motion asking the bankruptcy court to appoint an equity committee by the end of the week.

In advance of filing and prosecuting this motion, however, we are reaching out to note that the Ad Hoc Group is open to discussing a consensual resolution with the Company for the appointment of an official equity committee, including defining the scope of an official equity committee's role in the Chapter 11 Cases and agreeing upon a reasonable budget.  We hope you agree that our rationale is sound for the formation of an equity committee notwithstanding the US Trustee's decision, and we would appreciate your support.  If we reach a consensual agreement now, then we can avoid unnecessary expenses and file a joint motion with agreed terms, with the objective of having an official committee appointed efficiently and expeditiously.

---

[13]  Undoubtedly, the value of a company's stock is a strong indication of value.  *See, e.g., VFB LLC v. Campbell Soup Co.*, No. 02-137 KAJ, 2005 WL 2234606, at *22 (D. Del. Sept. 13, 2005), aff'd, 482 F.3d 624 (3d Cir. 2007), and aff'd, 482 F.3d 624 (3d Cir. 2007) ("The price of a company's publicly traded common stock at the time of the transaction is presumably an ideal data point for the determination of fair market value. Specifically, with respect to stock traded on 'the New York Stock Exchange, one of the most efficient capital markets in the world, 'the value established on the open market is the fair market value for purposes of determining reasonably equivalent value, [i]n the absence of any evidence of manipulation or bad faith.'") (quoting *PHP Liquidating, LLC v. Robbins* (*In re PHP Healthcare Corp.*), 128 Fed. Appx. 839, 848 (3d Cir. 2005)).

[14]  Press Release, B. Riley Financial, *B. Riley Financial Issues Open Letter to Core Scientific Investors* (Dec. 14, 2022), https://www.prnewswire.com/news-releases/b-riley-financial-issues-open-letter-to-core-scientific-investors-301703337.html.

Alfredo R. Perez
Ray C. Schrock
Ronit J. Berkovich
January 23, 2023
Page 8

     Given the matters discussed herein, we would ask that you also immediately share this letter with the full Board of Directors of Core Scientific.


         Sincerely,

         Ron E. Meisler


CC:
George N. Panagakis
Jennifer Madden