**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC., *et al.*,** | § | **Case No. 22-90341 (DRJ)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.[1]** | § | |

### CERTIFICATE OF SERVICE

I, Brian Karpuk, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On November 17, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of (I) Conditional Approval of Disclosure Statement, (II) Approval of (A) Solicitation and Voting Procedures and (B) Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (III) Combined Hearing to Consider Final Approval of Disclosure Statement and Confirmation pf Plan; and (IV) Establishing Notice and Objection Procedures for Final Approval of Disclosure Statement and Confirmation of Plan** (attached hereto as **Exhibit B**)

- **[Customized for Class 1] Ballot for Voting to Accept or Reject the Second Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (attached hereto as **Exhibit C**)

- **Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1438)

- **Disclosure Statement for Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1439)

[SPACE LEFT INTENTIONALLY BLANK]

- **Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan; (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing; (III) Establishing Solicitation and Voting Procedures; (IV) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan; (V) Approving Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (VI) Approving Notice Procedures for Reinstatement of Claims; (VII) Establishing Rights Offering Procedures; and (VIII) Granting Related Relief** (Docket No. 1447, pages 1-17)

- **Solicitation and Voting Procedures** (attached hereto as **Exhibit D**)

- **Postage-Prepaid Return Envelope**

Furthermore, on November 17, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit E**:

- **Notice of (I) Conditional Approval of Disclosure Statement, (II) Approval of (A) Solicitation and Voting Procedures and (B) Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (III) Combined Hearing to Consider Final Approval of Disclosure Statement and Confirmation pf Plan; and (IV) Establishing Notice and Objection Procedures for Final Approval of Disclosure Statement and Confirmation of Plan** (attached hereto as **Exhibit B**)

- **[Customized for Class 2] Ballot for Voting to Accept or Reject the Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (attached hereto as **Exhibit F**)

- **Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1438)

- **Disclosure Statement for Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1439)

- **Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan; (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing; (III) Establishing Solicitation and Voting Procedures; (IV) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan; (V) Approving Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (VI) Approving Notice Procedures for Reinstatement of Claims; (VII) Establishing Rights Offering Procedures; and (VIII) Granting Related Relief** (Docket No. 1447, pages 1-17)

- **Solicitation and Voting Procedures** (attached hereto as **Exhibit D**)

- **Postage-Prepaid Return Envelope**

Furthermore, on November 17, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit G**:

- **Notice of (I) Conditional Approval of Disclosure Statement, (II) Approval of (A) Solicitation and Voting Procedures and (B) Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (III) Combined Hearing to Consider Final Approval of Disclosure Statement and Confirmation pf Plan; and (IV) Establishing Notice and Objection Procedures for Final Approval of Disclosure Statement and Confirmation of Plan** (attached hereto as **Exhibit B**)

- **[Customized for Class 3] Ballot for Voting to Accept or Reject the Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (attached hereto as **Exhibit H**)

- **Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1438)

- **Disclosure Statement for Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1439)

- **Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan; (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing; (III) Establishing Solicitation and Voting Procedures; (IV) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan; (V) Approving Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (VI) Approving Notice Procedures for Reinstatement of Claims; (VII) Establishing Rights Offering Procedures; and (VIII) Granting Related Relief** (Docket No. 1447, pages 1-17)

- **Solicitation and Voting Procedures** (attached hereto as **Exhibit D**)

- **Postage-Prepaid Return Envelope**

Furthermore, on November 17, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit I**:

- **Notice of (I) Conditional Approval of Disclosure Statement, (II) Approval of (A) Solicitation and Voting Procedures and (B) Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (III) Combined Hearing to Consider Final Approval of Disclosure Statement and Confirmation pf Plan; and (IV) Establishing Notice and Objection Procedures for Final Approval of Disclosure Statement and Confirmation of Plan** (attached hereto as **Exhibit B**)

- **Notice of Non-Voting Status** (attached hereto as **<u>Exhibit J</u>**)

- **[Customized for Class 4] Release Opt Out Form** (attached hereto as **<u>Exhibit K</u>**)

- **Postage-Prepaid Return Envelope**

Furthermore, on November 17, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **<u>Exhibit L</u>**:

- **Notice of (I) Conditional Approval of Disclosure Statement, (II) Approval of (A) Solicitation and Voting Procedures and (B) Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (III) Combined Hearing to Consider Final Approval of Disclosure Statement and Confirmation pf Plan; and (IV) Establishing Notice and Objection Procedures for Final Approval of Disclosure Statement and Confirmation of Plan** (attached hereto as **<u>Exhibit B</u>**)

- **[Customized for Class 5] Ballot for Voting to Accept or Reject the Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (attached hereto as **<u>Exhibit M</u>**)

- **Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1438)

- **Disclosure Statement for Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1439)

- **Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan; (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing; (III) Establishing Solicitation and Voting Procedures; (IV) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan; (V) Approving Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (VI) Approving Notice Procedures for Reinstatement of Claims; (VII) Establishing Rights Offering Procedures; and (VIII) Granting Related Relief** (Docket No. 1447, pages 1-17)

- **Solicitation and Voting Procedures** (attached hereto as **<u>Exhibit D</u>**)

- **Postage-Prepaid Return Envelope**

[SPACE LEFT INTENTIONALLY BLANK]

Furthermore, on November 17, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit N**:

- **Notice of (I) Conditional Approval of Disclosure Statement, (II) Approval of (A) Solicitation and Voting Procedures and (B) Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (III) Combined Hearing to Consider Final Approval of Disclosure Statement and Confirmation pf Plan; and (IV) Establishing Notice and Objection Procedures for Final Approval of Disclosure Statement and Confirmation of Plan** (attached hereto as **Exhibit B**)

- **[Customized for Class 6] Ballot for Voting to Accept or Reject the Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (attached hereto as **Exhibit O**)

- **Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1438)

- **Disclosure Statement for Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1439)

- **Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan; (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing; (III) Establishing Solicitation and Voting Procedures; (IV) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan; (V) Approving Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (VI) Approving Notice Procedures for Reinstatement of Claims; (VII) Establishing Rights Offering Procedures; and (VIII) Granting Related Relief** (Docket No. 1447, pages 1-17)

- **Solicitation and Voting Procedures** (attached hereto as **Exhibit D**)

- **Postage-Prepaid Return Envelope**

Furthermore, on November 17, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit P**:

- **Notice of (I) Conditional Approval of Disclosure Statement, (II) Approval of (A) Solicitation and Voting Procedures and (B) Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (III) Combined Hearing to Consider Final Approval of Disclosure Statement and Confirmation pf Plan; and (IV) Establishing Notice and Objection Procedures for Final Approval of Disclosure Statement and Confirmation of Plan** (attached hereto as **Exhibit B**)

- **Notice of Non-Voting Status** (attached hereto as **Exhibit J**)

- **[Customized for Class 7] Release Opt Out Form** (attached hereto as **Exhibit K**)

- **Postage-Prepaid Return Envelope**

Furthermore, on November 17, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit Q**:

- **Notice of (I) Conditional Approval of Disclosure Statement, (II) Approval of (A) Solicitation and Voting Procedures and (B) Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (III) Combined Hearing to Consider Final Approval of Disclosure Statement and Confirmation pf Plan; and (IV) Establishing Notice and Objection Procedures for Final Approval of Disclosure Statement and Confirmation of Plan** (attached hereto as **Exhibit B**)

- **[Customized for Class 8] Ballot for Voting to Accept or Reject the Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (attached hereto as **Exhibit R**)

- **Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1438)

- **Disclosure Statement for Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1439)

- **Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan; (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing; (III) Establishing Solicitation and Voting Procedures; (IV) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan; (V) Approving Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (VI) Approving Notice Procedures for Reinstatement of Claims; (VII) Establishing Rights Offering Procedures; and (VIII) Granting Related Relief** (Docket No. 1447, pages 1-17)

- **Solicitation and Voting Procedures** (attached hereto as **Exhibit D**)

- **Postage-Prepaid Return Envelope**

[SPACE LEFT INTENTIONALLY BLANK]

Furthermore, on November 17, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit S**:

- **Notice of (I) Conditional Approval of Disclosure Statement, (II) Approval of (A) Solicitation and Voting Procedures and (B) Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (III) Combined Hearing to Consider Final Approval of Disclosure Statement and Confirmation pf Plan; and (IV) Establishing Notice and Objection Procedures for Final Approval of Disclosure Statement and Confirmation of Plan** (attached hereto as **Exhibit B**)

- **[Customized for Class 11] Ballot for Voting to Accept or Reject the Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (attached hereto as **Exhibit T**)

- **Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1438)

- **Disclosure Statement for Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1439)

- **Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan; (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing; (III) Establishing Solicitation and Voting Procedures; (IV) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan; (V) Approving Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (VI) Approving Notice Procedures for Reinstatement of Claims; (VII) Establishing Rights Offering Procedures; and (VIII) Granting Related Relief** (Docket No. 1447, pages 1-17)

- **Solicitation and Voting Procedures** (attached hereto as **Exhibit D**)

- **Postage-Prepaid Return Envelope**

Furthermore, on November 18, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit U**:

- **Notice of (I) Conditional Approval of Disclosure Statement, (II) Approval of (A) Solicitation and Voting Procedures and (B) Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (III) Combined Hearing to Consider Final Approval of Disclosure Statement and Confirmation pf Plan; and (IV) Establishing Notice and Objection Procedures for Final Approval of Disclosure Statement and Confirmation of Plan** (attached hereto as **Exhibit B**)

- **[Customized for Class 12] Ballot for Voting to Accept or Reject the Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (attached hereto as **Exhibit V**)

- **Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1438)

- **Disclosure Statement for Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1439)

- **Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan; (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing; (III) Establishing Solicitation and Voting Procedures; (IV) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan; (V) Approving Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (VI) Approving Notice Procedures for Reinstatement of Claims; (VII) Establishing Rights Offering Procedures; and (VIII) Granting Related Relief** (Docket No. 1447, pages 1-17)

- **Solicitation and Voting Procedures** (attached hereto as **Exhibit D**)

- **Letter to Equity Holders of Core Scientific, Inc.** (attached hereto as **Exhibit W**)

- **Postage-Prepaid Return Envelope**

Furthermore, on November 17, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit X**:

- **Notice of (I) Conditional Approval of Disclosure Statement, (II) Approval of (A) Solicitation and Voting Procedures and (B) Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (III) Combined Hearing to Consider Final Approval of Disclosure Statement and Confirmation pf Plan; and (IV) Establishing Notice and Objection Procedures for Final Approval of Disclosure Statement and Confirmation of Plan** (attached hereto as **Exhibit B**)

- **Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1438)

- **Disclosure Statement for Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1439)

[SPACE LEFT INTENTIONALLY BLANK]

- **Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan; (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing; (III) Establishing Solicitation and Voting Procedures; (IV) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan; (V) Approving Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (VI) Approving Notice Procedures for Reinstatement of Claims; (VII) Establishing Rights Offering Procedures; and (VIII) Granting Related Relief** (Docket No. 1447, pages 1-17)

- **Solicitation and Voting Procedures** (attached hereto as **Exhibit D**)

Furthermore, on November 18, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit Y**:

- **Notice of (I) Conditional Approval of Disclosure Statement, (II) Approval of (A) Solicitation and Voting Procedures and (B) Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (III) Combined Hearing to Consider Final Approval of Disclosure Statement and Confirmation pf Plan; and (IV) Establishing Notice and Objection Procedures for Final Approval of Disclosure Statement and Confirmation of Plan** (attached hereto as **Exhibit B**)

Furthermore, on November 21, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit Z**:

- **Notice of (I) Conditional Approval of Disclosure Statement, (II) Approval of (A) Solicitation and Voting Procedures and (B) Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (III) Combined Hearing to Consider Final Approval of Disclosure Statement and Confirmation pf Plan; and (IV) Establishing Notice and Objection Procedures for Final Approval of Disclosure Statement and Confirmation of Plan** (attached hereto as **Exhibit B**)

- **[Customized for Class 5] Ballot for Voting to Accept or Reject the Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (attached hereto as **Exhibit M**)

- **Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1438)

- **Disclosure Statement for Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1439)

[SPACE LEFT INTENTIONALLY BLANK]

- **Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan; (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing; (III) Establishing Solicitation and Voting Procedures; (IV) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan; (V) Approving Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (VI) Approving Notice Procedures for Reinstatement of Claims; (VII) Establishing Rights Offering Procedures; and (VIII) Granting Related Relief** (Docket No. 1447, pages 1-17)

- **Solicitation and Voting Procedures** (attached hereto as **Exhibit D**)

- **Postage-Prepaid Return Envelope**

On November 17, 2023, at my direction and under my supervision, employees of Stretto caused 2,500 sets of the following documents to be served via overnight mail on Broadridge Financial Services, Inc., at Attn: Receiving, 51 Mercedes Way, Edgewood, NY 11717, Job # Y77165:

- **Notice of (I) Conditional Approval of Disclosure Statement, (II) Approval of (A) Solicitation and Voting Procedures and (B) Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (III) Combined Hearing to Consider Final Approval of Disclosure Statement and Confirmation pf Plan; and (IV) Establishing Notice and Objection Procedures for Final Approval of Disclosure Statement and Confirmation of Plan** (attached hereto as **Exhibit B**)

- **Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. And Its Affiliated Debtors** (Docket No. 1438)

- **Disclosure Statement for Third Amended Joint Chapter 11 Plan of Core Scientific, Inc., and its Affiliated Debtors** (Docket No. 1439)

- **Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan; (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing; (III) Establishing Solicitation and Voting Procedures; (IV) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan; (V) Approving Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (VI) Approving Notice Procedures for Reinstatement of Claims; (VII) Establishing Rights Offering Procedures; and (VIII) Granting Related Relief** (Docket No. 1447, pages 1-17)

- **Solicitation and Voting Procedures** (attached hereto as **Exhibit D**)

- **Letter to Equity Holders of Core Scientific, Inc.** (attached hereto as **Exhibit W**)

- **Beneficial Holder Ballot for Voting to Accept or Reject the Third Amended Joint**

**Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (attached hereto as **Exhibit AA**)

- **Master Ballot for Voting to Accept or Reject the Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors** (attached hereto as **Exhibit AB**)

- **Postage-Prepaid Return Envelope**

Furthermore, on November 17, 2023, at my direction and under my supervision employees of Stretto caused 20 copies of the following documents to be served via overnight mail on Mediant Communications Inc. at Attn: Stephany Hernandez, 100 Demarest Drive, Wayne, NJ 07470, Job # 2273444:

- **Notice of (I) Conditional Approval of Disclosure Statement, (II) Approval of (A) Solicitation and Voting Procedures and (B) Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (III) Combined Hearing to Consider Final Approval of Disclosure Statement and Confirmation pf Plan; and (IV) Establishing Notice and Objection Procedures for Final Approval of Disclosure Statement and Confirmation of Plan** (attached hereto as **Exhibit B**)

- **Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. And Its Affiliated Debtors** (Docket No. 1438)

- **Disclosure Statement for Third Amended Joint Chapter 11 Plan of Core Scientific, Inc., and its Affiliated Debtors** (Docket No. 1439)

- **Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan; (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing; (III) Establishing Solicitation and Voting Procedures; (IV) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan; (V) Approving Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (VI) Approving Notice Procedures for Reinstatement of Claims; (VII) Establishing Rights Offering Procedures; and (VIII) Granting Related Relief** (Docket No. 1447, pages 1-17)

- **Solicitation and Voting Procedures** (attached hereto as **Exhibit D**)

- **Letter to Equity Holders of Core Scientific, Inc.** (attached hereto as **Exhibit W**)

- **Beneficial Holder Ballot for Voting to Accept or Reject the Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (attached hereto as **Exhibit AA**)

- **Master Ballot for Voting to Accept or Reject the Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors** (attached hereto as **Exhibit AB**)

- **Postage-Prepaid Return Envelope**

Furthermore, on November 17, 2023, at my direction and under my supervision employees of Stretto caused 5 copies of the following documents to be served via overnight mail on the service list attached hereto as **Exhibit AC**:

- **Notice of (I) Conditional Approval of Disclosure Statement, (II) Approval of (A) Solicitation and Voting Procedures and (B) Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (III) Combined Hearing to Consider Final Approval of Disclosure Statement and Confirmation of Plan; and (IV) Establishing Notice and Objection Procedures for Final Approval of Disclosure Statement and Confirmation of Plan** (attached hereto as **Exhibit B**)

- **Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. And Its Affiliated Debtors** (Docket No. 1438)

- **Disclosure Statement for Third Amended Joint Chapter 11 Plan of Core Scientific, Inc., and its Affiliated Debtors** (Docket No. 1439)

- **Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan; (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing; (III) Establishing Solicitation and Voting Procedures; (IV) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan; (V) Approving Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (VI) Approving Notice Procedures for Reinstatement of Claims; (VII) Establishing Rights Offering Procedures; and (VIII) Granting Related Relief** (Docket No. 1447, pages 1-17)

- **Solicitation and Voting Procedures** (attached hereto as **Exhibit D**)

- **Letter to Equity Holders of Core Scientific, Inc.** (attached hereto as **Exhibit W**)

- **Beneficial Holder Ballot for Voting to Accept or Reject the Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (attached hereto as **Exhibit AA**)

- **Master Ballot for Voting to Accept or Reject the Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors** (attached hereto as **Exhibit AB**)

- **Release Opt-Out Form** (attached hereto as **Exhibit K**)

- **Instructional Cover Letter to Nominees** (attached hereto as **Exhibit AD**)

- **Instructional Cover Letter to Nominees** (attached hereto as **Exhibit AE**)

- **Postage-Prepaid Return Envelope**

Furthermore, on November 17, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit AF**:

- **Notice of (I) Conditional Approval of Disclosure Statement, (II) Approval of (A) Solicitation and Voting Procedures and (B) Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (III) Combined Hearing to Consider Final Approval of Disclosure Statement and Confirmation pf Plan; and (IV) Establishing Notice and Objection Procedures for Final Approval of Disclosure Statement and Confirmation of Plan** (attached hereto as **Exhibit B**)

- **Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. And Its Affiliated Debtors** (Docket No. 1438)

- **Disclosure Statement for Third Amended Joint Chapter 11 Plan of Core Scientific, Inc., and its Affiliated Debtors** (Docket No. 1439)

- **Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan; (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing; (III) Establishing Solicitation and Voting Procedures; (IV) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan; (V) Approving Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (VI) Approving Notice Procedures for Reinstatement of Claims; (VII) Establishing Rights Offering Procedures; and (VIII) Granting Related Relief** (Docket No. 1447, pages 1-17)

- **Solicitation and Voting Procedures** (attached hereto as **Exhibit D**)

- **Letter to Equity Holders of Core Scientific, Inc.** (attached hereto as **Exhibit W**)

- **Beneficial Holder Ballot for Voting to Accept or Reject the Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (attached hereto as **Exhibit AA**)

- **Master Ballot for Voting to Accept or Reject the Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors** (attached hereto as **Exhibit AB**)

- **Instructional Cover Letter to Nominees** (attached hereto as **Exhibit AD**)

Furthermore, on, November 20, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit AG**:

- **Notice of (I) Conditional Approval of Disclosure Statement, (II) Approval of (A) Solicitation and Voting Procedures and (B) Notice Procedures for the Assumption or**

**Rejection of Executory Contracts and Unexpired Leases; (III) Combined Hearing to Consider Final Approval of Disclosure Statement and Confirmation pf Plan; and (IV) Establishing Notice and Objection Procedures for Final Approval of Disclosure Statement and Confirmation of Plan** (attached hereto as **<u>Exhibit B</u>**)

- **Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. And Its Affiliated Debtors** (Docket No. 1438)

- **Disclosure Statement for Third Amended Joint Chapter 11 Plan of Core Scientific, Inc., and its Affiliated Debtors** (Docket No. 1439)

- **Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan; (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing; (III) Establishing Solicitation and Voting Procedures; (IV) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan; (V) Approving Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (VI) Approving Notice Procedures for Reinstatement of Claims; (VII) Establishing Rights Offering Procedures; and (VIII) Granting Related Relief** (Docket No. 1447, pages 1-17)

- **Solicitation and Voting Procedures** (attached hereto as **<u>Exhibit D</u>**)

- **Letter to Equity Holders of Core Scientific, Inc.** (attached hereto as **<u>Exhibit W</u>**)

- **Beneficial Holder Ballot for Voting to Accept or Reject the Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (attached hereto as **<u>Exhibit AA</u>**)

- **Master Ballot for Voting to Accept or Reject the Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors** (attached hereto as **<u>Exhibit AB</u>**)

- **Instructional Cover Letter to Nominees** (attached hereto as **<u>Exhibit AD)</u>**

- **Postage-Prepaid Return Envelope**

Furthermore, on November 17, 2023, at my direction and under my supervision, employees of Stretto caused 5,100 sets of the following documents to be served via overnight mail on Broadridge Financial Services, Inc., at Attn: BR Class Action Team Core Scientific Inc CUSIP 21873J108, 51 Mercedes Way, Edgewood, NY 11717, Job #s N95512, N95513, and N95514:

- **Notice of (I) Conditional Approval of Disclosure Statement, (II) Approval of (A) Solicitation and Voting Procedures and (B) Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (III) Combined Hearing to Consider Final Approval of Disclosure Statement and Confirmation pf Plan; and (IV) Establishing Notice and Objection Procedures for Final Approval of Disclosure Statement and Confirmation of Plan** (attached hereto as **<u>Exhibit B</u>**)

- **Release Opt Out Form** (attached hereto as **Exhibit K**)

Furthermore, on November 17, 2023, at my direction and under my supervision employees of Stretto caused 15 copies of the following documents to be served via overnight mail on Mediant Communications Inc. at Attn: Stephany Hernandez, 100 Demarest Drive, Wayne, NJ 07470, Job # 2283244:

- **Notice of (I) Conditional Approval of Disclosure Statement, (II) Approval of (A) Solicitation and Voting Procedures and (B) Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (III) Combined Hearing to Consider Final Approval of Disclosure Statement and Confirmation pf Plan; and (IV) Establishing Notice and Objection Procedures for Final Approval of Disclosure Statement and Confirmation of Plan** (attached hereto as **Exhibit B**)

- **Release Opt-Out Form** (attached hereto as **Exhibit K**)

Furthermore, on November 20, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit AH**:

- **Notice of (I) Conditional Approval of Disclosure Statement, (II) Approval of (A) Solicitation and Voting Procedures and (B) Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (III) Combined Hearing to Consider Final Approval of Disclosure Statement and Confirmation pf Plan; and (IV) Establishing Notice and Objection Procedures for Final Approval of Disclosure Statement and Confirmation of Plan** (attached hereto as **Exhibit B**)

- **Release Opt-Out Form** (attached hereto as **Exhibit K**)

- **Postage-Prepaid Return Envelope**

Furthermore, on November 17, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit AI**:

- **Notice of (I) Conditional Approval of Disclosure Statement, (II) Approval of (A) Solicitation and Voting Procedures and (B) Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (III) Combined Hearing to Consider Final Approval of Disclosure Statement and Confirmation pf Plan; and (IV) Establishing Notice and Objection Procedures for Final Approval of Disclosure Statement and Confirmation of Plan** (attached hereto as **Exhibit B**)

- **Release Opt-Out Form** (attached hereto as **Exhibit K**)

- **Instructional Cover Letter to Nominees** (attached hereto as **Exhibit AE**)

Furthermore, on, November 20, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit AJ**:

- **Notice of (I) Conditional Approval of Disclosure Statement, (II) Approval of (A) Solicitation and Voting Procedures and (B) Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (III) Combined Hearing to Consider Final Approval of Disclosure Statement and Confirmation pf Plan; and (IV) Establishing Notice and Objection Procedures for Final Approval of Disclosure Statement and Confirmation of Plan** (attached hereto as **Exhibit B**)

- **Release Opt-Out Form** (attached hereto as **Exhibit K**)

- **Instructional Cover Letter to Nominees** (attached hereto as **Exhibit AE**)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: November 27, 2023          */s/ Brian Karpuk*
                                  Brian Karpuk
                                  STRETTO
                                  410 Exchange, Suite 100
                                  Irvine, CA 92602
                                  Telephone: 949-404-4152
                                  Email: TeamCoreScientific@stretto.com

# **<u>Exhibit A</u>**



**Exhibit A**
Relates to Class 1
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Apollo Centre Street Partnership, L.P. | c/o Apollo Capital Management, L.P. | Attn: William B. Kuesel, Michael F. Lotito, Zachary Allen | 9 West 57th Street, 41st Floor | New York | NY | 10019 |
| Apollo Lincoln Fixed Income Fund, L.P. | c/o Apollo Capital Management, L.P. | Attn: William B. Kuesel, Michael F. Lotito, Zachary Allen | 9 West 57th Street, 41st Floor | New York | NY | 10019 |
| Apollo Moultrie Credit Fund, L.P. | c/o Apollo Capital Management, L.P. | Attn: William B. Kuesel, Michael F. Lotito, Zachary Allen | 9 West 57th Street, 41st Floor | New York | NY | 10019 |
| Apollo Tactical Value SPN Investments, L.P. | c/o Apollo Capital Management, L.P. | Attn: William B. Kuesel, Michael F. Lotito, Zachary Allen | 9 West 57th Street, 41st Floor | New York | NY | 10019 |
| Birch Grove Credit Strategies Master Fund LP | Attn: Todd A. Berry | 660 Madison Ave., 15th Floor | | New York | NY | 11743 |
| Celsius Mining LLC [Celsius Core LLC] | c/o Kirkland & Ellis LLP | Attn: Joshua A. Sussberg, P.C., Patrick J. Nash, Jr., P.C., Ross M. Kwasteniet, P.C., Christopher S. Koenig, and Dan Latona | 601 Lexington Avenue | New York | NY | 10002 |
| GreensLedge Merchant Holdings LLC | Attn: Ken Wormser | 399 Park Avenue, 37th Floor | | New York | NY | 10022 |
| Ibex Partners (Core) LP | c/o Ibex Investors LLC | Attn: Brian Montgomerey | 260 N. Josephine St., Ste 400 Third Floor | Denver | CO | 80206 |
| ICG CoreSci Holdings, LP | Attn: Emily Lehrer, Robert Edelstein | 11111 Santa Monica Blvd., Suite 2100 | | Los Angeles | CA | 90025 |
| Ken Wormser | | Address Redacted | | | | |
| Kensico Associates, L.P. | c/o Kensico Capital Management Corp | Attn: Terrance O'Malley | 55 Railroad Avenue, 2nd Floor | Greenwich | CT | 06830 |
| Kensico Offshore Fund Master, LTD | c/o Kensico Capital Management Corp | Attn: Terrance O'Malley | 55 Railroad Avenue, 2nd Floor | Greenwich | CT | 06830 |
| Michael O. Johnson Revocable Trust | | Address Redacted | | Vail | CO | 81657 |
| The Kimmel Family Foundation | c/o Berdon LLP | 360 Madison Ave, Fl 8 | | New York | NY | 10017 |
| The William R. Guthy Separate Property Trust | | Address Redacted | | Beverly Hills | CA | 90210 |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 1 of 1

# **Exhibit B**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.,* | § § | Case No. 22-90341 (CML) |
| Debtors[1] | § § § | (Jointly Administered) |

### NOTICE OF (I) CONDITIONAL APPROVAL OF DISCLOSURE STATEMENT, (II) APPROVAL OF (A) SOLICITATION AND VOTING PROCEDURES AND (B) NOTICE PROCEDURES FOR THE ASSUMPTION OR REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (III) COMBINED HEARING TO CONSIDER FINAL APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN; AND (IV) ESTABLISHING NOTICE AND OBJECTION PROCEDURES FOR FINAL APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN

### TO ALL PARTIES IN INTEREST IN THE CHAPTER 11 CASES OF:

| Debtor | Case Number |
|---|---|
| Core Scientific Mining LLC | 22-90340 |
| Core Scientific, Inc. | 22-90341 |
| Core Scientific Acquired Mining LLC | 22-90342 |
| Core Scientific Operating Company | 22-90343 |
| Radar Relay, Inc. | 22-90344 |
| Core Scientific Specialty Mining (Oklahoma) LLC | 22-90345 |
| American Property Acquisition, LLC | 22-90346 |
| Starboard Capital LLC | 22-90347 |
| RADAR LLC | 22-90348 |
| American Property Acquisitions I, LLC | 22-90349 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, Texas 78704.

| Debtor | Case Number |
|---|---|
| American Property Acquisitions VII, LLC | 22-90350 |

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.     ***Conditional Approval of Disclosure Statement***.  On November 14, 2023 the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") held a hearing (the "**Conditional Disclosure Statement Hearing**") at which it conditionally approved the *Disclosure Statement for Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors,* filed on November 16, 2023 (Docket No. 1439) (including any exhibits and schedules thereto and as may be modified, amended, or supplemented, the "**Disclosure Statement**") of Core Scientific, Inc. and its affiliated debtors in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), and thereafter entered an order (the "**Disclosure Statement Order**") with respect thereto.  The Disclosure Statement Order, among other things, authorizes the Debtors to solicit votes to accept the *Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors*, filed on November 16, 2023 (Docket No. 1438) (including any exhibits and schedules thereto and as may be modified, amended, or supplemented, the "**Plan**").[2]

2.     ***Combined Hearing***.  A hearing to consider confirmation of the Plan and final approval of the Disclosure Statement (the "**Combined Hearing**") has been scheduled for **December 22, 2023 at 10:00 a.m. (Prevailing Central Time)**, before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, in the Bankruptcy Court.  The Combined Hearing may be adjourned or continued from time to time by the Bankruptcy Court or the Debtors, with the consent of the Requisite Consenting Creditors, without further notice other than by a Bankruptcy Court announcement providing for such adjournment or continuation on its agenda.  The Plan may be modified, if necessary, prior to, during, or as a result of the Combined Hearing.

3.     ***Voting Record Date***.  Holders of Claims or Interests in Class 1 (April Convertible Notes Secured Claims), Class 2 (August Convertible Notes Secured Claims), Class 3 (Miner Equipment Lender Secured Claims), Class 5 (M&M Lien Secured Claims), Class 6 (Secured Mortgage Claims), Class 8 (General Unsecured Claims), Class 11 (Section 510(b) Claims), and Class 12 (Existing Common Interests), who are otherwise eligible to vote shall be entitled to vote to accept or reject the Plan as of **November 9, 2023** (the "**Voting Record Date**").

4.     ***Voting Deadline***.  If you received a Solicitation Package, including a Ballot, and intend to vote on the Plan, you must: (i) follow the instructions carefully; (ii) complete all of the required information on the Ballot; and (iii) execute and return your completed Ballot according to and as set forth in detail in the voting instructions on your Ballot so that it is actually received by the Debtors' solicitation and voting agent, Stretto, Inc. ("**Stretto**" or the "**Voting Agent**") on or before **December 13 2023 at 5:00 p.m. (Prevailing Central Time)** (the "**Voting**

---

[2]  All capitalized terms used but not defined herein or in the enclosed voting instructions have the meanings ascribed to them in the Plan, attached as <u>Exhibit A</u> to the Disclosure Statement.

Deadline"). **ANY FAILURE TO FOLLOW THE VOTING INSTRUCTIONS INCLUDED WITH YOUR BALLOT MAY DISQUALIFY YOUR BALLOT AND YOUR VOTE.**

5.       *Parties in Interest Not Entitled to Vote*.  Holders of Claims or Interests in Class 4 (Other Secured Claims), Class 7 (Priority Non-Tax Claims), Class 10 (Intercompany Claims), and Class 11 (Intercompany Interests) are not entitled to vote on the Plan and will not receive a Ballot.  If any creditor seeks to challenge the Allowed amount of its Claim for voting purposes, such creditor must file with the Court a motion for an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing such Claim for voting purposes in a different amount (a "**Rule 3018(a) Motion**").  Any Rule 3018(a) Motion must be filed with the Court not later than **5:00 p.m. (Prevailing Central Time) on December 8, 2023**.  Upon the filing of any such Rule 3018(a) Motion, such creditor's Ballot shall be counted in accordance with the guidelines provided in the Solicitation and Voting Procedures attached as **Exhibit 2** to the Disclosure Statement Order, unless temporarily Allowed in a different amount by an order of the Court entered prior to or concurrent with entry of an order confirming the Plan.

6.       *Objections to Confirmation*.  The deadline to object or respond to confirmation of the Plan or final approval of the Disclosure Statement is **December 15, 2023 at 5:00 p.m. (Prevailing Central Time)** (the "**Objection Deadline**").

7.       *Form and Manner of Objections to Confirmation*.  Objections and responses, if any, to confirmation of the Plan or final approval of the Disclosure Statement, must: (i) be in writing; (ii) conform to the Bankruptcy Rules and the Bankruptcy Local Rules, and any order of the Court; (iii) set forth the name of the objecting party and the nature and amount of Claims or Interests held or asserted by the objecting party against the Debtors' estates or property; (iv) provide the basis for the objection and the specific grounds therefor, and, if practicable, a proposed modification to the Plan that would resolve such objection; and (v) be filed with the Bankruptcy Court (with proof of service) via ECF or by mailing to the Bankruptcy Court at United States Bankruptcy Court Clerk's Office, United States Courthouse, 515 Rusk Avenue, Courtroom 401, 4th Floor, Houston, Texas 77002, so as to be actually received no later than the Objection Deadline.

8.       IF AN OBJECTION TO CONFIRMATION OF THE PLAN OR FINAL APPROVAL OF THE DISCLOSURE STATEMENT IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN, THEN THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO CONFIRMATION OF THE PLAN OR FINAL APPROVAL OF THE DISCLOSURE STATEMENT OR THE ADEQUACY THEREOF AND MAY NOT BE HEARD AT THE HEARING.

9.       *Additional Information*.  Any party in interest wishing to obtain information about the solicitation procedures or copies of the Disclosure Statement, the Plan, or other solicitation materials should contact Stretto through (i) e-mail at CoreScientificInquiries@stretto.com, (ii) by writing to Core Scientific, Inc., Ballot Processing Center, c/o Stretto, Inc., 410 Exchange, Suite 100, Irvine, CA 92602, or (iii) via telephone at (949) 404-4152 (U.S./Canada Toll-Free) or + (888) 765-7875 (outside of the U.S.).  Interested parties may also review the Disclosure Statement and the Plan free of charge at

https://dm.epiq11.com/sertasimmons.  In addition, the Disclosure Statement and Plan are on file with the Bankruptcy Court and may be reviewed for a fee by accessing the Bankruptcy Court's website: https://www.txs.uscourts.gov/page/bankruptcycourt.  Note that a PACER password and login are needed to access documents on the Bankruptcy Court's website.  A PACER password can be obtained at: https://pacer.uscourts.gov/.

### NOTICE REGARDING CERTAIN RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS IN PLAN

**If you (i) vote to accept the Plan, (ii) are solicited to vote to accept or reject the Plan, but do not vote to either accept or reject the Plan, and do not opt out of granting the releases set forth in the Plan, (iii) vote, or are deemed, to reject the Plan or are presumed to accept the Plan but do not opt out of granting the releases set forth in the Plan, or (iv) were given notice of the opportunity to opt out of granting the releases contained in the Plan but do not opt out, you shall be deemed to have consented to the releases contained in Section 10.6(b) of the Plan.  The releases as presented in the Plan are provided below:**

**SECTION 10.5**         **INJUNCTION.**

**Except as otherwise expressly provided in the Plan or for distributions required to be paid or delivered pursuant to the Plan or the Confirmation Order, all Entities that have held, hold, or may hold Claims or Interests that have been released pursuant to Section 10.6(a) or Section 10.6(b), shall be discharged pursuant to Section 10.3 of the Plan, or are subject to exculpation pursuant to Section 10.7, and all Subcontractors and all other parties in interest are permanently enjoined, from and after the Effective Date, from taking any of the following actions against, as applicable, the Debtors, the Reorganized Debtors, the Released Parties, and/or the Exculpated Parties (to the extent of the exculpation provided pursuant to Section 10.7 with respect to the Exculpated Parties): (i) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests; (ii) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such Claims or Interests; (iii) creating, perfecting, or enforcing any Lien or encumbrance of any kind against such Entities or the property or the estates of such Entities on account of or in connection with or with respect to any such Claims or Interests; (iv) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such Claims or Interests unless (x) such Entity has timely asserted such setoff right either in a Filed Proof of Claim, or in another document Filed with the Bankruptcy Court explicitly preserving such setoff or that otherwise indicates that such entity asserts, has, or intends to preserve any right of setoff pursuant to applicable law or otherwise or (y) such right to setoff arises under a postpetition agreement with the Debtors or an Executory Contract that has been assumed by the Debtors as of the Effective Date; and (v) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests released, settled, and/or treated, entitled to a distribution, or cancelled pursuant to the Plan or otherwise Disallowed; *provided* that such persons who have held, hold, or may hold Claims against, or Interests in,**

a Debtor, a Reorganized Debtor, or an Estate shall not be precluded from exercising their rights and remedies, or obtaining the benefits, solely pursuant to and consistent with the terms of the Plan.

Subject in all respects to Section 11.1, no entity or person may commence or pursue a Claim or Cause of Action of any kind against any Released Party or Exculpated Party that arose or arises from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, and any and all related agreements, instruments, and/or other documents, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing without the Bankruptcy Court (i) first determining, after notice and a hearing, that such Claim or Cause of Action represents a claim of willful misconduct, fraud or gross negligence against a Released Party or Exculpated Party and (ii) specifically authorizing such Entity or Person to bring such Claim or Cause of Action against any such Released Party or Exculpated Party.  The Bankruptcy Court shall have sole and exclusive jurisdiction to determine whether a Claim or Cause of Action is colorable and, only to the extent legally permissible and as provided for in Section 11.1, shall have jurisdiction to adjudicate the underlying colorable Claim or Cause of Action.

**SECTION 10.6(a)**     **RELEASES BY THE DEBTORS.**

Notwithstanding anything contained in the Plan to the contrary, as of the Effective Date, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, including the obligations of the Debtors under the Plan and the contributions of the Released Parties to facilitate and implement the Plan, except as otherwise provided in the Plan or in the Confirmation Order, on and after the Effective Date, the Released Parties are deemed conclusively, absolutely,

unconditionally and irrevocably, released and discharged by the Debtors, the Reorganized Debtors, and the Estates from any and all Claims, obligations, rights, suits, damages, Causes of Action, remedies, and liabilities whatsoever, including any derivative claims, asserted or assertable on behalf of the Debtors, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, in law, equity, or otherwise, that the Debtors, the Reorganized Debtors, the Estates, or their Affiliates would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date.  Notwithstanding anything to the contrary in the foregoing, the releases set forth in Section 10.6(a) of the Plan (i) shall only be applicable to the maximum extent permitted by law; (ii) shall not be construed as (a) releasing any Released Party from Claims or Causes of Action arising from an act or omission that is judicially determined by a Final Order to have constituted actual fraud (*provided* that actual fraud shall not exempt from the scope of these Debtor releases any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, (b) releasing any Released Party from Claims or Causes of Action held by the Debtors arising from an act or omission that is determined by a Final Order or by a federal government agency to have constituted a violation of any federal securities laws or (c) releasing any post-Effective Date obligations of any party or Entity under the Plan, the Confirmation Order, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.

**SECTION 10.6(b)**      **RELEASES BY HOLDERS OF CLAIMS AND INTERESTS**.

**Notwithstanding anything contained in the Plan to the contrary, as of the Effective Date, for good and valuable consideration, the adequacy of which is hereby confirmed, except as otherwise provided in the Plan or in the Confirmation Order, to the fullest extent permissible under applicable law, as such law may be extended or integrated after the Effective Date, each Releasing Party, shall be deemed to have conclusively, absolutely, unconditionally, irrevocably, and forever, released, and discharged the Debtors, the Reorganized Debtors, and the Released Parties from any and all Claims, obligations, rights, suits, damages, Causes of Action, remedies, and liabilities whatsoever, including any derivative Claims or Causes of Action asserted or that may be asserted on behalf of the Debtors or their Estates, that such Entity would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, in law, equity, or otherwise, based on or relating to, or in any manner arising from, in whole or in part, any act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date, including any Claims or Causes of Action based on or relating to, or in any manner arising from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date. Notwithstanding anything to the contrary in the foregoing, the releases set forth in Section 10.6(b) of the Plan (i) shall only be applicable to the maximum extent permitted by law; and (ii) shall not be construed as (a) releasing any Released Party from Claims or Causes of Action arising from an act or omission that is judicially determined by a Final Order to have constituted actual fraud (*provided* that actual fraud shall not exempt from the scope of these third-party releases any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or**

state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, or (b) releasing any post-Effective Date obligations of any party or Entity under the Plan, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.

**SECTION 10.7        EXCULPATION.**

Except as otherwise specifically provided in the Plan, no Exculpated Party shall have or incur liability for, and each Exculpated Party is hereby released and exculpated from, any Cause of Action for any claim related to any act or omission in connection with, relating to, or arising out, in whole or in part, from the Petition Date through the Effective Date, of the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors, the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, and related agreements, instruments, or other documents, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other related agreement, except for Claims or Causes of Action arising from an act or omission that is judicially determined in a Final Order to have constituted actual fraud, willful misconduct, or gross negligence, but in all respects, such Exculpated Parties shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities.  The Exculpated Parties have, upon completion of the Plan, shall be deemed to have, participated in good faith and in compliance with all applicable laws with regard to the solicitation and distribution of, consideration pursuant to the Plan and, therefore, are not, and on account of such distributions shall not be, liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Plan or such distributions made pursuant to the Plan.  Notwithstanding anything to the contrary in the foregoing, the exculpations set forth in Section 10.7 of the Plan (i) shall only be applicable to the maximum extent permitted by law; and (ii) shall not be construed as (a) exculpating any Exculpated Party from Claims or Causes of Action arising from an act or omission that is judicially determined by a Final Order to have constituted actual fraud (*provided* that actual

Debtors' Exhibit No. 16
Page 27 of 493

**fraud shall not exempt from the scope of these exculpations any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, or (b) exculpating any post-Effective Date obligations of any party or Entity under the Plan, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.**

**SECTION 5.17          <u>CANCELLATION OF LIENS</u>.**

(a)     Except as otherwise specifically provided in the Plan, including sections 4.4 and 4.6 of the Plan, all notes, instruments, certificates evidencing debt of the Debtors and Existing Common Interests will be cancelled and obligations of the Debtors thereunder will be discharged and of no further force or effect, except for the purpose of allowing the applicable agents and trustees to receive distributions from the Debtors under the Plan and to make any further distributions to the applicable Holders on account of their Allowed Claims and Interests.

(b)     After the Effective Date and following (i) the distributions to Holders on account of Allowed Convertible Notes Secured Claims and Allowed Miner Equipment Lender Secured Claims and/or (ii) with regard to Allowed M&M Lien Secured Claims, satisfaction of the applicable M&M Lien Takeback Debt, the Debtors or the Reorganized Debtors, at their expense, may, in their sole discretion, take any action necessary to terminate, cancel, extinguish, and/or evidence the release of any and all mortgages, deeds of trust, Liens, pledges, and other security interests with respect to the Convertible Notes Secured Claims, Miner Equipment Lender Secured Claims, and M&M Lien Secured Claims, including, without limitation, the preparation and filing of any and all documents necessary to terminate, satisfy, or release any mortgages, deeds of trust, Liens, pledges, and other security interests held by the Holders of the M&M Lien Secured Claims, Miner Equipment Lender Secured Claims, the Notes Agent, and/or Convertible Noteholders, including, without limitation, UCC-3 termination statements.

**<u>Relevant Definitions Related to Release and Exculpation Provisions</u>**:

          ***"Exculpated Parties"*** means each of the following in their capacity as such and, in each case, to the maximum extent permitted by law: (i) the Debtors; and (ii) Equity Committee and its members, each solely in their capacity as such.

          ***"Related Parties"*** means with respect to a Person, that Person's current and former Affiliates, and such Person's and its current and former Affiliates' current and former directors, managers, officers, equity holders (regardless of whether such interests are held directly or indirectly), affiliated investment funds or investment vehicles, predecessors, participants, successors, and assigns, subsidiaries, and each of their respective current and former equity holders, officers, directors, managers, principals, members, employees, agents, fiduciaries, trustees, advisory board members, financial advisors, partners, limited partners, general partners, attorneys, accountants, managed accounts or funds, management companies, fund advisors, investment bankers, consultants, representatives, and other professionals, and such Person's respective heirs, executors, estates, and nominees, each in their capacity as such, and any and all

other Persons or Entities that may purport to assert any Cause of Action derivatively, by or through the foregoing entities.

*"Released Parties"* means, collectively: (i) the Debtors; (ii) the Reorganized Debtors; (iii) the Equity Committee and its members that are party to the RSA, solely in their capacities as such; (iv) the Backstop Parties; (v) the Settling Miner Equipment Lenders; (vi) Brown Corporation; (vii) Holliwood LLC; (viii) the Ad Hoc Noteholder Group; (ix) the Consenting Creditors; (x) the Exit Lenders; (xi) the Notes Agent, solely in its capacity as such; and (xii) with respect to each of the foregoing Persons in clauses (i) through (xi), all Related Parties. Notwithstanding the foregoing, any Person that opts out of the releases set forth in section 10.6(b) of the Plan shall not be deemed a Released Party thereunder.

*"Releasing Parties"* means collectively, and in each case solely in their capacity as such, (i) the Debtors; (ii) the Reorganized Debtors; (iii) with respect to each of the foregoing Persons in clauses (i) through (ii), all Related Parties; (iv) the Released Parties; (v) the Holders of all Claims or Interests that vote to accept the Plan; (vi) the Holders of all Claims or Interests whose vote to accept or reject the Plan is solicited but that do not vote either to accept or to reject the Plan and do not opt out of granting the releases set forth herein; (vii) the Holders of all Claims or Interests that vote, or are deemed, to reject the Plan or that are presumed to accept the Plan but do not opt out of granting the releases set forth herein; and (viii) the Holders of all Claims and Interests and all Other Beneficial Owners that were given notice of the opportunity to opt out of granting the releases set forth herein but did not opt out.

**YOU ARE ADVISED AND ENCOURAGED TO CAREFULLY REVIEW AND CONSIDER THE PLAN, INCLUDING THE RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AS YOUR RIGHTS MIGHT BE AFFECTED.**

### Notice of Assumption and Rejection of Executory
### Contracts and Unexpired Leases of Debtors and Related Procedures

1.      Please take notice that, in accordance with Article VIII of the Plan and sections 365 and 1123 of the Bankruptcy Code, as of and subject to the occurrence of the Effective Date and the payment of any applicable Cure Amount, and subject to section 8.5 of the Plan, all Executory Contracts and Unexpired Leases to which any of the Debtors are parties shall be deemed assumed, unless such contract or lease (i) was previously assumed or rejected by the Debtors, pursuant to Final Order of the Bankruptcy Court, (ii) previously expired or terminated pursuant to its own terms or by agreement of the parties thereto, (iii) is the subject of a motion to reject Filed by the Debtors on or before the Confirmation Date, or (iv) is specifically designated as a contract or lease to be rejected on the Schedule of Rejected Contracts.  Subject to (i) satisfaction of the conditions set forth in section 8.1(a) of the Plan, (ii) resolution of any disputes in accordance with section 8.2 of the Plan with respect to the Executory Contracts or Unexpired Leases subject to such disputes, and (iii) the occurrence of the Effective Date, entry of the Confirmation Order by the Bankruptcy Court shall constitute approval of the assumptions or rejections provided for in the Plan pursuant to sections 365(a) and 1123 of the Bankruptcy Code.  Each Executory Contract and Unexpired Lease assumed or assumed and assigned pursuant to the Plan shall vest in and be fully enforceable by the applicable Reorganized Debtor or assignee in accordance with its terms, except as modified by any provision

of the Plan, any order of the Bankruptcy Court authorizing and providing for its assumption or assumption and assignment, or applicable law.

2.      The Plan provides that to the maximum extent permitted by law, to the extent any provision in any Executory Contract or Unexpired Lease assumed pursuant to the Plan restricts or prevents, or purports to restrict or prevent, or is breached or deemed breached by, the assumption of such Executory Contract or Unexpired Lease (including any "change of control" provision), then such provision shall be deemed modified such that the transactions contemplated by the Plan shall not entitle the non-Debtor party thereto to terminate such Executory Contract or Unexpired Lease or to exercise any other default-related rights with respect thereto.

3.      Section 8.2 of the Plan stipulates that the Debtors shall file, as part of the Plan Supplement, the Schedule of Rejected Contracts and the Schedule of Assumed Contracts.  The Plan further provides that prior to the Combined Hearing, the Debtors shall serve a notice on parties to Executory Contracts or Unexpired Leases to be assumed, assumed and assigned, or rejected reflecting the Debtors' intention to potentially assume, assume and assign, or reject the contract or lease in connection with the Plan and, where applicable, setting forth the proposed Cure Amount (if any).  If a counterparty to any Executory Contract or Unexpired Lease that the Debtors or Reorganized Debtors, as applicable, intend to assume or assume and assign is not listed on such a notice, the proposed Cure amount for such Executory Contract or Unexpired Lease shall be deemed to be Zero Dollars ($0).  **Any objection by a counterparty to an Executory Contract or Unexpired Lease to the proposed assumption, assumption and assignment, or related Cure Amount must be Filed, served, and actually received by the Debtors within fourteen (14) days of the service of the assumption notice, or such shorter period as agreed to by the parties or authorized by the Bankruptcy Court.**  If there is an Assumption Dispute pertaining to assumption of an Executory Contract or Unexpired Lease (other than a dispute pertaining to a Cure Amount), such dispute shall be heard by the Bankruptcy Court prior to such assumption being effective; *provided* that the Debtors or the Reorganized Debtors, as applicable, may, with the consent of the Requisite Consenting Creditors, settle any dispute regarding the Cure Amount or the nature thereof without any further notice to any party or any action, order, or approval of the Bankruptcy Court.

4.      Section 8.2 of the Plan further provides that any counterparty to an Executory Contract or Unexpired Lease that does not timely object to the notice of the proposed assumption of such Executory Contract or Unexpired Lease shall be deemed to have assented to assumption of the applicable Executory Contract or Unexpired Lease notwithstanding any provision thereof that purports to (i) prohibit, restrict, or condition the transfer or assignment of such contract or lease; (ii) terminate or modify, or permit the termination or modification of, a contract or lease as a result of any direct or indirect transfer or assignment of the rights of any Debtor under such contract or lease or a change, if any, in the ownership or control to the extent contemplated by the Plan; (iii) increase, accelerate, or otherwise alter any obligations or liabilities of any Debtor or any Reorganized Debtor, as applicable, under such Executory Contract or Unexpired Lease; or (iv) create or impose a Lien upon any property or Asset of any Debtor or any Reorganized Debtor, as applicable.  Each such provision shall be deemed to not apply to the assumption of such Executory Contract or Unexpired Lease pursuant to the Plan and counterparties to assumed Executory Contracts or Unexpired Leases that fail to object to the proposed assumption in accordance with

the terms set forth in Section 8.2(a) of the Plan, shall forever be barred and enjoined from objecting to the proposed assumption or to the validity of such assumption (including with respect to any Cure Amounts or the provision of adequate assurance of future performance), or taking actions prohibited by the foregoing or the Bankruptcy Code on account of transactions contemplated by the Plan.

5.     Section 8.3 of the Plan provides that unless otherwise provided by an order of the Bankruptcy Court, Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases, if any, must be Filed with the Bankruptcy Court by the later of thirty (30) days from (i) the date of entry of an order of the Bankruptcy Court approving such rejection, (ii) the effective date of the rejection of such Executory Contract or Unexpired Lease, and (iii) the Effective Date. **Any Claims arising from the rejection of an Executory Contract or Unexpired Lease not Filed within such time shall be Disallowed pursuant to the Confirmation Order or such other order of the Bankruptcy Court, as applicable, forever barred from assertion, and shall not be enforceable against, as applicable, the Debtors, the Estates, the Reorganized Debtors, or property of the foregoing parties, without the need for any objection by the Debtors or the Reorganized Debtors, as applicable, or further notice to, or action, order, or approval of the Bankruptcy Court or any other Entity, and any Claim arising out of the rejection of the Executory Contract or Unexpired Lease shall be deemed fully satisfied, released, and discharged, notwithstanding anything in the Schedules, if any, or a Proof of Claim to the contrary**.

**UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS COMBINED HEARING NOTICE, IT MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT.**

6.     **Plan Supplement**.  The Debtors will file and serve any supplement to the Plan on or before **December 8, 2023**.

### Notice of Procedures with Respect to Reinstated Claims

1.     Please take notice that, in accordance with Article IV of the Plan and section 1124 of the Bankruptcy Code, as of and subject to the occurrence of the Effective Date and the payment of any applicable Cure Amount, and subject to section 7.11 of the Plan, all Other Secured Claims in Class 4 shall be Reinstated.  Subject to (i) satisfaction of the conditions set forth in section 7.11 of the Plan, (ii) resolution of any disputes in accordance with section 7.11 of the Plan with respect to the Cure Amounts subject to such disputes, and (iii) the occurrence of the Effective Date, entry of the Confirmation Order by the Bankruptcy Court shall authorize Reinstatement of the Other Secured Claims in Class 4 pursuant to section 1124 of the Bankruptcy Code.

2.     Section 7.11 of the Plan stipulates least ten (10) days before the deadline to object to Confirmation of the Plan, the Debtors shall serve a notice on Holders of Other Secured Claims in Class 4 setting forth the proposed Cure Amount (if any) necessary to Reinstate such Claims. Any objection by a Holder of an Other Secured Claim in Class 4 to the proposed Cure Amount must be Filed, served, and actually received by the Debtors within fourteen (14) days of the service of the notice of proposed Cure Amount, or such shorter period as agreed to by the parties or authorized by the Bankruptcy Court. Any Holder of an Other Secured Claim in Class 4

that does not timely object to the notice of the proposed Cure Amount shall be deemed to have assented to the Reinstatement of its Claim and the proposed Cure Amount listed therein and shall be shall forever be barred and enjoined from objecting to the Reinstatement of its Claim on the grounds that sections 1124(2)(A), (C), or (D) of the Bankruptcy Code have not been satisfied.

3.     Section 7.11 of the Plan further provides that to the extent there is a dispute relating to the Cure Amount, the Debtors may Reinstate the applicable Other Secured Claim prior to the resolution of the Cure Amount dispute; provided that the Debtors or the Reorganized Debtors, as applicable, reserve Cash in an amount sufficient to pay the full amount reasonably asserted as the required Cure Amount by the Holder of the applicable Other Secured Claim (or such smaller amount as may be fixed or estimated by the Bankruptcy Court or otherwise agreed to by such Holder and the applicable Reorganized Debtor). Subject to resolution of any dispute regarding any Cure Amount, all Cure Amounts shall be satisfied on the Effective Date, or otherwise as soon as practicable thereafter, by the Debtors or Reorganized Debtors, as the case may be.

**UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS COMBINED HEARING NOTICE, IT MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT.**

**QUESTIONS:**

If you have questions about this Combined Hearing Notice, please contact Stretto through (i) e-mail at CoreScientificInquiries@stretto.com, (ii) by writing to Core Scientific, Inc., Ballot Processing Center, c/o Stretto, Inc., 410 Exchange, Suite 100, Irvine, CA 92602, (iii) via telephone at (949) 404-4152 (U.S./Canada Toll-Free) or + (888) 765-7875 (outside of the U.S.), or (iv) visiting https://cases.stretto.com/CoreScientific.

*[Remainder of Page Intentionally Left Blank]*

Dated: November 17, 2023
      Houston, Texas

Respectfully submitted,

*/s/ Alfredo R. Pérez*

WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:  Alfredo.Perez@weil.com
      Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:  Ray.Schrock@weil.com
      Ronit.Berkovich@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

# **<u>Exhibit C</u>**

No person has been authorized to give any information or advice, or to make any representation, other than what is included in the Disclosure Statement and other materials accompanying this Ballot.[1]

PLEASE NOTE THAT, EVEN IF YOU INTEND TO VOTE TO REJECT THE PLAN, YOU MUST STILL READ, COMPLETE, AND EXECUTE THIS ENTIRE BALLOT.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | **Chapter 11** |
| **CORE SCIENTIFIC, INC., *et al.,*** | § § | **Case No. 22-90341 (CML)** |
| Debtors[2] | § § § | **(Jointly Administered)** |

## BALLOT FOR VOTING TO ACCEPT OR REJECT THE SECOND AMENDED JOINT CHAPTER 11 PLAN OF CORE SCIENTIFIC, INC. AND ITS AFFILIATED DEBTORS

### CLASS 1 (APRIL CONVERTIBLE NOTES SECURED CLAIMS)

> IN ORDER FOR YOUR VOTE TO BE COUNTED TOWARD CONFIRMATION OF THE PLAN, THIS BALLOT MUST BE COMPLETED, EXECUTED, AND RETURNED SO THAT IT IS <u>ACTUALLY RECEIVED</u> BY THE VOTING AGENT ON OR BEFORE DECEMBER 13, 2023 AT 5:00 P.M. (PREVAILING CENTRAL TIME) (THE "<u>VOTING DEADLINE</u>"), UNLESS EXTENDED BY THE DEBTORS WITH THE CONSENT OF THE REQUISITE CONSENTING CREDITORS.

Core Scientific, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") are soliciting votes with respect to the *Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors*, filed on November 16, 2023 (Docket No. 1438) (as may be modified, amended, or supplemented, the "**Plan**"). The Plan is attached as <u>**Exhibit A**</u> to the *Disclosure Statement for Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors*, filed on

---

[1]   All capitalized terms used but not defined herein or in the enclosed voting instructions have the meanings ascribed to them in the Plan, attached as <u>Exhibit A</u> to the Disclosure Statement.

[2]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, Texas 78704.

November 16, 2023 (Docket No. 1439) (as may be modified, amended, or supplemented, the "**Disclosure Statement**").

Please use this Ballot to cast your vote to accept or reject the Plan if you are, as of November 9, 2023 (the "**Voting Record Date**"), a Holder of an April Convertible Notes Secured Claim.

The Disclosure Statement provides information to assist you in deciding whether to accept or reject the Plan. If you do not have the Disclosure Statement, you may obtain a copy from Stretto, Inc. (the "**Voting Agent**" or "**Stretto**") at no charge by accessing the Debtors' restructuring website at https://cases.stretto.com/CoreScientific.

If you have any questions on how to properly complete this Ballot, please contact the Voting Agent (i) by e-mail at CoreScientificInquiries@stretto.com, (ii) by writing to Core Scientific, Inc., Ballot Processing Center, c/o Stretto, Inc., 410 Exchange, Suite 100, Irvine, CA 92602, or (iii) via telephone at (949) 404-4152 (Toll-Free) or +1 (888) 765-7875 (if calling from outside the U.S.). Please be advised that the Voting Agent cannot provide legal advice. You may wish to seek legal advice concerning the Plan and the classification and treatment of your Class 1 April Convertible Notes Secured Claim under the Plan.

---

**IMPORTANT NOTICE REGARDING TREATMENT FOR APRIL CONVERTIBLE NOTES SECURED CLAIMS IN CLASS 1**

As described in more detail in the Disclosure Statement, if the Plan is confirmed and the Effective Date occurs, except to the extent that a Holder of an Allowed April Convertible Notes Secured Claim agrees to a less favorable treatment of such Claim, each such Holder shall receive, in full and final satisfaction, settlement, release, and discharge of such Claim, on the Effective Date, or as soon as reasonably practicable thereafter, (i) such Holder's Pro Rata Share of the New Secured Notes, (ii) such Holder's Pro Rata Reduced Convertible Notes Share of (a) the New Secured Convertible Notes and (b) the Convertible Noteholders Equity Distribution, (iii) such Holder's Pro Rata Convertible Notes Equity Distribution of the Contingent Payment Obligations, and (iv) such Holder's Pro Rata Total Convertible Notes Share of (a) the ERO Shortfall Equity Distribution (if any) and (b) the Incremental Convertible Noteholders Equity Distribution (if any); *provided* that any Holder of an Allowed April Convertible Notes Secured Claims that is an Exit Lender shall have its distribution of New Common Interests pursuant to the Convertible Noteholders Equity Distribution in the preceding clause (ii)(b) reduced on a dollar-for-dollar basis in the amount of its respective share of the Designated Amount on account of such Holder's respective share of first-lien delayed draw term loans under the Exit Credit Agreement (for the avoidance of doubt without redistribution of such amounts so reduced being allocated to other Holders of Allowed Convertible Notes Claims); *provided*, *further*, that notwithstanding the foregoing, the distribution of the Incremental Convertible Noteholders Equity Distribution (if any) shall not occur until entry of a Final Order(s) approving the Professional Fee Claims of the Equity Committee.

**PLEASE READ THE DISCLOSURE STATEMENT AND PLAN FOR MORE DETAILS.**

---

The Plan can be confirmed by the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") and thereby made binding on you if it is accepted by the Holders of (i) at least two-thirds in amount of the Allowed Claims or Interests voted in each Impaired Class, and (ii) if the Impaired Class is a Class of Claims, more than one-half in number of the Allowed Claims voted in each Impaired Class, and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under the Bankruptcy Code.   If the requisite acceptances are not obtained, the Bankruptcy Court may nonetheless confirm the Plan if it finds that the Plan (y) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan, and (z) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.   If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote or if you vote to reject the Plan.   To have your vote counted, you must complete, sign, and return this Ballot to the Voting Agent by the Voting Deadline.

Your receipt of this Ballot does not indicate that your Claim(s) has been or will be Allowed.   This Ballot is solely for purposes of voting to accept or reject the Plan and not for the purpose of allowance or disallowance of, or distribution on account of, Class 1 April Convertible Notes Secured Claims.   You must provide all of the information requested by this Ballot.   Failure to do so may result in the disqualification of your vote.

### NOTICE REGARDING CERTAIN RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS IN PLAN

**If you (i) vote to accept the Plan, (ii) are solicited to vote to accept or reject the Plan, but do not vote to either accept or reject the Plan, and do not opt out of granting the releases set forth in the Plan, (iii) vote, or are deemed, to reject the Plan or are presumed to accept the Plan but do not opt out of granting the releases set forth in the Plan, or (iv) were given notice of the opportunity to opt out of granting the releases contained in the Plan but do not opt out, you shall be deemed to have consented to the releases contained in Section 10.6(b) of the Plan.   The releases as presented in the Plan are provided below:**

**SECTION 10.5      INJUNCTION.**

**Except as otherwise expressly provided in the Plan or for distributions required to be paid or delivered pursuant to the Plan or the Confirmation Order, all Entities that have held, hold, or may hold Claims or Interests that have been released pursuant to Section 10.6(a) or Section 10.6(b), shall be discharged pursuant to Section 10.3 of the Plan, or are subject to exculpation pursuant to Section 10.7, and all Subcontractors and all other parties in interest are permanently enjoined, from and after the Effective Date, from taking any of the following actions against, as applicable, the Debtors, the Reorganized Debtors, the Released Parties, and/or the Exculpated Parties (to the extent of the exculpation provided pursuant to Section 10.7 with respect to the Exculpated Parties): (i) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests; (ii) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such Claims or Interests; (iii) creating, perfecting, or enforcing any Lien or encumbrance of any kind against such Entities or the property or the estates of such Entities on account of or in**

connection with or with respect to any such Claims or Interests; (iv) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such Claims or Interests unless (x) such Entity has timely asserted such setoff right either in a Filed Proof of Claim, or in another document Filed with the Bankruptcy Court explicitly preserving such setoff or that otherwise indicates that such entity asserts, has, or intends to preserve any right of setoff pursuant to applicable law or otherwise or (y) such right to setoff arises under a postpetition agreement with the Debtors or an Executory Contract that has been assumed by the Debtors as of the Effective Date; and (v) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests released, settled, and/or treated, entitled to a distribution, or cancelled pursuant to the Plan or otherwise Disallowed; *provided* that such persons who have held, hold, or may hold Claims against, or Interests in, a Debtor, a Reorganized Debtor, or an Estate shall not be precluded from exercising their rights and remedies, or obtaining the benefits, solely pursuant to and consistent with the terms of the Plan.

Subject in all respects to Section 11.1, no entity or person may commence or pursue a Claim or Cause of Action of any kind against any Released Party or Exculpated Party that arose or arises from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, and any and all related agreements, instruments, and/or other documents, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing without the Bankruptcy Court (i) first determining, after notice and a hearing, that such Claim or Cause of Action represents a claim of willful misconduct, fraud or gross negligence against a Released Party or Exculpated Party and (ii) specifically authorizing such Entity or Person to bring such Claim or Cause of Action against any such

Released Party or Exculpated Party.  The Bankruptcy Court shall have sole and exclusive jurisdiction to determine whether a Claim or Cause of Action is colorable and, only to the extent legally permissible and as provided for in Section 11.1, shall have jurisdiction to adjudicate the underlying colorable Claim or Cause of Action.

**SECTION 10.6(a)**     **RELEASES BY THE DEBTORS.**

Notwithstanding anything contained in the Plan to the contrary, as of the Effective Date, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, including the obligations of the Debtors under the Plan and the contributions of the Released Parties to facilitate and implement the Plan, except as otherwise provided in the Plan or in the Confirmation Order, on and after the Effective Date, the Released Parties are deemed conclusively, absolutely, unconditionally and irrevocably, released and discharged by the Debtors, the Reorganized Debtors, and the Estates from any and all Claims, obligations, rights, suits, damages, Causes of Action, remedies, and liabilities whatsoever, including any derivative claims, asserted or assertable on behalf of the Debtors, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, in law, equity, or otherwise, that the Debtors, the Reorganized Debtors, the Estates, or their Affiliates would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date.  Notwithstanding anything to the contrary in the foregoing, the releases set forth in Section 10.6(a) of the Plan (i) shall only be applicable to the maximum extent permitted by law; (ii) shall not be construed as (a) releasing any Released Party from Claims or Causes of Action arising from an act or

omission that is judicially determined by a Final Order to have constituted actual fraud (*provided* that actual fraud shall not exempt from the scope of these Debtor releases any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, (b) releasing any Released Party from Claims or Causes of Action held by the Debtors arising from an act or omission that is determined by a Final Order or by a federal government agency to have constituted a violation of any federal securities laws or (c) releasing any post-Effective Date obligations of any party or Entity under the Plan, the Confirmation Order, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.

**SECTION 10.6(b)     RELEASES BY HOLDERS OF CLAIMS AND INTERESTS.**

Notwithstanding anything contained in the Plan to the contrary, as of the Effective Date, for good and valuable consideration, the adequacy of which is hereby confirmed, except as otherwise provided in the Plan or in the Confirmation Order, to the fullest extent permissible under applicable law, as such law may be extended or integrated after the Effective Date, each Releasing Party, shall be deemed to have conclusively, absolutely, unconditionally, irrevocably, and forever, released, and discharged the Debtors, the Reorganized Debtors, and the Released Parties from any and all Claims, obligations, rights, suits, damages, Causes of Action, remedies, and liabilities whatsoever, including any derivative Claims or Causes of Action asserted or that may be asserted on behalf of the Debtors or their Estates, that such Entity would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, in law, equity, or otherwise, based on or relating to, or in any manner arising from, in whole or in part, any act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date, including any Claims or Causes of Action based on or relating to, or in any manner arising from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP

Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date.  Notwithstanding anything to the contrary in the foregoing, the releases set forth in Section 10.6(b) of the Plan (i) shall only be applicable to the maximum extent permitted by law; and (ii) shall not be construed as (a) releasing any Released Party from Claims or Causes of Action arising from an act or omission that is judicially determined by a Final Order to have constituted actual fraud (*provided* that actual fraud shall not exempt from the scope of these third-party releases any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, or (b) releasing any post-Effective Date obligations of any party or Entity under the Plan, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.

SECTION 10.7    <u>EXCULPATION</u>.

Except as otherwise specifically provided in the Plan, no Exculpated Party shall have or incur liability for, and each Exculpated Party is hereby released and exculpated from, any Cause of Action for any claim related to any act or omission in connection with, relating to, or arising out of, in whole or in part, from the Petition Date through the Effective Date, of the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors, the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, and related agreements, instruments, or other documents, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other related agreement, except for Claims or Causes of Action arising from an act or omission that is judicially determined in a Final Order to have constituted actual fraud, willful misconduct, or gross negligence, but

in all respects, such Exculpated Parties shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities.  The Exculpated Parties have, and upon completion of the Plan, shall be deemed to have, participated in good faith and in compliance with all applicable laws with regard to the solicitation and distribution of, consideration pursuant to the Plan and, therefore, are not, and on account of such distributions shall not be, liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Plan or such distributions made pursuant to the Plan.  Notwithstanding anything to the contrary in the foregoing, the exculpations set forth in Section 10.7 of the Plan (i) shall only be applicable to the maximum extent permitted by law; and (ii) shall not be construed as (a) exculpating any Exculpated Party from Claims or Causes of Action arising from an act or omission that is judicially determined by a Final Order to have constituted actual fraud (*provided* that actual fraud shall not exempt from the scope of these exculpations any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, or (b) exculpating any post-Effective Date obligations of any party or Entity under the Plan, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.

**SECTION 5.17**     <u>**CANCELLATION OF LIENS**</u>**.**

(a)     Except as otherwise specifically provided in the Plan, including sections 4.4 and 4.6 of the Plan, all notes, instruments, certificates evidencing debt of the Debtors and Existing Common Interests will be cancelled and obligations of the Debtors thereunder will be discharged and of no further force or effect, except for the purpose of allowing the applicable agents and trustees to receive distributions from the Debtors under the Plan and to make any further distributions to the applicable Holders on account of their Allowed Claims and Interests.

(b)     After the Effective Date and following (i) the distributions to Holders on account of Allowed Convertible Notes Secured Claims and Allowed Miner Equipment Lender Secured Claims and/or (ii) with regard to Allowed M&M Lien Secured Claims, satisfaction of the applicable M&M Lien Takeback Debt, the Debtors or the Reorganized Debtors, at their expense, may, in their sole discretion, take any action necessary to terminate, cancel, extinguish, and/or evidence the release of any and all mortgages, deeds of trust, Liens, pledges, and other security interests with respect to the Convertible Notes Secured Claims, Miner Equipment Lender Secured Claims, and M&M Lien Secured Claims, including, without limitation, the preparation and filing of any and all documents necessary to terminate, satisfy, or release any mortgages, deeds of trust, Liens, pledges, and other security interests held by the Holders of the M&M Lien Secured Claims, Miner Equipment Lender Secured Claims, the Notes Agent, and/or Convertible Noteholders, including, without limitation, UCC-3 termination statements.

**Relevant Definitions Related to Release and Exculpation Provisions**:

*"Exculpated Parties"* means each of the following in their capacity as such and, in each case, to the maximum extent permitted by law: (i) the Debtors; and (ii) Equity Committee and its members, each solely in their capacity as such.

*"Related Parties"* means with respect to a Person, that Person's current and former Affiliates, and such Person's and its current and former Affiliates' current and former directors, managers, officers, equity holders (regardless of whether such interests are held directly or indirectly), affiliated investment funds or investment vehicles, predecessors, participants, successors, and assigns, subsidiaries, and each of their respective current and former equity holders, officers, directors, managers, principals, members, employees, agents, fiduciaries, trustees, advisory board members, financial advisors, partners, limited partners, general partners, attorneys, accountants, managed accounts or funds, management companies, fund advisors, investment bankers, consultants, representatives, and other professionals, and such Person's respective heirs, executors, estates, and nominees, each in their capacity as such, and any and all other Persons or Entities that may purport to assert any Cause of Action derivatively, by or through the foregoing entities.

*"Released Parties"* means, collectively: (i) the Debtors; (ii) the Reorganized Debtors; (iii) the Equity Committee and its members that are party to the RSA, solely in their capacities as such; (iv) the Backstop Parties; (v) the Settling Miner Equipment Lenders; (vi) Brown Corporation; (vii) Holliwood LLC; (viii) the Ad Hoc Noteholder Group; (ix) the Consenting Creditors; (x) the Exit Lenders; (xi) the Notes Agent, solely in its capacity as such; and (xii) with respect to each of the foregoing Persons in clauses (i) through (xi), all Related Parties. Notwithstanding the foregoing, any Person that opts out of the releases set forth in section 10.6(b) of the Plan shall not be deemed a Released Party thereunder.

*"Releasing Parties"* means collectively, and in each case solely in their capacity as such, (i) the Debtors; (ii) the Reorganized Debtors; (iii) with respect to each of the foregoing Persons in clauses (i) through (ii), all Related Parties; (iv) the Released Parties; (v) the Holders of all Claims or Interests that vote to accept the Plan; (vi) the Holders of all Claims or Interests whose vote to accept or reject the Plan is solicited but that do not vote either to accept or to reject the Plan and do not opt out of granting the releases set forth in the Plan; (vii) the Holders of all Claims or Interests that vote, or are deemed, to reject the Plan or that are presumed to accept the Plan but do not opt out of granting the releases set forth in the Plan; and (viii) the Holders of all Claims and Interests and all Other Beneficial Owners that were given notice of the opportunity to opt out of granting the releases set forth in the Plan but did not opt out.

**YOU ARE ADVISED AND ENCOURAGED TO CAREFULLY REVIEW AND CONSIDER THE PLAN, INCLUDING THE RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AS YOUR RIGHTS MIGHT BE AFFECTED.**

**PLEASE READ THE ATTACHED VOTING INFORMATION
AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT**

---

**PLEASE COMPLETE ITEMS 1, 2, 3, AND 4.  IF THIS BALLOT HAS NOT BEEN PROPERLY SIGNED IN THE SPACE PROVIDED, YOUR VOTE MAY NOT BE VALID OR COUNTED AS HAVING BEEN CAST.**

---

**Item 1.        Principal Amount of Claims**.  The undersigned hereby certifies that, as of the Voting Record Date, the undersigned was the Holder (or authorized signatory of such a Holder) of an April Convertible Notes Secured Claim in the aggregate amount of unpaid principal set forth below.

$\text{\$}\rule{3cm}{0.4pt}$

**Item 2.        Votes on the Plan**.  Please vote either to accept or to reject the Plan with respect to your Claims below.  Any Ballot not marked either to accept or reject the Plan, or marked both to accept and reject the Plan, shall not be counted in determining acceptance or rejection of the Plan.

---

**Prior to voting on the Plan, please note the following:**

**If you (i) vote to accept the Plan, (ii) do not vote either to accept or reject the Plan and do not check the box in Item 3 below, or (iii) vote to reject the Plan and do not check the box in Item 3 below, in each case you shall be deemed to have consented to the release provisions set forth in Section 10.6(b) of the Plan.**

**The Disclosure Statement and the Plan must be referenced for a complete description of the release, injunction, and exculpation provisions.**

---

The undersigned Holder of a Class 1 April Convertible Notes Secured Claim votes to (check <u>one</u> box):

☐ **Accept** the Plan.          ☐ **Reject** the Plan.

**<u>Your vote on the Plan will be applied to each applicable Debtor in the same manner and in the same amount as indicated in Item 1 and Item 2 above.</u>**

**Item 3.        Optional Opt Out Release Election**.  Check the box below if you elect not to grant the releases contained in Section 10.6(b) of the Plan.  If you voted to reject the Plan in Item 2 above, or if you are abstaining from voting to accept or reject the Plan, check this box if you elect not to grant the releases contained in Section 10.6(b) of the Plan.  Election to withhold consent is at your option.  If you voted to accept the Plan in Item 2 above, you **may not** complete this Item 3, and if you complete this Item 3, your "opt out" election will be ineffective.  If you submit a rejecting Ballot, or if you abstain from submitting a Ballot, and in each case, you do not check the box below, you will be deemed to consent to the releases contained in Section 10.6(b) of the Plan

to the fullest extent permitted by applicable law.  The Holder of the Class 1 April Convertible Notes Secured Claims elects to:

☐   **OPT OUT** of the releases contained only in Section 10.6(b) of the Plan.

**Item 4.**      **Acknowledgements**.  By signing this Ballot, the Holder (or authorized signatory of such Holder) acknowledges review and receipt of the Plan, the Disclosure Statement, and the other applicable solicitation materials, and certifies that (i) it has the power and authority to vote to accept or reject the Plan, (ii) it was the Holder (or is entitled to vote on behalf of such Holder) of the April Convertible Notes Secured Claims described in Item 1 as of the Voting Record Date, and (iii) all authority conferred, or agreed to be conferred, pursuant to this Ballot, and every obligation of the undersigned hereunder, shall be binding on the transferees, successors, assigns, heirs, executors, administrators, trustees in bankruptcy, and legal representatives of the undersigned, and shall not be affected by, and shall survive, the death or incapacity of the undersigned.

Name of Holder

Signature

If by Authorized Agent, Name and Title

Name of Institution

Street Address

City, State, Zip Code

Telephone Number

Date Completed

E-Mail Address

**VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT**

1.  Ballots received after the Voting Deadline (if the Voting Deadline has not been extended) may not, at the Debtors' discretion, be counted.  **The Voting Agent will tabulate all properly completed Ballots received on or before the Voting Deadline.**

2.  Complete the Ballot by providing all the information requested, signing, dating, and returning the Ballot to the Voting Agent.  Any Ballot that is illegible, contains insufficient information to identify the Holder, or is unsigned[3] will not be counted.  Ballots may not be submitted to the Voting Agent by facsimile or electronic mail.  If neither the "**accept**" nor "**reject**" box is checked in Item 2, both boxes are checked in Item 2, or the Ballot is otherwise not properly completed, executed, or timely returned, then the Ballot shall not be counted in determining acceptance or rejection of the Plan.

3.  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different or inconsistent Claims within a single Class under the Plan, the Ballots are not voted in the same manner, and you do not correct this before the Voting Deadline, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

4.  The Ballot does not constitute, and shall not be deemed to be, a Proof of Claim or an assertion or admission of Claims.

5.  The Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan.

6.  If you cast more than one Ballot voting the same Claims prior to the Voting Deadline, the latest received, properly executed Ballot submitted to the Voting Agent will supersede any prior Ballot.

7.  If (i) the Debtors revoke or withdraw the Plan, or (ii) the Confirmation Order is not entered or consummation of the Plan does not occur, this Ballot shall automatically be null and void and deemed withdrawn without any requirement of affirmative action by or notice to you.

8.  There may be changes made to the Plan that do not cause material adverse effects on an accepting Class.  If such non-material changes are made to the Plan, the Debtors will not resolicit votes for acceptance or rejection of the Plan.

9.  NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT, ANY

---

[3] E-Ballots submitted on the Online Portal will be deemed to contain a legal, valid signature.

SUPPLEMENTAL INFORMATION PROVIDED BY THE DEBTORS, OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

10.  PLEASE RETURN YOUR BALLOT PROMPTLY.

11.  IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE VOTING AGENT BY CALLING (949) 404-4152 (TOLL-FREE) OR +1 (888) 765-7875(IF CALLING FROM OUTSIDE THE U.S.); WRITING CORE SCIENTIFIC, INC., BALLOT PROCESSING CENTER, C/O STRETTO, INC., 410 EXCHANGE, SUITE 100, IRVINE, CA 92602; OR BY SENDING AN ELECTRONIC MAIL MESSAGE TO CORESCIENTIFICINQUIRIES@STRETTO.COM WITH "CORE SCIENTIFIC" IN THE SUBJECT LINE.  PLEASE DO NOT DIRECT ANY INQUIRIES TO THE BANKRUPTCY COURT.

12.  THE VOTING AGENT IS NOT AUTHORIZED TO AND WILL NOT PROVIDE LEGAL ADVICE.

**PLEASE SUBMIT YOUR BALLOT BY ONLY <u>ONE</u> OF THE FOLLOWING METHODS:** (i) Online submission of an E-Ballot through the Online Portal, (ii) paper copy submission, in the return envelope provided, (iii) paper copy submission by hand delivery or overnight mail, or (iv) paper copy submission by first class mail.

**IF YOU WISH TO COORDINATE HAND DELIVERY OF YOUR BALLOT, PLEASE NOTIFY THE VOTING AGENT VIA E-MAIL AT CORESCIENTIFICINQUIRIES@STRETTO.COM (WITH "CORE SCIENTIFIC BALLOT" IN THE SUBJECT LINE) AT LEAST 24 HOURS IN ADVANCE OF THE ANTICIPATED DELIVERY DATE.**

**ALL BALLOTS MUST BE PROPERLY EXECUTED, COMPLETED, AND DELIVERED ACCORDING TO THE VOTING INSTRUCTIONS SO THAT THE BALLOTS ARE ACTUALLY RECEIVED BY THE VOTING AGENT NO LATER THAN THE VOTING DEADLINE.**

<u>**Online Portal Voting Instructions**</u>

**To properly submit your Ballot electronically, you must electronically complete, sign, and return this customized electronic Ballot by utilizing the Online Portal platform on the Stretto website by visiting https://cases.stretto.com/CoreScientific/, clicking on the "Submit E-Ballot" link and following the instructions set forth on the website.  Your Ballot must be received by Stretto no later than December 13, 2023 at 5:00 p.m. (Prevailing Central Time), the Voting Deadline, unless such time is extended by the Debtors with the consent of the Requisite Consenting Creditors.  <u>HOLDERS ARE STRONGLY ENCOURAGED TO SUBMIT THEIR BALLOTS VIA THE ONLINE PORTAL PLATFORM.</u>  The Stretto "Online Portal" platform is the sole manner in which ballots will be accepted via electronic**

or online transmission. Ballots submitted by facsimile, electronic mail, or other means of electronic transmission will not be counted.

IMPORTANT NOTE: You will need the following information to retrieve and submit your customized electronic Ballot:

Unique E-Ballot ID#: _____

Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot. Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable. Ballots submitted by E-Ballot will be deemed to contain a legal, valid signature.

Holders who cast a Ballot using Stretto's "Online Portal" platform should NOT also submit a paper Ballot.

THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS December 13, 2023 AT 5:00 P.M. (PREVAILING CENTRAL TIME).

**Paper Copy Ballot Submission**

| STRETTO'S ADDRESS FOR RECEIPT OF PAPER BALLOTS (WHETHER BY HAND DELIVERY, OVERNIGHT MAIL, OR FIRST CLASS MAIL) |
| --- |
| CORE SCIENTIFIC, INC. BALLOT PROCESSING CENTER C/O STRETTO, INC. 410 EXCHANGE, SUITE 100 IRVINE, CA 92602 |

If you are unable to use the Online Portal platform or need assistance in completing and submitting your Ballot, please contact Stretto (i) via e-mail at CoreScientificInquiries@stretto.com; (ii) via mail by writing Core Scientific, Inc., Ballot Processing Center, C/O Stretto, Inc., 410 Exchange, Suite 100, Irvine, CA 92602; or (iii) via telephone at (949) 404-4152 (Toll-Free) or +1 (888) 765-7875 (if calling from outside the U.S.).

# **<u>Exhibit D</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC., *et al.*,** | § | **Case No. 22-90341 (CML)** |
| | § | |
| **Debtors**[1] | § | **(Jointly Administered)** |

**SOLICITATION AND VOTING PROCEDURES**

     **PLEASE TAKE NOTICE** that on December 21, 2022, Core Scientific, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") each filed a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Southern District of Texas (the "**Court**"). The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On January 9, 2023, the U.S. Trustee appointed an official committee of unsecured creditors. On March 23, 2023, the U.S. Trustee appointed an official committee of equity security holders. The Debtors' chapter 11 cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and Bankruptcy Local Rule 1015-1.

     **PLEASE TAKE FURTHER NOTICE** that on November 14, 2023, the Court entered the *Order (I) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing; (II) Establishing Solicitation and Voting Procedures; (III) Establishing Rights Offering Procedures; (IV) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan; (V) Approving Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; and (VI) Granting Related Relief* (Docket No. 1426) (as may be later amended and including all exhibits, annexes, and schedules thereto, the "**Disclosure Statement Order**"),[2] which, among other things, (i) authorized the Debtors to solicit votes on the *Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors* (Docket No. 1438) (the "**Plan**") and (ii) conditionally

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, Texas 78704

[2] Capitalized terms not otherwise defined herein have the same meaning as set forth in the Disclosure Statement Order or Plan, as applicable.

approved the *Disclosure Statement for the Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors* (Docket No. 1439) (the "**Disclosure Statement**").

**A.     Parties Entitled to Vote**.

Holders of Claims and Interests in Class 1 (April Convertible Notes Secured Claims), Class 2 (August Convertible Notes Secured Claims), Class 3 (Miner Equipment Lender Secured Claims), Class 5 (M&M Lien Secured Claims), Class 6 (Secured Mortgage Claims), Class 8 (General Unsecured Claims), Class 11 (Section 510(b) Claims), and Class 12 (Existing Common Interests) are Impaired and entitled to receive distributions under the Plan and, thus, may vote to accept or reject the Plan, subject to certain exceptions discussed below (each, a "**Voting Class**," and collectively, the "**Voting Classes**").

A Holder of a Claim or Interest in a Voting Class is nonetheless not entitled to vote to the extent that:

(a)     as of the Voting Record Date (as defined below), the outstanding amount of such creditor's Claim is zero ($0.00);

(b)     as of the Voting Record Date, such Holders' Claim or Interest has been Disallowed, expunged, disqualified or suspended;

(c)     such creditor has not timely filed a Proof of Claim in accordance with the *Order (I) Establishing Deadlines to File Proofs of Claim and (II) Approving Form and Manner of Notice Thereof* (Docket No. 652) (the "**Bar Date Order**") as of the Bar Date and the Debtors have not scheduled such creditor's Claim or have scheduled such creditor's Claim in an undetermined amount or as contingent, unliquidated, or disputed or such creditor is not required to file a Proof of Claim pursuant to the Bar Date Order; *provided*, that to the extent that such creditor's deadline to file a Claim arising from any rejection of an Executory Contract or Unexpired Lease to which such creditor is party has not yet occurred, such creditor will be entitled to vote in the amount of $1.00 on account of such Claim; or

(d)     such creditor's Claim is subject to an objection, a request for estimation, or an adversary proceeding as of **December 1, 2023 at 5:00 p.m. (Prevailing Central Time)**, subject to the procedures set forth below; *provided* that, any such Holder shall receive a Ballot and may submit such Ballot on a provisional basis and may elect to opt out of the Non-Debtor Release Provisions contained in the Plan.  To the extent such Holder does not file a Rule 3018 Motion in accordance with the instructions set forth below, the Ballot will not be counted for voting purposes; however, any opt out election made by such Holder on its Ballot with respect to the Non-Debtor Release Provisions contained in the Plan shall be valid so long as such Ballot is submitted in accordance with the procedures set forth herein. To the extent such Holder files a Rule 3018 Motion in accordance with the instructions set forth below, the extent to which such Ballot shall be counted for voting purposes will be determined by the Court or as otherwise agreed by the Debtors and the Holder.

With respect to transfers of Claims required to be filed pursuant to Bankruptcy Rule 3001(e), the transferee shall be entitled to receive a Solicitation Package (as defined below) and,

if the Holder of such Claim is otherwise entitled to vote with respect to the Plan, cast a Ballot (defined below) on account of such Claim only if: (i) all actions necessary to transfer such Claim are completed by the Voting Record Date or (ii) the transferee files with the Court, by the Voting Record Date, (a) all documentation required by Bankruptcy Rule 3001(e) to evidence the transfer and (b) a sworn statement of the transferor supporting the validity of the transfer.  In the event a Claim is transferred after the Voting Record Date, the transferee of such Claim shall be bound by any vote or election on the Plan made by the Holder of such Claim as of the Voting Record Date.

Where any portion of a single Claim has been transferred to a transferee and notice of such transfer is required to be filed pursuant to Bankruptcy Rule 3001(e), all Holders of any portion of such single Claim may be (i) treated as a single creditor for purposes of the numerosity requirements in section 1126(c) of the Bankruptcy Code, and (ii) required to vote every portion of such Claim collectively to accept or reject the Plan.  In the event that (i) a Ballot, (ii) a group of Ballots within a Voting Class received from a single creditor, or (iii) a group of Ballots received from the various Holders of multiple portions of a single Claim partially reject and partially accept the Plan, such Ballots may not be counted in the Debtors' discretion.

**B.      Parties Not Entitled to Vote**.

Holders of Claims in Class 4 (Other Secured Claims) and Class 7 (Priority Non-Tax Claims) will (i) receive full recovery of their Allowed Claims under the Plan, (ii) have their Claims adjusted or reinstated, or (iii) otherwise receive treatment in the Debtors' or Reorganized Debtors' discretion as to render such Holder's Claim Unimpaired (collectively, the "**Unimpaired Classes**").  Pursuant to section 1126(f) of the Bankruptcy Code, the Holders of such Claims in these Unimpaired Classes are conclusively presumed to accept the Plan and, accordingly, are not entitled to vote on the Plan.

Holders of Claims and Interests in Class 9 (Intercompany Claims), and Class 10 (Intercompany Interests) are Unimpaired and such Holders are conclusively presumed to have accepted the Plan pursuant to section 1126(f) of the Bankruptcy Code and, accordingly, are not entitled to vote on the Plan (together with the Unimpaired Classes, the "**Non-Voting Classes**").

Holders of Miner Equipment Lender Secured Claims that elect Miner Equipment Lender Treatment Election 2 on their Class 3 Ballot shall not be entitled to vote any portion of their Miner Equipment Lender Deficiency Claim in Class 8.

**C.      Voting Record Date.**

The Court has established **November 9, 2023** as the record date for purposes of determining (i) which Holders of Claims and Interests in the Voting Classes are entitled to vote on the Plan and (ii) which Holders of Claims and Interests are entitled to receive a Notice of Non-Voting Status (as defined below) (the "**Voting Record Date**").

**D.     Establishing Claim Amounts for Voting Purposes.**

**April Convertible Notes Secured Claims (Class 1)**.  The amount of each April Convertible Notes Secured Claim, for voting purposes only, will be each Holder's Pro Rata Share of $350,000,000.[3]

**August Convertible Notes Secured Claims (Class 2)**.  The amount of each August Convertible Notes Secured Claim, for voting purposes only, will be each Holder's Pro Rata Share of $360,000,000.[4]

**Miner Equipment Lender Secured Claims (Class 3)**.  The amount of each Miner Equipment Lender Secured Claim, for voting purposes only, will be each Holder's applicable Allowed Miner Equipment Lender Secured Claim Amount, which is set forth on the Miner Equipment Lender Claims Schedule, attached to the Plan as Exhibit K, in the column titled "Allowed Miner Equipment Lender Secured Claim (as of the Petition Date)."  For the avoidance of all doubt, each Holder of a Miner Equipment Lender Secured Claim in Class 3 will vote in an individualized subclass of Class 3 with respect to such Holder's Miner Equipment Lender Secured Claim.

**M&M Lien Secured Claims (Class 5)**.  The amount of each M&M Lien Secured Claim, for voting purposes only, will be each Holder's applicable Allowed M&M Lien Secured Claim Amount, which is set forth on the M&M Lien Claims Schedule, attached to the Plan as Exhibit J, in the column titled "Amount of Allowed M&M Lien Secured Claim."[5]

**Secured Mortgage Claims (Class 6)**.  The amount of each Secured Mortgage Claim, for voting purposes only, will be each Holder's applicable Allowed Secured Mortgage Claim Amount, which is set forth on the Secured Mortgage Claims Schedule, attached to the Plan as Exhibit L, in the column titled "Allowed Secured Claim (as of the Petition Date)."

**General Unsecured Claims (Class 8)**.  Except as otherwise provided herein and solely to the extent such Claimant is entitled to vote under these procedures, the amount of each General Unsecured Claim in Class 8, for voting purposes only, shall be established pursuant to the following hierarchy:

(a) if a Claim has been estimated or otherwise Allowed for voting purposes by order of the Court, such Claim is temporarily Allowed in the amount so estimated or Allowed by this Court;

(b) if (a) does not apply, and a Claim constitutes a Miner Equipment Lender Deficiency Claim, each Holder's applicable Allowed Miner Equipment Lender Deficiency Claim Amount,

---

[3] For the avoidance of all doubt, for distribution purposes the April Convertible Notes Secured Claim shall include postpetition interest at the applicable contract rate for the period following January 15, 2024.

[4] For the avoidance of all doubt, for distribution purposes the August Convertible Notes Secured Claim shall include postpetition interest at the applicable contract rate for the period following January 15, 2024.

[5] For the avoidance of all doubt, all Holders of M&M Lien Claims that have settled such Claim with the Debtors will not be entitled to vote.

which is set forth on the Miner Equipment Lender Claims Schedule, attached to the Plan as Exhibit K, in the column titled "Allowed Deficiency Claim (as of the Petition Date)"; *provided*, that if a Holder of a Miner Equipment Lender Secured Claim elects Miner Equipment Lender Treatment Election 2 on its Class 3 Ballot, such Holder shall not be entitled to vote any portion of its Miner Equipment Lender Deficiency Claim in Class 8.

(c) if neither (a) nor (b) applies, but the Claim has been estimated or otherwise Allowed for voting purposes pursuant to a stipulation, settlement, or other agreement in writing reached between the applicable Debtor(s) and the holder of the Claim (whether such stipulation, settlement, or agreement is filed or not), such Claim is temporarily Allowed against such Debtor(s) in the amount set forth in the stipulation, settlement, or other agreement;

(d) if neither (a), (b), nor (c) applies, then in the liquidated, non-contingent, and undisputed amount set forth on a proof of claim timely filed in accordance with the Bar Date Order as of the Voting Record Date; *provided that*, if the amount set forth on a timely-submitted proof of claim is wholly unliquidated, contingent, and/or disputed (as determined on the face of the Claim or based on reasonable review by the Debtors and/or the Voting Agent), then the Claim shall be temporarily allowed for voting purposes in the amount of $1.00;

(e) if neither (a), (b), (c), nor (d) applies, then in the liquidated, non-contingent, and undisputed amount set forth on the Debtors' Schedules; *provided that*, if the Claim appearing on the Debtors' Schedules is either contingent, unliquidated, and/or disputed, or in a $0.00 amount, then the Claim shall be disallowed for voting purposes, except to the extent that such creditor's deadline to file a Claim arising from any rejection of an Executory Contract or Unexpired Lease to which such creditor is party has not yet occurred; *provided*, that, to the extent such creditor's deadline to file a Claim has not yet occurred, such creditor will be entitled to vote in the amount of $1.00 on account of such Claim;

(f) notwithstanding anything to the contrary contained herein, any creditor who has filed or purchased duplicate Claims within the same Voting Class may be provided with only one Solicitation Package and one Ballot for voting a single Claim in such Class, regardless of whether the Debtors have objected to such duplicate Claims; and

(g) if a Proof of Claim has been amended by a later Proof of Claim that is filed on or prior to the Bar Date, the later filed amended Proof of Claim shall be entitled to vote in a manner consistent with these tabulation rules, and the earlier filed Proof of Claim shall be disallowed for voting purposes, regardless of whether the Debtors have objected to such amended claim.  Except as otherwise ordered by the Court, any amendments to Proofs of Claim after the Bar Date shall not be considered for purposes of these tabulation rules.

**Section 510(b) Claims (Class 11)**.  Except as otherwise provided herein, each Section 510(b) Claim will be accorded one (1) vote and valued at $1.00 for voting purposes only, and not for purposes of allowance or distribution, unless (i) such Claim amount for voting purposes is disputed in the manner set forth below for filing a Rule 3018(a) motion, in which case the Claim amount shall be an amount that the Court deems appropriate for the purpose of voting to accept or

reject the Plan or (ii) such Claim is Disallowed prior to the Voting Deadline, in which case the Votes will not be counted.

For the avoidance of doubt, with respect to any Proofs of Claim filed on behalf of an entire purposed class of claimants (including a class of claimants comprised of any current or former beneficial owners of equity securities of Core Scientific, Inc. purchased during the period from January 3, 2022 through December 20, 2022, inclusive (the "**Other Beneficial Owners**")), including Proofs of Claim Nos. 556 and 632 (collectively, the "**Purported Class POCs**"):

(a) only the individual filing the Purported Class POC (the "**POC Filing Party**") shall be entitled to vote to accept or reject the Plan;

(b) the POC Filing Party shall be entitled to one (1) vote in the amount of $1.00 on behalf of the individual claim asserted by the POC Filing Party in its individual capacity in the applicable Purported Class POC; and

(c) any Other Beneficial Owner that did not file a Proof of Claim shall not be entitled to vote to accept or reject the Plan.

**Existing Common Interests (Class 12)**.  The amount of each Existing Common Interest for voting purposes only will be established by reference to (a) the applicable books and records of the Debtors' transfer agent, which shall be provided by the transfer agent to the Voting Agent no later than two (2) Business Days following the Voting Record Date and (b) the books and records of the applicable Equity Nominee (defined below) as of the Voting Record Date as evidenced by the securities position report from The Depository Trust Company (the "**DTC**").

**General**.

If the Debtors have filed an objection to, a request for estimation of, or an adversary proceeding relating to a Claim or Interest on or before **December 1, 2023 at 5:00 p.m. (Prevailing Central Time)**, such Claim or Interest shall be temporarily Disallowed for voting purposes, except as ordered by the Court before the Voting Deadline; *provided*, *however*, that, if the Debtors' objection seeks only to reclassify or reduce the Allowed amount of such Claim or Interest, then such Claim or Interest is temporarily Allowed for voting purposes in the reduced amount and/or as reclassified (as applicable), except as may be ordered by the Court before or concurrent with, entry of an order confirming the Plan; *provided*, *further*, that if the Debtors' objection seeks only to disallow a Proof of Claim purportedly filed on behalf of a class of claimants, then such Claim is temporarily Allowed for voting purposes only as to the individual that filed such Proof of Claim and not as to the class of claimants on behalf of which such Proof of Claim was filed.

If any Holder seeks to challenge the Allowed amount of its Claim or Interest for voting purposes, such creditor must file with the Court a motion for an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing such Claim or Interest for voting purposes in a different amount (a "**Rule 3018(a) Motion**").  Any Rule 3018(a) Motion must be filed with the Court so as to be actually received not later than **December 8, 2023 at 5:00 p.m. (Prevailing Central Time)**.

Upon the filing of any such Rule 3018(a) Motion, such Holder's Provisional Ballot shall be counted in accordance with the above-designated guidelines, unless temporarily Allowed in a different amount by an order of the Court entered prior to or concurrent with entry of an order confirming the Plan.

For purposes of the numerosity requirement of section 1126(c) of the Bankruptcy Code, separate Claims held by a single Holder in a particular Class shall be aggregated as if such Holder held one Claim in the Debtor in such Class, and the votes related to such Claims shall be treated as a single vote to accept or reject the Plan.

**E.     Form, Content, and Manner of Notices.**

1.     **Voting Agent**.

The Debtors have retained Stretto, Inc. ("**Stretto**" or the "**Voting Agent**") as their claims, noticing, and solicitation agent pursuant to the *Order Authorizing the Employment and Retention of Stretto, Inc. As Claims, Noticing, and Solicitation Agent* (Docket No. 28).  Pursuant to the Disclosure Statement Order, Stretto is authorized to assist the Debtors in (i) distributing the Solicitation Packages, (ii) receiving, tabulating, and reporting on Ballots cast to accept or reject the Plan by Holders of Claims and Interests, (iii) responding to inquiries from Holders of Claims and Interests and other parties in interest relating to the Disclosure Statement, the Plan, the Ballots, the Solicitation Packages, and all other related documents and matters related thereto, including the procedures and requirements for voting to accept or reject the Plan and for objecting to the Plan or Disclosure Statement, (iv) soliciting votes on the Plan, and (v) if necessary, contacting creditors and equity holders regarding the Plan, the Ballots, the Solicitation Packages and all other related documents and matters related thereto.

2.     **The Solicitation Package**.

The following materials shall constitute the Solicitation Package:

(a)     the Disclosure Statement Order, as entered by the Court (without attachments, except as set forth below);

(b)     the Disclosure Statement with all exhibits thereto, including the Plan;

(c)     a copy of these Solicitation and Voting Procedures, annexed as **Exhibit 2** to the Disclosure Statement Order;

(d)     the *Notice of (I) Conditional Approval of Disclosure Statement, (II) Approval of (A) Solicitation and Voting Procedures and (B) Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (III) Combined Hearing to Consider Final Approval of the Disclosure Statement and Confirmation of the Plan; And (IV) Establishing Notice and Objection Procedures for Final Approval of the Disclosure Statement and Confirmation of the Plan* annexed as **Exhibit 1** to the Disclosure Statement Order (the "**Combined Hearing Notice**");

(e)      if the recipient is entitled to vote on the Plan (as set forth herein), a Ballot customized (where possible and appropriate) for such Holder and conforming to Official Bankruptcy Form No. B 314, in the form described below;[6] and

(f)      a postage-prepaid return envelope.

Holders of Claims or Interests in a Non-Voting Class shall only receive the Combined Hearing Notice and the Notice of Non-Voting Status (as defined and described below).

3.      **Distribution of the Solicitation Package.**

The Solicitation Package shall provide the Plan and the Disclosure Statement as well as the Disclosure Statement Order (without attachments except the Solicitation and Voting Procedures annexed as **Exhibit 2** thereto) in electronic format (*i.e.*, USB flash drive format). Moreover, the Plan and Disclosure Statement will be available at no charge via the internet at https://cases.stretto.com/CoreScientific.  Only the Ballots and the Combined Hearing Notice will be provided in paper format.  Any creditor or equity holder for which service by USB flash drive imposes a hardship may request an additional copy of the Disclosure Statement (and attachments) and Disclosure Statement Order with Solicitation and Voting Procedures in paper format by contacting Stretto through (i) e-mail at CoreScientificInquiries@stretto.com, (ii) by writing to Core Scientific, Inc., c/o Ballot Processing Center, C/O Stretto, Inc. 410 Exchange, Suite 100 Irvine, CA 92602, or (iii) via telephone, toll-free, at 949.404.4152 (Toll-Free) or +1 888.765.7875 (if calling from outside the U.S.) (outside of the U.S. and Canada).  Upon receipt of such request, the Debtors will provide such creditor or equity holder with a paper copy of the Plan, Disclosure Statement, and Disclosure Statement Order at no cost to the creditor or equity holder within five (5) days of such request or as soon as reasonably practicable thereafter.

The Debtors shall mail to Holders of Claims and Interests in Voting Classes entitled to vote on the Plan as of the Voting Record Date the Solicitation Packages by November 17, 2023, or as soon as reasonably practicable thereafter (the "**Solicitation Mailing Deadline**").   The Debtors will also provide complete Solicitation Packages (excluding Ballots) to the U.S. Trustee and all parties in interest required to be notified under Bankruptcy Rule 2002 and Local Rule 2002-1.

The Debtors are not required to mail Solicitation Packages to creditors or interest holders (i) who have Claims or Interests that have already been paid in full during the Chapter 11 Cases, (ii) whose prior mailings in these chapter 11 cases were returned as undeliverable and who have not provided a forwarding address by the Voting Record Date, (iii) who hold Class 4 (Other Secured Claims), Class 7 (Priority Non-Tax Claims), Class 9 (Intercompany Claims), or Class 10 (Intercompany Interests), and/or (iv) who are not otherwise entitled to vote to accept or reject the Plan in accordance with the terms and provisions of these Solicitation and Voting Procedures.

---

[6]  Official Bankruptcy Form No. B 314 can be found at http://www.uscourts.gov/forms/bankruptcy-forms, the official website for the United States Bankruptcy Courts.

In the event that the United States Postal Service returns any mailings as undeliverable, the Debtors are excused from mailing Solicitation Packages or Notices of Non-Voting Status to addresses from which the Debtors received mailings returned as undeliverable.  For purposes of serving the Solicitation Packages and Notices of Non-Voting Status, the Debtors may rely on the address information for the Holders of Claims and Interests as compiled, updated, and maintained by the Voting Agent as of the Voting Record Date.  The Debtors and the Voting Agent are not required to conduct any additional research for updated addresses based on undeliverable Solicitation Packages (including Ballots) and will not be required to resend Solicitation Packages or other materials, including Notices of Non-Voting Status, that are returned as undeliverable unless the Debtors are provided with accurate addresses for such parties prior to the Voting Record Date.

To avoid duplication and reduce expenses, the Debtors will use commercially reasonable efforts to ensure that each Holder of a Claim or Interest receives no more than one Solicitation Package (and, therefore, one Ballot) on account of such Claim or Interest and with respect to that Class as against the Debtors.

4.    **Forms of Ballots.**

Holders of Claims and Interests in the Voting Classes that are eligible to vote (as set forth herein) shall receive ballots substantially in the forms attached to the Disclosure Statement Order as **Exhibits 3–12** (the "**Ballots**"), as applicable.[7]  All Holders of Claims and Interests in the Voting Classes will receive a Ballot that includes an election to opt out of the non-debtor release provisions in section 10.6(b) of the Plan (the "**Non-Debtor Release Provisions**").  Holders of Claims and Interests in the Voting Classes that properly and timely elect to opt out of the Non-Debtor Release Provisions will not be a Releasing Party or Released Party under the Plan.

The Debtors will distribute Ballots to each of the Holders of Claims or Interests in Voting Classes; *provided*, that the following procedures shall apply, as applicable:

***Holders of Miner Equipment Lender Claims in Class 3 and Class 8.***

Each Holder of a Miner Equipment Lender Claim will receive two Ballots: one Ballot on account of its Miner Equipment Lender Secured Claim in Class 3 and one Ballot on account of its Miner Equipment Lender Deficiency Claim, which constitutes a General Unsecured Claim in Class 8.  Furthermore, as described in the Plan and section 7 below, each Holder of a Miner Equipment Lender Claim will be entitled to elect on its Ballot to receive the Default Miner Equipment Lender Treatment, Miner Equipment Lender Treatment Election 1, or Miner Equipment Lender Treatment Election 2.  Notwithstanding the election option chosen by a Holder of a Miner Equipment Lender Secured Claim in Class 3 pursuant to the Plan, each Holder of a Miner Equipment Lender Deficiency Claim shall be entitled vote its Miner Equipment Lender Deficiency Claim in Class 8; *provided*, that, as provided in the Plan, if such Holder elects Miner

---

[7]  Stretto is required to retain all paper copies of Ballots and all solicitation-related correspondence for one (1) year following the Effective Date, whereupon, Stretto is authorized to destroy and/or otherwise dispose of all paper copies of Ballots; printed solicitation materials including unused copies of the Solicitation Package; and all solicitation-related correspondence (including undeliverable mail), in each case unless otherwise directed by the Debtors or the Clerk of the Court in writing within such one (1) year period.

Equipment Lender Treatment Election 2 on its Ballot, such Holder shall waive its recovery on account of its Miner Equipment Lender Deficiency Claim in Class 8 and shall not be entitled to vote in Class 8.

***Holders of Existing Common Interests in Class 12.***

The Debtors are authorized to distribute the following three forms of Ballots with respect to Existing Common Interests in Class 12: (i) a form of Ballot for registered holders of Class 12 (the "**Equity Registered Holder Ballot**"); (ii) a form of Ballot for a beneficial holder of Class 12 (an "**Equity Beneficial Holder**," and the corresponding ballot, the "**Equity Beneficial Holder Ballot**"); and (iii) a form of Ballot for the bank, broker, or other financial institution "in street name" at DTC on behalf of the Equity Beneficial Holder (the "**Equity Nominee**") (or agent thereof) to transmit the votes of one or more beneficial owners (the "**Equity Master Ballot**").

Any registered holder holding an Existing Common Interest shall vote on the Plan by completing and signing an Equity Registered Holder Ballot on its own behalf and returning such Ballot directly to the Voting Agent on or before the Voting Deadline.

The following additional procedures shall apply to Interests of Equity Beneficial Holders who hold their position at DTC in "street name" through an Equity Nominee:

(a) the Voting Agent shall distribute, or cause to be distributed, the appropriate number of copies of Ballots to Equity Nominees identified by the Voting Agent as entities through which Equity Beneficial Holders hold Existing Common Interests as of the Voting Record Date;

(b) any Equity Nominee that is a holder of record with respect to Existing Common Interests shall solicit votes from Equity Beneficial Holders of such claims and interests by: (i) distributing the Solicitation Packages, including the Equity Beneficial Holder Ballots, as applicable, it receives from the Voting Agent to all such Equity Beneficial Holders, no later than five (5) business days following receipt of the Solicitation Package[8]; (ii) providing such Equity Beneficial Holders with a return address and envelope to send Ballots; (iii) promptly collecting Equity Beneficial Holder Ballots from such Beneficial Holders that cast votes on the Plan; (iv) compiling and validating the votes and other relevant information of all such Equity Beneficial Holders on the Equity Master Ballot; and (v) transmitting the applicable Equity Beneficial Holder Ballot to the Voting Agent by the Voting Deadline;

(c) any Equity Beneficial Holder holding an Existing Common Interest in "street name" through an Equity Nominee must vote on the Plan through such Equity Nominee by completing and signing the Equity Beneficial Holder Ballot and returning such Ballot to

---

[8] Solicitation Packages may be sent in paper format or via electronic transmission in accordance with the customary requirements of each Equity Nominee.  Each Equity Nominee will then distribute the Solicitation Packages, as appropriate, in accordance with its customary practices and obtain votes to accept or to reject the Plan also in accordance with its customary practices.  If it is the Equity Nominee's customary and accepted practice to submit a "voting instruction form" to the Equity Beneficial Holders for the purpose of recording the Equity Beneficial Holder's vote, the Equity Nominee will be authorized to send the voting instruction form in lieu of, or in addition to, an Equity Beneficial Holder Ballot.

the appropriate Equity Nominee as promptly as possible and in sufficient time to allow such Equity Nominee to process the Ballot and return the Equity Master Ballot to the Voting Agent prior to the Voting Deadline.  Any Equity Beneficial Holder holding an Existing Common Interest in a "street name" that submits an Equity Beneficial Holder Ballot to the Debtors or Voting Agent will not have such Equity Beneficial Holder Ballot counted for purposes of accepting or rejecting the Plan;

(d) any Equity Beneficial Holder Ballot returned to an Equity Nominee by an Equity Beneficial Holder shall not be counted for purposes of accepting or rejecting the Plan until such Equity Nominee properly completes and delivers to the Voting Agent the Equity Master Ballot that reflects the vote of such Equity Beneficial Holders by the Voting Deadline or otherwise validates the Equity Beneficial Holder Ballot in a manner acceptable to the Voting Agent.  Equity Nominees shall retain all Equity Beneficial Holder Ballots returned by Equity Beneficial Holders for a period of one (1) year after the Effective Date of the Plan;

(e) if an Equity Beneficial Holder holds an Existing Common Interest through more than one Equity Nominee or through multiple accounts, such Equity Beneficial Holder may receive more than one Equity Beneficial Holder Ballot and each such Equity Beneficial Holder should execute a separate Equity Beneficial Holder Ballot for each block of Existing Common Interests that it holds through any Equity Nominee and must return each such Equity Beneficial Holder Ballot to the appropriate Equity Nominee;

(f) if an Equity Beneficial Holder holds a portion of its Existing Common Interests through an Equity Nominee or Equity Nominees and another portion in its own name as the record holder, such Equity Beneficial Holder should follow the procedures described herein to vote the portion held in its own name and the procedures described in the rest of this section to vote the portion held by the Equity Nominee(s); and

(g) Equity Beneficial Holders holding Existing Common Interests through an Equity Nominee must return their paper ballot to its Equity Nominee, unless, at the option of the Equity Nominee, the Equity Nominee instructs their Equity Beneficial Holders that they may relay votes or voting instructions electronically or otherwise to the Equity Nominee or the entity preparing the Equity Master Ballot on such Equity Nominee's behalf, and Equity Nominees may use their customary procedures for obtaining such votes electronically or otherwise.

5.      **Notice of Non-Voting Status and Release Opt Out Formns.**

Holders of Claims and Interests in the Non-Voting Classes in lieu of a Solicitation Package, will receive (i) the Combined Hearing Notice (ii) a Notice of Non-Voting Status substantially in the form attached to the Disclosure Statement Order as **Exhibit 13** (the "**Notice of Non-Voting Status**"), and (iii) a Release Opt Out Form (as defined below); *provided* that, the Debtors are not required to serve Holders of Claims and Interests in Class 9 (Intercompany Claims) and Class 10 (Intercompany Interests) copies of the Combined Hearing Notice, Notice of Non-Voting Status, or any other type of notice in connection with solicitation of the Plan because such Claims and Interests are held by the Debtors or the Debtors' affiliates.

The Notice of Non-Voting Status provides (i) notice of the Court's conditional approval of the Disclosure Statement, (ii) notice of the filing of the Plan and Disclosure Statement, (iii) notice of the Holders' non-voting status, and (iv) information about how to obtain copies of the Disclosure Statement and Plan.  In addition, the Notice of Non-Voting Status contains the full text of the release, exculpation, and injunction provisions set forth in Article X of the Plan and advises such Holders in Non-Voting Classes that they will be bound by the Non-Debtor Release Provisions unless they timely and properly opt out.

The Debtors shall cause to be mailed a release opt out form, substantially in the form attached to the Disclosure Statement Order as **Exhibit 14** (the "**Release Opt Out Form**"), to Holders of Claims in Class 4 (Other Secured Claims) and Class 7 (Priority Non-Tax Claims). For Holders of Claims and Interests in the Voting Classes, the opt out option shall be on such Holder's Ballot.

In addition, Other Beneficial Owners shall receive a Release Opt Out Form and Combined Hearing Notice.  The Debtors shall cause to be mailed (i) the Release Opt Out Form and (ii) the Combined Hearing Notice, to the banks, brokers, and financial institutions (or their agents) that might have purchased equity securities in "street name" (collectively, including their agents, the "**Nominees**") on behalf of the Other Beneficial Owners.  With their mailing, the Debtors shall include instructions to the Nominees concerning the requirements in subparagraphs (a)–(d) below.

(a) such Nominees shall either: (i) within seven (7) calendar days of receipt of the Release Opt Out Form and Confirmation Hearing Notice, request from the Debtors sufficient copies of the Release Opt Out Form and Confirmation Hearing Notice to forward to all such beneficial owners and within seven (7) calendar days of receipt of those notices and claim forms forward them to all such beneficial owners; or (ii) within seven (7) calendar days of receipt of the Release Opt Out Form and Confirmation Hearing Notice, provide a list of the names and addresses of all such beneficial owners to the Debtors and the Debtors shall send the Release Opt Out Form and Confirmation Hearing Notice promptly to such identified beneficial owners.

(b) Nominees that elect to send the Release Opt Out Form and Confirmation Hearing Notice to their beneficial owners shall also send a statement to the Debtors and Stretto confirming that the mailing was made and shall retain their mailing records for use in connection with any further notices that may be provided in these Chapter 11 Cases.

(c) if it is the Nominee's customary and accepted practice to forward such materials to beneficial owners by e-mail, e-delivery, or any other method of electronic or printed communication, the Nominees are authorized to follow those customary practices, within seven (7) calendar days of receipt of the materials, in lieu of sending actual printed copies of the Release Opt Out Form and Confirmation Hearing Notice.

(d) within seven (7) calendar days of forwarding such notice, the Nominees may request reimbursement for reasonable and documented noticing costs and research fees, if any, by making such request in writing to the Debtors at the address to be provided by Stretto to the Nominees.

A Holder or Other Beneficial Owner that properly and timely elects on the Release Opt Out Form to opt out of the Non-Debtor Release Provision will not be a Releasing Party or Released Party under the Plan.  An encrypted opt-out data and audit trail will be created through the electronic submission process and become part of the record of any opt-out election submitted in this manner.  Additionally, any Holder's or Other Beneficial Owner's electronic signature will be deemed to be legally valid and effective immediately.  For the avoidance of doubt, Voting Agent's online portal at https://cases.stretto.com/CoreScientific (the "**Online Portal**") is the sole method for Holders of Claims and Interests in Non-Voting Classes and Other Beneficial Owners to transmit opt-out elections electronically. All Release Opt Out Forms must be properly completed and returned by **December 13, 2023 at 5:00 p.m. (Prevailing Central Time)** (the "**Opt Out Deadline**") either by (i) delivering the Release Opt Out Form to the Voting Agent by first-class mail, hand delivery, or overnight courier or (ii) submitting the Release Opt Out Form by electronic, online transmission through the Online Portal, each in accordance with the instructions included on the Release Opt Out Form.

6.      **Voting Deadline.**

The Court has established **December 13, 2023** as the deadline to submit votes to accept or reject the Plan (the "**Voting Deadline**").  The Debtors may extend the Voting Deadline, in their discretion, without further order of the Court.  To be counted as a vote to accept or reject the Plan, each Ballot must be properly executed, completed, and delivered to the Voting Agent: (i) by first-class mail in the return envelope provided with each Ballot; (ii) by overnight mail; (iii) by hand delivery, (iv) via E-Ballot through the Online Portal, or, (v) only with respect to Equity Master Ballots, via electronic mail to CoreScientificInquiries@stretto.com so that (in each instance) it is **actually received** by the Voting Agent no later than the Voting Deadline.

Holders of Claims and Interests mailing their Ballots to the Voting Agent shall mail them to the following address:

| **STRETTO'S ADDRESS FOR RECEIPT OF PAPER BALLOTS (WHETHER BY HAND DELIVERY, OVERNIGHT MAIL, OR FIRST CLASS MAIL)** |
|---|
| **CORE SCIENTIFIC, INC.**<br>**BALLOT PROCESSING CENTER**<br>**C/O STRETTO, INC.**<br>**410 EXCHANGE, SUITE 100**<br>**IRVINE, CA 92602** |

In all instances, Holders shall consult their Ballot for specific instructions regarding submission of their votes and any elections.

7.      **Tabulation Procedures.**

***General Rules.***

The following voting procedures and standard assumptions shall be used in tabulating Ballots, subject to the Debtors' right to waive any of the below specified requirements

for completion and submission of Ballots so long as such requirement is not otherwise required by the Bankruptcy Code, Bankruptcy Rules, or Bankruptcy Local Rules:

(a) whenever a Holder of Claims or Interests casts more than one Ballot voting the same Claims and Interests before the Voting Deadline, the latest dated valid Ballot received on or before the Voting Deadline shall be deemed to reflect such creditor's or equity security holder's intent and thus, supersede any previously received, Ballot.  Following the Voting Deadline, no Ballot may be changed or revoked, absent further order of the Court or as directed by the Debtors.

(b) whenever a Holder of Claims or Interests casts a Ballot that is properly completed, executed, and timely returned to the Voting Agent but does not indicate either an acceptance or rejection of the Plan, the Ballot will not be counted.

(c) whenever a Holder of Claims or Interests casts a Ballot that is properly completed, executed, and timely returned to the Voting Agent but indicates both an acceptance and a rejection of the Plan, the Ballot will not be counted.

(d) a Holder shall be deemed to have voted the full amount of its Claim or Interest in each Class and shall not be entitled to split its vote within a particular Class or between more than one Debtor.  Any such Holder's Ballot that partially accepts and partially rejects the Plan, between the same or multiple Debtors, will not be counted.

(e) a Person signing a Ballot in its capacity as a trustee, executor, administrator, guardian, attorney in fact, officer of a corporation, or otherwise acting in a fiduciary or representative capacity of a Holder of Claims or Interests should indicate such capacity when signing, and if so requested by the Debtors or the Voting Agent, must submit proper evidence satisfactory to the Debtors of its authority to so act.

(f) a Holder of Claims or Interests against more than one Debtor that casts a single Ballot shall have its votes counted separately with respect to each such Debtor.

(g) a Holder of Claims or Interests in more than one Class must use separate Ballots for each Class of Claims or Interests.

(h) the Debtors, unless subject to contrary order of the Court, may waive any defects or irregularities as to any particular irregular Ballot at any time, either before or after the Voting Deadline.

(i) Holders in Class 3 shall receive two Ballots: (i) a Class 3 Ballot to vote the Allowed Miner Equipment Lender Secured Claims, and (ii) a Class 8 Ballot to vote the Allowed Miner Equipment Lender Deficiency Claims.  Holders of Allowed Miner Equipment Lender Secured Claims and Allowed Miner Equipment Lender Deficiency Claims must vote each ballot consistently, either to accept or reject the Plan.  Holders that vote inconsistently may have their vote(s) discarded.  If a Holder of an Allowed Miner Equipment Lender Secured Claim elects Miner Equipment Lender Election 2 on its Class 3 Ballot and submits a Ballot on account of its Miner Equipment Lender Deficiency Claim in Class 8, such Class 8 Ballot shall be discarded.

(j)  the following Ballots shall not be counted:

   i.  any Ballot received after the Voting Deadline, unless the Debtors shall have granted an extension of the Voting Deadline in writing with respect to such Ballot or waived the late submission;

   ii.  any Ballot that is illegible or contains insufficient information to permit the identification of the voting party;

   iii.  any Ballot cast by a person or entity that does not hold a Claim or Interest in a Class that is entitled to vote to accept or reject the Plan;

   iv.  any Ballot cast by a Person or Entity that is not entitled to vote, even if such individual or Entity holds a Claim or Interest in a Voting Class;

   v.  any unsigned Ballot, provided that E-Ballots submitted on the Online Portal will be deemed to contain a legal, valid signature;

   vi.  any Ballot containing a vote that the Court determines, after notice and a hearing, was not solicited or procured in good faith or in accordance with the provisions of the Bankruptcy Code; or

   vii.  any Ballot transmitted to the Voting Agent by e-mail (other than an Equity Master Ballot) or facsimile or other means not specifically approved herein.

***Rules for Existing Common Interests.***

The following rules will apply with respect to the tabulation of Equity Master Ballots cast by Equity Nominees for Equity Beneficial Holders of Existing Common Interests:

(a)  votes cast by Equity Beneficial Holders through Equity Nominees will be applied to the applicable positions of Existing Common Interests held by such Equity Nominees as of the Voting Record Date, as evidenced by the applicable records.  Votes submitted by an Equity Nominee will not be counted in excess of the amount of such Existing Common Interests held by such Equity Nominee as of the Voting Record Date;

(b)  if conflicting votes or "over votes" are submitted by an Equity Nominee, the Debtors will use reasonable efforts to reconcile discrepancies with the Equity Nominees;

(c)  if over votes on an Equity Master Ballot are not reconciled prior to the preparation of the vote certification, the Debtors shall apply the votes to accept and to reject the Plan in the same proportion as the votes to accept and to reject the Plan submitted on the Equity Master Ballot that contained the over-vote; and

(d)  a single Equity Nominee may complete and deliver to the Voting Agent multiple Equity Master Ballots.  Votes reflected on multiple Equity Master Ballots will be counted, except to the extent that they are duplicative of other Equity Master Ballots.  If two or more Equity Master Ballots are inconsistent, the last dated, valid Equity Master Ballot received prior to

the Voting Deadline will, to the extent of such inconsistency, supersede and revoke any prior dated Equity Master Ballot.

***Rules for Election of Holders of Miner Equipment Lender Secured Claims in Class 3***.

Holders of Miner Equipment Lender Secured Claims in Class 3 are entitled to make certain elections on their Ballots as to the form of consideration they receive pursuant to the Plan. The following procedures will govern the tabulation of their elections:

As set forth in the Plan, each Holder of Allowed Miner Equipment Lender Secured Claims shall be entitled to elect on its Ballot to receive, in lieu of the Default Miner Equipment Lender Treatment, the Miner Equipment Lender Treatment Election 1. Furthermore, Settling Miner Equipment Lenders shall be entitled to elect on its Ballot to receive, in lieu of the Default Miner Equipment Lender Treatment, the Miner Equipment Lender Treatment Election 2. If a Holder of an Allowed Miner Equipment Lender Secured Claim does not make any elections on its Ballot, such Holder shall receive the Default Miner Equipment Lender Treatment. If a Holder of an Allowed Miner Equipment Lender Secured Claim elects Miner Equipment Lender Treatment Election 2 and is not, or does not become, a Settling Miner Equipment Lender, then such Holder shall receive the Default Miner Equipment Lender Treatment.

***Miscellaneous Rules.***

Each Holder of Claims or Interests that votes to accept or reject the Plan is deemed to have voted the full amount of its Claim or Interest therefor.

The Voting Agent may, but is not required to, contact parties who submit incomplete or otherwise deficient Ballots to make a reasonable effort to cure such deficiencies, provided that, neither the Debtors nor Voting Agent is required to contact such parties to provide notification of defects or irregularities with respect to completion or delivery of Ballots, nor will any of them incur any liability for failure to provide such notification. Unless waived, any defects or irregularities in connection with deliveries of Ballots must be cured within such time as the Debtors (or the Court) determines. Neither the Debtors nor any other person will be under any duty to provide notification of defects or irregularities with respect to deliveries of Ballots nor will any of them incur any liabilities for failure to provide such notification. Delivery of such Ballots will not be deemed to have been made until such irregularities have been cured or waived. Ballots previously furnished (and as to which any irregularities have not theretofore been cured or waived prior to the Voting Deadline) will be invalidated.

The Debtors and/or their Voting Agent, as applicable, are authorized to determine all questions as to the validity, form, eligibility (including time of receipt), acceptance, and revocation or withdrawal of Ballots, which determination will be final and binding on all parties.

The Debtors are authorized to reject any and all Ballots submitted by any Holders of Claims or Interests not in proper form, the acceptance of which would, in the opinion of the Debtors or their counsel, as applicable, be unlawful.

The Debtors are further authorized to waive any defects or irregularities or conditions of delivery as to any particular Ballot by any Holders of Claims or Interests. The interpretation (including the Ballot and the respective instructions thereto) by the Debtors in accordance with the foregoing sentence will be final and binding on all parties.

The Debtors or their Voting Agent shall file the Voting Report on or before **December 18, 2023**.

8.      **Combined Hearing Notice.**

Within three (3) days after entry of the Disclosure Statement Order, or as soon as reasonably practicable thereafter, the Debtors will serve the Notice Parties and Holders of Claims and Interests in the Non-Voting Classes via e-mail or first-class mail, a copy of the Combined Hearing Notice, which sets forth (i) the Voting Deadline, (ii) the Objection Deadline and procedures for filing objections and responses to confirmation of the Plan, (iii) the time, date, and place for the Combined Hearing, and (iv) information about the Plan's release and injunction provisions in compliance with Bankruptcy Rule 2002(c)(3). The Debtors will separately serve Holders of Claims and Interests in Voting Classes with the Combined Hearing Notice as part of their Solicitation Packages.

The Debtors may, in their discretion, give supplemental publication notice of the Combined Hearing, no later than twenty-eight (28) days prior to the Combined Hearing, in one or more local or foreign newspapers, trade journals, or similar publications as the Debtors deem appropriate.

**The Debtors reserve the right, and are authorized to, in consultation with the Requisite Consenting Creditors, make non-substantive or immaterial changes to the Disclosure Statement, Plan (including, for the avoidance of doubt, the Plan Supplement), Ballots, Combined Hearing Notice, and related documents without further order of the Court, including, without limitation, changes to correct typographical and grammatical errors, if any, and to make conforming changes among the Disclosure Statement, the Plan, and any other materials in the Solicitation Packages before their distribution; *provided* that all such modifications shall be made in accordance with the terms of the document being modified and the Plan.**

# **Exhibit E**



**Exhibit E**
Relates to Class 2
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 1994 Steinfeld Family Trust | Robert Lieberman | 1925 Century Park East | Suite 2050 | Los Angeles | CA | 90067 | |
| Amplify Transformational Data Sharing ETF | c/o Paul Hastings LLP | Attn: Kris Hansen, Esq., Sayan Bhattacharyya, Esq. | 200 Park Avenue | New York | NY | 10166 | |
| Andrew Rosen 2004 Succession Insurance Trust | TAG Associates LLC | 810 Seventh Avenue | 7th Floor | New York | NY | 10019 | |
| Apollo Centre Street Partnership, L.P. | c/o Apollo Capital Management, L.P. | Attn: William B. Kuesel, Michael F. Lotito, Zachary Allen | 9 West 57th Street, 41st Floor | New York | NY | 10019 | |
| Apollo Lincoln Fixed Income Fund, L.P. | c/o Apollo Capital Management, L.P. | Attn: William B. Kuesel, Michael F. Lotito, Zachary Allen | 9 West 57th Street, 41st Floor | New York | NY | 10019 | |
| Apollo Moultrie Credit Fund, L.P. | c/o Apollo Capital Management, L.P. | Attn: William B. Kuesel, Michael F. Lotito, Zachary Allen | 9 West 57th Street, 41st Floor | New York | NY | 10019 | |
| Apollo Tactical Value SPN Investments, L.P. | c/o Apollo Capital Management, L.P. | Attn: William B. Kuesel, Michael F. Lotito, Zachary Allen | 9 West 57th Street, 41st Floor | New York | NY | 10019 | |
| Barkley Investments LLC | Attn: Jason Godfrey | 8231 Bay Colony Drive | Apt 802 | Naples | FL | 34108 | |
| Better Downtown Miami LLC | Attn: Debra L Slifkin Esq. | 4167 Main Street | | Jupiter | FL | 33458 | |
| BlackRock Credit Alpha Master Fund, L.P | c/o BlackRock Financial Management, Inc. | 50 Hudson Yards | | New York | NY | 10022 | |
| BlockFi Lending LLC | c/o Haynes and Boone, LLP | Attn: Matthew Ferris | 2801 N Harwood Street Suite 2300 | Dallas | TX | 75201 | |
| Cannon Investments LLC | c/o TAG Associates LLC | 810 Seventh Ave | 7th Floor | New York | NY | 10019 | |
| Corbin ERISA Opportunity Fund, Ltd. | Attn: General Counsel | 590 Madison Avenue, Suite 3101 | | New York | NY | 10022 | |
| Corbin Opportunity Fund, L.P. | Attn: General Counsel | 590 Madison Avenue, Suite 3101 | | New York | NY | 10022 | |
| Cyrptonic Black, LLC | Attn: Jennifer LaFrance | 801 S. Rampart Blvd. | | Las Vegas | NV | 89145 | |
| David Sarner | | Address Redacted | | | | | |
| Douglas Lipton | | Address Redacted | | | | | |
| Ferro Investments Ltd | Attn: Roberto Kriete Avila | 901 Ponce de Leon Blvd | Suite 701 | Miami | FL | 33134 | |
| FGK Investments Ltd | Attn: Roberto Kriete Avila | 901 Ponce de Leon Blvd | Suite 701 | Miami | FL | 33134 | |
| First Sun Investments, LLC | Attn: Brent Berge | 6718 E Rovey Ave | | Paradise Valley | AZ | 85253 | |
| Frank Polaro | | Address Redacted | | | | | |
| FTF Diversified Holdings, LP | Attn: Anthony Fadell | 121 Alhambra Plaza | Suite 1202 | Coral Gables | FL | 33134 | |
| Galaxy Digital LP | Attn: Adam Lapayover, Legal & Compliance Dept. | 300 Vesey St., 13th Floor | | New York | NY | 10282 | |
| Gullane Capital Partners, LLC | Attn: Richard A. Miller III (Trip) | 640 S. Perkins Rd. | | Memphis | TN | 38117 | |
| Gullane Digital Asset Partners QP, LLC | Attn: Richard A. Miller III (Trip) | 640 S. Perkins Rd. | | Memphis | TN | 38117 | |
| Gullane Digital Asset Partners, LLC | Attn: Richard A. Miller III (Trip) | 640 S. Perkins Rd. | | Memphis | TN | 38117 | |
| HC NCBR FUND | c/o BlackRock Financial Management, Inc. | 50 Hudson Yards | | New York | NY | 10022 | |
| James Pulaski | | Address Redacted | | | | | |
| Jason Capello | | Address Redacted | | | | | |
| John Badger Quinn | c/o Quinn Emanuel Urquhart & Sullivan, LLP | 865 S. Figueroa Street 10th Floor | | Los Angeles | CA | 90017 | |
| John P. Joliet | | Address Redacted | | | | | |
| JPAS - Credit LLC | c/o Jordan Park Group LLC | 100 Pine Street, Suite 2600 | | San Francisco | CA | 94111 | |
| JPAS - Credit-A S.P. | c/o Jordan Park Group LLC | 100 Pine Street, Suite 2600 | | San Francisco | CA | 94111 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 1 of 2



**Exhibit E**
Relates to Class 2
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| JPAS - Crypto Infrastructure LLC | c/o Jordan Park Group LLC | 100 Pine Street, Suite 2600 | | San Francisco | CA | 94111 | |
| JPAS - Crypto Infrastructure-A S.P. | c/o Jordan Park Group LLC | 100 Pine Street, Suite 2600 | | San Francisco | CA | 94111 | |
| JSK Partnership LLC | | 1691 Michigan Ave, Suite 445 | | Miami Beach | FL | 33139 | |
| KMR CS Holdings, LLC | | 377 5th Avenue, 5th Floor | | New York | NY | 10016 | |
| Leon J. Simkins Non-Exempt Trust FBO Michael Simkins | | Address Redacted | | | | | |
| Levbern Management LLC | Attn: Andrew Ward | 45625 Cielito Dr | | Indian Wells | CA | 92210 | |
| Marsico AXS CS LLC | Attn: Jonathan Marsico | 5251 DTC Parkway, Suite 410 | | Greenwood Village | CO | 80111 | |
| Massachusetts Mutual Life Insurance Company | Attn: Nathaniel Barker, Investment Management | 10 Fan Pier Blvd. | | Boston | MA | 02210 | |
| Milos Core LLC | Attn: Scott Packman | 1981 Marcus Avenue, Ste. E117 | | Lake Success | NY | 11042 | |
| Monbanc Inc. | Attn: Daniel Rafuse | 290 Lakeshore | | Pointe Claire | QC | H9S 413 | Canada |
| Neso Investment Group Ltd | Attn: Jennifer Kanold & Cristina Kriete Avila | 901 Ponce de Leon Blvd | Suite 701 | Miami | FL | 33134 | |
| Northdata Holdings Inc. | Attn: Daniel Rafuse | 290 Lakeshore | | Pointe Claire | QC | H9S 413 | Canada |
| OIP SPV Core Scientific | Matt McMahon | 31 Hudson Yards | Suite #51 | New York | NY | 10001 | |
| OIP SPV CS | Attn: Matt McMahon | 31 Husdon Yards Suite #51 | | New York | NY | 10001 | |
| Omega Interceptor Restricted Ltd | | Abu Dhabi National Exhibition Centre | Andaz Capital Gate, 10th Floor | Abu Dhabi | | | United Arab Emirates |
| Pescadero Capital, LLC | Attn: Mark Hickson, Kevin Norman, Paul Euseppi, Alan Liu | 700 Universe Blvd. | | Juno Beach | FL | 33408 | |
| Richard Katz 2016 GST TRUST | | Address Redacted | | | | | |
| Robert Fedrock | | Address Redacted | | | | | |
| Sabby Volatility Warrant Master Fund, Ltd. | c/o Paul Hastings LLP | Attn: Kris Hansen, Esq., Sayan Bhattacharyya, Esq. | 200 Park Avenue | New York | NY | 10166 | |
| SunnySide Consulting and Holdings, Inc. | | Address Redacted | | | | | |
| TBC 222 LLC | Attn: Matthew Sidmanmsidm | 8 Newbury St. | | Boston | MA | 02116 | |
| The Obsidian Master Fund | c/o BlackRock Financial Management, Inc. | 50 Hudson Yards | | New York | NY | 10022 | |
| TJC3 LLC | c/o Kensico Capital Management Corp | Attn: Terrance O'Malley | 55 Railroad Avenue, 2nd Floor | Greenwich | CT | 06830 | |
| Transatlantic Mobility Holdings II LLC | | 601 13th Street NW | | Washington | DC | 20005 | |
| Vineet Agrawal | | Address Redacted | | | | | |
| Wormser Family Partnership II, LP | Attn: Ken Wormser | 188 E 78th St | Fl 25 | New York | NY | 10075-0573 | |
| Xms Core Convert Holdings LLC | Attn: John Mcgarrity | 321 N. Clark Street, Suite 2440 | | Chicago | IL | 60654 | |

# **Exhibit F**

**No person has been authorized to give any information or advice, or to make any representation, other than what is included in the Disclosure Statement and other materials accompanying this Ballot.[1]**

**PLEASE NOTE THAT, EVEN IF YOU INTEND TO VOTE TO REJECT THE PLAN, YOU MUST STILL READ, COMPLETE, AND EXECUTE THIS ENTIRE BALLOT.**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **CORE SCIENTIFIC, INC.**, *et al.,* | § | Case No. 22-90341 (CML) |
| | § | |
| Debtors[2] | § | (Jointly Administered) |
| | § | |

### BALLOT FOR VOTING TO ACCEPT OR REJECT THE THIRD AMENDED JOINT CHAPTER 11 PLAN OF CORE SCIENTIFIC, INC. AND ITS AFFILIATED DEBTORS

### CLASS 2 (AUGUST CONVERTIBLE NOTES SECURED CLAIMS)

> **IN ORDER FOR YOUR VOTE TO BE COUNTED TOWARD CONFIRMATION OF THE PLAN, THIS BALLOT MUST BE COMPLETED, EXECUTED, AND RETURNED SO THAT IT IS <u>ACTUALLY RECEIVED</u> BY THE VOTING AGENT ON OR BEFORE DECEMBER 13, 2023 AT 5:00 P.M. (PREVAILING CENTRAL TIME) (THE "<u>VOTING DEADLINE</u>"), UNLESS EXTENDED BY THE DEBTORS WITH THE CONSENT OF THE REQUISITE CONSENTING CREDITORS.**

Core Scientific, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") are soliciting votes with respect to the *Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors*, filed on November 16, 2023 (Docket No. 1438) (as may be modified, amended, or supplemented, the "**Plan**"). The Plan is attached as <u>**Exhibit A**</u> to the *Disclosure Statement for Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors*, filed on

---

[1]   All capitalized terms used but not defined herein or in the enclosed voting instructions have the meanings ascribed to them in the Plan, attached as <u>Exhibit A</u> to the Disclosure Statement.

[2]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, Texas 78704.

November 16, 2023 (Docket No. 1439) (as may be modified, amended, or supplemented, the "**Disclosure Statement**").

Please use this Ballot to cast your vote to accept or reject the Plan if you are, as of November 9, 2023 (the "**Voting Record Date**"), a Holder of an August Convertible Notes Secured Claim.

The Disclosure Statement provides information to assist you in deciding whether to accept or reject the Plan. If you do not have the Disclosure Statement, you may obtain a copy from Stretto, Inc. (the "**Voting Agent**" or "**Stretto**") at no charge by accessing the Debtors' restructuring website at https://cases.stretto.com/CoreScientific.

If you have any questions on how to properly complete this Ballot, please contact the Voting Agent (i) by e-mail at CoreScientificInquiries@stretto.com, (ii) by writing to Core Scientific, Inc., Ballot Processing Center, c/o Stretto, Inc., 410 Exchange, Suite 100, Irvine, CA 92602, or (iii) via telephone at (949) 404-4152 (Toll-Free) or +1 (888) 765-7875 (if calling from outside the U.S.). Please be advised that the Voting Agent cannot provide legal advice. You may wish to seek legal advice concerning the Plan and the classification and treatment of your Class 2 August Convertible Notes Secured Claim under the Plan.

---

**IMPORTANT NOTICE REGARDING TREATMENT FOR AUGUST CONVERTIBLE NOTES SECURED CLAIMS IN CLASS 2**

As described in more detail in the Disclosure Statement, if the Plan is confirmed and the Effective Date occurs, except to the extent that a Holder of an Allowed August Convertible Notes Secured Claim agrees to a less favorable treatment of such Claim, each such Holder shall receive, in full and final satisfaction, settlement, release, and discharge of such Claim, on the Effective Date, or as soon as reasonably practicable thereafter, (i) such Holder's Pro Rata Reduced Convertible Notes Share of (a) the New Secured Convertible Notes and (b) the Convertible Noteholders Equity Distribution, (ii) such Holder's Pro Rata Convertible Notes Equity Distribution of the Contingent Payment Obligations, and (iii) such Holder's Pro Rata Total Convertible Notes Share of (a) the ERO Shortfall Equity Distribution (if any), and (b) the Incremental Convertible Noteholders Equity Distribution (if any); *provided* that any Holder of an Allowed August Convertible Notes Secured Claims that is an Exit Lender shall have its distribution of New Common Interests pursuant to the Convertible Noteholders Equity Distribution in the preceding clause (i)(b) reduced on a dollar-for-dollar basis in the amount of its respective share of the Designated Amount on account of such Holder's respective share of first-lien delayed draw term loans under the Exit Credit Agreement (for the avoidance of doubt without redistribution of such amounts so reduced being allocated to other Holders of Allowed Convertible Notes Claims); *provided*, *further*, that notwithstanding the foregoing, the distribution of the Incremental Convertible Noteholders Equity Distribution (if any) shall not occur until entry of a Final Order(s) approving the Professional Fee Claims of the Equity Committee.

**PLEASE READ THE DISCLOSURE STATEMENT AND PLAN FOR MORE DETAILS.**

---

The Plan can be confirmed by the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") and thereby made binding on you if it is accepted by the Holders of (i) at least two-thirds in amount of the Allowed Claims or Interests voted in each Impaired Class, and (ii) if the Impaired Class is a Class of Claims, more than one-half in number of the Allowed Claims voted in each Impaired Class, and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under the Bankruptcy Code. If the requisite acceptances are not obtained, the Bankruptcy Court may nonetheless confirm the Plan if it finds that the Plan (y) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan, and (z) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote or if you vote to reject the Plan. To have your vote counted, you must complete, sign, and return this Ballot to the Voting Agent by the Voting Deadline.

Your receipt of this Ballot does not indicate that your Claim(s) has been or will be Allowed. This Ballot is solely for purposes of voting to accept or reject the Plan and not for the purpose of allowance or disallowance of, or distribution on account of, Class 2 August Convertible Notes Secured Claims. You must provide all of the information requested by this Ballot. Failure to do so may result in the disqualification of your vote.

### NOTICE REGARDING CERTAIN RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS IN PLAN

**If you (i) vote to accept the Plan, (ii) are solicited to vote to accept or reject the Plan, but do not vote to either accept or reject the Plan, and do not opt out of granting the releases set forth in the Plan, (iii) vote, or are deemed, to reject the Plan or are presumed to accept the Plan but do not opt out of granting the releases set forth in the Plan, or (iv) were given notice of the opportunity to opt out of granting the releases contained in the Plan but do not opt out, you shall be deemed to have consented to the releases contained in Section 10.6(b) of the Plan. The releases as presented in the Plan are provided below:**

**SECTION 10.5      INJUNCTION.**

**Except as otherwise expressly provided in the Plan or for distributions required to be paid or delivered pursuant to the Plan or the Confirmation Order, all Entities that have held, hold, or may hold Claims or Interests that have been released pursuant to Section 10.6(a) or Section 10.6(b), shall be discharged pursuant to Section 10.3 of the Plan, or are subject to exculpation pursuant to Section 10.7, and all Subcontractors and all other parties in interest are permanently enjoined, from and after the Effective Date, from taking any of the following actions against, as applicable, the Debtors, the Reorganized Debtors, the Released Parties, and/or the Exculpated Parties (to the extent of the exculpation provided pursuant to Section 10.7 with respect to the Exculpated Parties): (i) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests; (ii) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such Claims or Interests; (iii) creating, perfecting, or enforcing any Lien or encumbrance of any kind against such Entities or the property or the estates of such Entities on account of or in**

connection with or with respect to any such Claims or Interests; (iv) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such Claims or Interests unless (x) such Entity has timely asserted such setoff right either in a Filed Proof of Claim, or in another document Filed with the Bankruptcy Court explicitly preserving such setoff or that otherwise indicates that such entity asserts, has, or intends to preserve any right of setoff pursuant to applicable law or otherwise or (y) such right to setoff arises under a postpetition agreement with the Debtors or an Executory Contract that has been assumed by the Debtors as of the Effective Date; and (v) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests released, settled, and/or treated, entitled to a distribution, or cancelled pursuant to the Plan or otherwise Disallowed; provided that such persons who have held, hold, or may hold Claims against, or Interests in, a Debtor, a Reorganized Debtor, or an Estate shall not be precluded from exercising their rights and remedies, or obtaining the benefits, solely pursuant to and consistent with the terms of the Plan.

Subject in all respects to Section 11.1, no entity or person may commence or pursue a Claim or Cause of Action of any kind against any Released Party or Exculpated Party that arose or arises from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, and any and all related agreements, instruments, and/or other documents, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing without the Bankruptcy Court (i) first determining, after notice and a hearing, that such Claim or Cause of Action represents a claim of willful misconduct, fraud or gross negligence against a Released Party or Exculpated Party and (ii) specifically authorizing such Entity or Person to bring such Claim or Cause of Action against any such

Released Party or Exculpated Party. The Bankruptcy Court shall have sole and exclusive jurisdiction to determine whether a Claim or Cause of Action is colorable and, only to the extent legally permissible and as provided for in Section 11.1, shall have jurisdiction to adjudicate the underlying colorable Claim or Cause of Action.

**SECTION 10.6(a)      RELEASES BY THE DEBTORS.**

Notwithstanding anything contained in the Plan to the contrary, as of the Effective Date, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, including the obligations of the Debtors under the Plan and the contributions of the Released Parties to facilitate and implement the Plan, except as otherwise provided in the Plan or in the Confirmation Order, on and after the Effective Date, the Released Parties are deemed conclusively, absolutely, unconditionally and irrevocably, released and discharged by the Debtors, the Reorganized Debtors, and the Estates from any and all Claims, obligations, rights, suits, damages, Causes of Action, remedies, and liabilities whatsoever, including any derivative claims, asserted or assertable on behalf of the Debtors, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, in law, equity, or otherwise, that the Debtors, the Reorganized Debtors, the Estates, or their Affiliates would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date.  Notwithstanding anything to the contrary in the foregoing, the releases set forth in Section 10.6(a) of the Plan (i) shall only be applicable to the maximum extent permitted by law; (ii) shall not be construed as (a) releasing any Released Party from Claims or Causes of Action arising from an act or

omission that is judicially determined by a Final Order to have constituted actual fraud (provided that actual fraud shall not exempt from the scope of these Debtor releases any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, (b) releasing any Released Party from Claims or Causes of Action held by the Debtors arising from an act or omission that is determined by a Final Order or by a federal government agency to have constituted a violation of any federal securities laws or (c) releasing any post-Effective Date obligations of any party or Entity under the Plan, the Confirmation Order, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.

**SECTION 10.6(b)      RELEASES BY HOLDERS OF CLAIMS AND INTERESTS.**

Notwithstanding anything contained in the Plan to the contrary, as of the Effective Date, for good and valuable consideration, the adequacy of which is hereby confirmed, except as otherwise provided in the Plan or in the Confirmation Order, to the fullest extent permissible under applicable law, as such law may be extended or integrated after the Effective Date, each Releasing Party, shall be deemed to have conclusively, absolutely, unconditionally, irrevocably, and forever, released, and discharged the Debtors, the Reorganized Debtors, and the Released Parties from any and all Claims, obligations, rights, suits, damages, Causes of Action, remedies, and liabilities whatsoever, including any derivative Claims or Causes of Action asserted or that may be asserted on behalf of the Debtors or their Estates, that such Entity would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, in law, equity, or otherwise, based on or relating to, or in any manner arising from, in whole or in part, any act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date, including any Claims or Causes of Action based on or relating to, or in any manner arising from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP

**Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date.  Notwithstanding anything to the contrary in the foregoing, the releases set forth in Section 10.6(b) of the Plan (i) shall only be applicable to the maximum extent permitted by law; and (ii) shall not be construed as (a) releasing any Released Party from Claims or Causes of Action arising from an act or omission that is judicially determined by a Final Order to have constituted actual fraud (provided that actual fraud shall not exempt from the scope of these third-party releases any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, or (b) releasing any post-Effective Date obligations of any party or Entity under the Plan, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.**

**SECTION 10.7      EXCULPATION.**

**Except as otherwise specifically provided in the Plan, no Exculpated Party shall have or incur liability for, and each Exculpated Party is hereby released and exculpated from, any Cause of Action for any claim related to any act or omission in connection with, relating to, or arising out, in whole or in part, from the Petition Date through the Effective Date, of the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors, the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, and related agreements, instruments, or other documents, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Agreement, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other related agreement, except for Claims or Causes of Action arising from an act or omission that is judicially determined in a Final Order to have constituted actual fraud, willful misconduct, or gross negligence, but**

in all respects, such Exculpated Parties shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities.  The Exculpated Parties have, and upon completion of the Plan, shall be deemed to have, participated in good faith and in compliance with all applicable laws with regard to the solicitation and distribution of, consideration pursuant to the Plan and, therefore, are not, and on account of such distributions shall not be, liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Plan or such distributions made pursuant to the Plan.  Notwithstanding anything to the contrary in the foregoing, the exculpations set forth in Section 10.7 of the Plan (i) shall only be applicable to the maximum extent permitted by law; and (ii) shall not be construed as (a) exculpating any Exculpated Party from Claims or Causes of Action arising from an act or omission that is judicially determined by a Final Order to have constituted actual fraud (*provided* that actual fraud shall not exempt from the scope of these exculpations any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, or (b) exculpating any post-Effective Date obligations of any party or Entity under the Plan, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.

**SECTION 5.17**    **CANCELLATION OF LIENS.**

(a)     Except as otherwise specifically provided in the Plan, including sections 4.4 and 4.6 of the Plan, all notes, instruments, certificates evidencing debt of the Debtors and Existing Common Interests will be cancelled and obligations of the Debtors thereunder will be discharged and of no further force or effect, except for the purpose of allowing the applicable agents and trustees to receive distributions from the Debtors under the Plan and to make any further distributions to the applicable Holders on account of their Allowed Claims and Interests.

(b)     After the Effective Date and following (i) the distributions to Holders on account of Allowed Convertible Notes Secured Claims and Allowed Miner Equipment Lender Secured Claims and/or (ii) with regard to Allowed M&M Lien Secured Claims, satisfaction of the applicable M&M Lien Takeback Debt, the Debtors or the Reorganized Debtors, at their expense, may, in their sole discretion, take any action necessary to terminate, cancel, extinguish, and/or evidence the release of any and all mortgages, deeds of trust, Liens, pledges, and other security interests with respect to the Convertible Notes Secured Claims, Miner Equipment Lender Secured Claims, and M&M Lien Secured Claims, including, without limitation, the preparation and filing of any and all documents necessary to terminate, satisfy, or release any mortgages, deeds of trust, Liens, pledges, and other security interests held by the Holders of the M&M Lien Secured Claims, Miner Equipment Lender Secured Claims, the Notes Agent, and/or Convertible Noteholders, including, without limitation, UCC-3 termination statements.

**Relevant Definitions Related to Release and Exculpation Provisions**:

*"Exculpated Parties"* means each of the following in their capacity as such and, in each case, to the maximum extent permitted by law: (i) the Debtors; and (ii) Equity Committee and its members, each solely in their capacity as such.

*"Related Parties"* means with respect to a Person, that Person's current and former Affiliates, and such Person's and its current and former Affiliates' current and former directors, managers, officers, equity holders (regardless of whether such interests are held directly or indirectly), affiliated investment funds or investment vehicles, predecessors, participants, successors, and assigns, subsidiaries, and each of their respective current and former equity holders, officers, directors, managers, principals, members, employees, agents, fiduciaries, trustees, advisory board members, financial advisors, partners, limited partners, general partners, attorneys, accountants, managed accounts or funds, management companies, fund advisors, investment bankers, consultants, representatives, and other professionals, and such Person's respective heirs, executors, estates, and nominees, each in their capacity as such, and any and all other Persons or Entities that may purport to assert any Cause of Action derivatively, by or through the foregoing entities.

*"Released Parties"* means, collectively: (i) the Debtors; (ii) the Reorganized Debtors; (iii) the Equity Committee and its members that are party to the RSA, solely in their capacities as such; (iv) the Backstop Parties; (v) the Settling Miner Equipment Lenders; (vi) Brown Corporation; (vii) Holliwood LLC; (viii) the Ad Hoc Noteholder Group; (ix) the Consenting Creditors; (x) the Exit Lenders; (xi) the Notes Agent, solely in its capacity as such; and (xii) with respect to each of the foregoing Persons in clauses (i) through (xi), all Related Parties. Notwithstanding the foregoing, any Person that opts out of the releases set forth in section 10.6(b) of the Plan shall not be deemed a Released Party thereunder.

*"Releasing Parties"* means collectively, and in each case solely in their capacity as such, (i) the Debtors; (ii) the Reorganized Debtors; (iii) with respect to each of the foregoing Persons in clauses (i) through (ii), all Related Parties; (iv) the Released Parties; (v) the Holders of all Claims or Interests that vote to accept the Plan; (vi) the Holders of all Claims or Interests whose vote to accept or reject the Plan is solicited but that do not vote either to accept or to reject the Plan and do not opt out of granting the releases set forth in the Plan; (vii) the Holders of all Claims or Interests that vote, or are deemed, to reject the Plan or that are presumed to accept the Plan but do not opt out of granting the releases set forth in the Plan; and (viii) the Holders of all Claims and Interests and all Other Beneficial Owners that were given notice of the opportunity to opt out of granting the releases set forth in the Plan but did not opt out.

**YOU ARE ADVISED AND ENCOURAGED TO CAREFULLY REVIEW AND CONSIDER THE PLAN, INCLUDING THE RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AS YOUR RIGHTS MIGHT BE AFFECTED.**

**PLEASE READ THE ATTACHED VOTING INFORMATION
AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT**

> **PLEASE COMPLETE ITEMS 1, 2, 3, AND 4.  IF THIS BALLOT HAS NOT BEEN PROPERLY SIGNED IN THE SPACE PROVIDED, YOUR VOTE MAY NOT BE VALID OR COUNTED AS HAVING BEEN CAST.**

**Item 1.** **Principal Amount of Claims.**  The undersigned hereby certifies that, as of the Voting Record Date, the undersigned was the Holder (or authorized signatory of such a Holder) of an August Convertible Notes Secured Claim in the aggregate amount of unpaid principal set forth below.

> $_____

**Item 2.** **Votes on the Plan.**  Please vote either to accept or to reject the Plan with respect to your Claims below.  Any Ballot not marked either to accept or reject the Plan, or marked both to accept and reject the Plan, shall not be counted in determining acceptance or rejection of the Plan.

> **Prior to voting on the Plan, please note the following:**
>
> **If you (i) vote to accept the Plan, (ii) do not vote either to accept or reject the Plan and do not check the box in Item 3 below, or (iii) vote to reject the Plan and do not check the box in Item 3 below, in each case you shall be deemed to have consented to the release provisions set forth in Section 10.6(b) of the Plan.**
>
> **The Disclosure Statement and the Plan must be referenced for a complete description of the release, injunction, and exculpation provisions.**

The undersigned Holder of a Class 2 August Convertible Notes Secured Claim votes to (check <u>one</u> box):

☐ **Accept** the Plan.          ☐ **Reject** the Plan.

**Your vote on the Plan will be applied to each applicable Debtor in the same manner and in the same amount as indicated in Item 1 and Item 2 above.**

**Item 3.** **Optional Opt Out Release Election.**  Check the box below if you elect not to grant the releases contained in section 10.6(b) of the Plan.  If you voted to reject the Plan in Item 2 above, or if you are abstaining from voting to accept or reject the Plan, check this box if you elect not to grant the releases contained in Section 10.6(b) of the Plan.  Election to withhold consent is at your option.  If you voted to accept the Plan in Item 2 above, you **may not** complete this Item 3, and if you complete this Item 3, your "opt out" election will be ineffective.  If you submit a rejecting Ballot, or if you abstain from submitting a Ballot, and in each case, you do not check the box below, you will be deemed to consent to the releases contained in Section 10.6(b) of the Plan

to the fullest extent permitted by applicable law.  The Holder of the Class 2 August Convertible Notes Secured Claims elects to:

☐ **OPT OUT** of the releases contained only in Section 10.6(b) of the Plan.

**Item 4.**       **Acknowledgements**.  By signing this Ballot, the Holder (or authorized signatory of such Holder) acknowledges review and receipt of the Plan, the Disclosure Statement, and the other applicable solicitation materials, and certifies that (i) it has the power and authority to vote to accept or reject the Plan, (ii) it was the Holder (or is entitled to vote on behalf of such Holder) of the August Convertible Notes Secured Claims described in Item 1 as of the Voting Record Date, and (iii) all authority conferred, or agreed to be conferred, pursuant to this Ballot, and every obligation of the undersigned hereunder, shall be binding on the transferees, successors, assigns, heirs, executors, administrators, trustees in bankruptcy, and legal representatives of the undersigned, and shall not be affected by, and shall survive, the death or incapacity of the undersigned.

Name of Holder

Signature

If by Authorized Agent, Name and Title

Name of Institution

Street Address

City, State, Zip Code

Telephone Number

Date Completed

E-Mail Address

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1. Ballots received after the Voting Deadline (if the Voting Deadline has not been extended) may not, at the Debtors' discretion, be counted.  **The Voting Agent will tabulate all properly completed Ballots received on or before the Voting Deadline.**

2. Complete the Ballot by providing all the information requested, signing, dating, and returning the Ballot to the Voting Agent.  Any Ballot that is illegible, contains insufficient information to identify the Holder, or is unsigned[3] will not be counted.  Ballots may not be submitted to the Voting Agent by facsimile or electronic mail.  If neither the "**accept**" nor "**reject**" box is checked in Item 2, both boxes are checked in Item 2, or the Ballot is otherwise not properly completed, executed, or timely returned, then the Ballot shall not be counted in determining acceptance or rejection of the Plan.

3. You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different or inconsistent Claims within a single Class under the Plan, the Ballots are not voted in the same manner, and you do not correct this before the Voting Deadline, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

4. The Ballot does not constitute, and shall not be deemed to be, a Proof of Claim or an assertion or admission of Claims.

5. The Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan.

6. If you cast more than one Ballot voting the same Claims prior to the Voting Deadline, the latest received, properly executed Ballot submitted to the Voting Agent will supersede any prior Ballot.

7. If (i) the Debtors revoke or withdraw the Plan, or (ii) the Confirmation Order is not entered or consummation of the Plan does not occur, this Ballot shall automatically be null and void and deemed withdrawn without any requirement of affirmative action by or notice to you.

8. There may be changes made to the Plan that do not cause material adverse effects on an accepting Class.  If such non-material changes are made to the Plan, the Debtors will not resolicit votes for acceptance or rejection of the Plan.

9. NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT, ANY

---

[3] E-Ballots submitted on the Online Portal will be deemed to contain a legal, valid signature.

SUPPLEMENTAL INFORMATION PROVIDED BY THE DEBTORS, OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

10.   PLEASE RETURN YOUR BALLOT PROMPTLY.

11.   IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE VOTING AGENT BY CALLING (949) 404-4152 (TOLL-FREE) OR +1 (888) 765-7875(IF CALLING FROM OUTSIDE THE U.S.); WRITING CORE SCIENTIFIC, INC., BALLOT PROCESSING CENTER, C/O STRETTO, INC., 410 EXCHANGE, SUITE 100, IRVINE, CA 92602; OR BY SENDING AN ELECTRONIC MAIL MESSAGE TO CORESCIENTIFICINQUIRIES@STRETTO.COM WITH "CORE SCIENTIFIC" IN THE SUBJECT LINE.   PLEASE DO NOT DIRECT ANY INQUIRIES TO THE BANKRUPTCY COURT.

12.   THE VOTING AGENT IS NOT AUTHORIZED TO AND WILL NOT PROVIDE LEGAL ADVICE.

**PLEASE SUBMIT YOUR BALLOT BY ONLY <u>ONE</u> OF THE FOLLOWING METHODS:** (i) Online submission of an E-Ballot through the Online Portal, (ii) paper copy submission, in the return envelope provided, (iii) paper copy submission by hand delivery or overnight mail, or (iv) paper copy submission by first class mail.

**IF YOU WISH TO COORDINATE HAND DELIVERY OF YOUR BALLOT, PLEASE NOTIFY THE VOTING AGENT VIA E-MAIL AT CORESCIENTIFICINQUIRIES@STRETTO.COM (WITH "CORE SCIENTIFIC BALLOT" IN THE SUBJECT LINE) AT LEAST 24 HOURS IN ADVANCE OF THE ANTICIPATED DELIVERY DATE.**

**ALL BALLOTS MUST BE PROPERLY EXECUTED, COMPLETED, AND DELIVERED ACCORDING TO THE VOTING INSTRUCTIONS SO THAT THE BALLOTS ARE ACTUALLY RECEIVED BY THE VOTING AGENT NO LATER THAN THE VOTING DEADLINE.**

## <u>Online Portal Voting Instructions</u>

**To properly submit your Ballot electronically, you must electronically complete, sign, and return this customized electronic Ballot by utilizing the Online Portal platform on the Stretto website by visiting https://cases.stretto.com/CoreScientific/, clicking on the "Submit E-Ballot" link and following the instructions set forth on the website.  Your Ballot must be received by Stretto no later than December 13, 2023 at 5:00 p.m. (Prevailing Central Time), the Voting Deadline, unless such time is extended by the Debtors with the consent of the Requisite Consenting Creditors.  <u>HOLDERS ARE STRONGLY ENCOURAGED TO SUBMIT THEIR BALLOTS VIA THE ONLINE PORTAL PLATFORM.</u>  The Stretto "Online Portal" platform is the sole manner in which ballots will be accepted via electronic**

or online transmission.  Ballots submitted by facsimile, electronic mail, or other means of electronic transmission will not be counted.

**IMPORTANT NOTE: You will need the following information to retrieve and submit your customized electronic Ballot:**

Unique E-Ballot ID#:  _____

Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.  Ballots submitted by E-Ballot will be deemed to contain a legal, valid signature.

**Holders who cast a Ballot using Stretto's "Online Portal" platform should <u>NOT</u> also submit a paper Ballot.**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS DECEMBER 13, 2023 AT 5:00 P.M. (PREVAILING CENTRAL TIME).**

### Paper Copy Ballot Submission

| STRETTO'S ADDRESS FOR RECEIPT OF PAPER BALLOTS (WHETHER BY HAND DELIVERY, OVERNIGHT MAIL, OR FIRST CLASS MAIL) |
|---|
| CORE SCIENTIFIC, INC.<br>BALLOT PROCESSING CENTER<br>C/O STRETTO, INC.<br>410 EXCHANGE, SUITE 100<br>IRVINE, CA 92602 |

If you are unable to use the Online Portal platform or need assistance in completing and submitting your Ballot, please contact Stretto (i) via e-mail at CoreScientificInquiries@stretto.com; (ii) via mail by writing Core Scientific, Inc., Ballot Processing Center, C/O Stretto, Inc., 410 Exchange, Suite 100, Irvine, CA 92602; or (iii) via telephone at (949) 404-4152 (Toll-Free) or +1 (888) 765-7875 (if calling from outside the U.S.).

# **Exhibit G**



**Exhibit G**
Releates to Class 3
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 36th Street Capital Partners, LLC | c/o Reed Smith LLP | Attn: Devan Dal Col | 2850 N. Harwood Street Suite 1500 | Dallas | TX | 75201 |
| Anchorage Lending CA, LLC | Attn: Georgia Quinn & Julie Veltman | 101 S. Reid Street, Suite 329 | | Sioux Falls | SD | 57103 |
| Barings BDC, Inc. | Attn: Steve Johnson | 300 S. Tryon St. | | Charlotte | NC | 28202 |
| Barings Capital Investment Corporation | Barings BDC, Inc. c/o Barings LLC | Attn: Steve Johnson, Elizabeth A. Murray | 300 S. Tryon St. | Charlotte | NC | 28202 |
| Barings Private Credit Corp. | Attn: Steve Johnson & Elizabeth A. Murray | 300 S. Tryon St. | | Charlotte | NC | 28202 |
| BlockFi Lending LLC | c/o Haynes and Boone, LLP | Attn: Matthew Ferris | 2801 N Harwood Street Suite 2300 | Dallas | TX | 75201 |
| MassMutual Asset Finance LLC | c/o Verrill Dana LLP | Attn: Thomas O. Bean, Esq. | One Federal Street 20th Floor | Boston | MA | 02110 |
| Stonebriar Commercial Finance LLC | Attn: Jeffrey L. Wilkison | 5601 Granite Parkway | Suite 1350 | Plano | TX | 75024 |
| Trinity Capital Inc. | c/o Latham & Watkins LLP | Attn: Kimberly A. Posin | 355 South Grand Avenue, Suite 100 | Los Angeles | CA | 90071-1560 |
| Wingspire Equipment Finance, LLC [Liberty Commercial Finance, LLC] | c/o Reed Smith LLP | Attn: Devan Dal Col | 2850 N. Harwood Street, Suite 1500 | Dallas | TX | 75201 |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 1 of 1

# **Exhibit H**

**No person has been authorized to give any information or advice, or to make any representation, other than what is included in the Disclosure Statement and other materials accompanying this Ballot.[1]**

PLEASE NOTE THAT, EVEN IF YOU INTEND TO VOTE TO REJECT THE PLAN, YOU MUST STILL READ, COMPLETE, AND EXECUTE THIS ENTIRE BALLOT.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  | § |  |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| CORE SCIENTIFIC, INC., *et al.,* | § | Case No. 22-90341 (CML) |
|  | § |  |
| Debtors[2] | § | (Jointly Administered) |
|  | § |  |

### BALLOT FOR VOTING TO ACCEPT OR REJECT THE THIRD AMENDED JOINT CHAPTER 11 PLAN OF CORE SCIENTIFIC, INC. AND ITS AFFILIATED DEBTORS

### CLASS 3 (MINER EQUIPMENT LENDER SECURED CLAIMS)

> **IN ORDER FOR YOUR VOTE TO BE COUNTED TOWARD CONFIRMATION OF THE PLAN, THIS BALLOT MUST BE COMPLETED, EXECUTED, AND RETURNED SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING AGENT ON OR BEFORE DECEMBER 13, 2023 AT 5:00 P.M. (PREVAILING CENTRAL TIME)] (THE "VOTING DEADLINE"), UNLESS EXTENDED BY THE DEBTORS WITH THE CONSENT OF THE REQUISITE CONSENTING CREDITORS.**

Core Scientific, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") are soliciting votes with respect to the *Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors*, filed on November 16, 2023 (Docket No. 1438) (as may be modified, amended, or supplemented, the "**Plan**"). The Plan is attached as **Exhibit A** to the *Disclosure Statement for Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors*, filed on

---

[1]   All capitalized terms used but not defined herein or in the enclosed voting instructions have the meanings ascribed to them in the Plan, attached as Exhibit A to the Disclosure Statement.

[2]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, Texas 78704.

November 16, 2023 (Docket No. 1439) (as may be modified, amended, or supplemented, the "**Disclosure Statement**").

Please use this Ballot to cast your vote to accept or reject the Plan if you are, as of November 9, 2023 (the "**Voting Record Date**"), a Holder of a Miner Equipment Lender Secured Claim.

The Disclosure Statement provides information to assist you in deciding whether to accept or reject the Plan.  If you do not have the Disclosure Statement, you may obtain a copy from Stretto, Inc. (the "**Voting Agent**" or "**Stretto**") at no charge by accessing the Debtors' restructuring website at https://cases.stretto.com/CoreScientific.

If you have any questions on how to properly complete this Ballot, please contact the Voting Agent (i) by e-mail at CoreScientificInquiries@stretto.com, (ii) by writing to Core Scientific, Inc., Ballot Processing Center, c/o Stretto, Inc., 410 Exchange, Suite 100, Irvine, CA 92602, or (iii) via telephone at (949) 404-4152 (Toll-Free) or +1 (888) 765-7875 (if calling from outside the U.S.).  Please be advised that the Voting Agent cannot provide legal advice.  You may wish to seek legal advice concerning the Plan and the classification and treatment of your Class 3 Miner Equipment Lender Secured Claim under the Plan.

**IMPORTANT NOTICE REGARDING TREATMENT FOR MINER EQUIPMENT LENDER CLAIMS IN CLASS 3**

As described in more detail in the Disclosure Statement, if the Plan is confirmed and the Effective Date occurs, except to the extent that a Holder of an Allowed Miner Equipment Lender Secured Claim (i) agrees to a less favorable treatment of such Claim or (ii) timely elects the Miner Equipment Lender Treatment Election 1 or Miner Equipment Lender Treatment Election 2 (each as set forth below) on or before the Voting Deadline, each such Holder shall receive, in full and final satisfaction, settlement, release, and discharge of such Claim, on the Effective Date, or as soon as reasonably practicable thereafter, such Holder's applicable Miner Equipment Lender Takeback Debt (the "**Default Miner Equipment Lender Treatment**").

Each Holder of an Allowed Miner Equipment Lender Secured Claim may elect on its Ballot to receive on the Effective Date, or as soon as reasonably practicable thereafter, in lieu of the Default Miner Equipment Lender Treatment, in each case in full and final satisfaction, settlement, release, and discharge of such Holder's Allowed Miner Equipment Lender Secured Claim, New Common Interests with a value, based on Plan Value, equal to one hundred percent (100%) of such Holder's Allowed Miner Equipment Lender Secured Claim Amount ("**Miner Equipment Lender Treatment Election 1**").

Each Holder of an Allowed Miner Equipment Lender Secured Claim that is a Settling Miner Equipment Lender may elect on its Ballot to receive on the Effective Date, or as soon as reasonably practicable thereafter, in lieu of the Default Miner Equipment Lender Treatment, in each case in full and final satisfaction, settlement, release, and discharge of such Holder's Allowed Miner Equipment Lender Claim, such Holder's applicable Miner Equipment Lender Takeback Debt (Election 2) ("**Miner Equipment Lender Treatment Election 2**"); *provided*, that any Holder electing Miner Equipment Lender Treatment Election 2 shall waive its recovery on account of its Allowed Miner Equipment Lender Deficiency Claim.

For the avoidance of doubt, the Allowed Miner Equipment Lender Deficiency Claim of each Holder of a Miner Equipment Lender Secured Claim shall be treated as a General Unsecured Claim in accordance with the terms and provisions set forth in section 4.8 of the Plan; *provided*, that any Holder electing Miner Equipment Lender Treatment Election 2 shall waive its recovery on account of its Allowed Miner Equipment Lender Deficiency Claim.

<u>*Note to Holders of Class 3 Claims*</u>:

If you have received this Ballot, then you are also a Holder of a Class 8 General Unsecured Claim that has received a Class 8 Ballot, and the elections made under this Class 3 Ballot may affect the recoveries you receive on account of your Class 8 General Unsecured Claim.

- If you do not make an election in Item 4 or elect Default Miner Equipment Lender Treatment on this Class 3 Ballot, you shall receive the Default Miner Equipment Lender Treatment on account of your Allowed Miner Equipment Lender Secured Claim, and

your Allowed Miner Equipment Lender Deficiency Claim will be treated as a Class 8 General Unsecured Claim.

- If you elect Miner Equipment Lender Treatment Election 1 on this Class 3 Ballot, you shall receive the Miner Equipment Lender Treatment Election 1 on account of your Allowed Miner Equipment Lender Secured Claim, and your Allowed Miner Equipment Lender Deficiency Claim will be treated as a Class 8 General Unsecured Claim.

- If you elect Miner Equipment Lender Treatment Election 2 on this Class 3 Ballot, you shall receive the Miner Equipment Lender Treatment Election 2 on account of your Allowed Miner Equipment Lender Secured Claim, and you shall waive any and all recovery on account of your Allowed Miner Equipment Lender Deficiency Claim and shall not be entitled to vote any portion of your Allowed Miner Equipment Lender Deficiency Claim in Class 8, and any Class 8 Ballot submitted by such Holder shall be discarded; *provided*, that if you elect Miner Equipment Lender Treatment Election 2 on this Class 3 Ballot and are not, or do not become, a Settling Miner Equipment Lender, then your election shall not be considered and you shall receive the Default Miner Equipment Lender Treatment.

**PLEASE READ THE DISCLOSURE STATEMENT AND PLAN FOR MORE DETAILS.**

The Plan can be confirmed by the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") and thereby made binding on you if it is accepted by the Holders of (i) at least two-thirds in amount of the Allowed Claims or Interests voted in each Impaired Class, and (ii) if the Impaired Class is a Class of Claims, more than one-half in number of the Allowed Claims voted in each Impaired Class, and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under the Bankruptcy Code. If the requisite acceptances are not obtained, the Bankruptcy Court may nonetheless confirm the Plan if it finds that the Plan (y) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan, and (z) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote or if you vote to reject the Plan. To have your vote counted, you must complete, sign, and return this Ballot to the Voting Agent by the Voting Deadline.

Your receipt of this Ballot does not indicate that your Claim(s) has been or will be Allowed. This Ballot is solely for purposes of voting to accept or reject the Plan and not for the purpose of allowance or disallowance of, or distribution on account of, a Class 3 Miner Equipment Lender Secured Claim. You must provide all of the information requested by this Ballot. Failure to do so may result in the disqualification of your vote.

**NOTICE REGARDING CERTAIN RELEASE,
EXCULPATION, AND INJUNCTION PROVISIONS IN PLAN**

**If you (i) vote to accept the Plan, (ii) are solicited to vote to accept or reject the Plan, but do not vote to either accept or reject the Plan, and do not opt out of granting the releases set forth in the Plan, (iii) vote, or are deemed, to reject the Plan or are presumed to accept the Plan but do not opt out of granting the releases set forth in the Plan, or (iv) were**

given notice of the opportunity to opt out of granting the releases contained in the Plan but do not opt out, you shall be deemed to have consented to the releases contained in Section 10.6(b) of the Plan.  The releases as presented in the Plan are provided below:

**SECTION 10.5        INJUNCTION.**

Except as otherwise expressly provided in the Plan or for distributions required to be paid or delivered pursuant to the Plan or the Confirmation Order, all Entities that have held, hold, or may hold Claims or Interests that have been released pursuant to Section 10.6(a) or Section 10.6(b), shall be discharged pursuant to Section 10.3 of the Plan, or are subject to exculpation pursuant to Section 10.7, and all Subcontractors and all other parties in interest are permanently enjoined, from and after the Effective Date, from taking any of the following actions against, as applicable, the Debtors, the Reorganized Debtors, the Released Parties, and/or the Exculpated Parties (to the extent of the exculpation provided pursuant to Section 10.7 with respect to the Exculpated Parties): (i) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests; (ii) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such Claims or Interests; (iii) creating, perfecting, or enforcing any Lien or encumbrance of any kind against such Entities or the property or the estates of such Entities on account of or in connection with or with respect to any such Claims or Interests; (iv) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such Claims or Interests unless (x) such Entity has timely asserted such setoff right either in a Filed Proof of Claim, or in another document Filed with the Bankruptcy Court explicitly preserving such setoff or that otherwise indicates that such entity asserts, has, or intends to preserve any right of setoff pursuant to applicable law or otherwise or (y) such right to setoff arises under a postpetition agreement with the Debtors or an Executory Contract that has been assumed by the Debtors as of the Effective Date; and (v) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests released, settled, and/or treated, entitled to a distribution, or cancelled pursuant to the Plan or otherwise Disallowed; *provided* that such persons who have held, hold, or may hold Claims against, or Interests in, a Debtor, a Reorganized Debtor, or an Estate shall not be precluded from exercising their rights and remedies, or obtaining the benefits, solely pursuant to and consistent with the terms of the Plan.

Subject in all respects to Section 11.1, no entity or person may commence or pursue a Claim or Cause of Action of any kind against any Released Party or Exculpated Party that arose or arises from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, and any and all related agreements,

instruments, and/or other documents, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing without the Bankruptcy Court (i) first determining, after notice and a hearing, that such Claim or Cause of Action represents a claim of willful misconduct, fraud or gross negligence against a Released Party or Exculpated Party and (ii) specifically authorizing such Entity or Person to bring such Claim or Cause of Action against any such Released Party or Exculpated Party.  The Bankruptcy Court shall have sole and exclusive jurisdiction to determine whether a Claim or Cause of Action is colorable and, only to the extent legally permissible and as provided for in Section 11.1, shall have jurisdiction to adjudicate the underlying colorable Claim or Cause of Action.

**SECTION 10.6(a)**     <u>**RELEASES BY THE DEBTORS**</u>.

Notwithstanding anything contained in the Plan to the contrary, as of the Effective Date, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, including the obligations of the Debtors under the Plan and the contributions of the Released Parties to facilitate and implement the Plan, except as otherwise provided in the Plan or in the Confirmation Order, on and after the Effective Date, the Released Parties are deemed conclusively, absolutely, unconditionally and irrevocably, released and discharged by the Debtors, the Reorganized Debtors, and the Estates from any and all Claims, obligations, rights, suits, damages, Causes of Action, remedies, and liabilities whatsoever, including any derivative claims, asserted or assertable on behalf of the Debtors, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, in law, equity, or otherwise, that the Debtors, the Reorganized Debtors, the Estates, or their Affiliates would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage

Agreements, the General Contracts, any and all agreements relating to M&M Liens, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date.  Notwithstanding anything to the contrary in the foregoing, the releases set forth in Section 10.6(a) of the Plan (i) shall only be applicable to the maximum extent permitted by law; (ii) shall not be construed as (a) releasing any Released Party from Claims or Causes of Action arising from an act or omission that is judicially determined by a Final Order to have constituted actual fraud (*provided* that actual fraud shall not exempt from the scope of these Debtor releases any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, (b) releasing any Released Party from Claims or Causes of Action held by the Debtors arising from an act or omission that is determined by a Final Order or by a federal government agency to have constituted a violation of any federal securities laws or (c) releasing any post-Effective Date obligations of any party or Entity under the Plan, the Confirmation Order, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.

**SECTION 10.6(b)      RELEASES BY HOLDERS OF CLAIMS AND INTERESTS.**

Notwithstanding anything contained in the Plan to the contrary, as of the Effective Date, for good and valuable consideration, the adequacy of which is hereby confirmed, except as otherwise provided in the Plan or in the Confirmation Order, to the fullest extent permissible under applicable law, as such law may be extended or integrated after the Effective Date, each Releasing Party, shall be deemed to have conclusively, absolutely, unconditionally, irrevocably, and forever, released, and discharged the Debtors, the Reorganized Debtors, and the Released Parties from any and all Claims, obligations, rights, suits, damages, Causes of Action, remedies, and liabilities whatsoever, including any derivative Claims or Causes of Action asserted or that may be asserted on behalf of the Debtors or their Estates, that such Entity would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising,

in law, equity, or otherwise, based on or relating to, or in any manner arising from, in whole or in part, any act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date, including any Claims or Causes of Action based on or relating to, or in any manner arising from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date.  Notwithstanding anything to the contrary in the foregoing, the releases set forth in Section 10.6(b) of the Plan (i) shall only be applicable to the maximum extent permitted by law; and (ii) shall not be construed as (a) releasing any Released Party from Claims or Causes of Action arising from an act or omission that is judicially determined by a Final Order to have constituted actual fraud (*provided* that actual fraud shall not exempt from the scope of these third-party releases any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, or (b) releasing any post-Effective Date obligations of any party or Entity under the Plan, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.

**SECTION 10.7          EXCULPATION.**

Except as otherwise specifically provided in the Plan, no Exculpated Party shall have or incur liability for, and each Exculpated Party is hereby released and exculpated from, any Cause of Action for any claim related to any act or omission in connection with, relating to, or arising out, in whole or in part, from the Petition Date through the Effective Date, of the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the

**Debtors or the Reorganized Debtors, the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, and related agreements, instruments, or other documents, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other related agreement, except for Claims or Causes of Action arising from an act or omission that is judicially determined in a Final Order to have constituted actual fraud, willful misconduct, or gross negligence, but in all respects, such Exculpated Parties shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities. The Exculpated Parties have, and upon completion of the Plan, shall be deemed to have, participated in good faith and in compliance with all applicable laws with regard to the solicitation and distribution of, consideration pursuant to the Plan and, therefore, are not, and on account of such distributions shall not be, liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Plan or such distributions made pursuant to the Plan. Notwithstanding anything to the contrary in the foregoing, the exculpations set forth in Section 10.7 of the Plan (i) shall only be applicable to the maximum extent permitted by law; and (ii) shall not be construed as (a) exculpating any Exculpated Party from Claims or Causes of Action arising from an act or omission that is judicially determined by a Final Order to have constituted actual fraud (*provided* that actual fraud shall not exempt from the scope of these exculpations any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, or (b) exculpating any post-Effective Date obligations of any party or Entity under the Plan, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.**

**SECTION 5.17      CANCELLATION OF LIENS.**

(a)      Except as otherwise specifically provided in the Plan, including sections 4.4 and 4.6 of the Plan, all notes, instruments, certificates evidencing debt of the Debtors and Existing Common Interests will be cancelled and obligations of the Debtors thereunder will be discharged and of no further force or effect, except for the purpose of allowing the applicable agents and trustees to receive distributions from the Debtors under the Plan and

to make any further distributions to the applicable Holders on account of their Allowed Claims and Interests.

(b)      After the Effective Date and following (i) the distributions to Holders on account of Allowed Convertible Notes Secured Claims and Allowed Miner Equipment Lender Secured Claims and/or (ii) with regard to Allowed M&M Lien Secured Claims, satisfaction of the applicable M&M Lien Takeback Debt, the Debtors or the Reorganized Debtors, at their expense, may, in their sole discretion, take any action necessary to terminate, cancel, extinguish, and/or evidence the release of any and all mortgages, deeds of trust, Liens, pledges, and other security interests with respect to the Convertible Notes Secured Claims, Miner Equipment Lender Secured Claims, and M&M Lien Secured Claims, including, without limitation, the preparation and filing of any and all documents necessary to terminate, satisfy, or release any mortgages, deeds of trust, Liens, pledges, and other security interests held by the Holders of the M&M Lien Secured Claims, Miner Equipment Lender Secured Claims, the Notes Agent, and/or Convertible Noteholders, including, without limitation, UCC-3 termination statements.

**Relevant Definitions Related to Release and Exculpation Provisions**:

*"**Exculpated Parties**"* means each of the following in their capacity as such and, in each case, to the maximum extent permitted by law: (i) the Debtors; and (ii) Equity Committee and its members, each solely in their capacity as such.

*"**Related Parties**"* means with respect to a Person, that Person's current and former Affiliates, and such Person's and its current and former Affiliates' current and former directors, managers, officers, equity holders (regardless of whether such interests are held directly or indirectly), affiliated investment funds or investment vehicles, predecessors, participants, successors, and assigns, subsidiaries, and each of their respective current and former equity holders, officers, directors, managers, principals, members, employees, agents, fiduciaries, trustees, advisory board members, financial advisors, partners, limited partners, general partners, attorneys, accountants, managed accounts or funds, management companies, fund advisors, investment bankers, consultants, representatives, and other professionals, and such Person's respective heirs, executors, estates, and nominees, each in their capacity as such, and any and all other Persons or Entities that may purport to assert any Cause of Action derivatively, by or through the foregoing entities.

*"**Released Parties**"* means, collectively: (i) the Debtors; (ii) the Reorganized Debtors; (iii) the Equity Committee and its members that are party to the RSA, solely in their capacities as such; (iv) the Backstop Parties; (v) the Settling Miner Equipment Lenders; (vi) Brown Corporation; (vii) Holliwood LLC; (viii) the Ad Hoc Noteholder Group; (ix) the Consenting Creditors; (x) the Exit Lenders; (xi) the Notes Agent, solely in its capacity as such; and (xii) with respect to each of the foregoing Persons in clauses (i) through (xi), all Related Parties. Notwithstanding the foregoing, any Person that opts out of the releases set forth in section 10.6(b) of the Plan shall not be deemed a Released Party thereunder.

*"**Releasing Parties**"* means collectively, and in each case solely in their capacity as such, (i) the Debtors; (ii) the Reorganized Debtors; (iii) with respect to each of the foregoing

Persons in clauses (i) through (ii), all Related Parties; (iv) the Released Parties; (v) the Holders of all Claims or Interests that vote to accept the Plan; (vi) the Holders of all Claims or Interests whose vote to accept or reject the Plan is solicited but that do not vote either to accept or to reject the Plan and do not opt out of granting the releases set forth in the Plan; (vii) the Holders of all Claims or Interests that vote, or are deemed, to reject the Plan or that are presumed to accept the Plan but do not opt out of granting the releases set forth in the Plan; and (viii) the Holders of all Claims and Interests and all Other Beneficial Owners that were given notice of the opportunity to opt out of granting the releases set forth in the Plan but did not opt out.

**YOU ARE ADVISED AND ENCOURAGED TO CAREFULLY REVIEW AND CONSIDER THE PLAN, INCLUDING THE RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AS YOUR RIGHTS MIGHT BE AFFECTED.**

## PLEASE READ THE ATTACHED VOTING INFORMATION
## AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT

> **PLEASE COMPLETE ITEMS 1, 2, 3, 4, 5, 6, AND 7. IF THIS BALLOT HAS NOT BEEN PROPERLY SIGNED IN THE SPACE PROVIDED, YOUR VOTE MAY NOT BE VALID OR COUNTED AS HAVING BEEN CAST.**

**Item 1.     Principal Amount of Claims**. The undersigned hereby certifies that, as of the Voting Record Date, the undersigned was the Holder (or authorized signatory of such a Holder) of a Miner Equipment Lender Secured Claim in the aggregate unpaid principal amount set forth below. Holders can confirm the amount of their Allowed Miner Equipment Lender Secured Claim Amount by referencing the Miner Equipment Lender Claims Schedule, attached to the Plan as Exhibit K.

> $_____

**Item 2.     Votes on the Plan**.  Please vote either to accept or to reject the Plan with respect to your Claim below.  Any Ballot not marked either to accept or reject the Plan, or marked both to accept and reject the Plan, shall not be counted in determining acceptance or rejection of the Plan.

> **Prior to voting on the Plan, please note the following:**
>
> **If you (i) vote to accept the Plan, (ii) do not vote either to accept or reject the Plan and do not check the box in Item 5 below, or (iii) vote to reject the Plan and do not check the box in Item 5 below, in each case you shall be deemed to have consented to the release provisions set forth in Section 10.6(b) of the Plan.**
>
> **The Disclosure Statement and the Plan must be referenced for a complete description of the release, injunction, and exculpation provisions.**

The undersigned Holder of a Class 3 Miner Equipment Lender Secured Claim votes to (check <u>one</u> box):

☐ **Accept** the Plan.          ☐ **Reject** the Plan.

**<u>Your vote on the Plan will be applied to each applicable Debtor in the same manner and in the same amount as indicated in Item 1 and Item 2 above.</u>**

**Item 3.     Settlement Election.**  The undersigned Holder of a Miner Equipment Lender Secured Claim may vote to accept the Plan and elect to be deemed a Settling Miner Equipment Lender (as defined in the Plan).

☐ **I acknowledge that I have voted to accept the Plan and elect to be deemed a Settling Miner Equipment Lender.**

**PLEASE NOTE THAT IF YOU VOTE TO REJECT THE PLAN, YOU ARE INELIGIBLE TO BE DEEMED A SETTLING MINER EQUIPMENT LENDER REGARDLESS OF THE ELECTION MADE IN ITEM 3 ABOVE.**

**Item 4.** **Treatment Options**.  The undersigned Holder of a Miner Equipment Lender Secured Claim may elect *one* of the following three options:

The undersigned Holder of a Class 3 Miner Equipment Lender Secured Claim elects:

☐ **Default Miner Equipment Lender Treatment**.  I elect to receive the Default Miner Equipment Lender Treatment; or

☐ **Miner Equipment Lender Treatment Election 1**.  I elect to receive the Miner Equipment Lender Treatment Election 1 in lieu of the Default Miner Equipment Lender Treatment; or

☐ **Miner Equipment Lender Treatment Election 2**.  I elect to receive the Miner Equipment Lender Treatment Election 2 in lieu of the Default Miner Equipment Lender Treatment.

**PLEASE NOTE THAT IF YOU FAIL TO MAKE ANY ELECTION ABOVE, YOU WILL RECEIVE THE DEFAULT MINER EQUIPMENT LENDER TREATMENT. FURTHERMORE, ONLY SETTLING MINER EQUIPMENT LENDERS MAY ELECT MINER EQUIPMENT LENDER TREATMENT ELECTION 2.  IF YOU ARE NOT, OR DO NOT BECOME, A SETTLING MINER EQUIPMENT LENDER AND YOU ELECT MINER EQUIPMENT LENDER TREATMENT ELECTION 2, YOU WILL RECEIVE THE DEFAULT MINER EQUIPMENT LENDER TREATMENT.**

**Item 5.** **Optional Opt Out Release Election**.  Check the box below if you elect not to grant the releases contained in Section 10.6(b) of the Plan.  If you voted to reject the Plan in Item 2 above, or if you are abstaining from voting to accept or reject the Plan, check this box if you elect not to grant the releases contained in Section 10.6(b) of the Plan.  Election to withhold consent is at your option.  If you voted to accept the Plan in Item 2 above, you **may not** complete this Item 5, and if you complete this Item 5, your "opt out" election will be ineffective.  If you submit a rejecting Ballot, or if you abstain from submitting a Ballot, and in each case, you do not check the box below, you will be deemed to consent to the releases contained in Section 10.6(b) of the Plan to the fullest extent permitted by applicable law.  The Holder of the Class 3 Miner Equipment Lender Secured Claim set forth in Item 1 elects to:

☐ **OPT OUT** of the releases contained only in Section 10.6(b) of the Plan.

---

**\*\*\*For Holders of Miner Equipment Lender Deficiency Claims\*\*\***

**Item 6.        Acknowledgement of Class 3 Elections**.  By checking the box below, the Holder acknowledges that it has also received a Class 8 Ballot and further acknowledges that the election (or lack thereof) such Holder makes on this Class 3 Ballot may affect the recovery such Holder receives on account of their Class 8 Claim.

☐  **I Acknowledge that the election made on my Class 3 Ballot, or if I make no election on my Class 3 Ballot, may affect my recovery on account of my Class 8 Claim.**

---

**Item 7.        Acknowledgements**.  By signing this Ballot, the Holder (or authorized signatory of such Holder) acknowledges review and receipt of the Plan, the Disclosure Statement, and the other applicable solicitation materials, and certifies that (i) it has the power and authority to vote to accept or reject the Plan, (ii) it was the Holder (or is entitled to vote on behalf of such Holder) of the Miner Equipment Lender Secured Claim described in Item 1 as of the Voting Record Date, and (iii) all authority conferred, or agreed to be conferred, pursuant to this Ballot, and every obligation of the undersigned hereunder, shall be binding on the transferees, successors, assigns, heirs, executors, administrators, trustees in bankruptcy, and legal representatives of the undersigned, and shall not be affected by, and shall survive, the death or incapacity of the undersigned.

Name of Holder _____

Signature _____

If by Authorized Agent, Name and Title _____

Name of Institution _____

Street Address _____

City, State, Zip Code _____

Telephone Number _____

Date Completed _____

E-Mail Address _____

**VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT**

1.    Ballots received after the Voting Deadline (if the Voting Deadline has not been extended) may not, at the Debtors' discretion, be counted.  **The Voting Agent will tabulate all properly completed Ballots received on or before the Voting Deadline.**

2.    Complete the Ballot by providing all the information requested, signing, dating, and returning the Ballot to the Voting Agent.  Any Ballot that is illegible, contains insufficient information to identify the Holder, or is unsigned[3] will not be counted.  Ballots may not be submitted to the Voting Agent by facsimile or electronic mail.  If neither the "**accept**" nor "**reject**" box is checked in Item 2, both boxes are checked in Item 2, or the Ballot is otherwise not properly completed, executed, or timely returned, then the Ballot shall not be counted in determining acceptance or rejection of the Plan.

3.    You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different or inconsistent Claims within a single Class under the Plan, the Ballots are not voted in the same manner, and you do not correct this before the Voting Deadline, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

4.    The Ballot does not constitute, and shall not be deemed to be, a Proof of Claim or an assertion or admission of Claims.

5.    The Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan.

6.    If you cast more than one Ballot voting the same Claims prior to the Voting Deadline, the latest received, properly executed Ballot submitted to the Voting Agent will supersede any prior Ballot.

7.    If (i) the Debtors revoke or withdraw the Plan, or (ii) the Confirmation Order is not entered or consummation of the Plan does not occur, this Ballot shall automatically be null and void and deemed withdrawn without any requirement of affirmative action by or notice to you.

8.    There may be changes made to the Plan that do not cause material adverse effects on an accepting Class.  If such non-material changes are made to the Plan, the Debtors will not resolicit votes for acceptance or rejection of the Plan.

9.    NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT, ANY

---

[3] E-Ballots submitted on the Online Portal will be deemed to contain a legal, valid signature.

SUPPLEMENTAL INFORMATION PROVIDED BY THE DEBTORS, OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

10.    PLEASE RETURN YOUR BALLOT PROMPTLY.

11.    IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE VOTING AGENT BY CALLING (949) 404-4152 (TOLL-FREE) OR +1 (888) 765-7875(IF CALLING FROM OUTSIDE THE U.S.); WRITING CORE SCIENTIFIC, INC., BALLOT PROCESSING CENTER, C/O STRETTO, INC., 410 EXCHANGE, SUITE 100, IRVINE, CA 92602; OR BY SENDING AN ELECTRONIC MAIL MESSAGE TO CORESCIENTIFICINQUIRIES@STRETTO.COM WITH "CORE SCIENTIFIC" IN THE SUBJECT LINE.  PLEASE DO NOT DIRECT ANY INQUIRIES TO THE BANKRUPTCY COURT.

12.    THE VOTING AGENT IS NOT AUTHORIZED TO AND WILL NOT PROVIDE LEGAL ADVICE.

**PLEASE SUBMIT YOUR BALLOT BY ONLY <u>ONE</u> OF THE FOLLOWING METHODS:** (i) Online submission of an E-Ballot through the Online Portal, (ii) paper copy submission, in the return envelope provided, (iii) paper copy submission by hand delivery or overnight mail, or (iv) paper copy submission by first class mail.

**IF YOU WISH TO COORDINATE HAND DELIVERY OF YOUR BALLOT, PLEASE NOTIFY THE VOTING AGENT VIA E-MAIL AT CORESCIENTIFICINQUIRIES@STRETTO.COM (WITH "CORE SCIENTIFIC BALLOT" IN THE SUBJECT LINE) AT LEAST 24 HOURS IN ADVANCE OF THE ANTICIPATED DELIVERY DATE.**

**ALL BALLOTS MUST BE PROPERLY EXECUTED, COMPLETED, AND DELIVERED ACCORDING TO THE VOTING INSTRUCTIONS SO THAT THE BALLOTS ARE ACTUALLY RECEIVED BY THE VOTING AGENT NO LATER THAN THE VOTING DEADLINE.**

<u>**Online Portal Voting Instructions**</u>

**To properly submit your Ballot electronically, you must electronically complete, sign, and return this customized electronic Ballot by utilizing the Online Portal platform on the Stretto website by visiting https://cases.stretto.com/CoreScientific/, clicking on the "Submit E-Ballot" link and following the instructions set forth on the website.  Your Ballot must be received by Stretto no later than December 13, 2023 at 5:00 p.m. (Prevailing Central Time), the Voting Deadline, unless such time is extended by the Debtors with the consent of the Requisite Consenting Creditors.  <u>HOLDERS ARE STRONGLY ENCOURAGED TO SUBMIT THEIR BALLOTS VIA THE ONLINE PORTAL PLATFORM.</u>  The Stretto "Online Portal" platform is the sole manner in which ballots will be accepted via electronic**

**or online transmission.  Ballots submitted by facsimile, electronic mail, or other means of electronic transmission will not be counted.**

**IMPORTANT NOTE: You will need the following information to retrieve and submit your customized electronic Ballot:**

**Unique E-Ballot ID#:  _____**

Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.  Ballots submitted by E-Ballot will be deemed to contain a legal, valid signature.

**Holders who cast a Ballot using Stretto's "Online Portal" platform should <u>NOT</u> also submit a paper Ballot.**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS DECEMBER 13, 2023 AT 5:00 P.M. (PREVAILING CENTRAL TIME).**

<div align="center">

**<u>Paper Copy Ballot Submission</u>**

</div>

| **STRETTO'S ADDRESS FOR RECEIPT OF PAPER BALLOTS (WHETHER BY HAND DELIVERY, OVERNIGHT MAIL, OR FIRST CLASS MAIL)** |
|:---:|
| **CORE SCIENTIFIC, INC.**<br>**BALLOT PROCESSING CENTER**<br>**C/O STRETTO, INC.**<br>**410 EXCHANGE, SUITE 100**<br>**IRVINE, CA 92602** |

If you are unable to use the Online Portal platform or need assistance in completing and submitting your Ballot, please contact Stretto (i) via e-mail at CoreScientificInquiries@stretto.com; (ii) via mail by writing Core Scientific, Inc., Ballot Processing Center, C/O Stretto, Inc., 410 Exchange, Suite 100, Irvine, CA 92602; or (iii) via telephone at (949) 404-4152 (Toll-Free) or +1 (888) 765-7875 (if calling from outside the U.S.).

# **Exhibit I**



**Exhibit I**
Relates to Class 4
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Bank of the West | Attn: Nicholas East and Ashley Garland | 1625 W Fountainhead Parkway | | Tempe | AZ | 85282 |
| Bremer Bank, National Association | John R. McDonald | 2200 IDS Center | 80 South Eighth Street | Minneapolis | MN | 55402 |
| Bremer Loan A | | 372 St Peter Street | | St Paul | MN | 55102 |
| Bremer Loan B | | 372 St Peter Street | | St Paul | MN | 55102 |
| Bremer Loan C | | 372 St Peter Street | | St Paul | MN | 55102 |
| City of Calvert City | | 861 E. 5th Ave. | | Calvert City | KY | 42029 |
| City of Denton, Texas d/b/a Denton Municipal Utilities [DME] | Attn: Tom Zavala | 2323 Victory Ave Ste 700 | | Dallas | TX | 75219 |
| Dell Financial Services LLC | | PO Box 6547 | | Carol Stream | IL | 60197-6547 |
| Fidelity Capital Partners LLC | | 19600 Fairchild Rd | Suite 120 | Irvine | CA | 92612 |
| Fidelity Funding Services, LLC | Attn: Christopher G. Parsons | 34437A Via Verde | | Capistrano Beach | CA | 92624 |
| GreatAmerica Financial Services Corporation [GreatAmerica Leasing Corporation] | Attn: Litigation Dept | PO Box 609 | | Cedar Rapids | IA | 52406-0609 |
| Harco National Insurance Company | c/o IAT Insurance Group, Inc. | Attn: Frank Tanzola, Sr. VP/ Chief Legal Officer | One Newark Center, 20th Floor | Newark | NJ | 07102 |
| Harold King | | Address Redacted | | | | |
| Indigo Direct Lending, LLC | c/o Moritt Hock & Hamroff LLP | Attn: Theresa A. Driscoll | 400 Garden City Plaza | Garden City | NY | 11530 |
| King County Treasury | | 201 S Jackson St | Room 710 | Seattle | WA | 98104 |
| Liberty Commercial Finance #1 - Indigo | | 18302 Irvine Blve, Suite 300 | | Tustin | CA | 92780 |
| Liberty Commercial Finance #3 - North Mill | | 18302 Irvine Blve, Suite 300 | | Tustin | CA | 92780 |
| Liberty Commercial Finance #5 - North Mill | | 18302 Irvine Blve, Suite 300 | | Tustin | CA | 92780 |
| Liberty Commercial Finance #8 - Prime | | 18302 Irvine Blve, Suite 300 | | Tustin | CA | 92780 |
| Liberty Commercial Finance #9 - Prime | | 18302 Irvine Blve, Suite 300 | | Tustin | CA | 92780 |
| Meridian Equipment Finance, LLC | c/o Saldutti Law Group | Attn: Rebecca K. McDowell | 1040 Kings Highway N, Suite 100 | Cherry Hill | NJ | 08034 |
| North Mill Equipment Finance LLC | Attn: Nadine E. Reighn, Legal Recovery Manager | 601 Merritt 7 - Suite 5 | | Norwalk | CT | 06851 |
| North Star Leasing, a Division of Peoples Bank | Attn: Stephen W. Sather | 7320 N. MoPac Expwy., Suite 400 | | Austin | TX | 78731 |
| Prime Alliance Bank, Inc. | c/o Reed Smith LLP | Attn: Devan Dal Col | 2850 N. Harwood Street, Suite 1500 | Dallas | TX | 75201 |
| Technology Finance Corporation 2540-06 | | 16430 N Scottsdale Rd | # 170 | Scottsdale | AZ | 85254-1518 |
| The City of Denton, Texas [City of Denton, a Texas Home-Rule Municipal Corporation; City of Denton, a Texas Municipal Corporation; City; Denton] | c/o Haynes and Boone, LLP | Attn: Martha Wyrick | 2801 N Harwood Street Suite 2300 | Dallas | TX | 75201 |
| Travis County | Attn: Jason A. Starks, Assistant Travis County Attorney | PO Box 1748 | | Austin | TX | 78767 |
| VFS LLC | Attn: Sharlene Schulte | 5827 Terex | | Clarkston | MI | 48346 |
| VFS, LLC #4 | | 5480 Corporate Drive | | Troy | MI | 48098 |
| VFS, LLC #5 | | 5480 Corporate Drive | | Troy | MI | 48098 |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 1 of 1

# **<u>Exhibit J</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.,* | § | Case No. 22-90341 (CML) |
| | § | |
| Debtors[1] | § | (Jointly Administered) |
| | § | |

<u>NOTICE OF NON-VOTING STATUS</u>

On December 21, 2022 (the "**Petition Date**"), Core Scientific, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), each commenced a case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**").

On November 14, 2023, the Bankruptcy Court held a hearing (the "**Disclosure Statement Hearing**") at which it conditionally approved the *Disclosure Statement for Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors,* filed on November 16, 2023 (Docket No. 1439) (as may be modified, amended, or supplemented, the "**Disclosure Statement**"),[2] and thereafter entered an order (the "**Order**") with respect thereto. The Order, among other things, authorizes the Debtors to solicit votes to accept the *Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors,* filed on November 16, 2023 (Docket No. 1438) (as may be modified, amended, or supplemented, the "**Plan**").  If you have any questions about the status of your Claim or Interest or if you wish to obtain paper copies of the Plan and Disclosure Statement, you may contact the Debtors' voting agent, Stretto, Inc. ("**Stretto**" or the "**Voting Agent**"), by writing to Core Scientific, Inc., Ballot Processing Center, c/o Stretto, Inc., 410 Exchange, Suite 100, Irvine, CA 92602, or by email at CoreScientificInquiries@stretto.com, or by telephone at (949).404.4152 (Toll-Free) or +1888.765.7875 (if calling from outside the U.S.).  Copies of the Plan and Disclosure Statement can also be accessed online at https://cases.stretto.com/CoreScientific.  Please be advised that Stretto cannot provide legal advice.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII, LLC (3198).  The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.  The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, Texas 78704.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Disclosure Statement or Plan, as applicable.

**You are receiving this notice (this "Notice of Non-Voting Status") because, according to the Debtors' books and records, you are a holder of:**

    **i.**    **Class 4 Other Secured Claims under the Plan, which provides that your Claim(s) against the Debtors is unimpaired and, therefore, pursuant to section 1126(f) of the Bankruptcy Code, you are presumed to have accepted the Plan and not entitled to vote on the Plan; and/or**

    **ii.**    **Class 7 Priority Non-Tax Claims under the Plan, which provides that your Claim(s) against the Debtors is unimpaired and, therefore, pursuant to section 1126(f) of the Bankruptcy Code, you are presumed to have accepted the Plan and not entitled to vote on the Plan.**

The deadline for filing objections to confirmation of the Plan or final approval of the Disclosure Statement is **December 13, 2023 (the "Objection Deadline")**.  Any objections to the confirmation of the Plan or final approval of the Disclosure Statement must: (i) be in writing; (ii) conform to the Bankruptcy Rules, the Bankruptcy Local Rules, and any order of the Bankruptcy Court; (iii) set forth the name of the objecting party and the nature and amount of Claims or Interests held or asserted by the objecting party against the Debtors' estates or property; and (iv) provide the basis for the objection, and the specific grounds therefor, and, if practicable, a proposed modification to the Plan that would resolve such objection.  Registered users of the Bankruptcy Court's case filing system must electronically file their objections and responses on or before the Objection Deadline. All other parties in interest must file their objections and responses in writing with the United States Bankruptcy Court Clerk's Office, Rosario Saldana, United States Courthouse, 515 Rusk Avenue, Courtroom 401, 4th Floor, Houston, Texas 77002, on or before the Plan Objection Deadline.

---

If you have questions about this Notice of Non-Voting Status, please contact Stretto

**Telephone**: (949).404.4152 (Toll-Free) or +1888.765.7875 (if calling from outside the U.S.)

**Email**:  CoreScientificInquiries@stretto.com

**Website**:  https://cases.stretto.com/CoreScientific

---

**NOTICE REGARDING CERTAIN RELEASE,
EXCULPATION, AND INJUNCTION PROVISIONS IN PLAN**

    **If you (i) vote to accept the Plan, (ii) are solicited to vote to accept or reject the Plan, but do not vote to either accept or reject the Plan, and do not opt out of granting the releases set forth in the Plan, (iii) vote, or are deemed, to reject the Plan or are presumed to accept the Plan but do not opt out of granting the releases set forth in the Plan, or (iv) were given notice of the opportunity to opt out of granting the releases contained in the Plan but**

do not opt out, you shall be deemed to have consented to the releases contained in Section 10.6(b) of the Plan.  The releases as presented in the Plan are provided below:

**SECTION 10.5**        **INJUNCTION.**

Except as otherwise expressly provided in the Plan or for distributions required to be paid or delivered pursuant to the Plan or the Confirmation Order, all Entities that have held, hold, or may hold Claims or Interests that have been released pursuant to Section 10.6(a) or Section 10.6(b), shall be discharged pursuant to Section 10.3 of the Plan, or are subject to exculpation pursuant to Section 10.7, and all Subcontractors and all other parties in interest are permanently enjoined, from and after the Effective Date, from taking any of the following actions against, as applicable, the Debtors, the Reorganized Debtors, the Released Parties, and/or the Exculpated Parties (to the extent of the exculpation provided pursuant to Section 10.7 with respect to the Exculpated Parties): (i) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests; (ii) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such Claims or Interests; (iii) creating, perfecting, or enforcing any Lien or encumbrance of any kind against such Entities or the property or the estates of such Entities on account of or in connection with or with respect to any such Claims or Interests; (iv) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such Claims or Interests unless (x) such Entity has timely asserted such setoff right either in a Filed Proof of Claim, or in another document Filed with the Bankruptcy Court explicitly preserving such setoff or that otherwise indicates that such entity asserts, has, or intends to preserve any right of setoff pursuant to applicable law or otherwise or (y) such right to setoff arises under a postpetition agreement with the Debtors or an Executory Contract that has been assumed by the Debtors as of the Effective Date; and (v) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests released, settled, and/or treated, entitled to a distribution, or cancelled pursuant to the Plan or otherwise Disallowed; *provided* that such persons who have held, hold, or may hold Claims against, or Interests in, a Debtor, a Reorganized Debtor, or an Estate shall not be precluded from exercising their rights and remedies, or obtaining the benefits, solely pursuant to and consistent with the terms of the Plan.

Subject in all respects to Section 11.1, no entity or person may commence or pursue a Claim or Cause of Action of any kind against any Released Party or Exculpated Party that arose or arises from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, and any and all related agreements, instruments, and/or other documents, the formulation, preparation, dissemination,

solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing without the Bankruptcy Court (i) first determining, after notice and a hearing, that such Claim or Cause of Action represents a claim of willful misconduct, fraud or gross negligence against a Released Party or Exculpated Party and (ii) specifically authorizing such Entity or Person to bring such Claim or Cause of Action against any such Released Party or Exculpated Party.  The Bankruptcy Court shall have sole and exclusive jurisdiction to determine whether a Claim or Cause of Action is colorable and, only to the extent legally permissible and as provided for in Section 11.1, shall have jurisdiction to adjudicate the underlying colorable Claim or Cause of Action.

**SECTION 10.6(a)**      **RELEASES BY THE DEBTORS.**

Notwithstanding anything contained in the Plan to the contrary, as of the Effective Date, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, including the obligations of the Debtors under the Plan and the contributions of the Released Parties to facilitate and implement the Plan, except as otherwise provided in the Plan or in the Confirmation Order, on and after the Effective Date, the Released Parties are deemed conclusively, absolutely, unconditionally and irrevocably, released and discharged by the Debtors, the Reorganized Debtors, and the Estates from any and all Claims, obligations, rights, suits, damages, Causes of Action, remedies, and liabilities whatsoever, including any derivative claims, asserted or assertable on behalf of the Debtors, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, in law, equity, or otherwise, that the Debtors, the Reorganized Debtors, the Estates, or their Affiliates would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, the

formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date.  Notwithstanding anything to the contrary in the foregoing, the releases set forth in Section 10.6(a) of the Plan (i) shall only be applicable to the maximum extent permitted by law; (ii) shall not be construed as (a) releasing any Released Party from Claims or Causes of Action arising from an act or omission that is judicially determined by a Final Order to have constituted actual fraud (*provided* that actual fraud shall not exempt from the scope of these Debtor releases any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, (b) releasing any Released Party from Claims or Causes of Action held by the Debtors arising from an act or omission that is determined by a Final Order or by a federal government agency to have constituted a violation of any federal securities laws or (c) releasing any post-Effective Date obligations of any party or Entity under the Plan, the Confirmation Order, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.

**SECTION 10.6(b)**      **RELEASES BY HOLDERS OF CLAIMS AND INTERESTS**.

Notwithstanding anything contained in the Plan to the contrary, as of the Effective Date, for good and valuable consideration, the adequacy of which is hereby confirmed, except as otherwise provided in the Plan or in the Confirmation Order, to the fullest extent permissible under applicable law, as such law may be extended or integrated after the Effective Date, each Releasing Party, shall be deemed to have conclusively, absolutely, unconditionally, irrevocably, and forever, released, and discharged the Debtors, the Reorganized Debtors, and the Released Parties from any and all Claims, obligations, rights, suits, damages, Causes of Action, remedies, and liabilities whatsoever, including any derivative Claims or Causes of Action asserted or that may be asserted on behalf of the Debtors or their Estates, that such Entity would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, in law, equity, or otherwise, based on or relating to, or in any manner arising from, in whole

or in part, any act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date, including any Claims or Causes of Action based on or relating to, or in any manner arising from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date.  Notwithstanding anything to the contrary in the foregoing, the releases set forth in Section 10.6(b) of the Plan (i) shall only be applicable to the maximum extent permitted by law; and (ii) shall not be construed as (a) releasing any Released Party from Claims or Causes of Action arising from an act or omission that is judicially determined by a Final Order to have constituted actual fraud (*provided* that actual fraud shall not exempt from the scope of these third-party releases any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, or (b) releasing any post-Effective Date obligations of any party or Entity under the Plan, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.

**SECTION 10.7         EXCULPATION.**

Except as otherwise specifically provided in the Plan, no Exculpated Party shall have or incur liability for, and each Exculpated Party is hereby released and exculpated from, any Cause of Action for any claim related to any act or omission in connection with, relating to, or arising out, in whole or in part, from the Petition Date through the Effective Date, of the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors, the DIP Facility, the Convertible Notes Agreements,

**the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, and related agreements, instruments, or other documents, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other related agreement, except for Claims or Causes of Action arising from an act or omission that is judicially determined in a Final Order to have constituted actual fraud, willful misconduct, or gross negligence, but in all respects, such Exculpated Parties shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities.  The Exculpated Parties have, and upon completion of the Plan, shall be deemed to have, participated in good faith and in compliance with all applicable laws with regard to the solicitation and distribution of, consideration pursuant to the Plan and, therefore, are not, and on account of such distributions shall not be, liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Plan or such distributions made pursuant to the Plan.  Notwithstanding anything to the contrary in the foregoing, the exculpations set forth in Section 10.7 of the Plan (i) shall only be applicable to the maximum extent permitted by law; and (ii) shall not be construed as (a) exculpating any Exculpated Party from Claims or Causes of Action arising from an act or omission that is judicially determined by a Final Order to have constituted actual fraud (*provided* that actual fraud shall not exempt from the scope of these exculpations any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, or (b) exculpating any post-Effective Date obligations of any party or Entity under the Plan, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.**

### SECTION 5.17      <u>CANCELLATION OF LIENS</u>.

(a)      Except as otherwise specifically provided in the Plan, including sections 4.4 and 4.6 of the Plan, all notes, instruments, certificates evidencing debt of the Debtors and Existing Common Interests will be cancelled and obligations of the Debtors thereunder will be discharged and of no further force or effect, except for the purpose of allowing the applicable agents and trustees to receive distributions from the Debtors under the Plan and

to make any further distributions to the applicable Holders on account of their Allowed Claims and Interests.

(b)      After the Effective Date and following (i) the distributions to Holders on account of Allowed Convertible Notes Secured Claims and Allowed Miner Equipment Lender Secured Claims and/or (ii) with regard to Allowed M&M Lien Secured Claims, satisfaction of the applicable M&M Lien Takeback Debt, the Debtors or the Reorganized Debtors, at their expense, may, in their sole discretion, take any action necessary to terminate, cancel, extinguish, and/or evidence the release of any and all mortgages, deeds of trust, Liens, pledges, and other security interests with respect to the Convertible Notes Secured Claims, Miner Equipment Lender Secured Claims, and M&M Lien Secured Claims, including, without limitation, the preparation and filing of any and all documents necessary to terminate, satisfy, or release any mortgages, deeds of trust, Liens, pledges, and other security interests held by the Holders of the M&M Lien Secured Claims, Miner Equipment Lender Secured Claims, the Notes Agent, and/or Convertible Noteholders, including, without limitation, UCC-3 termination statements.

**Relevant Definitions Related to Release and Exculpation Provisions**:

*"Exculpated Parties"* means each of the following in their capacity as such and, in each case, to the maximum extent permitted by law: (i) the Debtors; and (ii) Equity Committee and its members, each solely in their capacity as such.

*"Related Parties"* means with respect to a Person, that Person's current and former Affiliates, and such Person's and its current and former Affiliates' current and former directors, managers, officers, equity holders (regardless of whether such interests are held directly or indirectly), affiliated investment funds or investment vehicles, predecessors, participants, successors, and assigns, subsidiaries, and each of their respective current and former equity holders, officers, directors, managers, principals, members, employees, agents, fiduciaries, trustees, advisory board members, financial advisors, partners, limited partners, general partners, attorneys, accountants, managed accounts or funds, management companies, fund advisors, investment bankers, consultants, representatives, and other professionals, and such Person's respective heirs, executors, estates, and nominees, each in their capacity as such, and any and all other Persons or Entities that may purport to assert any Cause of Action derivatively, by or through the foregoing entities.

*"Released Parties"* means, collectively: (i) the Debtors; (ii) the Reorganized Debtors; (iii) the Equity Committee and its members that are party to the RSA, solely in their capacities as such; (iv) the Backstop Parties; (v) the Settling Miner Equipment Lenders; (vi) Brown Corporation; (vii) Holliwood LLC; (viii) the Ad Hoc Noteholder Group; (ix) the Consenting Creditors; (x) the Exit Lenders; (xi) the Notes Agent, solely in its capacity as such; and (xii) with respect to each of the foregoing Persons in clauses (i) through (xi), all Related Parties. Notwithstanding the foregoing, any Person that opts out of the releases set forth in section 10.6(b) of the Plan shall not be deemed a Released Party thereunder.

*"Releasing Parties"* means collectively, and in each case solely in their capacity as such, (i) the Debtors; (ii) the Reorganized Debtors; (iii) with respect to each of the foregoing

Persons in clauses (i) through (ii), all Related Parties; (iv) the Released Parties; (v) the Holders of all Claims or Interests that vote to accept the Plan; (vi) the Holders of all Claims or Interests whose vote to accept or reject the Plan is solicited but that do not vote either to accept or to reject the Plan and do not opt out of granting the releases set forth in the Plan; (vii) the Holders of all Claims or Interests that vote, or are deemed, to reject the Plan or that are presumed to accept the Plan but do not opt out of granting the releases set forth in the Plan; and (viii) the Holders of all Claims and Interests and all Other Beneficial Owners that were given notice of the opportunity to opt out of granting the releases set forth in the Plan but did not opt out.

**YOU ARE ADVISED AND ENCOURAGED TO CAREFULLY REVIEW AND CONSIDER THE PLAN, INCLUDING THE RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AS YOUR RIGHTS MIGHT BE AFFECTED.**

Dated:  November 17, 2023
        Houston, Texas

　　　　　　　　　　　　　　　　　　　  /s/ Alfredo R. Pérez
　　　　　　　　　　　　　　　　　  WEIL, GOTSHAL & MANGES LLP
　　　　　　　　　　　　　　　　　  Alfredo R. Pérez (15776275)
　　　　　　　　　　　　　　　　　  Clifford W. Carlson (24090024)
　　　　　　　　　　　　　　　　　  700 Louisiana Street, Suite 1700
　　　　　　　　　　　　　　　　　  Houston, Texas  77002
　　　　　　　　　　　　　　　　　  Telephone: (713) 546-5000
　　　　　　　　　　　　　　　　　  Facsimile:  (713) 224-9511
　　　　　　　　　　　　　　　　　  Email:  Alfredo.Perez@weil.com
　　　　　　　　　　　　　　　　　　　　　 Clifford.Carlson@weil.com

　　　　　　　　　　　　　　　　　  -and-

　　　　　　　　　　　　　　　　　  WEIL, GOTSHAL & MANGES LLP
　　　　　　　　　　　　　　　　　  Ray C. Schrock (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　  Ronit J. Berkovich (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　  767 Fifth Avenue
　　　　　　　　　　　　　　　　　  New York, New York  10153
　　　　　　　　　　　　　　　　　  Telephone:  (212) 310-8000
　　　　　　　　　　　　　　　　　  Facsimile:  (212) 310-8007
　　　　　　　　　　　　　　　　　  Email:  Ray.Schrock@weil.com
　　　　　　　　　　　　　　　　　　　　　 Ronit.Berkovich@weil.com

　　　　　　　　　　　　　　　　　  *Attorneys for Debtors*
　　　　　　　　　　　　　　　　　  *and Debtors in Possession*

# **Exhibit K**

**OPTIONAL:**          **RELEASE OPT OUT FORM**

You are receiving this opt out form (the "**Release Opt Out Form**") because you (i) are or may be a Holder of a Claim against Core Scientific, Inc. and its debtor affiliates (collectively, the "**Debtors**") that is not entitled to vote on the *Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors*, filed on November 16, 2023 (Docket No. 1438) (as may be modified, amended, or supplemented, the "**Plan**")[1] or (ii) are a current or former shareholder of equity securities of the Debtors, purchased during the period from January 3, 2022 through December 20, 2022, inclusive (an "**Other Beneficial Owner**") that holds or may hold a claim that will be released pursuant to the Plan.   A holder of Claims, Interests, and/or an Other Beneficial Owner is deemed to grant the third-party releases set forth below unless such holder affirmatively opts out on or before the Opt Out Deadline (as defined below).

**THIS RELEASE OPT OUT FORM PROVIDES YOU WITH THE OPTION TO NOT GRANT THE VOLUNTARY RELEASE CONTAINED IN SECTION 10.6(b) OF THE PLAN.   PURSUANT TO THE PLAN, IF YOU, AS A HOLDER OF CLAIMS OR INTEREST, OR AS AN OTHER BENEFICIAL OWNER, WHO HAS BEEN GIVEN NOTICE OF THE OPPORTUNITY TO OPT OUT OF GRANTING THE RELEASES SET FORTH IN THE PLAN BUT DO NOT OPT OUT, YOU ARE AUTOMATICALLY DEEMED TO HAVE CONSENTED TO THE RELEASE PROVISIONS IN THE PLAN.  TO THE EXTENT THAT YOU HAVE AN ALLOWED CLAIM OR INTEREST, YOU WILL RECEIVE THE SAME RECOVERY AND TREATMENT ON ACCOUNT OF YOUR CLAIM OR INTEREST UNDER THE PLAN REGARDLESS OF WHETHER YOU ELECT TO NOT GRANT THE VOLUNTARY RELEASE CONTAINED IN SECTION 10.6(b) OF THE PLAN.   IF YOU ELECT TO NOT GRANT THE VOLUNTARY RELEASE CONTAINED IN SECTION 10.6(b) OF THE PLAN, HOWEVER, YOU MAY NOT BE A "RELEASED PARTY" WITH RESPECT TO THE VOLUNTARY THIRD-PARTY RELEASE BY RELEASING PARTIES.   IF YOU ARE ENTITLED TO VOTE ON THE PLAN AND VOTE TO ACCEPT THE PLAN, YOU SHALL BE DEEMED TO HAVE CONSENTED TO THE RELEASES CONTAINED IN SECTION 10.6(b) OF THE PLAN.**

**IF YOU ARE AN OTHER BENEFICIAL OWNER AND DO NOT OPT OUT OF GRANTING THE RELEASES SET FORTH IN SECTION 10.6(b) OF THE PLAN, YOU WILL BE AUTOMATICALLY DEEMED TO HAVE CONSENTED TO THE RELEASE PROVISIONS SET FORTH IN SECTION 10.6(b) OF THE PLAN, INCLUDING THE RELEASE OF ANY OF YOUR CLAIMS ASSERTED OR ASSERTABLE AGAINST THE DEBTORS' DIRECTORS AND OFFICERS IN THE SECURITIES CLASS ACTION LAWSUIT PENDING AGAINST IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS.**

**YOU WILL BE DEEMED TO HAVE RELEASED WHATEVER CLAIMS YOU MAY HAVE AGAINST THE DEBTORS AND MANY OTHER PEOPLE AND**

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan or the *Disclosure Statement for Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors*, filed on November 16, 2023 (Docket No. 1439) (as may be modified, amended, or supplemented, the "**Disclosure Statement**"), as applicable.

**ENTITIES (INCLUDING THE DEBTORS' OFFICERS AND DIRECTORS) UNLESS YOU RETURN OR ELECTRONICALLY SUBMIT THIS RELEASE OPT OUT FORM BY DECEMBER 13, 2023 AT 5:00 P.M. (PREVAILING CENTRAL TIME) (THE "OPT OUT DEADLINE").**

If you believe you are a holder of a Claim, Interest, or an Other Beneficial Owner with respect to the Debtors or Released Parties (as defined below) and choose to opt out of the third-party releases set forth in Section 10.6(b) of the Plan, please submit your election to opt out through one of the following methods: (i) completing, signing, dating, and returning this Release Opt Out Form promptly via first class mail (or in the enclosed reply envelope provided), overnight courier, or hand delivery to the Voting Agent at the address set forth below, so that it is received by the Voting Agent prior to the Opt Out Deadline, or (ii) by completing and signing the Release Opt Out Form via the Online Portal located at https://cases.stretto.com/CoreScientific.

**To ensure that your hard copy Release Opt Out Form is counted, clearly sign and return your Release Opt Out Form in the enclosed pre-addressed, or via first-class mail, overnight courier, or hand delivery to:**

| **STRETTO'S ADDRESS FOR RECEIPT OF RELEASE OPT OUT FORM** |
|:---:|
| **CORE SCIENTIFIC, INC.**<br>**BALLOT PROCESSING CENTER**<br>**C/O STRETTO, INC.**<br>**410 EXCHANGE, SUITE 100**<br>**IRVINE, CA 92602** |

**THIS RELEASE OPT OUT FORM MUST BE ACTUALLY RECEIVED BY THE VOTING AGENT BY THE OPT OUT DEADLINE. IF THE RELEASE OPT OUT FORM IS RECEIVED AFTER THE OPT OUT DEADLINE, IT WILL NOT BE COUNTED.**

**Item 1.** **Amount of Claim**. The undersigned hereby certifies that, as of September 25, 2023, the undersigned was the Holder (or authorized signatory of such a Holder) of Claims or Interests in the amount set forth below, or is an Other Beneficial Owner.

| | |
|:---:|:---:|
| Class 4 (Other Secured Claims) | Amount:  $_____ |
| Class 7 (Priority Non-Tax Claims) | Amount:  $_____ |
| Other Beneficial Owner | ☐ |

Item 2.        Releases.

The Plan contains the following release provisions:

SECTION 10.6(a)    RELEASES BY THE DEBTORS.

NOTWITHSTANDING ANYTHING CONTAINED IN THE PLAN TO THE CONTRARY, AS OF THE EFFECTIVE DATE, PURSUANT TO SECTION 1123(B) OF THE BANKRUPTCY CODE, FOR GOOD AND VALUABLE CONSIDERATION, THE ADEQUACY OF WHICH IS HEREBY CONFIRMED, INCLUDING THE OBLIGATIONS OF THE DEBTORS UNDER THE PLAN AND THE CONTRIBUTIONS OF THE RELEASED PARTIES TO FACILITATE AND IMPLEMENT THE PLAN, EXCEPT AS OTHERWISE PROVIDED IN THE PLAN OR IN THE CONFIRMATION ORDER, ON AND AFTER THE EFFECTIVE DATE, THE RELEASED PARTIES ARE DEEMED CONCLUSIVELY, ABSOLUTELY, UNCONDITIONALLY AND IRREVOCABLY, RELEASED AND DISCHARGED BY THE DEBTORS, THE REORGANIZED DEBTORS, AND THE ESTATES FROM ANY AND ALL CLAIMS, OBLIGATIONS, RIGHTS, SUITS, DAMAGES, CAUSES OF ACTION, REMEDIES, AND LIABILITIES WHATSOEVER, INCLUDING ANY DERIVATIVE CLAIMS, ASSERTED OR ASSERTABLE ON BEHALF OF THE DEBTORS, WHETHER KNOWN OR UNKNOWN, FORESEEN OR UNFORESEEN, EXISTING OR HEREINAFTER ARISING, IN LAW, EQUITY, OR OTHERWISE, THAT THE DEBTORS, THE REORGANIZED DEBTORS, THE ESTATES, OR THEIR AFFILIATES WOULD HAVE BEEN LEGALLY ENTITLED TO ASSERT IN THEIR OWN RIGHT (WHETHER INDIVIDUALLY OR COLLECTIVELY) OR ON BEHALF OF THE HOLDER OF ANY CLAIM OR INTEREST OR OTHER PERSON, BASED ON OR RELATING TO, OR IN ANY MANNER ARISING FROM, IN WHOLE OR IN PART, THE CHAPTER 11 CASES, THE DEBTORS, THE GOVERNANCE, MANAGEMENT, TRANSACTIONS, OWNERSHIP, OR OPERATION OF THE DEBTORS, THE PURCHASE, SALE OR RESCISSION OF ANY SECURITY OF THE DEBTORS OR THE REORGANIZED DEBTORS (WHICH INCLUDES, FOR THE AVOIDANCE OF DOUBT, ALL CLAIMS AND CAUSES OF ACTION ASSERTED OR ASSERTABLE IN THE SECURITIES CLASS ACTION), THE DIP FACILITY, THE CONVERTIBLE NOTES AGREEMENTS, THE MINER EQUIPMENT LENDER AGREEMENTS, THE MORTGAGE AGREEMENTS, THE GENERAL CONTRACTS, ANY AND ALL AGREEMENTS RELATING TO M&M LIENS, THE FORMULATION, PREPARATION, DISSEMINATION, SOLICITATION, NEGOTIATION, ENTRY INTO, OR FILING OF THE PLAN (INCLUDING THE PLAN SUPPLEMENT), THE DISCLOSURE STATEMENT, OR ANY RESTRUCTURING TRANSACTION, CONTRACT, INSTRUMENT, RELEASE, OR OTHER AGREEMENT OR DOCUMENT (INCLUDING ANY LEGAL OPINION REQUESTED BY ANY ENTITY REGARDING ANY TRANSACTION, CONTRACT, INSTRUMENT, DOCUMENT, OR OTHER AGREEMENT CONTEMPLATED BY THE PLAN OR THE RELIANCE BY ANY RELEASED PARTY ON THE PLAN OR CONFIRMATION ORDER IN LIEU OF SUCH LEGAL OPINION) CREATED OR ENTERED INTO IN CONNECTION WITH THE PLAN, THE PLAN SUPPLEMENT, THE DISCLOSURE STATEMENT, THE PLAN SETTLEMENTS, THE NEW SECURED CONVERTIBLE NOTES DOCUMENTS, THE

**NEW SECURED NOTES DOCUMENTS, THE CONTINGENT PAYMENT OBLIGATIONS DOCUMENTS, THE NEW MINER EQUIPMENT LENDER DEBT DOCUMENTS, THE EXIT FACILITY DOCUMENTS, THE NEW WARRANTS AGREEMENT, THE RIGHTS OFFERING, THE BACKSTOP COMMITMENT LETTER, THE INITIAL DIP LOAN DOCUMENTS, THE DIP FACILITY, THE TERMINATED RSA, THE RSA, THE CHAPTER 11 CASES, THE PURSUIT OF CONFIRMATION AND CONSUMMATION OF THE PLAN, THE ADMINISTRATION AND IMPLEMENTATION OF THE PLAN OR CONFIRMATION ORDER, INCLUDING THE ISSUANCE OR DISTRIBUTION OF SECURITIES PURSUANT TO THE PLAN (INCLUDING, BUT NOT LIMITED TO, THE NEW COMMON INTERESTS), OR THE DISTRIBUTION OF PROPERTY UNDER THE PLAN, OR ANY OTHER AGREEMENT, ACT OR OMISSION, TRANSACTION, EVENT, OR OTHER OCCURRENCE TAKING PLACE ON OR BEFORE THE EFFECTIVE DATE. NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THE FOREGOING, THE RELEASES SET FORTH IN SECTION 10.6(A) OF THE PLAN (I) SHALL ONLY BE APPLICABLE TO THE MAXIMUM EXTENT PERMITTED BY LAW; (II) SHALL NOT BE CONSTRUED AS (A) RELEASING ANY RELEASED PARTY FROM CLAIMS OR CAUSES OF ACTION ARISING FROM AN ACT OR OMISSION THAT IS JUDICIALLY DETERMINED BY A FINAL ORDER TO HAVE CONSTITUTED ACTUAL FRAUD (*PROVIDED* THAT ACTUAL FRAUD SHALL NOT EXEMPT FROM THE SCOPE OF THESE DEBTOR RELEASES ANY CLAIMS OR CAUSES OF ACTION ARISING UNDER SECTIONS 544 OR 548 OF THE BANKRUPTCY CODE OR STATE LAWS GOVERNING FRAUDULENT OR OTHERWISE AVOIDABLE TRANSFERS OR CONVEYANCES), WILLFUL MISCONDUCT, OR GROSS NEGLIGENCE, (B) RELEASING ANY RELEASED PARTY FROM CLAIMS OR CAUSES OF ACTION HELD BY THE DEBTORS ARISING FROM AN ACT OR OMISSION THAT IS DETERMINED BY A FINAL ORDER OR BY A FEDERAL GOVERNMENT AGENCY TO HAVE CONSTITUTED A VIOLATION OF ANY FEDERAL SECURITIES LAWS OR (C) RELEASING ANY POST-EFFECTIVE DATE OBLIGATIONS OF ANY PARTY OR ENTITY UNDER THE PLAN, THE CONFIRMATION ORDER, ANY RESTRUCTURING TRANSACTION, OR ANY DOCUMENT, INSTRUMENT, OR AGREEMENT (INCLUDING THOSE SET FORTH IN THE PLAN SUPPLEMENT) EXECUTED TO IMPLEMENT THE PLAN.**

**SECTION 10.6(b)    RELEASES BY HOLDERS OF CLAIMS AND INTERESTS.**

**NOTWITHSTANDING ANYTHING CONTAINED IN THE PLAN TO THE CONTRARY, AS OF THE EFFECTIVE DATE, FOR GOOD AND VALUABLE CONSIDERATION, THE ADEQUACY OF WHICH IS HEREBY CONFIRMED, EXCEPT AS OTHERWISE PROVIDED IN THE PLAN OR IN THE CONFIRMATION ORDER, TO THE FULLEST EXTENT PERMISSIBLE UNDER APPLICABLE LAW, AS SUCH LAW MAY BE EXTENDED OR INTEGRATED AFTER THE EFFECTIVE DATE, EACH RELEASING PARTY, SHALL BE DEEMED TO HAVE CONCLUSIVELY, ABSOLUTELY, UNCONDITIONALLY, IRREVOCABLY, AND FOREVER, RELEASED, AND DISCHARGED THE DEBTORS, THE REORGANIZED DEBTORS, AND THE RELEASED PARTIES FROM ANY AND ALL CLAIMS, OBLIGATIONS, RIGHTS, SUITS, DAMAGES, CAUSES OF ACTION, REMEDIES, AND LIABILITIES**

WHATSOEVER, INCLUDING ANY DERIVATIVE CLAIMS OR CAUSES OF ACTION
ASSERTED OR THAT MAY BE ASSERTED ON BEHALF OF THE DEBTORS OR
THEIR ESTATES, THAT SUCH ENTITY WOULD HAVE BEEN LEGALLY ENTITLED
TO ASSERT IN THEIR OWN RIGHT (WHETHER INDIVIDUALLY OR
COLLECTIVELY) OR ON BEHALF OF THE HOLDER OF ANY CLAIM OR
INTEREST, WHETHER KNOWN OR UNKNOWN, FORESEEN OR UNFORESEEN,
EXISTING OR HEREINAFTER ARISING, IN LAW, EQUITY, OR OTHERWISE,
BASED ON OR RELATING TO, OR IN ANY MANNER ARISING FROM, IN WHOLE
OR IN PART, ANY ACT OR OMISSION, TRANSACTION, AGREEMENT, EVENT, OR
OTHER OCCURRENCE TAKING PLACE ON OR BEFORE THE EFFECTIVE DATE,
INCLUDING ANY CLAIMS OR CAUSES OF ACTION BASED ON OR RELATING TO,
OR IN ANY MANNER ARISING FROM, IN WHOLE OR IN PART, THE CHAPTER 11
CASES, THE DEBTORS, THE GOVERNANCE, MANAGEMENT, TRANSACTIONS,
OWNERSHIP, OR OPERATION OF THE DEBTORS, THE PURCHASE, SALE OR
RESCISSION OF ANY SECURITY OF THE DEBTORS OR THE REORGANIZED
DEBTORS (WHICH INCLUDES, FOR THE AVOIDANCE OF DOUBT, ALL CLAIMS
AND CAUSES OF ACTION ASSERTED OR ASSERTABLE IN THE SECURITIES
CLASS ACTION), THE DIP FACILITY, THE CONVERTIBLE NOTES AGREEMENTS,
THE MINER EQUIPMENT LENDER AGREEMENTS, THE MORTGAGE
AGREEMENTS, THE GENERAL CONTRACTS, ANY AND ALL AGREEMENTS
RELATING TO M&M LIENS, THE FORMULATION, PREPARATION,
DISSEMINATION, SOLICITATION, NEGOTIATION, ENTRY INTO, OR FILING OF
THE PLAN (INCLUDING THE PLAN SUPPLEMENT), THE DISCLOSURE
STATEMENT, OR ANY RESTRUCTURING TRANSACTION, CONTRACT,
INSTRUMENT, RELEASE, OR OTHER AGREEMENT OR DOCUMENT (INCLUDING
ANY LEGAL OPINION REQUESTED BY ANY ENTITY REGARDING ANY
TRANSACTION, CONTRACT, INSTRUMENT, DOCUMENT, OR OTHER
AGREEMENT CONTEMPLATED BY THE PLAN OR THE RELIANCE BY ANY
RELEASED PARTY ON THE PLAN OR CONFIRMATION ORDER IN LIEU OF SUCH
LEGAL OPINION) CREATED OR ENTERED INTO IN CONNECTION WITH THE
PLAN, THE PLAN SUPPLEMENT, THE DISCLOSURE STATEMENT, THE PLAN
SETTLEMENTS, THE NEW SECURED CONVERTIBLE NOTES DOCUMENTS, THE
NEW SECURED NOTES DOCUMENTS, THE CONTINGENT PAYMENT
OBLIGATIONS DOCUMENTS, THE NEW MINER EQUIPMENT LENDER DEBT
DOCUMENTS, THE EXIT FACILITY DOCUMENTS, THE NEW WARRANTS
AGREEMENT, THE RIGHTS OFFERING, THE BACKSTOP COMMITMENT
LETTER, THE INITIAL DIP LOAN DOCUMENTS, THE DIP FACILITY, THE
TERMINATED RSA, THE RSA, THE CHAPTER 11 CASES, THE PURSUIT OF
CONFIRMATION AND CONSUMMATION OF THE PLAN, THE ADMINISTRATION
AND IMPLEMENTATION OF THE PLAN OR CONFIRMATION ORDER, INCLUDING
THE ISSUANCE OR DISTRIBUTION OF SECURITIES PURSUANT TO THE PLAN
(INCLUDING, BUT NOT LIMITED TO, THE NEW COMMON INTERESTS), OR THE
DISTRIBUTION OF PROPERTY UNDER THE PLAN, OR ANY OTHER AGREEMENT,
ACT OR OMISSION, TRANSACTION, EVENT, OR OTHER OCCURRENCE TAKING
PLACE ON OR BEFORE THE EFFECTIVE DATE.  NOTWITHSTANDING ANYTHING
TO THE CONTRARY IN THE FOREGOING, THE RELEASES SET FORTH IN

SECTION 10.6(B) OF THE PLAN (I) SHALL ONLY BE APPLICABLE TO THE MAXIMUM EXTENT PERMITTED BY LAW; AND (II) SHALL NOT BE CONSTRUED AS (A) RELEASING ANY RELEASED PARTY FROM CLAIMS OR CAUSES OF ACTION ARISING FROM AN ACT OR OMISSION THAT IS JUDICIALLY DETERMINED BY A FINAL ORDER TO HAVE CONSTITUTED ACTUAL FRAUD (*PROVIDED* THAT ACTUAL FRAUD SHALL NOT EXEMPT FROM THE SCOPE OF THESE THIRD-PARTY RELEASES ANY CLAIMS OR CAUSES OF ACTION ARISING UNDER SECTIONS 544 OR 548 OF THE BANKRUPTCY CODE OR STATE LAWS GOVERNING FRAUDULENT OR OTHERWISE AVOIDABLE TRANSFERS OR CONVEYANCES), WILLFUL MISCONDUCT, OR GROSS NEGLIGENCE, OR (B) RELEASING ANY POST-EFFECTIVE DATE OBLIGATIONS OF ANY PARTY OR ENTITY UNDER THE PLAN, ANY RESTRUCTURING TRANSACTION, OR ANY DOCUMENT, INSTRUMENT, OR AGREEMENT (INCLUDING THOSE SET FORTH IN THE PLAN SUPPLEMENT) EXECUTED TO IMPLEMENT THE PLAN.

SECTION 10.7          EXCULPATION.

EXCEPT AS OTHERWISE SPECIFICALLY PROVIDED IN THE PLAN, NO EXCULPATED PARTY SHALL HAVE OR INCUR LIABILITY FOR, AND EACH EXCULPATED PARTY IS HEREBY RELEASED AND EXCULPATED FROM, ANY CAUSE OF ACTION FOR ANY CLAIM RELATED TO ANY ACT OR OMISSION IN CONNECTION WITH, RELATING TO, OR ARISING OUT, IN WHOLE OR IN PART, FROM THE PETITION DATE THROUGH THE EFFECTIVE DATE, OF THE CHAPTER 11 CASES, THE DEBTORS, THE GOVERNANCE, MANAGEMENT, TRANSACTIONS, OWNERSHIP, OR OPERATION OF THE DEBTORS, THE PURCHASE, SALE OR RESCISSION OF ANY SECURITY OF THE DEBTORS OR THE REORGANIZED DEBTORS, THE DIP FACILITY, THE CONVERTIBLE NOTES AGREEMENTS, THE MINER EQUIPMENT LENDER AGREEMENTS, THE MORTGAGE AGREEMENTS, THE GENERAL CONTRACTS, ANY AND ALL AGREEMENTS RELATING TO M&M LIENS, AND RELATED AGREEMENTS, INSTRUMENTS, OR OTHER DOCUMENTS, THE FORMULATION, PREPARATION, DISSEMINATION, SOLICITATION, NEGOTIATION, ENTRY INTO, OR FILING OF THE PLAN (INCLUDING THE PLAN SUPPLEMENT), THE DISCLOSURE STATEMENT, OR ANY RESTRUCTURING TRANSACTION, CONTRACT, INSTRUMENT, RELEASE, OR OTHER AGREEMENT OR DOCUMENT (INCLUDING ANY LEGAL OPINION REQUESTED BY ANY ENTITY REGARDING ANY TRANSACTION, CONTRACT, INSTRUMENT, DOCUMENT, OR OTHER AGREEMENT CONTEMPLATED BY THE PLAN OR THE RELIANCE BY ANY RELEASED PARTY ON THE PLAN OR CONFIRMATION ORDER IN LIEU OF SUCH LEGAL OPINION) CREATED OR ENTERED INTO IN CONNECTION WITH THE PLAN, THE PLAN SUPPLEMENT, THE DISCLOSURE STATEMENT, THE PLAN SETTLEMENTS, THE NEW SECURED CONVERTIBLE NOTES DOCUMENTS, THE NEW SECURED NOTES DOCUMENTS, THE CONTINGENT PAYMENT OBLIGATIONS DOCUMENTS, THE NEW MINER EQUIPMENT LENDER DEBT DOCUMENTS, THE EXIT FACILITY DOCUMENTS, THE NEW WARRANTS AGREEMENT, THE RIGHTS OFFERING, THE BACKSTOP COMMITMENT LETTER, THE INITIAL DIP LOAN DOCUMENTS, THE DIP FACILITY, THE

TERMINATED RSA, THE RSA, THE CHAPTER 11 CASES, THE PURSUIT OF CONFIRMATION AND CONSUMMATION OF THE PLAN, THE ADMINISTRATION AND IMPLEMENTATION OF THE PLAN OR CONFIRMATION ORDER, INCLUDING THE ISSUANCE OR DISTRIBUTION OF SECURITIES PURSUANT TO THE PLAN (INCLUDING, BUT NOT LIMITED TO, THE NEW COMMON INTERESTS), OR THE DISTRIBUTION OF PROPERTY UNDER THE PLAN, OR ANY OTHER RELATED AGREEMENT, EXCEPT FOR CLAIMS OR CAUSES OF ACTION ARISING FROM AN ACT OR OMISSION THAT IS JUDICIALLY DETERMINED IN A FINAL ORDER TO HAVE CONSTITUTED ACTUAL FRAUD, WILLFUL MISCONDUCT, OR GROSS NEGLIGENCE, BUT IN ALL RESPECTS, SUCH EXCULPATED PARTIES SHALL BE ENTITLED TO REASONABLY RELY UPON THE ADVICE OF COUNSEL WITH RESPECT TO THEIR DUTIES AND RESPONSIBILITIES.   THE EXCULPATED PARTIES HAVE, AND UPON COMPLETION OF THE PLAN, SHALL BE DEEMED TO HAVE, PARTICIPATED IN GOOD FAITH AND IN COMPLIANCE WITH ALL APPLICABLE LAWS WITH REGARD TO THE SOLICITATION AND DISTRIBUTION OF, CONSIDERATION PURSUANT TO THE PLAN AND, THEREFORE, ARE NOT, AND ON ACCOUNT OF SUCH DISTRIBUTIONS SHALL NOT BE, LIABLE AT ANY TIME FOR THE VIOLATION OF ANY APPLICABLE LAW, RULE, OR REGULATION GOVERNING THE SOLICITATION OF ACCEPTANCES OR REJECTIONS OF THE PLAN OR SUCH DISTRIBUTIONS MADE PURSUANT TO THE PLAN. NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THE FOREGOING, THE EXCULPATIONS SET FORTH IN SECTION 10.7 OF THE PLAN (I) SHALL ONLY BE APPLICABLE TO THE MAXIMUM EXTENT PERMITTED BY LAW; AND (II) SHALL NOT BE CONSTRUED AS (A) EXCULPATING ANY EXCULPATED PARTY FROM CLAIMS OR CAUSES OF ACTION ARISING FROM AN ACT OR OMISSION THAT IS JUDICIALLY DETERMINED BY A FINAL ORDER TO HAVE CONSTITUTED ACTUAL FRAUD (*PROVIDED* THAT ACTUAL FRAUD SHALL NOT EXEMPT FROM THE SCOPE OF THESE EXCULPATIONS ANY CLAIMS OR CAUSES OF ACTION ARISING UNDER SECTIONS 544 OR 548 OF THE BANKRUPTCY CODE OR STATE LAWS GOVERNING FRAUDULENT OR OTHERWISE AVOIDABLE TRANSFERS OR CONVEYANCES), WILLFUL MISCONDUCT, OR GROSS NEGLIGENCE, OR (B) EXCULPATING ANY POST-EFFECTIVE DATE OBLIGATIONS OF ANY PARTY OR ENTITY UNDER THE PLAN, ANY RESTRUCTURING TRANSACTION, OR ANY DOCUMENT, INSTRUMENT, OR AGREEMENT (INCLUDING THOSE SET FORTH IN THE PLAN SUPPLEMENT) EXECUTED TO IMPLEMENT THE PLAN.

SECTION 10.5      INJUNCTION.

EXCEPT AS OTHERWISE EXPRESSLY PROVIDED IN THE PLAN OR FOR DISTRIBUTIONS REQUIRED TO BE PAID OR DELIVERED PURSUANT TO THE PLAN OR THE CONFIRMATION ORDER, ALL ENTITIES THAT HAVE HELD, HOLD, OR MAY HOLD CLAIMS OR INTERESTS THAT HAVE BEEN RELEASED PURSUANT TO SECTION 10.6(A) OR SECTION 10.6(B), SHALL BE DISCHARGED PURSUANT TO SECTION 10.3 OF THE PLAN, OR ARE SUBJECT TO EXCULPATION PURSUANT TO SECTION 10.7, AND ALL SUBCONTRACTORS AND ALL OTHER PARTIES IN INTEREST ARE PERMANENTLY ENJOINED, FROM AND AFTER THE EFFECTIVE DATE, FROM TAKING ANY OF THE FOLLOWING ACTIONS AGAINST,

AS APPLICABLE, THE DEBTORS, THE REORGANIZED DEBTORS, THE RELEASED PARTIES, AND/OR THE EXCULPATED PARTIES (TO THE EXTENT OF THE EXCULPATION PROVIDED PURSUANT TO SECTION 10.7 WITH RESPECT TO THE EXCULPATED PARTIES): (I) COMMENCING OR CONTINUING IN ANY MANNER ANY ACTION OR OTHER PROCEEDING OF ANY KIND ON ACCOUNT OF OR IN CONNECTION WITH OR WITH RESPECT TO ANY SUCH CLAIMS OR INTERESTS; (II) ENFORCING, ATTACHING, COLLECTING, OR RECOVERING BY ANY MANNER OR MEANS ANY JUDGMENT, AWARD, DECREE, OR ORDER AGAINST SUCH ENTITIES ON ACCOUNT OF OR IN CONNECTION WITH OR WITH RESPECT TO ANY SUCH CLAIMS OR INTERESTS; (III) CREATING, PERFECTING, OR ENFORCING ANY LIEN OR ENCUMBRANCE OF ANY KIND AGAINST SUCH ENTITIES OR THE PROPERTY OR THE ESTATES OF SUCH ENTITIES ON ACCOUNT OF OR IN CONNECTION WITH OR WITH RESPECT TO ANY SUCH CLAIMS OR INTERESTS; (IV) ASSERTING ANY RIGHT OF SETOFF, SUBROGATION, OR RECOUPMENT OF ANY KIND AGAINST ANY OBLIGATION DUE FROM SUCH ENTITIES OR AGAINST THE PROPERTY OF SUCH ENTITIES ON ACCOUNT OF OR IN CONNECTION WITH OR WITH RESPECT TO ANY SUCH CLAIMS OR INTERESTS UNLESS (X) SUCH ENTITY HAS TIMELY ASSERTED SUCH SETOFF RIGHT EITHER IN A FILED PROOF OF CLAIM, OR IN ANOTHER DOCUMENT FILED WITH THE BANKRUPTCY COURT EXPLICITLY PRESERVING SUCH SETOFF OR THAT OTHERWISE INDICATES THAT SUCH ENTITY ASSERTS, HAS, OR INTENDS TO PRESERVE ANY RIGHT OF SETOFF PURSUANT TO APPLICABLE LAW OR OTHERWISE OR (Y) SUCH RIGHT TO SETOFF ARISES UNDER A POSTPETITION AGREEMENT WITH THE DEBTORS OR AN EXECUTORY CONTRACT THAT HAS BEEN ASSUMED BY THE DEBTORS AS OF THE EFFECTIVE DATE; AND (V) COMMENCING OR CONTINUING IN ANY MANNER ANY ACTION OR OTHER PROCEEDING OF ANY KIND ON ACCOUNT OF OR IN CONNECTION WITH OR WITH RESPECT TO ANY SUCH CLAIMS OR INTERESTS RELEASED, SETTLED, AND/OR TREATED, ENTITLED TO A DISTRIBUTION, OR CANCELLED PURSUANT TO THE PLAN OR OTHERWISE DISALLOWED; *PROVIDED* THAT SUCH PERSONS WHO HAVE HELD, HOLD, OR MAY HOLD CLAIMS AGAINST, OR INTERESTS IN, A DEBTOR, A REORGANIZED DEBTOR, OR AN ESTATE SHALL NOT BE PRECLUDED FROM EXERCISING THEIR RIGHTS AND REMEDIES, OR OBTAINING THE BENEFITS, SOLELY PURSUANT TO AND CONSISTENT WITH THE TERMS OF THE PLAN.

SUBJECT IN ALL RESPECTS TO SECTION 11.1, NO ENTITY OR PERSON MAY COMMENCE OR PURSUE A CLAIM OR CAUSE OF ACTION OF ANY KIND AGAINST ANY RELEASED PARTY OR EXCULPATED PARTY THAT AROSE OR ARISES FROM, IN WHOLE OR IN PART, THE CHAPTER 11 CASES, THE DEBTORS, THE GOVERNANCE, MANAGEMENT, TRANSACTIONS, OWNERSHIP, OR OPERATION OF THE DEBTORS, THE PURCHASE, SALE OR RESCISSION OF ANY SECURITY OF THE DEBTORS OR THE REORGANIZED DEBTORS (WHICH INCLUDES, FOR THE AVOIDANCE OF DOUBT, ALL CLAIMS AND CAUSES OF ACTION ASSERTED OR ASSERTABLE IN THE SECURITIES CLASS ACTION), THE DIP FACILITY, THE CONVERTIBLE NOTES AGREEMENTS, THE MINER EQUIPMENT LENDER AGREEMENTS, THE MORTGAGE AGREEMENTS, THE

**GENERAL CONTRACTS, ANY AND ALL AGREEMENTS RELATING TO M&M LIENS, AND ANY AND ALL RELATED AGREEMENTS, INSTRUMENTS, AND/OR OTHER DOCUMENTS, THE FORMULATION, PREPARATION, DISSEMINATION, SOLICITATION, NEGOTIATION, ENTRY INTO, OR FILING OF THE PLAN (INCLUDING THE PLAN SUPPLEMENT), THE DISCLOSURE STATEMENT, OR ANY RESTRUCTURING TRANSACTION, CONTRACT, INSTRUMENT, RELEASE, OR OTHER AGREEMENT OR DOCUMENT (INCLUDING ANY LEGAL OPINION REQUESTED BY ANY ENTITY REGARDING ANY TRANSACTION, CONTRACT, INSTRUMENT, DOCUMENT, OR OTHER AGREEMENT CONTEMPLATED BY THE PLAN OR THE RELIANCE BY ANY RELEASED PARTY ON THE PLAN OR CONFIRMATION ORDER IN LIEU OF SUCH LEGAL OPINION) CREATED OR ENTERED INTO IN CONNECTION WITH THE PLAN, THE PLAN SUPPLEMENT, THE DISCLOSURE STATEMENT, THE PLAN SETTLEMENTS, THE NEW SECURED CONVERTIBLE NOTES DOCUMENTS, THE NEW SECURED NOTES DOCUMENTS, THE CONTINGENT PAYMENT OBLIGATIONS DOCUMENTS, THE NEW MINER EQUIPMENT LENDER DEBT DOCUMENTS, THE EXIT FACILITY DOCUMENTS, THE NEW WARRANTS AGREEMENT, THE RIGHTS OFFERING, THE BACKSTOP COMMITMENT LETTER, THE INITIAL DIP LOAN DOCUMENTS, THE DIP FACILITY, THE TERMINATED RSA, THE RSA, THE CHAPTER 11 CASES, THE PURSUIT OF CONFIRMATION AND CONSUMMATION OF THE PLAN, THE ADMINISTRATION AND IMPLEMENTATION OF THE PLAN OR CONFIRMATION ORDER, INCLUDING THE ISSUANCE OR DISTRIBUTION OF SECURITIES PURSUANT TO THE PLAN (INCLUDING, BUT NOT LIMITED TO, THE NEW COMMON INTERESTS), OR THE DISTRIBUTION OF PROPERTY UNDER THE PLAN, OR ANY OTHER AGREEMENT, ACT OR OMISSION, TRANSACTION, EVENT, OR OTHER OCCURRENCE TAKING PLACE ON OR BEFORE THE EFFECTIVE DATE RELATED OR RELATING TO THE FOREGOING WITHOUT THE BANKRUPTCY COURT (I) FIRST DETERMINING, AFTER NOTICE AND A HEARING, THAT SUCH CLAIM OR CAUSE OF ACTION REPRESENTS A CLAIM OF WILLFUL MISCONDUCT, FRAUD OR GROSS NEGLIGENCE AGAINST A RELEASED PARTY OR EXCULPATED PARTY AND (II) SPECIFICALLY AUTHORIZING SUCH ENTITY OR PERSON TO BRING SUCH CLAIM OR CAUSE OF ACTION AGAINST ANY SUCH RELEASED PARTY OR EXCULPATED PARTY. THE BANKRUPTCY COURT SHALL HAVE SOLE AND EXCLUSIVE JURISDICTION TO DETERMINE WHETHER A CLAIM OR CAUSE OF ACTION IS COLORABLE AND, ONLY TO THE EXTENT LEGALLY PERMISSIBLE AND AS PROVIDED FOR IN SECTION 11.1, SHALL HAVE JURISDICTION TO ADJUDICATE THE UNDERLYING COLORABLE CLAIM OR CAUSE OF ACTION.**

**SECTION 5.17      CANCELLATION OF LIENS.**

(a)      Except as otherwise specifically provided in the Plan, including sections 4.4 and 4.6 of the Plan, all notes, instruments, certificates evidencing debt of the Debtors and Existing Common Interests will be cancelled and obligations of the Debtors thereunder will be discharged and of no further force or effect, except for the purpose of allowing the applicable agents and trustees to receive distributions from the Debtors under the Plan and

to make any further distributions to the applicable Holders on account of their Allowed Claims and Interests.

(b)        After the Effective Date and following (i) the distributions to Holders on account of Allowed Convertible Notes Secured Claims and Allowed Miner Equipment Lender Secured Claims and/or (ii) with regard to Allowed M&M Lien Secured Claims, satisfaction of the applicable M&M Lien Takeback Debt, the Debtors or the Reorganized Debtors, at their expense, may, in their sole discretion, take any action necessary to terminate, cancel, extinguish, and/or evidence the release of any and all mortgages, deeds of trust, Liens, pledges, and other security interests with respect to the Convertible Notes Secured Claims, Miner Equipment Lender Secured Claims, and M&M Lien Secured Claims, including, without limitation, the preparation and filing of any and all documents necessary to terminate, satisfy, or release any mortgages, deeds of trust, Liens, pledges, and other security interests held by the Holders of the M&M Lien Secured Claims, Miner Equipment Lender Secured Claims, the Notes Agent, and/or Convertible Noteholders, including, without limitation, UCC-3 termination statements.

**Relevant Definitions Related to Release and Exculpation Provisions**:

*"Exculpated Parties"* means each of the following in their capacity as such and, in each case, to the maximum extent permitted by law: (i) the Debtors; and (ii) Equity Committee and its members, each solely in their capacity as such.

*"Related Parties"* means with respect to a Person, that Person's current and former Affiliates, and such Person's and its current and former Affiliates' current and former directors, managers, officers, equity holders (regardless of whether such interests are held directly or indirectly), affiliated investment funds or investment vehicles, predecessors, participants, successors, and assigns, subsidiaries, and each of their respective current and former equity holders, officers, directors, managers, principals, members, employees, agents, fiduciaries, trustees, advisory board members, financial advisors, partners, limited partners, general partners, attorneys, accountants, managed accounts or funds, management companies, fund advisors, investment bankers, consultants, representatives, and other professionals, and such Person's respective heirs, executors, estates, and nominees, each in their capacity as such, and any and all other Persons or Entities that may purport to assert any Cause of Action derivatively, by or through the foregoing entities.

*"Released Parties"* means, collectively: (i) the Debtors; (ii) the Reorganized Debtors; (iii) the Equity Committee and its members that are party to the RSA, solely in their capacities as such; (iv) the Backstop Parties; (v) the Settling Miner Equipment Lenders; (vi) Brown Corporation; (vii) Holliwood LLC; (viii) the Ad Hoc Noteholder Group; (ix) the Consenting Creditors; (x) the Exit Lenders; (xi) the Notes Agent, solely in its capacity as such; and (xii) with respect to each of the foregoing Persons in clauses (i) through (xi), all Related Parties. Notwithstanding the foregoing, any Person that opts out of the releases set forth in section 10.6(b) of the Plan shall not be deemed a Released Party thereunder.

*"Releasing Parties"* means collectively, and in each case solely in their capacity as such, (i) the Debtors; (ii) the Reorganized Debtors; (iii) with respect to each of the foregoing

Persons in clauses (i) through (ii), all Related Parties; (iv) the Released Parties; (v) the Holders of all Claims or Interests that vote to accept the Plan; (vi) the Holders of all Claims or Interests whose vote to accept or reject the Plan is solicited but that do not vote either to accept or to reject the Plan and do not opt out of granting the releases set forth in the Plan; (vii) the Holders of all Claims or Interests that vote, or are deemed, to reject the Plan or that are presumed to accept the Plan but do not opt out of granting the releases set forth in the Plan; and (viii) the Holders of all Claims and Interests and all Other Beneficial Owners that were given notice of the opportunity to opt out of granting the releases set forth in the Plan but did not opt out.

**YOU ARE ADVISED AND ENCOURAGED TO CAREFULLY REVIEW AND CONSIDER THE PLAN, INCLUDING THE RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AS YOUR RIGHTS MIGHT BE AFFECTED.**

**PURSUANT TO THE PLAN, IF YOU, AS A HOLDER OF CLAIMS OR AN OTHER BENEFICIAL OWNER WHO HAS BEEN GIVEN NOTICE OF THE OPPORTUNITY TO OPT OUT OF GRANTING THE RELEASES SET FORTH IN SECTION 10.6(b) OF THE PLAN BUT DO NOT OPT OUT, YOU ARE AUTOMATICALLY DEEMED TO HAVE CONSENTED TO THE RELEASE PROVISIONS IN SECTION 10.6(b) OF THE PLAN.**

**By checking the box below, the undersigned Holder of a Claim not entitled to vote or Other Beneficial Owner identified in Item 1 above, having received notice of the opportunity to opt out of granting the releases contained in Section 10.6(b) of the Plan:**

☐ **Elects to OPT OUT of the releases contained in Section 10.6(b) of the Plan.**

Item 3.     **Certifications**. By signing this Release Opt Out Form, the undersigned certifies that:

a.     as of the Voting Record Date, either: (i) the Holder is the Holder of the Claims set forth in Item 1; (ii) the Holder is an authorized signatory for an entity that is the Holder of the Claims set forth in Item 1; or (iii) it is an Other Beneficial Owner;

b.     the undersigned has received a copy of the Release Opt Out Form and that the Release Opt Out Form is made pursuant to the terms and conditions set forth therein;

c.     if applicable, the undersigned has submitted the same election concerning the releases with respect to all Claims in a single Class set forth in Item 1; and

d.     that no other Release Opt Out Form with respect to the amount(s) of Claims identified in Item 1 or on account of being an Other Beneficial Owner have been submitted or, if any other Release Opt Out Forms have been submitted with respect to such Claims or on account of being an Other Beneficial Owner, then any such earlier Release Opt Out Forms are hereby revoked.

| | |
|---|---|
| Name of Holder or Other Beneficial Owner: | |
| Signature: | |
| Name of Signatory (if different from Holder or Other Beneficial Owner): | |
| Title (if applicable): | |
| City, State, Zip Code: | |
| Telephone Number: | |
| Date Completed: | |

**IF YOU WISH TO OPT OUT, PLEASE COMPLETE, SIGN, AND DATE THIS RELEASE OPT OUT FORM AND RETURN IT TO THE VOTING AGENT BY *JUST ONE* OF THE FOLLOWING METHODS: MAIL, OVERNIGHT OR HAND DELIVERY, OR BY ONLINE TRANSMISSION VIA ONLINE PORTAL:**

| STRETTO'S ADDRESS FOR RECEIPT OF RELEASE OPT OUT FORM |
|---|
| **CORE SCIENTIFIC, INC.**<br>**BALLOT PROCESSING CENTER**<br>**C/O STRETTO, INC.**<br>**410 EXCHANGE, SUITE 100**<br>**IRVINE, CA 92602** |

**THE OPT OUT DEADLINE IS DECEMBER 13, 2023 AT 5:00 P.M. (PREVAILING CENTRAL TIME).**

**USE OF ONLINE OPT-OUT FORM**

**You may submit your Release Opt Out Form by electronic, online transmission solely through the Online Portal found on the Debtors' case information website and following the directions set forth on the Online Portal regarding submitting your Release Opt Out Form as described more fully below.**

1.      **Please visit https://cases.stretto.com/CoreScientific/;**

2.      **Click on the "Submit E-Ballot" section of the Debtors' website;**

3.      **Follow the directions to submit your Release Opt Out Form. If you choose to submit your Release Opt Out Form via the Online Portal, you should not return a hard copy of your Release Opt-Out Form.**

**THE ONLINE PORTAL IS THE SOLE MANNER IN WHICH RELEASE OPT OUT FORMS MAY BE DELIVERED VIA ELECTRONIC TRANSMISSION.**

**RELEASE OPT OUT FORMS SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE COUNTED.**

# **Exhibit L**



**Exhibit L**
Relates to Class 5
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| ABLe Communications, Inc. | c/o Forshey & Prostok, LLP | 777 Main Street | Suite 1550 | Fort Worth | TX | 76102 |
| BEAM Concrete Construction, Inc. | c/o Matthews, Shiels, Knott, Eden, Davis & Beanland, L.L.P. | Attn: Misti L Beanland | 8131 LBJ Freeway Suite 700 | Dallas | TX | 75251 |
| Humphrey & Associates, Inc. | c/o Laperouse, PC | Attn: Jason R. Kennedy | 5220 Spring Valley Rd, Suite 615 | Dallas | TX | 75254 |
| Imperial Fire Protection, LLC | Attn: Jonathan Marshall | 2615 E. Southlake Boulevard, Suite 200 | | Southlake | TX | 76092 |
| McCarthy Building Companies, Inc. | Attn: Jennifer L. Kneeland | 1765 Greensboro Station Place, Ste. 1000 | | McLean | VA | 22102 |
| McCorvey Sheet Metal Works, LP | | 8171 Jim Christal Road | | Denton | TX | 76207 |
| Pillar Electric Group, LP | | 2703 Telecom Parkway | Suite 120 | Richardson | TX | 75082 |
| Power Engineering Services, Inc. | | 9179 Shadow Creek Ln | | Converse | TX | 78109 |
| Sure Steel - Texas, LP | c/o Sure Steel Inc. | Attn: Brian Tingey | 7528 Cornia Dr | South Weber | UT | 84405 |
| Way Mechanical | | 8171 Jim Christal Road | | Denton | TX | 76207 |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 1 of 1

# **Exhibit M**

**No person has been authorized to give any information or advice, or to make any representation, other than what is included in the Disclosure Statement and other materials accompanying this Ballot.[1]**

PLEASE NOTE THAT, EVEN IF YOU INTEND TO VOTE TO REJECT THE PLAN, YOU MUST STILL READ, COMPLETE, AND EXECUTE THIS ENTIRE BALLOT.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| **CORE SCIENTIFIC, INC.,** *et al.,* | § § | Case No. 22-90341 (CML) |
| Debtors[2] | § § | (Jointly Administered) |
| | § | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT THE THIRD AMENDED JOINT CHAPTER 11 PLAN OF CORE SCIENTIFIC, INC. AND ITS AFFILIATED DEBTORS

### CLASS 5 (M&M LIEN SECURED CLAIMS)

IN ORDER FOR YOUR VOTE TO BE COUNTED TOWARD CONFIRMATION OF THE PLAN, THIS BALLOT MUST BE COMPLETED, EXECUTED, AND RETURNED SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING AGENT ON OR BEFORE DECEMBER 13, 2023 AT 5:00 P.M. (PREVAILING CENTRAL TIME) (THE "VOTING DEADLINE"), UNLESS EXTENDED BY THE DEBTORS WITH THE CONSENT OF THE REQUISITE CONSENTING CREDITORS.

Core Scientific, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") are soliciting votes with respect to the *Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors*, filed on November 16, 2023 (Docket No. 1438) (as may be modified, amended, or supplemented, the "**Plan**"). The Plan is attached as **Exhibit A** to the *Disclosure Statement for Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors*, filed on

---

[1]   All capitalized terms used but not defined herein or in the enclosed voting instructions have the meanings ascribed to them in the Plan, attached as Exhibit A to the Disclosure Statement.

[2]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, Texas 78704.

November 16, 2023 (Docket No. 1439) (as may be modified, amended, or supplemented, the "**Disclosure Statement**").

Please use this Ballot to cast your vote to accept or reject the Plan if you are, as of November 9, 2023 (the "**Voting Record Date**"), a Holder of an M&M Lien Secured Claim.

The Disclosure Statement provides information to assist you in deciding whether to accept or reject the Plan. If you do not have the Disclosure Statement, you may obtain a copy from Stretto, Inc. (the "**Voting Agent**" or "**Stretto**") at no charge by accessing the Debtors' restructuring website at https://cases.stretto.com/CoreScientific.

If you have any questions on how to properly complete this Ballot, please contact the Voting Agent (i) by e-mail at CoreScientificInquiries@stretto.com, (ii) by writing to Core Scientific, Inc., Ballot Processing Center, c/o Stretto, Inc., 410 Exchange, Suite 100, Irvine, CA 92602, or (iii) via telephone at (949) 404-4152 (Toll-Free) or +1 (888) 765-7875 (if calling from outside the U.S.). Please be advised that the Voting Agent cannot provide legal advice. You may wish to seek legal advice concerning the Plan and the classification and treatment of your Class 5 M&M Lien Secured Claim under the Plan.

**IMPORTANT NOTICE REGARDING TREATMENT FOR M&M LIEN SECURED CLAIMS IN CLASS 5**

As described in more detail in the Disclosure Statement, if the Plan is confirmed and the Effective Date occurs, except to the extent that a Holder of an Allowed M&M Lien Secured Claim agrees to a less favorable treatment of such Claim or settles such Claim pursuant to an M&M Lien Settlement (in which case, such Holder's recovery shall be limited to the terms of the applicable M&M Lien Settlement and such Holder shall not be entitled to any recovery under the Plan), each such Holder shall receive, in full and final satisfaction, settlement, release, and discharge of such Allowed Claim, on the Effective Date or as soon as reasonably practicable thereafter, such Holder's applicable M&M Lien Takeback Debt; *provided* that to the extent any Subcontractor has filed an M&M Lien against a Debtor's real property with respect to amounts which are secured, in duplication, by an M&M Lien filed by a General Contractor and evidenced by such General Contractor's M&M Secured Lien Claim, as set forth on the M&M Lien Claims Schedule, (i) the Holder of the M&M Lien Secured Claim shall be the General Contractor, (ii) such Subcontractor shall not be entitled to a separate M&M Secured Lien Claim with respect to any such amounts secured in duplication, (iii) the Reorganized Debtors shall issue M&M Lien Takeback Debt with respect to any such amounts secured in duplication in favor of the General Contractor only as the Holder of the M&M Lien Secured Claim, (iv) the Reorganized Debtors shall repay the M&M Lien Takeback Debt issued to each such General Contractor by making payments directly to the General Contractor and each Subcontractor, pro rata in the percentages set forth next to each such General Contractor and Subcontractor on the M&M Lien Claims Schedule in the column titled "Pro Rata Percentage of applicable M&M Lien Takeback Debt to be repaid to such General Contractor or Subcontractor," and (v) each payment made directly to a Subcontractor shall reduce the amount of such General Contractor's M&M Secured Lien Claim, such General Contractor's M&M Lien, and such Subcontractor's M&M Lien, in each case on a dollar-for-dollar basis; *provided*, *however*, that upon delivery to the Debtors of a final and unconditional lien waiver and release duly executed by a Subcontractor, in recordable form and substance sufficient to permanently waive and release such Subcontractor's M&M Liens, the Reorganized Debtors shall make all further payments on account of such M&M Lien Takeback Debt attributable to such Subcontractor's pro rata percentages set forth next to such Subcontractor on the M&M Lien Claims Schedule directly to the Holder of such Allowed M&M Lien Secured Claim.

Unless and until there is an Event of Default (as defined in the New M&M Lien Debt Term Sheet) under the terms of the applicable M&M Lien Takeback Debt, each Person asserting an M&M Lien shall be precluded from foreclosing or otherwise enforcing such M&M Lien or otherwise taking adverse action against the applicable Debtor with regard to the amounts secured by such M&M Lien.

Any M&M Lien (i) of a Subcontractor, (ii) of a General Contractor, or (iii) otherwise securing an Allowed M&M Lien Secured Claim and/or an M&M Lien Takeback Debt shall be (a) fixed, as of the Effective Date, in the amount set forth on the M&M Lien Claims Schedule in the column titled "Amount of Allowed M&M Lien," (b) reduced on a dollar-for-dollar basis in the amount of each payment made on account of such M&M Lien pursuant to the terms of the M&M Lien Takeback Debt, and (c) fully and finally extinguished upon the repayment in full of all amounts

payable under the applicable M&M Lien Takeback Debt, which extinguishment may be evidenced by recording in the applicable real property records a final, unconditional lien waiver, release of lien, and such other documents or certificates required to fully and unconditionally release any such M&M Lien.  The Debtors and Reorganized Debtors, as applicable, are hereby authorized to record (and granted power of attorney to effectuate such recordation) such final, unconditional lien waiver, release of lien, and such other documents or certificates required to fully and unconditionally release any such M&M Lien in the applicable real property records, and each applicable clerk is directed to accept such documentation.

Any M&M Lien not on the M&M Lien Claims Schedule is hereby extinguished.

For the avoidance of doubt, all General Contractor Unsecured Claims shall be General Unsecured Claims Allowed in the amounts set forth on the M&M Lien Claims Schedule in the column titled "Allowed Unsecured Claim Amount" and treated in accordance with section 4.8 of the Plan.

**PLEASE READ THE DISCLOSURE STATEMENT AND PLAN FOR MORE DETAILS.**

The Plan can be confirmed by the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") and thereby made binding on you if it is accepted by the Holders of (i) at least two-thirds in amount of the Allowed Claims or Interests voted in each Impaired Class, and (ii) if the Impaired Class is a Class of Claims, more than one-half in number of the Allowed Claims voted in each Impaired Class, and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under the Bankruptcy Code.  If the requisite acceptances are not obtained, the Bankruptcy Court may nonetheless confirm the Plan if it finds that the Plan (y) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan, and (z) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote or if you vote to reject the Plan.  To have your vote counted, you must complete, sign, and return this Ballot to the Voting Agent by the Voting Deadline.

Your receipt of this Ballot does not indicate that your Claim(s) has been or will be Allowed.  This Ballot is solely for purposes of voting to accept or reject the Plan and not for the purpose of allowance or disallowance of, or distribution on account of, Class 5 M&M Lien Secured Claims.  You must provide all of the information requested by this Ballot.  Failure to do so may result in the disqualification of your vote.

**NOTICE REGARDING CERTAIN RELEASE,
EXCULPATION, AND INJUNCTION PROVISIONS IN PLAN**

**If you (i) vote to accept the Plan, (ii) are solicited to vote to accept or reject the Plan, but do not vote to either accept or reject the Plan, and do not opt out of granting the releases set forth in the Plan, (iii) vote, or are deemed, to reject the Plan or are presumed to accept the Plan but do not opt out of granting the releases set forth in the Plan, or (iv) were given notice of the opportunity to opt out of granting the releases contained in the Plan but**

do not opt out, you shall be deemed to have consented to the releases contained in Section 10.6(b) of the Plan.  The releases as presented in the Plan are provided below:

**SECTION 10.5          INJUNCTION.**

Except as otherwise expressly provided in the Plan or for distributions required to be paid or delivered pursuant to the Plan or the Confirmation Order, all Entities that have held, hold, or may hold Claims or Interests that have been released pursuant to Section 10.6(a) or Section 10.6(b), shall be discharged pursuant to Section 10.3 of the Plan, or are subject to exculpation pursuant to Section 10.7, and all Subcontractors and all other parties in interest are permanently enjoined, from and after the Effective Date, from taking any of the following actions against, as applicable, the Debtors, the Reorganized Debtors, the Released Parties, and/or the Exculpated Parties (to the extent of the exculpation provided pursuant to Section 10.7 with respect to the Exculpated Parties): (i) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests; (ii) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such Claims or Interests; (iii) creating, perfecting, or enforcing any Lien or encumbrance of any kind against such Entities or the property or the estates of such Entities on account of or in connection with or with respect to any such Claims or Interests; (iv) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such Claims or Interests unless (x) such Entity has timely asserted such setoff right either in a Filed Proof of Claim, or in another document Filed with the Bankruptcy Court explicitly preserving such setoff or that otherwise indicates that such entity asserts, has, or intends to preserve any right of setoff pursuant to applicable law or otherwise or (y) such right to setoff arises under a postpetition agreement with the Debtors or an Executory Contract that has been assumed by the Debtors as of the Effective Date; and (v) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests released, settled, and/or treated, entitled to a distribution, or cancelled pursuant to the Plan or otherwise Disallowed; *provided* that such persons who have held, hold, or may hold Claims against, or Interests in, a Debtor, a Reorganized Debtor, or an Estate shall not be precluded from exercising their rights and remedies, or obtaining the benefits, solely pursuant to and consistent with the terms of the Plan.

Subject in all respects to Section 11.1, no entity or person may commence or pursue a Claim or Cause of Action of any kind against any Released Party or Exculpated Party that arose or arises from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, and any and all related agreements, instruments, and/or other documents, the formulation, preparation, dissemination,

solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing without the Bankruptcy Court (i) first determining, after notice and a hearing, that such Claim or Cause of Action represents a claim of willful misconduct, fraud or gross negligence against a Released Party or Exculpated Party and (ii) specifically authorizing such Entity or Person to bring such Claim or Cause of Action against any such Released Party or Exculpated Party.  The Bankruptcy Court shall have sole and exclusive jurisdiction to determine whether a Claim or Cause of Action is colorable and, only to the extent legally permissible and as provided for in Section 11.1, shall have jurisdiction to adjudicate the underlying colorable Claim or Cause of Action.

**SECTION 10.6(a)      RELEASES BY THE DEBTORS.**

Notwithstanding anything contained in the Plan to the contrary, as of the Effective Date, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, including the obligations of the Debtors under the Plan and the contributions of the Released Parties to facilitate and implement the Plan, except as otherwise provided in the Plan or in the Confirmation Order, on and after the Effective Date, the Released Parties are deemed conclusively, absolutely, unconditionally and irrevocably, released and discharged by the Debtors, the Reorganized Debtors, and the Estates from any and all Claims, obligations, rights, suits, damages, Causes of Action, remedies, and liabilities whatsoever, including any derivative claims, asserted or assertable on behalf of the Debtors, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, in law, equity, or otherwise, that the Debtors, the Reorganized Debtors, the Estates, or their Affiliates would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, the

formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date.  Notwithstanding anything to the contrary in the foregoing, the releases set forth in Section 10.6(a) of the Plan (i) shall only be applicable to the maximum extent permitted by law; (ii) shall not be construed as (a) releasing any Released Party from Claims or Causes of Action arising from an act or omission that is judicially determined by a Final Order to have constituted actual fraud (*provided* that actual fraud shall not exempt from the scope of these Debtor releases any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, (b) releasing any Released Party from Claims or Causes of Action held by the Debtors arising from an act or omission that is determined by a Final Order or by a federal government agency to have constituted a violation of any federal securities laws or (c) releasing any post-Effective Date obligations of any party or Entity under the Plan, the Confirmation Order, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.

**SECTION 10.6(b)   RELEASES BY HOLDERS OF CLAIMS AND INTERESTS.**

Notwithstanding anything contained in the Plan to the contrary, as of the Effective Date, for good and valuable consideration, the adequacy of which is hereby confirmed, except as otherwise provided in the Plan or in the Confirmation Order, to the fullest extent permissible under applicable law, as such law may be extended or integrated after the Effective Date, each Releasing Party, shall be deemed to have conclusively, absolutely, unconditionally, irrevocably, and forever, released, and discharged the Debtors, the Reorganized Debtors, and the Released Parties from any and all Claims, obligations, rights, suits, damages, Causes of Action, remedies, and liabilities whatsoever, including any derivative Claims or Causes of Action asserted or that may be asserted on behalf of the Debtors or their Estates, that such Entity would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, in law, equity, or otherwise, based on or relating to, or in any manner arising from, in whole

or in part, any act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date, including any Claims or Causes of Action based on or relating to, or in any manner arising from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date.  Notwithstanding anything to the contrary in the foregoing, the releases set forth in Section 10.6(b) of the Plan (i) shall only be applicable to the maximum extent permitted by law; and (ii) shall not be construed as (a) releasing any Released Party from Claims or Causes of Action arising from an act or omission that is judicially determined by a Final Order to have constituted actual fraud (*provided* that actual fraud shall not exempt from the scope of these third-party releases any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, or (b) releasing any post-Effective Date obligations of any party or Entity under the Plan, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.

**SECTION 10.7**        **EXCULPATION**.

         Except as otherwise specifically provided in the Plan, no Exculpated Party shall have or incur liability for, and each Exculpated Party is hereby released and exculpated from, any Cause of Action for any claim related to any act or omission in connection with, relating to, or arising out, in whole or in part, from the Petition Date through the Effective Date, of the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors, the DIP Facility, the Convertible Notes Agreements,

**the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, and related agreements, instruments, or other documents, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other related agreement, except for Claims or Causes of Action arising from an act or omission that is judicially determined in a Final Order to have constituted actual fraud, willful misconduct, or gross negligence, but in all respects, such Exculpated Parties shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities.  The Exculpated Parties have, and upon completion of the Plan, shall be deemed to have, participated in good faith and in compliance with all applicable laws with regard to the solicitation and distribution of, consideration pursuant to the Plan and, therefore, are not, and on account of such distributions shall not be, liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Plan or such distributions made pursuant to the Plan.  Notwithstanding anything to the contrary in the foregoing, the exculpations set forth in Section 10.7 of the Plan (i) shall only be applicable to the maximum extent permitted by law; and (ii) shall not be construed as (a) exculpating any Exculpated Party from Claims or Causes of Action arising from an act or omission that is judicially determined by a Final Order to have constituted actual fraud (*provided* that actual fraud shall not exempt from the scope of these exculpations any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, or (b) exculpating any post-Effective Date obligations of any party or Entity under the Plan, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.**

## SECTION 5.17     <u>CANCELLATION OF LIENS</u>.

(a)     Except as otherwise specifically provided in the Plan, including sections 4.4 and 4.6 of the Plan, all notes, instruments, certificates evidencing debt of the Debtors and Existing Common Interests will be cancelled and obligations of the Debtors thereunder will be discharged and of no further force or effect, except for the purpose of allowing the applicable agents and trustees to receive distributions from the Debtors under the Plan and

to make any further distributions to the applicable Holders on account of their Allowed Claims and Interests.

(b)     After the Effective Date and following (i) the distributions to Holders on account of Allowed Convertible Notes Secured Claims and Allowed Miner Equipment Lender Secured Claims and/or (ii) with regard to Allowed M&M Lien Secured Claims, satisfaction of the applicable M&M Lien Takeback Debt, the Debtors or the Reorganized Debtors, at their expense, may, in their sole discretion, take any action necessary to terminate, cancel, extinguish, and/or evidence the release of any and all mortgages, deeds of trust, Liens, pledges, and other security interests with respect to the Convertible Notes Secured Claims, Miner Equipment Lender Secured Claims, and M&M Lien Secured Claims, including, without limitation, the preparation and filing of any and all documents necessary to terminate, satisfy, or release any mortgages, deeds of trust, Liens, pledges, and other security interests held by the Holders of the M&M Lien Secured Claims, Miner Equipment Lender Secured Claims, the Notes Agent, and/or Convertible Noteholders, including, without limitation, UCC-3 termination statements.

**Relevant Definitions Related to Release and Exculpation Provisions**:

*"Exculpated Parties"* means each of the following in their capacity as such and, in each case, to the maximum extent permitted by law: (i) the Debtors; and (ii) Equity Committee and its members, each solely in their capacity as such.

*"Related Parties"* means with respect to a Person, that Person's current and former Affiliates, and such Person's and its current and former Affiliates' current and former directors, managers, officers, equity holders (regardless of whether such interests are held directly or indirectly), affiliated investment funds or investment vehicles, predecessors, participants, successors, and assigns, subsidiaries, and each of their respective current and former equity holders, officers, directors, managers, principals, members, employees, agents, fiduciaries, trustees, advisory board members, financial advisors, partners, limited partners, general partners, attorneys, accountants, managed accounts or funds, management companies, fund advisors, investment bankers, consultants, representatives, and other professionals, and such Person's respective heirs, executors, estates, and nominees, each in their capacity as such, and any and all other Persons or Entities that may purport to assert any Cause of Action derivatively, by or through the foregoing entities.

*"Released Parties"* means, collectively: (i) the Debtors; (ii) the Reorganized Debtors; (iii) the Equity Committee and its members that are party to the RSA, solely in their capacities as such; (iv) the Backstop Parties; (v) the Settling Miner Equipment Lenders; (vi) Brown Corporation; (vii) Holliwood LLC; (viii) the Ad Hoc Noteholder Group; (ix) the Consenting Creditors; (x) the Exit Lenders; (xi) the Notes Agent, solely in its capacity as such; and (xii) with respect to each of the foregoing Persons in clauses (i) through (xi), all Related Parties. Notwithstanding the foregoing, any Person that opts out of the releases set forth in section 10.6(b) of the Plan shall not be deemed a Released Party thereunder.

*"Releasing Parties"* means collectively, and in each case solely in their capacity as such, (i) the Debtors; (ii) the Reorganized Debtors; (iii) with respect to each of the foregoing

Persons in clauses (i) through (ii), all Related Parties; (iv) the Released Parties; (v) the Holders of all Claims or Interests that vote to accept the Plan; (vi) the Holders of all Claims or Interests whose vote to accept or reject the Plan is solicited but that do not vote either to accept or to reject the Plan and do not opt out of granting the releases set forth in the Plan; (vii) the Holders of all Claims or Interests that vote, or are deemed, to reject the Plan or that are presumed to accept the Plan but do not opt out of granting the releases set forth in the Plan; and (viii) the Holders of all Claims and Interests and all Other Beneficial Owners that were given notice of the opportunity to opt out of granting the releases set forth in the Plan but did not opt out.

**YOU ARE ADVISED AND ENCOURAGED TO CAREFULLY REVIEW AND CONSIDER THE PLAN, INCLUDING THE RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AS YOUR RIGHTS MIGHT BE AFFECTED.**

**PLEASE READ THE ATTACHED VOTING INFORMATION
AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT**

<div style="border:1px solid">

**PLEASE COMPLETE ITEMS 1, 2, 3, AND 4.  IF THIS BALLOT HAS NOT BEEN
PROPERLY SIGNED IN THE SPACE PROVIDED, YOUR VOTE MAY NOT BE
VALID OR COUNTED AS HAVING BEEN CAST.**

</div>

**Item 1.**        **Principal Amount of Claims**. The undersigned hereby certifies that, as of the
Voting Record Date, the undersigned was the Holder (or authorized signatory of such a Holder) of
an M&M Lien Secured Claim in the aggregate amount principal amount set forth below.

$\$_____$

**Item 2.**        **Votes on the Plan**.  Please vote either to accept or to reject the Plan with respect to
your Claims below.  Any Ballot not marked either to accept or reject the Plan, or marked both to
accept and reject the Plan, shall not be counted in determining acceptance or rejection of the Plan.

<div style="border:1px solid">

**Prior to voting on the Plan, please note the following:**

**If you (i) vote to accept the Plan, (ii) do not vote either to accept or reject the Plan and do
not check the box in Item 3 below, or (iii) vote to reject the Plan and do not check the box
in Item 3 below, in each case you shall be deemed to have consented to the release
provisions set forth in Section 10.6(b) of the Plan.**

**The Disclosure Statement and the Plan must be referenced for a complete description of
the release, injunction, and exculpation provisions.**

</div>

The undersigned holder of a Class 5 M&M Lien Secured Claim votes to (check <u>one</u> box):

☐ **Accept** the Plan          ☐ **Reject** the Plan.

**<u>Your vote on the Plan will be applied to each applicable Debtor in the same
manner and in the same amount as indicated in Item 1 and Item 2 above.</u>**

**Item 3.**        **Optional Opt Out Release Election**.  Check the box below if you elect not to grant
the releases contained in Section 10.6(b) of the Plan.  If you voted to reject the Plan in Item 2
above, or if you are abstaining from voting to accept or reject the Plan, check this box if you elect
not to grant the releases contained in Section 10.6(b) of the Plan.  Election to withhold consent is
at your option.  If you voted to accept the Plan in Item 2 above, you **may not** complete this Item
3, and if you complete this Item 3, your "opt out" election will be ineffective.  If you submit a
rejecting Ballot, or if you abstain from submitting a Ballot, and in each case, you do not check the
box below, you will be deemed to consent to the releases contained in Section 10.6(b) of the Plan

to the fullest extent permitted by applicable law.  The Holder of the Class 5 M&M Lien Secured Claim set forth in Item 1 elects to:

☐ **OPT OUT** of the releases contained only in Section 10.6(b) of the Plan.

**Item 4.     Acknowledgements**.  By signing this Ballot, the Holder (or authorized signatory of such Holder) acknowledges review and receipt of the Plan, the Disclosure Statement, and the other applicable solicitation materials, and certifies that (i) it has the power and authority to vote to accept or reject the Plan, (ii) it was the Holder (or is entitled to vote on behalf of such Holder) of the M&M Lien Secured Claim described in Item 1 as of the Voting Record Date, and (iii) all authority conferred, or agreed to be conferred, pursuant to this Ballot, and every obligation of the undersigned hereunder, shall be binding on the transferees, successors, assigns, heirs, executors, administrators, trustees in bankruptcy, and legal representatives of the undersigned, and shall not be affected by, and shall survive, the death or incapacity of the undersigned.

Name of Holder _____

Signature _____

If by Authorized Agent, Name and Title _____

Name of Institution _____

Street Address _____

City, State, Zip Code _____

Telephone Number _____

Date Completed _____

E-Mail Address _____

**VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT**

1.     Ballots received after the Voting Deadline (if the Voting Deadline has not been extended) may not, at the Debtors' discretion, be counted.  **The Voting Agent will tabulate all properly completed Ballots received on or before the Voting Deadline.**

2.     Complete the Ballot by providing all the information requested, signing, dating, and returning the Ballot to the Voting Agent.  Any Ballot that is illegible, contains insufficient information to identify the Holder, or is unsigned[3] will not be counted.  Ballots may not be submitted to the Voting Agent by facsimile or electronic mail.  If neither the "**accept**" nor "**reject**" box is checked in Item 2, both boxes are checked in Item 2, or the Ballot is

---

[3] E-Ballots submitted on the Online Portal will be deemed to contain a legal, valid signature.

otherwise not properly completed, executed, or timely returned, then the Ballot shall not be counted in determining acceptance or rejection of the Plan.

3.      You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different or inconsistent Claims within a single Class under the Plan, the Ballots are not voted in the same manner, and you do not correct this before the Voting Deadline, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

4.      The Ballot does not constitute, and shall not be deemed to be, a Proof of Claim or an assertion or admission of Claims.

5.      The Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan.

6.      If you cast more than one Ballot voting the same Claims prior to the Voting Deadline, the latest received, properly executed Ballot submitted to the Voting Agent will supersede any prior Ballot.

7.      If (i) the Debtors revoke or withdraw the Plan, or (ii) the Confirmation Order is not entered or consummation of the Plan does not occur, this Ballot shall automatically be null and void and deemed withdrawn without any requirement of affirmative action by or notice to you.

8.      There may be changes made to the Plan that do not cause material adverse effects on an accepting Class.  If such non-material changes are made to the Plan, the Debtors will not resolicit votes for acceptance or rejection of the Plan.

9.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT, ANY SUPPLEMENTAL INFORMATION PROVIDED BY THE DEBTORS, OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

10.     PLEASE RETURN YOUR BALLOT PROMPTLY.

11.     IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE VOTING AGENT BY CALLING (949) 404-4152 (TOLL-FREE) OR +1 (888) 765-7875(IF CALLING FROM OUTSIDE THE U.S.); WRITING CORE SCIENTIFIC, INC., BALLOT PROCESSING CENTER, C/O STRETTO, INC., 410 EXCHANGE, SUITE 100, IRVINE, CA 92602; OR BY SENDING AN ELECTRONIC MAIL MESSAGE TO CORESCIENTIFICINQUIRIES@STRETTO.COM WITH "CORE SCIENTIFIC" IN

THE SUBJECT LINE.   PLEASE DO NOT DIRECT ANY INQUIRIES TO THE BANKRUPTCY COURT.

12.   THE VOTING AGENT IS NOT AUTHORIZED TO AND WILL NOT PROVIDE LEGAL ADVICE.

**PLEASE SUBMIT YOUR BALLOT BY ONLY <u>ONE</u> OF THE FOLLOWING METHODS:** (i) Online submission of an E-Ballot, (ii) paper copy submission, in the return envelope provided, (iii) paper copy submission by hand delivery or overnight mail, or (iv) paper copy submission by first class mail.

**IF YOU WISH TO COORDINATE HAND DELIVERY OF YOUR BALLOT, PLEASE NOTIFY THE VOTING AGENT VIA E-MAIL AT CORESCIENTIFICINQUIRIES@STRETTO.COM (WITH "CORE SCIENTIFIC BALLOT" IN THE SUBJECT LINE) AT LEAST 24 HOURS IN ADVANCE OF THE ANTICIPATED DELIVERY DATE.**

**ALL BALLOTS MUST BE PROPERLY EXECUTED, COMPLETED, AND DELIVERED ACCORDING TO THE VOTING INSTRUCTIONS SO THAT THE BALLOTS ARE ACTUALLY RECEIVED BY THE VOTING AGENT NO LATER THAN THE VOTING DEADLINE.**

### <u>Online Portal Voting Instructions</u>

**To properly submit your Ballot electronically, you must electronically complete, sign, and return this customized electronic Ballot by utilizing the Online Portal platform on the Stretto website by visiting https://cases.stretto.com/CoreScientific/, clicking on the "Submit E-Ballot" link and following the instructions set forth on the website.  Your Ballot must be received by Stretto no later than December 13, 2023 at 5:00 p.m. (Prevailing Central Time), the Voting Deadline, unless such time is extended by the Debtors with the consent of the Requisite Consenting Creditors.  <u>HOLDERS ARE STRONGLY ENCOURAGED TO SUBMIT THEIR BALLOTS VIA THE ONLINE PORTAL PLATFORM</u>.  The Stretto "Online Portal" platform is the sole manner in which ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, electronic mail, or other means of electronic transmission will not be counted.**

**IMPORTANT NOTE: You will need the following information to retrieve and submit your customized electronic Ballot:**

**Unique E-Ballot ID#: _____**

Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.  Ballots submitted by E-Ballot will be deemed to contain a legal, valid signature.

**Holders who cast a Ballot using Stretto's "Online Portal" platform should <u>NOT</u> also submit a paper Ballot.**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS DECEMBER 13, 2023 AT 5:00 P.M. (PREVAILING CENTRAL TIME).**

<div align="center">

**Paper Copy Ballot Submission**

</div>

| **STRETTO'S ADDRESS FOR RECEIPT OF PAPER BALLOTS (WHETHER BY HAND DELIVERY, OVERNIGHT MAIL, OR FIRST CLASS MAIL)** |
|:---:|
| **CORE SCIENTIFIC, INC.** <br> **BALLOT PROCESSING CENTER** <br> **C/O STRETTO, INC.** <br> **410 EXCHANGE, SUITE 100** <br> **IRVINE, CA 92602** |

If you are unable to use the Online Portal platform or need assistance in completing and submitting your Ballot, please contact Stretto (i) via e-mail at CoreScientificInquiries@stretto.com; (ii) via mail by writing Core Scientific, Inc., Ballot Processing Center, C/O Stretto, Inc., 410 Exchange, Suite 100, Irvine, CA 92602; or (iii) via telephone at (949) 404-4152 (Toll-Free) or +1 (888) 765-7875 (if calling from outside the U.S.).

.

# **<u>Exhibit N</u>**



**Exhibit N**
Relates to Class 6
Served via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|------|-----------|---------|------|-------|-----|
| Brown Corporation | | 311 Pointe North Place #4 | Dalton | GA | 30720 |
| Holliwood LLC | Attn: Trey Hendershot | 1800 Bering, Suite 600 | Houston | TX | 77057 |

# **Exhibit O**

**No person has been authorized to give any information or advice, or to make any representation, other than what is included in the Disclosure Statement and other materials accompanying this Ballot.[1]**

PLEASE NOTE THAT, EVEN IF YOU INTEND TO VOTE TO REJECT THE PLAN, YOU MUST STILL READ, COMPLETE, AND EXECUTE THIS ENTIRE BALLOT.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.,* | § | **Case No. 22-90341 (CML)** |
| | § | |
| Debtors[2] | § | **(Jointly Administered)** |
| | § | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT THE THIRD AMENDED JOINT CHAPTER 11 PLAN OF CORE SCIENTIFIC, INC. AND ITS AFFILIATED DEBTORS

### CLASS 6 (SECURED MORTGAGE CLAIMS)

---

**IN ORDER FOR YOUR VOTE TO BE COUNTED TOWARD CONFIRMATION OF THE PLAN, THIS BALLOT MUST BE COMPLETED, EXECUTED, AND RETURNED SO THAT IT IS <u>ACTUALLY RECEIVED</u> BY THE VOTING AGENT ON OR BEFORE DECEMBER 13, 2023 AT 5:00 P.M. (PREVAILING CENTRAL TIME) (THE "<u>VOTING DEADLINE</u>"), UNLESS EXTENDED BY THE DEBTORS WITH THE CONSENT OF THE REQUISITE CONSENTING CREDITORS.**

---

Core Scientific, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") are soliciting votes with respect to the *Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors*, filed on November 16, 2023 (Docket No. 1438) (as may be modified, amended, or supplemented, the "**Plan**"). The Plan is attached as **<u>Exhibit A</u>** to the *Disclosure Statement for*

---

[1]   All capitalized terms used but not defined herein or in the enclosed voting instructions have the meanings ascribed to them in the Plan, attached as <u>Exhibit A</u> to the Disclosure Statement.

[2]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII, LLC (3198).  The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.  The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, Texas 78704.

*Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors*, filed on November 16, 2023 (Docket No. 1439) (as may be modified, amended, or supplemented, the "**Disclosure Statement**").

Please use this Ballot to cast your vote to accept or reject the Plan if you are, as of November 9, 2023 (the "**Voting Record Date**"), a Holder of a Secured Mortgage Claim.

The Disclosure Statement provides information to assist you in deciding whether to accept or reject the Plan.  If you do not have the Disclosure Statement, you may obtain a copy from Stretto, Inc. (the "**Voting Agent**" or "**Stretto**") at no charge by accessing the Debtors' restructuring website at https://cases.stretto.com/CoreScientific.

If you have any questions on how to properly complete this Ballot, please contact the Voting Agent (i) by e-mail at CoreScientificInquiries@stretto.com, (ii) by writing to Core Scientific, Inc., Ballot Processing Center, c/o Stretto, Inc., 410 Exchange, Suite 100, Irvine, CA 92602, or (iii) via telephone at (949) 404-4152 (Toll-Free) or +1 (888) 765-7875 (if calling from outside the U.S.).  Please be advised that the Voting Agent cannot provide legal advice.  You may wish to seek legal advice concerning the Plan and the classification and treatment of your Class 6 Secured Mortgage Claim under the Plan.

---

**IMPORTANT NOTICE REGARDING TREATMENT FOR SECURED MORTGAGE CLAIMS IN CLASS 6**

As described in more detail in the Disclosure Statement, if the Plan is confirmed and the Effective Date occurs, except to the extent that a Holder of an Allowed Secured Mortgage Claim (i) agrees to a less favorable treatment of such Claim or (ii) timely elects the Mortgage Treatment Election (as set forth below) on or before the Voting Deadline, each such Holder shall receive, in full and final satisfaction, settlement, release, and discharge of such Claim, on the Effective Date, or as soon as reasonably practicable thereafter, such Holder's applicable Mortgage Takeback Debt (the "**Default Mortgage Treatment**").  The Mortgage Agreements (and any applicable related documents) of Holders of Allowed Secured Mortgage Claims receiving the Default Mortgage Treatment shall be deemed amended to include a maturity date of December 31, 2025.  The Debtors and Reorganized Debtors, as applicable, are hereby authorized to record (and granted power of attorney to effectuate such recordation) any memorandum or such other documents or certificates required to effectuate such deemed amendment in the applicable real property records, and each applicable clerk is directed to accept such documentation.

Each Holder of an Allowed Secured Mortgage Claim may elect on this Ballot to receive, no later than sixty (60) days following the Effective Date, in lieu of the Default Mortgage Treatment, in each case in full and final satisfaction, settlement, release, and discharge of such Holder's Allowed Secured Mortgage Claim, Cash in an amount equal to ninety-five percent (95%) of such Holder's Allowed Secured Mortgage Claim Amount (the "**Mortgage Treatment Election**").

**PLEASE READ THE DISCLOSURE STATEMENT AND PLAN FOR MORE DETAILS.**

---

The Plan can be confirmed by the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") and thereby made binding on you if it is accepted by the Holders of (i) at least two-thirds in amount of the Allowed Claims or Interests voted in each Impaired Class, and (ii) if the Impaired Class is a Class of Claims, more than one-half in number of the Allowed Claims voted in each Impaired Class, and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under the Bankruptcy Code.   If the requisite acceptances are not obtained, the Bankruptcy Court may nonetheless confirm the Plan if it finds that the Plan (y) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan, and (z) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.   If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote or if you vote to reject the Plan.   To have your vote counted, you must complete, sign, and return this Ballot to the Voting Agent by the Voting Deadline.

Your receipt of this Ballot does not indicate that your Claim(s) has been or will be Allowed.   This Ballot is solely for purposes of voting to accept or reject the Plan and not for the purpose of allowance or disallowance of, or distribution on account of, Class 6 Secured Mortgage Claims.   You must provide all of the information requested by this Ballot.   Failure to do so may result in the disqualification of your vote.

### NOTICE REGARDING CERTAIN RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS IN PLAN

**If you (i) vote to accept the Plan, (ii) are solicited to vote to accept or reject the Plan, but do not vote to either accept or reject the Plan, and do not opt out of granting the releases set forth in the Plan, (iii) vote, or are deemed, to reject the Plan or are presumed to accept the Plan but do not opt out of granting the releases set forth in the Plan, or (iv) were given notice of the opportunity to opt out of granting the releases contained in the Plan but do not opt out, you shall be deemed to have consented to the releases contained in Section 10.6(b) of the Plan.  The releases as presented in the Plan are provided below:**

**SECTION 10.5          INJUNCTION.**

**Except as otherwise expressly provided in the Plan or for distributions required to be paid or delivered pursuant to the Plan or the Confirmation Order, all Entities that have held, hold, or may hold Claims or Interests that have been released pursuant to Section 10.6(a) or Section 10.6(b), shall be discharged pursuant to Section 10.3 of the Plan, or are subject to exculpation pursuant to Section 10.7, and all Subcontractors and all other parties in interest are permanently enjoined, from and after the Effective Date, from taking any of the following actions against, as applicable, the Debtors, the Reorganized Debtors, the Released Parties, and/or the Exculpated Parties (to the extent of the exculpation provided pursuant to Section 10.7 with respect to the Exculpated Parties): (i) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests; (ii) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such Claims or Interests; (iii) creating, perfecting, or enforcing any Lien or encumbrance of any kind against such Entities or the property or the estates of such Entities on account of or in**

connection with or with respect to any such Claims or Interests; (iv) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such Claims or Interests unless (x) such Entity has timely asserted such setoff right either in a Filed Proof of Claim, or in another document Filed with the Bankruptcy Court explicitly preserving such setoff or that otherwise indicates that such entity asserts, has, or intends to preserve any right of setoff pursuant to applicable law or otherwise or (y) such right to setoff arises under a postpetition agreement with the Debtors or an Executory Contract that has been assumed by the Debtors as of the Effective Date; and (v) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests released, settled, and/or treated, entitled to a distribution, or cancelled pursuant to the Plan or otherwise Disallowed; *provided* that such persons who have held, hold, or may hold Claims against, or Interests in, a Debtor, a Reorganized Debtor, or an Estate shall not be precluded from exercising their rights and remedies, or obtaining the benefits, solely pursuant to and consistent with the terms of the Plan.

Subject in all respects to Section 11.1, no entity or person may commence or pursue a Claim or Cause of Action of any kind against any Released Party or Exculpated Party that arose or arises from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, and any and all related agreements, instruments, and/or other documents, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing without the Bankruptcy Court (i) first determining, after notice and a hearing, that such Claim or Cause of Action represents a claim of willful misconduct, fraud or gross negligence against a Released Party or Exculpated Party and (ii) specifically authorizing such Entity or Person to bring such Claim or Cause of Action against any such

Released Party or Exculpated Party.  The Bankruptcy Court shall have sole and exclusive jurisdiction to determine whether a Claim or Cause of Action is colorable and, only to the extent legally permissible and as provided for in Section 11.1, shall have jurisdiction to adjudicate the underlying colorable Claim or Cause of Action.

**SECTION 10.6(a)     RELEASES BY THE DEBTORS.**

Notwithstanding anything contained in the Plan to the contrary, as of the Effective Date, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, including the obligations of the Debtors under the Plan and the contributions of the Released Parties to facilitate and implement the Plan, except as otherwise provided in the Plan or in the Confirmation Order, on and after the Effective Date, the Released Parties are deemed conclusively, absolutely, unconditionally and irrevocably, released and discharged by the Debtors, the Reorganized Debtors, and the Estates from any and all Claims, obligations, rights, suits, damages, Causes of Action, remedies, and liabilities whatsoever, including any derivative claims, asserted or assertable on behalf of the Debtors, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, in law, equity, or otherwise, that the Debtors, the Reorganized Debtors, the Estates, or their Affiliates would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date.  Notwithstanding anything to the contrary in the foregoing, the releases set forth in Section 10.6(a) of the Plan (i) shall only be applicable to the maximum extent permitted by law; (ii) shall not be construed as (a) releasing any Released Party from Claims or Causes of Action arising from an act or

omission that is judicially determined by a Final Order to have constituted actual fraud (*provided* that actual fraud shall not exempt from the scope of these Debtor releases any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, (b) releasing any Released Party from Claims or Causes of Action held by the Debtors arising from an act or omission that is determined by a Final Order or by a federal government agency to have constituted a violation of any federal securities laws or (c) releasing any post-Effective Date obligations of any party or Entity under the Plan, the Confirmation Order, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.

**SECTION 10.6(b)        RELEASES BY HOLDERS OF CLAIMS AND INTERESTS.**

Notwithstanding anything contained in the Plan to the contrary, as of the Effective Date, for good and valuable consideration, the adequacy of which is hereby confirmed, except as otherwise provided in the Plan or in the Confirmation Order, to the fullest extent permissible under applicable law, as such law may be extended or integrated after the Effective Date, each Releasing Party, shall be deemed to have conclusively, absolutely, unconditionally, irrevocably, and forever, released, and discharged the Debtors, the Reorganized Debtors, and the Released Parties from any and all Claims, obligations, rights, suits, damages, Causes of Action, remedies, and liabilities whatsoever, including any derivative Claims or Causes of Action asserted or that may be asserted on behalf of the Debtors or their Estates, that such Entity would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, in law, equity, or otherwise, based on or relating to, or in any manner arising from, in whole or in part, any act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date, including any Claims or Causes of Action based on or relating to, or in any manner arising from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP

**Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date. Notwithstanding anything to the contrary in the foregoing, the releases set forth in Section 10.6(b) of the Plan (i) shall only be applicable to the maximum extent permitted by law; and (ii) shall not be construed as (a) releasing any Released Party from Claims or Causes of Action arising from an act or omission that is judicially determined by a Final Order to have constituted actual fraud (*provided* that actual fraud shall not exempt from the scope of these third-party releases any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, or (b) releasing any post-Effective Date obligations of any party or Entity under the Plan, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.**

**SECTION 10.7      EXCULPATION.**

**Except as otherwise specifically provided in the Plan, no Exculpated Party shall have or incur liability for, and each Exculpated Party is hereby released and exculpated from, any Cause of Action for any claim related to any act or omission in connection with, relating to, or arising out, in whole or in part, from the Petition Date through the Effective Date, of the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors, the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, and related agreements, instruments, or other documents, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other related agreement, except for Claims or Causes of Action arising from an act or omission that is judicially determined in a Final Order to have constituted actual fraud, willful misconduct, or gross negligence, but**

in all respects, such Exculpated Parties shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities. The Exculpated Parties have, and upon completion of the Plan, shall be deemed to have, participated in good faith and in compliance with all applicable laws with regard to the solicitation and distribution of, consideration pursuant to the Plan and, therefore, are not, and on account of such distributions shall not be, liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Plan or such distributions made pursuant to the Plan. Notwithstanding anything to the contrary in the foregoing, the exculpations set forth in Section 10.7 of the Plan (i) shall only be applicable to the maximum extent permitted by law; and (ii) shall not be construed as (a) exculpating any Exculpated Party from Claims or Causes of Action arising from an act or omission that is judicially determined by a Final Order to have constituted actual fraud (*provided* that actual fraud shall not exempt from the scope of these exculpations any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, or (b) exculpating any post-Effective Date obligations of any party or Entity under the Plan, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.

**SECTION 5.17      CANCELLATION OF LIENS.**

(a)      Except as otherwise specifically provided in the Plan, including sections 4.4 and 4.6 of the Plan, all notes, instruments, certificates evidencing debt of the Debtors and Existing Common Interests will be cancelled and obligations of the Debtors thereunder will be discharged and of no further force or effect, except for the purpose of allowing the applicable agents and trustees to receive distributions from the Debtors under the Plan and to make any further distributions to the applicable Holders on account of their Allowed Claims and Interests.

(b)      After the Effective Date and following (i) the distributions to Holders on account of Allowed Convertible Notes Secured Claims and Allowed Miner Equipment Lender Secured Claims and/or (ii) with regard to Allowed M&M Lien Secured Claims, satisfaction of the applicable M&M Lien Takeback Debt, the Debtors or the Reorganized Debtors, at their expense, may, in their sole discretion, take any action necessary to terminate, cancel, extinguish, and/or evidence the release of any and all mortgages, deeds of trust, Liens, pledges, and other security interests with respect to the Convertible Notes Secured Claims, Miner Equipment Lender Secured Claims, and M&M Lien Secured Claims, including, without limitation, the preparation and filing of any and all documents necessary to terminate, satisfy, or release any mortgages, deeds of trust, Liens, pledges, and other security interests held by the Holders of the M&M Lien Secured Claims, Miner Equipment Lender Secured Claims, the Notes Agent, and/or Convertible Noteholders, including, without limitation, UCC-3 termination statements.

**Relevant Definitions Related to Release and Exculpation Provisions**:

*"Exculpated Parties"* means each of the following in their capacity as such and, in each case, to the maximum extent permitted by law: (i) the Debtors; and (ii) Equity Committee and its members, each solely in their capacity as such.

*"Related Parties"* means with respect to a Person, that Person's current and former Affiliates, and such Person's and its current and former Affiliates' current and former directors, managers, officers, equity holders (regardless of whether such interests are held directly or indirectly), affiliated investment funds or investment vehicles, predecessors, participants, successors, and assigns, subsidiaries, and each of their respective current and former equity holders, officers, directors, managers, principals, members, employees, agents, fiduciaries, trustees, advisory board members, financial advisors, partners, limited partners, general partners, attorneys, accountants, managed accounts or funds, management companies, fund advisors, investment bankers, consultants, representatives, and other professionals, and such Person's respective heirs, executors, estates, and nominees, each in their capacity as such, and any and all other Persons or Entities that may purport to assert any Cause of Action derivatively, by or through the foregoing entities.

*"Released Parties"* means, collectively: (i) the Debtors; (ii) the Reorganized Debtors; (iii) the Equity Committee and its members that are party to the RSA, solely in their capacities as such; (iv) the Backstop Parties; (v) the Settling Miner Equipment Lenders; (vi) Brown Corporation; (vii) Holliwood LLC; (viii) the Ad Hoc Noteholder Group; (ix) the Consenting Creditors; (x) the Exit Lenders; (xi) the Notes Agent, solely in its capacity as such; and (xii) with respect to each of the foregoing Persons in clauses (i) through (xi), all Related Parties. Notwithstanding the foregoing, any Person that opts out of the releases set forth in section 10.6(b) of the Plan shall not be deemed a Released Party thereunder.

*"Releasing Parties"* means collectively, and in each case solely in their capacity as such, (i) the Debtors; (ii) the Reorganized Debtors; (iii) with respect to each of the foregoing Persons in clauses (i) through (ii), all Related Parties; (iv) the Released Parties; (v) the Holders of all Claims or Interests that vote to accept the Plan; (vi) the Holders of all Claims or Interests whose vote to accept or reject the Plan is solicited but that do not vote either to accept or to reject the Plan and do not opt out of granting the releases set forth in the Plan; (vii) the Holders of all Claims or Interests that vote, or are deemed, to reject the Plan or that are presumed to accept the Plan but do not opt out of granting the releases set forth in the Plan; and (viii) the Holders of all Claims and Interests and all Other Beneficial Owners that were given notice of the opportunity to opt out of granting the releases set forth in the Plan but did not opt out.

**YOU ARE ADVISED AND ENCOURAGED TO CAREFULLY REVIEW AND CONSIDER THE PLAN, INCLUDING THE RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AS YOUR RIGHTS MIGHT BE AFFECTED.**

**PLEASE READ THE ATTACHED VOTING INFORMATION
AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT**

> **PLEASE COMPLETE ITEMS 1, 2, 3, 4, AND 5. IF THIS BALLOT HAS NOT BEEN PROPERLY SIGNED IN THE SPACE PROVIDED, YOUR VOTE MAY NOT BE VALID OR COUNTED AS HAVING BEEN CAST.**

**Item 1.**      **Principal Amount of Claims**.  The undersigned hereby certifies that, as of the Voting Record Date, the undersigned was the Holder (or authorized signatory of such a Holder) of a Secured Mortgage Claim in the aggregate amount of unpaid principal set forth below.

> $\$_____$

**Item 2.**      **Votes on the Plan**.  Please vote either to accept or to reject the Plan with respect to your Claims below.  Any Ballot not marked either to accept or reject the Plan, or marked both to accept and reject the Plan, shall not be counted in determining acceptance or rejection of the Plan.

> **Prior to voting on the Plan, please note the following:**
>
> **If you (i) vote to accept the Plan, (ii) do not vote either to accept or reject the Plan and do not check the box in Item 4 below, or (iii) vote to reject the Plan and do not check the box in Item 4 below, in each case you shall be deemed to have consented to the release provisions set forth in Section 10.6(b) of the Plan.**
>
> **The Disclosure Statement and the Plan must be referenced for a complete description of the release, injunction, and exculpation provisions.**

The undersigned Holder of a Class 6 Secured Mortgage Claim votes to (check <u>one</u> box):

☐ **Accept** the Plan          ☐ **Reject** the Plan.

**Your vote on the Plan will be applied to each applicable Debtor in the same manner and in the same amount as indicated in Item 1 and Item 2 above.**

**Item 3.**      **Optional Alternative Election Option**.   In lieu of the Default Mortgage Treatment, you may elect to receive the Mortgage Treatment Election.  If you do not elect the Mortgage Treatment Election, you will receive the Default Mortgage Treatment.

The undersigned Holder of a Class 6 Secured Mortgage Claim elects:

☐ **Accept** Mortgage Treatment Election in lieu of the Default Mortgage Treatment

**Item 4.**      **Optional Opt Out Release Election**.  Check the box below if you elect not to grant the releases contained in Section 10.6(b) of the Plan.  If you voted to reject the Plan in Item 2 above, or if you are abstaining from voting to accept or reject the Plan, check this box if you elect

not to grant the releases contained in Section 10.6(b) of the Plan.  Election to withhold consent is at your option.  If you voted to accept the Plan in Item 2 above, you **may not** complete this Item 4, and if you complete this Item 4, your "opt out" election will be ineffective.  If you submit a rejecting Ballot, or if you abstain from submitting a Ballot, and in each case, you do not check the box below, you will be deemed to consent to the releases contained in Section 10.6(b) of the Plan to the fullest extent permitted by applicable law.  The Holder of the Class 6 Secured Mortgage Claims elects to:

☐  **OPT OUT** of the releases contained only in Section 10.6(b) of the Plan.

**Item 5.**     **Acknowledgements**.  By signing this Ballot, the Holder (or authorized signatory of such Holder) acknowledges review and receipt of the Plan, the Disclosure Statement, and the other applicable solicitation materials, and certifies that (i) it has the power and authority to vote to accept or reject the Plan, (ii) it was the Holder (or is entitled to vote on behalf of such Holder) of the Secured Mortgage Claims described in Item 1 as of the Voting Record Date, and (iii) all authority conferred, or agreed to be conferred, pursuant to this Ballot, and every obligation of the undersigned hereunder, shall be binding on the transferees, successors, assigns, heirs, executors, administrators, trustees in bankruptcy, and legal representatives of the undersigned, and shall not be affected by, and shall survive, the death or incapacity of the undersigned.

Name of Holder _____

Signature _____

If by Authorized Agent, Name and Title _____

Name of Institution _____

Street Address _____

City, State, Zip Code _____

Telephone Number _____

Date Completed _____

E-Mail Address _____

**VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT**

1.  Ballots received after the Voting Deadline (if the Voting Deadline has not been extended) may not, at the Debtors' discretion, be counted. **The Voting Agent will tabulate all properly completed Ballots received on or before the Voting Deadline.**

2.  Complete the Ballot by providing all the information requested, signing, dating, and returning the Ballot to the Voting Agent. Any Ballot that is illegible, contains insufficient information to identify the Holder, or is unsigned[3] will not be counted. Ballots may not be submitted to the Voting Agent by facsimile or electronic mail. If neither the "**accept**" nor "**reject**" box is checked in Item 2, both boxes are checked in Item 2, or the Ballot is otherwise not properly completed, executed, or timely returned, then the Ballot shall not be counted in determining acceptance or rejection of the Plan.

3.  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different or inconsistent Claims within a single Class under the Plan, the Ballots are not voted in the same manner, and you do not correct this before the Voting Deadline, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

4.  The Ballot does not constitute, and shall not be deemed to be, a Proof of Claim or an assertion or admission of Claims.

5.  The Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan.

6.  If you cast more than one Ballot voting the same Claims prior to the Voting Deadline, the latest received, properly executed Ballot submitted to the Voting Agent will supersede any prior Ballot.

7.  If (i) the Debtors revoke or withdraw the Plan, or (ii) the Confirmation Order is not entered or consummation of the Plan does not occur, this Ballot shall automatically be null and void and deemed withdrawn without any requirement of affirmative action by or notice to you.

8.  There may be changes made to the Plan that do not cause material adverse effects on an accepting Class. If such non-material changes are made to the Plan, the Debtors will not resolicit votes for acceptance or rejection of the Plan.

9.  NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT, ANY

---

[3] E-Ballots submitted on the Online Portal will be deemed to contain a legal, valid signature.

SUPPLEMENTAL INFORMATION PROVIDED BY THE DEBTORS, OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

10.     PLEASE RETURN YOUR BALLOT PROMPTLY.

11.     IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE VOTING AGENT BY CALLING (949) 404-4152 (TOLL-FREE) OR +1 (888) 765-7875(IF CALLING FROM OUTSIDE THE U.S.); WRITING CORE SCIENTIFIC, INC., BALLOT PROCESSING CENTER, C/O STRETTO, INC., 410 EXCHANGE, SUITE 100, IRVINE, CA 92602; OR BY SENDING AN ELECTRONIC MAIL MESSAGE TO CORESCIENTIFICINQUIRIES@STRETTO.COM WITH "CORE SCIENTIFIC" IN THE SUBJECT LINE.   PLEASE DO NOT DIRECT ANY INQUIRIES TO THE BANKRUPTCY COURT.

12.     THE VOTING AGENT IS NOT AUTHORIZED TO AND WILL NOT PROVIDE LEGAL ADVICE.

**PLEASE SUBMIT YOUR BALLOT BY ONLY <u>ONE</u> OF THE FOLLOWING METHODS:** (i) Online submission of an E-Ballot through the Online Portal, (ii) paper copy submission, in the return envelope provided, (iii) paper copy submission by hand delivery or overnight mail, or (iv) paper copy submission by first class mail.

**IF YOU WISH TO COORDINATE HAND DELIVERY OF YOUR BALLOT, PLEASE NOTIFY THE VOTING AGENT VIA E-MAIL AT CORESCIENTIFICINQUIRIES@STRETTO.COM (WITH "CORE SCIENTIFIC BALLOT" IN THE SUBJECT LINE) AT LEAST 24 HOURS IN ADVANCE OF THE ANTICIPATED DELIVERY DATE.**

**ALL BALLOTS MUST BE PROPERLY EXECUTED, COMPLETED, AND DELIVERED ACCORDING TO THE VOTING INSTRUCTIONS SO THAT THE BALLOTS ARE ACTUALLY RECEIVED BY THE VOTING AGENT NO LATER THAN THE VOTING DEADLINE.**

<u>**Online Portal Voting Instructions**</u>

**To properly submit your Ballot electronically, you must electronically complete, sign, and return this customized electronic Ballot by utilizing the Online Portal platform on the Stretto website by visiting https://cases.stretto.com/CoreScientific/, clicking on the "Submit E-Ballot" link and following the instructions set forth on the website. Your Ballot must be received by Stretto no later than December 13, 2023 at 5:00 p.m. (Prevailing Central Time), the Voting Deadline, unless such time is extended by the Debtors with the consent of the Requisite Consenting Creditors.  <u>HOLDERS ARE STRONGLY ENCOURAGED TO SUBMIT THEIR BALLOTS VIA THE ONLINE PORTAL PLATFORM.</u>  The Stretto "Online Portal" platform is the sole manner in which ballots will be accepted via electronic**

or online transmission.  Ballots submitted by facsimile, electronic mail, or other means of electronic transmission will not be counted.

**IMPORTANT NOTE: You will need the following information to retrieve and submit your customized electronic Ballot:**

        **Unique E-Ballot ID#:  _____**

Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.  Ballots submitted by E-Ballot will be deemed to contain a legal, valid signature.

**Holders who cast a Ballot using Stretto's "Online Portal" platform should <u>NOT</u> also submit a paper Ballot.**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS DECEMBER 13, 2023 AT 5:00 P.M. (PREVAILING CENTRAL TIME).**

<div align="center">

**Paper Copy Ballot Submission**

</div>

| |
|---|
| **STRETTO'S ADDRESS FOR RECEIPT OF PAPER BALLOTS (WHETHER BY HAND DELIVERY, OVERNIGHT MAIL, OR FIRST CLASS MAIL)** |
| **CORE SCIENTIFIC, INC.**<br>**BALLOT PROCESSING CENTER**<br>**C/O STRETTO, INC.**<br>**410 EXCHANGE, SUITE 100**<br>**IRVINE, CA 92602** |

If you are unable to use the Online Portal platform or need assistance in completing and submitting your Ballot, please contact Stretto (i) via e-mail at CoreScientificInquiries@stretto.com; (ii) via mail by writing Core Scientific, Inc., Ballot Processing Center, C/O Stretto, Inc., 410 Exchange, Suite 100, Irvine, CA 92602; or (iii) via telephone at (949) 404-4152 (Toll-Free) or +1 (888) 765-7875 (if calling from outside the U.S.).

# **Exhibit P**



**Exhibit P**
Relates to Class 7
Served via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|------|-----------|---------|------|-------|-----|
| A to Z Pest Control & Services | Attn: Zackery Dewayne Gordon | 2402 Ashland Dr | Panama City | FL | 32405 |
| Harold King | | Address Redacted | | | |
| Huband-Mantor Construction, Inc. | Jay Farwell | 10999 West IH 10, Suite 800 | San Antonio | TX | 78230 |
| ORGDEV Limited | Attn: Sam Elmore | 20564 Gerald Cliff Dr NE | Indianola | WA | 98342 |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

# **Exhibit Q**



**Exhibit Q**
Relates to Class 8
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 36th Street Capital Partners, LLC | c/o Reed Smith LLP | Attn: Devan Dal Col | 2850 N. Harwood Street Suite 1500 | Dallas | TX | 75201 | |
| AAF International | | 24828 Network Place | | Chicago | IL | 60673 | |
| AAF International | Attn: Ryan McGary, General Counsel | 9920 Corporate Campus Dr Ste 2200 | | Louisville | KY | 40223 | |
| ACM ELF ST LLC | c/o Holland & Knight LLP | Attn: Brian Smith | 1722 Routh Street, Suite 1500 | Dallas | TX | 75201 | |
| Alpha Waste Disposal Inc | | PO Box 313 | | Rocky Face | GA | 30740 | |
| Altru Health System | | PO Box 13780 | | Grand Forks | ND | 58208-3780 | |
| Amazon Web Services, Inc. | c/o K&L Gates LLP | Attn:  Brian Peterson | 925 Fourth Avenue, Suite 2900 | Seattle | WA | 98104 | |
| American Paper & Twine Co | Attn: Brooks Odom | PO Box 90348 | | Nashville | TN | 37209 | |
| American Security and Protection Service LLC | | 375 Little Ranger Rd | | Murphy | NC | 28906 | |
| Anchorage Lending CA, LLC | Attn: Georgia Quinn & Julie Veltman | 101 S. Reid Street, Suite 329 | | Sioux Falls | SD | 57103 | |
| AON Risk Insurance Services West Inc | | PO Box 849832 | | Los Angeles | CA | 90084 | |
| Apex Logistics International Inc. | | 18554 South Susanna Road | | Rancho Dominguez | CA | 90221 | |
| Arch Insurance Company | Attn: Francine Petrosino, Legal Assistant | 210 Hudson St | Ste 300 | Jersey City | NJ | 07311 | |
| Arch Specialty Insurance Company | Attn: Francine Petrosino, Legal Assistant | 210 Hudson St | Ste 300 | Jersey City | NJ | 07311 | |
| AT&T | | 1025 Lenox Park Blvd NE | | Atlanta | GA | 30319 | |
| Austin Professional Cleaning Services, LLC | | 4131 Spicewood Springs Rd | Ste E2 | Austin | TX | 78759-8658 | |
| Averitt Express | | PO Box 3166 | | Cookeville | TN | 38502 | |
| B. Riley Commercial Capital, LLC | c/o Choate, Hall & Stewart LLP | Attn: John F. Ventola, Douglas R. Gooding & M. Hampton Foushee | Two International Place | Boston | MA | 02110 | |
| B. Riley Securities, Inc. [as Assignee of BRF Finance Co., LLC] | Attn: Michael McCoy | 11100 Santa Monica Blvd. | Suite 800 | Los Angeles | CA | 90025 | |
| BalsamWest | | PO Box 625 | | Sylva | NC | 28779 | |
| Barings BDC, Inc. | Attn: Steve Johnson | 300 S. Tryon St. | | Charlotte | NC | 28202 | |
| Barings Capital Investment Corporation | Barings BDC, Inc. c/o Barings LLC | Attn: Steve Johnson, Elizabeth A. Murray | 300 S. Tryon St. | Charlotte | NC | 28202 | |
| Barings Private Credit Corp. | Attn: Steve Johnson & Elizabeth A. Murray | 300 S. Tryon St. | | Charlotte | NC | 28202 | |
| Barkley Investments LLC | Attn: Jason Godfrey | 8231 Bay Colony Drive | Apt 802 | Naples | FL | 34108 | |
| Bearden Industrial Supply | | PO Box 3188 | | Dalton | GA | 30719 | |
| Bitmain Development Pte. Ltd. | c/o O'Melveny & Myers LLP | Attn: Emma Persson | 2501 N. Harwood St., Ste. 1700 | Dallas | TX | 75201 | |
| Bitmain Technologies Georgia Limited | c/o O'Melveny & Myers LLP | Attn: Emma Persson | 2501 N. Harwood Street, Suite # 1700 | Dallas | TX | 75201 | |
| Bitmain Technologies Georgia Limited | c/o O'Melveny & Myers LLP | Attn: Emma Persson | 2501 N. Harwood St., Ste. 1700 | Dallas | TX | 75201 | |
| Bitmain Technologies Georgia Limited | c/o O'Melveny & Myers LLP, | Attn: Emma Persson | 2501 N. Harwood Street, Suite # 1700 | Dallas | TX | 75201 | |
| Bitmain Technologies Limited | c/o O'Melveny & Myers LLP | Attn: Emma Persson | 2501 N. Harwood St., Suite # 1700 | Dallas | TX | 75201 | |
| Bitmain Technologies Ltd. | c/o O'Melveny & Myers LLP | Attn: Emma Persson | 2501 N. Harwood Street, Suite # 1700 | Dallas | TX | 75201 | |
| Bitwave | | PMB 61754 | 382 NE 191st St | Miami | FL | 33179-3899 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit Q**
Relates to Class 8
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| BlockFi Lending LLC | c/o Haynes and Boone, LLP | Attn: Matthew Ferris | 2801 N Harwood Street Suite 2300 | Dallas | TX | 75201 | |
| C.H. Robinson Worldwide, Inc. | | 14701 Charlson Road | | Eden Prairie | MN | 55347 | |
| Carey Olsen Cayman Limited [CO Services Cayman Limited] | Attn: Shane Westin | Willow House | Cricket Sq | Georgetown | Grand Cayman | KY1-1001 | Cayman Islands |
| Carpet Capital Fire Protection Inc | | PO Box 3325 | | Dalton | GA | 30720 | |
| Carpet Capital Multi-System Inc | | 464 Callahan Rd South East | | Dalton | GA | 30721 | |
| CenturyLink Communications, LLC [f/k/a Quest Communications Company, LLC] | Attn: Legal-BKY | 1025 EL Dorado Blvd | | Broomfield | CO | 80021 | |
| Charter Communications | | PO Box 94188 | | Palatine | IL | 60094-4188 | |
| Cherokee Rental, Inc. | | PO Box 13564 | | Odessa | TX | 79768-3524 | |
| City of Denton, Texas d/b/a Denton Municipal Utilities [DME] | Attn: Tom Zavala | 2323 Victory Ave Ste 700 | | Dallas | TX | 75219 | |
| Cloudflare Inc | | 101 Townsend Street | | San Francisco | CA | 95054 | |
| Colo Properties Atlanta LLC | | PO Box 419729 | | Boston | MA | 02241-9729 | |
| Commercial Plumbers Supply | | 5228 Gilbertsville Road | PO Box 157 | Calvert City | KY | 42029 | |
| ComNet Communications LLC | Attn: Paul Anderson, CFO | 1 Park Ridge Rd Suite 9 | | Bethel | CT | 06801 | |
| Consilio LLC | Attn: Michael Flanagan | 1828 L Street NW, Suite 1070 | | Washington | DC | 20036 | |
| Convergint Technologies LLC | Mike T. Gustafson | Faegre Drinker Biddle & Reath LLP | 320 S. Canal Street Suite 3300 | Chicago | IL | 60606 | |
| Cooley LLP | Attn: J. Michael Kelly | 3 Embarcadero Center, 20th Fl | | San Francisco | CA | 94111 | |
| Coonrod Electric Co., LLC | Attn: Danny Cook, Chief Commercial Officer | 213 N Rachal Avenue | | Sinton | TX | 78387 | |
| Countrywide Sanitation Co | c/o Countrywide Sanitation Co | Attn: Seth | PO Box 5551 | Grand Forks | ND | 58206-5551 | |
| CRG Financial LLC (As Assignee of Ricks Rental Equipment) | | 84 Herbert Ave | Building B Ste 202 | Closter | NJ | 07624 | |
| CRG Financial LLC (As Assignee of KLDiscovery Ontrack LLC) | | 84 Herbert Ave, Building B, Ste 202 | | Closter | NJ | 07624 | |
| CRG Financial LLC [as Assignee of M. Arthur GenslerJr. & Associates, Inc., A.k.a. Gensler] | Attn: Robert Axenrod | 84 Herbert Ave. Building B | Ste 202 | Closter | NJ | 07624 | |
| Dalton Utilities | Attn: Matthew R. Brooks | 875 Third Avenue | | New York | NY | 10022 | |
| Darin Feinstein | c/o Law Office of Tom Kirkendall | Attn: Tom Kirkendall | 2 Violetta Ct | The Woodlands | TX | 77381 | |
| Data Sales Co Inc | | 3450 W Burnsville Parkway | | Burnsville | MN | 55337 | |
| Datasite LLC | Attn: Leif Simpson | The Baker Center | 733 S. Marquette Ave, Suite 600 | Minneapolis | MN | 55402 | |
| Delcom, Inc. | Attn: Accounting Department | PO Box 67 | 610 South Main | Dell City | TX | 79837 | |
| Denise Sterling | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Joanna D. Caytas & John Bash | 711 Louisiana Street, Ste 500 | Houston | TX | 77002 | |
| Dialog Telecommunications | | 5550 77 Center Drive, Suite 220 | | Charlotte | NC | 28217-0738 | |
| Dockery Auto Parts | | PO Box 1188, 85 Main St | | Andrews | NC | 28901 | |
| Donnelley Financial Solutions | | PO Box 842282 | | Boston | MA | 02284-2282 | |
| Duke Energy Carolinas, LLC | c/o Haynsworth Sinkler Boyd, PA | Attn: Mary M. Caskey | PO Box 11889 | Columbia | SC | 29211 | |
| Eagle Promotions | | 4575 W Post Road | | Las Vegas | NV | 89118 | |
| EPB of Chattanooga | | 10 West M.L. King Blvd | | Chattanooga | TN | 37402 | |
| EvoTek | | 462 Stevens Ave | Ste 308 | Solana Beach | CA | 92075-2066 | |
| FedEx | | PO BOX 94515 | | Palatine | IL | 60094-45151 | |
| Felker Construction Company Inc | Allan Felker | PO Box 1647 | | Dalton | GA | 30722 | |
| Fidelity Funding Services, LLC | Attn: Christopher G. Parsons | 34437A Via Verde | | Capistrano Beach | CA | 92624 | |



**Exhibit Q**
Relates to Class 8
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| Financial Accounting Standards Board/Governmental Accounting Standards Board | | PO Box 418272 | | Boston | MA | 02241-8272 | |
| Fishman Stewart PLLC | | 800 Tower Dr | # 610 | Troy | MI | 48098-2843 | |
| Foundry Digital LLC [DCG Foundry LLC] | Attn: Mike Coylers, Licia Barra, Ryan Boyle | 1100 Pittsford Victor Road | | Pittsford | NY | 14534 | |
| Franchise Tax Board | c/o Bankruptcy Section MS A340 | Attn: Rebecca Estonilo | PO Box 2952 | Sacramento | CA | 95812-2952 | |
| Frontier | c/o Bankruptcy Dept | Attn: Kimberly A Wall | 19 John St | Middletown | NY | 10940 | |
| Gaylor Electric, Inc d/b/a Gaylor, Inc | c/o Bradley | Attn: James Bailey | 1819 Fifth Avenue North | Birmingham | AL | 35203 | |
| Grand Forks Utility Billing | | PO Box 5518 | | Grand Forks | ND | 58206-5518 | |
| Gravity Oilfield Services, LLC | | PO Box 734128 | | Dallas | TX | 75373 | |
| GreatAmerica Financial Services Corporation [GreatAmerica Leasing Corporation] | Attn: Litigation Dept | PO Box 609 | | Cedar Rapids | IA | 52406-0609 | |
| Greyline Partners, LLC [IQ-EQ] | Attn: Kevin Ryan Survance | 2777 North Stemmons Freeway | Suite 1425 | Dallas | TX | 75207 | |
| Grubhub Holdings Inc | | 111 W Washington St | Ste 2100 | Chicago | IL | 60602 | |
| Harco National Insurance Company | c/o IAT Insurance Group, Inc. | Attn: Frank Tanzola, Sr. VP/Chief Legal Officer | One Newark Center, 20th Floor | Newark | NJ | 07102 | |
| HireQuest, LLC DBA Snelling | Attn: Jack Carmody | 111 Springhall Drive | | Goose Creek | SC | 29445 | |
| Hutchison & Steffen, PLLC | Attn: Jennifer Willis | 10080 W Alta Drive | Suite 200 | Las Vegas | NV | 89145 | |
| iGEM Communications LLC DBA Globalgig | Attn: Jim Tipton | 706 W Ben White Blvd | #250B | Austin | TX | 78704 | |
| Interstate Welding and Steel Supply | | PO Box 1112 | | Murphy | NC | 28906 | |
| Jack Novak | c/o Wick Phillips Gould & Martin, LLP | Attn: Scott D. Lawrence | 3131 McKinney Ave., Suite 500 | Dallas | TX | 75204 | |
| Jackson Purchase Energy Corporation | | PO Box 3000 | | Hopkinsville | KY | 42241-3000 | |
| Jarvis Hollingsworth | c/o Core Scientific, Inc. | Attn: Board of Directors Member | 210 Barton Springs Rd, Ste 300 | Austin | TX | 78704 | |
| JBM Office Solutions | | 510 McGhee Drive | | Dalton | GA | 30721 | |
| Jobe Ranch Family Limited Parnership, Lessor (11/15/2021) | | 1150 Southview Drive | | El Paso | TX | 79928 | |
| Jonathan Barrett | | Address Redacted | | | | | |
| JUDSON CLEMENTS | | Address Redacted | | | | | |
| Kentucky Department of Revenue | | PO Box 5222 | | Frankfort | KY | 40602 | |
| Kesco Air Inc | Attn: Anna Lee | 266 Merrick Rd Ste 200 | | Lynbrook | NY | 11563-2640 | |
| Kevin Young | | Address Redacted | | | | | |
| Kingsbridge Holdings, LLC | c/o Darcy & Devassy PC | Attn: Alex Darcy | 444 N Michigan Ave Ste 3270 | Chicago | IL | 60611 | |
| Kneeland Youngblood | c/o Pharos Capital Group, LLC | 3889 Maple Avenue, Suite 400 | | Dallas | TX | 75219 | |
| Lake Effect Traffic LLC | | 5824 Lauder Ct | | Granger | IN | 46350 | |
| Lattice | | 360 Spear St, Floor 4 | | San Francisco | CA | 94105 | |
| Level 3 Communications LLC | | 1025 Eldorado Blvd | | Broomfield | CO | 80021 | |
| Lisa Ragan Customs Brokerage | | 327 West Taylor Street, Ste. A | | Griffin | GA | 30223 | |
| LML Services, LLC dba FlowTx | c/o Law Offices of William B. Kingman, P.C. | Attn: William B. Kingman | 3511 Broadway | San Antonio | TX | 78209 | |
| Logix Fiber Networks | c/o Logix Billing | Attn: Monique Sampson | 2950 N Loop West 10th Floor | Houston | TX | 77092 | |
| Lone Star Corporation | | 2222 West 42nd Stret | | Odessa | TX | 79764 | |
| M & S Patterson, Inc | c/o DFW Breakroom Vending | 2560 King Arthur Blvd | Suite 124-127 | Lewisville | TX | 75056 | |
| Marble Community Water System | Attn: Dianne Chastain | PO Box 274 | | Marble | NC | 28905 | |
| MassMutual Asset Finance LLC | c/o Verrill Dana LLP | Attn: Thomas O. Bean, Esq. | One Federal Street 20th Floor | Boston | MA | 02110 | |



**Exhibit Q**
Relates to Class 8
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Matthew Minnis | c/o Eric English, Porter Hedges LLP | 1000 Main St., 36th Floor | | Houston | TX | 77002 | |
| McCarthy Building Companies, Inc. | Attn: Jennifer L. Kneeland | 1765 Greensboro Station Place, Ste. 1000 | | McLean | VA | 22102 | |
| Michael Bros | c/o Core Scientific, Inc. | Attn: Senior Vice President, Finance | 210 Barton Spring Rd, Ste 300 | Austin | TX | 78704 | |
| Michael Levitt | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Joanna D Caytas | 711 Louisiana St, Ste 500 | Houston | TX | 77002 | |
| Michael Trzupek | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Joanna D. Caytas & John Bash | 711 Louisiana Street, Ste 500 | Houston | TX | 77002 | |
| Microsoft Corporation | c/o Fox Rothschild LLP | Attn: David P. Papiez | 1001 4th Ave Suite 4400 | Seattle | WA | 98154 | |
| Milos Core LLC | Attn: Scott Packman | 1981 Marcus Avenue, Ste. E117 | | Lake Success | NY | 11042 | |
| Minnkota Power Cooperatative Inc | | 5301 32nd Ave S | | Grand Forks | ND | 58201 | |
| Mobile Modular Portable Storage | | PO Box 45043 | | San Francisco | CA | 94145 | |
| Moss Adams LLP | Attn: Findley Oliver Gillespie | 999 Third Ave | Ste 2800 | Seattle | WA | 98104 | |
| Mountain Top Ice | | PO Box 365 | | Deming | NM | 88031 | |
| MP2 Energy Texas, LLC d/b/a Shell Energy Solutions | c/o Cokinos Young | Attn: Craig E. Power & Tres Gibbs | 1221 Lamar Street 16th Floor Four Houston Center | Houston | TX | 77010 | |
| Murphy & Grantland, P.A. | Attn: Anthony W. Livoti | 4406-B Forest Drive | PO Box 6648 | Columbia | SC | 59206 | |
| Neal Goldman | | Address Redacted | | | | | |
| Nodak Electric Cooperative Inc | | 4000 32nd Ave S | PO Box 13000 | Grand Forks | ND | 58208 | |
| Northern States Power Minnesota dba Xcel Energy | c/o Bankruptcy Department | PO Box 9477 | | Minneapolis | MN | 55484 | |
| Novo Construction, Inc. | Attn: Christina Fonseca | 608 Folsom Street | | San Francisco | CA | 94107 | |
| Optilink | | PO Box 745091 | | Atlanta | GA | 30374 | |
| Oracle America, Inc., successor in interest to NetSuite, Inc. (Oracle") | c/o Buchalter, P.C. | Attn: Shawn M. Christianson | 425 Market St Ste 2900 | San Francisco | CA | 94105 | |
| Prime Mowing and Property Management LLC | | 103 Hamilton Dr | | Benton | KY | 42025 | |
| Pye-Barker Fire and Safety LLC | | PO Box 735358 | | Dallas | TX | 75373-5358 | |
| Quinn Emanuel Urquhart & Sullivan LLP | Attn: Asher Griffin | 300 West 6th St, Suite 2010 | | Austin | TX | 78701 | |
| Reed Wells Benson and Company | Attn: Kenneth Fulk | 12222 Merit Dr | Ste 400 | Dallas | TX | 75251-2268 | |
| Russell Cann | c/o Core Scientific Inc | Attn: Executive Vice President, Client Services | 210 Barton Spring Road, Suite 300 | Austin | TX | 78704 | |
| Salary.com LLC | | 610 Lincoln St., North Building, Suite 200 | | Waltham | MA | 02451 | |
| Sandra Hudson | | Address Redacted | | | | | |
| Sean Stenger | | Address Redacted | | | | | |
| Securitas Security Services USA Inc | Attn: Business Services Manager | 4330 Park Terrace Drive | | Westlake Village | CA | 91361 | |
| Shermco Industries, Inc | | PO Box 540545 | | Dallas | TX | 75354 | |
| Sidley Austin LLP | Attn: Scott Parel | 2021 McKinney Avenue | Suite 2000 | Dallas | TX | 75201 | |
| Spectrum [Charter Communications, Time Warner Cable, Brighthouse Networks] | Attn: Siobhan K McEneany | 1600 Dublin Road | | Columbus | OH | 43215 | |
| State of Nevada Department of Taxation | Attn: Dana M. Snow | 700 E Warm Springs Rd, Ste 200 | | Las Vegas | NV | 89119 | |
| Stonebriar Commercial Finance LLC | Attn: Jeffrey L. Wilkison | 5601 Granite Parkway | Suite 1350 | Plano | TX | 75024 | |
| Tangent Energy Solutions Inc | | 204 Gale Lane | | Kennett Square | PA | 19348 | |
| Tanmar Rentals, LLC | c/o Wells & Cuellar, P.C. | Attn: Jeffrey D. Stewart | 440 Lousiana, Suite 718 | Houston | TX | 77002 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 4 of 5



**Exhibit Q**
Relates to Class 8
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Tenaska Power Services Co. | c/o Ross, Smith & Binford, PC | Attn: Jason Binford | 2003 N. Lamar Blvd. Suite 100 | Austin | TX | 78705 | |
| The City of Denton, Texas [City of Denton, a Texas Home-Rule Municipal Corporation; City of Denton, a Texas Municipal Corporation; City; Denton] | c/o Haynes and Boone, LLP | Attn: Martha Wyrick | 2801 N Harwood Street Suite 2300 | Dallas | TX | 75201 | |
| Todd DuChene | c/o Core Scientific, Inc. | Attn: President and Chief Legal Officer | 210 Barton Springs Road, Suite 300 | Austin | TX | 78704 | |
| Todd M. DuChene | c/o Core Scientific, Inc. | 210 Barton Spring Road, Ste 300 | | Austin | TX | 78704 | |
| Trinity Capital Inc. | c/o Latham & Watkins LLP | Attn: Kimberly A. Posin | 355 South Grand Avenue, Suite 100 | Los Angeles | CA | 90071-1560 | |
| Trinity Mining Group, Inc. | c/o Howley Law PLLC | Attn: Tom A. Howely | 711 Louisiana Street, Ste. 1850 | Houston | TX | 77002 | |
| Truckload Connections | Attn: Don Cherry | 3270 Hampton Ave | | Saint Louis | MO | 63139 | |
| TY Properties | Tien Yun Investments, LLC | 929 108th Ave NE ,Suite 1510 | | Bellevue | WA | 98004 | |
| TYMIF Coin Ventures LLC | Attn: Jerry Tang, Matt Feast & Amanda Klier | 1540 Broadway Suite 1010 | | New York | NY | 10036 | |
| Uline | | 12575 Uline Drive | | Pleasant Prairie | WI | 53158 | |
| Velma Joy Drayton | | Address Redacted | | | | | |
| Vince TeRonde | | Address Redacted | | | | | |
| Water Works C&R, LLC | | 2425 Stafford Blvd | | Pecos | TX | 79722 | |
| Waterlogic Americas LLC | | PO Box 677867 | | Dallas | TX | 75267 | |
| Windstream | | PO Box 9001908 | | Louisville | KY | 40290-1908 | |
| Wingspire Equipment Finance, LLC [Liberty Commercial Finance, LLC] | c/o Reed Smith LLP | Attn: Devan Dal Col | 2850 N. Harwood Street, Suite 1500 | Dallas | TX | 75201 | |
| XPDI Sponsor, LLC | Attn: John P. McGarrity | 321 North Clark Street, Suite 2440 | | Chicago | IL | 60654 | |

# **<u>Exhibit R</u>**

No person has been authorized to give any information or advice, or to make any representation, other than what is included in the Disclosure Statement and other materials accompanying this Ballot.[1]

PLEASE NOTE THAT, EVEN IF YOU INTEND TO VOTE TO REJECT THE PLAN, YOU MUST STILL READ, COMPLETE, AND EXECUTE THIS ENTIRE BALLOT.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.,* | § | **Case No. 22-90341 (CML)** |
| | § | |
| Debtors[2] | § | **(Jointly Administered)** |
| | § | |

### BALLOT FOR VOTING TO ACCEPT OR REJECT THE THIRD AMENDED JOINT CHAPTER 11 PLAN OF CORE SCIENTIFIC, INC. AND ITS AFFILIATED DEBTORS

### CLASS 8 (GENERAL UNSECURED CLAIMS)

> **IN ORDER FOR YOUR VOTE TO BE COUNTED TOWARD CONFIRMATION OF THE PLAN, THIS BALLOT MUST BE COMPLETED, EXECUTED, AND RETURNED SO THAT IT IS <u>ACTUALLY RECEIVED</u> BY THE VOTING AGENT ON OR BEFORE DECEMBER 13, 2023 AT 5:00 P.M. (PREVAILING CENTRAL TIME) (THE "<u>VOTING DEADLINE</u>"), UNLESS EXTENDED BY THE DEBTORS WITH THE CONSENT OF THE REQUISITE CONSENTING CREDITORS.**

Core Scientific, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") are soliciting votes with respect to the *Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors*, filed on November 16, 2023 (Docket No. 1438) (as may be modified, amended, or supplemented, the "**Plan**"). The Plan is attached as <u>**Exhibit A**</u> to the *Disclosure Statement for Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors*, filed on

---

[1]   All capitalized terms used but not defined herein or in the enclosed voting instructions have the meanings ascribed to them in the Plan, attached as <u>Exhibit A</u> to the Disclosure Statement.

[2]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, Texas 78704.

November 16, 2023 (Docket No. 1439) (as may be modified, amended, or supplemented, the "**Disclosure Statement**").

Please use this Ballot to cast your vote to accept or reject the Plan if you are, as of November 9, 2023 (the "**Voting Record Date**"), a Holder of a General Unsecured Claim (including, for the avoidance of doubt, a Miner Equipment Lender Deficiency Claim).

The Disclosure Statement provides information to assist you in deciding whether to accept or reject the Plan.  If you do not have the Disclosure Statement, you may obtain a copy from Stretto, Inc. (the "**Voting Agent**" or "**Stretto**") at no charge by accessing the Debtors' restructuring website at https://cases.stretto.com/CoreScientific.

If you have any questions on how to properly complete this Ballot, please contact the Voting Agent (i) by e-mail at CoreScientificInquiries@stretto.com, (ii) by writing to Core Scientific, Inc., Ballot Processing Center, c/o Stretto, Inc., 410 Exchange, Suite 100, Irvine, CA 92602, or (iii) via telephone at (949) 404-4152 (Toll-Free) or +1 (888) 765-7875 (if calling from outside the U.S.).  Please be advised that the Voting Agent cannot provide legal advice.  You may wish to seek legal advice concerning the Plan and the classification and treatment of your Class 8 General Unsecured Claim under the Plan.

---

**IMPORTANT NOTICE REGARDING TREATMENT FOR GENERAL UNSECURED CLAIMS IN CLASS 8**

As described in more detail in the Disclosure Statement, if the Plan is confirmed and the Effective Date occurs, except to the extent that a Holder of an Allowed General Unsecured Claim agrees to a less favorable treatment of such Claim, each such Holder shall receive, in full and final satisfaction, settlement, release, and discharge of such Claim, on the later of (a) the Effective Date or as soon as reasonably practicable thereafter and (b) the first Business Day after the date that is thirty (30) calendar days after the date such General Unsecured Claim becomes an Allowed General Unsecured Claim, New Common Interests with a value, based on Plan Value, equal to one-hundred percent (100%) of such Holder's Allowed General Unsecured Claim.

For purposes of section 4.8 of the Plan, the Allowed amount of any General Unsecured Claim shall include all interest accrued from the Petition Date through the date of distribution at the Federal Judgment Rate.

For the avoidance of doubt, the Allowed Miner Equipment Lender Deficiency Claim of each Holder of a Miner Equipment Lender Secured Claim shall be treated as an Allowed General Unsecured Claim under the Plan; *provided*, that any Holder electing Miner Equipment Lender Treatment Election 2 on its Class 3 Ballot shall waive its recovery on account of its Allowed Miner Equipment Lender Deficiency Claim.

**PLEASE READ THE DISCLOSURE STATEMENT AND PLAN FOR MORE DETAILS.**

---

The Plan can be confirmed by the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") and thereby made binding on you if it is accepted by the holders of (i) at least two-thirds in amount of the Allowed Claims or Interests voted in each Impaired Class, and (ii) if the Impaired Class is a class of Claims, more than one-half in number of the Allowed Claims voted in each Impaired Class, and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under the Bankruptcy Code.   If the requisite acceptances are not obtained, the Bankruptcy Court may nonetheless confirm the Plan if it finds that the Plan (y) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (z) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote or if you vote to reject the Plan.  To have your vote counted, you must complete, sign, and return this Ballot to the Voting Agent by the Voting Deadline.

Your receipt of this Ballot does not indicate that your Claim(s) has been or will be Allowed.  This Ballot is solely for purposes of voting to accept or reject the Plan and not for the purpose of allowance or disallowance of, or distribution on account of, Class 8 General Unsecured Claims.  You must provide all of the information requested by this Ballot.  Failure to do so may result in the disqualification of your vote.

<div align="center">

**NOTICE REGARDING CERTAIN RELEASE,
EXCULPATION, AND INJUNCTION PROVISIONS IN PLAN**

</div>

**If you (i) vote to accept the Plan, (ii) are solicited to vote to accept or reject the Plan, but do not vote to either accept or reject the Plan, and do not opt out of granting the releases set forth in the Plan, (iii) vote, or are deemed, to reject the Plan or are presumed to accept the Plan but do not opt out of granting the releases set forth in the Plan, or (iv) were given notice of the opportunity to opt out of granting the releases contained in the Plan but do not opt out, you shall be deemed to have consented to the releases contained in Section 10.6(b) of the Plan.  The releases as presented in the Plan are provided below:**

**SECTION 10.5          INJUNCTION.**

**Except as otherwise expressly provided in the Plan or for distributions required to be paid or delivered pursuant to the Plan or the Confirmation Order, all Entities that have held, hold, or may hold Claims or Interests that have been released pursuant to Section 10.6(a) or Section 10.6(b), shall be discharged pursuant to Section 10.3 of the Plan, or are subject to exculpation pursuant to Section 10.7, and all Subcontractors and all other parties in interest are permanently enjoined, from and after the Effective Date, from taking any of the following actions against, as applicable, the Debtors, the Reorganized Debtors, the Released Parties, and/or the Exculpated Parties (to the extent of the exculpation provided pursuant to Section 10.7 with respect to the Exculpated Parties): (i) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests; (ii) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such Claims or Interests; (iii) creating, perfecting, or enforcing any Lien or encumbrance of any kind against such Entities or the property or the estates of such Entities on account of or in**

connection with or with respect to any such Claims or Interests; (iv) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such Claims or Interests unless (x) such Entity has timely asserted such setoff right either in a Filed Proof of Claim, or in another document Filed with the Bankruptcy Court explicitly preserving such setoff or that otherwise indicates that such entity asserts, has, or intends to preserve any right of setoff pursuant to applicable law or otherwise or (y) such right to setoff arises under a postpetition agreement with the Debtors or an Executory Contract that has been assumed by the Debtors as of the Effective Date; and (v) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests released, settled, and/or treated, entitled to a distribution, or cancelled pursuant to the Plan or otherwise Disallowed; *provided* that such persons who have held, hold, or may hold Claims against, or Interests in, a Debtor, a Reorganized Debtor, or an Estate shall not be precluded from exercising their rights and remedies, or obtaining the benefits, solely pursuant to and consistent with the terms of the Plan.

Subject in all respects to Section 11.1, no entity or person may commence or pursue a Claim or Cause of Action of any kind against any Released Party or Exculpated Party that arose or arises from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, and any and all related agreements, instruments, and/or other documents, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing without the Bankruptcy Court (i) first determining, after notice and a hearing, that such Claim or Cause of Action represents a claim of willful misconduct, fraud or gross negligence against a Released Party or Exculpated Party and (ii) specifically authorizing such Entity or Person to bring such Claim or Cause of Action against any such

Released Party or Exculpated Party.  The Bankruptcy Court shall have sole and exclusive jurisdiction to determine whether a Claim or Cause of Action is colorable and, only to the extent legally permissible and as provided for in Section 11.1, shall have jurisdiction to adjudicate the underlying colorable Claim or Cause of Action.

**SECTION 10.6(a)**      **RELEASES BY THE DEBTORS.**

Notwithstanding anything contained in the Plan to the contrary, as of the Effective Date, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, including the obligations of the Debtors under the Plan and the contributions of the Released Parties to facilitate and implement the Plan, except as otherwise provided in the Plan or in the Confirmation Order, on and after the Effective Date, the Released Parties are deemed conclusively, absolutely, unconditionally and irrevocably, released and discharged by the Debtors, the Reorganized Debtors, and the Estates from any and all Claims, obligations, rights, suits, damages, Causes of Action, remedies, and liabilities whatsoever, including any derivative claims, asserted or assertable on behalf of the Debtors, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, in law, equity, or otherwise, that the Debtors, the Reorganized Debtors, the Estates, or their Affiliates would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date.  Notwithstanding anything to the contrary in the foregoing, the releases set forth in Section 10.6(a) of the Plan (i) shall only be applicable to the maximum extent permitted by law; (ii) shall not be construed as (a) releasing any Released Party from Claims or Causes of Action arising from an act or

omission that is judicially determined by a Final Order to have constituted actual fraud (*provided* that actual fraud shall not exempt from the scope of these Debtor releases any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, (b) releasing any Released Party from Claims or Causes of Action held by the Debtors arising from an act or omission that is determined by a Final Order or by a federal government agency to have constituted a violation of any federal securities laws or (c) releasing any post-Effective Date obligations of any party or Entity under the Plan, the Confirmation Order, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.

**SECTION 10.6(b)      RELEASES BY HOLDERS OF CLAIMS AND INTERESTS.**

Notwithstanding anything contained in the Plan to the contrary, as of the Effective Date, for good and valuable consideration, the adequacy of which is hereby confirmed, except as otherwise provided in the Plan or in the Confirmation Order, to the fullest extent permissible under applicable law, as such law may be extended or integrated after the Effective Date, each Releasing Party, shall be deemed to have conclusively, absolutely, unconditionally, irrevocably, and forever, released, and discharged the Debtors, the Reorganized Debtors, and the Released Parties from any and all Claims, obligations, rights, suits, damages, Causes of Action, remedies, and liabilities whatsoever, including any derivative Claims or Causes of Action asserted or that may be asserted on behalf of the Debtors or their Estates, that such Entity would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, in law, equity, or otherwise, based on or relating to, or in any manner arising from, in whole or in part, any act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date, including any Claims or Causes of Action based on or relating to, or in any manner arising from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP

Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date.  Notwithstanding anything to the contrary in the foregoing, the releases set forth in Section 10.6(b) of the Plan (i) shall only be applicable to the maximum extent permitted by law; and (ii) shall not be construed as (a) releasing any Released Party from Claims or Causes of Action arising from an act or omission that is judicially determined by a Final Order to have constituted actual fraud (*provided* that actual fraud shall not exempt from the scope of these third-party releases any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, or (b) releasing any post-Effective Date obligations of any party or Entity under the Plan, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.

**SECTION 10.7         EXCULPATION.**

Except as otherwise specifically provided in the Plan, no Exculpated Party shall have or incur liability for, and each Exculpated Party is hereby released and exculpated from, any Cause of Action for any claim related to any act or omission in connection with, relating to, or arising out, in whole or in part, from the Petition Date through the Effective Date, of the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors, the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, and related agreements, instruments, or other documents, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other related agreement, except for Claims or Causes of Action arising from an act or omission that is judicially determined in a Final Order to have constituted actual fraud, willful misconduct, or gross negligence, but

in all respects, such Exculpated Parties shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities.  The Exculpated Parties have, and upon completion of the Plan, shall be deemed to have, participated in good faith and in compliance with all applicable laws with regard to the solicitation and distribution of, consideration pursuant to the Plan and, therefore, are not, and on account of such distributions shall not be, liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Plan or such distributions made pursuant to the Plan.  Notwithstanding anything to the contrary in the foregoing, the exculpations set forth in Section 10.7 of the Plan (i) shall only be applicable to the maximum extent permitted by law; and (ii) shall not be construed as (a) exculpating any Exculpated Party from Claims or Causes of Action arising from an act or omission that is judicially determined by a Final Order to have constituted actual fraud (*provided* that actual fraud shall not exempt from the scope of these exculpations any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, or (b) exculpating any post-Effective Date obligations of any party or Entity under the Plan, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.

**SECTION 5.17**     **CANCELLATION OF LIENS.**

(a)     Except as otherwise specifically provided in the Plan, including sections 4.4 and 4.6 of the Plan, all notes, instruments, certificates evidencing debt of the Debtors and Existing Common Interests will be cancelled and obligations of the Debtors thereunder will be discharged and of no further force or effect, except for the purpose of allowing the applicable agents and trustees to receive distributions from the Debtors under the Plan and to make any further distributions to the applicable Holders on account of their Allowed Claims and Interests.

(b)     After the Effective Date and following (i) the distributions to Holders on account of Allowed Convertible Notes Secured Claims and Allowed Miner Equipment Lender Secured Claims and/or (ii) with regard to Allowed M&M Lien Secured Claims, satisfaction of the applicable M&M Lien Takeback Debt, the Debtors or the Reorganized Debtors, at their expense, may, in their sole discretion, take any action necessary to terminate, cancel, extinguish, and/or evidence the release of any and all mortgages, deeds of trust, Liens, pledges, and other security interests with respect to the Convertible Notes Secured Claims, Miner Equipment Lender Secured Claims, and M&M Lien Secured Claims, including, without limitation, the preparation and filing of any and all documents necessary to terminate, satisfy, or release any mortgages, deeds of trust, Liens, pledges, and other security interests held by the Holders of the M&M Lien Secured Claims, Miner Equipment Lender Secured Claims, the Notes Agent, and/or Convertible Noteholders, including, without limitation, UCC-3 termination statements.

**Relevant Definitions Related to Release and Exculpation Provisions**:

       *"Exculpated Parties"* means each of the following in their capacity as such and, in each case, to the maximum extent permitted by law: (i) the Debtors; and (ii) Equity Committee and its members, each solely in their capacity as such.

       *"Related Parties"* means with respect to a Person, that Person's current and former Affiliates, and such Person's and its current and former Affiliates' current and former directors, managers, officers, equity holders (regardless of whether such interests are held directly or indirectly), affiliated investment funds or investment vehicles, predecessors, participants, successors, and assigns, subsidiaries, and each of their respective current and former equity holders, officers, directors, managers, principals, members, employees, agents, fiduciaries, trustees, advisory board members, financial advisors, partners, limited partners, general partners, attorneys, accountants, managed accounts or funds, management companies, fund advisors, investment bankers, consultants, representatives, and other professionals, and such Person's respective heirs, executors, estates, and nominees, each in their capacity as such, and any and all other Persons or Entities that may purport to assert any Cause of Action derivatively, by or through the foregoing entities.

       *"Released Parties"* means, collectively: (i) the Debtors; (ii) the Reorganized Debtors; (iii) the Equity Committee and its members that are party to the RSA, solely in their capacities as such; (iv) the Backstop Parties; (v) the Settling Miner Equipment Lenders; (vi) Brown Corporation; (vii) Holliwood LLC; (viii) the Ad Hoc Noteholder Group; (ix) the Consenting Creditors; (x) the Exit Lenders; (xi) the Notes Agent, solely in its capacity as such; and (xii) with respect to each of the foregoing Persons in clauses (i) through (xi), all Related Parties. Notwithstanding the foregoing, any Person that opts out of the releases set forth in section 10.6(b) of the Plan shall not be deemed a Released Party thereunder.

       *"Releasing Parties"* means collectively, and in each case solely in their capacity as such, (i) the Debtors; (ii) the Reorganized Debtors; (iii) with respect to each of the foregoing Persons in clauses (i) through (ii), all Related Parties; (iv) the Released Parties; (v) the Holders of all Claims or Interests that vote to accept the Plan; (vi) the Holders of all Claims or Interests whose vote to accept or reject the Plan is solicited but that do not vote either to accept or to reject the Plan and do not opt out of granting the releases set forth in the Plan; (vii) the Holders of all Claims or Interests that vote, or are deemed, to reject the Plan or that are presumed to accept the Plan but do not opt out of granting the releases set forth in the Plan; and (viii) the Holders of all Claims and Interests and all Other Beneficial Owners that were given notice of the opportunity to opt out of granting the releases set forth in the Plan but did not opt out.

**YOU ARE ADVISED AND ENCOURAGED TO CAREFULLY REVIEW AND CONSIDER THE PLAN, INCLUDING THE RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AS YOUR RIGHTS MIGHT BE AFFECTED.**

## PLEASE READ THE ATTACHED VOTING INFORMATION
## AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT

> **PLEASE COMPLETE ITEMS 1, 2, 3, 4 (FOR HOLDERS OF MINER EQUIPMENT LENDER DEFICIENCY CLAIMS ONLY), AND 5. IF THIS BALLOT HAS NOT BEEN PROPERLY SIGNED IN THE SPACE PROVIDED, YOUR VOTE MAY NOT BE VALID OR COUNTED AS HAVING BEEN CAST.**

**Item 1.**        **Principal Amount of Claims**. The undersigned hereby certifies that, as of the Voting Record Date, the undersigned was the Holder (or authorized signatory of such a Holder) of a General Unsecured Claim in the aggregate unpaid principal amount set forth below.

> **$**

**Item 2.**        **Votes on the Plan**.  Please vote either to accept or to reject the Plan with respect to your Claims below.  Any Ballot not marked either to accept or reject the Plan, or marked both to accept and reject the Plan, shall not be counted in determining acceptance or rejection of the Plan.

> **Prior to voting on the Plan, please note the following:**
>
> **If you (i) vote to accept the Plan, (ii) do not vote either to accept or reject the Plan and do not check the box in Item 3 below, or (iii) vote to reject the Plan and do not check the box in Item 3 below, in each case you shall be deemed to have consented to the release provisions set forth in Section 10.6(b) of the Plan.**
>
> **Please see Section I(D) of the Disclosure Statement for the recommendations of the Creditors' Committee and the Debtors concerning the Plan.**
>
> **The Disclosure Statement and the Plan must be referenced for a complete description of the release, injunction, and exculpation provisions.**

The undersigned Holder of a Class 8 General Unsecured Claim votes to (check <u>one</u> box):

☐ **Accept** the Plan                ☐ **Reject** the Plan.

**<u>Your vote on the Plan will be applied to each applicable Debtor in the same manner and in the same amount as indicated in Item 1 and Item 2 above.</u>**

**Item 3.**        **Optional Opt Out Release Election**.  Check the box below if you elect not to grant the releases contained in section 10.6(b) of the Plan.  If you voted to reject the Plan in Item 2 above, or if you are abstaining from voting to accept or reject the Plan, check this box if you elect not to grant the releases contained in Section 10.6(b) of the Plan.  Election to withhold consent is at your option.  If you voted to accept the Plan in Item 2 above, you **may not** complete this Item 3, and if you complete this Item 3, your "opt out" election will be ineffective.  If you submit a

rejecting Ballot, or if you abstain from submitting a Ballot, and in each case, you do not check the box below, you will be deemed to consent to the releases contained in Section 10.6(b) of the Plan to the fullest extent permitted by applicable law.  The Holder of the Class 8 General Unsecured Claim set forth in Item 1 elects to:

☐ **OPT OUT** of the releases contained only in Section 10.6(b) of the Plan.

---

**\*\*\* For Holders of Miner Equipment Lender Deficiency Claims Only \*\*\***

**Item 4.        Acknowledgement of Class 3 Elections**.  By checking the box below, the Holder acknowledges that it has also received a Class 3 Ballot and further acknowledges that the election (or lack thereof) such Holder makes on this Class 3 Ballot may affect the recovery such Holder receives on account of their Class 8 Claims.  The Holder further acknowledges that if the Holder elected Miner Equipment Lender Treatment Election 2 on its Class 3 Ballot, it will not be entitled to vote any portion of its Miner Equipment Lender Deficiency Claim on its Class 8 Ballot, and any Class 8 Ballot submitted shall be discarded.

☐ **I Acknowledge that the election made on my Class 3 Ballot, or if I make no election on my Class 3 Ballot, may affect my recovery on account of my Class 8 Claims.  I further acknowledge that if I elected Miner Equipment Lender Treatment Election 2 on my Class 3 Ballot, I am not entitled to vote any portion of my Miner Equipment Lender Deficiency Claim on my Class 8 Ballot, and if I submit a Class 8 Ballot it will be discarded.**

---

**Item 5.        Acknowledgements**.  By signing this Ballot, the Holder (or authorized signatory of such Holder) acknowledges receipt and review of the Plan, the Disclosure Statement, and the other applicable solicitation materials, and certifies that (i) it has the power and authority to vote to accept or reject the Plan, (ii) it was the Holder (or is entitled to vote on behalf of such Holder) of the General Unsecured Claim described in Item 1 as of the Voting Record Date, and (iii) all authority conferred, or agreed to be conferred, pursuant to this Ballot, and every obligation of the undersigned hereunder, shall be binding on the transferees, successors, assigns, heirs, executors, administrators, trustees in bankruptcy, and legal representatives of the undersigned, and shall not be affected by, and shall survive, the death or incapacity of the undersigned.

Name of Holder _____

Signature _____

If by Authorized Agent, Name and Title _____

Name of Institution _____

Street Address _____

City, State, Zip Code _____

Telephone Number _____

Date Completed _____

E-Mail Address _____

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.  Ballots received after the Voting Deadline (if the Voting Deadline has not been extended) may not, at the Debtors' discretion, be counted. **The Voting Agent will tabulate all properly completed Ballots received on or before the Voting Deadline.**

2.  Complete the Ballot by providing all the information requested, signing, dating, and returning the Ballot to the Voting Agent. Any Ballot that is illegible, contains insufficient information to identify the Holder, or is unsigned[3] will not be counted. Ballots may not be submitted to the Voting Agent by facsimile or electronic mail. If neither the "**accept**" nor "**reject**" box is checked in Item 2, both boxes are checked in Item 2, or the Ballot is otherwise not properly completed, executed, or timely returned, then the Ballot shall not be counted in determining acceptance or rejection of the Plan.

3.  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different or inconsistent Claims within a single Class under the Plan, the Ballots are not voted in the same manner, and you do not correct this before the Voting Deadline, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

4.  The Ballot does not constitute, and shall not be deemed to be, a Proof of Claim or an assertion or admission of Claims.

5.  The Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan.

6.  If you cast more than one Ballot voting the same Claims prior to the Voting Deadline, the latest received, properly executed Ballot submitted to the Voting Agent will supersede any prior Ballot.

7.  If (i) the Debtors revoke or withdraw the Plan, or (ii) the Confirmation Order is not entered or consummation of the Plan does not occur, this Ballot shall automatically be null and void and deemed withdrawn without any requirement of affirmative action by or notice to you.

---

[3] E-Ballots submitted on the Online Portal will be deemed to contain a legal, valid signature.

8.      There may be changes made to the Plan that do not cause material adverse effects on an accepting Class.  If such non-material changes are made to the Plan, the Debtors will not resolicit votes for acceptance or rejection of the Plan.

9.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT, ANY SUPPLEMENTAL INFORMATION PROVIDED BY THE DEBTORS, OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

10.     PLEASE RETURN YOUR BALLOT PROMPTLY.

11.     IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE VOTING AGENT BY CALLING (949) 404-4152 (TOLL-FREE) OR +1 (888) 765-7875(IF CALLING FROM OUTSIDE THE U.S.); WRITING CORE SCIENTIFIC, INC., BALLOT PROCESSING CENTER, C/O STRETTO, INC., 410 EXCHANGE, SUITE 100, IRVINE, CA 92602; OR BY SENDING AN ELECTRONIC MAIL MESSAGE TO CORESCIENTIFICINQUIRIES@STRETTO.COM WITH "CORE SCIENTIFIC" IN THE SUBJECT LINE.  PLEASE DO NOT DIRECT ANY INQUIRIES TO THE BANKRUPTCY COURT.

12.     THE VOTING AGENT IS NOT AUTHORIZED TO AND WILL NOT PROVIDE LEGAL ADVICE.

**PLEASE SUBMIT YOUR BALLOT BY ONLY <u>ONE</u> OF THE FOLLOWING METHODS:** (i) Online submission of an E-Ballot, (ii) paper copy submission, in the return envelope provided, (iii) paper copy submission by hand delivery or overnight mail, or (iv) paper copy submission by first class mail.

**IF YOU WISH TO COORDINATE HAND DELIVERY OF YOUR BALLOT, PLEASE NOTIFY THE VOTING AGENT VIA E-MAIL AT CORESCIENTIFICINQUIRIES@STRETTO.COM (WITH "CORE SCIENTIFIC BALLOT" IN THE SUBJECT LINE) AT LEAST 24 HOURS IN ADVANCE OF THE ANTICIPATED DELIVERY DATE.**

**ALL BALLOTS MUST BE PROPERLY EXECUTED, COMPLETED, AND DELIVERED ACCORDING TO THE VOTING INSTRUCTIONS SO THAT THE BALLOTS ARE ACTUALLY RECEIVED BY THE VOTING AGENT NO LATER THAN THE VOTING DEADLINE.**

### <u>Online Portal Voting Instructions</u>

**To properly submit your Ballot electronically, you must electronically complete, sign, and return this customized electronic Ballot by utilizing the Online Portal platform on the Stretto**

website by visiting https://cases.stretto.com/CoreScientific/, clicking on the "Submit E-Ballot" link and following the instructions set forth on the website.  Your Ballot must be received by Stretto no later than December 13, 2023 at 5:00 p.m. (Prevailing Central Time), the Voting Deadline, unless such time is extended by the Debtors with the consent of the Requisite Consenting Creditors.  <u>HOLDERS ARE STRONGLY ENCOURAGED TO SUBMIT THEIR BALLOTS VIA THE ONLINE PORTAL PLATFORM</u>.  The Stretto "Online Portal" platform is the sole manner in which ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, electronic mail, or other means of electronic transmission will not be counted.

IMPORTANT NOTE: You will need the following information to retrieve and submit your customized electronic Ballot:

**Unique E-Ballot ID#:** _____

Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.  Ballots submitted by E-Ballot will be deemed to contain a legal, valid signature.

Holders who cast a Ballot using Stretto's "Online Portal" platform should <u>NOT</u> also submit a paper Ballot.

THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS DECEMBER 13, 2023 AT 5:00 P.M. (PREVAILING CENTRAL TIME).

**Paper Copy Ballot Submission**

| STRETTO'S ADDRESS FOR RECEIPT OF PAPER BALLOTS (WHETHER BY HAND DELIVERY, OVERNIGHT MAIL, OR FIRST CLASS MAIL) |
|---|
| CORE SCIENTIFIC, INC. BALLOT PROCESSING CENTER C/O STRETTO, INC. 410 EXCHANGE, SUITE 100 IRVINE, CA 92602 |

If you are unable to use the Online Portal platform or need assistance in completing and submitting your Ballot, please contact Stretto (i) via e-mail at CoreScientificInquiries@stretto.com; (ii) via mail by writing Core Scientific, Inc., Ballot Processing Center, C/O Stretto, Inc., 410 Exchange, Suite 100, Irvine, CA 92602; or (iii) via telephone at (949) 404-4152 (Toll-Free) or +1 (888) 765-7875 (if calling from outside the U.S.).
.

# **Exhibit S**



### Exhibit S
Relates to Class 11
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Aaron Baker | | 2895 W. Capovilla Ave, Suite 140 | | Las Vegas | NV | 89119 |
| Aaron Brotherston | | Address Redacted | | | | |
| Abdul B. Khan | | Address Redacted | | | | |
| Aibek Kochorbaev | | Address Redacted | | | | |
| AILEEN BRODSKY | | Address Redacted | | | | |
| Alexandra Seifert | | Address Redacted | | | | |
| Alexandra Varšová | | Address Redacted | | | | |
| Alicia P Thompson | | Address Redacted | | | | |
| Alissa Humphries | | Address Redacted | | | | |
| Anders Jonasson | | Address Redacted | | | | |
| Andrea Grossman IRA | | Address Redacted | | | | |
| Andrew Immerman | | Address Redacted | | | | |
| Ani Kamali | | Address Redacted | | | | |
| Ann A. Meyer | | Address Redacted | | | | |
| Anthony Ginesi TTEE | | Address Redacted | | | | |
| Antonio Barone | | Address Redacted | | | | |
| AP XPDI Sponsor Holdings LLC | | Address Redacted | | | | |
| BAE Enterprise LLC | | 605 W Main Street | | Tupelo | MS | 38804 |
| Baird Trust Company TTEE FBO Judy J Jacobs IRA | | Address Redacted | | | | |
| Bay Colony Law Center LLC | Attn: Georgina Segal | 18 Main St. Extension | | Plymouth | MA | 02360 |
| Ben Mensah | | Address Redacted | | | | |
| Benjamin J. Cousins MD PA | | Address Redacted | | | | |
| Bernard & Judith A Kristal Trust | | Address Redacted | | | | |
| Bespoke Capital Partners LLC | | Address Redacted | | | | |
| Betty A. Sanders | | Address Redacted | | | | |
| Bitrocket, LLC | Weston Adams | 4129 W. Cheyenne Ave, Suite A | | North Las Vegas | NV | 89032 |
| BKRK Investments Ltd | Attn: Bryan J Kaminski | PO Box 795756 | | Dallas | TX | 75379 |
| Bradley Chase | | Address Redacted | | | | |
| Brandon Pettersen | | Address Redacted | | | | |
| Brent V Peterson | | Address Redacted | | | | |
| Brett C Riley Trust | | Address Redacted | | | | |
| Brian Cashin | | Address Redacted | | | | |
| Brian Milleman | | Address Redacted | | | | |
| Bung Joo Choi | | Address Redacted | | | | |
| C&A Deferred Sales Trust | Attn: David Glenwinkel | 3240 Professional Dr | | Auburn | CA | 95602-2409 |



## Exhibit S
Relates to Class 11
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| Caroline Ann Flohr Brooks Living | | Address Redacted | | | | |
| Caroline June Gesell | | Address Redacted | | | | |
| Carrington Lobban | | Address Redacted | | | | |
| Casey Craig | | Address Redacted | | | | |
| Casey Hines | | Address Redacted | | | | |
| Casey J Craig | | Address Redacted | | | | |
| Chad Dickman | | Address Redacted | | | | |
| Charles Basil | Attn: Byron Z. Moldo | Ervin Cohen & Jessup LLP | 9401 Wilshire Boulevard, 12th Floor | Beverly Hills | CA | 90212 |
| Charles Waserstein [Alan Waserstein] | | Address Redacted | | | | |
| Christopher Elliott Scott | | Address Redacted | | | | |
| Christopher Harrison Living Tr., Christopher Harrison, ttee | | Address Redacted | | | | |
| Christopher Thornton | | Address Redacted | | | | |
| Ciaran O Brien | | Address Redacted | | | | |
| Colleen Sullivan | | Address Redacted | | | | |
| Corey Dahlquist | | Address Redacted | | | | |
| Cori Faerman | | Address Redacted | | | | |
| Cornelis Middlekoop | | Address Redacted | | | | |
| Craig S Kinard | | Address Redacted | | | | |
| Creighton Bassett Roth IRA, Interactive Brokers LLC Custodian | | Address Redacted | | | | |
| Cristina Aliperti | | Address Redacted | | | | |
| Dan Banerje | | Address Redacted | | | | |
| David Bricken | | Address Redacted | | | | |
| David G. Sysum | | Address Redacted | | | | |
| David M. Young | | Address Redacted | | | | |
| David P. Mooney | | Address Redacted | | | | |
| DEBORAH L GRISANTI | | Address Redacted | | | | |
| Dennis Powers | | Address Redacted | | | | |
| Dharmen G. Patel | | Address Redacted | | | | |
| Diane E Farina & Patrick J Farina | | Address Redacted | | | | |
| Dolores Helen Keyser | | Address Redacted | | | | |
| Donald Glenn Elzey | | Address Redacted | | | | |
| Douglas Naiman | | Address Redacted | | | | |
| Douglas S Garban | | Address Redacted | | | | |
| Drew Nelson | | Address Redacted | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 2 of 8



**Exhibit S**
Relates to Class 11
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Edmond Vartughian | | Address Redacted | | | | |
| Elizabeth Chabora | | Address Redacted | | | | |
| Elizabeth Jones | | Address Redacted | | | | |
| Elizabeth Silbergleid | | Address Redacted | | | | |
| Eloah Fisher | | Address Redacted | | | | |
| Euclid Claims Recovery LLC [as Assignee of Jonathan Barrett] | | 945 McKinney Street, PMB 434 | | Houston | TX | 77002 |
| Fernando Maldonado | | Address Redacted | | | | |
| Florida SBA TTEE [David Andrew Michaels] | | Address Redacted | | | | |
| Francis Turczyn | | Address Redacted | | | | |
| Francois Emmanuel Veilleux | | Address Redacted | | | | |
| Frank Polaro | | Address Redacted | | | | |
| Gareth Moody | | Address Redacted | | | | |
| Gary & Kelsey Patterson [Kelsey Patterson] | | Address Redacted | | | | |
| Gary Swingle | | Address Redacted | | | | |
| Genuine Financial Services Inc | | 259 S Randolph Ave Ste 130 | | Brea | CA | 92821 |
| George and Linda Rohlinger | | Address Redacted | | | | |
| George Drake | | Address Redacted | | | | |
| Gerard Brennan | | Address Redacted | | | | |
| Gerhard Dinhof | | Address Redacted | | | | |
| Glen Howard | | Address Redacted | | | | |
| Gregg Fergus | | Address Redacted | | | | |
| Guy Gecht | | Address Redacted | | | | |
| Harold G. Morris & Lana K Morris JT WROS TOD | | Address Redacted | | | | |
| Harold King | | Address Redacted | | | | |
| Hector Romero | | Address Redacted | | | | |
| Helen Mackinnon | | Address Redacted | | | | |
| HOB21, LLC | | 2200 Abbott Drive | | Carter Lake | IA | 51510 |
| Howard Roberts | | Address Redacted | | | | |
| Huairuo Zhang | | Address Redacted | | | | |
| Humphries Family 2005 Rev Trust, Richard K. Humphries III, TTEE Alissa Humphries, TTEE | | Address Redacted | | | | |
| Indie Pop LLC | Attn: Joshua F. Andriano | 2307 Bancroft Avenue | | Los Angeles | CA | 90039 |



**Exhibit S**
Relates to Class 11
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| IRA FBO   RICHARD R BALLENTINE | | Address Redacted | | | | |
| IRA FBO Kathleen Delate | | Address Redacted | | | | |
| IRA FBO Lauren Carmel | | Address Redacted | | | | |
| IRA FBO Robert W Bloxham | | Address Redacted | | | | |
| Jack H Althausen | | Address Redacted | | | | |
| Jake Eaton | | Address Redacted | | | | |
| Jamal Yaghini | | Address Redacted | | | | |
| James Pitcher | | Address Redacted | | | | |
| Jan Haas | | Address Redacted | | | | |
| Janes H & Rhonda Fuller | | Address Redacted | | | | |
| Janice L. Kelly | | Address Redacted | | | | |
| Jason Walters [Jason Walters IRA] | | Address Redacted | | | | |
| Jason Walters + Nicole Walters [Jason Walters & Nicole Walters JTWROS] | | Address Redacted | | | | |
| Jeffrey O'Rear | | Address Redacted | | | | |
| Jeffrey Paoletti | | Address Redacted | | | | |
| Jennifer Duffy | | Address Redacted | | | | |
| Jeremy Schiffman | | Address Redacted | | | | |
| Jerry L Wender IRA | | Address Redacted | | | | |
| Jesse Agirre | | Address Redacted | | | | |
| Joey Lamielle | | Address Redacted | | | | |
| JOHN B QUINN | | Address Redacted | | | | |
| John B. Quinn | | Address Redacted | | | | |
| John Badger Quinn | c/o Quinn Emanuel Urquhart & Sullivan, LLP | 865 S. Figueroa Street 10th Floor | | Los Angeles | CA | 90017 |
| John C. Rice | | Address Redacted | | | | |
| John F Spence | XMS Capital | 321 N Clark St. Ste 2440 | | Chicago | IL | 60654 |
| John O'Neill | | Address Redacted | | | | |
| John Scott Black | | Address Redacted | | | | |
| John Spence | XMS Capital Partners | 321 N Clark St, Ste 2440 | | Chicago | IL | 60654 |
| Joseph Daniels | | Address Redacted | | | | |
| Joshua Adler | | Address Redacted | | | | |
| Joyce K Jennings | | Address Redacted | | | | |
| Justin Kalb Trustee of the Justin B. Kalb Trust | c/o JK Legal & Consulting, LLC | 5670 Wynn Road | | Las Vegas | NV | 89118 |
| Kareem Rofoo | | Address Redacted | | | | |
| Kary Schulte | | Address Redacted | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 4 of 8

 **STRETTO**

**Exhibit S**
Relates to Class 11
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Kathleen Delate | | Address Redacted | | | | |
| Kathleen Delate | | Address Redacted | | | | |
| Kelly Jans | | Address Redacted | | | | |
| KEN LINK | | Address Redacted | | | | |
| Kevin B Kroeger Trust | | Address Redacted | | | | |
| Kevin Earl Coker | | Address Redacted | | | | |
| Kevin Lennon Thomas | | Address Redacted | | | | |
| Kevin T Conroy | | Address Redacted | | | | |
| Khannan Athreya | | Address Redacted | | | | |
| KN GEN2 LLC | | Address Redacted | | | | |
| Laura E Caton | | Address Redacted | | | | |
| Lauren Faerman | | Address Redacted | | | | |
| Lawrence Paschetti | | Address Redacted | | | | |
| LEONID FRID | | Address Redacted | | | | |
| Ludmila Krikun | | Address Redacted | | | | |
| Madhavi Latha Idamakanti | | Address Redacted | | | | |
| Magdalena Catalano | | Address Redacted | | | | |
| Mark Engler | | Address Redacted | | | | |
| MARK ENGLER jr | | Address Redacted | | | | |
| Mark William Young | | Address Redacted | | | | |
| Marshea Denise Lewis | | Address Redacted | | | | |
| Marvin W. Meyer | | Address Redacted | | | | |
| Matthew Johnson | | Address Redacted | | | | |
| Maximo Garcia | | Address Redacted | | | | |
| Michael & Elizabeth Silbergleid TRS FBO Silverknight Group Inc 401k Plan FBO Michael Silbergleid | | Address Redacted | | | | |
| Michael & Elizabeth Silbergleid TRS FBO Silverknight Group Inc 401k Roth Plan FBO Michael Silbergleid | | Address Redacted | | | | |
| Michael Silbergleid | | Address Redacted | | | | |
| Michelle Carlson | | Address Redacted | | | | |
| Mitchell Edwards | c/o Ervin Cohen & Jessup LLP | Attn: Byron Z. Moldo | 9401 Wilshire Boulevard, Twelfth Floor | Beverly Hills | CA | 90212 |
| Moms Hidden Treasure | | Address Redacted | | | | |

 **STRETTO**

**Exhibit S**
Relates to Class 11
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Morgan Hoffman | c/o The Rosen Law Firm, P.A. | Attn: Phillip Kim, Laurence Rosen & Joshua Baker | 275 Madison Ave., 40th Fl. | New York | NY | 10016 |
| Mrs. Maria F. Gayo | | Address Redacted | | | | |
| Nashville - Home | | Address Redacted | | | | |
| Nazeer Sulaiman | | Address Redacted | | | | |
| Nolan Hart | | Address Redacted | | | | |
| Oak Hill Capital, LLC | Attn: Gordon Glade | PO Box 423 | | Grand Island | NE | 68802 |
| Orville G. Carbough | | Address Redacted | | | | |
| Patrick M. O'Brien and Trish J. O'Brien | c/o McIlrath & Eck LLC | Attn: Tanya Burns | 3325 Smokey Point Dr Suite 201 | Arlington | WA | 98223 |
| Paul Dabbar | | Address Redacted | | | | |
| Paul Gaynor | | Address Redacted | | | | |
| Paul Gaynor | | Address Redacted | | | | |
| Perry G. Cabot | | Address Redacted | | | | |
| Peter Engler | | Address Redacted | | | | |
| Philip Alessi Jr. | | Address Redacted | | | | |
| Philip Suhr | | Address Redacted | | | | |
| Pradeeban Kathiravelu | | Address Redacted | | | | |
| Preethi Prasad | | Address Redacted | | | | |
| Ramesh Reddy Pothireddy | | Address Redacted | | | | |
| Randi Rigoff | | Address Redacted | | | | |
| Randi Rigoff | | Address Redacted | | | | |
| Richard Cornelison | | Address Redacted | | | | |
| Richard D Naylor and Beth S Naylor | | Address Redacted | | | | |
| Richard H Rupp Family Trust | | Address Redacted | | | | |
| Richard K Humphries III | | Address Redacted | | | | |
| Richard Murphy | | Address Redacted | | | | |
| Robert Ian Presser | | Address Redacted | | | | |
| Robert Joseph | | Address Redacted | | | | |
| Robert O Remien 1997 Trust | | Address Redacted | | | | |
| Robert Sklodowski Jr | | Address Redacted | | | | |
| Roberto Casas | | Address Redacted | | | | |
| Roy and Suzanne Ray | | Address Redacted | | | | |
| Roy Anthony Shabla | | Address Redacted | | | | |
| Samantha J Bieber | | Address Redacted | | | | |
| Sammy Michael | | Address Redacted | | | | |
| Samuel Miceli | | Address Redacted | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 6 of 8

 **STRETTO**

**Exhibit S**
Relates to Class 11
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| Sandra J Taylor | | Address Redacted | | | | |
| Sara Alexis Wall | | Address Redacted | | | | |
| Scott A. McLellan | | Address Redacted | | | | |
| Scott Friedman | | Address Redacted | | | | |
| Scott Widham | | Address Redacted | | | | |
| Scott Widham | | Address Redacted | | | | |
| Scott Windham | | Address Redacted | | | | |
| Sergio Abbud | | Address Redacted | | | | |
| Shakirudeen Bello | | Address Redacted | | | | |
| SHERI ANN AZOULAY | | Address Redacted | | | | |
| Srinivasan C Ramaswamy | | Address Redacted | | | | |
| Stephanie D Gilroy | | Address Redacted | | | | |
| Steve De Albuquerque | | Address Redacted | | | | |
| Steve De Albuquerque | | Address Redacted | | | | |
| Steven Andrews | | Address Redacted | | | | |
| Steven J Kleber | | Address Redacted | | | | |
| Sumanth Molakala | | Address Redacted | | | | |
| Sunjay Singh | | Address Redacted | | | | |
| Sunshine 511 Holdings | Attn: Evan Rapoport | 105 S Narcissus Ave | Suite 701 | West Palm Beach | FL | 33401 |
| Suzanna P Azoulay | | Address Redacted | | | | |
| T. Michael Glenn Trust | | Address Redacted | | | | |
| Talya Lerman | | Address Redacted | | | | |
| TAYLOR M SINGLETON | | Address Redacted | | | | |
| Texas Capitalization Resource Group, Inc. | c/o The Crockett Firm | Attn: Craig M. Crockett | 5201 Camp Bowie Blvd Suite 200 | Fort Worth | TX | 76107 |
| The Robert & Michaeline Pajor Family Trust | | Address Redacted | | | | |
| The Robert & Michaeline Pajor Family Trust | | Address Redacted | | | | |
| The Sims Family Living Trust [Jason Sims, Katie Sims] | | Address Redacted | | | | |
| Theresa Naso | | Address Redacted | | | | |
| Thomas Cameron | | Address Redacted | | | | |
| Thomas E. English | | Address Redacted | | | | |
| Thomas E. Sebrell II | | Address Redacted | | | | |
| Thomas J. Heinz & Mary Heinz JT TEN | | Address Redacted | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 7 of 8



**Exhibit S**
Relates to Class 11
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Thomas Michael Tulien | | Address Redacted | | | | |
| Thrasivoulos Dimitriou | | Address Redacted | | | | |
| Todd Becker | | Address Redacted | | | | |
| Todd Levy | | Address Redacted | | | | |
| Tony Kha | | Address Redacted | | | | |
| Transition Equity Partners, LLC | | 58 Indian Hill Road | | Winnetka | IL | 60093 |
| Tricia Larremore | | Address Redacted | | | | |
| Troy Bennington | | Address Redacted | | | | |
| Tyler Effertz | | Address Redacted | | | | |
| Tyler Humphries | | Address Redacted | | | | |
| Vanisha Goodman Coker | | Address Redacted | | | | |
| Vibhor JAIN | | Address Redacted | | | | |
| Wade Slough | | Address Redacted | | | | |
| Wendell Chumbley | | Address Redacted | | | | |
| Wesley Tang | | Address Redacted | | | | |
| WESLEY VANDEVER MAGNESS | | Address Redacted | | | | |
| William E Fuoss | | Address Redacted | | | | |
| William Murray | | Address Redacted | | | | |
| WS-Oaxaca LLC | Attn: Weston Adams | 4129 W. Cheyenne Ave, Suite A | | North Las Vegas | NV | 89032 |
| WS-Oaxaca, LLC | Attn: Weston Aams | 4129 W. Cheyenne Ave, Suite A | | North Las Vegas | NV | 89032 |
| XMS Holdings LLC | Attn: John McGarrity, General Counsel | 321 N Clark Street Suite 2440 | | Chicago | IL | 60654 |
| XMS XPDI Sponsor Holdings LLC | Attn: John McGarrity | 321 North Clark Street | Suite 2440 | Chicago | IL | 60654 |
| Yijun Tao | | Address Redacted | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 8 of 8

# **<u>Exhibit T</u>**

**No person has been authorized to give any information or advice, or to make any representation, other than what is included in the Disclosure Statement and other materials accompanying this Ballot.**[1]

**PLEASE NOTE THAT, EVEN IF YOU INTEND TO VOTE TO REJECT THE PLAN, YOU MUST STILL READ, COMPLETE, AND EXECUTE THIS ENTIRE BALLOT.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.,* | § | **Case No. 22-90341 (CML)** |
| | § | |
| Debtors[2] | § | **(Jointly Administered)** |
| | § | |

**BALLOT FOR VOTING TO ACCEPT OR REJECT THE THIRD AMENDED JOINT CHAPTER 11 PLAN OF CORE SCIENTIFIC, INC. AND ITS AFFILIATED DEBTORS**

**CLASS 11 (SECTION 510(B) CLAIMS)**

> **IN ORDER FOR YOUR VOTE TO BE COUNTED TOWARD CONFIRMATION OF THE PLAN, THIS BALLOT MUST BE COMPLETED, EXECUTED, AND RETURNED SO THAT IT IS <u>ACTUALLY RECEIVED</u> BY THE VOTING AGENT ON OR BEFORE DECEMBER 13, 2023 AT 5:00 P.M. (PREVAILING CENTRAL TIME) (THE "<u>VOTING DEADLINE</u>"), UNLESS EXTENDED BY THE DEBTORS WITH THE CONSENT OF THE REQUISITE CONSENTING CREDITORS.**

        Core Scientific, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") are soliciting votes with respect to the *Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors*, filed on November 16, 2023 (Docket No. 1438) (as may be modified, amended, or supplemented, the "**Plan**"). The Plan is attached as <u>**Exhibit A**</u> to the *Disclosure Statement for Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors*, filed on

---

[1]    All capitalized terms used but not defined herein or in the enclosed voting instructions have the meanings ascribed to them in the Plan, attached as <u>Exhibit A</u> to the Disclosure Statement.

[2]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, Texas 78704.

November 16, 2023 (Docket No. 1439) (as may be modified, amended, or supplemented, the "**Disclosure Statement**").

Please use this Ballot to cast your vote to accept or reject the Plan if you are, as of November 9, 2023 (the "**Voting Record Date**"), a Holder of a Section 510(b) Claim.

The Disclosure Statement provides information to assist you in deciding whether to accept or reject the Plan.  If you do not have the Disclosure Statement, you may obtain a copy from Stretto, Inc. (the "**Voting Agent**" or "**Stretto**") at no charge by accessing the Debtors' restructuring website at https://cases.stretto.com/CoreScientific.

If you have any questions on how to properly complete this Ballot, please contact the Voting Agent (i) by e-mail at CoreScientificInquiries@stretto.com, (ii) by writing to Core Scientific, Inc., Ballot Processing Center, c/o Stretto, Inc., 410 Exchange, Suite 100, Irvine, CA 92602, or (iii) via telephone at (949) 404-4152 (Toll-Free) or +1 (888) 765-7875 (if calling from outside the U.S.).  Please be advised that the Voting Agent cannot provide legal advice.  You may wish to seek legal advice concerning the Plan and the classification and treatment of your Class 11 Section 510(b) Claim under the Plan.

---

**IMPORTANT NOTICE REGARDING TREATMENT FOR SECTION 510(B) CLAIMS IN CLASS 11**

As described in more detail in the Disclosure Statement, if the Plan is confirmed and the Effective Date occurs, except to the extent that a Holder of an Allowed Section 510(b) Claim agrees to a less favorable treatment of such Claim, each such Holder shall receive, in full and final satisfaction, settlement, release, and discharge of such Claim, on the Effective Date, or as soon as reasonably practicable thereafter, (i) such Holder's Pro Rata Equity Share of the Residual Equity Pool, (ii) such Holder's Pro Rata Equity Share of New Warrants, and (iii) in lieu of the right to participate in the Rights Offering, either Cash, New Common Interests, New Warrants, or some combination thereof, at the option of the Debtors or Reorganized Debtors, as applicable, in an amount equal to the value (if New Common Interests, at Plan Value) of the Subscription Rights that would have been distributable to such Holder if Subscription Rights were distributed to Holders in Class 11.

**PLEASE READ THE DISCLOSURE STATEMENT AND PLAN FOR MORE DETAILS.**

---

The Plan can be confirmed by the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") and thereby made binding on you if it is accepted by the Holders of (i) at least two-thirds in amount of the Allowed Claims or Interests voted in each Impaired Class, and (ii) if the Impaired Class is a Class of Claims, more than one-half in number of the Allowed Claims voted in each Impaired Class, and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under the Bankruptcy Code.  If the requisite acceptances are not obtained, the Bankruptcy Court may nonetheless confirm the Plan if it finds that the Plan (y) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan, and (z) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the Bankruptcy Court, it will be

binding on you whether or not you vote or if you vote to reject the Plan.  To have your vote counted, you must complete, sign, and return this Ballot to the Voting Agent by the Voting Deadline.

Your receipt of this Ballot does not indicate that your Claim(s) has been or will be Allowed.  This Ballot is solely for purposes of voting to accept or reject the Plan and not for the purpose of allowance or disallowance of, or distribution on account of, Class 11 Section 510(b) Claims.  You must provide all of the information requested by this Ballot.  Failure to do so may result in the disqualification of your vote.

<div align="center">

**NOTICE REGARDING CERTAIN RELEASE,
EXCULPATION, AND INJUNCTION PROVISIONS IN PLAN**

</div>

**If you (i) vote to accept the Plan, (ii) are solicited to vote to accept or reject the Plan, but do not vote to either accept or reject the Plan, and do not opt out of granting the releases set forth in the Plan, (iii) vote, or are deemed, to reject the Plan or are presumed to accept the Plan but do not opt out of granting the releases set forth in the Plan, or (iv) were given notice of the opportunity to opt out of granting the releases contained in the Plan but do not opt out, you shall be deemed to have consented to the releases contained in Section 10.6(b) of the Plan.  The releases as presented in the Plan are provided below:**

**SECTION 10.5          INJUNCTION.**

**Except as otherwise expressly provided in the Plan or for distributions required to be paid or delivered pursuant to the Plan or the Confirmation Order, all Entities that have held, hold, or may hold Claims or Interests that have been released pursuant to Section 10.6(a) or Section 10.6(b), shall be discharged pursuant to Section 10.3 of the Plan, or are subject to exculpation pursuant to Section 10.7, and all Subcontractors and all other parties in interest are permanently enjoined, from and after the Effective Date, from taking any of the following actions against, as applicable, the Debtors, the Reorganized Debtors, the Released Parties, and/or the Exculpated Parties (to the extent of the exculpation provided pursuant to Section 10.7 with respect to the Exculpated Parties): (i) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests; (ii) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such Claims or Interests; (iii) creating, perfecting, or enforcing any Lien or encumbrance of any kind against such Entities or the property or the estates of such Entities on account of or in connection with or with respect to any such Claims or Interests; (iv) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such Claims or Interests unless (x) such Entity has timely asserted such setoff right either in a Filed Proof of Claim, or in another document Filed with the Bankruptcy Court explicitly preserving such setoff or that otherwise indicates that such entity asserts, has, or intends to preserve any right of setoff pursuant to applicable law or otherwise or (y) such right to setoff arises under a postpetition agreement with the Debtors or an Executory Contract that has been assumed by the Debtors as of the Effective Date; and (v) commencing or continuing in any manner any action or other proceeding of any kind on account of or in**

connection with or with respect to any such Claims or Interests released, settled, and/or treated, entitled to a distribution, or cancelled pursuant to the Plan or otherwise Disallowed; *provided* that such persons who have held, hold, or may hold Claims against, or Interests in, a Debtor, a Reorganized Debtor, or an Estate shall not be precluded from exercising their rights and remedies, or obtaining the benefits, solely pursuant to and consistent with the terms of the Plan.

Subject in all respects to Section 11.1, no entity or person may commence or pursue a Claim or Cause of Action of any kind against any Released Party or Exculpated Party that arose or arises from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, and any and all related agreements, instruments, and/or other documents, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing without the Bankruptcy Court (i) first determining, after notice and a hearing, that such Claim or Cause of Action represents a claim of willful misconduct, fraud or gross negligence against a Released Party or Exculpated Party and (ii) specifically authorizing such Entity or Person to bring such Claim or Cause of Action against any such Released Party or Exculpated Party. The Bankruptcy Court shall have sole and exclusive jurisdiction to determine whether a Claim or Cause of Action is colorable and, only to the extent legally permissible and as provided for in Section 11.1, shall have jurisdiction to adjudicate the underlying colorable Claim or Cause of Action.

**SECTION 10.6(a)**      **RELEASES BY THE DEBTORS.**

Notwithstanding anything contained in the Plan to the contrary, as of the Effective Date, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, including the obligations of the

**Debtors under the Plan and the contributions of the Released Parties to facilitate and implement the Plan, except as otherwise provided in the Plan or in the Confirmation Order, on and after the Effective Date, the Released Parties are deemed conclusively, absolutely, unconditionally and irrevocably, released and discharged by the Debtors, the Reorganized Debtors, and the Estates from any and all Claims, obligations, rights, suits, damages, Causes of Action, remedies, and liabilities whatsoever, including any derivative claims, asserted or assertable on behalf of the Debtors, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, in law, equity, or otherwise, that the Debtors, the Reorganized Debtors, the Estates, or their Affiliates would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date.  Notwithstanding anything to the contrary in the foregoing, the releases set forth in Section 10.6(a) of the Plan (i) shall only be applicable to the maximum extent permitted by law; (ii) shall not be construed as (a) releasing any Released Party from Claims or Causes of Action arising from an act or omission that is judicially determined by a Final Order to have constituted actual fraud (*provided* that actual fraud shall not exempt from the scope of these Debtor releases any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, (b) releasing any Released Party from Claims or Causes of Action held by the Debtors arising from an act or omission that is determined by a Final Order or by a federal government agency to have constituted a violation of any federal securities laws or (c) releasing any post-Effective Date obligations of any party or Entity under the Plan, the Confirmation Order, any Restructuring Transaction, or any document,**

instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.

**SECTION 10.6(b)**      <u>**RELEASES BY HOLDERS OF CLAIMS AND INTERESTS**</u>.

        **Notwithstanding anything contained in the Plan to the contrary, as of the Effective Date, for good and valuable consideration, the adequacy of which is hereby confirmed, except as otherwise provided in the Plan or in the Confirmation Order, to the fullest extent permissible under applicable law, as such law may be extended or integrated after the Effective Date, each Releasing Party, shall be deemed to have conclusively, absolutely, unconditionally, irrevocably, and forever, released, and discharged the Debtors, the Reorganized Debtors, and the Released Parties from any and all Claims, obligations, rights, suits, damages, Causes of Action, remedies, and liabilities whatsoever, including any derivative Claims or Causes of Action asserted or that may be asserted on behalf of the Debtors or their Estates, that such Entity would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, in law, equity, or otherwise, based on or relating to, or in any manner arising from, in whole or in part, any act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date, including any Claims or Causes of Action based on or relating to, or in any manner arising from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date.  Notwithstanding anything to the contrary in the foregoing, the releases set forth in Section 10.6(b) of the Plan (i) shall only be applicable to the maximum extent permitted by law; and (ii) shall not be construed as (a) releasing any Released Party from Claims or Causes of Action arising from an act or**

omission that is judicially determined by a Final Order to have constituted actual fraud (*provided* that actual fraud shall not exempt from the scope of these third-party releases any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, or (b) releasing any post-Effective Date obligations of any party or Entity under the Plan, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.

**SECTION 10.7**        **EXCULPATION**.

Except as otherwise specifically provided in the Plan, no Exculpated Party shall have or incur liability for, and each Exculpated Party is hereby released and exculpated from, any Cause of Action for any claim related to any act or omission in connection with, relating to, or arising out, in whole or in part, from the Petition Date through the Effective Date, of the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors, the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, and related agreements, instruments, or other documents, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other related agreement, except for Claims or Causes of Action arising from an act or omission that is judicially determined in a Final Order to have constituted actual fraud, willful misconduct, or gross negligence, but in all respects, such Exculpated Parties shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities. The Exculpated Parties have, and upon completion of the Plan, shall be deemed to have, participated in good faith and in compliance with all applicable laws with regard to the solicitation and distribution of, consideration pursuant to the Plan and, therefore, are not, and on account of such distributions shall not be, liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Plan or such distributions made pursuant to the Plan. Notwithstanding anything to the contrary in the foregoing, the exculpations set forth in Section 10.7 of the Plan (i) shall only be applicable to

the maximum extent permitted by law; and (ii) shall not be construed as (a) exculpating any Exculpated Party from Claims or Causes of Action arising from an act or omission that is judicially determined by a Final Order to have constituted actual fraud (*provided* that actual fraud shall not exempt from the scope of these exculpations any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, or (b) exculpating any post-Effective Date obligations of any party or Entity under the Plan, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.

## SECTION 5.17      CANCELLATION OF LIENS.

(a)      Except as otherwise specifically provided in the Plan, including sections 4.4 and 4.6 of the Plan, all notes, instruments, certificates evidencing debt of the Debtors and Existing Common Interests will be cancelled and obligations of the Debtors thereunder will be discharged and of no further force or effect, except for the purpose of allowing the applicable agents and trustees to receive distributions from the Debtors under the Plan and to make any further distributions to the applicable Holders on account of their Allowed Claims and Interests.

(b)      After the Effective Date and following (i) the distributions to Holders on account of Allowed Convertible Notes Secured Claims and Allowed Miner Equipment Lender Secured Claims and/or (ii) with regard to Allowed M&M Lien Secured Claims, satisfaction of the applicable M&M Lien Takeback Debt, the Debtors or the Reorganized Debtors, at their expense, may, in their sole discretion, take any action necessary to terminate, cancel, extinguish, and/or evidence the release of any and all mortgages, deeds of trust, Liens, pledges, and other security interests with respect to the Convertible Notes Secured Claims, Miner Equipment Lender Secured Claims, and M&M Lien Secured Claims, including, without limitation, the preparation and filing of any and all documents necessary to terminate, satisfy, or release any mortgages, deeds of trust, Liens, pledges, and other security interests held by the Holders of the M&M Lien Secured Claims, Miner Equipment Lender Secured Claims, the Notes Agent, and/or Convertible Noteholders, including, without limitation, UCC-3 termination statements.

**Relevant Definitions Related to Release and Exculpation Provisions**:

"*Exculpated Parties*" means each of the following in their capacity as such and, in each case, to the maximum extent permitted by law: (i) the Debtors; and (ii) Equity Committee and its members, each solely in their capacity as such.

"*Related Parties*" means with respect to a Person, that Person's current and former Affiliates, and such Person's and its current and former Affiliates' current and former directors, managers, officers, equity holders (regardless of whether such interests are held directly or indirectly), affiliated investment funds or investment vehicles, predecessors, participants, successors, and assigns, subsidiaries, and each of their respective current and former equity holders, officers, directors, managers, principals, members, employees, agents, fiduciaries, trustees, advisory board members, financial advisors, partners, limited partners, general partners,

attorneys, accountants, managed accounts or funds, management companies, fund advisors, investment bankers, consultants, representatives, and other professionals, and such Person's respective heirs, executors, estates, and nominees, each in their capacity as such, and any and all other Persons or Entities that may purport to assert any Cause of Action derivatively, by or through the foregoing entities.

*"Released Parties"* means, collectively: (i) the Debtors; (ii) the Reorganized Debtors; (iii) the Equity Committee and its members that are party to the RSA, solely in their capacities as such; (iv) the Backstop Parties; (v) the Settling Miner Equipment Lenders; (vi) Brown Corporation; (vii) Holliwood LLC; (viii) the Ad Hoc Noteholder Group; (ix) the Consenting Creditors; (x) the Exit Lenders; (xi) the Notes Agent, solely in its capacity as such; and (xii) with respect to each of the foregoing Persons in clauses (i) through (xi), all Related Parties. Notwithstanding the foregoing, any Person that opts out of the releases set forth in section 10.6(b) of the Plan shall not be deemed a Released Party thereunder.

*"Releasing Parties"* means collectively, and in each case solely in their capacity as such, (i) the Debtors; (ii) the Reorganized Debtors; (iii) with respect to each of the foregoing Persons in clauses (i) through (ii), all Related Parties; (iv) the Released Parties; (v) the Holders of all Claims or Interests that vote to accept the Plan; (vi) the Holders of all Claims or Interests whose vote to accept or reject the Plan is solicited but that do not vote either to accept or to reject the Plan and do not opt out of granting the releases set forth in the Plan; (vii) the Holders of all Claims or Interests that vote, or are deemed, to reject the Plan or that are presumed to accept the Plan but do not opt out of granting the releases set forth in the Plan; and (viii) the Holders of all Claims and Interests and all Other Beneficial Owners that were given notice of the opportunity to opt out of granting the releases set forth in the Plan but did not opt out.

**YOU ARE ADVISED AND ENCOURAGED TO CAREFULLY REVIEW AND CONSIDER THE PLAN, INCLUDING THE RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AS YOUR RIGHTS MIGHT BE AFFECTED.**

**PLEASE READ THE ATTACHED VOTING INFORMATION
AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT**

---

**PLEASE COMPLETE ITEMS 1, 2, 3, AND 4. IF THIS BALLOT HAS NOT BEEN PROPERLY SIGNED IN THE SPACE PROVIDED, YOUR VOTE MAY NOT BE VALID OR COUNTED AS HAVING BEEN CAST.**

---

**Item 1.**        **Principal Amount of Claims**. The undersigned hereby certifies that, as of the Voting Record Date, the undersigned was the Holder (or authorized signatory of such a Holder) of a Section 510(b) Claim in the aggregate amount set forth below.

$$\$\underline{\hspace{3cm}}$$

**Item 2.**        **Votes on the Plan**.  Please vote either to accept or to reject the Plan with respect to your Claims below.  Any Ballot not marked either to accept or reject the Plan, or marked both to accept and reject the Plan, shall not be counted in determining acceptance or rejection of the Plan.

---

**Prior to voting on the Plan, please note the following:**

**If you (i) vote to accept the Plan, (ii) do not vote either to accept or reject the Plan and do not check the box in Item 3 below, or (iii) vote to reject the Plan and do not check the box in Item 3 below, in each case you shall be deemed to have consented to the release provisions set forth in Section 10.6(b) of the Plan.**

**The Disclosure Statement and the Plan must be referenced for a complete description of the release, injunction, and exculpation provisions.**

---

The undersigned Holder of a Class 11 Section 510(b) Claim votes to (check <u>one</u> box):

☐ **Accept** the Plan          ☐ **Reject** the Plan.

**Your vote on the Plan will be applied to each applicable Debtor in the same manner and in the same amount as indicated in Item 1 and Item 2 above.**

**Item 3.**        **Optional Opt Out Release Election**.  Check the box below if you elect not to grant the releases contained in Section 10.6(b) of the Plan.  If you voted to reject the Plan in Item 2 above, or if you are abstaining from voting to accept or reject the Plan, check this box if you elect not to grant the releases contained in Section 10.6(b) of the Plan.  Election to withhold consent is at your option.  If you voted to accept the Plan in Item 2 above, you **may not** complete this Item 3, and if you complete this Item 3, your "opt out" election will be ineffective.  If you submit a rejecting Ballot, or if you abstain from submitting a Ballot, and in each case, you do not check the box below, you will be deemed to consent to the releases contained in Section 10.6(b) of the Plan

to the fullest extent permitted by applicable law.  The Holder of the Class 11 Section 510(b) Claims set forth in Item 1 elects to:

☐   **OPT OUT** of the releases contained only in Section 10.6(b) of the Plan.

**Item 4.**      **Acknowledgements**.  By signing this Ballot, the Holder (or authorized signatory of such Holder) acknowledges review and receipt of the Plan, the Disclosure Statement, and the other applicable solicitation materials, and certifies that (i) it has the power and authority to vote to accept or reject the Plan, (ii) it was the Holder (or is entitled to vote on behalf of such Holder) of the Section 510(b) Claims described in Item 1 as of the Voting Record Date, and (iii) all authority conferred, or agreed to be conferred, pursuant to this Ballot, and every obligation of the undersigned hereunder, shall be binding on the transferees, successors, assigns, heirs, executors, administrators, trustees in bankruptcy, and legal representatives of the undersigned, and shall not be affected by, and shall survive, the death or incapacity of the undersigned.

Name of Holder

Signature

If by Authorized Agent, Name and Title

Name of Institution

Street Address

City, State, Zip Code

Telephone Number

Date Completed

E-Mail Address

**VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT**

1.      Ballots received after the Voting Deadline (if the Voting Deadline has not been extended) may not, at the Debtors' discretion, be counted.  **The Voting Agent will tabulate all properly completed Ballots received on or before the Voting Deadline.**

2.      Complete the Ballot by providing all the information requested, signing, dating, and returning the Ballot to the Voting Agent.  Any Ballot that is illegible, contains insufficient information to identify the Holder, or is unsigned[3] will not be counted.  Ballots may not be submitted to the Voting Agent by facsimile or electronic mail.  If neither the "**accept**" nor

---

[3] E-Ballots submitted on the Online Portal will be deemed to contain a legal, valid signature.

"**reject**" box is checked in Item 2, both boxes are checked in Item 2, or the Ballot is otherwise not properly completed, executed, or timely returned, then the Ballot shall not be counted in determining acceptance or rejection of the Plan.

3. You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different or inconsistent Claims within a single Class under the Plan, the Ballots are not voted in the same manner, and you do not correct this before the Voting Deadline, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

4. The Ballot does not constitute, and shall not be deemed to be, a Proof of Claim or an assertion or admission of Claims.

5. The Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan.

6. If you cast more than one Ballot voting the same Claims prior to the Voting Deadline, the latest received, properly executed Ballot submitted to the Voting Agent will supersede any prior Ballot.

7. If (i) the Debtors revoke or withdraw the Plan, or (ii) the Confirmation Order is not entered or consummation of the Plan does not occur, this Ballot shall automatically be null and void and deemed withdrawn without any requirement of affirmative action by or notice to you.

8. There may be changes made to the Plan that do not cause material adverse effects on an accepting Class. If such non-material changes are made to the Plan, the Debtors will not resolicit votes for acceptance or rejection of the Plan.

9. NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT, ANY SUPPLEMENTAL INFORMATION PROVIDED BY THE DEBTORS, OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

10. PLEASE RETURN YOUR BALLOT PROMPTLY.

11. IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE VOTING AGENT BY CALLING (949) 404-4152 (TOLL-FREE) OR +1 (888) 765-7875(IF CALLING FROM OUTSIDE THE U.S.);WRITING CORE SCIENTIFIC, INC., BALLOT PROCESSING CENTER, C/O STRETTO, INC., 410 EXCHANGE, SUITE 100, IRVINE, CA 92602; OR BY SENDING AN ELECTRONIC MAIL MESSAGE TO CORESCIENTIFICINQUIRIES@STRETTO.COM WITH "CORE SCIENTIFIC" IN

THE SUBJECT LINE.   PLEASE DO NOT DIRECT ANY INQUIRIES TO THE BANKRUPTCY COURT.

12.    THE VOTING AGENT IS NOT AUTHORIZED TO AND WILL NOT PROVIDE LEGAL ADVICE.

**VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT**

13.  Ballots received after the Voting Deadline (if the Voting Deadline has not been extended) may not, at the Debtors' discretion, be counted.  **The Voting Agent will tabulate all properly completed Ballots received on or before the Voting Deadline.**

14.  Complete the Ballot by providing all the information requested, signing, dating, and returning the Ballot to the Voting Agent.  Any Ballot that is illegible, contains insufficient information to identify the Holder, or is unsigned will not be counted.  Ballots may not be submitted to the Voting Agent by facsimile or electronic mail.  If neither the "**accept**" nor "**reject**" box is checked in Item 2, both boxes are checked in Item 2, or the Ballot is otherwise not properly completed, executed, or timely returned, then the Ballot shall not be counted in determining acceptance or rejection of the Plan.

15.  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different or inconsistent Claims within a single Class under the Plan, the Ballots are not voted in the same manner, and you do not correct this before the Voting Deadline, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

16.  The Ballot does not constitute, and shall not be deemed to be, a Proof of Claim or an assertion or admission of Claims.

17.  The Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan.

18.  If you cast more than one Ballot voting the same Claims prior to the Voting Deadline, the latest received, properly executed Ballot submitted to the Voting Agent will supersede any prior Ballot.

19.  If (i) the Debtors revoke or withdraw the Plan, or (ii) the Confirmation Order is not entered or consummation of the Plan does not occur, this Ballot shall automatically be null and void and deemed withdrawn without any requirement of affirmative action by or notice to you.

20.  There may be changes made to the Plan that do not cause material adverse effects on an accepting Class.  If such non-material changes are made to the Plan, the Debtors will not resolicit votes for acceptance or rejection of the Plan.

21.  NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT, ANY SUPPLEMENTAL INFORMATION PROVIDED BY THE DEBTORS, OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

22.     PLEASE RETURN YOUR BALLOT PROMPTLY.

23.     IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR
        BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR
        THE VOTING PROCEDURES, PLEASE CONTACT THE VOTING AGENT BY
        CALLING (949) 404-4152 (TOLL-FREE) OR +1 (888) 765-7875(IF CALLING FROM
        OUTSIDE THE U.S.); WRITING CORE SCIENTIFIC, INC., BALLOT PROCESSING
        CENTER, C/O STRETTO, INC., 410 EXCHANGE, SUITE 100, IRVINE, CA 92602; OR
        BY        SENDING        AN        ELECTRONIC        MAIL        MESSAGE        TO
        CORESCIENTIFICINQUIRIES@STRETTO.COM WITH "CORE SCIENTIFIC" IN
        THE SUBJECT LINE.   PLEASE DO NOT DIRECT ANY INQUIRIES TO THE
        BANKRUPTCY COURT.

24.     THE VOTING AGENT IS NOT AUTHORIZED TO AND WILL NOT PROVIDE
        LEGAL ADVICE.

**PLEASE SUBMIT YOUR BALLOT BY ONLY <u>ONE</u> OF THE FOLLOWING METHODS:**
(i) Online submission of an E-Ballot through the Online Portal, (ii) paper copy submission, in the
return envelope provided, (iii) paper copy submission by hand delivery or overnight mail, or
(iv) paper copy submission by first class mail.

**IF YOU WISH TO COORDINATE HAND DELIVERY OF YOUR BALLOT, PLEASE
NOTIFY        THE        VOTING        AGENT        VIA        E-MAIL        AT
CORESCIENTIFICINQUIRIES@STRETTO.COM (WITH "CORE SCIENTIFIC
BALLOT" IN THE SUBJECT LINE) AT LEAST 24 HOURS IN ADVANCE OF THE
ANTICIPATED DELIVERY DATE.**

**ALL BALLOTS MUST BE PROPERLY EXECUTED, COMPLETED, AND DELIVERED
ACCORDING TO THE VOTING INSTRUCTIONS SO THAT THE BALLOTS ARE
ACTUALLY RECEIVED BY THE VOTING AGENT NO LATER THAN THE VOTING
DEADLINE.**

<u>**Online Portal Voting Instructions**</u>

**To properly submit your Ballot electronically, you must electronically complete, sign, and
return this customized electronic Ballot by utilizing the Online Portal platform on the Stretto
website by visiting https://cases.stretto.com/CoreScientific/, clicking on the "Submit E-
Ballot" link and following the instructions set forth on the website.  Your Ballot must be
received by Stretto no later than December 13, 2023 at 5:00 p.m. (Prevailing Central Time),
the Voting Deadline, unless such time is extended by the Debtors with the consent of the
Requisite Consenting Creditors.   <u>HOLDERS ARE STRONGLY ENCOURAGED TO
SUBMIT THEIR BALLOTS VIA THE ONLINE PORTAL PLATFORM</u>.  The Stretto
"Online Portal" platform is the sole manner in which ballots will be accepted via electronic
or online transmission.  Ballots submitted by facsimile, electronic mail, or other means of
electronic transmission will not be counted.**

**IMPORTANT NOTE: You will need the following information to retrieve and submit your customized electronic Ballot:**

**Unique E-Ballot ID#:** _____

Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.  Ballots submitted by E-Ballot will be deemed to contain a legal, valid signature.

**Holders who cast a Ballot using Stretto's "Online Portal" platform should <u>NOT</u> also submit a paper Ballot.**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS DECEMBER 13, 2023 AT 5:00 P.M. (PREVAILING CENTRAL TIME).**

<div align="center">

**Paper Copy Ballot Submission**

</div>

| **STRETTO'S ADDRESS FOR RECEIPT OF PAPER BALLOTS (WHETHER BY HAND DELIVERY, OVERNIGHT MAIL, OR FIRST CLASS MAIL)** |
| :---: |
| **CORE SCIENTIFIC, INC.** <br> **BALLOT PROCESSING CENTER** <br> **C/O STRETTO, INC.** <br> **410 EXCHANGE, SUITE 100** <br> **IRVINE, CA 92602** |

If you are unable to use the Online Portal platform or need assistance in completing and submitting your Ballot, please contact Stretto (i) via e-mail at CoreScientificInquiries@stretto.com; (ii) via mail by writing Core Scientific, Inc., Ballot Processing Center, C/O Stretto, Inc., 410 Exchange, Suite 100, Irvine, CA 92602; or (iii) via telephone at (949) 404-4152 (Toll-Free) or +1 (888) 765-7875 (if calling from outside the U.S.).

# **Exhibit U**



**Exhibit U**
Relates to Class 12
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| 323 W INVESTMENT LLC | | 2901 VIA FORTUNA DRIVE BUILDING 6 | SUITE 550 | AUSTIN | TX | 78746 | |
| 4T GLOBAL LLC | | 210 CROCKER AVE | | PIEDMONT | CA | 94610 | |
| 650 MAIN LLC | | 650 SOUTH MAIN STREET | | LAS VEGAS | NV | 89101 | |
| A&M CAPITAL ADVISORS LP | | 1 PICKWICK PLAZA | 3RD FLOOR | GREENWICH | CT | 6830 | |
| ADAM M SWEET | | ADDRESS REDACTED | | | | | |
| AILEEN BRODSKY | | ADDRESS REDACTED | | | | | |
| ALEXANDER PRATER HERRERA | | ADDRESS REDACTED | | | | | |
| ALLISON T STEWART | | ADDRESS REDACTED | | | | | |
| ALON ROSIN | | ADDRESS REDACTED | | | | | |
| AP XPDI SPONSOR HOLDINGS LLC | | 222 WEST AVE #1304 | | AUSTIN | TX | 78701 | |
| ARMEN YEMENIDJIAN | | ADDRESS REDACTED | | | | | |
| AUSTIN AMHERST LTD | | 4401 HANOVER | | DALLAS | TX | 75225 | |
| BARINGS BDC INC | ATTN JEFF CHILLAG | 300 SOUTH TRYON SUITE 2500 | | CHARLOTTE | NC | 28202 | |
| BARRET JACKMAN | | ADDRESS REDACTED | | | | | |
| BEN DAVENPORT | | ADDRESS REDACTED | | | | | |
| BEN T SWEET | | ADDRESS REDACTED | | | | | |
| BESPOKE CAPITAL PARTNERS LLC | | 1321 CLYDESDALE AVENUE | | WELLINGTON | FL | 33414 | |
| BILL HUMES TR UA 12/23/2017 | | ADDRESS REDACTED | | | | | |
| BITPAY INC | | 8000 AVALON DRIVE | | ALPHARETTA | GA | 30009 | |
| BITROCKETT LLC | | 4129 W CHEYENNE AVE | | N LAS VEGAS | NV | 89032 | |
| BKRK INVESTMENTS LTD | | PO BOX 795756 | | DALLAS | TX | 75379 | |
| BLOCKCHAIN CAPITAL PARALLEL IV LP | | 440 PACIFIC AVENUE | | SAN FRANCISCO | CA | 94109 | |
| BLOCKCHAIN CAPITAL IV LP | | 440 PACIFIC AVENUE | | SAN FRANCISCO | CA | 94109 | |
| BRENDEN MORROW | | ADDRESS REDACTED | | | | | |
| BRENDEN MORROW | | ADDRESS REDACTED | | | | | |
| BRETT C  RILEY TRUST | | ADDRESS REDACTED | | | | | |
| BREYER LABS LLC | | ADDRESS REDACTED | | | | | |
| BRIAN V MCCORMACK | | ADDRESS REDACTED | | | | | |
| BRUCE MATHEWSON | | ADDRESS REDACTED | | | | | |
| BRUCE R BAILEY | | ADDRESS REDACTED | | | | | |
| BUCHANAN INVESTMENT GROUP | | 802 INDIANA AVENUE | | VENICE | CA | 90291 | |
| CAL SIMMONS | | ADDRESS REDACTED | | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit U**
Relates to Class 12
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| CALLY VENTURES LLC | | 4808 NASHWOOD LANE | | DALLAS | TX | 75244 | |
| CARLOS DOUBLEDAY | | ADDRESS REDACTED | | | | | |
| CAROL S HARRISON | | ADDRESS REDACTED | | | | | |
| CAVAN FLYNN | | ADDRESS REDACTED | | | | | |
| CDDZ INVESTMENTS LLC | | 520 SOUTH FOURTH STREET | | LAS VEGAS | NV | 89101 | |
| CEDE & CO | | ADDRESS REDACTED | | | | | |
| CHAD LAVENDER | | ADDRESS REDACTED | | | | | |
| CHAD M ALVAREZ | | ADDRESS REDACTED | | | | | |
| CHAD SPENCER | | ADDRESS REDACTED | | | | | |
| CHAPTER ONE VENTURES LLC | | 1450 2ND ST | SUITE 260 | SANTA MONICA | CA | 90401 | |
| CHRIS HONG | | ADDRESS REDACTED | | | | | |
| CHRISTOPHER REYNOLDS COTTEN | | ADDRESS REDACTED | | | | | |
| CHRISTOPHER THORNTON | | ADDRESS REDACTED | | | | | |
| CIARAN O'BRIEN | | ADDRESS REDACTED | | | | | |
| CLIFFORD A BRANDEIS | | ADDRESS REDACTED | | | | | |
| CLIFFORD A BRANDIES | | ADDRESS REDACTED | | | | | |
| CLIFFORD TRIBUS | | ADDRESS REDACTED | | | | | |
| COLLEEN SULLIVAN | | ADDRESS REDACTED | | | | | |
| CORSICA LLC | | 1700 NORTHSIDE DRIVE NW | SUITE A7 PMB | ATLANTA | GA | 30318 | |
| COVERT INVESTMENT OPERATIONS LLC | | 2201 LONG PRAIRIE RD | # 384 | FLOWER MOUND | TX | 75022 | |
| COVERT INVESTMENTS OPERATIONS LLC | | 2201 LONG PRAIRIE ROAD | UNIT 384 | FLOWER MOUND | TX | 75022 | |
| DANIEL J BARTLETT | | ADDRESS REDACTED | | | | | |
| DANIELI INC | | ADDRESS REDACTED | | | | | |
| DARIN FEINSTEIN | | ADDRESS REDACTED | | | | | |
| DARIN FEINSTEIN | | ADDRESS REDACTED | | | | | |
| DARIN FEINSTEIN | | ADDRESS REDACTED | | | | | |
| DAVID BRICKEN | | ADDRESS REDACTED | | | | | |
| DAVID BURMAN | | ADDRESS REDACTED | | | | | |
| DAVID SAXE PRODUCTIONS INC | | 5030 WEST OQUENDDO ROAD | | LAS VEGAS | NV | 89118 | |
| DAVID WINSTON WACHSMAN | | ADDRESS REDACTED | | | | | |
| DB VENTURES FUND LLC | | 113 SINEGAR PLACE | | STERLING | VA | 20165 | |
| DEREK MORRISON | | ADDRESS REDACTED | | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 2 of 8



**Exhibit U**
Relates to Class 12
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| DIGIFARM TECHNOLOGIES LIMITED | | BUILDING 5 DIJINGYUAN WANDA PLAZA | SHIZHONG DISTRICT, JINAN SHANDONG PROVINCE | SHIZHONG DISTRICT | | | CHINA |
| DIGITAL CURRENCY GROUP INC | | 290 HARBOR DRIVE | DCG 5TH FL | STAMFORD | CT | 6902 | |
| DINA LAPOLT TR | | ADDRESS REDACTED | | | | | |
| DISTRIBUTED GLOBAL ACCESS FUND LP | | 10401 VENICE BLVD | #727 | LOS ANGELES | CA | 90034 | |
| DONALD R THOMAS II | | ADDRESS REDACTED | | | | | |
| EDDIE OPLER | | ADDRESS REDACTED | | | | | |
| ELIZABETH A BLAU | | ADDRESS REDACTED | | | | | |
| ELIZABETH GHANEM HAM | | ADDRESS REDACTED | | | | | |
| EMS FAMILY LLC | | 617 N BAILEY AVE | | FORT | TX | 76107 | |
| EP1 EQUITY PARTNERS LLC | | 5380 N OCEAN DR | 20F | RIVIERA BEACH | FL | 33404 | |
| ERICA BRENNA BRIGGS | | ADDRESS REDACTED | | | | | |
| ERLI VENTURES FUND LP | | 200 PEARL STREET | | BOULDER | CO | 80302 | |
| EVAN SOFER | | ADDRESS REDACTED | | | | | |
| FAQUA FAMILY INVESTMENTS LLC | | 3720 TEXAS BLVD | | TEXARKANA | TX | 75503 | |
| FOUNDRY DIGITAL LLC | | 1100 PITTSFORD VICTOR ROAD | | PITTSFORD | NY | 14534 | |
| FRANK CAMPAGNA | | ADDRESS REDACTED | | | | | |
| FRONT OF THE BUS LLC | | 5520 S FORT APACHE ROAD | | LAS VEGAS | NV | 89148 | |
| G ROBERT MORRIS TR UA 04/01/2013 | | ADDRESS REDACTED | | | | | |
| GARRY RANDALL | | ADDRESS REDACTED | | | | | |
| GARY SWANSON | | ADDRESS REDACTED | | | | | |
| GCOE INVESTMENTS LLC | | 230 WEST STREET | NUMBER 100 | COLUMBUS | OH | 43215 | |
| GEORGE DUNLAP | | ADDRESS REDACTED | | | | | |
| GIL BEER TR UA 05/31/2012 | | ADDRESS REDACTED | | | | | |
| GILLEY ENTERPRISES LLC | | 19341 NE 200TH STREET | | WOODINVILLE | WA | 98077 | |
| GOLD AND SILVER COIN SHOP | | ADDRESS REDACTED | | | | | |
| GREG ANDERSON | | ADDRESS REDACTED | | | | | |
| GREGG FERGUS | | ADDRESS REDACTED | | | | | |
| GREGORY F OSLER | | ADDRESS REDACTED | | | | | |
| GREY B MURRAY | | ADDRESS REDACTED | | | | | |
| HARRIS FAMILY MASTER | | ADDRESS REDACTED | | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 3 of 8



**Exhibit U**
Relates to Class 12
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| HARVEY VENTURES LLC | | 5665 NEW NORTHSIDE DRIVE | NUMBER 110 | ATLANTA | GA | 30328 | |
| HAZEL JANETTE BERRY | | ADDRESS REDACTED | | | | | |
| HELEN CLEMENTS | | ADDRESS REDACTED | | | | | |
| HELEN CLEMENTS TR | | ADDRESS REDACTED | | | | | |
| HOB21 LLC | | 200 OWEN PKWY CIRCLE | | CARTER LAKE | IA | 51510 | |
| HOSS CAMP TWO LLC | | 630 SOUTH 4TH STREET | | LAS VEGAS | NV | 89101 | |
| I DON'T SPEND I INVEST LLC | | 4770 BISCAYNE BLVD | SUITE 900 | MIAMI | FL | 33137 | |
| INDIE POP LLC | | 2307 BANCROFT AVENUE | | LOS ANGELES | CA | 90039 | |
| J BATTE BLAKE | | ADDRESS REDACTED | | | | | |
| JAMES BORD | | ADDRESS REDACTED | | | | | |
| JAMES ROBERT FREY | | ADDRESS REDACTED | | | | | |
| JANICE L KELLY | | ADDRESS REDACTED | | | | | |
| JARED TALLA | | ADDRESS REDACTED | | | | | |
| JARRET MYER | | ADDRESS REDACTED | | | | | |
| JASON CARRICK | | ADDRESS REDACTED | | | | | |
| JAY STOLKIN | | ADDRESS REDACTED | | | | | |
| JEFFREY BERNSTEIN | | ADDRESS REDACTED | | | | | |
| JEFFREY D ZUKERMAN | | ADDRESS REDACTED | | | | | |
| JEFFREY PRATT | | ADDRESS REDACTED | | | | | |
| JEREMIAH BOUCHER | | ADDRESS REDACTED | | | | | |
| JIM PLUSH | | ADDRESS REDACTED | | | | | |
| JOE URGO | | ADDRESS REDACTED | | | | | |
| JOEL BRAZIL | | ADDRESS REDACTED | | | | | |
| JOHN B QUINN | | ADDRESS REDACTED | | | | | |
| JOHN CLINTON HIGHTOWER III | | ADDRESS REDACTED | | | | | |
| JOHN O'NEILL | | ADDRESS REDACTED | | | | | |
| JOHN PARTRIDGE | | ADDRESS REDACTED | | | | | |
| John Scott Black | | ADDRESS REDACTED | | | | | |
| Jonathan Barrett | | ADDRESS REDACTED | | | | | |
| JUDSON CLEMENTS | | ADDRESS REDACTED | | | | | |
| JULIANNE SANTAROSA | | ADDRESS REDACTED | | | | | |
| JUSTIN B KALB TRUST | | ADDRESS REDACTED | | | | | |
| JUSTIN KALB TR | | ADDRESS REDACTED | | | | | |
| KARY SCHULTE | | ADDRESS REDACTED | | | | | |
| KATHARINE MULLEN | | ADDRESS REDACTED | | | | | |
| KEN LINK | | ADDRESS REDACTED | | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 4 of 8



**Exhibit U**
Relates to Class 12
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| KEN WORMSER TR UA 08/03/2010 | | ADDRESS REDACTED | | | | | |
| KEVIN & SHEILA CONROY LIVING TRUST | | ADDRESS REDACTED | | | | | |
| KINDRED VENTURES I LP | | 660 4TH STREET #656 | | SAN FRANCISCO | CA | 94107 | |
| KN GEN2 LLC | | 81 LOCUST | | WINNETKA | IL | 60093 | |
| KOKOPELLI CAPITAL FUND I LP | | 361 E 6TH AVE | | DURANGO | CO | 81301 | |
| KOKOPELLI CAPITAL SPV I LLC | | 361 E 6TH AVE | | DURANGO | CO | 81301 | |
| LATIN ENTERTAINMENT OPTIMIZED LLC | | 3195 ST ROSE PARKWAY SUITE 210 | | HENDERSON | NV | 89052 | |
| LIFE FOODS INC | | 2407 BIRKSHIRE DRIVE | | HOOVER | AL | 35244 | |
| LISA G MARTIN | | ADDRESS REDACTED | | | | | |
| LISA VAN DAMME | | ADDRESS REDACTED | | | | | |
| LONNI PAUL | | ADDRESS REDACTED | | | | | |
| M SQUARED J SQUARED INVESTMENTS LP | | 3800 MAPLEWOOD AVE | | DALLAS | TX | 75205 | |
| MAGGIE JEWEL LLC | | 310 WYNDALE STREET | | SAN ANTONIO | TX | 78209 | |
| MARC D GROSSMAN | | ADDRESS REDACTED | | | | | |
| MARCIN MALYSZKO | | ADDRESS REDACTED | | | | | |
| MARK ANDERSON | | ADDRESS REDACTED | | | | | |
| MARK BEAVEN | | ADDRESS REDACTED | | | | | |
| MARK ELENOWITZ | | ADDRESS REDACTED | | | | | |
| MARK ENGLER | | ADDRESS REDACTED | | | | | |
| MARK SEAR TR UA DATED 08/10/1996 | | ADDRESS REDACTED | | | | | |
| MARK SPINO | | ADDRESS REDACTED | | | | | |
| MARNI ADLER | | ADDRESS REDACTED | | | | | |
| MARSHALL R REFFETT | | ADDRESS REDACTED | | | | | |
| MASSMUTUAL ASSET FINANCE LLC | ATTN JOHN YOUNG | TWO HAMPSHIRE ST | | FOXBORO | MA | 2035 | |
| MATT PETERSEN | | ADDRESS REDACTED | | | | | |
| MATTHEW PERRYE | | ADDRESS REDACTED | | | | | |
| MET VP1 LP | | ADDRESS REDACTED | | | | | |
| MICHAEL BOSWELL | | ADDRESS REDACTED | | | | | |
| MICHAEL J LEVITT | | ADDRESS REDACTED | | | | | |
| MICHAEL J LEVITT & NADINE BERNECKER | | ADDRESS REDACTED | | | | | |
| MICHAEL J LEVITT TR UA JUNE 18 | | ADDRESS REDACTED | | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 5 of 8



# Exhibit U
Relates to Class 12
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| MICHAEL R SMITH | | ADDRESS REDACTED | | | | | |
| MIRANDA ROBERTSON ABRAMS | | ADDRESS REDACTED | | | | | |
| MITCH FRANCIS | | ADDRESS REDACTED | | | | | |
| MIZ UL HASAN KHAN | | ADDRESS REDACTED | | | | | |
| MJL BLOCKCHAIN LLC | | 5516 LACEBACK TERRACE | | AUSTIN | TX | 78738 | |
| MOMS HIDDEN TREASURE | | 4240 CEDAR BRUSH DRIVE | | DALLAS | TX | 75229 | |
| MPM LIFE LLC | | PO Box 22549 | | Houston | TX | 77227 | |
| MUIRFIELD CAPITAL GLOBAL | ADVISORS LLC | 5901 S FLAGLER DRIVE | WEST PALM BEACH | RACINE | WI | 53405 | |
| NADINE BERNECKER LEVITT TR UA JUNE | | ADDRESS REDACTED | | | | | |
| NENAD PETROVIC | | ADDRESS REDACTED | | | | | |
| NICHOLAS J CHAPMAN | | ADDRESS REDACTED | | | | | |
| NOMINEE ACCOUNT <CR1 CLASS> | COMPUTERSHARE INVESTOR SERVICES | 150 ROYALL ST | | CANTON | MA | 2021 | |
| NOMINEE ACCOUNT <CR3 CLASS> | COMPUTERSHARE INVESTOR SERVICES | 150 ROYALL ST | | CANTON | MA | 2021 | |
| NOTATION CAPITAL II LP | | 320 7TH AVE | #133 | BROOKLYN | NY | 11215 | |
| NOTATION CAPITAL II-A LP | | 320 7TH AVE | #133 | BROOKLYN | NY | 11215 | |
| NUR M ABIKAR | | ADDRESS REDACTED | | | | | |
| OAK HILL CAPITAL LLC | | PO BOX 423 | | GRAND ISLAND | NE | 68802 | |
| PABLO M RUSSO | | ADDRESS REDACTED | | | | | |
| PAIGE LARKIN TR | | ADDRESS REDACTED | | | | | |
| PAIGE ZANGRILLO | | ADDRESS REDACTED | | | | | |
| PATRICK WOODRUFF | | ADDRESS REDACTED | | | | | |
| PAUL DABBAR | | ADDRESS REDACTED | | | | | |
| Paul Gaynor | | ADDRESS REDACTED | | | | | |
| PETER ENGLER | | ADDRESS REDACTED | | | | | |
| PHILIP J FAGAN JR | | ADDRESS REDACTED | | | | | |
| PLEASE GROW LLC | | 5431 E EXETER BLVD | | PHOENIX | AZ | 85018 | |
| RANDY C MILLER | | ADDRESS REDACTED | | | | | |
| RECIPROCAL VENTURES I LP | | 24 W 25TH ST | 5TH FLR | NEW YORK | NY | 10010 | |
| RED MOON 88 LLC | | 3753 HOWARD HUGHES PARKWAY | SUITE 200 | LAS VEGAS | NV | 89169 | |
| RICHARD FEENEY | | ADDRESS REDACTED | | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 6 of 8



**Exhibit U**
Relates to Class 12
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| RM METRO HOLDINGS LLC | | 9100 WILSHIRE BLVD | SUITE 445 EAST TOWER | BEVERLY HILLS | CA | 90212 | |
| ROBERT BRAND | | ADDRESS REDACTED | | | | | |
| ROBERT FEDROCK | | ADDRESS REDACTED | | | | | |
| ROBERT O  REMIEN 1997 TRUST | | ADDRESS REDACTED | | | | | |
| ROBERT WASSON | | ADDRESS REDACTED | | | | | |
| ROCKBRIDGE PARTNERS II LLC | | 2901 VIA FORTUNA DRIVE BUILDING 6 | SUITE 550 | AUSTIN | TX | 78746 | |
| RONNEY FOUNTAIN | | ADDRESS REDACTED | | | | | |
| ROY AND SUZANNE RAY | | ADDRESS REDACTED | | | | | |
| ROY FAMILY LLC | | 3329 PURDUE AVE | | DALLAS | TX | 75225 | |
| RYON P NIALLISTCT | | ADDRESS REDACTED | | | | | |
| SAORSA UTMA LLC | | 217 WILLIAMS ROAD | | FORT WORTH | TX | 76120 | |
| SCARCAP INVESTMENTS LLC | | 5272 RAVINE DRIVE | | DALLAS | TX | 75220 | |
| Scott Windham | | ADDRESS REDACTED | | | | | |
| SHERI ANN AZOULAY | | ADDRESS REDACTED | | | | | |
| SLOW VENTURES III LP | | 1006 KEARNY STREET | | SAN FRANCISCO | CA | 94133 | |
| SLOW VENTURES III-A LP | | 1006 KEARNY STREET | | SAN FRANCISCO | CA | 94133 | |
| SPJS HOLDINGS LLC | | 9100 WILSHIRE BLVD | SUITE 445 EAST TOWER | BEVERLY HILLS | CA | 90212 | |
| SPORTS CLUB CO INC | | 1803 PONTIUS AVENUE | | LOS ANGELES | CA | 90025 | |
| STANFORD 44 PARTNERS LLC | | 5710 STANFORD AVENUE | | DALLAS | TX | 75209 | |
| STEVE DIXON | | ADDRESS REDACTED | | | | | |
| Steven Andrews | | ADDRESS REDACTED | | | | | |
| SUPRANAMAYA RANJAN | | ADDRESS REDACTED | | | | | |
| SV ANGEL VI LP | | 588 SUTTER STREET | #299 | SAN FRANCISCO | CA | 94102 | |
| SWA PARTNERS LLC | | 10401 VENICE BLVD | #727 | LOS ANGELES | CA | 90034 | |
| T MICHAEL GLENN | | ADDRESS REDACTED | | | | | |
| T STEPHENS GROUP LLC | | 483 ASHBURTON AVE | | ATLANTA | GA | 30309 | |
| TAYLOR M SINGLETON | | ADDRESS REDACTED | | | | | |
| TEXARKANA FUNERAL HOME INC | | PO BOX 1199 | | TEXARKANA | TX | 75501 | |
| TEXAS BLOCKCHAIN 888 LLC | | 3753 HOWARD HUGHES PARKWAY | SUITE 200 | LAS VEGAS | NV | 89169 | |
| TEXAS CAPITALIZATION | RESOURCE GROUP INC | 5201 CAMP BOWIE BLVD | # 200 | FORT WORTH | TX | 76107 | |
| TFH ENTERPRISES LLC | | 9100 WILSHIRE BLVD | SUITE 445 EAST TOWER | BEVERLY HILLS | CA | 90212 | |
| THOMAS FUQUA | | ADDRESS REDACTED | | | | | |
| THOMAS M EARNEST | | ADDRESS REDACTED | | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit U**
Relates to Class 12
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| TIMOTHY P FLAHERTY | | ADDRESS REDACTED | | | | | |
| TM VENTURES LLC | | ADDRESS REDACTED | | | | | |
| TODD BECKER | | ADDRESS REDACTED | | | | | |
| TODD DEUTSCH | | ADDRESS REDACTED | | | | | |
| TONY ROGERS WILLIAM ROGERS TR | | ADDRESS REDACTED | | | | | |
| TRACY LEE KITTLE | | ADDRESS REDACTED | | | | | |
| TRANSITION EQUITY PARTNERS LLC | | 58 INDIAN HILL RD | | WINNETKA | IL | 60093 | |
| TRESORELLE OPERATING I LLC | | 5825 BERKSHIRE LANE | | DALLAS | TX | 75209 | |
| V1 CAPITAL LIMITED | C/O VY CAPITAL MANAGEMENT | COMPANY LIMITED | PO BOX 506950 DIFC | DUBAI | | | UNITED ARAB EMIRATES |
| VICKIE DEHART TR | | ADDRESS REDACTED | | | | | |
| WALTER P SIGERICH | | ADDRESS REDACTED | | | | | |
| WESLEY HOAGLUND & | | ADDRESS REDACTED | | | | | |
| WESLEY VANDEVER MAGNESS | | ADDRESS REDACTED | | | | | |
| WHITNEY WELLS | | ADDRESS REDACTED | | | | | |
| WILLIAM M REFFETT | | ADDRESS REDACTED | | | | | |
| WS OAXACA LLC | | 4129 WEST CHEYENNE AVE | | N LAS VEGAS | NV | 89032 | |
| WS-OAXACA LLC | | 4129 WEST CHEYENNE AVENUE | | N LAS VEGAS | NV | 89032 | |
| XMS HOLDINGS LLC | | 321 N CLARK STREET SUITE 2440 | | CHICAGO | IL | 60654 | |
| XMS XPDI SPONSOR HOLDINGS LLC | | 321 N CLARK STREET SUITE 2440 | | CHICAGO | IL | 60654 | |
| YOHAN LOWIE TR | | ADDRESS REDACTED | | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

# **Exhibit V**

**No person has been authorized to give any information or advice, or to make any representation, other than what is included in the Disclosure Statement and other materials accompanying this Ballot.**[1]

PLEASE NOTE THAT, EVEN IF YOU INTEND TO VOTE TO REJECT THE PLAN, YOU MUST STILL READ, COMPLETE, AND EXECUTE THIS ENTIRE BALLOT.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*, | § | Case No. 22-90341 (CML) |
| | § | |
| Debtors[2] | § | (Jointly Administered) |
| | § | |

## BALLOT FOR VOTING TO ACCEPT OR REJECT THE THIRD AMENDED JOINT CHAPTER 11 PLAN OF CORE SCIENTIFIC, INC. AND ITS AFFILIATED DEBTORS

### CLASS 12 (EXISTING COMMON INTEREST)

> **IN ORDER FOR YOUR VOTE TO BE COUNTED TOWARD CONFIRMATION OF THE PLAN, THIS BALLOT MUST BE COMPLETED, EXECUTED, AND RETURNED SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING AGENT ON OR BEFORE DECEMBER 13, 2023 AT 5:00 P.M. (PREVAILING CENTRAL TIME) (THE "VOTING DEADLINE"), UNLESS EXTENDED BY THE DEBTORS WITH THE CONSENT OF THE REQUISITE CONSENTING CREDITORS.**

Core Scientific, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") are soliciting votes with respect to the *Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors*, filed on November 16, 2023 (Docket No. 1438) (as may be modified, amended, or supplemented, the "**Plan**"). The Plan is attached as **Exhibit A** to the *Disclosure Statement for Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors*, filed on

---

[1]   All capitalized terms used but not defined herein or in the enclosed voting instructions have the meanings ascribed to them in the Plan, attached as Exhibit A to the Disclosure Statement.

[2]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, TX 78704.

November 16, 2023 (Docket No. 1439) (as may be modified, amended, or supplemented, the "**Disclosure Statement**").

Please use this Ballot to cast your vote to accept or reject the Plan if you are, as of November 9, 2023 (the "**Voting Record Date**"): a Holder of the common stock issued by Core Scientific, Inc.; or a beneficial Holder of any Vested RSUs.  The Disclosure Statement provides information to assist you in deciding whether to accept or reject the Plan.  If you do not have the Disclosure Statement, you may obtain a copy (a) for a fee via PACER at http://www.txs.uscourts.gov; or (b) from Stretto, Inc. (the "**Voting Agent**" or "**Stretto**") at no charge by accessing the Debtors' restructuring website at https://cases.stretto.com/CoreScientific/, by email at  CoreScientificInquiries@stretto.com, or by telephone at (949).404.4152 (Toll-Free) or +1 888.765.7875 (if calling from outside the U.S.).

If you have any questions on how to properly complete this Ballot, please contact the Voting Agent (i) by e-mail at CoreScientificInquiries@stretto.com, (ii) by writing to Core Scientific, Inc., Ballot Processing Center, c/o Stretto, Inc., 410 Exchange, Suite 100, Irvine, CA 92602, or (iii) via telephone at (949) 404-4152 (Toll-Free) or +1 (888) 765-7875 (if calling from outside the U.S.).  Please be advised that the Voting Agent cannot provide legal advice.  You may wish to seek legal advice concerning the Plan and the classification and treatment of your Class 8 General Unsecured Claim under the Plan.

---

**IMPORTANT NOTICE REGARDING TREATMENT FOR EXISTING COMMON INTERESTS CLASS 12**

As described in more detail in the Disclosure Statement, if the Plan is confirmed and the Effective Date occurs, except to the extent that a Holder of an Existing Common Interest agrees to a less favorable treatment of such Interest, each such Holder shall receive, in full and final satisfaction, settlement, release, and discharge of such Interest, on the Effective Date, or as soon as reasonably practicable thereafter, (i) such Holder's Pro Rata Equity Share of the Residual Equity Pool, (ii) such Holder's Pro Rata Equity Share of the New Warrants, and (iii) the right to participate in the Rights Offering in accordance with the Rights Offering Procedures; provided, that with respect to any Existing Common Interests that are Unvested Restricted Stock, any New Common Interests distributed to Holders on account of such Unvested Restricted Stock will be subject to the same restrictions/vesting conditions applicable to such Unvested Restricted Stock as of the Effective Date.

**PLEASE READ THE DISCLOSURE STATEMENT AND PLAN FOR MORE DETAILS.**

---

The Plan can be confirmed by the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") and thereby made binding on you if it is accepted by the Holders of (i) at least two-thirds in amount of the Allowed Claims or Interests voted in each Impaired Class, and (ii) if the Impaired Class is a Class of Claims, more than one-half in number of the Allowed Claims voted in each Impaired Class, and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under the Bankruptcy Code.  If the requisite acceptances are not obtained, the Bankruptcy Court may nonetheless confirm the Plan if it finds that the Plan (y) provides fair and equitable treatment to, and does not unfairly discriminate against,

the Class or Classes rejecting the Plan, and (z) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote or if you vote to reject the Plan.  To have your vote counted, you must complete, sign, and return this Ballot to the Voting Agent by the Voting Deadline.

This Ballot is solely for purposes of voting to accept or reject the Plan and not for the purpose of allowance or disallowance of, or distribution on account of, Class 12 Existing Common Interest.  You must provide all of the information requested by this Ballot.  Failure to do so may result in the disqualification of your vote.

**NOTICE REGARDING CERTAIN RELEASE,
EXCULPATION, AND INJUNCTION PROVISIONS IN PLAN**

**If you (i) vote to accept the Plan, (ii) are solicited to vote to accept or reject the Plan, but do not vote to either accept or reject the Plan, and do not opt out of granting the releases set forth in the Plan, (iii) vote, or are deemed, to reject the Plan or are presumed to accept the Plan but do not opt out of granting the releases set forth in the Plan, or (iv) were given notice of the opportunity to opt out of granting the releases contained in the Plan but do not opt out, you shall be deemed to have consented to the releases contained in Section 10.6(b) of the Plan.  The releases as presented in the Plan are provided below:**

**SECTION 10.5        INJUNCTION.**

**Except as otherwise expressly provided in the Plan or for distributions required to be paid or delivered pursuant to the Plan or the Confirmation Order, all Entities that have held, hold, or may hold Claims or Interests that have been released pursuant to Section 10.6(a) or Section 10.6(b), shall be discharged pursuant to Section 10.3 of the Plan, or are subject to exculpation pursuant to Section 10.7, and all Subcontractors and all other parties in interest are permanently enjoined, from and after the Effective Date, from taking any of the following actions against, as applicable, the Debtors, the Reorganized Debtors, the Released Parties, and/or the Exculpated Parties (to the extent of the exculpation provided pursuant to Section 10.7 with respect to the Exculpated Parties): (i) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests; (ii) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such Claims or Interests; (iii) creating, perfecting, or enforcing any Lien or encumbrance of any kind against such Entities or the property or the estates of such Entities on account of or in connection with or with respect to any such Claims or Interests; (iv) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such Claims or Interests unless (x) such Entity has timely asserted such setoff right either in a Filed Proof of Claim, or in another document Filed with the Bankruptcy Court explicitly preserving such setoff or that otherwise indicates that such entity asserts, has, or intends to preserve any right of setoff pursuant to applicable law or otherwise or (y) such right to setoff arises under a postpetition agreement with the Debtors or an Executory Contract that has been assumed by the Debtors as of the Effective Date; and (v) commencing**

or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests released, settled, and/or treated, entitled to a distribution, or cancelled pursuant to the Plan or otherwise Disallowed; *provided* that such persons who have held, hold, or may hold Claims against, or Interests in, a Debtor, a Reorganized Debtor, or an Estate shall not be precluded from exercising their rights and remedies, or obtaining the benefits, solely pursuant to and consistent with the terms of the Plan.

Subject in all respects to Section 11.1, no entity or person may commence or pursue a Claim or Cause of Action of any kind against any Released Party or Exculpated Party that arose or arises from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, and any and all related agreements, instruments, and/or other documents, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing without the Bankruptcy Court (i) first determining, after notice and a hearing, that such Claim or Cause of Action represents a claim of willful misconduct, fraud or gross negligence against a Released Party or Exculpated Party and (ii) specifically authorizing such Entity or Person to bring such Claim or Cause of Action against any such Released Party or Exculpated Party.  The Bankruptcy Court shall have sole and exclusive jurisdiction to determine whether a Claim or Cause of Action is colorable and, only to the extent legally permissible and as provided for in Section 11.1, shall have jurisdiction to adjudicate the underlying colorable Claim or Cause of Action.

**SECTION 10.6(a)      RELEASES BY THE DEBTORS.**

Notwithstanding anything contained in the Plan to the contrary, as of the Effective Date, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable

**consideration, the adequacy of which is hereby confirmed, including the obligations of the Debtors under the Plan and the contributions of the Released Parties to facilitate and implement the Plan, except as otherwise provided in the Plan or in the Confirmation Order, on and after the Effective Date, the Released Parties are deemed conclusively, absolutely, unconditionally and irrevocably, released and discharged by the Debtors, the Reorganized Debtors, and the Estates from any and all Claims, obligations, rights, suits, damages, Causes of Action, remedies, and liabilities whatsoever, including any derivative claims, asserted or assertable on behalf of the Debtors, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, in law, equity, or otherwise, that the Debtors, the Reorganized Debtors, the Estates, or their Affiliates would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date.  Notwithstanding anything to the contrary in the foregoing, the releases set forth in Section 10.6(a) of the Plan (i) shall only be applicable to the maximum extent permitted by law; (ii) shall not be construed as (a) releasing any Released Party from Claims or Causes of Action arising from an act or omission that is judicially determined by a Final Order to have constituted actual fraud (*provided* that actual fraud shall not exempt from the scope of these Debtor releases any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, (b) releasing any Released Party from Claims or Causes of Action held by the Debtors arising from an act or omission that is determined by a Final Order or by a federal government agency to have constituted a violation of any federal securities laws or (c) releasing any post-Effective Date obligations of any party or Entity**

under the Plan, the Confirmation Order, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.

**SECTION 10.6(b)**      <u>RELEASES BY HOLDERS OF CLAIMS AND INTERESTS</u>.

Notwithstanding anything contained in the Plan to the contrary, as of the Effective Date, for good and valuable consideration, the adequacy of which is hereby confirmed, except as otherwise provided in the Plan or in the Confirmation Order, to the fullest extent permissible under applicable law, as such law may be extended or integrated after the Effective Date, each Releasing Party, shall be deemed to have conclusively, absolutely, unconditionally, irrevocably, and forever, released, and discharged the Debtors, the Reorganized Debtors, and the Released Parties from any and all Claims, obligations, rights, suits, damages, Causes of Action, remedies, and liabilities whatsoever, including any derivative Claims or Causes of Action asserted or that may be asserted on behalf of the Debtors or their Estates, that such Entity would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, in law, equity, or otherwise, based on or relating to, or in any manner arising from, in whole or in part, any act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date, including any Claims or Causes of Action based on or relating to, or in any manner arising from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date. Notwithstanding anything to the contrary in the foregoing, the releases set forth in Section 10.6(b) of the Plan (i) shall only be applicable to the maximum extent permitted by law; and (ii) shall not be construed as

**(a) releasing any Released Party from Claims or Causes of Action arising from an act or omission that is judicially determined by a Final Order to have constituted actual fraud (*provided* that actual fraud shall not exempt from the scope of these third-party releases any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, or (b) releasing any post-Effective Date obligations of any party or Entity under the Plan, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.**

**SECTION 10.7          <u>EXCULPATION</u>.**

**Except as otherwise specifically provided in the Plan, no Exculpated Party shall have or incur liability for, and each Exculpated Party is hereby released and exculpated from, any Cause of Action for any claim related to any act or omission in connection with, relating to, or arising out, in whole or in part, from the Petition Date through the Effective Date, of the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors, the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, and related agreements, instruments, or other documents, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other related agreement, except for Claims or Causes of Action arising from an act or omission that is judicially determined in a Final Order to have constituted actual fraud, willful misconduct, or gross negligence, but in all respects, such Exculpated Parties shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities. The Exculpated Parties have, and upon completion of the Plan, shall be deemed to have, participated in good faith and in compliance with all applicable laws with regard to the solicitation and distribution of, consideration pursuant to the Plan and, therefore, are not, and on account of such distributions shall not be, liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Plan or such distributions made pursuant to the Plan. Notwithstanding anything to the contrary in the**

**foregoing, the exculpations set forth in Section 10.7 of the Plan (i) shall only be applicable to the maximum extent permitted by law; and (ii) shall not be construed as (a) exculpating any Exculpated Party from Claims or Causes of Action arising from an act or omission that is judicially determined by a Final Order to have constituted actual fraud (*provided* that actual fraud shall not exempt from the scope of these exculpations any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, or (b) exculpating any post-Effective Date obligations of any party or Entity under the Plan, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.**

**SECTION 5.17        CANCELLATION OF LIENS.**

(a)     Except as otherwise specifically provided in the Plan, including sections 4.4 and 4.6 of the Plan, all notes, instruments, certificates evidencing debt of the Debtors and Existing Common Interests will be cancelled and obligations of the Debtors thereunder will be discharged and of no further force or effect, except for the purpose of allowing the applicable agents and trustees to receive distributions from the Debtors under the Plan and to make any further distributions to the applicable Holders on account of their Allowed Claims and Interests.

(b)     After the Effective Date and following (i) the distributions to Holders on account of Allowed Convertible Notes Secured Claims and Allowed Miner Equipment Lender Secured Claims and/or (ii) with regard to Allowed M&M Lien Secured Claims, satisfaction of the applicable M&M Lien Takeback Debt, the Debtors or the Reorganized Debtors, at their expense, may, in their sole discretion, take any action necessary to terminate, cancel, extinguish, and/or evidence the release of any and all mortgages, deeds of trust, Liens, pledges, and other security interests with respect to the Convertible Notes Secured Claims, Miner Equipment Lender Secured Claims, and M&M Lien Secured Claims, including, without limitation, the preparation and filing of any and all documents necessary to terminate, satisfy, or release any mortgages, deeds of trust, Liens, pledges, and other security interests held by the Holders of the M&M Lien Secured Claims, Miner Equipment Lender Secured Claims, the Notes Agent, and/or Convertible Noteholders, including, without limitation, UCC-3 termination statements.

**Relevant Definitions Related to Release and Exculpation Provisions**:

                **"*Exculpated Parties*"** means each of the following in their capacity as such and, in each case, to the maximum extent permitted by law: (i) the Debtors; and (ii) Equity Committee and its members, each solely in their capacity as such.

                **"*Related Parties*"** means with respect to a Person, that Person's current and former Affiliates, and such Person's and its current and former Affiliates' current and former directors, managers, officers, equity holders (regardless of whether such interests are held directly or indirectly), affiliated investment funds or investment vehicles, predecessors, participants, successors, and assigns, subsidiaries, and each of their respective current and former equity holders, officers, directors, managers, principals, members, employees, agents, fiduciaries,

trustees, advisory board members, financial advisors, partners, limited partners, general partners, attorneys, accountants, managed accounts or funds, management companies, fund advisors, investment bankers, consultants, representatives, and other professionals, and such Person's respective heirs, executors, estates, and nominees, each in their capacity as such, and any and all other Persons or Entities that may purport to assert any Cause of Action derivatively, by or through the foregoing entities.

*"Released Parties"* means, collectively: (i) the Debtors; (ii) the Reorganized Debtors; (iii) the Equity Committee and its members that are party to the RSA, solely in their capacities as such; (iv) the Backstop Parties; (v) the Settling Miner Equipment Lenders; (vi) Brown Corporation; (vii) Holliwood LLC; (viii) the Ad Hoc Noteholder Group; (ix) the Consenting Creditors; (x) the Exit Lenders; (xi) the Notes Agent, solely in its capacity as such; and (xii) with respect to each of the foregoing Persons in clauses (i) through (xi), all Related Parties. Notwithstanding the foregoing, any Person that opts out of the releases set forth in section 10.6(b) of the Plan shall not be deemed a Released Party thereunder.

*"Releasing Parties"* means collectively, and in each case solely in their capacity as such, (i) the Debtors; (ii) the Reorganized Debtors; (iii) with respect to each of the foregoing Persons in clauses (i) through (ii), all Related Parties; (iv) the Released Parties; (v) the Holders of all Claims or Interests that vote to accept the Plan; (vi) the Holders of all Claims or Interests whose vote to accept or reject the Plan is solicited but that do not vote either to accept or to reject the Plan and do not opt out of granting the releases set forth in the Plan; (vii) the Holders of all Claims or Interests that vote, or are deemed, to reject the Plan or that are presumed to accept the Plan but do not opt out of granting the releases set forth in the Plan; and (viii) the Holders of all Claims and Interests and all Other Beneficial Owners that were given notice of the opportunity to opt out of granting the releases set forth in the Plan but did not opt out.

**YOU ARE ADVISED AND ENCOURAGED TO CAREFULLY REVIEW AND CONSIDER THE PLAN, INCLUDING THE RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AS YOUR RIGHTS MIGHT BE AFFECTED.**

**PLEASE READ THE ATTACHED VOTING INFORMATION
AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT**

---

**PLEASE COMPLETE ITEMS 1, 2, 3, AND 4. IF THIS BALLOT HAS NOT BEEN PROPERLY SIGNED IN THE SPACE PROVIDED, YOUR VOTE MAY NOT BE VALID OR COUNTED AS HAVING BEEN CAST.**

---

**Item 1.        Number of Existing Common Interests**. The undersigned hereby certifies that, as of the Voting Record Date, the undersigned was the Holder (or authorized signatory of such a Holder) of the following number of Existing Common Interests.

| Voting Class | Description | Number of Existing Common Interests |
|---|---|---|
| Class 12 | Existing Common Interest as of the Voting Record Date (November 9, 2023) | _____ |

**Item 2.        Votes on the Plan**.  Please vote either to accept or to reject the Plan with respect to your Claims below.  Any Ballot not marked either to accept or reject the Plan, or marked both to accept and reject the Plan, shall not be counted in determining acceptance or rejection of the Plan.

---

**Prior to voting on the Plan, please note the following:**

**If you (i) vote to accept the Plan, (ii) do not vote either to accept or reject the Plan and do not check the box in Item 3 below, or (iii) vote to reject the Plan and do not check the box in Item 3 below, in each case you shall be deemed to have consented to the release provisions set forth in Section 10.6(b) of the Plan.**

**The Disclosure Statement and the Plan must be referenced for a complete description of the release, injunction, and exculpation provisions.**

---

The undersigned Holder of a Class 12 Existing Common Interest votes to (please check <u>one and only one</u> box):

☐ **Accept** (vote for) the Plan              ☐ **Reject** (vote against) the Plan.

**<u>Your vote on the Plan will be applied to each applicable Debtor in the same manner and in the same amount as indicated in Item 1 and Item 2 above.</u>**

**Item 3.        Optional Opt Out Release Election**.  Check the box below if you elect not to grant the releases contained in Section 10.6(b) of the Plan.  If you voted to reject the Plan in Item 2 above, or if you are abstaining from voting to accept or reject the Plan, check this box if you elect not to grant the releases contained in Section 10.6(b) of the Plan.  Election to withhold consent is at your option. If you voted to accept the Plan in Item 2 above, you **<u>may not</u>** complete this Item 3, and if you complete this Item 3, your "opt out" election will be ineffective.  If you submit a

rejecting Ballot, or if you abstain from submitting a Ballot, and in each case, you do not check the box below, you will be deemed to consent to the releases contained in Section 10.6(b) of the Plan to the fullest extent permitted by applicable law.  The Holder of the Class 12 Existing Common Interest set forth in Item 1 elects to:

☐ **OPT OUT** of the releases contained only in Section 10.6(b) of the Plan.

**Item 4.**        **Acknowledgements**.  By signing this Ballot, the Holder (or authorized signatory of such Holder) acknowledges review and receipt of the Plan, the Disclosure Statement, and the other applicable solicitation materials, and certifies that (i) it has the power and authority to vote to accept or reject the Plan, (ii) it was the Holder (or is entitled to vote on behalf of such Holder) of the Existing Common Interests described in Item 1 as of the Voting Record Date, and (iii) all authority conferred, or agreed to be conferred, pursuant to this Ballot, and every obligation of the undersigned hereunder, shall be binding on the transferees, successors, assigns, heirs, executors, administrators, trustees in bankruptcy, and legal representatives of the undersigned, and shall not be affected by, and shall survive, the death or incapacity of the undersigned.

Name of Holder _____

Signature _____

If by Authorized Agent, Name and Title _____

Name of Institution _____

Street Address _____

City, State, Zip Code _____

Telephone Number _____

Date Completed _____

E-Mail Address _____

**VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT**

1.    Ballots received after the Voting Deadline (if the Voting Deadline has not been extended) may not, at the Debtors' discretion, be counted.  **The Voting Agent will tabulate all properly completed Ballots received on or before the Voting Deadline.**

2.    Complete the Ballot by providing all the information requested, signing, dating, and returning the Ballot to the Voting Agent.  Any Ballot that is illegible, contains insufficient information to identify the Holder, or is unsigned[3] will not be counted.  Ballots may not be submitted to the Voting Agent by facsimile or electronic mail.  If neither the "**accept**" nor "**reject**" box is checked in Item 2, both boxes are checked in Item 2, or the Ballot is otherwise not properly completed, executed, or timely returned, then the Ballot shall not be counted in determining acceptance or rejection of the Plan.

3.    You must vote all of your Existing Common Interests within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different or inconsistent Interests within a single Class under the Plan, the Ballots are not voted in the same manner, and you do not correct this before the Voting Deadline, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

4.    The Ballot does not constitute, and shall not be deemed to be, a Proof of Claim or Interest or an assertion or admission of Claims or Interests.

5.    The Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan.

6.    If you cast more than one Ballot voting the same Existing Common Interests prior to the Voting Deadline, the latest received, properly executed Ballot submitted to the Voting Agent will supersede any prior Ballot.

7.    If (i) the Debtors revoke or withdraw the Plan, or (ii) the Confirmation Order is not entered or consummation of the Plan does not occur, this Ballot shall automatically be null and void and deemed withdrawn without any requirement of affirmative action by or notice to you.

8.    There may be changes made to the Plan that do not cause material adverse effects on an accepting Class.  If such non-material changes are made to the Plan, the Debtors will not resolicit votes for acceptance or rejection of the Plan.

9.    NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT, ANY

---

[3] E-Ballots submitted on the Online Portal will be deemed to contain a legal, valid signature.

SUPPLEMENTAL INFORMATION PROVIDED BY THE DEBTORS, OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

10.    PLEASE RETURN YOUR BALLOT PROMPTLY.

11.    IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE VOTING AGENT BY CALLING (949) 404-4152 (TOLL-FREE) OR +1 (888) 765-7875(IF CALLING FROM OUTSIDE THE U.S.);WRITING CORE SCIENTIFIC, INC., BALLOT PROCESSING CENTER, C/O STRETTO, INC., 410 EXCHANGE, SUITE 100, IRVINE, CA 92602; OR BY SENDING AN ELECTRONIC MAIL MESSAGE TO CORESCIENTIFICINQUIRIES@STRETTO.COM WITH "CORE SCIENTIFIC" IN THE SUBJECT LINE.   PLEASE DO NOT DIRECT ANY INQUIRIES TO THE BANKRUPTCY COURT.

12.    THE VOTING AGENT IS NOT AUTHORIZED TO AND WILL NOT PROVIDE LEGAL ADVICE.

**PLEASE SUBMIT YOUR BALLOT BY ONLY <u>ONE</u> OF THE FOLLOWING METHODS:** (i) Online submission of an E-Ballot through the Online Portal, (ii) paper copy submission, in the return envelope provided, (iii) paper copy submission by hand delivery or overnight mail, or (iv) paper copy submission by first class mail.

**IF YOU WISH TO COORDINATE HAND DELIVERY OF YOUR BALLOT, PLEASE NOTIFY THE VOTING AGENT VIA E-MAIL AT CORESCIENTIFICINQUIRIES@STRETTO.COM (WITH "CORE SCIENTIFIC BALLOT" IN THE SUBJECT LINE) AT LEAST 24 HOURS IN ADVANCE OF THE ANTICIPATED DELIVERY DATE.**

**ALL BALLOTS MUST BE PROPERLY EXECUTED, COMPLETED, AND DELIVERED ACCORDING TO THE VOTING INSTRUCTIONS SO THAT THE BALLOTS ARE ACTUALLY RECEIVED BY THE VOTING AGENT NO LATER THAN THE VOTING DEADLINE.**

### <u>Online Portal Voting Instructions</u>

**To properly submit your Ballot electronically, you must electronically complete, sign, and return this customized electronic Ballot by utilizing the Online Portal platform on the Stretto website by visiting https://cases.stretto.com/CoreScientific/, clicking on the "Submit E-Ballot" link and following the instructions set forth on the website.  Your Ballot must be received by Stretto no later than December 13, 2023 at 5:00 p.m. (Prevailing Central Time), the Voting Deadline, unless such time is extended by the Debtors with the consent of the Requisite Consenting Creditors.  <u>HOLDERS ARE STRONGLY ENCOURAGED TO SUBMIT THEIR BALLOTS VIA THE ONLINE PORTAL PLATFORM.</u>  The Stretto "Online Portal" platform is the sole manner in which ballots will be accepted via electronic**

or online transmission.  Ballots submitted by facsimile, electronic mail, or other means of electronic transmission will not be counted.

**IMPORTANT NOTE: You will need the following information to retrieve and submit your customized electronic Ballot:**

Unique E-Ballot ID#:  _____

Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.  Ballots submitted by E-Ballot will be deemed to contain a legal, valid signature.

**Holders who cast a Ballot using Stretto's "Online Portal" platform should <u>NOT</u> also submit a paper Ballot.**

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS DECEMBER 13, 2023 AT 5:00 P.M. (PREVAILING CENTRAL TIME).**

<u>**Paper Copy Ballot Submission**</u>

| **STRETTO'S ADDRESS FOR RECEIPT OF PAPER BALLOTS (WHETHER BY HAND DELIVERY, OVERNIGHT MAIL, OR FIRST CLASS MAIL)** |
|---|
| **CORE SCIENTIFIC, INC.**<br>**BALLOT PROCESSING CENTER**<br>**C/O STRETTO, INC.**<br>**410 EXCHANGE, SUITE 100**<br>**IRVINE, CA 92602** |

If you are unable to use the Online Portal platform or need assistance in completing and submitting your Ballot, please contact Stretto (i) via e-mail at CoreScientificInquiries@stretto.com; (ii) via mail by writing Core Scientific, Inc., Ballot Processing Center, C/O Stretto, Inc., 410 Exchange, Suite 100, Irvine, CA 92602; or (iii) via telephone at (949) 404-4152 (Toll-Free) or +1 (888) 765-7875 (if calling from outside the U.S.)..

# **Exhibit W**

November 17, 2023

To:    Equity Holders of Core Scientific, Inc.

### I.    Recommendation

You are receiving this letter because you hold equity in Core Scientific Inc. ("***Core***").  On December 22, 2022, Core and its affiliated debtor entities (collectively, the "***Debtors***") filed chapter 11 bankruptcy cases.  The Official Committee of Equity Security Holders (the "***Equity Committee***") was appointed in March 2023 to represent the interests of all equity holders in the Debtors' bankruptcy cases.  The Equity Committee has fought tirelessly for equity holders and engaged in extensive negotiations with the Debtors and other stakeholders in these chapter 11 cases.  The result of these efforts and negotiations is the Debtors' *Third Amended Joint Chapter 11 Plan* [Docket No. 1407] (the "***Plan***"), which resolves various disputes among the Debtors, the Equity Committee, and certain other stakeholders, including an ad hoc group of the Debtors' secured convertible notes (the "***Ad Hoc Noteholder Group***").

The Equity Committee supports the Plan and believes that it provides a fair and reasonable outcome for existing equity holders under the circumstances—with significantly more recovery for equity holders than was contemplated when these bankruptcy cases were initially filed.  Under the Plan, equity holders will receive their pro rata share of:

- equity in reorganized Core, anticipated to be approximately 32% of the total equity;

- two tranches of warrants to purchase up to 50% of the equity in reorganized Core in the future, if certain conditions are met; and

- the opportunity to participate in an Equity Rights Offering ("***ERO***") to purchase additional equity in reorganized Core at a 30% discount to the $1.5 billion Plan enterprise value.

**Accordingly, the Equity Committee recommends that you vote in favor of the Plan by checking the "ACCEPT (vote for) the Plan" box on the ballot you have received with this letter.**

<div align="center">

**Accept** (vote for) the Plan

</div>

For your vote to count, you must submit your ballot in accordance with the instructions provided in these materials so that is actually received no later than **<u>5:00 pm Central Time on December 13, 2023</u>**.

Although this letter provides a summary of the terms of the Plan and the material events of these chapter 11 cases, you must read the Plan, the Disclosure Statement, and the other materials included with this letter.  Those materials provide specific instructions on how to properly submit your Ballot so your vote is counted.

## II.     Background

Core and its subsidiaries filed their chapter 11 bankruptcy cases in December 2022, in the midst of the "crypto-winter" and significantly depressed bitcoin prices.  At the time, the Debtors had entered into a restructuring support agreement that would have provided the Ad Hoc Noteholder Group with more than 97% of the equity interests in reorganized Core, with the remaining 3% shared between unsecured creditors and existing equity holders.

As the price of bitcoin began to rebound in early 2023, the Debtors elected to terminate their restructuring support agreement with the Ad Hoc Noteholder Group on February 10, 2023 [Docket No. 517].  In parallel with these improving market conditions, an ad hoc group of existing equity holders began advocating for the appointment of an equity committee and in March 2023, after litigation and negotiations, the Debtors and other stakeholders agreed to appointment of an equity committee.  On March 23, 2023, the U.S. Trustee filed the notice appointing the members of the Equity Committee [Docket No. 724].  The Equity Committee has since retained Vinson & Elkins LLP as its legal counsel and FTI Consulting, Inc. as its financial advisor.

Throughout the spring of 2023, the price of bitcoin continued to climb.  The Debtors revised their business plan to address the changing market and presented the revised business plan to the Court on May 22, 2023 [Docket No. 923].  In the months that followed, the Debtors and the Equity Committee sought to establish consensus regarding the revised business plan and a proposed plan of reorganization that reflected the improved market conditions and provided a corresponding recovery to the Debtors' equity holders.  However, significant disputes emerged regarding the Debtors' enterprise value and corresponding recoveries to stakeholders.

In hopes of finding a consensual path forward, the Debtors and their stakeholders agreed to mediate these issues before the Honorable Marvin Isgur of the United States Bankruptcy Court for the Southern District of Texas in July 2023.  This mediation lasted multiple months and eventually the Debtors and the Ad Hoc Noteholder Group agreed to the economic terms of a potential settlement.  However, implementing this settlement required extensive negotiations with other parties, including the Equity Committee.

On October 30, 2023, these negotiations were memorialized in the *Restructuring Term Sheet*, among the Debtors, the Equity Committee, and the Ad Hoc Noteholder Group [Docket No. 1367], which set forth the economic terms of the proposed restructuring and formed the basis of the Plan.  After further negotiations, the Debtors, the Equity Committee, and the Ad Hoc Noteholder Group also agreed to the terms of a revised Restructuring Support Agreement, which formally documented the obligations and rights of the parties with respect to the proposed restructuring and was filed on the Court's docket on November 16, 2023 [Docket No. [•]] (the "***RSA***").

## III.    The Plan

The Plan, which is the product of months-long mediation and negotiation, settles several contested issues among the Debtors, the Equity Committee, and the Ad Hoc Noteholder Group.  Any alternatives to the Plan would likely result in protracted litigation, diminished recoveries to equity holders, and increased professional fees due to the additional time spent in chapter 11.  The

treatment for all holders of claims and interests is set forth in Article IV of the Plan and in Section II of the Disclosure Statement.

Specifically, the Plan provides the following treatment for Core's existing equity holders on a *pro rata* basis:

- Equity holders will receive approximately 32% of the equity interests of reorganized Core, after distribution to senior creditors under the Plan.

- Equity holders will also receive two tranches of warrants, which are summarized in the table below.  The Tranche 1 Warrants have a 3-year term.  Within those three years, the Tranche 1 Warrants may be redeemed for up to 30% of outstanding equity after reorganized Core's enterprise value reaches a strike price of $1.875 billion.  The Tranche 2 Warrants have a 5-year term and may be redeemed for up to 20% of outstanding equity after reorganized Core's enterprise value reaches $2.5 billion.[1]

|  | **Tranche 1 Warrants** | **Tranche 2 Warrants** |
|---|---|---|
| **Amount** | Up to 30% of equity in reorganized Core, subject to dilution by Tranche 2 Warrants | Up to 20% of equity in reorganized Core |
| **Exercise Valuation** | Strike price based on $1.875 billion TEV | Penny warrant exercisable at or above $2.5 billion TEV |
| **Exercise Provision** | Cash exercise only | Cash or cashless exercise |
| **Term** | Three years | Five years |
| **Black-Scholes Protections** | Yes, with respect to consideration other than listed, freely tradable stock | Yes, with respect to consideration other than listed, freely tradable stock |

- Equity holders will also receive the opportunity to subscribe to the ERO for up to $55 million of reorganized Core's equity interests.  The equity interests in the ERO are available at a 30% discount to the Plan's proposed equity value.  As a result, existing equity holders have a unique opportunity to purchase additional shares of reorganized Core at a discount in addition to their recovery of equity interests in reorganized Core.

---

[1]   A detailed description of the warrants and their terms is available in Section [I.A.iii] of the Disclosure Statement.

An illustration of the potential equity splits under the Plan is included below.

| Class | $37.1 million Rights Offering | $55 million Rights Offering |
|---|---|---|
| | % of Effective Date New Common Interests[2] | |
| **Convertible Noteholder Equity Distribution** | 37.9% | 34.0% |
| **Class 3 (Miner Equipment Lenders)** | 4.2% | 4.2% |
| **Class 8 (GUC Claims)** | 10.2% | 10.2% |
| **Class 11 (510(b) Claims)** | 0% | 0% |
| **Class 12 (Existing Common Interests)** | 32.6% | 33.3% |
| **Rights Offering–Backstop Commitment Premium** | 1.4% | 1.4% |
| **Rights Offering– Subscription + Backstop Shares** | 6.8% | 10.1% |
| **Shares reserved for Bitmain** | 6.9% | 6.9% |
| **Total** | 100% | 100% |
| **Total Existing Common Interest Equity Ownership (including Backstop Fee)[3]** | 40.8% | 44.7% |

## IV.   The Equity Rights Offering

The ERO will provide the Debtors with up to $55 million of liquidity to fund recoveries to stakeholders under the Plan and provide the Company with additional liquidity.  Equity holders have the opportunity to subscribe to their pro rata percentage of subscriptions offered in the ERO. Additional details regarding the ERO have been separately sent to you, but a key feature of the shares offered in the ERO is that they are issued at a 30% discount to the "Plan Equity Value" based on a $1.5 billion total enterprise value for Core.  As a result, an existing equity holder that invested $1.0 million in subscription rights in the ERO would receive approximately $1.42 million of value in equity of reorganized Core after applying the 30% discount.

## V.   Conclusion

The Equity Committee believes that the Plan provides a fair and reasonable recovery for Core's existing equity holders under the circumstances and the most expeditious path for the Debtors to emerge from these chapter 11 cases.  Accordingly, as stated above, the Equity Committee supports the Plan, and encourages each equity holder receiving this letter to vote to

---

[2]   These equity percentages are illustrative only and are subject to changes based on, among others, final professional fees, the resolution of certain disputed claims asserted by creditors, and elections made by senior creditors, among others.  If claims are allowed in amounts different than the Debtors' estimate, the percentages below may differ from the estimates provided.

[3]   Includes Backstop Fees earned by Commitment Parties (as defined below) that hold existing equity interests of Core.

**ACCEPT** the Plan and return its ballot in accordance with the instructions enclosed **no later than 5:00 pm Central Time on December 13, 2023**.

# **Exhibit X**



**Exhibit X**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| 36th Street Capital Partners LLC, Prime Alliance Bank, Inc., and Wingspire Equipment Finance, LLC | c/o Reed Smith LLP | Attn: Devan J. Dal Col | 2850 N. Harwood, Suite 1500 | Dallas | TX | 75201 | |
| ABLe Communications, Inc. | c/o Forshey & Prostok LLP | Attn: Jeff P. Prostok, Dyland T.F. Ross | 777 Main Street, Suite 1550 | Fort Worth | TX | 76102 | |
| Ad Hoc Equity Group | c/o Skadden, Arps, Slate, Meagher & Flom LLP | Attn: George N. Panagakis, Ron E. Meisler, Christopher M. Dressel, Jennifer Madden | 155 North Wacker Drive | Chicago | IL | 60606-1720 | |
| Ad Hoc Equity Group | c/o Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Noelle M. Reed | 1000 Louisiana Street, Suite 6800 | Houston | TX | 77002 | |
| Ad Hoc Group of Secured Convertible Noteholders | c/o Paul Hastings LLP | Attn: James T Grogan III | 600 Travis Street 58th Floor | Houston | TX | 77002 | |
| Ad Hoc Group of Secured Convertible Noteholders | c/o Paul Hastings LLP | Attn: Kristopher M Hansen, Erez E Gilad, Sayan Bhattacharyya & Joanne Lau | 200 Park Ave | New York | NY | 10166 | |
| Amazon Web Services Inc | Attn: Rashmi Manchanda | 410 Terry Avenue North | | Seattle | WA | 98109-5210 | |
| AmTrust North America, Inc. on behalf of Associated Industries Insurance Company, Inc. | c/o Maurice Wutscher, LLP | Attn: Alan C. Hochheiser | 23611 Chagrin Blvd Suite 207 | Beachwood | OH | 44122 | |
| Anchorage Lending CA, LLC | c/o Otterbourg P.C. | Attn: James Drew | 230 Park Avenue | New York | NY | 10169 | |
| Anchorage Lending CA, LLC | c/o Winston & Strawn LLP | Attn: David Neier | 200 Park Avenue, 40th Floor | New York | NY | 10166 | |
| Atalaya Capital Management LP | c/o Holland & Knight LLP | Attn: Brent R. McIlwain and Brian Smith | 1722 Routh Street Suite 1500 | Dallas | TX | 75201 | |
| B. Riley Financial, Inc. | c/o Willkie Farr & Gallagher LLP | Attn: Melanie Mansfield | 300 North LeSalle Dr | Chicago | IL | 60654 | |
| Bank of America | | 401 Union St | Fl 26 | Seattle | WA | 98101-2678 | |
| Barings BDC, Inc. | | 300 S. Tryon St | | Charlotte | NC | 28202 | |
| Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. | c/o Arnold & Porter Kaye Scholer LLP | Attn: Michael D. Messersmith, Brian J. Lohan & Sarah Gryll | 70 West Madison Street Suite 4200 | Chicago | IL | 60602 | |
| Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. | c/o Arnold & Porter Kaye Scholer LLP | Attn: C. Thomas Kruse | 700 Louisiana St Suite 4000 | Houston | TX | 77002 | |
| Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. | c/o Arnold & Porter Kaye Scholer LLP | Attn: Jeffrey A. Fuisz, Madelyn A. Nicolini & Robert T. Franciscovich | 250 West 55th Street | New York | NY | 10019 | |
| Barings Capital Investment | | 300 S. Tryon St | | Charlotte | NC | 28202 | |
| Barings LLC | Attn: Steve Johnson | 300 South Tryon Street, Suite 2500 | | Charlotte | NC | 18202 | |
| Barings Private Credit Corp | | 300 S. Tryon St | | Charlotte | NC | 28202 | |
| BlockFi Inc | c/o Haynes and Boone LLP | Attn: Matthew Frankle | 30 Rockefeller Plaza, 26th Floor | New York | NY | 10112 | |
| BlockFi, Inc. | c/o Haynes and Boone, LLP | Attn: Kenric D. Kattner & Arsalan Muhammad | 1221 McKinney Street Suite 4000 | Houston | TX | 77010 | |
| BlockFi, Inc. | c/o Haynes and Boone, LLP | Attn: Matt Ferris & Charles M. Jones II | 2801 N Harwood Street Suite 2300 | Dallas | TX | 75201 | |
| BlockFi, Inc. | c/o Haynes and Boone, LLP | Attn: Richard Kanowitz | 30 Rockefeller Plaza, 26th Floor | New York | NY | 10112 | |
| Board of Directors of Core Scientific, Inc. | c/o Scheef & Stone, L.L.P. | Attn: Peter C. Lewis, Esq. | 500 North Akard Street, Suite 2700 | Dallas | TX | 75201 | |
| Bremer Bank | | 3100 South Columbia Road | | Grand Forks | ND | 58201 | |
| Brent Berge | | Address Redacted | | | | | |

 STRETTO

**Exhibit X**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| BRF Finance Co., LLC | Attn: General Counsel | 30870 Russell Ranch Road Ste 250 | | Westlake Village | CA | 91362 | |
| CDW Direct | Attn: Vida Krug | 200 N. Milwaukee Avenue | | Vernon Hills | IL | 60061 | |
| CEC Energy Services, LLC | c/o Branscomb PLLC | Attn: Patrick H. Autry | 4630 North Loop 1604 West Suite 206 | San Antonio | TX | 78249 | |
| CEC Energy Services, LLC | c/o Hughes Watters Askanase, LLP | Attn: Waynes Kitchen | Total Plaza, 1201 Louisiana, 28th Fl | Houston | TX | 77002 | |
| CES Corporation | Attn: Scott Weatherall | 28029-108 Avenue | | Acheson | AB | T7Z 6P7 | Canada |
| Charles Basil and Mitch Edwards | c/o Ervin Cohen & Jessup LLP | Attn: Byron Z. Moldo, Russell M. Selmont | 9401 Wilshire Boulevard, 12th Floor | Beverly Hills | CA | 90212 | |
| Cherokee County Tax Collector | Attn: Delenna Stiles, Tax Collector | 75 Peachtree Street  #225 | | Murphy | NC | 28906-2947 | |
| City National Bank | | 555 South Flower Street | | Los Angeles | CA | 90071 | |
| City of Dalton, Georgia by and through its Board of Water, Light and Sinking Fund Commissioners d/b/a Dalton Utilities | c/o Howley Law PLLC | Attn: Tom A. Howley and Eric Terry | Pennzoil Place – South Tower, 711 Louisiana St., Suite 1850 | Houston | TX | 77002 | |
| City of Dalton, Georgia by and through its Board of Water, Light and Sinking Fund Commissioners d/b/a Dalton Utilities | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Matthew Ray Brooks | 875 Third Avenue | New York | NY | 10022 | |
| City of Dalton, Georgia by and through its Board of Water, Light and Sinking Fund Commissioners d/b/a Dalton Utilities | c/o Troutman Pepper Hamilton Sanders LLP | PO Box 1709 | | Wilmington | DE | 19899-1709 | |
| City of Denton | c/o Haynes and Boone, LLP | Attn: Kelli S. Norfleet | 1221 McKinney Street Suite 4000 | Houston | TX | 77010 | |
| City of Denton | c/o Haynes and Boone, LLP | Attn: Martha Wyrick, Thomas J. Zavala | 2801 N Harwood Street, Suite 2300 | Dallas | TX | 75201 | |
| Coinbase Inc | c/o Coinbase Custody Trust Co LLC | 100 Pine St, Ste 1250 | | San Francisco | CA | 94111 | |
| Conflicts and Efficiency Counsel to the Official Committee of Unsecured Creditors | c/o Gray Reed | Attn: Jason S. Brookner & Lydia R. Webb | 1300 Post Oak Blvd, Suite 2000 | Houston | TX | 77056 | |
| Cooley LLP | Attn: Daniel Peale | 3 Embarcadero Center, 20th Floor | | San Francisco | CA | 94111-4004 | |
| Dallas County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | 2777 N Stemmons Freeway Suite 1000 | Dallas | TX | 75207 | |
| Dalton Utilities | Attn: Tom Bundros | 1200 V D Parrott Jr Pkwy | | Dalton | GA | 30721 | |
| Dalton Utilities | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Matthew R. Brooks | 600 Peachtree Street NE, Suite 3000 | Atlanta | GA | 30308 | |
| DK Construction Company | Attn: Justin Edwards, President | 5165 Gilbertsville Highway | | Calvert City | KY | 42029-0388 | |
| Douglas S. Wall | | Address Redacted | | | | | |
| Duke Energy | Attn: Tammy Daber, Power Contracts Administrator | 9700 David Taylor Dr. | Mail Code: DT01X | Charlotte | NC | 28262 | |
| FlowTX | Attn: Lucas Leavitt | PO Box 90014 | | San Antonio | TX | 78209-9086 | |
| Foundry Digital LLC | c/o Porter Hedges LLP | Attn: John F. Higgins, M. Shane Johnson, Megan N. Young-John | 1000 Main Street, 36th Floor | Houston | TX | 77002 | |
| Foundry Digital LLC [DCG Foundry LLC] | c/o Schulte Roth & Zabel LLP | Attn: Kristine G. Manoukian, Abbey Walsh, Peter J. Amend | 919 Third Avenue | New York | NY | 10022 | |
| Gaylor Electric, Inc. d/b/a Gaylor, Inc. | c/o Bradley Arant Boult Cummings LLP | Attn: James B Bailey | One Federal Place, 1819 5th Avenue N | Birmingham | AL | 35203 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit X**

Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Gem Mining | c/o Maynard, Cooper & Gale, P.C. | Attn: Stephen C. Jackson | 1901 Sixth Avenue North, Suite 1700 | Birmingham | AL | 35203 | |
| General Casualty Company of Wisconsin | c/o Shook, Hardy & Bacon L.L.P. | Attn: John Lewis, Jr. | 600 Travis St. Suite 3400 | Houston | TX | 77002 | |
| Gensler | Attn: Todd Runkle | 1011 S. Congress Ave, Building 1, Ste 200 | | Austin | TX | 78704 | |
| Harper Construction Company, Inc | Attn: Stephen Marble | 2241 Kettner Blvd Ste 300 | | San Diego | CA | 92101 | |
| Harper Construction Company, Inc. | c/o Mulinix Eddy & Ewert, PLLC | Attn: Russell L. Mulinix | 210 Park Avenue, Suite 3030 | Oklahoma City | OK | 73102 | |
| Harper Construction Company, Inc. | c/o Porter Hedges LLP | Attn: John F. Higgins, M. Shane Johnson | 1000 Main Street, 36th Floor | Houston | TX | 77002 | |
| Herc Rentals | Attn: Leslie Hunziker | 27500 Riverview Center Blvd Ste 100 | | Bonita Springs | FL | 34134 | |
| Huband-Mantor Construction, Inc. | c/o Cokinos Young | Attn: Jay K. Farwell & Stephanie O'Rourke | 10999 I-10 West Suite 800 | San Antonio | TX | 78230 | |
| Huband-Mantor Construction, Inc. | c/o Law Offices of Ray Battaglia, PLLC | Attn: Raymond W. Battaglia | 66 Granburg Circle | San Antonio | TX | 78218 | |
| Indigo Direct Lending, LLC | c/o Ross, Smith & Binford, PC | Attn: Frances A. Smith, Judith W. Ross | 700 N. Pearl Street, Suite 1610, North Tower | Dallas | TX | 75201 | |
| Internal Revenue Service | | Department of the Treasury | | Ogden | UT | 84201-0045 | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | 1111 Pennsylvania Ave NW | | Washington | DC | 20004-2541 | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Internal Revenue Service | Houston Department | 1919 Smith Street | | Houston | TX | 77002 | |
| Janice J. Kelly | c/o Dee J. Kelly, Jr. | 201 Main St., Ste, 2500 | | Fort Worth | TX | 76102 | |
| Kentucky Department of Revenue | Attn: Thomas B. Miller | 501 High Street | | Frankfort | KY | 40601 | |
| LiveView Technologies Inc | Attn: Chris Parker | 1226 S 1480 W | | Orem | UT | 84058 | |
| Luxor Technology Corp | | 1100 Bellevue Way NE | Suite 8A #514 | Bellevue | WA | 98004 | |
| LV.NET, LLC | c/o Hendershot Cowart P.C. | Attn: Simon W. Hendershot, III, Carolyn Carollo | 1800 Bering Drive, Suite 600 | Houston | TX | 77057 | |
| Maddox Industrial Transformer, LLC | c/o Haynsworth Sinkler Boyd, P.A. | Attn: Mary M. Caskey, Esq. | Post Office Box 11889 | Columbia | SC | 29211 | |
| Marnoy Interests, Ltd. d/b/a Office Pavilion | c/o Ferguson Braswell Fraser Kubasta PC | Attn: Rachel L. Smiley | 2500 Dallas Parkway, Suite 600 | Plano | TX | 75093 | |
| Marshall County Sheriff | Attn: Trent Weaver, Sheriff | 52 Judicial Dr | | Benton | KY | 42025 | |
| MassMutual Asset Finance LLC | Attn: David Coutu | 2 Hampshire Street | Suite 101 | Foxboro | MA | 02035 | |
| MassMutual Asset Finance LLC | c/o Verrill Dana LLP | Attn: Nathaniel R. Hull | One Portland Square | Portland | ME | 04101 | |
| McCarthy Building Companies Inc. | c/o Watt, Tieder, Hoffar & Fitzgerald, LLP | Attn: Jennifer L. Kneeland and Marguerite Lee DeVoll | 1765 Greensboro Station Place Suite 1000 | McLean | VA | 22102 | |
| McDermott Will and Emery LLP | Attn: Alexandra Catherina Scheibe | 1 Vanderbilt Ave | | New York | NY | 10017 | |
| MK Marlow Company, LLC | c/o Scott Viscuso, PLLC | Attn: Eric L Scott | 1105 North Bishop Avenue | Dallas | TX | 75208 | |
| MP2 Energy Texas, LLC d/b/a Shell Energy Solutions | Attn: Aren Hansen | 909 FANNIN ST | STE 3500 | HOUSTON | TX | 77010-1034 | |
| North Mill Equipment Finance LLC | c/o Padfield & Stout, L.L.P. | Attn: Christopher V. Arisco | 420 Throckmorton Street, Suite 1210 | Fort Worth | TX | 76102 | |
| NYDIG ABL LLC | c/o Sidley Austin LLP | Attn: Dennis M. Twomey and Jackson T. Garvey | One South Dearborn Street | Chicago | IL | 60603 | |
| NYDIG ABL LLC | c/o Sidley Austin LLP | Attn: Elizabeth R. Tabas Carson | 787 7th Ave | New York | NY | 10019 | |
| NYDIG ABL LLC | c/o Sidley Austin LLP | Attn: Maegan Quejada | 1000 Louisiana Street, Suite 5900 | Houston | TX | 77002 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 3 of 5



**Exhibit X**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| Office of the U.S. Trustee | Attn: Jayson Ruff & Alicia Barcomb | 515 Rusk Street, Suite 3516 | | Houston | TX | 77002 | |
| Official Committee of Equity Security Holders | c/o Vinson & Elkins LLP | Attn: David S. Meyer, Lauren R. Kanzer and Zachary A. Paiva | 1114 Avenue of the Americas, 32nd Floor | New York | NY | 10036 | |
| Official Committee of Equity Security Holders | c/o Vinson & Elkins LLP | Attn: Paul E. Heath, Harry A. Perrin and Kiran Vakamudi | 845 Texas Avenue, Suite 4700 | Houston | TX | 77002 | |
| Official Committee of Unsecured Creditors | c/o Willkie Farr & Gallagher LLP | Attn: Brett H Miller, Todd M Goren, James H Burbage, & Joseph R. Brandt | 787 Seventh Avenue | New York | NY | 10019 | |
| Official Committee of Unsecured Creditors | c/o Willkie Farr & Gallagher LLP | Attn: Jennifer J Hardy | 600 Travis Street | Houston | TX | 77002 | |
| OP | | 10030 Bent Oak Dr | | Houston | TX | 77040 | |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | 425 Market Street, Suite 2900 | San Francisco | CA | 94105-3493 | |
| Priority Power Management LLC | Attn: Robert L. Douglas | 2201 E Lamar Blvd Suite 275 | | Arlington | TX | 76006 | |
| Priority Power Management, LLC | c/o Baker Botts LLP | Attn: Danny David | One Shell Plaza, 910 Louisiana Street | Houston | TX | 77002-4995 | |
| Priority Power Management, LLC | c/o Baker Botts LLP | Attn: Eric T. Haitz, Shelby V. Saxon | 2001 Ross Avenue, Suite 900 | Dallas | TX | 75201-2980 | |
| Priority Power Management, LLC | c/o Baker Botts LLP | Attn: Scott R. Bowling | 30 Rockefeller Plaza | New York | NY | 10112 | |
| RBH Holdings, LLC | c/o Randall B. Hale | 3737 Buffalo Speedway, Ste. 1800 | | Houston | TX | 77098 | |
| Rudolph Family Trust | c/o Lawrence Rudolph Trustee | 613 Canyon Greens Dr. | | Las Vegas | NV | 89144 | |
| Securitas Security Services USA Inc | Attn: Patrick Melody | 4330 Park Terrace Drive | | West Lake Village | CA | 91361 | |
| Securities & Exchange Commission | Attn: Regional Director | 5000 T Rex Ave | Ste 300 | Boca Raton | FL | 33431-4491 | |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F Street, NE | | Washington | DC | 20002 | |
| Shell Energy Solutions | Attn: Marty Lundstrom | 909 FANNIN ST | STE 3500 | HOUSTON | TX | 77010-1034 | |
| Sphere 3D Corp. | Attn: Patricia Trompeter, Karen Sadowski | 243 Tresser Blvd, 17th Fl | | Stamford | CT | 06901 | |
| Sphere 3D Corp. | c/o Hunton Andrews Kurth LLP | Attn: Timothy A. ("Tad") Davidson II, Ashley L. Harper | 600 Travis Street, Suite 4200 | Houston | TX | 77002 | |
| Sphere 3D Corp. | c/o Pryor Cashman LLP | Attn: Seth H. Lieberman, Matthew W. Silverman | 7 Times Square | New York | NY | 10036 | |
| SRPF A QR Riversouth LLC | c/o Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry | 500 N. Akard Street, Suite 3800 | Dallas | TX | 75201-6659 | |
| State Of Georgia | Office Of The Attorney General | 40 Capitol Sq Sw | | Atlanta | GA | 30334 | |
| State Of Kentucky | Office Of The Attorney General | Capitol Building | 700 Capitol Ave Ste 118 | Frankfort | KY | 40601 | |
| State Of North Carolina | Office Of The Attorney General | 114 W Edenton St | | Raleigh | NC | 27603 | |
| State Of North Dakota | Office Of The Attorney General | State Capitol, 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 | |
| Tenaska Power Services Co | Attn: Drew Fossum | 14302 FNB Parkway | | Omaha | NE | 68154 | |
| Tenaska Power Services Co. | | 300 E. John Carpenter Ste. 1000 | | Irving | TX | 75062 | |
| Tenaska Power Services Co. | c/o Ross, Smith & Binford, PC | Attn: Judith W. Ross | 700 N. Pearl Street Suite 1610 Plaza of the Americas, North Tower | Dallas | TX | 75201 | |
| Tenet Solutions | Attn: Accounting | 1238 Grey Fox Rd | | Arden Hills | MN | 55112 | |
| Texas Comptroller of Public Accounts, Revenue Accounting Division | c/o Bankruptcy & Collections Division | Attn: Christopher S. Murphy | PO Box 12548 | Austin | TX | 78711-2548 | |
| Texas Office of the Attorney General | | 300 W. 15th Street | | Austin | TX | 78701 | |
| Texas Office of the Attorney General | | PO Box 12548 | | Austin | TX | 78711-2548 | |



**Exhibit X**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| Toyota Industries Commercial Finance Inc. | c/o Weltman, Weinberg & Reis Co. LPA | Attn: Scott D. Fink | 965 Keynote Circle | Brooklyn Heights | OH | 44131 | |
| Trilogy LLC | Attn: Sam Bersiek | 6255 Saddle Tree Dr | | Las Vegas | NV | 89118 | |
| Trinity Capital Inc | Attn: Kyle Brown | 1N 1st Street, Suite 302 | | Phoenix | AZ | 85004 | |
| U.S. Bank National Association, as Prepetition Note Agent and Collateral Agent | c/o Shipman & Goodwin LLP | Attn: Kathleen M. LaManna, Esq. | One Constitution Plaza | Hartford | CT | 06103 | |
| US Attorney's Office for the Southern District of Texas | Attn: Jennifer Lowery | 1000 Louisiana St Suite 2300 | | Houston | TX | 77002 | |
| US Customs and Border Patrol | Attn: Raul Ortiz | 1300 Pennsylvania Avenue, Suite 4.4-B | | Washington | DC | 20229 | |
| Ward County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E Pecan Street Ste 2200 | San Antonio | TX | 78205 | |
| Wingspire Equipment Finance LLC | c/o Reed Smith LLP | Attn: Richard J. Tannenbaum | 599 Lexington Avenue | New York | NY | 10022 | |

# **Exhibit Y**



**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 1155 Distributor Partners Housing, LLC d/b/a Lonestar Electric Supply | Attn: Jason G Vaughn | 1609 Joshua Tree Ln | | Deer Park | TX | 77536 | |
| 1277963 B.C. Ltd dba Bitfield | | 666 Burrard St Ste 1700 | | Vancouver | BC | V6C 2X8 | Canada |
| 1872 Consulting LLC | | 20 W Kenzie, 17th Floor | | Chicago | IL | 60654 | |
| 1994 Steinfeld Family Trust | | Address Redacted | | | | | |
| 2012Exxact Corporation | | 46221 Landing Parkway | | Freemont | CA | 94538 | |
| 36th Street Capital #2 | | 161 HEADQUARTERS PLZ | # 5 | MORRISTOWN | NJ | 07960-3965 | |
| 36th Street Capital #4 | | 161 HEADQUARTERS PLZ | # 5 | MORRISTOWN | NJ | 07960-3965 | |
| 36th Street Capital Partners, LLC | | 161 HEADQUARTERS PLZ | # 5 | MORRISTOWN | NJ | 07960-3965 | |
| 36th Street Capital Partners, LLC | c/o Underwriting & Portfolio Management | 161 HEADQUARTERS PLZ # 5 | Attn: Jennifer Olsen | MORRISTOWN | NJ | 07960-3965 | |
| 5Fastenation Inc | | 120 Brighton Road Unit #2 | | Clifton | NJ | 07012 | |
| 5STAR5 Inc | | 5421 155 Ave NE | PO Box 2574 | Redmond | WA | 98073 | |
| 837Junk.com | | PO Box 1029 | | Murphy | NC | 28906 | |
| A to Z Pest Control and Services | | 4005 Woodline Dr | | Dalton | GA | 30721 | |
| Aaron Brotherston | | Address Redacted | | | | | |
| Aaron C Williams | | Address Redacted | | | | | |
| Aaron Corey Simpson | | Address Redacted | | | | | |
| Aaron D Denton | | Address Redacted | | | | | |
| Aaron Sean McCreery | | Address Redacted | | | | | |
| Abacus Poseidon Coden | | Address Redacted | | | | | |
| Abdifatah Mohamed | | Address Redacted | | | | | |
| Abdimalik Abdi | | Address Redacted | | | | | |
| Abdinajib Y Abdi | | Address Redacted | | | | | |
| Aber Whitcomb | | Address Redacted | | | | | |
| ABLe Communications, Inc | Attn: Karla Lopez, CFO | 1413 East Avenue H | | Grand Prairie | TX | 75050 | |
| ABLe Communications, Inc | c/o Vitek Lange PLLC | Attn: Ross Vitek | 300 Throckmorton Street, Suite 650 | Fort Worth | TX | 76102 | |
| ABLe Communications, Inc. | | 8171 Jim Christal Road | | Denton | TX | 76207 | |
| ABLe Communications, Inc. | Attn: Karla Lopez | 1413 East AVenue H | | Grand Prarie | TX | 75050 | |
| Abrian Ramirez | | Address Redacted | | | | | |
| Abu Dhabi Ports Company PJSC – KIZAD | | PO Box 54477 | | Abu Dhabi | United Arab Emirates | 00000 | United Arab Emirates |
| Accent Awnings Inc | | PO Box 1950 | | Andrews | NC | 28901 | |
| AccuForce HR Solutions LLC | | 1567 N Eastman Road | Suite 2 | Kingsport | TN | 37664 | |
| ACM Elf St LLC | Attn: Joshua Ufberg | One Rockefeller Plaza | 32nd Floor | New York | NY | 10020 | |
| ACM ELF ST, LLC (Atalaya) | | PO Box 843840 | | Dallas | TX | 75284 | |
| ACME Tools | | PO Box 13720 | | Grand Forks | ND | 58208-3720 | |
| Adam C Sandlin | | Address Redacted | | | | | |
| Adam J Yale | | Address Redacted | | | | | |
| Adam Noah | | Address Redacted | | | | | |
| Adam Thompson | | Address Redacted | | | | | |
| Adaptive Insights LLC | | PO Box 39115 | | San Francisco | CA | 94139-9115 | |
| ADQ Financial Services LLC | | Floor 10 Capital Gate Building | | Abu Dhabi | | 00000 | United Arab Emirates |
| Advanced Business Equipment | | 3072 Sweeten Creek Road | PO Box 5836 | Asheville | NC | 28803 | |
| Advanced Business Equipment | | 3072 Sweeten Creek Road | | Asheville | NC | 28803 | |
| Aetna | | 151 Farmington Avenue | | Hartford | CT | 06156 | |
| Aflac | | PO Box 5388 | | Columbus | GA | 31906-0388 | |
| Agility Logistics Corp | | 4243 Olympic Blvd | Ste 250 | Erlanger | KY | 41018-3257 | |
| Agora NW LLC | | 19111 Des Moines Memorial Dr S | Ste H | Seatac | WA | 98148-1954 | |
| Agricultural Scientific LLC | | 205 Magnolia Lake Rd | | Aiken | SC | 29803 | |
| Aidant.ai | | #300 15300 Croydon Drive | | Surrey | BC | V3Z 0Z5 | Canada |
| AIM Summit FZE | | Gate Village 5, Office 103, DIFC | | Dubai | UAE | 00000 | United Arab Emirates |
| Aircraft Services Group Inc | | 401 Industrial Ave | | Teterboro | NJ | 07608 | |
| Airflow Sciences Corporation | | 12190 Hubbard Street | | Livonia | MI | 48150 | |
| AJT Trading, LLC | | 1251 Avenue of the Americas Suite 720 | | New York | NY | 10020 | |
| Akin Gump Strauss Hauer & Feld LLP | | 2001 K Street NW | | Washington | DC | 20006 | |
| Alan Curtis | | Address Redacted | | | | | |
| Alan James Curtis | | Address Redacted | | | | | |
| Alation, Inc | | 3 Lagoon Drive, Suite 300 | | Redwood City | CA | 94065 | |
| Albacross Nordic AB | | tegelbacken 4A | | Stockholm | | 111 52 | Swaziland |
| Alejandro E Parker | | Address Redacted | | | | | |
| Alexander Demetrius Moore | | Address Redacted | | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 1 of 36



**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Alexander Lowe | | Address Redacted | | | | | |
| Alexander Lucas Zim | | Address Redacted | | | | | |
| Alexander Mortberg | | Address Redacted | | | | | |
| Alexander Zavodnik | | Address Redacted | | | | | |
| Alexys D Sneling | | Address Redacted | | | | | |
| Alfa Internationals Logistics Inc | | 139 Mitchell Ave, Suite 201 | | South San Francisco | CA | 94080 | |
| Ali Qureshi | | Address Redacted | | | | | |
| Aliexpress | | 10 Collyer Quay, #10-01 | | Ocean Financial Centre | Singapore | 049315 | Singapore |
| Alisha M Stafford | | Address Redacted | | | | | |
| Alisha Rena Lumpkin | | Address Redacted | | | | | |
| AlixPartners LLP | | 909 3rd Ave | | New York | NY | 10022 | |
| Aliyah Kenerly | | Address Redacted | | | | | |
| Alliance Funding Group | | 17542 17th Street, Suite 200 | | Tustin | CA | 92780 | |
| Allied Steel Buildings Inc | | 6451 N Federal Hwy | Suite 411 | Fort Lauderdale | FL | 33308 | |
| Allison C Reichel | | Address Redacted | | | | | |
| Alloy Ventures Management LLC | | Alloy Ventures Management LLC 126 Delaware Ave Unit 3 | | Jersey City | NJ | 07306 | |
| Allstate Benefits | c/o American Heritage Life Insurance Company | PO Box 650514 | | Dallas | TX | 75265-0514 | |
| Allstream | | PO Box 2966 | | Milwaukee | WI | 53201 | |
| Alpha Asic | c/o McCamy, Phillips, Tuggle & Fordham LLP | Attn: Nathan D. Lock | PO Box 1105 | Dalton | GA | 30722-1105 | |
| Alpha Miner LLC | | 30 N Gould St. Ste 7253 | | Sheridan | WY | 82801 | |
| Alpha Vertical Inc | | 30 N Gould Street, Ste 7210 | | Sheridan | WY | 82801 | |
| Alpha Waste | | 3372 Chattanooga Rd | | Tunnel Hill | GA | 30755 | |
| Alston and Bird LLP | | One Atlantic Center | 1201 West Peachtree Street NE #4900 | Atlanta | GA | 30309 | |
| Alteryx Inc | | 17200 Laguna Canyon Rd | Ste 100 | Irvine | CA | 92618-5403 | |
| Altru Employer Health Solutions | | 860 S Columbia Rd | | Grand Forks | ND | 58201 | |
| Alyssa Cavazos | | Address Redacted | | | | | |
| Amazon Business | | PO BOX 84023 | | Seattle | WA | 98124 | |
| Amazon Capital Services | | PO Box 035184 | | Seattle | WA | 98124 | |
| Amazon Capital Services, Inc. | Attn: Steve Beranek | 510 14th Rd S | | Arlington | VA | 22202-4739 | |
| Amazon Capital Services, Inc. | c/o K&L Gates LLP | Attn: Brian Peterson | 925 Fourth Avenue, Suite 2900 | Seattle | WA | 98104 | |
| Amazon Web Services Inc | | PO BOX 84023 | | Seattle | WA | 98124 | |
| Amazon Web Services, Inc. | | PO Box 84023 | | Seattle | WA | 98124 | |
| Amazon Web Services, Inc. | Attn: Steve Beranek, Senior Manager, Finance Ops | 510 14th Rd S | | Arlington | VA | 22202-4739 | |
| American Paper & Twine Co | Attn: Brooks Odom | 7400 Cockrill Bend Blvd | | Nashville | TN | 37209-1035 | |
| American Paper and Twine Co | | 7400 Cockrill Bend Boulevard | PO BOX 90348 | Nashville | TN | 37209 | |
| American Registry for Internet Numbers Ltd | | PO Box 759477 | | Baltimore | MD | 21275 | |
| American Security and Protection Services LLC | | 375 Little Ranger Rd | | Murphy | NC | 28906 | |
| Americord | | 290 W 300 South | | Logan | UT | 84321 | |
| Ameri-Dedicated Inc | | PO Box 383 | | Morganton | GA | 30560 | |
| Amplify Transformational Data Sharing ETF | | 3333 Warrenville Rd | Ste 350 | Lisle | IL | 60532-4550 | |
| Amplify Transformational Data Sharing ETF | c/o Toroso Investments, LLC | 3333 Warrenville Rd | Ste. 350 | Lisle | IL | 60532-4550 | |
| Amplify Transformational Data Sharing ETF | c/o Toroso Investments, LLC | Attn: Michael Venuto | 234 W. Florida St. Ste 203 | Milwaukee | Wi | 53204-1659 | |
| AmTrust | | 800 Superior Avenue | | Cleveland | OH | 44114 | |
| Ana Sweeney | | Address Redacted | | | | | |
| Anant Patel | | Address Redacted | | | | | |
| Anastasia Dellaccio | | Address Redacted | | | | | |
| ANB Bank | Attn: Barbara R. Gross | 3033 East 1st Avenue, Suite 200 | | Denver | CO | 80206 | |
| Anchor Labs #1 (Anchorage Lending) | | One Embarcadero Center | Suite 2623 | San Francisco | CA | 94126 | |
| Anchor Labs #2 (Anchorage Lending) | | One Embarcadero Center | Suite 2623 | San Francisco | CA | 94126 | |
| Anchorage Lending CA, LLC | Attn: Rafael Rosa | One Embarcadero Center | Ste 2623 | San Francisco | CA | 94126 | |
| anders jonasson | | Address Redacted | | | | | |
| Andersen Tax LLC | | 1200 Fifth Avenue, Suite 1600 | | Seattle | WA | 98101 | |
| Andres E Padilla Gallardo | | Address Redacted | | | | | |
| Andrew A Brady | | Address Redacted | | | | | |
| Andrew Cory Bloodworth | | Address Redacted | | | | | |
| Andrew D Stone | | Address Redacted | | | | | |
| Andrew Ferraro | | Address Redacted | | | | | |
| Andrew J Ferraro | | Address Redacted | | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 2 of 36



**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| Andrew Michael Baylee Sexton | | Address Redacted | | | | | |
| Andrew Rosen 2004 Successor Insurance Trust | Attn: Tag Associates LLC | 810 Seventh Avenue, 7th Floor | | New York | NY | 10019 | |
| Andrew Rosen 2004 Successor Insurance Trust | c/o TAG Associates | 810 Seventh Ave., 7th Floor | | New York | NY | 10019 | |
| Angel Bejarano Borrega | | Address Redacted | | | | | |
| Angela Denise Lee | | Address Redacted | | | | | |
| Annetta Wagner | | Address Redacted | | | | | |
| Another Crypto LLC | | 39 Audubon La | | Shelton | CT | 06484 | |
| Anthony D Monty | | Address Redacted | | | | | |
| Anthony R Chidiac | | Address Redacted | | | | | |
| Anthony Sertain | | Address Redacted | | | | | |
| Anthony T Jazak | | Address Redacted | | | | | |
| Antonio Barone | | Address Redacted | | | | | |
| Aon Consulting Inc | | PO Box 7247-6377 | | Philadelphia | PA | 19170-6377 | |
| AON Risk Insurance Services West Inc | Brook Pita | 1420 5th Ave | Suite 1200 | Seattle | WA | 92623 | |
| Apollo Centre Street Partnership, L.P. | c/o Apollo Centre Street Management, LLC | 9 West 57th Street | | New York | NY | 10019 | |
| Apollo Centre Street Partnership, L.P. | c/o Paul Hastings LLP | Attn: Kris Hansen, Esq., Sayan Bhattacharyya, Esq. | 200 Park Avenue | New York | NY | 10166 | |
| Apollo Lincoln Fixed Income Fund, L.P. | c/o Apollo Lincoln Fixed Income Management, LLC | 9 West 57th Street | | New York | NY | 10019 | |
| Apollo Lincoln Fixed Income Fund, L.P. | c/o Paul Hastings LLP | Attn: Kris Hansen, Esq., Sayan Bhattacharyya, Esq. | 200 Park Avenue | New York | NY | 10166 | |
| Apollo Moultrie Credit Fund, L.P. | c/o Apollo Moultrie Credit Fund, L.P. | 9 West 57th Street | | New York | NY | 10019 | |
| Apollo Moultrie Credit Fund, L.P. | c/o Paul Hastings LLP | Attn: Kris Hansen, Esq., Sayan Bhattacharyya, Esq. | 200 Park Avenue | New York | NY | 10166 | |
| Apollo Tactical Value SPN Investments, L.P. | c/o Apollo Moultrie Credit Fund, L.P. | 9 West 57th Street | | New York | NY | 10019 | |
| Apollo Tactical Value SPN Investments, L.P. | c/o Paul Hastings LLP | Attn: Kris Hansen, Esq., Sayan Bhattacharyya, Esq. | 200 Park Avenue | New York | NY | 10166 | |
| Applied Scale Technology | | 3012 Ambrose Ave | | Nashville | TN | 37207 | |
| April Kelly | | Address Redacted | | | | | |
| Arch Specialty Ins Co (via AmWins) | | Harborside 3 210 Hudson Street Suite 300 | | Jersey City | NJ | 07311-1107 | |
| Arctos Credit | | 2443 Fillmore Street #406 | | San Francisco | CA | 94115 | |
| Arctos Credit, LLC | | 2443 Fillmore Street #406 | | San Francisco | CA | 94115 | |
| Arctos Credit, LLC | Attn: Trevor Smyth | 510 Madison Avenue | 21st Floor | New York | NY | 10022 | |
| Arctos Credit, LLC #2 | | 510 Madison Avenue | 21st Floor | New York | NY | 10022 | |
| Arctos Credit, LLC #3 | | 510 Madison Avenue | 21st Floor | New York | NY | 10022 | |
| Arctos Credit, LLC #4 | | 510 Madison Avenue | 21st Floor | New York | NY | 10022 | |
| Arctos Credit, LLC #5 | | 510 Madison Avenue | 21st Floor | New York | NY | 10022 | |
| Arctos Credit, LLC #6 | | 510 Madison Avenue | 21st Floor | New York | NY | 10022 | |
| Arctos Credit, LLC #7 | | 510 Madison Avenue | 21st Floor | New York | NY | 10022 | |
| Arctos Credit, LLC #8 | | 510 Madison Avenue | 21st Floor | New York | NY | 10022 | |
| Arctos Credit, LLC #9 | | 510 Madison Avenue | 21st Floor | New York | NY | 10022 | |
| Argo Blockchain PLC | | 9th Floor, 16 Great Queen Street | | London | | WC2B 5DG | England |
| Argo Innovation Labs Inc. | | 700-401 West Georgia St | | Vancouver | BC | V6B 5A1 | Canada |
| Ariana Bergesen | | Address Redacted | | | | | |
| Arianne Elizabeth Slayter | | Address Redacted | | | | | |
| ARIBA Inc | | 3420 Hillview Ave Bldg 3 | | Palo Alto | CA | 94304 | |
| Arif Hossain | | Address Redacted | | | | | |
| Armstrong Moving Solutions San Antonio LLC | | 6421 FM 3009, Suite 200 | | Schertz | TX | 78154 | |
| Arrow Enterprise Computing Solutions, Inc. | | 7459 S Lima St #1 | | Englewood | CO | 80112 | |
| Arrow Exterminators | | PO Box 2136 | | Woodstock | GA | 30188 | |
| Arrowfish Consulting | | 222 South Main, Suite 500 | | Salt Lake City | UT | 84101 | |
| Ascot Syndicate No. 1414 (Ethos via AmWins) | | 55 West 46th Street 26th Floor | | New York | NY | 10036 | |
| Ashley Kate Bannister | | Address Redacted | | | | | |
| Ashu Swami | | Address Redacted | | | | | |
| AsicXchange Team Inc. | Vlad Sianyvsky AsicXchange Team Inc. | 4933 Saint-Charles Blvd | | Pierrefonds | QC | H9H 3E4 | Canada |
| Aspen Specialty Ins Co (via AmWins) | | 285 Fulton Street | Suite 46-A | New York | NY | 10007 | |
| Atlantic Trailer Leasing & Sales, LLC | | PO Box 3737 | | Lilburn | GA | 30048 | |
| Atlas Mining | | 1013 Centre Rd Suite 403S | | Wilmington | DE | 19805 | |
| Atlas Technology Group LLC | | 1013 Centre Road Suite 403S | | Wilmington | DE | 19805 | |
| Atlas Technology Management Pte. Ltd. | | 9 Raffles Place #26-01 | | Republic Plaza | | 48619 | Singapore |
| Atrio Inc | | 590 6th Suite 201 | | San Francisco | CA | 94103 | |
| Austin J Satterfield | | Address Redacted | | | | | |
| Austin James Slaughter | | Address Redacted | | | | | |
| Austin Tyler Robinson | | Address Redacted | | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 3 of 36



**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| Austin, TX Lease - existing office (Worksmith) | | 2433 Ridgepoint Drive | | Austin | TX | 78754-5231 | |
| Austin, TX Lease - new office (Riversouth) | | 2433 Ridgepoint Drive | | Austin | TX | 78754-5231 | |
| Averitt Express | Attn: Marilyn Susanne Hyden | 1415 Neal Street | | Cookeville | TN | 38502 | |
| Averitt Express Inc | | PO Box 102197 | | Atlanta | GA | 30368-2197 | |
| Avnet, Inc. | | 2211 S. 47th Street | | Phoenix | AZ | 85034 | |
| AvTech Capital LLC | | 6995 S Union Park Ctr, Ste 400 | | Cottonwood Heights | UT | 84047-6088 | |
| AXIS Surplus Ins Co (via Amwins) | | 725 South Figueroa Street Suite 3800 | | Los Angeles | CA | 90017 | |
| B. Riley Bridge Loan | Lucy Yasinsky | 30870 Russell Ranch Road | STE 250 | Westlake Village | CA | 91362 | |
| B. Riley Commercial Capital, LLC | | 299 Park Avenue | | New York | NY | 10171 | |
| B. Riley Commercial Capital, LLC | Attn: General Counsel | 11100 Santa Monica Blvd. | Ste. 800 | Los Angeles | CA | 90025 | |
| B. Riley Commercial Capital, LLC | Attn: Lucy Yasinsky & Phil Ahn | 30870 Russell Ranch Road Suite 250 | | Westlake Village | CA | 91362 | |
| Bacelio D Ortega | | Address Redacted | | | | | |
| Baird Trust Company TTEE FBO Judy J Jacobs IRA | Attn: Douglas MacFarlane | 1400 Rocky Ridge Dr STE 250 | | Roseville | CA | 95661 | |
| BalsamWest Fiber Net | | 35 Bonnie Lane | | Sylva | NC | 28779 | |
| Bandy Transport Company | | 801 Industrial Pk Rd | PO Box 298 | Blue Ridge | GA | 30513 | |
| Bank Financial | | 48 Orland Square Drive | | Orland Park | IL | 60462 | |
| Bank of the West | | 1625 W. Fountainhead Pkwy | AZ-FTN-10C-A | Tempe | AZ | 85282 | |
| Bank of the West | Attn: Nicholas East | PO Box 7167 | | Pasadena | CA | 91109 | |
| Barbara Lynn Senters | | Address Redacted | | | | | |
| Barings BDC, Inc. | Attn: Steve Johnson & Elizabeth A. Murray | 300 S. Tryon St. | | Charlotte | NC | 28202 | |
| Barings BDC, Inc. | Attn: Steve Johnson & Elizabeth A. Murray | 300 S. Tryon St. | | Charlotte | NC | | |
| Barings BDC, Inc. | c/o Arnold & Porter Kaye Scholer LLP | Attn: Brian J. Lohan and Sarah Gryll | 70 W. Madison Street, Suite 4200 | Chicago | IL | 60602 | |
| Barings BDC, Inc. | c/o Barings BDC, Inc. c/o Barings LLC | Attn: Steve Johnson, Elizabeth A. Murray | 300 S. Tryon St. | Charlotte | NC | 28202 | |
| Barings Private Credit Corp. | Attn: Steve Johnson & Elizabeth A. Murray | 300 S. Tryon St. | | Charlotte | NC | 28202 | |
| Barings Private Credit Corp. | c/o Barings BDC, Inc. c/o Barings LLC | Attn: Steve Johnson | 300 S. Tryon St. | Charlotte | NC | 28202 | |
| Barings Private Credit Corp. | c/o Barings BDC, Inc. c/o Barings LLC | Attn: Steve Johnson, Elizabeth A. Murray | 300 S. Tryon St. | Charlotte | NC | 28202 | |
| Barkley Investments, LLC | Attn: Jason Paul Godfrey | 8231 Bay Colony Drive, Unit 802 | | Naples | FL | 34108 | |
| Barkley Investments, LLC | c/o Apollo Moultrie Credit Fund, L.P. | 9 West 57th Street | | New York | NY | 10019 | |
| Barnhart Crane and Rigging Co | | 2743 Gilbertsville Hwy | | Calvert City | KY | 42029 | |
| Bay Colony Law Center, LLC | Accounts Payable Bay Colony Law Center, LLC | 18 Main Street Extension | | Plymouth | MA | 02360 | |
| Bay Online Media | Craig Hordlow Bay Online Media | 1618 Bellevue Ave #412 | | Seattle | WA | 98122 | |
| Baylor Health Care System Foundation | | 3600 Gaston Ave #100 | | Dallas | TX | 75246 | |
| Baylor James Landry | | Address Redacted | | | | | |
| Beacon Building Products | | 3020 Sweeten Creek Road | | Asheville | NC | 28803 | |
| Beacon Building Products | | PO Box 100639 | | Atlanta | GA | 30384-0639 | |
| BEAM Concrete Construction, Inc. | | 640 Central Expy | | Melissa | TX | 75454 | |
| BEAM Concrete Construction, Inc. | | 8171 Jim Christal Road | | Denton | TX | 76207 | |
| BEAM Concrete Construction, Inc. | Erin Hannah | 640 Central Expressway | | Melissa | TX | 75454 | |
| Bearcom | | PO Box 670354 | | Dallas | TX | 75267-0354 | |
| Beazley Insurance Company | | 725 South Figueroa Street | | Los Angeles | CA | 90017 | |
| Belyea Company Inc | | 2200 Northwood Ave | | Easton | PA | 18045 | |
| Ben Perry Dillard | | Address Redacted | | | | | |
| Benjamin Flint Stephens | | Address Redacted | | | | | |
| Benjamin Job Thomison | | Address Redacted | | | | | |
| Benjamin Jordan | | Address Redacted | | | | | |
| Benjamin Rees | | Address Redacted | | | | | |
| Benjamin Thomison | c/o Cowan Law Firm, LLC | Attn: Brian Wright | PO Box 1266 | Dalton | GA | 30722-1266 | |
| Benjamin Thomison & Alpha Asic | Brian Wright, The Cowan Law Firm, LLC | Post Office Box 1266 | | Dalton | GA | 30722-1266 | |
| Benjamin Thomison & Alpha Asic | c/o Alston & Bird, LLP | Attn: Christopher Marquardt | 1201 West Peachtree Street | Atlanta | GA | 30309 | |
| Benton Electric Supply Inc | | 92 Main St | | Benton | KY | 42025 | |
| BEP 888, LLC | | 101 Convention Center Dr Ste 810 | | Las Vegas | NV | 89109 | |
| BEP 999, LLC | | 101 Convention Center Dr Ste 810 | | Las Vegas | NV | 89109 | |
| Berkley National Insurance Company | | 222 South 9th Street Suite 2550 | | Minneapolis | MN | 55402 | |
| Berkley Prof Liability | | 475 Steamboat Road | | Greenwich | CT | 06830 | |
| Berkshire Hathaway Specialty Ins Company | | 1314 Douglas Street, Suite 1400 | | Omaha | NE | 68102 | |
| Bernard Klopfer | | Address Redacted | | | | | |
| Betsabe Garcia | | Address Redacted | | | | | |
| Betsy Marie Lee | | Address Redacted | | | | | |
| Better Downtown Miami LLC | | 4167 MAIN STREET | | Jupiter | FL | 33458 | |
| Better Downtown Miami LLC | Attn: Marc Roberts | 4167 Main Street | | Jupiter | FL | 33458 | |
| Better IT Solutions LLC | | PO BOX 1031 | | PORT ISABEL | TX | 78578-1031 | |
| Bharani Reddy Mallugari | | Address Redacted | | | | | |



**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Big Ass Fans | | 2348 Innovation Drive | | Lexington | KY | 40511 | |
| Bigbee Steel Buildings Inc | | PO Box 2314 | | Muscle Shoals | AL | 35662 | |
| Bigeye, Inc. | | 32 Mandalay Pl | | South San Francisco | CA | 94080 | |
| Billy Neil Parkerson | | Address Redacted | | | | | |
| Birch Grove Strategies Master Fund LP | | 660 Madison Ave. 15th Floor | | New York | NY | 11743 | |
| Bit Digital USA, Inc. | | 3500 South DuPont Highway | | Dover | DE | 19901 | |
| BitAlpha, Inc. [Bitwave] | | 382 NE 191st St PMB 61754 | | Miami | FL | 33179 | |
| BitAlpha, Inc. [Bitwave] | c/o LIB FIN LLC | Attn: Christopher Sicklesteel | 1312 17th Street PMB 70387 | Denver | CO | 80202 | |
| Bitfarms Technologies Ltd. (fka Blockchain Mining Ltd.) | | 18 King Street East Suite 902 | | Toronto | ON | M5C 1C4 | Canada |
| BitGo, Inc. | | 2443 Ash Street | | Palo Alto | CA | 94306 | |
| Bitmain Development Inc | | 850 New Burton Rd, Suite 201 | | Dover | Kent | 19904 | Denmark |
| Bitmain Development Inc. | | 2121W. Chandler Blvd. Suite 112 | | Chandler | AZ | 85224 | |
| Bitmain Development PTE. Ltd. | | 1 Raffles Place, #36-01 One Raffles Place | | Singapore | | 048616 | Singapore |
| Bitmain Sales (USA) Inc. | | 850 New Burton Road, Suite 201 | | Dover, County of Kent | DE | 19904 | |
| Bitmain Technologies Georgia Limited | | 900 Old Roswell Lakes Parkway, Suite 310 | | Roswell | GA | 30076 | |
| Bitmain Technologies Georgia Limited | Bitmain Technologies Georgia Limited Cogency Global Inc. | 900 Old Roswell Lakes Parkway Suite 310 | | Rosewell | GA | 30076 | |
| Bitmain Technologies Limited | | 11/F., Wheelock House, 20 Pedder Street, Central | | Hong Kong | | | Hong Kong |
| Bitmain Technologies Limited | | Unit A1 of Unit A, 11th Floor | Success Commercial Building, 245-251 Hennessy Road | | | | Hong Kong |
| Bitmain Technologies Limited | Bitmain | Unit A1 of Unit A, 11th Floor, Success Commercial Building | | Hennessy Road | | 245-251 | Hong Kong |
| Bitmain Technologies Ltd. | | 11/F., Wheelock House, 20 Pedder Street, Central | | Hong Kong | | | |
| Bitmain Technology Inc. | | 300 Park Avenue Suite 100 | | San Jose | CA | 95110 | |
| Bitmain Technology Inc. | | Building 1, No. 9 Courtyard, Fenghao East Road | Haidian District | Beijing | | 100094 | China |
| Bitmaintech PTE LTD | | 26 Eng Hoon Street | | Singapore | | 169776 | Singapore |
| Bitrocket LLC | c/o JK Legal & Consulting, LLC | Attn: Jared Kahn | 9205 West Russell Road, Suite 240 | Las Vegas | NV | 89148 | |
| Bizmatica Polska JSC | | Pl.PowstaÅ„cÃ³w Warszawy 2 | | Warszawa | | 00-030 | Poland |
| Black Box Network Services Inc | | PO Box 639875 | | Cincinnati | OH | 45263-9875 | |
| Blackline Safety Corp | | 803 24 Avenue SE Suite 100 | | Calgary | AB | T2G 1P5 | Canada |
| Blackpearl Management and Human Resource Consulting LLC | | 105 Yayf Street Al Nahyan Camp Area | | | | 00000 | United Arab Emirates |
| Blackpearl Management and Human Resource Consulting LLC | | PO Box 63089 | | Abu Dhabi | | | United Arab Emirates |
| BlackRock Credit Alpha Master Fund L.P. | c/o BlackRock Financial Management Inc. | Attn: Christopher Biasotti | 55 East 22nd Street | New York | NY | 10055 | |
| BlackRock Credit Alpha Master Fund, L.P. | c/o BlackRock Financial Management, Inc. | Attn: Christopher Biasotti, Winnie Chen, Melanie Groves | 55 East 52nd Street | New York | NY | 10055 | |
| BlackRock Credit Alpha Master Fund, L.P | c/o Paul Hastings LLP | Attn: Kris Hansen, Esq., Sayan Bhattacharyya, Esq. | 200 Park Avenue | New York | NY | 10166 | |
| BlackRock Credit Alpha Master Fund, L.P. | c/o Office of the General Counsel | Attn: David Maryles and Reid B. Fitzgerald | 40 East 22nd Street | New York | NY | 10022 | |
| Blaire E Caddell | | Address Redacted | | | | | |
| Blake M Brown | | Address Redacted | | | | | |
| Blakes Cassels and Graydon LLP | | 199 Bay Street, Suite 4000 Commerce Court West | | Toronto | ON | M5L 1A9 | Canada |
| Block One Technology | | 11 Woodstalk Way | | Elie | MB | R0H 0H0 | Canada |
| Blockcap Inc. | | 101 Convention Center Dr, Ste 810 | | Las Vegas | NV | 89109 | |
| Blockchain Association | | 1155 S St NW | Ste 300 | Washington | DC | 20004-1369 | |
| Blockchain United Mining Services | | 727 North 1550 East, Suite 410 | | Orem | UT | 84097 | |
| BlockFi | c/o Haynes and Boone, LLP | Attn: Matt Ferris, Esq., Charles M. Jones II, Esq. | 2801 N Harwood Street Suite 2300 | Dallas | TX | 75201 | |
| BlockFi | c/o Haynes and Boone, LLP | Attn: Rene van Kesteren, Kenric D. Kattner, Esq., Arsalan Muhammad, Esq. | 1221 McKinney Street, Suite 4000 | Houston | TX | 77010 | |
| BlockFi | c/o Haynes and Boone, LLP | Attn: Richard Kanowitz | 30 Rockefeller Plaza, 26th Floor | New York | NY | 10112 | |
| BlockFi A | Joe Chu | 155 2nd | STE 112 | Jersey City | NJ | 07302 | |
| BlockFi B | Joe Chu | 155 2nd | STE 112 | Jersey City | NJ | 07302 | |
| BlockFi Lending LLC | | 115 BROADWAY | FL 5 | NEW YORK | NY | 10006-1646 | |
| BlockFi Lending LLC | Attn: Michelle Henry | 115 BROADWAY | FL 5 | NEW YORK | NY | 10006-1646 | |
| BlockFi Lending LLC | c/o Berkeley Research Group, LLC | Attn: Mark A. Renzi, Chief Restructuring Officer of BlockFi Lending LLC | 99 High Street, 27th Floor | Boston | MA | 02110 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Blockfi Lending, LLC | Joe Chu | 155 2nd | STE 112 | Jersey City | NJ | 07302 | |
| Blockfusion Technologies | | 1 King Street West, Suite 4800-135 | | Toronto | ON | M5H 1A1 | Canada |
| Blue Cross Blue Shield CA | | 601 12th Street | | Oakland | CA | 94607 | |
| Blue Cross Blue Shield NC | | 4615 University Drive | | Durham | NC | 27707 | |
| Blue Cross Blue Shield of TX | | PO Box 650615 | | Dallas | TX | 75265-0615 | |
| Blue Hills Co, LLC | | 4601 Six Forks Road, Suite 400 | | Raleigh | NC | 27609 | |
| Blue Ridge Law & Policy, P.C. | | 888 17th St NW # 1275 | | Washington | DC | 20006-3939 | |
| BNY Mellon Bank | | 240 Greenwich Street | | New York | NY | 10286 | |
| Boyd Dewayne Wooten | | Address Redacted | | | | | |
| Brad Eric Thomas | | Address Redacted | | | | | |
| Bradley S Adams | | Address Redacted | | | | | |
| Brady Wade Miller | | Address Redacted | | | | | |
| Brandon Curtis | | Address Redacted | | | | | |
| Brandon Davis | | Address Redacted | | | | | |
| Brandon J Baeza | | Address Redacted | | | | | |
| Brandon James Giedd | | Address Redacted | | | | | |
| Brandon Scott Curtis | | Address Redacted | | | | | |
| Brandyn W Forrest | | Address Redacted | | | | | |
| Bremer Bank | Theresa Boltz | 3100 South Columbia Road | PO Box 13118 | Grand Forks | ND | 58201 | |
| Bremer Bank, National Association | Special Assets Loan Officer | 1444 45th Street South | | Fargo | ND | 58103 | |
| Brenda Gayle Lewis | | Address Redacted | | | | | |
| Brent Berge | | Address Redacted | | | | | |
| Brent Jason Deboer | | Address Redacted | | | | | |
| Brent Nolan Novak | | Address Redacted | | | | | |
| Brett C Hiley | | Address Redacted | | | | | |
| Brett Harrison | | Address Redacted | | | | | |
| BRF Finance Co., LLC | | 299 Park Ave. 21st Floor | | New York | NY | 10171 | |
| BRF Finance Co., LLC | B. Riley Commercial Capital, LLC | 299 Park Avenue | | New York | NY | 10171 | |
| BRF Finance Co., LLC | c/o Choate, Hall & Stewart | Attn: M. Hampton Foushee | Two International Place | Boston | MA | 02210 | |
| Brian Kevin Turner | | Address Redacted | | | | | |
| Brian N Neville | | Address Redacted | | | | | |
| Bring Light and Sound LLC | | 1603 Shoal Creek Blvd | | Austin | TX | 78701 | |
| Broadridge ICS | | PO Box 416423 | | Boston | MA | 02241 | |
| Broadridge Investor Communication Solutions, Inc. | | 51 Mercedes Way | | Edgewood | NY | 11717 | |
| Brown Corporation | | PO Box 1103 | | Dalton | GA | 30722 | |
| Brown Corporation | c/o The Minor Firm | Attn: Brittany D. Hepner | 745 College Drive Suite B | Dalton | GA | 30720 | |
| Brown Corporation | c/o The Minor Firm | Attn: Christiane C. Bard | 745 College Dr, Ste B | Dalton | GA | 30720 | |
| Bryan Caveney Green | | Address Redacted | | | | | |
| Bryan Dockery | | Address Redacted | | | | | |
| Bryce Andrew Wooten | | Address Redacted | | | | | |
| Bryce Johnson | c/o Katten Muchin Rosenman LLP | Attn: John Mitchell | 2121 N. Pearl Street, Suite 1100 | Dallas | TX | 75201-2591 | |
| Bryce Johnson | c/o Katten Muchin Rosenman LLP | Attn: Richard Zelichov | 2029 Century Park East, Suite 2600 | Los Angeles | CA | 90067-3012 | |
| Bryce Johnson | | Address Redacted | | | | | |
| BTC Media | BTC Inc/BTC Media, LLC | 438 Houston Street Suite 257 | | Nashville | TN | 37203 | |
| Building Image Group, Inc | | 1200 E. Third Street | | Austin | TX | 78702 | |
| Built In Inc | | 203 N Lasalle St, Ste 2200 | | Chicago | IL | 60601 | |
| Burdy Technology Limited | | Room 604, 6/F., South Tower, World Finance Centre Harbour City 17 Canton Rd | | Tst, Kln | | | Hong Kong |
| Bureau Van Dijk Electronic Publishing Inc. | | 7 World Trade Center ,250 Greenwich Street, 50th Floor | | New York | NY | 10007 | |
| Burleson 7, LLC | | 300 Colorado St | Unit 1900 | Austin | TX | 78701-0142 | |
| Business Wire Inc | | 101 California St, 20th Floor | | San Francisco | CA | 94111 | |
| BW Holdings, LLC | | 4465 S Mathews Way | | Salt Lake City | UT | 84124 | |
| BWS Acoustics | | 236 Creekstone Ridge | | Woodstock | GA | 30188 | |
| C & W Facility Services, Inc. | | 140 Kendrick Street | Building C Suite 201 | Boston | MA | 02110 | |
| C&A Deferred Sales Trust | | Address Redacted | | | | | |
| C.H. Robinson Company, Inc. | | 14701 Charlson Road | | Eden Prairie | MN | 55347 | |
| CAC Global LLC | | 14819 Ballantyne Village Way LLC | | Charlotte | NC | 282277 | |
| Cade McNown | | Address Redacted | | | | | |
| Caleb Parker | | Address Redacted | | | | | |
| Caleb Roy Tebbe | | Address Redacted | | | | | |
| Caleb Tebbe | | Address Redacted | | | | | |
| Caleb Wetor | | Address Redacted | | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| California Franchise Tax Board | | PO Box 942857 | | Sacramento | CA | 94257-0531 | |
| California Institute of Technology (Caltech) | | 1200 E California Blvd | | Pasadena | CA | 91125 | |
| Callahan Mechanical Contractors Inc | | 2811 8th Avenue | | Chattanooga | TN | 37407 | |
| Calloway County Board Of Education | | 2110 College Farm Road | | Murray | KY | 42071 | |
| Calvert Cafe LLC | | 252 N Main St | | Calvert City | KY | 42029 | |
| Calvert City Hall | Attn: Tim | 861 5th Ave SE | | Calvert City | KY | 42029 | |
| Calvert City Municipal Water and Sewer | | PO Box 36 | | Calvert City | KY | 42029 | |
| Campbells Regulatory ServicesLimited | | Floor 4, Willow House, Cricket Square | | Grand Cayman | | KY1-9010 | Cayman Islands |
| Canaan Convey Co LTD | | Zpark building 27 Tower C floor 2 201 | | Haidian District | Beijing | | China |
| Cannon Investments LLC | c/o TAG Associates | 810 Seventh Ave., 7th Floor | | New York | NY | 10019 | |
| CannoninvestmentsIlc | c/o Tag Associates LLC | 810 Seventh Avenue, 7th Floor | | New York | NY | 10019 | |
| Capital City Public Affairs LLC | | 3580 S Sherwood Road | | Smyrna | GA | 30082 | |
| Capxon Electronics Shenzhen Co Ltd | | No.4132, Songbai Road, Tangwei Village, Gongming Sub-district, Guangming New District | | Shenzhen City, Guangming Province | Guangdong Province | | China |
| Carey Olsen Cayman Limited | | Willow House | Cricket Square | Grand Cayman | Cayman Islands | KY1-1001 | |
| Carey Olsen Cayman Limited [CO Services Cayman Limited] | Attn: Accounts Receivable | Willow House | Cricket Sq | Georgetown | Grand Cayman | KY1-1001 | Cayman Islands |
| Carey Olson Services Cayman Limited | | PO Box 10008, Willow House, Cricket Square | | Grand Cayman | | KY1-1001 | Cayman Islands |
| Carla Veronica Cortez | | Address Redacted | | | | | |
| Carley Roller | | Address Redacted | | | | | |
| Carol A Haines | | Address Redacted | | | | | |
| Carolina Cazares | | Address Redacted | | | | | |
| Carolina Recycling & Consulting LLC | | PO Box 1461 | | Matthews | NC | 28106 | |
| Carolina Utility Customers Association | | 8386 Six Forks Rd, Suite 103 | | Raleigh | NC | 27615 | |
| Carpet Capital Multi-System Inc | | PO Box 4085 | | Dalton | GA | 30721 | |
| Carrington Lobban | | Address Redacted | | | | | |
| Carter R Cumberledge | | Address Redacted | | | | | |
| Cavan Maclean Flynn | | Address Redacted | | | | | |
| CCR Corp | | PO Box 674438 | | Dallas | TX | 75267-4438 | |
| CDW Direct | | PO Box 75723 | | Chicago | IL | 60675-5723 | |
| CDW Middle East FZ LLC | | 3203, 24th Floor, Al-Shatha Tower | | Dubai | | 00000 | United Arab Emirates |
| Celsius Core LLC | | 221 River Street, Suite 9129 | | Hoboken | NJ | 7030 | |
| Celsius Core LLC | c/o Celsius Network Ltd. | Attn: Roni Cohen-Pavon | 221 River Street, Suite 9129 | Hoboken | NJ | 07030 | |
| Celsius Core LLC | c/o Kirkland & Ellis LLP | Attn: Joshua A. Sussberg, P.C., Patrick J. Nash, Jr., P.C., Ross M. Kwasterniet, P.C., Christopher S. Koenig, Dan Latona | 601 Lexington Avenue | New York | NY | 10022 | |
| Celsius Mining LLC | Attn: Patrick Holert and Ron Deutsch | 50 Harrison St | Ste 209 | Hoboken | NJ | 07030-6087 | |
| Celsius Mining LLC | c/o Jackson Walker LLP | Attn: Matthew D Cavenaugh, Victoria Argeroplos & Emily Flynn Meraia | 1401 McKinney Street Suite 1900 | Houston | TX | 70010 | |
| Celsius Mining LLC | c/o Kirkland & Ellis LLP | Attn: Chris Koenig, Dan Latona, Patrick J. Nash, Jr. and Ross M. Kwasteniet | 300 North LaSalle | Chicago | IL | 60654 | |
| Celsius Mining LLC [Celsius Core LLC] | Attn: Christopher Ferraro | 50 Harrison Street, Suite 209F | | Hoboken | NJ | 07030 | |
| Celsius Networks Lending LLC | | 50 Harrison St | Ste. 209 | Hoboken | NJ | 07030-6087 | |
| Celsius US Holding LLC | Attn: Christopher Ferraro | 50 Harrison Street, Suite 209F | | Hoboken | NJ | 7030 | |
| Celsius US Holding LLC | c/o Kirkland & Ellis LLP and Kirkland & Ellis International LLP | Attn: Joshua A. Sussberg, P.C., Patrick J. Nash, Jr., P.C., Ross M. Kwasteniet, P.C., Christopher S. Koenig, and Dan Latona | 601 Lexington Ave. | New York | NY | 10022 | |
| Centurylink | | PO Box 52187 | | Phoenix | AZ | 85072 | |
| Centurylink Communications LLC dba Lumen | Century Link | 931 14th Str #900 | | Denver | CO | 80202 | |
| CenturyLink Communications, LLC [f/k/a Quest Communications Company, LLC] | Bankruptcy | 220 N 5th St | | Bismarck | ND | 58501 | |
| Cesar Gomez Martin | | Address Redacted | | | | | |
| CFS Containers | | 101 Pinedale Ct | | Spartanburg | SC | 29301 | |
| Chadwick Aaron Hughes | | Address Redacted | | | | | |
| Chamber of Digital Commerce | | 1667 K St NW, Suite 640 | | Washington | DC | 20006 | |
| Chandra SaiSatish Ponneganti | | Address Redacted | | | | | |
| Chapeau! | c/o K2XO Inc. | 48 Yonge St 400 | | Toronto | ON | M5E 1G6 | Canada |
| Charles Aram | | Address Redacted | | | | | |
| Charter Communications Operating LLC dba Spectrum | | 12405 Powercourt Drive | | St. Louis | MO | 63131 | |
| Charter Communications, Inc. (dba Spectrum) | | PO Box 94188 | | Palatine | IL | 60094-4188 | |
| Cherokee BenJamin | | Address Redacted | | | | | |
| Cherokee County Health Department | | 228 Hilton Street | | Murphy | NC | 28906 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Cherokee County Tax Collector | | 75 Peachtree Street #225 | | Murphy | NC | 28906-2947 | |
| Cherokee Rental, Inc. | Attn: Becky Tinsley | PO Box 13524 | | Odessa | TX | 79768-3524 | |
| Cherokee Well Drilling | | PO Box 1007 | | Murphy | NC | 28906-8164 | |
| Cheryl Ogle & The Crystal Ogle Management Trust | | 4201 Supply Court, Suite 200 | | Austin | TX | 78744 | |
| Cheryl Ogle & The Crystal Ogle Management Trust | | PO Box 161086 | | Austin | TX | 78716 | |
| Cheryl Ogle & The Crystal Ogle Management Trust | Attn: Cheryl Ogle | 3321 Bee Cave Road, Suite 200 | | Austin | TX | 78746 | |
| Chris Chiovitti Holdings Inc. | | 26 Magnificent Road | | Etobicoke | ON | M8Z 4T3 | Canada |
| Chrisallen David Hunt | | Address Redacted | | | | | |
| Christel Sice | | Address Redacted | | | | | |
| Christopher A Huckaby | | Address Redacted | | | | | |
| Christopher Bill Warrington | | Address Redacted | | | | | |
| Christopher Dakota Dial | | Address Redacted | | | | | |
| Christopher J Wigginton | | Address Redacted | | | | | |
| Christopher S Smith | | Address Redacted | | | | | |
| Christopher Scott Hijar | | Address Redacted | | | | | |
| Christopher Scott Winn | | Address Redacted | | | | | |
| Christopher Tyler McDowell | | Address Redacted | | | | | |
| Christy Barwick | | Address Redacted | | | | | |
| Christy L Logothetis-May | | Address Redacted | | | | | |
| Chroma System Solutions, Inc | | 19772 Pauling | | Foothill Ranch | CA | 92610 | |
| Chubb | | PO Box 382001 | | Pittsburgh | PA | 15250 | |
| Chubb Personal Excess Liability Insurance | | 1133 Avenue of the Americas | | New York | NY | 10036 | |
| Ciemat | | Av. Complutense, 40 | | Madrid | | 28040 | Spain |
| CIEMAT | | C/Jacinto Benavente 108-1C | | Cacere | | 10004 | Spain |
| CIOReview | | 600 S Andrews Ave | Ste 405 | Ft Lauderdale | FL | 33301-2846 | |
| Cipher Mining Inc. | | 1 Vanderbilt Avenue, Suite C Floor 54 | | New York | NY | 10017 | |
| Circular Technologies Inc | | 420 Goddard Suite B | | Irvine | CA | 92618 | |
| Cision US Inc | | 12051 Indian Creek Court | | Beltsville | MD | 20705 | |
| Citadel Securities Corp Solutions | | 140 Broadway ,Floor 29 | | New York | NY | 10005 | |
| Citadel Securities Corporate Solutions LLC | | 131 S. Dearborn | | Chicago | IL | 60603 | |
| CITI Bank, N.A. | | 10201 Centurion Parkway N. #100 | | Jacksonville | FL | 32256 | |
| Citibank (Administered by PayFlex) | | 388 Greenwich Street | | New York | NY | 10013 | |
| City Electric Supply | c/o City Electric Supply Company | PO Box 131811 | | Dallas | TX | 75313 | |
| City Manger | Attn: City of Denton, Texas | 215 East McKinney Street | | Denton | TX | 76201 | |
| City National Bank | | 350 S. Grand Ave. | Mail Code 944-01 | Los Angeles | CA | 90071 | |
| City of Bellevue - Tax Division | | PO Box 90012 | | Bellevue | WA | 98009 | |
| City of Calvert City | c/o Farmer & Wright | Attn: Todd A. Farmer | 4975 Alben Barkley Dr #1 | Paducah | KY | 42001 | |
| City of Denton | | 215 E McKinney St | | Denton | TX | 76201 | |
| City of Denton | | 8171 Jim Christal Road | | Denton | TX | 76207 | |
| City of Denton dba Denton Municipal Electric | General Manager, City of Denton | 1659 Spencer Road | | Denton | TX | 76205 | |
| City of Denton, Lessor (9/3/2021) | | 601 E. Hickory St., Suite F | | Denton | TX | 76205-4305 | |
| City of Denton, Texas d/b/a Denton Municipal Utilities [DMU] | Attn: Customer Service | Attn: Christa Foster | 601 E Hickory St Suite F | Denton | TX | 76205 | |
| City of Denton, Texas dba Denton Municipal Electric [DME] | Attn: Terry Naulty | 1659 Spencer Rd. | | Denton | TX | 76205 | |
| City of Denton, TX | | 601 E. Hickory St., Suite F | | Denton | TX | 76205-4305 | |
| Clark Swanson | | Address Redacted | | | | | |
| CleanSpark, Inc. | | 2370 Corporate Circle #160 | | Henderson | NV | 89074 | |
| Clearly Leasing, LLC | | 10 Dawn Hill Dr. | | Sandy | UT | 84992 | |
| Cleerline Technology Group LLC | | 8404 El Way Suite 2B | | Missoula | MT | 59808 | |
| Clifford Gutmann | | Address Redacted | | | | | |
| Cline Kezar | | Address Redacted | | | | | |
| CM TFS LLC | | 5480 Corporate Drive, #350 | | Troy | MI | 48098 | |
| CNA Insurance | | PO Box 74007619 | | Chicago | IL | 60674 | |
| CO Services Cayman Limited | | PO Box 10008, Willow House, Cricket Square | | Grand Cayman | | KY1-1001 | Cayman Islands |
| Cochran Law PLLC | | 8140 Walnut Hill Ln, Suite 250 | | Dallas | TX | 75231 | |
| Cody Evan Hughes | | Address Redacted | | | | | |
| Cogent Communications Inc | | PO Box 791087 | | Baltimore | MD | 21279-1087 | |
| Cogent Communications, Inc. | | 2450 N Street, NW | | Washington | DC | 20037 | |
| Cognet Communications, Inc. | Attn: Robert F. Barse | 2450 N St, NW | | Washington | DC | 20037 | |
| Cohen and Company LTD | | PO Box 94787 | | Cleveland | OH | 44115-1877 | |
| Coin Center Inc | | 700 K Street NW, Suite 300 | | Washington | DC | 20001 | |
| Coinbase, Inc. | | 248 3rd St | | Oakland | CA | 94607-4375 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Coindesk Inc | | 250 Park Avenue South 5th Floor | | New York | NY | 10003 | |
| Cole Nolan | | Address Redacted | | | | | |
| Colin Crowell | | Address Redacted | | | | | |
| Colin H Stewart | | Address Redacted | | | | | |
| Colin Jacobs | | Address Redacted | | | | | |
| Colin Smith | | Address Redacted | | | | | |
| Collier Electrical Service Inc | | PO Box 499 | | Calvert City | KY | 42029 | |
| CoLocation Properties Atlanta LLC (dba Digital Realty) | | 56 Marietta Street | | Atlanta | GA | 30303 | |
| Color Scapes Landscaping, Inc | | 2390 Kittle Rd. NW | | Dalton | GA | 30720 | |
| Colorado Department of Revenue | | PO Box 17087 | | Denver | CO | 80217-0087 | |
| Columbia Casualty Company (CNA) | | 125 Broad Street, 8th Floor | | New York | NY | 10004 | |
| Commercial Acoustics | | 6122 Benjamin Road | | Tampa | FL | 33634 | |
| Common Desk Austin LLC | | 2919 Commerce Street | | Dallas | TX | 75226 | |
| ComNet Communications LLC | | 1851 FM 2119 | | Pecos | TX | 79772 | |
| ComNet Communications LLC | | 3013 FM 516 North | | Barstow | TX | 79777 | |
| ComNet Communications, LLC | | 1420 Lakeside Parkway, Suite 110 | | Flower Mound | TX | 75028 | |
| ComNet Communications, LLC | c/o Brad Gaswirth,Canterbury, PC | 4851 LBJ Pwy, Ste 301 | | Dallas | TX | 75244 | |
| ComNet Communications, LLC | c/o Canterbury, PC | Attn: Brad Gaswirth & Bill Bielmyer Jr | 4851 LBJ Pwy, Ste 301 | Dallas | TX | 75244 | |
| Compass Mining, Inc. | | 251 Little Falls Drive | | Wilmington | DE | 19808 | |
| Compensation Advisory Partners LLC (CAP) | | 840 Gessner Suite 375. | | Houston | TX | 77024 | |
| Compensation Advisory Partners, LLC | | 1133 Avenue of the Americas ,14th Floor | | New York | NY | 10036 | |
| ComputerShare Inc | | 150 Royall St Ste 101 | | Canton | MA | 02021-1054 | |
| ComputerShare Inc | | Dept CH 19228 | | Palatine | IL | 60055 | |
| Computershare Trust Company, N.A. | | 250 Royall Street | | Canton | MA | 02021 | |
| Comware | | 450 N Kimball Ave #110 | | Southlake | TX | 76092 | |
| Condair Inc | | 835 Commearce Park Drive | | Ogdensburg | NY | 13669-2209 | |
| Condair Inc. | Attn: Steve Chapman, CFO | 2740 Fenton Road | | Ottawa | ON | K1T 3T7 | Canada |
| Condair Inc. | c/o Vorys, Sater, Seymour and Pease LLP | Attn: John S. Collins | 909 Fannin Suite 2700 | Houston | TX | 77010 | |
| Consero Global Solutions LLC | | 1717 W 6th Street, Suite 410 | | Austin | TX | 78703 | |
| Consilio, LLC | Attn: Lew McConnell | 1828 L Street N.W., Suite 1070 | | Washington | DC | 20036 | |
| Consolidated Electrical Distributors, Inc. dba Sun Valley Electric Supply | Attn: Misti Beanland and Robert Davis | c/o Matthews, Shiels, Knott, Eden, Davis & Beanland, LLP | 8131 LBJ Freeway, Suite 700 | Dallas | TX | 75251 | |
| Consolidated Electrical Distributors, Inc. dba Sun Valley Electric Supply | c/o Matthews, Shiels, Knott, Eden, Davis & Beanland, LLP | Attn: Misti Beanland | 8131 LBJ Freeway, Suite 700 | Dallas | TX | 75251 | |
| Constellation New Energy, Inc | | 1310 Point Street, 8th Floor | | Baltimore | MD | 21231 | |
| Constellation NewEnergy, Inc. | | 1001 Louisiana St. Constellation Suite 2300 | | Houston | TX | 77002 | |
| Container Monster LLC | | 3221 Durham Drive, Suite 107 | | Raleigh | NC | 27603 | |
| Contech, Inc. | | 114 S Elm Pl | | Broken Arrow | OK | 74012 | |
| Contech, Inc. | | 1525 W Smith Ferry Rd | | Muskogee | OK | 74401 | |
| Contech, Inc. | | P.O. Box 982 | | Claremore | OK | 74018 | |
| Convergint Technologies LLC | | 10535 Boyer Blvd | | Austin | TX | 78758 | |
| Convergint Technologies LLC | | 35257 Eagle Way | | Chicago | IL | 60678-1352 | |
| Convergint Technologies LLC | | One Commerce Drive | | Schaumburg | IL | 60173 | |
| Convergint Technologies LLC | Able Communications, Inc. | Attn: Karla Lopez, CFO | 1413 East Avenue H | Grand Prairie | TX | 75050 | |
| Convergint Technologies LLC | Attn: Henry Kedzierski | 5257 Eagle Way | | Chicago | IL | 60678 | |
| Convergint Technologies LLC | Attn: Henry Kedzierski | One Commerce Drive | | Schaumburg | IL | 60173 | |
| Convergint Technologies LLC | c/o Faegre Drinker Biddle & Reath LLP | Attn: Mike T. Gustafson | 320 S. Canal Street, Suite 3300 | Chicago | IL | 60606 | |
| Convergint Technologies LLC | c/o Vitek Lange PLLC | Attn: Ross Vitek | 300 Throckmorton Street, Suite 650 | Fort Worth | TX | 76102 | |
| Cooley LLP | Henry Kedzierski | 5257 Eagle Way | | Chicago | IL | 60678 | |
| Cooley LLP | | 1299 Pennsylvania Avenue NW, Suite 700 | | Washington | DC | 20004-2400 | |
| Coonrod Electric Co, LLC | c/o Branscomb Law | Attn: James Egbert | 802 N. Carancahua St Ste 2300 | Corpus Christi | TX | 78401-0083 | |
| Coonrod Electric Co, LLC | c/o Coats Rose | Attn: Ben Aderholt | 9 Greenway Plaza, Ste 1000 | Houston | TX | 77046 | |
| Coonrod Electric Co., LLC | | 1851 FM 2119 | | Pecos | TX | 79772 | |
| Coonrod Electric Co., LLC | | 3013 FM 516 North | | Barstow | TX | 79777 | |
| Coonrod Electric Co., LLC | c/o Branscomb PLLC | Attn: Patrick H. Autry | 4630 North Loop 1604 West, Suite 206 | San Antonio | TX | 78249 | |
| Corbin ERISA Opportunity Fund, Ltd. | c/o Paul Hastings LLP | Attn: Kris Hansen, Esq., Sayan Bhattacharyya, Esq. | 200 Park Avenue | New York | NY | 10166 | |
| Corbin Opportunity Fund, L.P. | c/o Corbin Capital Partners, L.P. | 590 Madison Avenue | 31St Floor | New York | NY | 10022 | |
| Corbin Opportunity Fund, L.P. | c/o Paul Hastings LLP | Attn: Kris Hansen, Esq., Sayan Bhattacharyya, Esq. | 200 Park Avenue | New York | NY | 10166 | |
| Core Scientific Acquired Mining LLC | | 2407 S. Congress Ave | Ste. E-101 | Austin | TX | 78704 | |
| Core Scientific Operating Company | | 2407 S. Congress Ave | Ste. E-101 | Austin | TX | 78704 | |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 9 of 36



**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Core Scientific Partners GP, LLC (SMLLC) | | 210 Barton Springs Road, Suite 300 | | Austin | TX | 78701 | |
| Core Scientific Partners, LP | | 210 Barton Springs Road, Suite 300 | | Austin | TX | 78701 | |
| CoreWeave Inc | | 12 Commerce Street | | Springfield | NJ | 07081 | |
| Corey Allen | | Address Redacted | | | | | |
| Corey J Plett | | Address Redacted | | | | | |
| Corey Mark Allen | | Address Redacted | | | | | |
| Corporation Service Company | | PO Box 2576 | | Springfield | IL | 62708 | |
| Corporation Service Company, as Representative | | P.O. Box 2576 | | Springfield | IL | 62708 | |
| Covert Chrysler Dodge Jeep Ram | c/o Covert Auto Inc | 8107 Research Blvd | | Austin | TX | 78758 | |
| Coyle Jared Olsen | | Address Redacted | | | | | |
| Creighton Bassett Roth IRA, Interactive Brokers LLC Custodian | | Address Redacted | | | | | |
| Crescendo Collective LLC | | 1134 N 9th St #270 | | Milwaukee | WI | 53233 | |
| Crescent Bay Advisers | c/o Golden Goodrich, LLP | Attn: Ryan W. Beall | 650 Town Center Drive, Suite 600 | Costa Mesa | CA | 92626 | |
| Crestline Solutions LLC | | 401 W. 15th Street, Suite 870 | | Austin | TX | 78701 | |
| CRG Financial LLC [as Assignee of Kldiscovery Ontrack LLC] | Attn: Robert Axenrod | 84 Herbert Ave. Building B | Ste 202 | Closter | NJ | 07264 | |
| Cristian A Ayala | | Address Redacted | | | | | |
| Critical Components Inc | | 120 Interstate N pkwy, Building 300, Ste 305 | | Atlanta | GA | 30339 | |
| CrossCountry Consulting LLC | | 1600 Tysons Blvd, Ste 1100 | | Mclean | VA | 22102 | |
| Crypto Garden, Inc. | | 108 Lakeland Avenue Dover | | Kent County | DE | 19901 | |
| Cryptonic Black, LLC | | 801 S. Rampart Blvd. | | Las Vegas | NV | 89145 | |
| Crystal Caverns Spring Water LLC | | PO Box 1505 | | Calhoun | GA | 30703 | |
| CSP Advisors, LLC (SMLLC) | | 210 Barton Springs Road, Suite 300 | | Austin | TX | 78701 | |
| CSP Liquid Opportunities Fund, LP | | 210 Barton Springs Road, Suite 300 | | Austin | TX | 78701 | |
| CSP Liquid Opportunities GP, LP | | 210 Barton Springs Road, Suite 300 | | Austin | TX | 78701 | |
| CSP Liquid Opportunities Master Fund, LP | | 210 Barton Springs Road, Suite 300 | | Austin | TX | 78701 | |
| CSP Liquid Opportunities Offshore Fund (Exempted Ltd) | | 210 Barton Springs Road, Suite 300 | | Austin | TX | 78701 | |
| CSS Partners, LLC | | PO Box 21262 | | Oklahoma City | OK | 73156 | |
| CT Corporation System, as Representative | Attn: SPRS | 330 N Brand Blvd, Suite 700 | | Glendale | CA | 91203 | |
| Cunningham Golf and Utility Vehicles | | 13119 Aiken Road | | Louisville | KY | 40223 | |
| Cusip Global Services | c/o S&P Global Market Intelligence | 55 Water St | | New York | NY | 10041 | |
| Cynthia Chabarria | | Address Redacted | | | | | |
| Cypress Advocacy, LLC dba Mindset | | 655 New York Ave. NW, Suite 820 | | Washington | DC | 20001 | |
| D16 LLC | | 3350 Wagon Trail Road | | Fort Collins | CO | 80220 | |
| Dakota Carrier Network | | PO Box 2484 | | Fargo | ND | 58108-2484 | |
| Dakota Fire Protection Inc | | PO Box 5327 | | Grand Forks | ND | 58206-5327 | |
| Dakota Lee Holcomb | | Address Redacted | | | | | |
| Dalton Fence Company | | 1191 Piney Ridge Rd SE | | Dalton | GA | 30721 | |
| Dalton Service Inc | | 1220 South Thornton Ave | PO Box 968 | Dalton | GA | 30722 | |
| Dalton Utilities | | PO Box 869 | | Dalton | GA | 30722-0869 | |
| Dalton-Whitfield County Joint Development Authority | | 206 Boring Drive | | Dalton | GA | 30721 | |
| Dalton-Whitfield County Joint Development Authority | | 2205 South Industrial Rd | | Dalton | GA | 30721 | |
| Dalton-Whitfield County Joint Development Authority | Attention: Chairman | 100 South Hamilton Street | | Dalton | GA | 30720 | |
| Dalton-Whitfield County Joint Development Authority | c/o Gray Pannell & Woodward LLP | Attn: James R. Woodward | 3060 Peachtree Road, Suite 730 | Atlanta | GA | 30305 | |
| Dalton-Whitfield County Joint Development Authority | c/o McCamy, Phillips, Tuggle & Fordham, LLP | Attention: Robert Smalley, III, Esq. | 411 West Crawford Street | Dalton | GA | 30722 | |
| Dalton-Whitfield Joint Development Authority; Carl Campbell, Executive Director | | 100 S Hamilton Street | | Dalton | GA | 30720-4291 | |
| Daniel A Van Zandt | | Address Redacted | | | | | |
| Daniel Christen | | Address Redacted | | | | | |
| Daniel Diaz | | Address Redacted | | | | | |
| Daniel Gidon Gold | | Address Redacted | | | | | |
| Daniel Grant Goodman | | Address Redacted | | | | | |
| Daniel Jay Robar | | Address Redacted | | | | | |
| Danielle Zuclich | | Address Redacted | | | | | |
| Darin Feinstein | | Address Redacted | | | | | |
| Darinel C Velasquez | | Address Redacted | | | | | |
| Darren Cook | | Address Redacted | | | | | |
| Darren Crosbie | | Address Redacted | | | | | |
| Darrin Feinstein | | Address Redacted | | | | | |
| Databricks, Inc. | | 160 Spear St | Fl 15 | San Francisco | CA | 94105-1547 | |
| Databricks, Inc. | | 160 Super Street, Suite 1300 | | San Francisco | CA | 94105 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

 STRETTO

**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Datasite LLC | | 733 S Marquette Ave., Suite 600 | | Minneapolis | MN | 55402 | |
| Datasite LLC | | PO Box 74007252 | | Chicago | IL | 60677252 | |
| Datasite LLC | Attn: Leif Simpson | PO Box 74007252 | | Chicago | IL | 60674 | |
| David Bricken | | Address Redacted | | | | | |
| David Elia | | Address Redacted | | | | | |
| David Gonzales | | Address Redacted | | | | | |
| David Herrington | | Address Redacted | | | | | |
| David Hodges | | Address Redacted | | | | | |
| David J Burkett | | Address Redacted | | | | | |
| David Knorr | | Address Redacted | | | | | |
| David M Hillock | | Address Redacted | | | | | |
| David Sarner | | Address Redacted | | | | | |
| Davis Wright Tremaine LLP | | 920 5th Avenue, Suite 3300 | | Seattle | WA | 98104 | |
| Davon Bartley | | Address Redacted | | | | | |
| DCG Foundry LLC | | 290 Harbor Dr | FL 1 | Stamford | CT | 06902-8700 | |
| DCN, LLC | | PO Box 2484 | | Fargo | ND | 58108 | |
| De Lage Landen Financial Services | | Lease Processing Center | 1111 Old Eagle School Road | Wayne | PA | 19087 | |
| De Lage Landen Financial Services Inc #1 | | PO Box 41602 | | Philadelphia | PA | 19101 | |
| De Lage Landen Financial Services Inc #2 | | PO Box 41602 | | Philadelphia | PA | 19101 | |
| De Lage Landen Financial Services Inc #3 | | PO Box 41602 | | Philadelphia | PA | 19101 | |
| De Lage Landen Financial Services Inc #4 | | PO Box 41602 | | Philadelphia | PA | 19101 | |
| De Lage Landen Financial Services, Inc | SBS Leasing, A Program of De Lage Landen Financial Services | 1111 Old Eagle School Road | | Wayne | PA | 19087 | |
| Deanna L Kight | | Address Redacted | | | | | |
| Deborah L Grisanti | | Address Redacted | | | | | |
| Degree, Inc. dba Lattice | | 360 Spear St, Floor 4 | | San Francisco | CA | 94105 | |
| Delaware Secretary of State | | PO Box 5509 | | Binghamton | NY | 13902-5509 | |
| Delcom Partners | | 610 S Main St | | Dell City | TX | 79837 | |
| Delcom, Inc. | | PO Box 67 | | Dell City | TX | 79837 | |
| Dell Financial Services L.L.C | Technijian Finance | 18 Technology Dr | STE 141 | Irvine | CA | 92618 | |
| Dell Financial Services L.L.C. | | Mail Stop-PS2DF-23, One Dell Way | | Round Rock | TX | 78682 | |
| Dellcom (Dell Telephone) | | 610 S. Main St. | | Dell City | TX | 79837 | |
| Deloitte & Touche LLP | | 1015 Second Avenue, Suite 500 | | Seattle | WA | 98104 | |
| Deloitte & Touche LLP | | 695 Town Center Dr. Suite 1000 | | Costa Mesa | CA | 92626 | |
| Deloitte Financial Advisory Services LLP | | 110 Morris Avenue | | Morristown | NJ | 07960 | |
| Deloitte Tax LLP | | 555 Mission Street | | San Francisco | CA | 94105 | |
| Deloitte Transactions and Business Analytics LLP | | 225 W Santa Clara St, #600 | | San Jose | CA | 95113 | |
| Delta Dental | | 1515 W. 22nd St. Suite 450 | | Oak Brook | IL | 60523 | |
| Delta Dental | | PO Box 1809 | | Alpharetta | GA | 30023-1809 | |
| DeMarco Madrid | | Address Redacted | | | | | |
| Denise B Sterling | | Address Redacted | | | | | |
| Denise Sterling | | Address Redacted | | | | | |
| Dennis Carroll Ashe | | Address Redacted | | | | | |
| Denton Chamber of Commerce Inc. | | 401 North Elm Street, PO Box 1719 | | Denton | TX | 76202 | |
| Denton Municipal Electric | | 215 E McKinney St | | Denton | TX | 76201 | |
| Denton Municipal Electric | | 901-A Texas Street | | Denton | TX | 76209 | |
| Denton Municipal Electric | Attn: Deputy Director of Technical Services Mike Wilson | 1659 Spencer Rd. | | Denton | TX | 76205 | |
| Denton Municipal Utilities | | 601 E Hikory St, Suite F | | Denton | TX | 76205 | |
| Denton Municipal Utilities | | PO Box 660150 | | Dallas | TX | 752606-0150 | |
| Dentons Canada LLP | | 77 King Street West, Suite 400, Toronto-Dominion Centre | | Toronto | ON | M5K 0A1 | Canada |
| Department of Treasury - Internal Revenue Service | | 1919 Smith St | M/S 5024 HOU | Houston | TX | 77002 | |
| Department of Treasury - Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Derek C Ellis | | Address Redacted | | | | | |
| Derek Neil Mihlfeith | | Address Redacted | | | | | |
| Devin Eldridge | | Address Redacted | | | | | |
| Devon Eldridge | | Address Redacted | | | | | |
| Devon K Baldwin | | Address Redacted | | | | | |
| DHL Express (USA) Inc | | 16592 Collections Center Dr | | Chicago | IL | 60693 | |
| Dialog Telecommunications | | 601 Broadway Street | | Paducah | KY | 42001 | |
| Diamond Offshore Drilling, Inc. | | 15415 Katy Fwy | | Houston | TX | 77094-1816 | |
| DigiCert INC | c/o DigiCert CertCentral Enterprise | 2801 North Thanksgiving Way ,Ste 500 | | Lehi | UT | 84043 | |
| Digifarm Technologies Limited | | 30 De Castro Street Wickhams Cay 1 | PO Box 4519 | Road Town Tortola | | VG1110 | British Virgin Islands |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 11 of 36



**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Digi-key | | PO Box 250 | PO Box 677 | Thief River Falls | MN | 56701 | |
| Digital Asset Services LTD | | Capital Building, Tyndall Street | | Cardiff | | CF10 4AZ | United Kingdom |
| Digital London Ltd | | Level 7, 40 Gracechurch Street | | London | | EC3V 0BT | United Kingdom |
| Digital Mountain Inc | | 4633 Old Ironsides Drive, Suite 401 | | Santa Clara | CA | 95054 | |
| Digital Realty | | PO Box 419729 | | Boston | MA | 02241-9729 | |
| Dillon Eldridge | | Address Redacted | | | | | |
| Distributed Ledger Inc | | 5223 Pointe Spring Xing | | Spring | TX | 77389 | |
| District Of Columbia | Office Of The Attorney General | 441 4Th St Nw, Ste 1100S | | Washington | DC | 20001 | |
| DJNR Interactive LLC | | 5819 Misty Hill Cove | | Austin | TX | 78759 | |
| DK Construction Company | | PO Box 388 | | Calvert City | KY | 42029-0388 | |
| Dobson Fiber | | 14101 Wireless Way, Ste 300 | | Oklahoma City | OK | 73134 | |
| Dobson Fiber | | PO BOX 268860 | | Oklahoma City | OK | 73126 | |
| Dockzilla Co | | 12400 Whitewater Drive Suite 110 | | Minnetonka | MN | 55343 | |
| Docusign Inc | | PO Box 735445 | | Dallas | TX | 75373-5445 | |
| Docusign, Inc. | | 221 Main Street, Suite 1000 | | San Francisco | CA | 94105 | |
| Dongguan Fa Site Electronic Technology Co Ltd | | No. 73, Xinyuan Road, Tiantou, Hengli Town | | Dongguan City Guangdong China | | 523032 | Hong Kong |
| Dorothy Alicia Goodrum | | Address Redacted | | | | | |
| Douglas Duhon | | Address Redacted | | | | | |
| DOUGLAS LIPTON | | Address Redacted | | | | | |
| Douglas S. Wall | | Address Redacted | | | | | |
| Draffen Mart Inc | | PO Box 385 | 110 S Main St | Calvert City | KY | 42029 | |
| Drake Lee Johnson | | Address Redacted | | | | | |
| Dreams and Digital, LLC | | 4129 W. Cheyenne Ave. | | North Las Vegas | NV | 89032 | |
| DSV Air and Sea Inc | | 4243 Olympic Blvd, Suite 250 | | Erlanger | KY | 41018 | |
| Duane Morris LLP | Attn: James T. Seery | 1540 Broadway | | New York | NY | 10036 | |
| Duke Energy | | PO Box 601297 | | Charlotte | NC | 28260-1297 | |
| Duke Energy | Attn: Eddy Via, Credit Risk Manager | 9700 David Taylor Dr. Mail Code: DT01X | | Charlotte | NC | 28262 | |
| Duke Energy Carolinas | | PO Box 601297 | | Charlotte | NC | 28260-1297 | |
| Duke Energy Carolinas | Adam Arrowood | PO Box 1094 | | Charlotte | NC | 28201-1094 | |
| Duke Energy Carolinas, LLC | | 6551 Derby Lane NW | | Concord | NC | 28027 | |
| Duke Energy Carolinas, LLC | Attn: Lynn Colombo | 4720 Piedmont Row Dr | PNG04C | Charlotte | NC | 29210 | |
| DUS Management Inc. | | 35 East Wacker Drive, Suite 750 | | Chicago | IL | 60601 | |
| Dustin Reid Breazeale | | Address Redacted | | | | | |
| Eagle Eye International Protective Services, Inc. | | 4645 Wyndham Ln Ste 210 | | Frisco | TX | 75034 | |
| Eaton Corporation | | 1000 Cherrington Pkw | | Moon Township | PA | 15108 | |
| Eaton Corporation | c/o Global Trade Credit | 1000 Eaton Blvd | 5S | Cleveland | OH | 44122 | |
| eCapital Advisors LLC | | 7900 Xerxes Ave S, Suite 1300 | | Bloomington | MN | 55431 | |
| Eddie McGuire, Marshall County Sheriff | | 52 Judicial Drive | | Benton | KY | 42025 | |
| Edward Opoku | | Address Redacted | | | | | |
| Egencia LLC | | 333 108th Ave. NE | | Bellevue | WA | | |
| Elasticsearch Inc | | 88 Kearny St | Fl 19 | San Francisco | CA | 94108-5508 | |
| Electra Link Inc | | 21755 Interstate 45, Bldg 10 | | Spring | TX | 77388 | |
| Electric Power Engineers Inc | | 13001 W Hwy 71, Suite G100 | | Austin | TX | 78738 | |
| Electric Reliability Council of TX (ERCOT) | | 8000 Metropolis Drive (Building E), Suite 100 | | Austin | TX | 78744 | |
| Electrical Com | c/o Widespread Electrical Sales LLC | 11925 I-70 Frontage Rd N #300 | | Wheat Ridge | CO | 80033 | |
| Elite Electric Company LLC | | 541745 US Hwy 1 | | Callahan | FL | 32011 | |
| Elliot Electric Supply, Inc. | | 2526 N Stallings Dr | PO Box 630610 | Nacogdoches | TX | 75963 | |
| Elmington Property Management LLC | | 1030 16TH AVE S | STE 500 | NASHVILLE | TN | 37212-2358 | |
| Elmington Property Mgmt LLC - Monarch Apartments | | 1397 Timber lane A-207, #207 | | Chattanooga Hamilton | TN | 37405 | |
| Emmanuel Lopez | | Address Redacted | | | | | |
| EMO North Customers Brokers Ltd | | 7420 Airport Rd, Suite 108 | | Mississauga | ON | L4T 4E5 | Canada |
| Employer Solutions Resources LLC | | PO Box 92960 | | Cleveland | OH | 44194 | |
| Endurance American Specialty Insurance Company (Sompo) | | 1221 Avenue of the Americas | | New York | NY | 10020 | |
| Engineered Fluids, Inc. | | 4917 Profit Dr Frnt | | Tyler | TX | 75707-1845 | |
| Enrique Contreras Meza JR | | Address Redacted | | | | | |
| ePIC ASIC Asia Limited | | Rm 1910-1919, 19/F, Tower 2, Grand Central Plaza, 138 Shatin Rural Committee Road | | Hong Kong | | | Hong Kong |
| Equinix Inc | | One Lagoon Drive | | Redwood City | CA | 94065 | |
| Equinix Inc | | PO Box 736031 | | Dallas | TX | 75373-6031 | |
| Equinix LLC | | One Lagoon Drive, 4th Floor | | Redwood City | CA | 94065 | |
| Equipment Depot of Kentucky Inc | | 75 Remittance Dr Suite #3280 | | Chicago | IL | 60675-3280 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 12 of 36



**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| Equipment Depot of Kentucky Inc | | 922 E Division St | | Evansville | IN | 47711-5667 | |
| Equisolve Inc | | 3500 SW Corporation Parkway, Suite 206 | | Palm City | FL | 34990 | |
| ERI Economic Research Institute Inc | | PO Box 3524 | | Seattle | WA | 98124-3524 | |
| Eric Dewayne Dockery | | Address Redacted | | | | | |
| Eric Douglas Hullander | | Address Redacted | | | | | |
| Eric Kurtzman | | Address Redacted | | | | | |
| Eric M Steen | | Address Redacted | | | | | |
| Erica Marie Schreiber | | Address Redacted | | | | | |
| Erica S Hill | | Address Redacted | | | | | |
| Ernest Industries Inc | | 64 Bleecker Street, Suite 132 | | New York | NY | 10012 | |
| Ernesto A Diaz | | Address Redacted | | | | | |
| Ernst & Young LLP | | 1120 NW Couch St # 425 | | Portland | OR | 97209 | |
| Ernst & Young LLP | | 920 Fifth Avenue, Suite 900 | | Seattle | WA | 98104 | |
| Esteban LaSalle | | Address Redacted | | | | | |
| Etcembly Ltd | | Atlas Building, Fermi Avenue Harwell Campus | | Didcot, Oxford Oxfordshire | | OX11 0QX | United Kingdom |
| Ethan Warren Johnson | | Address Redacted | | | | | |
| Eunike Solomona | | Address Redacted | | | | | |
| Evan C. Graesser | | Address Redacted | | | | | |
| Evan S Adams | | Address Redacted | | | | | |
| Evercore Group LLC | | PO Box 844233 | | Boston | MA | 02284-4233 | |
| EverData, LLC | | 2040 Alameda Padre Serra, Ste 110 | | Santa Barbara | CA | 93103 | |
| Expensify Payments LLC | | 401 SW 5th Ave | | Portland | OR | 97204 | |
| EZ BlockChain LLC. | | 311 S Wacker Dr | Ste 1410 | Chicago | IL | 60606-6623 | |
| Ezekiel Arnold | | Address Redacted | | | | | |
| Fabian Najera | | Address Redacted | | | | | |
| Fabian S Mousseau | | Address Redacted | | | | | |
| Faegre Drinker Biddle and Reath LLP | | NW 6139 PO Box 1450 | 90 South 7th Street | Minneapolis | MN | 55402-3901 | |
| Farm & Ranch Construction, LLC | | PO Box 69 | | Iredell | TX | 76649 | |
| Farmers Group Select Home & Auto Insurance | | 6301 Owensmouth Avenue | | Woodland Hills | CA | 91367 | |
| Farming with Stephanie LLC | | 16520 La Vela Circle Upper | | Brookfield | WI | 53005 | |
| Fasken Martineau DuMoulin LLP | Attn: Clarke Barnes | 350 7th Avenue SW, Suite 3400 | | Calgary | AB | T2P 3N9 | Canada |
| Fastenal Company | | PO Box 1286 | | Winona | MN | 55987-1286 | |
| Federal Insurance Company (Chubb) | | One Post Street 35th Floor | | San Francisco | CA | 94104 | |
| Federico Bohn | | Address Redacted | | | | | |
| Felker Construction Company Inc | | PO Box 1647 | | Dalton | GA | 30722 | |
| Fernanda Gomez | | Address Redacted | | | | | |
| Fernando Manuel Sierra Pajuelo | | Address Redacted | | | | | |
| Fiber Net | | PO Box 625 | | Sylva | NC | 28779 | |
| Fidelity Capital Corp | Glen Reneau | 19600 Fairchild Rd | STE 120 | Irvine | CA | 92612 | |
| Fidelity Funding Services, LLC | | 19600 Fairchild Road, Suite 120 | | Irvine | CA | 92612 | |
| Fidelity Investments Institutional Operations Company LLC | | 88 Black Falcon Ave, Suite 167 | | Boston | MA | 02210 | |
| Fidelity Workplace Services LLC | | 245 Summer Street, V7A | | Boston | MA | 02210 | |
| Fidelity Workspace Services LLC | | 245 Summer Street, V7A | | Boston | MA | 02210 | |
| FINRA | | 1735 K Street NW | | Washington | DC | 20006 | |
| Fireblocks Inc | | 221 River Street, 9th Floor | | Hoboken | NJ | 07030 | |
| First Insurance Funding | | 450 Skokie Blvd Ste 100 | | Northbrook | IL | 60062-7917 | |
| First National Capital LLC | | 27051 Towne Centre Drive, Suite 260 | | Irvine | CA | 92614 | |
| First Sun Investments, LLC | | 6718 East Rovey Avenue | | Paradise Valley | AZ | 85253 | |
| First-Line Fire Extinguisher Company | | 1333 N 18th Street | | Paducah | KY | 42001 | |
| Fishman Stewart PLLC | | PO Box 74008661 | | Chicago | IL | 60674 | |
| Five Star Food Services, Inc. (Five Star) | | 412 E 10th St | # 108 | Chattanooga | TN | 37403-4312 | |
| Flexential Colorado Corp | | PO Box 732368 | | Dallas | TX | 75373 | |
| Florida Blue | | PO Box 45296 | | Jacksonville | FL | 32232-5296 | |
| Florin Lazar | | Address Redacted | | | | | |
| Flourishing Field Limited | | 30 de Castro Street, Wickhams Cay 1 | PO Box 4519 | Road Town, Tortola | | VG1110 | Virgin Islands (British) |
| FlowTX | | PO Box 90504 | | San Antonio | TX | 78209 | |
| ForensisGroup Inc | | 301 N. Lake Ave, Suite 420 | | Pasadena | CA | 91101-5119 | |
| Forks Landscaping LLC | | 1301 Central Ave NW | | E Grand Forks | MN | 56721-1611 | |
| Forum Communications Company | | PO Box 2020 | | Fargo | ND | 58107 | |
| Foshan Dilue Supply Chain Mgmt CO LTD | | Block 7-5 Shencun Avenue, 1st Cross Road Shiwan Town | | Foshan City, Guangdong Province | Guangdong Province | 528000 | China |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 13 of 36



**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| Foundry Digital LLC | | 290 Harbor Dr | FL 1 | Stamford | CT | 06902-8700 | |
| Foundry Digital LLC fka DCG Foundry LLC | | 290 Harbor Dr | FL 1 | Stamford | CT | 06902-8700 | |
| Frances Galindo | | Address Redacted | | | | | |
| Franchise Tax Board | | PO Box 942857 | | Sacramento | CA | 94257-0531 | |
| Francisco Gomez | | Address Redacted | | | | | |
| Francisco J Aguirre | | Address Redacted | | | | | |
| FRANK POLLARO | | Address Redacted | | | | | |
| Frank X Spencer & Associates | | 1130 Montana Ave | | El Paso | TX | 79902 | |
| Frank X Spencer and Associates, Inc. | | 1130 Montana Ave | | El Paso | TX | 79902 | |
| Free Transportation LLC | | 300 Sherwood Forest Dr | | Hayesville | NC | 28904-7283 | |
| FreightEx Logistics LLC | | 4720 Greenway Dr | | Grand Forks | ND | 58203 | |
| Fresh Lianne Aviia | | Address Redacted | | | | | |
| Frontier Communications America Inc | | PO Box 740407 | | Cincinnati | OH | 45274-0407 | |
| Frontier Communications of America, Inc. | | 111 Field Street | | Rochester | NY | 14620 | |
| Frontline Shredding Inc | | PO Box 3094 | | Bellevue | WA | 98009 | |
| Frost Brown Todd Attorneys LLC | Attn: Marilyn Lunn | 400 West Market Street | | Louisville | KY | 40202 | |
| Frost, Brown Todd LLC | | 20 F St NW Suite 850 | | Washington | DC | 20001 | |
| FS Innovation LLC | | PO Box 164 | | Abu Dhabi | | | United Arab Emirates |
| FS.Com Inc | | 380 Centerpoints Blvd | | New Castle | DE | 19720 | |
| FTF Diversified Holdings, LP | Attn: Anthony Fadell | 121 Alhambra Plaza | Suite 1202 | Coral Gables | FL | 33143 | |
| FXSA | c/o Frank X Spencer and Associates Inc | 1130 Montana AVe | | El Paso | TX | 79902 | |
| G.I. Joe Landscaping, LLC | | 503 W. Crawford St | | Dalton | GA | 30720 | |
| Gagnon & Miceli Freight Inc | c/o Cargaison Gagnon & Miceli Inc | 3050 Blvd De La Gare, Suite 330 | | Vaudreuil-Dorion, Quebec | | J7V 0H1 | Canada |
| Galaxy Digital LP | Attn: Chris Ferraro, Amanda Fabiano, Michael Marcantonio | 1 N End Ave | Fl 13 | New York | NY | 10282-1102 | |
| Ganesh Baskaran Balakrishnan | | Address Redacted | | | | | |
| Garic Inc | | PO Box 6967 | | Carol Stream | IL | 60197-6967 | |
| Garic Inc. | | 26 Broadway | Suite 961 | New York | NY | 10004 | |
| Garic Inc. | | 68 35th Street, Suite C653 | Mailbox #4 | Brooklyn | NY | 11232 | |
| Garic Limited | | PO Box 6967 | | Carol Stream | IL | 60197 | |
| Garic, Inc. | | 68 35th Street, Suite C653 | | Brooklyn | NY | 11232 | |
| Garic, Inc. | c/o Foster & Wolkind, P.C. | Attn: Peter B. Foster | 80 Fifth Avenue, Suite 1401 | New York | NY | 10011 | |
| Garic, Inc. #1 | | PO Box 6967 | | Carol Stream | IL | 60197-6967 | |
| Garic, Inc. #2 | | PO Box 6967 | | Carol Stream | IL | 60197-6967 | |
| Garic, Inc. #3 | | PO Box 6967 | | Carol Stream | IL | 60197-6967 | |
| Garrett Stephen Sparks | | Address Redacted | | | | | |
| Garry Fife | | Address Redacted | | | | | |
| Garry Michael Fife | | Address Redacted | | | | | |
| Gartner Inc | | PO Box 911319 | | Dallas | TX | 75391-1319 | |
| Gary Godbee | | Address Redacted | | | | | |
| Gasthalter and Co LP | | 777 Third Ave, 32nd Floor | | New York | NY | 10017 | |
| Gateway Korea Inc. | | Bundang-Gu Hwang Sae Wool Road 335-8 4th Floor Suite 4-13 | | Seongnam Shi | Gyunggi-Do | | Korea, Republic of |
| Gavin H McCray | | Address Redacted | | | | | |
| Gaylor Electric, Inc | Attn: Jim Crews | 5750 Castle Creek Pkwy N Drive | Ste 400 | Indianapolis | IN | 46250 | |
| Gaylor Electric, Inc. DBA Gaylor, Inc. | | 1525 W Smith Ferry Rd | | Muskogee | OK | 74401 | |
| Gaylor Electric, Inc. DBA Gaylor, Inc. | | 5750 Castle Creek Parkway | | Indianapolis | IN | 46250 | |
| Gaylor Electric, Inc. DBA Gaylor, Inc. | | 5750 Castle Creek Parkway North Drive | Suite 400 | Indianapolis | IN | 46250 | |
| GEM Mining | c/o GEM Mining 1 LLC | 205 Magnolia Lake Rd | | Aiken | SC | 29803 | |
| GEM Mining 1 LLC | | 205 Magnolia Lake Rd. | | Aiken | SC | 29803 | |
| GEM Mining 1, LLC | Attn: Joe Poore | 550 S Main St | Suite 310 | Greenville | SC | 29601 | |
| GEM Mining 1, LLC | c/o Maynard Nexsen, P.C. | Attn: Evan N. Parrott | 11 North Water Street Suite 24290 | Mobile | AL | 36602 | |
| GEM Mining 2 B, LLC | Attn: Joe Poore | 550 S Main St, Suite 310 | | Greenville | SC | 29601 | |
| GEM Mining 2 B, LLC | c/o Maynard Nexsen, P.C | Attn: Evan N. Parrott | 11 North Water Street, Suite 24290 | Mobile | AL | 36602 | |
| GEM Mining 2, LLC | Attn: Joe Poore | 550 S. Main St., Suite 310 | | Greenville | SC | 29601 | |
| GEM Mining 2, LLC | c/o Maynard Nexsen, P.C. | Attn: Evan N. Parrott | 11 North Water Street, Suite 24290 | Mobile | AL | 36602 | |
| GEM Mining 4 LLC | | 205 Magnolia Lake Rd. | | Aiken | SC | 29803 | |
| GEM Mining 4, LLC | Attn: Joe Poore | 550 S Main St | Ste 310 | Greenville | SC | 29601 | |
| GEM Mining 4, LLC | c/o Maynard Nexsen, P.C. | Attn: Evan N. Parrott | 11 North Water Ste 24290 | Mobile | AL | 36602 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| General Casualty Co of WI (QBE) | | One QBE Way | | Sun Prairie | WI | 53596 | |
| Genesis Custody Limited | | 10 Queen Street Place | | London | E Sussex | EC4R | United Kingdom |
| Genesis Global Capital, LLC #1 | Hanson Birringer | 250 Park Avenue South | | New York | NY | 10003 | |
| Gennady Bogachev | | Address Redacted | | | | | |
| Gennaro Torre | | Address Redacted | | | | | |
| Gensler | | PO Box 848279 | | Dallas | TX | 78284-8279 | |
| George Andrew Fitch | | Address Redacted | | | | | |
| George Kollitides | | Address Redacted | | | | | |
| Georgia Department of Revenue | | PO Box 105408 | | Atlanta | GA | 30348-5408 | |
| Gerhard Dinhof | | Address Redacted | | | | | |
| Gerri Miller | | Address Redacted | | | | | |
| Gibson and Associates Inc | | 6044 164th Avenue SE | | Bellevue | WA | 98006 | |
| Gilberto Esparza | | Address Redacted | | | | | |
| Gilley Enterprises | | 2015 2Nd Ave, Unit 2902 | | Seattle | WA | 98121 | |
| Gilley Enterprises LLC | | 2015 2nd Ave unit 2902 | | Seattle | WA | 98121 | |
| Gilmore Kramer Co | | 20 Technology Way | | West Greenwich | RI | 02817 | |
| GitHub Inc | | 88 Colin P. Kelly Jr. St. | | San Francisco | CA | 94107 | |
| Glaze Supply Company Inc | | PO Box 1443 | | Dalton | GA | 30722 | |
| Global Star Holding Co. | | 1582 Zenith Way | | Weston | FL | 33327 | |
| GlobalGig | | PO Box 227372 | | Dallas | TX | 75222-7372 | |
| Globalization Partners LLC | | 75 Federal St | 17th Floor | Boston | MA | 02110 | |
| Globalization Partners Professional Services | | 175 Federal Street 17th Floor | | Boston | MA | 02110 | |
| Globalization Partners, Inc. | | 265 Franklin Street, Suite 502 | | Boston | MA | 02110 | |
| Goldstein and Lee PC | | 145 West 57th Street, 8th Floor | | New York | NY | 10019 | |
| GoodHire | | 303 Twin Dolphin Drive, Suite 600 | | Redwood City | CA | 94065 | |
| Goodrose 5009, INC. | | 60 E Delaware Pl #1412 | | Chicago | IL | 60657 | |
| Goodway Group Inc | | PO Box 826955 | | Philadelphia | PA | 19182-6955 | |
| Google LLC | | Dept 33654, PO Box 39000, San Francisco CA 94139 | | Mountain View | CA | 94043 | |
| Google, LLC | | 1600 Amphitheatre Parkway | | Mountain View | CA | 94043 | |
| Gopher, LLC | | 1155 S Grand Ave #912 | | Los Angeles | CA | 90015 | |
| Gordon Clark MacDonald | | Address Redacted | | | | | |
| Gotshal & Manges LLP | | 767 Fifth Avenue | | New York | NY | 10153-0119 | |
| GPU.ONE | | 3682 Avenue du MusÃ©e | | Montreal | QC | H3G 2C9 | Canada |
| Gracie Taylor Duval | | Address Redacted | | | | | |
| Grant Paul Duval | | Address Redacted | | | | | |
| Gravity Oilfield Services LLC | c/o General Counsel | Attn: Kevin Trautner | 9821 Katy Freewa Suite 700 | Houston | TX | 77024 | |
| Gravity Oilfield Services, LLC | Attn: Erica Lea Ofield | 2330 E 1-20 | | Odessa | TX | 79766 | |
| Graybar Electric Company Inc | | 34 N Meramec Ave | | St. Louis | MO | 63105 | |
| Graybar Electric Company, Inc. | | 7055 S Decatur Blvd Ste 100 | | Las Vegas | NV | 89118 | |
| Graybar Electric Company, Inc. | | 1851 FM 2119 | | Pecos | TX | 79772 | |
| Graybar Electric Company, Inc. | | 3013 FM 516 North | | Barstow | TX | 79777 | |
| Graybar Electric Company, Inc. | Attn: Dzenan Taslaman | 4601 Cambridge Rd | | Fort Worth | TX | 76155 | |
| Graybar Electric Company, Inc. | c/o Coats Rose, P.C. | Attn: Ben L. Aderholt | 9 Greenway Plaza, Ste 1000 | Houston | TX | 77046 | |
| Great Sports Inc | | 1333 South Schoolhouse Rd | | New Lennox | IL | 60451 | |
| GreatAmerica Financial Services | | PO Box 660831 | | Dallas | TX | 75266 | |
| Greatland Corporation | | PO Box 1157 | | Grand Rapids | MI | 49501 | |
| Green Business Certification, Inc | | 2101 L Street NW Suite 600 | | Washington | DC | 20037 | |
| Greenberg Traurig, LLP | | Griffith Peak Drive, Suite 600 | | Las Vegas | NV | 89135 | |
| Greenhouse Software Inc | | PO Box 392683 | | Pittsburgh | PA | 15262 | |
| Greenidge Generation Holdings Inc. | | 590 Plant Road | | Dresden | NY | 14441 | |
| GreensLedge Capital Markets LLC | | 575 Lexington Ave 32nd Floor | | New York | NY | 10022 | |
| Greensledge Merchant Holdings, LLC | | 399 Park Avenue, 37th Floor | | New York | NY | 10022 | |
| Greg Pipho | | Address Redacted | | | | | |
| Gregory C Shomette | | Address Redacted | | | | | |
| Gregory T Lewis | | Address Redacted | | | | | |
| Greyline Partners LLC | | PO Box 733976 | | Dallas | TX | 75373-3976 | |
| Greyline Partners LLC [IQ-EQ] | | PO Box 733976 | | Dallas | TX | 75373-3976 | |
| GreyRock Asset Management | | 5217 McKinney Ave., Suite 400 | | Dallas | TX | 75205 | |
| Griffin C Simerly | | Address Redacted | | | | | |
| Griselda Catherine Gay | | Address Redacted | | | | | |
| Group Health Aetna | | 151 Farmington Avenue | | Hartford | CT | 06156 | |
| Gryphon Digital Mining, Inc. | | 5953 Mabel Rd, Unit 138 | | Las Vegas | NV | 89110 | |
| Guardian | | 10 Hudson Yards | | New York | NY | 10001 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Guardian Life | | PO Box 14319 | | Lexington | KY | 40512-4319 | |
| Gullane Capital Partners, LLC | | 640 S. Perkins Road | | Memphis | TN | 38117 | |
| Gullane Capital Partners, LLC | c/o Paul Hastings LLP | Attn: Kris Hansen, Esq., Sayan Bhattacharyya, Esq. | 200 Park Avenue | New York | NY | 10166 | |
| Gullane Digital Asset Partners Op, LLC | | 640 S. Perkinds Road | | Memphis | TN | 38117 | |
| Gullane Digital Asset Partners QP, LLC | c/o Paul Hastings LLP | Attn: Kris Hansen, Esq., Sayan Bhattacharyya, Esq. | 200 Park Avenue | New York | NY | 10166 | |
| Gullane Digital Asset Partners, LLC | | 640 S. Perkins Road | | Memphis | TN | 38117 | |
| Gullane Digital Asset Partners, LLC | c/o Paul Hastings LLP | Attn: Kris Hansen, Esq., Sayan Bhattacharyya, Esq. | 200 Park Avenue | New York | NY | 10166 | |
| Gustavo Melo Belfort | | Address Redacted | | | | | |
| Hailun Zhang | | Address Redacted | | | | | |
| Hamin Kang | | Address Redacted | | | | | |
| Hang Thanh Chu | | Address Redacted | | | | | |
| Hannah Jelovich | | Address Redacted | | | | | |
| Hannan Supply Company Inc | | 1565 N 8th Street | | Paducah | KY | 42001 | |
| Hannan Supply Company Inc | | PO Box 270 | | Paducah | KY | 42002-0270 | |
| Hannig Row Partnership | | 200 E 6th St. | | Austin | TX | 78701 | |
| Hannig Row Partnership | | 3102 Maple Ave Ste 350 | | Dallas | TX | 75201 | |
| Hannig Row Partnership | | 504 Congress Avenue, Suite 300 | | Austin | TX | 78701 | |
| Harco National Insurance Company | c/o Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber | 105 Eisenhower Parkway | Roseland | NJ | 07068 | |
| Harco National Insurance Company (360) | | 702 Oberlin Road | | Raleigh | NC | 27605 | |
| Hardik Modi | | Address Redacted | | | | | |
| Harlin Dean | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Diane Dolittle | 555 Twin Dolphin Dr # 560 | Redwood City | CA | 94065 | |
| Harlin Dean | c/o Riddle & Williams Attorneys and Counselors | Attn: Dean Riddle | 3811 Turtle Creek Blvd, Ste 500 | Dallas | TX | 75219 | |
| Harlin Dean | | Address Redacted | | | | | |
| Harlin R Dean | | Address Redacted | | | | | |
| Harper Construction Company, Inc. | | 1525 W Smith Ferry Rd | | Muskogee | OK | 74401 | |
| Harsh Pravinkumar Patel | | Address Redacted | | | | | |
| HC NCBR Fund | c/o BlackRock Financial Management, Inc. | Attn: Christopher Biasotti | 55 East 22nd Street | New York | NY | 10055 | |
| HC NCBR FUND | c/o BlackRock Financial Management, Inc. | Attn: Christopher Biasotti, Winnie Chen, Melanie Groves | 55 East 52nd Street | New York | NY | 10055 | |
| HC NCBR FUND | c/o Paul Hastings LLP | Attn: Kris Hansen, Esq., Sayan Bhattacharyya, Esq. | 200 Park Avenue | New York | NY | 10166 | |
| Heapy | | 1400 W. Dorothy Ln | | Dayton | OH | 45409 | |
| Heather J Ross | | Address Redacted | | | | | |
| Heather L Ward-Dehne | | Address Redacted | | | | | |
| Heide C Conahan | | Address Redacted | | | | | |
| Henry Ho | | Address Redacted | | | | | |
| Herc Rentals | | PO Box 936257 | | Atlanta | GA | 31193 | |
| Herc Rentals Inc. | | 2828 IH 20 West | | Midland | TX | 79706 | |
| Herc Rentals Inc. | | 4637 W University | | Denton | TX | 76207 | |
| Herc Rentals Inc. | | 4901 Carey Street | | Fort Worth | TX | 76119 | |
| Herc Rentals Inc. | | 8282 H 20 West | | Midland | TX | 79706 | |
| Herc Rentals Inc. | | 8282 IH 20 West | | Midland | TX | 79706 | |
| Herc Rentals, Inc. | | 601 N Great Southwest Pkwy | | Arlington | TX | 76011 | |
| Herc Rentals, Inc. | OTC Legal Bankruptcy | 27500 Riverview Center Blvd | | Bonita Springs | FL | 34134 | |
| Hewlett Packard Enterprise Company | | 3001 DALLAS PKWY | STE 200 | FRISCO | TX | 75034-8660 | |
| Hill & Wilkinson Construction Group, Ltd dba Hill & Wilkinson General Contractors | | 2730 Telecom Parkway, Suite 120 | | Richardson | TX | 75082 | |
| Hill and Wilkinson Construction Group Ltd | | 2703 Telecom Parkway, Suite 120 | | Richardson | TX | 75082 | |
| Hire Quest, LLC DBA Snelling | | PO Box 890714 | | Charlotte | NC | 28289-0714 | |
| HireQuest, Inc.,dba Snelling Staffing Services | | 111 Springhall Dr. | | Goose Creek | SC | 29445 | |
| Hiscox Insurance Company | | 104 South Michigan Avenue Suite 600 | | Chicago | IL | 60603 | |
| Hive Blockchain Technologies Inc. | | Suite 855 - 789 West Pender Street | | Vancouver | BC | V6C 1H2 | Canada |
| HM Tech LLC | | 426 S Maple St | | Graham | NC | 27253 | |
| Hockomock Mining Company | | 545 Boylston Street, 8th Floor | | Boston | MA | 2116 | |
| Holland and Hart LLP | | PO Box 17283 | | Denver | CO | 80217-0283 | |
| Holland LLC | c/o USF Holland LLC | 27052 Network Place | | Chicago | IL | 60673-1270 | |
| Holliwood LLC | | 300 Broadway | | Paducah | KY | 42001 | |
| Holliwood LLC | Attn: Brian Castleberry | 412 Adams St | | Paducah | KY | 42003 | |
| Holliwood LLC | Attn: Gerald E Smallwood | 300 Broadway | | Paducah | KY | 42001 | |



**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Holliwood, LLC | | 412 Adams Street | | Paducah | KY | 42003 | |
| Holloway Updike and Bellen Inc | | 818 Eastside Boulevard | | Muskogee | OK | 74403 | |
| Hope Miranda Page | | Address Redacted | | | | | |
| Horizon Kinetics | | 470 Park Avenue South, 3rd Floor | | New York | NY | 10016 | |
| Horne, LLP | | 661 Sunnybrook Road Suite 100 | | Ridgeland | MS | 39157 | |
| Housley Communications | | 3550 S. Bryant Blvd. | | San Angelo | TX | 76903 | |
| Housley Communications | | 8171 Jim Christal Road | | Denton | TX | 76207 | |
| Housley Communications, Inc. | | 3305 S. Bryant Blvd | | San Angelo | TX | 76903 | |
| Housley Communications, Inc. | c/o Carter, Boyd, Lisson & Hohsensee | Attn: Jeffrey S. Lisson | 515 West Harris Ave, Ste 100 | San Angelo | TX | 76903 | |
| Huband Mantor Construction Inc | Ben Aderholt & Coats Rose | 9 Greenway Plaza, Ste 1000 | | Houston | TX | 77046 | |
| Huband-Mantor Construction | | 1851 FM 2119 | | Pecos | TX | 79772 | |
| Huband-Mantor Construction | | 3013 FM 516 North | | Barstow | TX | 79777 | |
| Huband-Mantor Construction | | 43000 IH-10 West | | Boerne | TX | 78006 | |
| Huband-Mantor Construction, Inc | Attn: Kenny J. Mantor | 43000 IH 10 West | | Boerne | TX | 78006 | |
| Huband-Mantor Construction, Inc. | Kenny Mantor | 43000 IH 10 West | | Boerne | TX | 78006 | |
| HubSpot Inc | | 25 FIRST ST 2ND FLOOR | | Cambridge | MA | 02141 | |
| Hudson GRC LLC | | 5211 Hudson Drive | | Hudson | OH | 44236 | |
| Hudson Incentives Inc | | Box 396 | | Hudson | OH | 44236 | |
| Hughes Electric Paint & Supplies | | 152 Tennessee St | | Murphy | NC | 28906 | |
| Human Rights Foundation | | 350 Fifth Ave, Suite 4515 | | New York | NY | 10118 | |
| Humphrey & Associates, Inc. | | 1201 Duncan Street | | Denton | TX | 76205 | |
| Humphrey & Associates, Inc. | | 8171 Jim Christal Road | | Denton | TX | 76207 | |
| Humphrey & Associates, Inc. | Attn: Randall Paul Humphrey | 1501 Luna Road | | Carrollton | TX | 75006 | |
| Humprey & Associates, Inc | | 1501 Luna Rd | | Carrollton | TX | 75006 | |
| Hunter B Childers | | Address Redacted | | | | | |
| Hurd Real Estate Associates | | 2722 Old Elm Hill Pike | | Nashville | TN | 37214 | |
| Hurricane Electric LLC | | 760 Mission Court | | Fremont | CA | 94539 | |
| Hut 8 Mining Corp. | | 24 Duncan Street Suite 500 | | Toronto | ON | M5V 2B8 | Canada |
| Hutchins Pallet Service, Inc | | PO Box 70 | | Wingo | KY | 42088 | |
| Hutchison and Steffen PLLC | | 10800 Alta Drive, Suite 200 | | Las Vegas | NV | 89145 | |
| Hyatt Regency Austin | | 208 Barton Springs Rd | | Austin | TX | 78704 | |
| Ian Castellana | | Address Redacted | | | | | |
| Ian P Ferreira | | Address Redacted | | | | | |
| Ibex Partners (Core) LP | c/o Paul Hastings LLP | Attn: Kris Hansen, Esq., Sayan Bhattacharyya, Esq. | 200 Park Avenue | New York | NY | 10166 | |
| Ibex Partners (Core) LP | Ibex Investors | 269 N. Josephine, Suite 300 | | Denver | CO | 80202 | |
| ICE Systems, Inc. | | PO Box 11126 | | Hauppauge | NY | 11788 | |
| ICG Coresci Holdings, LP | | 11111 Santa Monica Blvd, Suite 2100 | | Los Angeles | CA | 90025 | |
| ICG CoreSci Holdings, LP | c/o Paul Hastings LLP | Attn: Kris Hansen, Esq., Sayan Bhattacharyya, Esq. | 200 Park Avenue | New York | NY | 10166 | |
| ICI Mechanical LLC | | 1010 Krebs Station Rd | | Paducah | KY | 42003 | |
| Icons8 | c/o Generated Media | 4023 Kennett Pike #59970 | | Wilmington | DE | 19807 | |
| ICS Inc | | 2500 State Mill Rd | | Grand Forks | ND | 58203 | |
| IDC Research Inc | Attn: Patty Gill | 140 Kendrick St Building B | | Ricmond | VA | 23261-7025 | |
| IEWC Global Solutions | | PO Box 772582 | | Detroit | MI | 48277-2582 | |
| IGEM Communications LLC dba Globalgig | | 1870 W Bitters Road Suite 103 | | San Antonio | TX | 78248 | |
| Ilandyia R. Whitfield | | Address Redacted | | | | | |
| Imperial Fire Protection, LLC | | 116 Calverley Pl | | Keller | TX | 76248 | |
| Imperial Fire Protection, LLC | | 8171 Jim Christal Road | | Denton | TX | 76207 | |
| Indigo Commercial Funding, LLC | | 6700 E Pacific Coast HWY, Suite 295 | | Long Beach | CA | 90803 | |
| Indigo Direct Lending, LLC | Aaron Foglesong | 6700 E. Pacific Coast Highway Ste 295 | | Long Beach | CA | 90803 | |
| INE | | 575 New Waverly Place, Suite #201 | | Cary | NC | 27518 | |
| Inflection Risk Solutions, LLC dba Goodhire | | Dept CH 18058 | | Palatine | IL | 60055-8058 | |
| InforArmor, Inc (known as Allstate Identity Protection) | | PO Box 650514 | | Scottsdale | AZ | 85256 | |
| Integrated Networking Technologies LLC | | 6111 Heritage Park Dr, Ste A100 | | Chattanooga | TN | 37416 | |
| Integrity Door Solutions LLC | | PO Box 8 | | Rockdale | TX | 76567 | |
| Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Internal/Advanced Networks | | PO Box 1741 | | Pampa | TX | 79066 | |
| Intrado Digital Media, LLC | | 11808 Miracle Hills Drive | | Omaha | NE | 68154 | |
| Intralinks, Inc. | | 622 Third Avenue, 10th Floor | | New York | NY | 10017 | |
| IRA FBO Kathleen Delate | c/o Global Wealth Management | Attn: Brittani N. Miller | 611 Wilson Ave Ste 4C | Pocatello | ID | 83201 | |
| IRA FBO Robert W Bloxham | c/o Global Wealth Management or IFG | Attn: Brittani N Miller | 611 Wilson Ave. Ste 4C | Pocatello | ID | 83201 | |
| Irina Kroll | | Address Redacted | | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Iris Energy Ltd. | | Level 21, 60 Margaret Street | | Sydney | NSW | 2000 | Australia |
| Ironclad Inc | | 71 Stevenson Street, #600 | | San Francisco | CA | 94105 | |
| Ironclad, Inc. | | 71 Stevenson St #600 | | San Francisco | CA | 94105 | |
| Isaac Wayne Roberson | | Address Redacted | | | | | |
| Isoplex Inc. | | 1 Yonge St, Suite 1801 | | Toronto | ON | M5E 1W7 | Canada |
| Israel Garcia | | Address Redacted | | | | | |
| Ivan Peter Shires | | Address Redacted | | | | | |
| Ivan Ponce Martinez | | Address Redacted | | | | | |
| J W Didado Electric LLC | Attn: Dan Sublett & Michelle Molinet | 1033 Kelly Avenue | | Akron | OH | 44306 | |
| J.W. Didado | | 1033 Kelly Avenue | | Akron | OH | 44306 | |
| J.W. Didado Electric | | 1033 Kelly Ave | | Akron | OH | 44306 | |
| J.W. Didado Electric, LLC | c/o McDonald Law, PLLC | Attn: Gary M. McDonald | 15 W 6th St, Ste 2606 | Tulsa | OK | 74119 | |
| Jack Lewis | | Address Redacted | | | | | |
| Jack M Smith | | Address Redacted | | | | | |
| Jack Novak | c/o GreyRock Asset Management | 5217 McKinney Ave | Ste 400 | Dallas | TX | 75205 | |
| Jack Novak | | Address Redacted | | | | | |
| Jack Snedaker | | Address Redacted | | | | | |
| Jackie L Bryan | | Address Redacted | | | | | |
| Jackson Walker LLP | | 100 Congress Avenue, Ste 1100 | | Austin | TX | 78701 | |
| Jacob Andrew Taylor | | Address Redacted | | | | | |
| Jacob John Novak | | Address Redacted | | | | | |
| Jacob M Sigler | | Address Redacted | | | | | |
| Jacob McDaniel | | Address Redacted | | | | | |
| Jacob Richard Splawn | | Address Redacted | | | | | |
| Jacob Scott Young | | Address Redacted | | | | | |
| Jacy Knock | | Address Redacted | | | | | |
| Jamara Mining Corp. | Attn: Jose Castellanos | 8044 SW 119th Pl | | Miami | FL | 33183 | |
| Jamara Denay Jordan | | Address Redacted | | | | | |
| James F Somers | | Address Redacted | | | | | |
| James Guy Cleveland | | Address Redacted | | | | | |
| James H & Rhonda Fuller | | Address Redacted | | | | | |
| James Haney II | | Address Redacted | | | | | |
| James Lujan Ontiveros | | Address Redacted | | | | | |
| James Mitchell Livingston | | Address Redacted | | | | | |
| James Pulaski | | Address Redacted | | | | | |
| James Xavior Wright | | Address Redacted | | | | | |
| Jamie Lee Keener | | Address Redacted | | | | | |
| Jarvis Hollingsworth | | Address Redacted | | | | | |
| Jason Daniel Harris | | Address Redacted | | | | | |
| Jason E Smith | | Address Redacted | | | | | |
| Jason Franklin | | Address Redacted | | | | | |
| Jason M Gregg | | Address Redacted | | | | | |
| Jason M Trayler | | Address Redacted | | | | | |
| Jason Ryan Hill | | Address Redacted | | | | | |
| Jason Wade Haury | | Address Redacted | | | | | |
| Javier Lazaro Jareno | | Address Redacted | | | | | |
| Jay Henges Enterprises, Inc. d/b/a Porta King Building Systems | Attn: Stacy McCullough | 4133 Shoreline Dr | | Earth City | MO | 63045 | |
| Jaydeep Singh | | Address Redacted | | | | | |
| JCL Energy LLC | | 54 S Sharpsville Ave | | Sharon | PA | 16146-1864 | |
| Jean-Sebastien Anoma | | Address Redacted | | | | | |
| Jeff Jay Harper | | Address Redacted | | | | | |
| Jeffery Earl Taylor | | Address Redacted | | | | | |
| Jeffrey Douglas Pratt | | Address Redacted | | | | | |
| Jennifer A Leon | | Address Redacted | | | | | |
| Jennifer Keri Bible | | Address Redacted | | | | | |
| Jennifer Lopez | | Address Redacted | | | | | |
| Jeremiah C Johnson | | Address Redacted | | | | | |
| Jeremy Meacham | | Address Redacted | | | | | |
| Jesse Edward Leatherwood | | Address Redacted | | | | | |
| Jessica Baeza | | Address Redacted | | | | | |
| Jesus Lorenzana | | Address Redacted | | | | | |
| Jimmy L Martinez | | Address Redacted | | | | | |
| Joaquin Pablo Gonzalez | | Address Redacted | | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 18 of 36



**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Jobe Ranch Family Limited Partnership | | 1851 FM 2119 | | Pecos | TX | 79772 | |
| Jobe Ranch Family Limited Partnership | Attn: Irene Epperson | 1150 Southview Drive | | El Paso | TX | 79928 | |
| Jobe Ranch Family Limited Partnership | Attn: Stanley P. Jobe & Ralph Wm. Richards | 1150 Southview Drive | | El Paso | TX | 79928 | |
| Jobot | c/o Jobot LLC | PO Box 102357 | | Pasadena | CA | 91189-2357 | |
| John C Derreberry | | Address Redacted | | | | | |
| John Furner | | Address Redacted | | | | | |
| John Miller Tracy | | Address Redacted | | | | | |
| John P Owen | | Address Redacted | | | | | |
| John S Lawrence | | Address Redacted | | | | | |
| John Wayne Montgomery | | Address Redacted | | | | | |
| Jonathan A Shaw | | Address Redacted | | | | | |
| Jonathan Barrett 2012 Irrevocable Trust dated May 31 2012 | c/o Greenberg Taurig LLP | Attn: Greg Cooper, Esq | 10845 Griffith Peak Drive, Suite 600 | Las Vegas | NV | 89135 | |
| Jonathan Barrett, et al. | c/o Semenza Kircher Rickard | Attn: Lawrence J. Semenza, III, Christopher D. Kircher, Katie L. Cannata and Jarrod L. Rickard | 10161 Park Run Drive, Suite 150 | Las Vegas | NV | 89145 | |
| Jonathan Barrett, et al. | c/o Snell & Wilmer | Attn: Kell Dove | 3883 Howard Hughes Parkway, Ste 1100 | Las Vegas | NV | 89169 | |
| Jonathan C Sanchez | | Address Redacted | | | | | |
| Jonathan D Garner | | Address Redacted | | | | | |
| Jonathan Ellwein | | Address Redacted | | | | | |
| Jonathan Hernandez | | Address Redacted | | | | | |
| Jonathan Mandujano-Nunez | | Address Redacted | | | | | |
| Jonathan Parker Bruno | | Address Redacted | | | | | |
| Jonathan R Arcides | | Address Redacted | | | | | |
| Jonathan Ray Moore | | Address Redacted | | | | | |
| Jonathon Seth Day | | Address Redacted | | | | | |
| Jonathon Weighall | | Address Redacted | | | | | |
| Jordan B Hooten | | Address Redacted | | | | | |
| Jorge Mendez | | Address Redacted | | | | | |
| Jose Cruz Ponce-Martinez | | Address Redacted | | | | | |
| Joseph Allen Hester | | Address Redacted | | | | | |
| Joseph Keith Carson | | Address Redacted | | | | | |
| Joshua C Rudolph | | Address Redacted | | | | | |
| Joshua Harrison | | Address Redacted | | | | | |
| Joshua Lee Duckett | | Address Redacted | | | | | |
| Joshua Paul Miller | | Address Redacted | | | | | |
| Joshua Schmitt | | Address Redacted | | | | | |
| JPAS - Credit LLC | Attn: George Lusch | 100 Pine Street Suite 2600 | | San Francisco | CA | 94111 | |
| JPAS - Credit LLC | c/o Paul Hastings LLP | Attn: Kris Hansen, Esq., Sayan Bhattacharyya, Esq. | 200 Park Avenue | New York | NY | 10166 | |
| JPAS - Credit-A S.P. | c/o Paul Hastings LLP | Attn: Kris Hansen, Esq., Sayan Bhattacharyya, Esq. | 200 Park Avenue | New York | NY | 10166 | |
| JPAS - Crypto Infrastructure LLC | c/o Paul Hastings LLP | Attn: Kris Hansen, Esq., Sayan Bhattacharyya, Esq. | 200 Park Avenue | New York | NY | 10166 | |
| JPAS - Crypto Infrastructure-A S.P. | | 100 Pine Street, Suite 2600 | | San Francisco | CA | 94111 | |
| JPAS - Crypto Infrastructure-A S.P. | c/o Paul Hastings LLP | Attn: Kris Hansen, Esq., Sayan Bhattacharyya, Esq. | 200 Park Avenue | New York | NY | 10166 | |
| JRC/RGC34 Trade Tracts, Ltd. | | 1415 Louisiana Street, Suite 1900 | | Houston | TX | 77002 | |
| JSK Partnership LLC | | 1691 Michigan Ave | Suite 445 | Miami Beach | FL | 33139 | |
| Juan Jose Galan Lopez | | Address Redacted | | | | | |
| Julius Lee Chastain | | Address Redacted | | | | | |
| Justin D Holloway | | Address Redacted | | | | | |
| Justin Kalb Trustee of the Justin B Kalb Trust | | Address Redacted | | | | | |
| Justin Shane Sutton | | Address Redacted | | | | | |
| Justin Willard Clark | | Address Redacted | | | | | |
| Justin Zachary Chastain | | Address Redacted | | | | | |
| K and E Lawn Service LLC | Brandon Smith | PO Box 426 | | Smithland | KY | 42081-0426 | |
| Kaboomracks, Inc | | 111 Cone Pond Lane | | West Granby | CT | 6090 | |
| Kaiser Permanente | | One Kaiser Plaza | | Oakland | CA | 94612 | |
| Kalani Richardson | | Address Redacted | | | | | |
| Kalon Investments, LLC | | 401 Ryland Street, Suite 200-A | | Reno | NV | 89502 | |
| Kamil D Lazarowich | | Address Redacted | | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 19 of 36



**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Kaoriko Nakano | | Address Redacted | | | | | |
| Kara K Knight | | Address Redacted | | | | | |
| Karim Valladares | | Address Redacted | | | | | |
| Katharine Hall | | Address Redacted | | | | | |
| Katherine Crenshaw | | Address Redacted | | | | | |
| Kathleen Delate | c/o Global Wealth Management | Attn: Brittani N. Miller | 611 Wilson Ave Ste 4C | Pocatello | ID | 83201 | |
| Katz Marshall and Banks LLP | | 11 Dupont Cir NW | Ste 600 | Washington | DC | 20036-1223 | |
| Kayla Leigh Thomson-Joplin | | Address Redacted | | | | | |
| Kayne Anderson BDC, LLC | | 811 Main Street 14th Floor | | Houston | TX | 77002 | |
| Kayne Anderson Capital Advisors, L.P. | | 2121 Avenue of the Stars | Ste 900 | Los Angeles | CA | 90067-5034 | |
| Kayne Anderson Energy Infrastructure Fund Inc. (Kyn) | | 811 Main Street 14th Floor | | Houston | TX | 77002 | |
| Kayne Anderson Nextgen Energy & Infrastructure Inc. (Kmf) | | 811 Main Street 14th Floor | | Houston | TX | 77002 | |
| Keith Hackler | | Address Redacted | | | | | |
| Keith Larry Watkins | | Address Redacted | | | | | |
| Kelly C Roebuck | | Address Redacted | | | | | |
| Kelly Little | | Address Redacted | | | | | |
| Kelly Michele Patterson | | Address Redacted | | | | | |
| Kelly Services Inc | | 1212 Solutions Center | | Chicago | IL | 60677-1002 | |
| Kelly Services, Inc. | | 999 W. Big Beaver Road | | Troy | MI | 48084 | |
| Kelsey E Gallagher | | Address Redacted | | | | | |
| Kenco Material Handling Solutions LLC | | 2001 Riverside Dr | | Chattanooga | TN | 37406 | |
| Kenneth A Martin | | Address Redacted | | | | | |
| Kenneth Eng | | Address Redacted | | | | | |
| Kensico Associates, L.P. | c/o Kensico Capital Management Corp. | 55 Railroad Avenue, 2nd Floor | | Greenwich | CT | 6830 | |
| Kensico Associates, L.P. | c/o Paul Hastings LLP | Attn: Kris Hansen, Esq., Sayan Bhattacharyya, Esq. | 200 Park Avenue | New York | NY | 10166 | |
| Kensico Offshore Fund Master, LTD | c/o Kensico Capital Management Corp. | 55 Railroad Avenue, 2nd Floor | | Greenwich | CT | 6830 | |
| Kensico Offshore Fund Master, LTD | c/o Paul Hastings LLP | Attn: Kris Hansen, Esq., Sayan Bhattacharyya, Esq. | 200 Park Avenue | New York | NY | 10166 | |
| Kentucky Cabinet for Economic Development | | 300 West Broadway Street | | Frankfort | KY | 40601 | |
| Kentucky Department of Revenue | | 501 High Street | | Frankfort | KY | 40601 | |
| Kentucky State Treasurer | | 1050 US Highway 127 South, Suite 100 | | Frankfort | KY | 40601 | |
| Kevin Charles Baker | | Address Redacted | | | | | |
| Kevin Christopher Halligan | | Address Redacted | | | | | |
| Kevin Eret | | Address Redacted | | | | | |
| Kevin George Kriner | | Address Redacted | | | | | |
| Kevin Marsteller | | Address Redacted | | | | | |
| Kevin Sean Riley Cooney | | Address Redacted | | | | | |
| Kevin Smith | | Address Redacted | | | | | |
| Kevin Turner | | Address Redacted | | | | | |
| Keystone Strategy LLC | Attn: Alexis Diaz & Sally Gigliotti | 116 Huntington Avenue, Suite 1200 | | Boston | MA | 02116 | |
| Ki W Chang | | Address Redacted | | | | | |
| Kilpatrick Townsend and Stockton LLP | | PO Box 945614 | | Atlanta | GA | 30394 | |
| Kimberley Rodriguez | | Address Redacted | | | | | |
| King County Assessor | | 201 S. Jackson Street, Room 708 | | Seattle | WA | 98104 | |
| King Ford | | 2450 W US 64, PO Box 559 | | Murphy | NC | 28906 | |
| Kings Road RV Park LLC | | 502 E 13th St | | Pecos | TX | 79772 | |
| Kingsbridge Holdings, LLC | | 150 N Field Dr | Ste 193 | Lake Forest | IL | 60045 | |
| Kinsale Insurance Company (via Amwins) | | PO Box 17008 | | Richmond | VA | 23226 | |
| Kirkland and Ellis LLP | | 300 N LaSalle Dr | | Chicago | IL | 60654 | |
| KLDiscovery Ontrack, LLC [KLDiscovery, LLC, LDiscovery, LLC, KLDiscovery Holdings, Inc.] | Attn: Ejaye Haley | 9023 Columbine Road | | Eden Prairie | MN | 55347-4182 | |
| KMR CS Holdings, LLC | c/o Kamran Taghoubzadeh | 377 Fifth Avenue | 5th Floor | New York | NY | 10016 | |
| Kneeland Youngblood | c/o Scheef & Stone LLP | 500 North Akard St, Suite 2700 | | Dallas | TX | 75201 | |
| Kneeland Youngblood | c/o Scheef & Stone, LLP | Attn: Peter C. Lewis | 500 North Akard St., Suite 2700 | Dallas | TX | 75201 | |
| Kneeland Youngblood | | Address Redacted | | | | | |
| Know Agency | | 1051 Village Park Dr #201 | | Greensboro | GA | 30642 | |
| KnowBe4 Inc | | 33 N Garden Avenue, Suite 1200 | | Clearwater | FL | 33755 | |
| Kolby D Gilbert | | Address Redacted | | | | | |
| KPMG LLP | | 401 Union St | Ste 2800 | Seattle | WA | 98101-2620 | |
| Kraig V Ostgaard | | Address Redacted | | | | | |
| Krista L Rhynard | | Address Redacted | | | | | |
| Kristen R Carnevali | | Address Redacted | | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Kristopher S Keller | | Address Redacted | | | | | |
| Kristy-Leigh Minehan | | Address Redacted | | | | | |
| Kyle D Buckett | | Address Redacted | | | | | |
| Kyle Edward Walker | | Address Redacted | | | | | |
| Kyle N Epsman | | Address Redacted | | | | | |
| L.C. Personnel, Inc. (dba Labor Finders) | | PO Box 2555 | | Santa Ana | CA | 92707 | |
| Labor Finders | | PO Box 1628 | | Cedar Park | TX | 78630 | |
| Lake Parime USA Inc. | | Moor Place, 1 Fore Street Ave | | London | | EC2Y 9DT | United Kingdom |
| Lalita M Nelson | | Address Redacted | | | | | |
| Lancaster Safety Consulting, Inc | | 100 Bradford Rd ,Ste 100 | | Wexford | PA | 15090 | |
| Lance Bolender | | Address Redacted | | | | | |
| Lance R Bolender | | Address Redacted | | | | | |
| Landmark American Insurance Compnay (RSUI via Amwins) | | 945 E PACES FERRY RD NE | STE 1800 | ATLANTA | GA | 30326-1373 | |
| Landstar Ranger Inc | | 13410 Sutton Park Drive South | | Jacksonville | FL | 32224 | |
| Lane Powell PC | | PO Box 91302 | | Seattle | WA | 98111 | |
| LANshack Com | | 1415 Hooper Ave, Suite 206 A | | Toms River | NJ | 08753 | |
| Laredo Petroleum, Inc. | | 15 W. Sixth Street Suite 900 | | Tulsa | OK | 74119 | |
| Larry Edward Greene Jr. | | Address Redacted | | | | | |
| Larry Ledford | | Address Redacted | | | | | |
| Larry Rudolph | | Address Redacted | | | | | |
| Laura Jean Palmer | | Address Redacted | | | | | |
| Lauren Burkeen | | Address Redacted | | | | | |
| Lauren Carmel | | Address Redacted | | | | | |
| Lawrence A Dal Maso | | Address Redacted | | | | | |
| Lawrence P Kom | | Address Redacted | | | | | |
| Lenz LLC | | 5010 Mattos Court | | Fremont | CA | 94536 | |
| Leon Hadgis | | Address Redacted | | | | | |
| Leon J. Simkins Non-Exempt Trust FBO Michael Simkins | | Address Redacted | | | | | |
| Leonardo Lazaro Velazquez Ulloa | | Address Redacted | | | | | |
| Lesa Lamberson | | Address Redacted | | | | | |
| Levbern Management LLC | | 45625 Cielito Dr | | Indian Wells | CA | 92210 | |
| Lewis Gray Crowe | | Address Redacted | | | | | |
| Lexington Insurance Company (AIG) via RT Specialty | | 99 High Street | | Boston | MA | 02110 | |
| Lexington Insurance Company (via Amwins) | | 99 High Street | | Boston | MA | 21110 | |
| Lhc Capital Partners Inc | | 2 Pleasant St | | Rye | NY | 10580 | |
| LHH Recruitment Solutions | | Dept CH 14031 | | Palatine | IL | 60055-4031 | |
| Lib Fin LLC | | 1312 17th St PMB 70387 | | Denver | CO | 80202 | |
| Liberty Commercial Finance #10 - Atalaya | | 18302 Irvine Blve, Suite 300 | | Tustin | CA | 92780 | |
| Liberty Commercial Finance #11 - Atalaya | | 18302 Irvine Blve, Suite 300 | | Tustin | CA | 92780 | |
| Liberty Commercial Finance #12 - Atalaya | | 18302 Irvine Blve, Suite 300 | | Tustin | CA | 92780 | |
| Liberty Commercial Finance #13 | | 18302 Irvine Blve, Suite 300 | | Tustin | CA | 92780 | |
| Liberty Commercial Finance #14 - Liberty | | 18302 Irvine Blve, Suite 300 | | Tustin | CA | 92780 | |
| Liberty Commercial Finance #15 - Liberty | | 18302 Irvine Blve, Suite 300 | | Tustin | CA | 92780 | |
| Liberty Commercial Finance #16 - Liberty | | 18302 Irvine Blve, Suite 300 | | Tustin | CA | 92780 | |
| Liberty Commercial Finance #2 - Prime | | 18302 Irvine Blve, Suite 300 | | Tustin | CA | 92780 | |
| Liberty Commercial Finance #4 - North Star Leasing | | 18302 Irvine Blve, Suite 300 | | Tustin | CA | 92780 | |
| Liberty Commercial Finance #6 - Liberty | | 18302 Irvine Blve, Suite 300 | | Tustin | CA | 92780 | |
| Liberty Commercial Finance #7 - Liberty | | 18302 Irvine Blve, Suite 300 | | Tustin | CA | 92780 | |
| Liberty Commercial Finance, LLC | Marcelo Sarago | 18302 Irvine Blvd | STE 300 | Tustin | CA | 92780 | |
| Liberty Point Apartments | James Mobley | 3465 Stanley Road | | Paducah | KY | 42001 | |
| Liberty Stonebriar | Christy Bookhout | 5601 Granite Parkway | STE 1350 | Plano | TX | 75024 | |
| LinkedIn Corporation | | 1000 W. Maude Avenue | | Sunnyvale | CA | 94085 | |
| LinkedIn Corporation | | 62228 Collections Center Drive | | Chicago | IL | 60693-0622 | |
| LivePerson, Inc. | | 530 7th Ave, Floor M1 | | New York | NY | 10018 | |
| Lloyd's Syndicate No. 2623 (Beazley UK) | | 6 Concourse Pkway NE | | Atlanta | GA | 30328 | |
| LML Services dba FlowTx | Attn: West Winter, Attorney - Counselor at Law | 9601 Mcallister Freeway, Ste 401 | | San Antonio | TX | 78216 | |
| LML Services dba FlowTx | c/o West Winter | Attn: Attorney - Counselor at Law | 9601 Mcallister Freeway, Ste 401 | San Antonio | TX | 78216 | |
| LML Services LLC dba FlowTx | | PO Box 90504 | | San Antonio | TX | 78209-9086 | |
| LML Services, LLC dba FlowTX | Attn: Lucas Leavitt | PO Box 90504 | | San Antonio | TX | 78209 | |
| Lockton Insurance Brokers LLC | | Dept LA 23878 | | Pasadena | CA | 91185 | |
| Logistica CryptoMining Repair LLC | | 1413 Shelby Lane | | Celina | TX | 75009 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Logix Fiber networks | | PO Box 734120 | | Dallas | TX | 75373-4120 | |
| Lone Star Corporation | | 2222 West 42nd Street | | Odessa | TX | 79764 | |
| Lonestar Ole Git LLC | | 2818 Kramer Ln 3304 | | Austin | TX | 78758 | |
| Louis A Castillo | | | | | | | |
| LRN Corporation | | 41 Madison Avenue, 30th Floor | | New York | NY | 10010 | |
| Lukka Inc | | 800 Laurel Oak Dr | Ste 300 | Naples | FL | 34108-2713 | |
| Lumen/CenturyLink | | PO Box 910182 | | Denver | CO | 80291-0182 | |
| LV net, Mizrahi et al. | c/o Hutchinson & Steffen, PLLC | Attn: Todd Moody | 10080 West Alta Drive, Ste 200 | Las Vegas | NV | 89145 | |
| LV net, Mizrahi et al. | c/o Rogers, Mastrangelo, Carvalho & Mitchell | Attn: Rebecca L. Mastrangelo, Esq.,Sean N. Payne, Esq. | 700 South Third Street | Las Vegas | NV | 89101 | |
| LV net, Mizrahi et al. | c/o Spilotro & Kulla Chartered | Attn: Mark Kulla | 636 S. 3rd St. | Las Vegas | NV | 89101 | |
| LV.Net, LLC | | 1221 S Casino Center Blvd | | Las Vegas | NV | 89104 | |
| Lynn Burgener | | Address Redacted | | | | | |
| M. Arthur Gensler Jr. & Associates, Inc. | | 1011 S. Congress Ave, Bldg 1, Ste 200 | | Austin | TX | 07870 | |
| M. Arthur Gensler Jr. & Associates, Inc. | | PO Box 848279 | | Dallas | TX | 78284-8279 | |
| M. Arthur Gensler Jr. & Associates, Inc. a.k.a. Gensler | Attn: Todd Runkle | 1011 S Congress Ave | Building 1 Ste 200 | Austin | TX | 78704 | |
| Mackay Shields, LLC | | 1345 6th Ave | | New York | NY | 10105 | |
| Maddox Industrial Transformer LLC | Attn: Accounts Payable | 865 Victor Hill Road | | Greer | SC | 29651 | |
| Maddox Industrial Transformer, LLC | | 201 W Butler Rd, #123 | | Mauldin | SC | 29662 | |
| Maddox Industrial Transformer, LLC | c/o Haynsworth Sinkler Boyd, PA | Attn: Mary M. Caskey, Esq. | PO Box 11889 | Columbia | SC | 29211-1889 | |
| Malik Grant | | Address Redacted | | | | | |
| Mallinckrodt Pharmaceuticals | | 675 McDonnell Blvd. | | St. Louis | MO | 63042 | |
| Manley Four Little Pigs Inc | | 198 W 5th Street | | Benton | KY | 42025 | |
| Manning Land LLC | | 5701 Time Square Blvd, Ste 300 | | Amarillo | TX | 79119 | |
| Manpower | | 21271 Network Place | | Chicago | IL | 60673 | |
| ManpowerGroup US Inc. | | 100 Manpower Place | | Milwaukee | WI | 53212 | |
| Marathon Digital Holdings, Inc. | | 1180 North Town Center Drive Suite 100 | | Las Vegas | NV | 89144 | |
| Marco Technologies LLC | | PO Box 660831 | | Dallas | TX | 75266-0831 | |
| Marcum LLP | | 777 S. Figueroa Street, Suite 2900 | | Los Angeles | CA | 90017 | |
| Marcus Freeman | | Address Redacted | | | | | |
| Marena G McCorbin | | Address Redacted | | | | | |
| Maria Cardona | | Address Redacted | | | | | |
| Maria Gadea | | Address Redacted | | | | | |
| Mark Andrew Engler | | Address Redacted | | | | | |
| Mark Anthony S Francisco | | Address Redacted | | | | | |
| Mark Bordcosh | | Address Redacted | | | | | |
| mark engler | | Address Redacted | | | | | |
| mark engler jr | | Address Redacted | | | | | |
| Mark Roger Geras | | Address Redacted | | | | | |
| Marley S Volker | | Address Redacted | | | | | |
| Marnoy Interests Ltd. | | 10030 Bent Oak Dr | | Houston | TX | 77040 | |
| Marnoy Interests, Ltd d/b/a OP | | 10030 Bent Oak Drive | | Houston | TX | 77040 | |
| Marnoy Interests, Ltd d/b/a OP | Attn: Rachael L. Smiley, FBFK | 2500 Dallas Parkway | Suite 600 | Plano | TX | 75093 | |
| Marshall County (Kentucky) Department of Revenue | | 1101 Main Street | | Benton | KY | 42025 | |
| Marshall County Battery and Golf Carts Inc | | 556 US Hwy 68E | | Benton | KY | 42025 | |
| Marshall County Tax Administrator | | PO Box 114 | | Benton | KY | 42025 | |
| Marshea Denise Lewis | | Address Redacted | | | | | |
| Marsico AXS CS LLC | | 5251 OTC Parkway, Suite 410 | | Greenwood Village | CO | 80111 | |
| Marsico AXS CS LLC | c/o Paul Hastings LLP | Attn: Kris Hansen, Esq., Sayan Bhattacharyya, Esq. | 200 Park Avenue | New York | NY | 10166 | |
| Mart Ross Wicker | | Address Redacted | | | | | |
| Marty Lee Amble | | Address Redacted | | | | | |
| Mary H Rodriguez | | Address Redacted | | | | | |
| Mass Mutual Barings | Steve Johnson | 300 S. Tryon St | | Charlotte | NC | 28202 | |
| Mass Mutual Barings Sch. 1 | | 2 Hampshire Street | Suite 101 | Foxborough | MA | 02035 | |
| Mass Mutual Barings Sch. 2 | | 2 Hampshire Street | Suite 101 | Foxborough | MA | 02035 | |
| Mass Mutual Barings Sch. 3 | | 2 Hampshire Street | Suite 101 | Foxborough | MA | 02035 | |
| Mass Mutual Barings Sch. 4 | | 2 Hampshire Street | Suite 101 | Foxborough | MA | 02035 | |
| Mass Mutual Barings Sch. 5 | | 2 Hampshire Street | Suite 101 | Foxborough | MA | 02035 | |
| Mass Mutual Barings Sch. 6 | | 2 Hampshire Street | Suite 101 | Foxborough | MA | 02035 | |
| Mass Mutual Sch.1-5 | | 2 Hampshire Street | Suite 101 | Foxborough | MA | 02035 | |
| Massachusetts Mutual Life Insurance Company | | 1295 State Street | | Springfield | MA | 1111 | |

Debtors' Exhibit No. 16
Page 275 of 493



**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Massachusetts Mutual Life Insurance Company | Attn: Nathaniel Barker, Investment Management | One Marina Park Drive, MIP 1205 | | Boston | MA | 02210 | |
| Massachusetts Mutual Life Insurance Company | c/o Paul Hastings LLP | Attn: Kris Hansen, Esq., Sayan Bhattacharyya, Esq. | 200 Park Avenue | New York | NY | 10166 | |
| MassMutual Asset Finance LLC | Attn: John Young | Two Hampshire Street, Suite 101 | | Foxborough | MA | 02035-2950 | |
| MassMutual Asset Finance LLC | Attn: John Young Senior Vice President | Two Hampshire Street, Suite 101 | | Foxborough | MA | 02035 | |
| Matt Minnis | | Address Redacted | | | | | |
| Matt Reaves | | Address Redacted | | | | | |
| Matthew Anthony Napiltonia | | Address Redacted | | | | | |
| Matthew Bishop | | Address Redacted | | | | | |
| Matthew Brown | | Address Redacted | | | | | |
| Matthew David Bishop | | Address Redacted | | | | | |
| Matthew Fuentes | | Address Redacted | | | | | |
| Matthew K Brown | | Address Redacted | | | | | |
| Matthew Mccall | | Address Redacted | | | | | |
| Matthew McGinnis | | Address Redacted | | | | | |
| Matthew Merkel | | Address Redacted | | | | | |
| Matthew Moore | | Address Redacted | | | | | |
| Maurice Gene Winter | | Address Redacted | | | | | |
| Maurice Winter | | Address Redacted | | | | | |
| Maxim Alt | | Address Redacted | | | | | |
| Mawson Infrastructure Group Inc. | | 800 Battery Avenue Suite 100 | | Atlanta | GA | 30339 | |
| McCarthy Building Companies Inc. | | 12851 Manchester Road | | St. Louis | MO | 63131 | |
| McCarthy Building Companies Inc. | | 8171 Jim Christal Rd | 12001 North Central Expressway | Dalton | TX | 76207 | |
| McCarthy Building Companies, Inc. | | 3400 N Central Expy Ste 500 | | Richardson | TX | 75080-0039 | |
| McCarthy Building Companies, Inc. | | 8171 Jim Christal Road | | Denton | TX | 76207 | |
| McCarthy Building Companies, Inc. | c/o ABLe Communications, Inc. | Attn: Karla Lopez, CFO | 1413 East Avenue H | Grand Prairie | TX | 75050 | |
| McCarthy Building Companies, Inc. | c/o Vitek Lange PLLC | Attn: Ross Vitek | 300 Throckmorton Street, Suite 650 | Fort Worth | TX | 76102 | |
| McCarthy Buildings Companies, Inc | Adam P. Schiffer,Schiffer Hicks Johnson PLLC | 700 Louisiana Street, Ste 2650 | | Houston | TX | 77002 | |
| McCorvey Sheet Metal Works, LP | | 8610 Wallisville Rd | | Houston | TX | 77029 | |
| McDermott Will & Emery LLP | | 444 West Lake Street | Suite 4000 | Chicago | IL | 60606 | |
| McDermott Will & Emery LLP | | PO Box 1675 | | Carol Stream | IL | 60132-1675 | |
| McElroy Metal Mill, Inc dba McElroy Metal | | 1200 5th Avenue, Ste 1850 | | Seattle | WA | 98101 | |
| McMaster-Carr | | 600 N County Line Rd | | Elmhurst | IL | 60126 | |
| MDSI Inc | Management Data SYstems International Inc | 3450 Buschwood Park Dr Ste 350 | | Tampa | FL | 33618 | |
| Mediant Communications Inc | | PO Box 75185 | | Chicago | IL | 60675-5185 | |
| Megan Elizabeth Gilchrist | | Address Redacted | | | | | |
| Megaport USA Inc | | 505 Montgomery St | Ste 1025 | San Francisco | CA | 94111-6525 | |
| Mei Pang | c/o Glancy Prongay & Murray LLP | Attn: Charles H. Linehan & Pavithra Rajesh | 1925 Century Park East, Suite 2100 | Los Angeles | CA | 90067 | |
| Mei Pang | c/o Steckler Wayne Cherry & Love PLLC | Attn: Bruce W. Steckler | 12720 Hillcrest Road, Ste 1045 | Dallas | TX | 75230 | |
| Mei Pang | c/o The Law offices of Frank R. Cruz | Attn: Frank R. Cruz | 1999 Avenue of the Stars, Suite 1100 | Los Angeles | CA | 90067 | |
| Mei Pang et al | c/o Cochran Law, PLLC | 8140 Walnut Hill Ln., Ste 250 | | Dallas | TX | 75231 | |
| Mei Pang et al | c/o The Rosen Law Firm, P.A. | Attn: Laurence Rosen and Phillip Kim | 275 Madison Avenue, 40th Fl | New York | NY | 10116 | |
| Mei Pang et al | c/o The Schall Law Firm | Attn: Brian Schall, Esq. and Rina Restaino, Esq. | 2049 Century Park East, Ste 2460 | Los Angeles | CA | 90067 | |
| Melissa Fawn Knight | | Address Redacted | | | | | |
| Memorial Hermann Hospital System | | 929 Gessner Drive, Suite 2600 | | Houston | TX | 77024 | |
| Meredith Anne Murphy | | Address Redacted | | | | | |
| Meridian Equipment Finance LLC | | 9 Old Lincoln Highway | | Malvern | PA | 19355 | |
| Meridian Equipment Finance, LLC | | 367 Eagleview Blvd | | Exton | PA | 19341 | |
| MetLife | | 200 Park Avenue | | New York | NY | 10166 | |
| Michael & Elizabeth Silbergleid | | Address Redacted | | | | | |
| Michael Cruz | | Address Redacted | | | | | |
| Michael J Levitt | | Address Redacted | | | | | |
| Michael Jeffrey Bros | | Address Redacted | | | | | |
| Michael Paynter | | Address Redacted | | | | | |
| Michael Ray Ballew | | Address Redacted | | | | | |
| Michael Ray Paynter | | Address Redacted | | | | | |
| Michael S Franklin | | Address Redacted | | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Michael Springfield | | Address Redacted | | | | | |
| Michael Truzpek | | Address Redacted | | | | | |
| Michael Trzupek | | Address Redacted | | | | | |
| Michelle G McDaniel | | Address Redacted | | | | | |
| Microsoft Azure | | PO Box 842103 | | Dallas | TX | 75284-2103 | |
| Microsoft Corporation | Attn: Patrick Gogerty | One Microsoft Way | | Redmond | WA | 98052 | |
| Mike Darling Films | | Address Redacted | | | | | |
| Miller Griffin and Marks PSC | | 271 W. Short Street, Suite 600 | | Lexington | KY | 40507 | |
| Milos Core LLC | Attn: Scott Packman | 1981 Marcus Ave | Suite E117 | Lake Success | NY | 11042 | |
| Milos Core LLC | Attn: Scott Packman | 276 Fifth Ave, Ste. 404 | | New York | NY | 10001 | |
| Milos Core LLC | Eric Sadkin | 1981 Marcus Avenue | Suite E117 | Lake Success | NY | 11042 | |
| Mina N Tadrous | | Address Redacted | | | | | |
| Mindset | | 655 New York Avenue NW, Suite 820 | | Washington | DC | 20001 | |
| Mineority Group | c/o Mineority Group, LLC | 16192 Coastal Highway | | Lewes | DE | 19958 | |
| Mineority Group LLC | | Dammstrasse 16, 6300 | | Zug | | 6300 | Switzerland |
| Minnkota Power Cooperative | | 5301 32nd Avenue South | | Grand Forks | ND | 58201 | |
| Minnkota Power Cooperative (Counsel 1) | Attn: Andrew Sorbo | 5301 32nd Ave | | Grand Forks | ND | 58201 | |
| Minnkota Power Cooperative (Counsel 2) | Lowell Stave | 5301 32nd Ave | | Grand Forks | ND | 58201 | |
| Minnkota Power Cooperative Inc. | | 5503 11th Ave. S. | | Grand Forks | ND | 58201 | |
| Minnkota Power Cooperative Inc | | 5601 S 11th Ave, Lot 2 | | Grand Forks | ND | 58201 | |
| Minnkota Power Cooperative, Inc. | | 5601 11th Avenue South | | Grand Forks | ND | 58201 | |
| Minnkota Power Cooperative, Inc. | Attn: Legal Dept | 5301 32nd Ave S | | Grand Forks | ND | 58201 | |
| Minnkota Power Cooperative, Lessor (9/30/2021) | | 5301 32nd Avenue South | | Grand Forks | ND | 58201 | |
| Minnkota Power Cooperative, Lessor (Commercial Lease, Ground Lease) | Attn: Legal Department | 5301 32nd Ave | | Grand Forks | ND | 58201 | |
| Mintz Group LLC | | 110 Fifth Avenue, 8th Floor | | New York | NY | 10011 | |
| Mission Critical Facilities International, Inc. | | PO Box 342463 | | Austin | TX | 78734 | |
| Mississippi Home Development | | 100 Hospital Street #300 | | Booneville | MS | 38829 | |
| MJDII Architects Inc | | 16775 Addison Rd, Suite 310 | | Addison | TX | 75001 | |
| MK Marlow Company, LLC | | 3013 FM 516 North | | Barstow | TX | 79777 | |
| MK Marlow Company, LLC | Attn: Mark Marlow | 16116 College Oak | | San Antonio | TX | 78249 | |
| MK-Marlow Company, LLC | | 16116 College Oak Drive | | San Antonio | TX | 78249 | |
| MNP LLP | | 1500, 640 5th Avenue SW | | Calgary | AB | T2P 3G4 | Canada |
| Mobley Holdings LLC - Liberty Point Apartments | | 317 Liberty Circle | | Paducah | KY | 42001 | |
| Moelis & Company LLC | | 200 Park Ave | | New York | NY | 10166 | |
| Monarch Apartment Homes | | 7700 Aspen Lodge Way | | Chattanooga | TN | 37421 | |
| Monbanc Inc. | | 290 Lakeshore | Suite 200 | Pointe Claire | QC | H9S 4L3 | Canada |
| Monnit Corporation | | 3400 S West Temple | | South Salt Lake | UT | 84115 | |
| Monoprice Inc | | PO BOX 740417 | | Los Angeles | CA | 90074-0417 | |
| Morgan Hoffman | c/o Condon Tobin Sladek Thornton Nerenberg PLLC | Attn: Stuart L. Cochran | 8080 Park Lane, Suite 700 | Dallas | TX | 75231 | |
| Morgan, Lewis & Bockius LLP | | 1000 Lousiana Street, Suite 4000 | | Houston | TX | 77002 | |
| Morgan, Lewis & Bockius LLP | Attn: Craig A. Wolfe | 101 Park Avenue | | New York | NY | 10178 | |
| Morsco Supply LLC dba Morrison Supply Company | | 10130 Jones Maltsberger Rd | | San Antonio | TX | 78216-4149 | |
| Morsco Supply LLC DBA Morrison Supply Company | | 3013 FM 516 North | | Barstow | TX | 79777 | |
| Morsco Supply LLC DBA Morrison Supply Company | Attn: Yanitza Tapia | 15850 Dallas Parkway | | Dallas | TX | 75248 | |
| Moses Marure Jr. | | Address Redacted | | | | | |
| Moss Adams LLP | | PO Box 101822 | | Pasadena | CA | 91189-1822 | |
| MP2 Energy Texas LLC d/b/a Shell Energy Solutions | | PO Box 733560 | | Dallas | TX | 75373 | |
| MP2 Energy Texas LLC d/b/a Shell Energy Solutions | c/o MP2 Energy LLC (a Shell Subsidiary) | 21 Waterway Avenue, Suite 450 | | The Woodlands | TX | 77380 | |
| M-RETS | Midwest Renewable Energy (dba M-RETS) | 60 S 6th St, Suite 2800 | | Minneapolis | MN | 55402 | |
| MSC Industrial Supply Co | | 525 Harbour Place Drive | | Davidson | NC | 28036 | |
| Murphy and Grantland PA | | PO Box 6648 | | Columbia | SC | 29260 | |
| Murphy Electric Power Board | | 107 Peachtree Street | | Murphy | NC | 28906 | |
| Murphy Electric Power Board | Attn: Chris Raper | PO Box 1009 | | Murphy | NC | 28905 | |
| Murphy Power Board | | PO Box 1009 | | Murphy | NC | 28906 | |
| Murtco Inc | | PO Box 3460 | | Paducah | KY | 42002-3460 | |
| Muskogee City-County Port Authority | | PO Box 2819 | | Muskogee | OK | 74402 | |
| Mustache Creative Studio | | Beni Berman St 2 | | Netanya | | 4249330 | Israel |
| N9+, LLC | | 1145 East South Union Ave | | Midvale | UT | 84047 | |
| Nancy C Sayers | | Address Redacted | | | | | |
| Nanning Dinggao Tech Limited | | Building A-9 Zhongfanbicuiyuan, No. 19 Xierli, YouyiRoad | | Nanning City Guangxi A. R. | Guangxi Zhuang Autonomous Region | | China |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 24 of 36

Debtors' Exhibit No. 16
Page 277 of 493



**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Nasdaq Corporate Solutions, LLC | | 151 W 42nd St. | | New York | NY | 10036 | |
| Nashville - Home | | Address Redacted | | | | | |
| Na'Tanya Garrison | | Address Redacted | | | | | |
| Nathaniel L Smith | | Address Redacted | | | | | |
| National Association of Corp Directors | | 1515 N Courthouse Road, Suite 1200 | | Arlington | VA | 22201 | |
| National Union Fire Ins Co of Pittsburgh (AIG) | | 1271 Avenue of the Americas, 37th Floor | | New York | NY | 10020 | |
| NAVEX Global, Inc. | | 5500 Meadows Road, Suite 500 | | Lake Oswego | OR | 97035 | |
| Navigators Insurance Co (Hartford) | | 101 Montgomery Street | | San Francisco | CA | 94101 | |
| Ncredible Properties | | 13751 Luna Drive | | Naples | FL | 34109 | |
| ND Office of State Tax Commissioner | | 600 E. Boulevard Ave., Dept. 127 | | Bismarck | ND | 58505-0599 | |
| Neal Goldman | c/o Scheef & Stone, LLP | Attn: Peter C. Lewis | 500 North Akard St., Suite 2700 | Dallas | TX | 75201 | |
| Neal Goldman | | Address Redacted | | | | | |
| Nebraska Department of Labor | c/o General Counsel | Attn: Katie S. Thurber | 550 S 16th St PO Box 94600 | Lincoln | NE | 68509 | |
| NEC Financial Services, LLC | | 250 Pehle Avenue, Suite 704 | | Saddle Brook | NJ | 07663-5806 | |
| Neeraj Agrawal | | Address Redacted | | | | | |
| Neeraj Gupta | | Address Redacted | | | | | |
| Netgain Solutions, Inc. | | PO Box 630108 | | Littleton | CO | 80163-0108 | |
| Network Cabling Services, Inc. | Ben Westcott, Andrews Myers, PC - Attorneys at Law | 1885 Saint James Place #1500 | | Houston | TX | 77056 | |
| Network Cabling Services, Inc. | c/o Andrews Myers, PC - Attorneys at Law | Attn: Ben Westcott | 1885 Saint James Place #1500 | Houston | TX | 77056 | |
| Network Cabling Services, Inc. | | 12626 Fuqua Street | | Houston | TX | 77034 | |
| New Green Network LLC | | 16520 La Vela Circle | | Upper Brookfield | WI | 53005 | |
| Next Level Valet LLC | | 701 Brazos St Suite 1600 | | Austin | TX | 78701 | |
| NextEra Energy Capital Holdings | | Accounts Payable NextEra Energy Capital Holdings Boulevard | | Juno Beach | FL | 33408 | |
| NextLevel | Executive Team LLC | 4701 SW Admiral Way #362 | | Seattle | WA | 98116 | |
| nference, inc. | | One Main Street, Suite 200 | | Cambridge | MA | 02142 | |
| NFN8 Media | | 11615 Angus Rd, Suite 104C | | Austin | TX | 78759 | |
| NFN8 Media, LLC | | 11615 Angus Rd, Suite 104C | | Austin | TX | 78759 | |
| Nicholas M Miles | | Address Redacted | | | | | |
| Nicolas Carter | | Address Redacted | | | | | |
| Nissan North America, Inc | | PO BOX 685001 | | Franklin | TN | 37068 | |
| NMEF Funding 2022-A, LLC | | PO Box 786345 | | Philadelphia | PA | 19178 | |
| Noah J Lanning | | Address Redacted | | | | | |
| Noah S Jessop | | Address Redacted | | | | | |
| NODAK Electric Cooperative | Attn: Matt Marshall | 4000 32nd Ave South | | Grand Forks | ND | 58208-3000 | |
| Nodak Electric Cooperative | Mylo Einarson | 4000 32nd Ave | | Grand Forks | ND | 58201 | |
| Nodak Electric Cooperative Inc. | | 5503 11th Ave. S. | | Grand Forks | ND | 58201 | |
| Norstan Communications, inc. dba Black Box Network Services | | 9155 Cottonwood, North | | Maple Grove | MN | 55369 | |
| North Carolina Department of Revenue | | PO Box 25000 | | Raleigh | NC | 27640-0640 | |
| North Dakota Department of Revenue | | 600 E. Boulevard Ave., Dept. 127 | | Bismarck | ND | 58505-0599 | |
| North Georgia Data LLC | | 121 Industrial Dr | | Maysville | GA | 30558 | |
| North Mill Credit Trust | | 9 Executive Circle, Suite 230 | | Irvine | CA | 92614 | |
| North Mill Equipment Finance | Denise Steinberger | 9 Executive Circle | STE 230 | Irvine | CA | 92614 | |
| North Star Leasing | Rebecca Chandler | PO Box 4505 | | Burlington | VT | 05406 | |
| North Star Leasing, A Division Of Peoples Bank | Attn: Michael Major, Collections Manager | PO Box 4505 | | Burlington | VT | 05406 | |
| North Star Leasing, a Division of Peoples Bank | Attn: Mike Major, Collections Manager | PO Box 4505 | | Burlington | VT | 05406 | |
| Northdata Holdings Inc. | Attn: Daniel Rafuse | 290 Lakeshore, Suite 200 | | Pointe Claire | QC | H9S 4L3 | Canada |
| Novak | Jacob John Novak | 3301 Beverly Drive | | Dallas | TX | 75205 | |
| Novo Construction | | 608 Folsom Street | | San Francisco | CA | 94107 | |
| NVIDIA Corporation | | 2788 San Tomas Expressway | | Santa Clara | CA | 95051 | |
| NYDIG | Trevor Smyth | 510 Madison Avenue | 21st Floor | New York | NY | 10022 | |
| NYDIG ABL LLC | | 2443 Fillmore Street #406 | | San Francisco | CA | 94115 | |
| NYDIG ABL LLC | | 510 Madison Avenue, 21st Floor | | New York | NY | 10022 | |
| Obsidian Specialty Insurance Company (Orion via RT Specialty) | | 1330 Avenue of the Americas, Suite 23A | | New York | NY | 10019 | |
| Occupational Safety and Health Administration | | Lacosta Green Bldg. 1033 La Posada Dr. | Suite 375 | Austin | TX | 78752-3832 | |
| Och Ziff Capital Management, LP | | 153 East 53rd St 43rd Floor | | New York | NY | 10022 | |
| Oden P Nissim | | Address Redacted | | | | | |
| Office of State Tax Commisioner | | 600 E Boulevard Ave, Dept 127 | | Bismarck | ND | 58505-0599 | |
| Oip Spv Core Scientific, LLC | | 31 Hudson Yards, Fl 11, Suite 51 | | New York | NY | 10001 | |
| OIP SPV Core Scientific, LLC | | 325 Hudson Street, 4th Floor | | New York | NY | 10013 | |
| OIP SPV CS, LLC | | 325 Hudson Street, 4th Floor | | New York | NY | 10013 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 25 of 36



**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Oklahoma Department of Revenue | | 2501 North Lincoln Boulevard | | Oklahoma City | OK | 73194 | |
| Oklahoma Gas & Electric Company | | 321 N Harvey Avenue | | Oklahoma City | OK | 73102 | |
| Oklahoma Gas and Electric Company | Attn: Ashley Fulk | PO Box 321 | | Oklahoma City | OK | 73101 | |
| Oklahoma Gas and Electric Company (OG&E) | | PO Box 321 | | Oklahoma City | OK | 73101-0321 | |
| Oklahoma Tax Commission | | 300 N Broadway Ave | | Oklahoma City | OK | 73102 | |
| Okta Inc | | Bank of America - LockBox 743620 | | Los Angeles | CA | 90065-1733 | |
| Okta, Inc. | | 100 1st Street | | San Francisco | CA | 94105 | |
| Old Dominion Freight Line Inc | | PO Box 742296 | | Los Angeles | CA | 90074-2296 | |
| Old Republic National Title Ins Co | | 777 Post Oak Blvd, Ste 100 | | Houston | TX | 77056 | |
| Omar Carrillo | | Address Redacted | | | | | |
| Omega Interceptor Restricted Ltd | | Andaz Capital Gate, 10th Floor | | Abu Dhabi National Exhibition Centre | | 00000 | Abu Dhabi United Arab Emirates |
| Omeir Cargo LLC | | Hamdan Street, PO Box 267 | | Abu Dhabi | | 00000 | United Arab Emirates |
| Omer Khan | | Address Redacted | | | | | |
| Oncor Electric Delivery Company LLC | | 1616 Woodall Rodgers Freeway | | Dallas | TX | 75202 | |
| Oncor Electric Delivery Company LLC | | 777 Main St, Suite 1311 | | Ft. Worth | TX | 76102 | |
| Onestopmining Technologies Limited | | 26077 Nelson Way, Ste 201 | | Katy | TX | 77494 | |
| Onin Staffing, LLC | | 3800 Colonnade Parkway, Suite 300 | | Birmingham | AL | 35243 | |
| OnlineComponents.com | Master Electronics | 1301 Olympic Blvd | | Santa Monica | CA | 90404 | |
| Onyx Contractors Operations, LP | Attn: Christi Brown | PO Box 60547 | | Midland | TX | 79711-0547 | |
| OP Houston | Attn: Accounts Receivable | PO Box 4346, Dept. 698 | | Houston | TX | 77210-4346 | |
| Optilink | | 1200 VD Parrott Jr Pkwy #101 | | Dalton | GA | 30721 | |
| Optum Bank | | 2525 Lake Park Blvd, | | Salt Lake City | UT | 84120 | |
| Oracle America Inc | | 15612 Collections Center Drive | | Chicago | IL | 60693 | |
| Oracle America, Inc. | | 500 Oracle Parkway | | Redwood Shores | CA | 94065 | |
| Oracle Capital LLC | | 1985 E River Road, Suite 111 | | Tucson | AZ | 85718 | |
| Orange Computers | | 11400 Dorsett Rd | | Maryland Heights | MO | 63043 | |
| Oregon Department of Revenue | | 955 Center St NE | | Salem | OR | 97301-2555 | |
| Oregon Department of Revenue | | PO Box 14725 | | Salem | OR | 97309-5018 | |
| Oregon Department of Revenue | | PO Box 14730 | | Salem | OR | 97309-5018 | |
| Oregon Department of Revenue | Attn: Bonnie Chisman, Bankruptcy Technician | 955 Center St NE | | Salem | OR | 97301-2555 | |
| ORGDEV LLC | | 20564 Gerald Cliff Dr. NE | | Indianola | WA | 98342 | |
| ORGDEV LLC | | 45 Princeton Circle | | Longmont | CO | 80503 | |
| Overhead Door Company of Clayton/Overhead Door Company of Tri State | | 307 38th Street | | Columbus, | GA | 31904 | |
| Overhead Door Company of Clayton/Overhead Door Company of Tri State | Gaffney Overhead Door Company Inc | 307 38th Street | | Columbus, | GA | 31904 | |
| Parker Lynch | | Address Redacted | | | | | |
| Patricia Blair | | Address Redacted | | | | | |
| Patricia K Marquez | | Address Redacted | | | | | |
| Patrick Allan Nelson | | Address Redacted | | | | | |
| Paul Hastings LLP | | 515 S. Flower Street, Suite 2500 | | Los Angeles | CA | 90071 | |
| Paula R Price | | Address Redacted | | | | | |
| Paulo Roberto Pereira de Souza Filho | | Address Redacted | | | | | |
| Pax ADR LLC | | 2101 L Street NW Suite 800 | | Washington | DC | 20037 | |
| Paycom Payroll LLC | | 7501 W Memorial Rd | | Oklahoma City | OK | 73142 | |
| Peerless Events & Tents LLC | Will Wright | 4101 Smith School Road | Suite 200 | Austin | TX | 78744 | |
| Pennsylvania Insurance Company (Applied via RT Specialty) | | 10825 Old Mill Road | | Omaha | NE | 68154 | |
| Penny Chiu | | Address Redacted | | | | | |
| PeopleReady Inc | | PO Box 676412 | | Dallas | TX | 75267-6412 | |
| Pepsi MidAmerica | | 2605 West Main Street | | Marion | IL | 62959 | |
| Pescadero Capital, LLC | | 700 Universe Blvd | | Juno Beach | FL | 33408 | |
| Pete Abdo | | Address Redacted | | | | | |
| Peter Dorrius | | Address Redacted | | | | | |
| Peter J. Novak | | Address Redacted | | | | | |
| Peter Novak | | Address Redacted | | | | | |
| Peter Sladic | | Address Redacted | | | | | |
| Petter Business Systems | | 5110 Charter Oak Drive | | Paducah | KY | 42001 | |
| Philip A Kriner | | Address Redacted | | | | | |
| Philip Ross Schiff | | Address Redacted | | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 26 of 36



**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Pioneer Abstract and Title Co of Muskogee Inc | | 414 West Broadway | | Muskogee | OK | 74401 | |
| PJT Partners LP | | 280 Park Ave | | New York | NY | 10017 | |
| Plant Tours Communications Company | | 3400 International Airport Dr | Ste 900 | Charlotte | NC | 28208-4726 | |
| Platinum Platypus Inc | | 15 Grumman Rd West | | Bethpage | NY | 11714 | |
| Pledgeling Technologies | | PMB 5042 | 2261 Market St | San Francisco | CA | 94114-1612 | |
| Polyphase Capital, LLC | | 40 E. Chicago Ave #165 | | Chicago | IL | 60611 | |
| Poolin Technology Pte. Ltd. | | 2 Venture Dr. #11-31 | | Vision Exchange | | 608526 | Singapore |
| Power & Digital Infrastructure Corp. | | 2800 Northup Way, Suite 220 | | Bellevue | WA | 98004 | |
| Premier Fire and Security Inc | | PO Box 1037 | | Paducah | KY | 42002-1037 | |
| PricewaterhouseCoopers LLP | | 1420 Fifth Avenue | Suite 2800 | Seattle | WA | 98101 | |
| PricewaterhouseCoopers LLP | | 405 Howard Street | Suite 600 | San Francisco | CA | 94105 | |
| PricewaterhouseCoopers LLP | | 601 South Figueroa Street Suite 900 | | Los Angeles | CA | 90017 | |
| PricewaterhouseCoopers LLP | | PO Box 514038 | | Los Angeles | CA | 90051 | |
| Prickett Jones and Elliott PA | | 1310 King Street, Box 1328 | | Wilmington | DE | 19899 | |
| Prime Alliance Bank | Alan Lott | 1868 South 500 West | | Woods Cross | UT | 84087 | |
| Prime Alliance Bank, Inc. | | 1868 S 500 West | | Woods Cross | UT | 84087 | |
| Prime Alliance Bank, Inc. | Attn: Julia Clark, Special Assets Manager | 1868 S. 500 West | | Woods Cross | UT | 84010 | |
| Priority Power | | 2201 E Lamar Blvd, Ste 275 | | Arlington | TX | 76006 | |
| Priority Power Management LLC | | 2201 E Lamar Blvd | Suite 275 | Arlington | TX | 76006 | |
| Priority Power Management, LLC | | 1851 FM 2119 | | Pecos | TX | 79772 | |
| Priority Power Management, LLC | | 3013 FM 516 North | | Barstow | TX | 79777 | |
| Proctor Management | | 2314 Bahama Rd | | Austin | TX | 78733 | |
| Prostate Cancer Foundation | | 1250 4th St | | Santa Monica | CA | 90401 | |
| Pure Storage, Inc. | | 2555 Augustine Dr | | Santa Clara | CA | 95054-3003 | |
| Pure Water Technology of the Tri State Area LLC | | 172 Hideaway Cove Trail | | Turtletown | TN | 37391 | |
| Q4 Inc | | 469A King Street West | | Toronto Ontario | ON | M5V 1K4 | Canada |
| QBE Insurance Corporation | | 55 Water Street | | New York | NY | 10041 | |
| Quality Water Financial LLC | | 19111 Des Moines Memorial Dr S | Ste H | Seatac | WA | 98148-1954 | |
| Quandefi Opportunities LLC | | 1177 Avenue Of The Americas, Fl 5 | | New York | NY | 10036 | |
| Quantum Digital Network Assets, LLC | | 2500 Bee Cave Road, Unit 1 | | Austin | TX | 78749 | |
| Quik Print of Austin Inc | | 8508 Cross Park Dr | | Austin | TX | 78754 | |
| Quinn Emanuel Trial Lawyers | | 865 S Figueroa Street, 10th Floor | | Los Angeles | CA | 90017 | |
| Quinn Emanuel Urquhart & Sullivan LLP | | 555 South Flower St., 12th Floor | | Los Angeles | CA | 90071 | |
| Quinn Emanuel Urquhart & Sullivan, LLP | | 1300 I Street NW, Suite 900 | | Washington | DC | 20005 | |
| Quinn Emanuel Urquhart & Sullivan, LLP | | 51 Madison Avenue, 22nd Floor | | New York | NY | 10010 | |
| Quinn Emanuel Urquhart & Sullivan, LLP | | 865 South Figueroa Street | | Los Angeles | CA | 90017 | |
| Rack and Shelving Consultants | | 316 Dominion Circle | | Knoxville | TN | 37934 | |
| Radar Relay, Inc. | | 2407 S. Congress Ave | Ste. E-101 | Austin | TX | 78704 | |
| Radiant PPC LLC | | 4250 Via Marina | Apt 418 | Marina Dl Rey | CA | 90292-7568 | |
| Ranko Curic | | Address Redacted | | | | | |
| Raymond Allen Pope | | Address Redacted | | | | | |
| Raymond Pope | | Address Redacted | | | | | |
| RBI USA Customs Services LLC | | 555 Fayetteville Street, Suite 201 | | Raleigh | NC | 27601 | |
| RC Ventures Inc | Ryan Christy, Ventures Inc | 28 Geralds Ln | | Marble | NC | 28905-8664 | |
| Recycling Equipment Corporation | | 831 W 5th Street | | Lansdale | PA | 19446 | |
| Red Moon 88 LLC | | 101 Convention Center Dr., Ste 300 | | Las Vegas | NV | 89102 | |
| Red Moon 88 LLC | | 2407 S. Congress Ave, Ste. E-101 | | Austin | TX | 78704 | |
| Reffett Associates | | 11900 NE 1st Street, Suite 300, Bldg G | | Bellevue | WA | 98005 | |
| Reffett Associates LTD. | | 11900 NE 1st Street, Suite 300 | | Bellevue | WA | 98005 | |
| Regents Capital Corporation | | 3200 Bristol Street, Ste 400 | | Costa Mesa | CA | 92626 | |
| Regional Disposal and Metal LLC | | PO Box 1029 | | Murphy | NC | 28906 | |
| Regional Waste | Jacob Anderson | PO Box 1029 | | Murphy | NC | 28906 | |
| Registered Agent Solutions Inc | | 5301 Southwest Pkwy | Ste 400 | Austin | TX | 78735-8986 | |
| Registered Agent Solutions, Inc. | | 5301 Southwest Pkwy | Ste 400 | Austin | TX | 78735-8986 | |
| Regulatory DataCorp, Inc. | | PO Box 392280 | | Pittsburgh | PA | 15251-9280 | |
| Regulatory DataCorp, Inc. | Attn: Jennifer N Bromberg | 211 S. Gulph Road #125 | | King of Prussia | PA | 19406 | |
| Reliance Telephone Systems | | 118 Gateway Drive NW | | East Grand Forks | MN | 56721 | |
| Rene Granado | | Address Redacted | | | | | |
| Resound Networks LLC | | PO Box 1741 | 100 N Cuyler St | Pampa | TX | 79066 | |
| Resources Connection LLC dba Resources Global | | PO Box 740909 | | Los Angeles | CA | 90074-0909 | |
| Resources Connection LLC dba Resources Global Professionals | | PO Box 740909 | | Los Angeles | CA | 90074-0909 | |
| Resources Global Professionals | Resources Connection, Inc (DBA Resources Global Professionals) | PO Box 740909 | | Los Angeles | CA | 90074-0909 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 27 of 36



**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| Revanth Mothkuri | | Address Redacted | | | | | |
| Revenue Accounting Division | Attn: Bankruptcy | PO Box 13528 | | Austin | TX | 78711-3528 | |
| Rex M Serrano-Navarro | | Address Redacted | | | | | |
| Rezvani Mining LLC | | 2565 E Southern Ave #141 | | Mesa | AZ | 85204 | |
| Rhode Island Division of Taxation | Attn: Crystal Cote | 1 Capitol Hill | | Providence | RI | 02908 | |
| Ricardo Garcia-Pagan | | Address Redacted | | | | | |
| Richard Byron Ball Jr. | | Address Redacted | | | | | |
| Richard Cornelison | | Address Redacted | | | | | |
| Richard Katz 2016 GST TRUST | | Address Redacted | | | | | |
| Richard Love Booth II | | Address Redacted | | | | | |
| Richard Matherson | | Address Redacted | | | | | |
| Richard Norman | | Address Redacted | | | | | |
| Richard P Dunne | | Address Redacted | | | | | |
| Richard Samuel Horowitz | | Address Redacted | | | | | |
| Richard Scott Riley | | Address Redacted | | | | | |
| Richard Sean McAdam | | Address Redacted | | | | | |
| Richards Layton and Finger PA | | One Rodney Square, 920 North King Street | | Wilmington | DE | 19801 | |
| Ricks Rental Equipment | Attn: Jason Henson | 1363 Murphy Hwy | | Blairsville | GA | 30512 | |
| Rio Verde Holdings Ltd | | 86-90 Paul Street | | London | | EC2A 4NE | United Kingdom |
| Riot Blockchain, Inc. | | 3855 Ambrosia Street Suite 301 | | Castle Rock | CO | 80109 | |
| River Financial Inc. | | 80 E Rich St | Apt 706 | Columbus | OH | 43215-5266 | |
| Riverbend Consulting LLC | Traci Lynn Hudson | 935 Riverbend Pkwy | | Athens | GA | 30605 | |
| RJW Digital Solutions | | 4129 West Cheyenne Ave | | North Las Vegas | NV | 89032 | |
| RME Black 100, LLC | | 101 Convention Center Dr, Ste 810 | | Las Vegas | NV | 89109 | |
| RME Black 200, LLC | | 101 Convention Center Dr, Ste 810 | | Las Vegas | NV | 89109 | |
| RME Black 88, LLC | | 101 Convention Center Dr, Ste 810 | | Las Vegas | NV | 89109 | |
| Robert Cline Kezar | | Address Redacted | | | | | |
| Robert Fedrock | | Address Redacted | | | | | |
| Robert G Mayfield | | Address Redacted | | | | | |
| Robert Half Accountemps Salaried Professional Service | | 3380 146th Pl SE | Ste 102 | Bellevue | WA | 98007-8067 | |
| Robert Half Talent Solutions | | PO Box 743295 | | Los Angeles | CA | 90074-3295 | |
| Robert J Hamilton | | Address Redacted | | | | | |
| Robert Kenneth Weinkle III | | Address Redacted | | | | | |
| Robert Miller | | Address Redacted | | | | | |
| Robson Forensic Inc | | PO Box 4847 | | Lancaster | PA | 17604-4847 | |
| Rockwell Automation Inc | | 1201 S Second Street | | Milwaukee | WI | 53204 | |
| Rodrigo Perusquia | | Address Redacted | | | | | |
| Roel Manuel Evangelista | | Address Redacted | | | | | |
| Roger Adams | | Address Redacted | | | | | |
| Roman Krasiuk | | Address Redacted | | | | | |
| Ronald Albert Williams | | Address Redacted | | | | | |
| Ronald C Whitfield | | Address Redacted | | | | | |
| Rori Kluth | | Address Redacted | | | | | |
| Ross Berman | | Address Redacted | | | | | |
| Rowlett Hill Collins LLP | | 3010 LBJ Freeway, Suite 1030 | | Dallas | TX | 75234 | |
| Roy Anthony Shabla | c/o Farmers and Merchants Bank 1883429 | 302 Pine Avenue | | Long Beach | CA | 90802 | |
| Roy Trinh | | Address Redacted | | | | | |
| RPM Balance, Inc. | Attn: Mike Lord & Gary Lord | 7701 Zephyr Hills Way | | Antelope | CA | 95843 | |
| Ruby Franco | | Address Redacted | | | | | |
| Rudy Worrell | | Address Redacted | | | | | |
| Ruric Inc | | PO Box 345 | | South Pittsburg | TN | 37380 | |
| Russell Preston Cann | | Address Redacted | | | | | |
| Ryan & Associates | | Three Galleria Tower | 13155 Noel Road, Suite 100 | Dallas | TX | 75240-5090 | |
| Ryan LLC | | PO Box 848351 | | Dallas | TX | 75284 | |
| Ryan M Zindorf | | Address Redacted | | | | | |
| Sabby Volatility Warrant Master Fund, Ltd. | Attn: Robert Grundstein | 115 Hidden Hills Dr | | Spicewood | TX | 78669-1472 | |
| Sabby Volatility Warrant Master Fund, Ltd. | c/o Sabby Management, LLC | Attn: Robert Grundstein | 115 Hidden Hills Dr. | Spicewood | TX | 78669-1472 | |
| SafetySkills LLC | | 6136 Frisco Square Blvd | Ste 285 | Frisco | TX | 75034-3268 | |
| SAGE Capital Investments, LLC | Neal P. Goldman | 22 Jackson Rd. | | Bedford | NY | 10506 | |
| Saifedean Ammous | | Address Redacted | | | | | |
| Salesforce, inc. | | 415 Mission Street | | San Francisco | CA | 94105 | |
| Salesforce.com, Inc. | | PO Box 203141 | | Dallas | TX | 75320 | |
| Samantha J Bieber | | Address Redacted | | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Sammy Michael | | Address Redacted | | | | | |
| Samuel Miceli | | Address Redacted | | | | | |
| Samuel Olamide Durodolu | | Address Redacted | | | | | |
| Sandra Lea Mittendorf | | Address Redacted | | | | | |
| Sangeeta Campos Puri | | Address Redacted | | | | | |
| Sara Ramer | | Address Redacted | | | | | |
| Sarabjeet Singh | | Address Redacted | | | | | |
| Savage.io | | PO Box 18264 | | Rochester | NY | 14618-0264 | |
| Say Technologies LLC | | 245 8th Ave No.1040 | | New York | NY | 10011 | |
| Scheef & Stone, LLP | | 500 North Akard Street | | Dallas | TX | 75201 | |
| Scientific Games Corporation | | 6601 Bermuda Rd | | Las Vegas | NV | 89119 | |
| Scott D Wright | | Address Redacted | | | | | |
| Scott Malewig | | Address Redacted | | | | | |
| Scott Ryan Hall | | Address Redacted | | | | | |
| Scott Widham | | Address Redacted | | | | | |
| Seagen Inc. | | 22310 20th Ave SE | Ste 200 | Bothell | WA | 98021-8413 | |
| Sebastian Javier Marconi | | Address Redacted | | | | | |
| Securitas Security Services USA, Inc. | | 150 South Wacker Drive Suite LL50 | | Chicago | IL | 60606 | |
| Securitas Security Services USA, Inc. | | 1823 Mcintosh St. Bldg VIII, Ste 111 | | Bowling Green | KY | 42104 | |
| Securitas Security Services USA, Inc. | | 2780 Snelling Avenue North | | Roseville | MN | 55113 | |
| Sensika Technologies OOD | | 18A Zlatostruy Str., 4th & 5 th floors | | Sofia | | 1517 | Bulgaria |
| Serge Marin | | Address Redacted | | | | | |
| Seth Bradley | | Address Redacted | | | | | |
| Sharon Orlopp | | Address Redacted | | | | | |
| Sharp Business Systems | Sharp Electronics Corporation/Business Systems | 100 Paragon Dr | | Montvale | NJ | 07645 | |
| Sharp Electronics Corporation | | 100 Paragon Dr | Ste 100 | Montvale | NJ | 07645 | |
| Sharpertek | | 486 S Opdyke Rd | | Ponitac | MI | 48341 | |
| Shawn Koonin | | Address Redacted | | | | | |
| ShaystaMoon Cutchie | | Address Redacted | | | | | |
| Shelby N Higley | | Address Redacted | | | | | |
| Shell Energy Solutions | | 21 Waterway Avenue | | The Woodlands | TX | 77380 | |
| Shell Energy Solutions | Customer Service | 21 Waterway Avenue, Suite 450 | | The Woodlands | TX | 77380 | |
| Sherie Bailey | | Address Redacted | | | | | |
| Silver Fox Productions Inc | | 7609 66th Pl NE | | Marysville | WA | 98270-6593 | |
| Silverpeak Credit Partners LP | | 40 West 57th Street, 29th Floor | | New York | NY | 10019 | |
| Silverpeak Credit Partners LP, as Collateral Agent | | 40 West 57Th Street, 29Th Floor | | New York | NY | 10019 | |
| Silverpeak Special Situations Lending LP | | 40 West 57th Street, Floor 29 | | New York | NY | 10019 | |
| Simon James Cambridge | | Address Redacted | | | | | |
| Sitrick and Company | | 11999 San Vicente Blvd. | Penthouse | Los Angeles | CA | 90049 | |
| Slack Technologies LLC | | 415 Mission Street, 3rd Floor | | San Francisco | CA | 94105 | |
| Slalom LLC | | PO Box 101416 | | Pasadena | CA | 91189-1416 | |
| Sloan Session | | Address Redacted | | | | | |
| Smartsheet Inc | | PO Box 123421, Dept 3421 | | Dallas | TX | 75312-3421 | |
| Smartsheet, Inc | | 500 108th Ave NE | Ste 200 | Bellevue | WA | 98004-5555 | |
| Smoky Mountain BBQ Company LLC | | 961 Quigly Dr | | Marble | NC | 28905 | |
| Snell & Wilmer | | 3883 Howard Hughes Parkway Suite 1100 | | Las Vegas | NV | 89169 | |
| Snelling | | 111 Springhall Dr | | Goose Greek | SC | 29445 | |
| Snelling Employment, LLC | | 111 Springhall Dr. | | Goose Creek | SC | 29445 | |
| Socrates Roxas | | Address Redacted | | | | | |
| Solomon Corporation | | PO Box 245,103 W Main | | Soloman | KS | 67480 | |
| Southeastern System Services Inc | | 13990 Veteran Memorial Hwy | | Winston | GA | 30187 | |
| Southern Cargo LLC | | PO Box 250 | | Demorest | GA | 30535 | |
| Southwestern Medical Foundation | | 3889 Maple Ave Ste 100 | | Dallas | TX | 75219 | |
| Spectrum | | PO Box 223085 | | Pittsburgh | PA | 15251-2085 | |
| Spectrum | | PO Box 60074 | | City of Industry | CA | 91716-0074 | |
| Spectrum Business | | PO Box 60074 | | City Of Industry | CA | 91716-0074 | |
| SpectrumVoIP Inc | | PO Box 733619 | | Dallas | TX | 75373 | |
| Sphere 3d | c/o Dontzin Nagy & Flessing LLP | Attn: Tibor L Nagy, Jr., Gregory N. Wolfe and Susan Hu | 980 Madison Avenue | New York | NY | 10075 | |
| Spotless Cleaning | | 13903 Thermal Drive | | Austin | TX | 78728 | |
| Spring Mud LLC | c/o The Corporation Trust Company | Corporation Trust Center, 1209 Orange Street | | Wilmington, New Castle County | DE | 19801 | |
| SRPF A QR Riversouth LLC | | 401 S. 1st Street | | Austin | TX | 78704 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| SRPF A QR Riversouth LLC | | 515 Congress Ave. | Suite 2100 | Austin | TX | 78701 | |
| SRPF A QR RiverSouth LLC | Jeff Pace | 3700 N Capital of Texas Hwy | Suite 420 | Austin | TX | 78746 | |
| Stacie Olivares | | Address Redacted | | | | | |
| Stafftax Financial LLC | | 1100 Biscayne Blvd, Unit 2305 | | Miami | FL | 33132 | |
| Standby Service Solutions LLC | | 156 W Armuchee Rd | | Lafayette | GA | 30728 | |
| Starlink | | 1 Rocket Rd | | Hawthorne | CA | 90250 | |
| Starr Indemnity & Liability Co | | 399 Park Avenue | | New York | NY | 10022 | |
| State Of Alabama | Office Of The Attorney General | 501 Washington Ave | | Montgomery | AL | 36104 | |
| State Of Alaska | Office Of The Attorney General | 1031 W 4th Ave, Ste 200 | | Anchorage | AK | 99501 | |
| State Of Arizona | Office Of The Attorney General | 2005 N Central Ave | | Phoenix | AZ | 85004 | |
| State Of Arkansas | Office Of The Attorney General | 323 Center St, Ste 200 | | Little Rock | AR | 72201 | |
| State Of California | Office Of The Attorney General | P.O. Box 944255 | | Sacramento | CA | 94244-2550 | |
| State Of Colorado | Office Of The Attorney General | Ralph L. Carr Judicial Building | 1300 Broadway, 10Th Fl | Denver | CO | 80203 | |
| State Of Connecticut | Office Of The Attorney General | 55 Elm St | | Hartford | CT | 06106 | |
| State Of Delaware - Division of Corporations | | PO Box 5509 | | Binghamton | NY | 13902-5509 | |
| State Of Florida | Office Of The Attorney General | The Capitol Pl-01 | | Tallahassee | FL | 32399 | |
| State Of Hawaii | Office Of The Attorney General | 425 Queen Street | | Honolulu | HI | 96813 | |
| State Of Idaho | Office Of The Attorney General | 700 W. Jefferson St, Suite 210 | | Boise | ID | 83720 | |
| State Of Illinois | Office Of The Attorney General | James R. Thompson Center | 100 W. Randolph St | Chicago | IL | 62706 | |
| State Of Indiana | Office Of The Attorney General | Indiana Government Center South | 302 W Washington St 5Th Fl | Indianapolis | IN | 46204 | |
| State Of Iowa | Office Of The Attorney General | Hoover State Office Building | 1305 E. Walnut Street Rm 109 | Des Moines | IA | 50319 | |
| State Of Kansas | Office Of The Attorney General | 120 SW 10Th Ave, 2nd Fl | | Topeka | KS | 66612 | |
| State Of Louisiana | Office Of The Attorney General | 1885 N. Third St | | Baton Rouge | LA | 70802 | |
| State Of Maine | Office Of The Attorney General | 6 State House Station | | Augusta | ME | 04333 | |
| State Of Maryland | Office Of The Attorney General | 200 St. Paul Pl | | Baltimore | MD | 21202 | |
| State Of Massachusetts | Office Of The Attorney General | 1 Ashburton Place, 20Th Floor | | Boston | MA | 02108 | |
| State Of Michigan | Office Of The Attorney General | G. Mennen Williams Building, 7Th Floor | 525 W Ottawa St | Lansing | MI | 48909 | |
| State Of Minnesota | Office Of The Attorney General | 445 Minnesota St, Ste 1400 | | St. Paul | MN | 55101 | |
| State Of Mississippi | Office Of The Attorney General | Walter Sillers Building | 550 High St Ste 1200 | Jackson | MS | 39201 | |
| State Of Missouri | Office Of The Attorney General | Supreme Court Building | 207 W High St | Jefferson City | MO | 65101 | |
| State Of Montana | Office Of The Attorney General | 215 N. Sanders | Justice Building, Third Fl | Helena | MT | 59601 | |
| State Of Nebraska | Office Of The Attorney General | 2115 State Capitol | | Lincoln | NE | 68509 | |
| State Of Nevada | Office Of The Attorney General | Old Supreme Court Building | 100 N Carson St | Carson City | NV | 89701 | |
| State Of New Hampshire | Office Of The Attorney General | Nh Department Of Justice | 33 Capitol St. | Concord | NH | 03301 | |
| State Of New Jersey | Office Of The Attorney General | Richard J. Hughes Justice Complex | 25 Market St 8Th Fl, West Wing | Trenton | NJ | 08611 | |
| State Of New Mexico | Office Of The Attorney General | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 | |
| State Of New York | Office Of The Attorney General | The Capitol | 2nd Floor | Albany | NY | 12224 | |
| State Of Ohio | Office Of The Attorney General | State Office Tower | 30 E Broad St 14Th Fl | Columbus | OH | 43215 | |
| State Of Oklahoma | Office Of The Attorney General | 313 Ne 21St St | | Oklahoma City | OK | 73105 | |
| State Of Oregon | Office Of The Attorney General | 1162 Court St Ne | | Salem | OR | 97301 | |
| State Of Pennsylvania | Office Of The Attorney General | Strawberry Square 16Th Fl | | Harrisburg | PA | 17120 | |
| State Of Rhode Island | Office Of The Attorney General | 150 S Main St | | Providence | RI | 02903 | |
| State Of South Carolina | Office Of The Attorney General | Rembert C. Dennis Bldg | 1000 Assembly St Rm 519 | Columbia | SC | 29201 | |
| State Of South Dakota | Office Of The Attorney General | 1302 E Highway 14, Ste 1 | | Pierre | SD | 57501 | |
| State Of Tennessee | Office Of The Attorney General | 301 6Th Ave N | | Nashville | TN | 37243 | |
| State Of Tennessee Department of Revenue | Collection Services Division | 500 Deaderick Street | | Nashville | TN | 37242 | |
| State Of Texas | Office Of The Attorney General | 300 W. 15Th St | | Austin | TX | 78701 | |
| State Of Utah | Office Of The Attorney General | Utah State Capitol Complex | 350 North State St Ste 230 | Salt Lake City | UT | 84114 | |
| State Of Utah | Office Of The Attorney General, Sean D. Reyes | State Capitol, Room 236 | | Salt Lake City | UT | 84114 | |
| State Of Vermont | Office Of The Attorney General | 109 State St. | | Montpelier | VT | 05609 | |
| State Of Virginia | Office Of The Attorney General | 202 N. Ninth St. | | Richmond | VA | 23219 | |
| State Of Washington | Office Of The Attorney General | 1125 Washington St Se | | Olympia | WA | 98501 | |
| State Of Washington | Office Of The Attorney General | PO Box 40100 | | Olympia | WA | 98504-00 | |
| State Of West Virginia | Office Of The Attorney General | State Capitol, 1900 Kanawha Blvd E | Building 1 Rm E-26 | Charleston | WV | 25305 | |
| State Of Wisconsin | Office Of The Attorney General | 17 West Main Street, Room 114 East P | | Madison | WI | 53702 | |
| State Of Wyoming | Office Of The Attorney General | Kendrick Building | 2320 Capitol Ave | Cheyenne | WY | 82002 | |
| Stayfirst Branding Agency | Jason W. Rigby;Prickett, Jones & Elliott, P.A. | 1310 King Street,Box 1328 | | Wilmington | DE | 19899 | |
| Sternhell Group | | 1201 New York NW, Suite 900 | | Washington | DC | 20005 | |
| Steven A Gitlin | | Address Redacted | | | | | |
| Steven Harper | | Address Redacted | | | | | |
| Steven J Grailer II | | Address Redacted | | | | | |
| Steven Ware | | Address Redacted | | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Stone Tower Air LLC | | 5516 Laceback Terrace | | Austin | TX | 78738 | |
| Stonebriar Finance Holdings LLC | | 5601 Granite Parkway, Suite 1350 | | Plano | TX | 75024 | |
| Stretto, Inc. | | 410 Exchange, Ste 100 | | Irvine | CA | 92602 | |
| Stroz Friedberg, LLC | | PO Box 6718 | | Somerset | NJ | 08875-6718 | |
| Summit Crypto Mining Limited | | Guinness Enterprise Centre | Taylor's Lane | Dublin | | 8 | Ireland |
| Summit Electric Supply Co. | | 1851 FM 2119 | | Pecos | TX | 79772 | |
| Summit Electric Supply Co. | | 2900 Stanford NE | | Albuquerque | NM | 87107 | |
| Summit Electric Supply Co. | | 3013 FM 516 North | | Barstow | TX | 79777 | |
| Summit Electric Supply Company, Inc. | Attn: Carl Williams, Tom Lyman | 2900 Stanford NE | | Albuquerque | NM | 87107 | |
| Summit Electric Supply Company, Inc. | Attn: Scott R. Huete | 201 St. Charles Ave | Suite 4400 | New Orleans | LA | 70170 | |
| Summit Electric Supply Company, Inc. | Attn: Tom Lyman | 2900 Stanford NE | | Albquerque | NM | 87107 | |
| Summit Energy Services Inc | | 10350 Ormsby Park Place, Suite 400 | | Louisville | KY | 40223 | |
| Summit Fire Protection Co | | 575 Minnehaha Ave W | | St Paul | MN | 55103 | |
| Summit Funding Group Inc | | 4680 Parkway Dr, Ste 300 | | Mason | OH | 45040 | |
| Sunny Shah | | Address Redacted | | | | | |
| Sunnyside Consulting and Holdings Inc | | Address Redacted | | | | | |
| SunnySide Consulting and Holdings, Inc. | | 214 Cherryhill Road | | Oakville | ON | L6L 3E2 | Canada |
| SunValley Electric Supply | | PO Box 847106 | | Los Angeles | CA | 90084-7106 | |
| SuperAcme Technology Hong Kong LTD | | Flat/Rm A 12/F Kiu Fu Comm Bldg 300, Lockhart Rd Wan Chai | | Hong Kong | | 00000 | Hong Kong |
| Supplybit, LLC | | 1 Calle Taft,15e | | San Juan | PR | 911 | |
| Supreme Fiber LLC | | 6104 Old Fredericksburg Rd | #91114 | Austin | TX | 78749 | |
| Sure Steel – Texas, L.P. | | 8171 Jim Christal Road | | Denton | TX | 76207 | |
| Susan Oh Communications | | Address Redacted | | | | | |
| Susan Schnabel | | Address Redacted | | | | | |
| Susie Maldonado | | Address Redacted | | | | | |
| Suzanna P Azoulay | | Address Redacted | | | | | |
| Swiss Re Corporate Solutions Capacity Ins Corp (via Amwins) | | 1200 Main Street Suite 800 | | Kansas City | MO | 64105 | |
| Synopsys Inc | | 675 Almanor Ave | Ste 101 | Sunnyvale | CA | 94085-2925 | |
| Synovus Bank | Janice Vagner | Corporate Trust, 800 Shades Creek Parkway | | Birmingham | AL | 35209 | |
| T&D Moravits & Co. | | 10511 Shaenfield Rd | | San Antonio | TX | 78254 | |
| T&D Moravits & Co. | | T&D Moravits & Co.,10511 Shaenfield Rd | | San Antonio | TX | 78254 | |
| T&D Moravits & Co., LLC | Attn: Bill Roberts | 10511 Shaenfield Rd. | | San Antonio | TX | 78254 | |
| T. Michael Glenn Trust | | Address Redacted | | | | | |
| Tag Resources LLC | | 6501 Deane Hill Dr | | Knoxville | TN | 37919 | |
| Talos Energy, Inc | | 333 Clay Street Suite 3300 | | Houston | TX | 77002 | |
| Talya Lerman | | Address Redacted | | | | | |
| Tammy Michele Jenkins | | Address Redacted | | | | | |
| Tango Lima, LP | | 2601 Weisenberger Street | | Fort Worth | TX | 76107 | |
| TanMar Rentals, LLC | | 370 County Road 417 | | Pecos | TX | 79772 | |
| TanMar Rentals, LLC | Attn: Doug Summerlin | 302 Unatex Road | | Eunice | LA | 70535 | |
| TanMar Rentals, LLC | Attn: Pony | PO Box 1376 | | Lafayette | LA | 70508 | |
| Tansley Equipment Limited | | 44 Church Street | | St. John's | | | Antigua and Barbuda |
| Tax Executives Institute Inc | | 1200 G Street | | Washington | DC | 200005 | |
| Taylor Carringer | | Address Redacted | | | | | |
| Taylor Lewis McCormick | | Address Redacted | | | | | |
| TBC 222 LLC | | 8 Newbury Street | 5th Floor | Boston | MA | 2116 | |
| TCF National Bank | | 800 Burr Ridge Parkway | | Burr Ridge | IL | 60527 | |
| TDIndustries Inc | | 13850 Diplomat Dr | | Dallas | TX | 75234 | |
| Teacher Retirement System of Texas | | 1000 Red River Street | | Austin | TX | 78701-2698 | |
| Teague Nall and Perkins Inc | TNP Inc | 5237 N Riverside Dr, Ste 100 | | Fort Worth | TX | 76137 | |
| Teague Nall and Perkins, Inc. (TNP) | | 3200 S. Interstate 35E, Suite 1129 | | Denton | TX | 76205 | |
| Team LLC | | 210 Barton Springs Road, Suite 300 | | Austin | TX | 78701 | |
| Tech Finance Corporation | Brent Clarbour | 16430 N Scottsdale Rd | # 170 | Scottsdale | AZ | 85254-1518 | |
| Tech. Finance. Co., LLC dba Technology Finance Corporation | | 16430 N Scottsdale Rd | # 170 | Scottsdale | AZ | 85254-1518 | |
| Technijian Inc | | 18 Technology Dr #141 | | Irvine | CA | 92618 | |
| Technology Finance Corporation | | 16430 N Scottsdale Rd | # 170 | Scottsdale | AZ | 85254-1518 | |
| Technology Finance Corporation - 2540-05 | | 16430 N Scottsdale Rd | # 170 | Scottsdale | AZ | 85254-1518 | |
| Technology Navigators LLC | | 6300 Bridge Point Parkway | | Austin | TX | 78730 | |
| Techshop Computers Ltd. | | 15138 North Bluff Rd. | | White Rock | BC | V4B 5E6 | Canada |
| TechSource Global LLC | | 3450 Buschwood Park Dr., Ste 350 | | Tampa | FL | 33618 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Telecom Site Solutions LLC | | 7841 C. F. Hawn Freeway | | Dallas | TX | 75217 | |
| Telfi LLC | | 709 N Selvidge St | | Dalton | GA | 30721 | |
| Telles Global Consulting Inc | | 23 Richardson Rd | | Novato | CA | 94949 | |
| Temps Plus Inc | | 601 S Thornton Ave | | Dalton | GA | 30720-8287 | |
| Temps Plus of Paducah Inc | | 4720 Village Square Drive | Suite A | Paducah | KY | 42001 | |
| Tenaska Colocation Services LLC | | 14302 FNB Parkway | | Omaha | NE | 68154 | |
| Tenaska Colocation Services, LLC | | 300 E John W Carpenter Fwy | | Irving | TX | 75062 | |
| Tenaska Power Services Co | | 14302 FNB Parkway | | Omaha | NE | 68154 | |
| Tenaska Power Services Co | c/o Ross, Smith, & Binford, PC | Attn: Jason Binford | 2003 N Lamar Blvd Ste 100 | Austin | TX | 78705 | |
| Tenaska Power Services Co. | Attn: Mark Joseph Holler | 300 E John Carpenter Fwy | Ste 1100 | Irving | TX | 75062 | |
| Tennessee Department of Revenue | | Andrew Jackson Building, 500 Deaderick Street | | Nashville | TN | 37242 | |
| Tennessee Valley Authority | | 26 Century Blvd Ste. 100 | | Nashville | TN | 34214 | |
| Tennessee Valley Authority | Attn: Brent Powell, Edward C Meade & Vera Dygert | 400 W. Summit Hill Dr. | | Knoxville | TN | 37902 | |
| Tennessee Valley Authority - Economic Development - Thomas Buehler (Calvert City) (2/1/2020) | | 26 Century Blvd., Suite 100 OCP 6D | | Nashville | TN | 37214 | |
| Tennessee Valley Authority (TVA) | | 26 Century Blvd | Suite 100 | Nashville | TN | 34214 | |
| Tennessee Valley Industrial Committee | | Post Office Box 440026 | | Nashville | TN | 37244-0026 | |
| Teslawatt | | 155 Palmer Lane | | Marble | NC | 28905 | |
| Texas AirSystems, LLC | | 6029 W. Campus Circle Dr #100 | | Irving | TX | 75063 | |
| Texas AirSystems, LLC | SCG Mechanical LP dba Way Mechanical | 720 Industrial Blvd #200 | | Grapevine | TX | 76051 | |
| Texas Blockchain Council | | 1900 Jay Ell Drive | | Richardson | TX | 75081 | |
| Texas Comptroller | | PO Box 13528, Capitol Station | | Austin | TX | 78711-3528 | |
| Texas Comptroller of Public Accounts on behalf of the State of Texas and Local Sales Tax Jurisdictions | c/o Office of the Attorney General | Attn: Catherine L. Coy Bankruptcy & Collections Division | PO Box 12548, MC-008 | Austin | TX | 78711 | |
| Texas Comptroller of Public Accounts on behalf of the State of Texas and Local Sales Tax Jurisdictions | c/o Revenue Accounting Div. | Attn: Catherine Ledesma Coy | 111 E 17th Street | Austin | TX | 78711 | |
| Texas Comptroller of Public Accounts on behalf of the State of Texas and Local Sales Tax Jurisdictions | c/o Revenue Accounting Division | Attn: Bankruptcy | PO Box 13528 | Austin | TX | 78711-3528 | |
| Texas- New Mexico Power Company | | 1126 Stafford Blvd | PO Drawer 1960 | Pecos | TX | 79772 | |
| Texas Workforce Commission | | 101 E 15th Street | | Austin | TX | 78778-0091 | |
| The Allen Institute for Artificial Intelligence | | 2157 North Northlake Way, Suite 110 | | Seattle | WA | 98103 | |
| The board of Water, Light and Sinking Fund Commissioners of the City of Dalton, GA DBA Dalton Utilities | | 1200 VD Parrott, Jr. Parkway | | Dalton | GA | 30721 | |
| The City of Denton, Texas [City of Denton, a Texas Home-Rule Municipal Corporation; City of Denton, a Texas Municipal Corporation; City; Denton] | Attn: Customer Service (Christa Foster) | 601 E Hickory St | Suite F | Denton | TX | 76205 | |
| The Coindad LLC | | 1920 Allen Jarrett Dr | | Mebane | NC | 27302-9524 | |
| The Council on Foreign Relations | | 58 E 68th St | | New York | NY | 10065 | |
| The Crown Restaurant | | 135 Emily Lane | | Brasstown | NC | 28902 | |
| The District | Attn: Gary Fife | 4150 S. Washington St. | | Grand Forks | ND | 58201 | |
| The Kimmel Family Foundation | c/o Berdon LLP | 360 Madison Avenue, Fl 8 | | New York | NY | 10017 | |
| The Maclellan | | 721 Broad St ,Suite 305 | | Chattanooga | TN | 37402 | |
| THE MICHAEL 0. JOHNSON REVOCABLE TRUST | | Address Redacted | | | | | |
| The Music Acquisition Corp | | 209 South Maple Drive | | Beverly Hills | CA | 90212 | |
| The Obsidian Master Fund | Blackrock | 100 Bellevue Parkway, 4th Fl. | | Wilmington | DE | 19809 | |
| The Obsidian Master Fund | c/o BlackRock Financial Management, Inc. | Attn: Christopher Biasotti, Winnie Chen, Melanie Groves | 55 East 52nd Street | New York | NY | 10055 | |
| The Obsidian Master Fund | c/o Paul Hastings LLP | Attn: Kris Hansen, Esq., Sayan Bhattacharyya, Esq. | 200 Park Avenue | New York | NY | 10166 | |
| The Preserve at Spring Creek | | 200 S. Hampton place | | Clarksville | TN | 37040 | |
| The Princenton Excess & Surplus Lines Ins Co (Munich Re via Amwins) | | 555 College Road East P.O Box 5241 | | Princeton | NJ | 08543-5214 | |
| The Robert & Michaelne Pajor Family Trust | Ballentine Partners | 230 Third Ave | | Waltham | MA | 02451 | |
| The Rosen Law Firm, P.A. | Attn: Laurence Rosen and Phillip Kim | 275 Madison Avenue, 40th Floor | | New York | NY | 10116 | |
| The Sear Family 1996 Trust | | Address Redacted | | | | | |
| The Specialty Company - TSC | | 194 Business Park Drive | | Ridgeland | MS | 39157 | |
| The Treadstone Group Inc | | 2173 Smith Harbour Drive | | Denver | NC | 28037-8089 | |
| The William R. Guthy Separate Property Trust | | Address Redacted | | | | | |
| Thomas Carl Byers | | Address Redacted | | | | | |
| Thomas MR Fuller | | Address Redacted | | | | | |
| Thomas Pinataro | | Address Redacted | | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Thomas Richard Schmuhl | | Address Redacted | | | | | |
| Thomas S Clayborne | | Address Redacted | | | | | |
| Thomas Snider | | Address Redacted | | | | | |
| Thomas Tulien | | Address Redacted | | | | | |
| Thomas W West | | Address Redacted | | | | | |
| Thomason Reuters Tax & Accounting | | Bay Adelaide Centre - West Tower | | Toronto | ON | M5H 2R2 | Canada |
| Thomson Reuters Tax and Accounting Checkpoint | | PO Box 71687 | | Chicago | IL | 60694-1687 | |
| Thycotic Software LLC | | 221 Main St | Ste 1300 | San Francisco | CA | 94105-1931 | |
| Tien Yun Investments, LLC (dba TY Properties) | | 11235 SE 6th Street | Suite 200 | Bellevue | WA | 98004 | |
| Tien Yun Investments, LLC (dba TY Properties) | | 2800 Northup Way | | Bellevue | WA | 98004 | |
| Time Warner Cable | | PO Box 223085 | | Pittsburgh | PA | 15251-2085 | |
| Time Warner Cable | | PO Box 60074 | | City Of Industry | CA | 91716-0074 | |
| Timeless Digital Corp. | | 11 Temple Avenue | | Long Beach | CA | 90803 | |
| TJC3 LLC | Attn: Stephen Hansen | 55 Railroad Avenue | 2nd Floor | Greenwich | CT | 6830 | |
| TJC3 LLC | c/o Paul Hastings LLP | Attn: Kris Hansen, Esq., Sayan Bhattacharyya, Esq. | 200 Park Avenue | New York | NY | 10166 | |
| T-Mobile USA, Inc. | | PO Box 3245 | | Portland | OR | 97208 | |
| Tobias R Curry | | Address Redacted | | | | | |
| Todd M DuChene | | Address Redacted | | | | | |
| Tomek Group, LLC | | 4042 MLK Jr Way S | | Seattle | WA | 98108 | |
| Tommy E Colter | | Address Redacted | | | | | |
| Tommy James Couey | | Address Redacted | | | | | |
| Tommy R Holt | | Address Redacted | | | | | |
| Tony Grijalva | | Address Redacted | | | | | |
| Tony S Do | | Address Redacted | | | | | |
| Top Imprint Limited | | Room 1501 (088), 15/F, Spa Centre , 53-55 Lockhart Road | | Hong Kong | Hong Kong | | Hong Kong |
| Tor Naerheim Brand Design LLC | dTor Naerheim Brand Design LLC | 806 NW Brooks St, Suite 210 | | Bend | OR | 97703 | |
| Toro Data Labs, Inc. dba Bigeye | | 32 Mandalay Pl | | South San Francisco | CA | 94080 | |
| Toro Data Labs, Inc. dba Bigeye, Inc. | | 32 Mandalay Pl | | South San Francisco | CA | 94080 | |
| Total Quality Logistics LLC | | PO Box 634558 | | Cincinnati | OH | 45263 | |
| Tower Direct | | 1616 W Singing Woods Rd | | Edelstein | IL | 61523 | |
| Toyota Commercial Finance | TICF | PO Box 660926 | | Dallas | TX | 75266 | |
| Toyota Commercial Finance Schedules 1-9 | | PO Box 660926 | | Dallas | TX | 75266-0926 | |
| Toyota Industries Commercial Finance Inc | | PO Box 660926 | | Dallas | TX | 75266-0926 | |
| Toyota Industries Commercial Finance Inc | | 8951 Cypress Waters #300 | | Coppell | TX | 75019 | |
| Toyota Industries Commercial Finance, Inc. | | PO Box 9050 | | Dallas | TX | 75019-9050 | |
| TPG Pace Beneficial Finance Corporation I and II | c/o TPG Pace Holdings | 301 Commerce Street, Suite 3300 | | Fort Worth | TX | 76102 | |
| Trace3 LLC | | PO Box 847467 | | Los Angeles | CA | 90084-7467 | |
| TRACS Manufacturing LLC | | 1739 Huntington Lane, Suite 107 | | Rockledge | FL | 32955 | |
| Tractor and Palm Inc | | 1815-902 Yonge St | | Toronto | | M4T2A4 | Canada |
| Trang Nguyen | | Address Redacted | | | | | |
| Transatlantic Mobility Holdings II LLC | | 601 13th Street, NW 11th Floor South | | Washington | DC | 20005 | |
| Travis Asphalt | | Address Redacted | | | | | |
| Travis County, TX | | 2433 Ridgepoint Drive | | Austin | TX | 78754-5231 | |
| Travis County, TX (Austin, TX HQ) | | 2433 Ridgepoint Drive | | Austin | TX | 78754-5231 | |
| Travis Henry Hill | | Address Redacted | | | | | |
| Triangle Enterprises, Inc | | 3630 Cairo Rd | | Paducah | KY | 42001 | |
| Trilogy | | 6255 Saddle Tree Dr | | Las Vegas | NV | 89118 | |
| Trilogy LLC | | 27068 La Paz Rd | | Aliso Viejo | CA | 92656-3041 | |
| Trilogy LLC | Attn: Sam Bersiek | 10254 Kexington Drive | | Las Vegas | NV | 89135 | |
| Trilogy LLC | c/o Porter Hedges LLP | Attn: Amy K. Wolfshohl, Emily A. Pendleton | 1000 Main St, 36th Fl | Houston | TX | 77002-2764 | |
| TriNet COBRA | | One Park Place Suite 600 | | Dublin | CA | 94568 | |
| TriNet HR III, Inc. | | One Park Place Suite 600 | | Dublin | CA | 94568 | |
| TriNet HR III, LLC | | One Park Place Suite 600 | | Dublin | CA | 94568 | |
| Trinity Capital Inc. | Attn: Sarah Stanton | 1 N 1st Street Floor 3 | | Phoenix | AZ | 85004 | |
| Trinity Capital Inc. | Nader Maghsoudnia | 1 N. 1st Street | STE 302 | Phoenix | AZ | 85004 | |
| Trinity Loan Sch. 1 | | 1 N 1st Street Suite 302 | | Phoenix | AZ | 85004 | |
| Trinity Loan Sch. 2 | | 1 N 1st Street Suite 302 | | Phoenix | AZ | 85004 | |
| Trinity Loan Sch. 3 | | 1 N 1st Street Suite 302 | | Phoenix | AZ | 85004 | |
| Trinity Loan Sch. 4 | | 1 N 1st Street Suite 302 | | Phoenix | AZ | 85004 | |
| Trinity Mining Group, Inc. | Attn: Parker Handlin | 6600 Hawks Creek Ave. Ste. 101 | | Westworth Vlg | TX | 76114-4056 | |
| Trinity Risk Solutions LLC | | 6422 Johnson Chapel Road W | | Brentwood | TN | 37027 | |
| Troutman Sanders LLP | | PO Box 933652 | | Atlanta | GA | 31193-3652 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Truckload Connections, LLC | | 3270 Hampton Ave | | St. Louis | MO | 63139 | |
| True North Data Solutions (US) Inc. | | 316 W Broadway | | Gainesville | TX | 76240 | |
| True North Data Solutions US Inc | | 3-559 Hurricane Dr | | Calgary | AB | T3Z 3S8 | Canada |
| TSC, Inc. | | 194 Business Park Dr | | Ridgeland | MS | 39157 | |
| Tufts | | 1 Wellness Way | | Canton | MA | 02021 | |
| Two Degrees division of Slalom, LLC | | PO Box 101416 | | Seattle | WA | 98104 | |
| TXU Energy Retail Company LLC | | 6555 Sierra Drive | | Irving | TX | 75039 | |
| Tyler Brett Holloway | | Address Redacted | | | | | |
| Tyler J Brewster | | Address Redacted | | | | | |
| Tyler N Thompson | | Address Redacted | | | | | |
| TYMIF Coin Ventures, LLC | | 85 East End Ave 7J | | New York | NY | 10028 | |
| U line | | PO Box 88741 | | Chicago | IL | 60680-1741 | |
| U.S. Bank National Association | | 60 Livingston Ave, EP-MN-WS3C | | St. Paul | MN | 55107 | |
| U.S. Bank National Association | Attn: Joshua Hahn | West Side Flats, 60 Livingstone Avenue | EP-MN-WS3C | Saint Paul | MN | 55107 | |
| U.S. Bank National Association | Attn: Kathleen M. LaManna, Esq., Nathan Plotkin | One Constitution Plaza | | Hartford | CT | 06103 | |
| U.S. Bank National Association, as Note Agent and Collateral Agent for the April Secured Notes | c/o Paul Hastings LLP | Attn: Kris Hansen, Sayan Bhattacharyya, Kenneth Pasquale, Erez E. Gilad & Joanne Lau | 200 Park Avenue | New York | NY | 10166 | |
| U.S. Bank National Association, as Note Agent and Collateral Agent for the April Secured Notes | c/o Shipman & Goodwin LLP | Attn: Kathleen LaManna | One Constitution Plaza | Hartford | CT | 06103-1919 | |
| U.S. Bank National Association, as Note Agent and Collateral Agent for the August Secured Notes | Attn: Ian Bell, U.S. Bank National Association | 60 Livingston Avenue | | Saint Paul | MN | 55107 | |
| U.S. Bank National Association, as Note Agent and Collateral Agent for the August Secured Notes | c/o Shipman & Goodwin | Attn: Kathleen LaManna | One Constitution Plaza | Hartford | CT | 06103 | |
| U.S. Bank National Association, as Note Agent and Collateral Agent for the April Secured Notes | Attn: Ian Bell | 60 Livingston Avenue | | Saint Paul | MN | 55107 | |
| U.S. Customs and Border Protection | | 1300 Pennsylvania Avenue | Suite 4.4-B | Washington | DC | 20229 | |
| U.S. Customs and Border Protection | c/o Revenue Division, Bankruptcy Team | Attn: Erin Gudaitis | 6650 Telecom Dr., Suite 100 | Indianapolis | IN | 46278 | |
| Union Jack, LLC | | 2800 Northup Way, Suite 100 | | Bellevue | WA | 98004 | |
| United Capital Partners | | Pennzoil Place, 700 Smith Street Suite 1300 | | Houston | TX | 77002 | |
| United Rentals North America Inc | | 1550 Northwest Dr NW | | Atlanta | GA | 30318 | |
| United Rentals North America Inc | | PO Box 100711 | | Atlanta | GA | 30384-0711 | |
| UnitedHealthcare (UHC) | | PO Box 1459 | | Minneapolis | MN | 55440-1459 | |
| UnitX | | Innovation Cluster 2 4700 Kaust | | Thuwal | | 23955-6900 | Saudi Arabia |
| Universal Protection Service, LP dba Allied Universal Security Services | | Eight Tower Bridge | | Conshohocken | PA | 19428 | |
| University of California, San Diego | | 9500 Gilman Drive | | La Jolla | CA | 92093-0967 | |
| UPS Supply Chain Solutions Inc | | 28013 Network Place | | Chicago | IL | 60673-1280 | |
| Upstate Containers LLC | | 709 Shefwood Dr | | Easley | SC | 29642 | |
| Urdain Augustin | | Address Redacted | | | | | |
| US Customs and Border Patrol | | PO Box 979126 | | St. Louis | MO | 63197 | |
| US Customs and Border Protection | Attn: Barbara Algarin, FP&F Officer | FP&F Office, 5600 Pearl Street | | Rosemond | IL | 6018 | |
| US Digital Mining and Hosting CO., LLC | | 1200 W. Platt St. | | Tampa | FL | 33606 | |
| US Securities and Exchange Commission | | 100 F St NE | | Washington | DC | 20549 | |
| Vaerus Mining SPV2 LLC | Attn: Dave Sessions | 1148 N Willow Wind Dr., Unit 3 | | Farmington | UT | 84025 | |
| Validus Power Corp | | 2B-1500 Sandhill Drive | | Ancaster | ON | L9G 4V5 | Canada |
| Vandco Equipment | Vandco Associates, Inc | 2126 Glenview Dr | | Evansville | IN | 47720 | |
| Vantage Risk Specialty Insurance Company (RT Specialty) | | River Point, 17th Floor 444 W. Lake St. | | Chicago | IL | 60606 | |
| VCheck Global LLC | | 150 E 52nd St | Ste 32001 | New York | NY | 10022-6233 | |
| VCV Power Mining Alpha LLC | | 85 East End Ave 7J | | New York | NY | 10028 | |
| Veriedge LLC | Kutumba R Gaddipati dba Veriedge LLC | 1042 Rock Ave | | San Jose | CA | 95131-1610 | |
| Veritext LLC | | PO Box 71303 | | Chicago | IL | 60694-1303 | |
| Vesco Industrial Trucks of Hickory, Inc. dba Toyota Commercial Finance | | 525 17th St NW | | Hickory | NC | 28601 | |
| Vesco Toyota lift | | PO Drawer 1990 | | Hickory | NC | 28603 | |
| VFS LLC | Attn: Ted C. Farmer | 41000 Woodward Avenue, Suite 395 East | | Bloomfield Hills | MI | 48304 | |
| VFS, LLC | | 5480 Corporate Drive | | Troy | MI | 48098 | |
| VFS, LLC #2 | | 5480 Corporate Drive | | Troy | MI | 48098 | |
| VFS, LLC #3 | | 5480 Corporate Drive | | Troy | MI | 48098 | |
| VFSOX, LLC | | 60 S. Washington Street | | Oxford | MI | 48371 | |
| Vibhor JAIN | | 1-5-7-1104 Komatsugawa | | Tokyo | Tokyo | 132-0034 | |
| Victor M Orellana | | Address Redacted | | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Victor Manuel Quinones | | Address Redacted | | | | | |
| Vincent Barry Howell | | Address Redacted | | | | | |
| Vincenzo Moliterni | | Address Redacted | | | | | |
| Vision Building Systems, LLC | | 3150 West Wigwam Avenue | | Las Vegas | NV | 08913 | |
| Vision Service Plan (VSP) | | 3333 Quality Drive | | Rancho Cordova | CA | 95670 | |
| VMS Security Cloud Inc | | 22 Wedgewood Ct | | Glen Head | NY | 11545-2231 | |
| Volt Management Corp | | PO Box 679307 | | Dallas | TX | 75267 | |
| Voltus, Inc. | | 2443 Filmore St #380-3427 | | San Francisco | CA | 94115 | |
| Wachsman LLC | | 99 Wall Street, Ste 2750 | | New York | NY | 10005 | |
| Wachsman PR LLC | | 99 Wall Street Suite 2750 | | New York | NY | 10005 | |
| Ward County Assessor | | 808 S Betty Avenue | | Monahans | TX | 79756 | |
| Ward County Assessor (TX) | | 808 S Betty Avenue | | Monahans | TX | 78756 | |
| Waste Disposal Solutions Inc | | 2307 W Cone Blvd, Suite 214 | | Greensboro | NC | 27408 | |
| Waste Disposal Solutions of North Carolina, Inc. | | 2307 W. Cone Blvd, Suite 214 | | Greensboro | NC | 27408 | |
| Waste Path Services LLC | | 1637 Shar Cal Rd | | Calvert City | KY | 42029 | |
| Way Mechanical | | 1077 Central Pkwy S Suite 100 | | San Antonio | TX | 78232 | |
| Way Mechanical | | 8610 Wallisville Rd. | | Houston | TX | 77029 | |
| Way Mechanical | | 8611 Wallisville Rd | | Houston | TX | 77029 | |
| Weatherford International | | 2000 St. James Place | | Houston | TX | 77056-4123 | |
| Weil, Gotshal & Manges LLP | | 767 Fifth Avenue | | New York | NY | 10153 | |
| Wells and West Inc | | PO Box 129 | | Murphy | NC | 28906 | |
| Wendy Woods | | Address Redacted | | | | | |
| Wessely-Thompson Hardware, Inc. | Attn: Sheryl McCawley | 102 Interloop Rd. | | San Antonio | TX | 78216 | |
| Weston Lee Adams | | Address Redacted | | | | | |
| WEX Health Inc | | 700 26th Ave E | | West Fargo | ND | 58078-6617 | |
| Whitfield County Board of Assessors | | 201 S Hamilton St., 3rd Floor | | Dalton | GA | 30720 | |
| Whitfield County Board of Assessors | | PO Box 769 | | Dalton | GA | 30722-0769 | |
| Whitfield County Tax Commissioner | Attn: Danny W Sane | 1013 Riverburch Pkwy | | Dalton | GA | 30721 | |
| Whitfield Electric Motor Sales & Service, Inc | | 926 E Morris St | | Dalton | GA | 30721 | |
| Whitney B Snodgrass | | Address Redacted | | | | | |
| Whitney Beauxis | | Address Redacted | | | | | |
| Whitney Huskins | | Address Redacted | | | | | |
| Whitney J Beauxis | | Address Redacted | | | | | |
| Whitney Wells | | Address Redacted | | | | | |
| Wideseth Smith Nolting And Associates, Inc. | | 216 South Main Street | | Crookston | MN | 56716 | |
| William David Humes | | Address Redacted | | | | | |
| William J McNutt | | Address Redacted | | | | | |
| William McCarter | | Address Redacted | | | | | |
| William Tyler Cooper | | Address Redacted | | | | | |
| Williams & Connolly LLP | | 680 Maine Avenue SW | | Washington | DC | 20024 | |
| Williams Farm LLC | | 3523 Scott Fitts Rd | | Murray | KY | 42071 | |
| Williams Marston LLC | | Department 500, PO Box 4106 | | Woburn | MA | 01888-4106 | |
| Wilmington Savings Fund Society, FSB | | 500 Delaware Avenue | | Wilmington | DE | 19801 | |
| Wilson Built Fab Shop | Thomas Wilson | 700 Cole Cemetery Rd | | Benton | KY | 42025-5777 | |
| Windstream Communications | | 4001 Rodney Parham Road | | Little Rock | AR | 72212 | |
| Windstream Communications | | PO Box 9001908 | | Louisville | KY | 40290-1908 | |
| Wingspire Equipment Finance, LLC [Liberty Commercial Finance, LLC] | Attn: Marcelo Sarago, Chief Credit Officer | 18302 Irvine Blvd., Suite 300 | | Tustin | CA | 92870 | |
| Wingspire Equipment Finance, LLC [Liberty Commercial Finance, LLC] | c/o Reed Smith LLP | Attn: Jason D. Angelo | 1201 North Market Street, Suite 1500 | Wilmington | DE | 19801 | |
| Wolfswood Holdings LLC | Attn: Jason Comerchero | 140 Broadway | | New York | NY | 10005 | |
| Wolfswood Holdings LLC | Attn: Jason Comerchero | 140 Broadway, 38th Floor | | New York | NY | 10005 | |
| Workday, Inc. | | 6110 Stoneridge Mail Road | | Pleasanton | CA | 94588 | |
| Workiva Inc | | 2900 University Blvd | | Ames | Iowa | 50010 | |
| Workplace Solutions Inc | | 1505 Hi Line Dr Suite 100 | | Dallas | TX | 75207 | |
| Worksmith, Inc. | | 3005 S Lamar Blvd. | Ste. 109D | Austin | TX | 78704-4785 | |
| Wormser Family Partnership 11, LP | Attn: Ken Wormser | 575 Lexington Ave. | 32nd Floor | New York | NY | 10022 | |
| Wright National Flood Insurance Company | | PO Box 33003 | | St. Petersburg | FL | 33733-8003 | |
| WS-Oaxaca LLC | Attn: Jared Kahn | 9205 West Russell Road, Suite 240 | | Las Vegas | NV | 89148 | |
| WS-Oaxaca LLC | c/o JK Legal & Consulting, LLC | Attn: Jared Kahn | 9205 West Russell Road, Suite 240 | Las Vegas | NV | 89148 | |
| XC Container LLC | | 2519 Fairmont St | | Dallas | TX | 75201 | |
| XC Container LLC | | PO Box 650212 | | Dallas | TX | 75265 | |
| Xcel Energy | | PO Box 9477 | | Minneapolis | MN | 55484-9477 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 35 of 36



**Exhibit Y**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Xcel Energy, Inc. | | 414 Nicollet Mall | | Minneapolis | MN | 55401 | |
| Xia Yan He | | Address Redacted | | | | | |
| Xin Bi | | Address Redacted | | | | | |
| Xinxin Ocampo | | Address Redacted | | | | | |
| XL Specialty Ins Co | | 100 Constitution Plaza, 17th Floor | | Hartford | CT | 06103 | |
| XMS Capital Partners, LLC | | 321 N Clark St, Suite 2440 | | Chicago | IL | 60654 | |
| XMS Core Convert Holdings LLC | c/o Kirkland & Ellis LLP | Attn: Steven N. Serajeddini & Simon Briefel | 601 Lexington Avenue | New York | NY | 10022 | |
| XPDI Merger Sub, Inc. | | 2800 Northup Way, Suite 220 | | Bellevue | WA | 98004 | |
| XPDI Sponsor LLC | c/o Kirkland & Ellis LLP | Attn: Steven N. Serajeddini & Simon Briefel | 601 Lexington Avenue | New York | NY | 10022 | |
| Young MFG Inc | | 2331 N 42nd St | | Grand Forks | ND | 58203-1325 | |
| Yuki Fujioka | | Address Redacted | | | | | |
| Yushan Xia | | Address Redacted | | | | | |
| Zach Brown | | Address Redacted | | | | | |
| Zachariah James Davis | | Address Redacted | | | | | |
| Zachary B Tynes | | Address Redacted | | | | | |
| Zachary J Jenkins | | Address Redacted | | | | | |
| Zachary W Postell | | Address Redacted | | | | | |
| Zackery B Dockery | | Address Redacted | | | | | |
| Zendesk Inc | | 989 Market Street, Suite 300 | | San Francisco | CA | 94103 | |
| ZetaMinusOne LLC | | 1250 Ave Ponce De Leone | Ste 301 | San Juan | PR | 00907 | |
| Zeus Mining Co Ltd | | 2nd floor Taiji Ave no 77 | | Fuling | Chongqing | 408000 | China |
| Zimam Kebede | | Address Redacted | | | | | |
| Zimney Foster PC | | 3100 S Columbia Rd | Ste 200 | Grand Forks | ND | 58201 | |
| Ziply Fiber | | PO Box 740416 | | Cincinnati | OH | 45274-0416 | |
| Zoom Video Communications Inc | | 55 Almaden Blvd., 6th Floor | | San Jose | CA | 95113 | |
| Zoominfo | | 5318 E. 2nd Street, Box 502 | | Long Beach | CA | 90803 | |
| ZoomInfo Technologies | | Dept LA 24789 | | Pasadena | CA | 91185-4789 | |
| ZoomInfo Technologies, LLC | | 14005 Live Oak Ave | | Irwindale | CA | 91706 | |
| Zuckerman Gore Brandeis & Crossman, LLP | | Eleven Times Square Fifteenth Floor | | New York | NY | 10036 | |
| Zuckerman Gore Brandeis & Crossman, LLP (Clifford Brandeis) | | Eleven Time Square | | New York | NY | 10036 | |

# **Exhibit Z**



**Exhibit Z**
Relates to Class 5
Served via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|------|-----------|---------|------|-------|-----|
| BURNCO Texas LLC | | 8505 Freeport Parkway, Suite 190 | Irving | TX | 75063 |
| North Texas Contracting | Attn: Zach Fusilier | 4999 Keller Haslet Road | Fort Worth | TX | 76244 |
| RPM xConstruction, LLC | Attn: Ruben Rosales | 6500 Meyer Way, Suite 100 | McKinney | TX | 75070 |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 1 of 1

# **<u>Exhibit AA</u>**

**No person has been authorized to give any information or advice, or to make any representation, other than what is included in the Disclosure Statement and other materials accompanying this Ballot.[1]**

**PLEASE NOTE THAT, EVEN IF YOU INTEND TO VOTE TO REJECT THE PLAN, YOU MUST STILL READ, COMPLETE, AND EXECUTE THIS ENTIRE BALLOT.**

<div align="center">

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

</div>

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.,* | § | **Case No. 22-90341 (CML)** |
| | § | |
| **Debtors[2]** | § | **(Jointly Administered)** |
| | § | |

<div align="center">

**BENEFICIAL HOLDER BALLOT FOR**
**VOTING TO ACCEPT OR REJECT THE THIRD AMENDED JOINT**
**CHAPTER 11 PLAN OF CORE SCIENTIFIC, INC. AND ITS AFFILIATED DEBTORS**

**CLASS 12 (EXISTING COMMON INTEREST)**

</div>

---

[1]   All capitalized terms used but not defined herein or in the enclosed voting instructions have the meanings ascribed to them in the Plan, attached as <u>Exhibit A</u> to the Disclosure Statement.

[2]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII, LLC (3198).  The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.  The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, Texas 78704.

**PLEASE READ AND FOLLOW THE ENCLOSED INSTRUCTIONS FOR COMPLETING BALLOTS CAREFULLY *BEFORE* COMPLETING THIS BALLOT.**

**IF YOU RECEIVED A RETURN ENVELOPE ADDRESSED TO YOUR NOMINEE, IN ORDER FOR YOUR VOTE TO BE COUNTED, YOU MUST FOLLOW THE DIRECTIONS OF YOUR NOMINEE AND ALLOW SUFFICIENT TIME FOR YOUR NOMINEE TO RECEIVE YOUR VOTE AND TRANSMIT SUCH VOTE ON A MASTER BALLOT, WHICH MASTER BALLOT MUST BE RETURNED TO THE VOTING AGENT BY DECEMBER 13, 2023 AT 5:00 P.M. (PREVAILING CENTRAL TIME) (THE "VOTING DEADLINE") , UNLESS EXTENDED BY THE DEBTORS WITH THE CONSENT OF THE REQUISITE CONSENTING CREDITORS.**

**IF, HOWEVER, YOU RECEIVED A "PRE-VALIDATED" BALLOT FROM YOUR NOMINEE WITH INSTRUCTIONS TO SUBMIT SUCH BALLOT DIRECTLY TO THE VOTING AGENT, IN ORDER FOR YOUR VOTE TO BE COUNTED, YOU MUST COMPLETE, EXECUTE, AND RETURN THE "PRE-VALIDATED" BALLOT, SO AS TO BE *ACTUALLY RECEIVED* BY THE VOTING AGENT BY THE VOTING DEADLINE, UNLESS EXTENDED BY THE DEBTORS WITH THE CONSENT OF THE REQUISITE CONSENTING CREDITORS.**

       Core Scientific, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") are soliciting votes with respect to the *Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors*, filed on November 16, 2023 (Docket No. 1438) (as may be modified, amended, or supplemented, the "**Plan**"). The Plan is attached as **Exhibit A** to the *Disclosure Statement for Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors*, filed on November 16, 2023 (Docket No. 1439) (as may be modified, amended, or supplemented, the "**Disclosure Statement**").

       Please use this Ballot to cast your vote to accept or reject the Plan if you are, as of November 9, 2023 (the "**Voting Record Date**"): a beneficial Holder of the common stock issued by Core Scientific, Inc.; or a beneficial Holder of any Vested RSUs. The Disclosure Statement provides information to assist you in deciding whether to accept or reject the Plan. If you do not have a Disclosure Statement, you may obtain a copy (a) for a fee via PACER at http://www.txs.uscourts.gov; or (b) from Stretto, Inc. (the "**Voting Agent**") at no charge by accessing the Debtors' restructuring website at https://cases.stretto.com/CoreScientific/, by email at CoreScientificInquiries@stretto.com, or by telephone at (949).404.4152 (Toll-Free) or +1 888.765.7875 (if calling from outside the U.S.).

2

---

**IMPORTANT NOTICE REGARDING TREATMENT FOR EXISTING COMMON INTERESTS CLASS 12**

As described in more detail in the Disclosure Statement, if the Plan is confirmed and the Effective Date occurs, except to the extent that a Holder of an Existing Common Interest agrees to a less favorable treatment of such Interest, each such Holder shall receive, in full and final satisfaction, settlement, release, and discharge of such Interest, on the Effective Date, or as soon as reasonably practicable thereafter, (i) such Holder's Pro Rata Equity Share of the Residual Equity Pool, (ii) such Holder's Pro Rata Equity Share of the New Warrants, and (iii) the right to participate in the Rights Offering in accordance with the Rights Offering Procedures; provided, that with respect to any Existing Common Interests that are Unvested Restricted Stock, any New Common Interests distributed to Holders on account of such Unvested Restricted Stock will be subject to the same restrictions/vesting conditions applicable to such Unvested Restricted Stock as of the Effective Date.

**PLEASE READ THE DISCLOSURE STATEMENT AND PLAN FOR MORE DETAILS.**

---

The Plan can be confirmed by the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") and thereby made binding on you if it is accepted by the Holders of (i) at least two-thirds in amount of the Allowed Claims or Interests voted in each Impaired Class, and (ii) if the Impaired Class is a Class of Claims, more than one-half in number of the Allowed Claims voted in each Impaired Class, and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under the Bankruptcy Code.  If the requisite acceptances are not obtained, the Bankruptcy Court may nonetheless confirm the Plan if it finds that the Plan (y) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (z) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote or if you vote to reject the Plan.  To have your vote counted, you must complete, sign, and return this Ballot to the Voting Agent by the Voting Deadline.

This Ballot is solely for purposes of voting to accept or reject the Plan and not for the purpose of allowance or disallowance of, or distribution on account of, Class 12 Existing Common Interests.  You must provide all of the information requested by this Ballot.  Failure to do so may result in the disqualification of your vote.

**NOTICE REGARDING CERTAIN RELEASE,
EXCULPATION, AND INJUNCTION PROVISIONS IN PLAN**

**If you (i) vote to accept the Plan, (ii) are solicited to vote to accept or reject the Plan, but do not vote to either accept or reject the Plan, and do not opt out of granting the releases set forth in the Plan, (iii) vote, or are deemed, to reject the Plan or are presumed to accept the Plan but do not opt out of granting the releases set forth in the Plan, or (iv) were given notice of the opportunity to opt out of granting the releases contained in the Plan but**

3

do not opt out, you shall be deemed to have consented to the releases contained in Section 10.6(b) of the Plan.  The releases as presented in the Plan are provided below:

**SECTION 10.5**          **INJUNCTION**.

Except as otherwise expressly provided in the Plan or for distributions required to be paid or delivered pursuant to the Plan or the Confirmation Order, all Entities that have held, hold, or may hold Claims or Interests that have been released pursuant to Section 0 or Section 0, shall be discharged pursuant to Section Error! Reference source not found. of the Plan, or are subject to exculpation pursuant to Section Error! Reference source not found., **and all Subcontractors and all other parties in interest are permanently enjoined, from and after the Effective Date, from taking any of the following actions against, as applicable, the Debtors, the Reorganized Debtors, the Released Parties, and/or the Exculpated Parties (to the extent of the exculpation provided pursuant to Section** Error! Reference source not found. **with respect to the Exculpated Parties): (i) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests; (ii) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such Claims or Interests; (iii) creating, perfecting, or enforcing any Lien or encumbrance of any kind against such Entities or the property or the estates of such Entities on account of or in connection with or with respect to any such Claims or Interests; (iv) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such Claims or Interests unless (x) such Entity has timely asserted such setoff right either in a Filed Proof of Claim, or in another document Filed with the Bankruptcy Court explicitly preserving such setoff or that otherwise indicates that such entity asserts, has, or intends to preserve any right of setoff pursuant to applicable law or otherwise or (y) such right to setoff arises under a postpetition agreement with the Debtors or an Executory Contract that has been assumed by the Debtors as of the Effective Date; and (v) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests released, settled, and/or treated, entitled to a distribution, or cancelled pursuant to the Plan or otherwise Disallowed;** *provided* **that such persons who have held, hold, or may hold Claims against, or Interests in, a Debtor, a Reorganized Debtor, or an Estate shall not be precluded from exercising their rights and remedies, or obtaining the benefits, solely pursuant to and consistent with the terms of the Plan.**

Subject in all respects to Section Error! Reference source not found., **no entity or person may commence or pursue a Claim or Cause of Action of any kind against any Released Party or Exculpated Party that arose or arises from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, and any**

Debtors' Exhibit No. 16
Page 296 of 493

and all related agreements, instruments, and/or other documents, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing without the Bankruptcy Court (i) first determining, after notice and a hearing, that such Claim or Cause of Action represents a claim of willful misconduct, fraud or gross negligence against a Released Party or Exculpated Party and (ii) specifically authorizing such Entity or Person to bring such Claim or Cause of Action against any such Released Party or Exculpated Party.  The Bankruptcy Court shall have sole and exclusive jurisdiction to determine whether a Claim or Cause of Action is colorable and, only to the extent legally permissible and as provided for in Section Error! Reference source not found., shall have jurisdiction to adjudicate the underlying colorable Claim or Cause of Action.

**SECTION 10.6(a)      RELEASES BY THE DEBTORS.**

Notwithstanding anything contained in the Plan to the contrary, as of the Effective Date, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, including the obligations of the Debtors under the Plan and the contributions of the Released Parties to facilitate and implement the Plan, except as otherwise provided in the Plan or in the Confirmation Order, on and after the Effective Date, the Released Parties are deemed conclusively, absolutely, unconditionally and irrevocably, released and discharged by the Debtors, the Reorganized Debtors, and the Estates from any and all Claims, obligations, rights, suits, damages, Causes of Action, remedies, and liabilities whatsoever, including any derivative claims, asserted or assertable on behalf of the Debtors, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, in law, equity, or otherwise, that the Debtors, the Reorganized Debtors, the Estates, or their Affiliates would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the

5

Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date.  Notwithstanding anything to the contrary in the foregoing, the releases set forth in Section 0 of the Plan (i) shall only be applicable to the maximum extent permitted by law; (ii) shall not be construed as (a) releasing any Released Party from Claims or Causes of Action arising from an act or omission that is judicially determined by a Final Order to have constituted actual fraud (*provided* that actual fraud shall not exempt from the scope of these Debtor releases any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, (b) releasing any Released Party from Claims or Causes of Action held by the Debtors arising from an act or omission that is determined by a Final Order or by a federal government agency to have constituted a violation of any federal securities laws or (c) releasing any post-Effective Date obligations of any party or Entity under the Plan, the Confirmation Order, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.

**SECTION 10.6(b)      RELEASES BY HOLDERS OF CLAIMS AND INTERESTS.**

Notwithstanding anything contained in the Plan to the contrary, as of the Effective Date, for good and valuable consideration, the adequacy of which is hereby confirmed, except as otherwise provided in the Plan or in the Confirmation Order, to the fullest extent permissible under applicable law, as such law may be extended or integrated after the Effective Date, each Releasing Party, shall be deemed to have conclusively, absolutely, unconditionally, irrevocably, and forever, released, and discharged the Debtors, the Reorganized Debtors, and the Released Parties from any and all Claims, obligations, rights, suits, damages, Causes of Action, remedies, and liabilities whatsoever, including any derivative Claims or Causes of Action asserted or that may be asserted on behalf of the Debtors or their Estates, that such Entity would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or

6

Interest, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, in law, equity, or otherwise, based on or relating to, or in any manner arising from, in whole or in part, any act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date, including any Claims or Causes of Action based on or relating to, or in any manner arising from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date.  Notwithstanding anything to the contrary in the foregoing, the releases set forth in Section 0 of the Plan (i) shall only be applicable to the maximum extent permitted by law; and (ii) shall not be construed as (a) releasing any Released Party from Claims or Causes of Action arising from an act or omission that is judicially determined by a Final Order to have constituted actual fraud (*provided* that actual fraud shall not exempt from the scope of these third-party releases any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, or (b) releasing any post-Effective Date obligations of any party or Entity under the Plan, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.

**SECTION 10.7**      **EXCULPATION**.

Except as otherwise specifically provided in the Plan, no Exculpated Party shall have or incur liability for, and each Exculpated Party is hereby released and exculpated from, any Cause of Action for any claim related to any act or omission in connection with, relating to, or arising out, in whole or in part, from the Petition Date through the Effective Date, of the Chapter 11 Cases, the Debtors, the governance, management, transactions,

Debtors' Exhibit No. 16
Page 299 of 493

ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors, the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, and related agreements, instruments, or other documents, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other related agreement, except for Claims or Causes of Action arising from an act or omission that is judicially determined in a Final Order to have constituted actual fraud, willful misconduct, or gross negligence, but in all respects, such Exculpated Parties shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities.  The Exculpated Parties have, and upon completion of the Plan, shall be deemed to have, participated in good faith and in compliance with all applicable laws with regard to the solicitation and distribution of, consideration pursuant to the Plan and, therefore, are not, and on account of such distributions shall not be, liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Plan or such distributions made pursuant to the Plan.  Notwithstanding anything to the contrary in the foregoing, the exculpations set forth in Section Error! Reference source not found. of the Plan (i) shall only be applicable to the maximum extent permitted by law; and (ii) shall not be construed as (a) exculpating any Exculpated Party from Claims or Causes of Action arising from an act or omission that is judicially determined by a Final Order to have constituted actual fraud (*provided* that actual fraud shall not exempt from the scope of these exculpations any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, or (b) exculpating any post-Effective Date obligations of any party or Entity under the Plan, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.

## SECTION 5.17    CANCELLATION OF LIENS.

(a)    Except as otherwise specifically provided in the Plan, including sections **Error! Reference source not found.** and **Error! Reference source not found.** of the Plan, all notes, instruments, certificates evidencing debt of the Debtors and Existing Common Interests

Debtors' Exhibit No. 16
Page 300 of 493

will be cancelled and obligations of the Debtors thereunder will be discharged and of no further force or effect, except for the purpose of allowing the applicable agents and trustees to receive distributions from the Debtors under the Plan and to make any further distributions to the applicable Holders on account of their Allowed Claims and Interests.

(b)   After the Effective Date and following (i) the distributions to Holders on account of Allowed Convertible Notes Secured Claims and Allowed Miner Equipment Lender Secured Claims and/or (ii) with regard to Allowed M&M Lien Secured Claims, satisfaction of the applicable M&M Lien Takeback Debt, the Debtors or the Reorganized Debtors, at their expense, may, in their sole discretion, take any action necessary to terminate, cancel, extinguish, and/or evidence the release of any and all mortgages, deeds of trust, Liens, pledges, and other security interests with respect to the Convertible Notes Secured Claims, Miner Equipment Lender Secured Claims, and M&M Lien Secured Claims, including, without limitation, the preparation and filing of any and all documents necessary to terminate, satisfy, or release any mortgages, deeds of trust, Liens, pledges, and other security interests held by the Holders of the M&M Lien Secured Claims, Miner Equipment Lender Secured Claims, the Notes Agent, and/or Convertible Noteholders, including, without limitation, UCC-3 termination statements.

**Relevant Definitions Related to Release and Exculpation Provisions**:

*"Exculpated Parties"* means each of the following in their capacity as such and, in each case, to the maximum extent permitted by law: (i) the Debtors; and (ii) Equity Committee and its members, each solely in their capacity as such.

*"Related Parties"* means with respect to a Person, that Person's current and former Affiliates, and such Person's and its current and former Affiliates' current and former directors, managers, officers, equity holders (regardless of whether such interests are held directly or indirectly), affiliated investment funds or investment vehicles, predecessors, participants, successors, and assigns, subsidiaries, and each of their respective current and former equity holders, officers, directors, managers, principals, members, employees, agents, fiduciaries, trustees, advisory board members, financial advisors, partners, limited partners, general partners, attorneys, accountants, managed accounts or funds, management companies, fund advisors, investment bankers, consultants, representatives, and other professionals, and such Person's respective heirs, executors, estates, and nominees, each in their capacity as such, and any and all other Persons or Entities that may purport to assert any Cause of Action derivatively, by or through the foregoing entities.

*"Released Parties"* means, collectively: (i) the Debtors; (ii) the Reorganized Debtors; (iii) the Equity Committee and its members that are party to the RSA, solely in their capacities as such; (iv) the Backstop Parties; (v) the Settling Miner Equipment Lenders; (vi) Brown Corporation; (vii) Holliwood LLC; (viii) the Ad Hoc Noteholder Group; (ix) the Consenting Creditors; (x) the Exit Lenders; (xi) the Notes Agent, solely in its capacity as such; and (xii) with respect to each of the foregoing Persons in clauses (i) through (xi), all Related Parties. Notwithstanding the foregoing, any Person that opts out of the releases set forth in section 10.6(b) of the Plan shall not be deemed a Released Party thereunder.

Debtors' Exhibit No. 16
Page 301 of 493

*"Releasing Parties"* means collectively, and in each case solely in their capacity as such, (i) the Debtors; (ii) the Reorganized Debtors; (iii) with respect to each of the foregoing Persons in clauses (i) through (ii), all Related Parties; (iv) the Released Parties; (v) the Holders of all Claims or Interests that vote to accept the Plan; (vi) the Holders of all Claims or Interests whose vote to accept or reject the Plan is solicited but that do not vote either to accept or to reject the Plan and do not opt out of granting the releases set forth in the Plan; (vii) the Holders of all Claims or Interests that vote, or are deemed, to reject the Plan or that are presumed to accept the Plan but do not opt out of granting the releases set forth in the Plan; and (viii) the Holders of all Claims and Interests and all Other Beneficial Owners that were given notice of the opportunity to opt out of granting the releases set forth in the Plan but did not opt out.

**YOU ARE ADVISED AND ENCOURAGED TO CAREFULLY REVIEW AND CONSIDER THE PLAN, INCLUDING THE RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AS YOUR RIGHTS MIGHT BE AFFECTED.**

10

**PLEASE READ THE ATTACHED VOTING INFORMATION
AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT**

---

**PLEASE COMPLETE ITEMS 1, 2, 3, AND 4.  IF THIS BALLOT HAS NOT BEEN PROPERLY SIGNED IN THE SPACE PROVIDED, YOUR VOTE MAY NOT BE VALID OR COUNTED AS HAVING BEEN CAST.**

---

**Item 1.        Number of Existing Common Interests**. The undersigned hereby certifies that, as of the Voting Record Date, the undersigned was the Holder (or authorized signatory of such a Holder) of Existing Common Interests in Class 12 in the aggregate amount set forth below.

| Voting Class | Description | Number of Shares |
|---|---|---|
| Class 12 | Existing Common Interests as of the Voting Record Date (November 9, 2023) | _____ |

**Item 2.        Votes on the Plan**.  Please vote either to accept or to reject the Plan with respect to your Claims below.  Any Ballot not marked either to accept or reject the Plan, or marked both to accept and reject the Plan, shall not be counted in determining acceptance or rejection of the Plan.

---

**Prior to voting on the Plan, please note the following:**

**If you (i) vote to accept the Plan, (ii) do not vote either to accept or reject the Plan and do not check the box in Item 3 below, or (iii) vote to reject the Plan and do not check the box in Item 3 below, in each case you shall be deemed to have consented to the release provisions set forth in Section 10.6(b) of the Plan.**

**The Disclosure Statement and the Plan must be referenced for a complete description of the release, injunction, and exculpation provisions.**

---

The undersigned Holder of a Class 12 Existing Common Interest votes to (please check <u>one and only one</u> box):

☐ **Accept** (vote for) the Plan        ☐ **Reject** (vote against) the Plan.

**<u>Your vote on the Plan will be applied to each applicable Debtor in the same manner and in the same amount as indicated in Item 1 and Item 2 above.</u>**

**Item 3.        Optional Opt Out Release Election**.  Check the box below if you elect not to grant the releases contained in Section 10.6(b) of the Plan.  If you voted to reject the Plan in Item 2 above, or if you are abstaining from voting to accept or reject the Plan, check this box if you elect not to grant the releases contained in Section 10.6(b) of the Plan.  Election to withhold consent is at your option.  If you voted to accept the Plan in Item 2 above, you **<u>may not</u>** complete this Item 3, and if you complete this Item 3, your "opt out" election will be ineffective.  If you submit a

11

rejecting Ballot, or if you abstain from submitting a Ballot, and in each case, you do not check the box below, you will be deemed to consent to the releases contained in Section 10.6(b) of the Plan to the fullest extent permitted by applicable law.  The Holder of the Class 12 Existing Common Interest elects to:

☐ **OPT OUT** of the releases contained only in Section 10.6(b) of the Plan.

**Item 4.** **Acknowledgements**. By signing this Ballot, the Holder (or authorized signatory of such Holder) acknowledges receipt and review and receipt of the Plan, the Disclosure Statement, and the other applicable solicitation materials, and certifies that (i) it has the power and authority to vote to accept or reject the Plan, (ii) it was the Holder (or is entitled to vote on behalf of such Holder) of the Class 12 Existing Common Interests described in Item 1 as of the Voting Record Date, and (iii) all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned hereunder, shall be binding on the transferees, successors, assigns, heirs, executors, administrators, trustees in bankruptcy, and legal representatives of the undersigned, and shall not be affected by, and shall survive, the death or incapacity of the undersigned.

Name of Holder _____

Signature _____

If by Authorized Agent, Name and Title _____

Name of Institution _____

Street Address _____

City, State, Zip Code _____

Telephone Number _____

Date Completed _____

E-Mail Address _____

12

Debtors' Exhibit No. 16
Page 304 of 493

**VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT**

1.  Complete the Ballot by providing all the information requested, signing, dating, and returning the Ballot in the envelope provided, or as indicated by your Nominee (as defined below).  Any Ballot that is illegible, contains insufficient information to identify the Beneficial Holder, does not contain an original signature, or is unsigned will not be counted.  If neither the "accept" nor "reject" box is checked in Item 2, both boxes are checked in Item 2, or the Ballot is otherwise not properly completed, executed, or timely returned, then the Ballot shall not be counted in determining acceptance or rejection of the Plan.  Notwithstanding the foregoing, if your Nominee is collecting your vote through other customary methods, including (but not limited to) via a "voting information form," please follow the instructions set forth by your Nominee.

2.  Please return the Ballot in the envelope provided, or as otherwise directed by your broker, dealer, commercial bank, trust company, or other agent designated as your nominee (the "**Nominee**").  **The Voting Agent will tabulate all properly completed pre-validated Beneficial Holder Ballots and Master Ballots received on or before the Voting Deadline.  IF YOU ARE RETURNING YOUR BALLOT TO YOUR NOMINEE, PLEASE RETURN IT BY THE DEADLINE PROVIDED BY YOUR NOMINEE TO ALLOW SUFFICIENT TIME FOR YOUR VOTE TO BE INCLUDED ON A MASTER BALLOT AND FORWARDED TO THE VOTING AGENT BY THE VOTING DEADLINE.**

3.  If it is your Nominee's customary practice to collect your vote via voter information form, e-mail, telephone, or other means in lieu of this Beneficial Holder Ballot, you may follow your Nominee's instructions regarding the submission of your vote.

4.  Ballots received after the Voting Deadline (if the Voting Deadline has not been extended) may not, at the Debtors' discretion, be counted.  The Voting Agent will tabulate all properly completed Ballots received on or before the Voting Deadline.

5.  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different or inconsistent Claims within a single Class under the Plan, the Ballots are not voted in the same manner, and you do not correct this before the Voting Deadline, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

6.  The Ballot does not constitute, and shall not be deemed to be, a Proof of Claim or Interest or an assertion or admission of Claims or Interests.

7.  The Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan.

8.  If you cast more than one Ballot voting the same Claims prior to the Voting Deadline, the latest received, properly executed Ballot submitted to the Voting Agent will supersede any prior Ballot.

Debtors' Exhibit No. 16
Page 305 of 493

9.      If (a) the Debtors revoke or withdraw the Plan, or (b) the Confirmation Order is not entered or consummation of the Plan does not occur, this Ballot shall automatically be null and void and deemed withdrawn without any requirement of affirmative action by or notice to you.

10.     There may be changes made to the Plan that do not cause material adverse effects on an accepting Class.  If such non-material changes are made to the Plan, the Debtors will not resolicit votes for acceptance or rejection of the Plan.

11.     NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT, ANY SUPPLEMENTAL INFORMATION PROVIDED BY THE DEBTORS, OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

12.     PLEASE RETURN YOUR BALLOT PROMPTLY.

13.     IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE VOTING AGENT BY CALLING (949) 404-4152 (TOLL-FREE) OR +1 (888) 765-7875(IF CALLING FROM OUTSIDE THE U.S.); WRITING CORE SCIENTIFIC, INC., BALLOT PROCESSING CENTER, C/O STRETTO, INC., 410 EXCHANGE, SUITE 100, IRVINE, CA 92602; OR BY SENDING AN ELECTRONIC MAIL MESSAGE TO CORESCIENTIFICINQUIRIES@STRETTO.COM WITH "CORE SCIENTIFIC" IN THE SUBJECT LINE.  PLEASE DO NOT DIRECT ANY INQUIRIES TO THE BANKRUPTCY COURT.

14.     THE VOTING AGENT IS NOT AUTHORIZED TO AND WILL NOT PROVIDE LEGAL ADVICE.

PLEASE RETURN YOUR BALLOT PROMPTLY IN THE ENVELOPE PROVIDED OR AS OTHERWISE DIRECTED BY YOUR NOMINEE.  PLEASE ALLOW SUFFICIENT TIME FOR YOUR BALLOT TO BE INCLUDED ON A MASTER BALLOT COMPLETED BY YOUR NOMINEE.  THE MASTER BALLOT MUST BE ACTUALLY RECEIVED BY THE VOTING AGENT ON OR BEFORE THE VOTING DEADLINE.

IF YOU (I) HAVE ANY QUESTIONS REGARDING THE BALLOT, (II) DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN, OR (III) NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE REACH OUT TO THE VOTING AGENT AT (949) 404-4152 (TOLL-FREE) OR ++1 (888) 765-7875 (IF CALLING FROM OUTSIDE THE U.S.); WRITING CORE SCIENTIFIC, INC., BALLOT PROCESSING CENTER, C/O STRETTO, INC., 410 EXCHANGE, SUITE 100, IRVINE, CA 92602; OR BY SENDING AN EMAIL TO CORESCIENTIFICINQUIRIES@STRETTO.COM WITH "CORE SCIENTIFIC" IN THE SUBJECT LINE.  PLEASE DO NOT DIRECT ANY INQUIRIES TO THE BANKRUPTCY COURT.

# **Exhibit AB**

**No person has been authorized to give any information or advice, or to make any representation, other than what is included in the Disclosure Statement and other materials accompanying this Ballot.[1]**

PLEASE NOTE THAT, EVEN IF YOU INTEND TO VOTE TO REJECT THE PLAN, YOU MUST STILL READ, COMPLETE, AND EXECUTE THIS ENTIRE BALLOT.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.,* | § | **Case No. 22-90341 (CML)** |
| | § | |
| **Debtors[2]** | § | **(Jointly Administered)** |
| | § | |

## MASTER BALLOT FOR VOTING TO
## ACCEPT OR REJECT THE THIRD AMENDED JOINT
## CHAPTER 11 PLAN OF CORE SCIENTIFIC, INC. AND ITS AFFILIATED DEBTORS

### CLASS 12 (EXISTING COMMON INTERESTS)

> **IN ORDER FOR YOUR VOTE TO BE COUNTED TOWARD CONFIRMATION OF THE PLAN, THIS BALLOT MUST BE COMPLETED, EXECUTED, AND RETURNED SO THAT IT IS <u>ACTUALLY RECEIVED</u> BY THE VOTING AGENT ON OR BEFORE DECEMBER 13, 2023 (THE "<u>VOTING DEADLINE</u>"), UNLESS EXTENDED BY THE DEBTORS WITH THE CONSENT OF THE REQUISITE CONSENTING CREDITORS.**

       This master ballot (the "**Master Ballot**") is being submitted to brokers, dealers, commercial banks, trust companies, or other agents or nominees ("**Nominees**") of beneficial holders of certain Existing Common Interests (a "**Beneficial Holder**") in Core Scientific, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") are soliciting votes with respect to the *Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors*, filed on November 16, 2023 (Docket

---

[1]    All capitalized terms used but not defined herein or in the enclosed voting instructions have the meanings ascribed to them in the Plan, attached as <u>Exhibit A</u> to the Disclosure Statement.

[2]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, Texas 78704.

No. 1438) (as may be modified, amended, or supplemented, the "**Plan**"). The Plan is attached as **Exhibit A** to the *Disclosure Statement for Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors*, filed on November 16, 2023 (Docket No. 1439) (as may be modified, amended, or supplemented, the "**Disclosure Statement**").

Specifically, this Master Ballot is being submitted to Nominees of Beneficial Holders of Existing Common Interests as of November 9, 2023 (the "**Voting Record Date**"). Nominees should use this Master Ballot to tabulate votes on behalf of the Beneficial Holders to accept or reject the Plan.

The Disclosure Statement provides information to assist Beneficial Holders in deciding whether to accept or reject the Plan. If you do not have the Disclosure Statement, you may obtain a copy from Stretto, Inc. (the "**Voting Agent**" or "**Stretto**") at no charge by accessing the Debtors' restructuring website at https://cases.stretto.com/CoreScientific/, by email at CoreScientificInquiries@stretto.com, or by telephone at 866.592.2921 (toll-free) or +1 646.539.3626 (if calling from outside the U.S.). Upon receipt of these materials, you should immediately forward to the Beneficial Holders the Disclosure Statement and the form of ballot for such holders (the "**Beneficial Holder Ballot**") with a return envelope addressed to you, or as provided in the attached instructions. You may also transmit the Beneficial Holder Ballot and Disclosure Statement and collect votes from Beneficial Holders in accordance with your customary procedures to transmit materials to and solicit votes from Beneficial Holders.

If you have any questions on how to properly complete this Master Ballot, please contact the Voting Agent at 866.592.2921 (toll-free) or +1 646.539.3626 (if calling from outside the U.S.). Please be advised that the Voting Agent cannot provide legal advice.

---

**IMPORTANT NOTICE REGARDING TREATMENT FOR EXISTING COMMON INTERESTS IN CLASS 12**

As described in more detail in the Disclosure Statement, if the Plan is confirmed and the Effective Date occurs, except to the extent that a Holder of an Existing Common Interest agrees to a less favorable treatment of such Interest, each such Holder shall receive, in full and final satisfaction, settlement, release, and discharge of such Interest, on the Effective Date, or as soon as reasonably practicable thereafter, (i) such Holder's Pro Rata Equity Share of the Residual Equity Pool, (ii) such Holder's Pro Rata Equity Share of the New Warrants, and (iii) the right to participate in the Rights Offering in accordance with the Rights Offering Procedures; *provided*, that with respect to any Existing Common Interests that are Unvested Restricted Stock, any New Common Interests distributed to Holders on account of such Unvested Restricted Stock will be subject to the same restrictions/vesting conditions applicable to such Unvested Restricted Stock as of the Effective Date.

**PLEASE READ THE DISCLOSURE STATEMENT AND PLAN FOR MORE DETAILS.**

---

The Plan can be confirmed by the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") and thereby made binding on you if it is accepted by the Holders of (i) at least two-thirds in amount of the Allowed Claims or Interests voted in each

2

Impaired Class, and (ii) if the Impaired Class is a Class of Claims, more than one-half in number of the Allowed Claims voted in each Impaired Class, and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under the Bankruptcy Code.  If the requisite acceptances are not obtained, the Bankruptcy Court may nonetheless confirm the Plan if it finds that the Plan (y) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (z) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the Bankruptcy Court, it will be binding on Holders of Existing Common Interests whether or not such Holders vote, or vote to reject the Plan.  To have a Holder's vote counted, you must complete, sign, and return this Master Ballot to the Voting Agent by the Voting Deadline, which is December 13, 2023 at 5:00 p.m. (Prevailing Central Time).

This Master Ballot is solely for purposes of voting to accept or reject the Plan and not for the purpose of allowance or disallowance of, or distribution on account of, Class 12 Existing Common Interests.  You must provide all of the information requested by this Master Ballot. Failure to do so may result in the disqualification of your vote.

## NOTICE REGARDING CERTAIN RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS IN PLAN

**If you (i) vote to accept the Plan, (ii) are solicited to vote to accept or reject the Plan, but do not vote to either accept or reject the Plan, and do not opt out of granting the releases set forth in the Plan, (iii) vote, or are deemed, to reject the Plan or are presumed to accept the Plan but do not opt out of granting the releases set forth in the Plan, or (iv) were given notice of the opportunity to opt out of granting the releases contained in the Plan but do not opt out, you shall be deemed to have consented to the releases contained in Section 10.6(b) of the Plan.  The releases as presented in the Plan are provided below:**

**SECTION 10.5**      **INJUNCTION.**

**Except as otherwise expressly provided in the Plan or for distributions required to be paid or delivered pursuant to the Plan or the Confirmation Order, all Entities that have held, hold, or may hold Claims or Interests that have been released pursuant to Section 0 or Section 0, shall be discharged pursuant to Section** Error! Reference source not found. **of the Plan, or are subject to exculpation pursuant to Section** Error! Reference source not found.**, and all Subcontractors and all other parties in interest are permanently enjoined, from and after the Effective Date, from taking any of the following actions against, as applicable, the Debtors, the Reorganized Debtors, the Released Parties, and/or the Exculpated Parties (to the extent of the exculpation provided pursuant to Section** Error! Reference source not found. **with respect to the Exculpated Parties): (i) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests; (ii) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such Claims or Interests; (iii) creating, perfecting, or enforcing any Lien or encumbrance of any kind against such Entities or the property or the estates of such Entities on account of or in connection with or with respect to any such Claims or Interests; (iv) asserting any right of**

3

setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such Claims or Interests unless (x) such Entity has timely asserted such setoff right either in a Filed Proof of Claim, or in another document Filed with the Bankruptcy Court explicitly preserving such setoff or that otherwise indicates that such entity asserts, has, or intends to preserve any right of setoff pursuant to applicable law or otherwise or (y) such right to setoff arises under a postpetition agreement with the Debtors or an Executory Contract that has been assumed by the Debtors as of the Effective Date; and (v) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests released, settled, and/or treated, entitled to a distribution, or cancelled pursuant to the Plan or otherwise Disallowed; *provided* that such persons who have held, hold, or may hold Claims against, or Interests in, a Debtor, a Reorganized Debtor, or an Estate shall not be precluded from exercising their rights and remedies, or obtaining the benefits, solely pursuant to and consistent with the terms of the Plan.

Subject in all respects to Section Error! Reference source not found., **no entity or person may commence or pursue a Claim or Cause of Action of any kind against any Released Party or Exculpated Party that arose or arises from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, and any and all related agreements, instruments, and/or other documents, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing without the Bankruptcy Court (i) first determining, after notice and a hearing, that such Claim or Cause of Action represents a claim of willful misconduct, fraud or gross negligence against a Released Party or Exculpated Party and (ii) specifically authorizing such Entity or Person to bring such Claim or Cause of Action against any such Released Party or**

4

**Exculpated Party. The Bankruptcy Court shall have sole and exclusive jurisdiction to determine whether a Claim or Cause of Action is colorable and, only to the extent legally permissible and as provided for in Section** Error! Reference source not found.**, shall have jurisdiction to adjudicate the underlying colorable Claim or Cause of Action.**

**SECTION 10.6(a)   <u>RELEASES BY THE DEBTORS</u>.**

**Notwithstanding anything contained in the Plan to the contrary, as of the Effective Date, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, including the obligations of the Debtors under the Plan and the contributions of the Released Parties to facilitate and implement the Plan, except as otherwise provided in the Plan or in the Confirmation Order, on and after the Effective Date, the Released Parties are deemed conclusively, absolutely, unconditionally and irrevocably, released and discharged by the Debtors, the Reorganized Debtors, and the Estates from any and all Claims, obligations, rights, suits, damages, Causes of Action, remedies, and liabilities whatsoever, including any derivative claims, asserted or assertable on behalf of the Debtors, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, in law, equity, or otherwise, that the Debtors, the Reorganized Debtors, the Estates, or their Affiliates would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date.  Notwithstanding anything to the contrary in the foregoing, the releases set forth in Section 0 of the Plan (i) shall only be applicable to the maximum extent permitted by law; (ii) shall not be construed as (a) releasing any Released Party from Claims or Causes of Action arising from an act or**

Debtors' Exhibit No. 16
Page 312 of 493

omission that is judicially determined by a Final Order to have constituted actual fraud (*provided* that actual fraud shall not exempt from the scope of these Debtor releases any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, (b) releasing any Released Party from Claims or Causes of Action held by the Debtors arising from an act or omission that is determined by a Final Order or by a federal government agency to have constituted a violation of any federal securities laws or (c) releasing any post-Effective Date obligations of any party or Entity under the Plan, the Confirmation Order, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.

**SECTION 10.6(b)       RELEASES BY HOLDERS OF CLAIMS AND INTERESTS.**

Notwithstanding anything contained in the Plan to the contrary, as of the Effective Date, for good and valuable consideration, the adequacy of which is hereby confirmed, except as otherwise provided in the Plan or in the Confirmation Order, to the fullest extent permissible under applicable law, as such law may be extended or integrated after the Effective Date, each Releasing Party, shall be deemed to have conclusively, absolutely, unconditionally, irrevocably, and forever, released, and discharged the Debtors, the Reorganized Debtors, and the Released Parties from any and all Claims, obligations, rights, suits, damages, Causes of Action, remedies, and liabilities whatsoever, including any derivative Claims or Causes of Action asserted or that may be asserted on behalf of the Debtors or their Estates, that such Entity would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, in law, equity, or otherwise, based on or relating to, or in any manner arising from, in whole or in part, any act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date, including any Claims or Causes of Action based on or relating to, or in any manner arising from, in whole or in part, the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors (which includes, for the avoidance of doubt, all claims and Causes of Action asserted or assertable in the Securities Class Action), the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP

Debtors' Exhibit No. 16
Page 313 of 493

**Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other agreement, act or omission, transaction, event, or other occurrence taking place on or before the Effective Date.  Notwithstanding anything to the contrary in the foregoing, the releases set forth in Section 0 of the Plan (i) shall only be applicable to the maximum extent permitted by law; and (ii) shall not be construed as (a) releasing any Released Party from Claims or Causes of Action arising from an act or omission that is judicially determined by a Final Order to have constituted actual fraud (*provided* that actual fraud shall not exempt from the scope of these third-party releases any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, or (b) releasing any post-Effective Date obligations of any party or Entity under the Plan, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.**

**SECTION 10.7      EXCULPATION.**

**Except as otherwise specifically provided in the Plan, no Exculpated Party shall have or incur liability for, and each Exculpated Party is hereby released and exculpated from, any Cause of Action for any claim related to any act or omission in connection with, relating to, or arising out, in whole or in part, from the Petition Date through the Effective Date, of the Chapter 11 Cases, the Debtors, the governance, management, transactions, ownership, or operation of the Debtors, the purchase, sale or rescission of any security of the Debtors or the Reorganized Debtors, the DIP Facility, the Convertible Notes Agreements, the Miner Equipment Lender Agreements, the Mortgage Agreements, the General Contracts, any and all agreements relating to M&M Liens, and related agreements, instruments, or other documents, the formulation, preparation, dissemination, solicitation, negotiation, entry into, or filing of the Plan (including the Plan Supplement), the Disclosure Statement, or any Restructuring Transaction, contract, instrument, release, or other agreement or document (including any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Plan, the Plan Supplement, the Disclosure Statement, the Plan Settlements, the New Secured Convertible Notes Documents, the New Secured Notes Documents, the Contingent Payment Obligations Documents, the New Miner Equipment Lender Debt Documents, the Exit Facility Documents, the New Warrants Agreement, the Rights Offering, the Backstop Commitment Letter, the Initial DIP Loan Documents, the DIP Facility, the Terminated RSA, the RSA, the Chapter 11 Cases, the pursuit of confirmation and consummation of the Plan, the administration and implementation of the Plan or Confirmation Order, including the issuance or distribution of securities pursuant to the Plan (including, but not limited to, the New Common Interests), or the distribution of property under the Plan, or any other related agreement, except for Claims or Causes of Action arising from an act or omission that is judicially determined in a Final Order to have constituted actual fraud, willful misconduct, or gross negligence, but**

7

in all respects, such Exculpated Parties shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities.  The Exculpated Parties have, and upon completion of the Plan, shall be deemed to have, participated in good faith and in compliance with all applicable laws with regard to the solicitation and distribution of, consideration pursuant to the Plan and, therefore, are not, and on account of such distributions shall not be, liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Plan or such distributions made pursuant to the Plan.  Notwithstanding anything to the contrary in the foregoing, the exculpations set forth in Section Error! Reference source not found. of the Plan (i) shall only be applicable to the maximum extent permitted by law; and (ii) shall not be construed as (a) exculpating any Exculpated Party from Claims or Causes of Action arising from an act or omission that is judicially determined by a Final Order to have constituted actual fraud (*provided* that actual fraud shall not exempt from the scope of these exculpations any Claims or Causes of Action arising under sections 544 or 548 of the Bankruptcy Code or state laws governing fraudulent or otherwise avoidable transfers or conveyances), willful misconduct, or gross negligence, or (b) exculpating any post-Effective Date obligations of any party or Entity under the Plan, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan.

## SECTION 5.17       CANCELLATION OF LIENS.

(a)     Except as otherwise specifically provided in the Plan, including sections **Error! Reference source not found.** and **Error! Reference source not found.** of the Plan, all notes, instruments, certificates evidencing debt of the Debtors and Existing Common Interests will be cancelled and obligations of the Debtors thereunder will be discharged and of no further force or effect, except for the purpose of allowing the applicable agents and trustees to receive distributions from the Debtors under the Plan and to make any further distributions to the applicable Holders on account of their Allowed Claims and Interests.

(b)     After the Effective Date and following (i) the distributions to Holders on account of Allowed Convertible Notes Secured Claims and Allowed Miner Equipment Lender Secured Claims and/or (ii) with regard to Allowed M&M Lien Secured Claims, satisfaction of the applicable M&M Lien Takeback Debt, the Debtors or the Reorganized Debtors, at their expense, may, in their sole discretion, take any action necessary to terminate, cancel, extinguish, and/or evidence the release of any and all mortgages, deeds of trust, Liens, pledges, and other security interests with respect to the Convertible Notes Secured Claims, Miner Equipment Lender Secured Claims, and M&M Lien Secured Claims, including, without limitation, the preparation and filing of any and all documents necessary to terminate, satisfy, or release any mortgages, deeds of trust, Liens, pledges, and other security interests held by the Holders of the M&M Lien Secured Claims, Miner Equipment Lender Secured Claims, the Notes Agent, and/or Convertible Noteholders, including, without limitation, UCC-3 termination statements.

8

**Relevant Definitions Related to Release and Exculpation Provisions**:

*"Exculpated Parties"* means each of the following in their capacity as such and, in each case, to the maximum extent permitted by law: (i) the Debtors; and (ii) Equity Committee and its members, each solely in their capacity as such.

*"Related Parties"* means with respect to a Person, that Person's current and former Affiliates, and such Person's and its current and former Affiliates' current and former directors, managers, officers, equity holders (regardless of whether such interests are held directly or indirectly), affiliated investment funds or investment vehicles, predecessors, participants, successors, and assigns, subsidiaries, and each of their respective current and former equity holders, officers, directors, managers, principals, members, employees, agents, fiduciaries, trustees, advisory board members, financial advisors, partners, limited partners, general partners, attorneys, accountants, managed accounts or funds, management companies, fund advisors, investment bankers, consultants, representatives, and other professionals, and such Person's respective heirs, executors, estates, and nominees, each in their capacity as such, and any and all other Persons or Entities that may purport to assert any Cause of Action derivatively, by or through the foregoing entities.

*"Released Parties"* means, collectively: (i) the Debtors; (ii) the Reorganized Debtors; (iii) the Equity Committee and its members that are party to the RSA, solely in their capacities as such; (iv) the Backstop Parties; (v) the Settling Miner Equipment Lenders; (vi) Brown Corporation; (vii) Holliwood LLC; (viii) the Ad Hoc Noteholder Group; (ix) the Consenting Creditors; (x) the Exit Lenders; (xi) the Notes Agent, solely in its capacity as such; and (xii) with respect to each of the foregoing Persons in clauses (i) through (xi), all Related Parties. Notwithstanding the foregoing, any Person that opts out of the releases set forth in section 10.6(b) of the Plan shall not be deemed a Released Party thereunder.

*"Releasing Parties"* means collectively, and in each case solely in their capacity as such, (i) the Debtors; (ii) the Reorganized Debtors; (iii) with respect to each of the foregoing Persons in clauses (i) through (ii), all Related Parties; (iv) the Released Parties; (v) the Holders of all Claims or Interests that vote to accept the Plan; (vi) the Holders of all Claims or Interests whose vote to accept or reject the Plan is solicited but that do not vote either to accept or to reject the Plan and do not opt out of granting the releases set forth in the Plan; (vii) the Holders of all Claims or Interests that vote, or are deemed, to reject the Plan or that are presumed to accept the Plan but do not opt out of granting the releases set forth in the Plan; and (viii) the Holders of all Claims and Interests and all Other Beneficial Owners that were given notice of the opportunity to opt out of granting the releases set forth in the Plan but did not opt out.

**YOU ARE ADVISED AND ENCOURAGED TO CAREFULLY REVIEW AND CONSIDER THE PLAN, INCLUDING THE RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AS YOUR RIGHTS MIGHT BE AFFECTED.**

Debtors' Exhibit No. 16
Page 316 of 493

**PLEASE READ THE ATTACHED VOTING INFORMATION
AND INSTRUCTIONS BEFORE COMPLETING THIS MASTER BALLOT**

---

**PLEASE COMPLETE ITEMS 1, 2, 3, AND 4.  IF THIS MASTER BALLOT HAS NOT
BEEN PROPERLY SIGNED IN THE SPACE PROVIDED, VOTES OF THE
BENEFICIAL HOLDERS MAY NOT BE VALID OR COUNTED AS HAVING BEEN
CAST.**

---

**Item 1.  Certification of Authority to Vote.**  The undersigned certifies that, as of the Voting Record Date, the undersigned (please check the applicable box):

☐  is a Nominee for the Beneficial Holders in the amount of Class 12 Existing Common Interests listed in Item 2 below and is the registered Holder of such Class 12 Existing Common Interest;

☐  is acting under a power of attorney and/or agency (a copy of which must be provided upon request) granted by a Nominee that is the registered Holder of Class 12 Existing Common Interests in the amount listed in Item 2 below; or

☐  has been granted a proxy (an original of which is annexed hereto) from a Nominee or a Beneficial Holder that is the registered Holder of the principal amount of Class 12 Existing Common Interests listed in Item 2 below, and accordingly has full power and authority to vote to accept or reject the Plan on behalf of the Beneficial Holders of the Class 12 Existing Common Interests listed in Item 2 below.

**Item 2.  Vote on the Plan.**  The undersigned transmits the following votes of Beneficial Holders in respect of their Class 12 Existing Common Interests and certifies that the following Beneficial Holders, as identified by their respective customer account numbers set forth below, are Beneficial Holders as of the Voting Record Date and have delivered to the undersigned, as Nominee, Beneficial Holder Ballots casting such votes.[3]

---

[3]  Indicate in the appropriate column the amount of the Class 12 Existing Common Interests voted for each account, or attach such information to this Master Ballot in the form of the following table.  Please note that each Beneficial Holder must vote all of such Beneficial Holder's Existing Common Interests to accept or to reject the Plan and may not split such vote.  Any ballot executed by a Beneficial Holder that does not indicate an acceptance or rejection of the Plan, or that indicates both an acceptance and a rejection of the Plan, and has not been corrected by the Voting Deadline, shall not be counted.

10

| Your Customer Account Number for Each Beneficial Holder of Class 12 Existing Common Interests that Voted | Number of Existing Common Interests Held by Your Customer | Item 2. Vote on Plan | | Item 3. Opt-Out Release Election |
|---|---|---|---|---|
| | | ACCEPT | REJECT | Place a check below if the Beneficial Holder checked the box in Item 3 |
| 1. | | ☐ | ☐ | ☐ |
| 2. | | ☐ | ☐ | ☐ |
| 3. | | ☐ | ☐ | ☐ |
| 4. | | ☐ | ☐ | ☐ |
| 5. | | ☐ | ☐ | ☐ |
| 6. | | ☐ | ☐ | ☐ |
| 7. | | ☐ | ☐ | ☐ |
| 8. | | ☐ | ☐ | ☐ |
| 9. | | ☐ | ☐ | ☐ |
| 10. | | ☐ | ☐ | ☐ |

**Item 3.  Certification.**  By signing this Master Ballot, the undersigned certifies that:

(a)     (i) the undersigned has received a copy of the Disclosure Statement, Master Ballot, and Beneficial Holder Ballot, and has delivered the Disclosure Statement and Beneficial Holder Ballot to Beneficial Holders holding Class 12 Existing Common Interests through the undersigned with a return envelope; (ii) the undersigned has received a completed and signed Beneficial Holder Ballot from each such Beneficial Holder as provided in this Master Ballot; (iii) the undersigned is the registered Holder of the securities being voted or agent thereof; and (iv) the undersigned has been authorized by each such Beneficial Holder to vote on the Plan and to make applicable elections;

(b)     the undersigned has properly disclosed: (i) the number of Beneficial Holders voting Class 12 Existing Common Interests through the undersigned; (ii) the respective amounts of Class 12 Existing Common Interests owned by each such Beneficial Holder; (iii) each such Beneficial Holder's respective vote concerning the Plan; and (iv) the customer account or other identification number for each such Beneficial Holder;

11

Debtors' Exhibit No. 16
Page 318 of 493

(c)     if the undersigned is a Beneficial Holder and uses this Master Ballot to vote the undersigned's Class 12 Existing Common Interests, the undersigned confirms and attests to each of the certifications in Item 4 of the Beneficial Holder Ballot;

(d)     each such Beneficial Holder has certified to the undersigned that such Beneficial Holder is a Beneficial Holder and is otherwise eligible to vote on the Plan; and

(e)     the undersigned will maintain Beneficial Holder Ballots and evidence of separate transactions returned by Beneficial Holders (whether properly completed or defective) for at least one year after the Voting Deadline, and disclose all such information to the Bankruptcy Court or the Debtor, as the case may be, if so ordered.

**Item 4.  Nominee Information and Signature.**

Name of Nominee:

_____

(Print or Type)

Participant Number:_____

Name of proxy holder or agent for Nominee (if applicable):

_____

(Print or Type)

_____

Signature:

Name of Signatory:_____

Title:_____

Street Address:_____

City, State, Zip Code:_____

Telephone Number:_____

Date Completed:_____

12

## <u>MASTER BALLOT INSTRUCTIONS</u>

1.  To have the votes of your Beneficial Holders count, you should already have delivered to each such Holder a copy of the Disclosure Statement, along with a Beneficial Holder Ballot (which may be a pre-validated ballot, as described in ¶ 2 below), with a return envelope addressed to you (or the Voting Agent in the case of a pre-validated ballot), so such Holder may (i) return their Beneficial Holder Ballot to you in sufficient time for you to complete and return the Master Ballot to the Voting Agent, so that the Voting Agent *actually receives* the Master Ballot before the Voting Deadline or (ii) in the case of a pre-validated ballot, return their Beneficial Holder Ballot to the Voting Agent before the Voting Deadline. Notwithstanding the foregoing, you may transmit the Disclosure Statement and Beneficial Holder Ballot to Beneficial Holders in accordance with your customary procedures to transmit materials to and collect votes from Beneficial Holders.

2.  You may pre-validate the Beneficial Holder Ballots by (i) signing the Beneficial Holder Ballot and indicating on the Beneficial Holder Ballot the (a) name of the Nominee and DTC Participant Number and (b) the number of Existing Common Interests held by the Nominee for the Beneficial Holder, and (ii) forwarding such Beneficial Holder Ballot, together with the Solicitation Package, including a preaddressed, postage-paid return envelope addressed to, and provided by, the Voting Agent, to the Beneficial Holder. The Beneficial Holder will be required to complete the information requested in Item 2, Item 3, and Item 4 of the Beneficial Holder Ballot and return the pre-validated Beneficial Holder Ballot directly to the Voting Agent so that it is received before the Voting Deadline.

3.  With regard to any Beneficial Holder Ballots returned to you, to have the vote of your Beneficial Holders count, you must: (a) retain such Beneficial Holder Ballots in your files and transfer the requested information from each such Beneficial Holder Ballot onto the Master Ballot; (b) execute the Master Ballot; and (c) deliver the Master Ballot to the Voting Agent in accordance with these instructions.

4.  Please keep any records of Beneficial Holder Ballots, including records of the Beneficial Holders to whom pre-validated Beneficial Holder Ballots were delivered, for at least one year after the Voting Deadline (or such other date as is set by order of the Bankruptcy Court). You may be ordered to produce the Beneficial Holder Ballots to the Debtor or the Bankruptcy Court.

5.  For the avoidance of doubt, if it is your customary practice to collect votes from your Beneficial Holder clients via voter information form, e-mail, telephone, or other means, you may employ those customary practices to collect votes from the Beneficial Holders in lieu of a Beneficial Holder Ballot.

6.  If you are both the Nominee and Beneficial Holder, and you wish to vote such Class 12 Existing Common Interest for which you are a Beneficial Holder, you may return either a Beneficial Holder Ballot or the Master Ballot for such Claims.

7.  In the event that (i) the Debtors revoke or withdraw the Plan or (ii) the Confirmation Order is not entered or consummation of the Plan does not occur, this Master Ballot shall

13

automatically be null and void and deemed withdrawn without any requirement of affirmative action by or notice to you.

8.    The Master Ballot may not be used for any purpose other than to vote to accept or reject the Plan.

9.    The Master Ballot does not constitute, and shall not be deemed to be, a Proof of Claim or Interest or an assertion or admission of a Claim or Interest.

10.    The following Ballots shall not be counted in determining the acceptance or rejection of the Plan:  (a) any Ballot that is illegible or contains insufficient information to permit the identification of the Beneficial Holder, (b) any Ballot cast by a Person that does not hold a Claim in a Class entitled to vote on the Plan, (c) any unsigned Ballot, (d) any Ballot that does not contain an original signature (except with respect to Master Ballots emailed to the Voting Agent) and (e) any Ballot not marked to accept or reject the Plan, or marked both to accept and reject the Plan.

11.    If the Master Ballot is received after the Voting Deadline, it will not be counted, unless otherwise determined by the Debtors.  The method of delivery of the Master Ballot to the Voting Agent is at your election and risk.

12.    If a Beneficial Holder submits Ballots for multiple Class 12 Existing Common Interests, whether held in other accounts or other record names, and such Ballots indicate *different or inconsistent* votes to accept or reject the Plan, then all such Ballots will not be counted.

13.    If a Beneficial Holder submits more than one Ballot voting the same Interests prior to the Voting Deadline, the latest received, properly executed Ballot submitted to the Voting Agent will supersede any prior Ballot.

14.    To the extent that conflicting votes or "overvotes" are submitted by a Nominee, the Voting Agent, in good faith, will attempt to reconcile discrepancies with the Nominee.  To the extent that any overvotes are not reconcilable prior to the preparation of the vote certification, the Voting Agent will apply the votes to accept and to reject the Plan in the same proportion as the votes to accept and reject the Plan submitted on the Master Ballots or pre-validated Beneficial Holder Ballots that contained the overvote, but only to the extent of the Nominee's position in the applicable security.

15.    The Master Ballot should not be sent to the Debtors, the Bankruptcy Court, or the Debtors' financial or legal advisors.

16.    There may be changes made to the Plan that do not have material adverse effects on an accepting Class.  If such non-material changes are made to the Plan, the Debtors will not resolicit votes for acceptance or rejection of the Plan.

17.    NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT, ANY

Debtors' Exhibit No. 16
Page 321 of 493

SUPPLEMENTAL INFORMATION PROVIDED BY THE DEBTORS, OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

18.  PLEASE RETURN YOUR BALLOT PROMPTLY.

19.  IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE VOTING AGENT BY CALLING 866.592.2921 (TOLL-FREE) OR +1 646.539.3626 (IF CALLING FROM OUTSIDE THE U.S.) OR BY SENDING AN ELECTRONIC MAIL MESSAGE TO CORESCIENTIFICVOTE@STRETTO.COM WITH "CORE SCIENTIFIC MASTER BALLOT" IN THE SUBJECT LINE.  PLEASE DO NOT DIRECT ANY INQUIRIES TO THE BANKRUPTCY COURT.

20.  THE VOTING AGENT IS NOT AUTHORIZED TO AND WILL NOT PROVIDE LEGAL ADVICE.

**YOUR COMPLETED MASTER BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THE VOTING AGENT BY THE VOTING DEADLINE AT THE FOLLOWING ADDRESS.  IF YOU WOULD LIKE TO COORDINATE HAND DELIVERY OF YOUR MASTER BALLOT, PLEASE SEND AN E-MAIL TO CORESCIENTIFICVOTE@STRETTO.COM (WITH "CORE SCIENTIFIC MASTER BALLOT" IN THE SUBJECT LINE) AT LEAST 24 HOURS BEFORE YOUR ARRIVAL AT THE ADDRESS BELOW AND PROVIDE THE ANTICIPATED DATE AND TIME OF YOUR DELIVERY.**

| Stretto Address for Receipt of Master Ballots |
|:---:|
| **If by E-Mail (Master Ballots ONLY)** |
| **CoreScientificVote@Stretto.com** |
| **If by First Class Mail, Hand Delivery, or Overnight Mail** |
| **CORE SCIENTIFIC, INC.**<br>**BALLOT PROCESSING CENTER**<br>**C/O STRETTO, INC.**<br>**410 EXCHANGE, SUITE 100**<br>**IRVINE, CA 92602** |

15

Debtors' Exhibit No. 16
Page 322 of 493

# **Exhibit AC**



**Exhibit AC**

Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Depository Trust Company | | 570 Washington Blvd. | Attn Reorg Dept 4th Floor | Jersey City | NJ | 07310 |
| FOLIOfn, Inc. | | 8180 Greensboro Drive | 8th Floor | McLean | VA | 22102 |
| ProxyTrust | Attn Receiving Department | 100 Patco Court | Suite 9 | Islandia | NY | 11749 |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 1 of 1

# **Exhibit AD**



To Custodians, Banks, Brokers, and Other Nominees (each, a "Nominee"):

*Re: Case Number: 22-90341 (DRJ) – Core Scientific, Inc., et al. CHAPTER 11 BANKRUPTCY*

### CUSIP No. 21873J 108

Core Scientific, Inc., et al., (the "Debtors"), filed with the United States Bankruptcy Court for the Southern District of Texas (the "Court"), the enclosed materials listed in Exhibit A (the "Materials"). Stretto, the Claims and Noticing agent for Debtors, was instructed by the Debtors' counsel that the Materials must be served upon nominees that hold stock in "street name" for the beneficial holders of the below-referenced CUSIP Number. You are receiving the Materials because your institution was identified by Depository Trust Company ("DTC") on the Security Position Report as of November 9, 2023 (the "Record Date").

| CUSIP/ISIN No. | Record Date |
|---|---|
| 21873J 108 / US21873J1088 | November 9, 2023 |

Stretto has provided the appropriate number of sets of Materials as requested by Broadridge and Mediant, respectively. The following referenced job numbers pertain to the mailings established at Broadridge and Mediant. Please mail the provided materials via USPS First-Class Mail and Email to the Record Date beneficial holders in your books and records as applicable.

| Broadridge Job No.(s) | Mediant Job No.(s) |
|---|---|
| Y77165 | 2273444 |

If you are not the correct individual or department to research and disburse the requested information, please forward to the proper individual at your firm.

[SPACE LEFT INTENTIONALLY BLANK]



**<u>Exhibit A</u>**

- USB Flash Drive Consisting of:

  - Disclosure Statement with all exhibits thereto

  - Third Amended Joint Chapter 11 Bankruptcy Plan

  - Disclosure Statement Order

  - Solicitation and Voting Procedures

- Combined Hearing Notice

- Beneficial Holder Ballot

- Master Ballot

- Equity Committee Letter

- Postage-prepaid return envelope

# **Exhibit AE**



To Custodians, Banks, Brokers, and Other Nominees (each, a "Nominee"):

*Re: Case Number: 22-90341 (DRJ) – Core Scientific, Inc., et al. CHAPTER 11 BANKRUPTCY*

### **CUSIP No. 21873J 108**

Core Scientific, Inc., et al., (the "Debtors"), filed with the United States Bankruptcy Court for the Southern District of Texas (the "Court"), the enclosed materials listed in Exhibit A (the "Materials"). Stretto, the Claims and Noticing agent for Debtors, was instructed by the Debtors' counsel that the Materials must be served upon holders who purchased common stock (CUSIP No.21973J 108) (the "Other beneficial Owners") from January 3, 2022 through December 21, 2022, inclusive (the "Class Period").

| CUSIP/ISIN No | Class Period |
|---|---|
| 21873J 108 / US21873J1088 | From January 3, 2022 through December 21, 2022, inclusive |

Stretto has provided the appropriate number of sets of Materials as requested by Broadridge and Mediant. The following referenced job numbers pertain to the mailings established at Broadridge and Mediant. Please mail the provided materials via USPS First-Class Mail and Email to the Other beneficial Owners in your books and records as applicable.

| Broadridge Job No.(s) | Mediant Job No. |
|---|---|
| N95512, N95513, N95514 | 2283244 |

If you are not the correct individual or department to research and disburse the requested information, please forward to the proper individual at your firm.

**Important:** *Nominees shall either: (i) within seven (7) calendar days of receipt of the Release Opt Out Form and Combined Hearing Notice, request from the Debtors sufficient copies of the Release Opt Out Form and Combined Hearing Notice to forward to their Other Beneficial Owners and within seven (7) calendar days of receipt of those notices and claim forms forward them to their Other Beneficial Owners; or (ii) within seven (7) calendar days of receipt of the Release Opt Out Form and Combined Hearing Notice, provide a list of the names and addresses of their Other Beneficial Owners to the Debtors and the Debtors shall send the Release Opt Out Form and Combined Hearing Notice promptly to such identified Other Beneficial Owners.*

*Nominees that elect to send the Release Opt Out Form and Combined Hearing Notice to their Other Beneficial Owners shall also send a statement to the Debtors and Stretto confirming that the mailing was made and shall retain their mailing records for use in connection with any further notices that may be provided in these Chapter 11 Cases.*

*If it is the Nominee's customary and accepted practice to forward such materials to its Other Beneficial Owners by e-mail, e-delivery, or any other method of electronic or printed communication, the Nominees are authorized to follow those customary practices, within seven (7) calendar days of receipt of the materials, in lieu of sending actual printed copies of the Release Opt Out Form and Combined Hearing Notice.*

*Within seven (7) calendar days of forwarding such notice, the Nominees may request reimbursement for reasonable and documented noticing costs and research fees, if any, by making such request in writing to the Debtors at the address to be provided by Stretto to the Nominees. If you are not the correct individual or department to research and disburse the requested information, please forward to the proper individual at your firm.*

**STRETTO**

## **Exhibit A**

- Combined Hearing Notice

- Release Opt Out Form

7 Times Square, 16th Floor New York NY 10036          800.634.7734          STRETTO.COM

# **Exhibit AF**



**Exhibit AF**
Served via Electronic Mail

| Name | Email |
|------|-------|
| ABN AMRO CLEARING CHICAGO LLC | SUE.NOWICKI@FORTISCLEARINGAMERICAS.COM |
| American Enterprise Invest Svcs Inc | gregory.a.wraalstad@ampf.com<br>reorg@ampf.com |
| Apex Clearing Corporation | frank.a.conti@ridgeclearing.com<br>corporateactions@apexclearing.com |
| AXOS CLEARING LLC | corporate.action@corclearing.com<br>ANH.MECHALS@LEGENTCLEARING.COM |
| Bank of America DTC #0773 #05198 | cpactionslitigation@ml.com<br>cpactionslitigation@bofa.com<br>bascorporateactions@bofasecurities.com<br>cpactionslitigation@bofa.com<br>corpactionsproxy@ml.com |
| Bank of America NA/Client Assets DTC #02251 | tss.corporate.actions@bankofamerica.com |
| BANK OF AMERICA, NA/GWIM TRUST OPERATIONS | earl.weeks@baml.com<br>cpactionsmlproreorg@baml.com<br>gmisamrsipbcorpact@baml.com<br>gmisamrsipbproxyvot@baml.com<br>cpactionslitigation@bankofamerica.com<br>SEC_OPS_PROXY@BAML.COM<br>cpactionslitigation@bofa.com |
| Barclays Capital Inc. DTC #0229 | nyvoluntary@barclays.com |
| BBS Securities Inc./CDS | info@bbssecurities.com |
| Bloomberg | release@bloomberg.net |
| BMO NESBITT BURNS INC./CDS | nbops.proxy@bmo.com<br>dina.fernandes@bmonb.com<br>BMOCMSettlements.NewYork@bmo.com<br>BMOGAM.SLOperations@bmo.com<br>Phuthorn.penikett@bmonb.com<br>NBOPS.Proxy@bmo.com<br>WMPOClass.Actions@bmo.com |
| BNP PARIBAS, NY BRANCH/BNP P PRIME | RONALD.PERSAUD@US.BNPPARIBAS.COM |
| Broadridge | SpecialProcessing@broadridge.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)



**Exhibit AF**
Served via Electronic Mail

| Name | Email |
|---|---|
| Brown Brothers Harriman & Co. DTC #010 | ca.class.actions@bbh.com<br>caleb.lanfear@bbh.com<br>jerry.travers@bbh.com<br>paul.nonnon@bbh.com<br>sean.imhof@bbh.com<br>michael.lerman@bbh.com<br>nj.mandatory.inbox@bbh.com<br>mavis.luque@bbh.com<br>edwin.ortiz@bbh.com |
| Cantor Fitzgerald & Co. | idiaz@cantor.com<br>corporateactions-ny@bgcpartners.com |
| CETERA INVESTMENT SERVICES LLC | reorg@ceterafi.com<br>alice.hemphill@cetera.com<br>amanda.zwilling@cetera.com<br>russell.markfelder@cetera.com<br>katie.biedler@ceterafi.com<br>Steve.schmitz@cetera.com<br>ASHLEY.ROELIKE@CETERAFI.COM |
| Charles Schwab & Co. Inc. DTC #0164 | phxmcbr@schwab.com<br>VoluntarySetup@schwab.com |
| Charles Schwab & Co., Inc. | phxmcbr@schwab.com<br>jen.curtin@schwab.com<br>christina.young@schwab.com |
| CIBC WORLD MARKETS INC./CDS | MAILBOX.CAEVENTSCIBC@CIBC.CA |
| Citibank, N.A. DTC #0908 | gts.caec.tpa@citi.com<br>marianne.sullivan@citi.com<br>paola.prins@citi.com<br>daryl.slater@citi.com<br>michael.fenner@citi.com<br>theophilus.chan@citi.com<br>prabha.l.batni@citi.com<br>ann.e.nobbe@citi.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 2 of 12



**Exhibit AF**
Served via Electronic Mail

| Name | Email |
|---|---|
| CITIGROUP GLOBAL MARKETS, INC./CORRESPONDENT CLEARING | gts.caec.tpa@citi.com |
| | marianne.sullivan@citi.com |
| | paola.prins@citi.com |
| | daryl.slater@citi.com |
| | michael.fenner@citi.com |
| | theophilus.chan@citi.com |
| | prabha.l.batni@citi.com |
| | ann.e.nobbe@citi.com |
| Clear Street LLC | press@clearstreet.io |
| Clearstream International SA | ca_mandatory.events@clearstream.com |
| | CA_general.events@clearstream.com |
| | nathalie.chataigner@clearstream.com |
| | hulya.din@clearstream.com |
| | cherifa.maameri@clearstream.com |
| | ca_luxembourg@clearstream.com |
| Comerica Bank | ghimhoff@comerica.com |
| | mlgiles@comerica.com |
| CONVERGEX EXECUTION SOLUTIONS LLC | HFLAXER@CONVERGEX.COM |
| COWEN EXECUTION SERVICES LLC | HFLAXER@CONVERGEX.COM |
| Credit Agricole Secs USA Inc. DTC #0651 | CSICorpActions@ca-cib.com |
| Credit Suisse Securities (USA) LLC DTC #0355 | list.nyevtintgrp@credit-suisse.com |
| | asset.servnotification@credit-suisse.com |
| D. A. Davidson & Co. | reorg@dadco.com |
| | ksapp@dadco.com |
| | dwegner@dadco.com |
| | thowell@dadco.com |
| | dgyger@dadco.com |
| | reorg@dadco.com |
| | rlinskey@dadco.com |
| Depository Trust & Clearing Corporation | voluntaryreorgannouncements@dtcc.com |
| | mandatoryreorgannouncements@dtcc.com |
| Desjardins Securities Inc./CDS | veronique.lemieux@vmd.desjardins.com |
| | recours.collectifs@desjardins.com |
| Deutsche Bank Securities Inc. DTC #0573 | jaxca.notifications@db.com |
| E*TRADE CLEARING LLC | VANDANA.X.VEMULA@BROADRIDGE.COM |
| Edward D. Jones & Co. | elizabeth.rolwes@edwardjones.com |
| | ginger.stillman@edwardjones.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 3 of 12

Debtors' Exhibit No. 16
Page 334 of 493



**Exhibit AF**
Served via Electronic Mail

| Name | Email |
|---|---|
| | GINGER.STILLMAN@EDWARDJONES.COM |
| | matt.bromley@edwardjones.com |
| | anna.schiermann@edwardjones.com |
| | marie.mohn@edwardjones.com |
| | brett.brown@edwardjones.com |
| | edjclassactions@edwardjones.com |
| EDWARD JONES/CDS | NICK.HUMMEL@EDWARDJONES.COM |
| | ca.omk@euroclear.com |
| Euroclear Bank S.A./N.V. | eb.ca@euroclear.com |
| | PETER.CLOSS@FMR.COM |
| | Lisa.Ganesh@FMR.COM |
| | Sean.McDonough@FMR.COM |
| | jason.dress@FMR.com |
| | Rohan.Rose@FMR.com |
| | JOHN.SPURWAY@FMR.COM |
| | Gerardo.Fleites@fmr.com |
| | Rob.Day@fmr.com |
| FIDELITY CLEARING CANADA ULC/CDS | LINDA.SARGEANT@FMR.COM |
| | LANCE.WELLS@53.COM |
| FIFTH THIRD BANK | Wendell.Jones@53.com |
| Financial Information Inc. | ReorgNotificationList@fiinet.com |
| | THEOBALDA@FOLIOFN.COM |
| | Wade.Lynch@gs.com |
| FOLIO INVESTMENTS, INC. | proxyservices@folioinvesting.com |
| Futu Clearing Inc. | customersvc@futuclearing.com |
| | GS-as-ny-proxy@ny.email.gs.com |
| | NewYorkAnncHub@gs.com |
| Goldman Sachs & Co DTC #0005 | gs-as-ny-proxy@gs.com |
| Haywood Securities Inc./CDS | jbrereton@haywood.com |
| | BONNIE.ALLEN@SWST.COM |
| HILLTOP SECURITIES INC. | BONNIE.ALLEN@HILLTOPSECURITIES.COM |
| | claudio.j.delarosa@us.hsbc.com |
| | anthony.j.hoe@us.hsbc.com |
| | jay.x.spitzer@us.hsbc.com |
| | john.hickey@us.hsbc.com |
| | idalia.x.frias@us.hsbc.com |
| | yelena.x.fridburg@us.hsbc.com |
| | nardia.mendez@us.hsbc.com |
| HSBC BANK USA, NA/CLEARING | yanmei.x.shao@us.hsbc.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 4 of 12

Debtors' Exhibit No. 16
Page 335 of 493



**Exhibit AF**
Served via Electronic Mail

| Name | Email |
|------|-------|
| Interactive Brokers LLC DTC#0017 | bankruptcy@ibkr.com |
| Interactive Brokers Retail Equity Clearing | proxy@interactivebrokers.com<br>bankruptcy@interactivebrokers.com<br>ibcorpaction@interactivebrokers.com |
| J.P. Morgan Clearing Corp. | usso.proxy.team@jpmorgan.com<br>jpmorganinformation.services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| Janney Montgomery Scott LLC | kwalton@janney.com<br>reorgcontacts@janney.com |
| JANNEY MONTGOMERY SCOTT LLC | kdodds@janney.com |
| JEFFERIES LLC | RMARANZANO@JEFFERIES.COM<br>mhardiman@jefferies.com<br>corporate_actions_reorg@jefferies.com |
| JPMorgan Chase Bank | JPMorganInformation.Services@JPMChase.com |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION<br>JPMORGAN CHASE BANK/EUROCLEAR BANK | USSO.PROXY.TEAM@JPMORGAN.COM<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMorgan Clearing Corp. DTC #0352 | IB_Domestic_Voluntary_Corporate_Actions@jpmorgan.com |
| KCG Americas LLC | jbrink@knight.com |
| LAURENTIAN BANK OF CANADA/CDS | MAIORINOF@VMBL.CA |
| LPL Financial Corporation | kristin.kennedy@lpl.com<br>jason.adamek@lpl.com<br>corporate.action@lpl.com<br>cinthya.leite@lpl.com<br>steven.trzcinski@lpl.com<br>kevin.moulton@lpl.com<br>micah.weinstein@lpl.com |
| M1 FINANCE LLC | support@M1Finance.com |
| MACKIE RESEARCH CAPITAL CORPORATION/ | TRODRIGUES@RESEARCHCAPITAL.COM |
| MANULIFE SECURITIES INCORPORATED/CDS | Nikola_Kirovski@manulife.com<br>JCHAU@CDS.CA |
| Marsco Investment Corporation/Tradeup | mkadison@marsco.com |
| Mediant Communications | documents@mediantonline.com<br>corporateactions@mediantonline.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)



**Exhibit AF**
Served via Electronic Mail

| Name | Email |
|---|---|
| MERRILL LYNCH PIERCE FENNER & SMITH<br>MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED/671 MLPF& | cpactionslitigation@ml.com<br>EARL.WEEKS@BAML.COM<br>katelyn.beck@baml.com<br>corpactionsproxy@ml.com<br>cpactionslitigation@bofa.com<br>earl.weeks@baml.com |
| Mitsubishi UFJ Trust & Banking Corp DTC #2932 | corporateactions-dl@us.tr.mufg.jp |
| Morgan Stanley & Co. International P | daniel.spadaccin@morganstanley.com |
| Morgan Stanley & Co. LLC | psclassact@morganstanley.com<br>dealsetup@morganstanley.com<br>raquel.del.monte@morganstanley.com<br>maria.cacoilo@morganstanley.com<br>proxy.balt@ms.com<br>psclassact@ms.com<br>classact@ms.com<br>proddata@morganstanley.com<br>classact@morganstanley.com<br>proxy.balt@ms.com<br>psclassact@ms.com<br>classact@ms.com<br>proddata@morganstanley.com<br>classact@morganstanley.com |
| MORGAN STANLEY & CO. LLC | Proxy.balt@ms.com<br>psclassact@ms.com<br>classact@ms.com<br>proddata@morganstanley.com<br>classact@morganstanley.com |
| Morgan Stanley & Co. LLC/International PLC | dealsetup@morganstanley.com<br>raquel.del.monte@morganstanley.com<br>maria.cacoilo@morganstanley.com<br>proxy.balt@ms.com<br>psclassact@ms.com<br>classact@ms.com;<br>proddata@morganstanley.com<br>classact@morganstanley.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)



**Exhibit AF**
Served via Electronic Mail

| Name | Email |
|---|---|
| Morgan Stanley Smith Barney DTC #0015 | usproxies@morganstanley.com |
| | proxy.balt@morganstanley.com |
| | cavsdom@morganstanley.com |
| | Raquel.Del.Monte@morganstanley.com |
| | john.falco@morganstanley.com |
| | robert.cregan@morganstanley.com |
| | jodancy.mackensy@morganstanley.com |
| Morgan Stanley Smith Barney LLC | dealsetup@morganstanley.com |
| | raquel.del.monte@morganstanley.com |
| | maria.cacoilo@morganstanley.com |
| | proxy.balt@ms.com |
| | psclassact@ms.com |
| | classact@ms.com |
| | proddata@morganstanley.com |
| | classact@morganstanley.com |
| | john.barry@mssb.com |
| | wm_classactions@morganstanley.com |
| Muriel Siebert & Co., Inc. | service@siebert.com |
| | aguerriero@siebert.com |
| National Financial Services LLC | peter.closs@fmr.com |
| | lisa.ganesh@fmr.com |
| | sean.mcdonough@fmr.com |
| | jason.dress@fmr.com |
| | rohan.rose@fmr.com |
| | john.spurway@fmr.com |
| | gerardo.fleites@fmr.com |
| | rob.day@fmr.com |
| Oppenheimer & Co. Inc. | guillermo.gonzalez@opco.com |
| | colin.sandy@opco.com |
| | reorg@opco.com |
| | kenya.white@opco.com |
| | fran.banson@opco.com |
| OptionsXpress Inc. DTC #0338 | proxyservices@optionsxpress.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 7 of 12

Debtors' Exhibit No. 16
Page 338 of 493



**Exhibit AF**
Served via Electronic Mail

| Name | Email |
|------|-------|
| PERSHING LLC | Regan.Palmer@pershing.com |
| | jlavara@pershing.com |
| | Charlene.Polden@pershing.com |
| | Kristie.Medich@pershing.com |
| | Maria.Ruiz-Martinez@pershing.com |
| | voluntaryprocessing@pershing.com |
| | pershingcorproateactionsproxy@pershing.com |
| | Chenice.Brinson@pershing.com |
| | pershingcorproateactionsproxy@pershing.com |
| PI FINANCIAL CORP./CDS | RMCNEIL@PISECURITIES.COM |
| PNC Bank NA DTC #02616 | caspr@pnc.com |
| Quantex Clearing, LLC | alfred.pennis@nyfix.com |
| Raymond James & Associates, Inc. | elaine.mullen@raymondjames.com |
| | corporateactions@raymondjames.com |
| | roberta.green@raymondjames.com |
| RAYMOND JAMES LTD./CDS | corporateactions@raymondjames.com |
| RBC Capital Markets, LLC | nicholas.onken@rbc.com |
| | rbcwm-proxynotifications@rbc.com |
| RELIANCE TRUST COMPANY/FIS TRUSTDESK MKE | TMONTGOMERY@RELICO.COM |
| | RELIANCE_REORGMAILGROUP@FISGLOBAL.COM |
| | reliance_citrgroup@fisglobal.com |
| Robert W. Baird & Co. Incorporated | jsudfeld@rwbaird.com |
| | nrobertstad@rwbaird.com |
| | reorg@rwbaird.com |
| ROBINHOOD SECURITIES, LLC | divreorg@robinhood.com |
| Royal Bank of Canada | donald.garcia@rbc.com |
| SEI PV/GWP #02663 | PlatformCA@seic.com |
| Sg Americas Securities, LLC | paul.mitsakos@sgcib.com |
| SIS SegaInterSettle AG | ca.notices@six-securities-services.com |
| SIS SegaInterSettle AG | corpactionsoverseas.group@sisclear.com |
| Southwest Securities | proxy@swst.com |
| Southwest Securities | vallwardt@swst.com |
| State Street Bank & Trust/State Street Totaletf | proxy-services@statestreet.com |
| | uscaresearch@statestreet.com |
| | baringsimsusclientservices@statestreet.com |
| State Street Bank and Trust Co DTC #0997 | rjray@statestreet.com |
| | jkkyan@statestreet.com |
| | USCAResearch@statestreet.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)



**Exhibit AF**
Served via Electronic Mail

| Name | Email |
|---|---|
| State Street Bank and Trust Company | mpiervil@statestreet.com<br>proxy-services@statestreet.com<br>pcdesharnais@statestreet.com<br>uscaresearch@statestreet.com<br>baringsimsusclientservices@statestreet.com |
| STATE STREET BANK AND TRUST COMPANY | proxy-services@statestreet.com<br>pcdesharnais@statestreet.com<br>DJGonzales@Statestreet.com<br>SBuissereth@StateStreet.com<br>llnordberg@statestreet.com<br>AGreenberg2@StateStreet.com<br>USCARESEARCH@StateStreet.com<br>CMSULLIVAN2@STATESTREET.COM |
| STERNE, AGEE & LEACH, INC. | SECURITIESTRANSFER@STERNEAGEE.COM<br>ksimpson@sterneagee.com<br>jmezrano@sterneagee.com |
| Stifel, Nicolaus & Company, Incorporated | resmannz@stifel.com |
| STIFEL, NICOLAUS & COMPANY, INCORPORATED | russellc@stifel.com<br>kivlehens@stifel.com<br>wiegandc@stifel.com<br>OPSSStockRecords@stifel.com<br>blannerm@stifel.com<br>caop@stifel.com<br>JenkinsK@stifel.com |
| Stockcross Financial Services, Inc. | info@stockcross.com;<br>aguerriero@siebert.com |
| STOCKCROSS FINANCIAL SERVICES, INC. | Aguerriero@siebert.com<br>Ofeina.tuihalamaka@stockcross.com<br>daniel.logue@stockcross.com<br>LISA.BRUNSON@STOCKCROSS.COM |
| TD AMERITRADE CLEARING, INC. | ZCLASSACTIONS@TDAMERITRADE.COM<br>DIANE.EASTER@TDAMERITRADE.COM<br>TDWPROXY@tdsecurities.com |
| TD Waterhouse Canada Inc./CDS | tdwproxy@td.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)



**Exhibit AF**
Served via Electronic Mail

| Name | Email |
|---|---|
| The Bank of New York Mellon | proxysupport@bnymellon.com<br>gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com<br>stephen.coccodrilli@bnymellon.com<br>theresa.stanton@bnymellon.com |
| The Bank of New York Mellon DTC #0901 | pgheventcreation@bnymellon.com<br>PROXYSUPPORT@BNYMELLON.COM<br>Theresa.Stanton@bnymellon.com<br>Ken.Battaglia@bnymellon.com<br>justin.whitehouse@bnymellon.com<br>brian.marnell@bnymellon.com<br>matthew.bartel@bnymellon.com |
| The Bank of NY Mellon DTC #0954 | Theresa.Stanton@bnymellon.com<br>Ken.Battaglia@bnymellon.com |
| The Bank of NY Mellon DTC #0954 | athompson@bnymellon.com<br>Ken.Battaglia@bnymellon.com |
| The Depository Trust Co | mandatoryreorgannouncements@dtcc.com<br>MK-CorporateActionsAnnouncements@markit.com<br>JOSEPH.POZOLANTE@MARKIT.COM<br>DAVID.BOGGS@MARKIT.COM<br>KEVIN.JEFFERSON@MARKIT.COM<br>cscotto@dtcc.com<br>voluntaryreorgannouncements@dtcc.com |
| THE NORTHERN TRUST COMPANY | pk5@ntrs.com<br>class_action_proxy_team@ntrs.com<br>US_Voluntary_CorpActions@ntrs.com<br>keg2@ntrs.com; dr65@ntrs.com<br>cs_notifications@ntrs.com |
| Tradestation Securities, Inc. | corpactions@tradestation.com<br>dbialer@tradestation.com |
| Tradeup Securities, Inc. | transfer@tradeup.com |
| TRUIST BANK | corporate.actions@truist.com |
| U.S. Bancorp Investments, Inc. | usbiireorgincome@usbank.com<br>trustclassactions@usbank.com<br>trust.proxy@usbank.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)



**Exhibit AF**
Served via Electronic Mail

| Name | Email |
|------|-------|
| U.S. Bank N.A. | stephanie.storch@usbank.com<br>stephanie.kapta@usbank.com<br>trustclassactions@usbank.com<br>trust.proxy@usbank.com<br>usbiireorgincome@usbank.com<br>trustcorporateactions@usbank.com |
| UBS | ol-wma-volcorpactions@ubs.com<br>JANE.FLOOD@UBS.COM<br>Kimberly.Breese@ubs.com<br>ol-stamfordcorpactions@ubs.com<br>sh-vol-caip-na@ubs.com<br>ol-wma-ca-proxy@ubs.com<br>sh-wma-caproxyclassactions@ubs.com |
| UBS Financial Services Inc. | ol-ca-managers@ubs.com<br>ol-wma-ca-bondredemption@ubs.com<br>dl-wma-proxy@ubs.com<br>ol-wma-ca-proxy@ubs.com<br>gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>manager@ubs.com<br>jane.flood@ubs.com |
| UBS Securities LLC | ol-ca-managers@ubs.com<br>dl-wma-proxy@ubs.com<br>sh-wma-caproxyclassactions@ubs.com<br>ol-wma-ca-proxy@ubs.com<br>gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>dl-ca-manager@ubs.com<br>ol-wma-ca-reorg@ubs.com<br>dl-wma-physical-processing@ubs.com<br>gregory.contaldi@ubs.com<br>OL-EVENTMANAGEMENT@ubs.com |
| Vanguard Marketing Corporation | vbs_corporate_actions@vanguard.com |
| VIrtu Americas LLC | jbrink@knight.com |
| VIsion Financial Markets LLC | amartinez@visionfinancialmarkets.com<br>reorgs@visionfinancialmarkets.com<br>llucien@vfmarkets.com<br>securitiesops@vfmarkets.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 11 of 12



**Exhibit AF**
Served via Electronic Mail

| Name | Email |
|---|---|
| Wedbush Securities Inc. | donna.wong@wedbush.com<br>carmen.rivera@wedbush.com<br>alan.ferreira@wedbush.com |
| WELLS FARGO CLEARING SERVICES LLC<br>Wells Fargo DTCC #0141 | prospectusservicing1@firstclearing.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 12 of 12

# Exhibit AG



**Exhibit AG**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| ABN AMRO CLEARING CHICAGO LLC | PORTFOLIO MARGINING | SUE NOWICKI | 175 W. JACKSON BLVD | SUITE 400 | CHICAGO | IL | 60604 | |
| American Enterprise Invest Svcs Inc | Attn: Penny Zalesky | 2178 Ameriprise Financial Center | Routing: S6/2178 | | Minneapolis | MN | 55474 | |
| American Enterprise Invest Svcs Inc | Attn: Corporate Actions | 2178 Ameriprise Financial Center | Routing: S6/2178 | | Minneapolis | MN | 55474 | |
| American Enterprise Invest Svcs Inc | Attn: Reorg Department | 2178 Ameriprise Financial Center | Routing: S6/2178 | | Minneapolis | MN | 55474 | |
| American Enterprise Invest Svcs Inc | Erin M Stieler | 682 Amp Financial Center | | | Minneapolis | MN | 55474 | |
| American Enterprise Invest Svcs Inc | Greg Wraalstad | Corporate Actions | 901 3rd Ave South | | Minneapolis | MN | 55474 | |
| AMERICAN ENTERPRISE INVEST SVCS INC | ATTN: TENZIN LHADON, PROXY DEPT | 690 AMERIPRISE FINANCIAL CENTER | | | MINNEAPOLIS | MN | 55474 | |
| AMERICAN ENTERPRISE INVESTMENT SERVICES INC. | ATTN: CORPORATE ACTIONS DEPT | 682 AMERIPRISE FINANCIAL CTR | | | MINNEAPOLIS | MN | 55474-0006 | |
| American Enterprise Investment Svcs | Greg Wraalstad | 901 3rd Ave South | | | Minneapolis | MN | 55474 | |
| Apex Clearing Corporation | Attn: Biliana Stoimenova | 1700 Pacific Avenue | Suite 1400 | | Dallas | TX | 75201 | |
| Apex Clearing Corporation | | 1700 Pacific Avenue | Ste 1400 | | Dallas | TX | 75201 | |
| Apex Clearing Corporation | Attn: Brian Darby | One Dallas Center | 350 M. St. Paul, Suite 1300 | | Dallas | TX | 75201 | |
| APEX CLEARING CORPORATION | ATTN: CORPORATE ACTIONS DEPT | 2 GATEWAY CENTER 283-299 MARKET ST | 16TH FLOOR | | NEWARK | NJ | 07102-5005 | |
| AXOS CLEARING LLC | ANH MECHALS | 9300 UNDERWOOD AVENUE | SUITE 400 | | OMAHA | NE | 68114 | |
| AXOS CLEARING LLC | ISSUER SERVICES | C/O MEDIANT COMMUNICATION | 8000 REGENCY PARKWAY | | CARY | NC | 27518 | |
| AXOS CLEARING LLC | LUKE HOLLAND | 1200 LANDMARK CENTER | SUITE 800 | | OMAHA | NE | 68102 | |
| BANK OF AMERICA, NA/GWIM TRST OPERA | SHARON BROWN | 1201 MAIN STREET | 9TH FLOOR | | DALLAS | TX | 75202 | |
| BANK OF AMERICA, NA/GWIM TRUST OPERATIONS | ATTN: CORPORATE ACTIONS DEPT | 901 MAIN ST FL 12 | | | DALLAS | TX | 75202-3738 | |
| BANK OF AMERICA, NA/GWIM TRUST OPS | SHARON BROWN | 1201 MAIN STREET | 9TH FLOOR | | DALLAS | TX | 75202 | |
| BARCLAYS BANK PLC NEW YORK BRANCH | BARCLAYSBANK PLC-LNBR | CORPORATE ACTIONS | 200 CEDAR KNOLLS ROAD | | WHIPPANY | NJ | 07981 | |
| BARCLAYS BANK PLC NEW YORK BRANCH | BARCLAYSBANK PLC-LNBR | ANTHONY SCIARAFFO | 1301 SIXTH AVE | | NEW YORK | NY | 10019 | |
| BBS Securities Inc./CDS | Corporate Actions | 4100 Yonge Street | Suite 415 | | Toronto | ON | M2P 2B5 | Canada |
| BBS SECURITIES INC./CDS | CORPORATE ACTIONS | DEBORAH  CARLYLE | 4100 YONGE STREET | SUITE 504A | TORONTO | ON | M2P 2G2 | CANADA |
| BMO NESBITT BURNS INC./CDS | CORPORATE ACTIONS | LOUISE TORANGEAU; PHUTHORN PENIKETT | 1 FIRST CANADIAN PLACE, 13TH FL | PO BOX 150 | TORONTO | ON | M5X 1H3 | CANADA |
| BMO NESBITT BURNS INC./CDS | CORPORATE ACTIONS | PHUTHORN PENIKETT | 250 YONGE STREET | 14TH FLOOR | TORONTO | ON | M5B 2M8 | CANADA |
| BNP PARIBAS NY BRANCH/CUST/CLTASSTS | DEAN  GALLI | CORPORATE ACTIONS | AD. D. JOAO II | N. 49 | LISBON | | 1988-028 | PORTUGAL |
| BNP PARIBAS NY BRANCH/CUST/CLTASSTS | RUSSELL YAP | CORPORATE ACTIONS | 525 WASHINGTON BLVD | 9TH FLOOR | JERSEY CITY | NJ | 07310 | |
| BNP PARIBAS PRIME BROKERAGE, INC. | RONALD PERSAUD | 525 WASHINGTON BLVD | 9TH FLOOR | | JERSEY CITY | NJ | 07310 | |
| BNP PARIBAS SECURITIES CORP/PRIME B | RONALD PERSAUD | 525 WASHINGTON BLVD | 9TH FLOOR | | JERSEY CITY | NJ | 07310 | |
| BNP Paribas, New York Branch/BNP Par | Ronald Persaud | 525 Washington Blvd | 9th Floor | | Jersey City | NJ | 07310 | |
| BNP PARIBAS, NY BRANCH/BNP P PRIME | BROKERAGE CUSTODIAN | RONALD PERSAUD | 525 WASHINGTON BLVD | 9TH FLOOR | JERSEY CITY | NJ | 07310 | |
| Brymellon/Re Charles Stanley and Com | Michael Kania | Vice President | 525 William Penn Place | | Pittsburgh | PA | 15259 | |
| Brown Brothers Harriman & Co. | Jerry Travers | 525 Washington Blvd. | | | Jersey City | NJ | 07310 | |
| Cantor Fitzgerald & Co. | Corporate Actions Dept. | 110 East 59th Street | | | New York | NY | 10022 | |
| Cantor Fitzgerald & Co. | Corporate Actions | 55 Water Street | 28th Floor | | New York | NY | 10041 | |
| Cantor Fitzgerald & Co. | Issuer Services | 51 Mercedes Way | | | Edgewood | NY | 11717 | |
| CDS | LORETTA VERELLI | 600 BOUL.DE MAISONNEUVE | OUEST BUREAU 210 | | MONTREAL | QC | H3A 3J2 | Canada |
| CETERA INVESTMENT SERVICES LLC | ATTN: ASHLEY ROELIKE | CORPORATE ACTIONS | 400 1ST STREET SOUTH | SUITE 300 | ST. CLOUD | MN | 56301 | |
| CETERA INVESTMENT SERVICES LLC | ANGELA HANDELAND | SUPERVISOR | 400 1ST STREET SOUTH | SUITE 300 | ST. CLOUD | MN | 56301 | |
| Charles Schwab & Co., Inc. | Christina Young | 2423 E Lincoln Drive | | | Phoenix | AZ | 85016-1215 | |
| Charles Schwab & Co., Inc. | Corp Actions Dept.: 01-1B572 | Christina Young | 2423 E Lincoln Drive | | Phoenix | AZ | 85016-1215 | |
| CIBC WORLD MARKETS INC./CDS | CORPORATE ACTIONS | RODERICK  ROOPSINGH | CANADIAN IMPERIAL BANK OF COMMERCE | 22 FRONT ST. W. 7TH FL (ATTN. CORP. ACT) | TORONTO | ON | M5J 2W5 | CANADA |
| Citibank, N.A. | Paul Watters | 3801 Citibank Center | B/3rd Floor/Zone 12 | | Tampa | FL | 33610 | |
| Citibank, N.A. | Sherida Sinanan | 3801 Citibank Center | B/3rd Floor/Zone 12 | | Tampa | FL | 33610 | |
| CITIGROUP GLOBAL MARKETS, INC./CORRESPONDENT CLEARING | CORRESPONDENT CLEARING | ABIGAIL DAVIES | 388 GREENWICH STREET | | NEW YORK | NY | 10013 | |
| CITIGROUP GLOBAL MARKETS, INC./CORRESPONDENT CLEARING | CHARLES  FERNANDES | 388 GREENWICH STREET | | 11TH FLOOR | NEW YORK | NY | 10013 | |
| Clear Street LLC | | 55 Broadway, Suite 2102 | | | New York | NY | 10006 | |
| Comerica Bank | Gloria Imhoff | 411 West Lafayette | | | Detroit | MI | 48226 | |
| CONVERGEX EXECUTION SOLUTIONS LLC | HOWARD FLAXER | VICE PRESIDENT | 3501 QUADRANGLE BLVD | SUITE 200 | ORLANDO | FL | 32817 | |
| COWEN EXECUTION SERVICES LLC | HOWARD FLAXER | VICE PRESIDENT | 3501 QUADRANGLE BLVD | SUITE 200 | ORLANDO | FL | 32817 | |
| CREDENTIAL SECURITIES INC./CDS | CORPORATE ACTIONS | 700 - 1111 WEST GEORGIA ST | | | VANCOUVER | BC | V6E 4T6 | CANADA |
| Crest International Nominees Limited | Nathan Ashworth | 33 Cannon Street | | | London | UK | EC4M 5SB | United Kingdom |
| D. A. Davidson & Co. | Attn: Debbie Gyger | 8 Third Street North | | | Great Falls | MT | 59401 | |
| D. A. Davidson & Co. | Rita Linskey | 8 Third Street North | | | Great Falls | MT | 59401 | |
| D. A. Davidson & Co. | Attn: Corporate Actions | 8 Third Street North | | | Great Falls | MT | 59401 | |
| Depository Trust & Clearing Corporation | Attn Reorg Dept 4th Floor | 570 Washington Blvd. | | | Jersey City | NJ | 07310 | |
| Desjardins Securities Inc./CDS | Veronique Lemieux | 1060 University Street | Suite 101 | | Montreal | PQ | H5B 5L7 | Canada |
| Desjardins Securities Inc./CDS | Attn: Reorg Dept-M81060-1Er-E | 1060 University Street | Suite 101 | | Montreal | QC | H5B 5L7 | Canada |
| Desjardins Securities Inc./CDS | Attn: Reorg Department | Corporate Actions | C.P. 34, Succ Esjardins | | Montreal | QC | H5B 1E4 | Canada |
| DESJARDINS SECURITIES INC./CDS | CORPORATE ACTIONS | VALEURS MOBILIAIRES DESJARDINS | 2. COMPLEXE DESJARDINS TOUR EST | NIVEAU 62, E1-22 | MONTREAL | QC | H5B 1J2 | CANADA |
| Drivewealth, LLC | Víctor Lau | 15 Exchange Place | 10th Floor | | Jersey City | NJ | 07302 | |
| E*trade Clearing LLC | Víctor Lau | 34 Exchange Place | Plaza II | | Jersey City | NJ | 07311 | |
| E*TRADE CLEARING LLC | JOHN  ROSENBACH | 1271 AVENUE OF THE AMERICAS | 14TH FLOOR | | NEW YORK | NY | 10020 | |
| E*TRADE CLEARING LLC | JOHN  ROSENBACH | 200 HUDSON STREET | SUITE 501 | | JERSEY CITY | NJ | 07311 | |
| E*TRADE CLEARING LLC | C/O BROADRIDGE | ATTN: CORPORATE ACTIONS DEPT. | 2 JOURNAL SQUARE PLAZA | 5TH FLOOR | JERSEY CITY | NJ | 07306 | |
| Edward D. Jones & Co. | Elizabeth Rolwes | 201 Progress Parkway | | | Maryland Heights | MO | 63043-3042 | |



**Exhibit AG**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Edward D. Jones & Co. | Derek Adams | 12555 Manchester Road | | | St Louis | MO | 63131 | |
| EDWARD JONES/CDS | DIANE YOUNG | 1255 MANCHESTER ROAD | | | ST LOUIS | MO | 63141 | |
| EDWARD JONES/CDS | CORPORATE ACTIONS | 201 PROGRESS PARKWAY | | | MARYLAND HEIGHTS | MO | 63043 | |
| FIDELITY CLEARING CANADA ULC/CDS | LINDA SARGEANT | OPERATIONS MANAGER | 401 BAY STREET | SUITE 2910 | TORONTO | ON | M5H 2Y4 | CANADA |
| FIDELITY CLEARING CANADA ULC/CDS | CAROL ANDERSON | OPERATIONS MANAGER | 483 BAY STREET, SOUTH TOWER | SUITE 200 | TORONTO | ON | M5G 2N7 | CANADA |
| FIDELITY CLEARING CANADA ULC/CDS | CORP ACTION | CAROL ANDERSON | 483 BAY STREET, SOUTH TOWER | SUITE 200 | TORONTO | ON | M5G 2N7 | CANADA |
| FIDELITY CLEARING CANADA ULC/CDS | ATTN: JOHN SPURWAY | 245 SUMMER STREET | MAILZONE V5A | | BOSTON | MA | 02210 | |
| FIDELITY CLEARING CANADA ULC/CDS | ATTN: CORPORATE ACTIONS | 245 SUMMER STREET | MAILZONE V5A | | BOSTON | MA | 02210 | |
| FIFTH THIRD BANK | LANCE WELLS | CORP ACTIONS | 5001 KINGSLEY DRIVE | MAIL DROP 1MOB2D | CINCINNATI | OH | 45227 | |
| FOLIO INVESTMENTS, INC. | ASHLEY THEOBALD | MANAGER | 8180 GREENSBORO DRIVE | 8TH FLOOR | MCLEAN | VA | 22102 | |
| FOLIOFN INVESTMENTS, INC. | ASHLEY THEOBALD | MANAGER | 8180 GREENSBORO DRIVE | 8TH FLOOR | MCLEAN | VA | 22102 | |
| Futu Clearing Inc. | Corporate Actions | 12750 Merit Drive | Suite 475 | | Dallas | TX | 75251 | |
| Goldman Sachs & Co. /CDS | Proxy Hotline 1 | 30 Hudson Street | Proxy Department | | Jersey City | NJ | 07302 | |
| Goldman, Sachs & Co. | Attn: Steve Berrios - Corporate Actions | 100 Burma Road | | | Jersey City | NJ | 07305 | |
| Haywood Securities Inc./CDS | Julie Brereton | 200 Burrard Street | Suite 700 | | Vancouver | BC | V6C 3L6 | Canada |
| HAYWOOD SECURITIES INC./CDS | TRACY COLLEGE / JULIE  BRERETON | CORPORATE ACTIONS | 200 BURRARD STREET | SUITE 700 | VANCOUVER | BC | V6C 3L6 | CANADA |
| HILLTOP SECURITIES INC. | RHONDA JACKSON | 717 N HARWOOD ST | SUITE 3400 | | DALLAS | TX | 75201 | |
| HILLTOP SECURITIES INC. | ATTN: CORPORATE ACTIONS | 1201 ELM STREET | SUITE 3500 | | DALLAS | TX | 75270 | |
| HILLTOP SECURITIES INC. | ATTN: BONNIE ALLEN, CORPORATE ACTIONS | 717 N HARWOOD ST | STE 3400 | | DALLAS | TX | 75201-6534 | |
| Hrt Financial LLC | Corporate Actions | 32 Old Slip | 30th Floor | | New York | NY | 10005 | |
| Hsbc Bank USA, Na/Clearing | Leon Schnitzpahn | One Hanson Place | Lower Level | | Brooklyn | NY | 11243 | |
| HSBC BANK USA, NA/CLEARING | CORPORATE ACTIONS | HOWARD  DASH | 452 5TH AVENUE | | NEW YORK | NY | 10018 | |
| HSBC BANK USA, NA/HSBC CUSTODY & CLEARING SERVICES FOR STOCK | CORPORATE ACTIONS | ONE HANSON PLACE | | | BROOKLYN | NY | 11243 | |
| Interactive Brokers Retail Equity Clearing | Karin Mccarthy | 8 Greenwich Office Park | | | Greenwich | CT | 06830 | |
| Interactive Brokers Retail Equity Clearing | Karin Mccarthy | 2 Pickwick Plaza | 2nd Floor | | Greenwich | CT | 06830 | |
| J.P. Morgan Clearing Corp. | Attn: Corporate Actions | 14201 Dallas Parkway, 12th Fl | 12th Floor | | Dallas | TX | 75254 | |
| J.P. Morgan Clearing Corp. | Marcin Bieganski | 14201 Dallas Parkway, 12th Fl | | | Dallas | TX | 75254 | |
| J.P. MORGAN CLEARING CORP. | JOHN FAY | 500 STANTON CHRISTIANA ROAD | OPS 4, FLOOR 03 | NCC5 | NEWARK | DE | 19713-2107 | |
| Janney Montgomery Scott LLC | Attn: Corporate Actions Department | 1717 Arch Street, 19th Floor | | | Philadelphia | PA | 19103 | |
| Janney Montgomery Scott LLC | Mark F. Gress | c/o Mediant Communications Inc. | 200 Regency Forest Drive | | Cary | NC | 27518 | |
| Janney Montgomery Scott LLC | Attn: Brendai Kirby | 1717 Arch Street | 19th Floor | | Philadelphia | PA | 19103 | |
| Janney Montgomery Scott LLC | Regina Lutz | 1801 Market Street, 9th Floor | | | Philadelphia | PA | 19103-1675 | |
| JANNEY MONTGOMERY SCOTT LLC | ATTN: KURT DODDS | 1717 ARCH STREET | 19TH FLOOR | | PHILADELPHIA | PA | 19103 | |
| JEFFERIES LLC | ROBERT MARANZANO | 34 EXCHANGE PL | | | JERSEY CITY | NJ | 07311 | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCI | SACHIN GOYAL | 500 STANTON CHRISTIANA ROAD, OPS 4 | FLOOR 02 | | NEWARK | DE | 19713-2107 | |
| Jpmorgan Chase Bank, National Association | Sachin Goyal | 500 Stanton Christiana Road | Ops 4, Floor 02 | | Newark | DE | 19713-2107 | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | FAREED HAMEEDUDDIN | 4 CHASE METROTECH CENTER | | | BROOKLYN | NY | 11245 | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | MARCIN BIEGANSKI | ASSOCIATE | 14201 DALLAS PKWY | FLOOR 12 - CORP ACTIONS DEPT | DALLAS | TX | 75254 | |
| Jpmorgan Chase Bank/Euroclear Bank | Dtc Custody Hotline (Primary) | 500 Stanton Christiana Road | | | Newark | DE | 19713 | |
| Jpmorgan Chase Bank/Euroclear Bank | Corporate Actions | 14201 Dallas Pkwy | Floor 12 - Corp Actions Dept | | Dallas | TX | 75254 | |
| JPMORGAN CHASE BANK/EUROCLEAR BANK | CORPORATE ACTIONS | SACHIN GOYAL | 500 STANTON CHRISTIANA ROAD | OPS 4, FLOOR 02 | NEWARK | DE | 19713-2107 | |
| KCG Americas LLC | Janica Brink, Vp | Corporate Actions | 545 Washington Blvd. | | Jersey City | NJ | 07310 | |
| LAURENTIAN BANK OF CANADA/CDS | FRANCESCA MAIORINO | 1981 MCGILL COLLEGE AVE | SUITE 100 | | MONTREAL | QC | BCAH3A 3K3 | CANADA |
| Lpl Financial Corporation | Corporate Actions | Kristin Kennedy | 9785 Towne Centre Drive | | San Diego | CA | 92121-1968 | |
| M1 FINANCE LLC | ATTN: CORPORATE ACTIONS | 200 N LASALLE ST STE. 800 | | | CHICAGO | IL | 60601 | |
| MACKIE RESEARCH CAPITAL CORPORATION/ | TONY RODRIGUES | SUPERVISOR | 199 BAY STREET | COMMERCE COURT WEST, SUITE 4600 | TORONTO | ON | M5L 1G2 | CANADA |
| Mackie Research Capital Corporation/CDS | Attn: Corporate Actions | 199 Bay Street | Commerce Court West, Suite 4600 | | Toronto | ON | M5L 1G2 | Canada |
| Mackie Research Capital Corporation/CDS | Attn: Vishnu Santhakumar | 199 Bay Street | Commerce Court West, Suite 4600 | | Toronto | ON | M5L 1G2 | Canada |
| MANULIFE SECURITIES INCORPORATED/CDS | SECURITIES OPERATIONS | PO BOX 1700 RPO LAKESHORE WEST | | | OAKVILLE | ON | L6K 0G7 | CANADA |
| MANULIFE SECURITIES INCORPORATED/CDS | JOSEPH CHAU | MANAGER | 85 RICHMOND STREET WEST | | TORONTO | ON | M5K 1K2 | CANADA |
| Marsco Investment Corporation/Tradeup | Mark Kadison | 101 Eisenhower Parkway | | | Roseland | NJ | 07068 | |
| MERRILL LYNCH, PIERCE FENNER & SMITH | DTC 8862 | EARL  WEEKS | 4804 DEERLAKE DR. E. | | JACKSONVILLE | FL | 32246 | |
| MERRILL LYNCH, PIERCE FENNER & | SMITH INC. -SECURITIES LENDING | EARL WEEKS | 4804 DEER LAKE DR. E. | | JACKSONVILLE | FL | 32246 | |
| Merrill Lynch, Pierce Fenner & Smith | Earl Weeks | Attn: Corporate Actions | 4804 Deer Lake Dr. E. | | Jacksonville | FL | 32246 | |
| MERRILL LYNCH, PIERCE FENNER & SMITH | EARL WEEKS | C/O MERRILL LYNCH CORPORATE ACTIONS | 4804 DEER LAKE DR. E. | | JACKSONVILLE | FL | 32246 | |
| Merrill Lynch, Pierce, Fenner & | Smith Incorporated | Earl Weeks | 4804 Deer Lake Dr E | | Jacksonville | FL | 32246 | |
| Merrill Lynch, Pierce Fenner & Smith | Earl Weeks | 4804 Dear Lake Dr E | | | Jacksonville | FL | 32246 | |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED/671 MLPF& | ATTN EARL WEEKS CORP ACTIONS | 4804 DEERLAKE DR. E. | | | JACKSONVILLE | FL | 32246 | |
| MIRAE ASSET SECURITIES (USA), INC. | CORPORATE ACTIONS | 810 7th Avenue, 37th Floor | | | New York | NY | 10019 | |
| MITSUBISHI UFJ TRUST & BANKING CORPO | EDWARD CAPLETTE | VICE PRESIDENT | 1221 AVENUE OF THE AMERICAS | 10TH FLOOR | NEW YORK | NY | 10022 | |
| MITSUBISHI UFJ TRUST & BANKING CORPORATION, | NEW YORK BRANCH | RICHARD WENSKOSKI | 420 FIFTH AVENUE | 6TH FLOOR | NEW YORK | NY | 10018 | |
| MIZUHO BANK (USA) | ROBERT DIMICK | 135 WEST 50TH STREET | 16TH FLOOR | | NEW YORK | NY | 10020 | |
| MIZUHO TRUST & BANKING CO. (USA) | ROBERT DIMICK | 135 WEST 50TH STREET | 16TH FLOOR | | NEW YORK | NY | 10020 | |
| Morgan Stanley & Co. International P | Dan Spadaccini | 901 South Bond St | 6th Fl | | Baltimore | MD | 21231 | |
| Morgan Stanley & Co. LLC | Attn: Corporate Actions | 1300 Thames Street | 7th Floor | | Baltimore | MD | 21231 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 2 of 4



**Exhibit AG**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Morgan Stanley & Co. LLC | Michelle Ford | 901 South Bond St | 6th Fl | | Baltimore | MD | 21231 | |
| MORGAN STANLEY & CO. LLC | MANSUR PRESIDENT | 1300 THAMES STREET | 5TH FL | | BALTIMORE | MD | 21231 | |
| Morgan Stanley & Co. LLC/International PLC | Corporate Actions | 901 South Bond St | 6th Fl | | Baltimore | MD | 21231 | |
| MORGAN STANLEY & CO. LLC/INTERNATIONAL PLC | MANSUR PRESIDENT CORP ACTIONS | 1300 THAMES STREET | 7TH FLOOR | | BALTIMORE | MD | 21231 | |
| Morgan Stanley Smith Barney LLC | John Barry | 1300 Thames St | 6th Floor | | Baltimore | MD | 21231 | |
| Muriel Siebert & Co., Inc. | | 15 Exchange Place Suite 800 | | | Jersey City | NY | 07302 | |
| National Financial Services LLC | Joanne Padarathsign | 499 Washington Blvd | | | Jersey City | NJ | 07310 | |
| National Financial Services LLC | Peter Closs | 499 Washington Blvd | | | Jersey City | NJ | 07310 | |
| National Financial Services LLC | Corp Actions | 200 Seaport Blvd, Z1B | | | Boston | MA | 02210 | |
| NBCN INC./CDS | ANNA MEDEIROS | CORPORATE ACTIONS | 1010 RUE DE LA GAUCHETIERE ST WEST | SUITE 1925 | MONTREAL | QC | H3B 5J2 | CANADA |
| Oppenheimer & Co. Inc. | Attn: Fran Banson | 85 Broad Street | | | New York | NY | 10004 | |
| Oppenheimer & Co. Inc. | Attn: Corporate Actions | 85 Broad Street | | | New York | NY | 10004 | |
| Oppenheimer & Co. Inc. | Oscar Mazario | 85 Broad Street | | | New York | NY | 10004 | |
| Oppenheimer & Co. Inc. | Attn: Susan Stoia | 85 Broad Street | | | New York | NY | 10004 | |
| Pershing LLC | Joseph Lavara | One Pershing Plaza | | | Jersey City | NJ | 07399 | |
| PERSHING LLC | ATTN: REGAN PALMER | CORPORATE ACTIONS | ONE PERSHING PLAZA | 10TH FLOOR | JERSEY CITY | NJ | 07399 | |
| Phillip Capital Inc. | Attn: Corporate Actions | 141 W Jackson Blvd | Suite 3050, Chicago Board of Trade Building | | Chicago | IL | 60604 | |
| PI FINANCIAL CORP./CDS | ROB MCNEIL | 666 BURRARD STREET | SUITE 1900 | | VANCOUVER | BC | V6C 3NBC | CANADA |
| PNC BANK, NATIONAL ASSOCIATION | JUANITA NICHOLS | 8800 TINICUM BLVD | MAILSTOP F6-F266-02-2 | | PHILADELPHIA | PA | 19153 | |
| Quantex Clearing, LLC | Corp Action | 70 Hudson St. Suite 5B | | | Hoboken | NJ | 07030 | |
| Quantex Clearing, LLC | Matthew Lagnese | 70 Hudson St. Suite 5B | | | Hoboken | NJ | 07030 | |
| Questrade Inc./CDS | Corporate Actions | 5650 Yonge Street | Suite 1700 | | Toronto | ON | M2M 4G3 | Canada |
| Raymond James & Associates, Inc. | Attn: Elaine Mullen | Corporate Actions | 880 Carillon Parkway | | St. Petersburg | FL | 33716 | |
| Raymond James & Associates, Inc. | Roberta Green | 880 Carilon Parkway | | | Sait Petersburg | FL | 33716 | |
| RAYMOND JAMES LTD./CDS | CORPORATE ACTIONS | PO BOX 23558 | | | ST PETERSBURG | FL | 33742-3558 | |
| RBC Capital Markets, LLC | Steve Schafer Sr | Associate | 60 S 6th St - P09 | | Minneapolis | MN | 55402-4400 | |
| RBC Capital Markets, LLC | Shannon Jones | 60 S 6th St - P09 | | | Minneapolis | MN | 55402-4400 | |
| RBC Capital Markets, LLC | Attn: Reorg Department | 60 S 5th St | | | Minneapolis | MN | 55402 | |
| RBC Dominion Securities Inc./CDS | Karen Oliveres | 200 Bay Street, 6th Floor | Royal Bank Plaza North Tower | | Toronto | ON | M5J 2W7 | Canada |
| RELIANCE TRUST COMPANY/FIS TRUSTDESK MKE | | JULIE MCGUINESS | 1100 ABERNATHY ROAD | 500 NORTHPARK BUILDING SUITE 400 | ATLANTA | GA | 30328 | |
| Robert W. Baird & Co. Incorporated | Jan Sucfeld | 777 E. Wisconsin Avenue | 19th Floor | | Milwaukee | WI | 53202 | |
| ROBINHOOD SECURITIES, LLC | CORPORATE ACTIONS | DAWN PAGLIARO | 500 COLONIAL CENTER PKWY | #100 | LAKE MARY | FL | 32746 | |
| SAFRA SECURITIES LLC | CORPORATE ACTIONS | NAMOS | 545 5TH AVENUE | | NEW YORK | NY | 10036 | |
| SANFORD C. BERNSTEIN & CO., LLC | ANITA BACTAWAR | 1 NORTH LEXINGTION AVE | C/O RIDGE | | WHITE PLAINS | NY | 10601 | |
| SCOTIA CAPITAL INC./CDS | CORPORATE ACTIONS | LUISA DOMINGUES | 40 KING STREET W | | TORONTO | ON | M5H1H1 | CANADA |
| SCOTIA CAPITAL INC./CDS | LILIAN NIE | CORPORATE ACTIONS | 40 KING STREET W | 23RD FLOOR | TORONTO | ON | M5H1H1 | CANADA |
| Sei Private Trust Company/c/o Gwp | Eric Greene | One Freedom Valley Drive | | | Oaks | PA | 19456 | |
| SEI PRIVATE TRUST COMPANY/C/O GWP | DIANA  MASON | CORPORATE ACTIONS | 1 FREEDOM VALLEY DRIVE | | OAKS | PA | 19456 | |
| Sg Americas Securities, LLC | Paul Mitsakos | 480 Washington Blvd. | | | Jersey City | NJ | 07310 | |
| SG AMERICAS SECURITIES, LLC | CHARLES  HUGHES | 480 WASHINGTON BLVD | | | JERSEY CITY | NJ | 07310 | |
| State Street Bank & Trust/State Stre | Joseph J. Callahan | Global Corp Action Dept Jab5W | P.O. Box 1631 | | Boston | MA | 02105-1631 | |
| State Street Bank & Trust/State Street Totaletf | Global Corp Action Dept Jab5W | Robert Ray / Joseph J. Callahan | P.O. Box 1631 | | Boston | MA | 02105-1631 | |
| State Street Bank & Trust/State Street Totaletf | Global Corp Action Dept Jab5W | Email Proxy Contact | 1776 Heritage Dr | | North Quincy | MA | 02171 | |
| State Street Bank and Trust Company | Proxy Services | | Christine Sullivan; Jerry Parrilla | 1776 Heritage Dr. | North Quincy | MA | 02171 | |
| STATE STREET BANK AND TRUST COMPANY | DEUTSCHE BANK FRANKFURT | KAREN T JOHNDROW | 1776 HERITAGE DRIVE | | NORTH QUINCY | MA | 02171 | |
| STATE STREET BANK AND TRUST COMPANY | PROXY SERVICES | 1776 HERITAGE DR | | | NORTH QUINCY | MA | 02171 | |
| STATE STREET BANK AND TRUST COMPANY/ | KAREN T JOHNDROW | 1776 HERITAGE DRIVE | | | NORTH QUINCY | MA | 02171 | |
| Sterne, Agee & Leach, Inc. | Ken Simpson, James Mezrano | 2 Perimeter Park | Suite 100W | | Birmingham | AL | 35209 | |
| STERNE, AGEE & LEACH, INC. | ATTN: JUSTIN WOODHAM | CORPORATE ACTIONS | 2 PERIMETER PARK SOUTH | SUITE 100W | BIRMINGHAM | AL | 35243 | |
| Stifel, Nicolaus & Company, Incorporated | c/o Mediant Communications | 200 Regency Forest Drive | | | Cary | NC | 27518 | |
| Stifel, Nicolaus & Company, Incorporated | Attn: Zachary J. Resmann | 501 N Broadway | | | St. Louis | MO | 63102 | |
| STIFEL, NICOLAUS & COMPANY, INCORPORATED | 501 N BROADWAY | | | | ST LOUIS | MO | 63102 | |
| STIFEL, NICOLAUS & COMPANY, INCORPORATED | ATTN: TINA SCHWEITZER | 501 N BROADWAY | 501 N BROADWAY | | ST. LOUIS | MO | 63102 | |
| STIFEL, NICOLAUS & COMPANY, INCORPORATED | ATTN: CHRIS WIEGAND | 501 N BROADWAY | ONE FINANCIAL PLAZA | | ST. LOUIS | MO | 63102 | |
| Stockcross Financial Services, Inc. | Attn: Corporate Actions, Loretta Racer | 1900 St. James Place #120 | | | Houston | TX | 77056 | |
| Stockcross Financial Services, Inc. | Diane Tobey | 77 Summer Street | | | Boston | MA | 02110 | |
| Stockcross Financial Services, Inc. | Attn: Kimberley Dehn | 1900 St. James Place #120 | | | Houston | TX | 77056 | |
| STOCKCROSS FINANCIAL SERVICES, INC. | CORPORATE ACTIONS | 9464 WILSHIRE BLVD. | | | BEVERLY HILLS | CA | 90212 | |
| STOCKCROSS FINANCIAL SERVICES, INC. | ATTN: LISA BRUNSON | 9464 WILSHIRE BLVD. | P.O. Box 1631 | | BEVERLY HILLS | CA | 90212 | |
| SUMITOMO MITSUI TRUST BANK (U.S.A.) LIMITED | BETH CUMMINGS | 111 RIVER STREET | | | HOBOKEN | NJ | 07030 | |
| TD Ameritrade Clearing, Inc. | Anh Mechals | 200 S. 108th Avenue | | | Omaha | NE | 68154 | |
| TD Ameritrade Clearing, Inc. | Mandi Foster | 1005 N. Ameritrade Place | | | Bellevue | NE | 68005 | |
| TD Ameritrade Clearing, Inc. | Kevin Strine | 4211 S. 102nd Street | | | Omaha | NE | 68127 | |
| TD AMERITRADE CLEARING, INC. | ATTN: CORP ACTIONS | SUZANNE  BROUD | 200 S. 108TH AVENUE | | OMAHA | NE | 68154 | |
| TD Waterhouse Canada Inc./CDS | Yousuf Ahmed | 77 Bloor Street West | 3rd Floor | | Toronto | ON | M4Y 2T1 | Canada |
| TEXAS TREASURY SAFEKEEPING TRUST COMPANY | JANIE DOMINGUEZ | 208 E. 10TH STREET | ROOM 410 | | AUSTIN | TX | 78701 | |
| The Bank of New York Mellon | Corp Actions | 525 William Penn Place | Suite 153-0400 | | Pittsburgh | PA | 15259 | |
| The Bank of New York Mellon | Charles Stanleyand Company, Limited | Michael Kania - Vice President | 525 William Penn Place | | Pittsburgh | PA | 15259 | |
| The Bank of New York Mellon | Jennifer May | 525 William Penn Place | Suite 153-0400 | | Pittsburgh | PA | 15259 | |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 3 of 4

Debtors' Exhibit No. 16
Page 347 of 493



**Exhibit AG**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| THE BANK OF NEW YORK MELLON | CELESTE  MORRIS | 500 GRANT STREET | ROOM 151-2610 | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | MELLON TRST OF NEW ENGLAND, NATIONAL ASSOC. | CORP ACTIONS | 525 WILLIAM PENN PLACE | SUITE 0400 | PITTSBURGH | PA | 15259 | |
| THE NORTHERN TRUST COMPANY | ATTN: CORPORATE ACTIONS | RYAN  CHISLETT | 801 S CANAL STREET | | CHICAGO | IL | 60607 | |
| THE NORTHERN TRUST COMPANY | ANDREW  LUSSEN | ATTN: CAPITAL STRUCTURES-C1N | 801 S CANAL STREET | | CHICAGO | IL | 60607 | |
| Tradestation Securities, Inc. | Attn: Andrea Augustin | Corporate Actions | 8050 SW 10th St | | Plantation | FL | 33324 | |
| Tradestation Securities, Inc. | Attn: David Bialer | 8050 SW 10th Street | Suite 400 | | Plantation | FL | 33324 | |
| Tradeup Securities, Inc. | | 101 Eisenhower Parkway | | | Roseland | NJ | 07068 | |
| U.S. Bancorp Investments, Inc. | Attn: Cherice Tveit | 60 Livingston Ave | | | St. Paul | MN | 55107 | |
| U.S. Bancorp Investments, Inc. | Kevin Brown | Assistant Vice President | 60 Livingston Ave | | St. Paul | MN | 55107-1419 | |
| U.S. Bancorp Investments, Inc. | Attn: Reorg Department | 60 Livingston Ave | | | St. Paul | MN | 55107 | |
| U.S. Bank N.A. | Stephanie Kapta | 1555 N Rivercenter Drive | Suite 302 | | Milwaukee | WI | 53212 | |
| UBS AG STAMFORD BRANCH | AS CUSTODIAN FOR UBSAG LONDON BRANCH | GREGORY CONTALDI - DIRECTOR | 1000 HARBOR BLVD - 5TH FLOOR | | WEEHAWKEN | NJ | 07086 | |
| UBS AG STAMFORD BRANCH/AS CUSTODIAN | GREGORY CONTALDI | DIRECTOR | 1000 HARBOR BLVD - 5TH FLOOR | | WEENHAWKEN | NJ | 07086 | |
| UBS Financial Services Inc. | Jane Flood | 1000 Harbor Blvd | | | Weehawken | NJ | 07086 | |
| UBS Financial Services Inc. | Attn: Corporate Actions | 1000 Harbor Drive | | | Weehawken | NJ | 07086 | |
| UBS Securities LLC | Gregory Contaldi | Director | 1000 Harbor Blvd - 5th Floor | | Weenhawken | NJ | 07086 | |
| Vanguard Marketing Corporation | | 100 Vanguard Boulevard | | | Malvern | PA | 19355 | |
| Vanguard Marketing Corporation | | PO Box 1170 | | | Valley Forge | PA | 19482-1170 | |
| Vanguard Marketing Corporation | Attn: Ben Beguin | 14321 N. Northsight Boulevard | | | Scottsdale | AZ | 85260 | |
| Velox Clearing LLC | | 2400 E Katella Ave | | | Anaheim | CA | 92806 | |
| Virtu Americas LLC | Janica Brink | VIce President | 545 Washington Blvd. | | Jersey City | NJ | 07310 | |
| Virtu Americas LLC | Janica Brink | VIce President | 165 Broadway | | New York | NY | 10006 | |
| Vision Financial Markets LLC | Ana Martinez | Corporate Actions | 4 High Ridge Park | | Stamford | CT | 06804 | |
| Vision Financial Markets LLC | Ana Martinez | 120 Long Ridge Road | 3 North | | Stamford | CT | 06902 | |
| Wedbush Securities Inc. | Alan Ferreira | P.O. Box 30014 | | | Los Angeles | CA | 90030 | |
| Wedbush Securities Inc. | Donna Wong | 1000 Wilshire Blvd | | | Los Angeles | CA | 90030 | |
| Wedbush Securities Inc./P3 | Alan Ferreira | 1000 Wilshire Blvd | Suite #850 | | Los Angeles | CA | 90030 | |
| WELLS FARGO CLEARING SERVICES LLC | PROXY DEPARTMENT | 1 N JEFFERSON AVE | | | ST. LOUIS | MO | 63103 | |
| WESBANCO BANK, INC. | SUSAN KOVAL | ONE BANK PLAZA | | | WHEELING | WV | 26003 | |
| WILSON-DAVIS & CO., INC. | BILL WALKER | 236 SOUTH MAIN STREET | | | SALT LAKE CITY | UT | 84101 | |

# **Exhibit AH**



**Exhibit AH**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 2008 PITZAK FAMILY TRUST | DTD 06/02/2008 CHRISTOPHER | ADDRESS REDACTED | | | | | 92673-7020 | |
| 2ME6 | C/O CHARLES SCHWAB INV MGMT | 9875 SCHWAB WAY | | | LONE TREE | CO | 80124-5377 | |
| 7 NOB HILL LLC | D. KENT LANCE JR. MBR | ATTN: D, KENT LANCE, JR | HPI REAL ESTATE & INVESTMENTS | 3700 N CAP OF TX HWY, STE 420 | AUSTIN | TX | 78746-3454 | |
| A. SPECTOR CAPITAL, LLC | | 801 S RAMPART BLVD, STE 200 | | | LAS VEGAS | NV | 89145-4898 | |
| ABIGAIL E. JONES | | ADDRESS REDACTED | | | | | | |
| ADALYN G. JACKSON | MADLINE KITTS | ADDRESS REDACTED | | | | | | |
| ADAM BRANCH | | ADDRESS REDACTED | | | | | | |
| ADAM CHEEK | | ADDRESS REDACTED | | | | | | |
| ADAM FRANK MASON | | ADDRESS REDACTED | | | | | | |
| ADAM OLSON | TOD DTD 04/13/2021 | ADDRESS REDACTED | | | | | | |
| ADRIAN ROBERT MERCIECA | | ADDRESS REDACTED | | | | | | |
| AG 2021 GST EXEMPT TRUST | DTD 12/20/2021 | ADDRESS REDACTED | | | | | | |
| AIMEE AND FRANK BATTEN JR | FOUNDATION | ADDRESS REDACTED | | | | | | |
| ALBERT C ELLENBURG | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| ALBERT O. FINNELL | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| ALBERTO FREIRE | | ADDRESS REDACTED | | | | | | |
| ALEXANDER ARMSTRONG | ASHLEY ARMSTRONG JTWROS | ADDRESS REDACTED | | | | | | |
| ALEXANDER BENJAMIN SPIRO | KATHERINE SPIRO JT TEN | ADDRESS REDACTED | | | | | | |
| ALICE E FORD | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| ALICIA CHAMBERLIN | | ADDRESS REDACTED | | | | | | |
| ALLISON ADAMS | TOD BENEFICIARY ACCOUNT | ADDRESS REDACTED | | | | | | |
| ALLSPRING GLOBAL INVESTMENTS LLC | AI26424500 | 525 MARKET ST FL 10 | | | SAN FRANCISCO | CA | 94105-2718 | |
| AMBER L HYLTON CUSTODIAN | FBO CONRAD C HYLTON | ADDRESS REDACTED | | | | | | |
| AMBER L HYLTON CUSTODIAN | FBO FRANCESCA L HYLTON | ADDRESS REDACTED | | | | | | |
| AMY J HOESE | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| AMY R WEEMS | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| AMY R WEEMS | ROTH IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| AMY R WEEMS | SIMPLE IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| AMY R. WEEMS | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| AMY R. WEEMS | ROTH IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| AMY R. WEEMS LIVING TRUST | DTD 01/24/2012 | ADDRESS REDACTED | | | | | | |
| ANDREW & SARA FIKES TTEES; | THE FIKES FAMILY 2007 TRUST | ADDRESS REDACTED | | | | | | |
| ANDREW J AMBRO | | ADDRESS REDACTED | | | | | | |
| ANDREW WILLIAM STUART | | ADDRESS REDACTED | | | | | | |
| ANNA D CLEVER | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| Anthony Ginesi TTEE | Anthony L Ginesi Rev Trust | ADDRESS REDACTED | | | | | | |
| ANTHONY MCCOY | | ADDRESS REDACTED | | | | | | |
| ANTONIO M. CASTAINCA | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| AON TRUST COMPANY TTEE | SIEMENS WIND POWER SVGS PLAN | ADDRESS REDACTED | | | | | | |
| ARKEA DIRECT BANK | -OPTIONS/EQUITIES OMNIBUS ACNT- | 100, BOULEVARD DU SOUVERAIN | 1170 BRUXELLES | | | | | BELGIUM |
| ARTHUR L. WILLIAMS | JACQUELINE L. WILLIAMS JTWROS | ADDRESS REDACTED | | | | | | |
| ASHWANI RATHOR | INDIVIDUAL(K)-PERSHING AS CUST | ADDRESS REDACTED | | | | | | |
| AUSTIN CARR | SALLY CARR JTWROS | ADDRESS REDACTED | | | | | | |
| AXA001-JPM ACCOUNT | C/O KINETICS ASSET MGMT | 470 PARK AVE SOUTH | 3RD FLOOR | | NEW YORK | NY | 10016-6957 | |
| AXOS CLEARING | LOANNET | 15950 WEST DODGE ROAD | SUITE 300 | | OMAHA | NE | 68118-4007 | |
| AXOS CLEARING | SECURITIES LENDING/BORROWING | 15950 WEST DODGE ROAD | SUITE 300 | | OMAHA | NE | 68118-4007 | |
| AXOS CLEARING | SUSPENSE/P & S UNCOMPARED | 15950 WEST DODGE ROAD | SUITE 300 | | OMAHA | NE | 68118-4007 | |
| AXOS CLEARING LLC | FAO BROAD STREET CAP MKTS | 15950 WEST DODGE ROAD | SUITE 300 | | OMAHA | NE | 68118-4007 | |
| BANCO COMERCIAL PORTUGUES SA | -SINGLE ACCOUNT AGENCY- | PRACA D. JOAO I, 28 | 4000-295 | PORTO, PORTUGAL | | | | PORTUGAL |
| BANK OF OKLAHOMA TR DIV | ATTN PATTI ROBERTSON | P O BOX 2300 | | | TULSA | OK | 74102-2300 | |
| BANK VONTOBEL | ATTN BANK VONTOBEL AG | DREIKONGSTRASSE 37 | ZURICH | | | | | ZURICH |
| BARBARA A. SEGOVIS | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| BARBARA C LUCAS | TOD DTD 03/07/2022 | ADDRESS REDACTED | | | | | | |
| BARBARA MH DAIGNEAULT | ROBERT A DAIGNEAULT JT TEN | ADDRESS REDACTED | | | | | | |
| BARCLAYS CAPITAL | FAO ALYESKA INVESTMENT GROUP LP | LP HLMSTR-BC-US | ATTN PRIME BROKER SVCS | 745 7TH AVE | NEW YORK | NY | 10019-6801 | |
| BARCLAYS CAPITAL INC PB | POINT72 ASSET MANAGEMENT LP | ATTN PRIME BROKER ACCOUNT | | | NEW YORK | NY | 10019-6801 | |
| BARRY D TULLOCK | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| BARRY D TULLOCK & | ROBIN TULLOCK TEN ENT | ADDRESS REDACTED | | | | | | |
| BARRY SLOANE REVOCABLE TRUST | BARRY SLOANE TTEE | ADDRESS REDACTED | | | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 1 of 20



**Exhibit AH**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| BASIL JOSHUA SHER | YAEL DAFNA SHER JT TEN | ADDRESS REDACTED | | | | | | |
| BEHREN INVESTMENTS, LLC. | | 13745 SW 104TH CT | | | MIAMI | FL | 33176-6678 | |
| BENJAMIN J. GAGNON | | ADDRESS REDACTED | | | | | | |
| BENJIE L COX | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| BENJIE L. COX IRREVOCABLE TRUS | TRUST DTD 02/28/12 | ADDRESS REDACTED | | | | | | |
| BENNA R FRANKLIN | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| BERT R. ARROWOOD | LAUREN ARROWOOD JTWROS | ADDRESS REDACTED | | | | | | |
| BETTY C MCNEESE | | ADDRESS REDACTED | | | | | | |
| BEVERLY C SULLIVAN | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| BHARGAV THEERTHAM | | ADDRESS REDACTED | | | | | | |
| BINGBOYS TRUST | U/A DTD 11/01/2013 | ADDRESS REDACTED | | | | | | |
| BKB HOLDINGS I LLC | ATTN: DREW BROWNSTEIN | 95 SOUTH BELLAIRE STREET | | | | | | |
| BLACKROCK FINANCIAL MGMT | A/C TSFSXMRT | 448 BROADWAY | | | | | | |
| BLACKROCK INVESTMENTS | XMART | 448 BROADWAY | | | | | | |
| BMO ASSET MANAGEMENT CORP | HARRIS TRUST & SAVINGS BAN | A/C HARCU | 115 S LA SALLE ST FL 11 | | CHICAGO | IL | 60603-3865 | |
| BMO CAPITAL MARKETS CORP | | 3 TIMES SQUARE, 28TH FLOOR | | | NEW YORK | NY | 10036-6591 | |
| BNY MELLON AS TTEE | NOKIA SAVINGS/401(K) PLAN | ADDRESS REDACTED | | | | | | |
| BNY MELLON AS TTEE | NOKIA SAVINGS/401(K) PLAN | ADDRESS REDACTED | | | | | | |
| BOBBY J REED | SEP IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| BOBBY J REED (D) | | ADDRESS REDACTED | | | | | | |
| BOK FINANCIAL TTEE | BOK FINANCIAL 401(K) PLAN-SDO | ADDRESS REDACTED | | | | | | |
| BRADLEY W BARNARD | SIMPLE IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| BRANDON BUSCHMANN | | ADDRESS REDACTED | | | | | | |
| BRANDON S BINKLEY | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| BRANDON S BINKLEY & | HOLLIE BINKLEY TEN ENT | ADDRESS REDACTED | | | | | | |
| BRAUNE BOSHOFF SUPERANNUATION | FUND UAD 08/19/21 | ADDRESS REDACTED | | | | | | |
| BRENDA C KNIGHT | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| BRENDA M HOWARD | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| BRENDA S WADDELL | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| BRENDA WADDELL CUSTODIAN FBO | KALEE A DELOTTO UTMA/TN | ADDRESS REDACTED | | | | | | |
| BRENT CHRISTOPHER BERGE 2012 | TR UAD 12/24/2012 UAD 12/24/12 | ADDRESS REDACTED | | | | | | |
| BRETT P WILZBACH | | ADDRESS REDACTED | | | | | | |
| BRETT R. KEITH | | ADDRESS REDACTED | | | | | | |
| BRIAN A COX | | ADDRESS REDACTED | | | | | | |
| BRIAN A COX | SIMPLE IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| BRIAN L JOHNSON | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| BRIAN M BROWN | JESSICA C BROWN JT TEN | ADDRESS REDACTED | | | | | | |
| BRITTANY ROSENTHAL | | ADDRESS REDACTED | | | | | | |
| BRONSON J CARTER & | SHEILA CARTER TEN ENT | ADDRESS REDACTED | | | | | | |
| BROOKE A RYAN | | ADDRESS REDACTED | | | | | | |
| BROOKE R HUFF | | ADDRESS REDACTED | | | | | | |
| BRYAN A SHELTON | | ADDRESS REDACTED | | | | | | |
| BRYAN J LURIE | MICHELLE LURIE COMM PROP | ADDRESS REDACTED | | | | | | |
| CALIFORNIA STATE TEACHER RET SYS | CALSTRS R3000 | 100 WATERFRONT PL | | | W SACRAMENTO | CA | 95605-2807 | |
| CAMERON I BECK | GRAYSON D BECK TTEES | ADDRESS REDACTED | | | | | | |
| CAMERON I BECK | GRAYSON D BECK TTEES | ADDRESS REDACTED | | | | | | |
| CAMERON I BECK TTEE AND | KIM M BECK TTEE | ADDRESS REDACTED | | | | | | |
| CARL C. SHELTON | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| CARL C. SHELTON | MARIE J. SHELTON  TEN ENT | ADDRESS REDACTED | | | | | | |
| CARL R DELSORBO | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| CARL R DELSORBO & | CHRISTA DELSORBO TEN ENT | ADDRESS REDACTED | | | | | | |
| CARLOS ALBERTO DE LIMA CASTILHO | TOD DTD 03/10/2021 | ADDRESS REDACTED | | | | | | |
| CAROL C BLACK | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| CAROL SCHANKERELI OR KEMAL | SCHANKERELI TTEES CAROL | ADDRESS REDACTED | | | | | | |
| Caroline Ann Flohr Brooks Living | UAD 11/05/09 | ADDRESS REDACTED | | | | | | |
| CAROLYN FORBES | TOD DTD 09/06/2022 | ADDRESS REDACTED | | | | | | |
| CARROLL D CRUM & | MABLE CRUM TEN ENT | ADDRESS REDACTED | | | | | | |
| CASEY KEYES | | ADDRESS REDACTED | | | | | | |
| CATHLEEN REDUS | SOLE & SEPARATE PROPERTY | ADDRESS REDACTED | | | | | | |
| CELESTE L. LEMIEUX | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| CELESTE L. LEMIEUX | ROTH IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| CENTER FOR ORTHOPAEDICS AND TTEE | CENTER FOR ORTHOPAEDICS AND SPIN | ADDRESS REDACTED | | | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit AH**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| CENTER FOR ORTHOPAEDICS AND TTEE | CENTER FOR ORTHOPAEDICS AND SPIN | ADDRESS REDACTED | | | | | | |
| CENTER FOR ORTHOPAEDICS AND TTEE | CENTER FOR ORTHOPAEDICS AND SPIN | ADDRESS REDACTED | | | | | | |
| CENTER FOR ORTHOPAEDICS AND TTEE | CENTER FOR ORTHOPAEDICS AND SPIN | ADDRESS REDACTED | | | | | | |
| CHAD A PILATSKY | | ADDRESS REDACTED | | | | | | |
| CHANC M JACKSON & | SUSAN JACKSON TEN ENT | ADDRESS REDACTED | | | | | | |
| CHARLES H COBBLE | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| CHARLES SCHWAB INV MGMT | SCHWAB SMALL-CAP INDEX FUND | 211 MAIN STREET | | | SAN FRANCISCO | CA | 94105-1905 | |
| CHARLES SCHWAB INVEST MGMT INC | SCHWAB US SMALL-CAP ETF | 150 S WACKER DR | | | CHICAGO | IL | 60606-4103 | |
| CHARLES SCHWAB INVESTMENT MANAGE | SCHWAB SMALL-CAP INDEX FUND | 150 S WACKER DR | | | CHICAGO | IL | 60606-4103 | |
| CHARLES SCHWAB INVST MGMT INC | SCHWAB SMALL-CAP INDEX FUND | 211 MAIN STREET | | | SAN FRANCISCO | CA | 94105-1905 | |
| CHATEAU ARLINGTON, LLC | | 1400 MORSE AVE | | | ELK GROVE VLG | IL | 60007-5722 | |
| CHELSIE JENNA BARNES | ROTH IRA | ADDRESS REDACTED | | | | | | |
| CHINA MERCHANTS SECURITIES 30% | 48/F., | ONE EXCHANGE SQUARE, | CENTRAL | | DALLAS | TX | 75205-15 | |
| CHRISTA O DELSORBO | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| CHRISTA O DELSORBO | ROTH IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| CHRISTINA M. KNOX | ROLLOVER IRA | ADDRESS REDACTED | | | | | | |
| CHRISTINE T PALLADINO TOD | | ADDRESS REDACTED | | | | | | |
| CHRISTINE T. PALLADINO | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| CHRISTOPHER A AYRES | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| CHRISTOPHER MARSHALL | | ADDRESS REDACTED | | | | | | |
| CHRISTOPHER NEEME | TOD DTD 09/18/2015 | ADDRESS REDACTED | | | | | | |
| CHRISTOPHER R COTTEN | WHITNEY COTTEN TEN COMM | ADDRESS REDACTED | | | | | | |
| CINDY R KLEPPER | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| CITI -210744 | C/O MERITZ SECURITIES CO LTD | ADDRESS REDACTED | | | | | | |
| CITI BANK | C/O BANK LEUMI LE-ISRAEL B.M | ADDRESS REDACTED | | | | | | |
| CITI RETIREMENT ACCOUNT | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| CITI RETIREMENT ACCOUNT | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| CITI RETIREMENT ACCOUNT | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| CITI RETIREMENT ACCOUNT | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| CITI RETIREMENT ACCOUNT | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| CITIGROUP GLOBAL MARKETS | F/A/O:  DAVIDSON KEMPNER | ATTN PRIME BROKER ACCOUNT | 390 GREENWICH STREET | NEW YORK NY 10013-2362 | NEW YORK | NY | 10013-2362 | |
| CITIGROUP GLOBAL MARKETS | POINT72 ASSET | ATTN PRIME BROKER ACCOUNT | 390 GREENWICH ST | | NEW YORK | NY | 10013-2362 | |
| CLARE AND JOSEPH THOMASON | LIVING TRUST UAD 06/14/22 | ADDRESS REDACTED | | | | | | |
| CLEVA B CLAIBORNE | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| CLEVA B CLAIBORNE | ROTH IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| CLEVA B CLAIBORNE | SIMPLE IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| CLYDE S KELLY JR REV LIVING TRU | ROSE L KELLY REVOCABLE LIVING TR | ADDRESS REDACTED | | | | | | |
| COBALT REVOCABLE TRUST | UAD 12/31/12 | ADDRESS REDACTED | | | | | | |
| COLBY B. SHELTON | STEFHAN SHELTON | ADDRESS REDACTED | | | | | | |
| COLIN H ZIZZI 401K PLAN | COLIN H ZIZZI TTEE | ADDRESS REDACTED | | | | | | |
| COLLEEN KELLY HEARTSILL | TRADITIONAL IRA | ADDRESS REDACTED | | | | | | |
| CONNIE J COBBLE | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| CORY G HOOPES TTEE | CHRISTINE MARIE HOOPES TTEE | ADDRESS REDACTED | | | | | | |
| COURTESY PROPERTIES, LLC | | 1636 DOGWOOD DR SE | | | CONYERS | GA | 30013-5042 | |
| Craig S Kinard | | ADDRESS REDACTED | | | | | | |
| CRAIG S VANLEY | TRADITIONAL IRA | ADDRESS REDACTED | | | | | | |
| CRAWFORD HOYT BLEAKLEY JR. | | ADDRESS REDACTED | | | | | | |
| CROMWELL S. BAUN | | ADDRESS REDACTED | | | | | | |
| CUTCHOGUE POINT AP LLC | | 109 CURACAO LN | | | BONITA SPGS | FL | 34134-8510 | |
| CXVS LL | | 3527 CUPECOY POINT AVE | | | LAS VEGAS | NV | 89141-3237 | |
| CYNDA G. IRVING | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| CYNTHIA ERDLE | | ADDRESS REDACTED | | | | | | |
| CYW SMSF | UAD 10/27/21 | ADDRESS REDACTED | | | | | | |
| D KERRY CRENSHAW TRUST | UAD NOV 9 1984 UAD 11/09/84 | ADDRESS REDACTED | | | | | | |
| D. MICHAEL VAN KONYNENBURG & | CLAIRE A VAN KONYNENBURG TTEES | ADDRESS REDACTED | | | | | | |
| DALE A DYKSTRA | | ADDRESS REDACTED | | | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 3 of 20



**Exhibit AH**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| DALJIT SINGH | | ADDRESS REDACTED | | | | | | |
| DAN MCCORMICK & | MARILYN MCCORMICK JTWROS | ADDRESS REDACTED | | | | | | |
| DANA W MCCOY | | ADDRESS REDACTED | | | | | | |
| DANA W. MCCOY | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| DANA W. MCCOY | ROTH IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| DANIEL E SHRADER | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| DANIEL E SHRADER | ROTH IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| DANIEL E SHRADER & | MEREDITH SHRADER TEN ENT | ADDRESS REDACTED | | | | | | |
| DANIEL F MARCUS | PATRICIA F. MARCUS | ADDRESS REDACTED | | | | | | |
| DANIEL G CROCKETT 2017 | IRREVOCABLE TRUST | ADDRESS REDACTED | | | | | | |
| DANIEL GREENBERG | SOLE & SEP PROPERTY | ADDRESS REDACTED | | | | | | |
| DANIEL J WHITE | ALICIA L WHITE JT TEN | ADDRESS REDACTED | | | | | | |
| DANIEL J WHITE ALICIA L WHITE JT | TEN, PLEDGED COLLATERAL ACCOUNT | ADDRESS REDACTED | | | | | | |
| DANIEL KUBES | KELLY KUBES | ADDRESS REDACTED | | | | | | |
| DANIEL MATTEI | | ADDRESS REDACTED | | | | | | |
| DANIEL P HERUTH | RIKA R HERUTH JT TEN | ADDRESS REDACTED | | | | | | |
| DANNY E CARLYLE | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| DARRELL ROSENTHAL | TRADITIONAL IRA | ADDRESS REDACTED | | | | | | |
| DARREN JOHN GEITZ | | ADDRESS REDACTED | | | | | | |
| DAVE & DENISE LAMP LIVING TR | U/T/A DATED 12/13/2013 | ADDRESS REDACTED | | | | | | |
| DAVID C BECKER | TOD BENEFICIARY ON FILE | ADDRESS REDACTED | | | | | | |
| DAVID DEVORKIN | PAULINE DEVORKIN COMM PROP | ADDRESS REDACTED | | | | | | |
| DAVID GRAHAM BRIDGES | | ADDRESS REDACTED | | | | | | |
| DAVID H DOTSON | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| DAVID JERVASI | TOD DTD 04/22/2022 | ADDRESS REDACTED | | | | | | |
| DAVID K WEEMS | BENE IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| DAVID K WEEMS | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| DAVID K WEEMS | ROTH IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| DAVID K WEEMS | SIMPLE IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| DAVID K. WEEMS | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| DAVID K. WEEMS | SIMPLE IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| DAVID L LAMASTERS | ROLLOVER IRA | ADDRESS REDACTED | | | | | | |
| DAVID M RAMOS | TOD DTD 02/17/2015 | ADDRESS REDACTED | | | | | | |
| DAVID M. MULLERT | | ADDRESS REDACTED | | | | | | |
| David M. Young | Rollover IRA | ADDRESS REDACTED | | | | | | |
| DAVID MICHAEL WALDEN | | ADDRESS REDACTED | | | | | | |
| DAVID POST | | ADDRESS REDACTED | | | | | | |
| DAVID R GEORGE | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| DAVID ROY | ROLLOVER IRA | ADDRESS REDACTED | | | | | | |
| DB FINANCIAL INVESTMENT | 32 GUKJEGEUMYUNG-RO 8-GIL | YEONGDEUNGPO-GU | 6F, DONGBU SECURITIES BLDG. | | SEOUL | | | REPUBLIC OF KOREA |
| DBS VICKERS (HONG KONG) LIMITED | SUB A/C DBS BANK (HONG KONG) | LIMITED | 18/F MAN YEE BUILDING | 68 DES VOEUX ROAD CENTRAL | | | | HONG KONG |
| DBS VICKERS (HONG KONG) LTD | SINGLE ACCOUNT AGENCY | UNDOC-CLIENTS | 18/F MAN YEE BUILDING | 68 DES VOEUX ROAD CENTRAL | CENTRAL HONG KONG | | | HONG KONG |
| DBS VICKERS SECURITIES | (SINGAPORE) PTE LTD | 12 MARINA BOULEVARD #10-01 | MARINA BAY FINANCIAL CENTRE | TOWER 3 SINGAPORE  018982 | | | | SINGAPORE |
| DBS VICKERS SECURITIES (SG) P L | A/C DBS BANK A/C PRIVATE BANKING | 12 MARINA BOULEVARD TOWER 3 | DBS ASIA CENTRAL @MBFC #10-00 | SINGAPORE 018982(CP NO:MBFC0069) | | | | SINGAPORE |
| DEBBIE S PACK | BENE IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| DEBORAH A JOHNSON | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| DEBORAH J STACEY | TOD DTD 07/26/2019 | ADDRESS REDACTED | | | | | | |
| DEBRA D OVERACKER | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| DEBRA D OVERACKER | ROTH IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| DELAINE L. FRANCO | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| DEMETRA C COLLINS | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| DENNIS C BURNS | ROTH IRA | ADDRESS REDACTED | | | | | | |
| DERRICK ROBERTS | AMANDA ROBERTS JT TEN | ADDRESS REDACTED | | | | | | |
| DESJARDINS SECURITIES INC | CANADIAN EX CLEARING | C/O ALEXANDRE MAILHOT | 1170 PEEL STREET SUITE 300 3E | | MONTREAL | QC | H3B 0A9 | CANADA |



**Exhibit AH**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| DESJARDINS SECURITIES INC | -FIO FLIP DTC#5028- | C/O ALEXANDRE MAILHOT | 1170 PEEL STREET SUITE 300 3E | | MONTREAL | QC | H3B 0A9 | CANADA |
| DEVIN D BROWN | TOD DTD 08/01/2022 | ADDRESS REDACTED | | | | | | |
| DIANE BODOFSKY | TOD BENEFICIARY | ADDRESS REDACTED | | | | | | |
| DIMITRY TIKHONOV | ERICA TIKHONOV JT TEN | ADDRESS REDACTED | | | | | | |
| DMG 2021 MILLENNIUM TRUST | DTD 03/15/2021 | ADDRESS REDACTED | | | | | | |
| DOMINIQUE BAYU ANTHONY MULLER | | ADDRESS REDACTED | | | | | | |
| DONALD E CLAIBORNE | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| DONALD E CLAIBORNE | ROTH IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| DONALD E CLAIBORNE | SIMPLE IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| Donald Glenn Elzey | TOD DTD 02/03/07 | ADDRESS REDACTED | | | | | | |
| DONALD W. JENKINS | DORIS JENKINS JTWROS | ADDRESS REDACTED | | | | | | |
| DONALD W. JENKINS | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| DONNA L DICK | SIMPLE IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| DORIS J JENKINS | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| DOTTIE J. NICKELS JEFFERS | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| DOTTIE J. NICKELS JEFFERS | ROTH IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| DOUGLAS ABRAMS 2014 REVOCABLE TR | UAD 12/09/14 | ADDRESS REDACTED | | | | | | |
| DOUGLAS ALLEN HAMILTON | | ADDRESS REDACTED | | | | | | |
| DOUGLAS C. JENNINGS | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| DOUGLAS H CALLAN | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| DOUGLAS H CALLAN & | PATTY CALLAN TEN ENT | ADDRESS REDACTED | | | | | | |
| DOUGLAS MARC ABRAMS | | ADDRESS REDACTED | | | | | | |
| DWIGHT DEAN FRAEDRICH | TOD DTD 02/02/2021 | ADDRESS REDACTED | | | | | | |
| E G BLEAKLEY IRREV GST TR FBO J | F BLEAKLEY JR UAD 11/06/00 | ADDRESS REDACTED | | | | | | |
| EDGEWOOD GROUP EXEMPTION TRUST | DTD 08/02/19 | ADDRESS REDACTED | | | | | | |
| EDMOND R COXE JR | NATALIE H COXE JT TEN | ADDRESS REDACTED | | | | | | |
| EDNA S FRANKLIN | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| EDUARDO C FERNANDEZ | | ADDRESS REDACTED | | | | | | |
| EDWARD J BELANGER AND | KARLA LIJANA JTWROS | ADDRESS REDACTED | | | | | | |
| EDWIN L. MOORE | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| ELAINE KILGORE | TRADITIONAL IRA | ADDRESS REDACTED | | | | | | |
| ELIAS FARHAT | 1801 N PEARL ST NO 1610 | ADDRESS REDACTED | | | | | | |
| ELIAS FARHAT | SEP-IRA | ADDRESS REDACTED | | | | | | |
| ELIZABETH BROWN | TOD DTD 07/12/2018 | ADDRESS REDACTED | | | | | | |
| ELIZABETH D STEWART | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| ELIZABETH ELKIN | ROLLOVER IRA | ADDRESS REDACTED | | | | | | |
| ELIZABETH G. BLEAKLEY IRR | GST TRUST UAD 11/06/00 | ADDRESS REDACTED | | | | | | |
| ELIZABETH MALOTT | C/O KINETICS ASSET MGMT | ADDRESS REDACTED | | | | | | |
| ELIZABETH R SQUIRES-DAGGETT | TOD DTD 08/14/2020 | ADDRESS REDACTED | | | | | | |
| ELLERIE WALKER | ADAM WALKER JT TEN | ADDRESS REDACTED | | | | | | |
| EMERALD ADV | F/A/O EMERALD BANK & FINANCE | ADDRESS REDACTED | | | | | | |
| EMILIO CECCHI | ROLLOVER IRA | ADDRESS REDACTED | | | | | | |
| EMMA R. SHELTON | STEFHAN SHELTON | ADDRESS REDACTED | | | | | | |
| EMPOWER RETIREMENT TTEE | ECMC GROUP 401(K) PLAN | ADDRESS REDACTED | | | | | | |
| EMPOWER TRUST COMPANY, LLC TTEE | BISSELL INC. 401(K) PLAN | ADDRESS REDACTED | | | | | | |
| EMPOWER TRUST COMPANY, LLC TTEE | DRW TRADING GROUP PROFIT SHARING | ADDRESS REDACTED | | | | | | |
| EMPOWER TRUST COMPANY, LLC TTEE | EVERGY, INC. 401(K) SAVINGS PLAN | ADDRESS REDACTED | | | | | | |
| EMPOWER TRUST COMPANY, LLC TTEE | PACIFICORP K PLUS PLAN | ADDRESS REDACTED | | | | | | |
| EMPOWER TRUST COMPANY, LLC TTEE | RELX INC. US SALARY INVESTMENT P | ADDRESS REDACTED | | | | | | |
| EMPOWER TRUST COMPANY, LLC TTEE | SAVINGS AND INVESTMENT 401(K) PL | ADDRESS REDACTED | | | | | | |
| EMPOWER TRUST COMPANY, LLC TTEE | SMITHFIELD FOODS SALARIED 401K | ADDRESS REDACTED | | | | | | |
| EMPOWER TRUST COMPANY, LLC TTEE | THE INTERPUBLIC GROUP OF COMPANI | ADDRESS REDACTED | | | | | | |
| EMPOWER TRUST COMPANY, LLC TTEE | VIASAT, INC. 401(K) PROFIT SHARI | ADDRESS REDACTED | | | | | | |
| EQUITY TRUST COMANY CUST FBO | DENNIS E HOMANT IRA | ADDRESS REDACTED | | | | | | |
| EQUITY TRUST COMPANY CUST FBO | JAMES M DAVIS IRA | ADDRESS REDACTED | | | | | | |
| EQUITY TRUST COMPANY CUST FBO | KEVIN C HANNA CPA PC  401K | ADDRESS REDACTED | | | | | | |
| ERIC CLAUDE D'SOUZA | | ADDRESS REDACTED | | | | | | |
| ERIC R TAITZ | JANET L FREIMARK JT TEN | ADDRESS REDACTED | | | | | | |
| ERIKA HAGEN | TOD DTD 08/16/2022 | ADDRESS REDACTED | | | | | | |



**Exhibit AH**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| ERIN G. FAUST | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| EVERETT MCGUIRK | NICOLLE CONTOIS JT TEN | ADDRESS REDACTED | | | | | | |
| EZEQUIEL SPORLEDER | DELFINA GONZALEZ BALCARCE | ADDRESS REDACTED | | | | | | |
| FELIX GUERRERO | | ADDRESS REDACTED | | | | | | |
| FERNANDO CUERVO | | ADDRESS REDACTED | | | | | | |
| FIO BANKA AS | MASTER 15%- | ADDRESS REDACTED | | | | | | |
| FISHMAN INVESTMENTS DBA | WESTSIDE KITCHEN & BATH | ADDRESS REDACTED | | | | | | |
| FLORENCE M BARNA TRUSTEE | FBO FLORENCE BARNA REVOCABLE T | ADDRESS REDACTED | | | | | | |
| FLORIDA SBA TTEE | FRS INVESTMENT PLAN | ADDRESS REDACTED | | | | | | |
| FLORIDA SBA TTEE | FRS INVESTMENT PLAN | ADDRESS REDACTED | | | | | | |
| FLORIDA SBA TTEE | FRS INVESTMENT PLAN | ADDRESS REDACTED | | | | | | |
| FLORIDA SBA TTEE | FRS INVESTMENT PLAN | ADDRESS REDACTED | | | | | | |
| FLORIDA SBA TTEE | FRS INVESTMENT PLAN | ADDRESS REDACTED | | | | | | |
| FLORIDA SBA TTEE | FRS INVESTMENT PLAN | ADDRESS REDACTED | | | | | | |
| FLORIDA SBA TTEE | FRS INVESTMENT PLAN | ADDRESS REDACTED | | | | | | |
| FLORIDA SBA TTEE | FRS INVESTMENT PLAN | ADDRESS REDACTED | | | | | | |
| FLORIDA SBA TTEE | FRS INVESTMENT PLAN | ADDRESS REDACTED | | | | | | |
| Florida SBA TTEE [David Andrew Michaels] | c/o FRS Investment Plan | ADDRESS REDACTED | | | | | | |
| FOGBANK DLR6822 TRUST | TRUST DTD 03/03/22 | ADDRESS REDACTED | 107 REED AVENUE | | GREENVILLE | TN | 37745 | |
| FOGBANK SLW7222 TRUST | TRUST DTD 03/03/22 | ADDRESS REDACTED | 107 REED AVENUE | | GREENVILLE | TN | 37743 | |
| FOSSICK CAPITAL PARTNERS, LP | | 325 N LARCHMONT BLVD., STE 375 | | | LOS ANGELES | CA | 90004-3011 | |
| FRANK J DEBONIS JR | TOD DTD 10/20/2021 | ADDRESS REDACTED | | | | | | |
| FRASLEY SUPERANNUATION FUND | UAD 04/01/02 | ADDRESS REDACTED | | | | | | |
| G & L WHITE FAMILY LIMITED | PARTNERSHIP | 2550 FOREST HILL IRENE RD | | | GERMANTOWN | TN | 38139-7808 | |
| G MATHISON IRA DECEASED FBO H M | C/O KINETICS ASSET MGMT | 470 PARK AVE SOUTH | 3RD FLOOR | | NEW YORK | NY | 10016-6957 | |
| G MATHISON IRA DECEASED FBO J M | C/O KINETICS ASSET MGMT | 470 PARK AVE SOUTH | 3RD FLOOR | | NEW YORK | NY | 10016-6957 | |
| GAINS GROUP AUS PTY LTD | | 51 VICKERY CRESCENT | | | BUNBURY | WA | 6230 | AUSTRALIA |
| GANGYI DENG | LING CHEN JTWROS | ADDRESS REDACTED | | | | | | |
| GARRETT TAYLOR | | ADDRESS REDACTED | | | | | | |
| GARY D WADDELL | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| GARY D WADDELL & | BRENDA WADDELL TEN ENT | ADDRESS REDACTED | | | | | | |
| GARY D. MULLINS | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| GARY L DICK | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| GARY ROSENBACH | TRADITIONAL IRA | ADDRESS REDACTED | | | | | | |
| GARY W JEFFERS | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| GARY W. JEFFERS | DOTTIE JEFFERS JTWROS | ADDRESS REDACTED | | | | | | |
| GARY W. JEFFERS | ROTH IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| GAVIN ANTHONY BENZIE | | ADDRESS REDACTED | | | | | | |
| GENERADORA ELECTRICA MSG | LIMITADA | JUAN MACKENNA 7 16 D4 | OSORNO, CHILE | | | | | CHILE |
| George and Linda Rohlinger | TTEES, Rohlinger Family | ADDRESS REDACTED | | | | | | |
| GEORGE M WHITE CUST FOR | LAUREN WHITE UTMA OF TN | ADDRESS REDACTED | | | | | | |
| GEORGE ODONGO CHOTA | | ADDRESS REDACTED | | | | | | |
| GEORGE R ARRANTS JR | KIMBERLY ARRANTS JT TEN | ADDRESS REDACTED | | | | | | |
| GEORGE SUMMACH | | ADDRESS REDACTED | | | | | | |
| GERALD AZZARONE | TOD DTD 06/11/2021 | ADDRESS REDACTED | | | | | | |
| GILLES JEAN FRANCOIS BADION | | ADDRESS REDACTED | | | | | | |
| GILLIS DESCENDANTS TRUST #1 | UAD 09/30/09 | ADDRESS REDACTED | | | | | | |
| GILPIC SUPERANNUATION FUND | UAD 09/29/06 | ADDRESS REDACTED | | | | | | |
| GIOVANNI BONARELLI SCHIFFINO | CALLE ESPIRITU SANTO #6 | ADDRESS REDACTED | | | | | | |
| GIUSEPPI RAPISARDI | SHARENE ANNE RAPISARDI JT TEN | ADDRESS REDACTED | | | | | | |
| GLENDA B ROBINSON | | ADDRESS REDACTED | | | | | | |
| GLENDA B ROBINSON | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| GOLDENBERG 2004 DYNASTY TRUST | DTD 08/03/2004 | ADDRESS REDACTED | | | | | | |
| GOLDENBERG ASSOCIATES, LLC | | ADDRESS REDACTED | | | | | | |
| GOLDMAN SACHS | FAO GRUBER LAGUNITAS LLC | ATTN PRIME BROKER DESK | PO BOX 64 | BOWLING GREEN STATION | NEW YORK | NY | 10274-0064 | |
| GOLDMAN SACHS | GRUBER MCBAINE CAPITAL MAGMT | SETTLEMENT ACCOUNT | ATTN PRIME BROKER ACCT | 30 HUDSON ST | JERSEY CITY | NJ | 07302-4699 | |
| GOLDMAN SACHS | MAPLE LANE CAPITAL LLC | ATTN PRIME BROKER ACCOUNT | 200 WEST ST | | NEW YORK | NY | 10282-2198 | |



**Exhibit AH**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| GOLDMAN SACHS & CO | 22NW LP | FAO 22NW LP | ATTN PRIME BROKER ACCOUNT | 200 WEST ST, | NEW YORK | NY | 10282-2198 | |
| GOLDMAN SACHS & CO | FAO GRUBER LAGUNITAS LLC | BULK SETTLEMENT A/C | ATTN PRIME BROKER ACCOUNT | 200 WEST ST, | NEW YORK | NY | 10282-2198 | |
| GOLDMAN SACHS & CO | FAO HONEYCOMB ASSET MANAGEMENT | LP | ATTN PRIME BROKER ACCOUNT | 200 WEST ST | NEW YORK | NY | 10282-2198 | |
| GOLDMAN SACHS & CO | FAO SABBY VOLATILITY WARRANT | MASTER FUND, LTD | ATTN PRIME BROKER ACCOUNT | 30 HUDSON ST 10TH FLR | JERSEY CITY | NJ | 07302-4699 | |
| GOLDMAN SACHS & CO | FAO WEISS ASSET MANAGEMENT LP | ATTN PRIME BROKER | 200 WEST ST | | NEW YORK | NY | 10282-2198 | |
| GOLDMAN SACHS & CO | MAPLELANE CAPTIAL LLC | FAO MAPLELANE CAPITAL LLC | ATTN PRIME BROKER ACCOUNT | 200 WEST ST | NEW YORK | NY | 10282-2198 | |
| GOLDMAN SACHS & CO | SABBY MANAGEMENT LLC | FAOSABBY VOLATILITY WARRANT | MASTER FUND LTD | 30 HUDSON ST 10TH FLR | JERSEY CITY | NJ | 07302-4699 | |
| GOLDMAN SACHS & CO. | F/A/O ALYESKA INVESTMENT GROUP | ATTN PRIME BROKER AREA | 77 W. WACKER DRIVE 7TH FLOOR | | CHICAGO | IL | 60601-1604 | |
| GOLDMAN SACHS & CO. | MAPLELANE CAPITAL, LLC | ATTN PRIME BROKER DEPT | 200 WEST STREET | | NEW YORK | NY | 10282-2198 | |
| GOODMAN FAMILY TRUST | | ADDRESS REDACTED | | | | | | |
| GOTHAM CAPITAL V, LLC - | DTD 11/01/2018 | | | | | | | |
| GOTHAM CAPITAL V, LLC - NEUTRAL | TEST G 2012 | 825 THIRD AVENUE SUITE 1750 | | | NEW YORK | NY | 10022-7519 | |
| GOTHAM CAPITAL V, LLC-TEST TAX 1 | | 825 THIRD AVENUE SUITE 1750 | | | NEW YORK | NY | 10022-7519 | |
| | | 825 THIRD AVENUE SUITE 1750 | | | NEW YORK | NY | 10022-7519 | |
| GOTHAM NEUTRAL STRATEGIES | (MASTER) LP - C | C/O GOTHAM ASSET MANAGEMENT LLC | 825 THIRD AVENUE | SUITE 1750 | NEW YORK | NY | 10022-7519 | |
| GREGORY H MARCUS | | ADDRESS REDACTED | | | | | | |
| GREGORY H MARCUS | ROLLOVER IRA | ADDRESS REDACTED | | | | | | |
| GREGORY J IRWIN | SIMPLE IRA-PERSHING LLC CUST | ADDRESS REDACTED | | | | | | |
| GREGORY M BUELET | ROLLOVER IRA | ADDRESS REDACTED | | | | | | |
| GREGORY YOUNAN JOUKI | TOD DTD 11/30/2021 | ADDRESS REDACTED | | | | | | |
| GUARDIANSHIP TRUST FBO BLAKE E | TRUST DTD 04/07/21 | KELSEY L. MCNULTY TTEE | 49 WICKERWOOD LANE | | AFTON | TN | 37616 | |
| GUIDANT PLANNING INC RET PLAN | UAD 01/01/06 ALLEN G YEE TTEE | 2655 LOMBARDY RD | | | SAN MARINO | CA | 91108-1516 | |
| GUIDANT PLANNING INC RETIREMENT | PLAN UAD 01/01/06 | ADDRESS REDACTED | | | | | | |
| GUIDANT PLANNING, INC. | RETIREMENT PLAN FBO ALLEN YEE | ADDRESS REDACTED | | | | | | |
| GULLANE CAPITAL LLC | | 640 S PERKINS RD | | | MEMPHIS | TN | 38117-4706 | |
| GULLANE CAPITAL PARTNERS LLC | | 640 SOUTH PERKINDS ROAD | | | MEMPHIS | TN | 38117-4706 | |
| GULLANE DIGITAL ASSET | PARTNERS LLC | 640 S PERKINS RD | | | MEMPHIS | TN | 38117-4706 | |
| GULLANE DIGITAL ASSET PARTNERS | QP LLC | 640 S PERKINS RD | | | MEMPHIS | TN | 38117-4706 | |
| GULLANE MINING PARTNERS II LLC | | 640 S PERKINS RD | | | MEMPHIS | | 38117-4706 | |
| GULLANE MINING PARTNERS III LLC | | 640 S PERKINS RD | | | MEMPHIS | | 38117-4706 | |
| GULLANE MINING PARTNERS LLC | | 640 S PERKINS RD | | | MEMPHIS | | 38117-4706 | |
| HAL LAMBERT | ELAINE G LAMBERT COMM PROP | ADDRESS REDACTED | | | | | | |
| HAN SOLO 401K PLAN | ALEXANDER D LANGAN TTEE | ADDRESS REDACTED | | | | | | |
| HANK L. HUFF | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| HANWHA INVESTMENT | & SECURITIES | COMPANY LIMITED | 56, YOUI-DAERO, YEONGDEUNGPO-GU | | SEOUL | | | REPUBLIC OF KOREA |
| HARDMON INC | LORD PONSONBY 2490 | AP 801 11600 | MONTEVIDEO URUGUAY | | | | | URUGUAY |
| HAROLD L LOVE | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| HEIDI R BIBLE | SIMPLE IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| HELEN L WEEMS | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| HI INVESTMENTS & SECURITIES CO L | HI INVESTMENTS & SECURITIES CO L | 61 YEOUINARU-RO | YEONGDEUNGPO-GU | | SEOUL | | 7327 | REPUBLIC OF KOREA |
| HILLTOP HOLDINGS LTD | CAMINO DEL YUNQUE 14144 CASA 4 | LO BARNECHEA | SANTIAGO - CHILE | | | | | CHILE |
| HK BLOCKCHAIN DEVELOPMENT ETF | C/O HORIZON KINETICS LLC | 470 PARK AVE SOUTH | | | NEW YORK | NY | 10016-6819 | |
| HOLLIE W BINKLEY | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| HOLLY L MULHOLLEN | ROTH IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| HORIZON ASSET MANAGEMENT | THE INTERNET FUND | 470 PARK AVENUE SOUTH | | | NEW YORK | NY | 10016-6865 | |
| HORIZON KINETICS ASSET MGMT LLC | DESERET MUTUAL BENEFIT | 470 PARK AVE S FL 4S | | | NEW YORK | NY | 10016-6860 | |
| HORIZON KINETICS ASSET MGMT LLC | HUGH CULLMAN | 470 PARK AVE S FL 4S | | | NEW YORK | NY | 10016-6860 | |
| HORIZON KINETICS ASSET MGMT LLC | UNIFIED CREDIT SHELTER ULWT | 470 PARK AVE S FL 4S | | | NEW YORK | NY | 10016-6860 | |
| HORIZON KINETICS LLC | LOUISE MANSKE TUSKI - IRA | 470 PARK AVE SOUTH | THIRD FLOOR | | NEW YORK | NY | 10016-6957 | |
| HOWARD D STACY | ROLLOVER IRA | ADDRESS REDACTED | | | | | | |
| HOWARD SEE-HAU TEE | | ADDRESS REDACTED | | | | | | |
| HOWARD T SAYLOR | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| HRT FINANCIAL LLC | SECURITIES LENDING/BORROWING | 32 OLD SLIP | 30TH FLOOR | | NEW YORK | NY | 10005 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit AH**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| HYUNDAI MOTOR SEC | ATTN HYUNDAI MOTOR SECURITIES CO | 28, GUKJEGEUMYUNG-RO 2-GIL | YEONGDEUNGPO-GU | | SEOUL | | | REPUBLIC OF KOREA |
| ING FINANCIAL MARKETS LLC | GLOBAL SECURITIES FINANCE | 135 E 57TH STREET | 5TH FLOOR | | NEW YORK | NY | 10022 | |
| INGENIO SUPERANNUATION FUND | UAD 09/23/20 | ADDRESS REDACTED | | | | | | |
| INTERNET FUND | C/O KINETICS ASSET MGMT | 470 PARK AVE SOUTH | 3RD FLOOR | | NEW YORK | NY | 10016-6957 | |
| INVESCO | INVESCO GLOBAL BLOCKCHAIN | 11 GREENWAY PLZ | | | HOUSTON | TX | 77046-1188 | |
| IRA FBO  MARGARET G WYLIE | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO  MELVYN L JERNIGAN | TRP TRUST CO CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO  NANCY R SMITH | TRP TRUST CO CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO  RICHARD R BALLENTINE | TRP TRUST CO CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO ABBIE LOEFFLER | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO ADAM ZEIBERG | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO AHMAD E SHIRAZI | TRP TRUST CO CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO ALISON DELONG | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO ANDREA GROSSMAN | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO BERNARD E. SCHELL | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO BHUVANESWARI SRINIVASAN | TRP TRUST CO CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO BONNIE NEMES | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO BRADLEY FEAGANS | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO BRIAN MCCORMACK | NM WEALTH MGMT CO AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO BRIAN R. NEWTON | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO BRIAN WINELAND | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO BRYANT WIECZOREK | TRP TRUST CO CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO CARLIN MOEN | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO CARRIE LINDBERG | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO COLLEEN GOUVEIA MOULTON | CETERA INVSTMNT SVC AS CUST | ADDRESS REDACTED | | | | | | |
| IRA FBO CRAIG A ELLIS | TRP TRUST CO CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO DANIEL STANHOPE | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO DAVID LEVINSON | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO DAVID M BROWN | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO DAVID R ACKERMAN | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO DENIS CADIEUX | CETERA INVSTMNT SVC AS CUST | ADDRESS REDACTED | | | | | | |
| IRA FBO DOUGLAS MARC ABRAMS | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO EDWARD B MEINEN | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO EDWARD BURK MEINEN JR | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO EDWARD JOSEPH SEDIVY JR | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO EMMANUEL CHAPMAN | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO ERIC C OLSTAD | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO ERIC R TAITZ | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO GARY DOSE | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO HARRY BELFORD | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO JAMES D MACLEAN | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO JAMES F. BLEAKLEY JR. | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO JAMES L LEE | TRP TRUST CO CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO JASON S GOLDSTEIN | CETERA INVSTMNT SVC AS CUST | ADDRESS REDACTED | | | | | | |
| IRA FBO JAY PANZARELLA | CETERA INVSTMNT SVC AS CUST | ADDRESS REDACTED | | | | | | |
| IRA FBO JEFFREY E BLAKE | CETERA INVSTMNT SVC AS CUST | ADDRESS REDACTED | | | | | | |
| IRA FBO JEFFREY L COMEAU | CETERA INVSTMNT SVC AS CUST | ADDRESS REDACTED | | | | | | |
| IRA FBO JOHN DAVIDSON | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO JONATHAN WANGLER | TIAA FSB AS TRUSTEE | ADDRESS REDACTED | | | | | | |
| IRA FBO JUDITH PLASENCIA-PEINADO | TRP TRUST CO CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO JULIE C GURRAD | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO KAMAL KHABBAZ | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO KARL M FRAUGHTON | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO Kathleen Delate | Pershing LLC as Custodian | ADDRESS REDACTED | | | | | | |
| IRA FBO KATY A KEMP | CETERA INVSTMNT SVC AS CUST | ADDRESS REDACTED | | | | | | |
| IRA FBO KAY WADDELL | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO KEVIN P PETERSSEN | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO KYLE JOHNSON | TIAA FSB AS TRUSTEE | ADDRESS REDACTED | | | | | | |
| IRA FBO LARS A LAMBRECHT | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO Lauren Carmel | Pershing LLC as Custodian | ADDRESS REDACTED | | | | | | |
| IRA FBO LESLIE G LEREW | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |



**Exhibit AH**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| IRA FBO LOUIS BOYD FREEMAN III | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO MARIE PINON | TRP TRUST CO CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO MARK A KERN | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO MARK D BUDZYNSKI | CETERA INVSTMNT SVC AS CUST | ADDRESS REDACTED | | | | | | |
| IRA FBO MARY JOCHUM | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO MAURICE E FLURIE III | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO MICHAEL DELONG | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO MICHAEL MACLEAN | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO NANCI K FEITEL | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO NANCY JOHNSTON | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO NANCY JOHNSTON | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO PAOLA A BORDONI | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO PATRICK K MORAN | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO PHANI R CHITRAPU | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO RAJENDRA MANTRALA | TRP TRUST CO CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO ROBERT A DAIGNEAULT | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO ROBERT JAQUITH | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO Robert W Bloxham | Pershing Llc as Custodian | ADDRESS REDACTED | | | | | | |
| IRA FBO RODNEY ASHBY | BANK OF THE WEST AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO SAMUEL S COLEMAN | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO SANDRA J GOLDSTEIN | CETERA INVSTMNT SVC AS CUST | ADDRESS REDACTED | | | | | | |
| IRA FBO SARAH HEMOND | CETERA INVSTMNT SVC AS CUST | ADDRESS REDACTED | | | | | | |
| IRA FBO SCOTT MACLEAN | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO SEAN MCDONNELL | CETERA INVSTMNT SVC AS CUST | ADDRESS REDACTED | | | | | | |
| IRA FBO SEAN MICHAEL HYATT | CETERA INVSTMNT SVC AS CUST | ADDRESS REDACTED | | | | | | |
| IRA FBO STEPHANIE JAQUITH | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO STEPHANIE MACLEAN | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO STEPHEN R GUPTILL | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO THOMAS BUTTRAM | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO VENKAT BALASUBRAMANIAN | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO WILLIAM SISK | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO WILLIAM T BROWN | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA FBO ZECAI WU | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| IRA KRAVITZ | LISA KRAVITZ COMM PROP | ADDRESS REDACTED | | | | | | |
| IRA KRAVITZ | ROTH IRA | ADDRESS REDACTED | | | | | | |
| ISAAC ARONOWITZ KATZ | PASEO XAMAN HA | ADDRESS REDACTED | | | | | | |
| ISAAC D. LEE | | ADDRESS REDACTED | | | | | | |
| ISAAC S. HOOVER | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| IVAN BANK | | 4711 IRVIN SIMMONS DR | | | DALLAS | TX | 75229-4254 | |
| IVAN KRSTIC | HORIZON CORE VALUE PORTFOLIO | ADDRESS REDACTED | | | | | | |
| J P MORGAN INVESTMENT MGMT INC | FAO JPMORGAN ETFS IRELAND ICAV B | 383 MADISON AVE | | | NEW YORK | NY | 10179-0001 | |
| J.P. MORGAN CLEARING CORP | F/A/O ARISTEIA CAPITAL LLC | ATTN PRIME BROKER UNIT | 3 CHASE METROTECH CENTER NORTH | | BROOKLYN | NY | 11245-0001 | |
| J.P. MORGAN CLEARING CORP | FAO MILLENNIUM MGMT LLC | 3 METROTECH BROKER | | | BROOKLYN | NY | 11245-0005 | |
| J.P. MORGAN SECURITIES LLC | MILLENNIUM MANAGEMENT LLC | ATTN PRIME BROKER ACCOUNT | 3 METROTECH CTR | | BROOKLYN | NY | 11245-0005 | |
| JACK GABY | | ADDRESS REDACTED | | | | | | |
| JACK GABY | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| JACKSON L. SHELTON | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| JACOBY MCCABE ELLSBURY REV TR | JACOBY MCCABE ELLSBURY TTEE | ADDRESS REDACTED | | | | | | |
| JAMES B WHELAN | TOD DTD 03/10/2019 | ADDRESS REDACTED | | | | | | |
| JAMES C OGABHANN III | | ADDRESS REDACTED | | | | | | |
| JAMES D DAUGHERTY | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| JAMES D MACLEAN | TOD DTD 08/19/2021 | ADDRESS REDACTED | | | | | | |
| JAMES D THOMPSON | PAMELA R THOMPSON JT TEN | ADDRESS REDACTED | | | | | | |
| JAMES E WORKS | KRISTEN WORKS COMM PROP | ADDRESS REDACTED | | | | | | |
| JAMES F. BLEAKLEY, JR. 2012 | FAMILY TRUST UAD 12/18/12 | ADDRESS REDACTED | | | | | | |
| JAMES H BROOKS | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| JAMES H BROOKS & | LETITIA M BROOKS TEN ENT | ADDRESS REDACTED | | | | | | |
| JAMES ORMOND PROUT | | ADDRESS REDACTED | | | | | | |
| JAMES SCHURMAN TRUSTEE OF THE | JAMES SCHURMAN TRUST | ADDRESS REDACTED | | | | | | |
| JAMES V DI FILIPPO | CHRISTINE DI FILIPPO COMM PROP | ADDRESS REDACTED | | | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 9 of 20



**Exhibit AH**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| JAMIE L LAMONS | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| JAMIE R GREENE | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| JANET G JORDAN DYNASTY TRUST | UAD 06/14/02, JANET G JORDAN | ADDRESS REDACTED | | | | | | |
| JANION ROBERT BOSHOFF | PATRICIA BRAUNE JT TEN | ADDRESS REDACTED | | | | | | |
| JASON W. HEALEY | TOD DTD 03/16/2022 | ADDRESS REDACTED | | | | | | |
| JAYME KRAVITZ BURK | CAMERON BURK | ADDRESS REDACTED | | | | | | |
| JB SALES CO INC | | P O BOX 1740 | | | EASTON | MD | 21601-8935 | |
| JEANETTE S JOHNSON | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| JEANETTE S. JOHNSON LIVING TRU | TRUST DTD 02/28/12 | ADDRESS REDACTED | | | | | | |
| JEFFREY K. JONES | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| JEFFREY S NEWNHAM | GRETCHEN NEWNHAM COMM PROP | ADDRESS REDACTED | | | | | | |
| JENNIFER ATKIN IRREVOCABLE | TRUST DTD 12/16/2021 | ADDRESS REDACTED | | | | | | |
| JENNIFER K BEATY | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| JERITA G GREENLEE | SIMPLE IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| JERRY AZZARONE | TOD DTD 05/19/2021 | ADDRESS REDACTED | | | | | | |
| JERRY AZZARONE | TOD DTD 06/24/2021 | ADDRESS REDACTED | | | | | | |
| JERRY T. STANLEY MANAGEMENT | TRUST DTD 6/3/14 JERRY STANLEY | ADDRESS REDACTED | | | | | | |
| JERRY W JOHNSON | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| JESSICA M KIERNAN | | ADDRESS REDACTED | | | | | | |
| JESUS ANTONIO CACHAYA JR | | ADDRESS REDACTED | | | | | | |
| JG 2021 GST EXEMPT TRUST | DTD 12/20/2021 | ADDRESS REDACTED | | | | | | |
| JIM H KRAUSE | SEP-IRA | ADDRESS REDACTED | | | | | | |
| JIMMY R HELBERT | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| JIN MING LEI | | ADDRESS REDACTED | | | | | | |
| JOANNE DEBORAH KELLY | | ADDRESS REDACTED | | | | | | |
| JOE B THORNTON JR | | ADDRESS REDACTED | | | | | | |
| JOE BRYAN THORNTON JR 2012 IRREV | TRUST UAD 12/14/12 | ADDRESS REDACTED | | | | | | |
| JOEL M VOLINSKI | | ADDRESS REDACTED | | | | | | |
| JOEL S BITTENSKY | | ADDRESS REDACTED | | | | | | |
| JOHN BAVIS III | | ADDRESS REDACTED | | | | | | |
| JOHN BURTON | ROTH IRA | ADDRESS REDACTED | | | | | | |
| JOHN BURTON TRUST | DTD JUNE 9, 2014 | ADDRESS REDACTED | | | | | | |
| JOHN C SLIDER | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| JOHN CALIPARI | ELLEN CALIPARI JT TEN | ADDRESS REDACTED | | | | | | |
| JOHN CHARLES GOODMAN | SEP-IRA | ADDRESS REDACTED | | | | | | |
| JOHN CHARLES GOODMAN | TRADITIONAL IRA | ADDRESS REDACTED | | | | | | |
| JOHN E. SALYER | CAROL K. SALYER JTWROS | ADDRESS REDACTED | | | | | | |
| JOHN E. SALYER | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| JOHN F SCHORK CAROLE R SCHORK | COMM PROP, PLEDGED COLLATERAL | ADDRESS REDACTED | | | | | | |
| JOHN H DE WITT | - PRMTRIC RUSSELL 3000 | ADDRESS REDACTED | | | | | | |
| JOHN J CRONIN | CAROLYNNE M CRONIN JT TEN | ADDRESS REDACTED | | | | | | |
| JOHN P HEPTIG | SEP-IRA | ADDRESS REDACTED | | | | | | |
| JOHN P KELLERMAN | JENNIFER M KELLERMAN JT TEN | ADDRESS REDACTED | | | | | | |
| JOHN P MANSOUR | SARAH J MANSOUR JT TEN | ADDRESS REDACTED | | | | | | |
| JOHN TURNER | | ADDRESS REDACTED | | | | | | |
| JOHN W FORD & | ALICE FORD TEN ENT | ADDRESS REDACTED | | | | | | |
| JOHNNY R HOWARD | | ADDRESS REDACTED | | | | | | |
| JOHNNY R HOWARD | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| JOHNSON ABRAHAM | JENNY ABRAHAM JT TEN | ADDRESS REDACTED | | | | | | |
| JON R SAYAH 2011 TRUST | DTD 03/25/2011 | ADDRESS REDACTED | | | | | | |
| JON SAYAH | ROLLOVER IRA | ADDRESS REDACTED | | | | | | |
| JONATHAN HYLTON | AMBER L HYLTON JT TEN | ADDRESS REDACTED | | | | | | |
| JONATHAN L GROOT 2008 IRREV TR UAD 04/01/08 | JONATHAN GROOT & PATRICK BITTERMAN TTEES | ADDRESS REDACTED | | | | | | |
| JONATHAN TSCHETTER | MICHELLE TSCHETTER JTWROS | ADDRESS REDACTED | | | | | | |
| JORDAN N.H. BULGER TTEE | JORDAN AND JULIANA BULGER | ADDRESS REDACTED | | | | | | |
| Joseph Bodenheimer | | ADDRESS REDACTED | | | | | | |
| JOSEPH GAMBERALE | | ADDRESS REDACTED | | | | | | |
| JOSHUA N MANCUSO | JENNIFER PEREZ MOLINA TEN COM | ADDRESS REDACTED | | | | | | |
| JOYCE A CARTER | | ADDRESS REDACTED | | | | | | |
| Joyce K Jennings | TOD DTD 12/17/2020 | ADDRESS REDACTED | | | | | | |
| JP MORGAN CHASE NA TTEE | SIEMENS SAVINGS PLAN | ADDRESS REDACTED | | | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit AH**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| JP MORGAN CHASE NA TTEE | SIEMENS SAVINGS PLAN | ADDRESS REDACTED | | | | | | |
| JP MORGAN CHASE NA TTEE TTEE | SIEMENS ENERGY SAVINGS PLAN | ADDRESS REDACTED | | | | | | |
| JP MORGAN CLEARING CORP | DAVIDSON KEMPNER CAPITAL MANAGEM | ATTN PRIME BROKER DEPT | 3 METROTECH CENTER | | BROOKLYN | NY | 11245-0005 | |
| JP MORGAN CLEARING CORP | MILLENNIUM PARTNERS | LLC | ATTN PRIME BROKER ACCOUNT | 3 METROTECH CTR | BROOKLYN | NY | 11245-0005 | |
| JP MORGAN SECURITIES LLC FAO | APPLIED PHILOSOPHY/LEGG MASON | ATTN PRIME BROKER ACCOUNT | 3 METROTECH CTR | | BROOKLYN | NY | 11245-0005 | |
| JRO INC DEFINED BENEFIT PLAN | FBO JEFF ROSS U/A 11/22/2010 | 1880 CENTURY PARK EAST | #1600 | | LOS ANGELES | CA | 90067-1661 | |
| JUDITH A. CASTAINCA | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| JULIE A PROSCIA | TIMOTHY J HOPPA JT TEN | ADDRESS REDACTED | | | | | | |
| JULIE ANN ROSENTHAL TRUST | U/A DTD 8-3-83 | ADDRESS REDACTED | | | | | | |
| JULIE SEELEY | | ADDRESS REDACTED | | | | | | |
| JUNE N MUEHR REV LIVING TRUST | DTD 12/14/2000 | ADDRESS REDACTED | | | | | | |
| JUSTIN L NOWLIN | ASHLEY NOWLIN JT TEN | ADDRESS REDACTED | | | | | | |
| KACTON J.L. DEVOTI | ALLAN J. HARPER JTWROS | ADDRESS REDACTED | | | | | | |
| KAREN J DIONNE | | ADDRESS REDACTED | | | | | | |
| KAREN K DAVISSON | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| KAREN K. DAVISSON | | ADDRESS REDACTED | | | | | | |
| KAREN M. MOORE | ROLLOVER IRA DATED 12/03/07 | ADDRESS REDACTED | | | | | | |
| KAREN SHOSID WEINREB | SOLE & SEP PROP | ADDRESS REDACTED | | | | | | |
| KAREN WHITE TTEE; | THE KAREN WHITE SEPARATE | ADDRESS REDACTED | | | | | | |
| KARIN J. BESSER | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| KATARINA A KNIGHT | | ADDRESS REDACTED | | | | | | |
| KATE REBECCA ESLER | | ADDRESS REDACTED | | | | | | |
| Kathleen Delate | Robert W Bloxham JT TEN | ADDRESS REDACTED | | | | | | |
| Kathleen Delate | TOD DTD 11/06/2020 | ADDRESS REDACTED | | | | | | |
| KATHY A WALKER | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| KATRIEN VAN LAEKEN | | ADDRESS REDACTED | | | | | | |
| KB SECURITIES CO., LTD | YEOUINARU-RO 50 | ROLLOVER IRA | | | SEOUL | | | REPUBLIC OF KOREA |
| KEITH R BELL | ROLLOVER IRA | | | | | | | |
| KELLY L LAMONS | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| KELLY LAMONS CUSTODIAN FBO | COLE A LAMONS UTMA/TN | ADDRESS REDACTED | | | | | | |
| KELLY LAMONS CUSTODIAN FBO | CONNOR R LAMONS UTMA/TN | ADDRESS REDACTED | | | | | | |
| KENNETH D ENGLAND | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| KENNETH D ENGLAND & | TINA ENGLAND TEN ENT | ADDRESS REDACTED | | | | | | |
| KENNETH D YEARWOOD | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| KENNETH D YEARWOOD & | PATRICIA YEARWOOD TEN ENT | ADDRESS REDACTED | | | | | | |
| KENNETH G COLLINS | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| KENNETH L TOLLEY | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| KENNETH R PARHAM | DIANE M PARHAM JTWROS | ADDRESS REDACTED | | | | | | |
| KENNETT B PARKES | | ADDRESS REDACTED | | | | | | |
| KENT NOVAK | HEATHER NOVAK TEN COMM | ADDRESS REDACTED | | | | | | |
| KEPLER CHEUVREUX SA | KEPLER CHEUVREUX SA | ADDRESS REDACTED | | | | | | |
| KERRY LANCE MARKWARDT | ROLLOVER IRA | ADDRESS REDACTED | | | | | | |
| KERRY S BISSING | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| KEVIN L GOSNELL | ROTH IRA | ADDRESS REDACTED | | | | | | |
| Kevin Lennon Thomas | | ADDRESS REDACTED | | | | | | |
| KEVIN MANZOLINI | BONNIE MANZOLINI JT TEN | ADDRESS REDACTED | | | | | | |
| KIMBERLEY HEESUN FLANNERY | | ADDRESS REDACTED | | | | | | |
| KIMBERLY D DAVIS | ROTH IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| KINETICS ASSET MGMT | DESERET MUTUAL BENEFIT | ADDRESS REDACTED | | | | | | |
| KIRA TREYVUS | | ADDRESS REDACTED | | | | | | |
| KIRK R WILSON | ROLLOVER IRA | ADDRESS REDACTED | | | | | | |
| KIWOOM SECURITIES CO LTD | C/O KIWOOM SECURITIES CO LTD | 18 YEOUINARU-RO 4-GIL | KIWOOM FINANCE SQUARE | | SEOUL | | 7331 | REPUBLIC OF KOREA |
| KOOKA SMSF | UAD 07/01/22 | D MULLER PTY LTD TTEE | FBO D B MULLER | 140 BROMPTON RD | WEMBLEY DOWNS | WA | 6019 | AUSTRALIA |
| KOREA INVESTMENT AND SECURITIES | CO LTD | 27-1, YEOUIDO-DONG | YEONGDEUNGPO-GU | | SEOUL | | 150-747 | REPUBLIC OF KOREA |
| KOREA INVESTMENT AND SECURITIES | CO LTD -9002I | 27-1, YEOUIDO-DONG | YEONGDEUNGPO-GU | | SEOUL | | 150-747 | REPUBLIC OF KOREA |
| KRENGEL 2012 SECURITY TRUST | RACHEL KRENGEL TRUSTEE | DTD 12-3-12 | PO BOX 795576 | | DALLAS | TX | 75379-5576 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit AH**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| KRISTA FALCONE | | ADDRESS REDACTED | | | | | | |
| KRISTEN M SHELTON | SEP IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| KRISTEN ROY | ROLLOVER IRA | ADDRESS REDACTED | | | | | | |
| KSD 794213 | C/O KYOBO SECURITIES CO LTD | 97 UISADANG-DAERO YOUIDO-DONG | YOUNGDEUNGPO-GU | | SEOUL | | 150737 | REPUBLIC OF KOREA |
| KUNAL JERATH | LYNN J JERATH JTWROS | ADDRESS REDACTED | | | | | | |
| KYLE RYAN BRIGGS | | ADDRESS REDACTED | | | | | | |
| LACHANCE FAMILY TRUST | DTD MAY 19, 1999 | ADDRESS REDACTED | | | | | | |
| LADAN SAEID | ROLLOVER IRA | ADDRESS REDACTED | | | | | | |
| LARCHIN MILLER JR | ROLLOVER IRA | ADDRESS REDACTED | | | | | | |
| LAURA ANN OLESZKOWICZ | DENNIS S OLESZKOWICZ JTWROS | ADDRESS REDACTED | | | | | | |
| LAURA L MCNEESE | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| LAURA L MCNEESE | ROTH IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| LAURA L. MCNEESE | SEP IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| LAUREN DARR | TOD DTD 11/21/2020 | ADDRESS REDACTED | | | | | | |
| LAWRENCE A. CLAIBORNE | ROTH IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| LAWRENCE A. CLAIBORNE | SIMPLE IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| Lawrence Paschetti | | ADDRESS REDACTED | | | | | | |
| LAWRENCE TAYMOR | | ADDRESS REDACTED | | | | | | |
| LAWRENCE X BOUCVALT III | CUST FOR LAWRENCE X | ADDRESS REDACTED | | | | | | |
| LAWRENCE X BOUCVALT III | CUST FOR ORI ELYSE BOUCVALT | ADDRESS REDACTED | | | | | | |
| LEE LIVING TRUST DTD 03/15/11 | MICHAEL E LEE AND NICOLA J LEE | ADDRESS REDACTED | | | | | | |
| LEGAL & GEN INVST MGMT AMER INC | LEGAL & GENERAL RUSSELL 2000 | COLLECTIVE INVESTMENT | 71 SOUTH WACKER DRIVE | SUITE 800 | CHICAGO | IL | 60606-4627 | |
| LEIGH ANN GILCHER | ROTH IRA | ADDRESS REDACTED | | | | | | |
| LELEUX ASSOCIATED BROKERS | SWIFT STEP | RUE ROYALE 97 | 1000 BRUSSELS BELGIUM | | | | | BELGIUM |
| LENORA F KIRBY GST-EXEMPT | TRUST DTD 7/14/21 | ADDRESS REDACTED | | | | | | |
| LESLIE E. CASE | | ADDRESS REDACTED | | | | | | |
| LESLIE E. DOUTHAT | SEP IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| LESLIE E. DOUTHAT CUSTODIAN | FBO JAXSON D. LESTER UTMA/TN | ADDRESS REDACTED | | | | | | |
| LESLIE R. BUMPAS | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| LETITIA M BROOKS CUSTODIAN FBO | HENRY Z BROOKS UTMA/TN | ADDRESS REDACTED | | | | | | |
| LILLIAN RUSSELL | | ADDRESS REDACTED | | | | | | |
| LINDA D GOODNIGHT | | ADDRESS REDACTED | | | | | | |
| LINDA D GOODNIGHT | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| LINDA F CARTER | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| LINDA F WEEMS | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| LISA L HAWKINS | KEVIN M HAWKINS JT TEN | ADDRESS REDACTED | | | | | | |
| LISA M BOWEN | | ADDRESS REDACTED | | | | | | |
| LOGAN M HODGE | | ADDRESS REDACTED | | | | | | |
| LORRAINE H JENNINGS | | ADDRESS REDACTED | | | | | | |
| LOUIS & JOAN BRADDI TTEES; | THE BRADDI LIVING TRUST | ADDRESS REDACTED | | | | | | |
| LOUIS E & PATRICIA J POTEMPA | CO TTEES THE POTEMPA FAMILY | ADDRESS REDACTED | | | | | | |
| LUCAS GRANT HEARTSILL | COLLEEN KELLY HEARTSILL JTWROS | ADDRESS REDACTED | | | | | | |
| LUCAS GRANT HEARTSILL | TRADITIONAL IRA | ADDRESS REDACTED | | | | | | |
| LUCINDA R. ZANDERS | TRADITIONAL IRA | ADDRESS REDACTED | | | | | | |
| LUIS E LEMA | JOANNE S LEMA JT TEN | ADDRESS REDACTED | | | | | | |
| LUIZ ARAUJO | | ADDRESS REDACTED | | | | | | |
| LYNN J JERATH REVOCABLE TRUST | U/A/D JULY 30 2020 | ADDRESS REDACTED | | | | | | |
| LYNN JARCHO | ROLLOVER IRA | ADDRESS REDACTED | | | | | | |
| M & L HOLDINGS SUPERANNUATION | FUND UAD 07/24/98 | ADDRESS REDACTED | | | | | | |
| MADLINE KITTS | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| MADLINE KITTS | ROTH IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| MAN523 | C/O KINETICS ASSET MGMT | 470 PARK AVE SOUTH | 3RD FLOOR | | NEW YORK | NY | 10016-6957 | |
| MAN583 | C/O KINETICS ASSET MGMT | 470 PARK AVE SOUTH | 3RD FLOOR | | NEW YORK | NY | 10016-6957 | |
| MAN724 | C/O KINETICS ASSET MGMT | 470 PARK AVE SOUTH | 3RD FLOOR | | NEW YORK | NY | 10016-6957 | |
| MANCHESTER ALPHA FUND LP | | 13 SMITHS POINT RD | | | MANCHESTER | MA | 01944-1449 | |
| MANDY BETH COTTEN | CASEY COTTEN COMM PROP | ADDRESS REDACTED | | | | | | |
| MANULIFE INVESTMENT MGMT LTD | JOHN HANCOCK US SMALL AND MID CA | NORTH TOWER THREE | 200 BLOOR ST E FL 6 | TORONTO ON M4W 1E5 | | | | CANADA |
| Marc Goldman | | ADDRESS REDACTED | | | | | | |
| MARGARET A BOARDMAN | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |



**Exhibit AH**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MARGARET CAMPELL JAFFE | ROLLOVER IRA | ADDRESS REDACTED | | | | | | |
| MARIA BLOOMFIELD TTEE; | THE MARIA CHRISTINA BLOOMFIELD | ADDRESS REDACTED | | | | | | |
| MARIE M HERRMANN | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| MARIE M HERRMANN | ROTH IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| MARIE M. HERRMANN | | ADDRESS REDACTED | | | | | | |
| MARILYN S WALLERSTEIN | | ADDRESS REDACTED | | | | | | |
| MARION D BROWN | TOD DTD 11/08/2021 | ADDRESS REDACTED | | | | | | |
| MARJORIE J STERN TTEE | THE MARJORIE JOAN STERN | ADDRESS REDACTED | | | | | | |
| MARK A KLEPPER | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| MARK A KLEPPER | SEP IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| MARK D EDWARDS | MARY E. EDWARDS COMM PROP | ADDRESS REDACTED | | | | | | |
| MARK D GIBSON | | ADDRESS REDACTED | | | | | | |
| MARK E BOURNE | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| MARK EDWARD DREVER | TOD BENEFICIARIES ON FILE | ADDRESS REDACTED | | | | | | |
| MARK H. SEGOVIS | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| MARK KLEPPER CUSTODIAN FBO | EVAN A KLEPPER UTMA/TN | ADDRESS REDACTED | | | | | | |
| MARK KLEPPER CUSTODIAN FBO | LUKE A KLEPPER UTMA/TN | ADDRESS REDACTED | | | | | | |
| MARK SKORPIL | TAMI SKORPIL COMM PROP | ADDRESS REDACTED | | | | | | |
| MARK TRAVIS | CHERYL TRAVIS TEN COMM | ADDRESS REDACTED | | | | | | |
| MARRUS FAMILY FOUNDATION INC | HORIZON MGMT | ALL CAP GLOBAL OPPORT | 13 LINDEN LANE | | RUMSON | NJ | 07760-1245 | |
| MARSHA R JENNINGS | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| MARSHA R JENNINGS | SIMPLE IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| MARY A HELBERT | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| MARY B. EVANS | SEP IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| MARY E. EDWARDS | ROLLOVER IRA | ADDRESS REDACTED | | | | | | |
| MARY JEAN VICKERS | JERRY MARSHALL JT TEN | ADDRESS REDACTED | | | | | | |
| MARY MADDUX WHITE | | ADDRESS REDACTED | | | | | | |
| MATIAS PIRES | TOD DTD 03/21/2014 | ADDRESS REDACTED | | | | | | |
| MATRIX MINING LTD CO | | ADDRESS REDACTED | | | | | | |
| MATTHEW A. FAUST | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| MATTHEW C CHALFANT | JENNIFER L CHALFANT JTWROS | ADDRESS REDACTED | | | | | | |
| MATTHEW D GREER | | ADDRESS REDACTED | | | | | | |
| MATTHEW E LASKO | ELEANOR L LASKO JTWROS | ADDRESS REDACTED | | | | | | |
| MATTHEW E LASKO | ROTH IRA | ADDRESS REDACTED | | | | | | |
| MATTHEW ELLIOT BURKE | | ADDRESS REDACTED | | | | | | |
| MATTHEW GARBER | INDIVIDUAL(K)-PERSHING AS CUST | ADDRESS REDACTED | | | | | | |
| MATTHEW J. GAFFNEY | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| MATTHEW RUSSELL MANN | | ADDRESS REDACTED | | | | | | |
| MAUREEN E DOYLE | SIMPLE IRA-PERSHING LLC CUST | ADDRESS REDACTED | | | | | | |
| MCEWIN FAMILY SUPERFUND | UAD 04/10/03 | ADDRESS REDACTED | | | | | | |
| MCGINNIS FAMILY TRUST UAD | 06/04/02, PLEDGED COLLATERAL | ADDRESS REDACTED | | | | | | |
| MCNAMEE FAMILY REVOCABLE | TRUST UAD 09/30/05, PLEDGED | ADDRESS REDACTED | | | | | | |
| MEAGAN N. NORTON | SIMPLE IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| MELISSA L. GAFFNEY | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| MELLON INVESTMENTS CORPORATION | COMMONWEALTH OF PENNSYLVANIA TRE | BNY MELLON CENTER | ONE BOSTON PL | | BOSTON | MA | 02108-4408 | |
| MELVYN A. GREENBERG FAMILY | TRUST U/T/A DTD 11/03/2004 | ADDRESS REDACTED | | | | | | |
| MEREDITH R SHRADER | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| MEREDITH R. SHRADER | ROTH IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| MERRILL LYNCH PROF CLEARING CORP | BRIGHTLIGHT CAPITAL MGMT LP | FAO PIPER FOR BRIGHTLIGHT | ATTN PRIME BROKER ACCOUNT | 222 BROADWAY 12TH FLR | NEW YORK | NY | 10038-2579 | |
| MERRILL LYNCH PROF CLEARING CORP | MILLENNIUM PARTNERS | F/A/O MILLENNIUM PARTNERS LP | ATTN PRIME BROKER ACCOUNT | 222 BROADWAY 6TH FLOOR | NEW YORK | NY | 10038-2579 | |
| MERRILL LYNCH PROF CLEARING CORP | PRECEPT MANAGEMENT LLC | PRECEPT CAPITAL MANAGEMENT LP | | | NEW YORK | NY | 10038-2579 | |
| MERRILL LYNCH PROF CLRNG CO | NISHKAMA CAPITAL LLC | ATTN PRIME BROKER ACCOUNT | 222 BROADWAY FL 12 | | NEW YORK | NY | 10038-2579 | |
| MERRILL LYNCH PROFESSIONAL CLEAR | FAO MILLENIUM PARTNERS LP | ATTN PRIME BROKER ACCOUNT | 222 BROADWAY FL 12 | | NEW YORK | NY | 10038-2579 | |
| MGC CONTRACTORS, INC TTEE | MGC CONTRACTORS, INC. SECTION 40 | FBO JOHN K ANDERSON | 592 SHEPHERDS RANCH | | BULVERDE | TX | 78163-3442 | |
| MICHAEL ANTHONY PISCIONERI | | ADDRESS REDACTED | | | | | | |
| MICHAEL B ATKINS | | ADDRESS REDACTED | | | | | | |



**Exhibit AH**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MICHAEL DELONG | ALISON DELONG JT TEN | ADDRESS REDACTED | | | | | | |
| MICHAEL G MYERS | ROTH IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| MICHAEL J BROWN | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| MICHAEL L. BROWER AND MELISA | MITCHELL TRUSTEES FOR THE | ADDRESS REDACTED | | | | | | |
| MICHAEL L. MELTON | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| MICHAEL MACLEAN | STEPHANIE MACLEAN JT TEN | ADDRESS REDACTED | | | | | | |
| MICHAEL MACLEAN CUSTODIAN | FBO KANE MACLEAN | ADDRESS REDACTED | | | | | | |
| MICHAEL MATTEI | | ADDRESS REDACTED | | | | | | |
| MICHAEL P MUEHR | NICOLE D MUEHR JTWROS | ADDRESS REDACTED | | | | | | |
| MICHAEL P MUEHR | TRADITIONAL IRA | ADDRESS REDACTED | | | | | | |
| MICHAEL P MUEHR C/F | MASON MUEHR UTMA/VA | ADDRESS REDACTED | | | | | | |
| MICHAEL RYAN BARNES | CHELSIE JENNA BARNES JTWROS | ADDRESS REDACTED | | | | | | |
| MICHAEL RYAN BARNES | ROTH IRA | ADDRESS REDACTED | | | | | | |
| MICHAEL S ECKOLS | TOD DTD 01/29/2020 | ADDRESS REDACTED | | | | | | |
| MICHAEL STARCHER | SEP-IRA | ADDRESS REDACTED | | | | | | |
| MICHAEL T MCNEESE | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| MICHAEL T MCNEESE | ROTH IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| MICHAEL T MCNEESE & | LAURA MCNEESE TEN ENT | ADDRESS REDACTED | | | | | | |
| MICHAEL T. MCNEESE | SEP IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| MICHAEL W JORDAN DYNASTY | UAD 12/21/01 | ADDRESS REDACTED | | | | | | |
| MICHAEL ZEE TTEE | MICHAEL DARWIN ZEE | ADDRESS REDACTED | | | | | | |
| MICHELE MERLER | | ADDRESS REDACTED | | | | | | |
| MICHELLE FRANCES STUART | ANDREW WILLIAM STUART JT TEN | ADDRESS REDACTED | | | | | | |
| MIHIR NAIK | SEJAL NAIK JT TEN | ADDRESS REDACTED | | | | | | |
| MILTON R ANDERSON | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| MITCHELL DUPRE | ROLLOVER IRA | ADDRESS REDACTED | | | | | | |
| MIZUHO SECURITIES | USA LLC | 320 PARK AVE 12TH FL | | | NEW YORK | NY | 10022-6848 | |
| MM MANAGEMENT LTD CO | | 220 OUTLET POINT BLVD | | | COLUMBIA | SC | 29210-5667 | |
| MMG BANK CORPORATION | FAO: MMG BANK CORP PROP | P.O. BOX 0832-02453 | WORLD TRADE CENTER | | | | | PANAMA |
| MOHAMMAD T KAHOOK | TOD DTD 08/22/2018 | ADDRESS REDACTED | | | | | | |
| MOISE BELLO | | ADDRESS REDACTED | | | | | | |
| MORGAN STANLEY & CO | NISHKAMA CAPITAL LLC | EXECUTION | ATTN PRIME BROKER ACCOUNT | ONE NEW YORK PLAZA | NEW YORK | NY | 10004-1935 | |
| MORGAN STANLEY & CO INC. | F/A/O ARISTEIA CAPITAL LLC | ATTN PRIME BROKER ACCOUNT | ONE NEW YORK PLAZA | | NEW YORK | NY | 10004-1901 | |
| MORGAN STANLEY & CO INC. | FAO ERGOTELES LLC | ATTN PRIME BROKER ACCOUNT | ONE NEW YORK PLAZA | | NEW YORK | NY | 10004-1901 | |
| MORGAN STANLEY & CO INC. | FAO WEISS ASSET MANAGEMENT LP | ATTN PRIME BROKER ACCOUNT | ONE NEW YORK PLAZA | | NEW YORK | NY | 10004-1901 | |
| MORGAN STANLEY & CO INC. | FAO X-ENTITY 0302C IPB/ALPHAS | MANAGED ACCOUNTS | ATTN PRIME BROKER ACCOUNT | ONE NEW YORK PLAZA | NEW YORK | NY | 10004-1935 | |
| MR GORDON L MATTOCKS III | BENE OF | ADDRESS REDACTED | | | | | | |
| MR HUGH ROBINSON | BENE OF | ADDRESS REDACTED | | | | | | |
| MRS TANYA DEL POZZO | BENE OF | ADDRESS REDACTED | | | | | | |
| MWJDT APPOINTIVE FAMILY TRUST | UAD 11/19/21 | ADDRESS REDACTED | | | | | | |
| MWJDT APPOINTIVE FAMILY TRUST | UAD 11/19/21. JANET & JOSH | ADDRESS REDACTED | | | | | | |
| NANCY BRADBURY BELTON | WILLIAM R BELTON POA | ADDRESS REDACTED | | | | | | |
| NANCY SHOSID | SEP-IRA | ADDRESS REDACTED | | | | | | |
| NATHAN TANNER-BRAUN | | ADDRESS REDACTED | | | | | | |
| NATIONAL FINANICAL SERVICES | FAO:FIDELITY CAPITAL MARKETS AWH | CAPITAL, LP | 499 WASHINGTON BLVD | MAIL ZONE NJ4A | JERSEY CITY | NJ | 07310-1995 | |
| NATURAL SUCCESS INC | | 8 OLYMPIC WAY | | | COTO DE CAZA | CA | 92679-4839 | |
| NATURAL SUCCESS INC MPP | MARILYN MCCORMICK TRUSTEE | DANIEL MCCORMICK TRUSTEE | 8 OLYMPIC WAY | | COTO DE CAZA | CA | 92679-4839 | |
| NAYEF M Z ALBASMAN | ATTN NAYEF ALBASMAN | ADDRESS REDACTED | | | | | | |
| NED S HARRISON | ROLLOVER IRA | ADDRESS REDACTED | | | | | | |
| NEEMA U COOPER | | ADDRESS REDACTED | | | | | | |
| NIKOLAS SCOTT JEFFERSON | ROLLOVER IRA | ADDRESS REDACTED | | | | | | |
| NISSAN SECURITIES | 1-38-11 NIHONBASHI | ADDRESS REDACTED | | | | | | |
| NOBILIS CORREDOR DE BOLSA SA | FAO: 406897 | ADDRESS REDACTED | | | | | | |
| NORMA S HOOVER | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| NORMAN KIRKWOOD | TOD DTD 03/15/2021 | ADDRESS REDACTED | | | | | | |
| NORTHERN TRUST COMPANY | 99-99999 | ACCOUNT | 50 SOUTH LASALLE STREET | | CHICAGO | IL | 60603-1003 | |



**Exhibit AH**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| NORTHERN TRUST COMPANY TTEE | TOWERS WATSON SAVINGS PLAN | ADDRESS REDACTED | | | | | | |
| NORTHERN TRUST INVESTMENTS | 99-99999 | 181 W MADISON ST | | | CHICAGO | IL | 60602-4510 | |
| NORTHERN TRUST INVESTMENTS INC | NTGIC 99-99999 | 50 S LASALLE FL 4 | | | CHICAGO | IL | 60603-1003 | |
| NORTHERN TRUST TTEE | ACCENTURE RETIREMENT SVGS PLAN | ADDRESS REDACTED | | | | | | |
| NORTHERN TRUST TTEE | ACCENTURE RETIREMENT SVGS PLAN | ADDRESS REDACTED | | | | | | |
| NORTHERN TRUST TTEE | ACCENTURE RETIREMENT SVGS PLAN | ADDRESS REDACTED | | | | | | |
| NORTHERN TRUST TTEE | ACCENTURE RETIREMENT SVGS PLAN | ADDRESS REDACTED | | | | | | |
| NORTHERN TRUST TTEE | ACCENTURE RETIREMENT SVGS PLAN | ADDRESS REDACTED | | | | | | |
| NORTHERN TRUST TTEE | ACCENTURE RETIREMENT SVGS PLANS | ADDRESS REDACTED | | | | | | |
| NORTHERN TRUST TTEE | CATERPILLAR 401K SAVINGS PLAN | ADDRESS REDACTED | | | | | | |
| NORTHERN TRUST TTEE | CATERPILLAR 401K SAVINGS PLAN | ADDRESS REDACTED | | | | | | |
| NORTHERN TRUST TTEE | CATERPILLAR 401K SAVINGS PLAN | ADDRESS REDACTED | | | | | | |
| NORTHERN TRUST TTEE | GEORGIA PACIFIC HOURLY 401K PL | ADDRESS REDACTED | | | | | | |
| NORTHERN TRUST TTEE | GEORGIA PACIFIC RET SAVINGS PL | ADDRESS REDACTED | | | | | | |
| NORTHERN TRUST TTEE | SCHLUMBERGER TECH CO SVGS & PS | ADDRESS REDACTED | | | | | | |
| NORTHERN TRUST TTEE | SCHLUMBERGER TECH CO SVGS & PS | ADDRESS REDACTED | | | | | | |
| NORTHERN TRUST TTEE | THE MOLEX RETIREMENT & SVGS PLAN | FBO CHEIKH T THIAM | 7051 WHITE TAIL DR | | GRAND BLANC | MI | 48439-9644 | |
| NYS COMMON RETIREMENT FUND | SMALLCAP ACCT P61230 | 110 STATE STREET 14TH FLOOR | | | ALBANY | NY | 12207-2035 | |
| OCBC SECURITIES PRIVATE LTD | 18 CHURCH STREET | --SINGLE AGENCY ACCOUNT-- | CLIENT A/C | #01-00 OCBC CENTRE SOUTH | | | 049479 | SINGAPORE |
| OSCAR J JUNQUERA | TRADITIONAL IRA | ADDRESS REDACTED | | | | | | |
| PAMELA S LAMB | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| PARAMETRIC PORTFOLIO ASSOCIATES | GLOFUN | 800 5TH AVE STE 2800 | | | SEATTLE | WA | 98104-4109 | |
| PARAMETRIC PORTFOLIO ASSOCIATES | HAWAII LLC PARAMETRIC SMALL CA | 800 5TH AVE STE 2800 | | | SEATTLE | WA | 98104-4109 | |
| PARAMETRIC PORTFOLIO ASSOCIATES | JPM OMNIBUS | 800 5TH AVE STE 2800 | | | SEATTLE | WA | 98104-4109 | |
| PARAMETRIC PORTFOLIO ASSOCIATES | MICHELLE LUND REVOCABLE TRUST | 800 5TH AVE STE 2800 | | | SEATTLE | WA | 98104-4109 | |
| PARAMETRIC PORTFOLIO ASSOCIATES | SHARON D LUND RESIDUAL TRUST F | 800 5TH AVE STE 2800 | | | SEATTLE | WA | 98104-4109 | |
| PARKER W. RUSH | TRADITIONAL IRA | ADDRESS REDACTED | | | | | | |
| PATRICIA ROTONDO | | ADDRESS REDACTED | | | | | | |
| PATRICIA V WILSON | TOD DTD 05/21/2019 | ADDRESS REDACTED | | | | | | |
| PATRICIA YEARWOOD | | ADDRESS REDACTED | | | | | | |
| PATRICK M O'BRIEN | TRISH J OBRIEN JT TEN | ADDRESS REDACTED | | | | | | |
| PATTY B CALLAN | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| PAUL A KNIGHT | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| PAUL I. MUNVES IRREV TRUST | PHYLLIS MUNVES TRUSTEE | ADDRESS REDACTED | | | | | | |
| PAUL P FLYNN | SANDRA M FLYNN JT TEN | ADDRESS REDACTED | | | | | | |
| PAULA R BROWN | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| PEGGY A THORNBURG | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| PERSHING PRIME BROKER FAO | GOTHAM ASSET MANAGEMENT LLC | ------------------COD ACCOUNT--- | ATTN PRIME BROKER SERVICES | ONE PERSHING PLAZA 9TH FLOOR | JERSEY CITY | NJ | 07399-0001 | |
| PERSHING PRIME BROKER FBO | HORSTMANN EXECUTION | ------------COD DEPARTMENT-------- | ATTN PRIME BROKER OPERATIONS | ONE PERSHING PLAZA 9TH FLOOR | JERSEY CITY | NJ | 07399-0001 | |
| PETER F JACKSON | TRADITIONAL IRA | ADDRESS REDACTED | | | | | | |
| PETER FLOTZ & | DEBORAH FLOTZ JTEN ENT | ADDRESS REDACTED | | | | | | |
| PETER J ROBINSON | ROLLOVER IRA | ADDRESS REDACTED | | | | | | |
| PETER J VAVRINEK HOLDING TRUST | UAD 03/07/17 | ADDRESS REDACTED | | | | | | |
| PETER NAIRN RENNIE | | ADDRESS REDACTED | | | | | | |
| PETER NORVIG & KRISTAN NORVIG | TTEES: THE NORVIG FAMILY TRUST | ADDRESS REDACTED | | | | | | |
| PHILIP BERLING | INDIVIDUAL(K)-PERSHING AS CUST | ADDRESS REDACTED | | | | | | |
| PHILIP J PATEL | | ADDRESS REDACTED | | | | | | |
| PHILIP LIND GOUGH | | ADDRESS REDACTED | | | | | | |
| PHILLIP S GREGG | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| PHILLIP S GREGG | ROTH IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit AH**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| PHILLIP S. GREGG CUSTODIAN | FBO LILLIAN E. GREGG UTMA/TN | ADDRESS REDACTED | | | | | | |
| PHILLIP SECURITIES PTE LTD. | -30% WITHHOLDING-CLIENT | A/C-SINGLE AGENCY ACCOUNT- | 250 NORTH BRIDGE ROAD | SINGAPORE 179101 - SINGAPORE | | | | SINGAPORE |
| POPILLEAU INVESTMENTS CORP | | CARTAGENA 1674 | MONTEVIDEO 11500, URUGUAY | | | | | URUGUAY |
| PRISCILLA C DICK | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| PROSPERITY BANK FBO | JAMES DOUGLAS WHITE | DARLA SULLIVAN WHITE JT TEN | 2605 ROUND TABLE BLVD. | | LEWISVILLE | TX | 75056-5723 | |
| R. BLAKE KESSLER | | ADDRESS REDACTED | | | | | | |
| RAFAEL RIVERA | ALEXANDRA NAVAS TEN ENT | ADDRESS REDACTED | | | | | | |
| RAM D PRASAD | ROLLOVER IRA | ADDRESS REDACTED | | | | | | |
| RANDY L DUNBAR | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| RAY G PITCHFORD | | ADDRESS REDACTED | | | | | | |
| RAY G PITCHFORD | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| RAY G PITCHFORD | ROTH IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| RAYEES NIZAM | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| RAYLON J. METCALF | LOGAN R. METCALF | ADDRESS REDACTED | | | | | | |
| REBECCA D BRADLEY | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| REBECCA GLASSER | MATTHEW JOSEPH MAYER TEN COMM | ADDRESS REDACTED | | | | | | |
| RETAIL EFG EUROBANK SEC | C/O EFG EUROBANK SEC | 10 FILLELLINON STREET | | | ATHENS | | 10557 | GREECE |
| REXTON SUPERANNUATION FUND | UAD 06/22/87 | REXTON HOLDINGS PTY LTD | TTEE AMD 06/15/17 | PO BOX 1300 CANNING BRIDGE | APPLECROSS | WA | 6153 | AUSTRALIA |
| RFA GROUP TRUST | UAD 07/29/14 | RFA GROUP AUSTRALIA PTY LTD TTEE | FBO HASSAN HASSAN | 114 RAGLAN ST | PRESTON | VIC | 3072 | AUSTRALIA |
| RHUMBLINE ADVISERS | PACIFIC GAS & ELECTRIC | 265 FRANKLIN STREET | 21ST FLOOR | | BOSTON | MA | 02110-3113 | |
| RHUMBLINE ADVISORS | A/C ILLINOIS POLICE OFFICER | PENSION | 265 FRANKLIN STREET | 21ST FLOOR | BOSTON | MA | 02110-3113 | |
| RHUMBLINE ADVISORS LP | IPOP2 | 265 FRANKLIN STREET | 21ST FLOOR | | BOSTON | MA | 02110-3113 | |
| RHUMBLINE ADVISORS LP | PACGAS4 | ADDRESS REDACTED | | | | | | |
| RICHARD C THORNTON | | ADDRESS REDACTED | | | | | | |
| RICHARD DAVIS JR. | | ADDRESS REDACTED | | | | | | |
| RICHARD E FENNELLY JR. | DEIRDRE M FENNELLY JT TEN | ADDRESS REDACTED | | | | | | |
| RICHARD E GREENE | | ADDRESS REDACTED | | | | | | |
| RICHARD E. GREENE | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| Richard H Rupp Family Trust | UAD 03/27/17 | ADDRESS REDACTED | | | | | | |
| RICHARD M DALLAIRE | SEP-IRA | ADDRESS REDACTED | | | | | | |
| RICHARD M MOORE | CRYSTAL L MOORE JTWROS | ADDRESS REDACTED | | | | | | |
| RICHARD M MOORE | ROLLOVER IRA | ADDRESS REDACTED | | | | | | |
| RICHARD M MOORE II TTEE | RICHARD M MOORE II TRUST | ADDRESS REDACTED | | | | | | |
| RICHARD MARKLEN KENNEDY | | ADDRESS REDACTED | | | | | | |
| RICHARD SAVARD | LINDA SAVARD JT TEN | ADDRESS REDACTED | | | | | | |
| ROBBIE BAKER | | ADDRESS REDACTED | | | | | | |
| ROBERT C LABIANCA | | ADDRESS REDACTED | | | | | | |
| ROBERT CRAIG ROBSON | | ADDRESS REDACTED | | | | | | |
| ROBERT D ROSENTHAL | DVP | ADDRESS REDACTED | | | | | | |
| ROBERT D. ROSENTHAL 2017 | FAMILY TRUST DATED 12/15/17 | ADDRESS REDACTED | | | | | | |
| ROBERT E ADAIR & | PATRICIA ADAIR TEN ENT | ADDRESS REDACTED | | | | | | |
| ROBERT HENLEY | PAMELA E B HENLEY TEN ENTR | ADDRESS REDACTED | | | | | | |
| ROBERT J SHELTON | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| ROBERT J. SHELTON | | ADDRESS REDACTED | | | | | | |
| ROBERT PANE | | ADDRESS REDACTED | | | | | | |
| ROBERT RENNER | DIANE RENNER JT TEN | ADDRESS REDACTED | | | | | | |
| ROBERT S SPAETH | TOD DTD 10/20/2021 | ADDRESS REDACTED | | | | | | |
| ROBERT SEGUSO | | ADDRESS REDACTED | | | | | | |
| ROBIN CHARLES ASHBY | | ADDRESS REDACTED | | | | | | |
| ROBIN D TULLOCK | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| ROBIN D. TULLOCK | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| ROBIN F WALTER | TOD DTD 05/21/2020 | ADDRESS REDACTED | | | | | | |
| ROBIN TULLOCK CUSTODIAN FBO | DEVIN R WILCOX UTMA/TN | ADDRESS REDACTED | | | | | | |
| ROBIN TULLOCK CUSTODIAN FBO | JACOB D TULLOCK UTMA/TN | ADDRESS REDACTED | | | | | | |
| RODNEY D WALKER | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| RONALD J JACOBY & | SUE E JACOBY JT TEN | ADDRESS REDACTED | | | | | | |
| RONALD R. CRUM | | ADDRESS REDACTED | | | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 16 of 20



**Exhibit AH**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| RONALD R. CRUM | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| Ross Berman | | ADDRESS REDACTED | | | | | | |
| ROY H. GREENBERG FAMILY TRUST | U/T/A DTD 11/09/2004 | ADDRESS REDACTED | | | | | | |
| ROY W CLEVER JR | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| RUSSELL G JOHNSON | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| RUSSELL J LANG | | ADDRESS REDACTED | | | | | | |
| RUSSELL P CANN | TOD DTD 05/02/2022 | ADDRESS REDACTED | | | | | | |
| RUSSELL SCURTO REVOCABLE TRUST | UA DTD 02/20/2009 | ADDRESS REDACTED | | | | | | |
| RYAN JAMES LIVINGSTON | | ADDRESS REDACTED | | | | | | |
| RYAN P MCBRIDE | RIMA J ALAILY JTWROS | ADDRESS REDACTED | | | | | | |
| S & S BALL SUPERANNUATION FUND | UAD 02/01/96 | ADDRESS REDACTED | | | | | | |
| S/T FARMS INC | CARL C SHELTON, STEFHAN | ADDRESS REDACTED | | | | | | |
| SAAD OBAID NASER ALDOSARI | ATTN SAAD OBAID NASER ALDOSARI | ADDRESS REDACTED | | | | | | |
| SABRA GLOBAL, LLC | ATTN: VLADIMIR KITAYGORODSKY | 12758 NW 69TH CT | | | PARKLAND | FL | 33076-1967 | |
| SAFRA SECURITIES LLC | NSCC FLIP DTC #8457 | 546 5TH AVE | | | NEW YORK | NY | 10036-5000 | |
| SALLY-CHRISTINE RODGERS SEP | PROPERTY TRUST DTD 6/26/97 | ADDRESS REDACTED | | | | | | |
| SALVATORE J DIMUCCI JR TRUST | DTD 12/22/1979 | ADDRESS REDACTED | | | | | | |
| SALVATORE J VIVIANO | SEP-IRA DTD 06/29/07 | ADDRESS REDACTED | | | | | | |
| SAMSUNG SECURITIES CO LTD | 11, SEOCHO-DAERO 74-GIL | SEOCHO-GU, 11TH FLOOR | SAMSUNG ELECTRONICS BUILDING | | SEOUL | | | REPUBLIC OF KOREA |
| SAMUEL A. ORENDAIN | JAN E. ORENDAIN COMM PROP | ADDRESS REDACTED | | | | | | |
| SAMUEL L LINDLEY | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| SAMUEL M MARGOLIS TRUST | UAD 06/04/98 | ADDRESS REDACTED | | | | | | |
| SANDRA G. BRITTON | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| SANDRA J. DENNEY | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| SANDRA LOUISE HOLLOWAY | | ADDRESS REDACTED | | | | | | |
| SANJEEV SIWACH | NEELAM SIWACH JT TEN | ADDRESS REDACTED | | | | | | |
| SARA W. CLAIBORNE | ROTH IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| SAUDI FRANSI CAPITAL | | 749 LEGEND TOWER | KING FAHAD ROAD | NEAR TAHLIA STREET | | | | SAUDI ARABIA |
| SCHILLER SIMILIEN | | ADDRESS REDACTED | | | | | | |
| SCHWAB CRYPTO THEMATIC ETF | | 101 MONTGOMERY ST | | | SAN FRANCISCO | CA | 94104-4151 | |
| SCHWAB SMALL-CAP INDEX FUND | CHARLES SCHWAB | 211 MAIN ST FL 2 | | | SAN FRANCISCO | CA | 94105-1908 | |
| SCHWAB TOTAL STOCK MARKET INDEX | C/O CHARLES SCHWAB | 211 MAIN STREET SF211MN-02 | | | SAN FRANCISCO | CA | 94105-1905 | |
| SCHWAB U.S. BROAD MARKET ETF | C/O CHARLES SCHWAB INV MGT | 211 MAIN ST,SF211MN-02 | | | SAN FRANCISCO | CA | 94105-1905 | |
| SCHWAB U.S. SMALL-CAP ETF | CHARLES SCHWAB | 211 MAIN ST FL 2 | | | SAN FRANCISCO | CA | 94105-1908 | |
| SCOTT A DEZELL | | ADDRESS REDACTED | | | | | | |
| SCOTT GORDON | SOLE & SEPARATE PROPERTY | ADDRESS REDACTED | | | | | | |
| SCOTT JACQUES | | ADDRESS REDACTED | | | | | | |
| SCOTT K BAUER | SIMPLE IRA CETERA INV CUST | ADDRESS REDACTED | | | | | | |
| SCOTT KNIGHT CUSTODIAN FBO | KENNEDY B KNIGHT UTMA/TN | ADDRESS REDACTED | | | | | | |
| SCOTT MACLEAN | TOD DTD 04/13/2021 | ADDRESS REDACTED | | | | | | |
| SCOTT T KNIGHT | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| SEAN CLARK | ROLLOVER IRA | ADDRESS REDACTED | | | | | | |
| SEP FBO ADAM ZEIBERG | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| SEP FBO CAROL L TROXELL | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| SEP FBO CATHY L BROWN | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| SEP FBO CHARLENE J ZEIBERG | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| SEP FBO DAVID E LOVEN | NM WEALTH MGMT CO AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| SEP FBO GENE W WALTER | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| SEP FBO MARTY MONONI | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| SEP FBO MONTE ZWEBEN | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| SEP FBO ROBERT RENNER | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| SEP FBO SHELBY P LASALLE JR | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| SEP FBO SPENCER FORTWENGLER | PERSHING LLC AS CUSTODIAN | ADDRESS REDACTED | | | | | | |
| SG AMERICAS SECS LLC | SECURITIES LENDING/BORROWING | 245 PARK AVENUE THIRD FLOOR | | | NEW YORK | NY | 10167-0002 | |
| SGB IRREVOCABLE TRUST | TRUST DTD 01/23/20 | ADDRESS REDACTED | | | | | | |
| SGSS | SPA/FBO FINECOBANK OMNIBUS | ADDRESS REDACTED | | | | | | |
| SHALOM KRENGEL | ROLLOVER IRA | ADDRESS REDACTED | | | | | | |
| SHALONDRA HARRIS-WASHINGTON | | ADDRESS REDACTED | | | | | | |
| SHANDRA R JACKSON | | ADDRESS REDACTED | | | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 17 of 20



**Exhibit AH**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| SHARLENE R DUNBAR | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| SHEILA CARTER CUSTODIAN FBO | BRENNON S CARTER UTMA/TN | ADDRESS REDACTED | | | | | | |
| SHEILA CARTER CUSTODIAN FBO | THERON D CARTER UTMA/TN | ADDRESS REDACTED | | | | | | |
| SHEILA D CARTER | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| SHELLY J. LEWIS | SIMPLE IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| SHERI L. LAMONS | BENE IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| SHERRI S GREGG | | ADDRESS REDACTED | | | | | | |
| SHERRI S GREGG | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| SHERRI S GREGG | ROTH IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| SHERYL J DUPRE | ROLLOVER IRA | ADDRESS REDACTED | | | | | | |
| SHERYL S SHIELDS | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| SHINHAN INVESTMENT CORP | 70 YEOUI-DAERO | YEONGDEUNGPO-GU | SEOUL 07325 | | SEOUL | | | REPUBLIC OF KOREA |
| SHIRLEY J EVANGELISTA | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| SHIRLEY M MELTON | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| SKSECCO | 31, GUKJEGEUMYUNG-RO 8-GIL | YEONGDEUNGPO-GU | | | SEOUL | | | REPUBLIC OF KOREA |
| SLB INVESTMENT HOLDINGS LLC | | 1720 THATCH PALM DR | | | BOCA RATON | FL | 33432-7453 | |
| SNYDER 2014 REVOCABLE TRUST | WILLIAM L SNYDER TTEE | ADDRESS REDACTED | | | | | | |
| SONYA HUAYTA QUIJADA | TOD CLARE R QUIJADA | ADDRESS REDACTED | | | | | | |
| SPECIAL OPPORTUNITIES FUND, | LTD. | 400 PARK AVENUE | 10TH FLOOR | | NEW YORK | NY | 10022-9406 | |
| SPECTRE TRUST | UAD 01/19/16 | SPECTRE VENTURES PTY LIMITED | TTEE | 23 THE CRESCENT | MOSMAN | NSW | 2088 | AUSTRALIA |
| SPENCER SALVADOR | BAILEY E SALVADOR JT TEN | ADDRESS REDACTED | | | | | | |
| STACEY BENDET EISNER | FTCI -0800 | ADDRESS REDACTED | | | | | | |
| STARMAN HOLDINGS, LLC | | 97 ADALIA AVE | | | TAMPA | FL | 33606-3340 | |
| STATE STREET BANK & TRUST TTEE | IP HOURLY SAVINGS PLAN | FBO BRIAN STANFIELD | 2438 FLINTSTONE DRIVE | | CANTONMENT | FL | 32533-7882 | |
| STATE STREET BANK & TRUST TTEE | IP SALARIED SAVINGS PLAN | FBO WALTER T ARNOLD | 1200 WALKER STREET | | IRON MOUNTAIN | MI | 49801-6602 | |
| STATE STREET GLOBAL ADV | BELLSOUTH CORP. RFA VEBA TRUST | 1 LINCOLN ST | | | BOSTON | MA | 02111-2901 | |
| STATE STREET GLOBAL ADVISORS | 7BB8 | 1 LINCOLN STREET | | | BOSTON | MA | 02111-2901 | |
| STATE STREET GLOBAL ADVISORS | A/C: FB02 | 1 LINCOLN STREET | | | BOSTON | MA | 02111-2901 | |
| STATE STREET GLOBAL ADVISORS | NEXTERA ENERGY LLC - TEMC | RUSSELL 3000 | 1 LINCOLN STREET | | BOSTON | MA | 02111-2901 | |
| STATE STREET GLOBAL ADVISORS | SYLVAN PARTNERS SERIES I | 1 LINCOLN STREET | | | BOSTON | MA | 02111-2901 | |
| STATE STREET TTEE | BAE EMPLOYEE SVGS & INV PLAN | FBO FELIX HEIMES | 29 SWEET BRIAR CT | | ENDWELL | NY | 13760-1052 | |
| STEFHAN C. SHELTON | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| STEPHEN C COLLINS | FIONA W COLLINS JTWROS | ADDRESS REDACTED | | | | | | |
| STEPHEN D MULHOLLEN | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| STEPHEN D MULHOLLEN | ROTH IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| STEPHEN SIMAKAUSKAS JR | | ADDRESS REDACTED | | | | | | |
| STEVEN K READ | ROLLOVER IRA | ADDRESS REDACTED | | | | | | |
| STEVEN L DICK | SIMPLE IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| STEVEN PATRICK | | ADDRESS REDACTED | | | | | | |
| STIBEL LLC | C/O New England Consulting Group | 320 Post Road West | 2nd FL | | Westport | CT | 06880-4743 | |
| STUART ROY MUNDAY | | ADDRESS REDACTED | | | | | | |
| SUSAN ANNETTE MOORE | ROTH IRA | ADDRESS REDACTED | | | | | | |
| SUSAN D JACKSON | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| Suzanna P Azoulay | | ADDRESS REDACTED | | | | | | |
| SUZANNE D CANTON TRUST | DTD 12/31/2012 | ADDRESS REDACTED | | | | | | |
| SYGNIA ASSET MANAGEMENT | (PTY ) LTD | PO BOX 51591 V & A WATERFRONT | | | CAPE TOWN | | 8002 | SOUTH AFRICA |
| SYGNIA ASSET MANAGEMENT | (PTY ) LTD FAO:  SBSA ITF SYG | IND REV GLO EQ F | PO BOX 51591 V & A WATERFRONT | | CAPE TOWN | | 8002 | SOUTH AFRICA |
| TAMARA H. RUSH | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| TAMMY A. MATHEWS | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| TAMMY H. RUSH LIVING TRUST | TRUST DTD 03/05/10 | ADDRESS REDACTED | | | | | | |
| TAMMY S. SHELTON | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| TANGO LIMA HOLDINGS LP | | PO BOX 471184 | | | FORT WORTH | TX | 76147-1184 | |
| TANYA HENDERSON | HORIZON CORE VALUE PORTFOLIO | ADDRESS REDACTED | | | | | | |
| TANYA JOY ROBERTS | | ADDRESS REDACTED | | | | | | |
| TAYLOR ROBERTSON | | ADDRESS REDACTED | | | | | | |
| TEAMSTER UPS NATIONAL 401K | TAX DEFERRED SAVINGS PLAN | FBO AARON MILLER | | | | | | |
| TEAMSTER UPS NATIONAL 401K | TAX DEFERRED SAVINGS PLAN | FBO DANIEL G GAST | | | | | | |



**Exhibit AH**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| TEAMSTER-UPS NATIONAL 401(K) | TAX DEFERRED SAVINGS PLAN | FBO CHRISTOPHER ROBERT JOHNSON | | | | | | |
| TEAMSTER-UPS NATIONAL 401(K) | TAX DEFERRED SAVINGS PLAN | FBO DAVID A CLAY | | | | | | |
| TEAMSTER-UPS NATIONAL 401(K) | TAX DEFERRED SAVINGS PLAN | FBO DAVID ROY BOYLES | | | | | | |
| TEAMSTER-UPS NATIONAL 401K | TAX DEFERRED SAVINGS PLAN | FBO MIKE HUSTAD | | | | | | |
| TERESA F MASCARENHAS | | ADDRESS REDACTED | | | | | | |
| TERESA L COX | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| TERESA L. COX IRREVOCABLE TRUS | TRUST DTD 02/28/12 | ADDRESS REDACTED | | | | | | |
| TERESA P MENGEL | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| TERRI BOURNE THORNTON 2012 | IRREVOCABLE TRUST UAD 12/14/12 | ADDRESS REDACTED | | | | | | |
| TERRIE M AYRES | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| TERRY HOESE CUSTODIAN FBO | ARIANNA F HOESE UTMA/TN | ADDRESS REDACTED | | | | | | |
| TERRY HOESE CUSTODIAN FBO | ISAAC B HOESE UTMA/TN | ADDRESS REDACTED | | | | | | |
| THE ALEXANDER CHARLES ROETTER | 2007 TRUST | ADDRESS REDACTED | | | | | | |
| THE ANDERSON FAMILY TRUST | TRUST DTD 12/16/06 | ADDRESS REDACTED | | | | | | |
| THE BARBARA M. H. DAIGNEAULT | TRUST 2016 UAD 12/16/16 | ADDRESS REDACTED | | | | | | |
| THE BARRETT C. LANDEN | LIVING TRUST DTD 3-15-21 | ADDRESS REDACTED | | | | | | |
| THE CANDACE W. WHITEHURST IR L | TRUST DTD 06/04/14 | ADDRESS REDACTED | | | | | | |
| THE CHARIF LIVING TRUST | DTD 4-7-2017 | ADDRESS REDACTED | | | | | | |
| THE E.P. IRREVOCABLE LIVING TR | TRUST DTD 06/18/18 | ADDRESS REDACTED | | | | | | |
| THE ERIN R. BRADDI | IRREVOCABLE TRUST | ADDRESS REDACTED | | | | | | |
| THE FIRST INTERNATIONAL BANK OF | ISRAEL LTD FBO CUST 25% | SINGLE ACCOUNT AGENCY ACCOUNT | BEIT HABEINLEUMI 6TH FLOOR | 42 ROTHSCHILD BOULEVARD | TEL AVIV | | 66883 | ISRAEL |
| THE GREENBERG FAMILY | LIMITED PARTNERSHIP | ADDRESS REDACTED | | | | | | |
| THE JACK SUPER FUND | UAD 03/01/09 | ADDRESS REDACTED | | | | | | |
| THE JONATHAN HYLTON REVOCABLE | LIVING TRUST UAD 12/29/21 | ADDRESS REDACTED | | | | | | |
| THE K.D. IRREVOCABLE TRUST | TRUST DTD 06/21/19 | ADDRESS REDACTED | | | | | | |
| THE MARK SUDACK SEPARATE TRUST | UNDER THE MARK & LAURA SUDACK | ADDRESS REDACTED | | | | | | |
| THE MCCAFFREY FAMILY 2005 | TRUST | ADDRESS REDACTED | | | | | | |
| THE MICAELA L. BRADDI | IRREVOCABLE TRUST | ADDRESS REDACTED | | | | | | |
| THE NORTHERN TRUST CO. | 99-99999 | 801 S. CANAL ST. | | | CHICAGO | IL | 60607-4715 | |
| THE PRIEM FAMILY FOUNDATION | HORIZON CORE VALUE PORTFOLIO | 33385 PALOMARES ROAD | | | CASTRO VALLEY | CA | 94552-9615 | |
| THE SAT REVOCABLE TRUST 2 | DTD 04/28/2014 | ADDRESS REDACTED | | | | | | |
| THE SLUDER FAMILY SPECIAL NEED | TRUST DTD 08/23/07 | ADDRESS REDACTED | | | | | | |
| THE TST RECOVABLE TRUST | DTD 04/28/2014 | ADDRESS REDACTED | | | | | | |
| THE WHELAN FAMILY TRUST | UAD 08/29/01 | ADDRESS REDACTED | | | | | | |
| THEODORE E HACKL. | ANNELISE X ARZE JTWROS | ADDRESS REDACTED | | | | | | |
| THOMAS C HUTCHENS PHD | TOD DTD 01/29/2021 | ADDRESS REDACTED | | | | | | |
| THOMAS J THIBAULT | SIMPLE IRA TRP TRUST CO CUST | ADDRESS REDACTED | | | | | | |
| THOMAS LABELLE CUSTODIAN | FBO LAUREN MICHELLE LABELLE | ADDRESS REDACTED | | | | | | |
| THOMAS LABELLE CUSTODIAN | FBO LUCAS LABELLE | ADDRESS REDACTED | | | | | | |
| THOMAS SOLURI | | ADDRESS REDACTED | | | | | | |
| THOMAS SOLURI FAMILY TRUST | UAD 04/23/2007 | ADDRESS REDACTED | | | | | | |
| THOMPSON-GIULIANO TRUST | JAMES THOMPSON VIRGINIA | ADDRESS REDACTED | | | | | | |
| TIAA - CREF TRUST COMPANY CUST | FBO ADELE M CHECCHI IRA | 25 CHESTNUT HL | | | GREENFIELD | MA | 01301-3003 | |
| TIAA - CREF TRUST COMPANY CUST | FBO DEL REY LOVEN IRA | 544 1/2 W TUSCARAWAS AVE | | | BARBERTON | OH | 44203-2520 | |
| TIAA - CREF TRUST COMPANY CUST | FBO VALERIE E GILLINS-GANT IRA | 2623 S MASSEY ST | | | PHILADELPHIA | PA | 19142-2128 | |
| TIAA - CREF TRUST COMPANY CUST | ROTH AARON D KIRK | 2920 ALDERWOOD AVE | | | BELLINGHAM | WA | 98225-1014 | |
| TIAA - CREF TRUST COMPANY CUST | ROTH MARY J FISHER | 519 JARVIS RD | | | SICKLERVILLE | NJ | 08081-2169 | |
| TIAA FSB CUSTODIAN CUST | FBO ALBERT UPRICHARD IRA | 10 CROMARTY LANE | | | SIMPSONVILLE | SC | 29681-5680 | |
| TIAA FSB CUSTODIAN CUST | FBO GREGG GILMARTIN IRA | 1184 GARDEN PL | | | WANTAGH | NY | 11793-2757 | |
| TIAA FSB CUSTODIAN CUST | FBO KEVIN J RUSSELL | 2460 PALAZZO CT | | | BUFFALO GROVE | IL | 60089-4677 | |
| TIAA FSB CUSTODIAN CUST | FBO RAPIN OSATHANONDH IRA | 1 PICKEREL TER | | | WELLESLEY | MA | 02482-4211 | |
| TIAA, FSB CUST/TTEE CUST | FBO JAIMEE ELIZABETH MANNIX IRA | 4229 MCREE AVE | | | SAINT LOUIS | MO | 63110-2443 | |
| TIAA, FSB CUST/TTEE CUST | ROTH MICHAEL I TARNOW | 6 ROBINS NEST LN | | | LARCHMONT | NY | 10538-2521 | |
| TIAA-CREF INVESTMENT MANAGEMENT | COLLEGE RETIREMENT EQUITIES FU | AC MAIN | 730 THIRD AVE FL 10 | | NEW YORK | NY | 10017-3213 | |
| TIAA-CREF INVESTMENT MGMT. LLC | CREF MAIN | COLLEGE RETIREMENT EQUITIES FU | 730 THIRD AVENUE | 6TH FLOOR | NEW YORK | NY | 10017-3213 | |
| TILLOTSON LIVING TRUST | UAD 11/27/18 | ADDRESS REDACTED | | | | | | |
| TIMOTHY ANDREW OATES | CHRISTIE OATES JTWROS | ADDRESS REDACTED | | | | | | |
| TIMOTHY D WADDELL | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| TIMOTHY M CHASE | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| TOBSTER LIMITED PARTNERSHIP | DTD 6-26-2017 | 5212 CORINTHIAN BAY | | | PLANO | TX | 75093-4029 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 19 of 20



**Exhibit AH**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| TODD PERKINS | MEGAN LEONE-PERKINS JNT TEN | ADDRESS REDACTED | | | | | | |
| TOMMY G HELBERT | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| TOMMY G HELBERT & | MARY HELBERT TEN ENT | ADDRESS REDACTED | | | | | | |
| TRACY L HARMON JOYCE | IRREVOCABLE TR DTD 11/16/2005 | ADDRESS REDACTED | | | | | | |
| TRADEUP SECURITES | | 101 EISENHOWER PARKWAY | | | ROSELAND | NJ | 07068 | |
| TRAE K DOWNING | TOD DTD 04/22/2022 | ADDRESS REDACTED | | | | | | |
| TRIPLE V PARTNERS LP | | 3419 WICKERSHAM LN | | | HOUSTON | TX | 77027-4133 | |
| TYLER C JENNINGS | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| TYLER C JENNINGS & | MARSHA JENNINGS TEN ENT | ADDRESS REDACTED | | | | | | |
| UBS SECURITIES LLC | ERGOTELES CAPITAL | FAO ERGOTELES LLC | ATTN PRIME BROKER ACCOUNT | 1285 AVE OF THE AMERICAS 9TH FL | NEW YORK | NY | 10019-6028 | |
| UBS SECURITIES LLC | FAO MILLENNIUM INTL MGMT LP | ATTN PRIME BROKER ACCOUNT | 1285 AVE OF THE AMERICAS 9TH FL | | NEW YORK | NY | 10019-6028 | |
| UDAI VARSHNEY | INDIVIDUAL(K)-PERSHING AS CUST | ADDRESS REDACTED | | | | | | |
| UDAI VARSHNEY | POONAM VARSHNEY JT TEN | ADDRESS REDACTED | | | | | | |
| UNIVERSITY OF COLORADO | RETIREMENT PLAN | FBO JOSH D HUTCHISON | 296 UVALDA ST | | AURORA | CO | 80011-8602 | |
| US BANK | FAO SRN ADVISORS LLC | 2600 PHILMONT AVENUE SUITE 215 | | | HUNTINGDON VY | PA | 19006-5308 | |
| US BANK | FAO SRN ADVISORS LLC | 2600 PHILMONT AVENUE SUITE 215 | | | HUNTINGDON VA | PA | 19006-5308 | |
| US BANK | T3000 | 800 NICOLLET MALL | | | MINNEAPOLIS | MN | 55402-7000 | |
| UTMOST INTERNATIONAL ISLE OF MAN | LIMITED | SKANDIA HOUSE, KING EDWARD RD | | | ONCHAN | | IM99 1NU | ISLE OF MAN |
| VENKAT BALASUBRAMANIAN | RAMYA VENKATESHWARAN JT TEN | ADDRESS REDACTED | | | | | | |
| VENKATASUBRAMAN SITARAMAN | BHUVANESWARI SRINIVASAN JT TEN | ADDRESS REDACTED | | | | | | |
| VEXTOR HOLDINGS INC | VIRGEN DEL ROSARIO 260, C94 | VILLA ELISA ASUNCION 2610 | | | | | | PARAGUAY |
| VICKIE S MELLON | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| VICKIE S. MELLON | | ADDRESS REDACTED | | | | | | |
| VULCAN LENDING I LLC | | 640 S PERKINS RD | | | MEMPHIS | TN | 38117-4706 | |
| W LEE MOFFATT AND | DONNA C MOFFATT JTTEN | ADDRESS REDACTED | | | | | | |
| WARREN C. DICK | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| WEDBUSH SECURITIES | F/A/O SCARBOROUGH VALLEY | BIOTECH LLC | ATTN PRIME BROKER ACCOUNT | 1000 WILSHIRE BLVD 9TH FL | LOS ANGELES | CA | 90017-2457 | |
| WEDBUSH SECURITIES | FAO SABBY VOL WT MSTR FUND LTD | ATTN PRIME BROKER ACCT | 1000 WILHIRE BLVD | | LOS ANGELES | CA | 90017-2466 | |
| WELLINGTON CAPITAL MANAGEMENT | WTC CTF DIVERSIFIED INFLATION HE | 75 STATE STREET | | | BOSTON | MA | 02109-1827 | |
| WELLINGTON MANAGEMENT CO | HARTFORD GLOBAL REAL ASSET RIC | 1 NEW YORK PLZ | | | NEW YORK | NY | 10004-1901 | |
| WELLNGTN MGMT | CIF OPPORTUNISTIC EQUITY | 280 CONGRESS ST | | | BOSTON | MA | 02210-1023 | |
| WELLS FARGO | F/A/O  INTRINSIC EDGE CAPITAL | MGMT LLC | 301 SOUTH COLLEGE STREET 7TH FL | MAC D1053-070 | CHARLOTTE | NC | 28202-6000 | |
| WELLS FARGO | FAO INTRICISIC EDGE CAPITAL | MGMT LLC | ATTN PRIME BROKER | 301 S COLLEGE ST | CHARLOTTE | NC | 28202-0905 | |
| WELLS FARGO | FAO: WEISS ASSET MANAGEMENT LP | 225 LIBERTY ST | | 7TH FLOOR MAC | NEW YORK | NY | 10281-1048 | |
| WELLS FARGO | INTRINSIC EDGE CAPITAL MGMT LLC | FAO  EDGE CAP MGT LLC | 301 SOUTH COLLEGE STREET | MAC D1053-070 | CHARLOTTE | NC | 28202-0905 | |
| WELLS FARGO SECURITIES LLC | FAO PENNINGTON CAPITAL MGMT LLC | ATTN PRIME BROKER ACCOUNT | 301 SOUTH COLLEGE STREET 7TH FLR | MAC D1053-070 | CHARLOTTE | NC | 28202-6000 | |
| WENDELL W JOHNSON | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |
| WESLEY MILLICAN | ROLLOVER IRA | ADDRESS REDACTED | | | | | | |
| WESTON C JOHNSON | | ADDRESS REDACTED | | | | | | |
| WILLIAM CARLTON | KAREN W CARLTON JT TEN | ADDRESS REDACTED | | | | | | |
| WILLIAM CONRAD PIPKIN | KILEY DUNLAP PIPKIN JTWROS | ADDRESS REDACTED | | | | | | |
| WILLIAM GILCHER | LEIGH ANN GILCHER JTWROS | ADDRESS REDACTED | | | | | | |
| WILLIAM GILCHER | ROTH IRA | ADDRESS REDACTED | | | | | | |
| WILLIAM GREGORY | | ADDRESS REDACTED | | | | | | |
| WILLIAM J BRADLEY | TOD DTD 08/03/2020 | ADDRESS REDACTED | | | | | | |
| WILLIAM M HAGEN TRUST | DTD 04/15/1998 | ADDRESS REDACTED | | | | | | |
| WILLIAM REILLY | JACQUELINE REILLY JTWROS | ADDRESS REDACTED | | | | | | |
| WILLIAM ROSS MONTANTE | MARLA RENEE MONTANTE JT TEN | ADDRESS REDACTED | | | | | | |
| YORK SECURITIES | PROPRIETARY INVENTORY 1 | 160 BROADWAY | | | NEW YORK | NY | 10038-4201 | |
| YORK SECURITIES | PROPRIETARY INVENTORY 2 | 160 BROADWAY | RM 710 E | | NEW YORK | NY | 10038-4201 | |
| YUANTA SECURITIES KOREA CO LTD | EULJI-RO 2-GA | YUANTA SECURITIES INC BLDG | 76, EULJI-RO, JUNG-GU | | SEOUL | | | REPUBLIC OF KOREA |
| YVETTE A MORRIS | IRA AXOS CLEARING CUST | ADDRESS REDACTED | | | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 20 of 20

# **Exhibit AI**



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| ABN AMRO CLEARING CHI LLC/INSTNL | KVILARA@EOCONNOR.COM |
| ABN AMRO CLEARING CHICAGO LLC | SUE.NOWICKI@FORTISCLEARINGAMERICAS.COM |
| ABN AMRO SECURITIES (USA) LLC | ROBERT.ALONGI@US.MEESPIERSON.COM |
| ADR-CITI | gts.caec.tpa@citi.com<br>marianne.sullivan@citi.com<br>paola.prins@citi.com<br>daryl.slater@citi.com<br>michael.fenner@citi.com<br>theophilus.chan@citi.com<br>prabha.l.batni@citi.com<br>ann.e.nobbe@citi.com |
| ALBERT FRIED & CO LLC/STOCK LOAN | ASCARANGELLO@ALBERTFRIED.COM |
| ALPINE SECURITIES | CHANCE@ALPINE-SECURITIES.COM |
| ALPINE SECURITIES CORPORATION | TGROSKREUTZ@ALPINE-SECURITIES.COM |
| ALTRUIST FINANCIAL LLC | hello@altruist.com |
| AMALGAMATED BANK | STEPHENERB@AMALGAMATEDBANK.COM |
| AMALGAMATED BANK OF CHICAGO | BSMITH@ABOC.COM<br>rgarcia@aboc.com<br>RSCHAEFFER@ABOC.COM<br>arodriguez@aboc.com<br>mmurray@aboc.com |
| AMERICAN ENTERPRISE INVEST SVCS INC | gregory.a.wraalstad@ampf.com<br>Reorg@ampf.com |
| AMERICAN ENTERPRISE INVESTMENT SVCS | TOM.X.EBERHART@AMPF.COM<br>GREGORY.A.WRAALSTAD@AMPF.COM |
| APEX CLEARING CORPORATION | FRANK.A.CONTI@RIDGECLEARING.COM<br>corporateactions@apexclearing.com<br>0158corporateactions@apexclearing.com |
| ARCOLA SECURITIES, INC. | RLYNCH@RCAPSECURITIES.COM |
| ASCENSUS TRUST COMPANY | BRIAN.REINKE@FRONTIERTRUST.COM |
| ASSISTANT TREASURER | DSTEINMAN@BANKOFNY.COM |
| AXOS CLEARING LLC | corporate.action@corclearing.com<br>ANH.MECHALS@LEGENTCLEARING.COM |
| AXOS CLEARING LLC/AXOS ADVISOR SERVICES | client.services@axosclearing.com |
| AXOS CLEARING LLC/STOCK LOAN | securitieslending@axosclearing.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 1 of 86

Debtors' Exhibit No. 16
Page 371 of 493



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| BANK NY MELLON/FIRM ITC-INVESTDEALR | gce_inquiry_americas_clients@bnymellon.com |
| | pxrpt@bnymellon.com |
| | justin.whitehouse@bnymellon.com |
| | szyroki.dc@mellon.com |
| | JMichael.JohnsonJr@bnymellon.com |
| | Matthew.Bartel@BNYMellon.com |
| | John-Henry.Doktorski@bnymellon.com |
| Bank of America DTC #0773 #05198 | cpactionslitigation@ml.com |
| | cpactionslitigation@bofa.com |
| | bascorporateactions@bofasecurities.com |
| | corpactionsproxy@ml.com |
| | cpactionslitigation@bofa.com |
| BANK OF AMERICA NA/CLIENT ASSETS | earl.weeks@baml.com |
| | cpactionsmlproreorg@baml.com |
| | gmisamrsipbcorpact@baml.com |
| | gmisamrsipbproxyvot@baml.com |
| | cpactionslitigation@bankofamerica.com |
| | SEC_OPS_PROXY@BAML.COM |
| | PHILLIP.DUQUIN@BANKOFAMERICA.COM |
| | cpactionslitigation@bofa.com |
| Bank of America NA/Client Assets DTC #02251 | tss.corporate.actions@bankofamerica.com |
| BANK OF AMERICA NA/FBO TEMASEK | earl.weeks@baml.com |
| BANK OF AMERICA, NA/GWIM TRUST OPERATIONS | cpactionsmlproreorg@baml.com |
| BANK OF AMERICA, NATIONAL ASSOC | gmisamrsipbcorpact@baml.com |
| BANK OF AMERICA/LASALLE BANK NA | gmisamrsipbproxyvot@baml.com |
| | cpactionslitigation@bankofamerica.com |
| | SEC_OPS_PROXY@BAML.COM |
| | cpactionslitigation@bofa.com |
| BANK OF CHINA, NEW YORK BRANCH | SFIATA@BOCUSA.COM |
| BANK OF NOVA SCOTIA/BNS LONDON/CDS | TINA.PHUNG@SCOTIABANK.COM |
| | iss.reorg@scotiabank.com |
| BANK OF NOVA SCOTIA/SCOTIABANK IRELAND DAC/CDS | JCHAU@CDS.CA |
| BANKERS' BANK | JROZINSKI@BANKERSBANKUSA.COM |
| | vlafond@bankersbankusa.com |
| | jkluck@bankersbankusa.com |
| Barclays Capital Inc. DTC #0229 | nyvoluntary@barclays.com |
| BARCLAYS CAPITAL INC./BARCLAYS CAP | CORPORATEACTIONSU@BARCLAYS.COM |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 2 of 86

Debtors' Exhibit No. 16
Page 372 of 493



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| BARCLAYS CAPITAL INC./LE | GLAURELLA@BARCLAYSCAPITAL.COM |
| | nyvoluntary@barclays.com |
| BB&T SECURITIES, LLC | dividends@bbtsecurities.coM |
| | JSprouse@BBTSecurities.com |
| BBS SECURITIES INC./CDS** | INFO@BBSSECURITIES.COM |
| | THOMAS.REILLY@BBVANY.COM |
| | CRYSTAL.LAMAR@BBVACOMPASS.COM |
| | CRYSTAL.LAMAR@BBVA.COM |
| | brokerhotline.us@bbva.com |
| BBVA SECURITIES INC. | ny.fost.support.group@bbva.com |
| BETA CAPITAL SECURITIES LLC | info@betacap.com |
| | AARCHIBALD@CANTOR.COM |
| BGC FINANCIAL L.P./BGC BROKERS L.P. | CorporateActions-NY@bgcpartners.com |
| Bloomberg | release@bloomberg.net |
| | nbops.proxy@bmo.com |
| | dina.fernandes@bmonb.com |
| | BMOCMSettlements.NewYork@bmo.com |
| | BMOGAM.SLOperations@bmo.com |
| BMO CAPITAL MARKETS CORP. | RONALD.FIGUERAS@BMO.COM |
| | nbops.proxy@bmo.com |
| | dina.fernandes@bmonb.com |
| | BMOCMSettlements.NewYork@bmo.com |
| | BMOGAM.SLOperations@bmo.com |
| BMO CAPITAL MARKETS CORP./PALOMA | PBENJUME@PALOMA.COM |
| | InvOps-FL@bmo.com |
| | nbops.proxy@bmo.com |
| | dina.fernandes@bmonb.com |
| | BMOCMSettlements.NewYork@bmo.com |
| | BMOGAM.SLOperations@bmo.com |
| | InvOps-FL@bmo.com |
| | DESIREE.ROBINSON@BMO.COM |
| | PHUTHORN.PENIKETT@BMONB.COM |
| BMO HARRIS BANK NA | NINA.BENASZESKI@BMO.COM |
| BMO HARRIS BANK NA/DEALER | nbops.proxy@bmo.com |
| BMO HARRIS BANK NA/IPA | dina.fernandes@bmonb.com |
| | BMOCMSettlements.NewYork@bmo.com |
| BMO HARRIS BANK NA/M&I BANK IPA | BMOGAM.SLOperations@bmo.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 3 of 86

Debtors' Exhibit No. 16
Page 373 of 493



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|------|-------|
| BMO HARRIS BANK NA/TRUST | NINA.BENASZESKI@BMO.COM<br>nbops.proxy@bmo.com<br>dina.fernandes@bmonb.com<br>BMOCMSettlements.NewYork@bmo.com<br>BMOGAM.SLOperations@bmo.com |
| BMO NESBITT BURNS INC | NBOPS.PROXY@BMO.COM |
| BMO NESBITT BURNS INC./BMO NB EQUITY FINANCE BMO UK BRANCH/CDS | DINA.FERNANDES@BMONB.COM<br>BMOCMSETTLEMENTS.NEWYORK@BMO.COM |
| BMO NESBITT BURNS INC./BMO TRST/CDS | BMOGAM.SLOPERATIONS@BMO.COM |
| BMO NESBITT BURNS INC./CDS** | ANDREA.CONSTAND@BMONB.COM |
| BMO Nesbitt Burns Inc./CDS** DTC# 05043 | Phuthorn.penikett@bmonb.com<br>NBOPS.Proxy@bmo.com<br>WMPOClass.Actions@bmo.com |
| BMO NESBITT BURNS/INSTITUTIONAL/CDS BMOCM/BONDS | nbops.proxy@bmo.com<br>dina.fernandes@bmonb.com<br>BMOCMSettlements.NewYork@bmo.com<br>BMOGAM.SLOperations@bmo.com |
| BNP PARIBAS -EMAIL | ines.francoramos@bnpparibas.com<br>ipb.asset.servicing@bnpparibas.com |
| BNP PARIBAS NEW YORK BRANCH /BNP PARIBAS SA (METLIFE) | RUPERT.KENNEDY@AMERICAS.BNPPARIBAS.COM<br>RONALD.PERSAUD@US.BNPPARIBAS.COM |
| BNP PARIBAS NY BRANCH/PARIS BONDS | MATTHEW.ROMANO@AMERICAS.BNPPARIBAS.COM |
| BNP PARIBAS PRIME BKGE INC/STK LEND | RONALD.PERSAUD@US.BNPPARIBAS.COM |
| BNP PARIBAS PRIME BROKERAGE, INC. | RONALD.PERSAUD@US.BNPPARIBAS.COM |
| BNP PARIBAS SECURITIES CORP. | MATTHEW.ROMANO@AMERICAS.BNPPARIBAS.COM |
| BNP PARIBAS SECURITIES CORP/PRIME B | RONALD.PERSAUD@US.BNPPARIBAS.COM |
| BNP PARIBAS, NEW YORK BRANCH/ | RUPERT.KENNEDY@AMERICAS.BNPPARIBAS.COM<br>RONALD.PERSAUD@US.BNPPARIBAS.COM |
| BNP PARIBAS, NEW YORK BRANCH/BNP PAR | RONALD.PERSAUD@US.BNPPARIBAS.COM |
| BNP PARIBAS, NEW YORK BRANCH/MARKETAXESS/CLIENT ASSETS | RUPERT.KENNEDY@AMERICAS.BNPPARIBAS.COM<br>RONALD.PERSAUD@US.BNPPARIBAS.COM |
| BNP PARIBAS, NY BRANCH/ BNPP SA | RUPERT.KENNEDY@AMERICAS.BNPPARIBAS.COM |
| BNP PARIBAS, NY BRANCH/BNP PRIME | RONALD.PERSAUD@US.BNPPARIBAS.COM |
| BNP PARIBAS, NY BRANCH/BNPP SA | RUPERT.KENNEDY@AMERICAS.BNPPARIBAS.COM |
| BNY MELLON  - EMAIL | slcw@bnymellon.com |
| BNY MELLON / NORDEA - EMAIL | pkb@nordea.com<br>Ahti.Tomingas@nordea.com<br>Theresa.Stanton@bnymellon.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|------|-------|
| | gce_inquiry_americas_clients@bnymellon.com |
| | pxrpt@bnymellon.com |
| | justin.whitehouse@bnymellon.com |
| | szyroki.dc@mellon.com |
| | pgheventcreation@bnymellon.com |
| BNY MELLON CAPITAL MARKETS, LLC | pgh.ca.event.creation@bnymellon.com |
| BNY MELLON WEALTH MANAGEMENT | SZYROKI.DC@MELLON.COM |
| | gce_inquiry_americas_clients@bnymellon.com |
| | pxrpt@bnymellon.com |
| | pgheventcreation@bnymellon.com |
| BNY MELLON WEALTH MANAGEMENT | pgh.ca.event.creation@bnymellon.com |
| | gce_inquiry_americas_clients@bnymellon.com |
| | pxrpt@bnymellon.com |
| | justin.whitehouse@bnymellon.com |
| | szyroki.dc@mellon.com |
| | pgheventcreation@bnymellon.com |
| BNY MELLON/ANWORTH MORT ASSET CORP | pgh.ca.event.creation@bnymellon.com |
| BNY MELLON/ANWORTH MORTGAGE ASSETCO | DSTEINMAN@BANKOFNY.COM |
| | gce_inquiry_americas_clients@bnymellon.com |
| | pxrpt@bnymellon.com |
| | justin.whitehouse@bnymellon.com |
| | szyroki.dc@mellon.com |
| | pgheventcreation@bnymellon.com |
| BNY MELLON/CAPSTEAD MORTGAGE CORP. | pgh.ca.event.creation@bnymellon.com |
| | gce_inquiry_americas_clients@bnymellon.com |
| | pxrpt@bnymellon.com |
| | justin.whitehouse@bnymellon.com |
| | szyroki.dc@mellon.com |
| | pgheventcreation@bnymellon.com |
| BNY MELLON/D.E. SHAW HELIANT CAP LLC | pgh.ca.event.creation@bnymellon.com |
| | gce_inquiry_americas_clients@bnymellon.com |
| | pxrpt@bnymellon.com |
| | justin.whitehouse@bnymellon.com |
| | szyroki.dc@mellon.com |
| | pgheventcreation@bnymellon.com |
| BNY MELLON/HSBC BANK PLC | pgh.ca.event.creation@bnymellon.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 5 of 86



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| BNY MELLON/JEFFERIES & CO. | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>justin.whitehouse@bnymellon.com<br>szyroki.dc@mellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com<br>JefferiesReorg@broadridge.com |
| BNY MELLON/NGFP COLLATERAL | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>justin.whitehouse@bnymellon.com<br>szyroki.dc@mellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com<br>DSTEINMAN@BANKOFNY.COM |
| BNY MELLON/NGFP MAIN | DSTEINMAN@BANKOFNY.COM |
| BNY MELLON/NGFP MAIN | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>justin.whitehouse@bnymellon.com<br>szyroki.dc@mellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNY MELLON/NOMURA CAP MKTS PLC REPO | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>justin.whitehouse@bnymellon.com<br>szyroki.dc@mellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNY MELLON/NOMURA INT'L PLC REPO | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>justin.whitehouse@bnymellon.com<br>szyroki.dc@mellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNY MELLON/RABOBANK INTERNATIONAL CASH EQUITY UTRECHT | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>justin.whitehouse@bnymellon.com<br>szyroki.dc@mellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 6 of 86



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| BNY MELLON/RABOBANK INTL CASH EQUITY AMSTERDAM | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>justin.whitehouse@bnymellon.com<br>szyroki.dc@mellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNY MELLON/RABOBANK INTL EQUITY DERIVATIVES HONG KONG | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>justin.whitehouse@bnymellon.com<br>szyroki.dc@mellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNY MELLON/RABOBANK INTL EQUITY DERIVATIVES LONDON | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>justin.whitehouse@bnymellon.com<br>szyroki.dc@mellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYM/HSBC US | pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYM/UIT NSCC CNS CLEARANCE | pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON | GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM<br>PXRPT@BNYMELLON.COM<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM<br>SZYROKI.DC@MELLON.COM<br>PGHEVENTCREATION@BNYMELLON.COM<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM |
| BNYMELLON/(AG) DESHAW OCULUS PORT LLC.PLGCOLL AC | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/AC NOMURA PB NOM LTD RE: GLG EMGMKTS | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| BNYMELLON/AIG | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/AL CONDUIT | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/BARCLAYS BANK DELAWARE | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/BARCLAYS BANK PLC | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/BARCLAYS BANK PLC RE US SHARES | PROXYSUPPORT@BNYMELLON.COM<br>gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com<br>Stephen.Coccodrilli@bnymellon.com |
| BNYMELLON/BARCLAYS BANK PLC RE: BCTL SARL | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/BARCLAYS CAP SEC LTD PB SEG 1 | PROXYSUPPORT@BNYMELLON.COM<br>gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com<br>Stephen.Coccodrilli@bnymellon.com |
| BNYMELLON/BARCLAYS CAP SEC LTD PB SEG 2 | PROXYSUPPORT@BNYMELLON.COM<br>gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com<br>Stephen.Coccodrilli@bnymellon.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| BNYMELLON/BARCLAYS CAPITAL INC. | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/BARCLAYS GROUP US | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/BARCLAYS US LP | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/BBPLC A/C PB CANADA PPIB CLIENT | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/BBPLC CLIENT SEG SG SCM EQ TLR LTD | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/BBPLC FIRM LRCM REPO | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/BBPLC PB CANADIAN CLIENTS | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/BBPLC PB CAYMEN CLIENTS | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/BBPLC PB UK CLIENTS | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| BNYMELLON/BGC BROKERS LP | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>Matthew.Bartel@BNYMellon.com<br>John-Henry.Doktorski@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/BNP PARIBAS TRI-PARTY ACCOUNT | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/BNY MELLON DUBLIN SA/NV | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/BNYM FIRM SECURED FINANCE | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/BNYMIB RE BNYMMIL RE FIRM | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/CACEIS BANK | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/CACEIS BANK DEUTSCHLAND GMBH RE.CLIENT | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/CACEIS BANK LUXEMBOURG | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/CANTOR FITZGERALD, EUROPE | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 10 of 86

Debtors' Exhibit No. 16
Page 380 of 493



**Exhibit AI**

Served via Electronic Mail

| Name | Email |
|------|-------|
| BNYMELLON/CBD RE BEADER AG | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/CBD RE STEUBING AG | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/CFD RE EQUINET AG | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/CITIGROUP GLOBAL MARKETS LIMITED | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/DE SHAW & CO. | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/DE SHAW US BR MRK CO AL EXPORT LLC | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/DE SHAW US L CAP C ALP EX PORT LLC | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/DEDICATED PARTICIPANT #29 | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/DEDICATED PARTICIPANT #32 | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| BNYMELLON/DEDICATED PARTICIPANT #33 | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/DEDICATED PARTICIPANT #34 | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/DEDICATED PARTICIPANT #35 | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/DEDICATED PARTICIPANT #36 | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/DEDICATED PARTICIPANT #37 | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/DEDICATED PARTICIPANT #38 | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/DEDICATED PARTICIPANT #39 | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/DEDICATED PARTICIPANT #40 | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/DEDICATED PARTICIPANT #41 | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)



## Exhibit AI
Served via Electronic Mail

| Name | Email |
|---|---|
| BNYMELLON/DEDICATED PARTICIPANT #42 | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/DEDICATED PARTICIPANT #43 | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/DEDICATED PARTICIPANT #44 | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/DEDICATED PARTICIPANT #45 | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/DEDICATED PARTICIPANT #46 | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>JMichael.JohnsonJr@bnymellon.com<br>Matthew.Bartel@BNYMellon.com<br>John-Henry.Doktorski@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/DEDICATED PARTICIPANT #46 | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/DEDICATED PARTICIPANT #47 | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/DEDICATED PARTICIPANT #48 | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 13 of 86

Debtors' Exhibit No. 16
Page 383 of 493



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| BNYMELLON/DEDICATED PARTICIPANT #49 | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>justin.whitehouse@bnymellon.com<br>szyroki.dc@mellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/DEDICATED PARTICIPANT #50 | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>justin.whitehouse@bnymellon.com<br>szyroki.dc@mellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/DEDICATED PARTICIPANT #51 | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>justin.whitehouse@bnymellon.com<br>szyroki.dc@mellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/DEDICATED PARTICIPANT #52 | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>justin.whitehouse@bnymellon.com<br>szyroki.dc@mellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/DEDICATED PARTICIPANT #53 | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>justin.whitehouse@bnymellon.com<br>szyroki.dc@mellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/DEDICATED PARTICIPANT #59 | GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM<br>PXRPT@BNYMELLON.COM<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM<br>SZYROKI.DC@MELLON.COM<br>PGHEVENTCREATION@BNYMELLON.COM<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Debtors' Exhibit No. 16
Page 384 of 493



**Exhibit AI**

Served via Electronic Mail

| Name | Email |
|---|---|
| BNYMELLON/DEDICATED PARTICIPANT #63 | GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM<br>PXRPT@BNYMELLON.COM<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM<br>SZYROKI.DC@MELLON.COM<br>PGHEVENTCREATION@BNYMELLON.COM<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM |
| BNYMELLON/DEDICATED PARTICIPANT #64 | GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM<br>PXRPT@BNYMELLON.COM<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM<br>SZYROKI.DC@MELLON.COM<br>PGHEVENTCREATION@BNYMELLON.COM<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM |
| BNYMELLON/DEDICATED PARTICIPANT #65 | GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM<br>PXRPT@BNYMELLON.COM<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM<br>SZYROKI.DC@MELLON.COM<br>PGHEVENTCREATION@BNYMELLON.COM<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM |
| BNYMELLON/DEDICATED PARTICIPANT #66 | GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM<br>PXRPT@BNYMELLON.COM<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM<br>SZYROKI.DC@MELLON.COM<br>PGHEVENTCREATION@BNYMELLON.COM<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM |
| BNYMELLON/DEDICATED PARTICIPANT #67 | GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM<br>PXRPT@BNYMELLON.COM<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM<br>SZYROKI.DC@MELLON.COM<br>PGHEVENTCREATION@BNYMELLON.COM<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM |
| BNYMELLON/DEDICATED PARTICIPANT #68 | GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM<br>PXRPT@BNYMELLON.COM<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM<br>SZYROKI.DC@MELLON.COM<br>PGHEVENTCREATION@BNYMELLON.COM<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|------|-------|
| BNYMELLON/DEUTSCHE BANK AG LDN RE DBAUSTRALIA | |
| BNYMELLON/DEXIA CREDIT LOCAL PARIS | |
| BNYMELLON/DR CUSTODY ACCOUNT | |
| BNYMELLON/ECRE MAIN CAYMAN HOLDINGS LTD | |
| BNYMELLON/EF CORPORATE HOLDINGS LLC | |
| BNYMELLON/ELLINGTON FINANCIAL REIT QLH LLC | |
| BNYMELLON/ELLINGTON MGMT GRP OMNIBUS/EMG ADVISED ACTS | |
| BNYMELLON/EMR CAYMAN HOLDINGS LTD | |
| BNYMELLON/EXODUSPOINT CAPITAL | |
| BNYMELLON/GFI SECURITIES LTD | gce_inquiry_americas_clients@bnymellon.com |
| BNYMELLON/GLOBAL PRIME PARTNERS | pxrpt@bnymellon.com |
| BNYMELLON/GOV & CO BANK OF ENGLAND | pgheventcreation@bnymellon.com |
| BNYMELLON/HSBC BANK PLC A/C IB EQUITY FINANCE NT | pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/FIRM SECURITIES FINANCE | PROXYSUPPORT@BNYMELLON.COM<br>gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com<br>Stephen.Coccodrilli@bnymellon.com |
| BNYMELLON/HSBC BANK PLC EQD USBR | PROXYSUPPORT@BNYMELLON.COM<br>gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com<br>Stephen.Coccodrilli@bnymellon.com |
| BNYMELLON/HSBC BANK PLC PARIS BRANCH | PROXYSUPPORT@BNYMELLON.COM<br>gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com<br>Stephen.Coccodrilli@bnymellon.com |
| BNYMELLON/HYMF INC. FIRM EQUITIES DTC BOX | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 16 of 86

Debtors' Exhibit No. 16
Page 386 of 493



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| BNYMELLON/ICAP LONDON | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/IRELAND | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/JW GIDDENS TRUSTEE LIQ LEHMAN BROS | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/KBC BANK N.V. | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/LBBW NY CUSTODY | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/LBBW NY PRIMARY ACCOUNT | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/LLOYDS TSB BANK PLC CLR RE ARTEMIS | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/MIZUHO INTERNATIONAL | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/MONTAGUE PLACE CUSTODY SERVICES | PROXYSUPPORT@BNYMELLON.COM<br>gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com<br>Stephen.Coccodrilli@bnymellon.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| BNYMELLON/MS INTERNATIONAL | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/NA-BANK CUSTODY | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/NATIONAL BANK OF AUSTRALIA | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/NATIXIS | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/NATIXIS FIXED INCOME | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/NOMURA CL SETT NOM LTD | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/NOMURA CNS NOM RE: TFS DER | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/NOMURA GLOBAL FINANCIAL PRODUCTSINC COLLATERAL ACCOUNT | PROXYSUPPORT@BNYMELLON.COM<br>gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com<br>Stephen.Coccodrilli@bnymellon.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| BNYMELLON/NOMURA GLOBAL FINANCIAL PRODUCTSINC MAIN ACCOUNT | PROXYSUPPORT@BNYMELLON.COM<br>gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com<br>Stephen.Coccodrilli@bnymellon.com |
| BNYMELLON/NOMURA NCSN RE AKJ | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/NOMURA PB NOMINEES LTD | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/OZ DOMESTIC PARTNERS II, L.P. | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/OZ DOMESTIC PARTNERS,L.P. | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/PUBLIC EMPLOYEES RETIREMENT SYSTEM OF OHIO | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/RABOBANK INTERNATIONAL UNEF | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/RABOBANK INT'L UTRECHT EQUITY FIN | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/RABOBANK LONDONBRANCH FIXED INCOME | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 19 of 86



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| BNYMELLON/RABOBANK UTRECHT FIXED INCOME | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/RE ANZ MELBOURNE | GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM<br>PXRPT@BNYMELLON.COM<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM<br>SZYROKI.DC@MELLON.COM<br>PGHEVENTCREATION@BNYMELLON.COM<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM |
| BNYMELLON/RE BARCLAYS BANK IRELAND | GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM<br>PXRPT@BNYMELLON.COM<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM<br>SZYROKI.DC@MELLON.COM<br>PGHEVENTCREATION@BNYMELLON.COM<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM |
| BNYMELLON/RE BARCLAYS BANK IRELAND PLC F | GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM<br>PXRPT@BNYMELLON.COM<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM<br>SZYROKI.DC@MELLON.COM<br>PGHEVENTCREATION@BNYMELLON.COM<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM |
| BNYMELLON/RE BARCLAYS CAP SEC LTD PB<br>BNYMELLON/RE FIRM SECURITIES FINANCE | MICHAEL.KANIA@BNYMELLON.COM |
| BNYMELLON/RE BARCLAYS CAPITAL SECURITIES LTD. | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/RE BB RE FIRM | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/RE BNYMLB RE FIRM | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| BNYMELLON/RE BNYMLB RE FIRM SF | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/RE BNYMLUXSA RE FIRM | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/RE BNYMSANV RE FIRM | PROXYSUPPORT@BNYMELLON.COM<br>gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com<br>Stephen.Coccodrilli@bnymellon.com |
| BNYMELLON/RE BNYMSANV RE FIRM EM | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/RE BNYMSANVAMS RE FIRM LAB | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/RE BNYMSANVFFT RE FIRM | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/RE BNYMSANVLB RE FIRM | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/RE CACEIS BANK, NETHERLANDS | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/RE CITADEL GLOBAL FIXED INCOME MASTER FUND | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 21 of 86



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| BNYMELLON/RE ELLINGTON QUANT MACRO MSTR FD LTD | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/RE ETF - ISHARES DTC/NSCC | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/RE FFT RE FIRM | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/RE FIRM BRPT ASSETS | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/RE FIRM HOLDING CO. | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/RE FIRM INVESTMENT ACCOUNT | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/RE FIRM INVESTMENT PORTFOLIO | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/RE FIRM NYIB SECURED FINANCE | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/RE FIRM SMPT ASSETS | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)



**Exhibit AI**

Served via Electronic Mail

| Name | Email |
|---|---|
| BNYMELLON/RE FIRM TRADE INS | PROXYSUPPORT@BNYMELLON.COM<br>gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com<br>Stephen.Coccodrilli@bnymellon.com |
| BNYMELLON/RE HSBC BANK PLC | GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM<br>PXRPT@BNYMELLON.COM<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM<br>SZYROKI.DC@MELLON.COM<br>PGHEVENTCREATION@BNYMELLON.COM<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM |
| BNYMELLON/RE HSBC BANK PLC EQD USBR | MICHAEL.KANIA@BNYMELLON.COM |
| BNYMELLON/RE HSBC BANK PLC PARIS BRA | MICHAEL.KANIA@BNYMELLON.COM |
| BNYMELLON/RE HSBC FRANCE | GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM<br>PXRPT@BNYMELLON.COM<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM<br>SZYROKI.DC@MELLON.COM<br>PGHEVENTCREATION@BNYMELLON.COM<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM |
| BNYMELLON/RE HYMF INC. FIRM EQUITIES | MICHAEL.KANIA@BNYMELLON.COM |
| BNYMELLON/RE MILLENNIUM FIXED INCOME | DSTEINMAN@BANKOFNY.COM |
| BNYMELLON/RE MILLENNIUM PARTNERS | MSCARRY@BANKOFNY.COM |
| BNYMELLON/RE NOMURA CL SETT NOM LTD | MICHAEL.KANIA@BNYMELLON.COM |
| BNYMELLON/RE RABOBANK UTRECHT FIXED | MICHAEL.KANIA@BNYMELLON.COM |
| BNYMELLON/RE ROYAL BANK OF CANADA | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/RE SMBC NIKKO | GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM<br>PXRPT@BNYMELLON.COM<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM<br>SZYROKI.DC@MELLON.COM<br>PGHEVENTCREATION@BNYMELLON.COM<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 23 of 86

Debtors' Exhibit No. 16
Page 393 of 493



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| BNYMELLON/RE SMBC NIKKO CAPITAL MARKETS LTD | GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM<br>PXRPT@BNYMELLON.COM<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM<br>SZYROKI.DC@MELLON.COM<br>PGHEVENTCREATION@BNYMELLON.COM<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM |
| BNYMELLON/SPECIAL PROCESSING #99 | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/SUSQUEHANNA FINANCIAL | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/TRUST CO OF LA | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/WEALTH MANAGEMENT | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/WEALTH MANAGEMENT | JMichael.JohnsonJr@bnymellon.com<br>Matthew.Bartel@BNYMellon.com<br>John-Henry.Doktorski@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/WF & CO WELLS FARGO & COMPANY | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/WF & CO WELLS FARGO & COMPANY PI | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BNYMELLON/WFB.NA WELLS FARGO BANK NA PI | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 24 of 86

Debtors' Exhibit No. 16
Page 394 of 493



## Exhibit AI
Served via Electronic Mail

| Name | Email |
|------|-------|
| BNYMELLON/WINTERFLOOD SECURITIES LTD | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| BRANCH BANKING & TRUST CO/FM IP BB&T | DSINGLETARY@BBANDT.COM |
| BRANCH BANKING AND TRUST COMPANY | ECOURTNEY@BBANDT.COM<br>MSalata@BBandT.com<br>LStanwick@BBandT.com<br>Maria.Loftus@BBandT.com<br>ALWallace@BBandT.com<br>LStanwick@BBandT.com<br>CKINLAW@BBANDT.COM |
| BRANCH BANKING AND TRUST COMPANY | TANJI.BASS@BBANDT.COM |
| BRANCH BANKING AND TRUST COMPANY/FM/ | DSINGLETARY@BBANDT.COM |
| BRANCH BANKING AND TRUST COMPAY/FM/I | CKINLAW@BBANDT.COM |
| BRANCH BANKING AND TRUST COMPAY/FM/IPA | CKINLAW@BBANDT.COM<br>MSalata@BBandT.com<br>LStanwick@BBandT.com<br>Maria.Loftus@BBandT.com<br>ALWallace@BBandT.com<br>LStanwick@BBandT.com<br>TANJI.BASS@BBANDT.COM |
| Broadridge | SpecialProcessing@broadridge.com |
| Broadridge | SpecialProcessing@broadridge.com |
| BROWN BROTHERS HARRIMAN & CO. | CA.CLASS.ACTIONS@BBH.COM<br>caleb.lanfear@bbh.com<br>JERRY.TRAVERS@BBH.COM<br>ca.client.service@bbh.com |
| BROWN BROTHERS HARRIMAN & CO. /SECURITIES LENDING SPO ACCOUNT II | JERRY.TRAVERS@BBH.COM |
| Brown Brothers Harriman & Co. DTC #010 | paul.nonnon@bbh.com<br>ca.client.service@bbh.com |
| Brown Brothers Harriman & Co. DTC #010 | paul.nonnon@bbh.com |
| Brown Brothers Harriman & Co. DTC #010 | sean.imhof@bbh.com |
| Brown Brothers Harriman & Co. DTC #010 | michael.lerman@bbh.com |
| Brown Brothers Harriman & Co. DTC #010 | nj.mandatory.inbox@bbh.com |
| Brown Brothers Harriman & Co. DTC #010 | mavis.luque@bbh.com |
| Brown Brothers Harriman & Co. DTC #010 | edwin.ortiz@bbh.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| BROWN BROTHERS HARRIMAN & CO./ETF | JERRY.TRAVERS@BBH.COM |
| | ca.client.service@bbh.com |
| | CA.CLASS.ACTIONS@BBH.COM |
| | caleb.lanfear@bbh.com |
| BROWN BROTHERS HARRIMAN & CO./ETF | ca.client.service@bbh.com |
| | CA.CLASS.ACTIONS@BBH.COM |
| BROWN BROTHERS HARRIMAN & CO./ETF | caleb.lanfear@bbh.com |
| C.L. KING & ASSOCIATES, INC. | CAB@CLKING.COM |
| CALDWELL SECURITIES LTD./CDS** | BHORSFORD@CALDWELLSECURITIES.COM |
| CALDWELL TRUST COMPANY | ASHLEY@CTRUST.COM |
| CANACCORD GENUITY CORP./CDS** | BEN.THIESSEN@CANACCORD.COM |
| | BEN.THIESSEN@CANACCORD.COM |
| | VancouverHO-Reconciliations@canaccord.com |
| CANACCORD GENUITY CORP./CDS** | proxy_inquiry@canaccord.com |
| | lDiaz@cantor.com |
| CANTOR FITZGERALD & CO. | CorporateActions-NY@bgcpartners.com |
| CANTOR FITZGERALD & CO./CANTOR FITZGERALD RC | AARCHIBALD@CANTOR.COM |
| | lDiaz@cantor.com |
| CANTOR, FITZGERALD & CO. | CorporateActions-NY@bgcpartners.com |
| CDS CLEARING AND DEPOSITORY SERVICES | cdscustomersupport@tmx.com |
| CDS CLEARING AND DEPOSITORY SERVICES INC | cdscustomersupport@tmx.com |
| CDS CLEARING AND DEPOSITORY SERVICES INC. | cdscustomersupport@tmx.com |
| CDS CLEARING AND DEPOSITORY SERVICES INC./CDS DEFAULT MANAGEMENT | cdscustomersupport@tmx.com |
| CENTRAL TRUST BANK (THE) | AMANDA_BOLINGER@CENTRALBANK.NET |
| | AMANDA_BOLINGER@CENTRALBANK.NET |
| CENTRAL TRUST BANK (THE) | dena.vanloo@centralbank.net |
| | reorg@ceterafi.com |
| | alice.hemphill@cetera.com |
| | amanda.zwilling@cetera.com |
| | russell.markfelder@cetera.com |
| | katie.biedler@ceterafi.com |
| CETERA INVESTMENT SERVICES LLC | Steve.schmitz@cetera.com |
| | ASHLEY.ROELIKE@CETERAFI.COM |
| CETERA INVESTMENT SERVICES LLC | Steve.schmitz@cetera.com |
| | phxmcbr@schwab.com |
| Charles Schwab & Co. Inc. DTC #0164 | SchwabMandatoryReorg@schwab.com |
| Charles Schwab & Co. Inc. DTC #0164 | phxmcbr@schwab.com |
| Charles Schwab & Co. Inc. DTC #0164 | VoluntarySetup@schwab.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 26 of 86



## Exhibit AI
Served via Electronic Mail

| Name | Email |
|---|---|
| CHARLES SCHWAB & CO., INC. | CHRISTINA.YOUNG@SCHWAB.COM<br>SchwabMandatoryReorg@schwab.com |
| CHARLES SCHWAB & CO., INC. | phxmcbr@schwab.com<br>Jen.Curtin@Schwab.com<br>SchwabMandatoryReorg@schwab.com |
| CHARLES SCHWAB & CO., INC. STOCK LOAN CONDUIT ACCT | |
| CHARLES SCHWAB & CO., INC./SCHWAB GLOBAL INVEST ACCT | SchwabMandatoryReorg@schwab.com |
| CHARLES SCHWAB BANK | JOSEPH.ADAMS@SCHWAB.COM<br>SchwabMandatoryReorg@schwab.com |
| CHARLES SCHWAB TRUST BANK | BTDSTOCKPROXYTEAM@SCHWAB.COM |
| CI INVESTMENT SERVICES INC./CDS | service@ci.com |
| CIBC WORLD MARKETS CORP. | WENDY.AVILA@CIBC.CA |
| CIBC WORLD MARKETS CORP. | ROBERT.PUTNAM@US.CIBC.COM |
| CIBC WORLD MARKETS CORP. | MAILBOX.CAEVENTSCIBC@CIBC.CA<br>WENDY.AVILA@CIBC.CA |
| CIBC WORLD MARKETS INC./CDS** | MAILBOX.CAEVENTSCIBC@CIBC.CA |
| CITADEL CLEARING LLC | KEVIN.NEWSTEAD@CITADELGROUP.COM |
| CITIBANK N.A. LONDON/MTN | gts.caec.tpa@citi.com<br>gts.caec.tpa@citi.com<br>marianne.sullivan@citi.com<br>paola.prins@citi.com<br>daryl.slater@citi.com<br>michael.fenner@citi.com<br>theophilus.chan@citi.com<br>prabha.l.batni@citi.com<br>ann.e.nobbe@citi.com |
| CITIBANK N.A./PROPRIETARY ASSETS | gts.caec.tpa@citi.com<br>marianne.sullivan@citi.com<br>paola.prins@citi.com<br>daryl.slater@citi.com<br>michael.fenner@citi.com<br>theophilus.chan@citi.com<br>prabha.l.batni@citi.com<br>ann.e.nobbe@citi.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|------|-------|
| CITIBANK, N.A. | gts.caec.tpa@citi.com |
| | marianne.sullivan@citi.com |
| | paola.prins@citi.com |
| | daryl.slater@citi.com |
| | michael.fenner@citi.com |
| | theophilus.chan@citi.com |
| | prabha.l.batni@citi.com |
| | ann.e.nobbe@citi.com |
| CITIBANK, N.A. - DEALER | gts.caec.tpa@citi.com |
| | marianne.sullivan@citi.com |
| | paola.prins@citi.com |
| | daryl.slater@citi.com |
| | michael.fenner@citi.com |
| | theophilus.chan@citi.com |
| | prabha.l.batni@citi.com |
| | ann.e.nobbe@citi.com |
| CITIBANK, N.A. - MUNICIPAL SAFEKEEPING | gts.caec.tpa@citi.com |
| | marianne.sullivan@citi.com |
| | paola.prins@citi.com |
| | daryl.slater@citi.com |
| | michael.fenner@citi.com |
| | theophilus.chan@citi.com |
| | prabha.l.batni@citi.com |
| | ann.e.nobbe@citi.com |
| CITIBANK, N.A. BOOK-ENTRY- | gts.caec.tpa@citi.com |
| | marianne.sullivan@citi.com |
| | paola.prins@citi.com |
| | daryl.slater@citi.com |
| | michael.fenner@citi.com |
| | theophilus.chan@citi.com |
| | prabha.l.batni@citi.com |
| | ann.e.nobbe@citi.com |
| Citibank, N.A. DTC #0908 | gts.caec.tpa@citi.com |
| Citibank, N.A. DTC #0908 | gts.caec.tpa@citi.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Debtors' Exhibit No. 16
Page 398 of 493



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| CITIBANK, N.A., CORPORATE TRUST WARR | gts.caec.tpa@citi.com |
| | marianne.sullivan@citi.com |
| | paola.prins@citi.com |
| | daryl.slater@citi.com |
| | michael.fenner@citi.com |
| | theophilus.chan@citi.com |
| | prabha.l.batni@citi.com |
| | ann.e.nobbe@citi.com |
| CITIBANK, N.A./BLACKROCK ETF | gts.caec.tpa@citi.com |
| | marianne.sullivan@citi.com |
| | paola.prins@citi.com |
| | daryl.slater@citi.com |
| | michael.fenner@citi.com |
| | theophilus.chan@citi.com |
| | prabha.l.batni@citi.com |
| | ann.e.nobbe@citi.com |
| CITIBANK, N.A./CITIBANK MARGIN LOANS | gts.caec.tpa@citi.com |
| | marianne.sullivan@citi.com |
| | paola.prins@citi.com |
| | daryl.slater@citi.com |
| | michael.fenner@citi.com |
| | theophilus.chan@citi.com |
| | prabha.l.batni@citi.com |
| | ann.e.nobbe@citi.com |
| CITIBANK, N.A./CORPORATE AGENCY & TRUST | gts.caec.tpa@citi.com |
| | marianne.sullivan@citi.com |
| | paola.prins@citi.com |
| | daryl.slater@citi.com |
| | michael.fenner@citi.com |
| | theophilus.chan@citi.com |
| | prabha.l.batni@citi.com |
| | ann.e.nobbe@citi.com |
| CITIBANK, N.A./ETF | ELIZABETH.GABB@CITI.COM |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|------|-------|
| CITIBANK, N.A./ETF | gts.caec.tpa@citi.com<br>marianne.sullivan@citi.com<br>paola.prins@citi.com<br>daryl.slater@citi.com<br>michael.fenner@citi.com<br>theophilus.chan@citi.com<br>prabha.l.batni@citi.com<br>ann.e.nobbe@citi.com |
| CITIBANK, N.A./PUERTO RICO IBE | gts.caec.tpa@citi.com<br>marianne.sullivan@citi.com<br>paola.prins@citi.com<br>daryl.slater@citi.com<br>michael.fenner@citi.com<br>theophilus.chan@citi.com<br>prabha.l.batni@citi.com<br>ann.e.nobbe@citi.com |
| CITIBANK, N.A./S.D. INDEVAL INSTITUCION PARA EL DEPOSITO DE VALORES, | gts.caec.tpa@citi.com<br>marianne.sullivan@citi.com<br>paola.prins@citi.com<br>daryl.slater@citi.com<br>michael.fenner@citi.com<br>theophilus.chan@citi.com<br>prabha.l.batni@citi.com<br>ann.e.nobbe@citi.com |
| CITIBANK, N.A./SEGREGATED LENDING | gts.caec.tpa@citi.com<br>marianne.sullivan@citi.com<br>paola.prins@citi.com<br>daryl.slater@citi.com<br>michael.fenner@citi.com<br>theophilus.chan@citi.com<br>prabha.l.batni@citi.com<br>ann.e.nobbe@citi.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| | gts.caec.tpa@citi.com |
| | marianne.sullivan@citi.com |
| | paola.prins@citi.com |
| | daryl.slater@citi.com |
| | michael.fenner@citi.com |
| | theophilus.chan@citi.com |
| | prabha.l.batni@citi.com |
| CITIBANK, NATIONAL ASSOCIATION | ann.e.nobbe@citi.com |
| | gts.caec.tpa@citi.com |
| | marianne.sullivan@citi.com |
| | paola.prins@citi.com |
| | daryl.slater@citi.com |
| | michael.fenner@citi.com |
| | theophilus.chan@citi.com |
| | prabha.l.batni@citi.com |
| CITIBANK/CP/IPA | ann.e.nobbe@citi.com |
| CITIBANK/THE CITIGROUP PRIVATE BANK/ | STEPHANIE.M.LUCKEY@CITI.COM |
| | STEPHANIE.M.LUCKEY@CITI.COM |
| | gts.caec.tpa@citi.com |
| | marianne.sullivan@citi.com |
| | paola.prins@citi.com |
| | daryl.slater@citi.com |
| | michael.fenner@citi.com |
| | theophilus.chan@citi.com |
| | prabha.l.batni@citi.com |
| CITIBANK/THE CITIGROUP PRIVATE BANK/TRUST | ann.e.nobbe@citi.com |
| | gts.caec.tpa@citi.com |
| | marianne.sullivan@citi.com |
| | paola.prins@citi.com |
| | daryl.slater@citi.com |
| | michael.fenner@citi.com |
| | theophilus.chan@citi.com |
| | prabha.l.batni@citi.com |
| CITICORP SECURITIES SERVICES, INC. | ann.e.nobbe@citi.com |
| CITIGROUP GLOBAL MARKETS INC. | SHERRYL.A.NASHCOOK@CITI.COM |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 31 of 86



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| | CORPACTION@CITI.COM |
| | REORGCLASSACTION@CITI.COM |
| | gts.caec.tpa@citi.com |
| | marianne.sullivan@citi.com |
| | paola.prins@citi.com |
| | daryl.slater@citi.com |
| | michael.fenner@citi.com |
| | theophilus.chan@citi.com |
| | prabha.l.batni@citi.com |
| CITIGROUP GLOBAL MARKETS INC. | ann.e.nobbe@citi.com |
| | gts.caec.tpa@citi.com |
| | marianne.sullivan@citi.com |
| | paola.prins@citi.com |
| | daryl.slater@citi.com |
| | michael.fenner@citi.com |
| | theophilus.chan@citi.com |
| | prabha.l.batni@citi.com |
| CITIGROUP GLOBAL MARKETS INC. | ann.e.nobbe@citi.com |
| CITIGROUP GLOBAL MARKETS INC./SALOMO | SHERRYL.A.NASHCOOK@CITI.COM |
| | REORGCLASSACTION@CITI.COM |
| | CORPACTION@CITI.COM |
| | gts.caec.tpa@citi.com |
| | marianne.sullivan@citi.com |
| | paola.prins@citi.com |
| | daryl.slater@citi.com |
| | michael.fenner@citi.com |
| | theophilus.chan@citi.com |
| | prabha.l.batni@citi.com |
| CITIGROUP GLOBAL MARKETS INC./SALOMON BROTHERS | ann.e.nobbe@citi.com |
| | MARY.SAJDAK@CITI.COM |
| | gts.caec.tpa@citi.com |
| | marianne.sullivan@citi.com |
| | paola.prins@citi.com |
| | daryl.slater@citi.com |
| | michael.fenner@citi.com |
| | theophilus.chan@citi.com |
| | prabha.l.batni@citi.com |
| CITIGROUP GLOBAL MARKETS INC./SALOMON BROTHERS | ann.e.nobbe@citi.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| CITIGROUP GLOBAL MARKETS, INC. | gts.caec.tpa@citi.com |
| | marianne.sullivan@citi.com |
| | paola.prins@citi.com |
| | daryl.slater@citi.com |
| | michael.fenner@citi.com |
| | theophilus.chan@citi.com |
| | prabha.l.batni@citi.com |
| | ann.e.nobbe@citi.com |
| CITIGROUP GLOBAL MARKETS, INC./CORRESPONDENT CLEARING | gts.caec.tpa@citi.com |
| | marianne.sullivan@citi.com |
| | paola.prins@citi.com |
| | daryl.slater@citi.com |
| | michael.fenner@citi.com |
| | theophilus.chan@citi.com |
| | prabha.l.batni@citi.com |
| | ann.e.nobbe@citi.com |
| CITY NATIONAL BANK | JOEL.GALLANT@CNB.COM |
| CLASS ACTION | ReorgOpsCAMailingService@broadridge.com |
| | Classactions1@Broadridge.com |
| CLEAR STREET LLC | |
| CLEAR STREET LLC/SECURITIES FINANCE ACCOUNT | press@clearstreet.io |
| CLEAR STREET LLC/SECURITIES LENDING | asset_servicing@clearstreet.io |
| Clearing Houses I | ca_luxembourg@clearstream.com |
| | ca_mandatory.events@clearstream.com |
| | voluntaryreorgannouncements@dtcc.com |
| | mandatoryreorgannouncements@dtcc.com |
| Clearing Houses II | drit@euroclear.com |
| | corpactionsoverseas.group@sisclear.com |
| | JPMorganInformation.Services@jpmorgan.com |
| | ReorgOpsCAMailingService@broadridge.com |
| | legalandtaxnotices@dtcc.com |
| CLEARSTREAM BANKING AG | ROBERT.MOSCATO@SCOTIACAPITAL.COM |
| Clearstream International SA | CA_general.events@clearstream.com |
| Clearstream International SA | ca_mandatory.events@clearstream.com |
| Clearstream International SA | CA_general.events@clearstream.com |
| Clearstream International SA | nathalie.chataigner@clearstream.com |
| Clearstream International SA | hulya.din@clearstream.com |
| Clearstream International SA | cherifa.maameri@clearstream.com |
| Clearstream International SA | ca_luxembourg@clearstream.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 33 of 86



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| COMERICA BANK | GHIMHOFF@COMERICA.COM |
| | mlgiles@comerica.com |
| COMMERZ MARKETS LLC/FIXED INC. REPO | HOWARD.DASH@COMMERZBANK.COM |
| COMPASS BANK | LEE.WEINMAN@BBVACOMPASS.COM |
| COMPASS BANK/INVESTMENTS | CRYSTAL.LAMAR@BBVACOMPASS.COM |
| | CRYSTAL.LAMAR@BBVA.COM |
| | BROKERHOTLINE.US@BBVA.COM |
| | THOMAS.REILLY@BBVANY.COM |
| | ny.fost.support.group@bbva.com |
| COMPASS BANK/TRUST DIVISION | CRYSTAL.LAMAR@BBVACOMPASS.COM |
| COMPASS BANK/TRUST DIVISION | CRYSTAL.LAMAR@BBVACOMPASS.COM |
| | CRYSTAL.LAMAR@BBVA.COM |
| | brokerhotline.us@bbva.com |
| | THOMAS.REILLY@BBVANY.COM |
| | ny.fost.support.group@bbva.com |
| COMPUTERSHARE TRUST COMPANY, N.A. | LYNN.HUGUET@COMPUTERSHARE.COM |
| COMPUTERSHARE TRUST COMPANY, N.A. | LYNN.HUGUET@COMPUTERSHARE.COM |
| | Laura.Crosby@computershare.com |
| | Marco.DeSantis@computershare.com |
| COMPUTERSHARE TRUST COMPANY, N.A./DR | KEVIN.FLEMING@COMPUTERSHARE.COM |
| COMPUTERSHARE TRUST COMPANY, N.A./DR | Laura.Crosby@computershare.com |
| | Marco.DeSantis@computershare.com |
| COMPUTERSHARE TRUST COMPANY, N.A./DRP | KEVIN.FLEMING@COMPUTERSHARE.COM |
| | Laura.Crosby@computershare.com |
| | Marco.DeSantis@computershare.com |
| COMPUTERSHARE TRUST COMPANY, N.A./OP | KEVIN.FLEMING@COMPUTERSHARE.COM |
| COMPUTERSHARE TRUST COMPANY, N.A./OPTIONS | KEVIN.FLEMING@COMPUTERSHARE.COM |
| | Laura.Crosby@computershare.com |
| | Marco.DeSantis@computershare.com |
| CONTROL ACCOUNT FOR NSCC CROSS-ENDOR | VIOLET.SMITH@JPMORGAN.COM |
| CONVERGEX EXECUTION SOLUTIONS LLC | HFLAXER@CONVERGEX.COM |
| COR CLEARING LLC/CORRESPONDENT FLIP FACILITATION ACCOUNT | corporate.action@corclearing.com |
| COR CLEARING LLC/STOCK LOAN | corporate.action@corclearing.com |
| | SHAWN.BROWN@LEGENTCLEARING.COM |
| CORPORATE STOCK TRANSFER, INC./DRS | SHUMPHERYS@CORPORATESTOCK.COM |
| COSSE' INTERNATIONAL SECURITIES, INC. | FINOP@COSSEINTL.COM |
| COUNTRY TRUST BANK | AMY.KIDWELL@COUNTRYFINANCIAL.COM |
| COWEN AND COMPANY LLC | HFLAXER@CONVERGEX.COM |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Debtors' Exhibit No. 16
Page 404 of 493



## Exhibit AI
Served via Electronic Mail

| Name | Email |
|---|---|
| COWEN EXECUTION SERVICES LLC | HFLAXER@CONVERGEX.COM |
| COWEN EXECUTION SERVICES LLC/FULLY PAID FOR LENDING | Cowen.US-COMMUNICATIONS@cowen.com |
| Credit Agricole Secs USA Inc. DTC #0651 | CSICorpActions@ca-cib.com |
| Credit Agricole Secs USA Inc. DTC #0651 | CSICorpActions@ca-cib.com |
| CREDIT AGRICOLE SECURITIES (USA) INC | DANIEL.SALCIDO@CA-CIB.COM |
| CREDIT AGRICOLE SECURITIES (USA) INC/STOCKLOAN CONDUIT | DANIEL.SALCIDO@CA-CIB.COM |
| CREDIT SUISSE AG - NEW YORK BRANCH | hiep.lien@credit-suisse.com<br>list.nyevtintgrp@credit-suisse.com |
| CREDIT SUISSE AG NYB - SECURITIES LENDING MGMT | hiep.lien@credit-suisse.com<br>list.nyevtintgrp@credit-suisse.com |
| CREDIT SUISSE AG-NEW YORK BRANCH/DTC I.D. CONFIRMATION | hiep.lien@credit-suisse.com<br>list.nyevtintgrp@credit-suisse.com |
| CREDIT SUISSE SECURITIES (USA) LLC | ANTHONY.MILO@CREDIT-SUISSE.COM<br>hiep.lien@credit-suisse.com<br>list.nyevtintgrp@credit-suisse.com |
| CREDIT SUISSE SECURITIES (USA) LLC | hiep.lien@credit-suisse.com<br>list.nyevtintgrp@credit-suisse.com |
| Credit Suisse Securities (USA) LLC DTC #0355 | asset.servnotification@credit-suisse.com |
| Credit Suisse Securities (USA) LLC DTC #0355 | list.nyevtintgrp@credit-suisse.com |
| Credit Suisse Securities (USA) LLC DTC #0355 | asset.servnotification@credit-suisse.com |
| CREDIT SUISSE SECURITIES (USA) LLC/I | hiep.lien@credit-suisse.com<br>list.nyevtintgrp@credit-suisse.com |
| CREDIT SUISSE SECURITIES CANADA INC./CDS** | hiep.lien@credit-suisse.com<br>list.nyevtintgrp@credit-suisse.com<br>KAZI.HAQ@CREDIT-SUISSE.COM |
| CREWS & ASSOCIATES, INC. | aday@crewsfs.com |
| CROWELL, WEEDON & CO. | JCRONK@DADCO.COM |
| D. A. DAVIDSON & CO. | RLINSKEY@DADCO.COM<br>dividend@dadco.com |
| D. A. DAVIDSON & CO. | DGYGER@DADCO.COM<br>reorg@dadco.com<br>dividend@dadco.com |
| D. A. DAVIDSON & CO. | reorg@dadco.com<br>ksapp@dadco.com<br>dwegner@dadco.com<br>Thowell@dadco.com<br>dividend@dadco.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 35 of 86



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|------|-------|
| D. A. DAVIDSON & CO. | RLINSKEY@DADCO.COM<br>reorg@dadco.com<br>dividend@dadco.com |
| DAIWA CAPITAL MARKETS AMERICA INC. | Michele.Cennamo@us.daiwacm.com<br>Kelli.Gore@us.daiwacm.com |
| DAIWA CAPITAL MARKETS AMERICA INC. | Kelli.Gore@us.daiwacm.com<br>Michele.Cennamo@us.daiwacm.com |
| DAIWA CAPITAL MARKETS AMERICA INC./D | DAVID.BIALER@DAIWAUSA.COM |
| DAIWA CAPITAL MARKETS AMERICA INC./DASAC | Kelli.Gore@us.daiwacm.com<br>Michele.Cennamo@us.daiwacm.com |
| DAIWA CAPITAL MARKETS AMERICA INC./SECURITIES LENDING | Kelli.Gore@us.daiwacm.com<br>Michele.Cennamo@us.daiwacm.com |
| DAVENPORT & COMPANY LLC | KNIEDING@INVESTDAVENPORT.COM |
| DAVID LERNER ASSOCIATES, INC. | BILL.ODONNELL@DAVIDLERNER.COM<br>Carmela.brigagliano@davidlerner.com<br>Lawrence.kampf@davidlerner.com |
| DBTC AMERICAS/CTAG/PUTS & DEMANDS | KARL.SHEPHERD@DB.COM |
| DBTC AMERICAS/CTAG-CDFP | MISS.WIMPELBERG@DB.COM |
| DEPOSITO CENTRAL DE VALORES S.A., DE | MFERNANDEZ@DCV.CL |
| DEPOSITO CENTRAL DE VALORES S.A., DEPOSITO DE VALORES/BVE | MFERNANDEZ@DCV.CL |
| DEPOSITO CENTRAL DE VALORES S.A., DEPOSITODE VALORES | MFERNANDEZ@DCV.CL |
| DEPOSITORY TRUST & CLEARING CORPORATION | VOLUNTARYREORGANNOUNCEMENTS@DTCC.COM<br>MANDATORYREORGANNOUNCEMENTS@DTCC.COM<br>legalandtaxnotices@dtcc.com<br>lensnotices@dtcc.com |
| DEPOSITORY TRUST COMPANY (DTCC) | VOLUNTARYREORGANNOUNCEMENTS@DTCC.COM<br>MANDATORYREORGANNOUNCEMENTS@DTCC.COM<br>legalandtaxnotices@dtcc.com<br>lensnotices@dtcc.com |
| DESJARDINS SECURITIES INC. | RECOURS.COLLECTIFS@DESJARDINS.COM |
| DESJARDINS SECURITIES INC./CDS** | VERONIQUE.LEMIEUX@VMD.DESJARDINS.COM |
| DESJARDINS SECURITIES INC./CDS** | RECOURS.COLLECTIFS@DESJARDINS.COM |
| DEUTSCHE BANK AG NY/CEDEAR | kevin.miller@db.com<br>sagar.sharma@db.com<br>cynthia.rainis@db.com<br>jamie.silverstein@db.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| DEUTSCHE BANK AG NY/CEDEAR | kevin.miller@db.com<br>sagar.sharma@db.com<br>cynthia.rainis@db.com<br>jamie.silverstein@db.com<br>JOHN.BINDER@DB.COM |
| DEUTSCHE BANK AG NY/TCR | kevin.miller@db.com<br>sagar.sharma@db.com<br>cynthia.rainis@db.com<br>jamie.silverstein@db.com |
| DEUTSCHE BANK AG NY/US CUSTODY | kevin.miller@db.com<br>sagar.sharma@db.com<br>cynthia.rainis@db.com<br>jamie.silverstein@db.com<br>JOHN.BINDER@DB.COM |
| DEUTSCHE BANK AG NY/US CUSTODY | JOHN.BINDER@DB.COM |
| DEUTSCHE BANK AG, NEW YORK BRANCH | kevin.miller@db.com<br>sagar.sharma@db.com<br>cynthia.rainis@db.com<br>jamie.silverstein@db.com |
| DEUTSCHE BANK AG, NEW YORK BRANCH/CC O CLT TRI PARTY | kevin.miller@db.com<br>sagar.sharma@db.com<br>cynthia.rainis@db.com<br>jamie.silverstein@db.com |
| DEUTSCHE BANK AG, NEW YORK BRANCH/GES FFT | BEVERLY.A.GEORGE-NY@DB.COM |
| DEUTSCHE BANK SECURITIES INC. | SARA.BATTEN@DB.COM<br>proxy.mumbai@db.com |
| Deutsche Bank Securities Inc. DTC #0573 | jaxca.notifications@db.com |
| Deutsche Bank Securities Inc. DTC #0573 | jaxca.notifications@db.com |
| DEUTSCHE BANK SECURITIES INC.- STOCK | JAMAAL.GRIER@DB.COM |
| DEUTSCHE BANK SECURITIES INC.-FIXED | JAMAAL.GRIER@DB.COM |
| E*TRADE BANK | TESSA.QUINLAN@ETRADE.COM |
| E*TRADE CLEARING LLC | VANDANA.X.VEMULA@BROADRIDGE.COM<br>john.rosenbach@etrade.com |
| E*TRADE CLEARING LLC | VANDANA.X.VEMULA@BROADRIDGE.COM |
| EDWARD D. JONES & CO. | ELIZABETH.ROLWES@EDWARDJONES.COM |
| EDWARD D. JONES & CO. | GINGER.STILLMAN@EDWARDJONES.COM |
| EDWARD JONES/CDS** | edjclassactions@edwardjones.com<br>NICK.HUMMEL@EDWARDJONES.COM |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 37 of 86



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| | GINGER.STILLMAN@EDWARDJONES.COM |
| | matt.bromley@edwardjones.com |
| | anna.schiermann@edwardjones.com |
| | marie.mohn@edwardjones.com |
| | brett.brown@edwardjones.com |
| EDWARD JONES/CDS** | edjclassactions@edwardjones.com |
| ELECTRONIC TRANSACTION CLEARING, INC | KEVIN.MURPHY@ETC-CLEARING.COM |
| EMMET & CO.,INC. | R.CHRISTENSEN@EMMETCO.COM |
| ESSEX RADEZ LLC | MDEROLF@RADEZ.COM |
| | EIServices@EquityInstitutional.com |
| ETC Brokerage Services | IRAServices@EquityInstitutional.com |
| | DTS@EquityInstitutional.com |
| Euroclear Bank S.A./N.V. | ca.omk@euroclear.com |
| Euroclear Bank S.A./N.V. | ca.omk@euroclear.com |
| Euroclear Bank S.A./N.V. | eb.ca@euroclear.com |
| EVERBANK | LINDA.DILE@EVERBANK.COM |
| FEDERAL HOME LOAN MORTGAGE CORPORATI | USSO.PROXY.TEAM@JPMORGAN.COM |
| FEDERAL HOME LOAN MORTGAGE CORPORATION/RETAINED | USSO.PROXY.TEAM@JPMORGAN.COM |
| | pgheventcreation@bnymellon.com |
| FEDERAL RESERVE BANK OF NEW YORK | pgh.ca.event.creation@bnymellon.com |
| FIDELITY CLEARING CANADA ULC/CDS** | LINDA.SARGEANT@FMR.COM |
| | PETER.CLOSS@FMR.COM |
| | Lisa.Ganesh@FMR.COM |
| | Sean.McDonough@FMR.COM |
| | jason.dress@FMR.com |
| | Rohan.Rose@FMR.com |
| | JOHN.SPURWAY@FMR.COM |
| | Gerardo.Fleites@fmr.com |
| FIDELITY CLEARING CANADA ULC/CDS** | Rob.Day@fmr.com |
| | LANCE.WELLS@53.COM |
| FIFTH THIRD BANK | Wendell.Jones@53.com |
| FIFTH THIRD BANK | LANCE.WELLS@53.COM |
| FIFTH THIRD BANK, NATIONAL ASSOCIATION/STAR OHIO | LANCE.WELLS@53.COM |
| FIFTH THIRD BANK/STATE TEACHERS RETIREMENT | LANCE.WELLS@53.COM |
| Financial Information Inc. | ReorgNotificationList@fiinet.com |
| Financial Information Inc. | ReorgNotificationList@fiinet.com |
| | ED.FURMAN@FBOL.COM |
| FIRST BANK | INVESTMENTGROUP@FBOL.COM |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 38 of 86



**Exhibit AI**

Served via Electronic Mail

| Name | Email |
|---|---|
| FIRST FINANCIAL CORPORATION/DRS | TWRIGHT@FIRST-ONLINE.COM |
| FIRST TENNESSEE BANK N.A. MEMPHIS | MARYANN.BOHNE@FTNFINANCIAL.COM<br>peggy.jobe@ftnfinancial.com<br>stephanie.linton@ftnfinancial.com |
| FIRST TRUST PORTFOLIOS, L.P. | RTESTIN@FTADVISORS.COM |
| FOLIO INVESTMENTS, INC. | THEOBALDA@FOLIOFN.COM<br>Wade.Lynch@gs.com |
| Foliofn Investments | proxyservices@folioinvesting.com<br>Wade.Lynch@gs.com |
| Foliofn Investments | proxyservices@folioinvesting.com<br>Wade.Lynch@gs.com |
| FOLIOFN INVESTMENTS, INC. | THEOBALDA@FOLIOFN.COM<br>Wade.Lynch@gs.com |
| FROST BANK | VICTOR.LOZA@FROSTBANK.COM<br>recontrust@frostbank.com |
| FTN FINANCIAL SECURITIES CORP. | MARYANN.BOHNE@FTNFINANCIAL.COM<br>peggy.jobe@ftnfinancial.com<br>stephanie.linton@ftnfinancial.com<br>MIKE.INKSTER@FTNFINANCIAL.COM |
| FUTU CLEARING INC. | customersvc@futuclearing.com |
| FUTU CLEARING INC./FUTC CONDUIT | customersvc@futuclearing.com |
| GEORGE K. BAUM & COMPANY | YEARTA@GKBAUM.COM<br>operationskc@gkbaum.com |
| GMP SECURITIES L.P./CDS** | MARINOM@GMPSECURITIES.COM<br>nkolodzie@gmpsecurities.com<br>marinom@gmpsecurities.com |
| GMP SECURITIES L.P./CDS** | MARINOM@GMPSECURITIES.COM |
| Goldman Sachs & Co DTC #0005 | GS-as-ny-proxy@ny.email.gs.com |
| Goldman Sachs & Co DTC #0005 | GS-as-ny-proxy@ny.email.gs.com |
| Goldman Sachs & Co DTC #0005 | NewYorkAnncHub@gs.com |
| GOLDMAN SACHS & CO. LLC | GS-AS-NY-PROXY@GS.COM<br>CHRISTIN.HARTWIG@GS.COM |
| GOLDMAN SACHS BANK USA | gs-as-ny-proxy@gs.com<br>gs-ops-divmgmt-com@gs.com<br>gs-as-ny-class-action@ny.email.gs.com<br>gs-as-ny-Reorg@ny.email.gs.com |
| GOLDMAN SACHS BANK USA/ | GS-AS-NY-PROXY@GS.COM |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 39 of 86

Debtors' Exhibit No. 16
Page 409 of 493



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|------|-------|
| GOLDMAN SACHS BANK USA/#2 | gs-as-ny-proxy@gs.com<br>gs-ops-divmgmt-com@gs.com<br>gs-as-ny-class-action@ny.email.gs.com<br>gs-as-ny-Reorg@ny.email.gs.com |
| GOLDMAN SACHS EXECUTION & CLEARING, L.P. | CHRISTIN.HARTWIG@GS.COM<br>gs-as-ny-proxy@gs.com<br>gs-ops-divmgmt-com@gs.com<br>gs-as-ny-class-action@ny.email.gs.com<br>gs-as-ny-Reorg@ny.email.gs.com |
| GOLDMAN SACHS INTERNATIONAL | GS-AS-NY-PROXY@EMAIL.GS.COM |
| GOLDMAN SACHS INTERNATIONAL | gs-as-ny-proxy@gs.com<br>gs-ops-divmgmt-com@gs.com<br>gs-as-ny-class-action@ny.email.gs.com<br>gs-as-ny-Reorg@ny.email.gs.com |
| GOLDMAN, SACHS & CO. | CHRISTIN.HARTWIG@GS.COM |
| GOLDMAN, SACHS & CO./IMS | gs-as-ny-proxy@gs.com |
| GOLMAN SACHS INTERNATIONAL/REHYP SEPARATION ACCOUNT | CHRISTIN.HARTWIG@GS.COM<br>gs-as-ny-proxy@gs.com<br>gs-ops-divmgmt-com@gs.com<br>gs-as-ny-class-action@ny.email.gs.com<br>gs-as-ny-Reorg@ny.email.gs.com |
| GUGGENHEIM FUNDS DISTRIBUTORS, LLC | SNICHOLS@CLAYMORE.COM |
| GUGGENHEIM SECURITIES, LLC | HOWARD.WINICK@GUGGENHEIMPARTNERS.COM |
| HAYWOOD SECURITIES INC./CDS** | JBRERETON@HAYWOOD.COM |
| HICKORY POINT BANK & TRUST/DRS | PAT_PERKINS@ADMWORLD.COM |
| HILLTOP SECURITIES INC. | PROXY@SWST.COM |
| HILLTOP SECURITIES INC. | BONNIE.ALLEN@SWST.COM<br>BONNIE.ALLEN@HILLTOPSECURITIES.COM |
| HOME FEDERAL BANK OF TENNESSEE, FSB | JENNIFER.DAVIS@HOMEFEDERALTN.COM |
| HOME FEDERAL BANK/HOME FINANCIAL SERVICES,INC. | TRUST.OPERATIONS@HOMEFEDERALTN.COM |
| HONG KONG SECURITIES CLEARING COMPAN | CATHERINEKAN@HKEX.COM.HK |
| HSBC BANK USA, N.A./CORPORATE TRUST IPA | claudio.j.delarosa@us.hsbc.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 40 of 86

Debtors' Exhibit No. 16
Page 410 of 493



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| | claudio.j.delarosa@us.hsbc.com |
| | anthony.j.hoe@us.hsbc.com |
| | jay.x.spitzer@us.hsbc.com |
| | john.hickey@us.hsbc.com |
| | idalia.x.frias@us.hsbc.com |
| | yelena.x.fridburg@us.hsbc.com |
| | nardia.mendez@us.hsbc.com |
| | yanmei.x.shao@us.hsbc.com |
| | HILDE.WAGNER@US.HSBC.COM |
| HSBC BANK USA, N.A./DRS | Samantha.wang@us.hsbc.com |
| | NURI.I.KAZAKCI@US.HSBC.COM |
| | claudio.j.delarosa@us.hsbc.com |
| | anthony.j.hoe@us.hsbc.com |
| | jay.x.spitzer@us.hsbc.com |
| | john.hickey@us.hsbc.com |
| | idalia.x.frias@us.hsbc.com |
| | yelena.x.fridburg@us.hsbc.com |
| | nardia.mendez@us.hsbc.com |
| | yanmei.x.shao@us.hsbc.com |
| HSBC BANK USA, N.A.-IPB | Samantha.wang@us.hsbc.com |
| | claudio.j.delarosa@us.hsbc.com |
| | anthony.j.hoe@us.hsbc.com |
| | jay.x.spitzer@us.hsbc.com |
| | john.hickey@us.hsbc.com |
| | idalia.x.frias@us.hsbc.com |
| | yelena.x.fridburg@us.hsbc.com |
| | nardia.mendez@us.hsbc.com |
| | yanmei.x.shao@us.hsbc.com |
| | HILDE.WAGNER@US.HSBC.COM |
| HSBC BANK USA, NA/AFS | Samantha.wang@us.hsbc.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 41 of 86



**Exhibit AI**

Served via Electronic Mail

| Name | Email |
|---|---|
| HSBC BANK USA, NA/CLEARING | claudio.j.delarosa@us.hsbc.com |
| | anthony.j.hoe@us.hsbc.com |
| | jay.x.spitzer@us.hsbc.com |
| | john.hickey@us.hsbc.com |
| | idalia.x.frias@us.hsbc.com |
| | yelena.x.fridburg@us.hsbc.com |
| | nardia.mendez@us.hsbc.com |
| | yanmei.x.shao@us.hsbc.com |
| | HILDE.WAGNER@US.HSBC.COM |
| | Samantha.wang@us.hsbc.com |
| HSBC BANK USA, NA/HSBC CUSTODY & | claudio.j.delarosa@us.hsbc.com |
| | anthony.j.hoe@us.hsbc.com |
| | jay.x.spitzer@us.hsbc.com |
| | john.hickey@us.hsbc.com |
| | idalia.x.frias@us.hsbc.com |
| | yelena.x.fridburg@us.hsbc.com |
| | nardia.mendez@us.hsbc.com |
| | yanmei.x.shao@us.hsbc.com |
| | HILDE.WAGNER@US.HSBC.COM |
| | Samantha.wang@us.hsbc.com |
| HSBC BANK USA, NA/HSBC CUSTODY & CLEARING SERVICES FOR STOCK | claudio.j.delarosa@us.hsbc.com |
| | anthony.j.hoe@us.hsbc.com |
| | jay.x.spitzer@us.hsbc.com |
| | john.hickey@us.hsbc.com |
| | idalia.x.frias@us.hsbc.com |
| | yelena.x.fridburg@us.hsbc.com |
| | nardia.mendez@us.hsbc.com |
| | yanmei.x.shao@us.hsbc.com |
| | Samantha.wang@us.hsbc.com |
| HSBC BANK USA, NA/HTM | claudio.j.delarosa@us.hsbc.com |
| | anthony.j.hoe@us.hsbc.com |
| | jay.x.spitzer@us.hsbc.com |
| | john.hickey@us.hsbc.com |
| | idalia.x.frias@us.hsbc.com |
| | yelena.x.fridburg@us.hsbc.com |
| | nardia.mendez@us.hsbc.com |
| | yanmei.x.shao@us.hsbc.com |
| | HILDE.WAGNER@US.HSBC.COM |
| | Samantha.wang@us.hsbc.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Debtors' Exhibit No. 16
Page 412 of 493



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION | TERESE.DOLAN@HSBC.COM |
| | anthony.j.hoe@us.hsbc.com |
| | jay.x.spitzer@us.hsbc.com |
| | john.hickey@us.hsbc.com |
| | idalia.x.frias@us.hsbc.com |
| | yelena.x.fridburg@us.hsbc.com |
| | nardia.mendez@us.hsbc.com |
| | yanmei.x.shao@us.hsbc.com |
| | Samantha.wang@us.hsbc.com |
| HSBC BANK USA, NATIONAL ASSOCIATION | claudio.j.delarosa@us.hsbc.com |
| | anthony.j.hoe@us.hsbc.com |
| | jay.x.spitzer@us.hsbc.com |
| | john.hickey@us.hsbc.com |
| | idalia.x.frias@us.hsbc.com |
| | yelena.x.fridburg@us.hsbc.com |
| | nardia.mendez@us.hsbc.com |
| | yanmei.x.shao@us.hsbc.com |
| | Samantha.wang@us.hsbc.com |
| HSBC BANK USA, NATIONAL ASSOCIATION | claudio.j.delarosa@us.hsbc.com |
| | anthony.j.hoe@us.hsbc.com |
| | jay.x.spitzer@us.hsbc.com |
| | john.hickey@us.hsbc.com |
| | idalia.x.frias@us.hsbc.com |
| | yelena.x.fridburg@us.hsbc.com |
| | nardia.mendez@us.hsbc.com |
| | YanmeiXShaoyanmei.x.shao@us.hsbc.com |
| HSBC BANK USA, NATIONAL ASSOCIATION/ | claudio.j.delarosa@us.hsbc.com |
| | anthony.j.hoe@us.hsbc.com |
| | jay.x.spitzer@us.hsbc.com |
| | john.hickey@us.hsbc.com |
| | idalia.x.frias@us.hsbc.com |
| | yelena.x.fridburg@us.hsbc.com |
| | nardia.mendez@us.hsbc.com |
| | yanmei.x.shao@us.hsbc.com |
| | Samantha.wang@us.hsbc.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION/IPA | claudio.j.delarosa@us.hsbc.com |
| | anthony.j.hoe@us.hsbc.com |
| | jay.x.spitzer@us.hsbc.com |
| | john.hickey@us.hsbc.com |
| | idalia.x.frias@us.hsbc.com |
| | yelena.x.fridburg@us.hsbc.com |
| | nardia.mendez@us.hsbc.com |
| | yanmei.x.shao@us.hsbc.com |
| | Samantha.wang@us.hsbc.com |
| HSBC BANK USA, NATIONAL ASSOCIATION/OMNIBUS | claudio.j.delarosa@us.hsbc.com |
| | anthony.j.hoe@us.hsbc.com |
| | jay.x.spitzer@us.hsbc.com |
| | john.hickey@us.hsbc.com |
| | idalia.x.frias@us.hsbc.com |
| | yelena.x.fridburg@us.hsbc.com |
| | nardia.mendez@us.hsbc.com |
| | yanmei.x.shao@us.hsbc.com |
| | Samantha.wang@us.hsbc.com |
| HSBC SECURITIES (USA) INC. | JAMES.F.KELLY@US.HSBC.COM |
| HSBC SECURITIES (USA) INC. (FIXED INCOME) | LEN.E.BELVEDERE@US.HSBC.COM |
| HUNTINGTON NATIONAL BANK/FBO OHIO PO | DAVID.GUNNING@HUNTINGTON.COM |
| HUNTINGTON NATIONAL BANK/FBO SCHOOL | DAVID.GUNNING@HUNTINGTON.COM |
| HUTCHINSON, SHOCKEY, ERLEY & CO. | NMEIER@HSEMUNI.COM |
| ICAP CORPORATES LLC | ANDREW.CHAN@US.ICAP.COM |
| INDUSTRIAL AND COMMERCIAL BANK OF CHINA | CORPORATEACTIONS@ICBKFS.COM |
| ING FINANCIAL MARKETS LLC | CORPORATE.ACTIONS@AMERICAS.ING.COM |
| | corporate.actions@americas.ing.com |
| ING FINANCIAL MARKETS LLC | STEPHEN.BREATON@AMERICAS.ING.COM |
| | corporate.actions@americas.ing.com |
| ING FINANCIAL MARKETS LLC | corporate.actions@americas.ing.com |
| ING FINANCIAL MARKETS LLC/INTERNATIONAL | STEPHEN.BREATON@AMERICAS.ING.COM |
| ING FINANCIAL MARKETS LLC/INTERNATIONAL | STEPHEN.BREATON@AMERICAS.ING.COM |
| | corporate.actions@americas.ing.com |
| ING FINANCIAL MARKETS LLC/LTD. | STEPHEN.BREATON@AMERICAS.ING.COM |
| ING FINANCIAL MARKETS LLC/LTD. | STEPHEN.BREATON@AMERICAS.ING.COM |
| | corporate.actions@americas.ing.com |
| INGALLS & SNYDER, LLC | jdibuono@ingalls.net |
| | mscura@ingalls.net |
| Institutional Shareholder Services | scasresearch@issgovernance.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| INTERACTIVE BROKERS LLC | KMCCARTHY@INTERACTIVEBROKERS.COM<br>bankruptcy@interactivebrokers.com<br>proxy@interactivebrokers.com<br>ibcorpaction@interactivebrokers.com |
| Interactive Brokers LLC DTC#0017 | bankruptcy@ibkr.com |
| Interactive Brokers LLC DTC#0017 | bankruptcy@ibkr.com |
| INTERACTIVE BROKERS RETAIL EQUITY CLEARING | PROXY@INTERACTIVEBROKERS.COM<br>bankruptcy@interactivebrokers.com<br>ibcorpaction@interactivebrokers.com<br>dmarsella@interactivebrokers.com<br>mpetridis@interactivebrokers.com<br>kmccarthy@interactivebrokers.com |
| INTERNATIONAL BANK OF COMMERCE/DRS | EGONZALEZ2@IBC.COM |
| INTL FCSTONE FINANCIAL INC. | DG-CLRe-Org_Tenders@intlfcstone.com<br>jillian.hambright@intlfcstone.com<br>DG-CLSecuritiesTransfer@intlfcstone.com |
| INTL FCSTONE FINANCIAL INC./BD RATES | DG-CLRe-Org_Tenders@intlfcstone.com<br>jillian.hambright@intlfcstone.com<br>DG-CLSecuritiesTransfer@intlfcstone.com |
| ITG INC. | ANTHONY.PORTELLI@ITG.COM<br>corporate_actions@itg.com |
| ITG INC/SECURITIES LENDING DIVISION | STEVEN.PACELLA@ITG.COM |
| J.P. MORGAN CHASE BANK NA/FBO BLACKROCK CTF | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| J.P. MORGAN CHASE BANK/GG1 | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| J.P. MORGAN CHASE/GARBAN CORPORATES | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| J.P. MORGAN CLEARING CORP. | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| J.P. MORGAN CLEARING CORP. | USSO.PROXY.TEAM@JPMCHASE.COM |
| J.P. MORGAN CLEARING CORP. / LENDING | GREGORY.SCHRON@JPMORGAN.COM<br>usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 45 of 86



## Exhibit AI
Served via Electronic Mail

| Name | Email |
|------|-------|
| J.P. MORGAN SECURITIES CANADA INC. ** | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| J.P. MORGAN SECURITIES LLC | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| J.P. MORGAN SECURITIES LLC/JPMC LENDING | GREGORY.SCHRON@JPMORGAN.COM |
| JANNEY MONTGOMERY SCOTT LLC | kwalton@janney.com<br>kdodds@janney.com<br>ReorgContacts@janney.com |
| JAPAN SECURITIES DEPOSITORY CENTER, | SANTONIO@DTCC.COM |
| JEFFERIES LLC | RMARANZANO@JEFFERIES.COM<br>corporate_actions_dividends@jefferies.com<br>JefferiesReorg@broadridge.com |
| Jefferies LLC DTC #0019 | corporate_actions_reorg@jefferies.com<br>mhardiman@jefferies.com |
| JEFFERIES LLC/AS AGENT FOR JEFFERIES | JCHRISTON@JEFFERIES.COM |
| JEFFERIES LLC/AS AGENT FOR JEFFERIES INTERNATIONAL LONDON | JefferiesReorg@broadridge.com |
| JEFFERIES LLC/JEFFERIES EXECUTION SERVICES,INC. | JefferiesReorg@broadridge.com |
| JEFFERIES LLC/SECURITIES FINANCE | JCHRISTON@JEFFERIES.COM |
| JEFFERIES LLC/SECURITIES FINANCE | JefferiesReorg@broadridge.com |
| JONES GABLE & COMPANY LIMITED/CDS** | LWRIGHT@JONESGABLE.COM |
| JP MORGAN CHASE/JP MORGAN INTERNATIO | BD.CORP.ACT@JPMORGAN.COM |
| JP MORGAN CHASE/JP MORGAN INTERNATIONAL | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com |
| JPMC/JPMORGAN CHASE BANK NA | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMC/JPMORGAN CHASE BANK NA | JANICE.N.CHAMPAGNIE@JPMCHASE.COM<br>usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMCB/J.P. MORGAN SECURITIES CANADA INC. | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMorgan Chase Bank | JPMorganInformation.Services@JPMChase.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 46 of 86



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|------|-------|
| JPMORGAN CHASE BANK | USSO.PROXY.TEAM@JPMCHASE.COM<br>usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMORGAN CHASE BANK | USSO.PROXY.TEAM@JPMORGAN.COM<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMorgan Chase Bank | JPMorganInformation.Services@JPMChase.com |
| JPMORGAN CHASE BANK - ADR | DR_PROXY_TEAM@JPMORGAN.COM<br>usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMORGAN CHASE BANK N.A. | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMORGAN CHASE BANK NA/DBTC AMERICAS | USSO.PROXY.TEAM@JPMORGAN.COM<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com<br>DIANE.MCGOWAN@JPMORGAN.COM |
| JPMORGAN CHASE BANK NA/DBTC AMERICAS | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMORGAN CHASE BANK, N.A./ABCP CONDUITS | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMORGAN CHASE BANK, N.A./CUSTODIAL TRUST COMPANY | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMORGAN CHASE BANK, NATIONAL ASSOCI | USSO.PROXY.TEAM@JPMORGAN.COM<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com<br>primecorporateactions@jpmorgan.com<br>jpm.brooklyn.voluntary.coacs@jpmorgan.com |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | USSO.PROXY.TEAM@JPMORGAN.COM<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com<br>primecorporateactions@jpmorgan.com<br>jpm.brooklyn.voluntary.coacs@jpmorgan.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|------|-------|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION/INTERMEDIARY HOLDI | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMORGAN CHASE BANK,N.A. | GARY.GABRYSH@JPMORGAN.COM<br>usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMORGAN CHASE BANK/AG DEPOSITORY BA | FRED.L.COHEN@JPMORGAN.COM |
| JPMORGAN CHASE BANK/AG DEPOSITORY BANK | FRED.L.COHEN@JPMORGAN.COM<br>usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMORGAN CHASE BANK/CHEMICAL/COMMERC | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com<br>BILL.VELASQUEZ@JPMORGAN.COM |
| JPMORGAN CHASE BANK/CHIEF INVESTMENT OFFICE | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMORGAN CHASE BANK/CORPORATE MUNICIPAL DEALER | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMORGAN CHASE BANK/CORRESPONDENCE C | USSO.PROXY.TEAM@JPMCHASE.COM |
| JPMORGAN CHASE BANK/EUROCLEAR BANK | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMORGAN CHASE BANK/GARBAN SECURITIES, INC. | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMORGAN CHASE BANK/GNPH MIDDLE MARK | SUSAN.G.REISING@CHASE.COM |
| JPMORGAN CHASE BANK/GNPH MIDDLE MARKET | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMORGAN CHASE BANK/HSBCSI | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 48 of 86

Debtors' Exhibit No. 16
Page 418 of 493



**Exhibit AI**

Served via Electronic Mail

| Name | Email |
|---|---|
| JPMORGAN CHASE BANK/IA | USSO.PROXY.TEAM@JPMORGAN.COM<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com<br>pb.as.direct@jpmorgan.com<br>primecorporateactions@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com |
| JPMORGAN CHASE BANK/IA | USSO.PROXY.TEAM@JPMORGAN.COM<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com<br>pb.as.direct@jpmorgan.com<br>primecorporateactions@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>jong.y.kim@jpmorgan.com<br>jpm.brooklyn.voluntary.coacs@jpmorgan.com |
| JPMORGAN CHASE BANK/INTL FCSTONE FINANCIALINC | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMORGAN CHASE BANK/JPMORGAN PPB | BD.CORP.ACT@JPMORGAN.COM |
| JPMORGAN CHASE BANK/JPMORGAN PPB | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMORGAN CHASE BANK/MET LIFE LOANET | PAULA.D.JONES@JPMORGAN.COM |
| JPMORGAN CHASE BANK/MET LIFE LOANET | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMORGAN CHASE BANK/MUNICIPAL DEALER | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMORGAN CHASE BANK/PCS SHARED SERVICES | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMORGAN CHASE BANK/PRUDENTIAL | USSO.PROXY.TEAM@JPMORGAN.COM<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMORGAN CHASE BANK/RBS SECURITIES INC. | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| JPMORGAN CHASE BANK/SUSQUEHANNA | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMORGAN CHASE BANK/TREASURER OF STA | USSO.PROXY.TEAM@JPMORGAN.COM |
| JPMORGAN CHASE BANK/TRUST CO. OF CAL | USSO.PROXY.TEAM@JPMORGAN.COM<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMORGAN CHASE BANK/VANGUARD LOANET | PAULA.D.JONES@JPMORGAN.COM |
| JPMORGAN CHASE BANK/VANGUARD LOANET | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMORGAN CHASE BK/J.P.MORGAN CHASE & CO./CERT OF DEPOSIT/IPA | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMORGAN CHASE/FIMAT PF | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMORGAN CHASE/NEWEDGE CUSTODY | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMORGAN CHASE/RBS | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMORGAN CHASE/US EQ TRP | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com<br>SERGIO.MONTILLO@JPMORGAN.COM |
| JPMORGAN CHASE-ADR MAX | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMORGAN CHASE-FIMAT CU | MUMBAI.CORP.REORG@JPMCHASE.COM |
| JPMORGAN CHASE-FIMAT CU | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMORGAN CHASE-FIMAT MB | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 50 of 86

Debtors' Exhibit No. 16
Page 420 of 493



## Exhibit AI
Served via Electronic Mail

| Name | Email |
|------|-------|
| JPMORGAN CHASE-FIMAT RM | usso.proxy.team@jpmorgan.com<br>JPMorganInformation.Services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| JPMorgan Clearing Corp. DTC #0352 | IB_Domestic_Voluntary_Corporate_Actions@jpmorgan.com |
| JPMorgan Clearing Corp. DTC #0352 | IB_Domestic_Voluntary_Corporate_Actions@jpmorgan.com |
| KCG AMERICAS LLC | JBRINK@KNIGHT.COM |
| KEYBANK NA/FBO TREASURER OF STATE OF OHIO | SCOTT_R_MACDONALD@KEYBANK.COM<br>SAFEKEEPING_TREASURY_OPERATIONS@KEYBANK.COM<br>Kathleen_A_Stetz@keybank.com |
| KEYBANK NATIONAL ASSOCIATION | SCOTT_R_MACDONALD@KEYBANK.COM<br>SAFEKEEPING_TREASURY_OPERATIONS@KEYBANK.COM<br>Kathleen_A_Stetz@keybank.com |
| KEYBANK SAFEKEEPING | SAFEKEEPING_TREASURY_OPERATIONS@KEYBANK.COM |
| KEYBANK SAFEKEEPING | SCOTT_R_MACDONALD@KEYBANK.COM<br>SAFEKEEPING_TREASURY_OPERATIONS@KEYBANK.COM<br>Kathleen_A_Stetz@keybank.com |
| LAURENTIAN BANK OF CANADA/CDS** | MAIORINOF@VMBL.CA |
| LEHMAN BROTHERS INC./EQUITY FINANCE | AVERDERA@LEHMAN.COM |
| LEHMAN BROTHERS INC./FFTW MULTI-STRA | AVERDERA@LEHMAN.COM |
| LEHMAN BROTHERS INC./FIRST CARIBBEAN | AVERDERAMA@LEHMAN.COM |
| LEHMAN BROTHERS INC./FIRST PRINCIPLE | AVERDERA@IRLMAN.COM |
| LEHMAN BROTHERS INC./ING PROPRIETARY | AVERDERA@LEHMAN.COM |
| LEHMAN BROTHERS INC./MILLENNIUM PART | AVERDERA@LEHMAN.COM |
| LEHMAN BROTHERS INC./ONE WILLIAM STR | AVERDERA@LEHMAN.COM |
| LEHMAN BROTHERS INC./R3 CAPITAL PART | LEN.BELVEDERE@LEHMAN.COM |
| LEHMAN BROTHERS INC./RCG PB-JV | AVERDERA@LEHMAN.COM |
| LEHMAN BROTHERS INC./THE 3D CAPITAL | AVERDERA@LEHMAN.COM |
| LEHMAN BROTHERS INC/ING PROPRIETARY | AVENDERA@LEHMAN.COM |
| Lime Trading Corp. | info@lime.co<br>sales@lime.co |
| LOMBARD ODIER TRANSATLANTIC, LIMITED | A.CARLOMUSTO@LOMBARDODIER.COM |
| LPL FINANCIAL CORPORATION | KRISTIN.KENNEDY@LPL.COM<br>jason.adamek@lpl.com<br>corporate.action@lpl.com<br>cinthya.leite@lpl.com<br>steven.trzcinski@lpl.com<br>kevin.moulton@lpl.com<br>Micah.weinstein@lpl.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 51 of 86

Debtors' Exhibit No. 16
Page 421 of 493



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| | KRISTIN.KENNEDY@LPL.COM |
| | jason.adamek@lpl.com |
| | corporate.action@lpl.com |
| | cinthya.leite@lpl.com |
| | steven.trzcinski@lpl.com |
| | kevin.moulton@lpl.com |
| LPL FINANCIAL LLC | Micah.weinstein@lpl.com |
| M1 FINANCE LLC | support@M1Finance.com |
| MACKIE RESEARCH CAPITAL CORPORATION/ | TRODRIGUES@RESEARCHCAPITAL.COM |
| MACQUARIE CAPITAL (USA) INC. | PATRICK.CERMAK@MACQUARIE.COM |
| MACQUARIE CAPITAL (USA) INC. | PATRICK.CERMAK@MACQUARIE.COM<br>COGMODCorporateActio@macquarie.com |
| | SHAMED@WILMINGTONTRUST.COM |
| | LHUBBARD@WilmingtonTrust.com |
| MANUFACTURERS AND TRADERS TRUST CO | jhubbard@wilmingtontrust.com |
| MANUFACTURERS AND TRADERS TRUST CO/W | SHAMED@WILMINGTONTRUST.COM |
| MANUFACTURERS AND TRADERS TRUST COMPANY | TLAGAMBINA@MTB.COM |
| MANUFACTURERS AND TRADERS TRUST<br>COMPANY/COMMERCIAL LOANS | TLAGAMBINA@MTB.COM |
| MANUFACTURERS AND TRADERS TRUST COMPANY/IPA | TLAGAMBINA@MTB.COM |
| MANULIFE SECURITIES INCORPORATED | Nikola_Kirovski@manulife.com |
| MANULIFE SECURITIES INCORPORATED/CDS | JCHAU@CDS.CA |
| MANULIFE SECURITIES INCORPORATED/CDS** | Nikola_Kirovski@manulife.com |
| MAPLE SECURITIES - UK | MELLIOTT@MAPLEFINANCIAL.COM |
| MAPLE SECURITIES U.S.A. INC. | MELLIOTT@MAPLEFINANCIAL.COM |
| MAPLE SECURITIES U.S.A. INC. - DOMESTIC | MELLIOTT@MAPLEFINANCIAL.COM |
| MAPLE SECURITIES USA INC./CUSTODY | MELLIOTT@MAPLEFINANCIAL.COM |
| MARSCO INVESTMENT CORPORATION/TRADEUP | MKADISON@MARSCO.COM |
| MATRIX TRUST COMPANY | SUZANNE.WALTERS@BROADRIDGE.COM |
| Mediant Communications | documents@mediantonline.com<br>corporateactions@mediantonline.com |
| MERCHANT CAPITAL, L.L.C. | BELINDA.WILSON@MERCHANTCAPITAL.COM |
| MERRILL LYNCH PIERCE FENNER & SMITH | cpactionslitigation@ml.com<br>EARL.WEEKS@BAML.COM<br>katelyn.beck@baml.com<br>corpactionsproxy@ml.com<br>cpactionslitigation@bofa.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|------|-------|
| MERRILL LYNCH PROFESSIONAL CLEARING CORP. | EARL.WEEKS@BAML.COM<br>cpactionslitigation@ml.com<br>corpactionsproxy@ml.com |
| MERRILL LYNCH, INC. - FOREIGN SECURITY LENDING | cpactionslitigation@ml.com<br>EARL.WEEKS@BAML.COM<br>katelyn.beck@baml.com<br>corpactionsproxy@ml.com |
| MERRILL LYNCH, PIERCE, FENNER & SMIT | CARLOS_GOMEZ@ML.COM |
| MERRILL LYNCH, PIERCE, FENNER & SMITH | EARL.WEEKS@BAML.COM<br>cpactionslitigation@bofa.com |
| MERRILL LYNCH, PIERCE, FENNER & SMITH | cpactionslitigation@ml.com<br>EARL.WEEKS@BAML.COM<br>katelyn.beck@baml.com<br>corpactionsproxy@ml.com |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED/671 MLPF& | cpactionslitigation@ml.com<br>EARL.WEEKS@BAML.COM<br>katelyn.beck@baml.com<br>corpactionsproxy@ml.com |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED/STOCK LOAN | cpactionslitigation@ml.com<br>EARL.WEEKS@BAML.COM<br>katelyn.beck@baml.com<br>corpactionsproxy@ml.com |
| MESIROW FINANCIAL | JOSHEA@MESIROWFINANCIAL.COM |
| MESIROW FINANCIAL | DLYNE@MESIROWFINANCIAL.COM<br>CLIENTSERVICES@MESIROWFINANCIAL.COM |
| MESIROW FINANCIAL, INC. | JSTANISLAW@MESIROWFINANCIAL.COM |
| MF GLOBAL INC. | JARENELLA@MANFINANCIAL.COM |
| MF GLOBAL INC./MFL | JARENELLA@MANFINANCIAL.COM |
| MF GLOBAL INC./STOCK LOAN | JARENELLA@MANFINANCIAL.COM |
| MF GLOBAL INC/CHICAGO | JARENELLA@MFGLOBAL.COM |
| MG TRUST COMPANY | SUZANNE.WALTERS@BROADRIDGE.COM |
| MITSUBISHI UFJ SECURITIES (USA), INC. | CORPACTIONS@US.SC.MUFG.JP |
| Mitsubishi UFJ Trust & Banking Corp DTC #2932 | corporateactions-dl@us.tr.mufg.jp |
| Mitsubishi UFJ Trust & Banking Corp DTC #2932 | corporateactions-dl@us.tr.mufg.jp |
| MITSUBISHI UFJ TRUST & BANKING CORPO | RWENSKOSKI@US.TR.MUFG.JP |
| MITSUBISHI UFJ TRUST & BANKING CORPO | E.CAPLETTE@NY.TR.MUFG.JP |
| MITSUBISHI UFJ TRUST AND BANKING CORPORATION, NEW YORK BRANCH/ | RWENSKOSKI@US.TR.MUFG.JP |
| MIZUHO BANK (USA) | RDIMICK@MHTNY.COM |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 53 of 86



## Exhibit AI
Served via Electronic Mail

| Name | Email |
|---|---|
| MIZUHO BANK LTD. NEW YORK BRANCH | RANOM.ROSARIO@MIZUHOCUBUS.COM |
| MIZUHO BANK LTD. NEW YORK BRANCH/IPA | RAMON.ROSARIO@MIZUHOCUBUS.COM |
| MIZUHO SECURITIES USA LLC | GREGORY.RAIA@US.MIZUHO-SC.COM |
| MIZUHO SECURITIES USA LLC/ | GREGORY.RAIA@US.MIZUHO-SC.COM<br>RICHARD.VISCO@US.MIZUHO-SC.COM |
| MIZUHO SECURITIES USA LLC/MIZUHO MUNICIPAL HOLDINGS, LLC | GREGORY.RAIA@US.MIZUHO-SC.COM<br>RICHARD.VISCO@US.MIZUHO-SC.COM |
| MIZUHO SECURITIES USA/FIXED INCOME | RICHARD.VISCO@US.MIZUHO-SC.COM |
| MIZUHO TRUST & BANKING CO. (USA) | RDIMICK@MHTNY.COM |
| Moomoo Financial Inc. | cs@us.moomoo.com |
| MORGAN STANLEY | dealsetup@morganstanley.com<br>Raquel.Del.Monte@morganstanley.com<br>Maria.Cacoilo@morganstanley.com<br>PSCLASSACT@MORGANSTANLEY.COM<br>Proxy.balt@ms.com<br>psclassact@ms.com<br>classact@ms.com<br>proddata@morganstanley.com<br>classact@morganstanley.com |
| MORGAN STANLEY & CO LLC/SL CONDUIT | dealsetup@morganstanley.com<br>Raquel.Del.Monte@morganstanley.com<br>Maria.Cacoilo@morganstanley.com<br>Proxy.balt@ms.com<br>psclassact@ms.com<br>classact@ms.com<br>proddata@morganstanley.com<br>classact@morganstanley.com |
| MORGAN STANLEY & CO. INTERNATIONAL P | DANIEL.SPADACCIN@MORGANSTANLEY.COM |
| MORGAN STANLEY & CO. INTL PLC/MSIP DTC OTC MARGIN NON RE-HYPE | dealsetup@morganstanley.com<br>Raquel.Del.Monte@morganstanley.com<br>Maria.Cacoilo@morganstanley.com<br>Proxy.balt@ms.com<br>psclassact@ms.com<br>classact@ms.com<br>proddata@morganstanley.com<br>classact@morganstanley.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 54 of 86

Debtors' Exhibit No. 16
Page 424 of 493



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| MORGAN STANLEY & CO. INTL PLC/MSIP DTC OTC MARGIN RE-HYPE | dealsetup@morganstanley.com |
| | Raquel.Del.Monte@morganstanley.com |
| | Maria.Cacoilo@morganstanley.com |
| | Proxy.balt@ms.com |
| | psclassact@ms.com |
| | classact@ms.com |
| | proddata@morganstanley.com |
| | classact@morganstanley.com |
| MORGAN STANLEY & CO. LLC | dealsetup@morganstanley.com |
| | Raquel.Del.Monte@morganstanley.com |
| | Maria.Cacoilo@morganstanley.com |
| | PSCLASSACT@MORGANSTANLEY.COM |
| | Proxy.balt@ms.com |
| | psclassact@ms.com |
| | classact@ms.com |
| | proddata@morganstanley.com |
| | classact@morganstanley.com |
| MORGAN STANLEY & CO. LLC | PSCLASSACT@MORGANSTANLEY.COM |
| | dealsetup@morganstanley.com |
| | Raquel.Del.Monte@morganstanley.com |
| | Maria.Cacoilo@morganstanley.com |
| | Proxy.balt@ms.com |
| | psclassact@ms.com |
| | classact@ms.com |
| | proddata@morganstanley.com |
| | classact@morganstanley.com |
| | Proxy.balt@ms.com |
| | psclassact@ms.com |
| | classact@ms.com |
| | proddata@morganstanley.com |
| | classact@morganstanley.com |
| MORGAN STANLEY & CO. LLC | Proxy.balt@ms.com |
| | psclassact@ms.com |
| | classact@ms.com |
| | proddata@morganstanley.com |
| | classact@morganstanley.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 55 of 86



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| MORGAN STANLEY & CO. LLC/ SL CONDUIT | DANIEL.SPADACCIN@MORGANSTANLEY.COM<br>dealsetup@morganstanley.com<br>Raquel.Del.Monte@morganstanley.com<br>Maria.Cacoilo@morganstanley.com<br>Proxy.balt@ms.com<br>psclassact@ms.com<br>classact@ms.com<br>proddata@morganstanley.com<br>classact@morganstanley.com |
| MORGAN STANLEY & CO. LLC/III | dealsetup@morganstanley.com<br>Raquel.Del.Monte@morganstanley.com<br>Maria.Cacoilo@morganstanley.co<br>Proxy.balt@ms.com<br>psclassact@ms.com<br>classact@ms.com<br>proddata@morganstanley.com<br>classact@morganstanley.com<br>DANIEL.SPADACCIN@MORGANSTANLEY.COM |
| MORGAN STANLEY & CO. LLC/INTERNATIONAL PLC | dealsetup@morganstanley.com<br>Raquel.Del.Monte@morganstanley.com<br>Maria.Cacoilo@morganstanley.com<br>Proxy.balt@ms.com<br>psclassact@ms.com<br>classact@ms.com<br>proddata@morganstanley.com<br>classact@morganstanley.com |
| MORGAN STANLEY & CO. LLC/OTC DERIVATIVE MARGIN COLLATERAL | dealsetup@morganstanley.com<br>Raquel.Del.Monte@morganstanley.com<br>Maria.Cacoilo@morganstanley.com<br>Proxy.balt@ms.com<br>psclassact@ms.com<br>classact@ms.com<br>proddata@morganstanley.com<br>classact@morganstanley.com |
| MORGAN STANLEY BANK, N.A. | GLENN.PIZER@MORGANSTANLEY.COM |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 56 of 86



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| MORGAN STANLEY BANK, N.A. | dealsetup@morganstanley.com |
| | Raquel.Del.Monte@morganstanley.com |
| | Maria.Cacoilo@morganstanley.com |
| | Proxy.balt@ms.com |
| | psclassact@ms.com |
| | classact@ms.com |
| | proddata@morganstanley.com |
| | classact@morganstanley.com |
| MORGAN STANLEY PRIVATE BANK | dealsetup@morganstanley.com |
| | Raquel.Del.Monte@morganstanley.com |
| | Maria.Cacoilo@morganstanley.com |
| | Proxy.balt@ms.com |
| | psclassact@ms.com |
| | classact@ms.com |
| | proddata@morganstanley.com |
| | classact@morganstanley.com |
| MORGAN STANLEY PRIVATE BANK, | dealsetup@morganstanley.com |
| | Raquel.Del.Monte@morganstanley.com |
| | Maria.Cacoilo@morganstanley.com |
| | Proxy.balt@ms.com |
| | psclassact@ms.com |
| | classact@ms.com |
| | proddata@morganstanley.com |
| | classact@morganstanley.com |
| MORGAN STANLEY PRIVATE BANK, NATIONA | JONATHAN.GOLDMAN@MORGANSTANLEY.COM |
| MORGAN STANLEY PRIVATE BANK, NATIONAL | MARYANN.JOUBERT@MORGANSTANLEY.COM |
| MORGAN STANLEY PRIVATE BANK, NATIONAL ASSOCIATION/ MSPBNA CIO | dealsetup@morganstanley.com |
| | Raquel.Del.Monte@morganstanley.com |
| | Maria.Cacoilo@morganstanley.com |
| | Proxy.balt@ms.com |
| | psclassact@ms.com |
| | classact@ms.com |
| | proddata@morganstanley.com |
| | classact@morganstanley.com |
| Morgan Stanley Smith Barney DTC #0015 | usproxies@morganstanley.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 57 of 86



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| Morgan Stanley Smith Barney DTC #0015 | usproxies@morganstanley.com<br>proxy.balt@morganstanley.com<br>cavsdom@morganstanley.com<br>Raquel.Del.Monte@morganstanley.com<br>john.falco@morganstanley.com<br>robert.cregan@morganstanley.com<br>jodancy.mackensy@morganstanley.com |
| MORGAN STANLEY SMITH BARNEY LLC | dealsetup@morganstanley.com<br>Raquel.Del.Monte@morganstanley.com<br>Maria.Cacoilo@morganstanley.com<br>Proxy.balt@ms.com<br>psclassact@ms.com<br>classact@ms.com<br>proddata@morganstanley.com<br>classact@morganstanley.com<br>JOHN.BARRY@MSSB.COM<br>wm_classactions@morganstanley.com |
| MORGAN STANLEY SMITH BARNEY LLC/FPL | dealsetup@morganstanley.com<br>Raquel.Del.Monte@morganstanley.com<br>Maria.Cacoilo@morganstanley.com<br>Proxy.balt@ms.com<br>psclassact@ms.com<br>classact@ms.com<br>proddata@morganstanley.com<br>classact@morganstanley.com |
| MUFG SECURITIES AMERICAS INC. | JCATANIA@US.SC.MUFG.JP |
| MUFG SECURITIES EMEA PLC | JCATANIA@US.SC.MUFG.JP |
| MUFG SECURITIES EMEA PLC/MUFGLAB | JCATANIA@US.SC.MUFG.JP |
| MUFG UNION BANK, N.A. | MAGGI.BOUTELLE@UNIONBANK.COM |
| MUFG UNION BANK, N.A. | REMEDIOS.CUEVAS@UNIONBANK.COM<br>CLASS_ACTION_OPS@UNIONBANK.COM<br>MIKE.EGAN@SECURITIESCLAIMS.COM |
| MUFG UNION BANK, N.A./CAPITAL MARKETS | CARLETTA.MIZELL@UNIONBANK.COM |
| MUFG UNION BANK, N.A./CORPORATE TRUST/IPA | CORA.SERRANO@UBOC.COM |
| MURIEL SIEBERT & CO., INC. | service@siebert.com<br>Aguerriero@siebert.com |
| MURIEL SIEBERT & CO., INC. | INFO@STOCKCROSS.COM<br>Aguerriero@siebert.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| MURIEL SIEBERT & CO., INC. #2 | service@siebert.com<br>Aguerriero@siebert.com |
| NASDAQ BX, INC. | VINCENT.DIVITO@NASDAQOMX.COM |
| NASDAQ EXECUTION SERVICES LLC/OPTION | VINCENT.DIVITO@NASDAQOMX.COM |
| NASDAQ OMX BX, INC. | VINCENT.DIVITO@NASDAQOMX.COM |
| NASDAQ OMX PHLX LLC | VINCENT.DIVITO@NASDAQOMX.COM |
| NASDAQ STOCK MARKET LLC/OMNIBUS ACCOUNT | VINCENT.DIVITO@NASDAQOMX.COM |
| NATIONAL BANK FINANCIAL INC. #2/CDS* | AMAH@CDS.CA |
| NATIONAL FINANCIAL SERVICES LLC | PETER.CLOSS@FMR.COM<br>Lisa.Ganesh@FMR.COM<br>Sean.McDonough@FMR.COM<br>jason.dress@FMR.com<br>Rohan.Rose@FMR.com<br>JOHN.SPURWAY@FMR.COM<br>Gerardo.Fleites@fmr.com<br>Rob.Day@fmr.com<br>Gerardo.Fleites@fmr.com<br>Sean.Mcloone@fmr.com<br>Lisa.Ganesh@FMR.COM<br>Frank.Mittenzwei@fmr.com<br>Nicole.Marte@fmr.com |
| NATIONAL FINANCIAL SERVICES/ FIDELITY AGENCY LENDING | PETER.CLOSS@FMR.COM<br>Lisa.Ganesh@FMR.COM<br>Sean.McDonough@FMR.COM<br>jason.dress@FMR.com<br>Rohan.Rose@FMR.com<br>JOHN.SPURWAY@FMR.COM<br>Gerardo.Fleites@fmr.com<br>Rob.Day@fmr.com<br>Gerardo.Fleites@fmr.com<br>Sean.Mcloone@fmr.com<br>Lisa.Ganesh@FMR.COM<br>Frank.Mittenzwei@fmr.com<br>Nicole.Marte@fmr.com |
| NATIXIS SECURITIES AMERICAS LLC | THOMAS.RUGGIERO@US.NATIXIS.COM |
| NATWEST MARKETS SECURITIES INC. | BLACKJE@RBS.COM |
| NATWEST MARKETS SECURITIES INC./FIXE | BLACKJE@RBS.COM |
| NBCN INC. #2/CDS** | AMAH@CDS.CA |
| NEEDHAM AND COMPANY, LLC | MDENICOLA@NEEDHAMCO.COM |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| NOMURA SECURITIES/FIXED INCOME | DANIEL.LYNCH@NOMURA.COM |
| NOMURA SECURITIES/FIXED INCOME | DANIEL.LYNCH@NOMURA.COM<br>ADRIAN.ROCCO@NOMURA.COM |
| NORTHERN TRUST COMPANY | pk5@ntrs.com<br>class_action_proxy_team@ntrs.com<br>US_Voluntary_CorpActions@ntrs.com<br>keg2@ntrs.com<br>dr65@ntrs.com<br>cs_notifications@ntrs.com |
| NORTHERN TRUST COMPANY - SAFEKEEPING | pk5@ntrs.com<br>class_action_proxy_team@ntrs.com<br>US_Voluntary_CorpActions@ntrs.com<br>keg2@ntrs.com<br>dr65@ntrs.com<br>cs_notifications@ntrs.com |
| NORTHERN TRUST COMPANY/FUTURE FUND ACCOUNTS | PAP3@NTRS.COM<br>pk5@ntrs.com<br>class_action_proxy_team@ntrs.com<br>US_Voluntary_CorpActions@ntrs.com<br>keg2@ntrs.com<br>dr65@ntrs.com<br>cs_notifications@ntrs.com |
| NORTHERN TRUST COMPANY/IPA | pk5@ntrs.com<br>class_action_proxy_team@ntrs.com<br>US_Voluntary_CorpActions@ntrs.com<br>keg2@ntrs.com<br>dr65@ntrs.com<br>cs_notifications@ntrs.com |
| NORTHERN TRUST COMPANY/UNITED NATION | pk5@ntrs.com<br>class_action_proxy_team@ntrs.com<br>US_Voluntary_CorpActions@ntrs.com<br>keg2@ntrs.com<br>dr65@ntrs.com<br>cs_notifications@ntrs.com |
| NYSE ARCA, INC. | NPURDON@PACIFICEX.COM |
| ODLUM BROWN LIMITED/CDS** | RRAK@ODLUMBROWN.COM |
| OLD SECOND BANCORP, INC./DRS | RHODGSON@OLDSECOND.COM |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| | Guillermo.Gonzalez@opco.com |
| | Colin.Sandy@opco.com |
| | reorg@opco.com |
| | kenya.white@opco.com |
| OPPENHEIMER & CO. INC. | Fran.Banson@opco.com |
| OPTIONS CLEARING CORPORATION (THE) | JWEGESIN@THEOCC.COM |
| OptionsXpress Inc. DTC #0338 | proxyservices@optionsxpress.com |
| OptionsXpress Inc. DTC #0338 | proxyservices@optionsxpress.com |
| | proxyservices@optionsxpress.com |
| | ccanning@optionsxpress.com |
| OPTIONSXPRESS, INC. | stortorella@optionsxpress.com |
| OPTIONSXPRESS, INC. | corporateactions@optionsxpress.com |
| PENSCO TRUST COMPANY | PETAL.YOUNG@PENSCO.COM |
| PENSCO TRUST COMPANY LLC | HOLLY.NICKERSON@PENSCO.COM |
| | Regan.Palmer@pershing.com |
| | jlavara@pershing.com |
| | Charlene.Polden@pershing.com |
| | Kristie.Medich@pershing.com |
| | Maria.Ruiz-Martinez@pershing.com |
| | voluntaryprocessing@pershing.com |
| | pershingcorproateactionsproxy@pershing.com |
| | Chenice.Brinson@pershing.com |
| | pershingcorporateactionsproxy@pershing.com |
| | Julio.Medina@Pershing.com |
| PERSHING LLC | Nicholas.Baldwin@pershing.com |
| | pershingcorproateactions@pershing.com |
| | voluntaryprocessing@pershing.com |
| | pershingcorproateactionsproxy@pershing.com |
| | Chenice.Brinson@pershing.com |
| PERSHING LLC/CLIENT FINANCING | pershingcorporateactionsproxy@pershing.com |
| | jlavara@pershing.com |
| | pershingcorporateactions@pershing.com |
| | jlavara@pershing.com |
| | Maria.Ruiz-Martinez@pershing.com |
| | voluntaryprocessing@pershing.com |
| | pershingcorproateactionsproxy@pershing.com |
| | henice.Brinson@pershing.com |
| PERSHING LLC/CORRESPONDENT SECURITIES LENDING | pershingcorporateactionsproxy@pershing.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 61 of 86



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|------|-------|
| PERSHING LLC/SL | jlavara@pershing.com |
| | pershingcorporateactions@pershing.com |
| | jlavara@pershing.com |
| | Maria.Ruiz-Martinez@pershing.com |
| | voluntaryprocessing@pershing.com |
| | pershingcorproateactionsproxy@pershing.com |
| | Chenice.Brinson@pershing.com |
| | pershingcorporateactionsproxy@pershing.com |
| PERSHING LLC/SL INT'L | jlavara@pershing.com |
| | pershingcorporateactions@pershing.com |
| | jlavara@pershing.com |
| | Maria.Ruiz-Martinez@pershing.com |
| | voluntaryprocessing@pershing.com |
| | pershingcorproateactionsproxy@pershing.com |
| | Chenice.Brinson@pershing.com |
| | pershingcorporateactionsproxy@pershing.com |
| PI FINANCIAL CORP./CDS** | RMCNEIL@PISECURITIES.COM |
| PICTET CANADA L.P./CDS** | SSALVO@PICTET.COM |
| | mtl-operations@pictet.com |
| | sborgognon@pictet.com |
| PNC BANK N.A./PNC CAPITAL MARKETS LLC | caspr@pnc.com |
| | mca@pnc.com |
| | JNICHOLS@PNC.COM |
| | YVONNE.MUDD@PNCBANK.COM |
| PNC Bank NA DTC #02616 | caspr@pnc.com |
| PNC Bank NA DTC #02616 | caspr@pnc.com |
| PNC BANK NA/PNC COMMODITY HEDGING LLC | caspr@pnc.com |
| | mca@pnc.com |
| | JNICHOLS@PNC.COM |
| | YVONNE.MUDD@PNCBANK.COM |
| PNC BANK, N.A./HPRS | caspr@pnc.com |
| | mca@pnc.com |
| | JNICHOLS@PNC.COM |
| | YVONNE.MUDD@PNCBANK.COM |
| | RHALLOWELL@PNC.COM |
| PNC BANK, N.A./IPA | caspr@pnc.com |
| | mca@pnc.com |
| | JNICHOLS@PNC.COM |
| | YVONNE.MUDD@PNCBANK.COM |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|------|-------|
| PNC BANK, N.A./MARKET STREET FUNDING | caspr@pnc.com<br>mca@pnc.com<br>JNICHOLS@PNC.COM<br>YVONNE.MUDD@PNCBANK.COM |
| PNC BANK, N.A./OTTA | RHALLOWELL@PNC.COM |
| PNC BANK, N.A./OTTA | caspr@pnc.com<br>mca@pnc.com<br>JNICHOLS@PNC.COM<br>YVONNE.MUDD@PNCBANK.COM |
| PNC BANK, N.A./PITTSBURGH | caspr@pnc.com<br>mca@pnc.com<br>JNICHOLS@PNC.COM<br>YVONNE.MUDD@PNCBANK.COM |
| PNC BANK, N.A./PNC CAPITAL MARKETS LLC MSFTA | caspr@pnc.com<br>mca@pnc.com<br>JNICHOLS@PNC.COM<br>YVONNE.MUDD@PNCBANK.COM |
| PNC BANK, NATIONAL ASSOCIATION | caspr@pnc.com<br>mca@pnc.com<br>JNICHOLS@PNC.COM<br>YVONNE.MUDD@PNCBANK.COM |
| PNC BANK/PNC MUNICIPAL STRATEGY - BLK | caspr@pnc.com<br>mca@pnc.com<br>JNICHOLS@PNC.COM<br>YVONNE.MUDD@PNCBANK.COM |
| PRINCIPAL BANK | investor-relations@principal.com |
| PRIVATE CLIENT SERVICES LLC | STAYLOR-JONES@PCSBD.NET<br>Operations@pcsbd.net |
| PUTNAM INVESTMENTS | Jeffrey_Dibuono@putnam.com |
| PUTNAM INVESTOR SERVICES, INC./DRS | MARK_ANZALONE@PUTNAM.COM |
| PWMCO, LLC | BWILSON@PWMCO.COM |
| QUANTEX CLEARING, LLC | ALFRED.PENNIS@NYFIX.COM |
| RAYMOND JAMES & ASSOCIATES, INC | DAWN.FICHTEL@RAYMONDJAMES.COM<br>corporateactions@raymondjames.com |
| RAYMOND JAMES & ASSOCIATES, INC / RA | DAWN.FICHTEL@RAYMONDJAMES.COM |
| RAYMOND JAMES & ASSOCIATES, INC. | ELAINE.MULLEN@RAYMONDJAMES.COM<br>corporateactions@raymondjames.com |
| RAYMOND JAMES & ASSOCIATES, INC. | ROBERTA.GREEN@RAYMONDJAMES.COM<br>corporateactions@raymondjames.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 63 of 86



## Exhibit AI
Served via Electronic Mail

| Name | Email |
|------|-------|
| RAYMOND JAMES & ASSOCIATES, INC./RAYMOND JAMES TRUST COMPANY | corporateactions@raymondjames.com |
| RAYMOND JAMES & ASSOCIATES, INC/FI | LINDA.LACY@RAYMONDJAMES.COM<br>corporateactions@raymondjames.com |
| RAYMOND JAMES LTD./CDS** | corporateactions@raymondjames.com |
| RBC CAPITAL MARKETS, LLC | rbcwm-proxynotifications@rbc.com |
| RBC CAPITAL MARKETS, LLC | Nicholas.Onken@rbc.com<br>rbcwm-proxynotifications@rbc.com |
| RBC CAPITAL MARKETS, LLC/RBCCM | MICHAEL.FROMMER@RBCCM.COM<br>rbcwm-proxynotifications@rbc.com |
| REGIONS BANK | PEYTON.DILIBERTO@REGIONS.COM<br>MICHAEL.CHANDLER@REGIONS.COM<br>james.dempsey@regions.com |
| REGIONS BANK/CORPORATE TRUST OPS/IPA | PEYTON.DILIBERTO@REGIONS.COM<br>MICHAEL.CHANDLER@REGIONS.COM<br>james.dempsey@regions.com |
| REGIONS BANK/CORPORATE TRUST/IPA | PEYTON.DILIBERTO@REGIONS.COM<br>MICHAEL.CHANDLER@REGIONS.COM<br>james.dempsey@regions.com |
| REGIONS BANK/IPA | PEYTON.DILIBERTO@REGIONS.COM<br>MICHAEL.CHANDLER@REGIONS.COM<br>james.dempsey@regions.com |
| RELIANCE TRUST COMPANY | TMONTGOMERY@RELICO.COM<br>reliance_reorgmailgroup@fisglobal.com |
| RELIANCE TRUST COMPANY/ FIS TRUSTDESK | TMONTGOMERY@RELICO.COM<br>reliance_reorgmailgroup@fisglobal.com |
| RELIANCE TRUST COMPANY/FIS GLOBAL PLUS | TMONTGOMERY@RELICO.COM<br>reliance_reorgmailgroup@fisglobal.com |
| RELIANCE TRUST COMPANY/FIS TRUSTDESK MKE | TMONTGOMERY@RELICO.COM<br>RELIANCE_REORGMAILGROUP@FISGLOBAL.COM<br>reliance_citrgroup@fisglobal.com |
| RELIANCE TRUST COMPANY/SWMS1 | TMONTGOMERY@RELICO.COM<br>reliance_reorgmailgroup@fisglobal.com |
| RELIANCE TRUST COMPANY/SWMS2 | TMONTGOMERY@RELICO.COM<br>reliance_reorgmailgroup@fisglobal.com |
| ROBERT W. BAIRD & CO. INCORPORATED | JSUDFELD@RWBAIRD.COM<br>NRobertstad@rwbaird.com<br>Reorg@rwbaird.com |
| ROBINHOOD SECURITIES, LLC | divreorg@robinhood.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 64 of 86



**Exhibit AI**

Served via Electronic Mail

| Name | Email |
|---|---|
| ROBINHOOD SECURITIES, LLC | divreorg@robinhood.com |
|  | bruce.martin@robinhood.com |
| ROYAL BANK OF CANADA | proxy-services@statestreet.com |
|  | USCARESEARCH@StateStreet.com |
| Royal Bank of Canada | donald.garcia@rbc.com |
| Royal Bank of Canada | donald.garcia@rbc.com |
| ROYAL BANK OF CANADA-ROYAL TRUST 1/CDS** | cdscustomersupport@tmx.com |
|  | gregory.sutton@tmx.com |
|  | CDSCDCCRelationshipmgmt@tmx.com |
|  | AAGNEW@CDS.CA |
| ROYAL BANK OF CANADA-ROYAL TRUST/CDS | AAGNEW@CDS.CA |
| ROYAL BANK OF CANADA-ROYAL TRUST/CDS** | cdscustomersupport@tmx.com |
|  | gregory.sutton@tmx.com |
|  | CDSCDCCRelationshipmgmt@tmx.com |
| SANFORD C. BERNSTEIN & CO., LLC | scb-custodyservices@alliancebernstein.com |
| SCOTIA CAPITAL (USA) INC. | TIM.CORSO@SCOTIACAPITAL.COM |
| SCOTIA CAPITAL (USA) INC./ FOR THE BANK OF NOVA SCOTIA,TORONTO | TIM.CORSO@SCOTIACAPITAL.COM |
| SCOTIA CAPITAL INC | TIM.CORSO@SCOTIACAPITAL.COM |
| SCOTTRADE, INC. | Reorganization@scottrade.com |
|  | legaldepartment@scottrade.com |
| SECURITIES TRANSFER CORPORATION/DRS | KEVINJR@STCTRANSFER.COM |
| SEI PRIVATE TRUST COMPANY | SNATUR@SEIC.COM |
| SEI PRIVATE TRUST COMPANY | EGREENE@SEIC.COM |
| SEI PV/GWP #02663 | gwsusopscaincome@seic.com |
| SEI PV/GWP #02663 | PlatformCA@seic.com |
| SG AMERICAS SECURITIES, LLC | PAUL.MITSAKOS@SGCIB.COM |
| SIS SegaInterSettle AG | ca.notices@six-securities-services.com |
| SIS SegaInterSettle AG | ca.notices@six-securities-services.com |
| SIS SegaInterSettle AG | corpactionsoverseas.group@sisclear.com |
| SOCIETE GENERALE CAPITAL CANADA INC. | GAETAN.HEBERT@FIMAT.COM |
| SOCIETE GENERALE NY/SOCIETE GENERALE | JOHN.RYAN@SGCIB.COM |
| SOCIETE GENERALE NY/SOCIETE GENERALE PARIS | JOHN.RYAN@SGCIB.COM |
| SOUTH STREET SECURITIES LLC | DONALD.WEBBE@CMETLLC.COM |
| SOUTH STREET SECURITIES LLC/IMS | DONALD.WEBBE@CMETLLC.COM |
| Southwest Securities | vallwardt@swst.com |
| Southwest Securities | proxy@swst.com |
| Southwest Securities | vallwardt@swst.com |
| SSB - BLACKROCK | CHAD.SPITLER@BARCLAYSGLOBAL.COM |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 65 of 86



**Exhibit AI**

Served via Electronic Mail

| Name | Email |
| --- | --- |
| SSB - BLACKROCK INSTITUTIONAL TRUST | TESTREMERA@IBTCO.COM |
| SSB - TRUST CUSTODY | USCARESEARCH@StateStreet.com |
| SSB&T CO/CLIENT CUSTODY SERVICES | MPIERVIL@STATESTREET.COM |
| SSB-PHYSICAL CUSTODY SERVICES | CMSULLIVAN2@STATESTREET.COM |
| STANDARD REGISTRAR & TRANSFER COMPAN | STANDARDREGISTRAR@COMCAST.NET<br>brandy@standardregistrar.com |
| STATE STREET BANK & TRUST CO | CMSULLIVAN2@STATESTREET.COM<br>USCAResearch@statestreet.com |
| STATE STREET BANK & TRUST COMPANY | MPIERVIL@STATESTREET.COM<br>proxy-services@statestreet.com<br>pcdesharnais@statestreet.com<br>USCARESEARCH@StateStreet.com<br>BAM_ClientServices_MO_INQ@StateStreet.com |
| STATE STREET BANK & TRUST COMPANY | USCARESEARCH@StateStreet.com |
| STATE STREET BANK & TRUST COMPANY | roxy-services@statestreet.com<br>USCARESEARCH@StateStreet.com<br>BAM_ClientServices_MO_INQ@StateStreet.com |
| STATE STREET BANK & TRUST COMPANY | proxy-services@statestreet.com<br>pcdesharnais@statestreet.com<br>DJGonzales@Statestreet.com<br>SBuissereth@StateStreet.com<br>llnordberg@statestreet.com<br>AGreenberg2@StateStreet.com<br>USCARESEARCH@StateStreet.com |
| STATE STREET BANK & TRUST COMPANY | proxy-services@statestreet.com<br>USCARESEARCH@StateStreet.com<br>BAM_ClientServices_MO_INQ@StateStreet.com |
| STATE STREET BANK & TRUST COMPANY / | MPIERVIL@STATESTREET.COM |
| STATE STREET BANK & TRUST COMPANY/EC, GMBH | proxy-services@statestreet.com<br>pcdesharnais@statestreet.com<br>DJGonzales@Statestreet.com<br>SBuissereth@StateStreet.com<br>llnordberg@statestreet.com<br>AGreenberg2@StateStreet.com<br>USCARESEARCH@StateStreet.com<br>BAM_ClientServices_MO_INQ@StateStreet.com |
| STATE STREET BANK & TRUST/STATE STREET TOTALETF | proxy-services@statestreet.com<br>USCARESEARCH@StateStreet.com |
| State Street Bank and Trust Co DTC #0997 | USCAResearch@statestreet.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 66 of 86



## Exhibit AI
Served via Electronic Mail

| Name | Email |
|------|-------|
| State Street Bank and Trust Co DTC #0997 | rjray@statestreet.com |
| State Street Bank and Trust Co DTC #0997 | jkkyan@statestreet.com |
| State Street Bank and Trust Co DTC #0997 | USCAResearch@statestreet.com |
| STATE STREET BANK AND TRUST COMPANY | proxy-services@statestreet.com<br>pcdesharnais@statestreet.com<br>DJGonzales@Statestreet.com<br>SBuissereth@StateStreet.com<br>llnordberg@statestreet.com<br>AGreenberg2@StateStreet.com<br>USCARESEARCH@StateStreet.com<br>CMSULLIVAN2@STATESTREET.COM |
| STATE STREET BANK AND TRUST COMPANY | MPIERVIL@STATESTREET.COM<br>proxy-services@statestreet.com<br>pcdesharnais@statestreet.com<br>USCARESEARCH@StateStreet.com |
| STATE STREET BANK AND TRUST COMPANY | proxy-services@statestreet.com<br>USCARESEARCH@StateStreet.com<br>BAM_ClientServices_MO_INQ@StateStreet.com |
| STATE STREET BANK AND TRUST COMPANY | proxy-services@statestreet.com<br>USCARESEARCH@StateStreet.com |
| STATE STREET BANK AND TRUST COMPANY, N.A. | proxy-services@statestreet.com<br>USCARESEARCH@StateStreet.com |
| STATE STREET BANK AND TRUST COMPANY/ | KTJOHNDROW@STATESTREET.COM |
| STATE STREET BANK AND TRUST COMPANY/IPA | MPIERVIL@STATESTREET.COM<br>proxy-services@statestreet.com<br>pcdesharnais@statestreet.com<br>USCARESEARCH@StateStreet.com<br>BAM_ClientServices_MO_INQ@StateStreet.com |
| STATE STREET CORP ON BEHALF OF HSBC | MPIERVIL@STATESTREET.COM<br>proxy-services@statestreet.com<br>pcdesharnais@statestreet.com<br>USCARESEARCH@StateStreet.com<br>BAM_ClientServices_MO_INQ@StateStreet.com |
| STATE STREET GLOBAL MARKETS, LLC | SMTAPPARO@STATESTREET.COM<br>proxy-services@statestreet.com<br>pcdesharnais@statestreet.com<br>USCARESEARCH@StateStreet.com<br>BAM_ClientServices_MO_INQ@StateStreet.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 67 of 86



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| STATE STREET TRUST | MPIERVIL@STATESTREET.COM<br>proxy-services@statestreet.com<br>pcdesharnais@statestreet.com<br>USCARESEARCH@StateStreet.com<br>BAM_ClientServices_MO_INQ@StateStreet.com |
| STEPHENS INC. | LKTHOMPSON@STEPHENS.COM |
| STEPHENS INC. | NINA.VINCENT@STEPHENS.COM |
| STERNE, AGEE & LEACH, INC. | JMEZRANO@STERNEAGEE.COM<br>ksimpson@sterneagee.com |
| STERNE, AGEE & LEACH, INC. | SECURITIESTRANSFER@STERNEAGEE.COM<br>ksimpson@sterneagee.com |
| STIFEL, NICOLAUS & COMPANY, INC./STIFEL SECURITIES LENDING | russellc@stifel.com<br>kivlehens@stifel.com<br>wiegandc@stifel.com<br>OPSStockRecords@stifel.com<br>blannerm@stifel.com<br>caop@stifel.com<br>JenkinsK@stifel.com |
| STIFEL, NICOLAUS & COMPANY, INCORPORATED | RussellC@stifel.com<br>caop@stifel.com<br>JenkinsK@stifel.com |
| STIFEL, NICOLAUS & COMPANY, INCORPORATED | RESMANNZ@STIFEL.COM<br>RussellC@stifel.com<br>caop@stifel.com<br>JenkinsK@stifel.com |
| STIFEL, NICOLAUS & COMPANY, INCORPORATED | russellc@stifel.com<br>kivlehens@stifel.com<br>wiegandc@stifel.com<br>OPSStockRecords@stifel.com<br>blannerm@stifel.com<br>caop@stifel.com<br>JenkinsK@stifel.com |
| STIFEL, NICOLAUS & COMPANY, INCORPORATED | WIEGANDC@STIFEL.COM |
| STOCKCROSS FINANCIAL SERVICES, INC. | Aguerriero@siebert.com |
| STOCKCROSS FINANCIAL SERVICES, INC. | Aguerriero@siebert.com<br>Ofeina.tuihalamaka@stockcross.com<br>daniel.logue@stockcross.com |
| STOCKCROSS FINANCIAL SERVICES, INC. | INFO@STOCKCROSS.COM<br>Aguerriero@siebert.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)



## Exhibit AI
Served via Electronic Mail

| Name | Email |
|---|---|
| STOCKCROSS FINANCIAL SERVICES, INC. | LISA.BRUNSON@STOCKCROSS.COM<br>Aguerriero@siebert.com |
| STOCKCROSS FINANCIAL SERVICES, INC./#3 | Aguerriero@siebert.com<br>Ofeina.tuihalamaka@stockcross.com<br>daniel.logue@stockcross.com |
| SUMITOMO MITSUI TRUST BANK (U.S.A.) LIMITED | BETH_CUMMINGS@SMTBUSA.COM<br>BMULLER@SUMITOMOTRUSTUSA.COM |
| SUNTRUST BANK | RICK.TROWBRIDGE@SUNTRUST.COM<br>class.actions@suntrust.com<br>PCSSpecial.Processing@Suntrust.com |
| SUNTRUST BANK/SUNTRUST BANK DEALER BANK | VERONICA.JOHNSON@SUNTRUST.COM |
| SYNOVUS BANK | RUDYNEWMAN@BANKNBSC.COM |
| SYNOVUS BANK/SYNOVUS 2 | RUDYNEWMAN@BANKNBSC.COM |
| TD AMERITRADE CLEARING, INC. | ZCLASSACTIONS@TDAMERITRADE.COM<br>DIANE.EASTER@TDAMERITRADE.COM<br>TDWPROXY@tdsecurities.com |
| TD AMERITRADE CLEARING, INC. | Tyler.StClair@tdameritrade.com<br>Leah.Sunders@tdameritrade.com<br>AngelaWright@tdameritrade.com<br>Patricia.Thompson@tdameritrade.com<br>Keenan.Anderson@tdameritrade.com<br>Sarah.McDonald@tdameritrade.com |
| TD AMERITRADE CLEARING, INC./SECURITIES LENDING | ZCLASSACTIONS@TDAMERITRADE.COM<br>TDWPROXY@tdsecurities.com |
| TD AMERITRADE TRUST COMPANY | DIANE.EASTER@TDAMERITRADE.COM<br>TDWPROXY@tdsecurities.com |
| TD PRIME SERVICES LLC/STOCK LOAN | ASCARANGELLO@ALBERTFRIED.COM |
| TD PRIME SERVICES LLC/SUB | TDWPROXY@TD.COM |
| TD SECURITIES (USA) LLC | ZCLASSACTIONS@TDAMERITRADE.COM<br>TDWPROXY@tdsecurities.com |
| TD SECURITIES (USA) LLC/PHYSICAL ACCOUNT | TDWPROXY@tdsecurities.com |
| TD WATERHOUSE CANADA INC./CDS** | TDWPROXY@TD.COM |
| TEMPER OF THE TIMES INVESTOR SERVICES, INC. | SMARKLAND@MONEYPAPER.COM |
| THE BANK OF NEW YORK | gce_inquiry_americas_clients@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 69 of 86

Debtors' Exhibit No. 16
Page 439 of 493



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| THE BANK OF NEW YORK MELLON | PROXYSUPPORT@BNYMELLON.COM<br>gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com<br>Stephen.Coccodrilli@bnymellon.com<br>Theresa.Stanton@bnymellon.com |
| THE BANK OF NEW YORK MELLON | OL-CA-Managers@ubs.com<br>DL-WMA-Proxy@ubs.com<br>SH-WMA-CAProxyClassActions@UBS.com<br>ol-wma-ca-proxy@ubs.com<br>gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>dl-ca-manager@ubs.com<br>OL-WMA-CA-Reorg@ubs.com<br>dl-wma-physical-processing@ubs.com |
| THE BANK OF NEW YORK MELLON | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON / | GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM<br>PXRPT@BNYMELLON.COM<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM<br>SZYROKI.DC@MELLON.COM<br>PGHEVENTCREATION@BNYMELLON.COM<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM |
| The Bank of New York Mellon DTC #0901 | pgheventcreation@bnymellon.com<br>PROXYSUPPORT@BNYMELLON.COM<br>Theresa.Stanton@bnymellon.com<br>Ken.Battaglia@bnymellon.com |
| THE BANK OF NEW YORK MELLON TRUST | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/ | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 70 of 86

Debtors' Exhibit No. 16
Page 440 of 493



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| THE BANK OF NEW YORK MELLON/ | GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM<br>PXRPT@BNYMELLON.COM<br>JUSTIN.WHITEHOUSE@BNYMELLON.COM<br>SZYROKI.DC@MELLON.COM<br>PGHEVENTCREATION@BNYMELLON.COM<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM |
| THE BANK OF NEW YORK MELLON/ BANQUE DEWAAYSA | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/ABBEY NATIONAL TREASURY PLC US B | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/ANCHORAGE CAPITAL | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/ANNALY CRE HOLDING | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/ANNALY CRE LLC | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/ANNALY F | DSTEINMAN@BANKOFNY.COM |
| THE BANK OF NEW YORK MELLON/ANNALY FUNDINGLLC | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/ANNALY M | MICHAEL.KANIA@BNYMELLON.COM |
| THE BANK OF NEW YORK MELLON/ANNALY MORTGAGE | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/BAKER2 | DSTEINMAN@BANKOFNY.COM |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 71 of 86

Debtors' Exhibit No. 16
Page 441 of 493



**Exhibit AI**

Served via Electronic Mail

| Name | Email |
|------|-------|
| THE BANK OF NEW YORK MELLON/BAKER2 | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/BAKERGROUP | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/BANCO SANTANDERSLB | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/BANQUE D'ORSAY | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/BARCLAYS (BGIS) | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/BNYM ETF | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/BOA NA | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/BROKER DEALER OMNIBUS | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/CHIMERA RMBS LLC | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 72 of 86



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| THE BANK OF NEW YORK MELLON/COMMERCIAL LOANS | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/CRESCENT | DSTEINMAN@BANKOFNY.COM |
| THE BANK OF NEW YORK MELLON/CWIBH INC. | PROXYSUPPORT@BNYMELLON.COM<br>gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com<br>Stephen.Coccodrilli@bnymellon.com |
| THE BANK OF NEW YORK MELLON/DB CHILRDENS | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/DBAG FRA | DSTEINMAN@BNY.COM |
| THE BANK OF NEW YORK MELLON/DBAG LON | DSTEINMAN@BNY.COM |
| THE BANK OF NEW YORK MELLON/DBLPB-DBX | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/DBLPB-DBX-ASIANL | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/DBTC | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/DBTC AMERICAS | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/DBTCA | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 73 of 86

Debtors' Exhibit No. 16
Page 443 of 493



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|------|-------|
| THE BANK OF NEW YORK MELLON/DBTCA/DB AG | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/DBTCA/DB AG LDNB | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/DBTCA/DB AG LDNPB | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/DEALERWE | MSCARRY@BANKOFNY.COM |
| THE BANK OF NEW YORK MELLON/DEALERWEB INC. | PROXYSUPPORT@BNYMELLON.COM<br>gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com<br>Stephen.Coccodrilli@bnymellon.com |
| THE BANK OF NEW YORK MELLON/DEPOSITA | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/EARN CMO LLC | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/EARN MORTGAGE LLC | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/EARN SECURITIESLLC | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/EF CMO, | DSTEINMAN@BANKOFNY.COM |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 74 of 86

Debtors' Exhibit No. 16
Page 444 of 493



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| THE BANK OF NEW YORK MELLON/EF CMO, LLC | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/EF MORTG | DSTEINMAN@BANKOFNY.COM |
| THE BANK OF NEW YORK MELLON/EF MORTGAGE, LLC | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/EF SECURITIES LLC | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/ELLINGTO | DSTEINMAN@BANKOFNY.COM |
| THE BANK OF NEW YORK MELLON/ELLINGTON SPECIAL | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/EQUITIES | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/EVOLUTION BEESON | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/FIFTH THIRD BANK | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/FMSBONDS, INC. | PROXYSUPPORT@BNYMELLON.COM<br>gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com<br>Stephen.Coccodrilli@bnymellon.com |
| THE BANK OF NEW YORK MELLON/FSA | MSCARRY@BANKOFNY.COM |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 75 of 86

Debtors' Exhibit No. 16
Page 445 of 493



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| THE BANK OF NEW YORK MELLON/FSA | PROXYSUPPORT@BNYMELLON.COM<br>gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com<br>Stephen.Coccodrilli@bnymellon.com |
| THE BANK OF NEW YORK MELLON/GIB UK LTD CORPBOND | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/HBK CDO TRUST | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/HBK MASTER FUNDLP | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/HH ELLINGTON MASTER FUND LTD | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>Matthew.Bartel@BNYMellon.com<br>John-Henry.Doktorski@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/HSBC BAN | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/HSBC, BK PLC A | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/INVESTEC LONDON | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 76 of 86



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| THE BANK OF NEW YORK MELLON/IPA | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>Matthew.Bartel@BNYMellon.com<br>John-Henry.Doktorski@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/IVORS | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/IXIS CMN | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/IXIS LOA | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/LINK SECURITIES | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/MELLON T | PROXYSUPPORTS@BNYMELLON.COM |
| THE BANK OF NEW YORK MELLON/MERRILL | DSTEINMAN@BANKOFNY.COM |
| THE BANK OF NEW YORK MELLON/MID CAP SPDRS | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/MILLENNIUM PARTNERS | PROXYSUPPORT@BNYMELLON.COM<br>gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com<br>Stephen.Coccodrilli@bnymellon.com |
| THE BANK OF NEW YORK MELLON/MIZUHO BANK | DSTEINMAN@BANKOFNY.COM |
| THE BANK OF NEW YORK MELLON/MIZUHO CORPORATE | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 77 of 86



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| THE BANK OF NEW YORK MELLON/NATIXIS | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/NATIXIS FUNDINGCORP | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/NBT BANK | PROXYSUPPORT@BNYMELLON.COM<br>gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com<br>Stephen.Coccodrilli@bnymellon.com |
| THE BANK OF NEW YORK MELLON/NOMURA B | DSTEINMAN@BANKOFNY.COM |
| THE BANK OF NEW YORK MELLON/NOMURA SECURITIES (BERMUDA) LTD. | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/NTX FUND | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/OZ CAP STRUC | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/OZ EUROPE MASTER | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/OZ MASTER FUNDLTD | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/OZ MASTER MASTER | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 78 of 86



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| THE BANK OF NEW YORK MELLON/POPULAR | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/QVT CAPITAL | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/RABOBANK | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/RBC BARBADOS TBC | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/RBC I&TS | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/SIMF | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/SOC GEN | MSCARRY@BANKOFNY.COM |
| THE BANK OF NEW YORK MELLON/SOC GEN BANK | PROXYSUPPORT@BNYMELLON.COM<br>gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com<br>Stephen.Coccodrilli@bnymellon.com |
| THE BANK OF NEW YORK MELLON/SOCIETE | MSCARRY@BANKOFNY.COM |
| THE BANK OF NEW YORK MELLON/SOUTH STREET | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/ST. BERN | DSTEINMAN@BANKOFNY.COM |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 79 of 86

 **STRETTO**

**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| THE BANK OF NEW YORK MELLON/ST. BERNARD | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/SUNTRUST BANK | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/TD BANK | MSCARRY@BANKOFNY.COM |
| THE BANK OF NEW YORK MELLON/TD BANK N.A. | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/TD NY | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/TD NY | PROXYSUPPORT@BNYMELLON.COM<br>gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com<br>Stephen.Coccodrilli@bnymellon.com |
| THE BANK OF NEW YORK MELLON/TDB UNENCUMBERED | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/TELEBANK | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/TORONTO DOMINION SECURITIES INC. | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/WELLS FA | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 80 of 86

Debtors' Exhibit No. 16
Page 450 of 493

 **STRETTO**

**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| THE BANK OF NEW YORK MELLON/WELLS FARGO MARGIN | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK MELLON/WFC HOLDINGS CORPORATION | gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK/FORTIS BANK NV/SA | pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NEW YORK/THE ROYAL BANK OF CANADA | pgheventcreation@bnymellon.com<br>pgh.ca.event.creation@bnymellon.com |
| THE BANK OF NOVA SCOTIA, NEW YORK AG | KEITH_PECKHOLDT@SCOTIACAPITAL.COM |
| THE BANK OF NOVA SCOTIA/ SCE LTD./CDS** | JCHAU@CDS.CA |
| THE BANK OF NOVA SCOTIA/BNS PRIME GLOSS/CDS | CAROL.ANDERSON@SCOTIABANK.COM |
| THE BANK OF NOVA SCOTIA/BNS TOR PRINCIPAL GLOSS/CDS | CAROL.ANDERSON@SCOTIABANK.COM |
| THE BANK OF NOVA SCOTIA/CLIENT B/CDS | CAROL.ANDERSON@SCOTIABANK.COM |
| THE BANK OF NOVA SCOTIA/CLIENT B/CDS** | TINA.PHUNG@SCOTIABANK.COM<br>iss.reorg@scotiabank.com |
| The Bank of NY Mellon DTC #0954 | athompson@bnymellon.com |
| The Bank of NY Mellon DTC #0954 | Theresa.Stanton@bnymellon.com<br>Ken.Battaglia@bnymellon.com |
| The Bank of NY Mellon DTC #0954 | athompson@bnymellon.com<br>Ken.Battaglia@bnymellon.com |
| The Depository Trust Co | mandatoryreorgannouncements@dtcc.com |
| The Depository Trust Co | mandatoryreorgannouncements@dtcc.com |
| The Depository Trust Co | MK-CorporateActionsAnnouncements@markit.com |
| The Depository Trust Co | JOSEPH.POZOLANTE@MARKIT.COM |
| The Depository Trust Co | DAVID.BOGGS@MARKIT.COM |
| The Depository Trust Co | KEVIN.JEFFERSON@MARKIT.COM |
| The Depository Trust Co | cscotto@dtcc.com |
| The Depository Trust Co | legalandtaxnotices@dtcc.com |
| The Depository Trust Co | lensnotices@dtcc.com |
| The Depository Trust Co | voluntaryreorgannouncements@dtcc.com |
| THE FIRST, NATIONAL ASSOCIATION/DRS | STACY.BRANN@THE1ST.COM |
| THE HUNTINGTON NATIONAL BANK | DAVID.GUNNING@HUNTINGTON.COM |
| THE HUNTINGTON NATIONAL BANK | Kathleen.Chapin@huntngton.com<br>Abbey.Wright@huntington.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 81 of 86



**Exhibit AI**

Served via Electronic Mail

| Name | Email |
|---|---|
| THE NASDAQ STOCK MARKET LLC | VINCENT.DIVITO@NASDAQOMX.COM |
| THE NORTHERN TRUST COMPANY | pk5@ntrs.com<br>class_action_proxy_team@ntrs.com<br>US_Voluntary_CorpActions@ntrs.com<br>keg2@ntrs.com<br>dr65@ntrs.com<br>cs_notifications@ntrs.com<br>RC108@NTRS.COM |
| THE NORTHERN TRUST COMPANY | US_Voluntary_CorpActions@ntrs.com<br>keg2@ntrs.com<br>dr65@ntrs.com<br>cs_notifications@ntrs.com<br>E-data_confirmation@ntrs.com<br>pk5@ntrs.com<br>class_action_proxy_team@ntrs.com |
| The Northern Trust Company DTC #02669 | cs_notifications@ntrs.com |
| THE OPTIONS CLEARING CORPORATION/OCC | APANARAS@THEOCC.COM |
| THE PARK NATIONAL BANK/DRS | DDANIELS@FIRSTKNOX.COM<br>fktrust@firstknox.com |
| TIMBER HILL LLC | KMCCARTHY@INTERACTIVEBROKERS.COM |
| TRADESTATION SECURITIES, INC. | CorpActions@tradestation.com<br>CLIENTSERVICES@TRADESTATION.COM |
| TRADESTATION SECURITIES, INC. | DBialer@tradestation.com<br>CLIENTSERVICES@TRADESTATION.COM |
| TRADESTATION SECURITIES, INC. | DBIALER@TRADESTATION.COM<br>CORPACTIONS@TRADESTATION.COM<br>CLIENTSERVICES@TRADESTATION.COM |
| TRADEUP SECURITIES, INC. | transfer@tradeup.com |
| TRADITION SECURITIES & DERIVATIVES I | JEANETTE.RIVERA@TRADITION-NA.COM |
| TRUIST BANK | corporate.actions@truist.com |
| TRUST OPERATIONS OFFICER | MATTHEW.LYNCH@USBANK.COM |
| U.S. BANCORP INVESTMENTS, INC. | USBIIREORGINCOME@USBANK.COM<br>trustclassactions@usbank.com<br>trust.proxy@usbank.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)



**Exhibit AI**

Served via Electronic Mail

| Name | Email |
|---|---|
| U.S. BANK N.A. | |
| U.S. BANK N.A./CP | |
| U.S. BANK N.A./ETF | STEPHANIE.STORCH@USBANK.COM |
| U.S. BANK N.A./QUASAR DISTRIBUTORS, LLC | STEPHANIE.KAPTA@USBANK.COM |
| U.S. BANK N.A./SAFEKEEPING WEST | trustclassactions@usbank.com |
| U.S. BANK N.A./THIRD PARTY LENDING | trust.proxy@usbank.com |
| U.S. BANK N.A./TRUST NY MTN | usbiireorgincome@usbank.com |
| U.S. BANK N.A./WMIS | trustcorporateactions@usbank.com |
| UBS | ol-wma-volcorpactions@ubs.com<br>JANE.FLOOD@UBS.COM<br>Kimberly.Breese@ubs.com<br>ol-wma-ca-proxy@ubs.com<br>ol-stamfordcorpactions@ubs.com<br>sh-vol-caip-na@ubs.com<br>sh-wma-caproxyclassactions@ubs.com |
| UBS AG STAMFORD BRANCH | OL-CA-Managers@ubs.com<br>DL-WMA-Proxy@ubs.com<br>SH-WMA-CAProxyClassActions@UBS.com<br>ol-wma-ca-proxy@ubs.com<br>gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>dl-ca-manager@ubs.com<br>OL-WMA-CA-Reorg@ubs.com<br>dl-wma-physical-processing@ubs.com |
| UBS AG STAMFORD BRANCH/AS CUSTODIAN | GREGORY.CONTALDI@UBS.COM |
| UBS AG, STAMFORD BRANCH/IPA ACCOUNT | OL-CA-Managers@ubs.com<br>DL-WMA-Proxy@ubs.com<br>SH-WMA-CAProxyClassActions@UBS.com<br>ol-wma-ca-proxy@ubs.com<br>gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>dl-ca-manager@ubs.com<br>OL-WMA-CA-Reorg@ubs.com<br>dl-wma-physical-processing@ubs.com |
| UBS FINANCIAL SERVICES INC. | JANE.FLOOD@UBS.COM<br>Kimberly.Breese@ubs.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 83 of 86



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| UBS FINANCIAL SERVICES INC. | OL-CA-Managers@ubs.com<br>OL-WMA-CA-BONDREDEMPTION@ubs.com<br>DL-WMA-Proxy@ubs.com<br>ol-wma-ca-proxy@ubs.com<br>gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>manager@ubs.com<br>JANE.FLOOD@UBS.COM<br>Kimberly.Breese@ubs.com |
| UBS FINANCIAL SERVICES INC./GOVERNMENT | OL-CA-Managers@ubs.com<br>DL-WMA-Proxy@ubs.com<br>SH-WMA-CAProxyClassActions@UBS.com<br>ol-wma-ca-proxy@ubs.com<br>gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>dl-ca-manager@ubs.com<br>OL-WMA-CA-Reorg@ubs.com<br>dl-wma-physical-processing@ubs.com |
| UBS LIMITED | TRACEY.DREWE@UBS.COM |
| UBS LIMITED | OL-CA-Managers@ubs.com<br>DL-WMA-Proxy@ubs.com<br>SH-WMA-CAProxyClassActions@UBS.com<br>ol-wma-ca-proxy@ubs.com<br>gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>dl-ca-manager@ubs.com<br>OL-WMA-CA-Reorg@ubs.com<br>dl-wma-physical-processing@ubs.com |
| UBS SECURITIES CANADA INC./CDS** | OL-CA-Managers@ubs.com<br>DL-WMA-Proxy@ubs.com<br>SH-WMA-CAProxyClassActions@UBS.com<br>ol-wma-ca-proxy@ubs.com<br>gce_inquiry_americas_clients@bnymellon.com<br>pxrpt@bnymellon.com<br>dl-ca-manager@ubs.com<br>OL-WMA-CA-Reorg@ubs.com<br>dl-wma-physical-processing@ubs.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 84 of 86



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|---|---|
| | OL-CA-Managers@ubs.com |
| | DL-WMA-Proxy@ubs.com |
| | SH-WMA-CAProxyClassActions@UBS.com |
| | ol-wma-ca-proxy@ubs.com |
| | gce_inquiry_americas_clients@bnymellon.com |
| | pxrpt@bnymellon.com |
| | dl-ca-manager@ubs.com |
| | OL-WMA-CA-Reorg@ubs.com |
| | dl-wma-physical-processing@ubs.com |
| UBS SECURITIES LLC | GREGORY.CONTALDI@UBS.COM |
| UBS Securities LLC DTC #0642 | OL-EVENTMANAGEMENT@ubs.com |
| | OL-CA-Managers@ubs.com |
| | DL-WMA-Proxy@ubs.com |
| | SH-WMA-CAProxyClassActions@UBS.com |
| | ol-wma-ca-proxy@ubs.com |
| | gce_inquiry_americas_clients@bnymellon.com |
| | pxrpt@bnymellon.com |
| | dl-ca-manager@ubs.com |
| | OL-WMA-CA-Reorg@ubs.com |
| | dl-wma-physical-processing@ubs.com |
| UBS SECURITIES LLC/CMO | SCOTT.HARRIS@UBS.COM |
| UBS SECURITIES LLC/SECURITIES LENDING | GREGORY.CONTALDI@UBS.COM |
| | MATTHEW.BROWN@UMB.COM |
| UMB BANK, INVESTMENT DIVISION | safekeeping@umb.com |
| | VINCENT.DUNCAN@UMB.COM |
| UMB BANK, NATIONAL ASSOCIATION | safekeeping@umb.com |
| VANGUARD MARKETING CORPORATION | VBS_CORPORATE_ACTIONS@VANGUARD.COM |
| VELOCITY CLEARING, LLC | ALFRED.PENNIS@NYFIX.COM |
| VIRTU AMERICAS LLC | JBRINK@KNIGHT.COM |
| VIRTU FINANCIAL BD LLC | HLEE@VIRTUFINANCIAL.COM |
| | AMARTINEZ@VISIONFINANCIALMARKETS.COM |
| | reorgs@visionfinancialmarkets.com |
| | llucien@vfmarkets.com |
| VISION FINANCIAL MARKETS LLC | securitiesops@vfmarkets.com |
| WEBULL ADVISORS LLC | |
| WEBULL FINANCIAL LLC | customerservices@webull.us |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 85 of 86

Debtors' Exhibit No. 16
Page 455 of 493



**Exhibit AI**
Served via Electronic Mail

| Name | Email |
|------|-------|
| WEDBUSH SECURITIES INC.<br>WEDBUSH SECURITIES INC./PC STOCK LOAN | DONNA.WONG@WEDBUSH.COM<br>CARMEN.RIVERA@WEDBUSH.COM<br>GREG.ONEAL@WEDBUSH.COM<br>alan.ferreira@wedbush.com |
| WELLS FARGO ADVISORS, LLC | voluntaryCorporateActions@wellsfargo.com<br>WFSPrimeServicesCorporateActions@wellsfargo.com<br>Meredice.Rowe@wellsfargo.com<br>brian.artimisi@wellsfargoadvisors.com<br>finessa.rosson@wellsfargoadvisors.com<br>Manjunatha.Ashok@wellsfargo.com<br>Quaylin.Norman@wellsfargo.com<br>voluntarynotifications@wellsfargo.com<br>mandatorycorpactions@wellsfargo.com<br>Krysta.johnson@wellsfargo.com<br>BOBBY.MATERA@WACHOVIA.COM |
| WELLS FARGO BANK N.A./SIG WELLS FARGO | LIZ.GALL.HANSON@WELLSFARGO.COM |
| WELLS FARGO BANK, N.A. ISSUING/PAYING AGENT | FRANK.SOUNDER@CLEARLEND.COM |
| WELLS FARGO BANK, N.A./LENDING | ANGELA.T.BRANCO@WELLSFARGO.COM |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | LACEY.J.PETERSON@WELLSFARGO.COM |
| WELLS FARGO CLEARING SERVICES LLC | LORA.A.DAHLE@WELLSFARGO.COM |
| Wells Fargo DTCC #0141 | prospectusservicing1@firstclearing.com |
| WELLS FARGO CLEARING SERVICES LLC/SE | DAVID.RIELING@WACHOVIASEC.COM |
| WELLS FARGO SECURITIES, LLC | Scott.Vanhavermaet@wellsfargo.com |
| WELLS FARGO SECURITIES, LLC/SECURITIES FINANCE | STEVE.TURNER@WACHOVIA.COM |
| WESBANCO BANK, INC. | KOVAL@WESBANCO.COM |
| WILLIAM BLAIR & COMPANY, L.L.C. | MNIEDBALEC@WILLIAMBLAIR.COM<br>Institutionalsettlements@williamblair.com<br>WilliamBlairreorg@broadridge.com |
| ZIONS BANCORPORATION, NATIONAL ASSOC<br>ZIONS FIRST NATIONAL BANK | JRIZZO@ZIONSBANK.COM |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 86 of 86

Debtors' Exhibit No. 16
Page 456 of 493

# **Exhibit AJ**



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| ABN AMRO CLEARING CHI LLC/INSTNL | KIM VILARA | 175 W. JACKSON BLVD | SUITE 400 | | CHICAGO | IL | 60605 | |
| ABN AMRO CLEARING CHICAGO LLC | PORTFOLIO MARGINING | SUE NOWICKI | 175 W. JACKSON BLVD | SUITE 400 | CHICAGO | IL | 60604 | |
| ABN AMRO CLEARING CHICAGO/BONDS | SUE NOWICKI | 175 W. JACKSON BLVD | SUITE 400 | | CHICAGO | IL | 60604 | |
| ABN AMRO SECS (USA)/BANKNY REPO | ROBERT ALONGI | 100 PARK AVENUE | 17TH FLOOR | | NEW YORK | NY | 10017 | |
| ABN AMRO SECURITIES (USA) LLC | ROBERT ALONGI | VICE PRESIDENT | 100 PARK AVENUE | 17TH FLOOR | NEW YORK | NY | 10017 | |
| ABN AMRO SECURITIES (USA) LLC/A/C#2 | ROBERT ALONGI | VICE PRESIDENT | 100 PARK AVENUE | 17TH FLOOR | NEW YORK | NY | 10017 | |
| ABN AMRO SECURITIES (USA) LLC/REPO | ROBERT ALONGI | 100 PARK AVENUE | 17TH FLOOR | | NEW YORK | NY | 10017 | |
| ADR-CITI | TOM CRANE | 111 WALL STREET | 20TH FLOOR/ZONE 7 | | NEW YORK | NY | 10043 | |
| AFLAC INCORPORATED/DRS | JOAN M. DIBLASI | 1932 WYNNTON ROAD | | | COLUMBUS | GA | 31999 | |
| ALASKA USA FEDERAL CREDIT UNION | CORPORATE ACTIONS | P.O. BOX 196613 | | | ANCHORAGE | AK | 99519-6613 | |
| ALBERT FRIED & CO LLC/STOCK LOAN | CORPORATE ACTIONS | 45 BROADWAY | 24TH FLOOR | | NEW YORK | NY | 10006 | |
| Albert Fried & Company, LLC | Attn: Anthony Katsingris | 45 Broadway | 24th Floor | | New York | NY | 10006 | |
| ALPACA SECURITIES LLC | ATTN CORPORATE ACTIONS | 42881 LAKE BABCOCK DR. | SUITE 200 | | BABCOCK RANCH | FL | 33982 | |
| ALPINE SECURITIES CORPORATION | CORPORATE ACTIONS | PO BOX 3478 | | | SALT LAKE CTY | UT | 84110-3478 | |
| ALPINE SECURITIES CORPORATION | TODD GROSKREUTZ | 440 EAST 400 SOUTH | | | SALT LAKE CITY | UT | 84111 | |
| ALTRUIST FINANCIAL LLC/STOCK LOAN ACCOUNT | ATTN CORPORATE ACTIONS | 3030 S LA CIENGA BLVD | | | CULVER CITY | CA | 90232 | |
| Amalgamated Bank | Stephen Erb | 275 Seventh Avenue | 9th Floor | | New York | NY | 10001 | |
| Amalgamated Bank | Corporate Actions | 275 Seventh Avenue | | | New York | NY | 10011 | |
| AMALGAMATED BANK OF CHICAGO | ROGER SCHAEFFER | 1 W MONROE STREET | | | CHICAGO | IL | 60603 | |
| AMALGAMATED BANK OF CHICAGO/IPA | BERNETTA SMITH | TRUST OPERATIONS OFFICER | ONE WEST MONROE STREET | | CHICAGO | IL | 60603 | |
| American Enterprise Invest Svcs Inc | Attn: Corporate Actions | 2178 Ameriprise Financial | Routing S6/2178 | | Minneapolis | MN | 55474 | |
| American Enterprise Invest Svcs Inc | Attn: Reorg Department | 2178 Ameriprise Financial Center | Routing: S6/2178 | | Minneapolis | MN | 55474 | |
| American Enterprise Invest Svcs Inc | Erin M Stieler | 682 Amp Financial Center | | | Minneapolis | MN | 55474 | |
| American Enterprise Invest Svcs Inc | Greg Wraalstad | Corporate Actions | 901 3rd Ave South | | Minneapolis | MN | 55474 | |
| American Enterprise Investment Svcs | Greg Wraalstad | 901 3rd Ave South | | | Minneapolis | MN | 55474 | |
| AMERICAN ENTERPRISE INVESTMENT SVCS | TOM EBERHART | MANAGER | 2723 AMERIPRISE FINANCIAL CENTER | | MINNEAPOLIS | MN | 55474 | |
| AMERICAN ENTERPRISE INVEST SVCS INC | TOM EBERHART | CORPORATE ACTIONS - CONDUIT | 2723 AMERIPRISE FINANCIAL CENTER | | MINNEAPOLIS | MN | 55474 | |
| AMHERST PIERPONT SECURITIES LLC | CORPORATE ACTIONS | 437 MADISON AVE | FL 8 | | NEW YORK | NY | 10022-7046 | |
| ANB BANK | CHAUNCEY BUSACKER | 3033 E 1ST AVENUE | | | DENVER | CO | 80206 | |
| Apex Clearing Corporation | Attn: Biliana Stoimenova | 1700 Pacific Avenue | Suite 1400 | | Dallas | TX | 75201 | |
| Apex Clearing Corporation | Attn: Brian Darby | One Dallas Center | 350 M. St. Paul, Suite 1300 | | Dallas | TX | 75201 | |
| APEX CLEARING CORPORATION/APEX CLEARING MATCHBOOK | ATTN: CORPORATE ACTIONS | 1700 PACIFIC AVENUE | STE 1400 | | DALLAS | TX | 75201 | |
| APEX CLEARING CORPORATION/STCK LOAN | | 1700 PACIFIC AVENUE | STE 1400 | | DALLAS | TX | 75201 | |
| ARCHIPELAGO SECURITIES, L.L.C. | CORPORATE ACTIONS | 100 South Wacker Drive | Suite 1800 | | CHICAGO | IL | 60606 | |
| ARCHIPELAGO SECURITIES, L.L.C. | TERRI O'BRIEN | 100 S WACKER DRIVE | | | CHICAGO | IL | 60606 | |
| ARCOLA SECURITIES, INC. | RYAN LYNCH | 1211 AVENUE OF THE AMERICAS | SUITE 2902 | | NEW YORK | NY | 10036 | |
| ASCENSUS TRUST COMPANY | CORP ACTION | 1126 WESTRAC DRIVE SOUTH | | | FARGO | ND | 58103 | |
| ASSISTANT TREASURER | DONNA STEINMAN | THE BANK OF NEW YORK MELLON/TD BANK | 11486 CORPORATE BLVD | SUITE 300 | ORLANDO | FL | 32817 | |
| ASSOCIATED BANK, N.A. | BETH CRAVILLION | 433 MAIN ST | 5TH FLOOR | | GREEN BAY | WI | 54301 | |
| ASSOCIATED BANK, N.A./ASSOC TRS/IPA | BETH CRAVILLION | 433 MAIN ST | 5TH FLOOR | | GREEN BAY | WI | 54301 | |
| AXOS CLEARING LLC | ANH MECHALS | 9300 UNDERWOOD AVENUE | SUITE 400 | | OMAHA | NE | 68114 | |
| AXOS CLEARING LLC | ISSUER SERVICES | C/O MEDIANT COMMUNICATION | 8000 REGENCY PARKWAY | | CARY | NC | 27518 | |
| AXOS CLEARING LLC | LUKE  HINAND | 1200 LANDMARK CENTER | SUITE 800 | | OMAHA | NE | 68102 | |
| B. RILEY SECURITIES, INC. | ATTN: CORPORATE ACTIONS | 11100 SANTA MONICA BLVD. | SUITE 800 | | Los Angeles | CA | 90025 | |
| BANCA IMI SECURITIES CORP. | CORPORATE ACTIONS | 1 WILLIAM STREET | | | NEW YORK | NY | 10004 | |
| BANCO BILBAO VIZCAYA | ARGENTARIA SA NEW YORK BRANCH | NANCY CHENG - VP | 1345 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10105 | |
| BANK NY MELLON/FIRM ITC-INVESTDEALR | CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BANK OF AMERICA NA/CLIENT ASSETS | PHILLIP DUQUIN | 135 SOUTH LASALLE STREET | SUITE 1860 | | CHICAGO | IL | 60603 | |
| BANK OF AMERICA NA/FBO TEMASEK | ATTN: CORPORATE ACTIONS | 1201 MAIN STREET | 9TH FLOOR | | DALLAS | TX | 75202 | |
| BANK OF AMERICA, NA/GWIM TRST OPERA | SHARON BROWN | 1201 MAIN STREET | 9TH FLOOR | | DALLAS | TX | 75202 | |
| BANK OF AMERICA, NA/GWIM TRUST OPS | SHARON BROWN | 1201 MAIN STREET | 9TH FLOOR | | DALLAS | TX | 75202 | |
| BANK OF AMERICA, NATIONAL ASSOC | YOLANDA MARSH | 1401 ELM STREET | 16TH FLOOR | | DALLAS | TX | 75202 | |
| BANK OF AMERICA/LASALLE BANK NA | /IPA, DTC #1581 | GEORGE EARL - AVP | 135 S LASALLE STREET | SUITE 1860 | CHICAGO | IL | 60603 | |
| BANK OF CHINA NY BRANCH/CLIENT CUST | SCOTT FIATA | 410 MADISON AVENUE | | | NEW YORK | NY | 10017 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 1 of 36



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| BANK OF CHINA, NEW YORK BRANCH | SCOTT FIATA | ASSISTANT VICE PRESIDENT | 1045 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10018 | |
| BANK OF CHINA, NEW YORK BRANCH | SCOTT FIATA | ASSISTANT VICE PRESIDENT | 410 MADISON AVENUE | | NEW YORK | NY | 10017 | |
| BANK OF MONTREAL** | CORPORATE ACTIONS | 100 FIRST STREET WEST | 1 FIRST CANADIAN PLACE, 10TH FLOOR | | TORONTO | | M5X 1A1 | CANADA |
| BANK OF MONTREAL, CHICAGO BRANCH | CORPORATE ACTIONS | 111 W. Monroe St. | | | CHICAGO | IL | 60603 | |
| BANK OF MONTREAL / CHICAGO BRANCH/CM | ATTN: CORPORATE ACTIONS | 111 W. MONROE ST. | | | CHICAGO | IL | 60603 | |
| BANK OF MONTREAL/ CHICAGO/CDS | CORPORATE ACTIONS | 115 SOUTH LA SALLE STREET | | | CHICAGO | IL | 60603-3800 | |
| BANK OF MONTREAL/ IRELAND/CDS | CORPORATE ACTIONS | 2 HARBOURMASTER PLACE | 6TH FLOOR | | DUBLIN | | DUBLIN 1 | IRELAND |
| BANK OF MONTREAL/ LONDON/CDS | CORPORATE ACTIONS | 95 QUEEN VICTORIA STREET | | | LONDON | | EC4V 4HG | UNITED KINGDOM |
| BANK OF MONTREAL/US TRANSIT/CDS | ATTN: CORPORATE ACTIONS | 115 SOUTH LA SALLE STREET | | | CHICAGO | IL | 60603-3800 | |
| BANK OF NOVA SCOTIA, NY AGENCY/IPA | CORPORATE ACTIONS | 250 Vesey Street | | | NEW YORK | NY | 10281 | |
| BANK OF NOVA SCOTIA/BNS LONDON/CDS | CORPORATE ACTIONS | 40 KING STREET WEST | SCOTIA PLAZA | | TORONTO | ON | M5H 1H1 | CANADA |
| BANK OF NOVA SCOTIA/SCOTIABANK IRELAND DAC/CDS | ATTN: CORPORATE ACTIONS | 40 KING STREET WEST | SCOTIA PLAZA | | TORONTO | ON | M5H 1H1 | CANADA |
| BANKERS' BANK | JENNIFER ROZINSKI | 7700 MINERAL POINT ROAD | | | MADISON | WI | 53717 | |
| BARCLAYS BANK PLC NEW YORK BRANCH | BARCLAYSBANK PLC-LNBR | CORPORATE ACTIONS | 200 CEDAR KNOLLS ROAD | | WHIPPANY | NJ | 07981 | |
| BARCLAYS BANK PLC NEW YORK BRANCH | BARCLAYSBANK PLC-LNBR | ANTHONY SCIARAFFO | 1301 SIXTH AVE | | NEW YORK | NY | 10019 | |
| BARCLAYS CAPITAL INC. | ANTHONY  SCIARAFFO | 400 JEFFERSON PARK | | | WHIPPANY | NJ | 07981 | |
| BARCLAYS CAPITAL INC. | JOHN CLIFFORD | 222 BROADWAY | | | NEW YORK | NY | 10038 | |
| BARCLAYS CAPITAL INC./BARCLAYS BANK | ANTHONY  SCIARAFFO | 1301 SIXTH AVE | | | NEW YORK | NY | 10019 | |
| BARCLAYS CAPITAL INC./BARCLAYS BANK | CORPORATE ACTIONS | NELLIE FOO; DIRECTOR | 200 CEDAR KNOLLS ROAD | CORPORATE ACTIONS | WHIPPANY | NJ | 07981 | |
| BARCLAYS CAPITAL INC./BARCLAYS CAP | CORPORATE ACTIONS | 200 CEDAR KNOLLS ROAD | CORPORATE ACTIONS | | WHIPPANY | NJ | 07981 | |
| BARCLAYS CAPITAL INC./LE | GIOVANNA LAURELLA | VICE PRESIDENT | 70 HUDSON STREET | 7TH FLOOR | JERSEY CITY | NJ | 07302 | |
| BARCLAYS CAPITAL INC./LE | ANTHONY  SCIARAFFO | CORPORATE ACTIONS | 400 JEFFERSON PARK | | WHIPPANY | NJ | 07981 | |
| BARCLAYS CAPT. INC./L.I. HLDG A LLC | CORPORATE ACTIONS | 200 CEDAR KNOLLS ROAD | | | WHIPPANY | NJ | 07981 | |
| BB&T SECURITIES, LLC | JESSE W. SPROUSE | 1001 SEMMES AVE | | | RICHMOND | VA | 23224-2245 | |
| BB&T SECURITIES, LLC | ATTN: CORPORATE ACTIONS | 200 S. COLLEGE ST, 8TH FLOOR | | | CHARLOTTE | NC | 28202 | |
| BBS SECURITIES INC./CDS | CORPORATE ACTIONS | 4100 YONGE STREET | SUITE 415 | | TORONTO | ON | M2P 2B5 | CANADA |
| BBS SECURITIES INC./CDS | CORPORATE ACTIONS | DEBORAH  CARLYLE | 4100 YONGE STREET | SUITE 504A | TORONTO | ON | M2P 2G2 | CANADA |
| BBVA SECURITIES INC. | THOMAS REILLY | 1345 AVENUE OF THE AMERICAS | 45TH FLOOR | | NEW YORK | NY | 10105 | |
| BBVA SECURITIES INC. | ATTN: AMBER HOLT, CORPORATE ACTIONS | 15 SOUTH 20TH STREET | SUITE 703 | | BIRMINGHAM | AL | 35233 | |
| BBVA SECURITIES INC./BBVA SA NEW YORK BRANCH | ATTN CORPORATE ACTIONS | 1345 AVENUE OF THE AMERICAS | 44TH FLOOR | | NEW YORK | NY | | |
| BETA CAPITAL SECURITIES LLC | | 777 BRICKELL AVENUE SUITE 1201 | | | MIAMI | FL | 33131 | |
| BETHESDA SECURITIES, LLC | CORPORATE ACTIONS | 7375 WISCONSIN AVE | STE 2200 | | BETHESDA | MD | 20814-3767 | |
| BGC FINANCIAL L.P./BGC BROKERS L.P. | ALFREDO ARCHIBALD | ASSISTANT VICE PRESIDENT | 110 EAST 59TH STREET | 7TH FLOOR | NEW YORK | NY | 10022 | |
| BGC FINANCIAL, L.P. | ALFREDO ARCHIBALD | VICE PRESIDENT | 110 E 59TH STREET | 7TH FLOOR | NEW YORK | NY | 10005 | |
| BLOOMBERG TRADEBOOK LLC | CORPORATE ACTIONS | 731 LEXINGTON AVENUE | | | NEW YORK | NY | 10022 | |
| BMO Capital Markets Corp. | Ronald Figueras | 3 Second St. 12th Floor | Harborside Plaza 10 | | Jersey City | NJ | 07302 | |
| BMO CAPITAL MARKETS CORP./PALOMA | JOHN FINERTY | 3 TIMES SQUARE | | | NEW YORK | NY | 10036 | |
| BMO HARRIS BANK NA | PHUTHORN PENIKETT | 250 YONGE ST. | 8TH FLOOR | | TORONTO | ON | M5B 2M8 | CANADA |
| BMO HARRIS BANK NA | CORPORATE ACTIONS | IGOR LUKIC | 111 E. KILBOURN AVENUE | SUITE 200 | MILWAUKEE | WI | 53202 | |
| BMO HARRIS BANK NA/DEALER | LENORA NEWELL | 111 WEST MONROE | | | CHICAGO | IL | 60690 | |
| BMO HARRIS BANK NA/IPA | ISSUER SERVICES | 51 MERCEDES WAY | | | EDGEWOOD | NY | 11717 | |
| BMO HARRIS BANK NA/M&I BANK IPA | CORPORATE ACTIONS | 111 E KILBOURN AVENUE | SUITE 200 | | MILWAUKEE | WI | 53202 | |
| BMO HARRIS BANK NA/M&I BANK IPA | JIM HILDEBRANDT | 1000 NORTH WATER STREET | | | MILWAUKEE | WI | 53202 | |
| BMO Harris Bank Na/Trust | Issuer Services | 51 Mercedes Way | | | Edgewood | NY | 11717 | |
| BMO NESBITT BURNS INC./ | BMO NB EQUITY FINANCE CMLUK/CDS | CORPORATE ACTIONS, PHUTHORN PENIKETT | 250 YONGE STREET | 14TH FLOOR | TORONTO | ON | M5B 2M8 | CANADA |
| BMO NESBITT BURNS INC./ | BMO NB EQUITY FINANCE BMIRE/CDS | CORPORATE ACTIONS, PHUTHORN PENIKETT | 250 YONGE STREET | 14TH FLOOR | TORONTO | ON | M5B 2M8 | CANADA |
| BMO NESBITT BURNS INC./BMO NB EQUITY FINANCE BMO UK BRANCH/CDS | ATTN: CORPORATE ACTIONS | 250 YONGE STREET | 14TH FLOOR | | TORONTO | ON | M5B 2M8 | CANADA |
| BMO NESBITT BURNS INC./BMO TRST/CDS | ANDREA CONSTAND | 85 RICHMOND STREET WEST | | | TORONTO | ON | M5H 2C9 | CANADA |
| BMO NESBITT BURNS INC./BMO TRUST CO | ANDREA CONSTAND | 85 RICHMOND STREET WEST | | | TORONTO | ON | M5H 2C9 | CANADA |
| BMO NESBITT BURNS INC./CDS | CORPORATE ACTIONS | LOUISE TORANGEAU; PHUTHORN PENIKETT | 1 FIRST CANADIAN PLACE, 13TH FL | PO BOX 150 | TORONTO | ON | M5X 1H3 | CANADA |
| BMO NESBITT BURNS/INSTITUTIONAL/CDS | CORPORATE ACTION | PHUTHORN PENIKETT | 250 YONGE STREET | 14TH FLOOR | TORONTO | ON | M5B 2M8 | CANADA |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| BMOCM/BONDS | EDWARD COLLETON | 3 TIMES SQUARE | | | NEW YORK | NY | 10036 | |
| BNP PARIBAS NEW YORK BRANCH /BNP PARIBAS SA (METLIFE) | ATTN: CORPORATE ACTIONS | 787 7TH AVENUE | 29TH FLOOR | | NEW YORK | NY | 10019 | |
| BNP PARIBAS NEW YORK BRANCH/USAL | RADMILA RADISA | 787 7TH AVENUE | 29TH FLOOR | | NEW YORK | NY | 10019 | |
| BNP PARIBAS NY BRANCH LONDON BONDS | RADMILA RADISA | 787 7TH AVENUE | 29TH FLOOR | | NEW YORK | NY | 10019 | |
| BNP PARIBAS NY BRANCH/CUST/CLTASSTS | DEAN  GALLI | CORPORATE ACTIONS | AD. D. JOAO II | N. 49 | LISBON | | 1988-028 | PORTUGAL |
| BNP PARIBAS NY BRANCH/CUST/CLTASSTS | RUSSELL YAP | CORPORATE ACTIONS | 525 WASHINGTON BLVD | 9TH FLOOR | JERSEY CITY | NJ | 07310 | |
| BNP PARIBAS NY BRANCH/PARIS BONDS | MATTHEW ROMANO | VICE PRESIDENT | 787 SEVENTH AVENUE | | NEW YORK | NY | 10019 | |
| BNP PARIBAS NY BRH/MERLION/CLTASSTS | TINA HITCHINS | ONE MELLON BANK CENTER | 4TH FLOOR- 151-0440 | | PITTSBURGH | PA | 15258 | |
| BNP PARIBAS PRIME BKGE INC/STK LEND | RONALD PERSAUD | 525 WASHINGTON BLVD | 9TH FLOOR | | JERSEY CITY | NJ | 07310 | |
| BNP PARIBAS PRIME BRKAGE INC/ARBLAB | RONALD PERSAUD | 525 WASHINGTON BLVD | 9TH FLOOR | | JERSEY CITY | NJ | 07310 | |
| BNP PARIBAS PRIME BROKERAGE, INC. | RONALD PERSAUD | 525 WASHINGTON BLVD | 9TH FLOOR | | JERSEY CITY | NJ | 07310 | |
| BNP PARIBAS SECURITIES CORP. | MATTHEW ROMANO | 787 7TH AVENUE | 29TH FLOOR | | NEW YORK | NY | 10019 | |
| BNP PARIBAS SECURITIES CORP/PRIME B | RONALD PERSAUD | 525 WASHINGTON BLVD | 9TH FLOOR | | JERSEY CITY | NJ | 07310 | |
| BNP PARIBAS SECURITIES CORP/PRIME S | RONALD PERSAUD | 525 WASHINGTON BLVD | 9TH FLOOR | | JERSEY CITY | NJ | 07310 | |
| BNP PARIBAS, NEW YORK BRANCH | META STRYKER | 919 3RD AVE 4TH FL | | | NEW YORK | NY | 10022 | |
| BNP PARIBAS, NEW YORK BRANCH | CORPORATE ACTIONS | 787 7th Ave | | | NEW YORK | NY | 10019 | |
| BNP PARIBAS, NEW YORK BRANCH/ | MERLION/CLIENT ASSETS | CORPORATE ACTIONS | 787 7TH AVE | | NEW YORK | NY | 10019 | |
| BNP Paribas, New York Branch/BNP Par | Ronald Persaud | 525 Washington Blvd | 9th Floor | | Jersey City | NJ | 07310 | |
| BNP PARIBAS, NEW YORK BRANCH/IPA | TINA HITCHINS | ONE MELLON BANK CENTER | 4TH FLOOR- 151-0440 | | PITTSBURGH | PA | 15258 | |
| BNP PARIBAS, NEW YORK BRANCH/MARKETAXESS/CLIENT ASSETS | ATTN: CORPORATE ACTIONS | 787 7TH AVENUE | 29TH FLOOR | | NEW YORK | NY | | |
| BNP PARIBAS, NY BRANCH/ BNPP SA | RUPERT KENNEDY | ANALYST | 787 7TH AVENUE | 8TH FLOOR | NEW YORK | NY | 10019 | |
| BNP PARIBAS, NY BRANCH/BNP P PRIME | BROKERAGE CUSTODIAN | RONALD PERSAUD | 525 WASHINGTON BLVD | 9TH FLOOR | JERSEY CITY | NJ | 07310 | |
| BNP PARIBAS, NY BRANCH/BNP PRIME | BROKERAGE INTERNATIONAL | RONALD PERSAUD | 525 WASHINGTON BLVD | 9TH FLOOR | JERSEY CITY | NJ | 07310 | |
| BNP PARIBAS, NY BRANCH/BNPP SA | RUPERT KENNEDY | ANALYST | 787 7TH AVENUE | 8TH FLOOR | NEW YORK | NY | 10019 | |
| BNP PARIBAS, NY BRANCH/LONDON ALM | CORPORATE ACTIONS | 787 7TH AVENUE | | | NEW YORK | NY | 10019 | |
| BNY MELLON CAPITAL MARKETS, LLC | TINA HITCHINS | ONE MELLON BANK CENTER | 4TH FLOOR- 151-0440 | | PITTSBURGH | PA | 15258 | |
| BNY MELLON WEALTH MANAGEMENT | OPERATIONS DEPT | BETH COYLE | TWO BNY MELLON CENTER | SUITE 1215 | PITTSBURGH | PA | 15222 | |
| BNY MELLON WEALTH MANAGEMENT | CORPORATE ACTIONS | KEVIN KELLY | ONE WALL STREET | | NEW YORK | NY | 10005 | |
| BNY MELLON/ANWORTH MORT ASSET CORP | DONNA STEINMAN | VICE PRESIDENT | 11486 CORPORATE BLVD | SUITE 300 | ORLANDO | FL | 32817 | |
| BNY MELLON/ANWORTH MORTGAGE ASSETCO | DONNA STEINMAN | VICE PRESIDENT | 11486 CORPORATE BLVD | SUITE 300 | ORLANDO | FL | 32817 | |
| BNY MELLON/CAPSTEAD MORTGAGE CORP. | DONNA STEINMAN | VICE PRESIDENT | 11486 CORPORATE BLVD | SUITE 300 | ORLANDO | FL | 32817 | |
| BNY MELLON/D.E. SHAW HELIANT CAP LLC | MICHAEL KANIA | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNY MELLON/HSBC BANK PLC | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNY MELLON/JEFFERIES & CO. | DONNA STEINMAN | 11486 CORPORATE BLVD | | | ORLANDO | FL | 32817 | |
| BNY MELLON/NGFP COLLATERAL | ASSISTANT TREASURER | 11486 CORPORATE BLVD | SUITE 300 | | ORLANDO | FL | 32817 | |
| BNY MELLON/NGFP MAIN | ASSISTANT TREASURER | 11486 CORPORATE BLVD | SUITE 300 | | ORLANDO | FL | 32817 | |
| BNY MELLON/NOMURA CAP MKTS PLC REPO | DONNA STEINMAN | ASSISTANT TREASURER | 11486 CORPORATE BLVD | SUITE 300 | ORLANDO | FL | 32817 | |
| BNY MELLON/NOMURA INT'L PLC REPO | JENNIFER MAY | ASSISTANT TREASURER | 11486 CORPORATE BLVD | SUITE 300 | ORLANDO | FL | 32817 | |
| BNY MELLON/RABOBANK INTERNATIONAL CASH EQUITY UTRECHT | MICHAEL KANIA | ASSISTANT TREASURER | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNY MELLON/RABOBANK INTL CASH EQUITY AMSTERDAM | MICHAEL KANIA | ASSISTANT TREASURER | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNY MELLON/RABOBANK INTL EQUITY DERIVATIVES HONG KONG | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNY MELLON/RABOBANK INTL EQUITY DERIVATIVES LONDON | MICHAEL KANIA | ASSISTANT TREASURER | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYM/HSBC US | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYM/UIT NSCC CNS CLEARANCE | CORP ACTION | 401 SOUTH SALINA STREET | 2ND FLOOR | | SYRACUSE | NY | 13202 | |
| BNYMELLON | RE BARCLAYS BANK IRELAND TREASURY ACCT | CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON(AG) DESHAW OCULUS PORT LLC.PLGCOLL AC | CORP ACTION | 401 SOUTH SALINA STREET | 2ND FLOOR | | SYRACUSE | NY | 13202 | |
| BNYMELLON/AC NOMURA PB NOM LTD RE: GLG EMGMKTS | CORP ACTION | ASSISTANT TREASURER | 401 SOUTH SALINA STREET | 2ND FLOOR | SYRACUSE | NY | 13202 | |
| BNYMELLON/AIG | CORP ACTION | 401 SOUTH SALINA STREET | 2ND FLOOR | | SYRACUSE | NY | 13202 | |
| BNYMELLON/AL CONDUIT | CORP ACTIONS | 401 SOUTH SALINA STREET | 2ND FLOOR | | SYRACUSE | NY | 13202 | |
| BNYMELLON/BARCLAYS BANK DELAWARE | CORP ACTIONS | ASSISTANT TREASURER | 401 SOUTH SALINA STREET | 2ND FLOOR | SYRACUSE | NY | 13202 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 3 of 36



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| BNYMELLON/BARCLAYS BANK PLC | MICHAEL KANIA | 525 WILLIAM PENN PLACE | RM 0400 | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/BARCLAYS BANK PLC RE US SHARES | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | RM 0400 | PITTSBURGH | PA | 15259 | |
| BNYMELLON/BARCLAYS BANK PLC RE: BCTL SARL | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | RM 0400 | PITTSBURGH | PA | 15259 | |
| BNYMELLON/BARCLAYS CAP SEC LTD PB SEG 1 | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | RM 0400 | PITTSBURGH | PA | 15259 | |
| BNYMELLON/BARCLAYS CAP SEC LTD PB SEG 2 | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | RM 0400 | PITTSBURGH | PA | 15259 | |
| BNYMELLON/BARCLAYS CAPITAL INC. | | 525 WILLIAM PENN PLACE | RM 0400 | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/BARCLAYS GROUP US | CORP ACTIONS | ASSISTANT TREASURER | 401 SOUTH SALINA STREET | 2ND FLOOR | SYRACUSE | NY | 13202 | |
| BNYMELLON/BARCLAYS US LP | CORP ACTIONS | ASSISTANT TREASURER | 401 SOUTH SALINA STREET | 2ND FLOOR | SYRACUSE | NY | 13202 | |
| BNYMELLON/BBPLC A/C PB CANADA PPIB CLIENT | CORP ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/BBPLC CLIENT SEG SG SCM EQ TLR LTD | CORP ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/BBPLC FIRM LRCM REPO | MICHAEL KANIA | 525 WILLIAM PENN PLACE | RM 0400 | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/BBPLC PB CANADIAN CLIENTS | CORP ACTIONS | 401 SOUTH SALINA STREET | 2ND FLOOR | | SYRACUSE | NY | 13202 | |
| BNYMELLON/BBPLC PB CAYMEN CLIENTS | CORP ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/BBPLC PB UK CLIENTS | CORP ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/BGC BROKERS LP | CORP ACTIONS | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/BNP PARIBAS TRI-PARTY ACCOUNT | CORP ACTIONS | 525 WILLIAM PENN PLAZA | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/BNY MELLON DUBLIN SA/NV | CORP ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/BNYM FIRM SECURED FINANCE | MICHAEL KANIA | 525 WILLIAM PENN PLACE | RM 0400 | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/BNYMIB RE BNYMMIL RE FIRM | CORP ACTIONS | ASSISTANT TREASURER | 401 SOUTH SALINA STREET | 2ND FLOOR | SYRACUSE | NY | 13202 | |
| BNYMELLON/CACEIS BANK | CORP ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/CACEIS BANK DEUTSCHLAND GMBH RE.CLIENT | CORP ACTIONS | VICE PRESIDENT | 401 SOUTH SALINA STREET | 2ND FLOOR | SYRACUSE | NY | 13202 | |
| BNYMELLON/CACEIS BANK LUXEMBOURG | CORP ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/CACEIS BANK LUXEMBOURG | MITCHEL SOBEL | CORPORATE ACTIONS | 401 SOUTH SALINA STREET | 2ND FLOOR | SYRACUSE | NY | 13202 | |
| BNYMELLON/CANTOR FITZGERALD, EUROPE | CORP ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/CBD RE BEADER AG | CORP ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/CBD RE STEUBING AG | CORP ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/CFD RE EQUINET AG | CORP ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/CITIGROUP GLOBAL MARKETS LIMITED | CORP ACTIONS | ASSISTANT TREASURER | 401 SOUTH SALINA STREET | 2ND FLOOR | SYRACUSE | NY | 13202 | |
| BNYMELLON/DE SHAW & CO. | CORP ACTIONS | VICE PRESIDENT | 401 SOUTH SALINA STREET | 2ND FLOOR | SYRACUSE | NY | 13202 | |
| BNYMELLON/DE SHAW US BR MRK CO AL EXPORT LLC | ATTN: CORPORATE ACTIONS | 401 SOUTH SALINA STREET | 2ND FLOOR | | SYRACUSE | NY | 13202 | |
| BNYMELLON/DE SHAW US L CAP C ALP EX PORT LLC | ATTN: CORPORATE ACTIONS | 401 SOUTH SALINA STREET | 2ND FLOOR | | SYRACUSE | NY | 13202 | |
| BNYMELLON/DEDICATED PARTICIPANT #29 | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/DEDICATED PARTICIPANT #32 | CORP ACTIONS | 401 SOUTH SALINA STREET | 2ND FLOOR | | SYRACUSE | NY | 13202 | |
| BNYMELLON/DEDICATED PARTICIPANT #33 | CORP ACTIONS | 401 SOUTH SALINA STREET | 2ND FLOOR | | SYRACUSE | NY | 13202 | |
| BNYMELLON/DEDICATED PARTICIPANT #34 | CORP ACTIONS | 401 SOUTH SALINA STREET | 2ND FLOOR | | SYRACUSE | NY | 13202 | |
| BNYMELLON/DEDICATED PARTICIPANT #35 | CORP ACTIONS | 401 SOUTH SALINA STREET | 2ND FLOOR | | SYRACUSE | NY | 13202 | |
| BNYMELLON/DEDICATED PARTICIPANT #36 | CORP ACTIONS | 401 SOUTH SALINA STREET | 2ND FLOOR | | SYRACUSE | NY | 13202 | |
| BNYMELLON/DEDICATED PARTICIPANT #37 | CORP ACTIONS | 401 SOUTH SALINA STREET | 2ND FLOOR | | SYRACUSE | NY | 13202 | |
| BNYMELLON/DEDICATED PARTICIPANT #38 | CORP ACTIONS | 401 SOUTH SALINA STREET | 2ND FLOOR | | SYRACUSE | NY | 13202 | |
| BNYMELLON/DEDICATED PARTICIPANT #39 | CORP ACTIONS | 401 SOUTH SALINA STREET | 2ND FLOOR | | SYRACUSE | NY | 13202 | |
| BNYMELLON/DEDICATED PARTICIPANT #40 | CORP ACTIONS | 401 SOUTH SALINA STREET | 2ND FLOOR | | SYRACUSE | NY | 13202 | |
| BNYMELLON/DEDICATED PARTICIPANT #41 | CORP ACTIONS | 401 SOUTH SALINA STREET | 2ND FLOOR | | SYRACUSE | NY | 13202 | |
| BNYMELLON/DEDICATED PARTICIPANT #42 | CORP ACTIONS | 401 SOUTH SALINA STREET | 2ND FLOOR | | SYRACUSE | NY | 13202 | |
| BNYMELLON/DEDICATED PARTICIPANT #43 | CORP ACTIONS | 401 SOUTH SALINA STREET | 2ND FLOOR | | SYRACUSE | NY | 13202 | |
| BNYMELLON/DEDICATED PARTICIPANT #44 | CORP ACTIONS | 401 SOUTH SALINA STREET | 2ND FLOOR | | SYRACUSE | NY | 13202 | |
| BNYMELLON/DEDICATED PARTICIPANT #45 | CORP ACTIONS | 401 SOUTH SALINA STREET | 2ND FLOOR | | SYRACUSE | NY | 13202 | |
| BNYMELLON/DEDICATED PARTICIPANT #46 | CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/DEDICATED PARTICIPANT #47 | CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/DEDICATED PARTICIPANT #48 | CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/DEDICATED PARTICIPANT #49 | ATTN: CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 4 of 36



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| BNYMELLON/DEDICATED PARTICIPANT #50 | ATTN: CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/DEDICATED PARTICIPANT #51 | ATTN: CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/DEDICATED PARTICIPANT #52 | ATTN: CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/DEDICATED PARTICIPANT #53 | ATTN: CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/DEDICATED PARTICIPANT #59 | CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/DEDICATED PARTICIPANT #63 | CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/DEDICATED PARTICIPANT #64 | CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/DEDICATED PARTICIPANT #65 | CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/DEDICATED PARTICIPANT #66 | CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/DEDICATED PARTICIPANT #67 | CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/DEDICATED PARTICIPANT #68 | CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/DEUTSCHE BANK AG LDN RE DBAUSTRALIA | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/DEXIA CREDIT LOCAL PARIS | CORP ACTIONS | VICE PRESIDENT | 401 SOUTH SALINA STREET | 2ND FLOOR | SYRACUSE | NY | 13202 | |
| BNYMELLON/DR CUSTODY ACCOUNT | CORP ACTIONS | ASSISTANT TREASURER | 401 SOUTH SALINA STREET | 2ND FLOOR | SYRACUSE | NY | 13202 | |
| BNYMELLON/ECRE MAIN CAYMAN HOLDINGS LTD | ATTN: CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15219 | |
| BNYMELLON/EF CORPORATE HOLDINGS LLC | CORP ACTIONS | 401 SOUTH SALINA STREET | 2ND FLOOR | | SYRACUSE | NY | 13202 | |
| BNYMELLON/ELLINGTON FINANCIAL REIT QLH LLC | ATTN: CORPORATE ACTIONS | ONE WALL STREET | | | NEW YORK | NY | 10005 | |
| BNYMELLON/ELLINGTON MGMT GRP OMNIBUS/EMG ADVISED ACTS | ATTN: CORPORATE ACTIONS | ONE WALL STREET | | | NEW YORK | NY | 10005 | |
| BNYMELLON/EMR CAYMAN HOLDINGS LTD | ATTN: CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15219 | |
| BNYMELLON/EXODUSPOINT CAPITAL | ATTN: CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15219 | |
| BNYMELLON/FIRM ITC-INVESTMENT DEALER | THOMAS KOENIG | ONE WALL STREET | | | NEW YORK | NY | 10015 | |
| BNYMELLON/FIRM SECURITIES FINANCE | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | RM 0400 | PITTSBURGH | PA | 15259 | |
| BNYMELLON/GFI SECURITIES LTD | MICHAEL KANIA | 525 WILLIAM PENN PLACE | RM 0400 | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/GLOBAL PRIME PARTNERS | CORP ACTIONS | VICE PRESIDENT | 401 SOUTH SALINA STREET | 2ND FLOOR | SYRACUSE | NY | 13202 | |
| BNYMELLON/GOV & CO BANK OF ENGLAND | MICHAEL KANIA | 525 WILLIAM PENN PLACE | RM 0400 | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/HSBC BANK PLC A/C IB EQUITY FINANCE NT | MICHAEL KANIA | 525 WILLIAM PENN PLACE | RM 0400 | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/HSBC BANK PLC EQD USBR | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | RM 0400 | PITTSBURGH | PA | 15259 | |
| BNYMELLON/HSBC BANK PLC PARIS BRANCH | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | RM 0400 | PITTSBURGH | PA | 15259 | |
| BNYMELLON/HYMF INC. FIRM EQUITIES DTC BOX | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | RM 0400 | PITTSBURGH | PA | 15259 | |
| BNYMELLON/ICAP LONDON | CORP ACTIONS | VICE PRESIDENT | 401 SOUTH SALINA STREET | 2ND FLOOR | SYRACUSE | NY | 13202 | |
| BNYMELLON/IRELAND | CORP ACTIONS | VICE PRESIDENT | 401 SOUTH SALINA STREET | 2ND FLOOR | SYRACUSE | NY | 13202 | |
| BNYMELLON/JW GIDDENS TRUSTEE LIQ LEHMAN BROS | ATTN: CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15219 | |
| BNYMELLON/KBC BANK N.V. | ATTN: CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15219 | |
| BNYMELLON/LBBW NY CUSTODY | MICHAEL KANIA | ASSISTANT TREASURER | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/LBBW NY PRIMARY ACCOUNT | MICHAEL KANIA | ASSISTANT TREASURER | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/LLOYDS TSB BANK PLC CLR RE ARTEMIS | CORP ACTIONS | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/MIZUHO INTERNATIONAL | MICHAEL KANIA | 525 WILLIAM PENN PLACE | RM 0400 | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/MONTAGUE PLACE CUSTODY SERVICES | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | RM 0400 | PITTSBURGH | PA | 15259 | |
| BNYMELLON/MS INTERNATIONAL | MICHAEL KANIA | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/NA-BANK CUSTODY | MICHAEL KANIA | 525 WILLIAM PENN PLACE | RM 0400 | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/NATIONAL BANK OF AUSTRALIA | CORP ACTIONS | VICE PRESIDENT | 401 SOUTH SALINA STREET | 2ND FLOOR | SYRACUSE | NY | 13202 | |
| BNYMELLON/NATIXIS | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/NATIXIS FIXED INCOME | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/NOMURA CL SETT NOM LTD | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | RM 0400 | PITTSBURGH | PA | 15259 | |
| BNYMELLON/NOMURA CNS NOM RE: TFS DER | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/NOMURA FINANCIAL PRODUCTS EUROPE GMBH | ATTN: CORPORATE ACTIONS | 11486 CORPORATE BLVD | SUITE 300 | | UNION PARK | FL | 32817 | |
| BNYMELLON/NOMURA GLOBAL FINANCIAL PRODUCTSINC COLLATERAL ACCOUNT | MICHAEL KANIA | VICE PRESIDENT | 525 WILLAIM PENN PLACE | RM 0400 | PITTSBURGH | PA | 15259 | |



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| BNYMELLON/NOMURA GLOBAL FINANCIAL PRODUCTSINC MAIN ACCOUNT | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | RM 0400 | PITTSBURGH | PA | 15259 | |
| BNYMELLON/NOMURA NCSN RE AKJ | CORP ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/NOMURA PB NOMINEES LTD | MICHAEL KANIA | 525 WILLIAM PENN PLACE | RM 0400 | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/OZ DOMESTIC PARTNERS II, L.P. | CORP ACTIONS | VICE PRESIDENT | 401 SOUTH SALINA STREET | 2ND FLOOR | SYRACUSE | NY | 13202 | |
| BNYMELLON/OZ DOMESTIC PARTNERS,L.P. | CORP ACTIONS | VICE PRESIDENT | 401 SOUTH SALINA STREET | 2ND FLOOR | SYRACUSE | NY | 13202 | |
| BNYMELLON/PUBLIC EMPLOYEES RETIREMENT SYSTEM OF OHIO | ATTN: CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15219 | |
| BNYMELLON/RABOBANK INTERNATIONAL UNEF | MICHAEL KANIA | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RABOBANK INT'L UTRECHT EQUITY FIN | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | RM 0400 | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RABOBANK LONDONBRANCH FIXED INCOME | CORP ACTIONS | 401 SOUTH SALINA STREET | 2ND FLOOR | | SYRACUSE | NY | 13202 | |
| BNYMELLON/RABOBANK UTRECHT FIXED INCOME | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | RM 0400 | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE ALLSTATE MARK TO MARKET | JENNIFER MAY | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE ANCHORAGE CAPITAL | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE ANZ MELBOURNE | CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE ARBEJDSMARKEDETS TILLAEGSPENSION | ATTN: CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE BANCO SANTANDER SLB | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE BARCLAYS (BGIS) | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE BARCLAYS BANK DELAWARE | ATTN: CORPORATE ACTIONS | 401 SOUTH SALINA STREET | | | SYRACUSE | NY | 13202 | |
| BNYMELLON/RE BARCLAYS BANK IRELAND | CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE BARCLAYS BANK IRELAND PLC F | CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE BARCLAYS BK PLC-BARC LU | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE BARCLAYS CAP SEC LTD PB | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | RM 0400 | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE BARCLAYS CAPITAL SECURI | JENNIFER MAY | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE BB RE FIRM | MICHAEL KANIA | 525 WILLIAM PENN PLACE | RM 0400 | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE BCSL PB SEG AC 5 | ATTN: CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE BGC BROKERS LP | JENNIFER MAY | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE BNP PARIBAS TRI-PARTY A | JENNIFER MAY | 525 WILLIAM PENN PLAZA | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE BNYMLB RE FIRM | CORP ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE BNYMLB RE FIRM SF | CORP ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE BNYMLUXSA RE FIRM | CORP ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE BNYMSANV RE FIRM | JENNIFER MAY | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE BNYMSANV RE FIRM EM | CORP ACTIONS | VICE PRESIDENT | 401 SOUTH SALINA STREET | 2ND FLOOR | SYRACUSE | NY | 13202 | |
| BNYMELLON/RE BNYMSANVAMS RE FIRM LAB | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE BNYMSANVFFT RE FIRM | CORP ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE BNYMSANVLB RE FIRM | CORP ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE BOA NA | JENNIFER MAY | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE BOA SECURITIES LTD. | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE CACEIS BANK DEUTSCHLAND | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE CACEIS BANK, NETHERLANDS | ATTN: CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| Bnymellon/Re Charles Stanley and Com | Michael Kania | VIce President | 525 William Penn Place | | Pittsburgh | PA | 15259 | |
| BNYMELLON/RE CITADEL GLOBAL FIXED INCOME MASTER FUND | ATTN: CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE D E SHAW HELIANT CAPITA | MICHAEL KANIA | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE D.E. SHAW KALON PORTFOL | JENNIFER MAY | VICE PRESIDENT | 401 SOUTH SALINA STREET | 2ND FLOOR | SYRACUSE | NY | 13202 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| BNYMELLON/RE DAVY SECURITIES LIMITED | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE DB AG LON PB POLGON GL | JENNIFER MAY | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE DBAG PB UCITS CLIENTS | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE DBLPB-CENTAURUS PROXIMA | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE DBLPB-DBX RISK ARBITAGE | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE DBLPB-DBX-ASIAN L/S EQU | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE DBTC AMERICAS/DEUTSCHE | MICHAEL KANIA | ASSISTANT VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE DBTC/DEUTSCHE BK LONDON | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE DBTCA/DB AG LDN B CHEYN | JENNIFER MAY | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE DBTCA/DB AG LDN PB CHEY | JENNIFER MAY | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE DBTCA/DB AG LDN PB MULT | DONNA STEINMAN | JENNIFER MAY | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE DBTCA/DB AG LDN PB-DEUT | DONNA STEINMAN | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE DBTCA-DB AG LDN PB - CL | JENNIFER MAY | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE DE SHAW & CO. | JENNIFER MAY | VICE PRESIDENT | 401 SOUTH SALINA STREET | 2ND FLOOR | SYRACUSE | NY | 13202 | |
| BNYMELLON/RE DEPOSITORY RECEIPT SERV | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE DEUTSCHE BANK AG FRANKF | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE DEUTSCHE BANK AG LONDON | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE DR CUSTODY ACCOUNT | JENNIFER MAY | ASSISTANT TREASURER | 401 SOUTH SALINA STREET | 2ND FLOOR | SYRACUSE | NY | 13202 | |
| BNYMELLON/RE ELLINGTON MRTG RECOVERY MASTER F LP | ATTN: CORPORATE ACTIONS | ONE WALL STREET | | | NEW YORK | NY | 10286 | |
| BNYMELLON/RE ELLINGTON QUANT MACRO MSTR FD LTD | ATTN: CORPORATE ACTIONS | ONE WALL STREET | | | NEW YORK | NY | 10286 | |
| Bnymellon/Re Etf - Ishares Dtc/Nscc | Attn: Corporate Actions | 525 William Penn Place | | | Pittsburgh | PA | 15219 | |
| BNYMELLON/RE ETF - UIT DTC/NSCC 0963 | JENNIFER MAY | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE FFT RE FIRM | MICHAEL KANIA | 525 WILLIAM PENN PLACE | RM 0400 | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE FIRM BRPT ASSETS | CORP ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE FIRM HOLDING CO. | CORP ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE FIRM INVESTMENT ACCOUNT | JENNIFER MAY | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE FIRM INVESTMENT PORTFOL | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE FIRM INVESTMENT PORTFOLIO | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE FIRM NA | ATTN: CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE FIRM NYIB SECURED FINANCE | CORP ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE FIRM SAM NA | ATTN: CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15219 | |
| BNYMELLON/RE FIRM SECURITIES FINANCE | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | RM 0400 | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE FIRM SMPT ASSETS | CORP ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE FIRM TRADE INS | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE GLOBAL PRIME PARTNERS | JENNIFER MAY | VICE PRESIDENT | 401 SOUTH SALINA STREET | 2ND FLOOR | SYRACUSE | NY | 13202 | |
| BNYMELLON/RE HH ELLINGTON MASTER FUND II LTD | ATTN: CORPORATE ACTIONS | ONE WALL STREET | | | NEW YORK | NY | 10005 | |
| BNYMELLON/RE HSBC BANK PLC | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE HSBC BANK PLC EQD USBR | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | RM 0400 | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE HSBC BANK PLC PARIS BRA | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | RM 0400 | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE HSBC FRANCE | CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE HSBC UK BANK PLC | ATTN: CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15219 | |
| BNYMELLON/RE HYMF INC. FIRM EQUITIES | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | RM 0400 | PITTSBURGH | PA | 15259 | |

Debtors' Exhibit No. 16
Page 464 of 493



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| BNYMELLON/RE ICAP LONDON | JENNIFER MAY | VICE PRESIDENT | 401 SOUTH SALINA STREET | 2ND FLOOR | SYRACUSE | NY | 13202 | |
| BNYMELLON/RE ICBC STANDARD BANK PLC | JENNIFER MAY | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE ING BANK NV LONDON BRAN | JENNIFER MAY | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE ITC - DEALERS CLEARANCE | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE JW GIDDENS TRUSTEE LIQ | JENNIFER MAY | VICE PRESIDENT | 401 SOUTH SALINA STREET | 2ND FLOOR | SYRACUSE | NY | 13202 | |
| BNYMELLON/RE LME CLEAR | ATTN: CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| Bnymellon/Re Midcap Spdrs | Jennifer May | Assistant VIce President | 525 William Penn Place | | Pittsburgh | PA | 15259 | |
| BNYMELLON/RE MILLENNIUM FIXED INCOME | DONNA STEINMAN | VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| BNYMELLON/RE MILLENNIUM PARTNERS | MIKE SCARRY | ASSISTANT VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| BNYMELLON/RE NATIONAL BANK OF AUSTRA | JENNIFER MAY | VICE PRESIDENT | 401 SOUTH SALINA STREET | 2ND FLOOR | SYRACUSE | NY | 13202 | |
| BNYMELLON/RE NATIXIS | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE NATIXIS FIXED INCOME | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE NM PERA ELLINGTON ENHANCED INCOME FUND A LLC | ATTN: CORPORATE ACTIONS | ONE WALL STREET | | | NEW YORK | NY | 10286 | |
| BNYMELLON/RE NOMURA CL SETT NOM LTD | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | RM 0400 | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE NOMURA CNS NOM RE: TFS | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE OZ OMNIBUS DTC ACCOUNT | MICHAEL KANIA | ASSISTANT TREASURER | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE RABO CAPITAL SERVICES | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE RABOBANK INTERNATIONAL | JENNIFER MAY | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE RABOBANK INT'L UTRECHT | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE RM 0400 | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE RABOBANK UTRECHT FIXED | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | RM 0400 | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE RBC CAPITAL MARKETS (EUROPE) GMBH | ATTN: CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15219 | |
| BNYMELLON/RE RBC I&TS | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE ROYAL BANK OF CANADA | ATTN: CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE SMBC CAPITAL MARKETS FRANKFURT | ATTN: CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15219 | |
| BNYMELLON/RE SMBC NIKKO | SECURITIES AMERICA INC | CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE SMBC NIKKO CAPITAL MARKETS LTD | CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE SUNTRUST BANK | JENNIFER MAY | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE SUNTRUST BANK PORTFOLIO | JENNIFER MAY | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE THE PRUDENTIAL INVESTME | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE TRADITION LONDON CLEARI | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/RE VANGUARD BLOCK LENDING | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/SPECIAL PROCESSING #99 | CORP ACTIONS | VICE PRESIDENT | 401 SOUTH SALINA STREET | 2ND FLOOR | SYRACUSE | NY | 13202 | |
| BNYMELLON/SUSQUEHANNA FINANCIAL | CORP ACTIONS | 401 SOUTH SALINA STREET | 2ND FLOOR | | SYRACUSE | NY | 13202 | |
| BNYMELLON/TRUST CO OF LA | MICHAEL KANIA | 525 WILLIAM PENN PLACE | RM 0400 | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/WEALTH MANAGEMENT | CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | SUITE 1215 | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/WEALTH MANAGEMENT | KEVIN KELLY | CORPORATE ACTIONS | ONE MELLON BANK CENTER | 4TH FLOOR- 151-0440 | PITTSBURGH | PA | 15258 | |
| BNYMELLON/WF & CO WELLS FARGO & COMPANY | MICHAEL KANIA | 525 WILLIAM PENN PLACE | RM 0400 | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/WF & CO WELLS FARGO & COMPANY PI | MICHAEL KANIA | 525 WILLIAM PENN PLACE | RM 0400 | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/WFB.NA WELLS FARGO BANK NA PI | MICHAEL KANIA | 525 WILLIAM PENN PLACE | RM 0400 | | PITTSBURGH | PA | 15259 | |
| BNYMELLON/WINTERFLOOD SECURITIES LTD | MICHAEL KANIA | 525 WILLIAM PENN PLACE | RM 0400 | | PITTSBURGH | PA | 15259 | |
| BOKF, NATIONAL ASSOCIATION | ATTN: CORPORATE ACTIONS | Bank of Oklahoma Tower | BOSTON AVENUE AT SECOND STREET | | TULSA | OK | 74172 | |
| BRANCH BANKING & TRUST CO/FM IP BB&T | DOROTHEE SINGLETARY | MANAGER | 4320 KAHN DRIVE | BUILDING 1 | LUMBERTON | NC | 27893 | |
| BRANCH BANKING AND TRUST COMPANY | CORP ACTIONS | 200 S. COLLEGE ST, 8TH FLOOR | | | CHARLOTTE | NC | 28202 | |



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| BRANCH BANKING AND TRUST COMPANY | FM IP CBGREMIC LLC | DORATHEE SINGLETARY - INVESTMENT MANAGER | 4320 KAHN DRIVE | BUILDING 1 | LUMBERTON | NC | 28358 | |
| BRANCH BANKING AND TRUST COMPANY | TANJI BASS | TEAM LEADER | 223 W. NASH STREET | 3RD FLOOR | WILSON | NC | 27893 | |
| BRANCH BANKING AND TRUST COMPANY/FM | IP BB&TCOMMUNITY HOLDINGS | DORATHEE SINGLETARY - INVESTMENT MANAGER | 4320 KAHN DRIVE | BUILDING 1 | LUMBERTON | NC | 28358 | |
| BRANCH BANKING AND TRUST COMPANY/FM/ | DOROTHEE SINGLETARY | 4320 KAHN DRIVE | BUILDING 1 | | LUMBERTON | NC | 28358 | |
| BRANCH BANKING AND TRUST COMPAY/FM/I | CARRIE KINLAW | MANAGER | 4320 KAHN DRIVE | BUILDING 1 | LUMBERTON | NC | 27893 | |
| BRANCH BANKING AND TRUST COMPAY/FM/IPA | CARRIE KINLAW | MANAGER | 4320 KAHN DRIVE | BUILDING 1 | LUMBERTON | NC | 27893 | |
| BRICKELL BANK | CORPORATE ACTIONS | 1395 BRICKELL AVE | | | MIAMI | FL | 33131 | |
| BROADRIDGE | CORPORATE ACTIONS | 51 MERCEDES WAY | | | EDGEWOOD | NY | 11717-0000 | |
| Brown Brothers Harriman & Co. | Jerry Travers | 525 Washington Blvd. | | | Jersey City | NJ | 07310 | |
| BROWN BROTHERS HARRIMAN & CO. /SECURITIES LENDING SPO ACCOUNT II | ATTN: CORPORATE ACTIONS | 525 WASHINGTON BLVD. | | | JERSEY CITY | NJ | 07310 | |
| Brown Brothers Harriman & Co./ETF | Jerry Travers | 525 Washington Blvd. | | | Jersey City | NJ | 07310 | |
| BUCKLER SECURITIES LLC | ATTN: CORPORATE ACTIONS | 5 GREENWHICH PARK OFFICE | SUITE 450 | | GREENWHICH | CT | 06831 | |
| C.L. KING & ASSOCIATES, INC. | CARRIE KANE | 9 ELK STREET | | | ALBANY | NY | 12207 | |
| CAJA DE VALORES S.A. | MELINA BOBBIO | AVE 25 DE MAYO 362 | C1002ABH | | BUENOS AIRES | | | ARGENTINA |
| CALDWELL SECURITIES LTD./CDS | BRENDA HORSFORD | 150 KING STREET WEST | SUITE 1710 | | TORONTO | ON | M5H 1J9 | CANADA |
| CALDWELL TRUST COMPANY | 201 CENTER ROAD | SUITE 2 | | | VENICE | FL | 34285 | |
| CALDWELL TRUST COMPANY | ASHLEY R HARRISON | 201 CENTER ROAD | SUITE 2 | | VENICE | FL | 34285 | |
| CANACCORD GENUITY CORP./CDS | BEN THIESSEN | 2200-609 GRANVILLE STREET | | | VANCOUVER | BC | V7Y 1H2 | CANADA |
| Cantor Fitzgerald & Co. | Corporate Actions Dept. | 110 East 59th Street | | | New York | NY | 10022 | |
| Cantor Fitzgerald & Co. | Corporate Actions | 55 Water Street | 28th Floor | | New York | NY | 10041 | |
| Cantor Fitzgerald & Co. | Issuer Services | 51 Mercedes Way | | | Edgewood | NY | 11717 | |
| CANTOR FITZGERALD & CO. / CANTOR CLE | BRIAN GRIFITH | 135 EAST 57TH ST | | | NEW YORK | NY | 10022 | |
| CANTOR FITZGERALD & CO. / CANTOR CLEARING SERVICES | CORPORATE ACTIONS | 110 East 59th Street | | | NEW YORK | NY | 10022 | |
| CANTOR FITZGERALD & CO./CANTOR FITZGERALD RC | ATTN: CORPORATE ACTIONS | 110 EAST 59TH STREET | | | NEW YORK | NY | 10022 | |
| CANTOR FITZGERALD & CO./DEBT CAPITAL | ANTHONY MANZO | 135 E. 57TH STREET | | | NEW YORK | NY | 10022 | |
| CANTOR FITZGERALD & CO./DEBT CAPITAL MARKETS | CORPORATE ACTIONS | 110 East 59th Street | | | NEW YORK | NY | 10022 | |
| CANTOR FITZGERALD/STOCK LOAN | TOMMY SMITH | MANAGER | 135 E 57TH STREET | 5TH FL | NEW YORK | NY | 10022 | |
| CAVALI ICLV S.A. | FRANCIS STENNING | PASAJE SANTIAGO ACUFIA N 106 | LIMA 0-1 | | PERU | | 000 | PERU |
| CDS | LORETTA VERELLI | 600 BOUL.DE MAISONNEUVE | OUEST BUREAU 210 | | MONTREAL | QC | H3A 3J2 | CANADA |
| CDS | Loretta Verelli | 600 Boul.De Maisonneuve | Ouest Bureau 210 | | Montreal | QC | H3A 3J2 | Canada |
| CDS | LORETTA VERELLI | 600 DE MAISONNEUVE QUEST | | | MONTREAL | QC | H3A 3J2 | CANADA |
| CDS | ATTN: CORPORATE ACTIONS | 600 BOUL.DE MAISONNEUVE | OUEST BUREAU 210 | | MONTREAL | QC | H3A 3J2 | CANADA |
| CENTERPOINT ENERGY, INC./DRS | KATHLEEN A TULLIS | 1111 LOUISIANA ST | SUITE 4468 | | HOUSTON | TX | 77002 | |
| CENTERSTATE BANK OF FLORIDA, NA | CORPORATE ACTIONS | 1101 FIRST ST SOUTH | | | WINTER HAVEN | FL | 33880-3908 | |
| CENTRAL TRUST BANK (THE) | AMANDA BOLINGER | 238 MADISON STREET | | | JEFFERSON CITY | MO | 65101 | |
| CETERA INVESTMENT SERVICES LLC | ATTN: ASHLEY ROELIKE | CORPORATE ACTIONS | 400 1ST STREET SOUTH | SUITE 300 | ST. CLOUD | MN | 56301 | |
| CETERA INVESTMENT SERVICES LLC | ANGELA HANDELAND | SUPERVISOR | 400 1ST STREET SOUTH | SUITE 300 | ST. CLOUD | MN | 56301 | |
| CF SECURED, LLC | CORPORATE ACTIONS | 110 EAST 59TH STREET | | | NEW YORK | NY | 10022 | |
| CF SECURED, LLC/CONDUIT STOCK LOAN ACCT | CORPORATE ACTIONS | 110 EAST 59TH STREET | | | NEW YORK | NY | 10022 | |
| Charles Schwab & Co., Inc. | Corp Actions Dept.: 01-1B572 | Christina Young | 2423 E Lincoln Drive | | Phoenix | AZ | 85016-1215 | |
| CHARLES SCHWAB & CO., INC. STOCK LOAN CONDUIT ACCT | CORP ACTIONS DEPT.: 01-1B572 | 2423 E. LINCOLN DR. | | | PHOENIX | AZ | 85016 | |
| CHARLES SCHWAB & CO., INC./SCHWAB GLOBAL INVEST ACCT | SCHWAB GLOBAL INVESTING ACCOUNT | CORP ACTIONS DEPT.: 01-1B572 | 2423 E. LINCOLN DR. | | PHOENIX | AZ | 85016 | |
| CHARLES SCHWAB BANK | Corporate Actions Dept.: 01-1B572 | 2423 EAST LINCOLN DRIVE | | | PHOENIX | AZ | 85016 | |
| CIBC WORLD MARKETS CORP. | CIBC WORLD MARKETS CORP. REPO | CORPORATE ACTIONS | CANADIAN IMPERIAL BANK OF COMMERCE | 22 FRONT ST. W. 7TH FL (ATTN. CORP. ACT) | TORONTO | ON | M5J 2W5 | CANADA |
| CIBC World Markets Corp. | Robert J Putnam | 425 Lexington Avenue | 5th Floor | | New York | NY | 10017 | |
| CIBC World Markets Corp. | c/o Broadridge | 51 Mercedes Way | | | Edgewood | NY | 11717 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| CIBC WORLD MARKETS INC./CDS | CORPORATE ACTIONS | RODERICK  ROOPSINGH | CANADIAN IMPERIAL BANK OF COMMERCE | 22 FRONT ST. W. 7TH FL (ATTN. CORP. ACT) | TORONTO | ON | M5J 2W5 | CANADA |
| CITADEL CLEARING LLC | KEVIN NEWSTEAD / RACHEL  GALDONES | 131 SOUTH DEARBORN STREET | 35TH FLOOR | | CHICAGO | IL | 60603 | |
| CITADEL SECURITIES LLC | KEVIN NEWSTEAD/ RACHEL  GALDONES | CORPORATE ACTIONS | 131 SOUTH DEARBORN STREET | 35TH FLOOR | CHICAGO | IL | 60603 | |
| CITIBANK N.A. LONDON/MTN | VANESSA PRICKETT | 5 CARMELITE STREET | | | LONDON | | EC4Y OPA | UNITED KINGDOM |
| CITIBANK N.A./PROPRIETARY ASSETS | SHERIDA SINANAN | 3801 CITIBANK CENTER | B/3RD FLOOR/ZONE 12 | | TAMPA | FL | 33610 | |
| CITIBANK NA/DEALER SAFEKEEPING | PAT KIRBY | MANAGER | 333 WEST 34TH STREET | | NEW YORK | NY | 10001 | |
| Citibank, N.A. | Paul Watters | 3801 Citibank Center | B/3rd Floor/Zone 12 | | Tampa | FL | 33610 | |
| Citibank, N.A. | Sherida Sinanan | 3801 Citibank Center | B/3rd Floor/Zone 12 | | Tampa | FL | 33610 | |
| CITIBANK, N.A. - DEALER | JOHN DELLOLIO VP | 45TH FLOOR | | | L.I.C. | NY | 11120-0001 | |
| CITIBANK, N.A. - DEALER | JOHN DELLOLIO VP | ONE COURT SQUARE | 45TH FLOOR | | L.I.C. | NY | 11120-0001 | |
| CITIBANK, N.A. - MUNICIPAL SAFEKEEPING | PAT KIRBY | MANAGER | 333 WEST 34TH STREET | | NEW YORK | NY | 10001 | |
| CITIBANK, N.A. BOOK-ENTRY- | ONLY MEDIUM TERMNOTE ACCOUNT | MIKE BURNS | 111 WALL STREET | 15TH FLOOR | NEW YORK | NY | 10005 | |
| CITIBANK, N.A. BOOK-ENTRY-ONLY MEDIU | MIKE BURNS | 111 WALL STREET, | 15TH FLOOR | | NEW YORK | NY | 00005 | |
| CITIBANK, N.A., CORPORATE TRUST WARR | ALICE MASSINI | 111 WALL STREET | | | NEW YORK | NY | 10043 | |
| CITIBANK, N.A./BLACKROCK ETF | ATTN: CORPORATE ACTIONS | 3801 CITIBANK CENTER | B/3RD FLOOR/ZONE 12 | | TAMPA | FL | 33610 | |
| CITIBANK, N.A./CITIBANK MARGIN LOANS | ATTN: CORPORATE ACTIONS | 3801 CITIBANK CENTER | B/3RD FLOOR/ZONE 12 | | TAMPA | FL | 33610 | |
| CITIBANK, N.A./CORPORATE AGENCY & TR | SEBASTIAN ANDRIESZYN | 111 WALL STREET, 5TH FLOOR | | | NEW YORK | NY | 10043 | |
| CITIBANK, N.A./CORPORATE AGENCY & TRUST | SEBASTIAN ANDRIESZYN | 111 WALL STREET, 5TH FLOOR | | | NEW YORK | NY | 10043 | |
| CITIBANK, N.A./ETF | ELIZABETH GABB | DIRECTOR | 3800 CITIGROUP CENTER B2/2 | | TAMPA | FL | 33610 | |
| CITIBANK, N.A./PUERTO RICO IBE | ATTN: CORPORATE ACTIONS | 3801 CITIBANK CENTER | B/3RD FLOOR/ZONE 12 | | TAMPA | FL | 33610 | |
| CITIBANK, N.A./S.D. INDEVAL INSTITUCION PARA EL DEPOSITO DE VALORES, | ATTN: CORPORATE ACTIONS | 3801 CITIBANK CENTER | B/3RD FLOOR/ZONE 12 | | TAMPA | FL | 33610 | |
| CITIBANK, N.A./SEGREGATED LENDING | JOHN DELLOLIO VP | 45TH FLOOR | | | L.I.C. | NY | 11120-0001 | |
| CITIBANK/CP/IPA | SEBASTIAN ANDRIESZYN | 111 WALL STREET, 5TH FLOOR | | | NEW YORK | NY | 10043 | |
| CITIBANK/THE CITIGROUP PRIVATE BANK/ | STEPHANIE LUCKEY | 111 WALL STREET | 6TH FLOOR | | NEW YORK | NY | 10005 | |
| CITIBANK/THE CITIGROUP PRIVATE BANK/TRUST | STEPHANIE LUCKEY | 111 WALL STREET | 6TH FLOOR | | NEW YORK | NY | 10005 | |
| CITICORP SECURITIES SERVICES, INC. | JOHN BYRNE | 111 WALL STREET | 11TH FLOOR | | NEW YORK | NY | 10005 | |
| CITIGROUP GLOBAL MARKETS INC. | SALOMON BROTHERS/A.M.M. | MARK LEVY | 55 WATER STREET | | NEW YORK | NY | 10041 | |
| CITIGROUP GLOBAL MARKETS INC./SALOMO | SHERRYL NASH-COOK | 388 GREENWICH STREET | 11TH FLOOR | | NEW YORK | NY | 10013 | |
| CITIGROUP GLOBAL MARKETS INC./SALOMO | MARK LEVY | 55 WATER STREET | | | NEW YORK | NY | 10041 | |
| CITIGROUP GLOBAL MARKETS INC./SALOMON BROTHERS | ATTN: CORPORATE ACTIONS | 111 WALL STREET | 6TH FLOOR | | NEW YORK | NY | 10005 | |
| CITIGROUP GLOBAL MARKETS, INC./CORRESPONDENT CLEARING | CORRESPONDENT CLEARING | ABIGAIL DAVIES | 388 GREENWICH STREET | 11TH FLOOR | NEW YORK | NY | 10013 | |
| CITY NATIONAL BANK | JOEL GALLANT | 555 SOUTH FLOWER STREET, 10TH FLOOR | | | LOS ANGELES | CA | 90071 | |
| CLEAR STREET LLC | | 4 WORLD TRADE CENTER, 150 GREENWICH ST | 45TH FLOOR | | NEW YORK | NY | 10007 | |
| CLEAR STREET LLC/SECURITIES FINANCE ACCOUNT | | 4 WORLD TRADE CENTER, 150 GREENWICH ST | 45TH FLOOR | | NEW YORK | NY | 10007 | |
| CLEAR STREET LLC/SECURITIES LENDING | ATTN: CORPORATE ACTIONS | 150 GREENWICH ST | FL 45 | | NEW YORK | NY | 10007-5201 | |
| CLEARSTREAM BANKING AG | NICO STAES | MERGENTHALLERALLEE 61 | | | ESCBORN | | D-65760 | GERMANY, FEDERAL RE |
| Comerica Bank | Gloria Imhoff | 411 West Lafayette | | | Detroit | MI | 48226 | |
| Commerce Bank | Andy Sorkin | Investment Management Group | 922 Walnut | | Kansas City | MO | 64106 | |
| COMMERZ MARKETS LLC | HOWARD DASH | 1301 AVENUE OF THE AMERICAS | 10TH FLOOR | | NEW YORK | NY | 10019 | |
| COMMERZ MARKETS LLC | ROBERT  ORTEGA | 2 WORLD FINANCIAL CENTER | 32ND FLOOR | | NEW YORK | NY | 10281-1050 | |
| COMMERZ MARKETS LLC/FIXED INC. REPO | HOWARD DASH | 2 WORLD FINANCIAL CENTER | 32ND FL. | | NEW YORK | NY | 10281 | |
| COMMERZ MARKETS LLC/INTERNATIONAL EQUITY FINANCE | HOWARD DASH | VICE PRESIDENT | 1301 AVENUE OF THE AMERICAS | 10TH FLOOR | NEW YORK | NY | 10019 | |
| COMPASS BANK | LEE WEINMAN | 15 SOUTH 20TH STREET | | | BIRMINGHAM | AL | 35233 | |
| COMPASS BANK/INVESTMENTS | CORPORATE ACTIONS | 15 SOUTH 20TH STREET | | | BIRMINGHAM | AL | 35233 | |
| COMPASS BANK/IPA | LEE WEINMAN | 15 SOUTH 20TH STREET | | | BIRMINGHAM | AL | 35233 | |
| COMPASS BANK/TRUST DIVISION | CRYSTAL LAMAR | 15 SOUTH 20TH STREET | | | BIRMINGHAM | AL | 35233 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 10 of 36



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| COMPUTERSHARE TRUST COMPANY, N.A. | LYNN HUGUET | MANAGER | GLOBAL TRANSACTION UNIT | 250 ROYALL STREET | CANTON | MA | 02021 | |
| COMPUTERSHARE TRUST COMPANY, N.A./DR | CLAIRE HERRING | 2 N. LASALLE | | | CHICAGO | IL | 60602 | |
| COMPUTERSHARE TRUST COMPANY, N.A./DR | KEVIN FLEMING | MANAGER | 250 ROYALL STREET | | CANTON | MA | 02021 | |
| COMPUTERSHARE TRUST COMPANY, N.A./DRP | KEVIN FLEMING | MANAGER | 250 ROYALL STREET | | CANTON | MA | 02021 | |
| COMPUTERSHARE TRUST COMPANY, N.A./OP | KEVIN FLEMING | MANAGER | 250 ROYALL STREET | | CANTON | MA | 02021 | |
| COMPUTERSHARE TRUST COMPANY, N.A./OPTIONS | KEVIN FLEMING | MANAGER | 250 ROYALL STREET | | CANTON | MA | 02021 | |
| CONTROL ACCOUNT FOR NSCC CROSS-ENDOR | VIOLET SMITH | 14201 DALLAS PARKWAY | | | DALLAS | TX | 75254 | |
| CONVERGEX EXECUTION SOLUTIONS LLC | HOWARD FLAXER | VICE PRESIDENT | 3501 QUADRANGLE BLVD | SUITE 200 | ORLANDO | FL | 32817 | |
| CONVERGEX EXECUTION SOLUTIONS LLC/STOCK LOAN CONDUIT | HOWARD FLAXER | 3501 QUADRANGLE BLVD | SUITE 200 | | ORLANDO | FL | 32817 | |
| CONVERGEX EXECUTION SOLUTIONS LLC/SUSQUEHANNA | HOWARD FLAXER | 3501 QUADRANGLE BLVD | SUITE 200 | | ORLANDO | FL | 32817 | |
| COR CLEARING LLC/CORRESPONDENT FLIP FACILITATION ACCOUNT | CORPORATE ACTIONS | 1200 LANDMARK CENTER | Ste. 800 | | OMAHA | NE | 68102-1916 | |
| COR CLEARING LLC/STOCK LOAN | SHAWN BROWN | MANAGER | 9300 UNDERWOOD AVE | | OMAHA | NE | 68114 | |
| CORMARK SECURITIES INC./CDS | LISE FRANK | SUITE 3450 ROYAL BANK PLAZA | SOUTH TOWER | | TORONTO | ON | M5J 2J0 | CANADA |
| CORPORATE STOCK TRANSFER, INC./DRS | SHARI HUMPHERYS | 1110 CENTRE POINTE CURV | STE 101 | | SAINT PAUL | MN | 55120-4100 | |
| COSSE' INTERNATIONAL SECURITIES, INC. | DENNIS A YOUNG | 1301 5TH AVENUE | SUITE 3024 | | SEATTLE | WA | 98101 | |
| COUNTRY TRUST BANK | AMY KIDWELL | 1705 N TONAWANDA AVE | | | BLOOMINGTON | IL | 61702 | |
| COWEN EXECUTION SERVICES LLC | HOWARD FLAXER | VICE PRESIDENT | 3501 QUADRANGLE BLVD | SUITE 200 | ORLANDO | FL | 32817 | |
| COWEN EXECUTION SERVICES LLC/FULLY PAID FOR LENDING | CORPORATE ACTIONS | 599 Lexington Avenue, 20th Floor | | | NEW YORK | NY | 10022 | |
| CREDENTIAL SECURITIES INC/CDS | CORPORATE ACTIONS | 700 - 1111 WEST GEORGIA ST | | | VANCOUVER | BC | V6E 4T6 | CANADA |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK | ATTN: CORPORATE ACTIONS | 12, PLACE DES ETATS-UNIS CS 70052 | | | MONTROUGE | | | France |
| CREDIT AGRICOLE SECURITIES (USA) INC | DANIEL SALCIDO | 1301 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10019 | |
| CREDIT AGRICOLE SECURITIES (USA) INC | DANIEL SALCIDO | 194 WOOD AVENUE SOUTH | 7TH FLOOR | | ISELIN | NJ | 08830 | |
| CREDIT AGRICOLE SECURITIES (USA) INC/F/B/OCREDIT AGRICOLE NY BRANCH | DANIEL SALCIDO | 194 WOOD AVENUE SOUTH | 7TH FLOOR | | ISELIN | NJ | 08830 | |
| CREDIT AGRICOLE SECURITIES (USA) INC/STOCKLOAN CONDUIT | DANIEL SALCIDO | MANAGER | 1301 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019 | |
| CREDIT SUISSE AG - NEW YORK BRANCH | DONATINO TROTTER | 5 WORLD TRADE CENTER | 7TH FLOOR | | NEW YORK | NY | 10048 | |
| CREDIT SUISSE AG - NEW YORK BRANCH | CORPORATE ACTION | ELEVEN MADISON AVENUE | | | NEW YORK | NY | 10010-3629 | |
| CREDIT SUISSE AG NYB - SECURITIES LENDING MGMT | CORPORATE ACTIONS | ELEVEN MADISON AVENUE | | | NEW YORK | NY | 10010-3629 | |
| CREDIT SUISSE AG-NEW YORK BRANCH/DTC I.D. CONFIRMATION | CORPORATE ACTIONS | ELEVEN MADISON AVENUE | | | NEW YORK | NY | 10010-3629 | |
| Credit Suisse Securities (USA) LLC | c/o Broadridge | 51 Mercedes Way | | | Edgewood | NY | 11717 | |
| CREDIT SUISSE SECURITIES (USA) LLC | ANTHONY MILO | VICE PRESIDENT | 7033 LOUIS STEVENS DRIVE | GLOBAL PROXY SERVICES | RESEARCH TRIANGLE PARK | NC | 27709 | |
| CREDIT SUISSE SECURITIES (USA) LLC/I | ISSUER SERVICES | 51 MERCEDES WAY | | | EDGEWOOD | NY | 11717 | |
| CREDIT SUISSE SECURITIES CANADA INC./CDS | KAZI HAQ | OPERATIONS MANAGER | 1 FIRST CANADIAN PLACE, SUITE 2900 | P.O. BOX 301 | TORONTO | ON | M5X 1C9 | CANADA |
| Crest International Nominees Limited | Nathan Ashworth | 33 Cannon Street | | | London | UK | EC4M 5SB | United Kingdom |
| CREWS & ASSOCIATES, INC. | CORPORATE ACTIONS | 521 PRESIDENT CLINTON AVE., SUITE 800 | | | LITTLE ROCK | AR | 72201-1747 | |
| CROWELL, WEEDON & CO. | ATTN: JAMES L. CRONK, CORPORATE ACTIONS | 624 SOUTH GRAND AVENUE | ONE WILSHIRE BUILDING, SUITE 2600 | | LOS ANGELES | CA | 90017 | |
| CRT CAPITAL GROUP LLC | CORPORATE ACTIONS | 262 HARBOR DRIVE | | | STAMFORD | CT | 06902 | |
| CSS, LLC | CORPORATE ACTIONS | 175 WEST JACKSON BLVD | SUITE 440 | | CHICAGO | IL | 60604-3029 | |
| CURIAN CLEARING, LLC | JEANINE STARR | 7601 TECHNOLOGY WAY, 2ND FLOOR | | | DENVER | CO | 80237 | |
| CURVATURE SECURITIES, LLC | ATTN: CORPORATE ACTIONS | 39 MAIN STREET | | | CHATHAM | NJ | 07928 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 11 of 36



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| CURVATURE SECURITIES, LLC/EQUITY FINANCE | ATTN: CORPORATE ACTIONS | 39 MAIN STREET | | | CHATHAM | NJ | 07928 | |
| D. A. Davidson & Co. | Rita Linskey | 8 Third Street North | | | Great Falls | MT | 59401 | |
| DAIWA CAPITAL MARKETS AMERICA INC. | ATTN: CORPORATE ACTIONS | 32 OLD SLIP | 14TH FLOOR | | NEW YORK | NY | 10005 | |
| DAIWA CAPITAL MARKETS AMERICA INC./D | DAVID BIALER | VICE PRESIDENT | 32 OLD SLIP | | NEW YORK | NY | 10005 | |
| DAIWA CAPITAL MARKETS AMERICA INC./DASAC | ATTN: AKIKO HIROSHIMA | 32 OLD SLIP | 14TH FLOOR | | NEW YORK | NY | 10005 | |
| DAIWA CAPITAL MARKETS AMERICA INC./SECURITIES LENDING | DAVID BIALER | ASSISTANT VICE PRESIDENT | 32 OLD SLIP, 14TH FLOOR | | NEW YORK | NY | 10005 | |
| DASH FINANCIAL LLC | CORPORATE ACTIONS | 5 E 16th St | | | NEW YORK | NY | 10003 | |
| DASH FINANCIAL TECHNOLOGIES LLC | GARY JANDA | 910 W. VAN BUREN ST. | 4TH FLOOR1 | | CHICAGO | IL | 60607 | |
| DAVENPORT & COMPANY LLC | KIM NIEDING | 901 EAST CARY ST | 11TH FLOOR | | RICHMOND | VA | 23219 | |
| DAVID LERNER ASSOCIATES, INC. | GERHARDT FRANK | 477 JERICHO TURNPIKE | PO BOX 9006 | | SYOSSET | NY | 11791-9006 | |
| DBTC AMERICAS/CTAG/PUTS & DEMANDS | CORPORATE ACTIONS | 60 WALL ST | | | NEW YORK | NY | 10005 | |
| DBTC AMERICAS/CTAG/PUTS & DEMANDS | KARL SHEPHERD | 4 ALBANY STREET | OPERATIONS- 8TH FLOOR | | NEW YORK | NY | 10006 | |
| DBTC AMERICAS/CTAG-CDFP | MISSY WIMPELBERG | ADMINISTRATOR | 648 GRASSMERE PARK DRIVE | | NASHVILLE | TN | 37211 | |
| DBTC AMERICAS/CTAG-GES | DANIEL BELEAN | 60 WALL STREET | 27TH FLOOR | | NEW YORK | NY | 10005 | |
| DEALERWEB INC. | ATTN: CORPORATE ACTIONS | 185 HUDSON STREET | HARBORSIDE 5, SUITE 2200 | | Jersey City | NJ | 07311 | |
| DEPOSITO CENTRAL DE VALORES S.A., DE | MIRNA FERNANDEZ | ASSISTANT MANAGER | AVDA APOQUINDO #4001 | FLOOR 12, C.P. 7550162 | SANTCHILE | | | SAINT CHILE |
| DEPOSITO DE VALORES/BVE | ATTN: CORPORATE ACTIONS | AVDA APOQUINDO #4001 | FLOOR 12, C.P. 7550162 | | LAS CONDES SANTIAGO | | | CHILE |
| DEPOSITO CENTRAL DE VALORES S.A., DEPOSITOB VALORES | MIRNA FERNANDEZ | ASSISTANT MANAGER | AVDA APOQUINDO #4001 | FLOOR 12, C.P. 7550162 | LAS CONDES, SANTIAGO | | | CHILE |
| Depository Trust & Clearing Corporation | Attn Reorg Dept 4th Floor | 570 Washington Blvd. | | | Jersey City | NJ | 07310 | |
| DEPOSITORY TRUST COMPANY (DTCC) | | 55 WATER ST | FL 3 | | NEW YORK | NY | 10041 | |
| DESERET TRUST COMPANY | CORPORATE ACTIONS | 60 East South Temple | Suite 800 | | Salt Lake City | UT | 84111-1036 | |
| DESERET TRUST COMPANY - A | ISSUER SERVICES | 51 MERCEDES WAY | | | EDGEWOODE | | 11717 | |
| DESERET TRUST COMPANY - D | ISSUER SERVICES | 51 MERCEDES WAY | | | EDGEWOOD | NY | 11717 | |
| DESERET TRUST COMPANY - I | ISSUER SERVICES | 51 MERCEDES WAY | | | EDGEWOOD | NY | 11717 | |
| DESJARDINS SECURITIES INC./CDS | CORPORATE ACTIONS | VALEURS MOBILIARES DESJARDINS | 2, COMPLEXE DESJARDINS TOUR EST | NIVEAU 62, E1-22 | MONTREAL | QC | H5B 1J2 | CANADA |
| DESJARDINS SECURITIES INC./CDS | ATTN: REORG DEPARTMENT | 1 COMPLEXE DESJARDINS | C.P. 34, SUCC ESJARDINS | | MONTREAL | QC | H5B 1E4 | CANADA |
| DESJARDINS SECURITIES INC./CDS | ATTN: REORG DEPT-MTL1060-1ER-E | 1060 UNIVERSITY STREET | SUITE 101 | | MONTREAL | QC | H3B 5L7 | CANADA |
| DESJARDINS SECURITIES INC./CDS | VERONIQUE LEMIEUX | 1060 UNIVERSITY STREET | SUITE 101 | | MONTREAL | PQ | H5B 5L7 | CANADA |
| DEUTSCHE BANK AG NY/CEDEAR | JOHN BINDER | VICE PRESIDENT | 100 PLAZA ONE | 2ND FLOOR | JERSEY CITY | NJ | 07311 | |
| DEUTSCHE BANK AG NY/CEDEAR | AGOSTINO  RICCI | 60 WALL ST. | | | NEW YORK | NY | 10005 | |
| DEUTSCHE BANK AG NY/TCR | JOHN BINDER | VICE PRESIDENT | 100 PLAZA ONE | 2ND FLOOR | JERSEY CITY | NJ | 07311-3901 | |
| DEUTSCHE BANK AG NY/US CUSTODY | JOHN BINDER | VICE PRESIDENT | 100 PLAZA ONE | 2ND FLOOR | JERSEY CITY | NJ | 07311 | |
| DEUTSCHE BANK AG, NEW YORK BRANCH | JOHN BINDER | 100 PLAZA ONE | 2ND FLOOR | | JERSEY CITY | NJ | 07311-3901 | |
| DEUTSCHE BANK AG, NEW YORK BRANCH/CCO CLT TRI PARTY | ATTN: CORPORATE ACTIONS | 100 PLAZA ONE | 2ND FLOOR | | JERSEY CITY | NJ | 07302 | |
| DEUTSCHE BANK AG, NEW YORK BRANCH/GESFFT | BEVERLY GEORGE | ASSISTANT VICE PRESIDENT | 60 WALL STREET | | NEW YORK | NY | 10023 | |
| DEUTSCHE BANK SECURITIES INC. | DB SERVICES NEW JERSEY INC. | ERIC HERBST | 5201 GATE PARKWAY | | JACKSONVILLE | FL | 32256 | |
| DEUTSCHE BANK SECURITIES INC. | SARA BATTEN | 5022 GATE PARKWAY | SUITE 100 | | JACKSONVILLE | FL | 32256 | |
| DEUTSCHE BANK SECURITIES INC.- | FIXED INCOMESTOCK LOAN | ERIC HERBST | 5201 GATE PARKWAY | | JACKSONVILLE | FL | 32256 | |
| DEUTSCHE BANK SECURITIES INC.- STOCK | JAMAAL GRIER | 1251 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10020 | |
| DEUTSCHE BANK SECURITIES INC.- STOCK LOAN | Eric Herbst | 5201 Gate Parkway | | | Jacksonville | FL | 32256 | |
| DEUTSCHE BANK SECURITIES INC.-FIXED | JAMAAL GRIER | 1251 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10020 | |
| DEUTSCHE BANK SECURITIES INC.-INTERN | ANDREA AUGUSTINA | 1251 AVENUE OF AMERICAS | 26TH FLOOR | | NEW YORK | NY | 10022 | |
| DEUTSCHE BANK SECURITIES INC.- INTERNATIONALSTOCK LOAN | Eric Herbst | 5201 Gate Parkway | | | Jacksonville | FL | 32256 | |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | LOURDES PALACIO | 60 WALL STREET | | | NEW YORK | NY | 10005 | |
| DIAMANT INVESTMENT CORPORATION | AUDREY BURGER | 170 MASON STREET | | | GREENWICH | CT | 06830 | |
| Drivewealth, LLC | | 15 Exchange Place | 10th Floor | | Jersey City | NJ | 07302 | |
| DRIVEWEALTH, LLC/FPL | ATTN: CORPORATE ACTIONS | 15 EXCHANGE PLACE | 10TH FLOOR | | JERSEY CITY | NJ | 07302 | |
| DRIVEWEALTH, LLC/SECURITIES LENDING | ATTN: CORPORATE ACTIONS | 15 EXCHANGE PLACE | 10TH FLOOR | | JERSEY CITY | NJ | 07302 | |
| DST MARKET SERVICES, LLC | | CORPORATE ACTIONS | 333 W. 11TH STREET | | KANSAS CITY | MO | 64105 | |
| E D & F MAN CAPITAL MARKETS INC. | CORP ACTIONS | 140 East 45th Street | 42ND FLOOR | | NEW YORK | NY | 10017 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 12 of 36



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| E D & F MAN CAPITAL MARKETS INC. /SECURITIES LENDING | ATTN: CORPORATE ACTIONS | 140 East 45th Street | 42ND FLOOR | | NEW YORK | NY | 10017 | |
| E*TRADE BANK | TESSA QUINLAN | SUPERVISOR | 671 NORTH GLEBE ROAD | | ARLINGTON | VA | 22203 | |
| E*trade Clearing LLC | Victor Lau | 34 Exchange Place | Plaza II | | Jersey City | NJ | 07311 | |
| E*TRADE CLEARING LLC | JOHN  ROSENBACH | 1271 AVENUE OF THE AMERICAS | 14TH FLOOR | | NEW YORK | NY | 10020 | |
| E*TRADE CLEARING LLC | JOHN  ROSENBACH | 200 HUDSON STREET | SUITE 501 | | JERSEY CITY | NJ | 07311 | |
| E*TRADE CLEARING LLC | C/O BROADRIDGE | ATTN: CORPORATE ACTIONS DEPT. | 2 JOURNAL SQUARE PLAZA | 5TH FLOOR | JERSEY CITY | NJ | 07306 | |
| E*TRADE SECURITIES LLC/ETS SECURITIES LENDING | CORPORATE ACTIONS | 34 EXCHANGE PLACE | | | JERSEY CITY | NJ | 07311 | |
| Edward D. Jones & Co. | Elizabeth Rolwes | 201 Progress Parkway | | | Maryland Heights | MO | 63043-3042 | |
| Edward D. Jones & Co. | Derek Adams | 12555 Manchester Road | | | St Louis | MO | 63131 | |
| EDWARD JONES/CDS | CORPORATE ACTIONS | 201 PROGRESS PARKWAY | | | MARYLAND HEIGHTS | MO | 63043 | |
| EDWARD JONES/CDS | DIANE YOUNG | 1255 MANCHESTER ROAD | | | ST LOUIS | MO | 63141 | |
| ELECTRONIC TRANSACTION CLEARING CANADA/CDS | CORPORATE ACTIONS | BAY ADELAIDE CENTRE | 333 BAY STREET, SUITE 1220 | | TORONTO | ON | M5H-2R2 | CANADA |
| ELECTRONIC TRANSACTION CLEARING, INC | KEVIN MURPHY | 660 S. FIGUEROA STREET | SUITE 1450 | | LOS ANGELES | CA | 90017 | |
| ELECTRONIC TRANSACTION CLEARING, INC./HOUSE | CORPORATE ACTIONS | 660 SOUTH FIGUEROA STREET | SUITE 1450 | | LOS ANGELES | CA | 90017 | |
| EMBED CLEARING LLC | ATTN: CORPORATE ACTIONS | 1703 Main Street | Suite 200 | | Vancouver | WA | 98660 | |
| EMMET & CO.,INC. | RICHARD CHRISTENSEN | 12 PEAPACK ROAD | | | FAR HILLS | NJ | 07931-2435 | |
| ESSEX RADEZ LLC | MARK DEROLF | 440 S. LASALLE STREET | SUITE 1111 | | CHICAGO | IL | 60605 | |
| EUROCLEAR BANK SA/NV/IMS ACCOUNT | ATTN: CORPORATE ACTIONS | 28 LIBERTY STREET | 33RD Floor | | New York | NY | 10005 | |
| EVERBANK | LINDA DILE | 8328 EAGER ROAD | SUITE 300 | | ST LOUIS | MO | 63144 | |
| FANNIE MAE | WELLS M. ENGLEDOW | 3900 WISCONSIN AVENUE, NW | | | WASHINGTON | DC | 20016 | |
| FANNIE MAE | CORPORATE ACTIONS | 3900 Wisconsin Avenue, NW | | | WASHINGTON | DC | 20016-2892 | |
| FANNIE MAE/GENERAL | WELLS M. ENGLEDOW | ASSOCIATE COUNSEL | 3900 WISCONSIN AVENUE, NW | | WASHINGTON | DC | 20016 | |
| FEDERAL HOME LOAN MORTGAGE CORPORATI | PHILIP ROY | VICE PRESIDENT | 14201 DALLAS PKWY | FLOOR 12 | DALLAS | TX | 75254 | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION | ALEX KANGELARIS | VICE PRESIDENT | 1551 PARK RUN DRIVE MAIL | MAILSTOP D5A | MCLEAN | VA | 22102 | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION/ | MULTIFAMILY | CORPORATE ACTIONS | 1551 PARK RUN DRIVE MAIL | MAILSTOP D5A | MCLEAN | VA | 22102 | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION/RETAINED | PHILIP ROY | VICE PRESIDENT | 14201 DALLAS PKWY | FLOOR 12 | DALLAS | TX | 75254 | |
| FEDERAL RESERVE BANK OF NEW YORK | TIM FOGARTY | 33 LIBERTY STREET | | | NEW YORK | NY | 10045 | |
| FIDELITY CLEARING CANADA ULC/CDS | CAROL ANDERSON | OPERATIONS MANAGER | 483 BAY STREET, SOUTH TOWER | SUITE 200 | TORONTO | ON | M5G 2N7 | CANADA |
| FIDELITY CLEARING CANADA ULC/CDS | LINDA SARGEANT | OPERATIONS MANAGER | 401 BAY STREET | SUITE 2910 | TORONTO | ON | M5H 2Y4 | CANADA |
| FIDELITY CLEARING CANADA ULC/CDS | ATTN: JOHN SPURWAY | 245 SUMMER STREET | MAILZONE V5A | | BOSTON | MA | 02110 | |
| Fiduciary Ssb | Stephen M. Moran | 225 Franklin Street | Mao-3 | | Boston | MA | 02110 | |
| Fiduciary Ssb | Corporate Actions | 1776 Heritage Drive | 5th Floor | | Quincy | MA | 02171 | |
| FIDUCIARY TRUST COMPANY | BRAD FINNIGAN | 175 FEDERAL STREET | | | BOSTON | MA | 02110 | |
| FIDUCIE DESJARDINS INC.** | MARTINE SIOUI | 1 COMPLEXE DESJARDINS | SOUTH TOWER 2ND FL | | MONTREAL | QC | H5B 1E4 | CANADA |
| FIFTH THIRD BANK | STATE TEACHERS RETIREMENTOF OHIO | LANCE WELLS | 5001 KINGSLEY ROAD | MD# 1MOB 2D | CINCINNATI | OH | 45227 | |
| FIFTH THIRD BANK | LANCE WELLS | CORP ACTIONS | 5050 KINGSLEY DRIVE | MAIL DROP 1MOB2D | CINCINNATI | OH | 45227 | |
| FIFTH THIRD BANK | PUBLIC EMPLOYEES RETIREMENT SYSTEM | LANCE WELLS - ASSISTANT VICE PRESIDENT | 5001 KINGSLEY DRIVE | MAIL DROP 1M0B2G | CINCINNATI | OH | 45263 | |
| FIFTH THIRD BANK, NATIONAL ASSOCIATION/STAR OHIO | ATTN: CORPORATE ACTIONS | 5001 KINGSLEY DRIVE | MAIL DROP 1MOB2D | | CINCINNATI | OH | 89149 | |
| Fifth Third Bank/State Teachers Retirement | Lance Wells | 5001 Kingsley Road | Md# 1Mob 2D | | Cincinnati | OH | 45227 | |
| FIRST BANK | EDWARD FURMAN | 800 JAMES S. MCDONNELL BLVD | | | HAZELWOOD | MO | 63042 | |
| FIRST CLEARING, LLC | SECURITIES LENDING MATCH BOOK | CORPORATE ACTIONS | 2801 MARKET STREET | H0006-09B | ST. LOUIS | MO | 63103 | |
| FIRST FINANCIAL CORPORATION/DRS | TICIA WRIGHT | ONE FIRST FINANCIAL PLAZA | | | TERRE HAUTE | IN | 47807 | |
| FIRST SOUTHWEST COMPANY | CORPORATE ACTIONS | 325 NORTH ST. PAUL STREET | SUITE 800 | | DALLAS | TX | 75201 | |
| FIRST TENNESSEE BANK N.A. MEMPHIS | MARY ANNE BOHNER | 845 CORSSOVER LANE | | | MEMPHIS | TN | 38117 | |
| FIRST TRUST PORTFOLIOS, L.P. | ROGER F. TESTIN | 120 EAST LIBERTY DRIVE | | | WHEATON | IL | 60187 | |
| FMSBONDS, INC. | MICHAEL S. SELIGSOHN | 4775 TECHNOLOGY WAY | | | BOCA RATON | FL | 33431 | |
| FOLIO INVESTMENTS, INC. | ASHLEY THEOBALD | MANAGER | 8180 GREENSBORO DRIVE | 8TH FLOOR | MCLEAN | VA | 22102 | |
| FOLIOFN INVESTMENTS, INC. | ASHLEY THEOBALD | MANAGER | 8180 GREENSBORO DRIVE | 8TH FLOOR | MCLEAN | VA | 22102 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| FROST BANK | VICTOR LOZA | 100 WEST HOUSTON STREET | | | SAN ANTONIO | TX | 78205 | |
| FTN FINANCIAL SECURITIES CORP. | MICHAEL INKSTER | SENIOR VICE PRESIDENT | 845 CROSSOVER LANE | SUITE 150 | MEMPHIS | TN | 38117 | |
| Futu Clearing Inc. | Corporate Actions | 12750 Merit Drive | Suite 475 | | Dallas | TX | 75251 | |
| FUTU CLEARING INC./FUTC CONDUIT | ATTN: CORPORATE ACTIONS | 12750 MERIT DRIVE | SUITE 475 | | DALLAS | TX | 75251 | |
| GEORGE K. BAUM & COMPANY | ANNE YEARTA | 4801 MAIN ST STE 500 | | | KANSAS CITY | MO | 64112 | |
| GLENMEDE TRUST COMPANY, N.A. (THE) | DARLENE WARREN | ONE LIBERTY PLACE SUITE 1200 | 1650 MARKET STREET | | PHILADELPHIA | PA | 19103 | |
| GLOBAL SECURITIES CORPORATION/CDS | MAYUMI TAKANO | 11TH FLOOR, 3 BENTALL CENTER | 595 BURRARD STREET | | VANCOUVER | BC | V7X 1C4 | CANADA |
| GMP SECURITIES L.P./CDS | MARINO MEGGETTO | 145 KING STREET WEST | SUITE 300 | | TORONTO | ON | M5H 1J8 | CANADA |
| Goldman Sachs & Co. LLC | Proxy Hotline 1 | 30 Hudson Street | Proxy Department | | Jersey City | NJ | 07302 | |
| GOLDMAN SACHS & CO. LLC/CME HOUSE COLLATERAL ACCT | ATTN: CORPORATE ACTIONS | 30 HUDSON STREET | PROXY DEPARTMENT | | JERSEY CITY | NJ | 07302-4699 | |
| GOLDMAN SACHS BANK USA | PATRICIA BALDWIN | ONE NEW YORK PLAZA | 45TH FLOOR | | NEW YORK | NY | 10004 | |
| GOLDMAN SACHS BANK USA | GOLDMAN SACHS AGENCYLENDING | DIARA OVERLAN | 125 HIGH STREET, SUITE 1700. | | BOSTON | MA | 02110 | |
| GOLDMAN SACHS BANK USA/#2 | GS & CO. LLC FCM CUST | OMNIBUS ACCT CFTC REG 1.20 CUST SEG ACCT | UNDER SECTIONS 4D(A)&(B) OF THE CEA (CME) | 30 HUDSON STREET | JERSEY CITY | NJ | 07302 | |
| GOLDMAN SACHS BANK USA/#2 | PATRICIA BALDWIN | ONE NEW YORK PLAZA | 45TH FLOOR | | NEW YORK | NY | 10004 | |
| GOLDMAN SACHS BANK USA/GOLDMAN SACHS | DIARA OVERLAN | OLIVER STREET TOWER | 125 HIGH STREET, SUITE 1700. | | BOSTON | MA | 02110 | |
| GOLDMAN SACHS BANK USA/GS & CO. LLC FCM CLEARED SWAPS CUST OMNIBUS | ATTN: CORPORATE ACTIONS | 30 HUDSON STREET | PROXY DEPARTMENT | | JERSEY CITY | NJ | 07302 | |
| GOLDMAN SACHS EXECUTION & CLEARING, L.P. | CHRISTIN HARTWIG | 30 HUDSON STREET | PROXY DEPARTMENT | | JERSEY CITY | NJ | 07302-4699 | |
| Goldman Sachs International | Asset Servicing | 30 Hudson Street | Proxy Department | | Jersey City | NJ | 07302 | |
| GOLDMAN SACHS INTERNATIONAL/GOLDMAN SACHS BANK EUROPE SE | ATTN: CORPORATE ACTIONS | 30 HUDSON STREET | PROXY DEPARTMENT | | JERSEY CITY | NJ | 07302-4699 | |
| Goldman, Sachs & Co. | Attn: Steve Berrios - Corporate Actions | 100 Burma Road | | | Jersey City | NJ | 07305 | |
| Goldman, Sachs & Co. | Proxy Hotline 1 | 30 Hudson Street | Proxy Department | | Jersey City | NJ | 07302 | |
| GOLDMAN, SACHS & CO./IMS | CORPORATE ACTIONS | 30 HUDSON STREET | | | JERSEY CITY | NJ | 07302 | |
| GOLMAN SACHS INTERNATIONAL/REHYP SEPARATION ACCOUNT | ATTN: CORPORATE ACTIONS | 30 HUDSON STREET | PROXY DEPARTMENT | | JERSEY CITY | NJ | 07302 | |
| GREEN PIER FINTECH LLC | ATTN: CORPORATE ACTIONS | 245 SUMMER STREET | V3A | | BOSTON | MA | 02210 | |
| GUGGENHEIM FUNDS DISTRIBUTORS, LLC | SHARON M NICHOLS | 2455 CORPORATE WEST DRIVE | | | LISLE | IL | 60532 | |
| GUGGENHEIM FUNDS DISTRIBUTORS, LLC. | SHARON M NICHOLS | 2455 CORPORATE WEST DRIVE | | | LISLE | IL | 60532 | |
| GUGGENHEIM SECURITIES, LLC | HOWARD WINICK | 135 EAST 57TH STREET | | | NEW YORK | NY | 10022 | |
| HAYWOOD SECURITIES INC./CDS | TRACY COLLEGE / JULIE  BRERETON | CORPORATE ACTIONS | 200 BURRARD STREET | SUITE 700 | VANCOUVER | BC | V6C 3L6 | CANADA |
| HICKORY POINT BANK & TRUST,FSB/DRS | PATRICIA PERKINS | 225 N WATER STREET | | | DECATUR | IL | 62523 | |
| HICKORY POINT BANK & TRUST/DRS | PATRICIA PERKINS | 225 N WATER STREET | | | DECATUR | IL | 62523 | |
| HILLTOP SECURITIES INC. | ATTN: BONNIE ALLEN, CORPORATE ACTIONS | 717 N HARWOOD ST | STE 3400 | | DALLAS | TX | 75201-6534 | |
| HILLTOP SECURITIES INC. | RHONDA JACKSON | 717 N HARWOOD ST | SUITE 3400 | | DALLAS | TX | 75201 | |
| HILLTOP SECURITIES INC./STOCK LOAN | CHRISTINA FINZEN | 1201 ELM STREET, | SUITE 3700 | | DALLAS | TX | 75270 | |
| HOLD BROTHERS CAPITAL LLC | CORPORATE ACTIONS | 10 W 46TH ST | SUITE 1407 | | NEW YORK | NY | 10018 | |
| HOME FEDERAL BANK OF TENNESSEE, F.S.B. | REBECCA BUCKNER | 507 MARKET STREET | | | KNOXVILLE | TN | 37902 | |
| HOME FEDERAL BANK OF TENNESSEE, FSB | SHERRY S. ELLIS | 515 MARKET STREET | SUITE 500 | | KNOXVILLE | TN | 37902 | |
| HOME FEDERAL BANK OF TENNESSEE, FSB | TRUST DEPARTMENT CUSTOMERS | ATTN: JENNIFER DAVIS | 515 MARKET STREET | SUITE 500 | KNOXVILLE | TN | 37902 | |
| HOME FEDERAL BANK OF TENNESSEE, FSB | TRUST DEPARTMENT CUSTOMERS | SHERRY S. ELLIS | 515 MARKET STREET | SUITE 500 | KNOXVILLE | TN | 37902 | |
| HOME FEDERAL BANK/HF PORTFOLIO | WALTER H. BOWER JR. | 507 MARKET STREET | | | KNOXVILLE | TN | 37902 | |
| HOME FEDERAL BANK/HOME FINANCIAL SERVICES,INC. | CORPORATE ACTIONS | 515 MARKET STREET | SUITE 500 | | KNOXVILLE | TN | 37902 | |
| HOME FEDERAL BANK/HOME FINANCIAL SERVICES,INC. | WALTER H. BOWES JR. | 507 MARKET STREET | | | KNOXVILLE | TN | 37902 | |
| HONG KONG SECURITIES CLEARING COMPAN | CATHERINE KAN | ROOM 2505-6, 25/F, INFINITUS PLAZA | 199 DES VOEUX ROAD CENTRAL | | HONG KONG | | | HONG KONG |
| Hrt Financial LLC | Corporate Actions | 32 Old Slip | 30th Floor | | New York | NY | 10005 | |
| HSBC BANK USA, N.A./CORPORATE TRUST IPA | LEON SCHNITZPAHN | ONE HANSON PLACE | LOWER LEVEL | | BROOKLYN | NY | 11243 | |
| HSBC BANK USA, N.A./DRS | HILDE WAGNER | 2 HANSON PLACE | 14TH FLOOR | | BROOKLYN | NY | 11217 | |
| HSBC BANK USA, N.A.-IPB | NURI KAZAKCI | 452 5TH AVENUE | | | NEW YORK | NY | 10018 | |
| HSBC BANK USA, NA/AFS | LEON SCHNITZPAHN | ONE HANSON PLACE | LOWER LEVEL | | BROOKLYN | NY | 11243 | |
| Hsbc Bank USA, Na/Clearing | Leon Schnitzpahn | One Hanson Place | Lower Level | | Brooklyn | NY | 11243 | |



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| HSBC BANK USA, NA/CLEARING | CORPORATE ACTIONS | HOWARD  DASH | 452 5TH AVENUE | | NEW YORK | NY | 10018 | |
| HSBC BANK USA, NA/HSBC CUSTODY & CLEARING SERVICES FOR STOCK | CORPORATE ACTIONS | ONE HANSON PLACE | | | BROOKLYN | NY | 11243 | |
| HSBC BANK USA, NA/HTM | LEON SCHNITZPAHN | ONE HANSON PLACE | LOWER LEVEL | | BROOKLYN | NY | 11243 | |
| HSBC BANK USA, NATIONAL ASSOCIATION | CORPORATE ACTIONS | 545 Washington Blvd | | | JERSEY CITY | NJ | 07310 | |
| HSBC BANK USA, NATIONAL ASSOCIATION | TERESE DOLAN | 1 HSBC CENTER | 17TH FLOOR | | BUFFALO | NY | 14203 | |
| HSBC BANK USA, NATIONAL ASSOCIATION/ | LINDA NG | 140 BROADWAY - LEVEL A | | | NEW YORK | NY | 10015 | |
| HSBC BANK USA, NATIONAL ASSOCIATION/IPA | TERESE DOLAN | 1 HSBC CENTER | 17TH FLOOR | | BUFFALO | NY | 14203 | |
| HSBC BANK USA, NATIONAL ASSOCIATION/OMNIBUS | LINDA NG | 140 BROADWAY - LEVEL A | | | NEW YORK | NY | 10015 | |
| HSBC SECURITIES (USA) INC. | JAMES KELLY | 11 WEST 42ND STREET | | | NEW YORK | NY | 10036 | |
| HSBC SECURITIES (USA) INC. (FIXED INCOME) | LEONARD BELVEDERE | VICE PRESIDENT | 452 FIFTH AVENUE | 11TH FLOOR | NEW YORK | NY | 10018 | |
| HUNTINGTON NATIONAL BANK | FBO OHIO POLICE AND PENSION FUND | BEVERLY REYNOLDS - ACCOUNTANT | 7 EASTON OVAL | EA4E62 | COLUMBUS | OH | 43219 | |
| HUNTINGTON NATIONAL BANK | FBO SCHOOL EMPLOYEE RETIREMENT SYSTEM OF OHIO | BEVERLY REYNOLDS - ACCOUNTANT | 7 EASTON OVAL | EA4E62 | CCOLUMBUS | OH | 43219 | |
| HUNTINGTON NATIONAL BANK/FBO OHIO PO | DAVID GUNNING | ACCOUNTANT | 5555 CLEVELAND AVE | GW4E62 | COLUMBUS | OH | 43231 | |
| HUNTINGTON NATIONAL BANK/FBO SCHOOL | DAVID GUNNING | ACCOUNTANT | 5555 CLEVELAND AVE | GW4E62 | COLUMBUS | OH | 43231 | |
| HUNTINGTON NATIONAL BANK/IPA | BEVERLY REYNOLDS | 7 EASTON OVAL | EA4E62 | | COLUMBUS | OH | 43219 | |
| HUTCHINSON, SHOCKEY, ERLEY & CO. | CHIEF FINANCIAL OFFICER | 222 W ADAMS STREET | SUITE 1700 | | CHICAGO | IL | 60606 | |
| ICAP CORPORATES LLC | ANDREW CHAN | OPERATIONS | 111 PAVONIA AVE | 10TH FL | JERSEY CITY | NJ | 07310 | |
| ICAP CORPORATES LLC/CROSSTRADE | CORPORATE ACTIONS | 2 Broadgate | | | LONDON | | EC2M 7UR | UNITED KINGDOM |
| ICE SECURITIES EXECUTION & CLEARING, LLC | ATTN: CORPORATE ACTIONS | 55 E 52nd St | 40th Floor | | NEW YORK | NY | 10022 | |
| Industrial and Commercial Bank of China | Financial Services, LLC/Equity Clearance | Nenry Napier | 1633 Broadway | | New York | NY | 10019 | |
| INDUSTRIAL AND COMMERCIAL BANK OF CHINA | FINANCIAL SERVICES LLC | NENRY NAPIER | 1633 BROADWAY | | NEW YORK | NY | 10019 | |
| INDUSTRIAL AND COMMERCIAL BANK OF CHINA | FINANCIAL SERVICES LLC/ CLEARING | NENRY NAPIER | 1633 BROADWAY | | NEW YORK | NY | 10019 | |
| INDUSTRIAL AND COMMERCIAL BANK OF CHINA | FINANCIAL SERVICES LLC/ SECURITIES LENDING | NENRY NAPIER / CARLOS  CRUZ | 1633 BROADWAY | | NEW YORK | NY | 10019 | |
| ING FINANCIAL MARKETS LLC | INTERNATIONAL EQUITY FINANCE | STEPHEN BREATON - VICE PRESIDENT | 1325 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019 | |
| ING FINANCIAL MARKETS LLC | INTERNATIONAL EQUITY FINANCE MATCH BOOK ACCOUNT | STEPHEN BREATON - VICE PRESIDENT | 1325 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019 | |
| ING FINANCIAL MARKETS LLC | STEVE BREATON | 1325 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10019 | |
| ING FINANCIAL MARKETS LLC | GLOBAL SECURITIESFINANCE NON-PURPOSE | STEPHEN BREATON | 1325 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019 | |
| ING FINANCIAL MARKETS LLC | INTERNATIONAL EQUITY FINANCE | ISSUER SERVICES | 51 MERCEDES WAY | | EDGEWOOD | NY | 11717 | |
| ING FINANCIAL MARKETS LLC/INTERNATIONAL | STEPHEN BREATON | VICE PRESIDENT | 1325 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019 | |
| ING FINANCIAL MARKETS LLC/LTD. | STEPHEN BREATON | VICE PRESIDENT | 1325 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019 | |
| INGALLS & SNYDER LLC/SECURITIES LENDING | ATTN CORPORATE ACTIONS | 1325 AVENUE OF THE  18TH FLOOR | | | NEW YORK | NY | 10019 | |
| INGALLS & SNYDER, LLC | JOSEPH DI BUONO | 61 BROADWAY | 31ST FLOOR | | NEW YORK | NY | 10006 | |
| INSTINET, LLC | LAUREN HAMMOND | DIRECTOR | WORLDWIDE PLAZA | 309 WEST 49TH STREET | NEW YORK | NY | 10019-7316 | |
| INSTINET, LLC/STOCK LOAN | CORPORATE ACTION | Worldwide Plaza | 309 West 49th Street | | NEW YORK | NY | 10019 | |
| INSTINET, LLC/STOCK LOAN | THOMAS RUGGIERO | 875 THIRD AVENUE | 18TH FLOOR | | NEW YORK | NY | 10022 | |
| Institutional Shareholder Services | | 15F Solaris One Building | 130 Dela Rosa Street | | Makati City | | 1229 | Philippines |
| Institutional Shareholder Services | | 350 David L. Boren Blvd. | Suite 2000 | | Norman | OK | 73072 | |
| INTERACTIVE BROKERS LLC | KARIN MCCARTHY | 8 GREENWICH OFFICE PARK | | | GREENWICH | CT | 06831 | |
| Interactive Brokers Retail Equity Clearing | Karin Mccarthy | 8 Greenwich Office Park | | | Greenwich | CT | 06831 | |
| Interactive Brokers Retail Equity Clearing | Karin Mccarthy | 2 Pickwick Plaza | 2nd Floor | | Greenwich | CT | 06830 | |
| INTERNATIONAL BANK OF COMMERCE/DRS | EILZA V GONZALEZ | 1200 SAN BERNARDO AVENUE | | | LAREDO | TX | 78040 | |
| INTL FCSTONE FINANCIAL INC. | CORPORATE ACTIONS | 708 3RD AVE | 15TH FL | | NEW YORK | NY | 10017 | |
| INTL FCSTONE FINANCIAL INC./BD RATES | CORPORATE ACTIONS | 708 3RD AVE | 15TH FL | | NEW YORK | NY | 10017 | |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (DRJ)

Page 15 of 36

Debtors' Exhibit No. 16
Page 472 of 493



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| INVESCO CAPITAL MARKETS, INC. | THOMAS SAUERBORN | ONE CHASE MANHATTAN PLAZA, | 37TH FLOOR | | NEW YORK | NY | 10005 | |
| INVESCO CAPITAL MARKETS, INC. | CORPORATE ACTIONS | Two Peachtree Pointe | 1555 Peachtree Street, N.E., SUITE 1800 | | ATLANTA | GA | 30309 | |
| ITAU BBA USA SECURITIES, INC. | CORPORATE ACTIONS | 767 FIFTH AVENUE | 50TH FLOOR | | NEW YORK | NY | 10153 | |
| ITAU UNIBANCO S.A. NEW YORK BRANCH | CORPORATE ACTIONS | 767 5TH AVENUE | 50TH FLOOR | | NEW YORK | NY | 10153 | |
| ITG INC. | ANTHONY PORTELLI | 380 MADISON AVE. | | | NEW YORK | NY | 10017 | |
| ITG INC/SECURITIES LENDING DIVISION | STEVEN PACELLA | VICE PRESIDENT | 380 MADISON AVENUE | 7TH FLOOR | NEW YORK | NY | 10017 | |
| J.P. Morgan Chase Bank Na/Fbo Blackrock CTF | Attn: Sachin Goyal, Corporate Actions | 14201 Dallas Pkwy | Floor 12 - Corp Actions Dept | | Dallas | TX | 75254 | |
| J.P. MORGAN CHASE BANK/GG1 | NORE SCARLETT | ADMINISTRATOR | 4 NEW YORK PLAZA | 11TH FLOOR | NEW YORK | NY | 10004 | |
| J.P. MORGAN CHASE/GARBAN CORPORATES | NORE SCARLETT | ADMINISTRATOR | 4 NEW YORK PLAZA | 11TH FLOOR | NEW YORK | NY | 10004 | |
| J.P. Morgan Clearing Corp. | Marcin Bieganski | 14201 Dallas Parkway, 12th Fl | | | Dallas | TX | 75254 | |
| J.P. MORGAN CLEARING CORP. | JOHN FAY | 500 STANTON CHRISTIANA ROAD | OPS 4, FLOOR 03 | NCC5 | NEWARK | DE | 19713-2107 | |
| J.P. MORGAN CLEARING CORP. / LENDING | GREGORY SCHRON | EXECUTIVE DIRECTOR | ONE METROTECH CENTER NORTH | | BROOKLYN | NY | 11201 | |
| J.P. MORGAN SECURITIES CANADA INC. ** | NORE SCARLETT | 4 NEW YORK PLAZA | 11TH FLOOR | | NEW YORK | NY | 10004 | |
| J.P. MORGAN SECURITIES LLC | IGOR CHUBURKOV | 500 STANTON CHRISTIANA ROAD | CORP ACTIONS 3RD FL | | NEWARK | DE | 19713-2107 | |
| J.P. MORGAN SECURITIES LLC/JP MORGAN MARKETS LIMITED | ATTN CORPORATE ACTIONS | 383 MADISON AVENUE | | | NEW YORK | NY | 10179 | |
| J.P. MORGAN SECURITIES LLC/JPMC LENDING | GREGORY SCHRON | EXECUTIVE DIRECTOR | ONE METROTECH CENTER NORTH | | BROOKLYN | NY | 11201 | |
| JAMES I. BLACK & COMPANY | KATHY BIRD | 311 SOUTH FLORIDA AVENUE | P.O. BOX 24838, 33802 | | LAKELAND | FL | 33801 | |
| JANE STREET CAPITAL, LLC | CORP ACTIONS | 250 Vesey Street | | | New York | NY | 10281 | |
| JANE STREET EXECUTION SERVICES, LLC | ATTN CORPORATE ACTIONS | 250 VESEY STREET | | | NEW YORK | NY | 10281 | |
| Janney Montgomery Scott LLC | Attn: Corporate Actions Department | 1717 Arch Street, 19th Floor | | | Philadelphia | PA | 19103 | |
| Janney Montgomery Scott LLC | Mark F. Gress | c/o Mediant Communications Inc. | 200 Regency Forest Drive | | Cary | NC | 27518 | |
| Janney Montgomery Scott LLC | Attn: Brendai Kirby | 1717 Arch Street | 19th Floor | | Philadelphia | PA | 19103 | |
| Janney Montgomery Scott LLC | Regina Lutz | 1801 Market Street, 9th Floor | | | Philadelphia | PA | 19103-1675 | |
| JANNEY MONTGOMERY SCOTT LLC/STOCK LO | JACK LUND | 26 BROADWAY | | | NEW YORK | NY | 10004 | |
| JANNEY MONTGOMERY SCOTT LLC/STOCK LOAN | | 1717 ARCH STREET | 19TH FLOOR | | PHILADELPHIA | PA | 19103 | |
| JAPAN SECURITIES DEPOSITORY CENTER, | SYLVIA ANTONIO | 18301 BERMUDA GREEN DRIVE | 2ND FLOOR | | TAMPA | FL | 33647 | |
| JEFFERIES LLC | ROBERT MARANZANO | 34 EXCHANGE PL | | | JERSEY CITY | NJ | 07311 | |
| JEFFERIES LLC/AS AGENT FOR JEFFERIES | JONATHAN CHRISTON | VICE PRESIDENT | HARBORSIDE FINANCIAL CENTER | PLAZA III, SUITE 705 | JERSEY CITY | NJ | 07303 | |
| JEFFERIES LLC/AS AGENT FOR JEFFERIES INTERNATIONAL LONDON | CORPORATE ACTIONS | 520 MADISON AVENUE | | | NEW YORK | NY | 10022 | |
| JEFFERIES LLC/JEFFERIES EXECUTION SE | VICTOR POLIZZOTTO | HARBORSIDE FINANCIAL CENTER | PLAZA III, SUITE 704 | | JERSEY CITY | NJ | 07311 | |
| JEFFERIES LLC/JEFFERIES EXECUTION SERVICES, INC. | SERVICE BUREAU | VICTOR POLIZZOTTO | HARBORSIDE FINANCIAL CENTER | PLAZA III, SUITE 704 | JERSEY CITY | NJ | 07311 | |
| JEFFERIES LLC/SECURITIES FINANCE | CORPORATE ACTIONS | 520 MADISON AVENUE | | | NEW YORK | NY | 10022 | |
| JEFFERIES LLC/SECURITIES FINANCE | JONATHAN CHRISTON | VICE PRESIDENT | 34 EXCHANGE PLACE PLAZA III | SUITE 705 | JERSEY CITY | NJ | 07311 | |
| JONES GABLE & COMPANY LIMITED/CDS | LORI WRIGHT | VICE PRESIDENT | 110 YONGE STREET | SUITE 600 | TORONTO | ON | M5C 1T6 | CANADA |
| JP MORGAN CHASE/JP MORGAN INTERNATIO | GREGORY HALLETT | OPERATIONS | 4041 OGLETOWN RD | 1ST FLOOR | NEWARK | DE | 19713 | |
| JP MORGAN CHASE/JP MORGAN INTERNATIONAL | NORE SCARLETT | ADMINISTRATOR | 4 NEW YORK PLAZA | 11TH FLOOR | NEW YORK | NY | 10004 | |
| JPMC/JPMORGAN CHASE BANK NA | ATTN: JANICE CHAMPAGNIE | 500 STANTON CHRISTIANA ROAD | 3/OPS 2 | | NEWARK | DE | 19713 | |
| JPMC/JPMORGAN CHASE BANK NA | MARCIN BIEGANSKI | 14201 DALLAS PKWY | FLOOR 12 - CORP ACTIONS DEPT | | DALLAS | TX | 75254 | |
| JPMC/THE HONG KONG SHANGHAI BANKING CORP. LTD | NORE SCARLETT | 4 NEW YORK PLAZA | 11TH FLOOR | | NEW YORK | NY | 10004 | |
| JPMC/THE ROYAL BANK OF SCOTLAND PLC, CT BRANCH | NORE SCARLETT | 4 NEW YORK PLAZA | 11TH FLOOR | | NEW YORK | NY | 10004 | |
| JPMCB/DNT ASSET TRUST | MARCIN BIEGANSKI | 14201 DALLAS PKWY | FLOOR 12 - CORP ACTIONS DEPT | | DALLAS | TX | 75254 | |
| JPMCB/HSBC BANK PLC IB MAIN FL ACCOUNT | DRALAN PORTER | ANALYST | 14201 DALLAS PARKWAY | 12TH FLOOR | DALLAS | TX | 75254 | |
| JPMCB/J.P. MORGAN SECURITIES CANADA INC. | NORE SCARLETT | 4 NEW YORK PLAZA | 11TH FLOOR | | NEW YORK | NY | 10004 | |



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| JPMORGAN CHASE BANK | OHIO POLICE AND FIRE PENSION FUND | MARCIN BIEGANSKI | 14201 DALLAS PARKWAY, 12TH FL | CORPORATE ACTIOND DEPT | DALLAS | TX | 75254 | |
| JPMORGAN CHASE BANK | JP MORGAN PROPRIETARY ASSET ACCOUNT | NORE SCARLETT - ADMINISTRATOR | 4 NEW YORK PLAZA | 11TH FLOOR | NEW YORK | NY | 10004 | |
| JPMORGAN CHASE BANK | BROKER & DEALER CLEARANCE DEPARTMENT | NORE SCARLETT | 4 NEW YORK PLAZA | 11TH FLOOR | NEW YORK | NY | 10004 | |
| JPMORGAN CHASE BANK | CORRESPONDENCE CLEARINGSERVICES 2 | MARCIN BIEGANSKI | 14201 DALLAS PARKWAY, 12TH FL | | DALLAS | TX | 75254 | |
| JPMORGAN CHASE BANK | WINTERFLOOD SECURITIESLIMITED | MARCIN BIEGANSKI | 14201 DALLAS PARKWAY, 12TH FL | CORPORATE ACTIOND DEPT | DALLAS | TX | 75254 | |
| JPMORGAN CHASE BANK | TREASURER OF STATE OF OHIO BWC | MARCIN BIEGANSKI | 14201 DALLAS PARKWAY, 12TH FL | CORPORATE ACTIOND DEPT | DALLAS | TX | 75254 | |
| JPMORGAN CHASE BANK - ADR | EDWARD SANTANGELO | 500 STANTON CHRISTINA ROAD | | | NEWARK | DE | 19713 | |
| JPMORGAN CHASE BANK N.A. | JPMORGAN EUROPE LIMITED MONICA WEMER | VICE PRESIDENT | 500 STANTON CHRISTIANA ROAD | | NEWARK | DE | 19713 | |
| JPMORGAN CHASE BANK NA | GME DIV OF ICAP CORPORATE LLC | JAMES BENJAMIN ANALYST | 14201 DALLAS PARKWAY | 12TH FLOOR | DALLAS | TX | 75254 | |
| JPMORGAN CHASE BANK NA/DBTC AMERICAS | DB UKBANK LIMITED DIANE MCGOWAN | VICE PRESIDENT | 4 NEW YORK PLAZA | 11TH FLOOR | NEW YORK | NY | 10004 | |
| JPMORGAN CHASE BANK NA/DBTC AMERICAS | DEUTSCHE BANK AG (LONDON BRANCH) MARCIN BIEGANSKI | ASSOCIATE | 14201 DALLAS PKWY, 12TH FL | CORPORATE ACTIONS DEPT | DALLAS | TX | 75254 | |
| JPMORGAN CHASE BANK NA/DBTC AMERICAS | MARCIN BIEGANSKI | ASSOCIATE | 14201 DALLAS PKWY, 12TH FL | CORPORATE ACTIONS DEPT | DALLAS | TX | 75254 | |
| JPMORGAN CHASE BANK NA/DBTC AMERICAS | DIANE MCGOWAN | VICE PRESIDENT | 4 NEW YORK PLAZA | 11TH FLOOR | NEW YORK | NY | 10004 | |
| JPMORGAN CHASE BANK, N.A./ABCP CONDUITS | ATTN: CORPORATE ACTIONS | 500 STANTON CHRISTIANA ROAD | OPS 4, FLOOR 03 | NCC5 | NEWARK | DE | 19713 | |
| JPMORGAN CHASE BANK, N.A./CHIEF INVESTMENT OFFICE 4 | ATTN: CORPORATE ACTIONS | 500 STANTON CHRISTIANA ROAD | OPS 4, FLOOR 03 | NCC5 | NEWARK | NJ | 19713-2107 | |
| JPMORGAN CHASE BANK, N.A./CUSTODIAL TRUST COMPANY | JOHN P FAY | CORP ACTIONS | 500 STANTON CHRISTIANA ROAD, OPS 4 | FLOOR: 03 | NEWARK | DE | 19713-2107 | |
| JPMORGAN CHASE BANK, N.A./CUSTODIAL TRUST COMPANY | CORPORATE ACTIONS DEPT | 14201 DALLAS PARKWAY, 12TH FL | | | DALLAS | TX | 75254 | |
| JPMORGAN CHASE BANK, N.A./JPMORGAN CHASE HOLDINGS LLC | ATTN: CORPORATE ACTIONS | 500 STANTON CHRISTIANA ROAD | OPS 4, FLOOR 03 | NCC5 | NEWARK | NJ | 19713-2107 | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCI | SACHIN GOYAL | ASSOCIATE | 500 STANTON CHRISTIANA ROAD, OPS 4 | FLOOR 02 | NEWARK | DE | 19713-2107 | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | FAREED HAMEEDUDDIN | 4 CHASE METROTECH CENTER | | | BROOKLYN | NY | 11245 | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | MARCIN BIEGANSKI | ASSOCIATE | 14201 DALLAS PKWY | FLOOR 12 - CORP ACTIONS DEPT | DALLAS | TX | 75254 | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | RBS SECURITIES JAPAN LIMITED RBS SECURITIES JAPAN LIMITED | MARCIN BIEGANSKI | 14201 DALLAS PKWY | FLOOR 12 - CORP ACTIONS DEPT | DALLAS | TX | 75254 | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | PUBLIC EMPLOYEES RETIREMENT SYSTEM OF OHIO (OPERS) | MARCIN BIEGANSKI | 14201 DALLAS PKWY | FLOOR 12 - CORP ACTIONS DEPT | DALLAS | TX | 75254 | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | RBS FINANCIAL PRODUCTS RBS FINANCIAL PRODUCTS | MARCIN BIEGANSKI | 14201 DALLAS PKWY | FLOOR 12 - CORP ACTIONS DEPT | DALLAS | TX | 75254 | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | RBS INVESTMENTS USA RBS INVESTMENTS USA | MARCIN BIEGANSKI | 14201 DALLAS PKWY | FLOOR 12 - CORP ACTIONS DEPT | DALLAS | TX | 75254 | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | RBS PLC | MARCIN BIEGANSKI | 14201 DALLAS PKWY | FLOOR 12 - CORP ACTIONS DEPT | DALLAS | TX | 75254 | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION/FBO TEMASEK INTERNATIONAL | ATTN: CORPORATE ACTIONS | 500 STANTON CHRISTIANA ROAD | OPS 4, FLOOR 03 | NCC5 | NEWARK | DE | 19713-2107 | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION/INTERMEDIARY HOLDI | CORPORATE ACTIONS | 14201 DALLAS PKWY | | | DALLAS | TX | 75254 | |
| JPMORGAN CHASE BANK.N.A. | JPMORGAN CHASE FUNDING INC. | GARY GABRYSH | 500 STANTON CHRISTIANA RD | | NEWARK | DE | 19713 | |
| JPMORGAN CHASE BANK/AG DEPOSITORY BA | FRED COHEN | INVESTMENT MANAGER | 500 CHRISTIANA RD., FLOOR 3 | MORGAN CHRISTIANA CENTER, OPS 4 | NEWARK | DE | 19702 | |
| JPMORGAN CHASE BANK/AG DEPOSITORY BANK | FRED COHEN | 500 CHRISTIANA RD., FLOOR 3 | MORGAN CHRISTIANA CENTER, OPS 4 | | NEWARK | DE | 19702 | |



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK/CHEMICAL/COMMERC | BILL VELASQUEZ | VICE PRESIDENT | 4 NEW YORK PLAZA | FLOOR 21 | NEW YORK | NY | 10004 | |
| JPMORGAN CHASE BANK/CHIEF INVESTMENT OFFICE | NORE SCARLETT - ADMINISTRATOR | NORE SCARLETT | 4 NEW YORK PLAZA | 11TH FLOOR | NEW YORK | NY | 10004 | |
| JPMORGAN CHASE BANK/CHIEF INVESTMENT OFFICE 3 | NORE SCARLETT - ADMINISTRATOR | NORE SCARLETT | 4 NEW YORK PLAZA | 11TH FLOOR | NEW YORK | NY | 10004 | |
| JPMORGAN CHASE BANK/CHIEF INVESTMENT OFFICE2 | NORE SCARLETT - ADMINISTRATOR | NORE SCARLETT | 4 NEW YORK PLAZA | 11TH FLOOR | NEW YORK | NY | 10004 | |
| JPMORGAN CHASE BANK/CORPORATE MUNICIPAL DEALER | NORE SCARLETT | 4 NEW YORK PLAZA | 11TH FLOOR | | NEW YORK | NY | 10004 | |
| JPMORGAN CHASE BANK/CORRESPONDENCE C | MARCIN BIEGANSKI | ASSOCIATE | CORPORATE ACTIONS DEPT | 14201 DALLAS PARKWAY, 12TH FL | DALLAS | TX | 75254 | |
| Jpmorgan Chase Bank/Euroclear Bank | Corporate Actions | 14201 Dallas Pkwy | Floor 12 - Corp Actions Dept | | Dallas | TX | 75254 | |
| JPMORGAN CHASE BANK/EUROCLEAR BANK | CORPORATE ACTIONS | SACHIN GOYAL | 500 STANTON CHRISTIANA ROAD | OPS 4, FLOOR 02 | NEWARK | DE | 19713-2107 | |
| JPMORGAN CHASE BANK/GARBAN SECURITIES, INC. | NORE SCARLETT | ADMINISTRATOR | 4 NEW YORK PLAZA | 11TH FLOOR | NEW YORK | NY | 10004 | |
| JPMORGAN CHASE BANK/GNPH MIDDLE MARK | SUSAN G REISING | 100 N BROADWAY | | | OKLAHOMA CITY | OK | 73102 | |
| JPMORGAN CHASE BANK/GNPH MIDDLE MARKET | SUSAN G REISING | 100 N BROADWAY | | | OKLAHOMA CITY | OK | 73102 | |
| JPMORGAN CHASE BANK/HSBCSI | NORE SCARLETT | ADMINISTRATOR | 4 NEW YORK PLAZA | 11TH FLOOR | NEW YORK | NY | 10004 | |
| JPMORGAN CHASE BANK/IA | MARCIN BIEGANSKI | ASSOCIATE | 14201 DALLAS PKWY, 12TH FL | CORP ACTIONS DEPT | DALLAS | TX | 75254 | |
| JPMORGAN CHASE BANK/INTL FCSTONE FINANCIALINC | NORE SCARLETT | ADMINISTRATOR | 4 NEW YORK PLAZA | 11TH FLOOR | NEW YORK | NY | 10004 | |
| JPMORGAN CHASE BANK/J.P.MORGAN CHASE | AL HERNANDEZ | 34 EXCHANGE PLACE | | | JERSEY CITY | NJ | 07311 | |
| JPMORGAN CHASE BANK/J.P.MORGAN CHASE & CO./CERTIFICATE OF DEPOSIT/IPA | AL HERNANDEZ | 34 EXCHANGE PLACE | | | JERSEY CITY | NJ | 07311 | |
| JPMORGAN CHASE BANK/JPMORGAN PPB | GREGORY HALLETT | OPERATIONS | 4041 OGLETOWN RD | 1ST FLOOR | NEWARK | NJ | 19813 | |
| JPMORGAN CHASE BANK/JPMORGAN PPB | | 4 NEW YORK PLAZA | 11TH FLOOR | | NEW YORK | NY | 10004 | |
| JPMORGAN CHASE BANK/MET LIFE LOANET | PAULA JONES | ASSISTANT VICE PRESIDENT | 14201 DALLAS PARKWAY | | DALLAS | TX | 75254 | |
| JPMORGAN CHASE BANK/MUNICIPAL DEALER | JOHN HALLORAN | 500 STANTON CHRISTIANA RD. | OPS 4 FLOOR 3 | | NEWARK | DE | 19713-2107 | |
| JPMORGAN CHASE BANK/PCS SHARED SERVICES | MARCIN BIEGANSKI | 14201 DALLAS PARKWAY, 12TH FL | CORPORATE ACTIOND DEPT | | DALLAS | TX | 75254 | |
| JPMORGAN CHASE BANK/PRUDENTIAL | MARCIN BIEGANSKI | ASSOCIATE | 14201 DALLAS PARKWAY, 12TH FL | CORPORATE ACTIONS DEPT | DALLAS | TX | 75254 | |
| JPMORGAN CHASE BANK/RBS SECURITIES INC. | NORE SCARLETT | ADMINISTRATOR | 4 NEW YORK PLAZA | 11TH FLOOR | NEW YORK | NY | 10004 | |
| JPMORGAN CHASE BANK/SUSQUEHANNA | DIANE MCGOWAN | VICE PRESIDENT | 3 METROTECH | 5TH FLOOR | BROOKLYN | NY | 11245 | |
| JPMORGAN CHASE BANK/TREASURER OF STA | MARCIN BIEGANSKI | ASSOCIATE | 14201 DALLAS PARKWAY, 12TH FL | CORPORATE ACTIOND DEPT | DALLAS | TX | 75254 | |
| JPMORGAN CHASE BANK/TRUST CO. OF CAL | PHILIP ROY | VICE PRESIDENT | 14201 DALLAS PKWY | FLOOR 12 | DALLAS | TX | 75254 | |
| JPMORGAN CHASE BANK/VANGUARD LOANET | PAULA JONES | ASSISTANT VICE PRESIDENT | 14201 DALLAS PARKWAY | | DALLAS | TX | 75254 | |
| JPMORGAN CHASE/FIMAT PF | MARCIN BIEGANSKI | 14201 DALLAS PARKWAY, 12TH FL | CORPORATE ACTIOND DEPT | | DALLAS | TX | 75254 | |
| JPMORGAN CHASE/NEWEDGE CUSTODY | CORP ACTION | 630 FIFTH AVENUE, SUITE 500 | | | NEW YORK | NY | 10111 | |
| JPMORGAN CHASE/RBS | NORE SCARLETT | ADMINISTRATOR | 4 NEW YORK PLAZA | 11TH FLOOR | NEW YORK | NY | 10004 | |
| JPMORGAN CHASE/US EQ TRP | SERGIO MONTILLO | VICE PRESIDENT | 500 STANTON CHRISTIANA ROAD | | NEWARK | DE | 19713 | |
| JPMORGAN CHASE-ADR MAX | SANJAY GHULIANI | PARADIGM, B WING, FLOOR 6 | MAINDSPACE, MALAD (W) | | MUMBAI | | 400 064 I00000 | INDIA |
| JPMORGAN CHASE-FIMAT CU | SANJAY GHULIANI | ASSISTANT VICE PRESIDENT | PARADIGM, B WING, FLOOR 6 | MAINDSPACE, MALAD (W) I00000 | MUMBAI 400 064 | | | INDIA |
| JPMORGAN CHASE-FIMAT MB | SANJAY GHULIANI | ASSISTANT VICE PRESIDENT | PARADIGM, B WING, FLOOR 6 | MINDSPACE, MALAD (W) | MUMBAI | | 400 064 I00000 | INDIA |
| JPMORGAN CHASE-FIMAT RM | SANJAY GHULIANI | ASSISTANT VICE PRESIDENT | PARADIGM, B WING, FLOOR 6 | MINDSPACE, MALAD (W) | MUMBAI | | 400 064 I00000 | INDIA |



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| JUMP TRADING LLC | ATTN: CORPORATE ACTIONS | 600 W CHICAGO AVE | SUITE 825 | | CHICAGO | IL | 60654 | |
| JUMP TRADING, LLC | CORPORATE ACTIONS | 600 W CHICAGO AVE | SUITE 825 | | CHICAGO | IL | 60654 | |
| KCG Americas LLC | Janica Brink, Vp | Corporate Actions | 545 Washington Blvd. | | Jersey City | NJ | 07310 | |
| KEYBANK NA/FBO TREASURER OF STATE OF OHIO | SCOTT MACDONALD | VICE PRESIDENT | 4900 TIEDEMAN ROAD | OH-01-49-310 | BROOKLYN | OH | 44144 | |
| KEYBANK NA/FBO TREASURER OF STATE OF OHIO | SCOTT MACDONALD | VICE PRESIDENT | 4900 TIEDEMAN ROAD | OH-01-49-310 | BROOKLYN | OH | 44144 | |
| KEYBANK NATIONAL ASSOCIATION | RAYMOND HANNAN | 4900 TIEDEMAN ROAD | OH-01-49-0240 | | BROOKLYN | OH | 44144 | |
| KEYBANK SAFEKEEPING | 4900 TIEDEMAN ROAD | OH-01-49-0240 | | | BROOKLYN | OH | 44144 | |
| KEYBANK SAFEKEEPING | RAYMOND HANNAN | 4900 TIEDEMAN ROAD | OH-01-49-0240 | | BROOKLYN | OH | 44144 | |
| KGS-ALPHA CAPITAL MARKETS, L.P. | CORPORATE ACTIONS | 601 LEXINGTON AVE | 44TH FLOOR | | NEW YORK | NY | 10022 | |
| KOONCE SECURITIES LLC | G. SOHAN | 6550 ROCK SPRING DR. | SUITE 600 | | BETHESDA | MD | 20817 | |
| KOONCE SECURITIES, INC. | CORPORATE ACTIONS | 6229 EXECUTIVE BLVD | | | ROCKVILLE | MD | 20852-3906 | |
| LAKESIDE BANK | MICHAEL MC CAULEY | 141 WEST JACKSON BLVD | SUITE 130A | | CHICAGO | IL | 60604 | |
| LAURENTIAN BANK OF CANADA/CDS | FRANCESCA MAIORINO | 1981 MCGILL COLLEGE AVE | SUITE 100 | | MONTREAL | QC | BCAH3A 3K3 | CANADA |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | JAMES JONES | 400 MADISON AVENUE | SUITE 4D | | NEW YORK | NY | 10017 | |
| LBI-LEHMAN GOVERNMENT SECURITIES INC | JAMES GARDINER | 70 HUDSON ST | | | JERSEY CITY | NJ | 07302 | |
| LBI-LEHMAN GOVERNMENT SECURITIES INC | ED CALDERON | 70 HUDSON ST | | | JERSEY CITY | NJ | 07302 | |
| LEEDE FINANCIAL MARKETS INC./CDS | JANUSZ KOWALSKI | 1140 WEST PENDER STREET | SUITE 1800 | | VANCOUVER | BC | V6E 4G1 | CANADA |
| LEEDE JONES GABLE INC./CDS | JANUSZ KOWALSKI | 1140 WEST PENDER STREET | SUITE 1800 | | VANCOUVER | BC | V6E 4G1 | CANADA |
| LEHMAN BROTHERS INC./DRAKE LOW VOLAT | ANDRE VERDERAME | 70 HUDSON ST 7TH FL | | | JERSEY CITY | NJ | 07302 | |
| LEHMAN BROTHERS INC./EQUITY FINANCE | ANDRE VERDERAME | VICE PRESIDENT | 101 HUDSON STREET | 31ST FLOOR | JERSEY CITY | NJ | 07302 | |
| LEHMAN BROTHERS INC./FFTW MULTI-STRA | ANDRE VERDERAME | VICE PRESIDENT | 70 HUDAON STREET | 7TH FLOOR | JERSEY CITY | NJ | 07302 | |
| LEHMAN BROTHERS INC./FIRST CARIBBEAN | EDWARD CALDERON | 70 HUDSON | | | JERSEY CITY | NJ | 07302 | |
| LEHMAN BROTHERS INC./FIRST CARIBBEAN | ANDRE VERDERAME | VICE PRESIDENT | 70 HUDSON STREET | 7TH FLOOR | JERSEY CITY | NJ | 07302 | |
| LEHMAN BROTHERS INC./FIRST PRINCIPLE | ANDRE VERDERAMR | VICE PRESIDENT | 70 HUDSON STREET | 7TH FLOOR | JERSEY CITY | NJ | 07302 | |
| LEHMAN BROTHERS INC./ING PROPRIETARY | ANDRE VERDERAME | VICE PRESIDENT | 70 HUDSON STREET | 7TH FLOOR | JERSEY CITY | NJ | 07302 | |
| LEHMAN BROTHERS INC./MILLENNIUM PART | ANDRE VERDERAME | VICE PRESIDENT | 70 HUDSON STREET | 7TH FLOOR | JERSEY CITY | NJ | 07302 | |
| LEHMAN BROTHERS INC./NAYAN CAPITAL | ANDRE VERDERAME | 70 HUDSON ST | 7TH LOOR | | JERSEY | NJ | 07302 | |
| LEHMAN BROTHERS INC./ONE WILLIAM STR | ANDRE VERDERAME | VICE PRESIDENT | 70 HUDSON STREET | 7TH FLOOR | JERSEY CITY | NJ | 07302 | |
| LEHMAN BROTHERS INC./R3 CAPITAL PART | LEONARD BELVEDERE | ASSISTANT VICE PRESIDENT | 70 HUDSON STREET | 7TH FLOOR | JERSEY CITY | NJ | 07302 | |
| LEHMAN BROTHERS INC./RCG PB-JV | ANDRE VERDERAME | VICE PRESIDENT | 70 HUDSON STREET | 7TH FLOOR | JERSEY CITY | NJ | 07302 | |
| LEHMAN BROTHERS INC./THE 3D CAPITAL | ANDRE VERDERAME | VICE PRESIDENT | 70 HUDSON ST 7TH FL | | JERSEY CITY | NJ | 07302 | |
| LEHMAN BROTHERS INC./THE DRAKE OFFSHORE | ANDRE VERDERAME | VICE PRESIDENT | 70 HUDSON ST | 7TH FL | JERSEY CITY | NJ | 07302 | |
| LEHMAN BROTHERS INC/ING PROPRIETARY | ANDRE VERDERAME | VICE PRESIDENT | 70 HUDSON STREET | 7TH FLOOR | JERSEY CITY | NJ | 07302 | |
| LEHMAN BROTHERS, INC. | JIM GARDINER | REORG | 70 HUDSON | | JERSEY CITY | NJ | 07302 | |
| LEK SECURITIES CORPORATION | CORPORATE ACTIONS | ONE LIBERTY PLAZA | 52nd Floor | | NEW YORK | NY | 10006 | |
| LEK SECURITIES CORPORATION | CORPORATE ACTIONS | DANIEL HANUKA | 140 BROADWAY | 29TH FLOOR | NEW YORK | NY | 10005 | |
| LEK SECURITIES CORPORATION | DANIEL HANUKA | 140 BROADWAY | 29TH FLOOR | | NEW YORK | NY | 10005 | |
| LIGHT HOUSE INVESTORS | ATTN: MARILYN FLEURY | CORPORATE ACTIONS | 1431 E LA COSTA DRIVE | | CHANDLER | AZ | 85249-8592 | |
| LOMBARD ODIER TRANSATLANTIC, | LIMITED PARTNERSHIP | NICOLE LEDUC | 1000 SHERBROOK STREET WEST | SUITE 2200 | MONTREAL | QC | H3A 3R7 | CANADA |
| LOMBARD ODIER TRANSATLANTIC, LIMITED | ALDO CARLOMUSTO | 1000 SHERBROOK STREET WEST | SUITE 2200 | | MONTREAL | PQ | H3A 3R7 | CANADA |
| LOYAL3 SECURITIES INC. | CORPORATE ACTIONS | P.O. Box 26027 | | | SAN FRANCISCO | CA | 94103 | |
| Lpl Financial Corporation | Corporate Actions | Kristin Kennedy | 9785 Towne Centre Drive | | San Diego | CA | 92121-1968 | |
| LPL FINANCIAL CORPORATION | CORPORATE ACTIONS | JACQUI  TEAGUE ; KRISTIN KENNEDY | 1055 LPL WAY | | FORT MILL | SC | 29715 | |
| M1 FINANCE LLC/STOCK LOAN | ATTN CORPORATE ACTIONS | 200 N LASALLE STREET | SUITE 800 | | CHICAGO | IL | 60601 | |
| MACDOUGALL, MACDOUGALL & MACTIER INC | JOYCE MILLETT | PLACE DU CANADA, SUITE 2000 | | | MONTREAL | QC | H3B 4J1 | CANADA |
| MACKIE RESEARCH CAPITAL CORPORATION/ | TONY RODRIGUES | SUPERVISOR | 199 BAY STREET | COMMERCE COURT WEST, SUITE 4600 | TORONTO | ON | M5L 1G2 | CANADA |
| MACKIE RESEARCH CAPITAL CORPORATION/CDS | ATTN: VISHNU SANTHAKUMAR | 199 BAY STREET | COMMERCE COURT WEST, SUITE 4600 | | TORONTO | ON | M5L 1G2 | CANADA |
| MACQUARIE CAPITAL (USA) INC. | CORP ACTIONS | 125 WEST 55TH STREET | 23RD FLOOR | | NEW YORK | NY | 10019 | |
| MACQUARIE CAPITAL (USA) INC./MATCHED BOOK | NUHRAAN JAKOET | 125 WEST 55TH STREET | 23RD FLOOR | | NEW YORK | NY | 10019 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 19 of 36



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MANUFACTURERS & TRADERS TRUST COMPANY | MUNITRADING/SAFEKEEPING | RONALD SMITH | ONE M&T PLAZA, 3RD FLOOR | TREASURY OPERATIONS | BUFFALO | NY | 14203 | |
| MANUFACTURERS AND TRADERS TRUST CO | WILMINGTON TRUST/IPA | SAM HAMED | 1100 NORTH MARKET STREET | | WILMINGTON | DE | 19890-0001 | |
| MANUFACTURERS AND TRADERS TRUST CO/W | SHAWN LUCEY | RODNEY SQUARE NORTH | 1100 NORTH MARKET STREET | | WILMINGTON | DE | 19801 | |
| MANUFACTURERS AND TRADERS TRUST COMP | SUSAN GRANT | STATE STREET BANK AND TRUST COMPANY, | 61 BROADWAY | | NEW YORK | NY | 10006 | |
| MANUFACTURERS AND TRADERS TRUST COMPANY | TONY LAGAMBINA | ONE M&T PLAZA-8TH FLOOR | | | BUFFALO | NY | 14203 | |
| MANUFACTURERS AND TRADERS TRUST COMPANY/COMMERCIAL LOANS | CORPORATE ACTIONS | ONE M&T PLAZA, 3RD FLOOR | | | BUFFALO | NY | 14203 | |
| MANUFACTURERS AND TRADERS TRUST COMPANY/IPA | TONY LAGAMBINA | ONE M&T PLAZA-8TH FLOOR | | | BUFFALO | NY | 14203 | |
| MANULIFE SECURITIES INCORPORATED/CDS | JOSEPH CHAU | MANAGER | 85 RICHMOND STREET WEST | | TORONTO | ON | ON 500000 | CANADA |
| MANULIFE SECURITIES INCORPORATED/CDS | SECURITIES OPERATIONS | PO BOX 1700 RPO LAKESHORE WEST | | | OAKVILLE | ON | L6K 0G7 | CANADA |
| MAPLE SECURITIES - FP | MARK ELLIOTT | 79 WELLINGTOMN ST WEST | | | TORONTO | ON | M5K IK7 | CANADA |
| MAPLE SECURITIES - UK | MARK ELLIOTT | 79 WELLINGTOMN ST WEST | | | TORONTO | ON | M5K IK7 | CANADA |
| MAPLE SECURITIES CANADA LIMITED/CDS | JEFF CARR | MANAGER | 79 WELLINGTON STREET WEST | | TORONTO | ON | M5K 1K7 | CANADA |
| MAPLE SECURITIES U.S.A. INC. | MARK ELLIOTT | 79 WELLINGTON STREET WEST | | | TORONTO | ON | M5K 1K7 | CANADA |
| MAPLE SECURITIES U.S.A. INC. - DOMESTIC | MARK ELLIOTT | 79 WELLINGTON STREET WEST | | | TORONTO | ON | M5K 1K7 | CANADA |
| MAPLE SECURITIES USA INC./CUSTODY | MARK ELLIOT | SUPERVISOR | 79 WELLINGTOMN ST WEST | | TORONTO | ON | M5KIK7 | CANADA |
| MARKETAXESS CORPORATION | ATTN: CORPORATE ACTIONS | 55 Hudson Yards | Floor 15 | | NEW YORK | NY | 10001 | |
| Marsco Investment Corporation/Tradeup | Mark Kadison | 101 Eisenhower Parkway | | | Roseland | NJ | 07068 | |
| MATRIX TRUST COMPANY | C/O MACHOL & JOHANNES PC | ATTN: SUZANNE WALTERS | 250 N SUNNY SLOPE RD | STE 300 | BROOKFIELD | WI | 53005-4824 | |
| Mediant Communications | Attn Stephany Hernandez | 100 Demarest Drive | Proxy Center | | Wayne | NJ | 07470 | |
| MERCADO DE VALORES DE BUENOS AIRES S.A. | CORPORATE ACTIONS | 25 DE MAYO 359 | PISOS 8- 9-10 FLOORS | | BUENOS AIRES | | C1002ABG | ARGENTINA |
| MERCHANT CAPITAL, L.L.C. | BELINDA WILSON, OPERATIONS MANAGER | 2660 EAST CHASE LANE | LAKEVIEW CENTER SUITE 400 | | MONTGOMERY | AL | 36117 | |
| MERRILL LYNCH PIERCE FENNER & SMITH | DTC 8862 | EARL  WEEKS | 4804 DEERLAKE DR. E. | | JACKSONVILLE | FL | 32246 | |
| MERRILL LYNCH PIERCE FENNER & SMITH | FIXED INCOME | EARL WEEKS | 4804 DEAR LAKE DR E | | JACKSONVILLE | FL | 32246 | |
| MERRILL LYNCH PIERCE FENNER & SMITH | CHRIS WIEGAND | VICE PRESIDENT | 4804 DEAR LAKE DR E | | JACKSONVILLE | FL | 32246 | |
| MERRILL LYNCH PIERCE FENNER & SMITH | MICHAEL NIGRO | 101 HUDSON STREET | | | JERSEY CITY | NJ | 07302 | |
| MERRILL LYNCH PIERCE FENNER & SMITH INC.-MLIM | GLOBAL SECURITIES FINANCING INTERNATIONAL | MICHAEL NIGRO | 101 HUDSON STREET | | JERSEY CITY | NJ | 07302 | |
| MERRILL LYNCH PROFESSIONAL CLEARING | RAYMOND HANNAN | KEYBANK SAFEKEEPING | 4804 DEER LAKE DR E | | JACKSONVILLE | FL | 32246 | |
| MERRILL LYNCH PROFESSIONAL CLEARING CORP. | EARL WEEKS | 4804 DEER LAKE DR E | | | JACKSONVILLE | FL | 32246 | |
| MERRILL LYNCH, PIERCE FENNER & | SMITH INC. -SECURITIES LENDING | EARL WEEKS | 4804 DEER LAKE DR. E. | | JACKSONVILLE | FL | 32246 | |
| MERRILL LYNCH, PIERCE FENNER & SMITH | EARL WEEKS | C/O MERRILL LYNCH CORPORATE ACTIONS | 4804 DEER LAKE DR. E. | | JACKSONVILLE | FL | 32246 | |
| Merrill Lynch, Pierce, Fenner & | Smith Incorporated | Earl Weeks | 4804 Dear Lake Dr E | | Jacksonville | FL | 32246 | |
| MERRILL LYNCH, PIERCE, FENNER & SMIT | CARLOS GOMEZ | VICE PRESIDENT | 101 HUDSON STREET | | JERSEY CITY | NJ | 07302 | |
| MERRILL LYNCH, PIERCE, FENNER & SMITH | ANTHONY STRAZZA | 101 HUDSON STREET | 7TH FLOOR | | NEW JERSEY | NJ | 07302 | |
| MERRILL LYNCH, PIERCE, FENNER & SMITH | STOCKLOAN HEDGE ACCOUNT | CARLOS GOMEZ | 101 HUDSON STREET | | JERSEY CITY | NJ | 07302 | |
| MERRILL LYNCH, PIERCE, FENNER & SMITH | CHRISTINE PEARSON | RAYMOND JAMES & ASSOCIATES, INC./RAY | P.O. BOX 14407 | | ST. PETERSBURG | FL | 33733 | |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED/671 MLPF& | CORPORATE ACTIONS | 4804 DEERLAKE DR. E. | | | JACKSONVILLE | FL | 32246 | |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED/STOCK LOAN | CORPORATE ACTIONS | 101 HUDSON STREET | | | JERSEY CITY | NJ | 07302 | |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. - FOREIGN SECURITY LENDING | ANTHONY STRAZZA | 101 HUDSON STREET | 7TH FLOOR | | NEW JERSEY | NJ | 07302 | |
| MESIROW FINANCIAL | ATTN: CORPORATE ACTIONS, DEBORAH LYNE | 353 N. CLARK ST. | | | CHICAGO | IL | 60654 | |
| MESIROW FINANCIAL | ATTN: JOHN O'SHEA | 353 NO. CLARK ST. | | | CHICAGO | IL | 60654 | |
| MESIROW FINANCIAL, INC. | JONATHAN STANISLAW | 353 NORTH CLARK STREET | | | CHICAGO | IL | 60654 | |
| MF GLOBAL INC. | JIM ARENELLA | 717 5TH AVENUE | | | NEW YORK | NY | 10022 | |
| MF GLOBAL INC/MFL | JAMES ARENELLA | MANAGER | 717 FIFTH AVENUE | | NEW YORK | NY | 10022 | |
| MF GLOBAL INC./STOCK LOAN | JAMES ARENELLA | MANAGER | 717 FIFTH AVENUE | | NEW YORK | NY | 10022 | |
| MF GLOBAL INC/CHICAGO | MANAGER | 717 FIFTH AVENUE | | | NEW YORK | NY | 10022 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MG TRUST COMPANY | SUZANNE WALTERS | VICE PRESIDENT | 250 N SUNNY SLOPE RD | STE 300 | BROOKFIELD | WI | 53005-4824 | |
| MID ATLANTIC TRUST COMPANY | CORPORATE ACTIONS | 1251 WATERFRONT PLACE | SUITE 510 | | PITTSBURGH | PA | 15222 | |
| MIRAE ASSET SECURITIES (USA) INC./STOCK LOAN CONDUIT ACCOUNT | CORPORATE ACTIONS | 810 7th Avenue, 37th Floor | | | NEW YORK | NY | 10019 | |
| MIRAE ASSET SECURITIES (USA), INC. | CORPORATE ACTIONS | 810 7th Avenue, 37th Floor | | | New York | NY | 10019 | |
| MITSUBISHI UFJ SECURITIES (USA), INC. | CORPORATE ACTIONS | 1633 BROADWAY | | | NEW YORK | NY | 10019 | |
| MITSUBISHI UFJ TRUST & BANKING CORPO | | 6TH FLOOR | | | NEW YORK | NY | 10018 | |
| MITSUBISHI UFJ TRUST & BANKING CORPO | EDWARD CAPLETTE | VICE PRESIDENT | 1221 AVENUE OF THE AMERICAS | 10TH FLOOR | NEW YORK | NY | 10022 | |
| MITSUBISHI UFJ TRUST & BANKING CORPO | RICHARD WENSKOSKI | 420 FIFTH AVENUE | 6TH FLOOR | | NEW YORK | NY | 10018 | |
| MITSUBISHI UFJ TRUST & BANKING CORPORATION, | NEW YORK BRANCH/STOCK LOAN | RICHARD WENSKOSKI | 420 FIFTH AVENUE | 6TH FLOOR | NEW YORK | NY | 10018 | |
| MITSUBISHI UFJ TRUST & BANKING CORPORATION, | NEW YORK BRANCH | RICHARD WENSKOSKI | 420 FIFTH AVENUE | 6TH FLOOR | NEW YORK | NY | 10018 | |
| MITSUBISHI UFJ TRUST & BANKING CORPORATION, | NEW YORK BRANCH/AFFILIATE | RICHARD WENSKOSKI | 420 FIFTH AVENUE | 6TH FLOOR | NEW YORK | NY | 10018 | |
| MITSUBISHI UFJ TRUST AND BANKING CORPORATION, NEW YORK BRANCH/ | ATTN: CORPORATE ACTIONS | 420 FIFTH AVENUE | 6TH FLOOR | | NEW YORK | NY | 10018 | |
| MIZUHO BANK (USA) | ROBERT DIMICK | 135 WEST 50TH STREET | 16TH FLOOR | | NEW YORK | NY | 10020 | |
| MIZUHO BANK LTD. NEW YORK BRANCH | RAMON ROSARIO | 1800 PLAZA TEN | | | JERSEY CITY | NJ | 07311 | |
| MIZUHO BANK LTD. NEW YORK BRANCH/IPA | RAMON ROSARIO | HARBORSIDE FINANCIAL CENTER | 1800 PLAZA TEN | | JERSEY CITY | NJ | 07311 | |
| MIZUHO SECURITIES USA LLC | OPERATIONS | 111 RIVER STREET | | | HOBOKEN | NJ | 07030 | |
| MIZUHO SECURITIES USA LLC/ | MIZUHO CAPITAL MARKETS LLC | CORPORATE ACTIONS | 111 RIVER STREET | | HOBOKEN | NJ | 07030 | |
| MIZUHO SECURITIES USA LLC/ | MIZUHO CAPITAL MARKETS LLC - EQUITIES | CORPORATE ACTIONS | 111 RIVER STREET | | HOBOKEN | NJ | 07030 | |
| MIZUHO SECURITIES USA LLC/MIZUHO MARKETS CAYMAN | ATTN: CORPORATE ACTIONS | 111 RIVER STREET | | | HOBOKEN | | 07030 | |
| MIZUHO SECURITIES USA LLC/MIZUHO MUNICIPAL HOLDINGS, LLC | ATTN: CORPORATE ACTIONS | 111 RIVER STREET | | | HOBOKEN | NJ | 07030 | |
| MIZUHO SECURITIES USA/FIXED INCOME | RICH VISCO | DIRECTOR | 111 RIVER STREET | SUITE 1100 | HOBOKEN | NJ | 07030 | |
| MIZUHO SECURITIES/SECURITIES FINANCE | RICH VISCO / GREG  RAIA | 111 RIVER STREET | SUITE 1100 | | HOBOKEN | NJ | 07030 | |
| MIZUHO TRUST & BANKING CO (USA) | SECURITY LENDING | RICH VISCO | 111 RIVER STREET | SUITE 1100 | HOBOKEN | NJ | 07030 | |
| MIZUHO TRUST & BANKING CO. (USA) | ROBERT DIMICK | 135 WEST 50TH STREET | 16TH FLOOR | | NEW YORK | NY | 10020 | |
| MONTE TITOLI - S.P.A. | Attn Corporate Actions | Piazza Degli Affari 6 Milano | | | | | 20123 | Italy |
| MORGAN STANLEY & CO LLC/SL CONDUIT | DAN SPADACCINI | 901 SOUTH BOND ST | 6TH FL | | BALTIMORE | MD | 21231 | |
| Morgan Stanley & Co. International P | Dan Spadaccini | 901 South Bond St | 6th Fl | | BALTIMORE | MD | 21231 | |
| MORGAN STANLEY & CO. INTERNATIONAL PLC/MORGAN STANLEY BANK A.G. | | 25 CABOT SQUARE CANNARY WHARF | | | LONDON | | E14 4QA | UNITED KINGDOM |
| MORGAN STANLEY & CO. INTERNATIONAL PLC/MORGAN STANLEY BANK A.G. | MANSUR  PRESIDENT | 1300 THAMES ST | 5TH FLOOR | | BALTIMORE | MD | 21231 | |
| MORGAN STANLEY & CO. INTERNATIONAL PLC/MSIP DTC OTC MARGIN NON RE-HYPE | ATTN: CORPORATE ACTIONS | 901 SOUTH BOND ST | 6TH FL | | | MD | 21231 | |
| MORGAN STANLEY & CO. INTERNATIONAL PLC/MSIP DTC OTC MARGIN RE-HYPE | ATTN: CORPORATE ACTIONS | 901 SOUTH BOND ST | 6TH FL | | | MD | 21231 | |
| MORGAN STANLEY & CO. LLC | MANSUR  PRESIDENT | 1300 THAMES STREET | 5TH FL | | BALTIMORE | MD | 21231 | |
| MORGAN STANLEY & CO. LLC SL CONDUIT | DAN SPADACCINI | 901 SOUTH BOND ST | 6TH FL | | BALTIMORE | MD | 21231 | |
| MORGAN STANLEY & CO. LLC/II | DAN SPADACCINI | 901 SOUTH BOND STREET | 6TH FLOOR | | BALTIMORE | MD | 21231 | |
| MORGAN STANLEY & CO. LLC/III | DAN SPADACCINI | 901 SOUTH BOND ST | 6TH FLOOR | | BALTIMORE | MD | 21231 | |
| Morgan Stanley & Co. LLC/International Pub | Corporate Actions | 901 South Bond St | 6th Fl | | Baltimore | MD | 21231 | |
| Morgan Stanley & Co. LLC/International PLC | Corp Actions | 1300 Thames Street | 7th Floor | | Baltimore | MD | 21231 | |
| MORGAN STANLEY & CO. LLC/OTC DERIVATIVE MARGIN COLLATERAL | ATTN: CORPORATE ACTIONS | 901 SOUTH BOND ST | 6TH FL | | BALTIMORE | MD | 21231 | |
| MORGAN STANLEY BANK, N.A. | GLENN PIZER | EXECUTIVE DIRECTOR | ONE UTAH CENTER | 201 MAIN STREET | SALT LAKE CITY | UT | 84111 | |
| MORGAN STANLEY BANK, N.A. | GLENN PIZER | EXECUTIVE DIRECTOR | ONE PIERREPONT PLAZA | OPERATIONS/SETTLEMENTS | BROOKLYN | NY | 11201 | |
| MORGAN STANLEY PRIVATE BANK | NATIONAL ASSOCIATION/#2 | 1300 THAMES STREET | 7TH FLOOR | | BALTIMORE | MD | 21231 | |
| MORGAN STANLEY PRIVATE BANK, | NATIONAL ASSOCIATION | CORP ACTION | 1300 THAMES STREET | 7TH FLOOR | BALTIMORE | MD | 21231 | |
| MORGAN STANLEY PRIVATE BANK, NATIONA | GOLDMAN JONATHAN | MANAGER | 919 NORTH MARKET STREET | | WILMINGTON | DE | 19801 | |
| MORGAN STANLEY PRIVATE BANK, NATIONAL | MARY JOUBERT | VICE PRESIDENT | 919 NORTH MARKET STREET | | WILMINGTON | DE | 19801 | |



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MORGAN STANLEY PRIVATE BANK, NATIONAL ASSOCIATION/ MSPBNA CIO | ATTN: CORPORATE ACTIONS | 901 SOUTH BOND ST | 6TH FL | | | MD | 21231 | |
| Morgan Stanley Smith Barney LLC | John Barry | 1300 Thames St | 6th Floor | | Baltimore | MD | 21231 | |
| MORGAN STANLEY SMITH BARNEY LLC/FPL | JOHN BARRY | 1300 THAMES ST | 6TH FLOOR | | BALTIMORE | MD | 21231 | |
| MUFG SECURITIES AMERICAS INC. | JOSEPH CATANIA | ASSOCIATE | 1633 BROADWAY | | NEW YORK | NY | 10019 | |
| MUFG SECURITIES AMERICAS INC./STOCK LOAN | CORPORATE ACTIONS | 1221 Avenue of the Americas | | | NEW YORK | NY | 10020-1001 | |
| MUFG SECURITIES EMEA PLC | ATTN: CORPORATE ACTIONS | 1633 BROADWAY | | | NEW YORK | NY | 10019 | |
| MUFG SECURITIES EMEA PLC/MUFGLAB | ATTN: CORPORATE ACTIONS | 1633 BROADWAY | | | NEW YORK | NY | 10019 | |
| MUFG UNION BANK, N.A. | C/O CORPORATE ACTIONS CLAIMS MANAGEMENT | 1555 N RIVERCENTER DR | STE 302 | | MILWAUKEE | WI | 53212-3958 | |
| MUFG UNION BANK, N.A. | MAGGI BOUTELLE | 1555 N RIVERCENTER DR | STE 302 | | MILWAUKEE | WI | 53212-3358 | |
| MUFG UNION BANK, N.A. | MAGGI BOUTELLE | 1555 N RIVERCENTER DR | STE 302 | | MILWAUKEE | WI | 53212-3958 | |
| MUFG UNION BANK, N.A./CAPITAL MARKETS | CARLETTA MIZELL | 445 S. FIGUEROA STREET | G21-101 | | LOS ANGELES | CA | 90071 | |
| MUFG UNION BANK, N.A./CORPORATE TRUST/IPA | CORA SERRANO | VICE PRESIDENT | 120 SOUTH SAN PEDRO STREET | SUITE 410 | LOS ANGELES | CA | 90012 | |
| MUFG UNION BANK, N.A./MMI/PIMS/IPA | C/O CORPORATE ACTIONS CLAIMS MANAGEMENT | C/O CORPORATE ACTIONS CLAIMS MANAGEMENT | 11121 CARMEL COMMONS BLVD. | STE. 370 | CHARLOTTE | NC | 28226-4561 | |
| MUFG UNION BANK, N.A./MMI/PIMS/IPA | MAGGI BOUTELLE | 1555 N RIVERCENTER DR | STE 302 | | MILWAUKEE | WI | 53212-3958 | |
| Muriel Siebert & Co., Inc. | | 15 Exchange Place Suite 800 | | | Jersey City | NJ | 07302 | |
| MURIEL SIEBERT & CO., INC. #2 | | 15 EXCHANGE PLACE SUITE 800 | | | JERSEY CITY | NY | 07302 | |
| NASDAQ BX, INC. | VINCENT DIVITO | DIRECTOR | ONE LIBERTY PLAZA | 51ST. FLOOR | NEW YORK | NY | 10006 | |
| NASDAQ EXECUTION SERVICES LLC/OPTION | VINCENT DIVITO | DIRECTOR | 165 BROADWAY | 51ST FLOOR | NEW YORK | NY | 10006 | |
| NASDAQ EXECUTION SERVICES, LLC | CORPORATE ACTIONS | ONE LIBERTY PLAZA | | | NEW YORK | NY | 10006 | |
| NASDAQ EXECUTION SERVICES, LLC | VINCENT DIVITO | 32 OLD SLIP | 10TH FLOOR | | NEW YORK | NY | 10005 | |
| NASDAQ OMX BX, INC. | VINCENT DIVITO | DIRECTOR | ONE LIBERTY PLAZA | 51ST. FLOOR | NEW YORK | NY | 10006 | |
| NASDAQ OMX PHLX LLC | VIN DIVITO | 1900 MARKET STREET | | | PHILADELPHIA | PA | 19103 | |
| NASDAQ STOCK MARKET LLC/OMNIBUS ACCOUNT | VINCENT DIVITO | DIRECTOR | ONE LIBERTY PLAZA | | NEW YORK | NY | 10006 | |
| NATIONAL BANK FINANCIAL INC. #2/CDS | ANNIE MAH | ASSISTANT VICE PRESIDENT | 85 RICHMOND STREET WEST | | TORONTO | ON | ON 500000 | CANADA |
| NATIONAL BANK OF CANADA FINANCIAL INC. | CORPORATE ACTIONS | 1155 METCALFE | 5TH FLOOR | | MONTREAL | QC | H3B 4S9 | CANADA |
| National Financial Services LLC | Joanne Padarathsign | 499 Washington Blvd | | | Jersey City | NJ | 07310 | |
| National Financial Services LLC | Peter Closs | 499 Washington Blvd. | | | Jersey City | NJ | 07310 | |
| National Financial Services LLC | Corp Actions | 200 Seaport Blvd, Z1B | | | Boston | MA | 02210 | |
| NATIONAL FINANCIAL SERVICES LLC/STOC | MICHAEL FORTUGNO | 499 WASHINGTON BLVD | FL 5 | | JERSEY CITY | NJ | 07310-2010 | |
| NATIONAL FINANCIAL SERVICES LLC/STOCK LOAN | CORPORATE ACTIONS | 200 Seaport Boulevard, Z1B | | | BOSTON | MA | 02210 | |
| NATIONAL FINANCIAL SERVICES/ FIDELITY AGENCY LENDING | ATTN: CORPORATE ACTIONS | 499 WASHINGTON BLVD. | | | JERSEY CITY | NJ | 07310 | |
| NATIONAL SECURITIES CLEARING CORPORA | KEVIN BRENNAR | 55 WATER STREET | 22ND FLOOR | | NEW YORK | NY | 10041 | |
| NATIONAL SECURITIES CLEARING CORPORATION | SCC DIVISION | KEVIN BRENNAR | 55 WATER STREET | 22ND FLOOR | NEW YORK | NY | 10041 | |
| NATIXIS SECURITIES AMERICAS LLC | TOM RUGGIERO | 1251 AVE OF THE AMERICAS-5TH FLOOR | | | NEW YORK | NY | 10020 | |
| NATWEST MARKETS SECURITIES INC. | ISSUER SERVICES | C/O BROADRIDGE | 51 MERCEDES WAY | | EDGEWOOD | NY | 11717 | |
| NATWEST MARKETS SECURITIES INC. | JEFF BLACK | 600 WASHINGTON BOULEVARD | | | STAMFORD | CT | 06901 | |
| NATWEST MARKETS SECURITIES INC./FIXE | JEFF BLACK | 600 WASHINGTON BOULEVARD | | | STAMFORD | CT | 06901 | |
| NBCN INC. #2/CDS | ANNIE MAH | ASSISTANT VICE PRESIDENT | 85 RICHMOND STREET WEST | | TORONTO | ON | ON500000 | CANADA |
| NBCN INC./CDS | ANNA MEDEIROS | CORPORATE ACTIONS | 1010 RUE DE LA GAUCHETIERE ST WEST | SUITE 1925 | MONTREAL | QC | H3B 5J2 | CANADA |
| NBT BANK, NATIONAL ASSOCIATION/DRS | HOLLY CRAVER | 20 MOHAWK STREET | | | CANAJOHARIE | NY | 13317 | |
| NEEDHAM AND COMPANY, LLC | ATTN: MATTHEW F. DE NICOLA | CORPORATE ACTIONS | 445 PARK AVENUE | | NEW YORK | NY | 10022 | |
| Nomura Securities International, Inc. | c/o Adp Proxy Services | Issuer Services | 51 Mercedes Way | | Edgewood | NY | 11717 | |
| NOMURA SECURITIES INTERNATIONAL, INC. | ADRIAN ROCCO | 309 WEST 49TH STREET | 10TH FLOOR | | NEW YORK | NY | 10019-1774 | |
| NOMURA SECURITIES/FIXED INCOME | ADRIAN ROCCO | CORPORATE ACTIONS | 309 W. 49TH STREET | 10TH FL | NEW YORK | NY | 10019-7316 | |
| NOMURA SECURITIES/FIXED INCOME | DAN LYNCH | VICE PRESIDENT | 2 WORLD FINANCIAL CENTER | BLDG B | NEW YORK | NY | 10281 | |
| NORTH TOWER 6TH FLOOR | | 200 BAY ST ROYAL BK PLAZA | | | TORONTO | ON | M5J 2W7 | CANADA |
| NORTHERN TRUST COMPANY | OCH-ZIFF CAPITAL MANAGEMENT | PENNY PETERSON | 50 S.LASALLE STREET | | CHICAGO | IL | 60675 | |
| NORTHERN TRUST COMPANY - SAFEKEEPING | ASHLEY R HARRISON | SUE STIMAC | 50 SOUTH LASALLE STREET, LEVEL A | | CHICAGO | IL | 60675 | |
| NORTHERN TRUST COMPANY - SAFEKEEPING | SUE STIMAC | 50 SOUTH LASALLE STREET, LEVEL A | | | CHICAGO | IL | 60675 | |



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| NORTHERN TRUST COMPANY/FUTURE FUND ACCOUNTS | PENNY PETERSON | SENIOR VICE PRESIDENT | 50 S.LASALLE STREET | | CHICAGO | IL | 60675 | |
| NORTHERN TRUST COMPANY/IPA | PENNY PETERSON | 50 S.LASALLE STREET | | | CHICAGO | IL | 60675 | |
| NORTHERN TRUST COMPANY/UNITED NATION | JOE SWANSON | VICE PRESIDENT | 801 S CANAL C-IN | | CHICAGO | IL | 60607 | |
| NSCC CONTROL ACCT. #3 | WALLACE BOWLING | 55 WATER STREET | 22ND FLOOR | | NEW YORK | NY | 10041 | |
| NSI STOCK LENDING | CORPORATE ACTIONS | 309 W 49th St | | | NEW YORK | NY | 10019 | |
| NSI STOCK LENDING | HERNAN SANCHEZ | 2 WORLD FINANCIAL CENTER | 19TH FLOOR, BLDG B | | NEW YORK | NY | 10281 | |
| NUVEEN SECURITIES, LLC | MIKE THOMS | 333 WEST WACKER DRIVE, 32ND FLOOR | | | CHICAGO | IL | 60606 | |
| NYSE ARCA, INC. | NADINE PURDON | VICE PRESIDENT | 115 SANSOME ST | | SAN FRANCISCO | CA | 94104 | |
| OCC CFTC 1.20 FUTURES CUSTOMER SEGREGATED | OMNIBUS ACCOUNT | MARGIN OMNIBUS ACCOUNT | One North Wacker Drive | Suite 500 | CHICAGO | IL | 60606 | |
| OCC CLEARING FUND | CORP ACTION | ONE NORTH WACKER DRIVE | SUITE 500 | | CHICAGO | IL | 60606 | |
| OCC INTERNAL NON-PROPRIETARY CROSS MARGIN CFTC | 1.20 FUTURES CUSTOMER SEGREGATED OMNIBUS ACCOUNT | ONE NORTH WACKER DRIVE | SUITE 500 | | CHICAGO | IL | 60606 | |
| ODLUM BROWN LIMITED/CDS | RON RAK | SUPERVISOR | 250 HOWE STREET | SUITE 1100 | VANCOUVER | BC | V6C 3SBC | CANADA |
| OLD SECOND BANCORP, INC./DRS | ROBIN HODGSON | 37 S. RIVER STREET | | | AURORA | IL | 60506 | |
| ONE M&T PLAZA, 3RD FLOOR | RONALD SMITH | TREASURY OPERATIONS | | | BUFFALO | NY | 14203 | |
| Oppenheimer & Co. Inc. | Attn: Corporate Actions | 85 Broad Street | | | New York | NY | 10004 | |
| Oppenheimer & Co. Inc. | Oscar Mazario | 85 Broad Street | | | New York | NY | 10004 | |
| OPTIONS CLEARING CORPORATION (THE) | JOSEPH T. WEGESIN | 1 N. WACKER DRIVE, SUITE 500 | | | CHICAGO | IL | 60606 | |
| OPTIONSXPRESS, INC. | SCOTT TORTORELLA | 150 SOUTH WACKER DRIVE | 11TH FLOOR | | CHICAGO | IL | 60606 | |
| OPTIONSXPRESS, INC. | ATTN: PROXY SERVICES | 150 S WACKER DRIVE | SUITE 1100 | | CHICAGO | IL | 60606 | |
| PAXOS TRUST COMPANY, LLC | CORPORATE ACTIONS | 450 LEXINGTON AVENUE | SUITE 3952 | | NEW YORK | NY | 10017 | |
| PENSCO TRUST COMPANY | ATTN: PETAL YOUNG | 1560 BROADWAY STREET | SUITE 400 | | DENVER | CO | 80202 | |
| PENSCO TRUST COMPANY LLC | HOLLY NICKERSON | SUPERVISOR | 560 MISSION STREET | SUITE 1300 | SAN FRANCISCO | CA | 94105 | |
| PEOPLE'S SECURITIES, INC. | CORPORATE ACTIONS | PATRICIA CHONKO | 850 MAIN STREET | | BRIDGEPORT | CT | 06604 | |
| Pershing LLC | Joseph Lavara | One Pershing Plaza | | | Jersey City | NJ | 07399 | |
| PERSHING LLC | ATTN: REGAN PALMER | CORPORATE ACTIONS | ONE PERSHING PLAZA | 10TH FLOOR | JERSEY CITY | NJ | 07399 | |
| PERSHING LLC/CLIENT FINANCING | CORPORATE ACTIONS | ONE PERSHING PLAZA | | | JERSEY CITY | NJ | 07399 | |
| PERSHING LLC/CORRESPONDENT SECURITIES LENDING | ISSUER SERVICES | 51 MERCEDES WAY | | | EDGEWOOD | NY | 11717 | |
| PERSHING LLC/SL | ISSUER SERVICES | 51 MERCEDES WAY | | | EDGEWOOD | NY | 11717 | |
| PERSHING LLC/SL INT'L | CAMILLE REARDON | ONE PERSHING PLAZA, 6TH FLOOR | | | JERSEY CITY | NJ | 07399 | |
| PETERS & CO. LIMITED/CDS | C/O IICC | MS. HOLLY BENSON | 6250 KESTREL ROAD | | MISSISSAUGA | ON | L5T 1Y9 | CANADA |
| Phillip Capital Inc. | Attn: Corporate Actions | 141 W Jackson Blvd | Suite 3050, Chicago Board of Trade Building | | Chicago | IL | 60604 | |
| PHILLIP CAPITAL INC./STOCK LOAN | ATTN: CORPORATE ACTIONS | 141 W JACKSON BLVD | SUITE 3050, CHICAGO BOARD OF TRADE BUILDING | | CHICAGO | IL | 60604 | |
| PI FINANCIAL CORP./CDS | ROB MCNEIL | 666 BURRARD STREET | SUITE 1900 | | VANCOUVER | BC | V6C 3NBC | CANADA |
| PICTET CANADA L.P./CDS | STEPHANIE SALVO | 1000 DE LA GAUCHETIERE OUEST | | | MONTREAL | PQ | H3B 4W5 | CANADA |
| PIPER JAFFRAY & CO. | ANNAMARIA HERNANDEZ | 800 NICOLLET MALL | SUITE 800 | | MINNEAPOLIS | MN | 55402-7020 | |
| PNC BANK N.A./PNC CAPITAL MARKETS LLC | JUANITA NICHOLS | 8800 TINICUM BLVD | MAILSTOP F6-F266-02-2 | | PHILADELPHIA | PA | 19153 | |
| PNC BANK NA/PNC COMMODITY HEDGING LLC | ANTHONY PICCIRILLI | FIFTH & WOOD STREET | | | PITTSBURGH | PA | 15219 | |
| PNC BANK, N.A./HPRS | ROBERT HALLOWELL | 800 TINICUM BLVD | | | PHILADELPHIA | PA | 19153 | |
| PNC BANK, N.A./IPA | ROBERT HALLOWELL | 800 TINICUM BLVD | | | PHILADELPHIA | PA | 19153 | |
| PNC BANK, N.A./MARKET STREET FUNDING | SANDY MUDD | VICE PRESIDENT | 249 FIFTH AVENUE | P1-POPP-09-2 | PITTSBURGH | PA | 15222 | |
| PNC BANK, N.A./OTTA | ROBERT HALLOWELL | 800 TINICUM BLVD | | | PHILADELPHIA | PA | 19153 | |
| PNC BANK, N.A./PITTSBURGH | BARBARA SKWARCHA | ONE PNC PLAZA, 9TH FLOOR | 249 5TH AVENUE | | PITTSBURGH | PA | 15222-7707 | |
| PNC BANK, N.A./PNC CAPITAL MARKETS LLC MSFTA | JUANITA NICHOLS | 8800 TINICUM BLVD | MAILSTOP F6-F266-02-2 | | PHILADELPHIA | PA | 19153 | |
| PNC BANK, NATIONAL ASSOCIATION | JUANITA NICHOLS | 8800 TINICUM BLVD | MAILSTOP F6-F266-02-2 | | PHILADELPHIA | PA | 19153 | |
| PNC BANK/PNC MUNICIPAL STRATEGY - BLK | JUANITA NICHOLS | 8800 TINICUM BLVD | MAILSTOP F6-F266-02-2 | | PHILADELPHIA | PA | 19153 | |
| PORTFOLIO BROKERAGE SERVICES, INC. | VALI NASR | 555 17TH STREET | | | DENVER | CO | 80802 | |
| PORTFOLIO BROKERAGE SERVICES, INC. | CORPORATE ACTIONS | 35 East Wacker Drive | 24th Floor | | CHICAGO | IL | 60601 | |
| PRECISION SECURITIES, LLC | CORP ACTIONS | 2010 JIMMY DURANTE BLVD | STE 270 | | DEL MAR | CA | 92014-2272 | |
| PRECISION SECURITIES, LLC | CORP ACTIONS | 2010 JIMMY DURANTE BLVD | #270 | | DEL MAR | CA | 92014 | |
| PRINCIPAL BANK | ATTN: CORPORATE ACTIONS | 11 HIGH STREET | | | DES MOINES | IA | 50392 | |
| PRIVATE CLIENT SERVICES LLC | ATTN: KATIE BURKHOLDER | CORPORATE ACTIONS | 2225 LEXINGTON ROAD | | LOUISVILLE | KY | 40206 | |
| PUBLIC VENTURES, LLC | ATTN CORPORATE ACTIONS | 14135 MIDWAY ROAD | SUITE G-150 | | ADDISON | TX | 75001 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| PUTNAM INVESTMENTS | JEFF DIBUONO - C1C | 100 FEDERAL STREET | | | BOSTON | MA | 02110 | |
| PUTNAM INVESTOR SERVICES, INC./DRS | MARK ANZALONE | ONE POST OFFICE SQUARE | MAIL STOP A16 | | BOSTON | MA | 02109 | |
| PWMCO, LLC | BENJAMIN WILSON | 311 S. WACKER DRIVE, SUITE 2360 | | | CHICAGO | IL | 60606 | |
| QTRADE SECURITIES INC./CDS | JOSEPH CHAU | SUITE 1920 ONE BENTALL CENTRE | 505 BURRARD STREET | | VANCOUVER | BC | V7X 1M6 | CANADA |
| Quantex Clearing, LLC | Matthew Lagnese | 70 Hudson St. Suite 5B | | | Hoboken | NJ | 07030 | |
| QUANTEX CLEARING, LLC/STOCK LOAN | MATTHEW LAGNESE | 70 HUDSON ST. SUITE 5B | | | HOBOKEN | NJ | 07030 | |
| QUESTRADE INC./CDS | CORPORATE ACTIONS | 5650 YONGE STREET | SUITE 1700 | | TORONTO | ON | M2M 4G3 | CANADA |
| RAYMOND JAMES & ASSOCIATES, INC | RAYMOND JAMES BANK | FICHTEL DAWN - ASSOCIATE | 710 CARILLON PARKWAY | | SAINT PETERSBURG | FL | 33716 | |
| RAYMOND JAMES & ASSOCIATES, INC / RA | FICHTEL DAWN | ASSOCIATE | 710 CARILLON PARKWAY | | SAINT PETERSBURG | FL | 33716 | |
| Raymond James & Associates, Inc. | Attn: Elaine Mullen | Corporate Actions | 880 Carillon Parkway | | St. Petersburg | FL | 33716 | |
| RAYMOND JAMES & ASSOCIATES, INC./RAYMOND JAMES TRUST COMPANY | CHRISTINE PEARSON | P.O. BOX 14407 | | | ST. PETERSBURG | FL | 33733 | |
| RAYMOND JAMES & ASSOCIATES, INC/FI | LINDA LACY | SUPERVISOR | 800 CARILLON PARKWAY | | SAINT PETERSBURG | FL | 33716 | |
| RAYMOND JAMES LTD./CDS | CORPORATE ACTIONS | PO BOX 23558 | | | ST PETERSBURG | FL | 33742-3558 | |
| RBC Capital Markets, LLC | Steve Schafer Sr | Associate | 60 S 6th St - P09 | | Minneapolis | MN | 55402-4400 | |
| RBC Capital Markets, LLC | Shannon Jones | 60 S 6th St - P09 | | | Minneapolis | MN | 55402-4400 | |
| RBC CAPITAL MARKETS, LLC/RBCCM | MICHAEL FROMMER | VICE PRESIDENT | 3 WORLD FINANCIAL CENTER | 200 VESEY ST. | NEW YORK | NY | 10281-8098 | |
| RBC DOMINION SECURITIES INC./CDS | KAREN OLIVERES | 200 BAY STREET, 6TH FLOOR | ROYAL BANK PLAZA NORTH TOWER | | TORONTO | | M5J 2W7 | CANADA |
| RBC DOMINION SECURITIES INC./CDS | PETER DRUMM | LORETTA VERELLI | CDS | 600 DE MAISONNEUVE QUEST | MONTREAL | PQ | H3A 3J2 | CANADA |
| RBC DOMINION SECURITIES INC./CDS | PETER DRUMM | 200 BAY ST ROYAL BK PLAZA | NORTH TOWER 6TH FLOOR | | TORONTO | ON | M5J 2W7 | CANADA |
| RBS SECURITIES INC. | JEFF BLACK | 600 WASHINGTON BOULEVARD | | | STAMFORD | CT | 06901 | |
| RBS SECURITIES INC. | ISSUER SERVICES | 51 MERCEDES WAY | | | EDGEWOOD | NY | 11717 | |
| RBS SECURITIES INC. / EQUITY FINANCE | JEFF BLACK | 600 WASHINGTON BOULEVARD | | | STAMFORD | CT | 06901 | |
| RCAP SECURITIES, INC. | RYAN LYNCH | 1211 AVENUE OF THE AMERICAS | SUITE 2902 | | NEW YORK | NY | 10036 | |
| REGIONS BANK | ATTN: CORPORATE ACTIONS | 250 RIVERCHASE PARKWAYEAST | 5TH FLOOR | | | AL | 35244 | |
| REGIONS BANK | PEYTON DILIBERTO | 1901 6TH AVENUE N. | | | BIRMINGHAM | AL | 35203 | |
| REGIONS BANK/CORPORATE TRUST OPS/IPA | ATTN: CORPORATE ACTIONS | 250 RIVERCHASE PARKWAYEAST | 5TH FLOOR | | HOOVER | AL | 35244 | |
| REGIONS BANK/CORPORATE TRUST/IPA | MICHAEL CHANDLER | MANAGER | 250 RIVERCHASE PARKWAYEAST | 5TH FLOOR | HOOVER | AL | 35244 | |
| REGIONS BANK/IPA | ATTN: CORPORATE ACTIONS | 250 RIVERCHASE PARKWAYEAST | 5TH FLOOR | | HOOVER | AL | 35244 | |
| REGIONS BANK/WEST VALLEY | SHEILIA PULLEY | 1900 5TH AVENUE NORTH | | | BIRMINGHAM | AL | 35203 | |
| REGISTRAR AND TRANSFER COMPANY/DRS | | 250 ROYALL STREET | | | CANTON | NJ | 02021 | |
| RELIANCE TRUST COMPANY | TONIE MONTGOMERY | 201 17TH STREET NW | SUITE 1000 | | ATLANTA | GA | 30363 | |
| RELIANCE TRUST COMPANY/ FIS TRUSTDESK | TONIE MONTGOMERY | 1100 ABERNATHY ROAD | 500 NORTHPARK BUILDING SUITE 400 | | ATLANTA | GA | 30328 | |
| RELIANCE TRUST COMPANY/FIS GLOBAL PLUS | CORPORATE ACTIONS | 1100 ABERNATHY ROAD | 500 NORTHPARK BUILDING SUITE 400 | | ATLANTA | GA | 30328 | |
| RELIANCE TRUST COMPANY/FIS TRUSTDESK MKE | CORPORATE ACTIONS | JULIE  MCGUINESS | 1100 ABERNATHY ROAD | 500 NORTHPARK BUILDING SUITE 400 | ATLANTA | GA | 30328 | |
| RELIANCE TRUST COMPANY/SWMS1 | CORPORATE ACTIONS | 1100 ABERNATHY ROAD | STE 400 | | ATLANTA | GA | 30328 | |
| RELIANCE TRUST COMPANY/SWMS2 | TONIE MONTGOMERY | 1100 ABERNATHY ROAD | SUITE 400 | | ATLANTA | GA | 30328 | |
| RJ DEALER STOCK LOAN | DEE BYRD | 880 CARILLON PARKWAY | P. O. BOX 12749 | | ST. PETERSBURG | FL | 33716 | |
| Robert W. Baird & Co. Incorporated | Jan Sudfeld | 777 E. Wisconsin Avenue | 19th Floor | | Milwaukee | WI | 53202 | |
| ROBINHOOD SECURITIES, LLC | CORPORATE ACTIONS | DAWN PAGLIARO | 500 COLONIAL CENTER PKWY | #100 | LAKE MARY | FL | 32746 | |
| ROBINHOOD SECURITIES, LLC | CORPORATE ACTIONS | 85 WILLOW ROAD | | | MENLO PARK | CA | 94025 | |
| ROYAL BANK OF CANADA-ROYAL TRUST 1/CDS | CORPORATE ACTIONS | 200 BAY STREET | | | TORONTO | ON | M5J 2W7 | CANADA |
| ROYAL BANK OF CANADA-ROYAL TRUST/CDS | ARLENE AGNEW | 200 BAY STREET | | | TORONTO | ON | M5J 2W7 | CANADA |
| ROYAL BANK OF CANADA-ROYAL TRUST/CDS | CORPORATE ACTIONS | 200 BAY STREET | | | TORONTO | ON | M5J 2W7 | CANADA |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| RQD* CLEARING, LLC | ATTN: CORPORATE ACTIONS | 1 WORLD TRADE CTR | STE 47M | | NEW YORK | NY | 10007-0124 | |
| S.D. INDEVAL INSTITUCION PARA EL DEPOSITO DE VALORES S.A. DE | CORPORATE ACTIONS | 255 Passeo de la Reforma | 3th Colonia Cuahtémoc | | MEXICO CITY | | 06500 | MEXICO |
| SAFRA SECURITIES LLC | CORPORATE ACTIONS | 545 5TH AVENUE | | | NEW YORK | NY | 10036 | |
| SAL EQUITY TRADING, GP | ATTN CORPORATE ACTIONS | 401 CITY AVENUE SUITE 220 | | | BALA CYNWYD | PA | 19004 | |
| SANFORD C. BERNSTEIN & CO., LLC | ANITA BACTAWAR | 1 NORTH LEXINGTION AVE | C/O RIDGE | | WHITE PLAINS | NY | 10601 | |
| SANTANDER US CAPITAL MARKETS LLC/OCC CLEARING | ATTN CORPORATE ACTIONS | 437 MADISON AVENUE | 6TH-8TH FLOOR | | NEW YORK | NY | 10022 | |
| SCOTIA CAPITAL (USA) INC. | CORPORATE ACTIONS | 250 Vesey Street | | | NEW YORK | NY | 10281 | |
| SCOTIA CAPITAL (USA) INC. | TIM CORSO | ONE LIBERTY PLAZA | | | NEW YORK | NY | 10006 | |
| SCOTIA CAPITAL (USA) INC. | CORPORATE ACTIONS | ONE LIBERTY PLAZA | | | NEW YORK | NY | 10006 | |
| SCOTIA CAPITAL (USA) INC./AS AGENT FOR THE BANK OF NOVA SCOTIA,TORONTO | ATTN: CORPORATE ACTIONS | 250 Vesey Street | | | NEW YORK | NY | 10281 | |
| SCOTIA CAPITAL (USA) INC./INTERNATIONAL STOCK LOAN | CORPORATE ACTIONS | 250 Vesey Street | | | NEW YORK | NY | 10281 | |
| SCOTIA CAPITAL (USA) INC./STOCK LOAN | TIM CORSO | 250 Vesey Street | | | NEW YORK | NY | 10281 | |
| SCOTIA CAPITAL INC. - HOLLIS WEALTH/CDS | CORPORATE ACTIONS | 40 KING STREET W, 13TH FL | | | TORONTO | ON | M5H 1H1 | CANADA |
| SCOTIA CAPITAL INC./CDS | LILIAN  NIE | CORPORATE ACTIONS | 40 KING STREET W | 23RD FLOOR | TORONTO | ON | M5H1H1 | CANADA |
| SCOTIA CAPITAL INC./CDS | CORPORATE ACTIONS | LUISA  DOMINGUES | 40 KING STREET W | | TORONTO | ON | M5H1H1 | CANADA |
| SCOTTRADE, INC. | ISSUER SERVICES | C/O BROADRIDGE | 51 MERCEDES WAY | | EDGEWOOD | NY | 11717 | |
| SCOTTRADE, INC. | ATTN: REORG | 12855 FLUSHING MEADOWS DR | | | ST. LOUIS | MO | 63131 | |
| SCOTTRADE, INC. | ATTN: LEGAL DEPARTMENT | BETH VOGEL | PO BOX 31759 | | SAINT LOUIS | MO | 63131-0759 | |
| SECURITIES FINANCE TRUST COMPANY | CORPORATE ACTIONS | 175 FEDERAL STREET | 11TH FLOOR | | BOSTON | MA | 02110 | |
| SECURITIES FINANCING TRANSACTION | ATTN: CORPORATE ACTIONS | 55 Water Street | | | New York | NY | 10041 | |
| SECURITIES LENDING SPO ACCOUNT/BBH | DAVE JACOBSON | 525 WASHINGTON BLVD | 11TH FLOOR | | NEW JERSEY | NJ | 07310 | |
| SECURITIES TRANSFER CORPORATION/DRS | KEVIN HALTER, JR | 2591 DALLAS PARKWAY | SUITE 102 | | FRISCO | TX | 75034 | |
| Sei Private Trust Company | Eric Greene | One Freedom Valley Drive | | | Oaks | PA | 19456 | |
| Sei Private Trust Company/c/o Gwp | Eric Greene | One Freedom Valley Drive | | | Oaks | PA | 19456 | |
| SEI PRIVATE TRUST COMPANY/C/O GWP | DIANA  MASON | CORPORATE ACTIONS | 1 FREEDOM VALLEY DRIVE | | OAKS | PA | 19456 | |
| SG AMERICAS SECURITIES LLC/ SUB 608 | CORPORATE ACTIONS | 630 FIFTH AVE | STE 500 | | NEW YORK | NY | 10111 | |
| SG AMERICAS SECURITIES LLC/PARIS CLEARING | ERIC GREENE | ONE FREEDOM VALLEY DRIVE | | | OAKS | PA | 19456 | |
| SG AMERICAS SECURITIES LLC/SUB 7357 | SAM BUSHRUI | VICE PRESIDENT | 630 FIFTH AVE | STE 500 | NEW YORK | NY | 10111 | |
| Sg Americas Securities, LLC | Paul Mitsakos | 480 Washington Blvd. | | | Jersey City | NJ | 07310 | |
| SG AMERICAS SECURITIES, LLC | CHARLES  HUGHES | 480 WASHINGTON BLVD | | | JERSEY CITY | NJ | 07310 | |
| SG AMERICAS SECURITIES, LLC/FOREIGN | PETER SCAVONE | 1221 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10020 | |
| SMITH, MOORE & CO. | CORPORATE ACTIONS | 7777 BONHOMME AVENUE | SUIT 2400 | | CLAYTON | MO | 63105 | |
| SOCIETE GENERALE CAPITAL CANADA INC. | GAETAN HEBERT | SUPERVISOR | 1501 MCGILL COLLEGE | SUITE 1901 | MONTREAL | PQ | H3A 3M8 | CANADA |
| SOCIETE GENERALE NY/SOCIETE GENERALE PARIS | JENNIFER CANNON | MANAGER | | 480 WASHINGTON BLVD | JERSEY CITY | NJ | 07310 | |
| SOCIETE GENERALE NY/SOCIETE GENERALE PARIS | JOHN RYAN | MANAGER | 480 WASHINGTON BLVD | | JERSEY CITY | NJ | 07310 | |
| SOCIETE GENERALE, NEW YORK BRANCH | KENNETH SHELDON | 560 LEXINGTON AVENUE | | | NEW YORK | NY | 10022 | |
| SOCIETE GENERALE, NEW YORK BRANCH | CORPORATE ACTIONS | 245 Park Ave | | | NEW YORK | NY | 10167 | |
| SOFI SECURITIES, LLC | ATTN: CORPORATE ACTIONS | 234 1st Street | | | San Francisco | CA | 94105 | |
| SOLOWEY & CO. | BARRY SOLOWEY | 9350 SOUTH DIXIE HIGHWAY | SUITE 2480 | | MIAMI | FL | 33156 | |
| SOUTH STREET SECURITIES LLC | DONALD WEBBE | 825 THIRD AVENUE | 35TH FLOOR | | NEW YORK | NY | 10022 | |
| SOUTH STREET SECURITIES LLC/IMS | ATTN: CORPORATE ACTIONS | 825 THIRD AVENUE | 35TH FLOOR | | NEW YORK | NY | 10022 | |
| SOUTHWEST SECURITIES,INC./STOCK LOAN | CHRISTINA FINZEN | 1201 ELM STREET | SUITE 3700 | | DALLAS | TX | 75270 | |
| SSB - BANK PORTFOLIO | ROBERT RAY | 1776 HERITAGE DR. | GLOBAL CORPORATE ACTION UNIT JAB 5NW | | NO. QUINCY | MA | 02171 | |
| SSB - BANK PORTFOLIO | JOE CALLAHAN | 1776 HERITAGE DR. | GLOBAL CORPORATE ACTION UNIT JAB 5NW | | NO. QUINCY | MA | 02171 | |
| SSB - Blackrock Institutional Trust | Linda Selbach | 45 Fremont Street | | | San Francisco | CA | 94120-7101 | |
| SSB - Blackrock Institutional Trust | Trina Estremera | 1776 Heritage Drive | | | North Quincy | MA | 02171 | |
| SSB - CAPITAL MARKETS | ROBERT RAY | 1776 HERITAGE DR. | GLOBAL CORPORATE ACTION UNIT JAB 5NW | | NO. QUINCY | MA | 02171 | |
| SSB - TRUST CUSTODY | ED CHANEY | VICE PRESIDENT | 1200 CROWN COLONY DRIVE | | QUINCY | MA | 02169 | |
| Ssb&t Co/Client Custody Services | Myriam Piervil | Assistant VIce President | 1776 Heritage Drive | | North Quincy | MA | 02171 | |
| SSB&T/SEC FIN AS PRINCIPAL | MYRIAM PIERVIL | ASSISTANT VICE PRESIDENT | 1776 HERITAGE DRIVE | | NORTH QUINCY | MA | 02171 | |
| SSB-PHYSICAL CUSTODY SERVICES | MIKE REARDON | 225 FRANKLIN STREET | | | BOSTON | MA | 02110 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| SSB-PHYSICAL CUSTODY SERVICES | CHRISTINE SULLIVAN | BOSTON SECURITIES PROCESSING | 225 FRANKLIN STREET | | BOSTON | MA | 02110 | |
| STANDARD REGISTRAR & TRANSFER COMPAN | RONALD P HARRINGTON | 12528 SOUTH 1840 EAST | | | DRAPER | UT | 84020 | |
| State Street Bank & Trust Company | Corp Action | 225 Franklin Street | Mao-3 | | Boston | MA | 02110 | |
| STATE STREET BANK & TRUST COMPANY | ISHARESEUROPE | MYRIAM PIERVIL - ASSISTANT VICE PRESIDENT | 1776 HERITAGE DRIVE | | NORTH QUINCY | MA | 02171 | |
| STATE STREET BANK & TRUST COMPANY | LENDING PASS-THROUGH | RAY KARTANOWITZ | 101 HUDSON STREET | | JERSEY CITY | NJ | 07302 | |
| STATE STREET BANK & TRUST COMPANY | PROXY SERVICES | 1776 HERITAGE DRIVE | | | NORTH QUINCY | MA | 02171 | |
| STATE STREET BANK & TRUST COMPANY / | EMAIL PROXY CONTACT | 1776 HERITAGE DRIVE | | | NORTH QUINCY | MA | 02171 | |
| STATE STREET BANK & TRUST COMPANY/EC, GMBH | MYRIAM PIERVIL | 1776 HERITAGE DRIVE | | | NORTH QUINCY | MA | 02171 | |
| STATE STREET BANK & TRUST COMPANY/LE | RAY KARTANOWITZ | 101 HUDSON STREET | | | JERSEY CITY | NJ | 07302 | |
| State Street Bank & Trust/State Stre | Joseph J. Callahan | Global Corp Action Dept Jab5W | P.O. Box 1631 | | Boston | MA | 02105-1631 | |
| State Street Bank & Trust/State Street Totaletf | Global Corp Action Dept Jab5W | Robert Ray / Joseph J. Callahan | P.O. Box 1631 | | Boston | MA | 02105-1631 | |
| State Street Bank and Trust Company | Proxy Services | Christine Sullivan; Jerry Parrilla | 1776 Heritage Dr. | | North Quincy | MA | 02171 | |
| STATE STREET BANK AND TRUST COMPANY | DB RESIDUAL PROCESSING ACCOUNT | THOMAS LANGELIER - VICE PRESIDENT | 1776 HERITAGE DRIVE | | NORTH QUINCY | MA | 02171 | |
| STATE STREET BANK AND TRUST COMPANY | DEUTSCHE BANK FRANKFURT | KAREN T JOHNDROW | 1776 HERITAGE DRIVE | | NORTH QUINCY | MA | 02171 | |
| STATE STREET BANK AND TRUST COMPANY | GLOBAL CORP ACTION DEPT JAB5W | ROBERT RAY | P.O. BOX 1631 | | BOSTON | MA | 02105-1631 | |
| STATE STREET BANK AND TRUST COMPANY, N.A. | SUSAN GRANT | 61 BROADWAY | | | NEW YORK | NY | 10006 | |
| STATE STREET BANK AND TRUST COMPANY/ | KAREN T JOHNDROW | 1776 HERITAGE DRIVE | | | NORTH QUINCY | MA | 02171 | |
| STATE STREET BANK AND TRUST COMPANY/IPA | SUSAN GRANT | 61 BROADWAY | | | NEW YORK | NY | 10006 | |
| State Street Corp On Behalf of Hsbc | Wealth Manager Services | Corp Actions | 1200 Crown Colony Drive | | Quincy | MA | 02169 | |
| STATE STREET GLOBAL MARKETS, LLC | SUSAN M. TAPPARO | VICE PRESIDENT | STATE STREET FINANCIAL CENTER | ONE LINCOLN STREET, SFC5 | BOSTON | MA | 02111-2900 | |
| State Street Trust | T479 | Global Corporate Actions | PO Box 1631 | | Boston | MA | 02105-1631 | |
| STEPHENS INC. | LINDA THOMPSON | ASSISTANT VICE PRESIDENT | 111 CENTER STREET | 4TH FLOOR | LITTLE ROCK | AR | 72201-4402 | |
| Sterne, Agee & Leach, Inc. | Ken Simpson, James Mezrano | 2 Perimeter Park | Suite 100W | | Birmingham | AL | 35209 | |
| STERNE, AGEE & LEACH, INC. | ATTN: JUSTIN WOODHAM | CORPORATE ACTIONS | 2 PERIMETER PARK SOUTH | SUITE 100W | BIRMINGHAM | AL | 35243 | |
| STIFEL, NICOLAUS & COMPANY, INC./STIFEL SECURITIES LENDING | ATTN: STOCK RECORDS DEPT. | 501 N BROADWAY | 501 N BROADWAY | | ST. LOUIS | MO | 63102 | |
| Stifel, Nicolaus & Company, Incorporated | c/o Mediant Communications | 200 Regency Forest Drive | | | Cary | NC | 27518 | |
| Stifel, Nicolaus & Company, Incorporated | Attn: Chris Wiegand | 501 N Broadway | | | St. Louis | MO | 63102 | |
| STIFEL, NICOLAUS & COMPANY, INCORPORATED | ATTN: TINA SCHWEITZER | 501 N BROADWAY | 501 N BROADWAY | | ST. LOUIS | MO | 63102 | |
| Stockcross Financial Services, Inc. | Attn: Corporate Actions, Loretta Racer | 1900 St. James Place #120 | | | Houston | TX | 77056 | |
| Stockcross Financial Services, Inc. | Diane Tobey | 77 Summer Street | | | Boston | MA | 02110 | |
| STOCKCROSS FINANCIAL SERVICES, INC. | ATTN: LISA BRUNSON | 9378 WILSHIRE BLVD | STE 300 | | BEVERLY HILLS | CA | 90212-3168 | |
| STOCKCROSS FINANCIAL SERVICES, INC./#3 | CORPORATE ACTIONS | 9378 WILSHIRE BLVD | STE 300 | | BEVERLY HILLS | CA | 90212-3168 | |
| SUMITOMO MITSUI TRUST BANK (U.S.A.) LIMITED | BETH CUMMINGS | 111 RIVER STREET | | | HOBOKEN | NJ | 07030 | |
| SUNTRUST BANK | RICK TROWBRIDGE | 303 PEACHTREE STREET | 14TH FL. | | ATLANTA | GA | 30308 | |
| SUNTRUST BANK / STB RETAIL CD | PAT SHELL | P.O. BOX 4418 | MAIL CODE 3908 | | ATLANTA | GA | 30302-4418 | |
| SUNTRUST BANK/SAFEKEEPING CUSTODIAN | PAT SHELL | P.O. BOX 4418 | MAIL CODE 3908 | | ATLANTA | GA | 30302-4418 | |
| SUNTRUST BANK/STES IPA | LAURA RICHARDSON | P.O. BOX 4418 | MAIL CODE 3907 | | ATLANTA | GA | 30302-4418 | |
| SUNTRUST BANK/SUNTRUST BANK DEALER BANK | VERONICA JOHNSON | 303 PEACHTREE STREET | 25TH FLOOR | | ATLANTA | GA | 30308 | |
| SUNTRUST ROBINSON HUMPHREY, INC. | SCOTT STEFFEN | 303 PEACHTREE STREET | 25TH FLOOR | | ATLANTA | GA | 30308 | |
| SWENEY CARTWRIGHT & COMPANY | CAROLYN WILLIAMS | 17 SOUTH HIGH STREET | RM 300 | | COLUMBUS | OH | 43015 | |
| SYNOVUS BANK | RUDY NEWMAN | 1 BROAD STREET | | | SUMTER | SC | 29150 | |
| SYNOVUS BANK/SYNOVUS 2 | RUDY NEWMAN | 1 BROAD STREET | | | SUMTER | SC | 29150 | |
| TD Ameritrade Clearing, Inc. | Mandi Foster | 1005 N. Ameritrade Place | | | Bellevue | NE | 68005 | |
| TD Ameritrade Clearing, Inc. | Kevin Strine | 4211 S. 102nd Street | | | Omaha | NE | 68127 | |
| TD AMERITRADE CLEARING, INC. | ATTN: CORP ACTIONS | SUZANNE  BRODD | 200 S. 108TH AVENUE | | OMAHA | NE | 68154 | |
| TD AMERITRADE CLEARING, INC./SECURITIES LENDING | ATTN: REORG DEPARTMENT | 200 S. 108TH AVENUE | | | OMAHA | NE | 68154 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 26 of 36



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| TD AMERITRADE CLEARING, INC./SECURITIES LENDING | KEVIN STRINE | 4211 S. 102ND STREET | | | OMAHA | NE | 68127 | |
| TD AMERITRADE TRUST COMPANY | EASTER DIANE | 717 17TH STREET | SUITE 1700 | | DENVER | CO | 80202 | |
| TD PRIME SERVICES LLC/STOCK LOAN | ALFRED SCARANGELLO | 45 BROADWAY | 24TH FLOOR | | NEW YORK | NY | 10006 | |
| TD PRIME SERVICES LLC/SUB | ATTN: CORPORATE ACTIONS | 45 BROADWAY | 24TH FLOOR | | NEW YORK | NY | 10002 | |
| TD SECURITIES (USA) LLC | ATTN: REORG DEPARTMENT | 200 S. 108TH AVENUE | | | OMAHA | NE | 68154 | |
| TD SECURITIES (USA) LLC/PHYSICAL ACCOUNT | ATTN: CORPORATE ACTIONS | 200 S. 108TH AVENUE | | | | NE | 68154 | |
| TD WATERHOUSE CANADA INC./CDS | YOUSUF AHMED | 77 BLOOR STREET WEST | 3RD FLOOR | | TORONTO | ON | M4Y 2T1 | CANADA |
| TEMPER OF THE TIMES INVESTOR SERVICES, INC. | SHARON MARKLAND | 411 THEODORE FREMD AVE | SUITE 132 | | RYE | NY | 10580 | |
| TEXAS TREASURY SAFEKEEPING TRUST COMPANY | JANIE DOMINGUEZ | 208 E. 10TH STREET | ROOM 410 | | AUSTIN | TX | 78701 | |
| TEXAS TREASURY SAFEKEEPING TRUST COMPANY/IPA | JANIE DOMINGUEZ | 208 E. 10TH STREET | ROOM 410 | | AUSTIN | TX | 78701 | |
| TEXAS TREASURY SAFEKEEPING TRUST COMPANY/NUP | JANIE DOMINGUEZ | 208 E. 10TH STREET | ROOM 410 | | AUSTIN | TX | 78701 | |
| THE BANK OF NEW YORK | MELLON/DBLPB-CENTAURUSPROXIMA FD | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| The Bank of New York Mellon | Charles Stanleyand Company, Limited | Michael Kania - VIce President | 525 William Penn Place | | Pittsburgh | PA | 15259 | |
| The Bank of New York Mellon | Jennifer May | 525 William Penn Place | Suite 153-0400 | | Pittsburgh | PA | 15259 | |
| The Bank of New York Mellon | Celeste Morris | 50 Grant Street | Room 151-2610 | | Pittsburgh | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | MELLON TRST OF NEW ENGLAND, NATIONAL ASSOC. | CORP ACTIONS | 525 WILLIAM PENN PLACE | SUITE 153-0400 | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | BZW SECURITIESLIMITED | CORP ACTIONS | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | HBK GLOBAL SECURITIES LP | CORP ACTIONS | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON | WELLS FARGO BANK N.A. | DONNA STEINMAN - VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON | ELLINGTON STRATEGIC MGT FD L.P. | DONNA STEINMAN - VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON | NM PERA ELLINGTON ENHANCED INCOME FUND A LLC | CORP ACTIONS | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | PREBON FINANCIAL PRODUCTS, INC. | CORP ACTIONS | 11486 CORPORATE BLVD | | ORLANDO | FL | 32817 | |
| THE BANK OF NEW YORK MELLON | BARCLAYS BANK PLC - PLEDGE ACCOUNT | CORP ACTIONS | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON | ELLINGTON CREDIT OPPORTUNITIES LTD. | DONNA STEINMAN - VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON | ING BANK NV LONDON BRANCH | CORP ACTIONS | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | ML EQUITY SOLUTIONS JERSEY LTD. | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | DBLPB-BLACK ANTMASTER FD. LP | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | ELLINGTON MORTGAGE FUND SC, LTD. | DONNA STEINMAN - VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON | CACEIS BANK DEUTSCHLAND GMBH | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | SUNTRUST EQUITY FUNDING, LLC | CORP ACTIONS | 11486 CORPORATE BLVD | | ORLANDO | FL | 32817 | |
| THE BANK OF NEW YORK MELLON | VANGUARD BLOCKLENDING | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | COUNTRYWIDE HOME LOANS | CORP ACTIONS | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON | TULLETT PREBORNFINANCIAL SERVICES | CORP ACTIONS | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON | ITC-DEALERS CLEARANCE GENERAL | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | BARCLAYS CAPITAL SECURITIES LTD., SBL/PB | CORP ACTIONS | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | DEUTSCHE BANK AG LONDON PRIME BROKERAGE | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | OZ ASIA MASTERFUND, LTD CUSTODY | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | NATIONAL AUSTRALIA BANK | MIKE SCARRY - ASSISTANT VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON | NATIXIS FINANCIAL PRODUCTS INC | CORP ACTIONS | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON | DB BREVAN HOWARD MASTER FUND | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | SUNTRUST BANK PORTFOLIO | CORP ACTIONS | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | MERRILL LYNCH PIERCE FENNER & SMITH | DONNA STEINMAN - VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 27 of 36



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| THE BANK OF NEW YORK MELLON | BARCLAYS BANK PLC FIRM | CORP ACTIONS | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON | SOUTH STREET SECS, LLC | CORP ACTIONS | 11486 CORPORATE BLVD | SUITE 300 | ORLANDO | FL | 32817 | |
| THE BANK OF NEW YORK MELLON | MELLON TRST OF NEW ENGLAND, NATIONAL ASSOC. | CORP ACTIONS | 525 WILLIAM PENN PLACE | SUITE 0400 | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | TULLETT PREBORNFINANCIAL SERVICES 1 | CORP ACTIONS | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON | SOCIETE GENERALE GIC | MIKE SCARRY - ASSISTANT VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON | ALLSTATE MARK TO MARKETS | CORP ACTIONS | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | UBS AG LONDON BRANCH DESIGNED EQUITIES | CORP ACTIONS | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | CDC MORTGAGE CAPITAL INC. | CORP ACTIONS | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON | OZ SPECIAL FUNDING (OZMD) L.P. | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | NATIXIS SECURITIES AMERICAS LLC I | MIKE SCARRY - ASSISTANT VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON | DBAG LONDON GLOBAL MARKETS (CLIENT ACCT) | DONNA STEINMAN - VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON | DEUTSCHE BANK AG FRANKFURT | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | BARCLAYS BK PLC-BARC LUX SARL A/C 1 | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | DBAG FRANKFURTGLOBAL MARKET | DONNA STEINMAN - VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON | BOA SECURITIESLTD. (BASL) | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | KBC INVESTMENTSLIMITED | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | TULLET & TOKYOLIBERTY (SEC) LTD. | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | NOMURA BANK INT'L PLC | DONNA STEINMAN - ASSISTANT TREASURER | 11486 CORPORATE BLVD | SUITE 300 | ORLANDO | FL | 32817 | |
| THE BANK OF NEW YORK MELLON | ANNALY COMMERCIAL REAL ESTATE GR. | DBAG LONDON GLOBAL MARKETS (CLIENT ACCT) - DONNA STEINMAN | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON | MILLENNIUM FIXED INCOME LTD | DONNA STEINMAN - VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON | CHIMERA SECURITIES HOLDING LLC | CHIMERA SECURITIES HOLDING LLC - MICHAEL KANIA | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | TRADITION LONDON CLEARING LTD. | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | DAVY SECURITIESLIMITED | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | ELLINGTON STRATEGIC MBS LP II | DONNA STEINMAN - VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON | HH ELLINGTON MASTER FUND LTD | HH ELLINGTON MASTER FUND LTD - MICHAEL KANIA | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | BANQUE DEWAAY MGT SA | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | CDC HOLDINGS TRUST INC. | CORP ACTIONS | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON | THE PRUDENTIALINVESTMENT | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | DBTCA-DB AG LDNPB - FIRM ACCOUNT | CORP ACTIONS | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | DBL-FIXED INCOME PRIME BROKERAGE | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | NOMURA FIN. PRODUCTS & SERVICES INC. | NOMURA FIN. PRODUCTS & SERVICES INC. - DONNA STEINMAN | 11486 CORPORATE BLVD | SUITE 300 | ORLANDO | FL | 32817 | |
| THE BANK OF NEW YORK MELLON | DEUTSCHE BANK LONDON AG LONDON/GLOBAL MARKET #2 | CORP ACTIONS | 11486 CORPORATE BLVD | | ORLANDO | FL | 32817 | |
| THE BANK OF NEW YORK MELLON | COUNTRYWIDE HOME LOANS, CHL FOR CCM CONDUITS | DONNA STEINMAN - VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON | CHIMERA RMBS WHOLE POOL LLC (F/K/A CIM ASSET HOLDING) | (F/K/A CIM ASSET HOLDING) - MICHAEL KANIA | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | CHIMERA SPECIALHOLDING LLC | CHIMERA SPECIAL HOLDING LLC - MICHAEL KANIA | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | VINNING SPARKS,IBG, L.P. | MARY HARP | 6077 PRIMACY PARKWAY | | MEMPHIS | TN | 38119 | |
| THE BANK OF NEW YORK MELLON | ANNALY COMMERCIAL REAL ESTATE GR. | ANNALY COMMERCIAL REAL ESTATE GR. - DONNA STEINMAN | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON | DBAG LONDON GLOBAL MARKET | DONNA STEINMAN - VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| THE BANK OF NEW YORK MELLON | CHIMERA INVESTMENT CORPORATION | CHIMERA INVESTMENT CORPORATION - MICHAEL KANIA | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | RABOBANK INTERNATIONAL NY | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | ELLINGTON MORTGAGE OPPORTUNITIES MASTER FUND LTD. | DONNA STEINMAN - VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON | CHIMERA TRADINGCOMPANY LLC | CHIMERA TRADING COMPANY LLC - MICHAEL KANIA | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | KBC FINANCIAL PRODUCTS UK, LTD. | MICHAEL KANIA | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | ELLINGTON ENHANCED INCOME MASTER FUND LTD. | CORP ACTIONS | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | NATIXIS SECURITIES AMERICAS LLC | DONNA STEINMAN - VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON | CRESCENT II FUND L.P. | DONNA STEINMAN - VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON | BARCLAYS BK PLC-BARC LUX SARL A/C 2 | MICHAEL KANIA - ASSISTANT TREASURER | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | ITC - DEALERS CLEARANCE SPECIAL | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON | RABO CAPITAL SERVICES | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON / | ELLINGTON GNMA MASTER FUND LTD | CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON TRUST | COMPANY,NATIONAL ASSOCIATION | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON TRUST CO | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/ | DEUTSCHE BK AG LONDON | CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/ | ICBC STANDARD BANK PLC | CORP ACTIONS | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/ BANQUE DEWAAYSA | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/ABBEY NATIONAL TREASURY PLC US B | CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/ANCHORAGE CAPITAL | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/ANNALY CRE HOLDING | ANNALY CRE HOLDING LLC | DONNA STEINMAN | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/ANNALY CRE LLC | DONNA STEINMAN | VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/ANNALY F | DONNA STEINMAN | VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/ANNALY FUNDINGLLC | DONNA STEINMAN | VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/ANNALY M | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | RM 0400 | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/ANNALY MORTGAGE | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | RM 0400 | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/BAKER2 | DONNA STEINMAN | VICE PRESIDENT | ONE WALL STREET | 5TH FLOOR | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/BAKERGRO | CECILE LAMARCO | ONE WALL STREET | | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/BAKERGROUP | CECILE LAMARCO | ONE WALL STREET | | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/BANCO SANTANDERSLB | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/BANQUE D'ORSAY | CORP ACTIONS | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/BARCLAYS | JENNIFER MAY | ASSISTANT VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/BARCLAYS (BGIS) | MICHAEL KANIA - VICE PRESIDENT | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/BNYM ETF | CORP ACTIONS | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/BOA NA | CORP ACTIONS | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/BROKER D | CLEOLA L. MOORE | ONE WALL STREET | | | NEW YORK | NY | 10286 | |



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| THE BANK OF NEW YORK MELLON/BROKER DEALER OMNIBUS | CLEOLA L. MOORE | ONE WALL STREET | | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/CDC HOLD | JENNIFER MAY | VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/CDC MORT | JENNIFER MAY | ASSISTANT VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/CHIMERA RMBS LLC | (F/K/A CIM HOLDING) | CHIMERA RMBS LLC (F/K/A CIM HOLDING) - MICHAEL KANIA | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/COMMERCI | JENNIFER MAY | ONE WALL STREET (NEW STREET LEVEL) | | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/COMMERCIAL LOANS | CORP ACTIONS | ONE WALL STREET (NEW STREET LEVEL) | | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/COUNTRYW | JENNIFER MAY | ASSISTANT VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/CRESCENT | DONNA STEINMAN | VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/CWIBH IN | DONNA STEINMAN | ONE WALL STREET | | | NY | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/CWIBH INC. | DONNA STEINMAN | ONE WALL STREET | | | NY | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/DB CHILDRENS | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/DBAG FRA | DONNA STEINMAN | VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/DBAG LON | DONNA STEINMAN | VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/DBLPB-DBX | EUROLONG/SHORT EQ. 4 FD | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/DBLPB-DBX | RISKARBITAGE 8 FUND | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/DBLPB-DBX-ASIANL | S EQUITY 2 FUND | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/DBTC | DEUTSCHE BK LONDON PRIME SEG 30/30 | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/DBTC | DB AG LDNPB F&C SAPPHIRE M/FD LTD | CORP ACTIONS | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/DBTC | AMERICAS/DEUTSCHE BANK LONDON PRIME | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/DBTC | DEUTSCHE BK LONDON PRIME SEG 15/00 | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/DBTC | AMERICAS/DEUTSCHE BK LONDON PRIME | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/DBTC AMERICAS | DBAG LDN-GS CR. PORT LLC | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/DBTCA | DB AG LDNPB F&C GARNET M/F LTD | CORP ACTIONS | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/DBTCA | DB AG LDNPB POLGON GL OP M/FD | CORP ACTIONS | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/DBTCA | DB AG LDNPB CHEYNE VALUE FUND LP | CORP ACTIONS | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/DBTCA/DB AG | LDNPB-DEUTSCHE BANK NY | CORP ACTIONS | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/DBTCA/DB AG LDNB | CHEYNE SPEC'L SIT FD | CORP ACTIONS | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/DBTCA/DB AG LDNPB | MULTI SEG CLEARANCE | CORP ACTIONS | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/DEALERWE | MIKE SCARRY | ASSISTANT VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/DEALERWEB INC. | MIKE SCARRY | ASSISTANT VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/DEPOSITA | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| THE BANK OF NEW YORK MELLON/DEUTSCHE | JENNIFER MAY | 11486 CORPORATE BLVD | | | ORLANDO | FL | 32817 | |
| THE BANK OF NEW YORK MELLON/EARN CMO LLC | CORP ACTIONS | ONE WALL STREET | | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/EARN MORTGAGE LLC | CORP ACTIONS | ONE WALL STREET | | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/EARN SECURITIESLLC | EARN SECURITIES LLC | CORP ACTIONS | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/EF CMO, | DONNA STEINMAN | VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/EF CMO, LLC | DONNA STEINMAN | VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/EF MORTG | DONNA STEINMAN | VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/EF MORTGAGE, LLC | DONNA STEINMAN | VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/EF SECUR | JENNIFER MAY | VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/EF SECURITIES LLC | CORP ACTIONS | VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/ELLINGTO | DONNA STEINMAM | VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/ELLINGTO | JENNIFER MAY | VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/ELLINGTON SPECIAL | OPPORTUNITIES FUND, LTD. | CORP ACTIONS | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/EQUITIES | FORTISBANK,LONDON | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/E-TRADE | JENNIFER MAY | ASSISTANT VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/EVOLUTION BEESON | GREGORY LIMITED LIMITED - ACCOUNT #258688 | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/FIFTH THIRD | JENNIFER MAY | ONE WALL STREET | | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/FIFTH THIRD BANK | CORP ACTIONS | ONE WALL STREET | | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/FMSBONDS | JENNIFER MAY | 16 WALL STREET, 5TH FLOOR | | | NEW YORK | NY | 10005 | |
| THE BANK OF NEW YORK MELLON/FMSBONDS, INC. | CORP ACTIONS | 16 WALL STREET, 5TH FLOOR | | | NEW YORK | NY | 10005 | |
| THE BANK OF NEW YORK MELLON/FSA | MIKE SCARRY | ASSISTANT VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/GIB UK LTD CORPBOND | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/HBK CDO TRUST | CORP ACTIONS | VICE PRESIDENT | 11486 CORPORATE BLVD | | ORLANDO | FL | 32817 | |
| THE BANK OF NEW YORK MELLON/HBK GLOB | JENNIFER MAY | VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/HBK MAST | JENNIFER MAY | ONE WALL STREET | | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/HBK MASTER FUNDLP | CORP ACTIONS | ONE WALL STREET | | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/HH ELLINGTON MASTER FUND LTD | CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/HSBC BAN | CORP ACTIONS | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/HSBC, BK PLC A | C IB EQ FIN NON US | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/INVESTEC LONDON | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/IPA | JENNIFER MAY | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/ITC-DEAL | ONE WALL STREET | 4TH FLOOR | | | NEW YORK | NY | 10015 | |
| THE BANK OF NEW YORK MELLON/IVORS | CORP ACTIONS | ONE WALL STREET | | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/IXIS CMN | DONNA STEINMAN | VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| THE BANK OF NEW YORK MELLON/IXIS LOA | CORP ACTIONS | VICE PRESIDENT | ONE WALL ST | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/LINK SECURITIES | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| The Bank of New York Mellon/Mellon T | Sean Garrison | Suite 153-0400 | | | Pittsburgh | PA | 10286 | |
| THE BANK OF NEW YORK MELLON/MERRILL | DONNA STEINMAN | VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| The Bank of New York Mellon/Mid Cap Spdrs | Corp Actions | VIce President | 525 William Penn Place | | Pittsburgh | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/MILLENNIUM PARTNERS | MIKE SCARRY | ASSISTANT VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/MIZUHO BANK | DONNA STEINMAN | VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/MIZUHO CORPORATE | BANK LTD., NEW YORK BRANCH | DONNA STEINMAN - VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/NATIXIS | JENNIFER MAY | ASSISTANT VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/NATIXIS | DONNA STEINMAN | VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/NATIXIS FUNDINGCORP | CORP ACTIONS | ONE WALL ST | | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/NBT BANK | MIKE SCARRY | ASSISTANT VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/NOMURA B | DONNA STEINMAN | 11486 CORPORATE BLVD | SUITE 300 | | ORLANDO | FL | 32817 | |
| THE BANK OF NEW YORK MELLON/NOMURA SECURITIES (BERMUDA) LTD. | CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/NTX FUND | DONNA STEINMAN | VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/OZ CAP STRUC | ARBTRAGE MASTER FUND | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/OZ EUROPE MASTER | MASTER FUND, LTD | MICHAEL KANIA - VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/OZ MASTER FUNDLTD | CORP ACTIONS | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/OZ MASTER MASTER | FUNDS, LTD | MICHAEL KANIA - ASSISTANT TREASURER | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/POPULAR | CORP ACTIONS | 11486 CORPORATE BLVD | | | ORLANDO | FL | 32817 | |
| THE BANK OF NEW YORK MELLON/PREBON F | JENNIFER MAY | 11486 CORPORATE BLVD | | | ORLANDO | FL | 32817 | |
| THE BANK OF NEW YORK MELLON/QVT CAPITAL | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBUGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/RABOBANK | INTERNATIONAL LONDON EQUITY FINANCE | CORP ACTIONS | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/RBC BARBADOS TBC | CORP ACTIONS | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/RBC I&TS | MICHAEL KANIA | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/SIMF | MICHAEL KANIA | ASSISTANT TREASURER | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/SOC GEN | JENNIFER MAY | VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/SOC GEN BANK | CORP ACTIONS | ASSISTANT VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/SOCIETE | MIKE SCARRY | ASSISTANT VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/SOUTH ST | JENNIFER MAY | VICE PRESIDENT | 11486 CORPORATE BLVD | SUITE 300 | ORLANDO | FL | 32817 | |
| THE BANK OF NEW YORK MELLON/SOUTH STREET | SECURITIES | CORP ACTIONS | 11486 CORPORATE BLVD | SUITE 300 | ORLANDO | FL | 32817 | |
| THE BANK OF NEW YORK MELLON/ST. BERN | DONNA STEINMAN | VICE PRESIDENT | ONE WALL STREET | 5TH FLOOR | NEW YORK | NY | 10015 | |
| THE BANK OF NEW YORK MELLON/ST. BERNARD | OPPORTUNITY FUND 1, LTD. | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/SUNTRUST | JENNIFER MAY | 11486 CORPORATE BLVD | | | ORLANDO | FL | 32817 | |



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| THE BANK OF NEW YORK MELLON/SUNTRUST BANK | CORP ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON/TD BANK | MIKE SCARRY | ASSISTANT VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/TD BANK N.A. | DONNA STEINMAN | ASSISTANT TREASURER | 11486 CORPORATE BLVD | SUITE 300 | ORLANDO | FL | 32817 | |
| THE BANK OF NEW YORK MELLON/TD NY | DONNA STEINMAN | 11486 CORPORATE BLVD | SUITE 300 | | ORLANDO | FL | 32817 | |
| THE BANK OF NEW YORK MELLON/TD NY | MIKE SCARRY | ASSISTANT VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/TDB UNENCUMBERED | DONNA STEINMAN | 11486 CORPORATE BLVD | SUITE 300 | | ORLANDO | FL | 32817 | |
| THE BANK OF NEW YORK MELLON/TELEBANK | CORP ACTIONS | ASSISTANT VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/TORONTO | RICHARD WENSKOSKI | CLEOLA L. MOORE | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/TORONTO DOMINION SECURITIES INC. | CLEOLA L. MOORE | ONE WALL STREET | | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/TULLETT | JENNIFER MAY | ASSISTANT VICE PRESIDENT | ONE WALL STREET | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/VINNING | MARY HARP | 6077 PRIMACY PARKWAY | | | MEMPHIS | TN | 38119 | |
| THE BANK OF NEW YORK MELLON/WELLS FA | JOE WINKHART | 1 WALL STREET | 5TH FLOOR | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/WELLS FARGO MARGIN | JOE WINKHART | 1 WALL STREET | 5TH FLOOR | | NEW YORK | NY | 10286 | |
| THE BANK OF NEW YORK MELLON/WFC HOLDINGS CORPORATION | CORPORATE ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK/FORTIS BANK NV/SA | CORP ACTIONS | VICE PRESIDENT | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK/THE ROYAL BANK OF CANADA | CORP ACTIONS | 525 WILLIAM PENN PLACE | | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NOVA SCOTIA | PRINCIPAL EQUITIES/CDS | 40 KING STREET WEST | SCOTIA PLAZA | | TORONTO | ON | M5H 1H1 | CANADA |
| THE BANK OF NOVA SCOTIA | SUB FIXED INCOME/IMPACT/CDS | CORPORATE ACTIONS | 40 KING STREET WEST | SCOTIA PLAZA | TORONTO | ON | M5H 1H1 | CANADA |
| THE BANK OF NOVA SCOTIA, NEW YORK AG | PAT MORRIS | ONE LIBERTY PLAZA | | | NEW YORK | NY | 10006 | |
| THE BANK OF NOVA SCOTIA, NEW YORK AG | KEITH PECKHOLDT | DIRECTOR | ONE LIBERTY PLAZA | | NEW YORK | NY | 10006 | |
| THE BANK OF NOVA SCOTIA, NEW YORK AGENCY | CORPORATE ACTIONS | 1 Liberty Plaza | 165 Broadway, Floors 22-26 | | NEW YORK | NY | 10006 | |
| THE BANK OF NOVA SCOTIA, NEW YORK AGENCY/RATES DESK | CORPORATE ACTION | 1 LIBERTY PLAZA | 165 BROADWAY | FLOORS 22-26 | NEW YORK | NY | 10006 | |
| THE BANK OF NOVA SCOTIA/ SCE LTD./CDS | JOSEPH CHAU | MANAGER | 40 KING STREET WEST | SCOTIA PLAZA | TORONTO | ON | ON500000 | CANADA |
| THE BANK OF NOVA SCOTIA/BNS PRIME GLOSS/CDS | ATTN: CORPORATE ACTIONS | 40 KING STREET WEST | SCOTIA PLAZA | | TORONTO | ON | M5H 1H1 | CANADA |
| THE BANK OF NOVA SCOTIA/BNS TOR PRINCIPAL GLOSS/CDS | ATTN: CORPORATE ACTIONS | 40 KING STREET WEST | SCOTIA PLAZA | | TORONTO | ON | M5H 1H1 | CANADA |
| THE BANK OF NOVA SCOTIA/CDS | CORPORATE ACTIONS | 40 KING STREET WEST | SCOTIA PLAZA | | TORONTO | ON | M5H 1H1 | CANADA |
| THE BANK OF NOVA SCOTIA/CDS | J. THOMPSON | 23-40 KING STREET WEST | SCOTIA PLAZA | | TORONTO | ON | M5H 1H1 | CANADA |
| THE BANK OF NOVA SCOTIA/CLIENT A | CORPORATE ACTIONS | 40 KING STREET WEST | SCOTIA PLAZA | | TORONTO | ON | M5H 1H1 | CANADA |
| THE BANK OF NOVA SCOTIA/CLIENT B/CDS | CAROL ANDERSON | 40 KING STREET W | | | TORONTO | ON | M5H 1H1 | CANADA |
| THE BANK OF NOVA SCOTIA/CLIENT B/CDS | CORPORATE ACTIONS | 40 KING ST. WEST | 23RD FLOOR | | TORONTO | ON | M5H 1H1 | CANADA |
| THE BANK OF NY MELLON/MELLON TRST OF NEW ENGLAND | NORTHWESTERN MUTUAL LIFE | DENISE FRUEND | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NY MELLON/MELLON TRST OF NEW ENGLAND | NORTHWESTERN MUTUAL LIFE | ATTN: GAIL M. LEANNAIS - CORPORATE ACTIONS | 720 EAST WISCONSIN AVENUE | | MILWAUKEE | WI | 53202-4797 | |
| THE CENTRAL DEPOSITORY (PTE) LIMITED | CORPORATE ACTIONS | 9 NORTH BUONA VISTA DRIVE | #01-19/20 The Metropolis | | SINGAPORE | | 138588 | SINGAPORE |
| THE CENTRAL DEPOSITORY (PTE) LIMITED | WALTER P. SPRINGER | 55 WATER STREET, 26TH FLOOR | | | NEW YORK | NY | 10041 | |
| THE FIRST, NATIONAL ASSOCIATION/DRS | STACY BRANN | 7 BRISTOL ROAD | | | DAMARISCOTTA | ME | 04543 | |
| THE HUNTINGTON NATIONAL BANK | CORPORATE ACTIONS | DAVID GUNNING | 5555 CLEVELAND AVE. | GW4E62 | COLUMBUS | OH | 43231 | |
| THE HUNTINGTON NATIONAL BANK | PAULA FLETCHER | 7 EASTON OVAL | | | COLUMBUS | OH | 43219 | |
| THE NASDAQ STOCK MARKET LLC | VINCENT DIVITO | DIRECTOR | ONE LIBERTY PLAZA | | NEW YORK | NY | 10006 | |
| The Northern Trust Company | Attn: Capital Structures-C1N | Ryan Chislett | 801 S Canal Street | | Chicago | IL | 60607 | |
| THE NORTHERN TRUST COMPANY | ANDREW LUSSEN | ATTN: CAPITAL STRUCTURES-C1N | 801 S CANAL STREET | | CHICAGO | IL | 60607 | |
| THE NORTHERN TRUST COMPANY | PROXY DIVISION C-1N | 801 S. CANAL STREET | | | CHICAGO | IL | 60607 | |
| THE OPTIONS CLEARING CORPORATION | OCC MARKETLOAN PROGRAM ACCOUNT - AQS | ANDREW PANARAS - SUPERVISOR | ONE NORTH WACKER DRIVE | SUITE 500 | CHICAGO | IL | 60606 | |



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| THE OPTIONS CLEARING CORPORATION/OCC | ANDREW PANARAS | SUPERVISOR | ONE NORTH WACKER DRIVE | SUITE 500 | CHICAGO | IL | 60606 | |
| THE PARK NATIONAL BANK/DRS | DEBBIE DANIELS | ONE SOUTH MAIN STREET | | | VERNON | OH | 43050 | |
| THE ROYAL BANK OF SCOTLAND PLC, CT BRANCH | JEFF BLACK | 600 WASHINGTON BOULEVARD | | | STAMFORD | CT | 06901 | |
| THE TEL-AVIV STOCK EXCHANGE CLEARING | NIRA MEIR | 54 AHAD HA'AM ST | P O B 29060 | | TEL AVIV | | 61290 I65202 | ISRAEL |
| TIMBER HILL LLC | KARIN MCCARTHY | 1 PICKWICK PLAZA | | | GREENWICH | CT | 06830 | |
| TORONTO-DOMINION BANK (THE)** | M. JASON PEEL | MANAGER | 77 KING STREET WEST | 16TH FLOOR | TORONTO | ON | M5K 1A2 | CANADA |
| TORONTO-DOMINION BANK (THE)/TD GLOBAL FINANCE UNLIMITED COMPANY/CDS | ATTN: CORPORATE ACTIONS | 77 KING STREET WEST | 16TH FLOOR | | TORONTO | ON | M5K 1A2 | CANADA |
| TORONTO-DOMINION BANK (THE)/TDGF MARGIN ACCOUNT/CDS | ATTN: CORPORATE ACTIONS | 77 KING STREET WEST | 16TH FLOOR | | TORONTO | ON | M5K 1A2 | CANADA |
| TRADEBOT SYSTEMS, INC. | ATTN: CORPORATE ACTIONS | 1251 NW BRIARCLIFF PKWY STE | 700 | | KANSAS CITY | MO | 64116-1784 | |
| TRADELINK SECURITIES LLC | ATTN: CORPORATE ACTIONS | 71 South Wacker Drive | Suite 1900 | | CHICAGO | IL | 60606 | |
| Tradestation Securities, Inc. | Attn: Andrea Augustin | Corporate Actions | 8050 SW 10th St | | Plantation | FL | 33324 | |
| Tradestation Securities, Inc. | Attn: David Bialer | 8050 SW 10th Street | Suite 400 | | Plantation | FL | 33324 | |
| TRADESTATION SECURITIES, INC. | TRADESTATION SECURITIES, INC. | CORPORATE ACTIONS | 8050 SW 10TH STREET | SUITE 400 | PLANTATION | FL | 33324 | |
| Tradeup Securities, Inc. | | 101 Eisenhower Parkway | | | Roseland | NJ | 07068 | |
| Tradeup Securities, Inc./Stock Loan | | 101 Eisenhower Parkway | | | Roseland | NJ | 07068 | |
| TRADITION SECURITIES & DERIVATIVES I | JEANETTE RIVERA | 255 GREENWICH ST | 4TH FLOOR | | NEW YORK | NY | 10007 | |
| TRUIST BANK/SUPPLY CHAIN FINANCE | ATTN: CORPORATE ACTIONS | 3333 Peachtree Rd NE | | | ATLANTA | GA | 30326 | |
| TRUST COMPANY OF AMERICA | | 7103 SOUTH REVERE PARKWAY | | | CENTENNIAL | CO | 80112 | |
| TRUST OPERATIONS OFFICER | MATT LYNCH | U.S. BANK, N.A./U.S. BANK MUNICIPAL | 1555 N RIVER CENTER DRIVE | SUITE 302 | MILWAUKEE | WI | 53212 | |
| TRUSTMARK NATIONAL BANK | JACK BALL / VERLENA PETERS | 248 EAST CAPITOL ST | ROOM 580 | | JACKSON | MS | 39201 | |
| TULLETT PREBON FINANCIAL SERVICES LL | MICHAEL DEMATTEO | 77 WATER STREET | 12TH FLOOR | | NEW YORK | NY | 10005 | |
| TULLETT PREBON FINANCIAL SERVICES LLC | CORPORATE ACTIONS | 101 HUDSON STREET | | | JERSEY CITY | NJ | 07302 | |
| U.S. Bancorp Investments, Inc. | Kevin Brown | Assistant VIce President | 60 Livingston Ave | | St. Paul | MN | 55107-1419 | |
| U.S. Bancorp Investments, Inc. | Attn: Reorg Department | 60 Livingston Ave | | | St. Paul | MN | 55107 | |
| U.S. Bank N.A. | Stephanie Kapta | 1555 N Rivercenter Drive | Suite 302 | | Milwaukee | WI | 53212 | |
| U.S. BANK N.A./CP | STEPHANIE STORCH | 1555 N RIVERCENTER DRIVE | SUITE 302 | | MILWAUKEE | WI | 53212 | |
| U.S. BANK N.A./ETF | STEPHANIE STORCH / MATTHEW LYNCH | 1555 N RIVERCENTER DRIVE | SUITE 302 | | MILWAUKEE | WI | 53212 | |
| U.S. BANK N.A./QUASAR DISTRIBUTORS, LLC | SUBACCOUNTING AGENT STEPHANIE KAPTA | 1555 N RIVERCENTER DRIVE | SUITE 302 | | MILWAUKEE | WI | 53212 | |
| U.S. BANK N.A./SAFEKEEPING WEST | STEPHANIE STORCH | 1555 N RIVERCENTER DRIVE | SUITE 302 | | MILWAUKEE | WI | 53212 | |
| U.S. BANK N.A./THIRD PARTY LENDING | SCOTT OLSON | 1555 N RIVERCENTER DRIVE | SUITE 302 | | MILWAUKEE | WI | 53212 | |
| U.S. BANK N.A./TRUST NY MTN | MATT LYNCH | 1555 N RIVER CENTER DRIVE | SUITE 302 | | MILWAUKEE | WI | 53212 | |
| U.S. BANK N.A./WMIS | ATTN: CORPORATE ACTIONS | 1555 N RIVERCENTER DRIVE | SUITE 302 | | MILWAUKEE | WI | 53212 | |
| U.S. BANK, N.A. | U.S. BANK MUNICIPAL SECURITIES GROUP | MATT LYNCH | 1555 N RIVER CENTER DRIVE | SUITE 302 | MILWAUKEE | WI | 53212 | |
| UBS AG STAMFORD BRANCH | AS CUSTODIAN FOR UBSAG LONDON BRANCH | GREGORY CONTALDI - DIRECTOR | 1000 HARBOR BLVD - 5TH FLOOR | | WEEHAWKEN | NJ | 07086 | |
| UBS AG STAMFORD BRANCH/AS CUSTODIAN | GREGORY CONTALDI | DIRECTOR | 1000 HARBOR BLVD - 5TH FLOOR | | WEEHAWKEN | NJ | 07086 | |
| UBS AG, STAMFORD BRANCH | CARLOS LEDE | 677 WASHINGTON BLVD | | | STAMFORD | CT | 06901 | |
| UBS AG, STAMFORD BRANCH | CARLOS LEDE | AC PB CLIENTS-NO UBS LIEN | 677 WASHINGTON BLVD | | STAMFORD | CT | 06901 | |
| UBS AG, STAMFORD BRANCH | CARLOS LEDE | 600 WASHINGTON BLVD | | | STAMFORD | CT | 06901 | |
| UBS AG, STAMFORD BRANCH/IPA ACCOUNT | ANTHONY CONTE | 677 WASHINGTON BLVD | | | STAMFORD | CT | 06901 | |
| UBS Financial Services Inc. | Jane Flood | 1000 Harbor Blvd | | | Weehawken | NJ | 07086 | |
| UBS FINANCIAL SERVICES INC./GOVERNME | JONATHAN BANKS | 1200 HARBOR BLVD | | | WEEHAWKEN | NJ | 07086 | |
| UBS FINANCIAL SERVICES INC./GOVERNMENT | SECURITIES ACCOUNT #2 | JONATHAN BANKS | 1200 HARBOR BLVD | | WEEHAWKEN | NJ | 07086 | |
| UBS LIMITED | TRACEY DREWE | 1 FINSBURY AVENUE | | | LONDON | | EC2M 2PP | UNITED KINGDOM |
| UBS SECURITIES CANADA INC./CDS | JILL MILLS | 161 BAY ST, SUITE 4100 | P. O. BOX 617 | | TORONTO | ON | M5J 2S1 | CANADA |
| UBS SECURITIES CANADA INC./CDS | CORPORATE ACTIONS | 161 Bay Street | Suite 4000 | | TORONTO | ON | M5J 2S1 | CANADA |
| UBS Securities LLC | Gregory Contaldi | Director | 1000 Harbor Blvd - 5th Floor | | Weehawken | NJ | 07086 | |
| UBS SECURITIES LLC/CMO | SCOTT HARRIS | 480 WASHINGTON BLVD | | | JERSEY CITY | NJ | 07310 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)

Page 34 of 36



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| UBS SECURITIES LLC/SECURITIES LENDING | GREGORY CONTALDI | 480 WASHINGTON BLVD 12TH FLOOR | | | JERSEY CITY | NJ | 07310 | |
| UMB BANK NA/ENOGEX MTM/IPA | LEIGH SUROWIEC | 2401 GRAND BOULEVARD | SUITE 200 | | KANSAS CITY | MO | 64108 | |
| UMB BANK, INVESTMENT DIVISION | MATTHEW BROWN | 928 GRAND BOULEVARD | MS1010406 | | KANSAS CITY | MO | 64106 | |
| Umb Bank, National Association | Vincent Duncan | 928 Grand Blvd | | | Kansas City | MO | 64133 | |
| UNION BANK & TRUST COMPANY | TAMMY ENGLE | C/O PROXYTRUST | PO BOX 11126 | | HAUPPAUGE | NY | 11788-0934 | |
| USAA INVESTMENT MANAGEMENT COMPANY | JOYCE WILSON, MANAGER | PO BOX 659453 | | | SAN ANTONIO | TX | 78265-9825 | |
| USAA INVESTMENT MANAGEMENT COMPANY | C/O BROADRIDGE | ISSUER SERVICES | 51 MERCEDES WAY | | EDGEWOOD | NY | 11717 | |
| Vanguard Marketing Corporation | | 100 Vanguard Boulevard | | | Malvern | PA | 19355 | |
| Vanguard Marketing Corporation | | PO Box 1170 | | | Valley Forge | PA | 19482-1170 | |
| Vanguard Marketing Corporation | Attn: Ben Beguin | 14321 N. Northsight Boulevard | | | Scottsdale | AZ | 85260 | |
| VANGUARD MARKETING CORPORATION/FPL | ATTN: CORPORATE ACTIONS | 14321 N. NORTHSIGHT BOULEVARD | | | SCOTTSDALE | AZ | 85260 | |
| VELOCITY CAPITAL LLC | ATTN: CORPORATE ACTIONS | 199 WATER STREET | 17TH FLOOR | | New York | NY | 10038 | |
| VELOCITY CAPITAL LLC/PROPRIETARY ACCOUNT | ATTN: CORPORATE ACTIONS | 199 Water Street | 17th Floor | | New York | NY | 10038 | |
| Velox Clearing LLC | | 2400 E Katella Ave | | | Anaheim | CA | 92806 | |
| VELOX CLEARING LLC/SECURITIES LENDING | ATTN: CORPORATE ACTIONS | 2400 E KATELLA AVE | | | ANAHEIM | CA | 92806 | |
| Virtu Americas LLC | Janica Brink | VIce President | 545 Washington Blvd. | | Jersey City | NJ | 07310 | |
| Virtu Americas LLC | Janica Brink | VIce President | 165 Broadway | | New York | NY | 10006 | |
| VIRTU FINANCIAL BD LLC | CORPORATE ACTIONS | 900 Third Avenue | 29TH FLOOR | | NEW YORK | NY | 10022 | |
| VIRTU FINANCIAL BD LLC | CORPORATE ACTIONS | 645 MADISON AVENUE | | | NEW YORK | NY | 10022 | |
| VIRTU FINANCIAL CAPITAL MARKETS LLC | PETER KOVAC | 9242 BEVERLY BLVD | SUITE 300 | | BEVERLY HILLS | CA | 90210 | |
| VIRTU FINANCIAL CAPITAL MARKETS LLC | CORPORATE ACTIONS | 1540 Second Street | | | SANTA MONICA | CA | 90401 | |
| Vision Financial Markets LLC | Ana Martinez | Corporate Actions | 4 High Ridge Park | | Stamford | CT | 06804 | |
| VIsion Financial Markets LLC | Ana Martinez | 120 Long Ridge Road | 3 North | | Stamford | CT | 06902 | |
| VISION FINANCIAL MARKETS LLC/SECURITIES LENDING | ANA MARTINEZ | 120 Long Ridge Road | 3 North | | STAMFORD | CT | 06902 | |
| W.D. LATIMER CO LTD./CDS | R J JAMORABON | 100 WELLINGTON ST | SUITE 600 | | TORONTO | ON | M5K 1G8 | CANADA |
| WACHTEL & CO., INC. | PROXY DEPT | 1701 K STREET, NW | #615 | | WASHINGTON | DC | 20006 | |
| WEALTHSIMPLE INVESTMENTS INC./CDS | ATTN: CORPORATE ACTIONS | 201 - 80 SPADINA AVENUE | | | Toronto | ON | M5V 2J4 | |
| Wedbush Securities Inc. | Alan Ferreira | P.O. Box 30014 | | | Los Angeles | CA | 90030 | |
| Wedbush Securities Inc. | Donna Wong | 1000 Wilshire Blvd | | | Los Angeles | CA | 90030 | |
| Wedbush Securities Inc./P3 | Alan Ferreira | 1000 Wilshire Blvd | Suite #850 | | Los Angeles | CA | 90030 | |
| WEDBUSH SECURITIES INC./PC STOCK LOAN | ALAN FERREIRA | 1000 WILSHIRE BLVD | | | LOS ANGELES | CA | 90030 | |
| WEDBUSH SECURITIES INC./STOCK LOAN | ATTN: CORPORATE ACTIONS, CARMEN RIVERA | 1000 WILSHIRE BLVD | | | LOS ANGELES | CA | 90017 | |
| WELLS FARGO ADVISORS, LLC | ROBERT MATERA | 1525 WEST WT HARRIS BLVD | | | CHARLOTTE | NC | 28262 | |
| WELLS FARGO BANK N.A./SIG WELLS FARGO | ROBERT MATERA | ASSISTANT VICE PRESIDENT | CORP ACTIONS - NC0675 | 1525 WEST W.T. HARRIS BLVD, 1B1 | CHARLOTTE | NC | 28262 | |
| WELLS FARGO BANK, N.A. ISSUING/PAYING AGENT | LIZ GALL HANSON | 608 2ND AVENUE S | | | MINNEAPOLIS | MN | 55434 | |
| WELLS FARGO BANK, N.A./LENDING | FRANK SOUDER | 51 JFK PARKWAY | | | SHORT HILLS | NJ | 07078 | |
| Wells Fargo Bank, N.A./Sig | Corporate Actions | 550 S. Tryon St. | | | Charlotte | NC | 28202 | |
| WELLS FARGO BANK, N.A./SIG | ROBERT MATERA | VICE PRESIDENT | 1525 W W T HARRIS BLVD | 1ST FLOOR | CHARLOTTE | NC | 28262-8522 | |
| WELLS FARGO BANK, NATIONAL ASSOCIATI | LORA DAHLE | 550 SOUTH 4TH STREET | MAC N9310-141 | | MINNEAPOLIS | MN | 55415 | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | LORA DAHLE | CORPORATE ACTIONS | 550 SOUTH 4TH STREET | MAC N9310-141 | MINNEAPOLIS | MN | 55415 | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | CORPORATE ACTIONS | 733 MARQUETTE AVENUE-5TH FLOOR | | | MINNEAPOLIS | MN | 55479 | |
| Wells Fargo Clearing Services LLC | ATTN PROXY DEPT | ONE NORTH JEFFERSON STREET | | | ST. LOUIS | MO | 63103 | |
| Wells Fargo Clearing Services LLC | Christy Halloran | 1 N Jefferson Ave | | | St. Louis | MO | 63103 | |
| WELLS FARGO CLEARING SERVICES LLC/SE | DAVID RIELING | VICE PRESIDENT | 901 EAST BYRD STREET | 15 TH FLOOR | RICHMOND | VA | 23219 | |
| WELLS FARGO CLEARING SERVICES LLC/SU | ROBERT MATERA | 1525 WEST WT HARRIS BLVD | | | CHARLOTTE | NC | 28262 | |
| WELLS FARGO SECURITIES, LLC | ROBERT MATERA | ASSISTANT VICE PRESIDENT | CORP ACTIONS - NC0675 | 1525 WEST W.T. HARRIS BLVD, 1B1 | CHARLOTTE | NC | 28262 | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (DRJ)



**Exhibit AJ**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| WELLS FARGO SECURITIES, LLC/SECURITIES FINANCE | STEVE TURNER | ASSISTANT VICE PRESIDENT | CORP ACTIONS - NC0675 | 1525 WEST W.T. HARRIS BLVD, 1B1 | CHARLOTTE | NC | 28262 | |
| WESBANCO BANK, INC. | SUSAN KOVAL | ONE BANK PLAZA | | | WHEELING | WV | 26003 | |
| WEST OAK CAPITAL | ATTN: BYRON SNIDER, CORPORATE ACTIONS | 2801 TOWNSGATE ROAD | SUITE 112 | | WESTLAKE VILLAGE | CA | 91361 | |
| WILLIAM BLAIR & COMPANY, L.L.C. | MARIUSZ NIEDBALEC | 222 WEST ADAMS STREET | | | CHICAGO | IL | 60606 | |
| WILLIAM BLAIR & COMPANY, L.L.C. | STEVE DEBERNARDO | 51 MERCEDES WAY | | | EDGEWOOD | NY | 11717 | |
| WILSON-DAVIS & CO., INC. | BILL WALKER | 236 SOUTH MAIN STREET | | | SALT LAKE CITY | UT | 84101 | |
| WOLVERINE EXECUTION SERVICES, LLC | CORPORATE ACTIONS | 175 WEST JACKSON BLVD. | 2ND FLOOR | | CHICAGO | IL | 60604 | |
| WOLVERTON SECURITIES LTD./CDS | CORPORATE ACTIONS | 1700- 777 DUNSMUIR STREET | | | VANCOUVER | BC | V7Y 1J5 | CANADA |
| ZB, NATIONAL ASSOCIATION/CT ISSUE & PAY A/C/IPA | CORPORATE ACTIONS | One South Main Street | | | Salt Lake City | UT | 84133-1109 | |
| ZB, NATIONAL ASSOCIATION/PORTFOLIO | CORP ACTIONS | One South Main | Suite 1380 | | Salt Lake City | UT | 84111 | |
| ZIONS BANCORPORATION, NATIONAL ASSOC | JOHN RIZZO | VICE PRESIDENT | 1 SOUTH MAIN 17TH FLOOR | | SALT LAKE CITY | UT | 84111 | |
| ZIONS BANCORPORATION, NATIONAL ASSOC | ANITTA SIMPSON | 10 EAST SOUTH TEMPLE | 3RD FLOOR | | SALT LAKE CITY | UT | 84111 | |
| ZIONS DIRECT, INC. | AARON LINDHARDT | 1 SOUTH MAIN STREET | SUITE 1340 | | SALT LAKE CITY | UT | 84111 | |
| ZIONS FIRST NATIONAL BANK | JOHN RIZZO | VICE PRESIDENT | 1 SOUTH MAIN 17TH FLOOR | | SALT LAKE CITY | UT | 84111 | |
| ZIONS FNB/WESTERN NATIONAL | JOHN RIZZO | 1 SOUTH MAIN 17TH FLOOR | | | SALT LAKE CITY | UT | 84111 | |
| ZIV INVESTMENT CO. | JAMES M. GRIEGEL | 141 W. JACKSON BLVD. | | | CHICAGO | IL | 60604 | |