IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.,* | § § § | Case No. 22-90341 (CML) |
|  | § § | (Jointly Administered) |
| Debtors.[1] | § § | Related Docket No. 1525 |

### NOTICE OF HEARING ON DISPUTED CLAIMS MOTION AND FILING OF AMENDED DISPUTED CLAIMS SCHEDULES

**PLEASE TAKE NOTICE** that on December 7, 2023, Core Scientific, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (the "**Debtors**"), filed the *Debtors' Emergency Motion for Entry of an Order Establishing Disputed Claim Amounts For Calculation And Distribution Purposes Under Debtors' Proposed Joint Chapter 11 Plan of Reorganization* (Docket No. 1525) (the "**Disputed Claims Motion**").

**PLEASE TAKE FURTHER NOTICE** that Exhibit B to the Motion contains a Proposed Order which includes schedules of (i) Litigation Claims; (ii) Rejection Damages Claims; (iii) 510(b) Claims; and (iv) Other Disputed Claims (collectively, the "**CUD Claims**"), which seeks authority from the Court to establish the maximum Allowed amount of CUD Claims for the purposes of calculating the Disputed Class 8 Claim Shares and Disputed Class 11 Claim Shares (the "**Disputed Claims Schedules**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, TX 78704.

**PLEASE TAKE FURTHER NOTICE** that subsequent to the filing of the Motion, the Debtors engaged in negotiations with several claimholders listed in the Disputed Claims Schedules, and reviewed additional claims filed against the Debtors, and have revised the Disputed Claims Schedules to reflect these negotiations and additional review by the Debtors.

**PLEASE TAKE FURTHER NOTICE** the Debtors hereby submit an amended Proposed Order (the "**Amended Proposed Order**"), attached hereto as **Exhibit A**, which includes the amended Disputed Claims Schedules (the "**Amended Disputed Claims Schedules**"). A redline of the Amended Proposed Order, including the Amended Disputed Claims Schedule, marked against the original Proposed Order and original Disputed Claims Schedule is attached hereto as **Exhibit B.**

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief requested in the Disputed Claims Motion will be conducted before the Honorable Christopher M. Lopez at the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") on **January 16, 2024 at 10:00 a.m. (Prevailing Central Time)** (the "**Hearing**"), Courtroom 401, 4th Floor, 515 Rusk Avenue, Houston, TX 77002.  You may participate in the Hearing either in person or by an audio and video connection. Audio communication will be by use of the Bankruptcy Court's dial-in facility.  You may access the facility by dialing 832-917-1510 and entering the conference code 590153.  Video communication will be by use of the GoToMeeting platform.  Connect via the free GoToMeeting application or click the link on Judge Lopez's home page (https://www.gotomeet.me/JudgeLopez) on the Southern District of Texas website.  The meeting code is "JudgeLopez".  Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that copies of the Disputed Claims Schedules and the Amended Disputed Claims Schedules may be obtained free of charge by visiting the website of Stretto, Inc. at https://cases.stretto.com/CoreScientific/. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at https://ecf.txsb.uscourts.gov/ in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve their rights to further amend or supplement the Amended Disputed Claims Schedules from time to time as may be necessary or appropriate.

*[Remainder of page intentionally left blank]*

Dated: January 12, 2024
Houston, Texas

                              Respectfully submitted,

                              */s/ Clifford W. Carlson*
                              WEIL, GOTSHAL & MANGES LLP
                              Clifford W. Carlson (2409024)
                              700 Louisiana Street, Suite 3700
                              Houston, Texas 77002
                              Telephone: (713) 546-5000
                              Facsimile: (713) 224-9511
                              Email: Clifford.Carlson@weil.com

                              -and-

                              WEIL, GOTSHAL & MANGES LLP
                              Ray C. Schrock (admitted pro hac vice)
                              Ronit J. Berkovich (admitted pro hac vice)
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007 Email:
                                      Ray.Schrock@weil.com
                                      Ronit.Berkovich@weil.com

                              *Attorneys for Debtors*
                              *And Debtors in Possession*

## Certificate of Service

I hereby certify that on January 12, 2024, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

 */s/ Clifford W. Carlson*
Clifford W. Carlson