**<u>EXHIBIT B</u>**

**Redline**

WEIL:\99457426\7\39031.0014

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.,* [1] | § | **Case No. 22-90341 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |

**ORDER ESTABLISHING MAXIMUM DISPUTED
CLAIM AMOUNTS FOR CALCULATION AND DISTRIBUTION PURPOSES
UNDER DEBTORS' PROPOSED JOINT CHAPTER 11 PLAN OF REORGANIZATION**

Upon the emergency motion (the "**Motion**")[2] filed by the above-referenced debtors and debtors in possession (collectively, the "**Debtors**") for entry of an order (the "**Order**") approving the Maximum Disputed Amount of CUD Claims for Calculation Purposes and distribution pursuant to sections 105, 1123(a)(5) and 502(c) of the Bankruptcy Code, as set forth in the Motion; and the Court having jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(B) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors and their respective estates, creditors, and other parties in interest; and the Court having found that

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, TX 78704.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Motion

proper and adequate notice of the Motion and hearing thereon has been given and that no other

or further notice is necessary; and the Court having found that good and sufficient cause exists

for the granting of the relief requested in the Motion after having given due deliberation upon the

Motion and all of the proceedings had before the Court in connection with the Motion,

**IT IS HEREBY ORDERED THAT:**

1.      The Maximum Disputed Amount for each CUD Claim is hereby

established for each CUD Claimant as provided on the "Maximum Disputed Amount" column

on Exhibit 1, Exhibit 2, Exhibit 3, and Exhibit 4 hereto, at an aggregate maximum Allowed

amount of $~~114.3 million~~37,748,145 (the "**Maximum Disputed Amount**") for Calculation

Purposes and distribution.

~~2.   To the extent any Settling GUC Claim is not Allowed on or prior to the~~

~~Effective Date, such Settling GUC Claim shall be established, as provided in the applicable~~

~~amount set forth on the "Adjusted Settling GUC Amount" column on Exhibit 4 attached hereto~~

~~for each such Settling GUC Claimant.~~

2.      ~~3.~~ The CUD Claims remain "Disputed" as defined in the Plan and shall

remain so unless and until they are "Disallowed" or become "Allowed" as defined in the Plan.

3.      ~~4.~~ Nothing in this Order shall prejudice the Debtors' right to contest any

CUD Claim.

4.      ~~5.~~ The Debtors are authorized to take all actions necessary to effectuate

the relief granted pursuant to this Order in accordance with the Motion.

5.      ~~6.~~ Notwithstanding the relief granted herein and any actions taken

hereunder, nothing contained in the Motion or this Order shall constitute, nor is it intended to

constitute an implication or admission as to the validity or priority of any claim or lien against

2

the Debtors, a waiver of the Debtors', or any party in interest's, rights to subsequently dispute such claim or lien, a promise or requirement to pay any prepetition claim, an implication or admission that any particular claim is of a type specified or defined in the Motion or any proposed order, a waiver of the Debtors', or any other party in interest's, rights under the Bankruptcy Code or any other applicable law, or the assumption or adoption of any agreement, contract, or lease under section 365 of the Bankruptcy Code.

6.    ~~7.~~ Notice of this Motion as provided therein shall be deemed good and sufficient notice and the applicable requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules are satisfied by such notice

7.    ~~8.~~ The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 202~~3~~4
      Houston, Texas

_____
UNITED STATES BANKRUPTCY JUDGE

3

Privileged & Confidential
Attorney Work Product

**Exhibit 1 - Litigation Claims**

In re Core Scientific, Inc., et al.
Case No. 22-90341 (CML), Jointly Administered

| COUNT | NAME[4] | CLAIM NUMBER | TOTAL FILED CLAIM AMOUNT | POST-PETITION INTEREST[1] | | MAXIMUM DISPUTED AMOUNT | |
|---|---|---|---|---|---|---|---|
| 1. | Sphere 3D Corp. | 358 | | $39,541,996 | $2,568,431 | | $42,110,427 |
| 2. | Oklahoma Gas and Electric Company | 34 | | $8,026,733 | $521,372 | | $8,548,105 |
| 3. | Harlin Dean | 364 | $8,000,000 | $508,584 | $519,636 | $8,508,584 | $8,519,636 |
| | Total | | $8,000,000 | $55,568,729 | $508,584 | $3,609,439 | $8,508,584 | $59,178,168 |

[1] *Includes Post-Petition Interest at the Federal Judgement Rate of 4.64% 4.74% through 4/30/2024*

Privileged & Confidential
Attorney Work Product

**Exhibit 2 - Rejection Damages Claims**

In re Core Scientific, Inc., et al.
Case No. 22-90341 (CML), Jointly Administered

| COUNT | NAME[4] | CLAIM NUMBER | TOTAL FILED CLAIM AMOUNT | POST-PETITION INTEREST[1] | | MAXIMUM DISPUTED AMOUNT | |
|---|---|---|---|---|---|---|---|
| 1. | GEM Mining 1, LLC | 647 | $5,897,312 | $298,992 | ~~$287,375~~ | $6,196,304 | ~~$6,184,686~~ |
| 2. | GEM Mining 4, LLC | 648 | $2,163,763 | $109,702 | ~~$105,440~~ | $2,273,465 | ~~$2,269,202~~ |
| ~~3.~~ | ~~Convergint Technologies LLC~~ | ~~479~~ | ~~$477,851~~ | | ~~$23,286~~ | | ~~$501,136~~ |
| ~~4.~~ | ~~Tenaska Power Services Co~~ | ~~552~~ | ~~$200,000~~ | | ~~$9,746~~ | | ~~$209,746~~ |
| ~~5.~~ | ~~Proctor Management~~ | ~~02424107~~ | ~~$0~~ | | ~~$439~~ | | ~~$9,439~~ |
| ~~6.~~ | ~~Gryphon Digital Mining, Inc.²~~ | ~~02424106~~ | ~~$0~~ | | ~~$0~~ | | |
| 7. | Another Crypto | N/A | $0 | | $0 | | |
| 8. | Avnet, Inc. | N/A | $0 | | $0 | | |
| 9. | CrossCountry Consulting LLC | N/A | $0 | | $0 | | |
| 10. | Egencia LLC² | N/A | $0 | | $0 | | |
| 11. | EMO North Customers Brokers Ltd | N/A | $0 | | $0 | | |
| 12. | Ernst & Young LLP | N/A | $0 | | $0 | | |
| | **Total** | | **$8,061,074** ~~$8,738,925~~ | **$408,694** | ~~$426,284~~ | **$8,469,769** | ~~$9,174,209~~ |

¹ *Includes Post-Petition Interest at the Federal Judgement Rate of 4.64% ~~4.74%~~ through 1/23/2024 ~~12/31/2023~~*

² *The Debtors submit that the 2018 Travel Services Agreement, by and between Core Scientific, Inc. and Egencia LLC., was terminated and replaced by the postpetition 2023 agreement and thus the 2018 agreement is not an Executory Contract subject to assumption or rejection pursuant to section 365 of the Bankruptcy Code.  However, to the extent the Court determines that the 2018 agreement is an Executory Contract, the Debtors intend to reject it and thus have included it in the Schedule of Rejected Contracts out of an abundance of caution.*

Privileged & Confidential
Attorney Work Product

**Exhibit 3 - 510(b) Claims**

In re Core Scientific, Inc., et al.
Case No. 22-90341 (CML), Jointly Administered

| COUNT | NAME[4] | CLAIM NUMBER | TOTAL FILED CLAIM AMOUNT | MAXIMUM CLAIM AMOUNT (AS OF PETITION DATE) | POST-PETITION INTEREST[1] | MAXIMUM DISPUTED AMOUNT |
|---|---|---|---|---|---|---|
| 1. | ~~Morgan Hoffman~~ | ~~632~~ | ~~$188,600,000~~ | ~~$188,600,000~~ | ~~$129,909~~ | ~~$2,129,909~~ |
| 2. | Mitchell Edwards[2] | 334 | $22,000,000 | $4,444,422 | $282,546 | $4,726,968 |
| 3. | Charles Basil[2] | 336 | $3,500,330 | $707,067 | $44,950 | $752,017 |
| 4. | FLORIDA SBA TTEE | 384 | $395,715 | $395,715 | $25,157 ~~$25,703~~ | $420,871 ~~$421,418~~ |
| 5. | Christopher Elliott Scott | 320 | $359,512 | $359,512 | $22,855 ~~$23,352~~ | $382,368 ~~$382,864~~ |
| 6. | Bay Colony Law Center LLC | 241 | $151,474 | $151,474 | $9,630 ~~$9,839~~ | $161,104 ~~$161,313~~ |
| 7. | Ani Kamali | 229 | $150,000 | $150,000 | $9,536 ~~$9,743~~ | $159,536 ~~$159,743~~ |
| 8. | Francois Emmanuel Veilleux | 555 | $75,000 | $75,000 | $4,768 ~~$4,872~~ | $79,768 ~~$79,872~~ |
| 9. | Robert Joseph | 351 | $39,390 | $39,390 | $2,504 ~~$2,559~~ | $41,894 ~~$41,948~~ |
| 10. | Marvin W. Meyer | 249 | $22,118 | $22,118 | $1,406 ~~$1,437~~ | $23,524 ~~$23,555~~ |
| 11. | Jason Walters [Jason Walters IRA] | 311 | $21,193 | $21,193 | $1,347 ~~$1,377~~ | $22,540 ~~$22,569~~ |
| 12. | Ann A. Meyer | 248 | $16,044 | $16,044 | $1,020 ~~$1,042~~ | $17,064 ~~$17,086~~ |
| 13. | Ann A. Meyer | 247 | $15,241 | $15,241 | $969 ~~$990~~ | $16,210 ~~$16,231~~ |
| 14. | Marvin W. Meyer | 250 | $12,848 | $12,848 | $817 ~~$835~~ | $13,665 ~~$13,683~~ |
| 15. | Michael & Elizabeth Silbergleid TRS FBO Silverknight Group Inc 401k Roth Plan FBO Michael Silbergleid | 81 | $7,963 | $7,963 | $506 ~~$517~~ | $8,470 ~~$8,481~~ |
| 16. | Chad Dickman | 349 | $4,045 | $4,045 | $257 ~~$263~~ | $4,302 ~~$4,308~~ |
| 17. | Thrasivoulos Dimitriou | 52 | $3,104 | $3,104 | $197 ~~$202~~ | $3,301 ~~$3,305~~ |
| 18. | Alexandra Seifert | 431 | $2,482 | $2,482 | $158 ~~$161~~ | $2,640 ~~$2,643~~ |
| 19. | Carrington Lobban | 54 | $1,093 | $1,093 | $69 ~~$71~~ | $1,162 ~~$1,164~~ |
| 20. | Cori Faerman | 211 | $38 | $38 | $5 ~~$2~~ | $43 ~~$40~~ |
| 21. | Cori Faerman | 212 | $81 | $81 | $2 ~~$5~~ | $83 ~~$86~~ |
| 22. | Michael & Elizabeth Silbergleid TRS FBO Silverknight Group Inc 401k Plan FBO Michael Silbergleid | 82 | $27 | $27 | $2 ~~$2~~ | $29 ~~$29~~ |
| | **Total** | | $26,777,698 ~~$189,877,368~~ | $6,428,856 ~~$189,877,368~~ | $408,702 ~~$212,880~~ | $6,837,559 ~~$3,490,247~~ |

[1] Includes Post-Petition Interest at the Federal Judgement Rate of  4.64%  ~~4.74%~~  through 4/30/2024

[2] The Debtors intend to object this claim and believe such claim should be $0.00.  The amounts reserved for this claim represent the Debtors' estimate of the maximum amount of such claim if the Debtors' are unsuccessful in their objection.

Privileged & Confidential
Attorney Work Product

**Exhibit 4 - Other Disputed Claims**

In re Core Scientific, Inc., et al.
Case No. 22-90341 (CML), Jointly Administered

| COUNT | NAME[4] | CLAIM NUMBER | TOTAL FILED CLAIM AMOUNT | POST-PETITION INTEREST[1] | MAXIMUM DISPUTED AMOUNT | ADJUSTED SETTLING GUC AMOUNT[1] | ADJUSTED MAXIMUM DISPUTED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1. | Foundry Digital LLC [DCG Foundry LLC][1] | 360 | $18,404,990 | $1,195,487 | $5,500,000 | $19,600,477 | $19,600,477 |
| 2. | MP2 Energy Texas, LLC d/b/a Shell Energy | 372 | $10,140,424 | $658,666 | $10,799,090 | | $10,799,090 |
| 3. | Dalton Utilities | 398 | $9,092,340 | $590,588 | $9,682,928 | | $9,682,928 |
| 4. | Oklahoma Gas and Electric Company[5] | 34 | $8,026,733 | $510,284 | $8,537,017 | | |
| 5. | Harco National Insurance Company | 415 | $8,000,000 | $519,636 | $8,519,636 | | $8,519,636 |
| 6. | Maddox Industrial Transformer, LLC[1] | 295 | $7,472,404 | $485,366 | $0 | $7,957,770 | $7,957,770 |
| 7. | Humphrey & Associates, Inc.[1] | 510 | $7,036,021 | $457,021 | $0 | $7,493,042 | $7,493,042 |
| 8. | Kentucky Department of Revenue[3] | 176 | $4,021,412 | $62,154 / $63,505 | $1,039,840 / $1,041,190 | | $1,041,190 |
| 9. | GEM Mining 2, LLC | 570 | $2,862,275 | $181,964 / $185,918 | $3,044,238 / $3,048,192 | | $3,048,192 |
| 10. | Texas Comptroller of Public Accounts on | 86 | $1,924,607 | | $0 | | $0 |
| 11. | XPDI Sponsor, LLC[2] | 391 | $1,055,476 | $68,558 | $1,124,034 | | $1,124,034 |
| 12. | Jonathan Barrett[1] | 448 | $934,111 | $60,675 | $425,000 | $994,786 | $994,786 |
| 13. | GEM Mining 1, LLC | 617 | $560,254 | $35,617 / $36,391 | $595,871 / $596,644 | | $596,644 |
| 14. | GEM Mining 4, LLC | 572 | $403,278 | $25,638 / $26,195 | $428,916 / $429,473 | | $429,473 |
| 15. | Harco National Insurance Company | 413 | $300,000 | $19,486 | $319,486 | | $319,486 |
| 16. | GEM Mining 2 B, LLC | 571 | $269,236 | $17,116 / $17,488 | $286,352 / $286,724 | | $286,724 |
| 17. | Texas Comptroller of Public Accounts on | 641 | $182,817 | $11,875 | $194,691 | | $194,691 |
| 18. | Keystone Strategy LLC | 330 | $171,488 | $11,139 | $182,627 | | $182,627 |
| 19. | Herc Rentals, Inc. | 340 | $127,512 | $8,282 | $135,795 | | $135,795 |
| 20. | State of Nevada Department of Taxation[3] | 36 | $127,450 | $2,356 | $38,620 | | $38,620 |
| 21. | M. Arthur Gensler Jr. & Associates, Inc. | 486 | $104,110 | $6,762 | $110,873 | | $110,873 |
| 22. | Internal Revenue Service[3] | 628 | $25,560 | $1,471 | $24,120 | | $24,120 |
| 23. | City of Calvert City[3] | 271 | $11,199 | | $0 | | $0 |
| 24. | Franchise Tax Board[3] | 125 | $3,408 | $105 | $1,725 | | $1,725 |
| 25. | Travis County | 9 | $2,138 | $139 | $2,277 | | $2,277 |
| 26. | King County Treasury | 602 | $423 | $27 | $451 | | $451 |
| 27. | Ward County | 644 | $71 | $5 | $76 | | $76 |
| 28. | Foundry Digital LLC [DCG Foundry LLC][2] | 393 | $0 | $0 | $0 | | $0 |
| 29. | Foundry Digital LLC [DCG Foundry LLC][2] | 394 | $0 | $0 | $0 | | $0 |
| 30. | Michael Trzupek[2] | 365 | $0 | $0 | $0 | | $0 |
| 31. | Michael Bros[2] | 511 | $0 | $0 | $0 | | $0 |
| 32. | Todd DuChene[2] | 509 | $0 | $0 | $0 | | $0 |
| 33. | Denise Sterling[2] | 368 | $0 | $0 | $0 | | $0 |
| 34. | Darin Feinstein[2] | 376 | $0 | $0 | $0 | | $0 |
| 35. | Neal Goldman[2] | 512 | $0 | $0 | $0 | | $0 |
| 36. | Michael Levitt[2] | 369 | $0 | $0 | $0 | | $0 |
| 37. | Russell Cann[2] | 515 | $0 | $0 | $0 | | $0 |
| 38. | Arch Insurance Company[2] | 484 | $0 | $0 | $0 | | $0 |
| 39. | Jarvis Hollingsworth[2] | 507 | $0 | $0 | $0 | | $0 |
| 40. | Matthew Minnis[2] | 395 | $0 | $0 | $0 | | $0 |
| 41. | Kneeland Youngblood[2] | 406 | $0 | $0 | $0 | | $0 |
| 42. | Bitmain Development Pte. Ltd.[2] | 278 | $0 | $0 | $0 | | $0 |
| 43. | Bitmain Technologies Georgia Limited[2] | 280 | $0 | $0 | $0 | | $0 |
| 44. | Bitmain Technologies Limited[2] | 281 | $0 | $0 | $0 | | $0 |
| | **Total** | | $16,143,187 / $73,233,003 | $832,773 / $4,427,142 | $13,932,233 / $42,463,654 | | $72,584,728 |

[1] Includes Post-Petition Interest at the Federal Judgement Rate of 4.64% 4.74% through 4/30/2024 12/31/2023

[2] The Debtors submit that the 2018 Travel Services Agreement, by and between Core Scientific, Inc. and Egencia LLC., was terminated and replaced by the postpetition 2023 agreement and thus the 2018 agreement is not an Executory Contract subject to assumption or rejection pursuant to section 365 of the Bankruptcy Code.  However, to the extent the Court determines that the 2018 agreement is an Executory Contract, the Debtors intend to reject it and thus have included it in the Schedule of Rejected Contracts out of an abundance of caution.

[2] Unliquidated Claim

[3] Priority Tax Claim.  To the extent such Claim is allowed, such Claim will be paid in cash and not New Common Interests. Asserted Priority portions of claimed amount have been removed.

[4] Certain current and former members of the Debtors' management and board of directors filed contingent and unliquidated indemnification claims against the Debtors at Proof of Claim Nos. 365, 368, 376, 369, 395, 406, 507, 509, 511, 512, and 515.  The Maximum Disputed Amount for such claims will be established at $0.

[5] The Company expects this claim to be settled for an amount less than the amount indicated under the column "Maximum Disputed Amount" and intends to file a motion seeking Court approval of such settlement.  If such claim settlement is approved by the Court, such claimholder will receive its distribution on account of its claim on or about the Effective Date, pursuant to the Plan and the terms of such settlement. To the extent such settlement is not  approved by the Court, the Debtors shall reserve for issuance, or be deemed to have issued, shares for such claim in an amount equal to the Maximum Disputed Amount.

Privileged & Confidential
Attorney Work Product

**Exhibit 5 - Allowed General Unsecured Claims[2]**

In re Core Scientific, Inc., et al.
Case No. 22-90341 (CML), Jointly Administered

| COUNT | NAME[4] | CLAIM NUMBER | TOTAL FILED CLAIM AMOUNT | POST-PETITION INTEREST[1] | TOTAL FILED CLAIM AMOUNT PLUS POST-PETITION INTEREST[1] |
|---|---|---|---|---|---|
| 1. | BRF Finance Co., LLC | 328 | N/A ~~$33,661,657~~ | N/A ~~$1,640,325~~ | $39,203,161[4] ~~$35,301,982~~ |
| 2. | MP2 Energy Texas, LLC d/b/a Shell Energy Solutions | 372 | N/A | N/A | $12,321,507[5] |
| 3. | Sphere 3D Corp.[5] | 358 | N/A | N/A | $10,000,000 |
| 4. | B. Riley Commercial Capital, LLC | 327 | N/A ~~$8,415,414~~ | N/A ~~$410,081~~ | $9,800,790[4] ~~$8,825,495~~ |
| 5. | Foundry Digital LLC [DCG Foundry LLC] | 360, 361 | N/A | N/A | $5,500,000[5] |
| 6. | Duke Energy Carolinas, LLC | 27 | N/A ~~$3,727,342~~ | N/A ~~$181,633~~ | $4,340,116[4] ~~$3,908,975~~ |
| 7. | Cooley LLP | 40 | N/A ~~$2,916,769~~ | N/A ~~$142,133~~ | $3,113,470[4] ~~$3,058,902~~ |
| 8. | LML Services, LLC dba FlowTx | 29 | N/A ~~$1,263,811~~ | N/A ~~$61,585~~ | $1,318,934[4] ~~$1,325,396~~ |
| 9. | XPDI Sponsor, LLC | 391 | $1,055,476 | $53,512 | $1,108,989 |
| 10. | Moss Adams LLP | 28 | $669,689 | $33,953 ~~$32,634~~ | $703,642 ~~$702,323~~ |
| 11. | Convergint Technologies LLC | 479 | $460,000 | $24,227 | $502,077 |
| 12. | Jonathan Barrett | 448 | $425,000 | $21,547 | $446,547 |
| 13. | AAF International | 493 | $266,468 | $13,510 ~~$12,985~~ | $279,978 ~~$279,453~~ |
| 14. | Novo Construction, Inc. | 209 | $259,981 | $13,181 ~~$12,669~~ | $273,162 ~~$272,650~~ |
| 15. | ComNet Communications LLC | 139 | $247,937 | $12,570 ~~$12,082~~ | $260,508 ~~$260,019~~ |
| 16. | Quinn Emanuel Urquhart & Sullivan LLP | 244 | N/A ~~$246,328~~ | N/A ~~$12,004~~ | $300,507[4] ~~$258,332~~ |
| 17. | Trinity Mining Group, Inc. | 411 | N/A ~~$235,000~~ | N/A ~~$11,451~~ | $261,513[4] ~~$246,451~~ |
| 18. | CRG Financial LLC (As Assignee of KLDiscovery Ontrack LLC) | 333 | ~~$193,517~~ | $9,430 | ~~$202,947~~ |
| 19. | Consilio LLC | 228 | N/A ~~$163,627~~ | N/A ~~$7,973~~ | $199,615[4] ~~$171,600~~ |
| 20. | M. Arthur Gensler Jr. & Associates, Inc. a.k.a. Gensler | 486 | $104,110 | $35,989 | $140,099 |
| 21. | Marnoy Interests, Ltd d/b/a OP | 419 | $97,274 | $4,932 ~~$4,740~~ | $102,206 ~~$102,014~~ |
| 22. | Bergstrom Electric | 02424068 | $89,929 | $4,559 ~~$4,382~~ | $94,489 ~~$94,311~~ |
| 23. | Onyx Contractors Operations, LP | 134 | $82,945 | $4,205 ~~$4,042~~ | $87,150 ~~$86,987~~ |
| 24. | Delcom, Inc. | 422 | $81,630 | $4,139 ~~$3,978~~ | $85,769 ~~$85,608~~ |
| 25. | McDermott Will & Emery LLP | 66 | $54,834 | $2,780 ~~$2,672~~ | $57,614 ~~$57,506~~ |
| 26. | Hutchison & Steffen, PLLC | 309 | $48,772 | $2,473 ~~$2,377~~ | $51,245 ~~$51,149~~ |
| 27. | Morgan, Lewis & Bockius LLP | 599 | $35,580 | $1,804 ~~$1,734~~ | $37,384 ~~$37,314~~ |
| 28. | Fishman Stewart PLLC | 266 | $35,200 | $1,785 ~~$1,715~~ | $36,985 ~~$36,915~~ |
| 29. | Reed Wells Benson and Company | 02424024 | ~~$34,400~~ | $1,676 | ~~$36,076~~ |
| 30. | Eaton Corporation | 332 | $32,680 | $1,657 ~~$1,592~~ | $34,337 ~~$34,272~~ |
| 31. | Carey Olsen Cayman Limited [CO Services Cayman Limited] | 58 | $32,638 | $1,655 ~~$1,590~~ | $34,292 ~~$34,228~~ |
| 32. | Lattice | 02424025 | $16,053 | $814 ~~$782~~ | $16,866 ~~$16,835~~ |
| 33. | TY Properties | 02424119 | $15,610 | $791 ~~$761~~ | $16,402 ~~$16,371~~ |
| 34. | Averitt Express | 16 | $15,057 | $763 ~~$734~~ | $15,820 ~~$15,791~~ |
| 35. | Truckload Connections | 15 | $14,873 | $754 ~~$725~~ | $15,627 ~~$15,598~~ |
| 36. | Gravity Oilfield Services LLC | 32 | $13,440 | $681 ~~$655~~ | $14,122 ~~$14,095~~ |
| 37. | GreatAmerica Financial Services Corporation [GreatAmerica Leasing Corporation] | 14 | $12,668 | $642 ~~$617~~ | $13,310 ~~$13,285~~ |
| 38. | Lake Effect Traffic LLC | 02424080 | $12,090 | $613 ~~$589~~ | $12,703 ~~$12,679~~ |
| 39. | Apex Logistics International Inc. | 02424030 | $12,010 | $609 ~~$585~~ | $12,619 ~~$12,595~~ |
| 40. | Felker Construction Company Inc | 264 | $11,933 | $605 ~~$581~~ | $12,538 ~~$12,514~~ |
| 41. | ORGDEV Limited | 95 | $10,000 | $507 ~~$487~~ | $10,507 ~~$10,487~~ |
| 42. | CRG Financial LLC (As Assignee of Ricks Rental Equipment) | 485 | $9,847 | $499 ~~$480~~ | $10,346 ~~$10,327~~ |
| 43. | Ricks Rental Equipment | 37 | ~~$9,847~~ | ~~$480~~ | ~~$10,327~~ |
| 44. | Uline | 2 | $9,282 | $471 ~~$452~~ | $9,753 ~~$9,735~~ |
| 45. | Proctor Management[6] | 02424107 | $9,000 | $456 | $9,456 |
| 46. | BitAlpha, Inc. [Bitwave] | 631 | $8,750 | $444 ~~$426~~ | $9,194 ~~$9,176~~ |
| 47. | Shermco Industries, Inc | 02424046 | $8,154 | $413 ~~$397~~ | $8,568 ~~$8,551~~ |
| 48. | American Security and Protection Service LLC | 02424092 | $8,071 | $409 ~~$393~~ | $8,480 ~~$8,464~~ |
| 49. | EvoTek | 02424037 | $7,969 | $404 ~~$388~~ | $8,373 ~~$8,357~~ |
| 50. | Greyline Partners, LLC [IQ-EQ] | 25 | $6,000 | $304 ~~$292~~ | $6,304 ~~$6,292~~ |
| 51. | Dallas County | 26 | $5,021 | $255 ~~$245~~ | $5,275 ~~$5,265~~ |
| 52. | Donnelley Financial Solutions | 02424043 | $4,894 | $248 ~~$238~~ | $5,142 ~~$5,132~~ |
| 53. | American Paper & Twine Co | 33 | $4,779 | $242 ~~$233~~ | $5,022 ~~$5,012~~ |
| 54. | Amazon Capital Services, Inc. | 441 | $4,621 | $234 | $4,855 |
| 55. | M & S Patterson, Inc | 10 | $4,610 | $234 ~~$225~~ | $4,844 ~~$4,835~~ |
| 56. | Regulatory DataCorp, Inc. | 217 | $4,323 | $219 ~~$211~~ | $4,542 ~~$4,534~~ |
| 57. | Cloudflare Inc | 02424058 | ~~$3,552~~ | ~~$173~~ | ~~$3,725~~ |
| 58. | A to Z Pest Control & Services | 38 | $3,530 | $179 ~~$172~~ | $3,709 ~~$3,702~~ |
| 59. | Calvert City Municipal Water and Sewer | 272 | $3,529 | $179 ~~$172~~ | $3,708 ~~$3,701~~ |
| 60. | Bitwave | 02424105 | $3,500 | $177 ~~$171~~ | $3,677 ~~$3,671~~ |
| 61. | Data Sales Co Inc | 02424042 | $3,064 | $155 ~~$149~~ | $3,219 ~~$3,213~~ |
| 62. | Logix Fiber Networks | 20 | $2,984 | $151 ~~$145~~ | $3,135 ~~$3,129~~ |
| 63. | Jackson Purchase Energy Corporation | 02424085 | $2,437 | $124 ~~$119~~ | $2,561 ~~$2,556~~ |
| 64. | Lone Star Corporation | 24 | $2,158 | $109 ~~$105~~ | $2,267 ~~$2,263~~ |
| 65. | Tangent Energy Solutions Inc | 02424067 | $2,000 | $101 ~~$97~~ | $2,101 ~~$2,097~~ |
| 66. | Microsoft Corporation | 339 | $1,699 | $86 ~~$83~~ | $1,785 ~~$1,782~~ |
| 67. | Grubhub Holdings Inc | 02424097 | $1,591 | $81 ~~$78~~ | $1,671 ~~$1,668~~ |
| 68. | Grand Forks Utility Billing | 02424051 | $1,530 | $78 ~~$75~~ | $1,608 ~~$1,605~~ |
| 69. | Northern States Power Minnesota dba Xcel Energy | 6 | $1,177 | $60 ~~$57~~ | $1,237 ~~$1,235~~ |
| 70. | AT&T | 02424135 | $1,139 | $58 ~~$56~~ | $1,197 ~~$1,194~~ |
| 71. | Optilink | 02424095 | $1,058 | $54 ~~$52~~ | $1,112 ~~$1,110~~ |
| 72. | FedEx | 02424127 | $797 | $40 ~~$39~~ | $837 ~~$836~~ |
| 73. | Dockery Auto Parts | 02424074 | $758 | $38 ~~$37~~ | $796 ~~$795~~ |
| 74. | Prime Mowing and Property Management LLC | 02424117 | $750 | $38 ~~$37~~ | $788 ~~$787~~ |
| 75. | Cherokee Rental, Inc. | 35 | $722 | $37 ~~$35~~ | $758 ~~$757~~ |
| 76. | Level 3 Communications LLC | 02424063 | $701 | $36 ~~$34~~ | $737 ~~$735~~ |
| 77. | CenturyLink Communications, LLC | 188 | ~~$701~~ | ~~$34~~ | ~~$735~~ |
| 78. | Kesco Air Inc | 02424104 | $680 | $34 ~~$33~~ | $714 ~~$713~~ |
| 79. | Salary.com LLC | 02424057 | $631 | $32 ~~$31~~ | $663 ~~$662~~ |
| 80. | Water Works C&R, LLC | 02424069 | $592 | $30 ~~$29~~ | $622 ~~$621~~ |
| 81. | Countrywide Sanitation Co | 02424137 | $577 | $29 ~~$28~~ | $606 ~~$605~~ |

Privileged & Confidential
Attorney Work Product

**Exhibit 5 - Allowed General Unsecured Claims²**

In re Core Scientific, Inc., et al.
Case No. 22-90341 (CML), Jointly Administered

| COUNT | NAME⁴ | CLAIM NUMBER | TOTAL FILED CLAIM AMOUNT | POST-PETITION INTEREST¹ | | TOTAL FILED CLAIM AMOUNT PLUS POST-PETITION INTEREST¹ | |
|---|---|---|---|---|---|---|---|
| 82. | Murphy & Grantland, P.A. | 17 | $480 | $24 | ~~$23~~ | $504 | ~~$503~~ |
| 83. | Rhode Island Division of Taxation | 627 | $403 | $20 | ~~$20~~ | $423 | ~~$423~~ |
| 84. | C.H. Robinson Worldwide, Inc. | 113 | $398 | $20 | ~~$19~~ | $418 | ~~$417~~ |
| 85. | Carpet Capital Multi-System Inc | 02424077 | $395 | $20 | ~~$19~~ | $415 | ~~$414~~ |
| 86. | Bearden Industrial Supply | 02424109 | $354 | $18 | ~~$17~~ | $372 | ~~$371~~ |
| 87. | Eagle Promotions | 02424076 | $295 | $15 | ~~$14~~ | $310 | ~~$309~~ |
| 88. | Austin Professional Cleaning Services, LLC | 02424126 | $261 | $13 | ~~$13~~ | $274 | ~~$273~~ |
| 89. | Waterlogic Americas LLC | 02424138 | $210 | $11 | ~~$10~~ | $220 | ~~$220~~ |
| 90. | Commercial Plumbers Supply | 02424108 | $203 | $10 | ~~$10~~ | $213 | ~~$213~~ |
| 91. | Carpet Capital Fire Protection Inc | 02424094 | $200 | $10 | ~~$10~~ | $210 | ~~$210~~ |
| 92. | Mountain Top Ice | 02424083 | $184 | $9 | ~~$9~~ | $193 | ~~$193~~ |
| 93. | Mobile Modular Portable Storage | 02424114 | $135 | $7 | ~~$7~~ | $142 | ~~$142~~ |
| ~~94.~~ | ~~Colo Properties Atlanta LLC~~ | ~~02424084~~ | ~~$118~~ | | ~~$6~~ | | ~~$123~~ |
| 95. | Pye-Barker Fire and Safety LLC | 02424082 | $118 | $6 | ~~$6~~ | $124 | ~~$123~~ |
| 96. | Frontline Shredding Inc | 614 | $100 | $5 | ~~$5~~ | $105 | ~~$105~~ |
| 97. | Nebraska Department of Labor | 22 | $95 | $5 | ~~$5~~ | $100 | ~~$100~~ |
| 98. | EPB of Chattanooga | 02424130 | $92 | $5 | ~~$4~~ | $96 | ~~$96~~ |
| 99. | Lisa Ragan Customs Brokerage | 02424139 | $90 | $5 | ~~$4~~ | $95 | ~~$94~~ |
| 100. | JBM Office Solutions | 02424115 | $78 | $4 | ~~$4~~ | $82 | ~~$82~~ |
| 101. | Marble Community Water System | 02424136 | $63 | $3 | ~~$3~~ | $66 | ~~$66~~ |
| 102. | Interstate Welding and Steel Supply | 02424102 | $57 | $3 | ~~$3~~ | $60 | ~~$60~~ |
| 103. | Alpha Waste Disposal Inc | 02424129 | $56 | $3 | ~~$3~~ | $59 | ~~$59~~ |
| 104. | State of Tennessee Department of Revenue | 02424153 | $22 | $1 | ~~$1~~ | $23 | ~~$23~~ |
| 105. | Financial Accounting Standards Board/Governmental Accounting Standards Board | 02424120 | $9 | $0 | ~~$0~~ | $9 | ~~$9~~ |
| | **Total** | | **$4,351,098** ~~$53,164,972~~ | **$252,215** | ~~$2,590,717~~ | **$90,980,775** | ~~$55,755,689~~ |

¹ *Includes Post-Petition Interest at the Federal Judgement Rate of 4.64% ~~4.74%~~ through 1/23/2024 ~~12/31/2023~~*

² *Does not include (i) Miner Equipment Lender Deficiency Claims, which may be found on Exhibit J to the Plan or (ii) Claims related to executory contracts that the Debtors intend to assume pursuant to the Plan or otherwise settled.*

~~³ The Allowed GUC Claims below do not include claims that the Debtors have objected to pursuant to the Debtors' First Omnibus Claims Objection To Certain (I) Amended Claims; (II) Exact Duplicative Claims; (III) Beneficial Bondholder Duplicative Claims; (IV) Multiple Debtor Claims; (V) Wrong Debtor Claims; (VI) Late Filed Claims; (VII) Insufficient Documentation Claims; (VIII) Equity Claims; And (IX) Reclassified Claims (Based On Priority) [Docket No. 1460], as may be amended, modified, or supplemented (the "First Omnibus Claims Objection"), and only includes Surviving Claims indicated in the First Omnibus Claims Objection~~

³ *This amount reflects the agreed amount of the Allowed General Unsecured Claim based on a settlement in principle between Foundry Digital LLC and the Debtors, and not the total filed claim amount, which is in the amount of not less than $18,404,990.08 plus interest.*

⁴ *The Allowed General Unsecured Claims for each of these claims are part of the global mediated settlement (the "Mediated Settlement") between the Debtors, the Official Committee of Unsecured Creditors and its members, B. Riley, the Ad Hoc Noteholder Group, and the Official Committee of Equity Holders and its members. The Mediated Settlement resolved, among other issues, the applicable claim amounts for these holders and is subject to the occurrence of the Effective Date.*

⁵ *This amount reflects the agreed amount of the Allowed General Unsecured Claim based on a settlement in principle between Sphere 3D Corp. and the Debtors and not the total filed claim amount.*

⁶ *Plan to allow Pre-Petition invoices under future Rejection Damages claim.*