IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., et al | § | Case No. 22-90341 (CML) |
| | § | |
| Debtors.[1] | § | Jointly Administered |
| | § | |

**NOTICE OF FILING OF CORRECTED EXHIBIT 6 TO SKADDEN, ARPS, SLATE, MEAGHER & FLOM'S WITNESS AND EXHIBIT LIST FOR THE JANUARY 16, 2024 HEARING**

[Relates to Docket No. 1704]

**PLEASE TAKE NOTICE** that on January 12, 2024, the undersigned counsel filed the *Skadden, Arps, Slate, Meagher & Flom's Witness and Exhibit List for the January 16, 2024 Hearing* [Docket No. 1704] (the "**Witness and Exhibit List**").

**PLEASE TAKE FURTHER NOTICE** that **Exhibit 6** attached to the Witness and Exhibit List is hereby replaced by the **Exhibit 6** attached hereto.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas, 78704. The Debtors' service address is 2407 S. Congress Ave., Suite E-101, Austin, Texas 78704.

Dated: January 12, 2024

        Respectfully submitted,

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        */s/ Noelle M. Reed*
        Noelle M. Reed
        Attorney-in-Charge
        State Bar No. 24044211
        Federal Bar No. 27139
        1000 Louisiana Street
        Suite 6800
        Houston, Texas 77002
        Tel: (713) 655-5122
        Fax: (713) 483-9122
        Email: Noelle.Reed@skadden.com

        -and-

        Robert D. Drain
        *(Pro hac vice application pending)*
        One Manhattan West
        New York, New York 10001-8602
        Telephone: (212) 735-3000
        Fax: (212) 735-2000
        Email: Robert.Drain@skadden.com

        -and-

        Ron E. Meisler
        *(Admitted pro hac vice)*
        Jennifer Madden
        *(Admitted pro hac vice)*
        155 North Wacker Drive
        Chicago, Illinois 60606-1720
        Telephone: (312) 407-0700
        Fax: (312) 407-0411
        Email: Ron.Meisler@skadden.com
        Email: Jennifer.Madden@skadden.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing document to be served by electronic transmission via the Court's ECF system to all parties registered to receive electronic notice in this case.

*/s/ Noelle M. Reed*
Noelle M. Reed