IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:                                                                                   Chapter 11

CORE SCIENTIFIC, INC., et al.,                                    Case No. 22-90341 (CML)

Debtors

### Notice of Withdrawal of Proofs of Claim Nos. 409, 410 and 456

Euclid Claims Recovery LLC, transferee of the claims of Jonathan Barrett, hereby withdraws proofs of claim Nos. 409, 410 and 456 previously filed in the above referenced case. Said withdrawals are made in consideration of the settlement reached between the parties whereby, *inter alia*, proof of claim No. 448 remains in effect in the allowed principal amount of $425,000.

Date: January 12, 2024

Euclid Claims Recovery LLC

By: *Howard Siegel*
Howard Siegel
Its Manager

United States Courts
Southern District of Texas
FILED

JAN 12 2024

Nathan Ochsner, Clerk of Court