UNITED STATES BANKRUPTCY COURT
Southern District of Texas

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Core Scientific, Inc., | ) Case No. 22-90341 |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

### NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Proctor Management, a creditor in the above-referenced cases of the above-captioned debtors (the "Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claims (as scheduled by the Debtors), and hereby requests that the services of any pleadings, notices, correspondence, ballots and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

| Former Address | New Address |
|---|---|
| Proctor Management | Proctor Management c/o CRG Financial LLC |
| 2314 Bahama Rd, | 84 Herbert Ave. Building B - Suite 202 |
| Austin, TX 78733 | Closter, NJ 07624 |

Dated: Friday, January 5, 2024

Respectfully submitted,

_____
Anthony J. Proctor
Proctor Management
2314 Bahama Rd
Austin, TX 78733