**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC., *et al.*,** | § | **Case No. 22-90341 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| Debtors.[1] | § | |

**<u>SUPPLEMENTAL CERTIFICATE OF SERVICE</u>**

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On January 8, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **<u>Exhibit A</u>**, pursuant to USPS forwarding instructions:

- **Emergency Motion of Debtors Seeking (I) Modification of Certain Dates and Deadlines Set Forth in the Disclosure Statement Order and (II) Conditional Approval of the Debtors' Disclosure Statement Supplement** (Docket No. 1626)

Furthermore, on or before January 9, 2024, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **<u>Exhibit B</u>**:

- **Emergency Motion of Debtors Seeking (I) Modification of Certain Dates and Deadlines Set Forth in the Disclosure Statement Order and (II) Conditional Approval of the Debtors' Disclosure Statement Supplement** (Docket No. 1626)

Furthermore, on or before January 10, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **<u>Exhibit C</u>**, pursuant to USPS forwarding instructions:

- **Notice of Cure Amounts Related to the Assumption of Executory Contracts and Unexpired Leases in Connection with Confirmation of Plan (**Docket No. 1511)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Special Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, TX 78704.

Furthermore, on January 10, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Imperial Fire Protection, LLC, Attn: Jonathan Marshall at 1203 S White Chapel Blvd, Ste 250, Southlake, TX 76092-9340, pursuant to USPS forwarding instructions:

- **Debtors' Motion for Entry of an Order (I) Authorizing (A) Assumption of McCarthy Contracts, as Amended in Accordance with the Settlement Agreement and (B) Entry Into the Settlement Agreement, and (II) Granting Related Relief (**Docket No. 1580)

Dated: January 15, 2024

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: TeamCoreScientific@stretto.com

# **Exhibit A**



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Indigo Commercial Funding, LLC | | PMB 502 | 5318 E 2nd St | Long Beach | CA | 90803-5324 |
| Indigo Direct Lending, LLC | Aaron Foglesong | PMB 502 | 5318 E 2nd St | Long Beach | CA | 90803-5324 |

# **Exhibit B**



**Exhibit B**
Served Via First-Class Mail

| Name | Address |
|---|---|
| Casey Keyes | Address Redacted |
| Mohammad T Kahook | Address Redacted |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (CML)

# **Exhibit C**



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Blockfi Lending, LLC | Joe Chu | 115 Broadway | Fl 5 | New York | NY | 10006-1646 |
| Na'Tanya Garrison | | Address Redacted | | | | |

In re: Core Scientific, Inc., *et al.*
Case No. 22-90341 (CML)