IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*, | § | Case No. 22-90341 (CML) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | |

### *AMENDED* AGENDA OF MATTERS SET FOR VIRTUAL ONLY HEARING ON JANUARY 16, 2024 AT 10:00 A.M. (CT)[2]

Core Scientific, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), hereby file this Agenda of Matters Set for Hearing on January 16, 2024 at 10:00 a.m. (CT) before the Honorable Christopher M. Lopez. The hearing will be conducted **virtually only** and you may participate by an audio and video connection. The audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510 and enter the conference code 590153. The video communication will be by use of the Gotomeeting Platform. Connect via the free Gotomeeting Application or click the link on Judge Lopez's home page. The meeting code is "judgelopez." Click the settings icon in the upper right corner and enter your name under the personal information setting.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, Texas 78704.

[2] Any changes or additions to the Agenda of Matters Set for Hearing on January 16, 2024 at 10:00 a.m. (CT) (Docket No. 1714) are reflected in bold and italicized font.

I. **CONFIRMATION OF PLAN AND FINAL APPROVAL OF DISCLOSURE STATEMENT:**

1. Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors (With Technical Modifications) (Docket No. 1722), Disclosure Statement for Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors (Docket No. 1439), and Supplement to Disclosure Statement for Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors (Docket No. 1640)

    Status: The Plan is supported by each of the Debtors' key stakeholder groups. The Debtors believe the only unresolved objections are listed below under "Responses Filed (Going Forward)."

    Responses Filed (Resolved):

    A. Gaylor Electric, Inc. d/b/a Gaylor, Inc.'s Limited Objection to Plan and Notice of Opt Out Release Election (Docket No. 1554)

    B. Limited Objection of International Fidelity Insurance Company, Harco National Insurance Company, and Allegheny Casualty Company to Debtors' Third Amended Joint Chapter 11 Plan (Docket No. 1555)

    C. North Texas Contracting, Inc.'s Objection to Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors (Docket No. 1559) (Withdrawn at Docket No. 1696)

    Responses Filed (Going Forward):

    A. Letter/Objection from Michael G. Patton (Docket No. 1540)

    B. Lead Plaintiff's Limited Objection to Confirmation of the Third Amended Plan and Disclosure Statement (Docket No. 1558) and Lead Plaintiff's Supplemental Limited Objection to Confirmation of Fourth Amended Plan and Disclosure Statement (Docket No. 1698)

    C. Harlin Dean's Limited Objection to Plan and Notice of Opt Out Release Election (Docket No. 1560)

    Cure Notice Objections:

    A. McCarthy Building Companies, Inc.'s Conditional Objection to the Notice of Cure Amounts Related to the Assumption of Executory Contracts and Unexpired Leases in Connection with Confirmation of Plan (Docket No. 1577) North Mill Equipment Finance LLC's Limited Objection to Proposed Cure Amounts Concerning Notice of Cure Amounts Related to Reinstatement of Other Secured Claims in Class 4 in Connection with Confirmation of Plan (Docket No. 1587)

    B.    Objections of VFS LLC to Notice of Cure Amounts Related to the Assumption of Executory Contracts and Unexpired Leases in Connection with Confirmation of Plan (Docket No. 1588)

Related Documents:

    A.    Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors (Docket No. 1438)

    B.    Notice of (I) Execution of Restructuring Support Agreement and (II) Filing of Solicitation Versions of (A) Third Amended Plan and (B) Disclosure Statement for Third Amended Plan (Docket No. 1440)

    C.    Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan; (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing; (III) Establishing Solicitation and Voting Procedures; (IV) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan; (V) Approving Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (VI) Approving Notice Procedures for Reinstatement of Claims; (VII) Establishing Rights Offering Procedures; and (VIII) Granting Related Relief (Docket No. 1447)

    D.    Debtors' Emergency Motion for Entry of an Order Establishing Disputed Claim Amounts for Calculation and Distribution Purposes Under Debtors' Proposed Joint Chapter 11 Plan of Reorganization (Docket No. 1525)

    E.    Notice of Filing of Plan Supplement in Connection With Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors (Docket No. 1528)

    F.    Notice of Filing of Amended Plan Supplement in Connection With Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors (Docket No. 1536)

    G.    Notice of Filing of Second Amended Plan Supplement in Connection With Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors (Docket No. 1623)

    H.    Notice of Filing of Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. And Its Affiliated Debtors (Docket No. 1624)

    I.    Order (I) Modifying Dates and Deadlines Set Forth in the Disclosure Statement Order and (II) Conditionally Approving the Debtors' Disclosure Statement Supplement (Docket No. 1638)

J. ***Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors (Docket No. 1639)***

K. Notice of Filing of Solicitation Versions of (A) Fourth Amended Plan, (B) Disclosure Statement Supplement, and (C) Updated Forms of Ballots for Certain Classes (Docket No. 1641)

L. Notice of Filing of Third Amended Plan Supplement in Connection with Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors (Docket No. 1685)

M. Notice of Filing of Redlines of Third Amended Plan Supplement Exhibits (Docket No. 1686)

N. Notice of Intent to Adduce Testimony from a Remote Location by Telephone and Video Technology (Docket No. 1690)

O. ***Declaration of Rodi Blokh in Support of Confirmation of Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors (Docket No. 1717)***

P. ***Debtors' Memorandum of Law In Support of (I) Final Approval of the Disclosure Statement and (II) Confirmation of the Fouth Amended Joint Chapter 11 Plan of Core Scientific, Inc. And Its Affiliated Debtors (Docket No. 1718)***

Q. ***Declaration of Neal P. Goldman in Support of Confirmation of Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors (Docket No. 1719)***

R. ***Declaration of John Singh in Support of Confirmation of Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors (Docket No. 1720)***

S. ***Declaration of Jung W. Song in Support of Confirmation of the Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors (Docket No. 1721)***

T. ***Notice of Filing of Redline for Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors (Docket No. 1723)***

U. ***Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order (I) Approving Disclosure Statement on a Final Basis and (II) Confirming Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors (Docket No. 1724)***

V. ***Declaration of Michael Bros in Support of (I) Confirmation of Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated***

*Debtors, (II) Final Approval of the Disclosure Statement, (III) the OG&E Settlement, and (IV) the Foundry Settlement (Docket No. 1725)*

W. *Debtors' Amended Witness and Exhibit List for Confirmation Hearing on January 16, 2024 (Docket No. 1727)*

## II. EMERGENCY MATTERS:

2. Debtors' Emergency Motion for Order (I) Authorizing and Approving Settlement Among Debtors, Sphere 3D Corp., and Gryphon Digital Mining Inc., and (II) Granting Related Relief (Docket No. 1663)

    Status:   This matter is going forward on an emergency basis. The Debtors are not aware of any objections to this motion.

    Related Documents:

    A. Declaration of Russell Cann in Support of Debtors' Emergency Motion for Order (I) Authorizing and Approving Settlement Among Debtors, Sphere 3D Corp., and Gryphon Digital Mining Inc., and (II) Granting Related Relief (Docket No. 1664)

    B. *Debtors' Amended Witness and Exhibit List for Hearing on January 16, 2024 (Docket No. 1727)*

3. Debtors' Emergency Motion for Order Approving (I) Revised Settlement Between Debtors and Foundry Digital LLC and (II) Granting Related Relief (Docket No. 1712)

    Status:   This matter is going forward on any emergency basis. The Debtors are not aware of any objections to this motion.

    Related Documents:

    A. *Declaration of Michael Bros in Support of (I) Confirmation of Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors, (II) Final Approval of the Disclosure Statement, (III) the OG&E Settlement, and (IV) the Foundry Settlement (Docket No. 1725)*

    B. *Debtors' Amended Witness and Exhibit List for Hearing on January 16, 2024 (Docket No. 1727)*

4. Debtors' Emergency Motion for Entry of an Order (I) Authorizing Assumption of the Legacy OG&E Agreement, as Amended and Restated by the A&R Agreement, and (II) Granting Related Relief (Docket No. 1711)

    Status:   This matter is going forward on an emergency basis.

Related Documents:

A. ***Declaration of Michael Bros in Support of (I) Confirmation of Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors, (II) Final Approval of the Disclosure Statement, (III) the OG&E Settlement, and (IV) the Foundry Settlement (Docket No. 1725)***

B. ***Debtors' Amended Witness and Exhibit List for Hearing on January 16, 2024 (Docket No. 1727)***

III. **CONTESTED MATTER:**

5. Debtors' Emergency Motion for Entry of an Order Establishing Disputed Claim Amounts for Calculation and Distribution Purposes Under Debtors' Proposed Joint Chapter 11 Plan of Reorganization (Docket No. 1525)

    Status:   This matter is going forward on a contested basis.  Tenaska Power Services filed a response and reservation of rights with respect to this motion, and two parties (Mitchell Edwards and Charles Basil) have contacted the Debtors with informal objections to this motion.

    Responses Filed (Going Forward):

    A. Tenaska Power Services Co.'s Response and Reservation of Rights Regarding the Debtors' Emergency Motion for Entry of an Order Establishing Disputed Claim Amounts for Calculation and Distribution Purposes Under Debtor's Proposed Joint Chapter 11 Plan of Reorganization (Docket No. 1709)

    Related Documents:

    A. Notice of Cancellation of Emergency Hearings on Disputed Claims Motion and Dalton Motion and Setting Objection Deadlines on Normal Notice Pursuant to Bankruptcy Rule 2002 and Bankruptcy Local Rule 9013-1, (Docket No. 1589)

    B. Notice of Hearing on Disputed Claims Motion and Filing of Amended Disputed Claims Schedules (Docket No. 1706)

    C. ***Debtors' Amended Witness and Exhibit List for Confirmation Hearing on January 16, 2024 (Docket No. 1727)***

IV. **UNCONTESTED MATTER:**

   6. ***Application of Skadden, Arps, Slate, Meagher & Flom LLP Pursuant to Sections 503(B)(3) and 503(B)(4) of the Bankruptcy Code, Bankruptcy Rule 2016, and Sections 1.6 and 6.3 of the Debtors' Third Amended Plan For Allowance of Fees and***

*Expenses Incurred in the Making of a Substantial Contribution as An Administrative Expense (Docket No. 1461)*

*Status*:  *This matter is going forward on an uncontested basis.*

*Responses Filed (Resolved)*:

    A.    *Objection of the Ad Hoc Group of Convertible Noteholders to The Application of Skadden, Arps, Slate, Meagher & Flom LLP Pursuant to Sections 503(B)(3) and 503(B)(4) of the Bankruptcy Code, Bankruptcy Rule 2016, and Sections 1.6 and 6.3 of the Debtors' Third Amended Plan For Allowance of Fees and Expenses Incurred in the Making of a Substantial Contribution as an Administrative Expense (Docket No. 1551) (Withdrawn at Docket No. 1696)*

*Related Documents*:

    A.    *Notice of Rescheduled Hearing regarding the Application of Skadden, Arps, Slate, Meagher & Flom LLP for Allowance of Fees and Expenses Incurred in the Making of a Substantial Contribution as an Administrative Expense (Docket No. 1665)*

    B.    *Skadden, Arps, Slate, Meagher & Flom's Witness And Exhibit List for the January 16, 2024 Hearing (Docket No. 1704)*

    C.    *Notice of Filing of Corrected Exhibit 6 to Skadden, Arps, Slate, Meagher & Flom's Witness and Exhibit List For the January 16, 2024 Hearing (Docket No. 1708)*

Dated: January 15, 2024
      Houston, Texas

                                                 Respectfully submitted,

                                                 /s/  Clifford W. Carlson
                                                WEIL, GOTSHAL & MANGES LLP
                                                Clifford W. Carlson (24090024)
                                                Austin B. Crabtree (24109763)
                                                700 Louisiana Street, Suite 3700
                                                Houston, Texas  77002
                                                Telephone: (713) 546-5000
                                                Facsimile:  (713) 224-9511
                                                Email: Clifford.Carlson@weil.com
                                                             Austin.Crabtree@weil.com

                                                -and-

                                                WEIL, GOTSHAL & MANGES LLP
                                                Ray C. Schrock (admitted *pro hac vice*)
                                                Ronit J. Berkovich (admitted *pro hac vice*)
                                                Theodore E. Tsekerides (admitted *pro hac vice*)
                                                Christine A. Calabrese (admitted *pro hac vice*)
                                                767 Fifth Avenue
                                                New York, New York  10153
                                                Telephone:  (212) 310-8000
                                                Facsimile:   (212) 310-8007
                                                Email:  Ray.Schrock@weil.com
                                                         Ronit.Berkovich@weil.com
                                                         Theodore.Tsekerides@weil.com
                                                         Christine.Calabrese@weil.com

                                                *Attorneys for Debtors*
                                                *and Debtors in Possession*

**Certificate of Service**

I hereby certify that on January 15, 2024, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                      */s/ Clifford W. Carlson*
                                                     Clifford W. Carlson