IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | Case No. 22-90341 (CML) |
| Debtors.<sup>1</sup> | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF INTERNATIONAL FIDELITY INSURANCE COMPANY, HARCO NATIONAL INSURANCE COMPANY, AND ALLEGHENY CASUALTY COMPANY TO DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN**

International Fidelity Insurance Company, Harco National Insurance Company, and Allegheny Casualty Company, by and through their undersigned counsel, hereby withdraws their Limited Objection to Debtors' Third Amended Joint Chapter 11 Plan [Docket Entry No. 1555], without prejudice, as a settlement has been reached between the parties.

> **CHIESA SHAHINIAN & GIANTOMASI PC**
> Scott A. Zuber, Esq. (admitted *pro hac vice*)
> 105 Eisenhower Parkway
> Roseland, New Jersey 07068
> Telephone:  (973) 530-2046
> E-mail:  szuber@csglaw.com
> *Counsel to International Fidelity Insurance Company, Harco National Insurance Company and Allegheny Casualty Company*

Dated:  January 16, 2024      By:    /s/  *Scott A. Zuber*
                                    Scott A. Zuber, Esq. (admitted *pro hac vice*)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, Texas 78704.