**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.,* | § | **Case No. 22-90341 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| Debtors.[1] | § | |

## CERTIFICATE OF SERVICE

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On January 15, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Declaration of Rodi Blokh in Support of Confirmation of Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1717)

- **Debtors' Memorandum of Law In Support of (I) Final Approval of the Disclosure Statement and (II) Confirmation of the Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1718)

- **Declaration of Neal P. Goldman In Support of Confirmation of Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1719)

- **Declaration of John Singh in Support of Confirmation of Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1720)

- **Declaration of Jung W. Song in Support of Confirmation of the Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1721)

- **Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors (with Technical Modifications)** (Docket No. 1722)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Special Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, TX 78704.

- **Notice of Filing of Redline for Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1723)

- **Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order (I) Approving Disclosure Statement on a Final Basis and (II) Confirming Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1724)

- **Declaration of Michael Bros in Support of (I) Confirmation of Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors, (II) Final Approval of the Disclosure Statement, (III) the OG&E Settlement, and (IV) the Foundry Settlement** (Docket No. 1725)

- **Debtors' Amended Witness and Exhibit List for Combined Hearing on January 16, 2024** (Docket No. 1727)

- **Certificate of No Objection Regarding Debtors' Motion for Entry of an Order (I) Authorizing (A) Assumption of McCarthy Contracts, as Amended in Accordance with the Settlement Agreement and (B) Entry Into the Settlement Agreement, and (II) Granting Related Relief** (Docket No. 1731)

Furthermore, on January 15, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit B**:

- **Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors (with Technical Modifications)** (Docket No. 1722)

- **Notice of Filing of Redline for Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1723)

- **Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order (I) Approving Disclosure Statement on a Final Basis and (II) Confirming Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors** (Docket No. 1724)

- **Declaration of Michael Bros in Support of (I) Confirmation of Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors, (II) Final Approval of the Disclosure Statement, (III) the OG&E Settlement, and (IV) the Foundry Settlement** (Docket No. 1725)

- **Debtors' Amended Witness and Exhibit List for Combined Hearing on January 16, 2024** (Docket No. 1727)

Furthermore, on January 16, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 1713]**

Furthermore, on January 16, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit D**:

- **Certificate of No Objection Regarding Debtors' Motion for Entry of an Order (I) Authorizing (A) Assumption of McCarthy Contracts, as Amended in Accordance with the Settlement Agreement and (B) Entry Into the Settlement Agreement, and (II) Granting Related Relief** (Docket No. 1731)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: January 16, 2024

_/s/ Serina Tran_
Serina Tran
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 949-404-4152
Email: TeamCoreScientific@stretto.com

# **Exhibit A**



**Exhibit A**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|------|-------------|-------------|-------|
| 36th Street Capital Partners LLC, Prime Alliance Bank, Inc., and Wingspire Equipment Finance, LLC | c/o Reed Smith LLP | Attn: Devan J. Dal Col | ddalcol@reedsmith.com |
| 36th Street Capital Partners, LLC | Jared Roach | | jolsen@36thstreetcapital.com<br>gkammerer@36thstreetcapital.com<br>ddalcol@reedsmith.com<br>jroach@reedsmith.com |
| AAF International | Attn: Ryan McGary, General Counsel | | rmcgary@aafintl.com |
| Aaron Baker | | | Email Address Redacted |
| ABLe Communications, Inc. | c/o Forshey & Prostok LLP | Attn: Jeff P. Prostok, Dyland T.F. Ross | jprostok@forsheyprostok.com<br>dross@forsheyprostok.com |
| Ad Hoc Equity Group | c/o Skadden, Arps, Slate, Meagher & Flom LLP | Attn: George N. Panagakis, Ron E. Meisler, Christopher M. Dressel, Jennifer Madden | george.panagakis@skadden.com<br>ron.meisler@skadden.com<br>christopher.dressel@skadden.com<br>jennifer.madden@skadden.com |
| Ad Hoc Equity Group | c/o Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Noelle M. Reed | noelle.reed@skadden.com |
| Ad Hoc Group of Secured Convertible Noteholders | c/o Paul Hastings LLP | Attn: James T Grogan III | jamesgrogan@paulhastings.com |
| Ad Hoc Group of Secured Convertible Noteholders | c/o Paul Hastings LLP | Attn: Kristopher M Hansen, Erez E Gilad, Sayan Bhattacharyya, Joanne Lau, & Emily Kuznick | krishansen@paulhastings.com<br>erezgilad@paulhastings.com<br>sayanbhattacharyya@paulhastings.com<br>joannelau@paulhastings.com<br>emilykuznick@paulhastings.com |
| Amazon Web Services Inc | Attn: Rashmi Manchanda | | rmmanch@amazon.com |
| AmTrust North America, Inc. on behalf of Associated Industries Insurance Company, Inc. | c/o Maurice Wutscher, LLP | Attn: Alan C. Hochheiser | ahochheiser@mauricewutscher.com |
| Anchorage Lending CA, LLC | c/o Otterbourg P.C. | Attn: James Drew | jdrew@otterbourg.com |
| Anchorage Lending CA, LLC | c/o Winston & Strawn LLP | Attn: David Neier | dneier@winston.com |
| Atalaya Capital Management LP | c/o Holland & Knight LLP | Attn: Brent R. McIlwain and Brian Smith | brent.mcilwain@hklaw.com<br>brian.smith@hklaw.com |
| B. Riley Commercial Capital, LLC | | Attn: Perry Mandarino | pmandarino@brileyfin.com |
| B. Riley Financial, Inc. | c/o Willkie Farr & Gallagher LLP | Attn: Melanie Mansfield | mmansfield@willkie.com |
| Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. | c/o Arnold & Porter Kaye Scholer LLP | Attn: C. Thomas Kruse | tom.kruse@arnoldporter.com |
| Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. | c/o Arnold & Porter Kaye Scholer LLP | Attn: Jeffrey A. Fuisz, Madelyn A. Nicolini & Robert T. Franciscovich | jeffrey.fuisz@arnoldporter.com<br>madelyn.nicolini@arnoldporter.com<br>robert.franciscovich@arnoldporter.com |
| Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. | c/o Arnold & Porter Kaye Scholer LLP | Attn: Michael D. Messersmith, Brian J. Lohan & Sarah Gryll | michael.messersmith@arnoldporter.com<br>brian.lohan@arnoldporter.com<br>sarah.gryll@arnoldporter.com |
| BEAM Concrete Construction, Inc. | c/o Matthews, Shiels, Knott, Eden, Davis & Beanland, L.L.P. | Attn: Misti L Beanland | beanland@mssattorneys.com |
| BlockFi Inc | c/o Haynes and Boone LLP | Attn: Matthew Frankle | matthew.frankle@haynesboone.com |

In re: Core Scientific, Inc., et al.<br>Case No. 22-90341 (CML)

Page 1 of 5



**Exhibit A**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| BlockFi, Inc. | c/o Haynes and Boone, LLP | Attn: Kenric D. Kattner & Arsalan Muhammad | kenric.kattner@haynesboone.com arsalan.muhammad@haynesboone.com |
| BlockFi, Inc. | c/o Haynes and Boone, LLP | Attn: Matt Ferris & Charles M. Jones II | matt.ferris@haynesboone.com charlie.jones@haynesboone.com |
| BlockFi, Inc. | c/o Haynes and Boone, LLP | Attn: Richard Kanowitz | richard.kanowitz@haynesboone.com |
| Board of Directors of Core Scientific, Inc. | c/o Scheef & Stone, L.L.P. | Attn: Peter C. Lewis, Esq. | peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com |
| Brent Berge | | | Email Address Redacted |
| BRF Finance Co., LLC | Attn: General Counsel | | legal@brileyfin.com |
| CDW Direct | Attn: Vida Krug | | vida.krug@cdw.com |
| CEC Energy Services, LLC | c/o Branscomb PLLC | Attn: Patrick H. Autry | pautry@branscomblaw.com |
| CEC Energy Services, LLC | c/o Hughes Watters Askanase, LLP | Attn: Waynes Kitchen | wkitchens@hwa.com |
| Charles Basil and Mitch Edwards | c/o Ervin Cohen & Jessup LLP | Attn: Byron Z. Moldo, Russell M. Selmont | bmoldo@ecjlaw.com rselmont@ecjlaw.com |
| Cherokee County Tax Collector | Attn: Delenna Stiles, Tax Collector | | collections@cherokeecounty-nc.gov |
| City of Dalton, Georgia by and through its Board of Water, Light and Sinking Fund Commissioners d/b/a Dalton Utilities | c/o Howley Law PLLC | Attn: Tom A. Howley and Eric Terry | tom@howley-law.com eric@howley-law.com |
| City of Dalton, Georgia by and through its Board of Water, Light and Sinking Fund Commissioners d/b/a Dalton Utilities | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Matthew Ray Brooks | matthew.brooks@troutman.com |
| City of Denton | c/o Haynes and Boone, LLP | Attn: Kelli S. Norfleet | kelli.norfleet@haynesboone.com |
| City of Denton | c/o Haynes and Boone, LLP | Attn: Martha Wyrick, Thomas J. Zavala | martha.wyrick@haynesboone.com tom.zavala@haynesboone.com |
| Conflicts and Efficiency Counsel to the Official Committee of Unsecured Creditors | c/o Gray Reed | Attn: Jason S. Brookner & Lydia R. Webb | jbrookner@grayreed.com lwebb@grayreed.com |
| Cooley LLP | Attn: Daniel Peale | | dpeale@cooley.com |
| Dallas County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Dalton Utilities | Attn: Tom Bundros | | tbundros@dutil.com |
| Dalton Utilities | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Matthew R. Brooks | matthew.brooks@troutman.com |
| DK Construction Company | Attn: Justin Edwards, President | | justin@dkconstructioninc.com |
| Duke Energy | Attn: Tammy Daber, Power Contracts Administrator | | tammy.daber@duke-energy.com |
| FlowTX | Attn: Lucas Leavitt | | lleavitt@flowtx.com |
| Foundry Digital LLC | c/o Porter Hedges LLP | Attn: John F. Higgins, M. Shane Johnson, Megan N. Young-John | jhiggins@porterhedges.com sjohnson@porterhedges.com myoung-john@porterhedges.com |
| Foundry Digital LLC [DCG Foundry LLC] | Attn: Michael Colyer, Ryan Boyle | | hello@foundrydigital.com mcolyer@foundrydigital.com rboyle@foundrydigital.com notices@foundrydigital.com lbarra@foundrydigital.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (CML)

Page 2 of 5



**Exhibit A**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Foundry Digital LLC [DCG Foundry LLC] | c/o Schulte Roth & Zabel LLP | Attn: Kristine G. Manoukian, Abbey Walsh, Peter J. Amend | kristine.manoukian@srz.com<br>abbey.walsh@srz.com<br>peter.amend@srz.com |
| Gaylor Electric, Inc. d/b/a Gaylor, Inc. | c/o Bradley Arant Boult Cummings LLP | Attn: James B Bailey | jbailey@bradley.com |
| Gem Mining | c/o Maynard, Cooper & Gale, P.C. | Attn: Stephen C. Jackson | sjackson@maynardcooper.com |
| General Casualty Company of Wisconsin | c/o Shook, Hardy & Bacon L.L.P. | Attn: John Lewis, Jr. | jolewis@shb.com |
| Gensler | Attn: Todd Runkle | | todd_runkle@gensler.com |
| Gryphon Digital Mining, Inc. | c/o Hogan Lovells US LLP | Attn: Dennis Tracey, Sara Posner, Allegra Bianchini | dennis.tracey@hoganlovells.com<br>sara.posner@hoganlovells.com<br>allegra.bianchini@hoganlovells.com |
| Gryphon Digital Mining, Inc. | c/o Hogan Lovells US LLP | Attn: Richard L. Wynne | richard.wynne@hoganlovells.com |
| Gryphon Digital Mining, Inc. | c/o Hogan Lovells US LLP | Attn: S. Lee Whitesell | lee.whitesell@hoganlovells.com |
| Harper Construction Company, Inc | Attn: Stephen Marble | | lpz@harperconstruction.com<br>lzarazua@harperconstruction.com<br>scm@harperconstruction.com |
| Harper Construction Company, Inc. | c/o Mulinix Eddy & Ewert, PLLC | Attn: Russell L. Mulinix | rusty@lawokc.com |
| Harper Construction Company, Inc. | c/o Porter Hedges LLP | Attn: John F. Higgins, M. Shane Johnson | jhiggins@porterhedges.com<br>sjohnson@porterhedges.com<br>egarfias@porterhedges.com |
| Herc Rentals | Attn: Leslie Hunziker | | leslie.hunziker@hercrentals.com |
| Huband-Mantor Construction, Inc. | c/o Cokinos Young | Attn: Jay K. Farwell & Stephanie O'Rourke | sorourke@cokinoslaw.com<br>jfarwell@cokinoslaw.com |
| Huband-Mantor Construction, Inc. | c/o Law Offices of Ray Battaglia, PLLC | Attn: Raymond W. Battaglia | rbattaglialaw@outlook.com |
| Humphrey & Associates, Inc. | c/o Laperouse, PC | Attn: Jason R. Kennedy | bankruptcy@laperouselaw.com |
| Indigo Direct Lending, LLC | c/o Moritt Hock & Hamroff LLP | Attn: Theresa A. Driscoll | tdriscoll@moritthock.com |
| Indigo Direct Lending, LLC | c/o Ross, Smith & Binford, PC | Attn: Frances A. Smith, Judith W. Ross | frances.smith@rsbfirm.com<br>judith.ross@rsbfirm.com |
| Janice J. Kelly | c/o Dee J. Kelly, Jr. | | dee.kelly@kellyhart.com |
| LiveView Technologies Inc | Attn: Chris Parker | | chris.parker@lvt.com |
| LV.NET, LLC | c/o Hendershot Cowart P.C. | Attn: Simon W. Hendershot, III, Carolyn Carollo | trey@hchlawyers.com<br>ccarollo@hchlawyers.com |
| Maddox Industrial Transformer, LLC | c/o Haynsworth Sinkler Boyd, P.A. | Attn: Mary M. Caskey, Esq. | mcaskey@hsblawfirm.com |
| Marnoy Interests, Ltd. d/b/a Office Pavilion | c/o Ferguson Braswell Fraser Kubasta PC | Attn: Rachel L. Smiley | rsmiley@fbfk.law |
| Marshall County Sheriff | Attn: Trent Weaver, Sheriff | | marshallso@marshallco.org |
| MassMutual Asset Finance LLC | c/o Verrill Dana LLP | Attn: Nathaniel R. Hull | nhull@verrill-law.com |
| MassMutual Asset Finance LLC | c/o Verrill Dana LLP | Attn: Thomas O. Bean, Esq. & David Coutu | tbean@verrill-law.com |
| McCarthy Building Companies Inc. | c/o Watt, Tieder, Hoffar & Fitzgerald, LLP | Attn: Jennifer L. Kneeland and Marguerite Lee DeVoll | jkneeland@watttieder.com<br>mdevoll@watttieder.com<br>shope@watttieder.com |
| McDermott Will and Emery LLP | Attn: Alexandra Catherina Scheibe | | ascheibe@mwe.com |
| Meridian Equipment Finance, LLC | c/o Saldutti Law Group | Attn: Rebecca K. McDowell | rmcdowell@slgcollect.com |
| MK Marlow Company, LLC | c/o Scott Viscuso, PLLC | Attn: Eric L Scott | escott@sv-legal.com |



**Exhibit A**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Moss Adams LLP | Attn: Findley Oliver Gillespie | | findley.gillespie@mossadams.com |
| MP2 Energy Texas, LLC d/b/a Shell Energy Solutions | c/o Cokinos Young | Attn: Craig E. Power & Tres Gibbs | cpower@cokinoslaw.com<br>tgibbs@cokinoslaw.com |
| North Mill Equipment Finance LLC | c/o Padfield & Stout, L.L.P. | Attn: Christopher V. Arisco | carisco@padfieldstout.com<br>mstout@padfieldstout.com |
| NYDIG ABL LLC | c/o Sidley Austin LLP | Attn: Dennis M. Twomey and Jackson T. Garvey | dtwomey@sidley.com<br>jgarvey@sidley.com |
| NYDIG ABL LLC | c/o Sidley Austin LLP | Attn: Elizabeth R. Tabas Carson | etabas@sidley.com |
| NYDIG ABL LLC | c/o Sidley Austin LLP | Attn: Maegan Quejada | mquejada@sidley.com |
| Office of the U.S. Trustee | Attn: Jayson Ruff & Alicia Barcomb | | jayson.b.ruff@usdoj.gov<br>alicia.barcomb@usdoj.gov |
| Official Committee of Equity Security Holders | c/o Vinson & Elkins LLP | Attn: David S. Meyer, Lauren R. Kanzer and Zachary A. Paiva | dmeyer@velaw.com<br>lkanzer@velaw.com |
| Official Committee of Equity Security Holders | c/o Vinson & Elkins LLP | Attn: Paul E. Heath, Harry A. Perrin, Kiran Vakamudi, and Matthew J. Pyeatt | pheath@velaw.com<br>hperrin@velaw.com<br>kvakamudi@velaw.com<br>mpyeatt@velaw.com |
| Official Committee of Unsecured Creditors | c/o Willkie Farr & Gallagher LLP | Attn: Brett H Miller, Todd M Goren, James H Burbage, & Joseph R. Brandt | bmiller@willkie.com<br>tgoren@willkie.com<br>jburbage@willkie.com<br>corewillkie@willkie.com<br>jbrandt@willkie.com |
| Official Committee of Unsecured Creditors | c/o Willkie Farr & Gallagher LLP | Attn: Jennifer J Hardy | jhardy2@willkie.com<br>corewillkie@willkie.com |
| OP | Attn: Elise Chittick | | echittick@ophouston.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Priority Power Management LLC | Attn: Robert L. Douglas | | rdouglas@prioritypower.com |
| Priority Power Management, LLC | c/o Baker Botts LLP | Attn: Danny David | danny.david@bakerbotts.com |
| Priority Power Management, LLC | c/o Baker Botts LLP | Attn: Eric T. Haitz, Shelby V. Saxon | eric.haitz@bakerbotts.com<br>shelby.saxon@bakerbotts.com |
| Priority Power Management, LLC | c/o Baker Botts LLP | Attn: Scott R. Bowling | scott.bowling@bakerbotts.com |
| Quinn Emanuel Urquhart & Sullivan LLP | Attn: Asher Griffin | | ashergriffin@quinnemanuel.com |
| RBH Holdings, LLC | c/o Randall B. Hale | | rhale@rockhillcap.com |
| Reed Wells Benson and Company | Attn: Kenneth Fulk | | kfulk@rwb.net |
| Rudolph Family Trust | c/o Lawrence Rudolph Trustee | | laru@reign-deer.com |
| Securitas Security Services USA Inc | Attn: Patrick Melody | | patrick.melody@securitasinc.com |
| Shell Energy Solutions | Attn: Marty Lundstrom | | marty.lundstrom@mp2energy.com |
| Sidley Austin LLP | Attn: Scott Parel | | sparel@sidley.com |
| Sphere 3D Corp. | Attn: Patricia Trompeter, Karen Sadowski | | patricia.trompeter@sphere3d.com<br>karen.sadowski@sphere3d.com |
| Sphere 3D Corp. | c/o Hunton Andrews Kurth LLP | Attn: Timothy A. ("Tad") Davidson II, Ashley L. Harper | taddavidson@huntonak.com<br>ashleyharper@huntonak.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (CML)



**Exhibit A**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Sphere 3D Corp. | c/o Pryor Cashman LLP | Attn: Seth H. Lieberman, Matthew W. Silverman | slieberman@pryorcashman.com<br>msilverman@pryorcashman.com |
| SRPF A QR Riversouth LLC | c/o Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry | dperry@munsch.com |
| State Of Kentucky | Office Of The Attorney General | | kyoagor@ky.gov |
| State Of North Dakota | Office Of The Attorney General | | ndag@nd.gov |
| Tanmar Rentals, LLC | c/o Wells & Cuellar, P.C. | Attn: Jeffrey D. Stewart | jstewart@wellscuellar.com |
| Tenaska Power Services Co | Attn: Drew Fossum | | tpmcustomerservice@tnsk.com |
| Tenaska Power Services Co | c/o Ross, Smith, & Binford, PC | Attn: Jason Binford | jason.binford@rsbfirm.com |
| Tenaska Power Services Co. | c/o Ross, Smith & Binford, PC | Attn: Judith W. Ross | judith.ross@rsbfirm.com<br>frances.smith@rsbfirm.com |
| Texas Comptroller of Public Accounts, Revenue Accounting Division | c/o Bankruptcy & Collections Division | Attn: Christopher S. Murphy | christopher.murphy@oag.texas.gov |
| Toyota Industries Commercial Finance Inc. | c/o Weltman, Weinberg & Reis Co. LPA | Attn: Scott D. Fink | bronationalecf@weltman.com |
| Travis County | Attn: Jason A. Starks, Assistant Travis County Attorney | | jason.starks@traviscountytx.gov |
| Trilogy LLC | Attn: Sam Bersiek | | sam@trilogycorp.com |
| Trinity Capital Inc. | c/o Latham & Watkins LLP | Attn: Kimberly A. Posin | kim.posin@lw.com |
| U.S. Bank National Association, as Prepetition Note Agent and Collateral Agent | c/o Shipman & Goodwin LLP | Attn: Kathleen M. LaManna, Esq. | klamanna@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com |
| US Attorney's Office for the Southern District of Texas | Attn: Jennifer Lowery | | usatxs.atty@usdoj.gov |
| Ward County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | sanantonio.bankruptcy@lgbs.com |
| Wingspire Equipment Finance LLC | c/o Reed Smith LLP | Attn: Richard J. Tannenbaum | rtannenbaum@reedsmith.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (CML)

Page 5 of 5

# **Exhibit B**



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 1994 Steinfeld Family Trust | | | Email Address Redacted |
| 323 W Investment LLC | | | lmckenzie@acofallc.com |
| 36th Street Capital Partners, LLC | Jared Roach | | jolsen@36thstreetcapital.com<br>gkammerer@36thstreetcapital.com<br>ddalcol@reedsmith.com<br>jroach@reedsmith.com |
| AAF International | Attn: Ryan McGary, General Counsel | | rmcgary@aafintl.com |
| ABLe Communications, Inc. | c/o Forshey & Prostok, LLP | | dross@forsheyprostok.com |
| Acm Elf St LLC | c/o Holland & Knight LLP | Attn: Brian Smith | brian.smith@hklaw.com |
| Aileen Brodsky | | | Email Address Redacted |
| Alexandra Seifert | | | Email Address Redacted |
| Amazon Web Services, Inc. | c/o K&L Gates LLP | Attn:  Brian Peterson | brian.peterson@klgates.com |
| American Paper & Twine Co | Attn: Brooks Odom | | brooksodom@aptcommerce.com |
| American Security and Protection Service LLC | | | fmj1947@yahoo.com |
| Amplify Transformational Data Sharing ETF | c/o Paul Hastings LLP | Attn: Kris Hansen, Esq., Sayan Bhattacharyya, Esq. | krishansen@paulhastings.com<br>sayanbhattacharyya@paulhastings.com |
| Anchorage Lending CA, LLC | Attn: Julie Veltman | | legal@anchorage.com<br>lending@anchorage.com<br>nathan@anchorage.com<br>julie@anchorlabs.com |
| Andrew Rosen 2004 Succession Insurance Trust | TAG Associates LLC | | nkim@tagassoc.com |
| Ani Kamali | | | Email Address Redacted |
| Ann A. Meyer | | | Email Address Redacted |
| Apollo Centre Street Partnership, L.P. | c/o Apollo Capital Management, L.P. | Attn: William B. Kuesel, Michael F. Lotito, Zachary Allen | bkuesel@apollo.com<br>mlotito@apollo.com<br>zallen@apollo.com |
| Apollo Lincoln Fixed Income Fund, L.P. | c/o Apollo Capital Management, L.P. | Attn: William B. Kuesel, Michael F. Lotito, Zachary Allen | bkuesel@apollo.com<br>mlotito@apollo.com<br>zallen@apollo.com |
| Apollo Moultrie Credit Fund, L.P. | c/o Apollo Capital Management, L.P. | Attn: William B. Kuesel, Michael F. Lotito, Zachary Allen | bkuesel@apollo.com<br>mlotito@apollo.com<br>zallen@apollo.com |
| Apollo Tactical Value SPN Investments, L.P. | c/o Apollo Capital Management, L.P. | Attn: William B. Kuesel, Michael F. Lotito, Zachary Allen | bkuesel@apollo.com<br>mlotito@apollo.com<br>zallen@apollo.com |
| Arch Insurance Company | Attn: Francine Petrosino, Legal Assistant | | fpetrosino@archinsurance.com |
| Arch Specialty Insurance Company | Attn: Francine Petrosino, Legal Assistant | | fpetrosino@archinsurance.com |
| Averitt Express | | | sengland@averitt.com<br>mhyden@averitt.com |
| B. Riley Commercial Capital, LLC | | Attn: Perry Mandarino | pmandarino@brileyfin.com |
| Barings BDC, Inc. | Attn: Steve Johnson & Elizabeth Murray | | steve.johnson@barings.com<br>elizabeth.murray@barings.com |
| Barings Capital Investment Corporation | Attn: Steve Johnson, Elizabeth A. Murray | | steve.johnson@barings.com<br>elizabeth.murray@barings.com |



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Barings Private Credit Corp. | Attn: Steve Johnson & Elizabeth A. Murray | | steve.johnson@barings.com<br>ezliabeth.murray@barings.com |
| Barkley Investments LLC | Attn: Jason Godfrey | | legacy@archpointinvestors.com |
| Bay Colony Law Center LLC | Attn: Georgina Segal | | baycolonylaw@gmail.com |
| BEAM Concrete Construction, Inc. | c/o Matthews, Shiels, Knott, Eden, Davis & Beanland, L.L.P. | Attn: Misti L Beanland | beanland@mssattorneys.com |
| Better Downtown Miami LLC | Attn: Debra L Slifkin Esq. | | debra@marcroberts.com |
| Birch Grove Credit Strategies Master Fund LP | Attn: Todd A. Berry | | tberry@birchgrovecap.com |
| BitAlpha, Inc. [Bitwave] | | | accounting@bitwave.io |
| Bitmain Development Pte. Ltd. | c/o O'Melveny & Myers LLP | Attn: Emma Persson | eljones@omm.com |
| Bitmain Technologies Georgia Limited | c/o O'Melveny & Myers LLP | Attn: Emma Persson | eljones@omm.com |
| Bitmain Technologies Georgia Limited | c/o O'Melveny & Myers LLP, | Attn: Emma Persson | eljones@omm.com |
| Bitmain Technologies Limited | c/o O'Melveny & Myers LLP | Attn: Emma Persson | eljones@omm.com |
| Bitmain Technologies Ltd. | c/o O'Melveny & Myers LLP | Attn: Nicole Molner | nmolner@omm.com |
| Bkrk Investments Ltd | Attn: Bryan Kaminski | | bryank@kamcoproperty.com |
| BlackRock Credit Alpha Master Fund, L.P. | c/o BlackRock Financial Management, Inc. (Christopher Biasotti) | | christopher.biasotti@blackrock.com<br>david.birnbaum@blackrock.com<br>laurent.lantonnois@blackrock.com |
| BlockFi Lending LLC | c/o Haynes and Boone, LLP | Attn: Matthew Ferris | matt.ferris@haynesboone.com |
| Brown Corporation | | | bryan.mcallister@bwrllc.com |
| Bruce Mathewson | | | Email Address Redacted |
| C.H. Robinson Worldwide, Inc. | | | bill.glad@chrobinson.com |
| Calvert City Municipal Water and Sewer | | | todd@farmerwright.com |
| Cannon Investments LLC | c/o TAG Associates LLC | Attn: Collin Tam, Kenny Huang | nkim@tagassoc.com<br>ctam@tagassoc.com<br>khuang@tagassoc.com |
| Carey Olsen Cayman Limited [CO Services Cayman Limited] | Attn: Shane Westin | | shane.westin@careyolsen.com |
| Carrington Lobban | | | Email Address Redacted |
| Celsius Mining LLC [Celsius Core LLC] | c/o Kirkland & Ellis LLP | Attn: Joshua A. Sussberg, P.C., Patrick J. Nash, Jr., P.C., Ross M. Kwasteniet, P.C., Christopher S. Koenig, and Dan Latona | joshua.sussberg@kirkland.com<br>patrick.nash@kirkland.com<br>ross.kwasteniet@kirkland.com<br>chris.koenig@kirkland.com<br>dan.latona@kirkland.com<br>patricia.walsh@kirkland.com |
| CenturyLink Communications, LLC [f/k/a Quest Communications Company, LLC] | Attn: Legal-BKY | | bankruptcylegal@lumen.com |
| Chad Dickman | | | Email Address Redacted |
| Cherokee Rental, Inc. | | | btinsley@cherokeerentalinc.com<br>wkenworthy@cherokeerentalinc.com |
| Christopher Elliott Scott | | | Email Address Redacted |
| ComNet Communications LLC | Attn: Paul Anderson, CFO | | panderson@comnetcomm.com |
| Consilio LLC | Attn: Michael Flanagan | | michael.flanagan@consilio.com |
| Convergint Technologies LLC | c/o Faegre Drinker Biddle & Reath LLP | Attn: Mike T. Gustafson | mike.gustafson@faegredrinker.com |
| Cooley LLP | Attn: Robert L. Eisenbach III | | reisenbach@cooley.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (CML)

Page 2 of 8



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Coonrod Electric Co., LLC | Attn: Danny Cook, Chief Commercial Officer | | dcook@cecnrg.com |
| Corbin ERISA Opportunity Fund, Ltd. | Attn: General Counsel | | fof-ops@corbincapital.com |
| Corbin Opportunity Fund, L.P. | Attn: General Counsel | | fof-ops@corbincapital.com |
| Cori Faerman | | | Email Address Redacted |
| Countrywide Sanitation Co | c/o Countrywide Sanitation Co | Attn: Seth | rachel@countrywidesanitation.com |
| Covert Investments Operations LLC | | | billing@covertflp.com |
| CRG Financial LLC (As Assignee of KLDiscovery Ontrack LLC) | Attn: Heather Jauregui & Robert Axenrod | | aaxenrod@crgfinancial.com<br>skalb@crgfinancial.com<br>hjauregui@crgfinancial.com |
| CRG Financial LLC (As Assignee of Ricks Rental Equipment) | Attn: Heather Jauregui | | aaxenrod@crgfinancial.com<br>skalb@crgfinancial.com<br>hjauregui@crgfinancial.com |
| CRG Financial LLC [as Assignee of M. Arthur GenslerJr. & Associates, Inc., A.k.a. Gensler] | Attn: Robert Axenrod and Heather Jauregui | | aaxenrod@crgfinancial.com<br>skalb@crgfinancial.com<br>hjauregui@crgfinancial.com |
| Cyrptonic Black, LLC | Attn: Jennifer LaFrance | | jlafrance@asny.com |
| Dallas County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Dalton Utilities | Attn: Matthew R. Brooks | | matthew.brooks@troutman.com |
| Darin Feinstein | c/o Law Office of Tom Kirkendall | Attn: Tom Kirkendall | bigtkirk@gmail.com |
| Datasite LLC | Attn: Leif Simpson | | leif.simpson@datasite.com |
| David Sarner | | | Email Address Redacted |
| Delcom, Inc. | Attn: Accounting Department | | ruben@delltelco.com |
| Denise Sterling | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Joanna D. Caytas & John Bash | joannacaytas@quinnemanuel.com<br>johnbash@quinnemanuel.com |
| Derek Morrison | | | Email Address Redacted |
| Douglas Lipton | | | Email Address Redacted |
| Duke Energy Carolinas, LLC | c/o Haynsworth Sinkler Boyd, PA | Attn: Mary M. Caskey | mcaskey@hsblawfirm.com |
| Eaton Corporation | c/o Global Trade Credit | Attn: Meeko A Chislom | globaltradecredit@eaton.com |
| Erica Brenna Briggs | | | Email Address Redacted |
| Felker Construction Company Inc | Allan Felker | | allanfelker@optilink.us<br>rebekahcope@optilink.us |
| Ferro Investments Ltd | Attn: Roberto Kriete Avila | | jkanold@ieomia.com<br>rkriete@mroholdings.com |
| FGK Investments Ltd | Attn: Roberto Kriete Avila | | rkriete@mroholdings.com<br>jkanold@ieomia.com |
| Fidelity Funding Services, LLC | Attn: Christopher G. Parsons | | cgparsons@cox.net |
| First Sun Investments, LLC | Attn: Brent Berge | | brentberge@bergegroup.com<br>brent.berge@bergetoyota.com |
| Fishman Stewart PLLC | | | hstrebe@fishstewip.com |
| Florida SBA TTEE [David Andrew Michaels] | | | Email Address Redacted |
| Foundry Digital LLC [DCG Foundry LLC] | Attn: Michael Colyer, Ryan Boyle | | hello@foundrydigital.com<br>mcolyer@foundrydigital.com<br>rboyle@foundrydigital.com<br>notices@foundrydigital.com<br>lbarra@foundrydigital.com |



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Francois Emmanuel Veilleux | | | Email Address Redacted |
| Frank Campagna | | | Email Address Redacted |
| Frank Polaro | | | Email Address Redacted |
| Frontier | c/o Bankruptcy Dept | Attn: Kimberly A Wall | bankruptcynotification@ftr.com |
| Frontline Shredding Inc | | | bfrontline@att.net |
| FTF Diversified Holdings, LP | Attn: Anthony Fadell | | futureholdings@archpointinvestors.com |
| Galaxy Digital LP | Attn: Adam Lapayover, Legal & Compliance Dept. | | adam.lapayover@galaxydigital.io |
| Gaylor Electric, Inc d/b/a Gaylor, Inc | c/o Bradley | Attn: James Bailey | jbailey@bradley.com |
| GEM Mining 1, LLC | Evan Parrott | | eparrott@maynardnexsen.com |
| GEM Mining 2 B, LLC | Evan Parrott | | eparrott@maynardnexsen.com |
| GEM Mining 2, LLC | Evan N. Parrott | | eparrott@maynardnexsen.com |
| GEM Mining 4, LLC | Evan N. Parrott | | eparrott@maynardnexsen.com |
| Gravity Oilfield Services, LLC | General Counsel | | erica.ofield@gvty.com<br>deposits@gvty.com<br>zach.gaver@gvty.com |
| GreatAmerica Financial Services Corporation [GreatAmerica Leasing Corporation] | Attn: Litigation Dept | | pupton@greatamerica.com |
| GreensLedge Merchant Holdings LLC | Attn: Ken Wormser | | kwormser@greensledge.com |
| Greyline Partners, LLC [IQ-EQ] | Attn: Kevin Ryan Survance | | kevin.survance@iqeq.com |
| Gullane Capital Partners, LLC | Attn: Richard A. Miller III (Trip) | | trip@gullanecapital.com |
| Gullane Digital Asset Partners QP, LLC | Attn: Richard A. Miller III (Trip) | | trip@gullanecapital.com |
| Gullane Digital Asset Partners, LLC | Attn: Richard A. Miller III (Trip) | | trip@gullanecapital.com |
| Harco National Insurance Company | c/o IAT Insurance Group, Inc. | Attn: Frank Tanzola, Sr. VP/Chief Legal Officer | frank.tanzola@iatinsurance.com |
| Harlin Dean | | | Email Address Redacted |
| Hc Ncbr Fund | c/o BlackRock Financial Management, Inc. (Christopher Biasotti) | | christopher.biasotti@blackrock.com<br>david.birnbaum@blackrock.com<br>laurent.lantonnois@blackrock.com |
| Herc Rentals, Inc. | OTC Legal Bankruptcy | | amber.auckerman@hercrentals.com<br>bankruptcy@hercrentals.com |
| HireQuest, LLC DBA Snelling | Attn: Jack Carmody | | jacarmody@hirequest.com |
| Hob21 LLC | | | agunderson@drtshared.com |
| Holliwood LLC | Attn: Trey Hendershot | | ccarollo@hchlawyers.com |
| Housley Communications, Inc. | c/o Carter, Boyd, Lisson & Hohsensee | Attn: Jeffrey S. Lisson | jlisson@carterboyd.com |
| Humphrey & Associates, Inc. | c/o Laperouse, PC | Attn: Jason R. Kennedy | bankruptcy@laperouselaw.com |
| Hutchison & Steffen, PLLC | Attn: Jennifer Willis | | jwillis@hutchlegal.com |
| Ibex Partners (Core) LP | c/o Ibex Investors LLC | Attn: Brian Montgomery | finance@ibexinvestors.com |
| ICG CoreSci Holdings, LP | Attn: Emily Lehrer, Robert Edelstein | | elehrer@icgadvisors.com<br>redelstein@icgadvisors.com |
| iGEM Communications LLC DBA Globalgig | Attn: Jim Tipton | | jim.tipton@globalgig.com |
| Imperial Fire Protection, LLC | Attn: Jonathan Marshall | | marshall@mpplegal.com |
| Jack Novak | c/o Wick Phillips Gould & Martin, LLP | Attn: Catherine A. Curtis | catherine.curtis@wickphillips.com |
| James Pulaski | | | Email Address Redacted |
| Jarvis Hollingsworth | c/o Core Scientific, Inc. | Attn: Board of Directors Member | jhollingsworth@corescientific.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (CML)

Page 4 of 8



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Jason Capello | | | Email Address Redacted |
| Jason Walters [Jason Walters IRA] | | | Email Address Redacted |
| Jason Walters + Nicole Walters [Jason Walters & Nicole Walters JTWROS] | | | Email Address Redacted |
| Jim Plush | | | Email Address Redacted |
| Jobe Ranch Family Limited Parnership, Lessor (11/15/2021) | | | irene@jobeco.com |
| John B Quinn | | | Email Address Redacted |
| John Badger Quinn | c/o Quinn Emanuel Urquhart & Sullivan, LLP | | johnquinn@quinnemanuel.com |
| John P. Joliet | | | Email Address Redacted |
| John Scott Black | | | Email Address Redacted |
| Jonathan Barrett | | | Email Address Redacted |
| JPAS - Credit LLC | c/o Jordan Park Group LLC | | legal@jordanpark.com |
| JPAS - Credit-A S.P. | c/o Jordan Park Group LLC | | legal@jordanpark.com |
| JPAS - Crypto Infrastructure LLC | c/o Jordan Park Group LLC | | legal@jordanpark.com |
| JPAS - Crypto Infrastructure-A S.P. | c/o Jordan Park Group LLC | | legal@jordanpark.com |
| JSK Partnership LLC | | | sp@posnergroup.com |
| Judson Clements | | | Email Address Redacted |
| Ken Link | | | Email Address Redacted |
| Ken Wormser | | | Email Address Redacted |
| Kensico Associates, L.P. | c/o Kensico Capital Management Corp | Attn: Terrance O'Malley | tomalley@kensicocapital.com |
| Kensico Offshore Fund Master, LTD | c/o Kensico Capital Management Corp | Attn: Terrance O'Malley | tomalley@kensicocapital.com |
| Kentucky Department of Revenue | | | jenniferl.howard@ky.gov |
| Kevin Young | | | Email Address Redacted |
| Keystone Strategy LLC | Attn: Alexis Diaz & Sally Gigliotti | | adiaz@keystonestrategy.com sgigliotti@keystonestrategy.com |
| Kingsbridge Holdings, LLC | c/o Darcy & Devassy PC | Attn: Alex Darcy | adarcy@darcydevassey.com |
| KMR CS Holdings, LLC | Kamran Yagoubzadeh | | kamran@kmrequity.com |
| Kn Gen2 LLC | | | kkroeger@whiskeyholdings.com |
| Kneeland Youngblood | c/o Pharos Capital Group, LLC | | kyoungblood@pharosfunds.com |
| Lake Effect Traffic LLC | Attn: Gene King | | gking@lakeeffecttrafficllc.com |
| Leon J. Simkins Non-Exempt Trust FBO Michael Simkins | | | Email Address Redacted |
| Levbern Management LLC | Attn: Andrew Ward | | drew@levbernmanagement.com |
| LML Services, LLC dba FlowTx | c/o Law Offices of William B. Kingman, P.C. | Attn: William B. Kingman | bkingman@kingmanlaw.com |
| Logix Fiber Networks | c/o Logix Billing | Attn: Monique Sampson | monique.sampson@logix.com |
| Lone Star Corporation | | | ar@lonestarcorporation.com |
| Marble Community Water System | Attn: Dianne Chastain | | info@ncrwa.org |
| Mark Spino | | | Email Address Redacted |
| Marnoy Interests, Ltd d/b/a OP | Attn: Rachael L. Smiley, FBFK and Steve Marnoy | | rsmiley@fbfk.law marnoysteve@gmail.com |
| Marshall R Reffett | | | Email Address Redacted |
| Marsico AXS CS LLC | Attn: Jonathan Marsico | | jam@marsicoenterprises.com |
| Marvin W. Meyer | | | Email Address Redacted |
| Massachusetts Mutual Life Insurance Company | Attn: Nathaniel Barker, Investment Management | | hpereira@massmutual.com nbarker31@massmutual.com hsnow54@massmutual.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (CML)

Page 5 of 8



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| MassMutual Asset Finance LLC | c/o Verrill Dana LLP | Attn: Thomas O. Bean, Esq. & David Coutu | tbean@verrill-law.com |
| Matthew Minnis | c/o Eric English, Porter Hedges LLP | | egarfias@porterhedges.com<br>eenglish@porterhedges.com |
| McCarthy Building Companies, Inc. | Attn: Jennifer L. Kneeland | | jkneeland@watttieder.com |
| McDermott Will & Emery LLP | | | wire@mwe.com |
| Michael & Elizabeth Silbergleid TRS FBO Silverknight Group Inc 401k Plan FBO Michael Silbergleid | | | Email Address Redacted |
| Michael & Elizabeth Silbergleid TRS FBO Silverknight Group Inc 401k Roth Plan FBO Michael Silbergleid | | | Email Address Redacted |
| Michael Bros | c/o Core Scientific, Inc. | Attn: Senior Vice President, Finance | mbros@corescientific.com |
| Michael J Levitt | | | Email Address Redacted |
| Michael Levitt | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Joanna D Caytas | joannacaytas@quinnemanuel.com |
| Michael O. Johnson Revocable Trust | | | Email Address Redacted |
| Michael Silbergleid | | | Email Address Redacted |
| Michael Trzupek | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Joanna D. Caytas & John Bash | joannacaytas@quinnemanuel.com<br>johnbash@quinnemanuel.com |
| Microsoft Corporation | c/o Fox Rothschild LLP | Attn: David P. Papiez | dpapiez@foxrothschild.com |
| Milos Core LLC | Attn: Scott Packman | | spackman@mmps.com |
| Mjl Blockchain LLC | | | levittoffice@gmail.com |
| Monbanc Inc. | Attn: Daniel Rafuse | | daniel@monbanc.com |
| Morgan Hoffman | c/o The Rosen Law Firm, P.A. | Attn: Phillip Kim, Laurence Rosen & Joshua Baker | pkim@rosenlegal.com<br>lrosen@rosenlegal.com<br>jbaker@rosenlegal.com |
| Morgan, Lewis & Bockius LLP | Attn: Craig A. Wolfe | | craig.wolfe@morganlewis.com |
| Moss Adams LLP | Attn: Findley Oliver Gillespie | | findley.gillespie@mossadams.com |
| MP2 Energy Texas, LLC d/b/a Shell Energy Solutions | c/o Cokinos Young | Attn: Craig E. Power & Tres Gibbs | cpower@cokinoslaw.com<br>tgibbs@cokinoslaw.com |
| Murphy & Grantland, P.A. | Attn: Anthony W. Livoti | | awlivoti@murphygrantland.com |
| Neal Goldman | | | Email Address Redacted |
| Nebraska Department of Labor | c/o General Counsel | Attn: Katie S. Thurber | ndol.legal@nebraska.gov |
| Neso Investment Group Ltd | Attn: Jennifer Kanold & Cristina Kriete Avila | | tk1@rl2mia.com<br>jkanold@ieomia.com |
| North Texas Contracting | Attn: Zach Fusilier | | ssowell@winstead.com<br>plamberson@winstead.com |
| Northdata Holdings Inc. | Attn: Daniel Rafuse | | daniel@monbanc.com |
| Northern States Power Minnesota dba Xcel Energy | c/o Bankruptcy Department | | katie.miller@xcelenergy.com |
| Novo Construction, Inc. | Attn: Christina Fonseca | | cfonseca@novoconstruction.com |
| Oak Hill Capital LLC | Gordon Glade | | gglade33@gmail.com |
| OIP SPV Core Scientific | Matt McMahon | | matt@obsidianip.com |
| Oip Spv Cs | Attn: Matt McMahon | | matt@obsidianip.com |
| Oklahoma Gas and Electric Company | Attn: Ashley Fulk | | kernnd@oge.com<br>fulkap@oge.com |
| Onyx Contractors Operations, LP | Attn: Christi Brown | | christi@onyxcontractors.com |
| Oracle America, Inc., successor in interest to NetSuite, Inc. (Oracle") | c/o Buchalter, P.C. | Attn: Shawn M. Christianson | schristianson@buchalter.com |



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|------|-------------|-------------|-------|
| ORGDEV Limited | Attn: Sam Elmore | | sam@orgdev.com |
| Paul Gaynor | | | Email Address Redacted |
| Pescadero Capital, LLC | Mailstop: LAW/JB | Attn: Kevin Norman, Mark Hickson, Jeremiah Mahaney, Jacqueline Underwood | mark.hickson@nexteraenergy.com<br>kevin.norman@nexteraenergy.com<br>nei-operations@nexteraenergy.com<br>shirley.palumbo@nexteraenergy.com<br>jacqueline.underwood@nexteraenergy.com<br>jeremiah.mahaney@nexteraenergy.com |
| Quinn Emanuel Urquhart & Sullivan LLP | Attn: Asher Griffin | | ashergriffin@quinnemanuel.com |
| Reciprocal Ventures I LP | | | mikes@recvc.com |
| Reed Wells Benson and Company | Attn: Kenneth Fulk | | kfulk@rwb.net |
| Regulatory DataCorp, Inc. | Attn: Jennifer N Bromberg | | macollections@moodys.com<br>jen.bromberg@moodys.com |
| Rhode Island Division of Taxation | Attn: Crystal Cote | | crystal.cote@tax.ri.gov |
| Richard Katz 2016 GST TRUST | | | Email Address Redacted |
| Robert Fedrock | | | Email Address Redacted |
| Robert Joseph | | | Email Address Redacted |
| Russell Cann | c/o Core Scientific Inc | Attn: Executive Vice President, Client Services | rcann@corescientific.com |
| Sabby Volatility Warrant Master Fund, Ltd. | c/o Paul Hastings LLP | Attn: Kris Hansen, Esq., Sayan Bhattacharyya, Esq. | krishansen@paulhastings.com<br>sayanbhattacharyya@paulhastings.com |
| Sandra Hudson | | | Email Address Redacted |
| Scott Windham | | | Email Address Redacted |
| Sean Stenger | | | Email Address Redacted |
| Securitas Security Services USA Inc | Attn: Business Services Manager | | reyleen.dowler@securitasinc.com |
| Sheri Ann Azoulay | | | Email Address Redacted |
| Sidley Austin LLP | Attn: Scott Parel | | sparel@sidley.com |
| Spectrum [Charter Communications, Time Warner Cable, Brighthouse Networks] | Attn: Siobhan K McEneany | | siobhan.mceneany@charter.com |
| Sphere 3D Corp. | Attn: Patricia Trompeter, Karen Sadowski | | patricia.trompeter@sphere3d.com<br>karen.sadowski@sphere3d.com |
| State of Nevada Department of Taxation | Attn: Dana M. Snow | | tax-bankruptcy@tax.state.nv.us |
| Steven Andrews | | | Email Address Redacted |
| Stonebriar Commercial Finance LLC | Attn: Jeffrey L. Wilkison | | jeff.wilkinson@stonebriarcf.com<br>jeff.wilkison@stonebriarcf.com |
| SunnySide Consulting and Holdings, Inc. | | | Email Address Redacted |
| Sure Steel - Texas, LP | c/o Sure Steel Inc. | Attn: Brian Tingey | btingey@suresteel.com<br>rgodfrey@suresteel.com |
| T Michael Glenn | | | Email Address Redacted |
| Tanmar Rentals, LLC | c/o Wells & Cuellar, P.C. | Attn: Jeffrey D. Stewart | jstewart@wellscuellar.com |
| Taylor M Singleton | | | Email Address Redacted |
| Tbc 222 LLC | Attn: Matthew Sidmanmsidm | | msidman@threebayscapital.com |
| Tenaska Power Services Co | c/o Ross, Smith, & Binford, PC | Attn: Jason Binford | jason.binford@rsbfirm.com |
| Texas Capitalization | | | Email Address Redacted |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (CML)

Page 7 of 8



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| The City of Denton, Texas [City of Denton, a Texas Home-Rule Municipal Corporation; City of Denton, a Texas Municipal Corporation; City; Denton] | c/o Haynes and Boone, LLP | Attn: Martha Wyrick | antonio.puente@cityofdenton.com martha.wyrick@haynesboone.com marcella.lunn@cityofdenton.com |
| The Kimmel Family Foundation | c/o Berdon LLP | | adamkimmel@gmail.com |
| The Obsidian Master Fund | c/o BlackRock Financial Management, Inc. (Christopher Biasotti) | | christopher.biasotti@blackrock.com david.birnbaum@blackrock.com laurent.lantonnois@blackrock.com |
| The William R. Guthy Separate Property Trust | | | Email Address Redacted |
| Thrasivoulos Dimitriou | | | Email Address Redacted |
| Tjc3 LLC | c/o Kensico Capital Management Corp | Attn: Terrance O'Malley | tomalley@kensicocapital.com |
| Todd Deutsch | | | Email Address Redacted |
| Todd DuChene | c/o Core Scientific, Inc. | Attn: President and Chief Legal Officer | tduchene@corescientific.com |
| Todd M. DuChene | c/o Core Scientific, Inc. | | tduchene@corescientific.com |
| Transatlantic Mobility Holdings II LLC | | | lorenzo@transatlanticeg.com |
| Transition Equity Partners LLC | | | peilers@transitionequity.com |
| Tresorelle Operating I LLC | Christopher Robert Frattaroli | | cfratt2@gmail.com |
| Trinity Capital Inc. | Attn: Sarah Stanton | | sstanton@trincapinvestment.com nader@trincapinvestment.com |
| Trinity Capital Inc. | c/o Latham & Watkins LLP | Attn: Kimberly A. Posin | kim.posin@lw.com |
| Trinity Mining Group, Inc. | c/o Howley Law PLLC | Attn: Tom A. Howely | tom@howley-law.com |
| Truckload Connections | Attn: Don Cherry | | don@truckloadconnections.com |
| TYMIF Coin Ventures LLC | Attn: Jerry Tang, Matt Feast & Amanda Klier | | jerry.tang@vcvdigital.com matt.feast@vcvdigital.com |
| Uline | | | arbankruptcy@uline.com |
| Velma Joy Drayton | | | Email Address Redacted |
| Vince TeRonde | | | Email Address Redacted |
| Vineet Agrawal | | | Email Address Redacted |
| Wesley Hoaglund & | | | Email Address Redacted |
| Wesley Vandever Magness | | | Email Address Redacted |
| William M Reffett | | | Email Address Redacted |
| Wingspire Equipment Finance, LLC [Liberty Commercial Finance, LLC] | c/o Reed Smith LLP | Attn: Jared S. Roach | jroach@reedsmith.com |
| Wormser Family Partnership II, LP | Attn: Ken Wormser | | kwormser@greensledge.com |
| Xms Core Convert Holdings LLC | Attn: John Mcgarrity | | jmcgarrity@xmscapital.com |
| Xms Xpdi Sponsor Holdings LLC | | | jmcgarrity@xmscapital.com |
| XPDI Sponsor, LLC | Attn: John P. McGarrity | | jmcgarrity@xmscapital.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (CML)

Page 8 of 8

# **Exhibit C**



**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Bergstrom Electric | | 3100 North Washington Street | PO Box 13152 | Grand Forks | ND | 58208 |
| CRG Financial LLC [as Assignee of Bergstrom Electric] | Attn: Allison R. Axenrod, Robert Axenrod | 84 Herbert Ave, Bldg B, Ste 202 | | Closter | NJ | 07624 |

# **Exhibit D**



**Exhibit D**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| AAF International | Attn: Ryan McGary, General Counsel | 9920 Corporate Campus Dr Ste 2200 | | Louisville | KY | 40223 | |
| Aaron Baker | | Address Redacted | | | | | |
| Amazon Web Services Inc | Attn: Rashmi Manchanda | 410 Terry Avenue North | | Seattle | WA | 98109-5210 | |
| Anchorage Lending CA, LLC | c/o Otterbourg P.C. | Attn: James Drew | 230 Park Avenue | New York | NY | 10169 | |
| Atalaya Capital Management LP | c/o Holland & Knight LLP | Attn: Brent R. McIlwain and Brian Smith | 1722 Routh Street Suite 1500 | Dallas | TX | 75201 | |
| B. Riley Financial, Inc. | c/o Willkie Farr & Gallagher LLP | Attn: Melanie Mansfield | 300 North LeSalle Dr | Chicago | IL | 60654 | |
| Bank of America | | 401 Union St | Fl 26 | Seattle | WA | 98101-2678 | |
| Barings BDC, Inc. | | 300 S. Tryon St | | Charlotte | NC | 28202 | |
| Barings Capital Investment | | 300 S. Tryon St | | Charlotte | NC | 28202 | |
| Barings LLC | Attn: Steve Johnson | 300 South Tryon Street, Suite 2500 | | Charlotte | NC | 18202 | |
| Barings Private Credit Corp | | 300 S. Tryon St | | Charlotte | NC | 28202 | |
| Bremer Bank | | 3100 South Columbia Road | | Grand Forks | ND | 58201 | |
| Brent Berge | | Address Redacted | | | | | |
| BRF Finance Co., LLC | Attn: General Counsel | 30870 Russell Ranch Road Ste 250 | | Westlake Village | CA | 91362 | |
| CDW Direct | Attn: Vida Krug | 200 N. Milwaukee Avenue | | Vernon Hills | IL | 60061 | |
| CES Corporation | Attn: Scott Weatherall | 28029-108 Avenue | | Acheson | AB | T7Z 6P7 | Canada |
| Cherokee County Tax Collector | Attn: Delenna Stiles, Tax Collector | 75 Peachtree Street  #225 | | Murphy | NC | 28906-2947 | |
| City National Bank | | 555 South Flower Street | | Los Angeles | CA | 90071 | |
| City of Dalton, Georgia by and through its Board of Water, Light and Sinking Fund Commissioners d/b/a Dalton Utilities | c/o Troutman Pepper Hamilton Sanders LLP | PO Box 1709 | | Wilmington | DE | 19899-1709 | |
| Coinbase Inc | c/o Coinbase Custody Trust Co LLC | 100 Pine St, Ste 1250 | | San Francisco | CA | 94111 | |
| Cooley LLP | Attn: Daniel Peale | 3 Embarcadero Center, 20th Floor | | San Francisco | CA | 94111-4004 | |
| Dalton Utilities | Attn: Tom Bundros | 1200 V D Parrott Jr Pkwy | | Dalton | GA | 30721 | |
| Dalton Utilities | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Matthew R. Brooks | 600 Peachtree Street NE, Suite 3000 | Atlanta | GA | 30308 | |
| DK Construction Company | Attn: Justin Edwards, President | 5165 Gilbertsville Highway | | Calvert City | KY | 42029-0388 | |
| Douglas S. Wall | | Address Redacted | | | | | |
| Duke Energy | Attn: Tammy Daber, Power Contracts Administrator | 9700 David Taylor Dr. | Mail Code: DT01X | Charlotte | NC | 28262 | |
| FlowTX | Attn: Lucas Leavitt | PO Box 90504 | | San Antonio | TX | 78209-9086 | |
| Foundry Digital LLC [DCG Foundry LLC] | Attn: Michael Colyer, Ryan Boyle | 1100 Pittsford Victor Road | | Pittsford | NY | 14534 | |
| Gensler | Attn: Todd Runkle | 1011 S. Congress Ave, Building 1, Ste 200 | | Austin | TX | 78704 | |
| Herc Rentals | Attn: Leslie Hunziker | 27500 Riverview Center Blvd Ste 100 | | Bonita Springs | FL | 34134 | |
| Internal Revenue Service | | Department of the Treasury | | Ogden | UT | 84201-0045 | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | 1111 Pennsylvania Ave NW | | Washington | DC | 20004-2541 | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Internal Revenue Service | Houston Department | 1919 Smith Street | | Houston | TX | 77002 | |
| Janice J. Kelly | c/o Dee J. Kelly, Jr. | 201 Main St., Ste, 2500 | | Fort Worth | TX | 76102 | |
| Kentucky Department of Revenue | Attn: Thomas B. Miller | 501 High Street | | Frankfort | KY | 40601 | |
| LiveView Technologies Inc | Attn: Chris Parker | 1226 S 1480 W | | Orem | UT | 84058 | |
| Luxor Technology Corp | | 1100 Bellevue Way NE | Suite 8A #514 | Bellevue | WA | 98004 | |
| Marshall County Sheriff | Attn: Trent Weaver, Sheriff | 52 Judicial Dr | | Benton | KY | 42025 | |
| MassMutual Asset Finance LLC | Attn: David Coutu | 2 Hampshire Street | Suite 101 | Foxboro | MA | 02035 | |
| McDermott Will and Emery LLP | Attn: Alexandra Catherina Scheibe | 1 Vanderbilt Ave | | New York | NY | 10017 | |
| Moss Adams LLP | Attn: Findley Oliver Gillespie | 999 Third Ave | Ste 2800 | Seattle | WA | 98104 | |
| MP2 Energy Texas, LLC d/b/a Shell Energy Solutions | Attn: Aren Hansen | 909 Fannin St | Ste 3500 | Houston | TX | 77010-1034 | |
| NYDIG ABL LLC | c/o Sidley Austin LLP | Attn: Elizabeth R. Tabas Carson | 787 7th Ave | New York | NY | 10019 | |
| Office of the U.S. Trustee | Attn: Jayson Ruff & Alicia Barcomb | 515 Rusk Street, Suite 3516 | | Houston | TX | 77002 | |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (CML)

 STRETTO

**Exhibit D**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| OP | Attn: Elise Chittick | 10030 Bent Oak Dr | | Houston | TX | 77040 | |
| Priority Power Management LLC | Attn: Robert L. Douglas | 2201 E Lamar Blvd Suite 275 | | Arlington | TX | 76006 | |
| RBH Holdings, LLC | c/o Randall B. Hale | 3737 Buffalo Speedway, Ste. 1800 | | Houston | TX | 77098 | |
| Reed Wells Benson and Company | Attn: Kenneth Fulk | 12222 Merit Dr | Ste 400 | Dallas | TX | 75251-2268 | |
| Rudolph Family Trust | c/o Lawrence Rudolph Trustee | 613 Canyon Greens Dr. | | Las Vegas | NV | 89144 | |
| Securitas Security Services USA Inc | Attn: Patrick Melody | 4330 Park Terrace Drive | | West Lake Village | CA | 91361 | |
| Securities & Exchange Commission | Attn: Regional Director | 5000 T Rex Ave | Ste 300 | Boca Raton | FL | 33431-4491 | |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F Street, NE | | Washington | DC | 20002 | |
| Shell Energy Solutions | Attn: Marty Lundstrom | 909 Fannin St | Ste 3500 | Houston | TX | 77010-1034 | |
| Sidley Austin LLP | Attn: Scott Parel | 2021 McKinney Avenue | Suite 2000 | Dallas | TX | 75201 | |
| Sphere 3D Corp. | Attn: Patricia Trompeter, Karen Sadowski | 243 Tresser Blvd | 17th Fl | Stamford | CT | 06901 | |
| State Of Georgia | Office Of The Attorney General | 40 Capitol Sq Sw | | Atlanta | GA | 30334 | |
| State Of Kentucky | Office Of The Attorney General | Capitol Building | 700 Capitol Ave Ste 118 | Frankfort | KY | 40601 | |
| State Of North Carolina | Office Of The Attorney General | 114 W Edenton St | | Raleigh | NC | 27603 | |
| State Of North Dakota | Office Of The Attorney General | State Capitol, 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 | |
| Stonebriar Commercial Finance LLC | Attn: Jeffrey L. Wilkison | 5601 Granite Parkway | Suite 1350 | Plano | TX | 75024 | |
| Tenaska Power Services Co | Attn: Drew Fossum | 14302 FNB Parkway | | Omaha | NE | 68154 | |
| Tenaska Power Services Co. | | 300 E. John Carpenter Ste. 1000 | | Irving | TX | 75062 | |
| Texas Office of the Attorney General | | 300 W. 15th Street | | Austin | TX | 78701 | |
| Texas Office of the Attorney General | | PO Box 12548 | | Austin | TX | 78711-2548 | |
| Trilogy LLC | | 6255 Saddle Tree Dr | | Las Vegas | NV | 89118 | |
| Trinity Capital Inc | Attn: Kyle Brown | 1N 1st Street, Suite 302 | | Phoenix | AZ | 85004 | |
| US Attorney's Office for the Southern District of Texas | Attn: Jennifer Lowery | 1000 Louisiana St Suite 2300 | | Houston | TX | 77002 | |
| US Customs and Border Patrol | Attn: Raul Ortiz | 1300 Pennsylvania Avenue, Suite 4.4-B | | Washington | DC | 20229 | |
| Wingspire Equipment Finance LLC | c/o Reed Smith LLP | Attn: Richard J. Tannenbaum | 599 Lexington Avenue | New York | NY | 10022 | |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (CML)