IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., et al | § § § | Case No. 22-90341 (CML) |
| Debtors.[1] | § § § | Jointly Administered |

**NOTICE OF FILING OF REVISED PROPOSED ORDER GRANTING THE APPLICATION OF SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP PURSUANT TO SECTIONS 503(b)(3) AND 503(b)(4) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 2016, AND SECTIONS 1.6 AND 6.3 OF THE DEBTORS' THIRD AMENDED PLAN FOR ALLOWANCE OF FEES AND EXPENSES INCURRED IN MAKING A SUBSTANTIAL CONTRIBUTION AS AN ADMINISTRATIVE EXPENSE**

[Relates to Docket Nos. 1461]

**PLEASE TAKE NOTICE THAT** on November 22, 2023, Skadden, Arps, Slate, Meagher and Flom LLP ("**Skadden**") filed the *Application of Skadden, Arps, Slate, Meagher & Flom LLP Pursuant to Sections 503(b)(3) and 503(b)(4) of the Bankruptcy Code, Bankruptcy Rule 2016, and Sections 1.6 and 6.3 of the Debtors' Third Amended Plan for Allowance of Fees and Expenses Incurred in the Making of a Substantial Contribution as an Administrative Expense* [Docket No. 1461] (the "**Application**") attaching a proposed order (the "**Proposed Form of Order**") granting the relief requested in the Application.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6073); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing (the "**Hearing**") was held on January 16, 2024 at 10:00 a.m. (prevailing Central Time) before the Honorable Christopher M. Lopez, United States Bankruptcy Judge for the Southern District of Texas, Houston Division to consider entry of the Proposed Order.

**PLEASE TAKE FURTHER NOTICE THAT** Skadden hereby submits a revised proposed *Order Granting the Application of Skadden, Arps, Slate, Meagher & Flom LLP Pursuant to Sections 503(b)(3) and 503(b)(4) of the Bankruptcy Code, Bankruptcy Rule 2016, and Sections 1.6 and 6.3 of the Debtors' Third Amended Plan for Allowance of Fees and Expenses Incurred in Making a Substantial Contribution as an Administrative Expense* (the "**Revised Proposed Order**"), which is attached hereto as **Exhibit A**. A redline of the Revised Proposed Order marked against the Proposed Order attached to the Application is attached hereto as **Exhibit B**.

Dated: January 16, 2024
      Houston, Texas

    Respectfully submitted,

    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

    */s/ Noelle M. Reed*
    Noelle M. Reed
    Attorney-in-Charge
    State Bar No. 24044211
    Federal Bar No. 27139
    1000 Louisiana Street
    Suite 6800
    Houston, Texas 77002
    Tel: (713) 655-5122
    Fax: (713) 483-9122
    Email: Noelle.Reed@skadden.com

    -and-

Robert D. Drain
*(Admitted pro hac vice)*
One Manhattan West
New York, New York 10001-8602
Telephone: (212) 735-3000
Fax: (212) 735-2000
Email: Robert.Drain@skadden.com

-and-

Ron E. Meisler
*(Admitted pro hac vice)*
Jennifer Madden
*(Admitted pro hac vice)*
155 North Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411
Email: Ron.Meisler@skadden.co
Email: Jennifer.Madden@skadden.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing document to be served by electronic transmission via the Court's ECF system to all parties registered to receive electronic notice in this case.

*/s/ Noelle M. Reed*
Noelle M. Reed

# **EXHIBIT A**

**Revised Proposed Form of Order**