Electronic Appearance Sheet

Latonia Williams, Shipman & Goodwin LLP
Client(s): U.S. Bank National Association, as Prepetition Note Agent and Collateral Agent

selina wang, none
Client(s): client

Benjamin Feder, Kelley Drye & Warren LLP
Client(s): Counsel to Trustee/Collateral agent representations for the new Secured Notes and Secured Convertible Notes

Benjamin Feder, Kelley Drye & Warren LLP
Client(s): Counsel to Trustee/Collateral Agent Representations for the New Secured Notes and Secured Convertible Notes

Latonia Williams, Shipman & Goodwin LLP
Client(s): U.S. Bank National Association

Scott Zuber, Chiesa Shahinian & Giantomasi PC
Client(s): Harco National Insurance Company

Noelle Reed, Skadden, Arps, Slate, Meagher & Flom LLP
Client(s): Skadden, Arps, Slate, Meagher & Flom LLP

Ron Meisler, Skadden, Arps, Slate, Meagher & Flom LLP
Client(s): Skadden, Arps, Slate, Meagher & Flom LLP

Jennifer Madden, Skadden, Arps, Slate, Meagher & Flom LLP
Client(s): Skadden, Arps, Slate, Meagher & Flom LLP

Marie Sheehan, Skadden, Arps, Slate, Meagher & Flom LLP
Client(s): Skadden, Arps, Slate, Meagher & Flom LLP

Karen Bifferato, Connolly Gallagher LLP
Client(s): Stonebriar Commercial Finance LLC

Chase Stone, Ervin Cohen & Jessup LLP
Client(s): Mitchell Edwards; Charles Basil (Creditors)

Matthew Brooks, Troutman Pepper Hamilton Sanders LLP
Client(s): Dalton Utilities

Ray Schrock, Weil, Gotshal & Manges LLP
Client(s): Core Scientific, Inc. et al.

Ronit Berkovich, Weil, Gotshal & Manges LLP
Client(s): Core Scientific, Inc., et al.

Clifford Carlson, Weil, Gotshal & Manges LLP

Electronic Appearance Sheet

Client(s): Core Scientific, Inc. et al.

Austin Crabtree, Weil, Gotshal & Manges LLP
Client(s): Core Scientific, Inc., et al.

Christine Calabrese, Weil, Gotshal & Manges LLP
Client(s): Core Scientific, Inc. et al.

Theodore Tsekerides, Weil, Gotshal & Manges LLP
Client(s): Core Scientific, Inc. et al.

Noelle Reed, Skadden, Arps, Slate, Meagher & Flom LLP
Client(s): Skadden, Arps, Slate, Meagher & Flom LLP

Ron Meisler, Skadden, Arps, Slate, Meagher & Flom LLP
Client(s): Skadden, Arps, Slate, Meagher & Flom LLP

Jennifer Madden, Skadden, Arps, Slate, Meagher & Flom LLP
Client(s): Skadden, Arps, Slate, Meagher & Flom LLP

Marie Sheehan, Skadden, Arps, Slate, Meagher & Flom LLP
Client(s): Skadden, Arps, Slate, Meagher & Flom LLP

Phillip Kim, The Rosen Law Firm, P.A.
Client(s): Lead Plaintiff Morgan Hoffman

Brett Miller, Willkie Farr & Gallagher LLP
Client(s): Official Committee of Unsecured Creditors

Todd Goren, Willkie Farr & Gallagher LLP
Client(s): Official Committee of Unsecured Creditors

Jennifer Hardy, Willkie Farr & Gallagher LLP
Client(s): Official Committee of Unsecured Creditors

Scott Zuber, Chiesa Shahinian & Giantomasi PC
Client(s): Harco National Insurance Company

Gary McDonald, McDonald Law,PLLC
Client(s): J W Didado Electric, LLC

Shirley Palumbo, NextEra Energy Resources
Client(s): Pescadero Capital LLC (August Ad Hoc Noteholders)

Tom KIrkendall, Law Office of Tom Kirkendall
Client(s): Darin Feinstein

James Grogan, Paul Hastings LLP

Electronic Appearance Sheet

Client(s): Ad Hoc Group of Secured Convertible Noteholders

Phillip Lamberson, Winstead PC
Client(s): North Texas Contracting

Kathleen LaManna, Shipman & Goodwin LLP
Client(s): U.S. Bank National Association, as prepetition Note Agent

Ashley Harper, Hunton Andrews Kurth LLP
Client(s): Sphere 3D Corp.

Jayson Ruff, US DOJ
Client(s): US Trustee

Nathaniel Hull, Verrill Dana LLP
Client(s): MassMutual Asset Finance LLC

Karen Bifferato, Connolly Gallagher LLP
Client(s): Stonebriar Commercial Finance LLC

Christopher Arisco, Padfield & Stout, LLP
Client(s): North Mill Equipment Finance, LLC

Peter Lewis, Scheef & Stone
Client(s): Core Scientific Special Committee of Board of Directors

John McDonald, Taft Stettinius & Hollister
Client(s): Bremer Bank

David Meyer, Vinson & Elkins LLP
Client(s): Official Committee of Equity Security Holders

Lauren Kanzer, Vinson & Elkins LLP
Client(s): Official Committee of Equity Security Holders

Evan Parrott, Maynard Nexsen P.C.
Client(s): GEM Mining Entities

Chris Murphy, Office of the Texas Attorney General
Client(s): Texas Comptroller of Public Accounts

Chase Stone, Ervin Cohen & Jessup LLP
Client(s): Mitch Edwards/Charles Basil (Creditors)

Jason Binford, Ross, Smith & Binford, PC
Client(s): Tenaska Power Services Co.

Paul Heath, Vinson & Elkins LLP

Electronic Appearance Sheet

Client(s): Official Committee of Equity Security Holders

Kiran Vakamudi, Vinson & Elkins LLP
Client(s): Official Committee of Equity Security Holders

Ron Meisler, Skadden, Arps, Slate, Meagher & Flom
Client(s): Ad Hoc Equity Group

Jared Roach, Reed Smith LLP
Client(s): Prime Alliance Bank, 36th Street Capital, Wingspire Equipment Finance

Brian  Lohan, Arnold & Porter Kaye Scholer LLP
Client(s): Barings

Sarah Gryll, Arnold & Porter Kaye Scholer LLP
Client(s): Barings

Christiane Bard, The Minor Firm
Client(s): Brown Corporation

Madelyn Nicolini, Arnold & Porter Kaye Scholer LLP
Client(s): Barings

Noelle Reed, Skadden, Arps, Slate, Meagher & Flom
Client(s): Ad Hoc Equity Group

Eric Wilson, Kelley Drye & Warren LLP
Client(s): Counsel to Trustee/Collateral Agent representations for the new secured notes and secured convertible notes.

Benjamin Feder, Kelley Drye & Warren LLP
Client(s): Counsel to Trustee/Collateral Agent representations for the new secured notes and secured convertible notes.