United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 18, 2024
Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC., *et al.,*** [1] | § | **Case No. 22-90341 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| | § | **Dkt. No. 1701** |

### ORDER CLASSIFYING CERTAIN CLAIMS AS SECTION 510(b) CLAIMS (CLASS 11) UNDER DEBTORS' PROPOSED JOINT CHAPTER 11 PLAN OF REORGANIZATION

Upon the motion (the "**Motion**")[2] filed by the above-referenced debtors and debtors in possession (collectively, the "**Debtors**") for entry of an order (the "**Order**") classifying certain claims as Section 510(b) Claims (Class 11) under the Debtors' Plan, pursuant to sections 502(b) and 510(b) of the Bankruptcy Code, as set forth in the Motion; and the Court having jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(B) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors and their respective estates, creditors, and other parties in interest; and the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, TX 78704.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Motion

Court having found that proper and adequate notice of the Motion and hearing thereon has been given and that no other or further notice is necessary; and the Court having found that good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion,

## IT IS HEREBY ORDERED THAT:

1.      The Equity Damages Claims listed on Exhibit A annexed to this Order are subordinated pursuant to section 510(b) of the Bankruptcy Code and are classified as Section 510(b) Claims (Class 11) under the Plan.

2.      Nothing in this Order shall prejudice the Debtors' right to contest any Disputed Claim.

3.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

4.      Notwithstanding the relief granted herein and any actions taken hereunder, nothing contained in the Motion or this Order shall constitute, nor is it intended to constitute an implication or admission as to the validity or priority of any claim or lien against the Debtors, a waiver of the Debtors', or any party in interest's, rights to subsequently dispute such claim or lien, a promise or requirement to pay any prepetition claim, an implication or admission that any particular claim is of a type specified or defined in the Motion or any proposed order, a waiver of the Debtors', or any other party in interest's, rights under the Bankruptcy Code or any other applicable law, or the assumption or adoption of any agreement, contract, or lease under section 365 of the Bankruptcy Code.

5.      Notice of this Motion as provided therein shall be deemed good and sufficient notice and the applicable requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules are satisfied by such notice

6.      The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.


Signed:  January 18, 2024

Christopher Lopez
United States Bankruptcy Judge

3

**<u>Exhibit A</u>**

Privileged & Confidential
Attorney Work Product

*In re Core Scientific Inc., et al.*
Case No. 22-90341 (CML)

Subordinated 510(b) Equity Interest Claims

| Name of Claimant | Claim Number to be Reclassified | Asserted Claim Priority | Asserted Debtor | Asserted Claim Amount: General Unsecured | Reason for Reclassification |
|---|---|---|---|---|---|
| Alexandra Seifert | 431 | General Unsecured | Core Scientific, Inc. | 2,482 | Claim references 'violation of fiduciary duty / monetary harm' |
| Ani Kamali | 229 | General Unsecured | Core Scientific, Inc. | 150,000 | Claim references damages 'due to false info of Core Scientific' |
| Ann A. Meyer | 248 | General Unsecured | Core Scientific, Inc. | 16,044 | Claim references 'mismanagement and bankruptcy of the company' |
| Ann A. Meyer | 247 | General Unsecured | Core Scientific, Inc. | 15,241 | Claim references 'mismanagement and bankruptcy of the company' |
| Bay Colony Law Center LLC | 241 | General Unsecured | Core Scientific, Inc. | 151,474 | Claim references 'fradulent stock sale' |
| Carrington Lobban | 54 | General Unsecured | Core Scientific, Inc. | 1,093 | Claim references 'misappropriation of stock funding' |
| Chad Dickman | 349 | General Unsecured | Core Scientific, Inc. | 4,045 | Claim references 'mismanagement + misleading investors' |
| Christopher Elliott Scott | 320 | General Unsecured | Core Scientific, Inc. | 359,512 | Claim references 'money lost securties as shareholder during class action period' |
| Cori Faerman | 212 | General Unsecured | Core Scientific, Inc. | 81 | Claim references 'I believed in what I read on this company. I feel betrayed' |
| Cori Faerman | 211 | General Unsecured | Core Scientific, Inc. | 38 | Claim references 'I believed in what I read about this company. Poorly managed. They lied' |
| FLORIDA SBA TTEE | 384 | General Unsecured | Core Scientific, Inc. | 395,715 | Claim references 'class period' |
| Francois Emmanuel Veilleux | 555 | General Unsecured | Core Scientific, Inc. | 75,000 | Claim references 'miss management of funds and assets' |
| Jason Walters [Jason Walters IRA] | 311 | General Unsecured | Core Scientific, Inc. | 21,193 | Claim references 'lack of disclosure' |
| Marvin W. Meyer | 250 | General Unsecured | Core Scientific, Inc. | 12,848 | Claim references 'mismanagement' |
| Marvin W. Meyer | 249 | General Unsecured | Core Scientific, Inc. | 22,118 | Claim references 'mismanagement' |
| Michael & Elizabeth Silbergleid TRS FBO Silverknight Group Inc 401k Plan FBO Michael Silbergleid | 82 | General Unsecured | Core Scientific, Inc. | 27 | Claim references 'fraudulent appearance on Bloomberg TV by CEO' |
| Michael & Elizabeth Silbergleid TRS FBO Silverknight Group Inc 401k Roth Plan FBO Michael Silbergleid | 81 | General Unsecured | Core Scientific, Inc. | 7,963 | Claim references 'fraudulent appearance on Bloomberg TV by CEO' |
| Robert Joseph | 351 | General Unsecured | Core Scientific, Inc. | 39,390 | Claim references 'securities fraud or other unlawful business practices' |
| Thrasivoulos Dimitriou | 52 | General Unsecured | Core Scientific, Inc. | 3,104 | Claim references 'failure to disclose material facts' |
| **Total** | | | | **1,277,368** | |