# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CORE SCIENTIFIC, INC. et al., | ) Case No. 22-90341 (CML) |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 468

McCarthy Building Companies, Inc. ("McCarthy") hereby withdraws with prejudice its proof of claim number 468. McCarthy files this notice of withdrawal in accordance with the *Order (I) Authorizing (A) Assumption of McCarthy Contracts, as Amended in Accordance with the Settlement Agreement and (B) Entry into the Settlement Agreement, and (II) Granting Related Relief* [D.I. 1763].

Dated: January 22, 2024

Respectfully submitted,

*/s/ Jennifer L. Kneeland*
Jennifer L. Kneeland, Esq. (*pro hac vice*)
Marguerite Lee DeVoll, Esq. (*pro hac vice*)
**WATT, TIEDER, HOFFAR & FITZGERALD, LLP**
1765 Greensboro Station Place, Suite 1000
McLean, Virginia 22102
Telephone: 703-749-1000

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

Facsimile: 703-893-8029
Email: jkneeland@watttieder.com
Email: mdevoll@watttieder.com

*Counsel to McCarthy Building Companies, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2024, I caused a true and correct copy of the foregoing document to be served by electronic means through the Court's CM/ECF system to all parties authorized to receive electronic notice in this case.