IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*, | § | Case No. 22-90341 (CML) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | Ref Docket No. 29 |

**MASTER SERVICE LIST**
**(as of January 22, 2024)[2]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, Texas 78704.

[2] The Master Service List in Excel and label formats are available on the Debtors' website at https://cases.stretto.com/CoreScientific/ under "Notice Lists."



**Debtors' Master Service List**
As of 1/22/2024

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 36th Street Capital Partners LLC, Prime Alliance Bank, Inc., and Wingspire Equipment Finance, LLC | c/o Reed Smith LLP | Attn: Devan J. Dal Col | 2850 N. Harwood, Suite 1500 | | Dallas | TX | 75201 | | 469-680-4200 | 469-680-4299 | ddalcol@reedsmith.com |
| 36th Street Capital Partners, LLC | Jared Roach | Reed Smith Centre | 225 Fifth Avenue | | Pittsburgh | PA | 15222 | | 4122883277 | | jolsen@36thstreetcapital.com<br>gkammerer@36thstreetcapital.com<br>ddalcol@reedsmith.com<br>jroach@reedsmith.com |
| AAF International | Attn: Ryan McGary, General Counsel | 9920 Corporate Campus Dr Ste 2200 | | | Louisville | KY | 40223 | | 502-637-0642 | 502-637-0642 | rmcgary@aafintl.com |
| Aaron Baker | | Address Redacted | | | | | | | | | |
| ABLe Communications, Inc. | c/o Forshey & Prostok LLP | Attn: Jeff P. Prostok, Dyland T.F. Ross | 777 Main Street, Suite 1550 | | Fort Worth | TX | 76102 | | 817-877-8855 | 817-877-4151 | jprostok@forsheyprostok.com<br>dross@forsheyprostok.com |
| Ad Hoc Equity Group | c/o Skadden, Arps, Slate, Meagher & Flom LLP | Attn: George N. Panagakis, Ron E. Meisler, Christopher M. Dressel, Jennifer Madden | 155 North Wacker Drive | | Chicago | IL | 60606-1720 | | 312-407-0700 | 312-407-0411 | george.panagakis@skadden.com<br>ron.meisler@skadden.com<br>christopher.dressel@skadden.com<br>jennifer.madden@skadden.com |
| Ad Hoc Equity Group | c/o Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Noelle M. Reed | 1000 Louisiana Street, Suite 6800 | | Houston | TX | 77002 | | 713-655-5122 | 713-483-9122 | noelle.reed@skadden.com |
| Ad Hoc Group of Secured Convertible Noteholders | c/o Paul Hastings LLP | Attn: James T Grogan III | 600 Travis Street 58th Floor | | Houston | TX | 77002 | | 713-860-7300 | 713-353-3100 | jamesgrogan@paulhastings.com |
| Ad Hoc Group of Secured Convertible Noteholders | c/o Paul Hastings LLP | Attn: Kristopher M Hansen, Erez E Gilad, Sayan Bhattacharyya, Joanne Lau, & Emily Kuznick | 200 Park Ave | | New York | NY | 10166 | | 213-683-6000<br>212-318-6000 | 213-627-0705<br>212-319-4090 | krishansen@paulhastings.com<br>erezgilad@paulhastings.com<br>sayanbhattacharyya@paulhastings.com<br>joannelau@paulhastings.com<br>emilykuznick@paulhastings.com |
| Amazon Web Services Inc | Attn: Rashmi Manchanda | 410 Terry Avenue North | | | Seattle | WA | 98109-5210 | | 415-539-5057 | | rmmanch@amazon.com |
| American Property Acquisition, LLC | | 210 Barton Springs Road, Suite 300 | | | Austin | TX | 78701 | | | | |
| American Property Acquisitions I, LLC | | 210 Barton Springs Road, Suite 300 | | | Austin | TX | 78701 | | | | |
| American Property Acquisitions VII, LLC | | 210 Barton Springs Road, Suite 300 | | | Austin | TX | 78701 | | | | |
| AmTrust North America, Inc. on behalf of Associated Industries Insurance Company, Inc. | c/o Maurice Wutscher, LLP | Attn: Alan C. Hochheiser | 23611 Chagrin Blvd Suite 207 | | Beachwood | OH | 44122 | | 216-220-1129 | 216-472-8510 | ahochheiser@mauricewutscher.com |
| Anchorage Lending CA, LLC | c/o Otterbourg P.C. | Attn: James Drew | 230 Park Avenue | | New York | NY | 10169 | | | | jdrew@otterbourg.com |
| Anchorage Lending CA, LLC | c/o Winston & Strawn LLP | Attn: David Neier | 200 Park Avenue, 40th Floor | | New York | NY | 10166 | | 212-294-6700 | 212-294-4700 | dneier@winston.com |
| Atalaya Capital Management LP | c/o Holland & Knight LLP | Attn: Brent R. McIlwain and Brian Smith | 1722 Routh Street Suite 1500 | | Dallas | TX | 75201 | | | | brent.mcilwain@hklaw.com<br>brian.smith@hklaw.com |
| B. Riley Commercial Capital, LLC | | Attn: Perry Mandarino | 299 Park Avenue | | New York | NY | 10171 | | 617-248-5000 | | pmandarino@brileyfin.com |
| B. Riley Financial, Inc. | c/o Willkie Farr & Gallagher LLP | Attn: Melanie Mansfield | 300 North LeSalle Dr | | Chicago | IL | 60654 | | | | mmansfield@willkie.com |
| Bank of America | | 401 Union St | Fl 26 | | Seattle | WA | 98101-2678 | | | | |
| Barings BDC, Inc. | | 300 S. Tryon St | | | Charlotte | NC | 28202 | | | | |
| Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. | c/o Arnold & Porter Kaye Scholer LLP | Attn: C. Thomas Kruse | 700 Louisiana St Suite 4000 | | Houston | TX | 77002 | | 713-576-2400 | 713-576-2499 | tom.kruse@arnoldporter.com |
| Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. | c/o Arnold & Porter Kaye Scholer LLP | Attn: Jeffrey A. Fuisz, Madelyn A. Nicolini & Robert T. Franciscovich | 250 West 55th Street | | New York | NY | 10019 | | 212-836-8000 | 212-836-8689 | jeffrey.fuisz@arnoldporter.com<br>madelyn.nicolini@arnoldporter.com<br>robert.franciscovich@arnoldporter.com |
| Barings BDC, Inc., Barings Capital Investment Corporation, and Barings Private Credit Corp. | c/o Arnold & Porter Kaye Scholer LLP | Attn: Michael D. Messersmith, Brian J. Lohan & Sarah Gryll | 70 West Madison Street Suite 4200 | | Chicago | IL | 60602 | | 312-583-2300 | 312-583-2360 | michael.messersmith@arnoldporter.com<br>brian.lohan@arnoldporter.com<br>sarah.gryll@arnoldporter.com |
| Barings Capital Investment | | 300 S. Tryon St | | | Charlotte | NC | 28202 | | | | |
| Barings LLC | Attn: Steve Johnson | 300 South Tryon Street, Suite 2500 | | | Charlotte | NC | 18202 | | | | |
| Barings Private Credit Corp | | 300 S. Tryon St | | | Charlotte | NC | 28202 | | | | |
| BEAM Concrete Construction, Inc. | c/o Matthews, Shiels, Knott, Eden, Davis & Beanland, L.L.P. | Attn: Misti L Beanland | 8131 LBJ Freeway Suite 700 | | Dallas | TX | 75251 | | 972-234-3400 | 972-234-1750 | beanland@mssattorneys.com |
| BlockFi Inc | c/o Haynes and Boone LLP | Attn: Matthew Frankle | 30 Rockefeller Plaza, 26th Floor | | New York | NY | 10112 | | | | matthew.frankle@haynesboone.com |
| BlockFi, Inc. | c/o Haynes and Boone, LLP | Attn: Kenric D. Kattner & Arsalan Muhammad | 1221 McKinney Street Suite 4000 | | Houston | TX | 77010 | | 713-547-2000 | 713-547-2600 | kenric.kattner@haynesboone.com<br>arsalan.muhammad@haynesboone.com |
| BlockFi, Inc. | c/o Haynes and Boone, LLP | Attn: Matt Ferris & Charles M. Jones II | 2801 N Harwood Street Suite 2300 | | Dallas | TX | 75201 | | 214-651-5000 | 214-651-5940 | matt.ferris@haynesboone.com<br>charlie.jones@haynesboone.com |
| BlockFi, Inc. | c/o Haynes and Boone, LLP | Attn: Richard Kanowitz | 30 Rockefeller Plaza, 26th Floor | | New York | NY | 10112 | | 212-659-7300 | 212-918-8989 | richard.kanowitz@haynesboone.com |
| Board of Directors of Core Scientific, Inc. | c/o Scheef & Stone, L.L.P. | Attn: Peter C. Lewis, Esq. | 500 North Akard Street, Suite 2700 | | Dallas | TX | 75201 | | 214-706-4200 | 214-706-4242 | peter.lewis@solidcounsel.com<br>marcella.morales@solidcounsel.com |
| Bremer Bank | | 3100 South Columbia Road | | | Grand Forks | ND | 58201 | | | | |
| Brent Berge | | Address Redacted | | | | | | | | | |
| BRF Finance Co., LLC | Attn: General Counsel | 30870 Russell Ranch Road Ste 250 | | | Westlake Village | CA | 91362 | | 310-966-1444 | | legal@brileyfin.com |
| CDW Direct | Attn: Vida Krug | 200 N. Milwaukee Avenue | | | Vernon Hills | IL | 60061 | | 847-465-6000<br>847-419-6322 | 732-380-6135 | vida.krug@cdw.com |
| CEC Energy Services, LLC | c/o Branscomb PLLC | Attn: Patrick H. Autry | 4630 North Loop 1604 West Suite 206 | | San Antonio | TX | 78249 | | 210-598-5401 | 210-598-5405 | pautry@branscomblaw.com |
| CEC Energy Services, LLC | c/o Hughes Watters Askanase, LLP | Attn: Waynes Kitchen | Total Plaza, 1201 Louisiana, 28th Fl | | Houston | TX | 77002 | | 713-759-0818 | 713-759-6834 | wkitchens@hwa.com |
| CES Corporation | Attn: Scott Weatherall | 28029-108 Avenue | | | Acheson | AB | T7Z 6P7 | Canada | 780-910-6037 | | |
| Charles Basil and Mitch Edwards | c/o Ervin Cohen & Jessup LLP | Attn: Byron Z. Moldo, Russell M. Selmont | 9401 Wilshire Boulevard, 12th Floor | | Beverly Hills | CA | 90212 | | 310-273-6333 | 310-887-6802 | bmoldo@ecjlaw.com<br>rselmont@ecjlaw.com |
| Cherokee County Tax Collector | Attn: Delenna Stiles, Tax Collector | 75 Peachtree Street  #225 | | | Murphy | NC | 28906-2947 | | 828-837-2421 | | collections@cherokeecounty-nc.gov |
| City National Bank | | 555 South Flower Street | | | Los Angeles | CA | 90071 | | 800-599-0020 | | |
| City of Dalton, Georgia by and through its Board of Water, Light and Sinking Fund Commissioners d/b/a Dalton Utilities | c/o Howley Law PLLC | Attn: Tom A. Howley and Eric Terry | Pennzoil Place – South Tower | 711 Louisiana St., Suite 1850 | Houston | TX | 77002 | | 713-333-9125 | | tom@howley-law.com<br>eric@howley-law.com |
| City of Dalton, Georgia by and through its Board of Water, Light and Sinking Fund Commissioners d/b/a Dalton Utilities | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Matthew Ray Brooks | 875 Third Avenue | | New York | NY | 10022 | | 212-704-6000 | | matthew.brooks@troutman.com |
| City of Dalton, Georgia by and through its Board of Water, Light and Sinking Fund Commissioners d/b/a Dalton Utilities | c/o Troutman Pepper Hamilton Sanders LLP | PO Box 1709 | | | Wilmington | DE | 19899-1709 | | 302-777-6500 | | |
| City of Denton | c/o Haynes and Boone, LLP | Attn: Kelli S. Norfleet | 1221 McKinney Street Suite 4000 | | Houston | TX | 77010 | | 713-547-2000 | 713-547-2600 | kelli.norfleet@haynesboone.com |
| City of Denton | c/o Haynes and Boone, LLP | Attn: Martha Wyrick, Thomas J. Zavala | 2801 N Harwood Street, Suite 2300 | | Dallas | TX | 75201 | | 214-651-5000 | 214-651-5940 | martha.wyrick@haynesboone.com<br>tom.zavala@haynesboone.com |
| Coinbase Inc | c/o Coinbase Custody Trust Co LLC | 100 Pine St, Ste 1250 | | | San Francisco | CA | 94111 | | | | |
| Conflicts and Efficiency Counsel to the Official Committee of Unsecured Creditors | c/o Gray Reed | Attn: Jason S. Brookner & Lydia R. Webb | 1300 Post Oak Blvd, Suite 2000 | | Houston | TX | 77056 | | 713-986-7000 | 713-986-7100 | jbrookner@grayreed.com<br>lwebb@grayreed.com |
| Cooley LLP | Attn: Daniel Peale | 3 Embarcadero Center, 20th Floor | | | San Francisco | CA | 94111-4004 | | 202-842-7835 | | dpeale@cooley.com |
| Core Scientific Acquired Mining LLC | | 210 Barton Springs Road, Suite 300 | | | Austin | TX | 78701 | | | | |
| Core Scientific Mining LLC | | 210 Barton Springs Road, Suite 300 | | | Austin | TX | 78701 | | | | |
| Core Scientific Operating Company | | 210 Barton Springs Road, Suite 300 | | | Austin | TX | 78701 | | | | |
| Core Scientific Specialty Mining (Oklahoma) LLC | | 210 Barton Springs Road, Suite 300 | | | Austin | TX | 78701 | | | | |
| Core Scientific, Inc. | Attn: Todd DuChene, Esq. | 210 Barton Springs Road, Suite 300 | | | Austin | TX | 78701 | | | | tduchene@corescientific.com |
| Core Scientific, Inc., et al. | c/o Weil, Gotshal & Manges LLP | Attn: Alfredo R. Perez | 700 Louisiana Street Suite 3700 | | Houston | TX | 77002 | | 713-546-5000 | 713-224-9511 | alfredo.perez@weil.com |
| Core Scientific, Inc., et al. | c/o Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock & Ronit J. Berkovich | 767 5th Ave | | New York | NY | 10153 | | 212-310-6737<br>212-310-8000 | 212-310-8007 | ray.schrock@weil.com<br>ronit.berkovich@weil.com |
| Dallas County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | 2777 N Stemmons Freeway | Suite 1000 | Dallas | TX | 75207 | | 214-880-0089 | 469-221-5003 | dallas.bankruptcy@lgbs.com |
| Dalton Utilities | Attn: Tom Bundros | 1200 V D Parrott Jr Pkwy | | | Dalton | GA | 30721 | | 706-278-1313 | 706-278-7230 | tbundros@dutil.com |
| Dalton Utilities | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Matthew R. Brooks | 600 Peachtree Street NE, Suite 3000 | | Atlanta | GA | 30308 | | | | matthew.brooks@troutman.com |
| DK Construction Company | Attn: Justin Edwards, President | 5165 Gilbertsville Highway | | | Calvert City | KY | 42029-0388 | | 270-395-7656 | 270-395-1975 | justin@dkconstructioninc.com |
| Douglas S. Wall | | Address Redacted | | | | | | | | | |
| Duke Energy | Attn: Tammy Daber, Power Contracts Administrator | 9700 David Taylor Dr. | Mail Code: DT01X | | Charlotte | NC | 28262 | | 866-541-8886 | | tammy.daber@duke-energy.com |
| FlowTX | Attn: Lucas Leavitt | PO Box 90504 | | | San Antonio | TX | 78209-9086 | | 210-455-0580 | | lleavitt@flowtx.com |

Core Scientific, Inc., et al.
Case No. 22-90341 (CML)

Page 1 of 3



**Debtors' Master Service List**
As of 1/22/2024

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Foundry Digital LLC | c/o Porter Hedges LLP | Attn: John F. Higgins, M. Shane Johnson, Megan N. Young-John | 1000 Main Street, 36th Floor | | Houston | TX | 77002 | | 713-226-6000 | 713-226-6248 | jhiggins@porterhedges.com; sjohnson@porterhedges.com; myoung-john@porterhedges.com |
| Foundry Digital LLC [DCG Foundry LLC] | Attn: Michael Colyer, Ryan Boyle | 1100 Pittsford Victor Road | | | Pittsford | NY | 14534 | | 585-432-0963 | | hello@foundrydigital.com; mcolyer@foundrydigital.com; rboyle@foundrydigital.com; notices@foundrydigital.com; lbarra@foundrydigital.com |
| Foundry Digital LLC [DCG Foundry LLC] | c/o Schulte Roth & Zabel LLP | Attn: Kristine G. Manoukian, Abbey Walsh, Peter J. Amend | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-593-5944 | kristine.manoukian@srz.com; abbey.walsh@srz.com; peter.amend@srz.com |
| Gaylor Electric, Inc. d/b/a Gaylor, Inc. | c/o Bradley Arant Boult Cummings LLP | Attn: James B Bailey | One Federal Place, 1819 5th Avenue N | | Birmingham | AL | 35203 | | 205-521-8000 | | jbailey@bradley.com |
| Gem Mining | c/o Maynard, Cooper & Gale, P.C. | Attn: Stephen C. Jackson | 1901 Sixth Avenue North, Suite 1700 | | Birmingham | AL | 35203 | | 205-254-1000 | | sjackson@maynardcooper.com |
| General Casualty Company of Wisconsin | c/o Shook, Hardy & Bacon L.L.P. | Attn: John Lewis, Jr. | 600 Travis St. Suite 3400 | | Houston | TX | 77002 | | 713-227-8008 | 713-227-9508 | jolewis@shb.com |
| Gensler | Attn: Todd Runkle | 1011 S. Congress Ave, Building 1, Ste 200 | | | Austin | TX | 78704 | | 512-867-8113 | | todd_runkle@gensler.com |
| Gryphon Digital Mining, Inc. | c/o Hogan Lovells US LLP | Attn: Dennis Tracey, Sara Posner, Allegra Bianchini | 390 Madison Ave | | New York | NY | 10017 | | 212-918-3882 | | dennis.tracey@hoganlovells.com; sara.posner@hoganlovells.com; allegra.bianchini@hoganlovells.com |
| Gryphon Digital Mining, Inc. | c/o Hogan Lovells US LLP | Attn: Richard L. Wynne | 1999 Avenue of the Stars, Ste 1400 | | Los Angeles | CA | 90067 | | 310-785-4600 | | richard.wynne@hoganlovells.com |
| Gryphon Digital Mining, Inc. | c/o Hogan Lovells US LLP | Attn: S. Lee Whitesell | 609 Main St, Ste 4200 | | Houston | TX | 77002 | | 713-632-1481; 713-632-1400 | 713-632-1401 | lee.whitesell@hoganlovells.com |
| Harper Construction Company, Inc | Attn: Stephen Marble | 2241 Kettner Blvd Ste 300 | | | San Diego | CA | 92101 | | 619-233-7900 | 619-233-1889 | lpz@harperconstruction.com; lzarazua@harperconstruction.com; scm@harperconstruction.com |
| Harper Construction Company, Inc. | c/o Mulinix Eddy & Ewert, PLLC | Attn: Russell L. Mulinix | 210 Park Avenue, Suite 3030 | | Oklahoma City | OK | 73102 | | 405-232-3800 | 405-232-8999 | rusty@lawokc.com |
| Harper Construction Company, Inc. | c/o Porter Hedges LLP | Attn: John F. Higgins, M. Shane Johnson | 1000 Main Street, 36th Floor | | Houston | TX | 77002 | | 713-226-6248; 713-226-6000 | 713-226-6255 | jhiggins@porterhedges.com; sjohnson@porterhedges.com; egarfias@porterhedges.com |
| Herc Rentals | Attn: Leslie Hunziker | 27500 Riverview Center Blvd Ste 100 | | | Bonita Springs | FL | 34134 | | 239-301-1675 | | leslie.hunziker@hercrentals.com |
| Huband-Mantor Construction, Inc. | c/o Cokinos Young | Attn: Jay K. Farwell & Stephanie O'Rourke | 10999 I-10 West Suite 800 | | San Antonio | TX | 78230 | | 210-293-8700 | 210-293-8733 | sorourke@cokinoslaw.com; jfarwell@cokinoslaw.com |
| Huband-Mantor Construction, Inc. | c/o Law Offices of Ray Battaglia, PLLC | Attn: Raymond W. Battaglia | 66 Granburg Circle | | San Antonio | TX | 78218 | | 210-601-9405 | | rbattaglialaw@outlook.com |
| Humphrey & Associates, Inc. | c/o Laperouse, PC | Attn: Jason R. Kennedy | 5220 Spring Valley Rd, Suite 615 | | Dallas | TX | 75254 | | 214-396-1105; 214-396-1099 | 214-396-1096 | bankruptcy@laperouselaw.com |
| Indigo Direct Lending, LLC | c/o Moritt Hock & Hamroff LLP | Attn: Theresa A. Driscoll | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | 516-873-2010 | tdriscoll@moritthock.com |
| Indigo Direct Lending, LLC | c/o Ross, Smith & Binford, PC | Attn: Frances A. Smith, Judith W. Ross | 700 N. Pearl Street, Suite 1610, North Tower | | Dallas | TX | 75201 | | 214-377-7879 | 214-377-9409 | frances.smith@rsbfirm.com; judith.ross@rsbfirm.com |
| Internal Revenue Service | | Department of the Treasury | | | Ogden | UT | 84201-0045 | | | | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | 1111 Pennsylvania Ave NW | | | Washington | DC | 20004-2541 | | | | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 267-941-1015 | |
| Internal Revenue Service | Houston Department | 1919 Smith Street | | | Houston | TX | 77002 | | | | |
| Janice J. Kelly | c/o Dee J. Kelly, Jr. | 201 Main St., Ste, 2500 | | | Fort Worth | TX | 76102 | | 817-332-2500 | | dee.kelly@kellyhart.com |
| Kentucky Department of Revenue | Attn: Thomas B. Miller | 501 High Street | | | Frankfort | KY | 40601 | | 502-564-5930 | 502-564-8946 | |
| LiveView Technologies Inc | Attn: Chris Parker | 1226 S 1480 W | | | Orem | UT | 84058 | | 801-221-9408 | | chris.parker@lvt.com |
| Luxor Technology Corp | | 1100 Bellevue Way NE | Suite 8A #514 | | Bellevue | WA | 98004 | | | | |
| LV.NET, LLC | c/o Hendershot Cowart P.C. | Attn: Simon W. Hendershot, III, Carolyn Carollo | 1800 Bering Drive, Suite 600 | | Houston | TX | 77057 | | 713-783-3110 | 713-783-2809 | trey@hchlawyers.com; ccarollo@hchlawyers.com |
| Maddox Industrial Transformer, LLC | c/o Haynsworth Sinkler Boyd, P.A. | Attn: Mary M. Caskey, Esq. | Post Office Box 11889 | | Columbia | SC | 29211 | | 803-779-3080 | 803-765-1243 | mcaskey@hsblawfirm.com |
| Marnoy Interests, Ltd. d/b/a Office Pavilion | c/o Ferguson Braswell Fraser Kubasta PC | Attn: Rachel L. Smiley | 2500 Dallas Parkway, Suite 600 | | Plano | TX | 75093 | | 972-378-9111 | 972-378-9115 | rsmiley@fbfk.law |
| Marshall County Sheriff | Attn: Trent Weaver, Sheriff | 52 Judicial Dr | | | Benton | KY | 42025 | | 270-527-3112 | | marshallso@marshallco.org |
| MassMutual Asset Finance LLC | Attn: David Coutu | 2 Hampshire Street | Suite 101 | | Foxboro | MA | 02035 | | | | |
| MassMutual Asset Finance LLC | c/o Verrill Dana LLP | Attn: Nathaniel R. Hull | One Portland Square | | Portland | ME | 04101 | | 207-253-4726 | | nhull@verrill-law.com |
| MassMutual Asset Finance LLC | c/o Verrill Dana LLP | Attn: Thomas O. Bean, Esq. & David Coutu | One Federal Street | 20th Floor | Boston | MA | 02110 | | 617-309-2606 | | tbean@verrill-law.com |
| McCarthy Building Companies Inc. | c/o Watt, Tieder, Hoffar & Fitzgerald, LLP | Attn: Jennifer L. Kneeland and Marguerite Lee DeVoll | 1765 Greensboro Station Place | Suite 1000 | McLean | VA | 22102 | | 703-749-1000 | 703-893-8029 | jkneeland@watttieder.com; mdevoll@watttieder.com; shope@watttieder.com |
| McDermott Will and Emery LLP | Attn: Alexandra Catherina Scheibe | 1 Vanderbilt Ave | | | New York | NY | 10017 | | 202-756-8135 | | ascheibe@mwe.com |
| Meridian Equipment Finance, LLC | c/o Saldutti Law Group | Attn: Rebecca K. McDowell | 1040 Kings Highway N, Suite 100 | | Cherry Hill | NJ | 08034 | | 856-779-0300 | | rmcdowell@slgcollect.com |
| MK Marlow Company, LLC | c/o Scott Viscuso, PLLC | Attn: Eric L Scott | 1105 North Bishop Avenue | | Dallas | TX | 75208 | | 214-289-2891 | | escott@sv-legal.com |
| Moss Adams LLP | Attn: Findley Oliver Gillespie | 999 Third Ave | Ste 2800 | | Seattle | WA | 98104 | | 206-302-6500; 206-302-6212 | | findley.gillespie@mossadams.com |
| MP2 Energy Texas, LLC d/b/a Shell Energy Solutions | Attn: Aren Hansen | 909 Fannin St | Ste 3500 | | Houston | TX | 77010-1034 | | 832-510-1042 | | legal@shellenergy.com |
| MP2 Energy Texas, LLC d/b/a Shell Energy Solutions | c/o Cokinos Young | Attn: Craig E. Power & Tres Gibbs | 1221 Lamar Street 16th Floor Four Houston Center | | Houston | TX | 77010 | | 713-535-5500 | 713-535-5533 | cpower@cokinoslaw.com; tgibbs@cokinoslaw.com |
| North Mill Equipment Finance LLC | c/o Padfield & Stout, L.L.P. | Attn: Christopher V. Arisco | 420 Throckmorton Street, Suite 1210 | | Fort Worth | TX | 76102 | | 817-338-1616 | 817-338-1610 | carisco@padfieldstout.com; mstout@padfieldstout.com |
| NYDIG ABL LLC | c/o Sidley Austin LLP | Attn: Dennis M. Twomey and Jackson T. Garvey | One South Dearborn Street | | Chicago | IL | 60603 | | 312-853-7000 | 312-853-7036 | dtwomey@sidley.com; jgarvey@sidley.com |
| NYDIG ABL LLC | c/o Sidley Austin LLP | Attn: Elizabeth R. Tabas Carson | 787 7th Ave | | New York | NY | 10019 | | | | etabas@sidley.com |
| NYDIG ABL LLC | c/o Sidley Austin LLP | Attn: Maegan Quejada | 1000 Louisiana Street, Suite 5900 | | Houston | TX | 77002 | | 713-495-4500 | 713-495-7799 | mquejada@sidley.com |
| Office of the U.S. Trustee | Attn: Jayson Ruff & Alicia Barcomb | 515 Rusk Street, Suite 3516 | | | Houston | TX | 77002 | | 713-718-4650 | 713-718-4670 | jayson.b.ruff@usdoj.gov; alicia.barcomb@usdoj.gov |
| Official Committee of Equity Security Holders | c/o Vinson & Elkins LLP | Attn: David S. Meyer, Lauren R. Kanzer and Zachary A. Paiva | 1114 Avenue of the Americas, 32nd Floor | | New York | NY | 10036 | | 212-237-0000 | 212-237-0100 | dmeyer@velaw.com; lkanzer@velaw.com |
| Official Committee of Equity Security Holders | c/o Vinson & Elkins LLP | Attn: Paul E. Heath, Harry A. Perrin, Kiran Vakamudi, and Matthew J. Pyeatt | 845 Texas Avenue, Suite 4700 | | Houston | TX | 77002 | | 713-758-2222 | 713-758-2346 | pheath@velaw.com; hperrin@velaw.com; kvakamudi@velaw.com; mpyeatt@velaw.com |
| Official Committee of Unsecured Creditors | c/o Willkie Farr & Gallagher LLP | Attn: Brett H Miller, Todd M Goren, James H Burbage, & Joseph R. Brandt | 787 Seventh Avenue | | New York | NY | 10019 | | 212-728-8000 | 212-728-8111 | bmiller@willkie.com; tgoren@willkie.com; jburbage@willkie.com; corewillkie@willkie.com; jbrandt@willkie.com |
| Official Committee of Unsecured Creditors | c/o Willkie Farr & Gallagher LLP | Attn: Jennifer J Hardy | 600 Travis Street | | Houston | TX | 77002 | | 713-510-1700 | 713-510-1799 | jhardy2@willkie.com; corewillkie@willkie.com |
| OP | Attn: Elise Chittick | 10030 Bent Oak Dr | | | Houston | TX | 77040 | | 713-595-0522 | | echittick@ophouston.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | 425 Market Street, Suite 2900 | | San Francisco | CA | 94105-3493 | | 415-227-0900 | | schristianson@buchalter.com |
| Priority Power Management LLC | Attn: Robert L. Douglas | 2201 E Lamar Blvd Suite 275 | | | Arlington | TX | 76006 | | 408-375-0865 | | rdouglas@prioritypower.com |
| Priority Power Management, LLC | c/o Baker Botts LLP | Attn: Danny David | One Shell Plaza, 910 Louisiana Street | | Houston | TX | 77002-4995 | | 713-229-1234 | | danny.david@bakerbotts.com |
| Priority Power Management, LLC | c/o Baker Botts LLP | Attn: Eric T. Haitz, Shelby V. Saxon | 2001 Ross Avenue, Suite 900 | | Dallas | TX | 75201-2980 | | 214-953-6500 | | eric.haitz@bakerbotts.com; shelby.saxon@bakerbotts.com |
| Priority Power Management, LLC | c/o Baker Botts LLP | Attn: Scott R. Bowling | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-2500 | | scott.bowling@bakerbotts.com |
| Quinn Emanuel Urquhart & Sullivan LLP | Attn: Asher Griffin | 300 West 6th St, Suite 2010 | | | Austin | TX | 78701 | | 737-667-6103 | | ashergriffin@quinnemanuel.com |
| Radar Relay, Inc. | | 210 Barton Springs Road, Suite 300 | | | Austin | TX | 78701 | | | | |
| RADAR, LLC | | 210 Barton Springs Road, Suite 300 | | | Austin | TX | 78701 | | | | |
| RBH Holdings, LLC | c/o Randall B. Hale | 3737 Buffalo Speedway, Ste. 1800 | | | Houston | TX | 77098 | | 713-304-8262 | | rhale@rockhillcap.com |
| Reed Wells Benson and Company | Attn: Kenneth Fulk | 12222 Merit Dr | Ste 400 | | Dallas | TX | 75251-2268 | | 972-788-4222 | | kfulk@rwb.net |
| Rudolph Family Trust | c/o Lawrence Rudolph Trustee | 613 Canyon Greens Dr. | | | Las Vegas | NV | 89144 | | 310-909-9745 | | laru@reign-deer.com |
| Securitas Security Services USA Inc | Attn: Patrick Melody | 4330 Park Terrace Drive | | | West Lake Village | CA | 91361 | | 763-287-6618 | | patrick.melody@securitasinc.com |
| Securities & Exchange Commission | Attn: Regional Director | 5000 T Rex Ave | Ste 300 | | Boca Raton | FL | 33431-4491 | | | | |

Core Scientific, Inc., et al.
Case No. 22-90341 (CML)

Page 2 of 3



**Debtors' Master Service List**
As of 1/22/2024

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Securities & Exchange Commission | Secretary of the Treasury | 100 F Street, NE | | | Washington | DC | 20002 | | | | |
| Shell Energy Solutions | Attn: Marty Lundstrom | 909 Fannin St | Ste 3500 | | Houston | TX | 77010-1034 | | 832-510-1042 | 832-510-1128 | marty.lundstrom@mp2energy.com |
| Sidley Austin LLP | Attn: Scott Parel | 2021 McKinney Avenue | Suite 2000 | | Dallas | TX | 75201 | | 214-981-3431 | | sparel@sidley.com |
| Sphere 3D Corp. | Attn: Patricia Trompeter, Karen Sadowski | 243 Tresser Blvd | 17th Fl | | Stamford | CT | 06901 | | 203-912-8121 | | patricia.trompeter@sphere3d.com; karen.sadowski@sphere3d.com |
| Sphere 3D Corp. | c/o Hunton Andrews Kurth LLP | Attn: Timothy A. ("Tad") Davidson II, Ashley L. Harper | 600 Travis Street, Suite 4200 | | Houston | TX | 77002 | | 713-220-4200 | 713-220-4285 | taddavidson@huntonak.com; ashleyharper@huntonak.com |
| Sphere 3D Corp. | c/o Pryor Cashman LLP | Attn: Seth H. Lieberman, Matthew W. Silverman | 7 Times Square | | New York | NY | 10036 | | 212-421-4100 | 212-326-0806 | slieberman@pryorcashman.com; msilverman@pryorcashman.com |
| SRPF A QR Riversouth LLC | c/o Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry | 500 N. Akard Street, Suite 3800 | | Dallas | TX | 75201-6659 | | 214-855-7565 / 214-855-7500 | 214-978-5335 / 214-855-7584 | dperry@munsch.com |
| Starboard Capital LLC | | 210 Barton Springs Road, Suite 300 | | | Austin | TX | 78701 | | 203-259-8287 | | |
| State Of Georgia | Office Of The Attorney General | 40 Capitol Sq Sw | | | Atlanta | GA | 30334 | | 404-656-3300 | 404-657-8733 | |
| State Of Kentucky | Office Of The Attorney General | Capitol Building | 700 Capitol Ave Ste 118 | | Frankfort | KY | 40601 | | 502-696-5300 | 502-564-2894 | kyoagor@ky.gov |
| State Of North Carolina | Office Of The Attorney General | 114 W Edenton St | | | Raleigh | NC | 27603 | | 919-716-6400 | 919-716-6050 | |
| State Of North Dakota | Office Of The Attorney General | State Capitol, 600 E Boulevard Ave | Dept. 125 | | Bismarck | ND | 58505 | | 701-328-2210 | 701-328-2226 | ndag@nd.gov |
| Stonebriar Commercial Finance LLC | Attn: Jeffrey L. Wilkison | 5601 Granite Parkway | Suite 1350 | | Plano | TX | 75024 | | 469-609-8518 | 469-609-8549 | jeff.wilkinson@stonebriarcf.com; jeff.wilkinson@stonebriarcf.com |
| Tanmar Rentals, LLC | c/o Wells & Cuellar, P.C. | Attn: Jeffrey D. Stewart | 440 Lousiana, Suite 718 | | Houston | TX | 77002 | | 713-222-1281 | 713-237-0570 | jstewart@wellscuellar.com |
| Tenaska Power Services Co | Attn: Drew Fossum | 14302 FNB Parkway | | | Omaha | NE | 68154 | | 817-462-1521 | | tpmcustomerservice@tnsk.com |
| Tenaska Power Services Co | c/o Ross, Smith, & Binford, PC | Attn: Jason Binford | 2003 N. Lamar Blvd. Suite 100 | | Austin | TX | 78705 | | 512-351-4778 | 214-437-6650 | jason.binford@rsbfirm.com |
| Tenaska Power Services Co. | | 300 E. John Carpenter Ste. 1000 | | | Irving | TX | 75062 | | | | |
| Tenaska Power Services Co. | c/o Ross, Smith & Binford, PC | Attn: Judith W. Ross | 700 N. Pearl Street Suite 1610 Plaza of the Americas | North Tower | Dallas | TX | 75201 | | 214-377-7879 | 214-377-9409 | judith.ross@rsbfirm.com; frances.smith@rsbfirm.com |
| Texas Comptroller of Public Accounts, Revenue Accounting Division | c/o Bankruptcy & Collections Division | Attn: Christopher S. Murphy | PO Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4867 | 512-936-1409 | christopher.murphy@oag.texas.gov |
| Texas Office of the Attorney General | | 300 W. 15th Street | | | Austin | TX | 78701 | | 512-463-2100 | 512-475-2994 | |
| Texas Office of the Attorney General | | PO Box 12548 | | | Austin | TX | 78711-2548 | | 512-463-2100 | 512-475-2994 | |
| Toyota Industries Commercial Finance Inc. | c/o Weltman, Weinberg & Reis Co. LPA | Attn: Scott D. Fink | 965 Keynote Circle | | Brooklyn Heights | OH | 44131 | | 877-338-9484 | | bronationalecf@weltman.com |
| Travis County | Attn: Jason A. Starks, Assistant Travis County Attorney | PO Box 1748 | | | Austin | TX | 78767 | | 512-854-9092 | 512-854-9316 | jason.starks@traviscountytx.gov |
| Trilogy LLC | Attn: Sam Bersiek | 6255 Saddle Tree Dr | | | Las Vegas | NV | 89118 | | 949-678-1515 | | sam@trilogycorp.com |
| Trinity Capital Inc | Attn: Kyle Brown | 1N 1st Street, Suite 302 | | | Phoenix | AZ | 85004 | | | | |
| Trinity Capital Inc. | c/o Latham & Watkins LLP | Attn: Kimberly A. Posin | 355 South Grand Avenue | Suite 100 | Los Angeles | CA | 90071-1560 | | 213-485-1234 | 213-891-8763 | kim.posin@lw.com |
| U.S. Bank National Association, as Prepetition Note Agent and Collateral Agent | c/o Shipman & Goodwin LLP | Attn: Kathleen M. LaManna, Esq. | One Constitution Plaza | | Hartford | CT | 06103 | | 860-251-5603 | 860-251-5218 | klamanna@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com |
| US Attorney's Office for the Southern District of Texas | Attn: Jennifer Lowery | 1000 Louisiana St Suite 2300 | | | Houston | TX | 77002 | | 713-567-9000 | 713-718-3300 | usatxs.atty@usdoj.gov |
| US Customs and Border Patrol | Attn: Raul Ortiz | 1300 Pennsylvania Avenue, Suite 4.4-B | | | Washington | DC | 20229 | | 202-344-2050 | 973-368-6913 | |
| Ward County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E Pecan Street | Ste 2200 | San Antonio | TX | 78205 | | 210-225-6763 | 210-225-6410 | sanantonio.bankruptcy@lgbs.com |
| Wingspire Equipment Finance LLC | c/o Reed Smith LLP | Attn: Richard J. Tannenbaum | 599 Lexington Avenue | | New York | NY | 10022 | | 212-549-0233 | | rtannenbaum@reedsmith.com |

Core Scientific, Inc., et al.
Case No. 22-90341 (CML)

Page 3 of 3