IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC. *et al.* | § | Case No. 22-90341-DRJ |
| | § | |
| Debtors[1] | § | (Jointly Administered) |

**HUMPHREY & ASSOCIATES, INC.'S NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 510**

Humphrey & Associates, Inc. ("Humphrey"), in accordance with the Order (I) Authorizing (A) Assumption of McCarthy Contracts, as Amended in Accordance with the Settlement Agreement and (B) Entry into the Settlement Agreement, and (II) Granting Related Relief [D.I. 1763], hereby withdraws with prejudice its proof of claim number 510.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

1

Date: January 22, 2024  Respectfully submitted,

*/s/ Jason R. Kennedy*
Jason R. Kennedy
State Bar No. 24027100
**LAPEROUSE KENNEDY, P.C.**
5220 Spring Valley Rd., Suite 615
Dallas, Texas 75254
Telephone: 214-396-1099
Jason.Kennedy@laperouselaw.com

ATTORNEYS FOR HUMPHREY & ASSOCIATES, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day January 2024, a true and correct copy of this document will be served via the ECF System on all parties registered to receive ECF service in this case.

*/s/ Jason R. Kennedy*
Jason R. Kennedy

2