## EXHIBIT B

**Redline**

Privileged & Confidential
Attorney Work Product

**Exhibit 1 - Litigation Claims**

In re Core Scientific, Inc., *et al.*
Case No. 22-90341 (CML), Jointly Administered

| COUNT | NAME | CLAIM NUMBER | TOTAL FILED CLAIM AMOUNT | POST-PETITION INTEREST[1] | MAXIMUM DISPUTED AMOUNT[1] |
|---|---|---|---|---|---|
| 1. | Harlin Dean | 364 | $8,000,000 | $508,584 | $8,508,584 |
| | Total | | $8,000,000 | $508,584 | $8,508,584 |

[1] *Includes Post-Petition Interest at the Federal Judgement Rate of 4.64% through 4/30/2024.*

Privileged & Confidential
Attorney Work Product

**Exhibit 2 - Rejection Damages Claims**

In re Core Scientific, Inc., *et al.*
Case No. 22-90341 (CML), Jointly Administered

| COUNT | NAME | CLAIM NUMBER | TOTAL FILED CLAIM AMOUNT | POST-PETITION INTEREST[1] | MAXIMUM DISPUTED AMOUNT[1] |
|---|---|---|---|---|---|
| 1. | GEM Mining 1, LLC | 647 | $5,897,312 | $298,992 | $6,196,304 |
| 2. | GEM Mining 4, LLC | 648 | $2,163,763 | $109,702 | $2,273,465 |
| 3. | Another Crypto | N/A | $0 | $0 | $0 |
| 4. | Avnet, Inc. | N/A | $0 | $0 | $0 |
| 5. | CrossCountry Consulting LLC | N/A | $0 | $0 | $0 |
| 6. | Egencia LLC[2] | N/A | $0 | $0 | $0 |
| 7. | EMO North Customers Brokers Ltd | N/A | $0 | $0 | $0 |
| 8. | Ernst & Young LLP | N/A | $0 | $0 | $0 |
| | **Total** | | **$8,061,074** | **$408,694** | **$8,469,769** |

[1] *Includes Post-Petition Interest at the Federal Judgement Rate of 4.64% through 1/23/2024.*

[2] *The Debtors submit that the 2018 Travel Services Agreement, by and between Core Scientific, Inc. and Egencia LLC., was terminated and replaced by the postpetition 2023 agreement and thus the 2018 agreement is not an Executory Contract subject to assumption or rejection pursuant to section 365 of the Bankruptcy Code.  However, to the extent the Court determines that the 2018 agreement is an Executory Contract, the Debtors intend to reject it and thus have included it in the Schedule of Rejected Contracts out of an abundance of caution.*

Privileged & Confidential
Attorney Work Product

### Exhibit 3 - 510(b) Claims

In re Core Scientific, Inc., *et al.*
Case No. 22-90341 (CML), Jointly Administered

| COUNT | NAME | CLAIM NUMBER | TOTAL FILED CLAIM AMOUNT | | MAXIMUM CLAIM AMOUNT (AS OF PETITION DATE) | | POST-PETITION INTEREST[1] | | MAXIMUM DISPUTED AMOUNT[1] | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Mitchell Edwards[2] | 334 | | $22,000,000 | | $4,444,422 | | $282,546 | | $4,726,968 |
| 2. | Charles Basil[2] | 336 | | $3,500,330 | | $707,067 | | $44,950 | | $752,017 |
| 3. | FLORIDA SBA TTEE | 384 | | $395,715 | | $395,715 | | $25,157 | | $420,871 |
| 4. | Christopher Elliott Scott | 320 | | $359,512 | | $359,512 | | $22,855 | | $382,368 |
| 5. | Bay Colony Law Center LLC | 241 | | $151,474 | | $151,474 | | $9,630 | | $161,104 |
| 6. | Ani Kamali | 229 | | $150,000 | | $150,000 | | $9,536 | | $159,536 |
| 7. | Francois Emmanuel Veilleux | 555 | | $75,000 | | $75,000 | | $4,768 | | $79,768 |
| 8. | Robert Joseph | 351 | | $39,390 | | $39,390 | | $2,504 | | $41,894 |
| 9. | Marvin W. Meyer | 249 | | $22,118 | | $22,118 | | $1,406 | | $23,524 |
| 10. | Jason Walters [Jason Walters IRA] | 311 | | $21,193 | | $21,193 | | $1,347 | | $22,540 |
| 11. | Ann A. Meyer | 248 | | $16,044 | | $16,044 | | $1,020 | | $17,064 |
| 12. | Ann A. Meyer | 247 | | $15,241 | | $15,241 | | $969 | | $16,210 |
| 13. | Marvin W. Meyer | 250 | | $12,848 | | $12,848 | | $817 | | $13,665 |
| 14. | Michael & Elizabeth Silbergleid TRS FBO Silverknight Group Inc 401k Roth Plan FBO Michael Silbergleid | 81 | | $7,963 | | $7,963 | | $506 | | $8,470 |
| 15. | Chad Dickman | 349 | | $4,045 | | $4,045 | | $257 | | $4,302 |
| 16. | Thrasivoulos Dimitriou | 52 | | $3,104 | | $3,104 | | $197 | | $3,301 |
| 17. | Alexandra Seifert | 431 | | $2,482 | | $2,482 | | $158 | | $2,640 |
| 18. | Carrington Lobban | 54 | | $1,093 | | $1,093 | | $69 | | $1,162 |
| 19. | Cori Faerman | 212 | | $81 | | $81 | | $5 | | $86 |
| 20. | Cori Faerman | 211 | | $38 | | $38 | | $2 | | $40 |
| 21. | Michael & Elizabeth Silbergleid TRS FBO Silverknight Group Inc 401k Plan FBO Michael Silbergleid | 82 | | $27 | | $27 | | $2 | | $29 |
| | Total | | $1,277,368 | $26,777,698 | $1,277,368 | $6,428,856 | $81,206 | $408,702 | $1,358,574 | $6,837,559 |

[1] Includes Post-Petition Interest at the Federal Judgement Rate of 4.64% through 4/30/2024.

[2] The Debtors intend to object this claim and believe such claim should be $0.00.  The amounts reserved for this claim represent the Debtors' estimate of the maximum amount of such claim if the Debtors' are unsuccessful in their objection.

Privileged & Confidential
Attorney Work Product

**Exhibit 4 - Other Disputed Claims**

In re Core Scientific, Inc., *et al.*
Case No. 22-90341 (CML), Jointly Administered

| COUNT | NAME[4] | CLAIM NUMBER | TOTAL FILED CLAIM AMOUNT | POST-PETITION INTEREST[1] | MAXIMUM DISPUTED AMOUNT[1] |
|---|---|---|---|---|---|
| 1. | Oklahoma Gas and Electric Company[5] | 34 | $8,026,733 | $510,284 | $8,537,017 |
| 2. | Kentucky Department of Revenue[3] | 176 | $4,021,412 | $62,154 | $1,039,840 |
| 3. | GEM Mining 2, LLC | 570 | $2,862,275 | $181,964 | $3,044,238 |
| 4. | GEM Mining 1, LLC | 617 | $560,254 | $35,617 | $595,871 |
| 5. | GEM Mining 4, LLC | 572 | $403,278 | $25,638 | $428,916 |
| 6. | GEM Mining 2 B, LLC | 571 | $269,236 | $17,116 | $286,352 |
| 7. | Foundry Digital LLC [DCG Foundry LLC][2] | 393 | $0 | $0 | $0 |
| 8. | Foundry Digital LLC [DCG Foundry LLC][2] | 394 | $0 | $0 | $0 |
| 9. | Arch Insurance Company[2] | 484 | $0 | $0 | $0 |
| | **Total** | | $8,116,454   $16,143,187 | $322,489   $832,773 | $5,395,217   $13,932,233 |

[1] *Includes Post-Petition Interest at the Federal Judgement Rate of 4.64% through 4/30/2024.*

[2] *Unliquidated Claim*

[3] *Priority Tax Claim.  To the extent such Claim is allowed, such Claim will be paid in cash and not New Common Interests. Asserted Priority portions of claimed amount have been removed.*

[4] *Certain current and former members of the Debtors' management and board of directors filed contingent and unliquidated indemnification claims against the Debtors at Proof of Claim Nos. 365, 368, 376, 369, 395, 406, 507, 509, 511, 512, and 515.  The Maximum Disputed Amount for such claims will be established at $0.*

[5] *The Company expects this claim to be settled for an amount less than the amount indicated under the column "Maximum Disputed Amount" and intends to file a motion seeking Court approval of such settlement.  If such claim settlement is approved by the Court, such claimholder will receive its distribution on account of its claim on or about the Effective Date, pursuant to the Plan and the terms of such settlement. To the extent such settlement is not  approved by the Court, the Debtors shall reserve for issuance, or be deemed to have issued, shares for such claim in an amount equal to the Maximum Disputed Amount.*