UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| | § | CASE NO. 22-90341 |
| CORE SCIENTIFIC, INC., *et al.* | § | |
| | § | (JOINTLY ADMINISTERED) |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

NOW INTO COURT, through undersigned counsel, comes Creditor, Summit Electrical Supply Company, Inc. ("Summit") who respectfully files this Notice of Withdrawal of Proof of Claim No. 1, originally filed on January 5, 2023, and amended on March 24, 2023. Summit has received payment and released its lien(s) associated with its claim in this matter.

Respectfully submitted,

**ELKINS, PLC**
201 St. Charles Avenue, Suite 4400
New Orleans, Louisiana 70170
Telephone: 504.529.3600
Facsimile: 504.529.7163
Email: shuete@elkinsplc.com

*/s/ Scott R. Huete*
Scott R. Huete (# 24107150)

*Counsel for Summit Electric Supply Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of January, 2024, a copy of the foregoing pleading has been electronically filed via the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Scott R. Huete*
Scott R. Huete