UNITED STATES BANKRUPTCY COURT
Southern District of Texas

In re

Core Scientific

Debtors

Chapter 11

Case no. 22-90341

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that M & S Patterson, Inc a creditor in the cases of the above-captioned debtors ("Debtors") directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtor's schedules or on the claims register), and herby requests that service of any pleadings, notices, correspondence and all distributions be sent to the new address set forth below, effective as of the date hereof.

Former Address(es)

M & S Patterson, Inc
2560 King Arthur Boulevard Suite 124-127

Lewisville, TX 75056

New Address

M & S Patterson, Inc
c/o Argo Partners
12 West 37th Street, 9th Floor
New York, NY 10018

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 01/23/2024

M & S Patterson, Inc
By: _Mark Patt___
Title: PRESIDENT CFO
Date: 1/23/24