United States Bankruptcy Court
Southern District of Texas

**ENTERED**

January 24, 2024

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.,* [1] | § | **Case No. 22-90341 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |

**ORDER ESTABLISHING MAXIMUM DISPUTED**
**CLAIM AMOUNTS FOR CALCULATION AND DISTRIBUTION PURPOSES**
**UNDER DEBTORS' PROPOSED JOINT CHAPTER 11 PLAN OF REORGANIZATION**

Upon the emergency motion (the "**Motion**")[2] filed by the above-referenced debtors

and debtors in possession (collectively, the "**Debtors**") for entry of an order (the "**Order**")

approving the Maximum Disputed Amount of CUD Claims for Calculation Purposes and

distribution pursuant to sections 105, 1123(a)(5) and 502(c) of the Bankruptcy Code, as set forth

in the Motion; and the Court having jurisdiction over the matters raised in the Motion pursuant to

28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C.

§ 157(b)(2)(B) and that the Court may enter a final order consistent with Article III of the United

States Constitution; and the Court having found that venue of this proceeding and the Motion in

this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the

relief requested in the Motion is in the best interests of the Debtors and their respective estates,

creditors, and other parties in interest; and the Court having found that proper and adequate notice

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, TX 78704.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Motion

of the Motion and hearing thereon has been given and that no other or further notice is necessary; and the Court having found that good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion,

**IT IS HEREBY ORDERED THAT:**

1.      The Maximum Disputed Amount for each CUD Claim is hereby established for each CUD Claimant as provided on the "Maximum Disputed Amount" column on <u>Exhibit 1</u>, <u>Exhibit 2</u>, <u>Exhibit 3</u>, and <u>Exhibit 4</u> hereto, at an aggregate maximum Allowed amount of $23,732,144 (the "**Maximum Disputed Amount**") for Calculation Purposes and distribution.

2.      The CUD Claims remain "Disputed" as defined in the Plan and shall remain so unless and until they are "Disallowed" or become "Allowed" as defined in the Plan.

3.      Nothing in this Order shall prejudice the Debtors' right to contest any CUD Claim.

4.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

5.      Notwithstanding the relief granted herein and any actions taken hereunder, nothing contained in the Motion or this Order shall constitute, nor is it intended to constitute an implication or admission as to the validity or priority of any claim or lien against the Debtors, a waiver of the Debtors', or any party in interest's, rights to subsequently dispute such claim or lien, a promise or requirement to pay any prepetition claim, an implication or admission that any particular claim is of a type specified or defined in the Motion or any proposed order, a waiver of the Debtors', or any other party in interest's, rights under the Bankruptcy Code or any other

applicable law, or the assumption or adoption of any agreement, contract, or lease under section 365 of the Bankruptcy Code.

6.     Notice of this Motion as provided therein shall be deemed good and sufficient notice and the applicable requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules are satisfied by such notice

7.     The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: January 24, 2024

Christopher Lopez
United States Bankruptcy Judge

8

Privileged & Confidential
Attorney Work Product

## Exhibit 1 - Litigation Claims

In re Core Scientific, Inc., *et al.*
Case No. 22-90341 (CML), Jointly Administered

| COUNT | NAME | CLAIM NUMBER | TOTAL FILED CLAIM AMOUNT | POST-PETITION INTEREST[1] | MAXIMUM DISPUTED AMOUNT[1] |
|---|---|---|---|---|---|
| 1. | Harlin Dean | 364 | $8,000,000 | $508,584 | $8,508,584 |
| | **Total** | | **$8,000,000** | **$508,584** | **$8,508,584** |

[1] *Includes Post-Petition Interest at the Federal Judgement Rate of 4.64% through 4/30/2024.*

Privileged & Confidential
Attorney Work Product

**Exhibit 2 - Rejection Damages Claims**

In re Core Scientific, Inc., *et al.*
Case No. 22-90341 (CML), Jointly Administered

| COUNT | NAME | CLAIM NUMBER | TOTAL FILED CLAIM AMOUNT | POST-PETITION INTEREST[1] | MAXIMUM DISPUTED AMOUNT[1] |
|---|---|---|---|---|---|
| 1. | GEM Mining 1, LLC | 647 | $5,897,312 | $298,992 | $6,196,304 |
| 2. | GEM Mining 4, LLC | 648 | $2,163,763 | $109,702 | $2,273,465 |
| 3. | Another Crypto | N/A | $0 | $0 | $0 |
| 4. | Avnet, Inc. | N/A | $0 | $0 | $0 |
| 5. | CrossCountry Consulting LLC | N/A | $0 | $0 | $0 |
| 6. | Egencia LLC[2] | N/A | $0 | $0 | $0 |
| 7. | EMO North Customers Brokers Ltd | N/A | $0 | $0 | $0 |
| 8. | Ernst & Young LLP | N/A | $0 | $0 | $0 |
| | **Total** | | **$8,061,074** | **$408,694** | **$8,469,769** |

*[1] Includes Post-Petition Interest at the Federal Judgement Rate of 4.64% through 1/23/2024.*

*[2] The Debtors submit that the 2018 Travel Services Agreement, by and between Core Scientific, Inc. and Egencia LLC., was terminated and replaced by the postpetition 2023 agreement and thus the 2018 agreement is not an Executory Contract subject to assumption or rejection pursuant to section 365 of the Bankruptcy Code.  However, to the extent the Court determines that the 2018 agreement is an Executory Contract, the Debtors intend to reject it and thus have included it in the Schedule of Rejected Contracts out of an abundance of caution.*

Privileged & Confidential
Attorney Work Product

**Exhibit 3 - 510(b) Claims**

In re Core Scientific, Inc., *et al.*
Case No. 22-90341 (CML), Jointly Administered

| COUNT | NAME | CLAIM NUMBER | TOTAL FILED CLAIM AMOUNT | MAXIMUM CLAIM AMOUNT (AS OF PETITION DATE) | POST-PETITION INTEREST[1] | MAXIMUM DISPUTED AMOUNT[1] |
|---|---|---|---|---|---|---|
| 1. | FLORIDA SBA TTEE | 384 | $395,715 | $395,715 | $25,157 | $420,871 |
| 2. | Christopher Elliott Scott | 320 | $359,512 | $359,512 | $22,855 | $382,368 |
| 3. | Bay Colony Law Center LLC | 241 | $151,474 | $151,474 | $9,630 | $161,104 |
| 4. | Ani Kamali | 229 | $150,000 | $150,000 | $9,536 | $159,536 |
| 5. | Francois Emmanuel Veilleux | 555 | $75,000 | $75,000 | $4,768 | $79,768 |
| 6. | Robert Joseph | 351 | $39,390 | $39,390 | $2,504 | $41,894 |
| 7. | Marvin W. Meyer | 249 | $22,118 | $22,118 | $1,406 | $23,524 |
| 8. | Jason Walters [Jason Walters IRA] | 311 | $21,193 | $21,193 | $1,347 | $22,540 |
| 9. | Ann A. Meyer | 248 | $16,044 | $16,044 | $1,020 | $17,064 |
| 10. | Ann A. Meyer | 247 | $15,241 | $15,241 | $969 | $16,210 |
| 11. | Marvin W. Meyer | 250 | $12,848 | $12,848 | $817 | $13,665 |
| 12. | Michael & Elizabeth Silbergleid TRS FBO Silverknight Group Inc 401k Roth Plan FBO Michael Silbergleid | 81 | $7,963 | $7,963 | $506 | $8,470 |
| 13. | Chad Dickman | 349 | $4,045 | $4,045 | $257 | $4,302 |
| 14. | Thrasivoulos Dimitriou | 52 | $3,104 | $3,104 | $197 | $3,301 |
| 15. | Alexandra Seifert | 431 | $2,482 | $2,482 | $158 | $2,640 |
| 16. | Carrington Lobban | 54 | $1,093 | $1,093 | $69 | $1,162 |
| 17. | Cori Faerman | 212 | $81 | $81 | $5 | $86 |
| 18. | Cori Faerman | 211 | $38 | $38 | $2 | $40 |
| 19. | Michael & Elizabeth Silbergleid TRS FBO Silverknight Group Inc 401k Plan FBO Michael Silbergleid | 82 | $27 | $27 | $2 | $29 |
| | **Total** | | **$1,277,368** | **$1,277,368** | **$81,206** | **$1,358,574** |

[1] *Includes Post-Petition Interest at the Federal Judgement Rate of 4.64% through 4/30/2024.*

Privileged & Confidential
Attorney Work Product

### Exhibit 4 - Other Disputed Claims

In re Core Scientific, Inc., *et al.*
Case No. 22-90341 (CML), Jointly Administered

| COUNT | NAME[4] | CLAIM NUMBER | TOTAL FILED CLAIM AMOUNT | POST-PETITION INTEREST[1] | MAXIMUM DISPUTED AMOUNT[1] |
|---|---|---|---|---|---|
| 1. | Kentucky Department of Revenue[3] | 176 | $4,021,412 | $62,154 | $1,039,840 |
| 2. | GEM Mining 2, LLC | 570 | $2,862,275 | $181,964 | $3,044,238 |
| 3. | GEM Mining 1, LLC | 617 | $560,254 | $35,617 | $595,871 |
| 4. | GEM Mining 4, LLC | 572 | $403,278 | $25,638 | $428,916 |
| 5. | GEM Mining 2 B, LLC | 571 | $269,236 | $17,116 | $286,352 |
| 6. | Foundry Digital LLC [DCG Foundry LLC][2] | 393 | $0 | $0 | $0 |
| 7. | Foundry Digital LLC [DCG Foundry LLC][2] | 394 | $0 | $0 | $0 |
| 8. | Arch Insurance Company[2] | 484 | $0 | $0 | $0 |
| | **Total** | | **$8,116,454** | **$322,489** | **$5,395,217** |

[1] Includes Post-Petition Interest at the Federal Judgement Rate of 4.64% through 4/30/2024.

[2] Unliquidated Claim

[3] Priority Tax Claim.  To the extent such Claim is allowed, such Claim will be paid in cash and not New Common Interests.
Asserted Priority portions of claimed amount have been removed.

[4] Certain current and former members of the Debtors' management and board of directors filed contingent and
unliquidated indemnification claims against the Debtors at Proof of Claim Nos. 365, 368, 376, 369, 395, 406, 507, 509,
511, 512, and 515.  The Maximum Disputed Amount for such claims will be established at $0.

United States Bankruptcy Court
Southern District of Texas

In re:                                                    Case No. 22-90341-cml

Core Scientific, Inc.                                     Chapter 11

Official Committee of Unsecured Creditor
   Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4                    User: ADIuser                    Page 1 of 4

Date Rcvd: Jan 24, 2024                 Form ID: pdf002                  Total Noticed: 60

The following symbols are used throughout this certificate:

| Symbol | Definition |
|--------|------------|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2024:**

| Recip ID | | Recipient Name and Address |
|----------|---|------------|
| db | + | American Property Acquisition, LLC, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | American Property Acquisitions I, LLC, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | American Property Acquisitions VII, LLC, 210 Barton Springs Road, Suite 300, Austiin, TX 78704-1251 |
| db | + | Core Scientific Acquired Mining LLC, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | Core Scientific Mining LLC, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | Core Scientific Operating Company, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | Core Scientific Specialty Mining (Oklahoma) LLC, 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | Core Scientific, Inc., 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | RADAR LLC, 210 Barton Springs Road, Suite 300, Austiin, TX 78704-1251 |
| db | + | Radar Relay, Inc., 210 Barton Springs Road, Suite 300, Austin, TX 78704-1251 |
| db | + | Starboard Capital LLC, 210 Barton Springs Road, Suite 300, Austiin, TX 78704-1251 |
| aty | + | Allegra Bianchini, Hogan Lovells US LLP, 390 Madison Ave., New York, NY 10017-2507 |
| aty | + | Dennis Tracey, Hogan Lovells US LLP, 390 Madison Ave., New York, NY 10017-2507 |
| aty | + | Richard L. Wynne, Hogan Lovells US LLP, 1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067-6047 |
| aty | + | Robert D. Drain, Skadden, Arps, Slate, Meagher & Flom LLP, One Manhattan West, New York, NY 10001-0193 |
| aty | + | Sara Posner, Hogan Lovells US LLP, 390 Madison Ave., New York, NY 10017-2507 |
| cr | + | Alleghcny Casualty Company, c/o Chiesa Shahinian & Giantomasi PC, 105 Eisenhower Parkway, Attn: Scott Zuber, Esq., Roseland, NJ 07068 UNITED STATES 07068-1640 |
| cr | + | Argo Partners, 12 West 37th Street, Ste. 900, New York, NY 10018-7381 |
| trnsfee | + | B. Riley Securities, Inc., 11100 Santa Monica Blvd., Suite 800, Los Angeles, CA 90025-3979 |
| cr | + | Baker Drywall Fort Worth, Ltd., 3705 East 1st Street, Forth Worth, TX 76111-5804 |
| intp | + | Board of Directors of Core Scientific, Inc., c/o Peter C. Lewis, Scheef & Stone, L.L.P., 500 North Akard Street, Suite 2700, Dallas, TX 75201-3306 |
| cr | + | CRG Financial LLC, 84 Herbert Avenue, Building B, Suite 202, Closter, NJ 07624 UNITED STATES 07624-1313 |
| intp | + | Condair Inc., c/o John S. Collins, Vorys, Sater, Seymour and Pease LLP, 909 Fannin, Suite 2700, Houston, TX 77010-1009 |
| cr | + | Dalton Utilities, Howley Law PLLC, 711 Louisiana Street, Ste. 1850, Houston, TX 77002-2790 |
| cr | + | Dennis Powers, 362 S. Clarkson St., Denver, CO 80209-2126 |
| cr | + | Harco National Insurance Company, c/o Chiesa Shahinian & Giantomasi PC, 105 Eisenhower Parkway, Attn: Scott Zuber, Esq., Roseland, NJ 07068 UNITED STATES 07068-1640 |
| cr | + | Harlin Dean, Attn: Hudson M. Jobe, 2001 Bryan Street, Suite 1800, Dallas, TX 75201 UNITED STATES 75201-3070 |
| cr | + | Indigo Direct Lending, LLC, c/o Ross, Smith & Binford, PC, Attn: Frances A. Smith, 700 N. Pearl Street, Suite 1610 Dallas, TX 75201-7459 |
| cr | + | International Fidelity Insurance Company, c/o Chiesa Shahinian & Giantomasi PC, 105 Eisenhower Parkway, Attn: Scott Zuber, Esq., Roseland, NJ 07068 UNITED STATES 07068-1640 |
| cr | + | J.W. Didado Electric, LLC, c/o Leonard I. Pataki, Quanta Services, 4500 S. Garnett Road, Suite 100, Tulsa, OK 74146-5221 |
| cr | + | LV.NET, LLC, 1221 S. Casino Center Blvd., Las Vegas, NV 89104, UNITED STATES 89104-1015 |
| cr | + | Maddox Industrial Transformer, LLC, c/o Mary M. Caskey, Esq., Haynsworth Sinkler Boyd, PA, PO Box 11889, Columbia, SC 29211-1889 |
| intp | + | McCarthy Building Companies, Inc., c/o Watt, Tieder, Hoffar & Fitzgerald, L, 1765 Greensboro Station Place, Suite 1000, McLean, VA 22102-3468 |
| intp | + | Michael G. Patton, 15 Jessica Rae Lane, Fredericksburg, VA 22405-5774 |
| cr | + | North Mill Equipment Finance LLC, c/o Padfield & Stout, LLP, Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| cr | + | North Texas Contracting, Inc., PO Box 468, Keller, TX 76244-0468 |
| cr | + | Pescadero Capital, LLC, Building LAW/JB, 700 Universe Blvd, Juno Beach, FL 33408, UNITED STATES 33408-2657 |
| cr | + | Quinn Emanuel Urquhart & Sullivan, LLP, c/o Asher Griffin, 300 W 6th Street, Suite 2010, Austin, TX 78701 UNITED STATES 78701-3901 |

| District/off: 0541-4 | User: ADIuser | Page 2 of 4 |
| Date Rcvd: Jan 24, 2024 | Form ID: pdf002 | Total Noticed: 60 |

| | | |
|---|---|---|
| cr | + | Tanmar Rentals, LLC, c/o Wells & Cuellar, P.C., 440 Louisiana Suite 718, Houston, TX 77002, UNITED STATES 77002-1058 |
| cr | + | Ted Farmer VFS LLC, c/o Ted C. Farmer, Esq., Suite 395 East, 41000 Woodward Avenue, Bloomfield Hills, MI 48304-5130 |
| cr | + | Tenaska Power Services Co., c/o Ross & Smith, P.C., Attn: Jason Binford, 2003 N. Lamar Blvd., Suite 100 Austin, TX 78705-4932 |
| cr | + | Truckload Connections, 3270 Hampton Ave., St. Louis, MO 63139-2367 |
| intp | + | U.S. Bank National Association, as Prepetition Not, c/o Shipman & Goodwin LLP, One Constitution Plaza, Hartford, CT 06103-1803 |
| cr | + | c/o James Bailey Esq Gaylor Electric, Inc., d/b/a, Bradley Arant Boult Cummings LLP, One Federal Place, 1819 5th Ave. N, Birmingham, AL 35203-2119 |

TOTAL: 44

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ahochheiser@mauricewutscher.com | | |
| | | | Jan 24 2024 22:24:00 | AmTrust North America, Inc. on behalf of Associate, c/o Maurice Wutscher LLP, 23611 Chagrin Blvd. Suite 207, Beachwood, OH 44122-5540 |
| cr | + | Email/Text: beanland@mssattorneys.com | | |
| | | | Jan 24 2024 22:24:00 | BEAM Concrete Construction, Inc., c/o Misti L. Beanland, 8131 LBJ Freeway, Suite 700, Dallas, TX 75251-1352 |
| cr | + | Email/Text: notices@crgfinancial.com | | |
| | | | Jan 24 2024 22:24:00 | CRG Financial LLC, 84 Herbert Avenue, Building B, Suite 202, Closter, NJ 07624, UNITED STATES 07624-1313 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | | |
| | | | Jan 24 2024 22:24:00 | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o John K. Turner, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| cr | | Email/Text: fred.glass@fairharborcapital.com | | |
| | | | Jan 24 2024 22:24:00 | Fair Harbor Capital, LLC, PO Box 237037, New York, NY 10023, US |
| cr | ^ | MEBN | | |
| | | | Jan 24 2024 22:25:09 | GEM Mining 1, LLC, c/o Evan N. Parrott, 11 North Water Street, Suite 24290, Mobile, AL 36602-5024 |
| cr | ^ | MEBN | | |
| | | | Jan 24 2024 22:25:08 | GEM Mining 2, LLC, c/o Evan N. Parrott, 11 North Water Street, Suite 24290, Mobile, AL 36602-5024 |
| cr | ^ | MEBN | | |
| | | | Jan 24 2024 22:25:07 | GEM Mining 2B, LLC, c/o Evan N. Parrott, 11 North Water Street, Suite 24290, Mobile, AL 36602-5024 |
| cr | ^ | MEBN | | |
| | | | Jan 24 2024 22:25:06 | GEM Mining 3, LLC, c/o Evan N. Parrott, 11 North Water Street, Suite 24290, Mobile, AL 36602-5024 |
| cr | ^ | MEBN | | |
| | | | Jan 24 2024 22:25:05 | GEM Mining 4, LLC, c/o Evan N. Parrott, 11 North Water Street, Suite 24290, Mobile, AL 36602-5024 |
| cr | | Email/Text: sanantonio.bankruptcy@publicans.com | | |
| | | | Jan 24 2024 22:23:00 | Ward County, 112 E Pecan Street, Suite 2200, San Antonio, TX 78205 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | | |
| | | | Jan 24 2024 22:24:00 | Meridian Equipment Finance, LLC, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| cr | | Email/Text: shirley.palumbo@nexteraenergy.com | | |
| | | | Jan 24 2024 22:24:00 | NextEra Energy Resources, LAW/JB, 700 Universe Blvd., Juno Beach, FL 33408, UNITED STATES |
| cr | + | Email/Text: schristianson@buchalter.com | | |
| | | | Jan 24 2024 22:23:00 | Oracle America, Inc., Buchalter PC, c/o Shawn M. Christianson, 425 Market St., Suite 2900, San Francisco, Ca 94105-2491 |
| cr | + | Email/Text: neil.orleans@judithwross.com | | |
| | | | Jan 24 2024 22:24:00 | Tenaska Power Services Co., c/o Ross & Smith, P.C., Attn: Judith W. Ross, 700 N. Pearl Street, Suite 1610, Dallas, TX 75201-7459 |
| cr | ^ | MEBN | | |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 3 of 4 |
| Date Rcvd: Jan 24, 2024 | Form ID: pdf002 | Total Noticed: 60 |

| | | | |
|---|---|---|---|
| | | Jan 24 2024 22:24:01 | Texas Comptroller of Public Accounts, Revenue Acco, Christopher S. Murphy, P.O. Box 12548, Austin, TX 78711-2548 |
| cr | + Email/Text: BKECF@traviscountytx.gov | | |
| | | Jan 24 2024 22:24:00 | Travis County, c/o Jason A. Starks, P.O. Box 1748, Austin, TX 78767-1748 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | 36th Street Capital Partners, LLC |
| cr | | ABLe Communications, Inc. |
| cr | | Ad Hoc Group of Secured Convertible Noteholders |
| cr | | Anchorage Lending CA, LLC |
| intp | | B. Riley Commercial Capital, LLC |
| cr | | Barings BDC, Inc. |
| cr | | Barings Capital Investment Corporation |
| cr | | Barings Private Credit Corp. |
| cr | | BlockFi Lending LLC |
| cr | | BlockFi, Inc. and its affiliated entities |
| cr | | Bremer Bank |
| cr | | Brown Corporation Brown Corporation, 311 Pointe North Place #4, Dalton, UNITED STATES |
| cr | | Bryce Johnson |
| cr | | CEC Energy Services LLC |
| cr | | Celsius Mining, LLC |
| intp | | Centro de Investigaciones Energeticas, Medioambien |
| cr | | Charles Basil |
| cr | | City of Denton |
| cr | | Coonrod Electric Co. LLC |
| intp | | Foundry Digital LLC |
| cr | | General Casualty Company of Wisconsin |
| cr | | Gryphon Digital Mining, Inc. |
| intp | | Harper Construction Company, Inc. |
| cr | | Huband-Mantor Construction, Inc. |
| cr | | Humphrey & Associates, Inc. |
| cr | | MK Marlow Company, LLC |
| cr | | MP2 Energy Texas LLC d/b/a Shell Energy Solutions |
| cr | | Marnoy Interests, Ltd. d/b/a Office Pavilion |
| cr | | MassMutual Asset Finance, LLC |
| cr | | Mitch Edwards |
| cr | | Morgan Hoffman |
| cr | | NYDIG ABL LLC |
| intp | | Official Committee of Equity Security Holders |
| crcm | | Official Committee of Unsecured Creditors |
| cr | | Prime Alliance Bank, Inc. |
| cr | | Priority Power Management, LLC |
| intp | | SRPF A QR Riversouth LLC |
| intp | | Skadden, Arps, Slate, Meagher & Flom LLP |
| cr | | Sphere 3D Corp. |
| cr | | Summit Electric Supply Company, Inc. |
| cr | | TOYOTA INDUSTRIES COMMERCIAL FINANCE INC. |
| cr | | Texas Capitalization Resource Group, Inc., 5201 Camp Bowie Blvd. Suite 200, Fort Worth |
| intp | | The Ad Hoc Equity Group |
| intp | | Trilogy LLC |
| intp | | Trinity Capital Inc. |
| cr | | Wingspire Equipment Finance, LLC |

TOTAL: 46 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

District/off: 0541-4                         User: ADIuser                              Page 4 of 4
Date Rcvd: Jan 24, 2024                      Form ID: pdf002                            Total Noticed: 60

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2024                 Signature:        /s/Gustava Winters