IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **CORE SCIENTIFIC, INC.**, *et al.*, | § | Case No. 22-90341 (CML) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF SPHERE 3D CORP.'S EMERGENCY MOTION
TO EXCLUDE DAMAGES/OFFSET THEORIES**
[Relates to Docket No. 1543]

On December 12, 2023, Sphere 3D Corp. filed *Sphere 3D Corp.'s Emergency Motion to Exclude Damages/Offset Theories* [Docket No. 1543] ("Motion to Exclude").[2]  On January 16, 2024, the Court entered the *Order Granting Debtors' Emergency Motion for Order (I) Authorizing and Approving Settlement Among Debtors, Sphere 3D Corp., and Gryphon Digital Mining Inc. and (II) Granting Related Relief* [Docket No. 1747] (the "Core-Sphere-Gryphon Settlement").  On January 23, 2024, the Effective Date occurred.  *See Notice of Effective Date of Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors* [Docket No. 1782].

As a result of the Core-Sphere-Gryphon Settlement and the occurrence of the Effective Date, Sphere 3D Corp. hereby withdraws its Motion to Exclude as moot.

[*Remainder of Page Left Intentionally Blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are as follows: Core Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198) (each a "Debtor" and collectively, the "Debtors" or "Core"). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] The Court's *Order Denying Emergency Consideration of Sphere 3D Corp.'s Emergency Motion to Exclude Damages/Offset Theories* [Docket No. 1546], denied emergency consideration of the Motion to Exclude, but, otherwise, left the Motion to Exclude pending.

Dated: February 1, 2024                                          Respectfully submitted,

*/s/ Ashley L. Harper*
  Timothy A. ("Tad") Davidson II                               Tibor L. Nagy, Jr.
  TX Bar No. 24012503                                          TX Bar No. 24041562
  Ashley L. Harper                                             Gregory N. Wolfe (admitted *pro hac vice*)
  TX Bar No. 24065272                                          **DONTZIN NAGY & FLEISSIG LLP**
  **HUNTON ANDREWS KURTH LLP**                                 980 Madison Avenue
  600 Travis Street, Suite 4200                                New York, New York 10075
  Houston, Texas 77002                                         Telephone: (212) 717-2900
  Telephone:  (713) 220-4200                                   Email:     tibor@dnfllp.com
  Facsimile:  (713) 220-4285                                              greg@dnfllp.com
  E-mail:     taddavidson@HuntonAK.com                                    shu@dnfllp.com
              ashleyharper@HuntonAK.com

  - and -

  Seth H. Lieberman (admitted *pro hac vice*)
  Matthew W. Silverman (admitted *pro hac vice*)
  **PRYOR CASHMAN LLP**
  7 Times Square
  New York, New York 10036
  Telephone:  (212) 421-4100
  Facsimile:  (212) 326-0806
  E-mail:     slieberman@pryorcashman.com
              msilverman@pryorcashman.com

  - and -

*Co-Counsel for Sphere 3D Corp.*