IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (CML) |
|  | § § | (Jointly Administered) |
| Debtors.[1] | § § |  |

### CERTIFICATE OF SERVICE

I Michael Deboissiere, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On January 3, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit B**:

- **[Customized] Reorganized Core Scientific, Inc. New Security Registration Form** (attached hereto as **Exhibit A**)

Furthermore, on January 11, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit C**:

- **[Customized] Reorganized Core Scientific, Inc. New Security Registration Form** (attached hereto as **Exhibit A**)

Dated: February 1, 2024

*/s/ Michael Deboissiere*
Michael Deboissiere
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 949-404-4152
Email: TeamCoreScientific@stretto.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Special Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

# **Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (DRJ) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § | |

**REORGANIZED CORE SCIENTIFIC, INC. NEW SECURITY REGISTRATION FORM**

**To:** Holders of April Convertible Notes and August Convertible Notes (collectively, the "**Convertible Note Holders**").

Pursuant to the *Fourth Amended Joint Chapter 11 Plan of Core Scientific Inc., and its Affiliated Debtors* (as amended, modified or supplemented from time to time, the "Plan"), each Convertible Note Holder is entitled to receive one or more of the following instruments (the "New Instruments").

- New Common Interests
- New Secured Notes
- New Secured Convertible Notes
- Contingent Value Obligations

Capitalized terms used and not otherwise defined shall have the meanings ascribed to such terms in the Plan.

**Convertible Note Holder Information:**

Name: _____

Name2: _____

Address1: _____

Address2: _____

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, TX 78704.

City, State, ZIP Code: _____

Email: _____

Country: _____

The information pertaining to the Convertible Note Holder provided above will be utilized for the issuance of New Instruments on or around the Effective Date. Should you desire a different registration for your New Instruments than the details indicated above, it is imperative to complete and return this distribution registration form ("Distribution Registration Form") by **January 12, 2024**, according to the instructions provided below.

**Submission of the Distribution Registration Form is NOT required if you opt to use the registration information indicated above for the registration of your New Instruments**.

Please follow the below instructions to register your distribution of New Instruments on account of your April Convertible Notes and/or August Convertible Notes:

**Step 1:** If you wish to have your New Instruments transferred via DWAC through the Depository Trust Company ("DTC"), on or after the Effective Date, to your brokerage account, provide the information requested in Section 1 below (the "DTC Participant Information") for an eligible DTC participant broker / bank. If you do not provide the DTC Participant Information, your New Instruments will be issued in certificated form and/or on the books and records of the applicable agent or trustee for the New Instruments.

**Step 2:** Provide the information requested in Section 2 below ("Registration Information"), and complete and enclose the appropriate tax form as requested at the end of Section 2. Convertible Note Holder may assign their distributions to be provided for under the Plan to one or more designated affiliates (each, a "Designated Affiliate"), irrespective of any consent or assignment procedures in the underlying documentation. Please submit a separate Registration Information form for each account.

**Step 3:** Review the certifications contained in Section 3 below ("Certification"), provide the information requested in Section 3, and execute this Distribution Registration Form on the "Signature" line in Section 3. Please submit a Certification for each account.

**Step 4:** Return this completed Distribution Registration Form, including the applicable tax form as provided in Section 2 below, to Stretto at publicsecurities@stretto.com.

*IF YOU WISH TO HAVE YOUR NEW INSTRUMENTS TRANSFERRED VIA DWAC THROUGH DTC TO YOUR BROKERAGE ACCOUNT OR REGISTERED DIFFERENT THAN THE NAME AND ADDRESS INFORMATION PROVIDED ABOVE, PLEASE RETURN THE COMPLETED DISTRIBUTION REGISTRATION FORM IN ACCORDANCE WITH THIS REGISTRATION PROCESS, INCLUDING THE APPLICABLE TAX FORM, BY 4:00 PM ET ON JANUARY 12, 2024.*

*IF YOU FAIL TO TIMELY RETURN A PROPERLY COMPLETED DISTRIBUTION REGISTRATION FORM IN ACCORDANCE WITH THIS REGISTRATION PROCESS, INCLUDING THE APPLICABLE TAX FORM, YOUR DISTRIBUTION OF NEW INSTRUMENTS WILL BE REGISTERED AS INDICATED ABOVE IN CERTIFICATED*

*FORM AND/OR ON THE BOOKS AND RECORDS OF THE APPLICABLE AGENT OR TRUSTEE FOR THE NEW INSTRUMENTS.*

**PLEASE RETURN THE PROPERLY COMPLETED AND EXCUTED REGISTRATION FORM TO PUBLICSECURITIES@STRETTO.COM BY 4:00 PM ET ON JANUARY 12, 2024**

If you have any questions regarding the distribution registration procedures or need additional copies of the Distribution Registration Form or other related materials, please contact Stretto by (a) emailing **PublicSecurities@Stretto.com** or (b) calling Stretto at the following phone number: 212.365.5589.

Section 1. DTC Participant Information

You must provide your broker (DTC Participant) account information below if you want your New Instruments delivered to your brokerage account via DWAC through DTC (*it is strongly recommended that the below information be typed to ensure that it is legible*):

Control No.: _____

Holder's Name: _____

DTC Participant Name: _____

DTC Participant Number: _____

Beneficial Holder Broker Account Number:
_____

DTC Participant Contact Name: _____

DTC Participant Contact Telephone: _____

DTC Participant Contact Email: _____

**Please contact your broker to obtain the required DTC Participant Information**

**Section 2.     Registration Information**

In the event your New Instruments are required to be issued in certificated form and/or in book-entry form and registered directly on the books and records of the applicable agent or trustee of the New Instruments, in the lines below, please provide the name and address in which your New Instruments should be registered (the "<u>Registered Holder</u>") and bank account information for the receipt of interest payments pursuant to the applicable New Instrument. You may list a Designated Affiliate. In addition, please provide the Registered Holder's telephone number, and e-mail address, and (if applicable) U.S. Tax Identification Number. We strongly recommend that you **<u>type</u>** the information that you provide below to ensure legibility.

Registered Holder Name (Maximum 35 Characters): _____

Registered Holder Name (Maximum 35 Characters) (continued from above, if necessary): _____

_____

Address 1: _____

Address 2: _____

City, State, and Zip Code: _____

Foreign Country Name: _____

Telephone Number: _____

E-Mail Address: _____

U.S. Tax Identification Number: _____

Check here if non-US (no TIN) ❑

Bank Name: _____

Bank Account No: _____

ABA/Routing No: _____

Bank Address: _____

**Tax Form**: Please also enclose an appropriate U.S. tax form (available at http://www.irs.gov) (Form W-9 for U.S. payees, or an originally executed Form W-8 (one of Form W-8BEN, Form W-BEN-E, Form W-8ECI, Form W-8EXP, or Form W-8IMY, as applicable), for foreign payees).

**Section 3.     Certification**

I certify that the information provided in Section 1 and 2 above is accurate and should be used for purposes of the distribution of New Instruments that the undersigned is entitled to receive on account of the undersigned's applicable Convertible Notes Secured Claims pursuant to the Plan. To the extent the undersigned is providing this Distribution Registration Form on behalf of the actual holder of the applicable Convertible Notes Secured Claims, the undersigned certifies that it has the requisite authority to do so and will submit evidence of the same upon request

Convertible Note Fund or Account: _____

Signature: _____

Name of Signatory: _____

Address 1: _____

Address 2: _____

City, State, and Zip Code: _____

Telephone Number: _____

E-mail Address: _____

Date Completed: _____

<u>TAX FORM MUST ALSO BE PROVIDED (W-9 OR APPLICABLE W-8)</u>.

If you have any questions regarding the information requested above, please contact Stretto by (a) emailing PublicSecurities@Stretto.com or (b) calling Stretto at the following phone number: 212.365.5589

# **Exhibit B**



**Exhibit B**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 1994 Steinfeld Family Trust | | Address on file | | | | | |
| Amplify Transformational Data Sharing ETF | | Address F3G2:L2on file | 200 Park Avenue | New York | NY | 10166 | |
| Andrew Rosen 2004 Succession Insurance Trust | TAG Associates LLC | Address on file | | | | | |
| Apollo Centre Street Partnership, L.P. | c/o Apollo Capital Management, L.P. | Attn: William B. Kuesel, Michael F. Lotito, Zachary Allen | 9 West 57th Street, 41st Floor | New York | NY | 10019 | |
| Apollo Lincoln Fixed Income Fund, L.P. | c/o Apollo Capital Management, L.P. | Attn: William B. Kuesel, Michael F. Lotito, Zachary Allen | 9 West 57th Street, 41st Floor | New York | NY | 10019 | |
| Apollo Moultrie Credit Fund, L.P. | c/o Apollo Capital Management, L.P. | Attn: William B. Kuesel, Michael F. Lotito, Zachary Allen | 9 West 57th Street, 41st Floor | New York | NY | 10019 | |
| Apollo Tactical Value SPN Investments, L.P. | c/o Apollo Capital Management, L.P. | Attn: William B. Kuesel, Michael F. Lotito, Zachary Allen | 9 West 57th Street, 41st Floor | New York | NY | 10019 | |
| Barkley Investments LLC | Attn: Jason Godfrey | 8231 Bay Colony Drive | Apt 802 | Naples | FL | 34108 | |
| Better Downtown Miami LLC | Attn: Debra L Slifkin Esq. | 4167 Main Street | | Jupiter | FL | 33458 | |
| Birch Grove Credit Strategies Master Fund LP | Attn: Todd A. Berry | 660 Madison Ave., 15th Floor | | New York | NY | 11743 | |
| BlackRock Credit Alpha Master Fund, L.P | c/o BlackRock Financial Management, Inc. (Christopher Biasotti) | 50 Hudson Yards | | New York | NY | 10001 | |
| BlockFi Lending LLC | c/o Haynes and Boone, LLP | Attn: Matthew Ferris | 2801 N Harwood Street Suite 2300 | Dallas | TX | 75201 | |
| Cannon Investments LLC | c/o TAG Associates LLC | Attn: Collin Tam, Kenny Huang | 810 Seventh Ave., 7th Floor | New York | NY | 10019 | |
| Celsius Mining LLC [Celsius Core LLC] | c/o Kirkland & Ellis LLP | Attn: Joshua A. Sussberg, P.C., Patrick J. Nash, Jr., P.C., Ross M. Kwasteniet, P.C., Christopher S. Koenig, and Dan Latona | 601 Lexington Avenue | New York | NY | 10002 | |
| Corbin ERISA Opportunity Fund, Ltd. | Attn: General Counsel | 590 Madison Avenue, 31st Floor | | New York | NY | 10022 | |
| Corbin Opportunity Fund, L.P. | Attn: General Counsel | 590 Madison Avenue, 31st Floor | | New York | NY | 10022 | |
| Cyrptonic Black, LLC | Attn: Jennifer LaFrance | 801 S. Rampart Blvd. | | Las Vegas | NV | 89145 | |
| David Sarner | | Address on file | | | | | |
| Douglas Lipton | | Address on file | | | | | |
| Ferro Investments Ltd | Attn: Roberto Kriete Avila | 901 Ponce de Leon Blvd | Suite 701 | Miami | FL | 33134 | |
| FGK Investments Ltd | Attn: Roberto Kriete Avila | 901 Ponce de Leon Blvd | Suite 701 | Miami | FL | 33134 | |
| First Sun Investments, LLC | Attn: Brent Berge | 6718 E Rovey Ave | | Paradise Valley | AZ | 85253 | |
| Frank Polaro | | Address on file | | | | | |
| FTF Diversified Holdings, LP | Attn: Anthony Fadell | 121 Alhambra Plaza | Suite 1202 | Coral Gables | FL | 33134 | |
| Galaxy Digital LP | Attn: Adam Lapayover, Legal & Compliance Dept. | 300 Vesey St., 13th Floor | | New York | NY | 10282 | |
| GreensLedge Merchant Holdings LLC | Attn: Ken Wormser | 399 Park Avenue, 37th Floor | | New York | NY | 10022 | |
| Gullane Capital Partners, LLC | Attn: Richard A. Miller III (Trip) | 640 S. Perkins Rd. | | Memphis | TN | 38117 | |
| Gullane Digital Asset Partners QP, LLC | Attn: Richard A. Miller III (Trip) | 640 S. Perkins Rd. | | Memphis | TN | 38117 | |
| Gullane Digital Asset Partners, LLC | Attn: Richard A. Miller III (Trip) | 640 S. Perkins Rd. | | Memphis | TN | 38117 | |
| HC NCBR FUND | c/o BlackRock Financial Management, Inc. (Christopher Biasotti) | 50 Hudson Yards | | New York | NY | 10001 | |
| Ibex Partners (Core) LP | c/o Ibex Investors LLC | Attn: Brian Montgomery | 260 N. Josephine St., Ste 300 | Denver | CO | 80206 | |
| ICG CoreSci Holdings, LP | Attn: Emily Lehrer, Robert Edelstein | 11111 Santa Monica Blvd., Suite 2100 | | Los Angeles | CA | 90025 | |
| James Pulaski | | Address on file | | | | | |
| Jason Capello | | Address on file | | | | | |
| John Badger Quinn | | Address on file | | | | | |
| John P. Joliet | | Address on file | | | | | |
| JPAS - Credit LLC | c/o Jordan Park Group LLC | 100 Pine Street, Suite 2600 | | San Francisco | CA | 94111 | |
| JPAS - Credit-A S.P. | c/o Jordan Park Group LLC | 100 Pine Street, Suite 2600 | | San Francisco | CA | 94111 | |
| JPAS - Crypto Infrastructure LLC | c/o Jordan Park Group LLC | 100 Pine Street, Suite 2600 | | San Francisco | CA | 94111 | |
| JPAS - Crypto Infrastructure-A S.P. | c/o Jordan Park Group LLC | 100 Pine Street, Suite 2600 | | San Francisco | CA | 94111 | |
| JSK Partnership LLC | | 1691 Michigan Ave | Ste 445 | Miami Beach | FL | 33139 | |
| Ken Wormser | | Address on file | | | | | |
| Kensico Associates, L.P. | c/o Kensico Capital Management Corp | Attn: Terrance O'Malley | 55 Railroad Avenue, 2nd Floor | Greenwich | CT | 06830 | |
| Kensico Offshore Fund Master, LTD | c/o Kensico Capital Management Corp | Attn: Terrance O'Malley | 55 Railroad Avenue, 2nd Floor | Greenwich | CT | 06830 | |
| KMR CS Holdings, LLC | Kamran Yagoubzadeh | 377 5th Avenue, 5th Floor | | New York | NY | 10016 | |
| Leon J. Simkins Non-Exempt Trust FBO Michael Simkins | | Address on file | | | | | |
| Levbern Management LLC | Attn: Andrew Ward | 45625 Cielito Dr | | Indian Wells | CA | 92210 | |
| Marsico AXS CS LLC | Attn: Jonathan Marsico | 5251 DTC Parkway, Suite 410 | | Greenwood Village | CO | 80111 | |
| Massachusetts Mutual Life Insurance Company | Attn: Nathaniel Barker, Investment Management | 10 Fan Pier Blvd. | | Boston | MA | 02210 | |
| Michael O. Johnson Revocable Trust | | Address on file | | | | | |
| Milos Core LLC | Attn: Scott Packman | 1981 Marcus Avenue | Ste E117 | Lake Success | NY | 11042 | |
| Monbanc Inc. | Attn: Daniel Rafuse | 290 Lakeshore | | Pointe Claire | QC | H9S 413 | Canada |
| Neso Investment Group Ltd | Attn: Jennifer Kanold & Cristina Kriete Avila | 901 Ponce de Leon Blvd | Suite 701 | Miami | FL | 33134 | |
| Northdata Holdings Inc. | Attn: Daniel Rafuse | 290 Lakeshore | | Pointe Claire | QC | H9S 413 | Canada |
| OIP SPV Core Scientific | Matt McMahon | 31 Hudson Yards | Suite #51 | New York | NY | 10001 | |
| OIP SPV CS | Attn: Matt McMahon | 31 Husdon Yards Suite #51 | | New York | NY | 10001 | |
| Omega Interceptor Restricted Ltd | | Abu Dhabi National Exhibition Centre | Andaz Capital Gate, 10th Floor | Abu Dhabi | | | United Arab Emirates |
| Pescadero Capital, LLC | Mailstop: LAW/JB | Attn: Kevin Norman, Mark Hickson, Jeremiah Mahaney, Jacqueline Underwood | 700 Universe Blvd | Juno Beach | FL | 33408 | |
| Richard Katz 2016 GST TRUST | | Address on file | | | | | |
| Robert Fedrock | | Address on file | | | | | Canada |
| Sabby Volatility Warrant Master Fund, Ltd. | c/o Paul Hastings LLP | Attn: Kris Hansen, Esq., Sayan Bhattacharyya, Esq. | 200 Park Avenue | New York | NY | 10166 | |
| SunnySide Consulting and Holdings, Inc. | Taras Kulyk | 180 Dundas St W | Suite 1200 | Toronto | ON | M5G 1Z8 | Canada |
| TBC 222 LLC | Attn: Matthew Sidmanmsidm | 8 Newbury St. | | Boston | MA | 02116 | |
| The Kimmel Family Foundation | | Address on file | | | | | |
| The Obsidian Master Fund | c/o BlackRock Financial Management, Inc. (Christopher Biasotti) | 50 Hudson Yards | | New York | NY | 10001 | |
| The William R. Guthy Separate Property Trust | | Address on file | | | | | |
| TJC3 LLC | c/o Kensico Capital Management Corp | Attn: Terrance O'Malley | 55 Railroad Avenue, 2nd Floor | Greenwich | CT | 06830 | |
| Transatlantic Mobility Holdings II LLC | | 601 13th Street NW | | Washington | DC | 20005 | |
| Vineet Agrawal | | Address on file | | | | | |
| Wormser Family Partnership II, LP | Attn: Ken Wormser | 188 E 78th St | Fl 25 | New York | NY | 10075-0573 | |
| Xms Core Convert Holdings LLC | Attn: John Mcgarrity | 321 N CLARK STREET SUITE 2440 | | CHICAGO | IL | 60654 | |

# Exhibit C



**Exhibit C**
Served via Electronic Mail

| Name | Email |
|---|---|
| 1994 Steinfeld Family Trust | Address on file |
| Amplify Transformational Data Sharing ETF | cragauss@torosoam.com |
| Amplify Transformational Data Sharing ETF | cragauss@torosoam.com |
| Andrew Rosen 2004 Successor Insurance Trust | Address on file |
| Apollo Centre Street Partnership, LP | wmarino@apollo.com<br>achen@apollo.com |
| Apollo Centre Street Partnership, LP | wmarino@apollo.com<br>achen@apollo.com |
| Apollo Lincoln Fixed Income Fund, L.P. | wmarino@apollo.com<br>achen@apollo.com |
| Apollo Lincoln Fixed Income Fund, L.P. | wmarino@apollo.com<br>achen@apollo.com |
| Apollo Moultrie Credit Fund, L.P. | wmarino@apollo.com<br>achen@apollo.com |
| Apollo Moultrie Credit Fund, L.P. | wmarino@apollo.com<br>achen@apollo.com |
| Apollo Tactical Value SPN Investments LP | wmarino@apollo.com<br>achen@apollo.com |
| Apollo Tactical Value SPN Investments LP | wmarino@apollo.com<br>achen@apollo.com |
| Barkley Investments, LLC | jgodfrey@godfreycap.com<br>jlin@godfreycap.com<br>legacy@archpointinvestors.com |
| Better Downtown Miami LLC | debra@marcroberts.com |
| Birch Grove | jzupan@birchgrovecap.com<br>tberry@birchgrovecap.com |
| BlackRock Credit Alpha Master Fund, L.P | 14696194429@tls.idsprod.com<br>blackrock-2tbm@statestreet.com |
| BlockFi | james.ambrose@blockfi.com<br>legal-inst@blockfi.com |
| Cannon Investments LLC | nkim@tagassoc.com<br>ewong@tagassoc.com<br>ctam@tagassoc.com<br>khuang@tagassoc.com |
| Celsius Core LLC | patrick@celsius.network<br>roni@celsius.network<br>ron.deutsch@celsius.network |
| Corbin ERISA Opportunity Fund, Ltd. | corbinwso-fax@ifs.statestreet.com<br>mmf-bankdebt@corbincapital.com<br>corbin@viteos.com<br>corbinNAV@statestreet.com<br>corbinwso@statestreet.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (CML)

Page 1 of 3



**Exhibit C**
Served via Electronic Mail

| Name | Email |
|---|---|
| Corbin Opportunity Fund, L.P. | corbinwso-fax@ifs.statestreet.com<br>mmf-bankdebt@corbincapital.com<br>corbin@viteos.com<br>corbinNAV@statestreet.com<br>corbinwso@statestreet.com |
| Cryptonic Black, LLC | jlafrance@asny.com |
| David Sarner | Address on file |
| Doug Lipton | Address on file |
| Ferro Investments Ltd. | reporting@ieomia.com |
| FGK Investments Ltd. | reporting@ieomia.com |
| First Sun Investments, LLC | brentberge@bergegroup.com |
| Frank Polaro | Address on file |
| FTF Diversified Holdings, LP | reports@concertomgnt.com;futureholdings@archpointinvestors.com |
| Galaxy Digital LP | galaxyops@galaxydigital.io |
| GreensLedge Merchant Holdings LLC | kwormser@greensledge.com;corescientific@greensledge.com |
| Gullane Capital Partners, LLC | matt@gullanecapital.com |
| Gullane Digital Asset Partners QP, LLC | matt@gullanecapital.com |
| Gullane Digital Asset Partners, LLC | matt@gullanecapital.com |
| HC NCBR FUND | 12146461856@tls.idsprod.com |
| Ibex Partners (Core) LP | finance@ibexinvestors.com |
| ICG CoreSci Holdings, LP | redelstein@icgadvisors.com;elehrer@icgadvisors.com |
| James Pulaski | Address on file |
| Jason Capello | Address on file |
| John Badger Quinn | Address on file |
| John P. Joliet | Address on file |
| JPAS - Credit LLC | fundadministration@jordanpark.com |
| JPAS - Credit-A S.P. | fundadministration@jordanpark.com |
| JPAS - Crypto Infrastructure LLC | fundadministration@jordanpark.com |
| JPAS - Crypto Infrastructure-A S.P. | fundadministration@jordanpark.com |
| JSK Partnership LLC | sp@posnergroup.com |
| Ken Wormser | Address on file |
| Kensico Associates, L.P. | operations@kensicocapital.com<br>accounting@kensicocapital.com<br>gino@kensicocapital.com<br>ifriedman@kensicocapital.com |
| Kensico Offshore Fund Master, LTD | operations@kensicocapital.com<br>accounting@kensicocapital.com<br>gino@kensicocapital.com<br>ifriedman@kensicocapital.com |
| KMR CS Holdings, LLC | kamran@kmrequity.com |
| Leon J. Simkins Non-Exempt Trust FBO Michael Simkins | Address on file |
| Levbern Management LLC | melina@levbernmanagement.com<br>drew@levbernmanagement.com |
| Marsico AXS CS LLC | jam@marsicoenterprises.com<br>mac@marsicoenterprises.com<br>molly@marsicoenterprises.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (CML)

Page 2 of 3



**Exhibit C**
Served via Electronic Mail

| Name | Email |
|---|---|
| Marsico AXS CS LLC | jam@marsicoenterprises.com<br>mac@marsicoenterprises.com<br>molly@marsicoenterprises.com |
| Mass Mutual | hpereira@massmutual.com<br>CIOMandates@massmutual.com |
| Michael O. Johnson Revocable Trust | Address on file |
| Milos Core LLC | spackman@mmps.com |
| Monbanc Inc. | daniel@monbanc.com |
| Neso Investment Group Ltd | reporting@ieomia.com |
| Northdata Holdings Inc. | daniel@monbanc.com |
| OIP SPV Core Scientific, LLC | adrian@jacksonshah.com |
| OIP SPV CS, LLC | michael@obsidianip.com |
| Omega Interceptor Restricted Ltd | legalnotices@adq.ae |
| Pescadero Capital, LLC | paul.euseppi@nexteraenergy.com<br>kevin.norman@nexteraenergy.com<br>enrique.ruiz@nexteraenergy.com<br>nei-operations.sharedmailbox@nexteraenergy.com |
| Richard Katz 2016 GST TRUST | Address on file |
| Robert Fedrock | Address on file |
| Sabby Volatility Warrant Master Fund, Ltd. | rgrundstein@sabbymanagement.com |
| SunnySide Consulting and Holdings, Inc. | tara@sunnysideinc.ca |
| TBC 222 LLC | msidman@threebaycapital.com |
| The Kimmel Family Foundation | Address on file |
| The Obsidian Master Fund | 12142613216@tls.ldsprod.com |
| The Sear Family 1996 Trust | Address on file |
| The William R. Guthy Separate Property Trust | Address on file |
| TJC3 LLC | familyoffice@kensicocapital.com |
| Transatlantic Mobility Holdings II LLC | abel@transatlanticeg.com |
| Vineet Agrawal | Address on file |
| Wolfswood Holdings LLC | jason.comerchero@wolfswoodpartners.com |
| Wormser Family Partnership II, LP | kenwormser@greensledge.com |
| XMS Core Convert Holdings LLC | jmmcgarrity@xmscapital.com |

In re: Core Scientific, Inc., et al.
Case No. 22-90341 (CML)

Page 3 of 3