IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.,* | § | Case No. 22-90341 (DRJ) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | Re: Docket No. 1148 |
| | § | |

**CERTIFICATE OF NO OBJECTION TO THIRD INTERIM FEE APPLICATION
OF SCHEEF & STONE L.L.P. FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AS COUNSEL TO CERTAIN INDEPENDENT DIRECTORS
FOR THE PERIOD FROM JULY 1, 2023 THROUGH SEPTEMBER 30, 2023**

1. On November 14, 2023, Scheef & Stone, L.L.P. ("**Scheef & Stone**") filed the *Third Interim Fee Application of Scheef & Stone L.L.P. for Allowance of Compensation for Services Rendered as Counsel to Certain Independent Directors for the Period From July 1, 2023 Through September 30, 2023* (Docket No. 1427) (the "**Application**"). Objections to the Application were required to be filed and served on or prior to December 5, 2023 (the "**Objection Deadline**").

2. In accordance with paragraph 41 of the *Procedures for Complex Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) more than twenty-four hours have passed since the Objection Deadline, (ii) the undersigned counsel is unaware of any objection to the Application, and (iii) the undersigned counsel has reviewed the Court's docket and no objection to the Application appears thereon.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

3. The Debtors respectfully request entry of the proposed *Order Approving Third Interim Fee Application of Scheef & Stone L.L.P. for Allowance of Compensation for Services Rendered as Counsel to Certain Independent Directors for the Period From July 1, 2023 Through September 30, 2023*, attached hereto as **Exhibit A** (the "**Proposed Order**").

Dated: February 1, 2024

Respectfully Submitted,

**SCHEEF & STONE, L.L.P.**

By:   */s/ Peter C. Lewis*
PETER C. LEWIS
State Bar No. 12302100
peter.lewis@solidcounsel.com

500 North Akard Street, Suite 2700
Dallas, Texas 75201
(214) 706-4200 (Telephone)
(214) 706-4242 (Fax)

**ATTORNEYS FOR
INDEPENDENT DIRECTORS
NEAL P. GOLDMAN AND
KNEELAND YOUNGBLOOD**

**Certificate of Service**

I hereby certify that on February 1, 2024, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Peter C. Lewis*
PETER C. LEWIS

**<u>Exhibit A</u>**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.,* | § § § | Case No. 22-90341 (DRJ) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § § | |

**ORDER ALLOWING THIRD INTERIM FEE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF SCHEEF & STONE, L.L.P. FOR THE PERIOD OF JULY 1, 2023 THROUGH SEPTEMBER 30, 2023**
(Related Docket No. 1427)

The Court has considered the Third Interim Fee Application for Compensation and Reimbursement of Expenses filed by Scheef & Stone, L.L.P. (the "Applicant"). The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of expenses in the amount of $35,564.71 for the period set forth in the application.

2. The Debtors are authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Dated: _____, 2024
Houston, Texas

_____
THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.