| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90341 |
|---|---|---|---|
| Debtor | In Re: | CORE SCIENTIFIC, INC., et al. | |

This lawyer, who is admitted to the State Bar of _____New York_____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Nicholas A. Pasalides<br>Eckert Seamans Cherin & Mellott, LLC<br>10 Bank Street, Suite 700<br>White Plains, NY 10606<br>914-949-2909<br>New York - 4941696 |
|---|---|

Seeks to appear as the attorney for this party:

| Colo Properties Atlanta LLC and Digital Realty Trust LP |
|---|
| Dated: 02/02/2024        Signed: _____ |

---

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:                    Signed: _____
                                    Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____            _____
                                    United States Bankruptcy Judge