IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CORE SCIENTIFIC, INC., et al., | § § | Case No. 22-90341 (CML) |
| | § § | (Jointly Administered) |
| Debtors.¹ | § | |

ORDER DENYING DEBTOR'S MOTION
AS TO COLO PROPERTIES ATLANTA LLC AND
ITS MANAGER DIGITAL REALTY TRUST LP

**[Related to Docket No. 1735]**

Came on for consideration Colo Properties Atlanta LLC and its manager Digital Realty Trust LP; Objection to Debtor's *Amended Notice of Cure Amounts Related to the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Confirmation of Plan* [ECF No. 1735] and *Schedule 1 annexed thereto* (the "Cure Notice"). It appearing to the Court that the Objection is well-taken and cause exists, it is therefore

ORDERED that Digital's Objection is sustained.

IT IS FURTHER ORDERED that the Motion is denied.

DATED: _____

_____
UNITED STATES BANKRUPTCY JUDGE

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, Texas 78704.