IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Case No. 22-90341 (CML)** |
| | § | |
| **CORE SCIENTIFIC, INC.**, *et al.*, | § | **Chapter 11** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | **Re: Dkt. No. \_\_\_** |

**ORDER GRANTING THE COMBINED SECOND INTERIM AND
FINAL FEE APPLICATION OF VINSON & ELKINS LLP, COUNSEL
FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
FOR THE INTERIM PERIOD FROM JULY 1, 2023 THROUGH JANUARY 23, 2024
AND THE FINAL PERIOD FROM MARCH 30, 2023 THROUGH JANUARY 23, 2024**

Upon the *Combined Second Interim and Final Fee Application of Vinson & Elkins LLP, Counsel for the Official Committee of Equity Security Holders for the Interim Period From July 1, 2023 through January 23, 2024 and the Final Period from March 20, 2023 through January 23, 2024* (the "**Application**")[2]; and the Court having jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that proper and adequate notice of the Application has been given and that no other or further notice is necessary; and the Court having found that good and sufficient

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR, LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198).  The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Application.

4866-6867-4690

cause exists for the granting of the relief requested in the Application after having given due deliberation upon the Application and all of the proceedings had before the Court in connection with the Application, it is HEREBY ORDERED THAT:

1. Compensation of fees to V&E for professional services rendered during the Final Fee Period is allowed in the amount of $6,393,460.50.

2. Reimbursement to V&E for expenses incurred during the Final Fee Period is allowed in the amount of $49,029.87.

3. The compensation and reimbursement of expenses allowed pursuant to this Order and all previous allowances of compensation and reimbursement of expenses, including those in the Interim Fee Period, are approved on a final basis.

4. The Debtors are authorized and directed to pay V&E all unpaid fees and expenses allowed pursuant to this Order.

Dated: _____, 2024
Houston, Texas

                                                        **CHRISTOPHER M. LOPEZ**
                                                        **UNITED STATES BANKRUPTCY JUDGE**

4866-6867-4690