THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: Core Scientific, Inc.,  Debtor(s).　　　　　　　　　Case No. 22-90341 DRJ

　210 Barton Springs Road　　　　　　　　　　　　　　　Chapter 11
　Suite 300
　Austin, TX 78704
　XXX-XX-

### Notice of Appearance and Request for Notice

Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the TN Dept of Revenue.

Notices should be addressed to:
TN Dept of Revenue
c/oTN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

The TN Dept of Revenue hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　Jonathan Skrmetti
　　　　　　　　　　　　　　　　　　　　　Attorney General and Reporter

　　　　　　　　　　　　　　　　　　　　　/s/ Stephen R. Butler
　　　　　　　　　　　　　　　　　　　　　Stephen R. Butler
　　　　　　　　　　　　　　　　　　　　　Senior Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　BPR No. 014772
　　　　　　　　　　　　　　　　　　　　　OFFICE OF THE ATTORNEY GENERAL
　　　　　　　　　　　　　　　　　　　　　BANKRUPTCY DIVISION
　　　　　　　　　　　　　　　　　　　　　P O BOX 20207
　　　　　　　　　　　　　　　　　　　　　Nashville,  TN  37202-0207
　　　　　　　　　　　　　　　　　　　　　Phone: (615) 532-8718    Fax: 615-741-3334
　　　　　　　　　　　　　　　　　　　　　Email: steve.butler@ag.tn.gov

### CERTIFICATE OF SERVICE

I certify that on  February 9, 2024   a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

　　　　　　　　　　　　　　　　　　　　　/s/ Stephen R. Butler
　　　　　　　　　　　　　　　　　　　　　Stephen R. Butler
　　　　　　　　　　　　　　　　　　　　　Senior Assistant Attorney General

Office of the U.S. Trustee　　　　　　　　　　　　　　Alfredo R. Perez
515 Rusk Avenue　　　　　　　　　　　　　　　　　　 Attorney for the Debtor(s)
Suite 3516　　　　　　　　　　　　　　　　　　　　　　711 Louisiana, Ste. 1600
Houston, Texas  77002　　　　　　　　　　　　　　　  Houston, TX 77002