UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al*, | ) ) ) | Case No.22-90341 (CML) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |

**ORDER GRANTING GEM MINING 1, LLC'S MOTION
FOR ENTRY OF AN ORDER (I) ALLOWING AND DIRECTING
PAYMENT OF ITS ADMINISTRATIVE EXPENSE CLAIM PURSUANT
TO 11 U.S.C. § 503(b)(1)(A) AND (II) GRANTING RELATED RELIEF**

Upon *GEM Mining 1, LLC's Motion for Entry of an Order (I) Allowing and Directing Payment of its Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) and (II) Granting Related Relief* (the "Motion") filed by GEM Mining 1, LLC ("GEM Mining 1"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

Motion; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted;

2. GEM Mining 1 is granted an allowed administrative expense claim (the "Allowed Administrative Claim") pursuant to §§ 503(b)(1)(A) and 507(a)(2) of the Bankruptcy Code for the value of the prepayment for services the Debtors will not provide in the amount of $228,950.76, which shall be paid in full in cash within seven days after entry of this Order.

3. Nothing contained herein shall affect or limit GEM Mining 1's right to payment for any other claims.

4. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion.

5. GEM Mining 1 and the Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order;

6. The terms and conditions of this Order will be immediately effective and enforceable upon its entry; and

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2024
         Houston, Texas

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE CHRISTOPHER LOPEZ
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE