# Exhibit D

| Type | Date | Document Num | Name | Order Number | Memo | Net Amount | Account Balance | Due Date/Receiv | Amount Remaining | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| Invoice | 2/3/2021 | INV41111 | GEM Mining 1 LLC | Order 1 | Order 1 (452 Units Antminer S19) - Contractual Prepayment | 202,580.00 | 202,580.00 | 2/10/2021 | - | Paid In Full |
| Payment | 2/8/2021 | PMT50926 | GEM Mining 1 LLC | | | (202,580.00) | - | | - | Deposited |
| Invoice | 2/10/2021 | INV41107 | GEM Mining 1 LLC | Order 3 - 25 Units TN8 (90TH) | Order 3 (25 Units TN8 (90TH)) - Contractual Prepayment | 11,875.00 | 11,875.00 | 2/11/2021 | - | Paid In Full |
| Invoice | 2/10/2021 | INV41144 | GEM Mining 1 LLC | FBO GEM Mining 1 LLC for Order 2 | First 50% payment for Units for Order 2 - 1000 AvalonMiner 1246 (90TH) | 2,894,313.00 | 2,906,188.00 | 2/26/2021 | - | Paid In Full |
| Invoice | 2/10/2021 | INV41146 | GEM Mining 1 LLC | FBO GEM Mining 1 LLC for Order 4 | First 50% payment for Units for Order 4 - 1000 AvalonMiner 1246 (90TH) | 2,664,165.00 | 5,570,353.00 | 2/26/2021 | - | Paid In Full |
| Invoice | 2/10/2021 | INV41149 | GEM Mining 1 LLC | Order 2 - 1000 Units AvalonMiner 1246 (90TH) | First 50% Order 2 (1000 Units AvalonMiner 1246 (90TH)) - Contractual Prepayment | 226,110.00 | 5,796,463.00 | 2/12/2021 | - | Paid In Full |
| Invoice | 2/10/2021 | INV41152 | GEM Mining 1 LLC | Order 4 - 1000 Units AvalonMiner 1246 (90TH) | First 50% Order 4 (1000 Units AvalonMiner 1246 (90TH)) - Contractual Prepayment | 376,110.00 | 6,172,573.00 | 2/26/2021 | - | Paid In Full |
| Payment | 2/11/2021 | PMT50935 | GEM Mining 1 LLC | | | (2,427,535.00) | 3,745,038.00 | | - | Deposited |
| Payment | 2/18/2021 | PMT50973 | GEM Mining 1 LLC | | | (2,613,239.95) | 1,131,798.05 | | - | Deposited |
| Invoice | 2/18/2021 | INV41186 | GEM Mining 1 LLC | FBO GEM Mining 1 LLC for Order 5 | 100% Payment for Units for Order 5 - 100 GPUs from External Purchase from CoreWeave @$3,250.00/Unit | 325,000.00 | 1,456,798.05 | 2/19/2021 | - | Paid In Full |
| Invoice | 2/18/2021 | INV41187 | GEM Mining 1 LLC | Order 5 - 100 Units GPUs | Order 5 (100 Units GPUs) - Contractual Prepayment | 8,800.00 | 1,465,598.05 | 2/19/2021 | - | Paid In Full |
| Payment | 2/23/2021 | PMT50982 | GEM Mining 1 LLC | | | (333,800.00) | 1,131,798.05 | | - | Deposited |
| Payment | 2/25/2021 | PMT50988 | GEM Mining 1 LLC | | | (1,131,798.05) | - | | - | Deposited |
| Invoice | 3/2/2021 | INV41224 | GEM Mining 1 LLC | FBO GEM Mining 1 LLC for Order 6 | First 50% Payment for Units for Order 6 - 813 AvalonMiner 1246 (90TH) from Aug 2021 Batch @$4,983.11/Unit | 2,025,633.40 | 2,025,633.40 | 3/3/2021 | - | Paid In Full |
| Invoice | 3/2/2021 | INV41225 | GEM Mining 1 LLC | FBO GEM Mining 1 LLC for Order 6 | Final 50% Payment for Units for Order 6 - 513 AvalonMiner 1246 (90TH) from Aug 2021 Batch @$4,983.11/Unit | 1,278,167.20 | 3,303,800.60 | 7/20/2021 | - | Paid In Full |
| Invoice | 3/2/2021 | INV41226 | GEM Mining 1 LLC | FBO GEM Mining 1 LLC for Order 6 | Final 50% Payment for Units for Order 6 - 300 AvalonMiner 1246 (90TH) from Aug 2021 Batch @$4,983.11/Unit | 747,466.20 | 4,051,266.80 | 8/20/2021 | - | Paid In Full |
| Invoice | 3/2/2021 | INV41227 | GEM Mining 1 LLC | Order 6 - 813 Units AvalonMiner 1246 (90TH) | First 50% - Order 6 (813 Units AvalonMiner 1246 (90TH)) - Contractual Prepayment | 305,775.00 | 4,357,041.80 | 3/3/2021 | - | Paid In Full |
| Payment | 3/3/2021 | PMT51013 | GEM Mining 1 LLC | | | (2,331,408.40) | 2,025,633.40 | | - | Deposited |
| Invoice | 3/8/2021 | INV41145 | GEM Mining 1 LLC | FBO GEM Mining 1 LLC for Order 2 | Final 50% Payment for Units for Order 2 - 500 AvalonMiner 1246 (90TH) | 1,475,925.00 | 3,501,558.40 | 3/19/2021 | - | Paid In Full |
| Invoice | 3/16/2021 | INV41217 | GEM Mining 1 LLC | Order 1 | Order 1 Hosting Services | 53,406.51 | 3,554,964.91 | 3/26/2021 | - | Paid In Full |
| Payment | 3/19/2021 | PMT51039 | GEM Mining 1 LLC | | | (1,475,925.00) | 2,079,039.91 | | - | Deposited |
| Payment | 3/29/2021 | PMT51065 | GEM Mining 1 LLC | | | (53,406.51) | 2,025,633.40 | | - | Deposited |
| Invoice | 4/5/2021 | INV41148 | GEM Mining 1 LLC | FBO GEM Mining 1 LLC for Order 2 | Final 50% payment for Units for Order 2 - 500 AvalonMiner 1246 (90TH) | 1,418,388.00 | 3,444,021.40 | 4/20/2021 | - | Paid In Full |
| Invoice | 4/5/2021 | INV41150 | GEM Mining 1 LLC | Order 2 - 500 Units AvalonMiner 1246 (90TH) | Final 50% Order 2 (500 Units AvalonMiner 1246 (90TH)) - Contractual Prepayment | 125,555.00 | 3,569,576.40 | 4/30/2021 | - | Paid In Full |
| Payment | 4/15/2021 | PMT51095 | GEM Mining 1 LLC | | | (1,543,943.00) | 2,025,633.40 | | - | Deposited |
| Invoice | 4/19/2021 | INV41363 | GEM Mining 1 LLC | Order 1 | Order 1 Hosting Services (452 Units Antminer S19) | 3,996.15 | 2,029,629.55 | 4/29/2021 | - | Paid In Full |
| Credit Memo | 5/6/2021 | CM10080 | GEM Mining 1 LLC | FBO GEM Mining 1 LLC for Order 2 | INV41148 - Final 50% payment for Units for Order 2 - 500 AvalonMiner 1246 (90TH) | (1,418,388.00) | 611,241.55 | | - | Fully Applied |
| Credit Memo | 5/6/2021 | CM10081 | GEM Mining 1 LLC | Order 2 - 500 Units AvalonMiner 1246 (90TH) | INV41150 - Final 50% Order 2 (500 Units AvalonMiner 1246 (90TH)) - Contractual Prepayment | (125,555.00) | 485,686.55 | | - | Fully Applied |
| Credit Memo | 5/6/2021 | CM10082 | GEM Mining 1 LLC | FBO GEM Mining 1 LLC for Order 2 | INV41145 - Final 50% payment for Units for Order 2 - 500 AvalonMiner 1246 (90TH) | (1,475,925.00) | (990,238.45) | | - | Fully Applied |
| Credit Memo | 5/6/2021 | CM10083 | GEM Mining 1 LLC | FBO GEM Mining 1 LLC for Order 6 | INV41224 - First 50% Payment for Units for Order 6 - 813 AvalonMiner 1246 (90TH) from Aug 2021 Batch @$4,983.11/Unit | (2,025,633.40) | (3,015,871.85) | | - | Fully Applied |
| Credit Memo | 5/6/2021 | CM10084 | GEM Mining 1 LLC | FBO GEM Mining 1 LLC for Order 6 | INV41225 - Final 50% Payment for Units for Order 6 - 513 AvalonMiner 1246 (90TH) from Aug 2021 Batch @$4,983.11/Unit | (1,278,167.20) | (4,294,039.05) | | - | Fully Applied |
| Credit Memo | 5/6/2021 | CM10085 | GEM Mining 1 LLC | FBO GEM Mining 1 LLC for Order 6 | INV41226 - Final 50% Payment for Units for Order 6 - 300 AvalonMiner 1246 (90TH) from Aug 2021 Batch @$4,983.11/Unit | (747,466.20) | (5,041,505.25) | | - | Fully Applied |
| Credit Memo | 5/6/2021 | CM10086 | GEM Mining 1 LLC | Order 6 - 813 Units AvalonMiner 1246 (90TH) | INV41227 - First 50% - Order 6 (813 Units AvalonMiner 1246 (90TH)) - Contractual Prepayment | (305,775.00) | (5,347,280.25) | | - | Fully Applied |
| Credit Memo | 5/6/2021 | CM10087 | GEM Mining 1 LLC | FBO GEM Mining 1 LLC for Order 2 | INV41144 - First 50% payment for Units for Order 2 - 1000 AvalonMiner 1246 (90TH) | (2,894,313.00) | (8,241,593.25) | | - | Fully Applied |
| Credit Memo | 5/6/2021 | CM10088 | GEM Mining 1 LLC | FBO GEM Mining 1 LLC for Order 4 | INV41146 - First 50% payment for Units for Order 4 - 1000 AvalonMiner 1246 (90TH) | (2,664,165.00) | (10,905,758.25) | | - | Fully Applied |
| Credit Memo | 5/6/2021 | CM10089 | GEM Mining 1 LLC | Order 2 - 1000 Units AvalonMiner 1246 (90TH) | INV41149 - First 50% Order 2 (1000 Units AvalonMiner 1246 (90TH)) - Contractual Prepayment | (226,110.00) | (11,131,868.25) | | - | Fully Applied |
| Credit Memo | 5/6/2021 | CM10090 | GEM Mining 1 LLC | Order 4 - 1000 Units AvalonMiner 1246 (90TH) | INV41152 - First 50% Order 4 (1000 Units AvalonMiner 1246 (90TH)) - Contractual Prepayment | (376,110.00) | (11,507,978.25) | | - | Fully Applied |
| Payment | 5/11/2021 | PMT51146 | GEM Mining 1 LLC | | | (3,996.15) | (11,511,974.40) | | - | Deposited |
| Invoice | 5/17/2021 | INV41643 | GEM Mining 1 LLC | Order 1 | Order 1 Hosting Services (452 Units Antminer S19) | 66,794.87 | (11,445,179.53) | 5/27/2021 | - | Paid In Full |
| Invoice | 5/24/2021 | INV41580 | GEM Mining 1 LLC | FBO GEM Mining 1 LLC for Order 8 | First 25% payment for Units for Order 8 - 7295 Antminer S19j Pro (100TH) | 15,355,931.14 | 3,910,751.61 | 5/25/2021 | - | Paid In Full |
| Invoice | 5/24/2021 | INV41581 | GEM Mining 1 LLC | FBO GEM Mining 1 LLC for Order 8 | Second 35% payment for Units for Order 8 - 430 Antminer S19j Pro (100TH) from Oct 2021 Batch @$9,074.96/Unit | 1,365,781.48 | 5,276,533.09 | 5/25/2021 | - | Paid In Full |
| Invoice | 5/24/2021 | INV41582 | GEM Mining 1 LLC | FBO GEM Mining 1 LLC for Order 8 | Second 35% payment for Units for Order 8 - 1200 Antminer S19j Pro (100TH) from Nov 2021 Batch @$8,378.95/Unit | 3,519,159.00 | 8,795,692.09 | 6/25/2021 | - | Paid In Full |
| Invoice | 5/24/2021 | INV41583 | GEM Mining 1 LLC | FBO GEM Mining 1 LLC for Order 8 | Second 35% payment for Units for Order 8 - 2665 Antminer S19j Pro (100TH) from Dec 2021 Batch @$8,378.95/Unit | 7,815,465.61 | 16,611,157.70 | 6/30/2021 | - | Paid In Full |
| Invoice | 5/24/2021 | INV41584 | GEM Mining 1 LLC | FBO GEM Mining 1 LLC for Order 8 | Second 35% payment for Units for Order 8 - 3000 Antminer S19j Pro (100TH) from Jan 2022 Batch @$8,378.95/Unit | 8,797,897.50 | 25,409,055.20 | 7/26/2021 | - | Paid In Full |
| Invoice | 5/24/2021 | INV41585 | GEM Mining 1 LLC | FBO GEM Mining 1 LLC for Order 8 | Final 40% Payment for Units for Order 8 - 430 Antminer S19j Pro (100TH) from Oct 2021 Batch @$9,074.96/Unit | 1,834,049.42 | 27,243,104.62 | 8/25/2021 | - | Paid In Full |
| Invoice | 5/24/2021 | INV41586 | GEM Mining 1 LLC | FBO GEM Mining 1 LLC for Order 8 | Final 40% Payment for Units for Order 8 - 1200 Antminer S19j Pro (100TH) from Nov 2021 Batch @$8,378.95/Unit | 4,725,727.80 | 31,968,832.42 | 9/24/2021 | - | Paid In Full |
| Invoice | 5/24/2021 | INV41587 | GEM Mining 1 LLC | FBO GEM Mining 1 LLC for Order 8 | Final 40% Payment for Units for Order 8 - 2665 Antminer S19j Pro (100TH) from Dec 2021 Batch @$8,378.95/Unit | 10,495,053.82 | 42,463,886.24 | 10/25/2021 | - | Paid In Full |
| Invoice | 5/24/2021 | INV41654 | GEM Mining 1 LLC | FBO GEM Mining 1 LLC for Order 8 | Final 40% payment for Units for Order 8 - 3000 Antminer S19j Pro (100TH) from Jan 2022 Batch @$8,378.95/Unit | 11,814,319.50 | 54,278,205.74 | 11/24/2021 | - | Paid In Full |
| Journal | 5/25/2021 | Journal | GEM Mining 1 LLC | | Move CM10091 from GEM Mining 3 to GEM Mining 1 | (8,688,068.80) | 45,590,156.94 | | - | Approved for Post |
| Journal | 5/25/2021 | Journal | GEM Mining 1 LLC | | Move CM10092 from GEM Mining 3 to GEM Mining 1 | (1,311,450.00) | 44,278,706.94 | | - | Approved for Post |
| Invoice | 6/7/2021 | INV41343 | GEM Mining 1 LLC | Order 7 - 500 Units MV7 (100 TH) | Order 7 (500 Units MV7 (100 TH)) - Contractual Prepayment | 88,080.00 | 44,366,786.94 | 6/15/2021 | - | Paid In Full |
| Invoice | 6/15/2021 | INV41711 | GEM Mining 1 LLC | Order 1 | Order 1 Hosting Services (452 Units Antminer S19) | 6,652.01 | 44,373,438.95 | 6/25/2021 | - | Paid In Full |
| Payment | 6/29/2021 | PMT51244 | GEM Mining 1 LLC | | | (5,000,000.00) | 39,373,438.95 | | - | Deposited |
| Payment | 7/1/2021 | PMT51249 | GEM Mining 1 LLC | | | (2,815,465.61) | 36,557,973.34 | | - | Deposited |
| Credit Memo | 7/15/2021 | CM10121 | GEM Mining 1 LLC | Order 3 and Order 5 | Order 3 and Order 5 hosting services | (18,068.37) | 36,539,904.97 | | - | Fully Applied |
| Payment | 7/30/2021 | PMT51305 | GEM Mining 1 LLC | | | (8,797,897.50) | 27,742,007.47 | | - | Deposited |
| Invoice | 8/2/2021 | INV41655 | GEM Mining 1 LLC | Order 8 - 430 Antminer S19j Pro (100TH) | Order 8 (430 Units Antminer S19j Pro (100TH)) - Contractual Prepayment | 167,730.00 | 27,909,737.47 | 8/25/2021 | - | Paid In Full |
| Invoice | 8/16/2021 | INV41841 | GEM Mining 1 LLC | Order 3 and 5 | Order 3 and 5 Hosting Services | 3,321.51 | 27,913,058.98 | 8/26/2021 | - | Paid In Full |
| Payment | 8/25/2021 | PMT51335 | GEM Mining 1 LLC | | | (1,834,049.42) | 26,079,009.56 | | - | Deposited |
| Invoice | 9/1/2021 | INV41656 | GEM Mining 1 LLC | Order 8 - 1200 Units Antminer S19j Pro (100TH | Order 8 (1200 Units Antminer S19j Pro (100TH)) - Contractual Prepayment | 468,060.00 | 26,547,069.56 | 9/24/2021 | - | Paid In Full |
| Payment | 9/8/2021 | PMT51422 | GEM Mining 1 LLC | | | (3,321.51) | 26,543,748.05 | | - | Deposited |
| Invoice | 9/15/2021 | INV41976 | GEM Mining 1 LLC | Order 3 and 5 | Order 3 and 5 Hosting Services | 2,549.00 | 26,546,297.05 | 9/24/2021 | - | Paid In Full |
| Payment | 9/29/2021 | PMT51409 | GEM Mining 1 LLC | | | (3,748,739.70) | 22,797,557.35 | | - | Deposited |
| Credit Memo | 10/1/2021 | CM10133 | GEM Mining 1 LLC | FBO Order 8 PPC for Oct 2021 Batch @$577/Unit | FBO Order 8 Price Protection Credit for Oct 2021 Batch @$577/Unit | (248,110.00) | 22,549,447.35 | | - | Fully Applied |
| Invoice | 10/4/2021 | INV41657 | GEM Mining 1 LLC | Order 8 - 2665 Units Antminer S19j Pro (100TH | Order 8 (2665 Units Antminer S19j Pro (100TH)) - Contractual Prepayment | 1,039,500.00 | 23,588,947.35 | 10/25/2021 | - | Paid In Full |
| Invoice | 10/15/2021 | INV42071 | GEM Mining 1 LLC | Order 5 | Order 5 Hosting Services | 239.08 | 23,589,186.43 | 10/25/2021 | - | Paid In Full |
| Payment | 10/28/2021 | PMT51471 | GEM Mining 1 LLC | | | (8,931,960.70) | 14,657,225.73 | | - | Deposited |
| Payment | 10/29/2021 | PMT51474 | GEM Mining 1 LLC | | | (1,039,500.00) | 13,617,725.73 | | - | Deposited |
| Payment | 10/29/2021 | PMT51475 | GEM Mining 1 LLC | | | (240,074.03) | 13,377,651.70 | | - | Deposited |
| Invoice | 11/1/2021 | INV41658 | GEM Mining 1 LLC | Order 8 - 3000 Units Antminer S19j Pro (100TH | Order 8 (3000 Units Antminer S19j Pro (100TH)) - Contractual Prepayment | 1,170,150.00 | 14,547,801.70 | 11/24/2021 | - | Paid In Full |
| Invoice | 11/15/2021 | INV42131 | GEM Mining 1 LLC | Order 5 | Order 5 Hosting Services | 3,643.78 | 14,551,445.48 | 11/24/2021 | - | Paid In Full |
| Payment | 11/16/2021 | PMT51489 | GEM Mining 1 LLC | | | (1,174,032.86) | 13,377,412.62 | | - | Deposited |
| Invoice | 11/18/2021 | INV42154 | GEM Mining 1 LLC | FBO Order 8 Additional Shipping Costs Oct'21 | Additional charges for expedited shipping by chartered air cargo for 430 Oct 2021 units in Order 8 @$200.00/Unit - USD $86,000.00 | 86,000.00 | 13,463,412.62 | 12/7/2021 | - | Paid In Full |
| | | | | | | 2.11124E+11 | | | | |
| Payment | 11/24/2021 | PMT51514 | GEM Mining 1 LLC | | | (10,054,740.00) | 3,408,672.62 | | - | Deposited |
| Payment | 11/24/2021 | PMT51517 | GEM Mining 1 LLC | | Payment of $1,649,093.12 separated for INV41587 and INV42154 | (1,563,093.12) | 1,845,579.50 | | - | Deposited |
| Payment | 11/24/2021 | PMT51518 | GEM Mining 1 LLC | | Payment of $1,649,093.12 separated for INV41587 and INV42154 | (86,000.00) | 1,759,579.50 | | - | Deposited |
| Invoice | 12/3/2021 | INV42170 | GEM Mining 1 LLC | FBO Order 8 Additional Shipping Costs Nov'21 | Additional charges for expedited shipping by chartered air cargo for 1200 Nov 2021 units in Order 8 @$200.00/Unit - USD $240,000.0 | 240,000.00 | 1,999,579.50 | 12/17/2021 | - | Paid In Full |
| Payment | 12/8/2021 | PMT51540 | GEM Mining 1 LLC | | | (86,000.00) | 1,913,579.50 | | - | Deposited |
| Payment | 12/13/2021 | PMT51542 | GEM Mining 1 LLC | | | (240,000.00) | 1,673,579.50 | | - | Deposited |
| Invoice | 12/15/2021 | INV42195 | GEM Mining 1 LLC | Order 5 | Order 5 Hosting Services | 3,378.06 | 1,676,957.56 | 12/23/2021 | - | Paid In Full |
| Payment | 12/16/2021 | PMT51552 | GEM Mining 1 LLC | | | (1,673,579.50) | 3,378.06 | | - | Deposited |
| Invoice | 12/22/2021 | INV42221 | GEM Mining 1 LLC | FBO Order 8 Additional Shipping Costs Dec'21 | Additional charges for expedited shipping by chartered air cargo for 2695 Dec 2021 units in Order 8 @$200.00/Unit plus extra 30 unit | 544,100.00 | 547,478.06 | 1/14/2022 | - | Paid In Full |
| Payment | 12/29/2021 | PMT51582 | GEM Mining 1 LLC | | | (2,278.06) | 545,200.00 | | - | Deposited |
| Payment | 12/29/2021 | PMT51583 | GEM Mining 1 LLC | | | (1,100.00) | 544,100.00 | | - | Deposited |
| Credit Memo | 1/4/2022 | CM10156 | GEM Mining 1 LLC | FBO Order 8 Sales Tax - GA ST-CE1-Exemption | Sales Tax Recon FBO GEM Mining 1 LLC for Order 8 - GA ST-CE1-Exemption- 502 out of 1630 units (Oct 2021 and Nov 2021 batches) | (296,482.57) | 247,617.43 | | - | Fully Applied |
| Credit Memo | 1/4/2022 | CM10157 | GEM Mining 1 LLC | FBO Order 8 Sales Tax - Marble, NC (Exempt) | Sales Tax Recon FBOGEM Mining 1 LLC for Order 8 - 388 out of 430 units (Oct 2021 Batch) deployed in Dec 2021 in Marble, NC | (246,475.92) | 1,141.51 | | - | Fully Applied |
| Credit Memo | 1/4/2022 | CM10158 | GEM Mining 1 LLC | FBO Order 8 Sales Tax - ND Datacenter Exempt | Sales Tax Recon FBO GEM Mining 1 LLC for Order 8 - 120 out of 1200 units (Nov 2021 batch) deployed in Dec 2021 in Grand Forks, NI | (70,383.18) | (69,241.67) | | - | Fully Applied |
| Credit Memo | 1/4/2022 | CM10160 | GEM Mining 1 LLC | FBO Order 8 Sales Tax Calvert City, KY-6.0% | Sales Tax Recon FBO GEM Mining 1 LLC for Order 8 - Calvert City, KY (6.0%) - 620 Units Antminer S19 100TH from Nov 2021 Batch de | (51,949.49) | (121,191.16) | | - | Fully Applied |
| Invoice | 1/18/2022 | INV42277 | GEM Mining 1 LLC | Order 5 and 8 | Order 5 and 8 Hosting Services | 59,775.61 | (61,415.55) | 1/25/2022 | - | Paid In Full |
| Payment | 1/31/2022 | PMT51647 | GEM Mining 1 LLC | | | (544,100.00) | (605,515.55) | | - | Deposited |
| Invoice | 2/1/2022 | INV42295 | GEM Mining 1 LLC | FBO Order 8 Additional Shipping Costs Jan2022 | Additional charges for expedited shipping by chartered air cargo for 3029 Jan 2022 units in Order 8 @$200.00/Unit - USD $605,800.0 | 610,730.00 | 5,214.45 | 2/20/2022 | - | Paid In Full |
| Invoice | 2/15/2022 | INV42316 | GEM Mining 1 LLC | Order 3-a,5 and 8 | Order 3-a,5 and 8 Hosting Services | 17,013.92 | 22,228.37 | 2/25/2022 | - | Paid In Full |
| Payment | 2/22/2022 | PMT51674 | GEM Mining 1 LLC | | | (17,013.92) | 5,214.45 | | - | Deposited |
| Payment | 2/22/2022 | PMT51675 | GEM Mining 1 LLC | | | (5,214.45) | 0.00 | | - | Deposited |

| Type | Date | Doc # | Customer | Memo | Description | Amount 1 | Amount 2 | Date 2 | | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| Credit Memo | 3/1/2022 | CM10173 | GEM Mining 1 LLC | Order 8 Sales Tax | Sales tax recon for units in Order 8 deployed in Feb 2022 | (825,357.29) | (825,357.29) | | - | Fully Applied |
| Invoice | 3/15/2022 | INV42399 | GEM Mining 1 LLC | Order 3-a,5 and 8 | Order 3-a,5 and 8 Hosting Services | 290,656.85 | (534,700.44) | 3/25/2022 | - | Paid In Full |
| Credit Memo | 3/22/2022 | CM10182 | GEM Mining 1 LLC | Order 7 - 500 Units MV7 (100 TH) | Order 7 (500 Units MV7 (100 TH)) - Contractual Prepayment - INV41343 | (88,080.00) | (622,780.44) | | - | Fully Applied |
| Invoice | 4/1/2022 | INV42417 | GEM Mining 1 LLC | Order 8 Sales Tax - Denton, TX | Denton, TX sales tax recon for units in Order 8 deployed in Mar 2022 | 517.85 | (622,262.59) | 4/15/2022 | - | Paid In Full |
| Invoice | 4/15/2022 | INV42437 | GEM Mining 1 LLC | Order 3-a,5 and 8 | Order 3-a,5 and 8 Hosting Services | 177,875.13 | (444,387.46) | 4/25/2022 | - | Paid In Full |
| Invoice | 5/16/2022 | INV42483 | GEM Mining 1 LLC | Order 3-a,5 and 8 | Order 3-a,5 and 8 Hosting Services | 193,748.18 | (250,639.28) | 5/26/2022 | - | Paid In Full |
| Credit Memo | 6/1/2022 | CM10198 | GEM Mining 1 LLC | Order 8 Sales Tax - Marble, NC | Marble, NC sales tax recon for units in Order 8 deployed in May 2022 | (259,251.52) | (509,890.80) | | - | Fully Applied |
| Credit Memo | 6/17/2022 | CM10203 | GEM Mining 1 LLC | Order 3-a,5 and 8 | Order 3-a,5 and 8 Hosting Services | (211,764.68) | (721,655.48) | | - | Fully Applied |
| Credit Memo | 7/11/2022 | CM10210 | GEM Mining 1 LLC | TX Hosting Services Sales Tax Credit | TX Hosting Services Sales Tax Credit | (24,029.64) | (745,685.12) | | - | Fully Applied |
| Invoice | 7/15/2022 | INV42591 | GEM Mining 1 LLC | Order 3-a,5 and 8 | Order 3-a,5 and 8 Hosting Services | 1,339,299.53 | 593,614.41 | 7/25/2022 | - | Paid In Full |
| Payment | 8/1/2022 | PMT51927 | GEM Mining 1 LLC | | Order 3-a,5 and 8 Hosting Services | (270,802.35) | 322,812.06 | | - | Deposited |
| Invoice | 8/2/2022 | INV42621 | GEM Mining 1 LLC | Order 8 Sales Tax - Denton, TX | Denton, TX sales tax recon for units in Order 8 deployed in Jul 2022 | 172,812.06 | 495,624.12 | 8/29/2022 | - | Paid In Full |
| Credit Memo | 8/2/2022 | CM10213 | GEM Mining 1 LLC | Order 8 Sales Tax - Marble, NC | Marble, NC sales tax recon for units in Order 8 deployed in Jul 2022 | (19,942.42) | 475,681.70 | | - | Fully Applied |
| Invoice | 8/15/2022 | INV42637 | GEM Mining 1 LLC | Order 3-a,5 and 8 | Order 3-a,5 and 8 Hosting Services | 602,989.32 | 1,078,671.02 | 8/25/2022 | - | Paid In Full |
| Payment | 8/31/2022 | PMT51975 | GEM Mining 1 LLC | | Order 3-a,5 and 8 Hosting Services - Denton, TX sales tax recon for units in Order 8 deployed in Jul 2022 - Order 3-a,5 and 8 Hosting S | (1,078,671.02) | - | | - | Deposited |
| Invoice | 9/2/2022 | INV42662 | GEM Mining 1 LLC | Order 8 Sales Tax - Denton, TX | Denton, TX sales tax recon for units in Order 8 deployed in Aug 2022 | 91,542.43 | 91,542.43 | 9/20/2022 | - | Paid In Full |
| Invoice | 9/15/2022 | INV42681 | GEM Mining 1 LLC | Order 3-a,5 and 8 | Order 3-a,5 and 8 Hosting Services | 688,299.82 | 779,842.25 | 9/26/2022 | - | Paid In Full |
| Payment | 9/23/2022 | PMT51997 | GEM Mining 1 LLC | | Denton, TX sales tax recon for units in Order 8 deployed in Aug 2022 | (91,542.43) | 688,299.82 | | - | Deposited |
| Payment | 10/4/2022 | PMT52028 | GEM Mining 1 LLC | | Order 3-a,5 and 8 Hosting Services | (688,299.82) | - | | - | Deposited |
| Invoice | 10/14/2022 | INV42727 | GEM Mining 1 LLC | Order 3-a,5 and 8 | Order 3-a,5 and 8 Hosting Services | 700,410.27 | 700,410.27 | 10/24/2022 | - | Paid In Full |
| Payment | 10/31/2022 | PMT52065 | GEM Mining 1 LLC | | Order 3-a,5 and 8 Hosting Services | (700,410.27) | - | | - | Deposited |
| Invoice | 11/4/2022 | INV42763 | GEM Mining 1 LLC | Order 3-a,5 and 8 | VOID | - | - | 11/18/2022 | - | Voided |
| Invoice | 11/15/2022 | INV42784 | GEM Mining 1 LLC | Order 3-a,5 and 8 | Order 3-a,5 and 8 Hosting Services | 929,807.49 | 929,807.49 | 11/25/2022 | - | Paid In Full |
| Payment | 11/29/2022 | PMT52101 | GEM Mining 1 LLC | | Order 3-a,5 and 8 Hosting Services | (929,807.49) | - | | - | Deposited |
| Invoice | 12/13/2022 | INV42823 | GEM Mining 1 LLC | Order 3-a,5 and 8 | Order 3-a,5 and 8 Hosting Services | 949,353.69 | 949,353.69 | 12/22/2022 | - | Paid In Full |
| Payment | 12/27/2022 | PMT52127 | GEM Mining 1 LLC | | Order 3-a,5 and 8 Hosting Services | (500,000.00) | 449,353.69 | | - | Deposited |
| Journal | 1/10/2023 | Journal | GEM Mining 1 LLC | | reclass PMT52130 remaining balance to GEM Mining 1 per client remittance advice | (61,732.90) | 387,620.79 | | - | Approved for Post |
| Invoice | 1/12/2023 | INV42846 | GEM Mining 1 LLC | Order 8 | Order 8 Hosting Services | 768,035.74 | 1,155,656.53 | 1/23/2023 | - | Paid In Full |
| Payment | 1/20/2023 | PMT52134 | GEM Mining 1 LLC | | Order 3-a,5 and 8 Hosting Services | (274,105.00) | 881,551.53 | | - | Deposited |
| Payment | 1/20/2023 | PMT52135 | GEM Mining 1 LLC | | Order 3-a,5 and 8 Hosting Services | (84,340.00) | 797,211.53 | | - | Deposited |
| Payment | 1/20/2023 | PMT52136 | GEM Mining 1 LLC | | Order 3-a,5 and 8 Hosting Services | (42,170.00) | 755,041.53 | | - | Deposited |
| Journal | 1/20/2023 | Journal | GEM Mining 1 LLC | | reclass PMT52135 remaining balance to GEM Mining 2 and 2 B | 10,929.13 | 765,970.66 | | - | Approved for Post |
| Payment | 1/30/2023 | PMT52142 | GEM Mining 1 LLC | | Order 8 Hosting Services | (500,000.00) | 265,970.66 | | - | Deposited |
| Payment | 1/30/2023 | PMT52143 | GEM Mining 1 LLC | | Order 8 Hosting Services | (20,000.00) | 245,970.66 | | - | Deposited |
| Payment | 1/30/2023 | PMT52144 | GEM Mining 1 LLC | | Order 8 Hosting Services | (20,000.00) | 225,970.66 | | - | Deposited |
| Payment | 1/31/2023 | PMT52145 | GEM Mining 1 LLC | | Order 8 Hosting Services | (228,035.74) | (2,065.08) | | - | Deposited |
| Invoice | 2/13/2023 | INV42868 | GEM Mining 1 LLC | Order 8 | Order 8 Hosting Services | 924,909.11 | 922,844.03 | 2/23/2023 | - | Paid In Full |
| Payment | 2/24/2023 | PMT52169 | GEM Mining 1 LLC | | Order 8 Hosting Services | (924,909.11) | (2,065.08) | | - | Deposited |
| Invoice | 3/13/2023 | INV42892 | GEM Mining 1 LLC | Order 8 | Order 8 Hosting Services | 878,989.59 | 876,924.51 | 3/23/2023 | - | Paid In Full |
| Payment | 3/24/2023 | PMT52180 | GEM Mining 1 LLC | | Order 8 Hosting Services | (878,989.59) | (2,065.08) | | - | Deposited |
| Invoice | 4/11/2023 | INV42906 | GEM Mining 1 LLC | Order 8 | Order 8 Hosting Services | 895,641.13 | 893,576.05 | 4/21/2023 | - | Paid In Full |
| Payment | 4/20/2023 | PMT52188 | GEM Mining 1 LLC | | Order 8 Hosting Services | (600,000.00) | 293,576.05 | | - | Deposited |
| Payment | 4/21/2023 | PMT52190 | GEM Mining 1 LLC | | Order 8 Hosting Services | (295,641.13) | (2,065.08) | | - | Deposited |
| Invoice | 5/12/2023 | INV42922 | GEM Mining 1 LLC | Order 8 | Order 8 Hosting Services | 861,463.91 | 859,398.83 | 5/22/2023 | - | Paid In Full |
| Payment | 5/22/2023 | PMT52205 | GEM Mining 1 LLC | | Order 8 Hosting Services | (859,398.83) | - | | - | Deposited |
| Invoice | 6/12/2023 | INV42936 | GEM Mining 1 LLC | Order 8 | Order 8 Hosting Services | 883,041.90 | 883,041.90 | 6/22/2023 | - | Paid In Full |
| Payment | 6/22/2023 | PMT52215 | GEM Mining 1 LLC | | Order 8 Hosting Services | (883,041.90) | - | | - | Deposited |
| Invoice | 7/11/2023 | INV42948 | GEM Mining 1 LLC | Order 8 | Order 8 Hosting Services | 824,705.99 | 824,705.99 | 7/21/2023 | - | Paid In Full |
| Payment | 7/20/2023 | PMT52223 | GEM Mining 1 LLC | | Order 8 Hosting Services | (500,000.00) | 324,705.99 | | - | Deposited |
| Payment | 7/21/2023 | PMT52226 | GEM Mining 1 LLC | | Order 8 Hosting Services | (324,705.99) | - | | - | Deposited |
| Invoice | 8/11/2023 | INV42960 | GEM Mining 1 LLC | Order 8 | Order 8 Hosting Services | 802,629.69 | 802,629.69 | 8/21/2023 | - | Paid In Full |
| Payment | 8/21/2023 | PMT52235 | GEM Mining 1 LLC | | Order 8 Hosting Services | (802,629.69) | - | | - | Deposited |
| Credit Memo | 9/12/2023 | CM10260 | GEM Mining 1 LLC | Order 8 | Order 8 Hosting Services | (140,245.66) | (140,245.66) | | (140,245.66) | Open |
| Credit Memo | 10/10/2023 | CM10261 | GEM Mining 1 LLC | Order 8 | Order 8 Hosting Services final billing doc | (88,705.10) | (228,950.76) | | (88,705.10) | Open |
| Overall Total | | | | | | (228,950.76) | | | (228,950.76) | |



# Credit Memo
#CM10260
9/12/2023

GEM Mining 1 LLC
205 Magnolia Lake Rd.
Aiken SC 29803
United States

**TOTAL**

$131,781.77

| PO # | Project | Shipping Method |
|---|---|---|
| Order 8 | | |

| Quantity | Item | Tax Location | Tax Rate | Amount |
|---|---|---|---|---|
| 1 | **\*RP-Hosting Services**<br>August 2023 Power Costs Pass-through | | 0% | ($8,463.89) |
| 1 | **RP-Hosting Services\***<br>August 2023 Actual Usage | | 0% | ($722,252.48) |
| 1 | **RP-Hosting Services\***<br>Reverse August 2023 Estimated Prepayment INV42948 | | 0% | $882,266.77 |
| 1 | **Replacement Parts**<br>07/31/2023 to 08/27/2023 - Calvert City, KY - Parts | Calvert City, KY | 6% | ($2,993.75) |
| 1 | **Replacement Service**<br>07/31/2023 to 08/27/2023 - Calvert City, KY - Labor | Calvert City, KY | 6% | ($796.25) |
| 1 | **Replacement Parts**<br>07/31/2023 to 08/27/2023 - Dalton, GA - Parts | Dalton, GA | 7% | ($2,205.00) |
| 1 | **Replacement Service**<br>07/31/2023 to 08/27/2023 - Dalton, GA - Labor | Dalton, GA | 0% | ($227.50) |
| 1 | **Replacement Parts**<br>07/31/2023 to 08/27/2023 - Denton, TX - Parts | Denton, TX | 8.25% | ($7,038.75) |
| 1 | **Replacement Service**<br>07/31/2023 to 08/27/2023 - Denton, TX - Labor | Denton, TX | 8.25% | ($1,680.00) |
| 1 | **Replacement Parts**<br>08/02/2023 to 08/14/2023 - Grand Forks, ND - Parts | Grand Forks, ND | 7.25% | ($3,156.25) |
| 1 | **Replacement Service**<br>08/02/2023 to 08/14/2023 - Grand Forks, ND - Labor | Grand Forks, ND | 0% | ($341.25) |

| | | |
|---|---|---|
| | Subtotal | $133,111.65 |
| | Tax Total (%) | ($1,329.88) |
| | Total | $131,781.77 |

1 of 1


CM10260

**Thank you for your business and your trust. It is our pleasure to work with you.**



# Credit Memo
#CM10261
10/10/2023

GEM Mining 1 LLC
205 Magnolia Lake Rd.
Aiken SC 29803
United States

**TOTAL**

**$88,705.10**

| PO # | Project | Shipping Method |
|---|---|---|
| Order 8 | | |

| Quantity | Item | Tax Location | Tax Rate | Amount |
|---|---|---|---|---|
| 1 | **\*RP-Hosting Services**<br>September 2023 Power Costs Pass-through | | 0% | ($4,743.55) |
| 1 | **RP-Hosting Services\***<br>September 2023 Actual Usage | | 0% | ($739,648.60) |
| 1 | **RP-Hosting Services\***<br>Reverse September 2023 Estimated Prepayment INV42960 | | 0% | $853,806.56 |
| 1 | **Replacement Parts**<br>08/29/2023 to 09/28/2023 - Calvert City, KY - Parts | Calvert City, KY | 6% | ($2,446.25) |
| 1 | **Replacement Service**<br>08/29/2023 to 09/28/2023 - Calvert City, KY - Labor | Calvert City, KY | 6% | ($761.25) |
| 1 | **Replacement Parts**<br>08/28/2023 to 09/29/2023 - Dalton, GA - Parts | Dalton, GA | 7% | ($1,317.50) |
| 1 | **Replacement Service**<br>08/28/2023 to 09/29/2023 - Dalton, GA - Labor | Dalton, GA | 0% | ($498.75) |
| 1 | **Replacement Parts**<br>08/29/2023 to 09/29/2023 - Denton, TX - Parts | Denton, TX | 8.25% | ($10,022.50) |
| 1 | **Replacement Service**<br>08/29/2023 to 09/29/2023 - Denton, TX - Labor | Denton, TX | 8.25% | ($1,820.00) |
| 1 | **Replacement Parts**<br>08/30/2023 to 09/26/2023 - Grand Forks, ND - Parts | Grand Forks, ND | 7.25% | ($1,950.00) |
| 1 | **Replacement Service**<br>08/30/2023 to 09/26/2023 - Grand Forks, ND - Labor | Grand Forks, ND | 0% | ($490.00) |

| | | |
|---|---|---|
| | **Subtotal** | $90,108.16 |
| | **Tax Total (%)** | ($1,403.06) |
| | **Total** | $88,705.10 |

1 of 1


CM10261

**Thank you for your business and your trust. It is our pleasure to work with you.**