IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>CORE SCIENTIFIC, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-90341 (DRJ)<br><br>(Jointly Administered)<br><br>Re: D.I. 1749 |

**APPELLANTS' DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL AND STATEMENT OF ISSUES PRESENTED ON APPEAL**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 2407 S. Congress Ave, Suite E-101, Austin, Texas 78704. *See* Dkt. No. 1749 n.1.

Pursuant to Bankruptcy Rule 8009, Appellants Morgan Hoffman, Evan Achee, and William J. Emanuel ("Appellants"), by and through their undersigned counsel, submit this designation of items to be included in the record on appeal and statement of issues to be presented on appeal. The appeal has been docketed at 4:24-cv-00357 in the United States District Court for the Southern District of Texas.

**Designation of Items to Include in Record on Appeal**

Appellants hereby designate the following items, together with exhibits, schedules, and other attachments thereto, for inclusion in the appellate record:

| Item No. | Docket No. | Date of Entry | Description |
|---|---|---|---|
| 1. | 1 | 12/21/2022 | Chapter 11 Voluntary Petition |
| 2. | 528 | 2/14/2023 | Motion of Debtors for Order (I) Establishing Deadlines to File Proofs of Claim and (II) Approving Form and Manner of Notice Thereof Filed by Debtor Core Scientific, Inc. |
| 3. | 646 | 3/8/2023 | Certificate of No Objection Regarding Motion of Debtors for Order (I) Establishing Deadlines to File Proofs of Claim and (II) Approving Form and Manner of Notice Thereof |
| 4. | 652 | 3/9/2023 | Order Establishing Deadlines to File Proofs of Claim and (II) Approving Form and Manner of Notice Thereof Signed on 3/9/2023 |
| 5. | 974 | 6/20/2023 | Chapter 11 Plan of Reorganization |
| 6. | 975 | 6/20/2023 | Disclosure Statement |
| 7. | 1024 | 6/30/2023 | Notice of Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors |
| 8. | 1080 | 7/24/2023 | Objection / Debtors' Preliminary Objection to Proof of Claim No. 556 |
| 9. | 1090 | 7/27/2023 | Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors |
| 10. | 1115 | 8/8/2023 | Amended Chapter 11 Plan |
| 11. | 1116 | 8/8/2023 | Disclosure Statement |
| 12. | 1129 | 8/9/2023 | Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors |

| | | | |
|---|---|---|---|
| 13. | 1132 | 8/10/2023 | Response/Objection |
| 14. | 1178 | 8/23/2023 | Response |
| 15. | 1179 | 8/24/2023 | Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors |
| 16. | 1199 | 9/7/2023 | Second Amended Chapter 11 Plan Filed by Core Scientific, Inc. |
| 17. | 1200 | 9/7/2023 | Disclosure Statement Filed by Core Scientific, Inc. |
| 18. | 1220 | 9/12/2023 | Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors |
| 19. | 1228 | 9/14/2023 | Motion Lead Plaintiff's Motion & MOL in Support of Motion for Class Treatment Under Fed.R.Bankr.P. 7023 for (I) A Class Proof of Claim (II) Certifying Class for Purposes of the Class Proof of Claim (III) An Omnibus Opt-Out of the Plan's Nondebtor Third Party Releases (IV) Certifying Class for Purposes of the Omnibus Opt-Out of the Plan's Nondebtor Third Party Releases, and (V) Other Relief |
| 20. | 1265 | 9/26/2023 | Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors |
| 21. | 1313 | 10/5/2023 | Reply / Debtors' Combined (I) Reply in Further Support of Debtors' Preliminary Objection to Proof of Claim No. 556 filed by Morgan Hoffman and (II) Opposition to Lead Plaintiff's Motion for Class Treatment Under Fed. R. Bankr. P. 7023 |
| 22. | 1335 | 10/18/2023 | Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors |
| 23. | 1384 | 11/3/2023 | Emergency Motion of Debtors for Entry of Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan; (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing; (III) Establishing Solicitation and Voting Procedures; (IV) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan; (V) Approving Notice Procedures for Assumption or Rejection of Executory Contracts and Unexpired Leases; (VI) Approving Notice Procedures for Reinstatement of Claims; (VII) Establishing Rights Offering Procedures; and (VIII) Granting Related Relief |
| 24. | 1392 | 11/7/2023 | Notice of Emergency Hearing on Backstop Approval Motion and Conditional Approval of Disclosure Statement Scheduled for November 14, 2023 at 2:00 p.m. |

| | | | |
|---|---|---|---|
| 25. | 1407 | 11/10/2023 | Third Amended Chapter 11 Plan |
| 26. | 1410 | 11/13/2023 | Disclosure Statement |
| 27. | 1421 | 11/14/2023 | Disclosure Statement |
| 28. | 1422 | 11/14/2023 | Third Amended Chapter 11 Plan |
| 29. | 1426 | 11/14/2023 | Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan; (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing; (III) Establishing Solicitation and Voting Procedures; (IV) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan; (V) Approving Notice Procedures for Assumption or Rejection of Executory Contracts and Unexpired Leases; (VI) Approving Notice Procedures for Reinstatement of Claims; (VII) Establishing Rights Offering Procedures; and (VIII) Granting Related Relief |
| 30. | 1438 | 11/16/2023 | Third Amended Chapter 11 Plan |
| 31. | 1439 | 11/16/2023 | Disclosure Statement |
| 32. | 1446 | 11/17/2023 | Notice of Hearing Scheduled for December 6, 2023 at 10:00 A.M. (Prevailing Central Time) |
| 33. | 1447 | 11/17/2023 | Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan; (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing; (III) Establishing Solicitation and Voting Procedures; (IV) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan; (V) Approving Notice Procedures for Assumption or Rejection of Executory Contracts and Unexpired Leases; (VI) Approving Notice Procedures for Reinstatement of Claims; (VII) Establishing Rights Offering Procedures; and (VIII) Granting Related Relief |
| 34. | 1471 | 11/27/2023 | Certificate of Service re: Solicitation Materials |
| 35. | 1503 | 12/4/2023 | Reply Lead Plaintiff's Memorandum in Further Support of Motion for Class Treatment under Fed.R.Bankr.P. 7023 for (I) a Class Proof of Claim (II) Certifying Class for Purposes of the Class Proof of Claim (III) An Omnibus Opt-Out of the Plan's Nondebtor Third Party Releases (IV) Certifying Class for Purposes of the Omnibus Opt-Out of the Plan's Nondebtor Third Party Releases and (V) Other Relief |
| 36. | 1519 | 12/7/2023 | Transcript RE: Disclosure Statement / Backstop Commitment Motion Hearing held on November 14, 2023 before Judge Christopher M. Lopez |

| # | Doc | Date | Description |
|---|---|---|---|
| 37. | 1522 | 12/7/2023 | Order |
| 38. | 1529 | 12/8/2023 | Certificate of Service re: Solicitation Materials |
| 39. | 1530 | 12/8/2023 | Certificate of Service re: Solicitation Materials |
| 40. | 1536 | 12/11/2023 | Notice of Filing of Amended Plan Supplement in Connection With Third Amended Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors |
| 41. | 1557 | 12/15/2023 | Transcript RE: Motion Hearing (Conducted Virtually) held on December 6, 2023 before Judge Christopher M. Lopez |
| 42. | 1558 | 12/15/2023 | Objection to Confirmation of Plan |
| 43. | 1662 | 12/26/2023 | Fourth Amended Chapter 11 Plan |
| 44. | 1625 | 12/27/2023 | Supplement to Disclosure Statement for Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors |
| 45. | 1639 | 12/28/2023 | Fourth Amended Chapter 11 Plan |
| 46. | 1640 | 12/28/2023 | Statement / Supplement to Disclosure Statement for Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors |
| 47. | 1641 | 12/28/2023 | Notice of Filing of Solicitation Versions of (A) Fourth Amended Plan, (B) Disclosure Statement Supplement, and (C) Updated Forms of Ballots for Certain Classes |
| 48. | 1689 | 1/8/2024 | Certificate of Service re: Second Solicitation Materials |
| 49. | 1698 | 1/11/2024 | Supplemental Objection to Confirmation of Plan |
| 50. | 1718 | 1/14/2024 | Brief |
| 51. | 1719 | 1/15/2024 | Declaration of Neal P. Goldman in Support of Confirmation of Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors |
| 52. | 1720 | 1/15/2024 | Declaration of John Singh in Support of Confirmation of Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors |
| 53. | 1721 | 1/15/2024 | Declaration of Jung W. Song in Support of Confirmation of the Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors |
| 54. | 1722 | 1/15/2024 | Fourth Amended Chapter 11 Plan |
| 55. | 1724 | 1/15/2024 | Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order (I) Approving Disclosure Statement on a Final Basis and (II) Confirming Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors |
| 56. | 1725 | 1/15/2024 | Declaration of Michael Bros in Support of (I) Confirmation of Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors, (II) Final Approval of the Disclosure Statement, (III) the OG&E Settlement, and (IV) the Foundry Settlement |
| 57. | 1727 | 1/15/2024 | Witness List, Exhibit List |
| 58. | 1737 | 1/16/2024 | Exhibit List, Witness List |

| 59. | 1738 | 1/16/2024 | Notice of Filing of Fourth Amended Plan Supplement in Connection with Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors |
| 60. | 1741 | 1/16/2024 | Notice of Filing of Revised Proposed Findings of Fact, Conclusions of Law, and Order (I) Approving Disclosure Statement on a Final Basis and (II) Confirming Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors |
| 61. | 1749 | 1/16/2024 | Findings of Fact, Conclusions of Law, and Order (I) Approving Disclosure Statement on a Final Basis and (II) Confirming Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and It's Affiliated Debtors |
| 62. | 1767 | 1/19/2024 | Transcript RE: Motion Hearing and Plan Confirmation (Via Zoom) held on January 16, 2024 before Judge Christopher M. Lopez |
| 63. | 1783 | 1/23/2024 | Notice of Filing of Fifth Amended Plan Supplement in Connection With Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors |
| 64. | n/a | 4/14/2023 | Proof of Claim 556, filed on behalf of Lead Plaintiff Morgan Hoffman and the Putative Class |
| 65. | n/a | 8/1/2023 | Proof of Claim 632, filed on behalf of Lead Plaintiff Morgan Hoffman and the Putative Class, amending Proof of Claim 556 |

### Statement of Issues on Appeal

Pursuant to Fed. R. Bankr. P. 8009(a)(1)(A), Appellants hereby state the below issues on the Appeal from the Findings of Fact, Conclusions of Law, and Order (I) Approving Disclosure Statement on a Final Basis and (II) Confirming Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors, dated January 16, 2024 (Dkt. No. 1749, "Plan Confirmation Order"), pursuant to which the Bankruptcy Court confirmed the chapter 11 plan of reorganization ("Plan") proposed by the Debtors and approved the broad nondebtor third party releases and injunctions contained therein ("Third Party Releases"). Appellants seek review of the Plan Confirmation Order solely to the extent the Plan impacts any claims that have been or could be asserted by or on behalf of Appellants or the putative Class against the nondebtor defendants in

the securities class action styled as *Pang v. Levitt et al.*, Case No. 1:22-cv-01191 (W.D. Tex.) ("Securities Action").

1. Whether the Bankruptcy Court lacked constitutional adjudicatory authority to approve the Third Party Releases, solely to the extent the Third Party Releases relate to and impact the claims and causes of action that have been or could be asserted in the Securities Action by or on behalf of Appellants and the putative Class against the nondebtor Defendants.

2. Whether the Bankruptcy Court lacked statutory authority to approve the Third Party Releases, solely to the extent the Third Party Releases relate to and impact the claims and causes of action that have been or could be asserted in the Securities Action by or on behalf of Appellants and the putative Class against the nondebtor Defendants.

3. Whether the Bankruptcy Court lacked subject matter jurisdiction to approve the Third Party Releases, solely to the extent the Third Party Releases relate to and impact the claims and causes of action that have been or could be asserted in the Securities Action by or on behalf of Appellants and the putative Class against the nondebtor Defendants.

4. Whether the Bankruptcy Court lacked personal jurisdiction over the nondebtor third parties, including nondebtor Appellants and the putative Class and the nondebtor Defendants, to approve the Third Party Releases, solely to the extent the Third Party Releases relate to and impact the claims and causes of action that have been or could be asserted in the Securities Action by or on behalf of Appellants and the putative Class against the nondebtor Defendants.

5. Whether the Bankruptcy Court erred in finding that the objected-to Third Party Releases and "opt-out" procedures were consensual with respect to Appellants and the putative Class.

6.      Whether the Bankruptcy Court erred in finding that the Debtors provided members of the putative Class adequate information and time to allow them to make an informed decision concerning the Plan and the Third Party Releases.

7.      Whether the Bankruptcy Court erred in finding that the Debtors properly and adequately served notices of ballots and/or opt-out forms on members of the putative Class.

| | |
|---|---|
| Dated: February 12, 2024 | **CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**<br><br>*/s/Stuart L. Cochran*<br>Stuart L. Cochran<br>Texas Bar No.: 24027936<br>8080 Park Lane, Suite 700<br>Dallas, Texas 75231<br>Telephone: (214) 265-3800<br>Facsimile:  (214) 691-6311<br>scochran@condontobin.com<br><br>*Liaison Counsel for Lead Plaintiff*<br><br>**THE ROSEN LAW FIRM, P.A.**<br>Phillip Kim (*pro hac vice*)<br>Joshua Baker (*pro hac vice*)<br>275 Madison Avenue, 40th Floor<br>New York, NY 10116<br>Phone: (212) 686-1060<br>Fax: (212) 202-3827<br>Email: pkim@rosenlegal.com<br>Email: jbaker@rosenlegal.com<br><br>*Lead Counsel for Lead Plaintiff*<br><br>**THE SCHALL LAW FIRM**<br>Brian Schall<br>Rina Restaino<br>2049 Century Park East, Suite 2460<br>Los Angeles, CA 90067<br>Phone: (310) 301-3335<br>Fax: (213) 519-5876<br>Email: brian@schallfirm.com |

Email: rina@schallfirm.com

*Additional Counsel for Lead Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of February 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/Stuart L. Cochran*