IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (CML) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § | |

### SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On February 10, 2024, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on Clear Street LLC at 150 Greenwich St, Fl 45, New York, NY 10007-5201:

- **Notice of Effective Date of Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors** (Docket No. 1782)

- **Instructional Cover Letter to Nominees** (attached hereto as **Exhibit A**)

Furthermore, on or before February 12, 2024, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit B**:

- **Notice of Entry of Order (I) Confirming Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors and (II) Approving Disclosure Statement on a Final Basis** (Docket No. 1756)

Furthermore, on or before February 12, 2024, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit C**:

- **Notice of Effective Date of Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors** (Docket No. 1782)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Special Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, TX 78704.

Furthermore, on February 13, 2024, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on Drivewealth, LLC at 28 Liberty St, Fl 50, New York, NY 10005-1498

- **Notice of Entry of Order (I) Confirming Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors and (II) Approving Disclosure Statement on a Final Basis** (Docket No. 1756)

- **Instructional Cover Letter to Nominees** (attached hereto as **Exhibit D**)

Dated: February 20, 2024

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: TeamCoreScientific@stretto.com

# **<u>Exhibit A</u>**



To Custodians, Banks, Brokers, and Other Nominees (each, a "Nominee"):

*Re: Case Number: 22-90341 (CML) – Core Scientific, Inc., et al. CHAPTER 11 BANKRUPTCY*

**CUSIP No. 21873J 108**

Core Scientific, Inc., et al., (the "Debtors"), filed with the United States Bankruptcy Court for the Southern District of Texas (the "Court"), the enclosed *Notice of Effective Date of Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and its Affiliated Debtors (Docket No. 1782)* (the "Notice"). Stretto, the Claims and Noticing agent for Debtors, was instructed by the Debtors' counsel that the Notice must be served upon nominees that hold stock in "street name" for the beneficial holders of the below-referenced CUSIP Number. You are receiving the Notice because your institution was identified by Depository Trust Company ("DTC") on the Security Position Report as of November 9, 2023 (the "Record Date").

| CUSIP/ISIN No. | Record Date |
|---|---|
| 21873J 108 / US21873J1088 | November 9, 2023 |

Stretto has provided the appropriate number of sets of the Notice as requested by Broadridge and Mediant, respectively. The following referenced job numbers pertain to the mailings established at Broadridge and Mediant. Please mail the provided materials via USPS First-Class Mail and Email to the Record Date beneficial holders in your books and records as applicable.

| Broadridge Job No.(s) | Mediant Job No.(s) |
|---|---|
| N99336 | 2350580 |

If you are not the correct individual or department to research and disburse the requested information, please forward to the proper individual at your firm.

# **<u>Exhibit B</u>**



**Exhibit B**
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Eric Douglas Hullander | Address Redacted | | | | |
| Lesa Lamberson | Address Redacted | | | | |
| MJDII Architects Inc | 16479 Dallas Pkwy | Ste 400 | Addison | TX | 75001-6800 |
| SRPF A QR Riversouth LLC | 401 S 1st St | Unit 700 | Austin | TX | 78704-1885 |

# **Exhibit C**



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Billy Neil Parkerson | | Address Redacted | | | | |
| Casey Keyes | | Address Redacted | | | | |
| Hunter B Childers | | Address Redacted | | | | |
| Joel Brazil | | Address Redacted | | | | |
| Joshua N Mancuso | | Address Redacted | | | | |
| Sphere 3D | c/o Dontzin Nagy & Flessing LLP | Attn: Tibor L Nagy, Jr., Gregory N. Wolfe and Susan Hu | 31 E 62nd St | New York | NY | 10065-8014 |

# **Exhibit D**



To Custodians, Banks, Brokers, and Other Nominees (each, a "Nominee"):

*Re: Case Number: 22-90341 (CML) – Core Scientific, Inc., et al. CHAPTER 11 BANKRUPTCY*

**CUSIP No. 21873J 108**

Core Scientific, Inc., et al., (the "Debtors"), filed with the United States Bankruptcy Court for the Southern District of Texas (the "Court"), the enclosed *NOTICE OF ENTRY OF ORDER (I) CONFIRMING FOURTH AMENDED JOINT CHAPTER 11 PLAN OF CORE SCIENTIFIC, INC. AND ITS AFFILIATED DEBTORS AND (II) APPROVING DISCLOSURE STATEMENT ON A FINAL BASIS (Docket No. 1756)* (the "Notice"). Stretto, the Claims and Noticing agent for Debtors, was instructed by the Debtors' counsel that the Notice must be served upon holders who purchased common stock (CUSIP No. 21873J 108) (the "Other Beneficial Owners") from January 3, 2022 through December 21, 2022, inclusive (the "Class Period").

| CUSIP/ISIN No. | Class Period |
|---|---|
| 21873J 108 / US21873J1088 | From January 3, 2022 through December 21, 2022, inclusive |

Stretto has provided the appropriate number of sets of Notice as requested by Broadridge and Mediant, respectively. The following referenced job numbers pertain to the mailings established at Broadridge and Mediant. Please mail the provided Notice via USPS First-Class Mail and Email to the Class Period Other Beneficial Holders in your books and records as applicable.

| Broadridge Job No.(s) | Mediant Job No.(s) |
|---|---|
| N98911, N98912, N98913 | 2342190 |

If you are not the correct individual or department to research and disburse the requested information, please forward to the proper individual at your firm.