IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*, | § | Case No. 22-90341 (CML) |
| | § | |
| Reorganized Debtors.[1] | § | (Jointly Administered) |
| | § | Re: Docket No. 1749 |

**CERTIFICATION OF COUNSEL REGARDING FINAL DECREE
CLOSING CERTAIN CASES AND AMENDING CAPTION OF REMAINING CASE**

The undersigned hereby certifies as follows:

1. On January 16, 2024, the United States Bankruptcy Court for the Southern District of Texas (the "**Court**") entered the *Findings of Fact, Conclusions of Law, and Order (I) Approving Disclosure Statement on a Final Basis and (II) Confirming Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors* (Docket No. 1749) (the "**Confirmation Order**") confirming the *Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc. and Its Affiliated Debtors (With Technical Modifications)* (Docket No. 1722) (the "**Plan**").[2] The Effective Date of the Plan occurred on January 23, 2024 (Docket No. 1782).

2. As a result of certain transactions consummated on the Effective Date

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are as follows: Core Scientific, Inc. (3837); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII, LLC (3198). The Reorganized Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Reorganized Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, Texas 78704. The Debtors in the other six pending chapter 11 cases (which continue to be jointly administered with the cases of the Reorganized Debtors), each of which has either been dissolved or merged into other entities as of the Effective Date, consist of the following: Core Scientific Mining LLC (6971); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Starboard Capital LLC (6677); and RADAR LLC (5106).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

pursuant to the Plan and Confirmation Order, six of the eleven Debtors have either been dissolved or merged into other entities as of the Effective Date and five Reorganized Debtors remain: Core Scientific, Inc.; Core Scientific Specialty Mining (Oklahoma) LLC; American Property Acquisition, LLC; American Property Acquisitions I, LLC; and American Property Acquisitions VII, LLC.

3.  Pursuant to Section 5.25 of the Plan and paragraph 89 of the Confirmation Order, the Reorganized Debtors are authorized to submit an order to the Court under certification of counsel that is in form and substance reasonably acceptable to the U.S. Trustee and the Reorganized Debtors that closes and issues a final decree for each of the Chapter 11 Cases. In accordance with the Plan and the Confirmation Order, the Reorganized Debtors hereby submit, in the form attached hereto as **Exhibit A** (the "**Proposed Order**"), a proposed final decree (i) closing the Chapter 11 Cases of all the Debtors except for Core Scientific Specialty Mining (Oklahoma) LLC and (ii) amending the case caption consistent therewith.

4.  The chapter 11 case of Reorganized Debtor Core Scientific Specialty Mining (Oklahoma) LLC Case No. 22-90345 (CML) will remain open to resolve any pending contested matters and adversary proceedings, any matter relating to Morgan Hoffman's appeal of the Confirmation Order (the "**Hoffman Appeal**"),[3] and reconcile, object to, and/or resolve claims against each of the Debtors.

5.  The purpose of closing the Chapter 11 Cases of all the Debtors except for Core Scientific Specialty Mining (Oklahoma) LLC is solely to avoid the incurrence of U.S. Trustee fees and not to impact any substantive rights of the Debtors, the Reorganized Debtors, or any other party in interest.

---

[3] *See Notice of Filing of an Appeal* (Docket No. 1800).

6. The Proposed Order has been reviewed by the U.S. Trustee and there is no objection to its entry.

WHEREFORE the Reorganized Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: February 21, 2024
Houston, Texas

Respectfully submitted,

 /s/  Clifford W. Carlson
WEIL, GOTSHAL & MANGES LLP
Clifford W. Carlson (24090024)
Austin B. Crabtree (24109763)
700 Louisiana Street, Suite 3700
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:   Clifford.Carlson@weil.com
         Austin.Crabtree@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Email:  Ray.Schrock@weil.com
        Ronit.Berkovich@weil.com

*Attorneys for Reorganized Debtors*

**<u>Certificate of Service</u>**

I hereby certify that on February 21, 2024, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                  */s/ Clifford W. Carlson*
                                                  Clifford W. Carlson