IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*, | § § § | Case No. 22-90341 (CML) |
| | § § | (Jointly Administered) |
| Reorganized Debtors.[1] | § § § | |

**REORGANIZED DEBTOR-APPELLEES' DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8009, Core Scientific, Inc. ("**Core**") and its reorganized debtor affiliates in the above-captioned chapter 11 cases (collectively, the "**Reorganized Debtor-Appellees**" or "**Appellees**"), by and through their undersigned counsel, submit this designation of additional items to be included on the record on appeal. The appeal has been docketed at 4:24-cv-00357 (AHB) in the U.S. District Court for the Southern District of Texas.

**Designation of Additional Items for Record on Appeal**

1. Appellees hereby designate the following items, together with exhibits, schedules, and other attachments thereto, for inclusion in the record on appeal:

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are as follows: Core Scientific, Inc. (3837); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII, LLC (3198). The Reorganized Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704. The Reorganized Debtors' service address is 2407 S. Congress Ave, Suite E-101, Austin, Texas 78704. The Debtors in the other six pending chapter 11 cases (which continue to be jointly administered with the cases of the Reorganized Debtors), each of which have either been dissolved or merged into other entities as of the Effective Date, consist of the following: Core Scientific Mining LLC (6971); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Starboard Capital LLC (6677); and RADAR LLC (5106).

| Item No. | ECF No. | Date of Entry | Description |
|---|---|---|---|
| 1. | 716 | 3/21/2023 | Affidavits of Newspaper Publications re Bar Date Order |
| 2. | 265 | 1/9/2023 | Celsius Prelim. Obj. to Debtors' Emergency Mot. for Entry of an Order Authorizing Rejection of Executory Contracts with Celsius |
| 3. | 819 | 4/24/2023 | Debtors' Obj. to Proof of Claim Nos. 425 and 497 filed by Celsius |
| 4. | 984 | 6/21/2023 | Celsius' Obj. to Debtors' Mot. for Partial Summ. J. with Respect to Proof of Claim Nos. 425 and 497 filed by Celsius |
| 5. | 854 | 5/4/2023 | Debtors' Obj. to Proof of Claim Nos. 503, 505, 506, 508, 570, 571, and 572 filed by GEM Mining 1, LLC, GEM Mining 2, LLC, GEM Mining 2B, LLC, GEM Mining 4 |
| 6. | 1509 | 12/5/2023 | Affidavits of Publication |
| 7. | 1547 | 12/13/2023 | Supplemental Certificate of Service |
| 8. | 1552 | 12/14/2023 | Supplemental Certificate of Service |
| 9. | 1591 | 12/20/2023 | Supplemental Certificate of Service |
| 10. | 1628 | 12/27/2023 | Supplemental Certificate of Service |
| 11. | 1672 | 1/3/2024 | Supplemental Certificate of Service |
| 12. | 1689 | 1/8/2024 | Certificate of Service |
| 13. | 1727 (Ex. 33) | 1/15/2024 | *Pang v. Levitt, et al.*, Case No. 1:22-cv-01191-DAE (W.D. Tex.), D.I. 73 |
| 14. | 1727-8 (Ex. 38) | 1/15/2024 | Amended and Restated Bylaws of Core Scientific, Inc. (a Delaware Corporation) |
| 15. | 1727-9 (Ex. 39) | 1/15/2024 | Second Amended and Restated Certificate of Incorporation of Power & Digital Infrastructure Acquisition Corp. |
| 16. | 1727-10 (Ex. 40) | 1/15/2024 | Proof of Claim No. 369 |

Dated: February 23, 2024
Houston, Texas

        */s/ Clifford W. Carlson*
        WEIL, GOTSHAL & MANGES LLP
        Clifford W. Carlson (24090024)
        Austin B. Crabtree (24109763)
        700 Louisiana Street, Suite 3700
        Houston, Texas 77002
        Telephone:   (713) 546-5000
        Facsimile:   (713) 224-9511
        Email:  Clifford.Carlson@weil.com
               Austin.Crabtree@weil.com
        -and-

        WEIL, GOTSHAL & MANGES LLP
        Ray C. Schrock (admitted *pro hac vice*)
        Ronit J. Berkovich (admitted *pro hac vice*)
        Theodore E. Tsekerides (admitted *pro hac vice*)
        Christine A. Calabrese (admitted *pro hac vice*)
        767 Fifth Avenue
        New York, New York 10153
        Telephone:   (212) 310-8000
        Facsimile:   (212) 310-8007
        Email:  Ray.Schrock@weil.com
               Ronit.Berkovich@weil.com
               Theodore.Tsekerides@weil.com
               Christine.Calabrese@weil.com

        *Counsel for the Reorganized Debtor-Appellees*

**Certificate of Service**

I hereby certify that on February 23, 2024, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                              */s/ Clifford W. Carlson*
                                                              Clifford W. Carlson