IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC., *et al.*, | § | Case No. 22-90341 (CML) |
| | § | |
| Reorganized Debtors[1] | § | (Jointly Administered) |
| | § | Re: Dkt. No. 1810 |

**CERTIFICATE OF NO OBJECTION TO
FTI CONSULTING, INC.'S SECOND INTERIM AND FINAL FEE
APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES AS
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY
HOLDERS FOR THE PERIOD FROM APRIL 8, 2023 THROUGH JANUARY 23, 2024**

1. On February 2, 2024, FTI Consulting, Inc. ("FTI") filed the *Second Interim and Final Fee Application for Allowance and Payment of Fees and Expenses as Financial Advisor to the Official Committee of Equity Security Holders for the Period From April 8, 2023 Through January 23, 2024* [Docket No. 1811] (the "Application"). The deadline for filing and serving objections to the Application was February 23, 2024 (the "Objection Deadline").

2. In accordance with paragraph 44 of the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, FTI hereby files this Certificate of No Objection and represents to the United States Bankruptcy Court for the Southern District of Texas (the "Court") that (i) the Objection Deadline has passed; (ii) FTI is unaware of any objection to the Application, and (iii) FTI has reviewed the Court's docket and found no objection to the Application.

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are as follows: Core Scientific, Inc. (3837); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII, LLC (3198). The Reorganized Debtors' corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704..

4873-2535-1592

2

3. Therefore, FTI respectfully requests entry of the proposed order attached as **Exhibit A** at the earliest convenience of the Court.[2]

| | |
|---|---|
| New York, NY<br>February 26, 2024 | */s/ Andrew Scruton*<br>**FTI Consulting, Inc.**<br><br>Andrew Scruton<br>1166 Avenue of the Americas, 15th Floor<br>New York, NY 10036<br>Telephone: (646) 453-1222<br>Email: Andrew.Scruton@FTIConsulting.com<br><br>*Financial Advisor to the Official Committee of Equity Security Holders* |

---

[2] Please note that certain non-material modifications were made to the proposed form of order that was attached as **Exhibit F** to the Application.

2

4873-2535-1592

**CERTIFICATE OF SERVICE**

      I certify that on February 26, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                 */s/ Kiran Vakamudi*
                                                 One of Counsel

## Exhibit A

**Proposed Order**

4873-2535-1592

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*,[1] | ) ) ) | Case No. 22-90341 (CML) |
| Reorganized Debtors. | ) ) ) | (Jointly Administered) |

### SECOND INTERIM AND FINAL ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF EXPENSES
**(Docket No. 1811)**

The Court has considered the *Second Interim and Final Fee Application for Allowance and Payment of Fees and Expenses as Financial Advisor to the OEC for the Period from April 8, 2023 Through January 23, 2024* (the "Application")[2] filed by FTI Consulting, Inc. (the "Applicant"). The Court orders:

1. Applicant is allowed compensation and reimbursement of expenses in the amount of $4,156,158.22 for the Fee Period set forth in the Application.

2. The compensation and reimbursement of expenses allowed in this Order and all previous interim allowances of compensation and reimbursement of expenses are approved on a final basis.

3. The Reorganized Debtors are authorized and directed to disburse unpaid amounts allowed by paragraphs 1 or 2 of this Order.

Dated: _____, 2024
Houston, Texas

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific, Inc. (3837); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Reorganized Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] Capitalized terms used but not defined herein have the meanings given in the Application.

4873-2535-1592

2

_____
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE

2