IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*,[1] | ) ) ) | Case No. 22-90341 (CML) |
| Reorganized Debtors. | ) ) ) | (Jointly Administered) |

## SECOND INTERIM AND FINAL ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF EXPENSES
(Docket No. 1811)

The Court has considered the *Second Interim and Final Fee Application for Allowance and Payment of Fees and Expenses as Financial Advisor to the OEC for the Period from April 8, 2023 Through January 23, 2024* (the "Application")[2] filed by FTI Consulting, Inc. (the "Applicant"). The Court orders:

1. Applicant is allowed compensation and reimbursement of expenses in the amount of $4,156,158.22 for the Fee Period set forth in the Application.

2. The compensation and reimbursement of expenses allowed in this Order and all previous interim allowances of compensation and reimbursement of expenses are approved on a final basis.

3. The Reorganized Debtors are authorized and directed to disburse unpaid amounts allowed by paragraphs 1 or 2 of this Order.

Dated: _____, 2024
Houston, Texas

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific, Inc. (3837); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Reorganized Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] Capitalized terms used but not defined herein have the meanings given in the Application.

4873-2535-1592

2

                                                       _____
                                                       CHRISTOPHER M. LOPEZ
                                                       UNITED STATES BANKRUPTCY JUDGE