United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 27, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | Case No. 22-90341 (CML) |
| | § | |
| **CORE SCIENTIFIC, INC.,** *et al.*, | § | Chapter 11 |
| | § | |
| | § | (Jointly Administered) |
| **Reorganized Debtors.**[1] | § | Re: Dkt. No. 1810 |

**ORDER GRANTING THE COMBINED SECOND INTERIM AND
FINAL FEE APPLICATION OF VINSON & ELKINS LLP, COUNSEL
FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
FOR THE INTERIM PERIOD FROM JULY 1, 2023 THROUGH JANUARY 23, 2024
AND THE FINAL PERIOD FROM MARCH 30, 2023 THROUGH JANUARY 23, 2024**

Upon the *Combined Second Interim and Final Fee Application of Vinson & Elkins LLP, Counsel for the Official Committee of Equity Security Holders for the Interim Period From July 1, 2023 Through January 23, 2024 and the Final Period from March 30, 2023 Through January 23, 2024* (the "**Application**");[2] and the Court having jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that proper and adequate notice of the Application has been given and that no other or further notice is necessary; and the Court having found that good and sufficient cause exists for the granting of the relief requested in the Application after having given due

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific, Inc. (3837); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198).  The Reorganized Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Application.

4873-1040-8872

2

deliberation upon the Application and all of the proceedings had before the Court in connection with the Application, it is HEREBY ORDERED THAT:

1. Compensation of fees to V&E for professional services rendered during the Final Fee Period is allowed in the amount of $6,393,460.50.

2. Reimbursement to V&E for expenses incurred during the Final Fee Period is allowed in the amount of $49,029.87.

3. The compensation and reimbursement of expenses allowed pursuant to this Order and all previous allowances of compensation and reimbursement of expenses, including those in the Interim Fee Period, are approved on a final basis.

4. The Reorganized Debtors are authorized and directed to pay V&E all unpaid fees and expenses allowed pursuant to this Order.

Signed: February 27, 2024

Christopher Lopez
United States Bankruptcy Judge

4873-1040-8872