United States Bankruptcy Court
Southern District of Texas

**ENTERED**
February 28, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| CORE SCIENTIFIC MINING LLC, | § | Case No. 22-90340 (CML) |
| Debtor. | § | |
| Tax I.D. No. 92-1386971 | § | |
| In re: | § | Chapter 11 |
| CORE SCIENTIFIC, INC., | § | Case No. 22-90341 (CML) |
| Debtor. | § | |
| Tax I.D. No. 86-1243837 | § | |
| In re: | § | Chapter 11 |
| CORE SCIENTIFIC ACQUIRED MINING LLC, | § | Case No. 22-90342 (CML) |
| Debtor. | § | |
| Tax I.D. No. 92-2226074 | § | |
| In re: | § | Chapter 11 |
| CORE SCIENTIFIC OPERATING COMPANY, | § | Case No. 22-90343 (CML) |
| Debtor. | § | |
| Tax I.D. No. 82-3805526 | § | |

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **RADAR RELAY, INC.,** | § | **Case No. 22-90344 (CML)** |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 82-3430496 | § | |
| ---------------------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **CORE SCIENTIFIC SPECIALTY MINING (OKLAHOMA) LLC,** | § | **Case No. 22-90345 (CML)** |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 84-5164327 | § | |
| ---------------------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **AMERICAN PROPERTY ACQUISITION, LLC,** | § | **Case No. 22-90346 (CML)** |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 82-5490825 | § | |
| ---------------------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **STARBOARD CAPITAL LLC,** | § | **Case No. 22-90347 (CML)** |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 36-4896677 | § | |
| ---------------------------------------------------------§ | | |

| | | |
|---|---|---|
| In re:<br><br>RADAR LLC,<br><br>    Debtor.<br><br>Tax I.D. No.  84-4125106 | § § § § § § § § § § § | Chapter 11<br><br>Case No. 22-90348 (CML) |
| In re:<br><br>AMERICAN PROPERTY ACQUISITIONS I, LLC,<br><br>    Debtor.<br><br>Tax I.D. No.  82-5469717 | § § § § § § § § § § § | Chapter 11<br><br>Case No. 22-90349 (CML) |
| In re:<br><br>AMERICAN PROPERTY ACQUISITIONS VII, LLC,<br><br>    Debtor.<br><br>Tax I.D. No.  83-1663198 | § § § § § § § § § § § § | Chapter 11<br><br>Case No. 22-90350 (CML) |

**FINAL DECREE CLOSING CERTAIN CASES
AND AMENDING CAPTION OF REMAINING CASE**

Upon consideration of the *Certification of Counsel Regarding Final Decree Closing Certain Cases and Amending Caption of Remaining Case*, dated February 21, 2024 (the "**Certification of Counsel**"),[1] filed by the Reorganized Debtors, for entry of an order closing the Chapter 11 Cases of all the Debtors except for Core Scientific Specialty Mining (Oklahoma) LLC, all as more fully set forth in the Certification of Counsel; and this Court having jurisdiction

---

[1]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Certification of Counsel or Plan, as applicable.

over this matter pursuant to 28 U.S.C. § 1334; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested is in accordance with the terms of the Confirmation Order; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. Each of the following Chapter 11 Cases is hereby closed (the "**Closed Cases**"), effective as of the date hereof:

| Name of Debtor | Case Number |
|---|---|
| Core Scientific Mining LLC | Case No. 22-90340 (CML) |
| Core Scientific, Inc. | Case No. 22-90341 (CML) |
| Core Scientific Acquired Mining LLC | Case No. 22-90342 (CML) |
| Core Scientific Operating Company | Case No. 22-90343 (CML) |
| Radar Relay, Inc. | Case No. 22-90344 (CML) |
| American Property Acquisition, LLC | Case No. 22-90346 (CML) |
| Starboard Capital LLC | Case No. 22-90347 (CML) |
| RADAR LLC | Case No. 22-90348 (CML) |
| American Property Acquisitions I, LLC | Case No. 22-90349 (CML) |
| American Property Acquisitions VII, LLC | Case No. 22-90350 (CML) |

2. A docket entry shall be made in each of the Closed Cases reflecting entry of this Order.

3. The Chapter 11 Case of Core Scientific Specialty Mining (Oklahoma) LLC, Case No. 22-90345 (CML) (the "**Open Case**") shall remain open pending entry of a final decree by this Court closing the Open Case.

4. Notwithstanding sections 546(a) and 550(f) of the Bankruptcy Code, all pending and future matters relating to each of the Debtors, Reorganized Debtors, and any successors or assigns, including, for the avoidance of any doubt, any final fee applications, any adversary proceedings, any Avoidance Actions, any objections to Claims against the Debtors, any matter relating to the Hoffman Appeal, and all motions, notices, and other pleadings relating to any of the Debtors and Reorganized Debtors whether or not they pertain to the Open Case or

Closed Cases, shall be filed, administered, and adjudicated in the Open Case without the need to reopen any of the Closed Cases.  Any failure of the Debtors, the Reorganized Debtors, or any Entity authorized pursuant to the Plan, as applicable, to file an objection to any Claim or Interest in the Closed Cases on or prior to entry of this final decree shall not constitute allowance of the Claim or Interest and shall not result in such Claim or Interest being deemed Allowed against or in any Debtor.  Any objections to Claims against or Interests in the Debtors may be filed, administered, and adjudicated in the Open Case.

5. Entry of this Final Decree and Order is (a) without prejudice to (i) the rights of the Reorganized Debtors or any other party in interest to seek to reopen any of the Closed Cases for cause pursuant to section 350(b) of the Bankruptcy Code and (ii) the right of any Debtor or Reorganized Debtor, to dispute, object to, or resolve any Claim filed against any of the Debtors in the Chapter 11 Cases and (b) shall have no effect whatsoever on any adversary proceeding, contested matter, the Hoffman Appeal, or other matter pending before this Court.  Nothing in this final decree shall affect the substantive rights of any party in interest, including the Debtors and Reorganized Debtors whose chapter 11 cases are Closed Cases.

6. The Final Decree is solely intended to facilitate the administration of the chapter 11 cases of the Closed Cases and to avoid the incurrence of U.S. Trustee fees with respect to the Closed Cases.  The final decree shall not have or be deemed to have any effect whatsoever upon the chapter 11 case of the Open Case or any order of this Court entered therein.

7. The caption in the Open Case shall be amended as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 11 |
| **CORE SCIENTIFIC SPECIALTY MINING (OKLAHOMA) LLC** | § § § § | Case No. 22-90345 (CML) |
| **Reorganized Debtor.**[1] | § § | |

---

[1] The last four digits of the Reorganized Debtor's federal tax identification number are 4327.  The Reorganized Debtor's corporate headquarters is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.  The Reorganized Debtor's service address is 2407 S. Congress Ave, Suite E-101, Austin, Texas 78704.  The chapter 11 cases of the following affiliates of the Reorganized Debtor were closed effective as of [●]: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (6074); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions VII, LLC (3198)).  *See* Case No. 22-90345, Docket No. [●].

8. Entry of this Final Decree and Order is without prejudice to the Reorganized Debtors' or any part in interest's rights to seek entry of an order modifying or supplementing the relief granted herein.

9. Each Debtor in the Closed Cases, no later than 21 days after the date of entry of this Order, shall make a final payment of the appropriate fees due and payable under 28 U.S.C. § 1930(a)(6)(A) and (B) by remitting payment to the U.S. Trustee Payment Center, P.O. Box 6200-19, Portland, OR 97228-6200 or online at https://www.pay.gov/public/form/start/672415208, and shall furnish evidence of such payment to the U.S. Trustee, via U.S. Mail to 515 Rusk, Suite 3516, Houston, Texas or via email to jayson.b.ruff@usdoj.gov.  The payment shall reflect such Debtors' account numbers and shall be transmitted with a form "Chapter 11 Quarterly Disbursement and Fee Report" available from the U.S. Trustee.  This Court shall retain jurisdiction to enforce payment of fees assessed under 28 U.S.C. § 1930(a)(6)(A) and (B).

10. Quarterly disbursements for the remaining case of Core Scientific Specialty Mining (Oklahoma) LLC shall be reported and quarterly fees shall be paid pending the entry of a final decree by this Court closing such remaining case.

11. This Court shall retain jurisdiction over the Reorganized Debtors' chapter 11 cases as provided under the Plan and Confirmation Order.

12. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Final Decree and Order.

Signed: February 27, 2024

_____
Christopher Lopez
United States Bankruptcy Judge