UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § | |
| Core Scientific, Inc., etal | § | Civil Action No.  4:24-cv-00357 |
|     Debtor | § | |
| | § | Bankruptcy Case No.  22-90341 |
| Morgan Hoffman | | |
| Evan Achee | § | |
| William J. Emanuel | | |
|     Appellant | § | |

## Record Transmitted

The bankruptcy clerk has transmitted the record for this appeal to the district court. *See* Fed. R. Bankr. P. 8010 (b). Unless the district court orders otherwise, the following deadlines apply. *See* Fed. R. Bankr. P. 8018.

1. The appellant's brief must be filed within 30 days after entry of this notice.

2. The appellee's brief must be filed within 30 days after service of the appellant's brief.

3. The appellant may file a reply brief within 14 days after service of the appellee's brief, but a reply brief must be filed at least 7 days before scheduled argument.

Date: March 6, 2024

                                                                                                Nathan Ochsner, Clerk of Court
                                                                                                BW Lacy
                                                                                                Deputy Clerk