IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| CORE SCIENTIFIC, INC. | § | Case No. 22-90341 (CML) |
| *et al.*[1], | § | |
| | § | |
| DEBTORS. | § | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 163

Network Cabling Service, Inc. ("NCS") filed Proof of Claim No. 163 on April 3, 2023.

NCS files this Notice of Withdrawal of Proofs of Claim No. 163.

Dated: June 17, 2024.

Respectfully submitted,

**ANDREWS MYERS, PC**

*/s/  T. Josh Judd*
T. Josh Judd
State Bar No. 24036866
1885 Saint James, Place #1500
Houston, Texas 77056
(210) 293-8700 (Telephone)
(210) 293-8733 (Facsimile)
Email: jjudd@andrewsmyers.com
**COUNSEL FOR CREDITOR NETWORK CABLING SERVICES INC.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

## **CERTIFICATE OF SERVICE**

 I hereby certify that on June 17, 2024, a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim No186 Pursuant to 11 U.S.C. § 546(B) was served on all parties entitled to service via this court's ECF filing.

               /s/ _T. Josh Judd_____
               T. Josh Judd