IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re | § § § | Chapter 11 |
| CORE SCIENTIFIC, INC. *et al.*[1], | § § § § | Case No. 22-90341 (CML) |
| DEBTORS. | § | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 186

Graybar Electric Company, Inc. ("Graybar") filed Proof of Claim No. 186 on April 4, 2023.

Graybar files this Notice of Withdrawal of Proof of Claim No. 186.

Dated: June 18, 2024.

Respectfully submitted,

**COATS ROSE**

By: */s/ Richard Fulton*
Richard Fulton
State Bar No. 00784091
9 Greenway Plaza, Suite 1000
Houston, Texas 77046
(713)651-0111 (Telephone)
(713) 651-0220 (Facsimile)
Email: rfulton@coatsrose.com

**COUNSEL FOR CREDITOR,
GRAYBAR ELECTRIC COMPANY, INC.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

Page **1** of **2**

012840.000183\4893-2757-9081

## CERTIFICATE OF SERVICE

    I hereby certify that on June 18, 2024, a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim No. 186 Pursuant to 11 U.S.C. § 546(B) was served on all parties entitled to service via this court's ECF filing.

                                                                        */s/ Richard Fulton*
                                                                        Richard Fulton

012840.000183\4893-2757-9081