IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORE SCIENTIFIC, INC., *et al.*[1], | § § | Case No. 22-90341 (CML) |
| Debtors. | § § § | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 538**

Comes now ABLe Communications, Inc. ("ABLe"), and by this notice ABLe hereby withdraws its proof of claim filed on April 14, 2023, which was assigned the claim number 538 by Stretto, Inc.

Dated: June 21, 2024

Respectfully submitted,

*/s/ Jeff P. Prostok*
Jeff P. Prostok
Texas Bar No. 16352500
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, Texas 76102
(817) 877-8855 Telephone
(817) 877-4151 Facsimile
jprostok@forsheyprostok.com

**ATTORNEYS FOR ABLe COMMUNICATIONS, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing to be served via the Court's CM/ECF system on June 21, 2024.

*/s/ Jeff P. Prostok*
Jeff P. Prostok

---

[1] The debtors (the "Debtors") in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisition, LLC (0825); Starboard Capital LLC (6677); RADAR LLC (5106); American Property Acquisitions I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.